UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN LANZA AND LOUIS LANZA | * | CIVIL ACTION NO. |
| Plaintiffs | * | |
| VERSUS | * | JUDGE |
| ALLIED TRUST INSURANCE COMPANY | * | |
| | * | MAGISTRATE JUDGE |
| Defendant | * | |

*****************************************************************

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared

**AUSTIN T. WELCH**

who, after being duly sworn, did depose and say that he is an attorney with The Monson Law Firm, LLC, which represents Allied Trust Insurance Company and that the allegations contained in the Notice of Removal are true and correct to the best of his knowledge, information and belief.

_____
AUSTIN T. WELCH

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 27th DAY OF
Avgvst , 2023.

_____
Name: Kyle Matthias
STATE OF LOUISIANA
LA. BAR NO. 38338
My Commission is for life.