UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN LANZA AND LOUIS LANZA | * | CIVIL ACTION NO. |
| Plaintiffs | * | |
| VERSUS | * | JUDGE |
| ALLIED TRUST INSURANCE COMPANY | * | |
| | * | MAGISTRATE JUDGE |
| Defendant | * | |

*************************************************************************

## LIST OF ALL PARTIES AND PLEADINGS

Allied Trust Insurance Company ("Allied Trust"), pursuant to 28 U.S.C. § 1447(b), submits the following list of all parties remaining in this action and certifies that to the best of its knowledge that the list of pleadings filed by those parties in state court constitutes the entire state court record, pursuant to 28 U.S.C. § 1446(a):

1. Plaintiff, Susan Lanza;

2. Plaintiff, Louis Lanza;

3. Defendant, Allied Trust Insurance Company.

Pleadings, filed by those parties in State Court:

1. Petition for Breach of Contract and Damages;

2. Notice of Filing of Notice of Removal

Copies of these pleadings have been attached *in globo* as Exhibit "A".

Respectfully submitted,

*/s/ Austin T. Welch*
**MATTHEW D. MONSON (25186)**
**JOHN C. HENRY (18948)**
**RACHEL L. FLARITY (33131)**
**JOHN D. MINEO, IV (36587)**
**LAUREN A. LAM (37758)**
**ERIN W. BERGGREN (37551)**
**NATHAN R. HAND (38011)**
**KYLE C. MATTHIAS (38338)**
**ROWAN W. STOEHR (39061)**
**AUSTIN T. WELCH (40100)**
**THE MONSON LAW FIRM, LLC**
5 Sanctuary Boulevard, Suite 101
Mandeville, Louisiana 70471
Telephone:    (985) 778-0678
Facsimile:    (985) 778-0682
E-Mail:    austin@monsonfirm.com
***Counsel for Allied Trust Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record via electronic mail, by the United States District Court for the Eastern District of Louisiana, this 27th day of August 2023.

    */s/ Austin T. Welch*