```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL by the OIL RIG        :   MDL NO. 2179
       "DEEPWATER HORIZON" in the      :
       GULF OF MEXICO, on              :
       APRIL 20, 2010                  :   SECTION: J
                                       :
                                       :
                                       :   JUDGE BARBIER
                                       :   MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #3**</u>

**IT IS ORDERED** that the time limitation contained in Local Rule 23.1B requiring that class certification be requested by Plaintiffs within 91 days of filing a class action complaint, is hereby suspended and extended until further order of this Court.

**IT IS FURTHER ORDERED** that the following motions are now set for hearing, <u>**with oral argument**</u>, on <u>**Friday, September 17, 2010 at 9:30 a.m.**</u>:

- Motion to Intervene, <u>In re: Deepwater Horizon</u>, 10-CV-1156 (E.D. La. 2010), (Rec. Doc. 271);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 276);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 304);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 309);

- Motion for Judicial Disclosure, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 435); and

- Motion to Intervene, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 475);

- Motion to Remand, <u>Louisiana State v. B.P. Exploration & Production Inc.</u>, 10-CV-1757 (E.D. La. 2010) (Rec. Doc. 9); and

- Motion to Remand, <u>Louisiana State v. B.P. Exploration & Production Inc.</u>, 10-CV-1758 (E.D. La. 2010) (Rec. Doc. 7).

Any oppositions to these motions shall be filed in accordance with the local rules.

Also, in the interim and prior to the initial in-court status hearing, currently set for September 17, 2010, the Court **ORDERS** that all protective orders and stay orders issued in <u>In re: Deepwater Horizon</u>, 10-CV-1156, remain in effect.

New Orleans, Louisiana, this 11th day of August, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE