UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL. NO 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST**

Pursuant to Pretrial Order No. 1 Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List as provided in Pretrial Order No. 1:

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
Email: calvinfayard@fayardlaw.com
Email: dbhoneycutt@fayardlaw.com
Email: wandaedwards@fayardlaw.com

Counsel currently serve as co-counsel of record in Troy Wetzel, et al., v. Transocean, et al., C.A. #10-1222.

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully submitted,

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
Email: calvinfayard@fayardlaw.com
Email: dbhoneycutt@fayardlaw.com
Email: wandaedwards@fayardlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2010, a copy of the foregoing Request to Add Names to Panel Attorney Service List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by U. S. Mail, postage prepaid and properly addressed.

/s/   Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr.