UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL NO.  2179 |
| "DEEPWATER HORIZON"  in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

*************************************************************************

THIS DOCUMENT RELATES TO  2:10-CV-01921

<u>RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL</u>

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Kelli Manuel Taquino, et al., who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss without prejudice Mitsui & Co. (USA), Inc. which has not served an answer or a motion for summary judgment.  Plaintiffs reserve their rights against all other defendants and potential defendants.

**RESPECTFULLY SUBMITTED BY:**

/s/John H Smith
John H. Smith, TA (LA Bar No. 23308)
Chet G. Boudreaux (LA Bar No. 28504)
Richard F. Zimmerman, III (LA Bar No. 31374)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Telephone:  (225) 926-1234
Facsimile:  (225) 926-1202
E-Mail:  jsmith@mckernanlawfirm.com

AND

Michael V. Clegg (LA Bar No. 4192)
8714 Jefferson Highway, Suite B
Baton Rouge, LA  70809
Telephone:  (225) 923-1055
Facsimile:  (225) 923-0955
E-Mail:  mike@clegglawdog.com

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 12, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/*s*/John H Smith