UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG         "DEEPWATER HORIZON"  in the         GULF OF MEXICO, on         APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO.  2179<br><br><br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

******************************************************************************

THIS DOCUMENT RELATES TO  2:10-CV-01921

# ORDER

Considering the foregoing Rule 41(a)(1)(A)(i) Notice of Dismissal:

IT IS ORDERED that the claims of Plaintiffs, Kelli Manuel Taquino, et al. against Mitsui & Co. (USA), Inc. are hereby dismissed, without prejudice with Plaintiffs reserving all rights against all other defendants and potential defendants in this matter.

THIS _____ day of _____, 2010.

_____
JUDGE, UNITED STATES DISTRICT COURT

1