MINUTE ENTRY
AUGUST 10, 2010
JS-10: 15 MIN.

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

### MINUTE ENTRY

On this date, the Court held a telephone status conference with interim liaison counsel for Plaintiffs (Jim Roy and Steve Herman) and Defendants (Don Haycraft), as well as Haycraft's law partner, Keith Jarrett.

During the conference, the court notified the parties of its intent to issue the initial pretrial order in this matter.

New Orleans, Louisiana, this  12th  day of    August   , 2010.

                                          _____
                                          CARL J. BARBIER
                                          UNITED STATES DISTRICT JUDGE