MINUTE ENTRY
AUGUST 12, 2010
JS-10: 25 MIN.

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL by the OIL RIG       :    MDL NO. 2179
       "DEEPWATER HORIZON" in the     :
       GULF OF MEXICO, on             :
       APRIL 20, 2010                 :    SECTION: J
                                      :
                                      :
                                      :    JUDGE BARBIER
                                      :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**MINUTE ENTRY**</u>

On this date, at the request of certain defense counsel, (see attached letter), the Court held an in-chambers status conference with the following attorneys in attendance:

Donald Godwin and R. Alan York, counsel for Halliburton; Deborah D. Kuchler, counsel for Anadarko and MOEX; Phil Wittmann, counsel for Cameron; Don Haycraft (via telephone), defendants' interim liaison counsel and counsel for BP; Jim Roy and Steve Herman, plaintiffs' interim liaison counsel; and Kerry Miller, counsel for Transocean.

During the conference, the court stated that it will issue

an order appointing additional liaison counsel for defendants.

New Orleans, Louisiana, this __12th__ day of ___August___, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE