## STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

Our File Number

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-MAIL: wittmann@stonepigman.com

45,600

August 11, 2010

### VIA E-MAIL

The Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, Louisiana 70130

Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010*

Dear Judge Barbier:

I represent Cameron International, Inc. in the captioned matter and am writing on behalf of my client as well as on behalf of Transocean and Halliburton to request an opportunity to meet with the Court to discuss issues relative to the Court's appointment of Defendants' Liaison Counsel. We understand from Pre-Trial Order #1 issued by the Court on August 10, 2010, that the Court will appoint Liaison Counsel for the defendants after the initial conference, which is now scheduled for September 17, 2010. In the interim, the Court has appointed BP Counsel, Don Haycraft as Liaison Counsel for the Defendants.

Our clients are concerned that there are serious conflicts of interest among the defendants in this case and there will be matters that may require substantive actions by the Court between now and the time permanent liaison counsel are appointed. For that reason, Transocean, Halliburton, and Cameron respectfully request the Court to permit each of them to have a representative in attendance at any meetings of counsel and included on distribution of any communications with the Court in order to insure that their interests are fully protected during this interim period.

1026846v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE 2

August 11, 2010

       Kerry Miller, who represents Transocean, and I will be in Federal Court tomorrow for a Chinese Drywall conference and Don Godwin, who represents Halliburton, will be available by phone. If at all possible, we would like to meet with you to discuss our concerns in greater detail whenever you are available.

       Respectfully submitted,

*Phil Wittmann*
Phillip A. Wittmann

PAW/blj

cc: Donald E. Godwin, Esq. (via e-mail)
    Kerry Miller, Esq. (via e-mail)
    James P. Roy, Esq. (via e-mail)
    Stephen J. Herman, Esq. (via e-mail)
    Don K. Haycraft, Esq. (via e-mail)

1026846v.1