UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: OIL SPILL by the OIL RIG      :   MDL NO. 2179
       "DEEPWATER HORIZON" in the    :
       GULF OF MEXICO, on            :
       APRIL 20, 2010                :   SECTION: J
                                     :
                                     :
                                     :   JUDGE BARBIER
                                     :   MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #4**</u>

**IT IS ORDERED** that until the scheduled status hearing on September 17, 2010, the following counsel are designated as **additional** interim liaison counsel for defendants:

Donald Godwin;

Deborah D. Kuchler;

Phil Wittmann; and

Kerry Miller.

The responsibilities of interim defendants' liaison counsel shall be as follows:

1. To serve as the recipient for all Court orders on behalf of all of the defendants;

2. To forward such orders to all other defense counsel of record;

3. To coordinate and facilitate communications between and among the Court, plaintiffs' counsel, and defense

      counsel;

4. To assist in the orderly management of these proceedings; and

5. To carry out such other duties as the Court may order.

New Orleans, Louisiana, this <u>12th</u> day of <u>August</u>, 2010.

                                        _____
                                        CARL J. BARBIER
                                        UNITED STATES DISTRICT JUDGE