# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| _____ | * * | SECTION: "J" |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-CV-1156, 10-CV-1196, 10-CV-1222, 10-CV-1249, 10-CV-1250, 10-CV-1295, 10-CV-1316, 10-CV-1324; 10-CV-1339, 10-CV-1346, 10-CV-1351, 10-CV-1352, 10-CV-1411, 10-CV-1446, 10-CV-1452, 10-CV-1462, 10-CV-1472, 10-CV-1482, 10-CV-1484, 10-CV-1499, 10-CV-1502, 10-CV-1506, 10-CV-1512, 10-CV-1515, 10-CV-1540, 10-CV-1541, 10-CV-1542, 10-CV-1560, 10-CV-1561, 10-CV-1571, 10-CV-1573, 10-CV-1574, 10-CV-1613, 10-CV-1615, 10-CV-1630, 10-CV-1726 | * * * * * * * * * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| * * * * * * * * | | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firms of Kuchler Polk Schell Weiner & Richeson, L.L.C., and Bingham McCutchen LLP who file their Notice of Appearance as counsel on behalf of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company, L.P. (herein

collectively referred to as "Anadarko"), and MOEX Offshore 2007 LLC and MOEX USA (hereinafter referred to as "MOEX"). It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's PreTrial Order #1, the following counsel are currently members in good standing and admitted to practice in United States District Courts as follows:

1. Ky E. Kirby, Warren Anthony Fitch, and Michael B. Wigmore are attorneys residing and practicing in Washington, D.C. with the firm Bingham McCutchen LLP in Bingham McCutchen LLP's Washington D.C. office at 2020 K Street NW, Washington, D.C. 20006-1803, telephone number (202) 373-6000.

2. James J. Dragna is an attorney residing and practicing in Los Angeles, California in Bingham McCutchen LLP's Los Angeles, California office at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106, telephone number (213) 680-6400.

3. Peter C. Neger is an attorney residing and practicing in New York, New York in Bingham McCutchen LLP's New York, New York office at 399 Park Avenue, New York, New York 10075, telephone number (212) 705-7226.

4. Ky E. Kirby is a member in good standing with the bars of the Commonwealth of Virginia and the District of Columbia and is duly licensed to practice law in Virginia and the District of Columbia. She is admitted to practice before the United States Supreme Court and several other federal courts including the United States District

Court for the District of Columbia. No person has instituted disciplinary suspension procedures against her.

5. Warren Anthony Fitch is a member in good standing with the bars of the District of Columbia and the State of Maryland and is duly licensed to practice law in the District of Columbia and Maryland. He is admitted to practice before several federal courts including the United States District Court for the District of Columbia. No person has instituted disciplinary suspension procedures against him.

6. Michael B. Wigmore is a member in good standing with the bars of the District of Columbia and the States of Connecticut and New York and is duly licensed to practice law in the District of Columbia, Connecticut and New York. He is admitted to practice before the United States Supreme Court and several other federal courts including the United States District Court for the District of Columbia. No person has instituted disciplinary suspension procedures against him.

7. James J. Dragna is a member in good standing with the bar of the State of California and is duly licensed to practice law in the State of California. He is admitted to practice before the United States Supreme Court and several other federal courts including the United States District Court for the Southern District of California. No person has instituted disciplinary suspension procedures against him.

8. Peter C. Neger is a member in good standing with the bar of the State of New York and is duly licensed to practice law in the State of New York. He is admitted to practice before the United States Supreme Court and several other federal courts including U.S. District Court, Eastern District of New York, U.S. District Court,

3

Southern District of New York and U.S. Court of Appeals, Federal Circuit. No person has instituted disciplinary suspension procedures against him.

        **Respectfully submitted**,

        */s/*Deborah D. Kuchler
        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        Janika D. Polk, (La. Bar No. 27608)
        Robert E. Guidry (La. Bar No. 28064)
        **Kuchler, Polk, Schell, Weiner & Richeson, LLC**
        1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
        Telephone (504) 592-0691
        Attorneys for Defendants
        Anadarko Petroleum Corporation, Anadarko E&P
        Company, L.P., MOEX Offshore 2007 LLC and
        MOEX USA

Of Counsel:

James J. Dragna
**Bingham McCutchen LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
**Bingham McCutchen LLP**
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

Peter C. Neger
**Bingham McCutchen LLP**
399 Park Avenue
New York, New York 10075
Telephone (212) 705-7226
Facsimile: (212) 702-3616

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 12, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

               *s*/Deborah D. Kuchler