UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL. NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010

SECTION:   J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List, as provided in Pretrial Order No. 1:

MORROW, MORROW, RYAN & BASSETT
Patrick C. Morrow, #09748
Jeffrey M. Bassett, #02840
P. Craig Morrow,  #23536
Richard T. Haik, Jr. (#29892)
324 W. Landry
Opelousas, LA 70570
337-948-4483
E-mail:     patm@mmrblaw.com
E-mail:     jeffb@mmrblaw.com
E-mail:     craigm@mmrblaw.com
E-mail:     richardh@mmrblaw.com

LAW OFFICE OF ROBERT L. SALIM
Robert L. Salim, #11663
1401 Texas Street
Natchitoches, LA 71457
(318)352-5999
E-mail:     skeeter@cp-tel.net

Henri Michel Saunders (#25236)
Scotty E. Chabert, Jr. (#30434)
Cardenas & Saunders
6525 Perkins Rd
Baton Rouge, LA 70808
(225) 766-5464

Counsel presently serves as counsel for plaintiffs in that matter entitled "ELLIS SCHOUEST, III and JAMES JOSEPH GEORGE, JR. VS BP PRODUCTS NORTH AMERICA ET AL", bearing docket number 6:10-CV-00727, United States District Court for the Western District of Louisiana.

RESPECTFULLY SUBMITTED:

**MORROW, MORROW, RYAN & BASSETT**

_/s/ Patrick C. Morrow_
Patrick C. Morrow, #09748
James P. Ryan, #11560
Jeffrey M. Bassett, #02840
P. Craig Morrow,  #23536
Richard T. Haik, Jr. (#29892)
324 W. Landry
Opelousas, LA 70570
337-948-4483

LAW OFFICE OF ROBERT L. SALIM
Robert L. Salim, #11663
1401 Texas Street
Natchitoches, LA 71457
(318)352-5999

Henri Michel Saunders (#25236)
Scotty E. Chabert, Jr. (#30434)
Cardenas & Saunders
6525 Perkins Rd
Baton Rouge, LA 70808
(225) 766-5464

Attorneys for ELLIS SCHOUEST, III and JAMES JOSEPH GEORGE, JR.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been filed electronically with the Clerk of Court utilizing the CM/EC-F System.  Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system on this 13th day of August, 2010.

_/s/ Patrick C. Morrow_
PATRICK C. MORROW