UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : : JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | : MAG. JUDGE SHUSHAN : |

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1 Setting Initial Conference, the following attorneys which to add their names to the Panel Attorney Service List as provided in Pretrial Order No. 1:

    Russell W. Budd
    Scott Summy
    **BARON & BUDD, P.C.**
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX   75219
    Telephone:   214-521-3605
    Facsimile:    214-520-1181
    email:          ssummy@baronbudd.com
    email:          rbudd@baronbudd.com

    J. Burton LeBlanc, IV
    **BARON & BUDD, P.C.**
    9015 Bluebonnet Blvd.
    Baton Rouge, LA
    Telephone:   225-927-5441
    Facsimile:    225-827-5449
    email:          bleblanc@baronbudd.com

Counsel currently serves as co-counsel of records in *Michael D. Sevel, et al. v. BP, PLC, BP Products North America, Inc., et al.*, Civil No. CV-10-272-B.

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully submitted,

**BARON & BUDD, P.C.**

/s/ J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
Russell W. Budd
Scott Summy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August ___13th___, 2010, a copy of the foregoing REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system (ECF). I also certify that for those not yet on the Court's electronic filing system, copies will be sent via either U.S. Mail, email, or facsimile, as per Schedule B of Pretrial Order #1.

/s/ J. Burton LeBlanc, IV