UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER     MDL 2179
       HORIZON" IN THE GULF OF MEXICO ON
       APRIL 20, 2010                          SECTION J

**THIS DOCUMENT RELATES TO ALL CASES**         JUDGE BARBIER
                                               MAG. JUDGE SHUSHAN

### ORDER

It has come to the Court's attention that the following civil actions, filed in the Eastern District of Louisiana, are related to MDL 2179:

| | |
|---|---|
| 10-1338 | Fishing Magicians v. BP et al; |
| 10-1411 | Parker v. BP, PLC et al; |
| 10-1422 | Captain Charlie Thomason et al v. BP, PLC et al; |
| 10-1438 | Calvin Richard v. BP, PLC et al; |
| 10-1445 | Firehouse Restaurant, LLC et al v. BP, PLC et al; |
| 10-1452 | Schmalz et al v. Transocean Ltd et al; |
| 10-1462 | HB13, LLC v. BP, PLC et al; |
| 10-1472 | Mitchell et al v. BP, PLC et al; |
| 10-1484 | Schaff v. BP PLC et al; |
| 10-1489 | Bartol Talianchich v. BP, PLC et al; |
| 10-1497 | Gulf Restoration Network v. Ken Salazar; |
| 10-1499 | A Bar & Grill with a Bite, Inc. et al v. BP, PLC et al; |
| 10-1502 | Rhodes v. Transocean Offshore Deepwater Drilling, Inc. et al; |
| 10-1506 | Dudenhefer's Fishing Charters, Inc. v. BP, PLC et al; |
| 10-1507 | Titeline Charter Service v. BP, PLC et al; |
| 10-1512 | Griffitts Investments Limited Partnership v. BP, PLC et al; |
| 10-1515 | Elmer v. BP, PLC et al; |

| | |
|---|---|
| 10-1516 | Cajun Crab, LLC v. BP, PLC et al; |
| 10-1519 | Raymond Duet v. BP, PLC et al; |
| 10-1539 | Laura Gautreaux v. BP, PLC et al; |
| 10-1540 | Crawford v. BP, PLC et al; |
| 10-1541 | Dardar v. Transocean Ltd et al; |
| 10-1542 | Dardar v. Transocean Ltd et al; |
| 10-1556 | D&H Outfitters v. BP, PLC et al; |
| 10-1560 | Theriot v. Halliburton Energy Services, Inc. et al; |
| 10-1561 | Alexie v. Halliburton Energy Services, Inc. et al; |
| 10-1571 | St. Ann Lodging, LLC. et al v. BP, PLC. et al; |
| 10-1573 | Derouen et al v. BP PLC et al; |
| 10-1574 | P & S Restaurant Group, Louisiana, LLC et al v. BP PLC et al; |
| 10-1611 | Tammy Stevenson v. BP, PLC et al; |
| 10-1613 | Brondum et al v. BP PLC et al; |
| 10-1615 | Dinet v. BP PLC et al; |
| 10-1620 | John Phillips v. BP America Production et al; |
| 10-1630 | Gulf Restoration Network Inc. et al v. United States; Department of the Interior et al; |
| 10-1674 | Johnson v. BP, PLC et al; |
| 10-1721 | Cressy v. BP, PLC et al; |
| 10-1726 | Danzig v. BP PLC et al; |
| 10-1741 | Nguyen et al v. BP PLC et al; |
| 10-1747 | J&M Boat Rentals, LLC v. BP, LLC et al; |
| 10-1749 | Parker et al v. Nalco Company et al; |
| 10-1752 | Fruge et al v. BP, PLC et al; |
| 10-1757 | Louisiana State v. BP Exploration & Production, Inc. et al; |
| 10-1758 | Louisiana State v. BP Exploration & Production Inc. et al; |
| 10-1759 | Louisiana State v. BP Exploration & Production, Inc. et al; |

| | |
|---|---|
| 10-1760 | Louisiana State et al v. BP Exploration & Production, Inc. et al; |
| 10-1764 | Boettner v. BP, PLC et al; |
| 10-1767 | Decatur Hotels, LLC et al v. BP, PLC et al; |
| 10-1768 | Center for Biological Diversity, Inc. v. BP America, Inc. et al; |
| 10-1827 | Doyle v. BP, PLC et al; |
| 10-1829 | Oser v. Transocean et al; |
| 10-1836 | Jacob Kansas v. Transocean, Ltd. et al; |
| 10-1839 | Bayona Corp. v. Transocean et al; |
| 10-1841 | Verdin v. BP PLC et al; |
| 10-1842 | Verdin v. BP PLC et al; |
| 10-1850 | Nguyen v. BP PLC et al; |
| 10-1852 | Nguyen v. BP PLC et al; |
| 10-1855 | Nguyen v. BP PLC et al; |
| 10-1857 | Ascension Marine, Inc. v. BP, PLC et al; |
| 10-1864 | Sevin v. BP America, Inc. et al; |
| 10-1908 | Frischhertz et al v. Halliburton Energy Services, Inc. et al; |
| 10-1920 | Ezell et al v. BP, PLC. et al; |
| 10-1921 | Taquino et al v. Transocean Holdings, LLC, et al; |
| 10-1926 | Copeland's of New Orleans, Inc. et al v. BP, PLC; |
| 10-1931 | Harmon et al v. BP, PLC et al; |
| 10-1935 | Tensas Parish Sheriff's Department et al v. BP, PLC. et al; |
| 10-1947 | Revenue Properties Southland Limited Partnership v. BP PLC et al; |
| 10-1970 | American Gulf Seafood, LLC et al v. BP PLC et al; |
| 10-1984 | Clay Whittinghill v. Abdon Callais Offshore; |
| 10-1986 | Robin et al v. Seacor Marine LLC et al; |

10-2078     Harris v. BP PLC et al;

10-2087     Louisiana State v. BP Exploration & Production, Inc. et al;

10-2097     Bruce Bang v. BP, PLC et al;

10-2103     Inter-Tour Louisiane, Inc v. Transocean Ltd et al;

10-2116     Al Abadie, Jr. V. BP, PLC et al; and

10-2454     Center for Biological Diversity, Inc. v BP America, Inc.

Accordingly, **IT IS ORDERED** that these captioned matters are consolidated with MDL 2179 until further order.

New Orleans, Louisiana, this  13th  day of     August    , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE