```
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA


IN RE: OIL SPILL by the OIL RIG        :   MDL NO. 2179
       "DEEPWATER HORIZON" in the      :
       GULF OF MEXICO, on              :
       APRIL 20, 2010                  :   SECTION: J
                                       :
                                       :
                                       :   JUDGE BARBIER
                                       :   MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #5**</u>

The Court **ORDERS** the following:

With regard to motions filed before a case was transferred or removed to the MDL from another district, these motions shall be refiled into the MDL in order to receive consideration from the Court.  The purpose of the refiling is to provide the Court with notice of the existence of such motions, as these motions do not currently appear on the Court's MDL docket.  Refiling shall be done after the initial conference and pursuant to the directives set out in Pretrial Order No. 1.

With regard to motions filed before a case in the Eastern District of Louisiana was transferred to MDL 2179 (except for those motions referred to in PTO#3), these motions are **DENIED**, **without prejudice.**  These motions shall be refiled into the MDL after the initial conference and pursuant to the directives set out in

Pretrial Order No. 1 in order to receive consideration from the Court.

New Orleans, Louisiana, this 16th day of August, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE