OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: August 16, 2010

Cajun Crab, et al

vs.

BP, PLC, Et al

Case No. 10-01516 Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP Products North America, INC.
   (address) 320 Somerulos St. Baton Rouge, LA 70802-6129
2. (name) BP America, INc.
   (address) 5615 Corporate Blvd. Ste. 400B, Baton Rouge, LA 708
3. (name) Cameron International Corporation
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs

Address Kinney + Ellinghausen, APLC
1250 Poydras St. Ste. 2450
New Orleans, LA 70113