UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        :   MDL NO. 2179
      "DEEPWATER HORIZON" in the       :
      GULF OF MEXICO, on               :
      APRIL 20, 2010                   :   SECTION: J
                                       :
                                       :
                                       :   JUDGE BARBIER
                                       :   MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER #3 (AMENDMENT)

### RESETTING HEARING DATE ON MOTIONS

    **IT IS ORDERED** that the Motions referred to in Pretrial Order #3, previously set for hearing with oral argument on Friday, September 17, 2010 at 9:30 a.m., are hereby **RESET** for hearing **with oral argument** on **Thursday, September 16, 2010 at 2:30 p.m.**

    New Orleans, Louisiana, this  17th  day of   August  , 2010.

                                                          _____
                                                          CARL J. BARBIER
                                            UNITED STATES DISTRICT JUDGE