UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, in the APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSAN |

## APPLICATION OF DANIEL E. BECNEL, JR. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Please see the attached Application of Daniel E. Becnel, Jr. For Appointment To The Plaintiffs' Steering Committee pursuant to Pretrial Order No. 1.

*[signature]*

DANIEL E. BECNEL, JR. (#2926)
BECNEL LAW FIRM, LLC
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
E-mail: dbecnel@becnellaw.com
Telephone (985) 536-1186
Facsimile (985) 536-6445