UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          *   MDL NO. 2179
"DEEPWATER HORIZON" in the               *
GULF OF MEXICO, ON                       *
April 20, 2010                           *
                                         *   SECTION J
                                         *
THIS DOCUMENT RELATES TO ALL CASES       *   Judge Barbier
                                             Mag. Judge Shushan

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, the following attorneys wish to add their names to the Panel Attorney Service List as counsel for Defendant, M-I L.L.C.:

**GARDERE WYNNE SEWELL LLP**
Peter Scaff (Texas Bar No. 24028737)
Jeffrey S. Davis (Texas Bar No. 00783936)
Rhonda Reed Weiner (Texas Bar No. 24047732)
Audrey Momanaee (Texas Bar No. 24055993)
Mike Seely (Texas Bar No. 24054148)
1000 Louisiana, Suite 3400
Houston, Texas 77002
Telephone: 713.276.5500
Facsimile: 713.276.5555
Email: pscaff@gardere.com
Email  jdavis@gardere.com
Email: rweiner@gardere.com
Email: amomanaee@gardere.com
Email: mseely@gardere.com

**WEISS & EASON LLP**
Tobin Eason (Louisiana Bar No. 05250)
128 Century Oaks
Mandeville, LA 70471
Telephone: 985.626.4326
Facsimile: 985.626.4200
Email: t_eason@weiss-eason.com

**BEIRNE MAYNARD & PARSONS, LLP**
Edward J. Murphy (Texas Bar No. 14697500)
Brit Brown (Texas Bar No. 03094550)
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056
Telephone: 713.623.0887
Facsimile: 713.960.1527
Email: emurphy@bmpllp.com
Email: bbrown@bmpllp.com

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully submitted,

/s/ Peter Scaff
Peter Scaff (Texas Bar No. 24028737)
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002
Telephone: 713.276.5500
Facsimile: 713.276.5555
ATTORNEYS FOR DEFENDANT,
M-I L.L.C.

**CERTIFICATE OF SERVICE**

I certify that on August 18th, 2010, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system. I also certify that I have mailed this filing by U.S. Postal Service to all counsel of record who are not registered to receive electronic service by operation of the Court's electronic filing system.

/s/ Peter Scaff
Peter Scaff