AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

American Gulf Seafood, LLC, et al.

*Plaintiff*

v.

BP, PLC, et al.

*Defendant*

Civil Action No. 10-1970 "J" (4)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP, PLC
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rusty Savoie
Lamothe Law Firm, LLC
100 Innwood Dr., Suite B
Covington, LA 70433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Date: **Jul 19 2010**

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1970

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* BP, PLC
was received by me on *(date)* 7/19/10 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: Service via certified mail sent on 7-21-10 & received on 7-26-10 .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-11-10 [signature]
*Server's signature*

Rusty Savoie, Attorney
*Printed name and title*

100 Innwood Dr, St B
Covington, LA 70433
*Server's address*

Additional information regarding attempted service, etc:

ECTION ON DELIVERY

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP PLC
North American Headquarters
28100 Torch Pkwy
Warrenville, IL
60555-3938

X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) N. Faulstich

C. Date of Delivery 7/26/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service lat 7010 0290 0000 3816 4375

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540


USPS - Track & Confirm
Page 1 of 1

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 0290 0000 3816 4375**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 7:02 am on July 26, 2010 in WARRENVILLE, IL 60555.

Track & Confirm

Enter Label/Receipt Number.

Go >

Detailed Results:

- **Delivered, July 26, 2010, 7:02 am, WARRENVILLE, IL 60555**
- **Notice Left, July 24, 2010, 8:47 am, WARRENVILLE, IL 60555**
- **Arrival at Unit, July 24, 2010, 8:46 am, WARRENVILLE, IL 60555**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

**Copyright© 2010 USPS. All Rights Reserved.** No FEAR Act EEO Data FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do 8/11/2010