UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                               MDL ACTION

OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"     NUMBER: 10-2179
IN THE GULF OF MEXICO, ON APRIL 20, 2010                      (C.A. 10-1921)

                                                                                        SECTION: J

ORDER

On August 6, 2010, the plaintiff filed a motion to dismiss Mitsui & Co., which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of August 18, 2010, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.