UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| This Document Relates to All Cases | * * * * * * | SECTION: J  JUDGE: BARBIER  Mag. Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPLICATION OF JEFFREY P. BERNIARD
TO THE PLAINTIFFS' STEERING COMMITTEE**

**NOW INTO COURT**, comes **JEFFREY P. BERNIARD**, who respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all Plaintiffs in the above captioned matter.

**Capacity and Willingness to Serve**

The Berniard Law Firm, headed by Mr. Jeffrey P. Berniard, has been on the forefront of complex litigation in the years following Hurricane Katrina. Having represented a wide variety of clients in matters of complex litigation as varied as class action claims of antitrust Sherman Act violations, mass tort chemical exposure, first party insurance dispute class actions and claims related to the Chinese drywall litigation, Jeffrey Berniard is now representing hundreds of clients in the wake of the Deepwater Horizon catastrophe. *See Exhibit A –Curriculum Vitae of Applicant*

Staff of the Berniard Law Firm, under the advisement of Jeffrey P. Berniard, has made the oil spill its top exploratory priority with constant briefings at staff meetings and work done in the community to inform on this very pertinent matter. Further, the Berniard Law Firm

maintains a website in which updates on the matter and the application of the myriad of laws that could be applied to these claims have been reported and discussed at length. This site may be viewed at http://www.bpoilspilllawyersblog.com. Given this experience and knowledge Jeffrey P. Berniard has been asked to and agreed to be a skills course instructor at Loyola Law School concerning Federal Complex Litigation as well as CLE courses related directly to the oil spill litigation.  Further, Mr. Berniard is a sought after expert by the media in these regards.[1]

As to matters involving multidistrict and/or complex litigation, Mr. Berniard has the requisite experience to be a productive asset in this litigation.  As can be seen in the Exhibit A, Mr. Berniard has a quite varied and extensive history of working in matters of complex litigation.  Mr. Berniard is a current member of the steering committee relating to the mass tort chemical exposure case of *Sheila Guidry et. al. vs. The Dow Chemical Company et. al.* Civil District Court for the Parish of Orleans, La. Docket No. 2009-7832.[2]  In the matter of *In Re: Cox Enterprises, Inc., set-top cable television box antitrust litigation* originally filed in the Eastern District of Louisiana, Jeffrey P. Berniard and co-counsel were the first anti-trust lawsuit filed against Cox Enterprises over this matter nationally. Mr. Berniard is actively working with co-counsel on the Cox matter in furtherance of prosecuting the case.  Further, Mr. Berniard is currently Co-Lead counsel in *Gerald Paul Bodet et. al. vs. Cox Communications,* USDC, EDLA No. 09-3068, a Sherman Antitrust class action.

Mr. Berniard has effectively served as Co-lead Counsel in *Toni Swain Orrill, et. al. v. AIG, Inc., et. al.,* CDC Docket Number 2005-11720, a first party insurance dispute class action of first impression that was settled on behalf of over 14,000 class members.  Mr. Berniard is also

---

[1] Featured on the Fox National Program, Neil Cavuto Business hour, quoted by international, national and local publications concerning legal issues related to the Deepwater Horizon and ensuing oil spill.
[2] Mr. Berniard has been appointed to the steering committee for this matter involving hundreds of thousands of putative class members.

actively working with hundreds of lawyers on this matter in different forums set up by the current interim laision counsel.

Mr. Berniard is selectively evaluating oil spill recovery claims so that his resources are not overextended and thus he would remain available to work on behalf of the Steering Committee and further is adequately prepared to fully contribute to the costly financing of this complex litigation. Being a young attorney with the energy and determination to jump headfirst into this matter, Mr. Berniard will gladly provide all of his effectiveness and skills to the steering committee.

**Competency and Worthiness**

Having been considered, among a wide variety and large quantity of judicial commendations, to be highly competent and successful in obtaining positive rulings and proper cooperation and respect to the court, Jeffrey P. Berniard is a worthy nominee for the Steering Committee. One ruling noted that "This Court finds that Class Counsel are highly skilled attorneys with experience in class action litigation. The substantial Settlement amount negotiated by Class Counsel further evidences their competence." [3] That ruling also noted that "an exorbitant amount of time [had] been devoted to this cause" while "assuming substantial risk that they might not be compensated for their efforts." *Id.* Such praise demonstrates a clear element of selflessness and willingness on the part of Jeffrey P. Berniard to assume a role of responsibility that represents an interest or cause that demands an individual assume command and assert guidance. Such a role, in this matter, can be easily seen to make Jeffrey P. Berniard a good fit as part of the Steering Committee.

---

[3] Final Judgment approving Fairness of Class Action settlement of $35 million dollars on behalf of 70,000 potential class members- Judge Kern Reese - *Toni Swain Orrill, et. al. v. Louisiana Citizens Fair Plan et. al.* CDC No. 2005-11720, Division "L"  Mr. Berniard was Co-Lead Counsel in that matter as well as Co-Lead Counsel in *Chaloma, et. Al. v. Louisiana Citizens Property Insurance Corporation*, No.: 107-125 "A", 34th Judicial District Court, Parish of St. Bernard.

Jeffrey P. Berniard, as part of everyday work within his firm, coordinates legal efforts consistently and very successfully with attorneys across the United States. Through continued cooperation, interaction and professional development with lawyers certified in a variety of states, Jeffrey P. Berniard has developed a very profound and necessary knack for both leading and assisting attorneys from all practice areas in the pursuit of proper legal development.

Originally, Mr. Berniard was co-counsel with Allan Kanner of Kanner & Whitley, prior to Mr. Kanner's employment by the Louisiana Attorney General to handle the State of Louisiana's claims against the defendants in this matter. [4] Therefore, Mr. Berniard will continue a line of communication with Mr. Kanner as to the State of Louisiana's litigation that will undoubtedly benefit the Plaintiffs in this matter.

**Summation**

Finally, by way of experience in matters of complex litigation, your applicant is aware of the tendencies of most courts to appoint attorneys to steering committee positions who have a greater amount of time served in the profession. This applicant respectfully suggests to this Honorable Court that he represents the next generation of attorneys who will lead such complex matters. He humbly suggest that his past experience, willingness to commit wholeheartedly time wise and financially, and his ability to work with others make this applicant a perfect fit to be a leader in this litigation. This applicant respectfully request this court not discount this applicant by his youth, and look to his drive to succeed on behalf of his clients as a barometer for his expected performance on behalf of the Plaintiffs in this matter. If given the opportunity, this applicant will undoubtedly exceed all expectations the court would have of a steering committee member of a matter of such importance.

---

[4] James J. Friloux et. al, vs. BP PLC et. al, EDLA, No. 10-1246.  Mr. Kanner was noted by by Attorney General Buddy Caldwell as "the best oil and gas expert in the world as lead counsel for the litigation."

Respectfully Submitted,

/s/ Jeffrey P. Berniard_____
**JEFFREY BERNIARD, LSBA #29088**
Berniard Law Firm
643 Magazine St.
Suite 402
New Orleans, LA 70130
Telephone: (504)527-6225
Facsimile: (504) 617-6300
Emaill: Jeffberniard@laclaim.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2010, the foregoing Application of Jeffrey P. Berniard to the Plaintiffs' Steering Committee has been served by electronic mail upon all counsel included in the service list attached to the Court's Pretrial Order #1, as well as any other plaintiff's counsel know to have a case pending.

/s/ Jeffrey Berniard_____
Jeffrey Berniard