# Jeffrey Paul Berniard
JeffBerniard@laclaim.com

## CURRICULUM VITAE

Current Address
643 Magazine St., Suite 402
New Orleans, LA. 70130
Office    (504) 527-6225
Fax       (504) 617-6300
Email:   Jeffberniard@laclaim.com
Website: www.LACLAIM.COM

## LEGAL EXPERIENCE

**Berniard Law Firm-** New Orleans, Louisiana
Self Employed Attorney- April 2005- Present
Focused solely on representing Plaintiffs in First Party Insurance disputes arising from Hurricane Katrina beginning in October 2005.  In 2006 successfully handled over 100 first party Hurricane Katrina claim disputes and secured over two million dollars in settlements for my clients.

To date have filed over 300 lawsuits arising out of first party insurance disputes since 2005 and have secured over forty three million dollars in settlements for my clients.  The settlements have arisen from trials, mediations, settlement conferences with the court, and litigation maneuvers that placed the insurers in an untenable position whereby settlement was a necessity.  The focus of my practice since Hurricane Katrina has been Complex/Class action litigation and first party insurance disputes.

## COMPLEX LITIGATION/CLASS ACTION EXPERIENCE

**April 2010**
Enrolled as class counsel in *James J. Friloux et. al., vs. BP, PLC, et. al.,* USDC, EDLA No. 10-1246, Division "J", . Magistrate "1".  MDL No. 2179 *IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*  The *Friloux et. al.* matter seeks to address alleged losses caused by the various Defendants, BP, PLC Et. Al. that results from the explosion and ensuing oil leak from the Deepwater Horizon oil rig.  Jeffrey P. Berniard drafted all pleadings in this matter.  Jeffrey P. Berniard is currently working along with co-counsel from around the county on the subsequently hundreds of filed causes of action alleging similar transgressions by the Defendants.

**July 2009**
Approved as member of Plaintiff's Steering Committee in *Sheila Guidry et. al. vs. The Dow Chemical Company et. al.,* Civil District Court for the Parish of Orleans, La. Docket No. 2009-7832.
The *Guidry et. al.*, matter arises out of a chemical leak by various Defendants, in which Jeffrey P. Berniard and co-counsel currently represent around 4,000 plaintiffs.  Jeffrey P. Berniard is one of 4 attorneys appointed to the interim steering committee and is actively participating in all facets of the litigation.

**May 2009**
Enrolled as class counsel in *Enjoli et. al. vs. Iovate Health Sciences, U.S.A,* USDC, EDLA No. 09-3533, Division "R",. Magistrate "3". *Hydroxycut Marketing and Sales Practice Litigation,* MDL No. 2087.  The *Enjoli et. al.* matter seeks to address alleged deceptive sales practices against the Defendants, Iovate Et. Al..  Jeffrey P. Berniard drafted all pleadings in this matter, including the Motion seeking transfer to the EDLA, which was filed with the JPML.  Jeffrey P. Berniard is currently working along with co-counsel from around the county of the subsequently 21 filed causes of action alleging similar transgressions by the Defendants.

**May 2009**
Enrolled as class counsel in *Wiltz et. al vs. Knauf Gips KG, et. al,* USDC, EDLA No. 09-3488, Division "s",. Magistrate "2."  This matter is currently consolidated with several other lawsuits alleging the same causes of action in the Eastern District of Louisiana, *In Re: Chinese-manufactured Drywall Products Liability Litigation,* MDL No. 2047.  Jeffrey P. Berniard drafted all pleadings in this matter.  Jeffrey P. Berniard is currently working along with co-counsel from around the county of the filed causes of action alleging similar transgressions by the Defendants.

**March 2009**
Lead  Co-Class counsel in *Gerald Paul Bodet et. al. vs. Cox Communications,* USDC, EDLA No. 09-3068, Division "F",. Magistrate "1."
The *Bodet*  matter seeks to address alleged antitrust allegations against the Defendants, Charter Communications Et. Al..   Jeffrey P. Berniard along with co-counsel filed the first  and only petition for damages against Charter for the alleged Sherman Act Antitrust violations.  Jeffrey P. Berniard is currently working Co-Lead Counsel in this matter and drafted all pleadings in this matter, including the Opposition to Motion to Dismiss; the Motion was defeated by Mr. Berniard's Opposition.

**February 2009**
Enrolled as class counsel in *Henry Holmes et. al. vs. Cox Communications,* USDC, EDLA No. 09-2996, Division "S",. Magistrate "4". Transferred by the JPML to the Western District of Oklahoma, *IN RE: Cox Enterprises, Inc., Set-top Cable Television Box Antitrust Litigation,* MDL No. 2048. The *Holmes*  consolidated matter seeks to address alleged antitrust allegations against the Defendants, Cox Communications Et. Al..   Jeffrey P. Berniard along with co-counsel filed the first petition for damages against Cox for the alleged Sherman Act Antitrust violations.  Jeffrey P. Berniard is currently working along with co-counsel from around the county of the subsequently 15 filed causes of action alleging similar transgressions by the Defendants.

**October 2008**
Enrolled and approved by Judge Kern Reese as one of three lead class counsel in
*Toni Swain Orrill, et. al. v. AIG, Inc., et. al.,* CDC Docket Number 2005-11720, Division "L", Section 6.  The *Orrill et. al.* matter was a competing and sister class action of the *Chalona et. al.* matter.  In this matter a class of 70,000 members was seeking bad faith penalties for the alleged tardiness in payment and tardiness in opening of claims during Hurricane Katrina and Rita by the insurance company of last resort in Louisiana.  The *Chalona* and *Orrill* matters were joined for purposes of settlement.  A settlement of $35 million dollars was successfully negotiated along with two other lead class counsels for this matter.  Jeffrey P. Berniard was personally involved in every aspect of the case and the complexity of this matter was further exacerbated by way of a

third competing sister class action filed in another parish who sought to derail the settlement by various methods.

