# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * SECTION : J <br> * <br> * JUDGE BARBIER |
| THIS REFERS TO CASE NO. 10-1827 ONLY | * MAG. JUDGE SHUSHAN <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendants, pursuant to Rule 41(a), Fed.R.Civ.P. hereby move to voluntarily dismiss this action without prejudice, each party to bear its own costs.

Respectfully submitted, this 18th day of August, 2010.

/s/ Patricia A. Finn
Patricia A. Finn, *(to be admitted pro hac vice)*
Law Office of Patricia A. Finn
Post Office Box 151
Sparkill, NY 10976
Telephone:  (845) 398-0521
Facsimile:  (888) 874-5703
e-mail:  patriciafinnattorney@gmail.com

*Attorney for Plaintiffs*

907519_1

| | |
|---|---|
| **FRILOT LLC** | **GODWIN RONQUILLO PC** |

By:  /s/ Campbell E. Wallace
MILES P. CLEMENTS (#4184)
KERRY J. MILLER (#24562)
CAMPBELL E. WALLACE (#13195)
PAUL C. THIBODEAUX (#29446)
EVERETT R. FINERAN (#31153)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3700
Telephone:  (504) 599-8169
Facsimile:  (504) 599-8154
E-mail:  mclements@frilot.com
          kmiller@frilot.com
          cwallace@frilot.com
          pthibodeaux@frilot.com
          efineran@frilot.com
and
EDWARD F. KOHNKE, IV, T.A. (07824)
EDWIN G. PREIS, JR. (10703)
CARL J. HEBERT (6724)
RICHARD J. HYMEL (20230)
ROBERT M. KALLAM (20242)
JOSEPH E. LEE, III (26968)
PREIS & ROY
(A Professional Law Corporation)
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:  (504) 581-6062
Facsimile:  (504) 522-9129
and
GEORGE MOORE GILLY (6234)
EVANS MARTIN MCLEOD (24846)
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

*Attorneys for Defendant, Transocean Deepwater, Inc.*

By:  /s/  Donald E. Godwin
Donald E. Godwin, *admitted pro hac vice*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr., *admitted pro hac vice*
bbowman@godwinronquillo.com
Jenny L. Martinez, *admitted pro hac vice*
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr., *admitted pro hac vice*
fhartley@godwinronquillo.com
Gavin E. Hill, *admitted pro hac vice*
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332
-AND-
R. Alan York, *admitted pro hac vice*
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594
-AND-

 /s/   Katharine R. Colletta
Katharine R. Colletta, #27552
Derek A. Walker, #13175
Adelaida J. Ferchmin, #29859
**CHAFFE McCALL L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: 504.585.7000
Facsimile: 504.585.7075

*Attorneys for Defendant, Halliburton Energy Services, Inc.*

907519_1

/s/ Robert E. Holden
Don K. Haycraft (Bar #14361)
e-mail:  dkhaycraft@liskow.com
Robert E. Holden (Bar #6935)
e-mail:  reholden@liskow.com
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Facsimile:  (504) 566-4108

*Attorneys for Defendant, BP Exploration & Production, Inc.*

IGNACIA S. MORENO
Assistant Attorney General
JIM LETTEN
United States Attorney

/s/ Clifford E. Stevens, Jr.
Clifford E. Stevens, Jr., T.A. (D.C. Bar No. 463906)
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment and Natural Resources Div.
601 D Street NW, Room 3033 (20004)
Post Office Box 7369
Washington, DC 20044-7369
Telephone:  (202) 353-7548
Facsimile:  (202) 305-0275
e-mail:  Clifford.stevens@usdoj.gov

/s/ Martha C. Mann
Martha C. Mann, T.A. (FL Bar No. 155950)
U.S. Dept. of Justice
601 D Street NW, Suite 8000
Washington, DC 20004
Telephone:  (202) 514-2664
Facsimile: (202) 514-8865
e-mail:  Martha.mann@usdoj.gov

/s/ Sharon D. Smith
Sharon D. Smith (#17146)
Assistant United States Attorney
U.S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras Street, Suite 210
New Orleans, LA 70130
Telephone:  (504) 680-3047
Facsimile:  (504) 680-3184
e-mail:  Sharon.d.smith@usdoj.gov

*Attorneys for Defendant, U.S. Department of the Interior, Kenneth Salazar, Secretary*

907519_1

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this 18th day of August, 2010, served the foregoing Joint Motion for Voluntary Dismissal Without Prejudice on the Court's electronic docketing system. Therefore, the undersigned upon information and belief certifies that all counsel of record as noted above, will receive a copy of these papers through the Court's electronic notice system.

/s/ Robert E. Holden

907519_1