UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION : J JUDGE BARBIER |
| THIS REFERS TO CASE NO. 10-1827 ONLY | * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF DISMISSAL

CONSIDERING the Joint Motion for Voluntary Dismissal Without Prejudice,

IT IS HEREBY ORDERED that the above referenced matter is DISMISSED, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

906920_1