UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HENRY PHUC DO d/b/a PAUL'S SEAFOOD** | * | **CIVIL ACTION NO. 10-02750** |
| | * | |
| **Plaintiff,** | * | **SECTION "J"** |
| | * | |
| v. | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **BP, PLC, BP PRODUCTS NORTH** | * | **MAG. (1)** |
| **AMERICA, INC.; BP AMERICA, INC.,** | * | |
| **TRANSOCEAN, LTD, TRANSOCEAN** | * | **MAGISTRATE SALLY** |
| **OFFSHORE DEEPWATER DRILLING, INC.,** | * | **SHUSHAN** |
| **TRANSOCEAN DEEPWATER, INC.,** | * | |
| **HALLIBURTON ENERGY SERVICES, INC.** | * | |
| **and CAMERON INTERNATIONAL** | * | |
| **CORPORATION f/k/a/ COOPER-CAMERON** | * | |
| **CORPORATION** | * | |
| | * | |
| **Defendants** | * | |
| *   *   *   *   *   *   *   * | | |

## NOTICE OF FILING OF LIMITATION ACTION AND ENTRY OF ORDER RESTRAINING PROSECUTION OF CLAIMS

NOW COME Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc., two of the limitation Petitioners in Civil Action No. 4:10-cv-1721, entitled *In Re the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, in a cause for Exoneration from or Limitation*

*of Liability*, filed in the United States District Court for the Southern District of Texas, and hereby give notice to this Honorable Court that an Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims was signed and entered in the aforementioned federal limitation action on May 13, 2010 and amended on May 26, 2010 and June 14, 2010, by United States District Judge Keith P. Ellison. Copies of said Orders are attached hereto as Exhibits "A", "B", and "C", respectively.

Pursuant to the United States District Court's June 14, 2010, Order, further prosecution of the above styled and numbered cause of action against the limitation Petitioners is stayed and enjoined and restrained, and all parties wishing to assert claims in connection with the casualty event described in the limitation action have been ordered to file their claims in the limitation action on or before November 15, 2010.

Respectfully submitted:

PREIS & ROY
(A Professional Law Corporation)

_____
EDWARD F. KOHNKE IV, T.A. (07824)
EDWIN G. PREIS, JR. (10703)
CARL J. HEBERT (6724)
RICHARD J. HYMEL (20230)
ROBERT M. KALLAM (20242)
JOSEPH E. LEE III (26968)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

-and-

GEORGE M. GILLY (6234)
EVANS MARTIN MCLEOD (24846)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

-and-

MILES P. CLEMENTS (#4184)
KERRY J. MILLER (#24562)
CAMPBELL E. WALLACE (#13195)
PAUL C. THIBODEAUX (#29446)
EVERETT R. FINERAN (#31153)
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Direct Phone: (504) 599-8169
Direct Fax: (504) 599-8159

Counsel for Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 18th day of August, 2010, been served on the following counsel of record in this proceeding by:

( ) Hand Delivery ( ) Prepaid U.S. Mail

( ) Federal Express ( ) E-Mail

( x ) ECF

_____
JOSEPH E. LEE III