UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**
**Setting Telephone Status Conference**

In response to the request by the liaison counsel, it is **ORDERED** that a telephone status conference will be held **Friday, August 20, 2010 at 9:00 a.m.** Counsel for BP Exploration & Production Inc. will initiate the call.

New Orleans, Louisiana, this   19th   day of    August    , 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE