UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION J |
| This document relates to 2:10-cv-1926 | * * | |
| | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| | * * | |

*****************************************

## RULE 59(E) MOTION TO ALTER OR AMEND JUDGMENT DENYING COPELAND'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND FOR COURT SUPERVISION

On July 21, 2010, the plaintiffs – Copeland's of New Orleans, Inc., Cheesecake Bistro, L.L.C., and Sweet Fire and Ice, L.L.C. (collectively, "Copeland's") – moved this Court for a temporary restraining order and preliminary injunction to direct BP Exploration & Production, Inc. ("BP") and those acting on its behalf, including Kenneth Feinberg or other personnel with the Gulf Coast Claims Facility ("GCCF"), to publicize and advertise immediately any "zone of eligibility" standards or any other categorical determination that certain classes of potential claims will be denied; additionally, Copeland's moved this Court to exercise supervision over the procedures employed by BP and the GCCF in administering BP's claims responsibilities under

1

the Oil Pollution Act, 33 U.S.C. § 2701, *et seq.*, to ensure that those procedures comply with all statutory and Constitutional requirements, or alternatively appoint a Special Master to perform this supervisory role pursuant to Fed. R. Civ. P. 53. Case No. 10-1156, Doc. No. 328 (hereafter "Copeland's motion").

On July 23, BP filed an opposition to Copeland's motion. Case No. 10-1156, Doc. No. 368 (hereafter "BP's opposition"). The primary factual assertion bolstering BP's arguments – peppered liberally throughout BP's opposition, appearing on more than half of the pages of the opposition and in almost every substantive analysis section of BP's opposition – is the assertion that none of the three Copeland's plaintiffs have filed a claim with BP's claims process for OPA damages. ***This assertion is absolutely false***. All three entities filed claims for OPA damages in May 2010, then re-filed those claims on June 24, 2010, after being informed that BP had lost track of those claims, and have been in constant contact with BP's claims adjusters, including on July 23, 2010, the date that BP's opposition was filed, to confirm that the Copeland's claims were still in BP's system. *See* Affidavit of Catherine Walston (July 26, 2010) (Exhibit A to the accompanying Memorandum in Support).

Later on July 23, this Court entered its order denying Copeland's motion. Case No. 10-1156, Doc. No. 377. Because Copeland's believes that the mistaken factual assertions in BP's opposition contributed to the Court's quick denial of Copeland's motion, to address recent developments regarding the Gulf Coast Claims Facility and BP's forsaking of its OPA obligations, and to reply to gross inconsistencies in the legal arguments in BP's opposition,

Copeland's now moves for this Court to alter or amend its July 23 judgment pursuant to Federal Rule of Civil Procedure 59(e).[1]

          Respectfully submitted,

          /s/ James M. Garner
          **JAMES M. GARNER (# 19589)**
          **TIMOTHY B. FRANCIS (# 14973)**
          **JOSHUA S. FORCE (# 21975)**
          **SHARONDA R. WILLIAMS (# 28809)**
          **EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
          Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
          909 Poydras Street, 28th Floor
          New Orleans, Louisiana 70112-1033
          Telephone: (504) 299-2100
          Facsimile: (504) 299-2300

          and

          **GLADSTONE N. JONES, III (# 22221)**
          **LYNN E. SWANSON (#22650)**
          **EBERHARD D. GARRISON (# 22058)**
          **KEVIN E. HUDDELL (# 26930)**
          **H.S. BARTLETT III (# 26795)**
          **JACQUELINE A. STUMP (# 31981)**
          Jones, Swanson, Huddell & Garrison, L.L.C.
          Pan-American Life Center
          601 Poydras Street, Suite 2655
          New Orleans, Louisiana 70130
          Telephone: (504) 523-2500
          Facsimile: (504) 523-2508

          and

          **JAMES R. SWANSON (# 18455)**
          **JOSEPH C. PEIFFER (# 26459)**

---

[1] Copeland's is cognizant of this Court's direction in Pretrial Order No. 5, that motions pending before this Court prior to the lodging of this MDL would be denied without prejudice and should be re-filed after the September 16 initial conference. Doc. No. 17. Because Copeland's brings this motion under Fed. R. Civ. P. 59(e), however, which provides that the motion must be brought within 28 days of the entry of the July 23 Judgment, to preserve its rights Copeland's is compelled to file at this time and not after the initial conference on September 16. See Fed. R. Civ. P. 6(b)(2) ("A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b).

LANCE C. McCARDLE (# 29970)
JASON W. BURGE (# 30420)
ALYSSON L. MILLS (# 32904, admission pending)
Fishman Haygood Phelps Walmsley Willis
    & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

ROBERT A. KUTCHER (# 7895)
CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3820
Facsimile: (504) 836-9573

## CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2010, I filed the foregoing pleading via CM/ECF with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, and also delivered a copy on Defendant BP PLC via hand delivery to Don K. Haycraft, local counsel.

*/s/ James M. Garner*