UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION J |
| This document relates to 2:10-cv-1926 | * * | |
| | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| | * * | |

*****************************************

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Copeland's plaintiffs, through undersigned counsel, shall bring their Rule 59(e) Motion to Alter or Amend Judgment Denying Copeland's Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision, for hearing on the 16th day of September, 2010, following the 9:00 a.m. initial hearing in this matter in front of Judge Barbier at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as this matter can be heard.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER (# 19589)
TIMOTHY B. FRANCIS (# 14973)
JOSHUA S. FORCE (# 21975)
SHARONDA R. WILLIAMS (# 28809)

1

**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

and

**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904, admission pending)**
Fishman Haygood Phelps Walmsley Willis
    & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**ROBERT A. KUTCHER (# 7895)**
**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3820
Facsimile: (504) 836-9573

## CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2010, I filed the foregoing pleading via CM/ECF with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, and also delivered a copy on Defendant BP PLC via hand delivery to Don K. Haycraft, local counsel.

*/s/ James M. Garner*