# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: DEEPWATER HORIZON     \*

     \*    **CASE NO.: 2:10-cv-01156-CJB-SS**

     \*

     \*

     \*    **DISTRICT JUDGE BARBIER**

Applies to 2:10-cv-1926      \*

     \*

     \*    **MAGISTRATE JUDGE SHUSHAN**

     \*

     \*

     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF CATHERINE WALSTON

1.     My name is Catherine Walston and I have been employed as a paralegal at the law firm of Jones Swanson Huddell & Garrison, LLC since October 16, 2009.

2.     Before May 24, 2010, I completed the "Claims submission form" available at www.bp.com on behalf of Copeland's of New Orleans, Inc., Cheesecake Bistro, LLC, and Sweet Fire and Ice, LLC ("Plaintiffs")

3.     The instructions preceding that online form provide that, upon completion of the form, "[y]ou will receive either an e-mail or a telephone call to provide you with the claim number."

4.     I received neither an e-mail nor a telephone call in response to my submission of Plaintiffs' claims and called several times in an effort to determine the status of Plaintiffs' claims.

5.     During the last of these calls, I was informed by a claims representative that nearly 50% of claims submitted through the online form are never fully processed and that claim numbers are not issued.

6.     Accordingly, on June 24, 2010, I completed the online form for each of the Plaintiffs a second time and printed the completed forms, copies of which are attached hereto in globo as Exhibit 1.

7.     On June 25, 2010, I received three emails, each providing a claim number for one of the three Plaintiffs. Copies of those emails are attached hereto in globo as Exhibit 2.

8.     On June 28, 2010, I received three letters from ESIS, all dated May 24, 2010 and addressed to Mr. Robert Kutcher, co-counsel for Plaintiffs, and each of which related to one of the three Plaintiffs' claims and identified the same claim number contained in the June 25, 2010

1



email relating to that Plaintiff's claim. Copies of those letters are attached hereto in globo as Exhibit 3.

9.      Upon receipt of the emails and letters attached hereto as Exhibits 2 and 3, I contacted the claims center. However, the claims representative with whom I was speaking cut that conversation short upon learning that Plaintiffs are represented by counsel and that I work for Plaintiffs' lawyers. I was informed that I needed to speak with someone in the Legal Department.

10.     On a separate occasion and with regard to another client's claim, I was also informed that claimants represented by counsel cannot use the toll-free number for filing claims, even though I have since learned, as stated above, that nearly 50% of claims submitted through the alternative, the online form, are never fully processed and that claim numbers are not issued.

11.     On July 9, 2010, I forwarded the letters of representation attached hereto in globo as Exhibit 4.

12.     Since receipt of the emails and letters attached hereto as Exhibits 2 and 3 and forwarding of the letters of representation attached hereto as Exhibit 4, I have had several conversations with Elizabeth Debenedetto, the adjuster I understand to have been assigned to Plaintiffs' claims, with regard to those claims.

13.     In fact, I spoke to Elizabeth Debenedetto, as recently as July 23, 2010 to confirm that I had the correct claim number for each of the Plaintiffs claims.

14.     Importantly, though, I understand that because Plaintiffs' claims will be designated as "Large Loss Claims," Elizabeth Debenedetto, is still just an interim handling adjuster and that Plaintiffs' claims will be transferred yet again to the "Large Loss Division" and yet another adjuster assigned. It is not at all clear when that transfer will occur.

Catherine Walston

Sworn to before me this _26th_ day of July, 2010.

Notary Public

Catherine Elena Lasky
Notary Public
State of Louisiana
Louisiana Bar Roll # 28852
My Commission is issued for Life

2

## NO Charge To You

Your claim will be handled promptly at NO charge to you. Our authorized adjusters are dedicated professiona
will never ask you for money. If anyone tells you they are an adjuster and asks you for money, they do not rep
us or you.

* indicates a mandatory field.

Your first name *    Katie

Your last name *    Walston

This claim is for: *    ○ Yourself
                       ◉ A Business
                       ○ Other

If 'Other', what is your
relationship?

You are    ○ An Employee
           ○ A Business
           ◉ Other

Loss location name: *    Copeland's of New Orleans, Inc.

Loss location street
address *    1001 Harimaw Ct., South

City *    Metairie

State *    ○ Alabama
          ○ Florida
          ◉ Louisiana
          ○ Mississippi
          ○ Other

If 'Other', provide State name
below

Zip code *

EXHIBIT

Survey: Claims Submission Form

70001

Your email address    kwalston@jonesswanson.com

Your home phone number

Your work phone number    504-523-2500

Your cell phone number

The best number to reach    ○ Home
you is:    ◉ Work
    ○ Cell

Is your residence/mailing    ◉ Yes
address different from loss    ○ No
location?

