UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL. NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:

ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List, as provided in Pretrial Order No. 1:

Robert P. Wynne, # 30123
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
**ARNOLD & ITKIN LLP**
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
rwynne@arnolditkin.com
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

Counsel presently serves as counsel for plaintiff in the matter entitled "*Elton Johnson v. BP, PLC, et al*", C.A. #10-CV-1674.

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully Submitted,

*/s/ Robert P. Wynne*

_____
Robert P. Wynne, # 30123
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
**ARNOLD & ITKIN LLP**
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
rwynne@arnolditkin.com
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

### CERTIFICATE OF SERVICE

I certify that on August 19, 2010, a copy of the foregoing Request to Add Names to Panel Attorney Service List was filed electronicallywith the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

 */s/ Robert P. Wynne*

_____
Robert P. Wynne