UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                              :
IN RE: OIL SPILL BY THE OIL          :   MDL NO. 2179
RIG "DEEPWATER HORIZON"          :
IN THE GULF OF MEXICO,             :   SECTION: J
ON APRIL 20, 2010                         :
                                              :   JUDGE BARBIER
THIS DOCUMENT RELATES TO ALL :   MAG. JUDGE SHUSHAN
CASES                                          :
                                              :

## REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, paragraph 7, the following attorneys wish to add their names to the Panel Attorney Service List:

Perry Weitz
Robert J. Gordon
Curt D. Marshall
Julia A. LeMense
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Tel.:  (212) 558-5500
Fax:  (212) 344-5461
Email: pweitz@weitzlux.com
Email: rgordon@weitzlux.com
Email: cmarshall@weitzlux.com
Email: jlemense@weitzlux.com

Tammy Tran
Tammy Tran Law Firm Attorney at Law, L.P.
2915 Fannin
Houston, Texas 77002
Tel:   (713) 655-0737
Fax:  (713) 655-0823
Email:   alamtran@yahoo.com
Website: http://www.tammytranlaw.com

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk, Virginia 23510
Tel.: (757) 670-3888
Fax: (757) 670-3895
E-mail:   jbreit@bdbmail.com
Web Site: www.breitdrescher.com

   WHEREFORE, the above-named attorneys request that their names be added to

the Panel Attorney Service List.

Dated: New York, New York
   August 19, 2010

                Respectfully Submitted,


                WEITZ & LUXENBERG, P.C.


          By: */s/ Curt D. Marshall*
              Robert J. Gordon
              Robin L. Greenwald
              Curt D. Marshall
              Weitz & Luxenberg, P.C.
              700 Broadway
              New York, New York 10003
              Tel.: (212) 558-5500
              Fax: (212) 344-5461
              Email: rgordon@weitzlux.com
              Email: rgreenwald@weitzlux.com
              Email: cmarshall@weitzlux.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2010, a copy of the foregoing Request to Add Names to Panel Attorney Service List was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U.S. Mail, postage prepaid and properly addressed.

*/s/ Curt D. Marshall*
Curt D. Marshall