UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL No. 2179 Section: J Judge Barbier |
| **This Document Relates to All Cases** | | : : | Mag. Judge Shushan |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## JOINT MOTION FOR PROTECTIVE ORDER

Petitioners, Transocean Offshore Deepwater Drilling Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, L.P. (herein collectively referred to as "Anadarko"), and MOEX Offshore 2007 LLC (hereinafter referred to as "MOEX") respectfully moves this Honorable Court for a Protective Order relative to protecting evidence in this case, more specifically related to the Blow Out Preventer ("BOP") and the activities of the *MODU Deepwater Horizon*. It is anticipated that the BOP stack will soon be retrieved from the floor of the Gulf of Mexico and transported to shore for forensic testing.

WHEREFORE, Petitioner respectfully seeks this Honorable Court to grant their Motion for a Protective Order relative to the BOP stack in accordance with its Memorandum in Support of this Motion.

9431159.1

Respectfully submitted,

**PREIS & ROY, PLC**


/s/ Carl J. Hebert
EDWARD F. KOHNKE, IV, T.A. (#07824)
CARL J. HEBERT (#02749)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

KERRY J. MILLER (#24562)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145

COUNSEL FOR
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC.


**KUCHLER POLK SCHELL
WEINER & RICHESON, L.L.C.**


/s/Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika D. Polk, (La. Bar No. 27608)
Robert E. Guidry (La. Bar No. 28064)
**Kuchler Polk Schell Weiner & Richeson, L.L.C.**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

And

James J. Dragna
**Bingham McCutchen LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
**Bingham McCutchen LLP**
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

Peter C. Neger
**Bingham McCutchen LLP**
399 Park Avenue
New York, New York 10075
Telephone (212) 705-7226
Facsimile: (212) 702-3616

**Attorneys for Defendants,
Anadarko Petroleum Corporation,
Anadarko E&P Company, L.P.,
and MOEX Offshore 2007 LLC**

9431159.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 19th day of August, 2010, been served on the following counsel of record in this proceeding by:

(   ) Hand Delivery      (   ) Prepaid U.S. Mail

(   ) Federal Express      (   ) E-Mail

( x ) ECF

/S/ Carl J. Hebert
CARL J. HEBERT