UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL No. 2179 |
| | | | Section: J |
| | | | |
| | | : | Judge Barbier |
| **This Document Relates to** | | : | Mag. Judge Shushan |
| **All Cases** | | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

Considering the foregoing Motion for Protective Order,

IT IS ORDERED that the Motion for Protective Order of Petitioners be and is hereby GRANTED, and all parties having access to the BOP are ordered and required to take no further actions regarding the BOP, except actions related to well control and environmental considerations and all matters related thereto, until such time as all parties have had ample and appropriate opportunity to provide input in the devising of an appropriate protocol for all further handling relative to the BOP stack, and that all parties are provided the opportunity to be present or have representatives during all forensic testing. Testing should not proceed until the Court is satisfied, pursuant to a jointly-established protocol that the evidence related to the BOP stack will be protected and preserved for all parties and agencies at interest in a manner which is

13

9431159.1

satisfactorily ordered by this Honorable Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE