UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL No. 2179 Section: J Judge Barbier |
| **This Document Relates to All Cases** | | : : | Mag. Judge Shushan |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### NOTICE OF HEARING

Notice of hearing is hereby provided by all counsel that Defendants, Petitioners, Transocean Deepwater Drilling Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, L.P. and MOEX Offshore 2007 LLC will bring their Joint Motion for Protective Order for hearing on the September 15, 2010, at 9:30 AM, before the Honorable Carl J. Barbier, United States District Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

9431159.1

Respectfully submitted,

**PREIS & ROY, PLC**


/s/ Carl J. Hebert_____
EDWARD F. KOHNKE, IV, T.A.  (#07824)
CARL J. HEBERT (#02749)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone:  (504) 581-6062
Facsimile:  (504) 522-9129

KERRY J. MILLER (#24562)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile:   (504) 599-8145

COUNSEL FOR
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING INC.


**KUCHLER POLK SCHELL
WEINER & RICHESON, L.L.C.**


*/s/*Deborah D. Kuchler_____
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika D. Polk, (La. Bar No. 27608)
Robert E. Guidry (La. Bar No. 28064)
**Kuchler Polk Schell Weiner & Richeson, L.L.C.**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

And

2

9431159.1

James J. Dragna
**Bingham McCutchen LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone (213)  680-6436
Facsimile (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
**Bingham McCutchen LLP**
2020 K Street, NW
Washington, DC  20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

Peter C. Neger
**Bingham McCutchen LLP**
399 Park Avenue
New York, New York 10075
Telephone (212) 705-7226
Facsimile:  (212) 702-3616

**Attorneys for Defendants,
Anadarko Petroleum Corporation,
Anadarko E&P Company, L.P.,
and MOEX Offshore 2007 LLC**

9431159.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 19th day of August, 2010, been served on the following counsel of record in this proceeding by:

(   )   Hand Delivery        (   )   Prepaid U.S. Mail

(   )   Federal Express      (   )   E-Mail

( x )   ECF

                              /S/ Carl J. Hebert
                              CARL J. HEBERT

9431159.1