UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
In re: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the : MDL No. 2179
GULF OF MEXICO, on APRIL
20, 2010 : SECTION: J

This Document Relates to All Cases : Judge Barbier
Mag. Judge Shushan
---------------------------------------------------------------x

## REQUEST TO ADD NAMES TO AND MODIFY ADDRESS ON PANEL ATTORNEY SERVICE LIST

Pursuant to Paragraph 7 of Pretrial Order No. 1, filed in these proceedings on August 10, 2010, the following attorney wishes to have her name added to the Panel Attorney Service List:

Ky E. Kirby, Esq.
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone: 202.373.6000
Facsimile: 202.373.6001
Email: ky.kirby@bingham.com

In addition, the address of the following attorney whose name currently appears on the Panel Attorney Service List should be modified to reflect a change in Zip Code, as follows:

Peter C. Neger, Esq.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY **10022-4689**
Telephone: 212.705.7226
Facsimile: 212.702.3616
Email: peter.neger@bingham.com

Counsel represent Anadarko Petroleum Corporation and Anadarko E&P Company, LP.

A/73466932.1

Dated: New York, New York
August 19, 2010

**BINGHAM McCUTCHEN LLP**

By: /s/ Peter C. Neger
Peter C. Neger
399 Park Avenue
New York, NY 10022-4689
Telephone: 212.705.7226
Facsimile: 212.702.3616
Email: peter.neger@bingham.com

*Attorneys for Anadarko Petroleum Corporation
and Anadarko E&P Company, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, a copy of the foregoing Request to Add Name to and Modify Address on Panel Attorney Service List was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by electronic mail (to all counsel whose email addresses are shown on the Panel Attorney Service List annexed to Pretrial Order No. 1) and by U.S. Mail, postage prepaid and properly addressed (to all counsel for whom no email address is shown on that Panel Attorney Service List).

/s/ Peter C. Neger
Peter C. Neger