```
MINUTE ENTRY
BARBIER, J.
AUGUST 20, 2010
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

The Court held a status conference this date via telephone. The following were in attendance: James Roy and Stephen Herman, representing the Plaintiffs; Deborah Kuchler, representing Defendant Anadarko Petroleum Corporation; Don Haycraft and Andrew Langan, representing BP Exploration & Production, Inc.; Donald Godwin, representing Defendant Halliburton Energy Services, Inc.; Kerry Miller, representing Defendant Transocean, Ltd., Phillip Wittmann, Joe W. Redden, David J. Beck, and Carmelite M. Bertaut, representing Defendant Cameron International Corporation; Mike Underhill of the DOJ, representing the U.S. Coast Guard and Unified Command; Lieutenant Commander Jeff Bray, for the U.S. Coast Guard; and Sylvia Murphy, representing MMS.

A court reporter, Toni Tusa, was present and transcribed the conference. Counsel may contact Ms. Tusa directly at (504)589-

7778 to obtain a copy of the transcript.

During the conference, the Court discussed with counsel the planned removal and subsequent preservation of the drill string and the blowout preventer (BOP). The Court was advised that it was anticipated that the retrieval of the drill string may begin as early as tomorrow, but that the removal of the BOP will not start until some time next week.

The Court encouraged the parties to continue to confer so as to facilitate agreement upon protocol for the drill string removal. The proposed order shall be presented to the Court later today.

Mr. Underhill has agreed to furnish all liaison counsel with a draft protocol concerning the retrieval, storage, and preservation of the BOP, and to allow the liaison counsel's input before the final protocol is issued.

* * * * * * * * * * * * * * *

JS-10:50 mins.