

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CORE 4 KEBAWK, LLC and LARRY HOWELL | CIVIL ACTION |
| VERSUS | NO: 10-2792 |
| RALPH'S CONCRETE PUMPING, INC., SOUTHERN CONSTRUCTION AND DEVELOPMENT, INC., TIM HENSON, MICHAEL TURNER, DANNY BLEVINS and C.J. OGDEN | SECTION: J |

### ORDER

Plaintiff's counsel indicated that this lawsuit should be part of In Re: Oil Spill by the Oil Rig "Deepwater Horison," MDL 2179. After reviewing Plaintiff's complaint, the Court finds that this matter is not sufficiently related to the MDL litigation and orders that this case be randomly allotted.

New Orleans, Louisiana this 20th day of August, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

AUG 2 0 2010
REALLOTTED TO
SECT. L MAG. 2

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___