UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION "J" JUDGE  CARL J. BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | * * | MAGISTRATE  JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | |

### CAMERON INTERNATIONAL CORPORATION'S MOTION TO WITHDRAW MOTION FOR RECUSAL UNDER 28 U.S.C. 455(B) AND MOTION FOR JUDICIAL DISCLOSURE

**NOW INTO COURT**, through undersigned counsel, comes defendant Cameron International Corporation ("Cameron"), who respectfully moves for an Order withdrawing its Motion for Recusal Under 28 U.S.C. 455(B), *Alexie v. BP, PLC, et al.*, No. 10-1250, rec. d. 65, and Motion for Judicial Disclosure, *In Re:  Deepwater Horizon*, No. 10-1156, rec. d. 435.  The facts and authorities supporting this motion are set forth in the Memorandum in Support filed herewith.

- 1 -

1027854v.1

        Respectfully submitted,

        David J. Beck, T.A.
          *dbeck@brsfirm.com*
        Joe W. Redden, Jr.
          *jredden@brsfirm.com*
        David W. Jones
          *djones@brsfirm.com*
        Geoffrey Gannaway
          *ggannaway@brsfirm.com*
        BECK, REDDEN & SECREST, L.L.P.
        One Houston Center
        1221 McKinney St., Suite 4500
        Houston, TX 77010
        Phone: (713) 951-3700
        Fax: (713) 951-3720


        Howard L. Murphy, 9844
          *hmurphy@dkslaw.com*
        Bertrand M. Cass, Jr., 3984
          *bcass@dkslaw.com*
        Francis J. Barry, Jr., 2830
          *fbarry@dkslaw.com*
        Jonathan M. Walsh, 25922
          *jwalsh@dks.com*
        Paul D. Hale, 30539
          *phale@dkslaw.com*
        DEUTSCH, KERRIGAN & STILES
        755 Magazine Street
        New Orleans, Louisiana 70130
        Phone: 504-581-5141
        Fax: 504-566-4039

1027854v.1

- 3 -

and

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
  pwittmann@stonepigman.com
Carmelite S. Bertaut, 3054
  cbertaut@stonepigman.com
Keith B. Hall, 24444
  khall@stonepigman.com
Jared Davidson, 32419
  jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorneys for Cameron International Corporation*

## CERTIFICATE

I hereby certify that on August 20, 2010 a copy of the foregoing Motion for Recusal Under 28 U.S.C. 455(B) and Motion for Judicial Disclosure was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Panel Attorney Service List pursuant to this Court's Pretrial Order No. 1, Rec. d. 2.

/s/ Phillip A. Wittmann

1027854v.1