## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010** | * * * * | MDL NO. 2179 SECTION "J" |
| | | * | JUDGE  CARL J. BARBIER |
| **THIS DOCUMENT RELATES TO ALL CASES** | | * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * | MAGISTRATE  JUDGE SHUSHAN |

## CAMERON INTERNATIONAL CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW MOTION FOR RECUSAL UNDER 28 U.S.C. 455(B) AND MOTION FOR JUDICIAL DISCLOSURE

In support of its Motion to Withdraw Motion For Recusal Under 28 U.S.C. 455(B) and Motion For Judicial Disclosure, Defendant Cameron International Corporation ("Cameron") respectfully represents that in view of the Judgment of the United States Fifth Circuit Court of Appeals, reported at No. 10-30631 (5th Cir., Jul. 22, 2010), 2010 WL 2930736, and the assignment of these cases to the Court by the Judicial Panel on Multidistrict Litigation, Cameron will not pursue further its Motion for Recusal Under 28 U.S.C. 455(B) as to the matters raised in its Motion.  Thus, Cameron has no need for the disclosures sought in its Motion for Judicial Disclosure and desires to withdraw now its Motion for Judicial Disclosure.

- 1 -

- 2 -

Respectfully submitted,

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720


Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

1027694v.2

- 3 -

and

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
  *pwittmann@stonepigman.com*
Carmelite S. Bertaut, 3054
  *cbertaut@stonepigman.com*
Keith B. Hall, 24444
  *khall@stonepigman.com*
Jared Davidson, 32419
  *jdavidson@stonepigman.com*
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorneys for Cameron International
Corporation*

## CERTIFICATE

I hereby certify that on August __, 2010 a copy of the foregoing Memorandum in Support of Motion to Withdraw Motion For Recusal Under 28 U.S.C. 455(B) and Motion For Judicial Disclosure was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to interim liaison counsel pursuant to this Court's Amended CMO No. 1, Rec. d. 141.

*/s/ Phillip A. Wittmann*

1027694v.2