- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
|---|---|---|---|
| | | * | SECTION "J" |
| | | * | |
| | | * | JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | * | |
| | | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | * | |

## ORDER

Having considered Cameron International Corporation's Motion to Withdraw Motion for Recusal Under 28 U.S.C. 455(B) and Motion for Judicial Disclosure;

**IT IS ORDERED** that Cameron's Motion to Withdraw Motion for Recusal Under 28 U.S.C. 455(B) and Motion for Judicial Disclosure be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion for Recusal Under 28 U.S.C. 455 (B) filed by Cameron International Corporation in *Alexie v. BP, PLC, et al.*, No. 10-1250, rec. d.

- 1 -

1027868v.1

- 2 -

65, and the Motion for Judicial Disclosure filed by Cameron International Corporation in *In Re: Deepwater Horizon*, No. 10-1156, rec. d. 435, be and hereby are **WITHDRAWN**.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE