- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" IN | * | |
| | THE GULF OF MEXICO ON | * | SECTION "J" |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE  CARL J. BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | * | |
| | | * | MAGISTRATE  JUDGE |

* * * * * * * * * * * * * * * * * * * * * * * * * *  SHUSHAN

NOTICE OF HEARING

PLEASE TAKE NOTICE that Cameron International Corporation's ("Cameron"), Motion to Withdraw Motion for Recusal Under 28 U.S.C. 455(B) and Motion for Judicial Disclosure is hereby set for hearing on the 16th day of September, 2010, at 2:30 p.m., when the Motion for Judicial Disclosure is currently set for hearing, before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

1027865v.1

- 2 -

Respectfully submitted,

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720


Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

1027865v.1

- 3 -

and


*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
  *pwittmann@stonepigman.com*
Carmelite S. Bertaut, 3054
  *cbertaut@stonepigman.com*
Keith B. Hall, 24444
  *khall@stonepigman.com*
Jared Davidson, 32419
  *jdavidson@stonepigman.com*
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorneys for Cameron International
Corporation*


## CERTIFICATE

I hereby certify that on August 20, 2010 a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the Panel Attorney Service List pursuant to this Court's Pretrial Order No. 1, Rec. d. 2.


*/s/ Phillip A. Wittmann*

- 3 -

1027865v.1