**Application of Jerrold S. Parker**
**Appointment to the Plaintiffs' Steering Committee of**
**MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon"**

Please accept this submission as my application to be appointed a member of the In Re: Oil Spill by the Oil Rig "Deepwater Horizon" Plaintiffs' Steering Committee. My firm is counsel in several Federal cases involving the Deepwater Horizon oil spill including *Key West Tiki Charters, Inc. v. BP, PLC, et al*, filed in the United States District Court, Southern District of Florida (4:10-CV-10039-Moore). In accord with Pretrial Order #1, Section 16, I will address the 3 criteria for membership the Court set forth and the reasons why I more than satisfy each of those criteria. This submission has been limited to 4 pages.

I have practiced law full time for more than twenty-five years. In that time, I have handled hundreds of thousands of cases of all types, including many cases that were centralized by the Judicial Panel on Multidistrict Litigation as well as cases involving oil tank explosions, maritime law and environmental law.

Since the Deepwater Horizon sinking on April 24, 2010, I have been actively involved in the preparation for litigation in this matter. Immediately after the disaster occurred, my firm, along with Danny Becnel, Russ Herman, Lambert & Nelson, Richard Arsenault, Robert Becnel, the Cochran Group, R. Edison Hall and Camilo Salas each contributed $5,000 to allow our group to interview, select, and provide retainer agreements to every expert we believed could assist us in protecting our clients' interests. Our group retained some of the best experts in the fields of hydrology, environmental engineering, toxicology, blowout prevention, drilling, and marine biology in advance of BP and other defendants hiring nearly every other available expert throughout the world. We arranged for water samples to be collected throughout the affected areas and even had photographs taken of the oil and its aftermath by a hydrologist/environmental/civil engineer traveling by seaplane from place to place. I have met frequently with various members of our group, as well as other attorneys involved in the Deepwater Horizon case. I have been an invited speaker at various litigation conferences involving the Deepwater Horizon disaster, including speaking engagements at two conferences sponsored by The Louisiana State Bar Association Gulf Coast Oil Spill Symposium: "The Claim Game", Oil Spill Litigation Conference, June 23, 2010, New Orleans, Louisiana and "Environmental Litigation", New Orleans, Louisiana, May 25, 2010. My firm has a very significant interest in the Deepwater Horizon litigation. As of today, my firm is co-counsel for over 5,000 claimants/individual properties including many substantial commercial claims, mostly located in Florida. We are also currently in negotiations with several governmental entities. In sum, my firm has an interest in this litigation and is prepared to do whatever is necessary to insure the highest levels of success to our clients. We feel that we can best fulfill not only our obligations to our clients but best serve all of the victims of this disaster, if we are appointed by this Court, to an important role on the PSC.

My firm is continually involved in similar, large-scale litigation efforts, such as the CAPECO/Cape Bruny Tanker-Chemical Explosion case in Puerto Rico, which concerns the explosion of 24 oil storage tanks blowing up over a five day period, injuring thousands and closing the island's airport. In that litigation, my office is co-counsel representing several thousand clients. Additionally, my firm is involved

in the Tintamara tanker collision with the tug Mel Oliver on the Mississippi River at New Orleans, causing the worst oil spill seen in that area in decade.  The extent of that spill was so great that it closed the Mississippi River from New Orleans to the Gulf of Mexico for several days.

I have also been selected by courts nationwide to serve on Plaintiff's Steering Committees and/or Discovery Committees in some of the country's largest litigation matters in both State and Federal courts.  These include:

- Prozac Products Liability Litigation, MDL No. 907, U.S. District Court, Southern District of Indiana, Member Executive Committee

- New York State 1993 World Trade Center Bombing Litigation, Member Plaintiffs' Steering Committee

- New York State Diet Drug Steering Committee for Fen-Phen Litigation

- New York State Steering Committee for Rezulin Litigation

- Zyprexa Products Liability Litigation, MDL No. 1596, U.S. District Court, Eastern District of New York, Member Plaintiffs' Steering Committee and Discovery Subcommittee

- Ortho Evra Products Liability Litigation, MDL No. 1742, U.S. District Court, Northern District of Ohio, Member Executive Committee of the Plaintiffs' Steering Committee

- Kugel Mesh Hernia Patch Products Liability Litigation, MDL No. 1842, U.S. District Court, District of Rhode Island, Member Plaintiffs' Steering Committee

- Gadolinium Based Contrast Agents Products Liability, MDL No. 1909, U.S. District Court, Northern District of Ohio, Member Plaintiffs' Steering Committee

- New York State Bausch & Lomb, ReNu with MoistureLoc Litigation, Member Plaintiffs' Steering Committee

- Vytorin/Zetia Marketing, Sales Practices and Product Liability Litigation, MDL No. 1938, U.S. District Court, District of New Jersey, Co-Chair, Discovery Committee

- Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, U.S. District Court, Eastern District of Louisiana, Member Plaintiffs' Steering Committee and Chair of the IT Subcommittee

Furthermore, several members of my firm have been and/or currently serve as members of plaintiffs' steering committees or sub-committees in the MDLs set forth above as well as in other MDLs.

