UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | * | Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### INTERVENORS' MOTION TO DECONSOLIDATE CIVIL NO. 2:10-CV-01497 AND TRANSFER THE CASE TO ITS ORIGINAL JUDGE

Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") hereby move to deconsolidate *Gulf Restoration Network, et al. v. Salazar, et. al*, Civil No. 2:10-cv-01497 from MDL No. 2179 and transfer the action back to Judge Engelhardt. As shown in the accompanying supporting memorandum, consolidation is improper because Civil No. 2:10-cv-01497 does not share common questions of fact with MDL No. 2179, there will not be any discovery in Civil No. 2:10-cv-01497 and therefore there is no need to coordinate discovery with the cases in MDL No. 2179, and the resolution of Civil No. 2:10-cv-01497 would

164590

be unreasonably delayed by consolidation. The case should accordingly be deconsolidated from MDL No. 2179 and transferred back to Judge Engelhardt.

A supporting memorandum is submitted herewith.

Respectfully submitted,

/s/John W. Joyce
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
  Freeman & Sarver, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
aprice@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
and Gas Association, and International
Association of Drilling Contractors

August 23, 2010

164590

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2010, the foregoing Intervenors' Motion to Deconsolidate Civil No. 2:10-CV-01497 and Transfer the Case to Its Original Judge was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

/s/John W. Joyce

164590