UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier<br>Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING ON MOTION OF THE AMERICAN PETROLEUM INSTITUTE, INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA, US OIL & GAS ASSOCIATION, AND INTERNATIONAL ASSOCIATION OF DRILLING CONTRACTORS TO DECONSOLIDATE CIVIL NO. 2:10-CV-01497 AND TRANSFER THE CASE TO ITS ORIGINAL JUDGE

**PLEASE TAKE NOTICE** that Intervenors' American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors' motion to deconsolidate Civil No. 2:10-cv-01497 from MDL No. 2179 and transfer the case back to Judge Engelhardt will be heard in the United States

- 1 -

164592

- 2 -

District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, before the Honorable Judge Barbier, on September 15, 2010, at 9:30 a.m.

        Respectfully submitted,

        /s/John W. Joyce
        Judy Y. Barrasso, 2814
        John W. Joyce, 27525
        Andrea Mahady Price, 30160
        Barrasso Usdin Kupperman
          Freeman & Sarver, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana 70112
        Telephone: (504) 589-9720
        Facsimile: (504) 589-9701
        JBarrasso@barrassousdin.com
        jjoyce@barrassousdin.com
        aprice@barrassousdin.com


        Steven J. Rosenbaum
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue N.W.
        Washington, D.C. 20004
        Telephone: (202) 662-5568
        Facsimile: (202) 778-5568
        srosenbaum@cov.com

        Counsel for Defendant-Intervenors
        American Petroleum Institute, Independent
        Petroleum Association of America, US Oil
        & Gas Association, and International
        Association of Drilling Contractors

164592

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2010, the foregoing Notice of Hearing on Motion of Intervenors' to Deconsolidate Civil No. 2:10-CV-01497 and Transfer the Case to Its Original Judge was filed via the Court's CM/ECF system and served via the Court's CM/ECF system, upon all counsel of record.

/s/John W. Joyce

164592