UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*************************************************************

## REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, the following attorneys wish to add their names to the MDL 2179 Panel Attorney Service List:

CUNNINGHAM BOUNDS, LLC
Robert T. Cunningham
Stephen C. Olen
Lucy E. Tufts
William E. Bonner
1601 Dauphin Street
Post Office Box 66705
Mobile, Alabama 36660
Ph: 251-471-6191
Fax: 251-479-1031
Email: rtc@cunninghambounds.com
Email: sco@cunninghambounds.com
Email: let@cunnnghambounds.com
Email: web@cunninghambounds.com

David Ashley Bagwell
400 Fairhope Avenue, Suite 2E
Post Office Box 2126
Fairhope, Alabama 36533
Ph: 251-928-2970
Fax: 251-928-6597
Email: david@bagwellesq.com

The above attorneys represent the plaintiffs in the following litigation: (1) Original Oyster House, Inc., et al. v. Transocean Holdings, Inc., Civ. No. 10-223-KD; (2) Fishtrap Charters LLC, et al. v Transocean Holdings, Inc., Civ. No. 10-202-CB, (3) Orange Beach Marina, et al. v. Transocean Holdings, Inc., Civ. No. 10-217-B; (4) Fort Morgan Sales, Rentals & Development, Inc., et al. v. Transocean Holdings, Inc., Civ. No. 10-203-KD; (5) Billy Wilkerson, et al. v. Transocean Holdings, Inc., Civ. No. 10-201-CB, and (6) Blue Water Yacht Sales, et al. v. Transocean Holdings, Inc., Civ. No. 10-224-KD; (7) Ocean Reef Realty, Inc. v. Transocean Holdings, Inc., Civ. No. 10-132-LC and (8) Michael Salley v. Transocean Holdings, Inc., Civ. No. 10-133-MCR.

Dated: August 23, 2010.

Respectfully submitted,

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Post Office Box 66705
Mobile, Alabama 36660
Ph: 251-471-6191
Fax: 251-479-1031
Email: sln@cunninghambounds.com

## PROOF OF SERVICE

I hereby certify that the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel listed on the MDL 2179 Panel Attorney Service List via electronic mail or U.S. Mail.

_____
STEVEN L. NICHOLAS