UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE SHUSHAN |

**APPLICATION OF DERRIEL C. MCCORVEY FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Derriel C. McCorvey requests that this Honorable Court appoint Derriel C. McCorvey and his firm, The Law Office of Derriel C. McCorvey, L.L.C., ("McCorvey") to the Plaintiffs' Steering Committee ("PSC") in this matter and that the Court additionally consider him for the position of co-lead counsel to work with co-liaison counsel and other co-lead counsel as the Court deems appropriate.

Derriel McCorvey has filed several suits involving a diverse group of plaintiffs; specifically, charter boat captains, commercial fishermen, recreational fishermen, business owners and property owners, many of whom are African Americans and other minorities. [*Calvin Richard v. BP, PLC, et al; Case No. 2:10-cv-01438, Richard Brondum et al v. BP, PLC, et al; Case No. 2:10-cv-01613; Joshua Danzig v. BP, PLC, et al; Case No. 2:10-cv-01726 and Jarvis Harmon, Sr. v. BP, PLC, et al; Case No. 2:10-cv-1931*].

This wide ranging disaster has harmed people and businesses of all socio-economic backgrounds. Many of the injured are African Americans and other minorities. African Americans and other minorities need and should have a racially diverse steering committee to ensure they have a seat at the table and a voice in this litigation.

Derriel McCorvey has associated with New Orleans counsel, Rémy Voisin Starns, his former LSU football teammate, as his local counsel in New Orleans, who will assist as local

counsel in the handling of any appointment obligations that this Court or liaison counsels may assign to Derriel McCorvey. Mr. McCorvey is ready, willing, able, and available to do all of the pretrial, discovery, and trial work necessary, knowing full well the intensive time demands required of this litigation. Mr. McCorvey and Mr. Starns also have available sufficient staff and resources to devote to this litigation and can meet any and all financial contributions that may be necessary to ensure the smooth, efficient, professional, and successful workings of the PSC.

This case involves an unprecedented event in the nation's history and presents complex litigation with large-scale impact. The litigation of this case will require the cooperative efforts of all of the attorneys involved, many of whom are from different parts of the country with different talents and experiences. The ability to function as a team, that is to work cooperatively toward a common goal while overcoming differences, obstacles, and disagreement, is vital to the success of the PSC.

As the first act of cooperation and teamwork, Mr. McCorvey notes that the Court has appointed Steve Herman and Jim Roy as interim co-liaison counsel. Both are seeking a permanent appointment for theses positions and Derriel McCorvey strongly supports their permanent appointment. Both Herman and Roy have demonstrated a genuine spirit of cooperation and accommodation for Plaintiffs' counsels during the period of their interim appointment.

Derriel C. McCorvey, an All S.E.C and Academic All S.E.C. Defensive Back who served as a proud member of the L.S.U. Fighting Tigers Football team from 1988-1993, has the necessary talent and experience to work as a member of a successful team. Mr. McCorvey is the immediate past president of the LSU National "L" Club. (The association of former LSU letter winner athletes for all sports)

Derriel C. McCorvey has demonstrated an ability to work cooperatively with others, and he has extensive professional experience in diverse areas of litigation, from maritime injuries to automobile accidents, to settlement Monitoring and Portfolio Monitoring for institutional clients, such as public pension funds, Taft-Hartley pension funds, and private investment funds to wrongful death, and other legal causes of action.  Mr. McCorvey has already demonstrated his ability to work with interim liaison counsel in this matter relating to certain violations of agreements that BP would not mislead claimants that were also participating in the Deepwater Horizon litigation.

