# DERRIEL C. MCCORVEY



*Post Office Box 2473*
*115 W. Main Street Suite 14*
*Lafayette, Louisiana 70502*
*Tel. 337-291-2431*
*Fax  337-291-2433*
www.mccorveylaw.com

## EXPERIENCE

### THE LAW OFFICE OF DERRIEL C. MCCORVEY, L.L.C.
FOUNDER AND OWNER, ADMITTED TO LOUISIANA BAR
NFLPA CERTIFIED CONTRACT ADVISOR

### Crawford and Lewis Professional Law Firm
*Law clerk, Fall of 1996- Spring of 1998*

### ATTORNEY GENERALS OFFICE: GAMING DIVISION
*Law clerk, fall of 1996*

### LOUISIANA SENTENCING COMMISSION
*Staff for Sentencing Commission, 1994-1995*
Rated new and amended criminal statutes for ranking in the Louisiana Sentencing Guidelines.

### Moore, Walters, Shoenfelt, and Thompson
*Runner, Summer of 1992*

## EDUCATION

### SOUTHERN UNIVERSITY LAW CENTER, BATON ROUGE, LOUISIANA
*J.D., MAY 1998*

### LOUISIANA STATE UNIVERSITY, BATON ROUGE, LOUISIANA
*Bachelor of Arts, Economics, Spring of 1993*

## HONORS

- Athletic Director's Cup recipient 1990-93(Given to student athletes with a yearly average of 3.0 or better)
- Recipient of the Andrew Gumby Award 1993 (Given to the Latin student with the highest GPA in Latin for the year)
- Member of the ETA SIGMA PHI (Latin) 1991-93
- All academic S.E.C. 1991-93
- Member of the L.S.U. Fighting Tigers Football team 1988-1993
- All S.E.C. 1991