UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL No. 2179 Section: J Judge Barbier |
| **This Document Relates to All Cases** | | : : | Mag. Judge Shushan |

## EX PARTE MOTION FOR EXPEDITED HEARING ON PETITIONERS' MOTION FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come Petitioners, Transocean Offshore Deepwater Drilling Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, L.P., and MOEX Offshore 2007 ("Petitioners"), who respectfully move for expedited hearing on their Motion for Protective Order concerning the protection and preservation of the physical evidence associated with the Blow Out Preventer ("BOP") related to the *Deepwater Horizon*.

Because so little time remains before it is contemplated that the BOP stack will be retrieved from the ocean floor and due to the great uncertainty that exists regarding what input the Department of Interior will accept from Petitioners, undersigned counsel submits that expedited consideration of the Petitioners' Motion for Protective Order is warranted here. As

such, Petitioners request that the Court consider the Petitioners' Motion for Protective Order on Thursday, August 26, 2010, at 9:30 a.m.

                                        Respectfully submitted,

                                        PREIS & ROY, PLC

                                        <u>/s/ Carl J. Herbert</u>
                                        EDWARD F. KOHNKE, IV, T.A. (#07824)
                                        CARL J. HEBERT (#06724)
                                        601 Poydras Street, Suite 1700
                                        New Orleans, Louisiana 70130
                                        Telephone:  (504) 581-6062
                                        Facsimile:  (504) 522-9129
                                        Email:  ekohnke@preisroy.com

                                        and

                                        KERRY J. MILLER (#24562)
                                        FRILOT, L.L.C.
                                        1100 Poydras Street, Suite 3700
                                        New Orleans, Louisiana 70163
                                        Telephone: (504) 599-8194
                                        Facsimile:   (504) 599-8145

                                        **COUNSEL FOR**
                                        **TRANSOCEAN OFFSHORE**
                                        **DEEPWATER DRILLING INC.**


                                        DEBORAH D. KUCHLER (#17013)
                                        JANIKA D. POLK (#27608)
                                        ROBERT E. GUIDRY (#28064)
                                        KUCHLER POLK SCHELL WEINER &
                                        RICHESON, LLC
                                        1615 Poydras Street, Suite 1300
                                        New Orleans, Louisiana 70112
                                        Telephone:  (504) 592-0691
                                        Facsimile: (504) 592-0696

                                        and

James J. Dragna
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
BINGHAM McCUTCHEN LLP
2020 K. Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-60001

Peter C. Neger
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10075
Telephone: (212) 705-7226
Facsimile: (212) 702-3616

**COUNSEL FOR ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY, LP, AND MOEX OFFSHORE 2007, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 23rd day of August, 2010, been served on the following counsel of record in this proceeding by:

( ) Hand Delivery       ( ) Prepaid U.S. Mail

( ) Federal Express     ( ) E-Mail

( x ) ECF

_/s/ Carl J. Herbert_
CARL J. HEBERT