UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG              :   MDL No. 2179
        "DEEPWATER HORIZON" in the   :
        GULF OF MEXICO, on                    :   Section: J
        APRIL 20, 2010                                :
                                                              :   Judge Barbier
**This Document Relates to**                :   Mag. Judge Shushan
**All Cases**                                        :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**ORDER ON PETITIONERS' EX PARTE MOTION FOR EXPEDITED HEARING ON PETITIONERS' MOTION FOR PROTECTIVE ORDER**

CONSIDERING the foregoing Ex Parte Motion for Expedited Hearing on Petitioners' Motion for Protective Order,

IT IS HEREBY ORDERED that Petitioners' Ex Parte Motion for Expedited Hearing on Petitioners' Motion for Protective Order is GRANTED; and

IT IS FURTHER ORDERED that Petitioners' Motion for Protective Order be set for hearing before the undersigned on the **26th day of August, 2010 at 9:30 a.m.**

THUS DONE AND SIGNED this ____ day of August, 2010, New Orleans, Louisiana.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE