UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL No. 2179 Section: J Judge Barbier |
| **This Document Relates to** **All Cases** | | : : | Mag. Judge Shushan |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### NOTICE OF EXPEDITED HEARING ON PETITIONERS' MOTION FOR PROTECTIVE ORDER

PLEASE TAKE NOTICE THAT Petitioners, Transocean Offshore Deepwater Drilling Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, L.P., and MOEX Offshore 2007 ("Petitioners") will bring their Motion for Protective Order for hearing on August 26, 2010, at 9:30 a.m., before the Honorable Carl J. Barbier, United States District Judge, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

PREIS & ROY, PLC

/s/ Carl J. Herbert
EDWARD F. KOHNKE, IV, T.A. (#07824)
CARL J. HEBERT (#06724)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: ekohnke@preisroy.com

and

KERRY J. MILLER (#24562)
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.**

DEBORAH D. KUCHLER (#17013)
JANIKA D. POLK (#27608)
ROBERT E. GUIDRY (#28064)
KUCHLER POLK SCHELL WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696

and

James J. Dragna
BINGHAM McCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
BINGHAM McCUTCHEN LLP
2020 K. Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-60001

Peter C. Neger
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10075
Telephone: (212) 705-7226
Facsimile: (212) 702-3616

**COUNSEL FOR ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY, LP, AND MOEX OFFSHORE 2007, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 23rd day of August, 2010, been served on the following counsel of record in this proceeding by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Federal Express      ( ) E-Mail

( x ) ECF

/s/ Carl J. Herbert
CARL J. HEBERT