# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| | : | MDL NO. 2179 |
| | : | |
| IN RE: OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION: J |
| APRIL 20, 2010 | : | |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes the State of Louisiana ("Plaintiff"), by and through, John F. Rowley, the St. Bernard Parish District Attorney, who, pursuant to 28 U.S.C. § 1447, moves this Court to remand this purely state action over which it does not have original jurisdiction to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, for all the reasons set forth in the accompanying

158761.1

memorandum which is adopted and incorporated herein by reference as if copied *in extenso*.

**WHEREFORE**, Plaintiff, the State of Louisiana, by and through John F. Rowley, the St. Bernard Parish District Attorney, respectfully requests that this Motion to Remand be granted and this matter be remanded to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana and, further, in accordance with 28 U.S.C. § 1447, Plaintiff be awarded its just costs and expenses, as well as attorney's fees, incurred as a result of the improper removal of this action by Defendants, BP Exploration & Production, Inc., BP Products North America, Inc., and BP America, Inc.

Respectfully submitted,

/s/ Peter J Butler, Jr.
Peter J Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Barrett R. Stephens (Bar #31331)
Justin W. Stephens (Bar #30987)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana*

John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

***District Attorney for the Parish of St. Bernard***

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J Butler, Jr.