## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN<br>: |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion to Remand filed by on behalf of the State of Louisiana, by and through, John F. Rowley, the St. Bernard Parish District Attorney, will be heard on Wednesday, September 29, 2010 at 9:30 a.m. before the Honorable Carl J. Barbier, United States District Judge, at the United States District Court for the Eastern District of Louisiana.

158762.1

Respectfully submitted,

/s/ Peter J. Butler, Jr.
Peter J Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Barrett R. Stephens (Bar #31331)
Justin W. Stephens (Bar #30987)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana*

John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

*District Attorney for the Parish of St. Bernard*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J. Butler, Jr.

158762.1