UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig　　　　* | MDL No. 2179 |
| 　　　　"Deepwater Horizon" in the Gulf  * | |
| 　　　　of Mexico, on April 20, 2010　　* | SECTION: J |
| 　　　　　　　　　　　　　　　　　　　* | |
| Applies to: *All Cases.*　　　　　　* | JUDGE BARBIER |
| 　　　　　　　　　　　　　　　　　　　* | MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | |

**UNOPPOSED MOTION
TO EXTEND TIME PERIOD TO EFFECT SERVICE**

**NOW INTO COURT,** through Interim Liaison Counsel, come Plaintiffs, who respectfully move for an extension of the time period to effect service under Federal Rule of Civil Procedure 4(m), for the reasons that follow:

I.

Several of the defendants which have been named in one or more of the actions within this MDL proceeding are entities domiciled in foreign countries.

II.

In addition, based on preliminary discussions among Interim Liaison Counsel pursuant to PTO No. 1, it appears that the parties will likely propose the submission of one or more "Master Complaints" to assist the parties and the Court in the organization and management of the pre-trial

proceedings.  In the event that such a proposal is made and adopted by the Court, many of the existing pleadings would, for all practical purposes, be subsumed within and/or superceded by one or more such "Master Complaints" which would be served in accordance with MDL CMO No. 1, or as otherwise directed by the Court.

III.

Plaintiffs have contacted Interim Defense Liaison Counsel, who have no objection to this Motion.

**WHEREFORE** Plaintiffs respectfully pray that all deadlines for service under Federal Rule 4 be suspended, pending further order of the Court.

This 24th day of August, 2010.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Interim Plaintiffs Liaison Counsel.* | *Interim Plaintiffs Liaison Counsel.* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be electronically filed into the record using the Court's EFC filing system, thereby effecting service on all Interim Liaison Counsel;

IN ADDITION, the Motion will be served, *via* E-MAIL, upon all known plaintiffs' counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those who appear on the MDL Service List and/or who have cases pending in this District and Section.

This 24th day of August, 2010.

    /s/  Stephen J.  Herman and James Parkerson Roy