UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFFS UNOPPOSED MOTION**
**TO EXTEND TIME PERIOD TO EFFECT SERVICE**

Plaintiffs respectfully submit the following memorandum in support of their Motion to

Extend the Time Period to Effect Service:

**MAY IT PLEASE THE COURT:**

As the Court is aware, a plaintiff is generally required to effect service within 120 days; the

Court may, however, extend the period for an appropriate time, with good cause. FED. RULE CIV.

PRO. 4(m).

In this case, several of the defendants which have been named in one or more of the actions

within this MDL proceeding are entities domiciled in foreign countries.

Moreover, based on preliminary discussions among Interim Liaison Counsel pursuant to PTO No. 1, it appears that the parties will likely propose the submission of one or more "Master Complaints" to assist the parties and the Court in the organization and management of the pre-trial proceedings.  In the event that such a proposal is made and adopted by the Court, many of the existing pleadings would, for all practical purposes, be subsumed within and/or superceded by one or more such "Master Complaints" which would be served in accordance with MDL CMO No. 1, or as otherwise directed by the Court.

Plaintiffs have contacted Interim Defense Liaison Counsel, who have no objection to this Motion.

### Conclusion

For the above and foregoing reasons, all deadlines for service under Federal Rule 4 should be suspended, pending further order of the Court.

This 24th day of August, 2010.

Respectfully submitted,


_____/s/   Stephen J. Herman_____
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue

_____/s/ James Parkerson Roy_____
**James Parkerson Roy**, La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, Suite 500

New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com

*Interim Plaintiffs Liaison Counsel.*

Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

*Interim Plaintiffs Liaison Counsel.*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum will be electronically filed into the record using the Court's EFC filing system, thereby effecting service on all Interim Liaison Counsel;

IN ADDITION, the Memorandum will be served, *via* E-MAIL, upon all known plaintiffs' counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those who appear on the MDL Service List and/or who have cases pending in this District and Section.

This 24th day of August, 2010.

/s/  Stephen J.  Herman and James Parkerson Roy