UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the Gulf  of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### ORDER

**CONSIDERING** Plaintiffs' Unopposed Motion to Extend Time for Service:

**IT IS HEREBY ORDERED** that the deadlines to effect service under Rule 4(m) of the Federal Rules of Civil Procedure be and are hereby extended, pending further order of the Court.

**SIGNED** this _____ day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Honorable Carl J. Barbier**
　　　　　　　　　　　　　　　　　　　　　**U.S. District Court Judge**