**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | *   **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the** | * |
| **GULF OF MEXICO, on** | *   **SECTION : J** |
| **APRIL 20, 2010** | * |
|  | *   **JUDGE BARBIER** |
| **THIS REFERS TO CASE NO. 10-1827 ONLY** | *   **MAG. JUDGE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DISMISSAL**

CONSIDERING the Joint Motion for Voluntary Dismissal Without Prejudice,

IT IS HEREBY ORDERED that the above referenced matter is DISMISSED, without

prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of _____August_____, 2010.

_____
United States District Judge