UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 : SECTION: J
:
:
: JUDGE BARBIER
: MAG. JUDGE SHUSHAN

**THIS DOCUMENT RELATES TO ALL CASES**

ORDER

Considering the foregoing **Ex Parte Motion for Expedited Hearing on Petitioners' Motion for Protective Order (Rec. Doc. 64)**,

**IT IS HEREBY ORDERED** that Petitioners' Ex Parte Motion for Expedited Hearing is **GRANTED. IT IS FURTHER ORDERED** that the **Motion for Protective Order (Rec. Doc. 50)** be **SET for hearing, with oral argument**, on **Thursday, August 26, 2010 at 10:30 a.m.**

New Orleans, Louisiana, this 25th day of August, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE