AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOE OSER, ET AL | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-1829 "R" (3) J-1 |
| TRANSOCEAN LTD., ET AL | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HALLIBURTON ENERGY SERVICES, INC.
THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400 B
BATON ROUGE, LOUISIANA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Serena Pollack
Lowe, Stein, Hoffman, Allweiss, and Hauver, LLP
701 Poydras Street, Suite 3600
New Orleans, La 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 28 2010__

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1829

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Halliburton Energy Svcs., Inc.
was received by me on *(date)* 6/28/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* C. Fenton Rutledge , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
Halliburton Engy. Svcs., Inc on *(date)* 8/5/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/25/10 _____
_____
*Server's signature*

Jeffrey M Hoffman, Esq.
*Printed name and title*
LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7735
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Halliburton Engy Svcs Inc
through its registered agent
CT Corp.
5615 Corporate Blvd., 400B
Baton Rouge LA 70808

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  C. Fenton Rutledge          ☑ Agent
                               ☐ Addressee

B. Received by (*Printed Name*)        C. Date of Delivery
C. Fenton Rutledge

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

Express Courier

AUG 0 5 REC'D

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)        ☐ Yes

2. Article Number
   (*Transfer from service label*)

7010 0290 0003 6653 1115

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540