## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REPORT OF INTERIM PLAINTIFFS' CO-LIAISON COUNSEL

Plaintiffs' Interim Co-Liaison Counsel respectfully submit the following interim status report:

**MAY IT PLEASE THE COURT:**

In accordance with Pre-Trial Order No. 1, Plaintiffs' Interim Co-Liaison Counsel, on August 12, 2010, and thereafter, have communicated with all known counsel of record, (as well as all known plaintiffs' counsel who are representing claimants in the BP Claims Process and/or Gulf Coast Claims Facility, but who have not yet filed formal actions in a U.S. District Court), in order to solicit comments and proposals regarding the issues outlined by the Court in Paragraph 4 of PTO 1.   At the same time, undersigned counsel indicated their intent to seek the appointment of permanent Plaintiffs' Co-Liaison Counsel, in accordance with PTO 1, Section 16.

In response to that communication, undersigned counsel received numerous expressions of support for their appointment as permanent Co-Liaison Counsel for the plaintiffs.  To undersigned counsel's knowledge, no one else has communicated a desire to seek appointment as Plaintiffs' Liaison Counsel, and only one plaintiff's counsel communicated what might be considered an objection to undersigned counsel's appointment.[1]  Undersigned counsel believe that there is consensus, as referenced in Section 16 of PTO No. 1, and would seek appointment as permanent Plaintiffs' Co-Liaison Counsel, if that is the Court's desire.

At the same time, undersigned counsel have solicited and received suggestions and proposals for case organization and structure as outlined in Section 4 of PTO 1, and have met with Defense Interim Liaison Counsel regarding same.  Undersigned counsel will have further meetings with Defense Interim Liaison Counsel to discuss these issues.

Further, undersigned have invited all known Plaintiffs' Counsel to a meeting on the morning of September 3, 2010, in New Orleans, in an attempt to gain further input on the topics of interest identified by the Court in PTO No. 1.  Undersigned will report to the Court the suggestions they receive, as well as whatever consensus may result from further discussions among Plaintiffs' and Defendants' Interim Liaison Counsel.

---

[1]One attorney commented as follows: "I believe that the court should decide the position of liaison counsel. If we all urge our positions, there would be nothing for Judge Barbier to decide.  Therefore, I do not agree."

Page 2

Respectfully submitted,


_____/s/   Stephen J. Herman_____      _____/s/ James Parkerson Roy_____
**Stephen J. Herman**, La. Bar No. 23129       **James Parkerson Roy**, La. Bar No. 11511
**HERMAN HERMAN KATZ & COTLAR LLP**       **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                             556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                   Lafayette, Louisiana 70501
Telephone: (504) 581-4892                      Telephone: (337) 233-3033
Fax No. (504) 569-6024                         Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                       E-Mail: jimr@wrightroy.com

*Interim Plaintiffs Liaison Counsel.*          *Interim Plaintiffs Liaison Counsel.*


### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Report will be electronically filed into the record using the Court's EFC filing system, thereby effecting service on all Interim Liaison Counsel;

IN ADDITION, the Report will be served, *via* E-MAIL, upon all known plaintiffs' counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those who appear on the MDL Service List and/or who have cases pending in this District and Section.

This 25th day of August, 2010.


_____/s/  Stephen J.  Herman and James Parkerson Roy_____