UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

      Plaintiffs,

  -against-

BP, PLC., et al.,

      Defendants.
-------------------------------------------------------------------X

Index No. 10-cv-01931

AFFIDAVIT OF SERVICE

STATE OF MISSISSIPPI )
                        S.S.:
COUNTY OF JONES )

      TERRY KEITH, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 12th day of August, 2010, at approximately 2:00 pm, deponent served a true copy of the Summons in a Civil Case and Class Action Complaint upon BP America, Inc. c/o CT Corporation at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi, by personally delivering and leaving the same with Leslie Ratcliff, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Leslie Ratcliff is a white female, approximately 40 years of age, stands approximately 5 feet, 2 inches tall, and weighs approximately 130 pounds with blonde hair.

_____
TERRY KEITH

Sworn to before me this
13th day of August, 2010

_____
NOTARY PUBLIC