UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

        Plaintiffs,                             Index No. 10-cv-01931

    -against-                           AFFIDAVIT OF SERVICE

BP, PLC., et al.,

        Defendants.
------------------------------------------------------------------X
STATE OF INDIANA   )
                             S.S.:
COUNTY OF MARION  )

        CAROLYN ROSENBERG, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 11th day of August, 2010, at approximately 2:45 pm, deponent served a true copy of the Summons in a Civil Case and Class Action Complaint upon BP CORPORATION NORTH AMERICA INC. f/k/a BP AMOCO CORPORATION c/o The Prentice Hall Corporation System, Inc. at 251 East Ohio Street, Suite 500, Indianapolis, Indiana, by personally delivering and leaving the same with Bridgette Mueller, Bookkeeper, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Bridgette Mueller is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 125 pounds with dark brown hair and brown eyes.

_____
CAROLYN ROSENBERG
Sworn to before me this
11th day of August, 2010

_____
NOTARY PUBLIC

ROBIN DRWECKI
Notary Public, State of Indiana
Marion County
My Commission Expires
October 10, 2013