UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

      Plaintiffs,

  -against-

BP, PLC., et al.,

      Defendants.
-----------------------------------------------------------------------X

Index No. 10-cv-01931

AFFIDAVIT OF SERVICE

STATE OF MISSISSIPPI  )
                                 S.S.:
COUNTY OF JONES  )

      TERRY KEITH, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 12th day of August, 2010, at approximately 1:15 pm, deponent served a true copy of the Summons in a Civil Case and Class Action Complaint upon BP Products North America, Inc. c/o Prentice-Hall Corporation System at 506 South President Street, Jackson, Mississippi, by personally delivering and leaving the same with Danny Perry, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Danny Perry is a white male, approximately 40 years of age, was seated behind a desk, weighs approximately 180 pounds with brown hair and glasses.

_____
TERRY KEITH

Sworn to before me this
13th day of August, 2010

_____
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83932 MICHELLE MURRAY Commission Expires Jan. 23, 2011 JONES COUNTY]