UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

        Plaintiffs,　　　　　　　　　　　　　Index No. 10-cv-01931

   -against-　　　　　　　　　　　　　　　AFFIDAVIT OF SERVICE

BP, PLC., et al.,

        Defendants.
-------------------------------------------------------------------X

STATE OF ILLINOIS  )
　　　　　　　　　　　　　　S.S.:
COUNTY OF COOK)

      JUSTIN TURNER, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 11th day of August, 2010, at approximately 1:37pm, deponent served a true copy of the Summons in a Civil Case and Class Action Complaint upon BP, PLC c/o Prentice Hall at 33 North LaSalle, Chicago, Illinois, by personally delivering and leaving the same with Jennifer Hertelendi, Authorized Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Jennifer Hertelendi is a white female, approximately 30 years of age, stands approximately 5 feet 7 inches tall, and weighs approximately 150 pounds with black hair.

_____
JUSTIN TURNER

Sworn to before me this
12th day of August, 2010.

_____
NOTARY PUBLIC

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11