UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

        Plaintiffs,                          Index No. 10-cv-01931

      -against-                          AFFIDAVIT OF SERVICE

BP, PLC., et al.,

        Defendants.
------------------------------------------------------------X
STATE OF TEXAS  )
                  S.S.:
COUNTY OF HARRIS  )

        MICHAEL JOHNSON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 16th day of August, 2010, at approximately 11:30 am, deponent served a true copy of the Summons in a Civil Case and Class Action Complaint upon TRANSOCEAN LTD at Four Greenway Plaza, Houston, Texas, by personally delivering and leaving the same with Frank Villegas, Legal Department, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Frank Villegas is a Hispanic male, approximately 25 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 185 pounds black hair and mustache.

*/s/ Michael Johnson*
MICHAEL JOHNSON  SCH#700

Sworn to before me this
16th day of August, 2010

*/s/ Donna Leigh Sears*
NOTARY PUBLIC

DONNA LEIGH SEARS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DEC. 1, 2010