UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------X
JARVIS J. HARMON, SR., JARVIS J. HARMON, JR.
JACOB MICHAEL GUILLORY, MERVIN HARMON
JAMIE H. HARMON, LOUIS MATTHEWS, and
CARLOS EDMOND, individually, and on
behalf of themselves, and all others similarly situated,

        Plaintiffs,                            Index No. 10-cv-01931

     -against-                              AFFIDAVIT OF SERVICE

BP, PLC., et al.,

        Defendants.
-----------------------------------------------------------------X
STATE OF DELAWARE  )
                          S.S.:
COUNTY OF NEW CASTLE)

        BARRY EVELAND, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of August, 2010, at approximately 10:45 am, deponent served a true copy of the Summons in a Civil Action and Class Action Complaint upon TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. c/o The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware, by personally delivering and leaving the same with Scott Lascala, Process Agent, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Scott Lascala is a white male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 200 pounds with black hair.

_____
BARRY EVELAND

Sworn to before me this
16th day of August, 2010

_____
NOTARY PUBLIC

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010