**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re:  OIL SPILL by the OIL RIG<br>          "DEEPWATER HORIZON" in the<br>          GULF OF MEXICO, on<br>          APRIL 20, 2010<br><br>This document relates to 10-2654 and 10-2699 only | *   MDL No. 2179<br>*<br>*   SECTION:  J<br>*<br>*   Judge Barbier<br>*   Mag. Judge Shusan<br>* |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for Defendant MARINE SPILL RESPONSE CORPORATION in the actions docketed by the Transfer Order as 10-2654 and 10-2699.  In accordance with Paragraph 12 of Pretrial Order #1, I certify that I am currently a member in good standing and admitted to practice in the United States District Courts for the Eastern District of New York and the Southern District of New York.  I further certify that no disciplinary proceedings have been instituted against me.

1

810517.00025/6945356v.1

Dated:   New York, New York
         August 26, 2010

                **Blank Rome LLP**

           By: /s/ Alan M. Weigel_____
              Alan M. Weigel, Esq.
              The Chrysler Building
              405 Lexington Avenue
              New York, NY 10174
              Telephone: 212-885-5000
              Facsimile: 917-332-3836
              E-mail: aweigel@blankrome.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2010 a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel whose e-mail addresses are shown on the Panel Attorney Service List annexed to Pretrial Order #1.

                /s/ Alan M. Weigel_____
                Alan M. Weigel

2