**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to All Cases | *  MDL No. 2179<br>*<br>*  SECTION:  J<br>*<br>*  Judge Barbier<br>*  Mag. Judge Shusan<br>*<br>* |

### REQUEST TO ADD NAME TO THE PANEL ATTORNEY SERVICE LIST

Pursuant to Paragraph 7 of Pretrial Order #1, filed in these proceedings on August 10, 2010, the following attorney respectfully requests to have his name added to the Panel Attorney Service List:

>Alan M. Weigel, Esq.
>Blank Rome LLP
>The Chrysler Building
>405 Lexington Avenue
>New York, NY 10174
>Telephone: 212-885-5000
>Facsimile: 917-332-3836
>E-mail: aweigel@blankrome.com

Counsel represents Marine Spill Response Corporation, a defendant in actions bearing Eastern District of Louisiana docket numbers 10-2654 and 10-2699 as indicated on the Transfer Order.

1

810517.00025/6945300v.1

Dated: New York, New York
August 26, 2010

        **BLANK ROME LLP**

By: /s/Alan M. Weigel_____
Alan M. Weigel
Admitted *pro hac vice*
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
212-885-5000
*Attorneys for Marine Spill Response Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2010 a copy of the foregoing Request to Add Name to the Panel Attorney Service List was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel whose e-mail addresses are shown on the Panel Attorney Service List annexed to Pretrial Order #1.

        /s/ Alan M. Weigel_____
        Alan M. Weigel

810517.00025/6945300v.1