# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179  Section "J" |
| This Document Relates to:  Civil No. 2:10-cv-01497 | Judge Barbier  Magistrate Judge Shushan |

## CHEVRON U.S.A., INC.'S
## MOTION FOR LEAVE TO INTERVENE AS DEFENDANT

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Chevron, U.S.A., Inc. ("Chevron") respectfully move for leave to intervene as a defendant in civil action number 2:10-cv-01497, which has been consolidated into the above-captioned Multidistrict Litigation for purposes of pre-trial proceedings.  Chevron has direct and substantial interests in the outcome of the lawsuit, which plaintiffs Gulf Restoration Network, Inc. and Sierra Club, Inc. filed against various government defendants, but in which Chevron is a real party in interest.  Chevron is entitled to intervene in this action as of right or, in the alternative, through permissive intervention.  For the reasons discussed in the memorandum in support of this motion, Chevron respectfully requests that this Court grant this motion for leave to intervene in this proceeding and permit Chevron to file an answer to the plaintiffs' complaint.

Date: August 26, 2010                    Respectfully submitted,

/s/Meredith P. Young
Meredith P. Young, 27149
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Charles J. Engel, III
Ashley C. Parrish
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Reginald R. Smith
Tracey M. Robertson
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas  77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Counsel for Chevron U.S.A. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of August, 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

/s/Meredith P. Young
Meredith P. Young, 27149