**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In re:  OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on April 20, 2010  This Document Relates to:  Civil No. 2:10-cv-01497 | MDL No. 2179  Section "J"  Judge Barbier  Magistrate Judge Shushan |

**CHEVRON U.S.A., INC'S**
**LOCAL RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6E, undersigned counsel for Chevron U.S.A., Inc. ("Chevron") certifies that counsel for Chevron has contacted all counsel of record to request consent to the filing and granting of this Motion to Intervene.  The plaintiffs take no position on the motion until they have had the opportunity to review it.  The government defendants take no position on this motion.  The intervenor-defendants do not object to this motion.

Date: August 26, 2010                              Respectfully submitted,

                                                   /s/Meredith P. Young
Meredith P. Young, 27149
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Charles J. Engel, III
Ashley C. Parrish
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Reginald R. Smith
Tracey M. Robertson
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas  77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Counsel for Chevron U.S.A. Inc.*