## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | ) | MDL No. 2179 |
| In re: OIL SPILL by the OIL RIG | ) |  |
| "DEEPWATER HORIZON" in the | ) |  |
| GULF OF MEXICO, on April 20, 2010 | ) | Section "J" |
|  | ) |  |
| This Document Relates to: | ) | Judge Barbier |
| Civil No. 2:10-cv-01497 | ) | Magistrate Judge Shushan |
|  | ) |  |

### NOTICE OF HEARING ON CHEVRON U.S.A., INC.'S
### MOTION FOR LEAVE TO INTERVENE AS DEFENDANT

**PLEASE TAKE NOTICE** that Proposed Intervenor-Defendant Chevron U.S.A., Inc.'s Motion for Leave to Intervene as Defendant will be heard in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, before the Honorable Carl J. Barbier, at 9:30 a.m. on September 29, 2010.

Date: August 26, 2010                                    Respectfully submitted,

<div style="margin-left: 40%;">

/s/Meredith P. Young
Meredith P. Young, 27149
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Charles J. Engel, III
Ashley C. Parrish
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Reginald R. Smith
Tracey M. Robertson
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas  77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Counsel for Chevron U.S.A. Inc.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of August, 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

<div style="margin-left: 40%;">

/s/Meredith P. Young
Meredith P. Young, 27149

</div>