# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This Document Relates to:<br>Civil No. 2:10-cv-01497 | ) MDL No. 2179<br>)<br>)<br>) Section "J"<br>)<br>) Judge Barbier<br>) Magistrate Judge Shushan<br>) |

## [PROPOSED] ORDER

The Court having reviewed the motion of Chevron U.S.A., Inc. to intervene as defendant in this matter, it is HEREBY ORDERED:

1. that the Motion is GRANTED;

2. that Chevron's Answer to Plaintiff's Complaint be deemed filed on the date on which this order is entered.

_____
UNITED STATES DISTRICT JUDGE