# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) MDL No. 2179 ) ) ) Section "J" ) |
| This Document Relates to: Civil No. 2:10-cv-01497 | ) Judge Barbier ) Magistrate Judge Shushan ) |

## CHEVRON U.S.A., INC.'S
## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 5.6

Pursuant to Local Rule 5.6 of the Eastern District of Louisiana, Chevron U.S.A., Inc.'s states that its parent corporations, and the publicly traded companies that own 10% or more of Chevron U.S.A., Inc.'s stock, and are as follows:

Chevron U.S.A. Inc. is a subsidiary of Chevron U.S.A. Holdings Inc., which is a subsidiary of Texaco Inc., which is a subsidiary of Chevron Asiatic Limited, which is a subsidiary of Chevron Investments Inc., which is a subsidiary of Chevron Corporation. Chevron Corporation, which is publicly traded, indirectly controls and/or owns 100% of the stock in Chevron U.S.A. Inc.

Date: August 26, 2010	Respectfully submitted,

/s/Meredith P. Young
Meredith P. Young, 27149
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Charles J. Engel, III
Ashley C. Parrish
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

Reginald R. Smith
Tracey M. Robertson
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas  77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

*Counsel for Chevron U.S.A. Inc.*