UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

CONSIDERING Plaintiffs' Unopposed Motion to Extend Time for Service:

IT IS HEREBY ORDERED that the deadlines to effect service under Rule 4(m) of the Federal Rules of Civil Procedure be and are hereby extended, pending further order of the Court.

SIGNED this 26th day of August, 2010.

_____
Honorable Carl J. Barbier
U.S. District Court Judge