AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | | |
|---|---|---|
| Joe Patti Seafood Company, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:10cv137-MCR/EMT |
| Transocean, LTD, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BP Products North America, Inc.
Through its registered agent:
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian H. Barr, Esq.
Levin Papantonio Thomas Mitchell Echsner Rafferty & Proctor, P.A.
316 S. Baylen Street
Suite 600
Pensacola, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM M. McCOOL, Clerk

*CLERK OF COURT*

Date: _____05/04/2010_____    *Donna Bajzik*
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10cv137-MCR/EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/20/10

*Server's signature* (signed) Angela Crutchfield

*Printed name and title:* Angela Crutchfield, Paralegal

*Server's address:* 316 S. Baylen St., Pensacola, FL 32502

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /JJ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Sult Thisl4 [illegible] | C. Date of Delivery |
| 1. Article Addressed to:<br><br>BP Products North America, Inc.<br>Through its registered agent:<br>The Prentice-Hall Corporation System, Inc.<br>320 Somerulos Street<br>Baton Rouge, LA 70802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0003 7314 1876 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark<br>Here<br>AUG 16 2010 |
| Return Receipt Fee<br>(Endorsement Required) | | |
| Restricted Delivery Fee<br>(Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: BP Products North America, Inc. through Prentice Hall
Street, Apt. No.; or PO Box No. 320 Somerulos Street
City, State, ZIP+4: Baton Rouge, LA 70802

PS Form 3800, August 2006     See Reverse for Instructions

(Article number on side: 7006 2760 0003 7314 1876)