AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| Joe Patti Seafood Company, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:10-cv-137-MCR/EMT |
| Transocean, Ltd. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP America, Inc.
Through its registered agent:
C T Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian H. Barr, Esq.
Levin Papantonio Thomas Mitchell Echsner Rafferty & Proctor, P.A.
316 S. Baylen Street
Suite 600
Pensacola, FL  32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM M. McCOOL, Clerk
CLERK OF COURT

Date: _____05/04/2010_____    _____*(signature)*_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:10-cv-137-MCR/EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/27/10

*Angela Crutchfield*
Server's signature

Angela Crutchfield, Paralegal
Printed name and title

316 S. Baylen St., Pensacola, FL 32502
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Fenton Rutledge  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )
C. Fenton Rutledge

C. Date of Delivery
Express Courier
AUG 1 9 REC'D

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

BP America, Inc.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0003 7314 2064

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here
AUG 16 2010

7006 2760 0003 7314 2064

Sent To: BP America Inc - CT Corp System
Street, Apt. No.; or PO Box No. 5615 Corporate Blvd, Suite 400B
City, State, ZIP+4 Baton Rouge, LA 70808

PS Form 3800, August 2006   See Reverse for Instructions