UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| | | § § § | JUDGE BARBIER |
| | This Document Relates To All Cases | | MAG. JUDGE SHUSHAN |

**APPLICATION OF MIKAL C. WATTS FOR
PLAINTIFFS' STEERING COMMITTEEE**

I, Mikal C. Watts, pursuant to Pretrial Order No. 1, submit and file this application for membership to the Plaintiffs' Steering Committee (PSC) for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. I have previously filed multiple civil actions in this litigation and currently represent over 40,000 plaintiffs. I have read, understand and agree to the PCS's responsibilities as set forth in Pretrial Order No. 1, and further aver:

1. I stand ready and willing to commit all the time and resources necessary to represent all plaintiffs in this litigation.

2. I retain the experience and education necessary for handling such a complex MDL. I earned my Bachelor of Arts with high honors from the University of Texas in 1987. I graduated with honors from UT School of Law in 1989 at the age of twenty-one, was named to the Order of the Barristers and won the Niemann Cup as the top advocate of the UT School of Law. In 1989-90, I worked as briefing attorney for the Honorable Thomas R. Phillips, Chief Justice of the Supreme Court of Texas. In 1990, I became an associate at David L. Perry & Associates and was named a partner in 1991. On April 1, 1997, I formed my own firm, which specializes in mass torts, catastrophic

1

personal injury, product liability, commercial and business litigation, and wrongful death.

    3.    I have significant MDL experience, including many positions requiring significant leadership:

    a.    I have served on the Plaintiffs' Steering Committee in MDL No. 1873, In Re FEMA Formaldehyde Litigation;

    b.    I have served as Lead Plaintiffs' Counsel in MDL No. 1804, In Re Stand 'N Seal Litigation.

    c.    I have served on the Plaintiffs' Executive Committee, Silica MDL No. 1553;

    d.    I have served as Lead Plaintiffs Trial Counsel for the consolidated cases arising from the Queen Isabella Causeway barge/bridge collapse disaster;

    e.    I have served as Co-Chair of AIEG's Chrysler Minivan Liftgate Latch Litigation Subgroup;

    f.    I have served as Chair of the State Court Liaison Committee of the Ford Explorer/Firestone Tire Federal MDL.

    4.    My skills as a successful advocate, leader and crusader have been publicly recognized. In 2001, I was selected by *Texas Lawyer* as the "Impact Player of the Year." In 2002, I was named by *National Law Journal* as "one of the best trial lawyers in the country." I have also been named by *Texas Monthly* as one of "Texas' Super Lawyers." In 2004, *USA Today* noted that I "ha[d] soared to the top of the highly-competitive personal injury law business" and the *Wall Street Journal* tabbed me as "a rising star of the plaintiff's bar." I obtained the nation's first jury award involving the withdrawn diabetes drug Rezulin (*Margie Sanchez, et al. v. Parke-Davis, et al)*; the nation's

first jury award involving the recalled Sulzer hip implants (*Rupp, et al. v. Sulzer Orthopedics, Inc.*); and in January 2001, I settled *Bailey v. Ford Motor Company and Bridgestone/Firestone* on the eve of the first national post-recall trial in the tread separation/vehicle stability cases, and later tried the first such case, *Joel Rodriguez v. Bridgestone/Firestone*. I have achieved verdicts for my clients exceeding $800 million, and settlement exceeding $2.5 billion.

5. I have authored and presented over 100 Continuing Legal Education (CLE) articles around the world. I am Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization and am an "AV" rated lawyer in Martindale-Hubbell. I am licensed to practice in the state courts of Texas, the United States District Courts for the Southern, Eastern, Western and Northern Districts of Texas, before the United States Court of Appeals for the Fifth and Sixth Circuits, and the United States Supreme Court. I am a member of the American Bar Association (ABA), American Association for Justice (AAJ), Attorneys' Information Exchange Group (AIEG), Texas Trial Lawyers' Association (TTLA), American Bar Association, State Bar of Texas, College of the State Bar of Texas, Corpus Christi Bar Association, Corpus Christi Young Lawyers' Association (CCYLA) and am a charter member of the Reynaldo G. Garza American Inn of Court. I have served as a member of the Board of Directors of AIEG, TTLA, Trial Lawyers for Public Justice (TLPJ).

6. If the Court feels it is appropriate, I encourage this Court to confer with the Honorable Kurt Engelhardt, who presides over MDL No. 1873, In Re FEMA Formaldehyde Litigation, with respect to any questions about my ability to effectively assist in this PSC hereto.

Accordingly, I hereby respectfully request consideration for a position on the PSC for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf

of Mexico on April 20, 2010. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26 day of August, 2010.

_____
Mikal C. Watts

SWORN TO AND SUBSCRIBED BEFORE ME this 26 day of August, 2010, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC in and for the State of Texas.

My Commission Expires: 6/22/11

PAMELA M. FLORES
MY COMMISSION EXPIRES
June 22, 2011