MINUTE ENTRY
BARBIER, J.
AUGUST 25, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the : SECTION: J
GULF OF MEXICO, on :
APRIL 20, 2010 :
: JUDGE BARBIER
: MAG. JUDGE SHUSHAN

.. .. .. .. .. .. .. .. .. .. .. .. .. .  .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

The Court held a status conference this date via telephone. The following were in attendance: James Roy and Stephen Herman, representing the Plaintiffs; Robert Guidry, representing Defendant Anadarko Petroleum Corporation and MOEX Offshore 2007; Don Haycraft, Rob Casaway, and Andrew Langan, representing BP Oil; Allen York, Jenny Martinez, and Floyd Hartley, representing Defendant Halliburton Energy Services, Inc.; Kerry Miller and David Bray,  representing Defendant Transocean, Ltd.; David J. Beck and Carmelite M. Bertaut, representing Defendant Cameron International Corporation; and Mike Underhill, Lieutenant Commander Jeff Bray, and Charles Wallace for the U. S. Department of Justice, Unified Command and Marine Board Investigation Hearing.

During the conference, counsel discussed digital imagery of the BOP retrieval operations that was made available to the FBI and BP. Counsel for Transocean requested that the digital imagery be provided to Transocean for distribution to interim liaison counsel. The Court **ORDERED** that the parties meet and confer regarding a proposed order to address the availability and distribution of the digital imagery.

* * * * * * * * * * * * * * *

JS-10:50 mins.