MINUTE ENTRY
BARBIER, J.
AUGUST 26, 2010
JS-10: 1 HR. 45 MIN.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER MDL-2179<br><br>SECTION: J(1) |

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| EILEEN STENSRUD | CATHY PEPPER |

THURSDAY, AUGUST 26, 2010 10:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

A) THE PARTIES STATED THAT THEY RESOLVED THE MATTER CONCERNING DIGITAL IMAGERY OF THE BOP REMOVAL THAT WAS THE SUBJECT OF THE TELEPHONE CONFERENCE ON AUGUST 25, 2010:

NO FURTHER ACTION OF THE COURT IS REQUIRED.

B) THE PARTIES ADDRESSED THE PROTOCOL FOR IMMEDIATE REMOVAL AND REPLACEMENT OF THE BOP FOR THE DEEPWATER HORIZON WELL:

Argued; ORDERED THE PARTIES MUST MEET AND

CONFER REGARDING A PROPOSED ORDER.

ATTORNEYS:   James Roy and Stephen Herman, representing the Plaintiffs;
Robert Guidry, representing Anadarko and MOEX Offshore 2007;
Don Haycraft and Keith Jarrett, representing BP;
Kerry Miller, representing Transocean, Ltd.,
David J. Beck and Carmelite M. Bertaut, representing Cameron

1

International Corporation;
Mike Underhill and Sharon Smith of the DOJ, appearing specially for the U.S. Coast Guard and Unified Command;
Heather Kennedy, Capt. Steve McCleary, and LCDR Jeff Bray, representing the U.S. Coast Guard;
Stephen Kupperman, representing Hyundai Heavy Industries Co., Ltd., Inc.;
Michael Palmintier, representing Gregoire et al.;
Duke Williams, representing Derouen et al.;
Neil Nazareth and Scott Bickford, representing Roshto and Williams;
Robert Becnel, representing numerous Plaintiffs;
James Garner, representing numerous Plaintiffs; and
Paul Sterbcow, representing Plaintiff Williams et al.

The following attorneys attended via telephone conference:
Alan York and Floyd Hartley, representing Halliburton;
Gary Russo, representing Weatherford;
David Toscano, representing Hyundai Heavy Industries Co., Ltd., Inc.;
Geoff Bracken, representing M-I LLC; and
Andy Langan, representing BP.