```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                          :     MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG           :
       "DEEPWATER HORIZON" in the         :
       GULF OF MEXICO, on                 :
       APRIL 20, 2010                     :     SECTION: J
                                          :
                                          :
                                          :     JUDGE BARBIER
                                          :     MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

## PRE-TRIAL ORDER NO. 6

Considering the **Report of Interim Co-Liaison Counsel filed August 25, 2010 (Rec. Doc. 80)**, and in consideration of the performance of such counsel to date:

**IT IS ORDERED** that James Parkerson Roy and Stephen J. Herman be and are hereby appointed Plaintiffs' Co-Liaison Counsel.

**IT IS FURTHER ORDERED** that Plaintiffs' Co-Liaison Counsel shall serve as *ex officio* members of the Plaintiff Steering Committee, with all authority vested therein.  Plaintiffs' Co-Liaison Counsel shall also be members of any Executive Committee which may hereinafter be appointed by the Court.

**FURTHER**, Plaintiffs' Co-Liaison Counsel shall continue to formulate the Plaintiffs' Response to PTO No. 1 and continue to work with Defense Interim Liaison Counsel to make (as much as possible) joint recommendations to the Court, in furtherance of the objectives of PTO No. 1.

SIGNED this 27th day of August, New Orleans, Louisiana.

Carl J. Barbier
U.S. District Court Judge