UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL<br>    Plaintiff | CIVIL ACTION NO. 2:10-cv-01984 |
| VERSUS | JUDGE CARL BARBIER |
| ABDON CALLAIS OFFSHORE, L.L.C.<br>    Defendant | MAG. JUDGE SALLY SHUSHAN |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant, Abdon Callais Offshore, L.L.C. and submits the following disclosure of corporate parents, subsidiaries, and affiliates pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

> Abdon Callais Offshore, L.L.C. certifies that it is a privately held limited liability company and that no publicly held corporation owns 10% or more of its stock.

Submitted this 27th day of August, 2010.

Respectfully submitted,

/s/ *Walter W. Christy*
Walter W. Christy, La Bar No. 04134
Jacob C. Credeur, La Bar No. 31116
Coats | Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

Attorneys for Defendant
Abdon Callais Offshore, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System.

This 27th day of August, 2010.

/s/ Walter W. Christy

1458995.1/010726.000002