UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL | CIVIL ACTION NO. 2:10-cv-01984 |
| Plaintiff | |
| VERSUS | JUDGE CARL BARBIER |
| ABDON CALLAIS OFFSHORE, L.L.C. | MAG. JUDGE SALLY SHUSHAN |
| Defendant | |

### DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION PENDING ARBITRATION

NOW INTO COURT, through undersigned counsel, comes Defendant Abdon Callais Offshore, L.L.C., and moves this Honorable Court to compel arbitration of Plaintiff's claims under the Jones Act and the general maritime law and under the Family and Medical Leave Act pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.* and to stay this litigation pending arbitration pursuant to 9 U.S.C. §3, for the reasons fully set forth in the attached memorandum.

WHEREFORE, Defendant prays that this Court issue an Order to compel arbitration of Plaintiff's claims under the Jones Act and the general maritime law and under the Family and Medical Leave Act pursuant to the Federal Arbitration Act, 9 U.S.C. §1 *et seq.* and to stay this litigation pending arbitration pursuant to 9 U.S.C. §3.

Respectfully submitted,

/s/ Walter W. Christy
Walter W. Christy, La Bar No. 04134
Jacob C. Credeur, La Bar No. 31116
Coats | Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

Attorneys for Defendant
Abdon Callais Offshore, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System.

This 27th day of August, 2010.

/s/ Walter W. Christy