UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL<br>        Plaintiff | CIVIL ACTION NO. 2:10-cv-01984 |
| VERSUS | JUDGE CARL BARBIER |
| ABDON CALLAIS OFFSHORE, L.L.C.<br>        Defendant | MAG. JUDGE SALLY SHUSHAN |

## DECLARATION OF RON HOLMAN

**PARISH OF LAFOURCHE**

**STATE OF LOUISIANA**

Pursuant to 28 U.S.C. §1746, I, Ron Holman, make the following statements under penalty of perjury:

1. I am employed by Abdon Callais Offshore, L.L.C. ("Abdon Callais") as human resources director and I have personal knowledge of the matters set forth in this Declaration.

2. Abdon Callais operates a fleet of work vessels servicing the oil and gas industry in the Gulf of Mexico. The company's vessels transport persons, materials and supplies to and from locations along the Gulf Coast covering a number of states.

3. Clay Whittinghill applied for employment with Abdon Callais for the position of Captain on May 11, 2007. Attached as Exhibit 1 is a true and correct copy of the application for employment submitted by Mr. Whittinghill.

4. Mr. Whittinghill was hired as a Captain on June 5, 2007, and he worked in that capacity until June 8, 2010.

1

1458235.1/010726.000002



5. Mr. Whittinghill did not have an employment contract with Abdon Callais, rather, he was an employee at-will. This is established in the application for employment, Exhibit 1, on page 3 and in the acknowledgement form signed by Mr. Whittinghill, entitled "Minimum Requirements for All Vessel Applicants" signed on May 11, 2007, a true and correct copy of which is attached as Exhibit 2.

6. As a condition of his employment, Mr. Whittinghill also signed and agreed to an Arbitration Agreement, a true and correct copy of which is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25 day of August, 2010.

Ron Holman

Revision: 2                                                                 03/01/05



## GENERAL INFORMATION (Please Print)

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Whittinghill | Clay | B | 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 |

| Daytime Phone #: | Mobile/Other Phone #: | | |
|---|---|---|---|
| 850 376 5467 | same | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 79 E Nursery Rd | Santa Rosa Bch | FL | 32450 |

Are you at least 18 years of age? ☑ Yes ☐ No
*Note: Any employee under age 18 is subject to restrictions due to age*

Are you legally authorized to work in the United States? ☑ Yes ☐ No
*NOTE: Proof of citizenship or immigration status will be required upon employment.*

Have you ever served in the United States Military? ☐ Yes ☑ No

List any other names you have worked under:

Driver's license number and state: W352-102-66-242-0  FL

Have you ever previously worked for Abdon Callais Offshore? ☐ Yes ☑ No
If yes, provide date and location:

Do you have any relatives or household members who are currently employed by Abdon Callais Offshore? ☐ Yes ☑ No
If yes, provide name, relationship, and location:

How did you learn about the position?

☐ Ad   ☐ Inquiry   ☐ Agency
☐ Employee Referral _____ *Please provide employee name*
☐ Other While working in Cameron La  *Please provide source*

Have you ever been convicted of a crime? ☐ Yes ☑ No
If yes, when, where, and what was the disposition of the case?

NOTE: A conviction does not automatically disqualify an applicant from employment. The date, nature and seriousness of the offense will be considered.

## WORK PREFERENCES

Position(s) Applied For: 100 ton Captain (First Choice)    Second Choice: _____

Salary desired: 85k      Date available for work: June 3, 07

Seeking: ☐ Permanent   ☑ Full Time   ☐ Temporary   ☐ Part Time

### AVAILABILITY

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| From | | | | | | | |
| Until | | | | | | | |

Revision: 2                                                                                 03/01/05

## EDUCATION AND TRAINING

| School: | Name and Location of School: | # of years completed | Degree / Certificate | Type of Course / Major |
|---|---|---|---|---|
| High School/GED | Trafton Academy | 4 | | |
| College/University | LSU<br>SLU | 89-92 | | Lacking 21 hrs for BA in Criminal Justice |
| Technical, Business, Correspondence, etc. | Sea School | | | OUPV STCW as 100 ton AB |

Describe Training (Educational and Other) Equivalent to Experience. List Certifications Held

Exxon Ref. - Dupont STOP industrial safety course in 1986
Avondale Ind. Fire fighting training in 1988

