UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL<br>    Plaintiff | CIVIL ACTION NO. 2:10-cv-01984 |
| VERSUS | JUDGE CARL BARBIER |
| ABDON CALLAIS OFFSHORE, L.L.C.<br>    Defendant | MAG. JUDGE SALLY SHUSHAN |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Abdon Callais Offshore, L.L.C., will bring its Motion to Compel Arbitration and Stay Litigation Pending Arbitration on for hearing before the Honorable Carl Barbier on September 15, 2010 at 9:30 a.m.

Respectfully submitted,

/s/ Walter W. Christy
Walter W. Christy (La. Bar # 04134)
Jacob C. Credeur (La Bar # 31116)
COATS | ROSE
One Canal Place
365 Canal Street, Suite 800
New Orleans, LA  70130
(504) 299-3073
(504) 299-3071 (Fax)

Attorneys for Defendant,
Abdon Callais Offshore, L.L.C.

1458158.1/010726.000002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System.

This 27th day of August, 2010.

/s/ Walter W. Christy