UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLAY WHITTINGHILL<br>        Plaintiff | CIVIL ACTION NO. 2:10-cv-01984 |
| VERSUS | JUDGE CARL BARBIER |
| ABDON CALLAIS OFFSHORE, L.L.C.<br>        Defendant | MAG. JUDGE SALLY SHUSHAN |

### ORDER

Considering the Motion to Compel Arbitration and Stay Litigation Pending Arbitration under 9 U.S.C. § 1 *et seq.* filed by Defendant Abdon Callais Offshore, L.L.C.,

IT IS HEREBY ORDERED that Defendant's motion is granted, and Plaintiff's claims are to be submitted to arbitration and the proceedings herein stayed until final resolution through such arbitration.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE

1458158.1/010726.000002