## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL BY THE OIL RIG** | * | MDL NO. 2179 |
| | **"DEEPWATER HORIZON" IN** | * | |
| | **THE GULF OF MEXICO ON** | * | SECTION "J" |
| | **APRIL 20, 2010** | * | |
| | | * | JUDGE CARL J. BARBIER |
| **THIS DOCUMENT RELATES TO ALL CASES** | | * | |
| | | * | MAGISTRATE  JUDGE |
| * * * * * * * * * * * * * * * * * * * * * * * * * ** | | | SHUSHAN |

## CAMERON INTERNATIONAL CORPORATION'S
## MOTION FOR PROTECTION

**NOW INTO COURT**, through undersigned counsel, comes defendant Cameron International Corporation ("Cameron"), who respectfully moves the Court for a Protective Order to preserve evidence of the interior of the *Deepwater Horizon's* blow out preventer prior to its retrieval from the ocean floor pursuant to Federal Rules of Civil Procedure 34 (a)(2) and 37; Pretrial Order § 14 (Rec. d. 2) and Order of August 26, 2010, p. 3 (Rec. d. 99).  The facts and authorities supporting this motion are set forth in the Brief in Support of Motion for Protection filed herewith.

- 1 -

Respectfully submitted,

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720


Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

1028726v.1

and

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
  *pwittmann@stonepigman.com*
Carmelite S. Bertaut, 3054
  *cbertaut@stonepigman.com*
Keith B. Hall, 24444
  *khall@stonepigman.com*
Jared Davidson, 32419
  *jdavidson@stonepigman.com*
STONE PIGMAN WALTHER WITTMANN
L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorneys for Cameron International
Corporation*


## CERTIFICATE

I hereby certify that on August 29, 2010 a copy of the foregoing Motion for Recusal Under 28 U.S.C. 455(B) and Motion for Judicial Disclosure was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the Panel Attorney Service List pursuant to this Court's Pretrial Order No. 1, Rec. d. 2.

*/s/ Phillip A. Wittmann*

1028726v.1