Page 1

USCG/BOEM BOARD OF INVESTIGATION

INTO THE MARINE CASUALTY, EXPLOSION, FIRE,
POLLUTION AND SINKING
OF MOBILE OFFSHORE DRILLING UNIT

DEEPWATER HORIZON, WITH LOSS OF LIFE

IN THE GULF OF MEXICO, 21-22 APRIL 2010

MONDAY, AUGUST 23, 2010

P.M. SESSION

*     *     *     *     *     *

        The Transcript of the Joint United
States Coast Guard/Bureau of Ocean Energy
Management Investigation of the above
entitled cause before Cathy Renee' Powell, a
certified court reporter authorized to
administer oaths of witnesses pursuant to
Section 961.1 of Title 13 of the Louisiana
Revised Statutes of 1950, as amended,
reported at the Hilton Houston Hobby
Airport, 8181 Airport Boulevard, Houston,
Texas 77061, on Monday, August 23, 2010,
beginning at 12:19 p.m.

Page 285

```
 7                DAUN WINSLOW,

 8    having been first duly sworn as a witness,

 9    was examined and testified as follows:

10    EXAMINATION BY CAPT. NGUYEN:

11        Q.   Mr. Winslow, thank you for being

12    here.

13             Sir, what position do you hold?

14        A.   Operations manager-performance for

15    the North American division.

16        Q.   How long have you held that

17    position?

18        A.   Since about June 2006.

19        Q.   Did you hold any other position

20    with Transocean before this position?

21        A.   Yes.  I hired on with Transocean

22    in April of 1980.  I've had various

23    positions:  Assistant driller, toolpusher.

24    I have worked as rig manager and QHAC

25    manager for the division as well.
```

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)                    The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

USCG/BOEM BOARD OF INVESTIGATION

INTO THE MARINE CASUALTY, EXPLOSION, FIRE,
POLLUTION AND SINKING
OF MOBILE OFFSHORE DRILLING UNIT

DEEPWATER HORIZON, WITH LOSS OF LIFE

IN THE GULF OF MEXICO, 21-22 APRIL 2010


TUESDAY, August 24th, 2010

A.M. SESSION


*    *    *    *    *    *


The Transcript of the Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation of the above entitled cause before Pat Quintini, a certified court reporter authorized to administer oaths of witnesses pursuant to Section 961.1 of Title 13 of the Louisiana Revised Statute of 1950, as amended, reported at the Hilton Hobby Airport Hotel, 8181 Airport Boulevard, Houston, Texas 77061, on Tuesday, August 24th, 2010, beginning at 8:00 a.m.

Page 150

19      Q.   Since the event, have you had any

20   discussions about what might have caused the

21   BOP not to close?

22      A.   You know, I guess we have a lot of

23   coffee shop conversations and whatnot.  The

24   possibility of having two joints of pipe

25   across the shear rams would prevent them

Page 151

1    from closing.

2          Q.   Tool joints, you said?

3          A.   That's correct.  Or even two

4    joints of drill pipe, tool joint and partial

5    drill pipe would most likely exceed the

6    capabilities of the BOP.

7          Q.   Let me make sure I got that

8    straight.  One would be the tool joint,

9    which is the much thicker part of the pipe,

10   correct?

11         A.   Correct.

12         Q.   And then the other would be

13   essentially two pieces of pipe through which

14   the shear rams are not designed to cut,

15   right?

16         A.   Right.

17         Q.   Anything else?

18         A.   A lot of it's pure speculation.

19   Casing floating up, chunks of cement.  I

20   call it coffee shop talk.

21         MS. KIRBY:

22              I have nothing further.