Case 2:10-md-02179-CJB-DPC  Document 116-3  Filed 08/29/10  Page 1 of 5

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)　　　　The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 1

USCG/BOEM BOARD OF INVESTIGATION

INTO THE MARINE CASUALTY, EXPLOSION, FIRE,
POLLUTION AND SINKING
OF MOBILE OFFSHORE DRILLING UNIT

DEEPWATER HORIZON, WITH LOSS OF LIFE

IN THE GULF OF MEXICO, 21-22 APRIL 2010


WEDNESDAY, AUGUST 25TH, 2010

P.M. SESSION


\*   \*   \*   \*   \*   \*


The Transcript of the Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation of the above entitled cause before Pat Quintini, a certified court reporter authorized to administer oaths of witnesses pursuant to Section 961.1 of Title 13 of the Louisiana Revised Statute of 1950, as amended, reported at the Hilton Hobby Airport Hotel, 8181 Airport Boulevard, Houston, Texas 77061, on Wednesday, August 25th, 2010, beginning at 12:40 p.m.

Case 2:10-md-02179-CJB-DPC   Document 116-3   Filed 08/29/10   Page 2 of 5

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)                The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 6

```
21    EXAMINATION BY MR. MATHEWS:
22         Q.   For the record, could you state
23    your full name and spell your last, sir?
24         A.   Mark David Hay, H-A-Y.
25         Q.   And who are you employed by?
```

Case 2:10-md-02179-CJB-DPC Document 116-3 Filed 08/29/10 Page 3 of 5

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)  The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

```
                                                    Page 7
 1       A.    Transocean.
 2       Q.    Are you still currently employed
 3   by Transocean?
 4       A.    Yes, sir.
 5       Q.    What position do you hold with
 6   them?
 7       A.    Senior subsea engineer.
 8       Q.    And how long have you held that
 9   position, sir?
10       A.    Approximately seven years.
```

Case 2:10-md-02179-CJB-DPC   Document 116-3   Filed 08/29/10   Page 4 of 5

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)                    The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

```
                                                    Page 154




10     EXAMINATION BY CAPT. HIGGINS:
11          Q.   Just one question.  I'm a bit
12     confused.  In your testimony you said that
13     you couldn't tell whether the deadman had
14     functioned properly or the EDS had
15     functioned.  If they had functioned
16     properly, wouldn't that have shut off the
17     well?
18          A.   Yes.  If they would have closed
19     where there wouldn't be any debris inside
20     the BOP, where they could have fully closed,
21     that should have shut off the well.
22          Q.   Wouldn't it be fair to say that we
23     do they did not function properly because
24     the well kept flowing?
25          A.   If they fired and there's debris
```

Case 2:10-md-02179-CJB-DPC   Document 116-3   Filed 08/29/10   Page 5 of 5

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)                    The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

```
                                                          Page 155
 1   in there where they could not close all the
 2   way, that's what I was thinking.
 3        CAPT. HIGGINS:
 4             Thank you.
```