Case 2:10-md-02179-CJB-DPC   Document 116-4   Filed 08/29/10   Page 1 of 3

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)                    The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 1

USCG/BOEM BOARD OF INVESTIGATION

INTO THE MARINE CASUALTY, EXPLOSION, FIRE,
POLLUTION AND SINKING
OF MOBILE OFFSHORE DRILLING UNIT

DEEPWATER HORIZON, WITH LOSS OF LIFE

IN THE GULF OF MEXICO, 21-22 APRIL 2010

WEDNESDAY, AUGUST 25, 2010

A.M. SESSION

\*   \*   \*   \*   \*   \*

The Transcript of the Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation of the above entitled cause before Cathy Renee' Powell, a certified court reporter authorized to administer oaths of witnesses pursuant to Section 961.1 of Title 13 of the Louisiana Revised Statutes of 1950, as amended, reported at the Hilton Houston Hobby Airport, 8181 Airport Boulevard, Houston, Texas 77061, on Wednesday, August 25, 2010, beginning at 12:19 p.m.

Case 2:10-md-02179-CJB-DPC   Document 116-4   Filed 08/29/10   Page 2 of 3

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)　　　　　　　　　　　　The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 40

```
 5    EXAMINATION BY MR. MATHEWS:
 6         Q.    Mr. Thierens, for the record,
 7    could you please state your name and spell
 8    the last?
 9         A.    My name is Harry Thierens, and my
10    last name is spelled T-H-I-E-R-E-N-S.
11         Q.    Thank you.
12               By whom are you employed?
13         A.    BP.
14         Q.    And what position do you currently
15    hold with BP?
16         A.    I currently hold the position of
17    vice president of drilling and completions
18    operations, based in London.
19         Q.    And how many years have you had
20    with BP, sir?
21         A.    Approximately 21.
22         Q.    And how long have you had the
23    current position that you are in?
24         A.    Since December 2009.
25
```

Case 2:10-md-02179-CJB-DPC   Document 116-4   Filed 08/29/10   Page 3 of 3

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)     The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 141

```
 6      Q.   Now, on Monday, the "Oil and Gas
 7   Journal" reported that now there are
 8   potentially three pieces of pipe extruding
 9   from the BOP.  Are you aware of that?  Have
10   any knowledge of that?
11      A.   I have no knowledge of that.
12      Q.   Isn't it true that this Cameron
13   BOP is not designed to cut two pieces of
14   pipe through the ram system?
15      A.   I don't know what the absolute
16   capability of the rams is in that regard,
17   but the BOP stack is clearly there to cut
18   one piece of pipe.
```