

National Incident Commander
Deepwater Horizon Response

2100 Second Street, S.W
Washington, DC 20593-0001
Staff Symbol: NIC
Phone: (202) 372-1710
Fax: (202) 372-1933

16451
27 August 2010

Bob Dudley
Chief Managing Director
BP Group
501 West Lake Park Boulevard
Houston, TX 77070

Dear Mr. Dudley,

As a result of the Government Scientific Technical Team meeting today, BP is authorized to terminate the fishing procedure. In accordance with procedures 2200-T2-DO-PR-4753 and 2200-T2-DO-PR-4744, BP is further authorized to proceed with the removal of the capping stack followed by the removal of the Deepwater Horizon BOP contingent on the following conditions:

(1)   The removal of the BOP will first be attempted with a controlled lift to minimize the risk of raising the well central casing and casing hanger seal. Any amount of force beyond what has been estimated to lift the BOP must have the concurrence of the Government Scientific Technical Team.

(2)   If a controlled lift does not result in the safe removal of the BOP, additional lifts can be performed as long as they are preceded by an attempt to release the BOP from any hanging drill pipe by opening the rams in the BOP.

(3)   A replacement BOP shall be placed on the Macondo well as quickly as possible to minimize the time the well is open to the sea without a sealing barrier at the top of the well.

(4)   The Joint Investigation Team and the Department of Justice Criminal Investigation Evidence Recovery Team shall be allowed unfettered access to observe and record the entire removal and recovery process for detachment of the BOP stack or capping stack. The Team members will take custody of all equipment removed from or associated with the BOP stack or capping stack from the time it is removed from the well head and will maintain that custody throughout the lifting process.

Sincerely,

T. W. Allen
Admiral, USCG (Ret.)
National Incident Commander