AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| INTER-TOUR LOUISIANE, INC., et al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  10-2103 J(2) |
| TRANSOCEAN LTD., ET AL | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  BP AMERICA, INC.
THROUGH ITS REGISTERED AGENT
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Hoffman
Lowe, Stein Hoffman, Allweiss, and Hauver, LLP
701 Poydras Street, Suite 3600
New Orleans, LA 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Jul 28 2010__

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America Inc.
was received by me on *(date)* 7/28/10.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Service via certified mail sent on 8/12/10 and received on 8/16/10.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/30/10

Server's signature

Jeffrey M. Hoffman, Esq.
*Printed name and title*

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7735
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C. Fenton Rutledge   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name) C. Fenton Rutledge   C. Date of Delivery |
| 1. Article Addressed to:<br><br>BP America Inc.<br>5615 Corporate Blvd.<br>Ste. 400 B<br>Baton Rouge LA 70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 1 6 REC'D<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 1670 0000 1036 2705 |

PS Form 3811, February 2004          Domestic Return Receipt                    102595-02-M-1540