AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

INTER-TOUR LOUISIANE, INC., et al

*Plaintiff*

v.

TRANSOCEAN LTD., ET AL

*Defendant*

Civil Action No.  10-2103 J (2)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP EXPORATION AND PRODUCTION, INC.
2 NORTH JACKSON STREET, SUITE 605
MONTGOMERY, ALABAMA 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey Hoffman
Lowe, Stein Hoffman, Allweiss, and Hauver, LLP
701 Poydras Street, Suite 3600
New Orleans, LA 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Date: __Jul 28 2010__

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Exploration + Production Inc.
was received by me on *(date)* 7/28/10.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service via certified mail sent on 8/12/10 and received on 8/16/10.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/30/10

*Server's signature*

Jeffrey M. Hoffman, Esq.
*Printed name and title*

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7736
*Server's address*

Additional information regarding attempted service, etc:


**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BP Exploration + Prod, Inc.
   2 N. Jackson St.
   Ste. 605
   Montgomery AL 36104

2. Article Number (Transfer from service label): 7010 1670 0000 1036 2774

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Laura Page
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Laura Page

C. Date of Delivery: 8/16/10

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail
   ☐ Registered
   ☐ Insured Mail
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes