AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| INTER-TOUR LOUISIANE, INC., et al <br><br> *Plaintiff* <br> v. <br> TRANSOCEAN LTD., ET AL <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  10-2103 J(2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP PLC,
  28100 TORCH PARKWAY
  WARRENVILLE, ILLINOIS
  THROUGH THE LOUISIANA LONG ARM STATUTE, LSA-RS 13:3201
  PURSUANT TO SECTION 3204 OF TITLE 13

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey Hoffman
     Lowe, Stein Hoffman, Allweiss, and Hauver, LLP
     701 Poydras Street, Suite 3600
     New Orleans, LA 70139
     (504) 581-2450 Telephone
     (504) 581-2461 Facsimile

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: ___Jul 28 2010___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP PLC
was received by me on *(date)* 7/28/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service via certified mail sent on 8/12/10 and received on 8/17/10.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/30/10

*Server's signature*

Jeffrey M. Hoffman, Esq.
*Printed name and title*

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7735
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Neil Faulstich_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): N. Faulstich   C. Date of Delivery: 8/17/10 |
| 1. Article Addressed to:<br>BP, PLC<br>28100 Torch Pkwy.<br>Warrenville IL 60555 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1670 0000 1036 2743 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540