UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This Document Relates to:<br>T&D Fishery, LLC, et al. v. BP, PLC, et al.; Case No. 2:10-cv-01332<br><br>[As to Plaintiff Nguyen Van Kha Only] | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE
OF PLAINTIFF NGUYEN VAN KHA

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, NGUYEN VAN KHA, a named plaintiff in *T&D Fishery, LLC, et al. v. BP, PLC, et al.*, *Case No. 2:10-cv-01332*, who submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss an action, "[W]ithout order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment..."

Rule 41(a)(1) of the Federal Rules of Civil Procedure further provides, "Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice..."

The record reflects that Defendants have not filed or served an answer or a motion for summary judgment in the above referenced action and, accordingly, pursuant to Rule 41(a)(1) of

the Federal Rules of Civil Procedure, Plaintiff, Nguyen Van Kha, submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiff, Nguyen Van Kha, submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and requests that the Clerk of Court enter a dismissal without prejudice dismissing Plaintiff, Ngyuen Van Kha, from these proceedings and that said dismissal be entered into the record of the Court.

DATED:  August 30, 2010

                    Respectfully submitted,

                    /s/ Dawn M. Barrios
                    Dawn M. Barrios  (LA Bar Roll # 2821)
                    barrios@bkc-law.com
                    Bruce S. Kingsdorf  (LA Bar Roll # 7403)
                    kingsdorf@bkc-law.com
                    Zachary L. Wool  (LA Bar Roll # 32778)
                    zwool@bkc-law.com
                    BARRIOS, KINGSDORF & CASTEIX, LLP
                    701 Poydras Street, Suite 3650
                    New Orleans, LA  70139-3650
                    Telephone:  (504) 524-3300
                    Facsimile:  (504) 524-3313

                    Elizabeth J. Cabraser
                    ecabraser@lchb.com
                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                    275 Battery Street, 29th Floor
                    San Francisco, CA 94111-3339
                    Telephone:  (415) 956-1000
                    Facsimile:  (415) 956-1008

Steven E. Fineman
sfineman@lchb.com
Wendy R. Fleishman
wfleishman@lchb.com
Annika K. Martin
akmartin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965

Randall A. Smith  (LA Bar Roll # 2117)
rasmith@smithfawer.com
Zach Butterworth  (LA Bar Roll # 32377)
zbutterworth@smithfawer.com
J. Geoffrey Ormsby  (LA Bar Roll # 24183)
gormsby@smithfawer.com
Hiawatha Northington, II
hnorthington@smithfawer.com
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA  70170
Telephone:  (504) 525-2200
Facsimile:   (504) 525-2205

Don Barrett
dbarrett@barrettlawoffice.com
David McMullan
dmcmullan@barrettlawoffice.com
Brian Herrington
bherrington@barrettlawgroup.com
DON BARRETT, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-9168
Facsimile:   (662) 834-2628

Richard R. Barrett
rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R. BARRETT
P.O. Box 339
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-4960
Facsimile:   (866) 430-5459

Zach Butterworth
zbutterworthlaw@bellsouth.net
Gary Yarborough, Jr.
garyyarborough@bellsouth.net
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS  39520
Telephone:  (228) 466-0020
Facsimile:   (228) 466-0550

Larry D. Moffett
lmoffett@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS  38655-1396
Telephone:  (662) 232-8979
Facsimile:   (662) 232-8940

Edward C. Taylor
etaylor@danielcoker.com
Brenda G. Long
blong@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS  39502-0416
Telephone:  (228) 864-8117
Facsimile:   (228) 864-6331

Dewitt M. "Sparky" Lovelace
dml@lovelacelaw.com
Alex Peet
alex@lovelacelaw.com
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL  32550
Telephone:  (850) 837-6020
Facsimile:   (850) 837-4093

M. Stephen Dampier
stevedampier@bellsouth.net
LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
55 North Section Street
Fairhope, AL  36532
Telephone:  (251) 929-0900
Facsimile:   (251) 929-0800

Zona Jones
zjones@pulf.com
PROVOST UMPHREY LAW FIRM, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX  77704
Telephone:  (409) 299-5178
Facsimile:   (409) 838-8888

L. DeWayne Layfield
dewayne@layfieldlaw.com
LAW OFFICES OF L. DEWAYNE LAYFIELD
801 Laurel Street
Beaumont, Texas 77701
Telephone: (409) 831-2891
Facsimile:  (409) 832-2156

        Charles Barrett
        Charles@cfbfirm.com
        BARRETT & ASSOCIATES, P.A.
        6518 Hwy. 100, Suite 210
        Nashville, TN  37205
        Telephone:  (615) 515-3393
        Facsimile:   (615) 515-3395

*Attorneys for Plaintiffs and the Class and/or Subclasses*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 30th day of August, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                            /s/ Dawn M. Barrios