Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 1 of 9
Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 1 of 9

Printed on 08/10/2010

SCHEDULE B

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   * Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 2179 - Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - 4/20/10
   For Open Cases



EXHIBIT A

Judicial Panel on Multidistrict Litigation - Panel Service List     Page 1

Docket: 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Status: Transferred on 08/10/2010
Transferee District: LAE   Judge: Barbier, Carl J.                                    Printed on 08/10/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Arsenault, Richard J.<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>Post Office Box 1190<br>Alexandria, LA 71309-1190 | =>Phone: (318) 487-9874  Fax: (318) 561-2591  Email: r.arsenault@nbalawfirm.com<br>Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC* |
| Barnett, Ryan M.<br>WHIBBS & STONE PA<br>801 West Romana Street<br>Pensacola, FL 32502 | =>Phone: (850) 434-5395  Fax: (850) 469-0043  Email: ryan@whibbsandstone.com<br>Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P. |
| Barr, Brian H.<br>LEVIN PAPANTONIO THOMAS ET AL<br>316 South Baylen Street<br>Suite 600<br>Pensacola, FL 32502 | =>Phone: (850) 435-7000  Fax: (850) 436-6187  Email: bbarr@levinlaw.com<br>Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters; Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc. |
| Beck, David J.<br>BECK REDDEN & SECREST LLP<br>1221 McKinney Street<br>Suite 4500<br>Houston, TX 77010 | =>Phone: (713) 951-3700  Fax: (713) 951-3720  Email: dbeck@brsfirm.com<br>Cameron International Corp.* |
| Berman, Steve W.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue<br>Suite 3300<br>Seattle, WA 98101 | =>Phone: (206) 623-7292  Fax: (206) 623-0594  Email: steve@hbsslaw.com<br>Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory* |
| Bracken, Geoffrey H.<br>GARDERE WYNNE SEWELL LLP<br>1000 Louisiana<br>Suite 3400<br>Houston, TX 77002 | =>Phone: (713) 276-5739  Fax: (713) 276-6739  Email: gbracken@gardere.com<br>M-I, L.L.C.* |
| Bradford, Bobby J.<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC<br>803 North Palafox Street<br>Pensacola, FL 35201 | =>Phone: (850) 916-7450  Fax: (850) 916-7449<br>Chiodo, Kristi; Harris, John T.; Harris, Nicholas |
| Braud, S. Jacob<br>BALLAY BRAUD & COLON PLC<br>8114 Highway 23<br>Belle Chasse, LA 70037 | =>Phone: (504) 394-9841  Fax: (504) 394-9945  Email: JacobBraud@bbc-law.net<br>Taliancich, Sr., Bartol John* |
| Brown, Eric B.<br>P.O. Box 2765<br>Houston, TX 77252-2765 | =><br>Transocean, Ltd.; Transocean, Ltd. (Transocean Entity) |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 3 of 9

*(Panel Attorney Service List for MDL 2179 Continued)*  Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 3 of 9   Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Buzbee, Anthony G.<br>BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis<br>Suite 7300<br>Houston, TX 77002 | => Phone: (713) 223-5393  Fax: (713) 223-5909  Email: tbuzbee@txattorneys.com<br>Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy* |
| Cabraser, Elizabeth J.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3339 | => Phone: (415) 956-1000  Fax: (415) 956-1008  Email: ecabraser@lchb.com<br>Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht* |
| Chiepalich, C. S.<br>P.O. Box 6505<br>Mobile, AL 36660 | => Phone: (205) 478-1666  Email: csc@birch.net<br>Jett, George |
| Clark, Lange<br>LAW OFFICE OF LANGE CLARK PC<br>301 19th Street North<br>Suite 550<br>Birmingham, AL 35203 | => Phone: (205) 939-3933  Fax: (205) 939-1414  Email: langeclark@mindspring.com<br>Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.* |
| Coleman, Alice W.<br>BRENT COON & ASSOCIATES<br>6360 I-55, North<br>Suite 340<br>Jackson, MS 39211 | => Phone: (601) 957-6177  Fax: (601) 957-6507  Email: alice@bcoonlaw.com<br>Grieshaber, Aleen; Grieshaber, James |
| Coumanis, Christ N.<br>COUMANIS & YORK PC<br>2101 Main Street<br>Daphne, AL 36526 | => Phone: (251) 990-3083  Fax: (251) 928-8665  Email: coumanis@c-ylaw.com<br>Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs* |
| Crump, Martin D.<br>DAVIS & CRUMP<br>1712 15th Street<br>Suite 300<br>Gulfport, MS 39501 | => Phone: (228) 863-6000  Fax: (228) 864-0907  Email: martincrump@daviscrump.com<br>Barker, Daniel* |
| Cutter, C. Brooks<br>KERSHAW CUTTER & RATINOFF LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | => Phone: (916) 448-9800  Fax: (916) 669-4499  Email: bcutter@kcrlegal.com<br>Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.* |
| Dampier, M. Stephen<br>LAW OFFICES OF M STEPHEN DAMPIER PC<br>55 North Section Street<br>Farirhope, AL 36532 | => Phone: (251) 929-0800  Fax: (251) 929-0900  Email: stevedampier@dampierlaw.com<br>Ferguson, Constance*; Ferguson, James* |
| Deshazo, Michael<br>KINNEY & ELLINGHAUSEN | => Phone: (504) 524-0206  Fax: (504) 525-6216  Email: michaeld@kinneylaw.com<br>Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 4 of 9