**January 2007**
Enrolled and approved by Judge Robert Buckley as one of three lead class counsel in
*Chalona et. Al. vs. Louisiana Property Insurance Company,* 34th JDC, No. 107-125, Div. "A"
The *Chalona et. al.* matter consisted of a class of 70,000 members that were seeking bad faith penalties for the alleged tardiness in payment for claims during Hurricane Katrina and Rita by the insurance company of last resort in Louisiana. One of three Plaintiffs attorneys for the class and was involved in every aspect of the case up until it was subsumed and consolidated with the *Orrill et. al.* class action detailed below.

## LEGAL SEMINARS TAUGHT

**July 2010**
*Chinese Drywall Problems and Litigation-* HalfMoon Seminars LLC
Mr. Berniard taught continuing legal education on the topics of *Exploring Potential Liability for Damages Caused by Chinese Drywall Problems*

**August 2010**
*Gulf Oil Spill Disaster Response Summit.* Jeffrey P. Berniard will present on the topics of the Oil Pollution Act of 1990, the Feinberg Fund and Claim Payments, how the Gulf Coast Claims Facility will operate, and claimants legal rights.

**October 2010**
*Oil Pollution Claims and Litigation*. Mr. Berniard has been asked to present at a continuing legal education on the topics titled *Current State of OPA Litigation* and *Claims Process Under the OPA*.

**October 2010**
Loyola Law School of New Orleans- Skills Courses
Mr. Berniard has been asked to present *Overview of Federal Class Action Litigation* and *Certifying a Class Action in Federal Court* to law students as part of the skills course curriculum.

## LEGAL EXPERIENCE

**Brandt J. Dufrene, Jr**, Boutte, Louisiana
Contract Attorney, April 2005- September 2005
Real estate field of Law and General Practice. Reviewed abstracts for merchantability of title issues, closed loans, participated in all areas of the title company from the beginning to the end. Supervised support staff to efficiently and quickly resolve issues relating to a Real Estate Law Practice. Attorney in all general areas including, Successions, Corporations, Family Law, and Bankruptcy

**Morris Bart, PLC,** New Orleans, Louisiana
Attorney, *November* 2004- April 2005
Personal Injury Field of Law. Managed 125 cases of varying complexity, supervised support staff to manage a large volume of quickly overturning cases.

**Herman, Mathis, Casey, Kitchens & Gerel, LLC,** New Orleans, Louisiana
*Document Coder, August 2004-November 2004*
Analyzed documents pertaining to a complex federal class action laws.

**Tagart, Morton, Ogden, Staub, Rougelot, & O'Brien, LLC**, New Orleans, Louisiana
*Summer Associate, Summer 2003*
*Law Clerk, Fall 2003*
Prepared legal memorandums on various legal issues covering a wide spectrum of federal and state law.  Wrote pleadings for exceptions and motions, participated in depositions and settlements.

**District Attorney's Office**, Lake Charles, Louisiana
*Law Clerk, Summer 2002*
Prepared legal memorandums on issues pertaining to criminal law.  Observed courtroom proceedings including trials and voire dire.  Assisted with trials and preparations leading up to trials.

**Gillis Long Poverty Law Center**, New Orleans, Louisiana
*Pro Bono Service, Loyola University New Orleans School of Law*
*Summer 2002*
Prepared legal memorandums on various legal issues.


## SECONDARY EDUCATION

**Loyola University New Orleans School of Law**, New Orleans, Louisiana
*Juris Doctor Degree in Civil Law May 2004*
*Common Law Certificate*
*International Law Certificate*
Class Rank: Top 35%

> Honors and Activities:
>> Real Estate Law Society, Charter Member
>> European Legal Studies Summer Program
>> Central American Legal Studies Summer Program

**McNeese State University**, Lake Charles, Louisiana
*Bachelor of Science in Business*, Concentration in Finance and Management

> Honors and Activities:
>> Accounting Society, Member
>> President's List


## PROFESSIONAL EXPERIENCE

**B & L Realty, Inc.,** New Orleans, Louisiana
*Real Estate Agent, March 2004- Present*


**Mazeen's Restaurant**, Lake Charles, Louisiana
*Waiter, January- August 2001*

**McNeese State University**, Lake Charles, Louisiana

*Lifeguard/Recreation Attendant, May 1999-August 2000*

**University Pool**, City of Lake Charles, Lake Charles, Louisiana
*Lifeguard/Swim Team Coach, Summers of 1994-1999*

**Lake Charles Country Club**, Lake Charles, Louisiana
*Waiter, August- December 1996*

**Manpower**, Lake Charles, Louisiana
*General Laborer, January-June 1996*

## PROFESSIONAL MEMBERSHIPS

**American Bar Association**
*Member, October 2004- Present*

**Louisiana Trial Lawyers Association**
*Member, October 2004- Present*

**New Orleans Bar Association**
*Member, June 2003- Present*

**American Trial Lawyers Association**
*Member, October 2004- Present*

## COMPUTER AND LAGUAGE SKILLS

WESTLAW, LEXIS/NEXIS, Microsoft Office, Mac and Windows OS