If 'yes', please provide your    601 Poydras Street, Suite 2655
street address:

City    New Orleans

State    la

Zip code    70130

Are you    ○ An owner of this residence
    ◉ A tenant
    ○ Other

Claimant's first name *    Robert

Claimant's last name: *    Kutcher

Claimant's date of birth

Claimant's occupation: *          Attorney

Are you filing a claim for          ☐ Bodily injury or illness
                                    ☐ Property damage
                                    ☑ Loss of income

Please provide a description
of any property damage
and/or bodily injury and/or
loss of income

If your car was damaged
please provide the year,
make and model

Please provide the vehicle's
License Plate #

Please provide the vehicle
identification number (VIN)

If your boat was damaged,          ○ Yes
was it a charter boat?             ○ No

If your boat was a charter
boat, what is the size of the
boat?

If your boat was a charter
boat, what is the registration
number?

Was your boat handmade?            ○ Yes
                                   ○ No

If your boat was handmade,
what year was it made?

If multiple boats were
damaged, how many boats
were damaged?

Have you previously
reported this claim? *

         ◯ Yes
         ◉ No

**Have you reported this
claim to anyone else? ***   ◯ Yes
         ◉ No

If yes, to whom was the claim
reported?

Date of previous report

[Submit] [Cancel]

Survey: Claims Submission Form

Page 1 of 4

## NO Charge To You

Your claim will be handled promptly at NO charge to you. Our authorized adjusters are dedicated professiona will never ask you for money. If anyone tells you they are an adjuster and asks you for money, they do not rep us or you.

**\* indicates a mandatory field.**

| | |
|---|---|
| Your first name * | Katie |
| Your last name * | Walston |
| This claim is for: * | ◯ Yourself  ⊙ A Business  ◯ Other |
| If 'Other', what is your relationship? | Law Firm |
| You are | ◯ An Employee  ◯ A Business  ⊙ Other |
| Loss location name: * | Cheesecake Bistro, LLC |
| Loss location street address * | 1001 Harimaw Ct., South |
| City * | Metairie |
| State * | ◯ Alabama  ◯ Florida  ⊙ Louisiana  ◯ Mississippi  ◯ Other |
| If 'Other', provide State name below | |
| Zip code * | |

6/24/2010

70001

Your email address    kwalston@jonesswanson.com

Your home phone number

Your work phone number    504-523-2500

Your cell phone number

The best number to reach
you is:    ○ Home
    ● Work
    ○ Cell

Is your residence/mailing
address different from loss
location?    ● Yes
    ○ No

If 'yes', please provide your
street address:    601 Poydras Street, Suite 2655

City    New Orleans

State    La

Zip code    70130

Are you    ○ An owner of this residence
    ○ A tenant
    ○ Other

Claimant's first name *    Robert

Claimant's last name: *    Kutcher

Claimant's date of birth

Survey: Claims Submission Form                                                    Page 3 of 4

**Claimant's occupation: \***        Attorney

Are you filing a claim for      ☐ Bodily injury or illness
                                ☐ Property damage
                                ☑ Loss of income

Please provide a description
of any property damage
and/or bodily injury and/or
loss of income

If your car was damaged
please provide the year,
make and model

Please provide the vehicle's
License Plate #

Please provide the vehicle
identification number (VIN)

If your boat was damaged,        ○ Yes
was it a charter boat?           ○ No

If your boat was a charter
boat, what is the size of the
boat?

If your boat was a charter
boat, what is the registration
number?

Was your boat handmade?          ○ Yes
                                 ○ No

If your boat was handmade,
what year was it made?

If multiple boats were
damaged, how many boats
were damaged?

**Have you previously
reported this claim? \***

Survey: Claims Submission Form

Page 4 of 4

○ Yes
◉ No

**Have you reported this claim to anyone else? \***   ○ Yes
◉ No

If yes, to whom was the claim reported?