In addition to being personally involved in numerous multimillion dollar verdicts and settlements, I have demonstrated my ability to think "outside the box" in crafting a unique settlement on behalf of a client who claimed to be a holder of one of four winning tickets to a $70,000,000 lottery in New York State.  This client is the only reported person in the United States to have ever been declared the winner of a lottery, notwithstanding his inability to present the winning lottery ticket itself.

    I personally won a landmark case which received national coverage when New York State courts disallowed the State's claim of governmental immunity for negligently releasing a violent felon. The case involved the estate of a young mother of three against a convicted murderer and rapist who was wrongfully released from a state prison years before his term was up. I have received many requests from counsel throughout the county for the transcripts and pleadings in this case.

    I believe that I can best assist this Court and my fellow attorneys in the area of discovery and particularly in electronic discovery, which will be essential to the prosecution of this case. With the staggering volume of documents and records expected to be produced, my firm is in a unique position to aid in the management, marshalling and dissemination of these electronic records, together with any related discovery issues which may arise. My firm is often called upon to take on the onerous task of being the electronic depository and handling other IT issues.

    Currently, my office houses and/or is a consultant on the electronic depositories for the following MDL's/Mass Torts:

- Bausch & Lomb ReNu with MoistureLoc New York State Consolidated Action;

- GlaxoSmithKline/Proctor & Gamble Denture Cream MDL;

- In Re: Bayer Corp. Combination Aspirin Product Marketing and Sales Practice Litigation

- In Re: Levaquin Litigation - New Jersey Mass Tort Consolidated Action;

- In Re: Yasmin And Yaz (Drospirenone) Marketing, Sales Practices And Products Liability Litigation;

- Mentor Transvaginal Mesh;

- ATS {"Alien Tort Statute"] Class Action Litigation

- Koppers/Cabot Environmental Class Action (depository design in progress);

- CAPECO/Cape Bruny Environmental Class Action (depository design in progress)

    In Chinese-Manufactured Drywall Products Liability Litigation MDL No. 2047, pending before the Honorable United States District Judge Eldon E. Fallon of the Eastern District of Louisiana, I serve on the Plaintiffs' Steering Committee and am the Chair of the IT Subcommittee. At the onset of this litigation, I conducted an extensive investigation of the vast majority of software applications on the market that the Plaintiffs' Steering Committee might likely benefit from in the litigation, including but not limited to electronic document management systems, on-line collaborative tools, on-line form generators and similar technologies. The committee eventually accepted my recommendations to utilize iCONECT, for e-discovery, and WebOffice, for on-line collaboration. My law firm constructed a Plaintiffs' Steering Committee website which not only contains information for the public, but has secure logins for the plaintiff's law firms involved. These secure logins allow each firm to login to a database with special user names and passwords that are dedicated to their respective firms. The website then contains all of the fields that are in the Plaintiff's Profile Form (PPF). The respective law firm enters the plaintiff profile information on the website and then generates the Plaintiff Profile Form using software that we built into the website. In the future, if a plaintiffs' firm needs to supplement or amend the PPF, they

merely access the previously stored case data on the website and generate the PPF without the need to re-enter all the prior information.  In addition, this database allows the Plaintiffs' Steering Committee to search the data from across all the law firms involved in the litigation, *i.e.* how many plaintiffs were insured by Allstate, which plaintiffs have claims against a specific defendant, etc.  My office further expanded on this ability by creating a Defendant Profile Form database and entered most of the required information gained from the Defendant Profile Forms.

I trust it is readily apparent to the Court that I and my firm is uniquely qualified to be appointed a member of the Plaintiffs' Steering Committee, together with being given the opportunity to serve as Co-Chair of the IT/E-Discovery Committee and Co-Chair of the Discovery Committee.

By way of a brief background, prior to becoming an attorney, I was a Special Agent, United States Treasury Department, Intelligence Division.   Working with the United States Attorney motivated me to go to law school at night while I supported my family working for the government.  Currently, my law firm, Parker Waichman Alonso LLP, is one of the largest plaintiffs' personal injury law firms in the United States, employing approximately 100 staff and will certainly dedicate the manpower required for this litigation.  Parker Waichman Alonso LLP and its attorney's have received numerous awards and other recognition as to their abilities.  The law firm has enjoyed maintaining a Martindale-Hubbell AV rating for almost its entire existence.  Our main office with over 28,000 square feet was totally constructed this year and is clearly state-of-the art, outfitted with the most modern technology.

I enjoy a national reputation for working cooperatively with other firms in cases of this magnitude and nature.   We maintain offices in New York, New Jersey and Florida.  Apart from the expertise and commitment described above, my firm also has the financial resources to fund a massive case such as this.  In these times, this can prove of critical importance.  Indeed, this case might well prove to be one of the most expensive mass torts in United States history.

It would be an honor to serve.

                Respectfully submitted,

                /s/ Jerrold S. Parker
                Jerrold S. Parker (6865)
                Parker Waichman Alonso LLP
                3301 Bonita Beach Road – Suite 101
                Bonita Springs, Florida 34134
                jerry@yourlawyer.com
                239-390-1000 telephone
                239-390-0055 facsimile