Derriel McCorvey is a seasoned trial attorney that has tried cases in state and federal courts throughout Louisiana and Texas. [*Denna Bly v. United Fuels & Lubricants, L.L.C., et al, Case No. 08-cv-00051 (WDLA); Garland Jean-Batiste v. Lafayette City-Parish Government, et al, Case No. 08-cv-01985 (WDLA); Larry Jones v. Delta Towing, L.L.C., et al Case No. 06-cv-02347 (EDLA); Raphiel Simien v. Louie Padilla, et al, Case No. 02-cv-2530 (WDLA); Shawn D. Jackson v. Hall County Sheriff's Office, et al, Case No. 10-cv-00070 (NDGA); United States v. Clifton J. Trahan, Case No. 08-cr-00088 (EDTX); United States v. $112,032.00 U.S. Currency; Case No. 08-cv-00686 (EDTX); United States v. Darius Nathaniel Fisher, Case No. 08-cr-0205 (WDLA); United States v. Darius Nathaniel Fisher, Case No. 10-30424 (USCOA 5th Cir.); and United States v. Ernie Joseph Davis, Case No. 01-cr-00074 (EDTX).*

Derriel McCorvey received his B.A. in Economics from LSU in 1993 and his J.D. from Southern University Law Center in 1998.  Mr. McCorvey is admitted to practice in: Louisiana; U.S. District Courts for the Western and Eastern Districts of Louisiana. U.S. Federal Court of Appeal, 5th  Circuit. He is a member of the Louisiana Bar and the Bar of the United States Fifth

Federal Circuit. He has been admitted pro hac vice in the U.S. District Courts, Eastern and Southern Districts of Texas and the Northern District of Georgia.

Rémy Voisin Starns is also an accomplished trial attorney who served as a member of the LSU football team from 1989-1993 before graduating with a B.A. in Political Science. Mr. Starns received his J.D. from Loyola in 1999, where he coauthored and published a law review article in the Loyola Law Review, and an LL.M. in 2010 from Tulane Law School. Mr. Starns presently serves as a member of the LAJ (formerly LTLA) Board of Governors and from 2007-2010 served on the Louisiana Public Defender Board as an appointee of Senate President Don Hines (D-Bunkie) and unanimously confirmed by the Louisiana State Senate. As a member of the LPDB, Mr. Starns hired the first ever Louisiana State Public Defender, oversaw a $28 million annual budget, and coordinated indigent defense efforts in all of Louisiana's 64 parishes.

Mr. McCorvey and Mr. Starns have teamed up again and bring a much needed skill set to the workings of the PSC. Every counsel with prior committee appointment experience had none at one time. Because of the immense scope of the harm of the Deepwater Horizon oil spill, this PSC, more than most, needs members who can represent the voices of African Americans and other minorities. Derriel McCorvey is imminently qualified to do just that.

Mr. McCorvey represents a diverse and large cross-section of plaintiffs including many African Americans and other minorities. Mr. McCorvey has the desire, the commitment, and the resources to devote to the success of the PSC. For these reasons, Mr. McCorvey requests that he and his firm be appointed to the PSC.

WHEREFORE Derriel C. McCorvey requests appointment to the Plaintiffs' Steering Committee and that the Court additionally consider him for the position of co-lead counsel to work with co-liaison counsel and other co-lead counsel as the Court deems appropriate.

Dated:  August 24, 2010.

Respectfully Submitted by:

                              **THE LAW OFFICE OF**
                           **DERRIEL C. McCORVEY, L.L.C.**
                                    Derriel C. McCorvey
                                    La. Bar Roll #26083
                                    Post Office Box 2473
                                    115 W. Main Street, Suite 14
                                    Lafayette, LA 70501
                                    Tel.: (337) 291-2431
                                    Fax: (337) 291-243
                                    Email: derriel@mccorveylaw.com

                              **ATTORNEY FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

      I certify that the above and foregoing Application of Derriel C. McCorvey for Appointment to the Plaintiffs' Steering Committee has been served on Interim Liaison Counsel, by e-mail and upon all parties listed on the attached service list by U.S. Mail and email, and that the foregoing was electronically filed with the Clerk of the Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on August 24, 2010.