## EMPLOYMENT AND WORK HISTORY

List four (4) of your previous employers, assignments, and/or volunteer activities, beginning with the most recent. Account for all periods of time, including any periods of unemployment and the reasons thereof. Explain any gaps in employment.

| Dates | Name and Address of Employer | Position Held Supervisor Name | Wages | Reason for leaving |
|---|---|---|---|---|
| From: 7/06 Mo. Yr.<br>To: 5/07 Mo. Yr. | Name Seacor<br>Address<br>Phone # 985-876-5400  Zip | Your Job Title: Captain<br>Supervisor:<br>May we contact your present employer?<br>☐ Yes   ☐ No | Starting: 275/day<br>Final: 320/day | total lack of comm. w/ office. inability to plan career path still employ. |
| From: / Mo. Yr.<br>To: / Mo. Yr. | Name Global Geophysical<br>Address Houston TX<br>Phone # ?  Zip ? | Your Job Title: Captain<br>Supervisor: Larry Doudnea | Starting: $4K/yr<br>Final: $4/k | total disregard for safety poor and unhealthy vessel |
| From: /2004 Mo. Yr.<br>To: /2006 Mo. Yr. | Name TW Owens Charters<br>Address Destin FL.<br>Phone # 850 200 3029  Zip 32540 | Your Job Title: Captain/Mate<br>Supervisor: | Starting:<br>Final: | Diminishing Industry Growth potential |
| From: /0002 Mo. Yr.<br>To: /2004 Mo. Yr. | Name Software Earnings<br>Address Memphis TN<br>Phone #   Zip | Your Job Title: Capt/Mate<br>Supervisor: | Starting:<br>Final: | Maximized growth To secure future, path to new Career |

Have you ever been asked to leave a job? ☑ Yes   ☐ No
If yes, list details: Owner of boat and company of Software Earning realized I would be leaving soon. We felt he needed to start looking for replacement

How many jobs have you had in the last 5 years? 4
Of the 4 jobs, 3 were in same ind. Am currently employed w/ Seacor.

Revision: 2                                                                                                           03/01/05

### REFERENCES
List two (2) business/work references who are well acquainted with your skills (excluding relatives)

| | |
|---|---|
| Name: Bill McDonald | Name: Belly Windes |
| Address (street, city, state, zip): Destin FL 32540 | Address (street, city, state, zip): Destin FL 32540 |
| Phone #: 850 582-2476 | Phone #: |
| Job Title: Captain/Owner | Job Title: Captain/Owner |
| How acquainted and how long? 13 years | How acquainted and how long? 10 yrs |

### EMERGENCY CONTACTS
List two (2) contacts to notify in case of an emergency

| Name | Address | Phone # |
|---|---|---|
| Anne Whittinghill | 5775 S. Pollard BR. La 70808 | 225 766 0793 |
| Don Whittinghill | Same | — |

### AGREEMENT (Read carefully before signing.)

I certify that all of the information I have supplied on this application is true and complete to the best of my knowledge, and that I have not knowingly withheld any information which, if known to Abdon Callais Offshore, would affect my application unfavorably. I understand that any false, misleading, and/or incomplete statements on this application, and/or in any interview, constitute sufficient cause for Abdon Callais Offshore not to employ me, or if I am employed, to terminate my employment.

I understand and agree that this application is not an offer of employment. I also understand and agree that if I am hired in any capacity, my employment is at-will, and my employment, and compensation, can be terminated with, or without cause, or notice at any time, at the option of Abdon Callais Offshore, or myself. I also understand that no Abdon Callais Offshore representative has any authority to enter into any agreement for employment for a specific period of time, to assure any benefits, or terms and conditions of employment, or to make any agreement contrary to the foregoing. I also understand that any offer of employment is conditioned on the completion of pre-employment tests and documentation. I will, upon request, sign all necessary consent forms.

I authorize investigation of all the information I have supplied on this application, and all other information, which Abdon Callais Offshore deems to be relevant to my qualification for employment. I also authorize Abdon Callais Offshore, and its agents and representatives, to contact any, or all of my past employers, education/academic institutes, and references, and authorize them to provide all information requested of them. I understand that if an investigative report is requested from a consumer-reporting agency, I have the right to make a written request within a reasonable period of time for a complete and accurate disclosure of the nature and scope of the investigation requested. I release, and hold harmless, Abdon Callais Offshore, and all other entities and persons from any liability for any damage that may result from the information being furnished to Abdon Callais Offshore.