(Panel Attorney Service List for MDL 2179 Continued)
Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 4 of 9   Page 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1250 Poydras Street<br>Suite 2450<br>New Orleans, LA 70113 | |
| Dreher, Jr., William W.<br>DREHER LAW FIRM PA<br>P.O. Box 968<br>2224 - 24th Avenue<br>Gulfport, MN 39502 | => Phone: (228) 822-2222  Fax: (228) 822-2626  Email: wwdlaw@bellsouth.net<br>Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert* |
| Dunne, Carey R.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017 | => Phone: (212) 450-4000  Fax: (212) 450-3800  Email: carey.dunne@davispolk.com<br>Hyundai Heavy Industries Co., Ltd.* |
| Friedman, Jeffrey E.<br>FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242 | => Phone: (205) 278-7000  Fax: (202) 278-7001  Email: jfriedman@friedmanleak.com<br>Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri* |
| Garrison, Jr, W. Lewis<br>HENINGER GARRISON DAVIS LLC<br>2224 1st Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35203 | => Phone: (205) 326-3336  Fax: (205) 326-3332  Email: wlgarrison@hgdlawfirm.com<br>B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas* |
| Gibbs, Darryl M.<br>CHHABRA & GIBBS PA<br>120 North Congress Street<br>Suite 200<br>The Plaza Building<br>Jackson, MS 39201 | => Phone: (601) 948-8005  Fax: (601) 948-8010  Email: dgibbs@cglawms.com<br>Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica* |
| Godfrey, Richard C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | => Phone: (312) 862-2064  Fax: (312) 861-2200  Email: Richard.Godfrey@kirkland.com<br>BP Corp. North America, Inc.; British Petroleum, PLC |
| Godwin, Donald E.<br>GODWIN RONQUILLO PC<br>Renaissance Tower<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270 | => Phone: (214) 939-4400  Fax: (214) 760-7332  Email: dgodwin@godwinronquillo.com<br>Halliburton Co.*; Halliburton Energy Services, Inc.* |
| Greenwald, Robin L.<br>WEITZ & LUXENBERG PC<br>700 Broadway<br>New York, NY 10003 | => Phone: (212) 558-5802  Fax: (212) 344-5461  Email: rgreenwald@weitzlux.com<br>Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC |
| Hawkins, John F.<br>HAWKINS STRACENER & GIBSON PLLC | => Phone: (601) 969-9692  Fax: (601) 914-3580  Email: john@hsglawfirm.net<br>Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 5 of 9
(Panel Attorney Service List for MDL 2179 Continued)
Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 5 of 9
Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P.O. Box 24627<br>Jackson, MS 39225-4627 | |
| Herman, Russ M.<br>HERMAN HERMAN KATZ & COTLAR LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | => Phone: (504) 581-4892  Fax: (504) 561-6024  Email: rherman@hhkc.com<br>321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant* |
| Holland, Eric D.<br>HOLLAND GROVES SCHNELLER & STOLZE LLC<br>300 North Tucker Boulevard<br>Suite 801<br>St. Louis, MO 63101 | => Phone: (314) 241-8111  Fax: (314) 241-5554  Email: eholland@hgsslaw.com<br>Lavigne, Paul*; Lavigne, Steven* |
| Hornsby, Jr., Ernest C.<br>MORRIS HAYNES INGRAM & HORNSBY<br>3500 Colonnade Parkway<br>Suite 100<br>Birmingham, AL 35243 | => Phone: (256) 329-2000  Fax: (256) 329-2015  Email: chornsby@mhhlaw.net<br>Simpson, George C. |
| Howard, Phillip Timothy<br>HOWARD & ASSOCIATES PA<br>8511 Bull Headley Road<br>Suite 405<br>Tallahassee, FL 32312 | => Phone: (850) 298-4455  Fax: (850) 216-2537  Email: ptim@aol.com<br>Crawford, Constance; Galloway, Jeff; Ward, George Weems |
| Huey, Michael G.<br>HUEY LAW FIRM LLC<br>1059 Dauphin Street<br>Mobile, AL 36604 | =><br>Gonzales, Dr. John; Trahan, Shannon |
| Irvine, III, George R.<br>STONE GRANADE & CROSBY PC<br>7133 Stone Drive<br>Daphne, AL 36526 | => Phone: (251) 626-6696  Fax: (251) 626-2617  Email: gri@sgclaw.com<br>Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V. |
| Jackson, III, Sidney W.<br>JACKSON FOSTER & RICHARDSON LLC<br>P.O. Box 2225<br>Mobile, AL 36652 | =><br>Mason, Jr. (Ind./Behalf-K&J, Inc.), James F. |
| Jones, III, Gladstone N.<br>JONES SWANSON HUDDELL & GARRISON LLC<br>Pan-American Life Center<br>601 Poydras Street<br>Suite 2655<br>New Orleans, LA 70130 | => Phone: (504) 523-2500  Fax: (504) 523-2508  Email: gjones@jonesswanson.com<br>Phillips, John F.* |
| Jones, Rhon E.<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC | => Phone: (334) 269-2343  Fax: (334) 954-7555  Email: rhon.jones@beasleyallen.com<br>Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 6 of 9