Date of previous report

Cancel

Survey: Claims Submission Form                                                    Page 1 of 4

| | |
|---|---|
| Your first name * | Katie |
| Your last name * | Walston |

This claim is for: *    ○ Yourself
                        ● A Business
                        ○ Other

If 'Other', what is your relationship?    Law Firm

You are    ○ An Employee
           ○ A Business
           ● Other

Loss location name: *    Sweet Fire & Ice, LLC

Loss location street address *    1001 Harimaw Ct., South

City *    Metairie

State *    ○ Alabama
           ○ Florida
           ● Louisiana
           ○ Mississippi
           ○ Other

If 'Other', provide State name below

Zip code *    70001

Your email address    kwalston@jonesswanson.com

Your home phone number

Survey: Claims Submission Form

Your work phone number          504-523-2500

Your cell phone number

The best number to reach         ○ Home
you is:                          ● Work
                                 ○ Cell

Is your residence/mailing        ● Yes
address different from loss      ○ No
location?

If 'yes', please provide your    601 Poydras Street, Suite 2655
street address:

City                             New Orleans

State                            LA

Zip code                         70130

Are you                          ○ An owner of this residence
                                 ○ A tenant
                                 ○ Other

Claimant's first name *          Robert

Claimant's last name: *          Kutcher

Claimant's date of birth

Claimant's occupation: *         Attorney

Are you filing a claim for       ☐ Bodily injury or illness
                                 ☐ Property damage

Survey: Claims Submission Form                                          Page 3 of 4

☑ Loss of income

Please provide a description
of any property damage
and/or bodily injury and/or
loss of income

If your car was damaged
please provide the year,
make and model

Please provide the vehicle's
License Plate #

Please provide the vehicle
identification number (VIN)

If your boat was damaged,          ○ Yes
was it a charter boat?             ○ No

If your boat was a charter
boat, what is the size of the
boat?

If your boat was a charter
boat, what is the registration
number?

Was your boat handmade?            ○ Yes
                                   ○ No

If your boat was handmade,
what year was it made?

If multiple boats were
damaged, how many boats
were damaged?

Have you previously              ○ Yes
reported this claim? *           ● No

Have you reported this           ○ Yes
claim to anyone else? *          ● No

If yes, to whom was the claim
reported?

Survey: Claims Submission Form

Date of previous report

Cancel

**Katie Walston**

| | |
|---|---|
| **From:** | BP Messaging Automatic Reply [Do.Not.Reply@acegroup.com] |
| **Sent:** | Friday, June 25, 2010 9:39 AM |
| **To:** | Katie Walston |
| **Subject:** | BP Website Claims Received |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Your BP claim has been received and registered for Robert Kutcher under claim number 6866-124-177270.
A claim adjuster will contact you within 3-4 days to review your claim.

-Thank You

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.



**Katie Walston**

| | |
|---|---|
| **From:** | BP Messaging Automatic Reply [Do.Not.Reply@acegroup.com] |
| **Sent:** | Friday, June 25, 2010 9:39 AM |
| **To:** | Katie Walston |
| **Subject:** | BP Website Claims Received |

**Follow Up Flag:** Follow up
**Flag Status:** Red

Your BP claim has been received and registered for Robert Kutcher under claim number 6866-124-177269.
A claim adjuster will contact you within 3-4 days to review your claim.

-Thank You

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

7/26/2010

**Katie Walston**

| | |
|---|---|
| **From:** | BP Messaging Automatic Reply [Do.Not.Reply@acegroup.com] |
| **Sent:** | Friday, June 25, 2010 9:39 AM |
| **To:** | Katie Walston |
| **Subject:** | BP Website Claims Received |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Your BP claim has been received and registered for Robert Kutcher under claim number 6866-124-177271.
A claim adjuster will contact you within 3-4 days to review your claim.

-Thank You

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

7/26/2010



*BPS76* ✓

## esis

May 24, 2010

NCMC
Routing 1275
1 Beaver Valley Rd
Wilmington, DE 19803
USA

Mr. Robert Kutcher
601 Poydras St. Ste. 2655
New Orleans, LA 70001

Loss:              BP Horizon Gulf of Mexico Oil Spill
Claim No: 6866-124-177269
Date of Event: 04/20/2010

Dear Mr. Kutcher,

ESIS is the third party administrator retained to handle claims for the BP Horizon Gulf of
Mexico Oil Spill.

To date, we have not been able to contact you regarding your claim as we do not have a
working phone number to reach you.   Please contact us at 800-573-8249 so we can discuss
your claim.

Sincerely,

Butch McDaniel
BP Claims Processing Center
P.O. Box 1148
Hammond, LA 70404



EXHIBIT
3





## esis

May 24, 2010

NCMC
Routing 1275
1 Beaver Valley Rd
Wilmington, DE 19803
USA

Mr. Robert Kutcher
601 Poydras St. Ste. 2655
New Orleans, LA 70001

Loss:            BP Horizon Gulf of Mexico Oil Spill
Claim No: 6866-124-177270
Date of Event: 04/20/2010

Dear Mr. Kutcher,

ESIS is the third party administrator retained to handle claims for the BP Horizon Gulf of
Mexico Oil Spill.