                              **THE LAW OFFICE OF**
                           **DERRIEL C. MCCORVEY, L.L.C.**

                                    /s/ Derriel C. McCorvey
                                    Derriel C. McCorvey
                                    Bar Roll # 26083
                                    115 W. Main St. Suite 14
                                    Post Office Box 2473
                                    Lafayette, LA 70502
                                    Tel. 337-291-2431
                                    Fax 337-291-2433
                                    ATTORNEY FOR PLAINTIFFS

**SERVICE LIST**

Arsenault, Richard J.
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190
Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC*
**Phone: (318) 487-9874 Fax: (318) 561-2591 Email: r.arsenault@nbalawfirm.com**

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street
Pensacola, FL 32502
Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P.
**Phone: (850) 434-5395 Fax: (850) 469-0043 Email: ryan@whibbsandstone.com**

Barr, Brian H.
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters; Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc.
**Phone: (850) 435-7000 Fax: (850) 436-6187 Email: bbarr@levinlaw.com**

Beck, David J.
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010
Cameron International Corp.*
**Phone: (713) 951-3700 Fax: (713) 951-3720 Email: dbeck@brsfirm.com**

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory*
**Phone: (206) 623-7292 Fax: (206) 623-0594 Email: steve@hbsslaw.com**

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002

M-I, L.L.C.*
**Phone: (713) 276-5739 Fax: (713) 276-6739 Email: gbracken@gardere.com**

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201
Chiodo, Kristi; Harris, John T.; Harris, Nicholas
**Phone: (850) 916-7450 Fax: (850) 916-7449**

Braud, S. Jacob
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037
Taliancich, Sr., Bartol John*
**Phone: (504) 394-9841 Fax: (504) 394-9945 Email: JacobBraud@bbc-law.net**

Brown, Eric B.
P.O. Box 2765
Houston, TX 77252-2765
Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)

Buzbee, Anthony G.
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis
Suite 7300
Houston, TX 77002
Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy*
**Phone: (713) 223-5393 Fax: (713) 223-5909 Email: tbuzbee@txattorneys.com**

Cabraser, Elizabeth J.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht*
**Phone: (415) 956-1000 Fax: (415) 956-1008 Email: ecabraser@lchb.com**

Chiepalich, C. S.

7

P.O. Box 6505
Mobile, AL 36660
*Jett, George
**Phone: (205) 478-1666 Email: csc@birch.net**

Clark, Lange
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham, AL 35203
*Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.*
**Phone: (205) 939-3933 Fax: (205) 939-1414 Email: langeclark@mindspring.com**

Coleman, Alice W.
BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson, MS 39211
*Grieshaber, Aleen; Grieshaber, James
**Phone: (601) 957-6177 Fax: (601) 957-6507 Email: alice@bcoonlaw.com**

Coumanis, Christ N.
COUMANIS & YORK PC
2101 Main Street
Daphne, AL 36526
*Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs*
**Phone: (251) 990-3083 Fax: (251) 928-8665 Email: coumanis@c-ylaw.com**

Crump, Martin D.
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport, MS 39501
*Barker, Daniel*
**Phone: (228) 863-6000 Fax: (228) 864-0907 Email: martincrump@daviscrump.com**

Cutter, C. Brooks
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
*Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.*
**Phone: (916) 448-9800 Fax: (916) 669-4499 Email: bcutter@kcrlegal.com**

Dampier, M. Stephen
LAW OFFICES OF M STEPHEN DAMPIER PC
55 North Section Street

Farirhope, AL 36532
*Ferguson, Constance*; Ferguson, James*
**Phone: (251) 929-0800 Fax: (251) 929-0900 Email: stevedampier@dampierlaw.com**

Deshazo, Michael
KINNEY & ELLINGHAUSEN
*Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC*
**Phone: (504) 524-0206 Fax: (504) 525-6216 Email: michaeld@kinneylaw.com**
1250 Poydras Street
Suite 2450
New Orleans, LA 70113

Dreher, Jr., William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport, MN 39502
*Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert*
**Phone: (228) 822-2222 Fax: (228) 822-2626 Email: wwdlaw@bellsouth.net**

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Hyundai Heavy Industries Co., Ltd.*
**Phone: (212) 450-4000 Fax: (212) 450-3800 Email: carey.dunne@davispolk.com**

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242
*Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri*
**Phone: (205) 278-7000 Fax: (202) 278-7001 Email: jfriedman@friedmanleak.com**