I understand that Abdon Callais Offshore is a drug free workplace and I agree to take any lawful examination or test, including any drug test, required by Abdon Callais Offshore as a condition of my being hired, or if I am hired, as a condition of continued employment. I further agree that my refusal to take any such lawful examination or test will constitute sufficient cause for Abdon Callais Offshore not to employ me, or if I am employed, to terminate my employment. I release Abdon Callais Offshore, and all others from any and all liability for any damage that may result from any lawful examination or test.

If I am employed, I agree that, in consideration for my employment, I will conform to the policies and rules of Abdon Callais Offshore, and I understand that those policies and rules may be amended or repealed at any time, at Abdon Callais Offshore's sole option and without any prior notice to employees.

DATE: 5/11/07                    SIGNATURE: [signed]

Abdon Callais Offshore is an Equal Opportunity Employer and offers equal employment opportunity to all persons without regard to race color, age, religion, sexual orientation, ancestry, national origin, disability, marital status or veteran status. Federal, state and local laws prohibit these and other forms of discrimination and it is our policy to comply with these laws and the information requested on this application will not be used for any purpose prohibited by law. Your application will be considered active for 30 days. For consideration after that, you must reapply.

REV: 1 06/10/05



Date: 5 / 11 / 07

To Whom It May Concern:

**ATTENTION:** _____
**COMPANY:** _____
**FAX NUMBER:** _____

I allow Abdon Callais Offshore, LLC to obtain information concerning my work history with your Company.

Sign: _Cla W Nuttchill_
Date: _05/11/07_
Witness: _____

## DO NOT WRITE BELOW THIS LINE

Employee Name: _____
Social Security Number: _____
Position: _____
Date Employed: _____
From: _____
To: _____
Dependable: _____
Accidents: _____
Would Rehire: _____
Would not Rehire: _____
Comments on his/her work performance or work attitude:
_____
_____
_____

Thank you for your time in this matter,

Sincerely,

_____

**Please fax back to 985-475-7913 at your earliest convenience**

Revision: 2                                                                 Date: 8/8/06



## Minimum Requirements for all Vessel Applicants

Thanks for your interest in Abdon Callais Offshore. The following is a brief summary of requirements and characteristics you must meet before obtaining an application from our company.

### YOU MUST:
1. Be over the age of 18
2. Be authorized to work legally in the United States
3. Have a stable work history (you will be required to account for all periods of time, including any periods of unemployment and the reasons for unemployment)
4. Have reliable means of transportation
5. Have a valid picture ID
6. Have a high school diploma or GED equivalent (preferred)
7. Have proof of citizenship or immigration status upon employment.
8. Have the ability to successfully complete a post-offer physical and post-offer functional capacity test (such examinations and/or testing are for the purposes of establishing that the conditional-offer employee is capable of performing the essential job functions of the position).
9. Have the ability to successfully pass a drug screen
10. Have the ability to successfully pass a background investigation (a conviction does not automatically disqualify an applicant from employment. The date, nature and seriousness of the offense will be considered)
11. Have the following safety equipment
    a. OSHA approved hard hat (available for purchase from ACO for $7)
    b. U.S.C.G. approved type 5 work vest (available for purchase from ACO for $35)
    c. Steel toed footwear with non-slip soles

### ALL APPLICANTS MUST POSSESS THE FOLLOWING PERSONAL CHARACTERISTICS:
1. Trustworthy
2. Reliable and willing to learn
3. Able to work away from home for extended periods of time
4. Take orders and follow directions
5. Be safety minded
6. Willingness to work effectively and efficiently with fellow crew/team members.

(OVER)



## OTHER INFORMATION

1. I understand Abdon Callais Offshore is required by State and Federal Laws to report the name, address, and social security number for all employees to the Department of Health and Human Services – Office of Child Support Enforcement.
2. I understand that if hired in any capacity by Abdon Callais Offshore, my employment is at-will. This policy means that Abdon Callais Offshore can terminate my employment at any time, with or without cause, with or without reason, within the limits of applicable law. Likewise I am free to leave my employment.
3. I understand bus riding will **not** be allowed.
4. I understand an applicant or employee may be requested to submit to drug testing. I understand the applicant or employee has the right to decline to submit to drug testing, but Abdon Callais Offshore reserves the right to refuse to employ or terminate any person who has not submitted to drug testing. I understand that if an applicant who agrees to submit to drug testing subsequently tests positive, the applicant will not be eligible for employment with Abdon Callais Offshore.
5. I understand that any medication prescribed or non-prescribed, must be kept in its original container at ALL TIMES and reported to the Captain of the boat or the supervisor at any work site.