*(Panel Attorney Service List for MDL 2179 Continued)* Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 6 of 9   Page 5

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 218 Commerce Street<br>Montgomery, AL 36104 | Escapes, L.L.C.*; Sunrise Rentals Enterprises* |
| Kennedy, Richard R.<br>309 Polk Street<br>P.O. Box 3243<br>Lafayette, LA 70502-3243 | => Phone: (337) 232-1934  Fax: (337) 232-9720  Email: ken309@richardkennedy.com<br>Rhodes, Karl W.* |
| Laborde, III, Cliffe E.<br>LABORDE & NEUNER<br>One Petroleum Center<br>1001 W. Pinhook Road<br>Suite 200<br>Lafayette, LA 70503 | => Phone: (337) 237-7000  Fax: (337) 233-9450  Email: cliffe@ln-law.com<br>Tidewater Marine, LLC* |
| Lane, Joseph D.<br>COCHRAN CHERRY GIVENS & SMITH<br>163 West Main Street<br>Dothan, AL 36301 | => Phone: (334) 793-1555  Fax: (334) 793-8280  Email: jlane@cochranfirm.com<br>Barber, Peter J.* |
| Langan, J. Andrew<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | => Phone: (312) 862-2064  Fax: (312) 862-2200  Email: andrew.langan@kirkland.com<br>BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP |
| Lovelace, DeWitt M.<br>LOVELACE LAW FIRM PA<br>12870 U.S. Highway 98 West<br>Suite 200<br>Miramar Beach, FL 32550 | => Phone: (850) 837-6020  Fax: (850) 837-4093  Email: dml@lovelacelaw.com<br>Le (dba Bluewater Seafood), Hao Van* |
| Lucado, M. Shane<br>LUCADO LAW FIRM<br>1 Perimeter Park South<br>Suite 125 South<br>Birmingham, AL 35243 | => Phone: (205) 278-0025  Fax: (205) 278-0030  Email: slucado@lucadolaw.com<br>Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC* |
| Mason, Angela Joy<br>COCHRAN FIRM<br>163 W. Main Street<br>Dothan, AL 36302 | => Phone: (205) 793-1555<br>Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie; Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John Samuel |
| McDole, Keith C.<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 | => Phone: (214) 220-3939  Fax: (214) 969-5100<br>Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity) |
| McKee, Robert J.<br>KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL<br>12 Southeast 7th Street | => Phone: (954) 763-8181  Fax: (954) 763-8292  Email: mckee@krupnicklaw.com<br>Griffitts Investments LP* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC  Document 139-1  Filed 08/30/10  Page 7 of 9

(Panel Attorney Service List for MDL 2179 Continued)
Case 2:10-md-02179-CJB-SS  Document 2-2  Filed 08/10/10  Page 7 of 9   Page 6