To date, we have not been able to contact you regarding your claim as we do not have a
working phone number to reach you.   Please contact us at 800-573-8249 so we can discuss
your claim.

Sincerely,

Butch McDaniel
BP Claims Processing Center
P.O. Box 1148
Hammond, LA 70404

*BPS76*



## esis

NCMC
Routing 1275
1 Beaver Valley Rd
Wilmington, DE 19803
USA

May 24, 2010

Mr. Robert Kutcher
601 Poydras St. Ste. 2655
New Orleans, LA 70001

Loss:                    BP Horizon Gulf of Mexico Oil Spill
Claim No: 6866-124-177271
Date of Event: 04/20/2010

Dear Mr. Kutcher,

ESIS is the third party administrator retained to handle claims for the BP Horizon Gulf of Mexico Oil Spill.

To date, we have not been able to contact you regarding your claim as we do not have a working phone number to reach you.   Please contact us at 800-573-8249 so we can discuss your claim.

Sincerely,

Butch McDaniel
BP Claims Processing Center
P.O. Box 1148
Hammond, LA 70404

# JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
————ATTORNEYS AT LAW————

Katie C. Walston
kwalston@jonesswanson.com

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504-523-2500
Telecopier 504-523-2508
www.jonesswanson.com

July 9, 2010

**VIA FACSIMILE TO 1-888-673-6217**

Elizabeth Debenedetto
BP Oil Spill Service Center
PO Box 1148
Hammond, LA 70404

   Re: **Cheesecake Bistro, LLC**
      **Claim Number: 6866-124-177269**

Dear Ms. Debenedetto:

  Please be advised that this law firm represents Cheesecake Bistro, LLC with regard to the above-referenced claim. Please direct all inquiries regarding its claim to us.

  If you have any questions or comments, please do not hesitate to call.

        Very truly yours,

        Katie C. Walston
        Paralegal to Lynn E. Swanson

/kw



# JONES, SWANSON, HUDDELL & GARRISON, L.L.C.

## ——————ATTORNEYS AT LAW——————

Katie C. Walston
kwalston@jonesswanson.com

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504-523-2500
Telecopier 504-523-2508
www.jonesswanson.com

July 9, 2010

**VIA FACSIMILE TO 1-888-673-6217**

Elizabeth Debenedetto
BP Oil Spill Service Center
PO Box 1148
Hammond, LA 70404

> **Re:   Copeland's of New Orleans, Inc.**
> **Claim Number: 6866-124-177270**

Dear Ms. Debenedetto:

Please be advised that this law firm represents Copeland's of New Orleans, Inc. with regard to the above-referenced claim. Please direct all inquiries regarding its claim to us.

If you have any questions or comments, please do not hesitate to call.

Very truly yours,

Katie C. Walston
Paralegal to Lynn E. Swanson

/kw

# JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
### ——————ATTORNEYS AT LAW——————

Katie C. Walston
kwalston@jonesswanson.com

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504-523-2500
Telecopier 504-523-2508
www.jonesswanson.com

July 9, 2010

## VIA FACSIMILE TO 1-888-673-6217

Elizabeth Debenedetto
BP Oil Spill Service Center
PO Box 1148
Hammond, LA 70404

> Re: **Sweet Fire and Ice, LLC**
> **Claim Number: 6866-124-177271**

Dear Ms. Debenedetto:

Please be advised that this law firm represents Sweet Fire and Ice, LLC with regard to the above-referenced claim. Please direct all inquiries regarding its claim to us.

If you have any questions or comments, please do not hesitate to call.

Very truly yours,

Katie C. Walston
Paralegal to Lynn E. Swanson

/kw

# JONES, SWANSON, HUDDELL & GARRISON, LLC
### Attorneys at Law
### 601 Poydras Street
### Suite 2655
### New Orleans, LA  70130

Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508

**DATE:**       July 9, 2010

**TO:**         Elizabeth Debenedetto
               BP Oil Spill Service Center

**FAX NO:**     888-673-6217

**FROM:**       Katie Walston

**RE:**         Cheesecake Bistro, LLC
               Claim Number: 6866-124-177269

               Copeland's of New Orleans, Inc.
               Claim Number: 6866 124 177270

               Sweet Fire & Ice, LLC
               Claim Number: 6866-124-177271

**OUR FILE NO:**   BP 576

**COMMENTS:**

Number of pages including cover sheet:     4

If there are any problems with receipt of this transmission, please call (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended solely for the use of the individual or entity named above.*