Garrison, Jr, W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35203
*B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas*
**Phone: (205) 326-3336 Fax: (205) 326-3332 Email: wlgarrison@hgdlawfirm.com**

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201
*Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica*
**Phone: (601) 948-8005 Fax: (601) 948-8010 Email: dgibbs@cglawms.com**

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP Corp. North America, Inc.; British Petroleum, PLC
**Phone: (312) 862-2064 Fax: (312) 861-2200 Email: Richard.Godfrey@kirkland.com**

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270
*Halliburton Co.*; Halliburton Energy Services, Inc.*
**Phone: (214) 939-4400 Fax: (214) 760-7332 Email: dgodwin@godwinronquillo.com**

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
*Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC
**Phone: (212) 558-5802 Fax: (212) 344-5461 Email: rgreenwald@weitzlux.com**

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC
*Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul*
**Phone: (601) 969-9692 Fax: (601) 914-3580 Email: john@hsglawfirm.net**
P.O. Box 24627
Jackson, MS 39225-4627

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant*
**Phone: (504) 581-4892 Fax: (504) 561-6024 Email: rherman@hhkc.com**

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
*Lavigne, Paul*; Lavigne, Steven*
**Phone: (314) 241-8111 Fax: (314) 241-5554 Email: eholland@hgsslaw.com**

Hornsby, Jr., Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243
*Simpson, George C.
**Phone: (256) 329-2000 Fax: (256) 329-2015 Email: chornsby@mhhlaw.net**

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312
*Crawford, Constance; Galloway, Jeff; Ward, George Weems
**Phone: (850) 298-4455 Fax: (850) 216-2537 Email: ptim@aol.com**

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604
*Gonzales, Dr. John; Trahan, Shannon

Irvine, III, George R.

STONE GRANADE & CROSBY PC
7133 Stone Drive
Daphne, AL 36526
*Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V.
**Phone: (251) 626-6696 Fax: (251) 626-2617 Email: gri@sgclaw.com**

Jackson, III, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225
Mobile, AL 36652
*Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130
*Phillips, John F.*
**Phone: (504) 523-2500 Fax: (504) 523-2508 Email: gjones@jonesswanson.com**

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
*Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle
**Phone: (334) 269-2343 Fax: (334) 954-7555 Email: rhon.jones@beasleyallen.com**
218 Commerce Street
Montgomery, AL 36104 Escapes, L.L.C.*; Sunrise Rentals Enterprises*

Kennedy, Richard R.
309 Polk Street
P.O. Box 3243
Lafayette, LA 70502-3243
*Rhodes, Karl W.*
**Phone: (337) 232-1934 Fax: (337) 232-9720 Email: ken309@richardkennedy.com**

Laborde, III, Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503
*Tidewater Marine, LLC*
**Phone: (337) 237-7000 Fax: (337) 233-9450 Email: cliffe@ln-law.com**

Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street
Dothan, AL 36301
*Barber, Peter J.*
**Phone: (334) 793-1555 Fax: (334) 793-8280 Email: jlane@cochranfirm.com**

Langan, J. Andrew
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP
**Phone: (312) 862-2064 Fax: (312) 862-2200 Email: andrew.langan@kirkland.com**

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
*Le (dba Bluewater Seafood), Hao Van*
**Phone: (850) 837-6020 Fax: (850) 837-4093 Email: dml@lovelacelaw.com**

Lucado, M. Shane
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
*Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC*
**Phone: (205) 278-0025 Fax: (205) 278-0030 Email: slucado@lucadolaw.com**

Mason, Angela Joy
COCHRAN FIRM
163 W. Main Street
Dothan, AL 36302
*Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie; Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John Samuel
**Phone: (205) 793-1555**

McDole, Keith C.
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
*Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)
**Phone: (214) 220-3939 Fax: (214) 969-5100**

McKee, Robert J.
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
12 Southeast 7th Street
*Griffitts Investments LP*
**Phone: (954) 763-8181 Fax: (954) 763-8292 Email: mckee@krupnicklaw.com**
Suite 801
Ft. Lauderdale, FL 33301

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
*Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*;
Nunez, Lena T.*
**Phone: (504) 522-2304 Fax: (504) 528-9973 Email: gmeunier@gainsben.com**

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
*Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.*
**Phone: (504) 599-8194 Fax: (504) 599-8145 Email: kmiller@frilot.com**

Mitsui & Co., U.S.A., Inc,
200 Park Avenue
New York, NY 10166
Mitsui & Co. U.S.A., Inc.

Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787
Opelousas, LA 70570
*James, Jr., Joseph George*; Schouest, III, Ellis*

**Phone: (337) 948-4483 Fax: (337) 942-5234 Email: pmorrow@mmrblaw.com**

Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134
*Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.*
**Phone: (305) 372-1800 Fax: (305) 372-3508 Email: AMM@kttlaw.com**

Murray, Stephen B.
MURRAY LAW FIRM
650 Poydras Sreet
Suite 2150
New Orleans, LA 70130
*Dinet, Nicholas J.*
**Phone: (504) 525-8100 Fax: (504) 584-5249 Email: smurray@murray-lawfirm.com**

Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10075
*Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.*
**Phone: (212) 705-7226 Fax: (212) 702-3616 Email: peter.neger@bingham.com**

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604
*Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales & Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales, Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*; Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House, Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*; Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*; Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa*
**Phone: (251) 471-6191 Fax: (251) 479-1031 Email: sln@cunninghambounds.com**

Norris, John E.
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South

Birmingham, AL 35205
*Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan*
**Phone: (205) 930-9900 Fax: (205) 930-9989 Email: jnorris@davisnorris.com**

Poynter, Scott E.
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
*Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary*
**Phone: (501) 907-2555 Fax: (501) 907-2556 Email: scott@emersonpoynter.com**

Price, Donald W.
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809
*Duet, Deanna G.*; Duet, Raymond*
**Phone: (225) 929-7481 Fax: (225) 924-4519 Email: dprice@dueprice.com**

Quin, II, William M.
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland, MS 39157
*Montagnet, Monica C.*
**Phone: (601) 707-5725 Fax: (601) 510-2939 Email: wquin@mmqlaw.com**

Rash, David C.
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137
*Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC*
**Phone: (305) 571-8550 Fax: (305) 571-8558 Email: david@alterslaw.com**

Rifkin, Mark C.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
*Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's

Seafood Patio), Calvin J.*
**Phone: (212) 545-4600 Fax: (212) 545-4653 Email: Rifkin@whafh.com**

Sexton, II, K. Edward
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham, AL 35203
*Lockridge, Captain Edward
**Phone: (205) 716-3000 Email: esexton@gtandslaw.com**

Strange, Brian R.
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
*Gaskins, Jr., Matthews*
**Phone: (310) 207-5055 Fax: (310) 826-3210 Email: lacounsel@earthlink.net**

Tran, Minh Tam
TAMMY TRAN ATTORNEYS AT LAW LP
2915 Fannin Street
Houston, TX 77002
*National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung
**Phone: (713) 655-0737 Fax: (713) 655-0823 Email: ttran@tt-lawfirm.com**

Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, FL 34690
*Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire*
**Phone: (727) 937-3226 Fax: (727) 934-5069 Email: sverras@bilirakislaw.com**

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive
Ocean Springs, MS 39564
*Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep
**Phone: (228) 872-1125 Fax: (228) 872-1128 Email: robert@waltzerlaw.com**

Zatzkis, Lanny R.
ZATZKIS MCCARTHY & ASSOCIATES, LLC
650 Poydras Street
Suite 2750

New Orleans, LA 70130
*Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr. Ronald A.*; Kreger, Riobert*; Kreger, Ryan A. *; Kreger, Sr. Ronald A. *; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr. David A.*; Segrave, Michael A.*; Segrave, Sr. David A.*
**Phone: (504) 523-2266 Fax: (504) 593-9921 Email: Lanny@Zatzkis.com**

**THE LAW OFFICE OF
DERRIEL C. MCCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
Bar Roll # 26083
115 W. Main St. Suite 14
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
ATTORNEY FOR PLAINTIFFS