Thanks again for your interest in our company.

Signature: _Clay Whittinghill_

Print Name: _Clay Whittinghill_

Date: _5/11/07_

ACO WITNESS: _____

Revision: 1                                                                                           Date: 05/16/06

## Grievance Procedures (Discrimination and Harassment Policy)

It is the policy of Abdon Callais Offshore, LLC., to fully comply with Title VII of the Civil Rights Act; Age Discrimination in all Employment Act; Equal Pay Act; Pregnancy Discrimination Act; and Americans with Disabilities Act as well as all other applicable State and Federal employment and/or non-discrimination laws

Any person who feels that he or she has been the subject of discrimination shall report such action in writing to the Senior Vice President immediately. Any person who believes that another person has been the victim of discrimination or harassment shall likewise report the action as soon as possible to the Senior Vice President. All reports, no matter when made, will be taken seriously and investigated by the company.

Employees and applicants are encouraged to avail themselves of the company's internal grievance procedures if they are confronted with any form of discrimination or harassment. Such complaints will be investigated promptly and corrective action will be taken where allegations are verified.

Abdon Callais Offshore LLC., insures that no applicant or employee will suffer retaliation or intimidation as a result of using the internal grievance process. Any retaliation shall be reported just as any discrimination or harassment should be reported.

Applicants or employees are likewise encouraged to avail themselves of the company's internal grievance procedures.

Signature: _Clay Whittinghill_                         Date: _5/11/07_

Print Name: _Clay Whittinghill_

ACO WITNESS: _____

Revision: 0                                                                 Date: 3/1/05



## NOTICE TO POTENTIAL EMPLOYEES AND EMPLOYEES REGARDING CONSUMER REPORTS

A consumer report and/or an investigative consumer report including information concerning your character, employment history, general reputation, personal characteristics, police record, education, qualifications, motor vehicles record, mode of living, and/or credit and ineptness may be obtained in connection with your application for and continued employment with this company. A consumer report containing injury and illness records and medical information may be obtained after a tentative offer of employment has been made. Upon a timely written request of the Human Resource Department of Abdon Calais Offshore and within 5 days of the request, the name, address and phone number of the reporting agency and the nature and scope of the consumer report will be disclosed to you.

Before any adverse action is taken, based in whole or in part of the information contained in the consumer report, you will be provided a copy of the report, the name, address and telephone number of the reporting agency and summary on your rights under the law.

### CONSENT TO OBTAIN CONSUMER REPORTS
### READ CAREFULLY BEFORE SIGNING

1) I CERTIFY THAT I HAVE BEEN PROVIDED WITH A COPY OF THE "NOTICE TO POTENTIAL EMPLOYEES AND EMPLOYEES REGARDING CONSUMER REPORTS" CONCERNING CONSUMER REPORTS WHICH MAY BE OBTAINED ABOUT ME IN CONNECTION WITH MY APPRECIATION FOR EMPLOYMENT. I HAVE ALSO BEEN PROVIDED WITH A COPY OF THE NOTICE ENTITLED "A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT."

2) I HAVE READ THE ABOVE "NOTICE TO POTENTIAL EMPLOYEES AND EMPLOYEES REGARDING CONSUMER REPORTS" AND HEREBY AUTHORIZE ABDON CALLAIS OFFSHORE, LLC. TO OBTAIN CONSUMER REPORTS AND/OR INVESTIGATE CONSUMER REPORTS AS DESCRIBED.

3) I UNDERSTAND THAT I HAVE TO MAKE A WRITTEN REQUEST WITHIN A REASONABLE AMOUNT OF TIME TO RECEIVE ADDITIONAL, DETAILED INFORMATION ABOUT THE NATURE AND SCOPE OF ANY INVESTIGATIVE REPORT OR OTHER CONSUMER REPORTS THAT ARE MADE, INCLUDING THE NAME, ADDRESS, AND PHONE NUMBER OF THE CONSUMER REPORTING AGENCY.