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 801<br>Ft. Lauderdale, FL 33301 | |
| Meunier, Gerald E.<br>GAINSBURGH BENJAMIN DAVID MEUNIER &<br>WARSHAUER LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800 | => Phone: (504) 522-2304  Fax: (504) 528-9973  Email: gmeunier@gainsben.com<br>Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*; Nunez, Lena T.* |
| Miller, Kerry J.<br>FRILOT LLC<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163 | => Phone: (504) 599-8194  Fax: (504) 599-8145  Email: kmiller@frilot.com<br>Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.* |
| Mitsui & Co., U.S.A., Inc,<br>200 Park Avenue<br>New York, NY 10166 | =><br>Mitsui & Co. U.S.A., Inc. |
| Morrow, Patrick C.<br>MORROW MORROW RYAN & BASSETT<br>Post Office Drawer 1787<br>Opelousas, LA 70570 | => Phone: (337) 948-4483  Fax: (337) 942-5234  Email: pmorrow@mmrblaw.com<br>James, Jr., Joseph George*; Schouest, III, Ellis* |
| Moskowitz, Adam M.<br>KOZYAK TROPIN & THROCKMORTON PA<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Miami, FL 33134 | => Phone: (305) 372-1800  Fax: (305) 372-3508  Email: AMM@kttlaw.com<br>Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.* |
| Murray, Stephen B.<br>MURRAY LAW FIRM<br>650 Poydras Sreet<br>Suite 2150<br>New Orleans, LA 70130 | => Phone: (504) 525-8100  Fax: (504) 584-5249  Email: smurray@murray-lawfirm.com<br>Dinet, Nicholas J.* |
| Neger, Peter C.<br>BINGHAM MCCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10075 | => Phone: (212) 705-7226  Fax: (212) 702-3616  Email: peter.neger@bingham.com<br>Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>Mobile, AL 36604 | => Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com<br>Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales & Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales, Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*; Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House, Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*; Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*; Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa* |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 8 of 9

(Panel Attorney Service List for MDL 2179 Continued)   Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 8 of 9   Page 7

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Norris, John E.<br>DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham, AL 35205 | => Phone: (205) 930-9900  Fax: (205) 930-9989  Email: jnorris@davisnorris.com<br>Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan* |
| Poynter, Scott E.<br>EMERSON POYNTER LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | => Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com<br>Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary* |
| Price, Donald W.<br>DUE PRICE GUIDRY PIEDRAHITA & ANDREWS<br>8201 Jefferson Highway<br>Baton Rouge, LA 70809 | => Phone: (225) 929-7481  Fax: (225) 924-4519  Email: dprice@dueprice.com<br>Duet, Deanna G.*; Duet, Raymond* |
| Quin, II, William M.<br>MCCRANEY MONTAGNET & QUIN PLLC<br>602 Steed Road<br>Suite 200<br>Ridgeland, MS 39157 | => Phone: (601) 707-5725  Fax: (601) 510-2939  Email: wquin@mmqlaw.com<br>Montagnet, Monica C.* |
| Rash, David C.<br>ALTERS LAW FIRM PA<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | => Phone: (305) 571-8550  Fax: (305) 571-8558  Email: david@alterslaw.com<br>Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC* |
| Rifkin, Mark C.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | => Phone: (212) 545-4600  Fax: (212) 545-4653  Email: Rifkin@whafh.com<br>Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood Patio), Calvin J.* |
| Sexton, II, K. Edward<br>GENTLE TURNER & SEXTON<br>2 North 20th Street<br>Suite 1200<br>Birmingham, AL 35203 | => Phone: (205) 716-3000  Email: esexton@gtandslaw.com<br>Lockridge, Captain Edward |
| Strange, Brian R.<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | => Phone: (310) 207-5055  Fax: (310) 826-3210  Email: lacounsel@earthlink.net<br>Gaskins, Jr., Matthews* |
| Tran, Minh Tam<br>TAMMY TRAN ATTORNEYS AT LAW LP<br>2915 Fannin Street<br>Houston, TX 77002 | => Phone: (713) 655-0737  Fax: (713) 655-0823  Email: ttran@tt-lawfirm.com<br>National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung |

Note: Please refer to the report title page for complete report scope and key.

Case 2:10-md-02179-CJB-DPC   Document 139-1   Filed 08/30/10   Page 9 of 9

(Panel Attorney Service List for MDL 2179 Continued)    Case 2:10-md-02179-CJB-SS   Document 2-2   Filed 08/10/10   Page 9 of 9    Page 8

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Verras, Spiro J.<br>BILIRAKIS LAW GROUP LLC<br>4538 Bartelt Road<br>Holiday, FL 34690 | => Phone: (727) 937-3226  Fax: (727) 934-5069  Email: sverras@bilirakislaw.com<br>Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire* |
| Wiygul, Robert B.<br>WALTZER & ASSOCIATES<br>1011 Iberville Drive<br>Ocean Springs, MS 39564 | => Phone: (228) 872-1125  Fax: (228) 872-1128  Email: robert@waltzerlaw.com<br>Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep |
| Zatzkis, Lanny R.<br>ZATZKIS MCCARTHY & ASSOCIATES LLC<br>650 Poydras Street<br>Suite 2750<br>New Orleans, LA 70130 | => Phone: (504) 523-2266  Fax: (504) 593-9921  Email: Lanny@Zatzkis.com<br>Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr., Ronald A.*; Kreger, Robert*; Kreger, Ryan A.*; Kreger, Sr., Ronald A.*; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr., David A.*; Segrave, Michael A.*; Segrave, Sr., David A.* |

Note: Please refer to the report title page for complete report scope and key.