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘
                              TIME  : 07/09/2010 16:59
                              NAME  : JSH&G
                              FAX   : 5045232508
                              TEL   : 5045232500
                              SER.# : BROA8J761862
```

```
┌──────────────────────────────────────────────────────────┐
│  DATE,TIME              07/09  16:58                        │
│  FAX NO./NAME           18886736217-0576                    │
│  DURATION               00:00:58                            │
│  PAGE(S)                04                                  │
│  RESULT                 OK                                  │
│  MODE                   STANDARD                            │
└──────────────────────────────────────────────────────────┘
```

## JONES, SWANSON, HUDDELL & GARRISON, LLC
### Attorneys at Law
### 601 Poydras Street
### Suite 2655
### New Orleans, LA 70130

**Telephone:  (504) 523-2500**
**Facsimile:  (504) 523-2508**

**DATE:**            July 9, 2010

**TO:**              Elizabeth Debenedetto
                     BP Oil Spill Service Center

**FAX NO:**          888-673-6217

**FROM:**            Katie Walston

**RE:**              Cheesecake Bistro, LLC
                     Claim Number: 6866-124-177269

                     Copeland's of New Orleans, Inc.
                     Claim Number: 6866 124 177270

                     Sweet Fire & Ice, LLC
                     Claim Number: 6866-124-177271

**OUR FILE NO:**     BP 576

**COMMENTS:**



Contact us | Reports and publications | BP worldwide | Home

Search: [                    ] Go

| About BP | Products and services | Environment and society | Investors | Press | Careers | Gulf of Mexico response |

You are here:  BP Global  ▸ Press  ▸ Press releases

Press releases

Speeches

Features

Images and graphics

Press contacts

RSS

▸ What is RSS?

## BP Readies for Transfer to Gulf Coast Claims Facility as Claim Payouts Top $368 Million

Release date: 17 August 2010

HOUSTON - BP's claims team, which has paid $368 million to individuals and businesses, is in the final stages of preparing to transfer responsibility for individual and business claims related to the oil spill in the Gulf of Mexico to the Gulf Coast Claims Facility (GCCF) on August 23.

In order to clarify the next steps and to ensure an orderly and efficient transfer of files and data, BP announced the following:

- BP will accept new claims into its system through Wednesday, August 18. From August 19 - 22, individuals and businesses will be asked to file a claim when the GCCF is operational on August 23.
- BP's Immediate Action Claims Team will continue to operate through Sunday, August 22, for existing claimants only. This team can be contacted at (800) 573-8249 and will work with those who have real emergencies with regard to an existing claim.
- Government entity claims will continue to be handled by BP's claims team. Effective August 23, the contact information for government entity claims is: online, www.bp.com/governmentclaims; by email, governmentclaims@worleyco.com; by mail, Government Entity Claims and Funding Requests, 1905 W. Thomas Street; Suite D-368, Hammond, LA 70401; by phone, (877) 710-4064; and by fax, (800) 810-5650.
- BP will continue to take phone calls regarding fraud at (877) 359-6281.

BP has made more than $102 million in claims payments during the first 16 days of August. Payments to claimants in past months were $134 million in July, $93 million in June, and $39 million in May, making this one of the largest claim payment programs conducted in a three and a half month period.

The GCCF will be announcing new contact and claims information this week. BP also will ensure that anyone contacting its existing claims phone lines or web sites is referred to the GCCF. Effective August 23, GCCF will be the only authorized organization managing business and individual claims related to the Deepwater Horizon Incident.

### In this section

▸ BP Begins Flushing MC252 Subsea Equipment In Advance of Ambient Pressure Testing

BP Readies for Transfer to Gulf Coast Claims Facility as Claim Payouts Top $368 Million

▸ BP Provides $52 Million To Fund Behavioral Health Support Across US Gulf Coast

▸ BP Completes Devon Energy Transaction in the Caspian

▸ BP Cautions Gulf Coast Communities About Scams

▸ More



Total Paid
(As of August 17, 2010)

📷 Enlarge image

**For further information:**

EXHIBIT
B

www.bp.com/gulfofmexicoresponse
BP Press Office, London: +44 20 7496 4076
BP Press Office, US: +1 281 366 0265

▲ back to top

© 1999-2010 BP p.l.c.

Site Index   |   Legal Notice   |   Privacy Statement