4) I HEREBY AUTHORIZE ANY PRESENT OR FORMER EMPLOYERS, CONSUMERS REPORTING AGENCIES, EDUCATIONAL INSTITUTIONS, CRIMINAL JUSTICE AGENCIES, DEPARTMENTS OF MOTOR VEHICLES, PUBLIC AGENCY HAVING KNOWLEGDE OF ME, TO SUBMIT INFORMATION OR OPINIONS ABOUT MYSELF, INCLUDING DATA RECEIVED FROM OTHER SOURCES, IN ORDER THAT MY EMPLOYMENT QUALIFICATIONS MAY BE EVALUATED. I HOLD SAID PERSONS AND /OR ORGANIZATIONS BLAMELESS AND WITHOUT LIABILITY

Case 2:10-md-02179-CJB-DPC   Document 114-2   Filed 08/27/10   Page 11 of 13

FOR STATEMENTS OR OPINIONS MADE REGARDING MY CHARACTER, EXPERIENCE OR QUALIFICATIONS.

BY MY SIGNATURE BELOW, I ACKNOWLEGDE THAT I HAVE READ AND UNDERSTOOD ALL OF THE ABOVE STATEMENTS.

PRINT NAME: Clay Whittinghill     DATE: 5/11/07

SIGNATURE: *[signed]*

Revision:0                                                                Date: 3/1/05



## ARBITRATION AGREEMENT

Notice:
Reviewing and signing this Arbitration Agreement is an essential part of the application process. You <u>must sign this agreement to be considered for employment</u>.

    Abdon Callais Offshore, LLC. recognizes that disputes which arise in the workplace are usually best settled by the personnel closest to the dispute. Abdon Callais Offshore, LLC. further recognizes that arbitration is a cost-effective method for resolving disputes and that arbitration is often better suited than litigation to resolving such disputes with minimum delay while protecting the future working relationship of all involved parties. It is therefore the policy of this company to submit all disputes regarding employment status which cannot be resolved internally to binding arbitration.

    Any controversy or claim arising out of, in connection with, incidental to or directly resulting from employment with Abdon Callais Offshore, LLC. shall be settled by arbitration, which shall be the sole and exclusive procedure for resolution of any such dispute. Such claims include, but are not limited to, controversies or disputes resulting from: job application procedures; decisions regarding hiring, advancement, discharge, compensation, job assignments or job training; incidents of harassment; or any other terms, conditions and privileges of employment governed by the Americans with Disabilities Act of 1990 (ADA), the Civil Rights Act of 1963 (Title VII) and as amended by the Civil Rights Act of 1991, 42 U.S.C. § 1981 (Section 1981), the Age Discrimination in Employment Act (ADEA), the Family and Medical Leave Act (FMLA), and any other state or federal employment or anti-discrimination statutes.

    Claims for unemployment compensation benefits or workers' compensation benefits are specifically excluded from this agreement.

    The parties to this agreement jointly agree that the arbitrators' award will be final and binding upon all parties. The parties jointly agree that arbitration hearings shall proceed before the American Arbitration Association and in accordance with the procedural and due process rules of the American Arbitration Association. The substantive laws of the state of Louisiana, including the conflict of interest provisions, shall govern as to the merits of the dispute. The arbitrator[s] shall be empowered to enter a judgment of damages in accordance with any federal or state statute.

(OVER)



Judgment upon the award rendered by the arbitrators may be entered by any court having jurisdiction thereof.

This agreement to arbitrate includes any claims or controversies occurring prior to, on, or subsequent to the date hereof.

**This Agreement Constitutes A Waiver of Any Right of Either Party to Submit Employment Claims to Trial By Jury**

By signing below I hereby acknowledge that I have read, or have had read to me, all of the above stated terms and conditions of this Arbitration Agreement. I hereby declare that I make this acknowledgment knowingly, voluntarily, and of my own free will, without duress or any other promises.

In consideration of the mutual promises contained above, and in exchange for the valuable consideration of acceptance of my application for possible employment with Abdon Callais Offshore, LLC., and/or continued employment with this company, I hereby agree to be bound by this Arbitration Agreement.

Print Name: Clay Whittinghill

Signature: [signature]

Date: 5/11/07

ACO WITNESS: [signature]