```
 1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      IN RE:  OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6                                    MDL NO. 2179-1222 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    WEDNESDAY, AUGUST 25, 2010, 3:30 P.M.

 8      THIS DOCUMENT RELATES TO
        ALL CASES
 9

        ****************************************************************
10

11                       TRANSCRIPT OF PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                    UNITED STATES DISTRICT JUDGE

13
        APPEARANCES:
14

15      FOR THE PLAINTIFFS:       DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                  BY:  JAMES P. ROY, ESQUIRE
16                                P. O. BOX 3668
                                  556 JEFFERSON STREET
17                                LAFAYETTE, LA 70502

18
                                  HERMAN HERMAN KATZ & COTLAR
19                                BY:  STEPHEN J. HERMAN, ESQUIRE
                                  820 O'KEEFE AVENUE
20                                NEW ORLEANS, LA  70113

21

22      FOR THE DEFENDANTS:       LISKOW & LEWIS
                                  DON K. HAYCRAFT, ESQUIRE
23                                ONE SHELL SQUARE
                                  701 POYDRAS STREET
24                                SUITE 5000
                                  NEW ORLEANS, LA 70139
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
 4                                ROBERT R. GASAWAY, ESQUIRE
                             300 N. LASALLE
 5                           CHICAGO, IL 60654

 6
                             GODWIN RONQUILLO
 7                           BY:  R. ALAN YORK, ESQUIRE
                                 JENNY L. MARTINEZ, ESQUIRE
 8                           RENAISSANCE TOWER
                             1201 ELM STREET, SUITE 1700
 9                           DALLAS, TX  75270

10
                             FRILOT
11                           BY:  KERRY J. MILLER, ESQUIRE
                             1100 POYDRAS STREET, SUITE 3700
12                           NEW ORLEANS, LA  70163

13
                             STONE PIGMAN WALTHER WITTMANN LLC
14                           BY:  CARMELITE M. BERTAUT, ESQUIRE
                             546 CARONDELET STREET
15                           NEW ORLEANS, LA 70130

16
                             KUCHLER POLK SCHELL WEINER & RICHESON
17                           BY:  ROBERT E. GUIDRY, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
18                           NEW ORLEANS, LA  70112

19

20   ALSO PRESENT:           DAVID BAAY, ESQUIRE
                             FLOYD BARTLEY, ESQUIRE
21                           DAVID BECK, ESQUIRE

22
                             MICHAEL UNDERHILL, ESQUIRE
23                           LIEUTENANT COMMANDER JEFF BRAY
                             CHARLES WALLACE
24

25
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    500 POYDRAS STREET, ROOM B406
4                                   NEW ORLEANS, LA  70130
                                    (504) 589-7779
5

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

A F T E R N O O N   S E S S I O N

WEDNESDAY, AUGUST 25, 2010

(IN CHAMBERS)

03:20PM 1

03:20PM 2

03:20PM 3

03:20PM 4

03:36PM 5

03:36PM 6

03:36PM 7    THE COURT:  All right.  Who is up?  Mr. Miller?

03:36PM 8    MR. MILLER:  Yes, Your Honor, Kerry Miller on behalf of

03:36PM 9  Transocean.

03:36PM 10    THE COURT:  All right.  I'm not sure who else is on the

03:36PM 11  line.  How many folks do you have on the line?

03:36PM 12    MR. MILLER:  We've got a whole slew of folks,

03:36PM 13  Your Honor.  What I did was I sent the information out to all the

03:36PM 14  counsel that participated in the call last week.

03:36PM 15    THE COURT:  Okay.  Well, I just need to know who is

03:36PM 16  going to speak.  I'm not worried about the folks who might just

03:36PM 17  want to listen.

03:36PM 18    MR. MILLER:  Kerry Miller and David Baay are on the line

03:36PM 19  for Transocean.  I'll speak first.  If I need some technical

03:36PM 20  assistance, I may refer to my co-counsel, David.

03:36PM 21    MR. HAYCRAFT:  Judge, this is Don Haycraft for BP.  On

03:36PM 22  the line with me are Andy Langan and Rob Gasaway with Kirkland

03:37PM 23  and Ellis.  And Rob would be my physical evidence person, so I

03:37PM 24  might rely on him from time to time, but I'll be speaking for BP.

03:37PM 25    THE COURT:  Okay.

03:37PM 1          MR. UNDERHILL:  Mike Underhill, U.S. Department of

03:37PM 2    Justice, and Your Honor, I'm here not in a litigation capacity

03:37PM 3    but on behalf of the Unified Command and the Marine Board

03:37PM 4    Investigation Hearing.  And with me is Lieutenant Commander

03:37PM 5    Jeff Bray on the line and also Charles Walls, a Department of

03:37PM 6    Interior attorney as well.

03:37PM 7          THE COURT:  Okay.  Very well.

03:37PM 8          MR. ROY:  Good afternoon, Your Honor, Jim Roy and

03:37PM 9    Steve Herman for the plaintiffs.

03:37PM 10          MR. YORK:  And, Your Honor, Alan York on behalf of

03:37PM 11    Halliburton.  And here with me are Jenny Martinez with

03:37PM 12    Floyd Bartley.

03:37PM 13          MR. BECK:  Your Honor, David Beck and Carmelite Bertaut

03:37PM 14    for Cameron.

03:37PM 15          MR. GUIDRY:  I'm Robert Guidry for Anadarko and MOEX.

03:38PM 16          THE COURT:  I think those are all the major players, it

03:38PM 17    sounds like, right?

03:38PM 18          Okay.  Mr. Miller, what is this all about?

03:38PM 19          MR. MILLER:  Yes, Your Honor.  We appreciate the Court

03:38PM 20    getting involved, and really it pertains to matters that are

03:38PM 21    moving a million miles an hour, so again, we appreciate everybody

03:38PM 22    accommodating us.

03:38PM 23          Your Honor, the specific issue that we would like

03:38PM 24    to address this afternoon pertains to certain of the retrieval

03:38PM 25    and recovery operations that are being conducted as we speak in

03:38PM 1    connection with the blowout preventer.

03:38PM 2            Specifically, Your Honor, there are ROVs, remote

03:38PM 3    operating vehicles, and other camera and video technology in the

03:38PM 4    down-hole area that are capturing data realtime as the BOP

03:38PM 5    retrieval process is underway.

03:39PM 6            The data consists, Your Honor, or includes,

03:39PM 7    Your Honor, of high-resolution video and photography of the BOP

03:39PM 8    and of down-hole areas.

03:39PM 9            Your Honor, it is my understanding that these

03:39PM 10   images, this data is being captured initially at one of the rigs

03:39PM 11   that's located at the old location of the well or the DEEPWATER

03:39PM 12   HORIZON.  There are Unified Command personnel on this vessel,

03:39PM 13   there are BP personnel on this vessel, there are Transocean

03:39PM 14   personnel on this vessel, there are FBI representatives on this

03:39PM 15   vessel, Your Honor.

03:39PM 16           The data is being accumulated on the vessel, again,

03:39PM 17   it's high-resolution data.  When it gets up to the vessel, the

03:40PM 18   request that Transocean has made, it's on a DVD, a CD or DVD, the

03:40PM 19   pictures and the video.  And the request that Transocean has made

03:40PM 20   of BP of the Unified Command/FBI is to get realtime copies of the

03:40PM 21   high-resolution data as that information is being burned on the

03:40PM 22   vessel itself.  There are laptop computers, it's being burned and

03:40PM 23   BP, is taking the information, the original data and is sending

03:40PM 24   it to Houston.  And then it's proceeding pursuant to what's in

03:40PM 25   Mr. Haycraft's e-mail with the evidence preservation and

03:40PM 1    documentation of the data.

03:40PM 2            Your Honor, we think this data is very critical

03:40PM 3    information.  It's information that can simply, it's as easy as

03:40PM 4    copying a CD on a laptop computer.  It takes a matter of seconds.

03:40PM 5    The infrastructure, the technology is set up on the vessel so

03:41PM 6    that a copy of the high-resolution data could be provided to the

03:41PM 7    Transocean representatives on the vessel that we're using in our

03:41PM 8    own analysis of the cause of the incident.

03:41PM 9            Transocean would be more than happy, Your Honor, to

03:41PM 10   burn extra copies and to Federal Express those copies to

03:41PM 11   plaintiffs' liaison counsel or the defense liaison counsel.  They

03:41PM 12   would get them the next day.

03:41PM 13           Your Honor, the issue is so critical and so time

03:41PM 14   sensitive, BP is telling us, You'll get copies, and in fact, in

03:41PM 15   Your Honor's order of last Friday, which dealt more with the

03:41PM 16   drill pipe or dealt with the drill pipe, paragraph 5 specifically

03:41PM 17   pertain to videotaped films, diagrams, 3D analysis, things of

03:41PM 18   that nature.  That's the same kind of data I'm talking about,

03:41PM 19   albeit this deals more with down hole and with the BOP.

03:41PM 20           And paragraph 5 says, "It shall be produced to

03:42PM 21   interim liaison counsel for plaintiffs and defendants."  We think

03:42PM 22   the spirit of that paragraph and that section ought to be put

03:42PM 23   into place with this critical evidence.  We don't see what's the

03:42PM 24   harm, Your Honor.  We would like to get it, we're evaluating it.

03:42PM 25   It's high definition.  It's high resolution.  You're looking in

03:42PM 1   murky areas, resolution really matters to have it in this kind of

03:42PM 2   context.  We would like it as timely as possible.  We're on the

03:42PM 3   vessel.  We would like to get it realtime.  We would be happy to

03:42PM 4   provide copies for the other liaison counsel.

03:42PM 5           We don't understand the harm.  We don't think this

03:42PM 6   offends preservation of the evidence or documentation of the

03:42PM 7   evidence or Bates labeling of the evidence.  The time is now for

03:42PM 8   the BOP retrieval, and we want to have access to this

03:42PM 9   high-resolution data.  In summary, Your Honor, that's our

03:42PM 10  position on this precise point.

03:42PM 11          The other issues can wait until your hearing

03:42PM 12  tomorrow on the motion for protective order because they are more

03:42PM 13  generic as to the BOP.  But these are realtime issues, these are

03:43PM 14  24/7 operations, and we would like to have the data started as

03:43PM 15  soon as possible.

03:43PM 16      THE COURT:  I'm not, let me ask you a couple of

03:43PM 17  questions, Kerry, because I want to make sure I understand.  I'm

03:43PM 18  not sure I fully understand what you're asking for.  There are

03:43PM 19  realtime video feeds from these ROVs operating on the ocean floor

03:43PM 20  being fed up to one of the rigs at the location, right?

03:43PM 21      MR. MILLER:  Correct.

03:43PM 22      THE COURT:  And what you're saying is this video feed is

03:43PM 23  being captured on laptops, or somehow, and burned on to CDs, DVDs

03:43PM 24  by BP personnel aboard the rig?

03:43PM 25      MR. MILLER:  Actually, Your Honor, BP has two vendors

03:43PM 1    that specialize in this kind of imagery; one is Oceaneering, and

03:43PM 2    they do the data --

03:43PM 3            THE COURT:  All right.

03:43PM 4            MR. MILLER:  -- with the ROVs.  And the other company is

03:43PM 5    Expro for down hole.  Those two BP vendors are on the rig and,

03:44PM 6    yes, what they are doing is they have an original DVD and copies

03:44PM 7    are being burned, one for BP and one for the FBI on the rig.

03:44PM 8            THE COURT:  And you're asking for essentially another

03:44PM 9    copy of the same exact thing they are getting?

03:44PM 10           MR. MILLER:  We want a copy of the original when the

03:44PM 11   other copies are being made on the rig.

03:44PM 12           THE COURT:  So it's a matter of getting it now as

03:44PM 13   opposed to getting it later; is what you're saying?

03:44PM 14           MR. MILLER:  Getting it now and getting it in that

03:44PM 15   high-resolution format now as opposed to some unknown date in the

03:44PM 16   future.

03:44PM 17           THE COURT:  And what is the critical aspect of getting

03:44PM 18   it instantly?

03:44PM 19           MR. MILLER:  The critical aspect of getting it instantly

03:44PM 20   is, Your Honor, the BOP is actually property of Transocean.  We

03:44PM 21   think, and we have ongoing, undergoing in connection with

03:44PM 22   litigation, in connection with congressional subpoenas, other

03:44PM 23   issues, we are investigating the cause on a realtime basis.  We

03:45PM 24   have technical folks employed with that aspect.  They are doing

03:45PM 25   it every day.  We think this evidence is very critical, so it's

03:45PM 1  plugged in to them on a realtime basis.

03:45PM 2       THE COURT:  All right, let me hear from Mr. Haycraft or

03:45PM 3  whoever wants to speak on behalf of BP.

03:45PM 4       MR. HAYCRAFT:  Thank you, Judge, this is Don Haycraft

03:45PM 5  for BP.  Your Honor has penned the issue precisely, which is,

03:45PM 6  it's a question not of Transocean getting the data, it's a

03:45PM 7  question of when precisely.  And the reason for not giving them

03:45PM 8  realtime DVDs is because BP is under an obligation, a legal

03:45PM 9  obligation from several investigative bodies from, obviously from

03:45PM 10 the Department of Justice, the Federal Bureau of Investigation,

03:45PM 11 the Marine Board of Investigation.  This physical evidence is

03:46PM 12 under subpoena.  As part of that process and as part of the

03:46PM 13 preservation protocol, and part of the actual subsea operation is

03:46PM 14 the videotaping, rather the video -- the photograph, the

03:46PM 15 photography and the data collection that Kerry references is for

03:46PM 16 the Unified Command in order to make decisions on the ship about

03:46PM 17 what operational things to do next.

03:46PM 18      The issue of burning the DVD is really a totally

03:46PM 19 different issue.  When it comes to evidence collection and

03:46PM 20 evidence preservation for the investigations, we're under an

03:46PM 21 obligation and under commitment to the Department of Justice to

03:46PM 22 provide those DVDs on the rig at that time.

03:46PM 23      And meanwhile, for the litigation purposes and for

03:46PM 24 a whole lot of other purposes, the same material, the same data,

03:47PM 25 the photography and the videography is going to Houston where it

03:47PM  1    is cataloged, archived, organized and not willy-nilly placed on
03:47PM  2    DVDs and handed out like candy, either on the boat or ashore.
03:47PM  3    It's going to be a very organized process in a very short period
03:47PM  4    of time to provide Transocean with high-quality, preserved in the
03:47PM  5    best possible fashion, imagery data that Transocean and other
03:47PM  6    litigants can use in their own internal investigations of the
03:47PM  7    cause.
03:47PM  8              But in realtime, the FBI evidence retrieval team is
03:47PM  9    out on the vessel doing its job as directed by the Department of
03:47PM  10   Justice, and the FBI has its own measures.  And these DVDs are
03:47PM  11   being given in realtime to the FBI.  But for litigation purposes,
03:48PM  12   we think it's best to have the data organized, have it properly
03:48PM  13   archived and put into the proper form so that copies aren't just
03:48PM  14   floating around, made copies on the fly on laptops on the rig,
03:48PM  15   but rather done in a highly organized fashion.
03:48PM  16             And this whole protocol was, has been underway for
03:48PM  17   quite a long time, for months, in terms of how these video images
03:48PM  18   are being preserved.  The live webcam and the live streams and
03:48PM  19   the live stream that currently is going on that Transocean can
03:48PM  20   view on the rig and in headquarters in Houston is very adequate
03:48PM  21   for present purposes and is supplying everybody with a very
03:48PM  22   unusual situation of live feeds of video and images as this
03:48PM  23   investigation is progressing.
03:48PM  24             But most importantly for now, Judge, the real point
03:49PM  25   here, Transocean is going to get its imagery.  Transocean is

03:49PM 1  going to get its high-quality imagery very, very soon.  What is
03:49PM 2  happening, though, on the rig is an intrusion into the protocol
03:49PM 3  that's been worked out about how the data is collected and
03:49PM 4  preserved.  And Transocean is demanding something for its own
03:49PM 5  internal investigation that doesn't go to the purpose of what BP
03:49PM 6  is out there and the Unified Command is out there to do, which is
03:49PM 7  to now, they are investigating how, what's going on inside the
03:49PM 8  BOP, what's the drill pipe retrieval operation, the fishing
03:49PM 9  expedition that we discussed last week, so the interest of the
03:49PM 10  private litigants just don't -- Kerry said the issue was it's no
03:49PM 11  problem, it's not unfair.  In that sense it's not prejudicial to
03:49PM 12  burn these copies of the DVD, but I would look at it in the
03:49PM 13  reverse way:  What's the advantage of anybody to be making,
03:50PM 14  burning copies of DVDs on laptops and handing them out on the rig
03:50PM 15  or handing them out on the shore within an hour or five hours or
03:50PM 16  24 hours when the evidence is being preserved?  That's what your
03:50PM 17  Court's charge is to, the Court's charge is to make sure evidence
03:50PM 18  is being preserved.  And that's precisely what's happening.  This
03:50PM 19  is a question of timing.  It's not a question of the data being
03:50PM 20  barred or prohibited from getting to all of the appropriate
03:50PM 21  parties in a reasonable length of time.
03:50PM 22          THE COURT:  Well, I guess, you know, I'm still having
03:50PM 23  trouble deciphering the real issue here between the parties.  On
03:50PM 24  the one hand, if BP is burning DVDs on a laptop and taking that
03:50PM 25  and giving that to the FBI and sending it to its own offices, it

03:50PM 1   seems like it would be very simple to burn one more copy of that

03:50PM 2   and give it to Mr. Miller.  On the other hand, I tend to, I fail

03:51PM 3   to see the critical nature of this, Mr. Miller.  I still don't

03:51PM 4   understand.  Unless you have some reason to believe the

03:51PM 5   high-quality resolution images are going to somehow be lost or

03:51PM 6   manipulated or something affected, I don't know what's the

03:51PM 7   critical nature of you getting it instantly or some reasonable

03:51PM 8   time later for your investigation.  I mean, I'm just having a

03:51PM 9   hard time understanding that part of it.

03:51PM 10          MR. MILLER:  Your Honor --

03:51PM 11          THE COURT:  I know you would like to have it instantly,

03:51PM 12  but what are you going to do with it if you get it instantly?

03:51PM 13          MR. MILLER:  With respect to those two issues,

03:51PM 14  Your Honor, that comes down to the crux of it is to get, you

03:51PM 15  know, where we're seeing this happening and as you described,

03:51PM 16  that's exactly what's happening.  The copy is being burned in

03:51PM 17  front of us, on the rig, between BP and the FBI.  And you know,

03:52PM 18  we're saying we would like to have a copy of the original and

03:52PM 19  we're being told, No.  When we say, Why, you know, we're not

03:52PM 20  quite, we're not getting a good answer as to why not in terms,

03:52PM 21  from a prejudicial standpoint.

03:52PM 22          Number two, we have never been told, we have never

03:52PM 23  been given any guarantee by anyone what the delay time would be

03:52PM 24  between when they are going to Houston and when they are being

03:52PM 25  cataloged and organized and when we are going to get a copy.  So

03:52PM 1    we have no answer at all as to how soon is soon.

03:52PM 2         And then thirdly, look, the stakes have been, in

03:52PM 3    terms of looking at the cause of this issue, particularly amongst

03:52PM 4    the defendants here, and, you know, we talked about this before,

03:52PM 5    last week or week before when you appointed the five interim

03:52PM 6    defense liaison counsel.

03:52PM 7         MR. UNDERHILL:  This is Mike Underhill, Kerry, were you

03:53PM 8    done?

03:53PM 9         MR. MILLER:  No, two seconds, Mike.  In dealing with the

03:53PM 10   BOP, the stakes are going up.  This has been reported on,

03:53PM 11   literally, since April 20th, the issues with this particular

03:53PM 12   piece of equipment, and so we, you know, we want the data as soon

03:53PM 13   as we can get it.  We know we can get a copy of it on the rig.

03:53PM 14   It's just that simple.  We're saying, Why not, because.

03:53PM 15        THE COURT:  You've got people out there, Kerry, that are

03:53PM 16   watching the video live, first of all, right?

03:53PM 17        MR. MILLER:  It's my rig and people are able to watch

03:53PM 18   the video live.

03:53PM 19        THE COURT:  And then, is that being fed --

03:53PM 20        MR. MILLER:  But, Your Honor, it's not the same, it's

03:53PM 21   not high resolution and it's not the high-resolution still

03:53PM 22   photography.  Sort of a fuzzy grainy video.

03:53PM 23        THE COURT:  I guess I don't understand the technology

03:53PM 24   enough right now to understand.  If you're on the, not you

03:53PM 25   personally, but you have people on the vessel who are viewing it

03:53PM 1   as it's being received on the vessel but that is not the high

03:53PM 2   resolution that's being captured?

03:54PM 3           MR. MILLER:  Correct.  Correct.  The only the

03:54PM 4   high-resolution imagery is what's on those DVDs, Your Honor.  And

03:54PM 5   we don't have access to it.

03:54PM 6           THE COURT:  Again, I hate to keep repeating myself, but

03:54PM 7   what would your client or your experts or whoever you're

03:54PM 8   consulting with, what would they do with it if they got it today

03:54PM 9   as opposed to getting it next week or a week after, whenever,

03:54PM 10  some reasonable time after --

03:54PM 11          MR. MILLER:  They are using it to analyze the cause of

03:54PM 12  the purported issues, potential failures, and difficulties of the

03:54PM 13  BOP.

03:54PM 14          MR. YORK:  Judge, this is Allen York speaking on behalf

03:54PM 15  of Halliburton.  One issue that I think this speaks to also, as

03:54PM 16  I'm sure the Court is aware, many of us are in Houston this week

03:54PM 17  at Coast Guard hearings where we have a panel that is looking

03:54PM 18  into the very cause of the blowout.  In those hearings, it seems

03:54PM 19  unfair to Halliburton that BP has access to information that

03:55PM 20  could bear directly upon that critical inquiry while an

03:55PM 21  investigation is ongoing while the other parties don't have

03:55PM 22  access to that same information.

03:55PM 23          This afternoon at the hearing, for example, there

03:55PM 24  was a witness who was speaking who was shown a picture of riser

03:55PM 25  pipes that appeared to have two pieces of drill pipe in it.

03:55PM  1   There were questions being asked about that.  His response was he

03:55PM  2   wouldn't know until we got more information.  It simply seems

03:55PM  3   unfair that one of the defendants would have access to that

03:55PM  4   information and giving them an unfair advantage in the ongoing

03:55PM  5   investigation that we're all being forced to participate on an

03:55PM  6   alternative track that the litigation is also on.

03:55PM  7           THE COURT:  That's a different point that hadn't

03:55PM  8   occurred to me, and that could be a different issue.

03:55PM  9   Mr. Haycraft.

03:55PM 10           MR. MILLER:  Your Honor, it's Kerry again, there is

03:55PM 11   scheduled to testify this week an undersea BOP expert at the FBI

03:56PM 12   hearings this week.

03:56PM 13           THE COURT:  Mr. Haycraft, I fail to see the harm in

03:56PM 14   giving, what would be the harm, I mean, you mentioned about you

03:56PM 15   want to get this organized or archived or organized, I forget

03:56PM 16   exactly what you said, but.

03:56PM 17           MR. HAYCRAFT:  Yeah, organized.

03:56PM 18           THE COURT:  What would be the harm in giving them the

03:56PM 19   same raw, I'd imagine at some point they would have the right to

03:56PM 20   get the same raw data that your client has access to.

03:56PM 21           MR. HAYCRAFT:  Yeah.  Like I said, it's not a question

03:56PM 22   of if, it's a question of when.  And the issue, Judge, is the FBI

03:56PM 23   evidence collection team is out there.  That's a part of this

03:56PM 24   that's most unusual.  When the FBI asks for a copy of the hard

03:56PM 25   drive, BP is giving it to them.

03:56PM  1          THE COURT:  Well, the FBI --

03:56PM  2          MR. HAYCRAFT:  -- a copy to Transocean who then makes a

03:56PM  3   copy and gives it to all the liaison counsel and then copies

03:56PM  4   start being copied of copies.

03:57PM  5          THE COURT:  But your client is getting the same copy

03:57PM  6   that the FBI is getting?

03:57PM  7          MR. HAYCRAFT:  That's true.

03:57PM  8          THE COURT:  I don't see, are you telling me the FBI has

03:57PM  9   some objection to what Mr. Miller is asking for?

03:57PM 10          MR. HAYCRAFT:  This is Mr. Underhill and I work for the

03:57PM 11   U.S. --

03:57PM 12          THE COURT:  Okay.

03:57PM 13          MR. UNDERHILL:  Can I speak to that one, Your Honor?

03:57PM 14          THE COURT:  Sure.

03:57PM 15          MR. UNDERHILL:  This is Mike Underhill.  Your Honor, I'm

03:57PM 16   a civil attorney, and I've made a career out of avoiding the FBI

03:57PM 17   and other agencies like that, and I don't want to speak for them.

03:57PM 18   And I, honestly, as an officer of the Court, I'll say I don't

03:57PM 19   know what kind of agreements they've reached as to how these

03:57PM 20   things will be copied and who distributed to, I don't speak for

03:57PM 21   them.

03:57PM 22          I think I can say, first of all, the perspective is

03:57PM 23   that it seems to be that this is an evidence issue that all I

03:57PM 24   hope is it doesn't hang up the issue of trying to get BP off the

03:57PM 25   bottom and get the well killed.  That's my goal here.

03:57PM  1        THE COURT:  And I understand that and I fully appreciate

03:58PM  2   that, but what has been represented and maybe, again, maybe I

03:58PM  3   don't have all the facts and that's why I'm asking all these

03:58PM  4   questions, but what has been represented, at least by Mr. Miller,

03:58PM  5   and I haven't heard anything to contradict that, it would be a

03:58PM  6   very simple, inexpensive matter to burn another CD when they are

03:58PM  7   burning the one for the FBI, for BP or whoever else is getting

03:58PM  8   them, burn one more copy for Transocean, and give it to them.  It

03:58PM  9   wouldn't interfere with anything.  Unless I'm wrong about that,

03:58PM 10   it sounds like it's not an unreasonable request.

03:58PM 11        MR. UNDERHILL:  What I was going to suggest, Your Honor,

03:58PM 12   is that I feel uncomfortable with the parties, and I've seen a

03:58PM 13   draft order of the parties distributed where they want

03:58PM 14   Your Honor, and this is the subject of the hearing tomorrow, to

03:58PM 15   order the FBI to do various things, to order an independent

03:58PM 16   Marine Board to do different things, and my attitude is if there

03:59PM 17   is a jurisdictional argument, I always try to avoid it to see if

03:59PM 18   there is compromise that can be reached so the Court doesn't have

03:59PM 19   to get involved in a jurisdictional dispute.

03:59PM 20        THE COURT:  They are not asking me to order the FBI to

03:59PM 21   do anything.  They are asking me to ask BP to --

03:59PM 22        MR. UNDERHILL:  The proposed order they submitted for

03:59PM 23   Your Honor tomorrow --

03:59PM 24        THE COURT:  Wait.  Let's not get ahead of ourselves.

03:59PM 25   We're not talking about tomorrow.  We're talking about today,

03:59PM  1   just this one narrow issue now.

03:59PM  2          MR. UNDERHILL:  I think what I've got is a suggestion

03:59PM  3   that I think hopefully solves the problem.  I don't know the

03:59PM  4   order of precedence of who gets these things.  I strongly suspect

03:59PM  5   that the FBI's interest in getting whatever they get is to

03:59PM  6   preserve a chain of custody that they can use wherever their

03:59PM  7   investigation goes.  Once either another copy of the original

03:59PM  8   drive is made available through a private party such as BP or

04:00PM  9   Transocean, it doesn't matter.

04:00PM 10          THE COURT:  But it's already being done, Mr. Underhill.

04:00PM 11   BP is getting a copy.

04:00PM 12          MR. UNDERHILL:  That's my point.  That's my point.  If

04:00PM 13   BP has it and that's separate from the chain of custody that the

04:00PM 14   FBI needs to maintain, we don't have, we don't have a dog in that

04:00PM 15   fight.  In fact, what I was going to suggest is that the proposed

04:00PM 16   order that we submitted for Your Honor's consideration for

04:00PM 17   tomorrow's hearing has a paragraph that is actually neutral and

04:00PM 18   applies for all parties, so that if BP has relevant documents

04:00PM 19   it's retained, then it provides it to the other parties.  If

04:00PM 20   Transocean or Cameron or Halliburton, if they have relevant data,

04:00PM 21   then they provide it to all of the parties.

04:00PM 22          So if they've got a copy, and I presume that their

04:00PM 23   interest is in chain of custody, if they have a copy of this data

04:00PM 24   that's their own, a private party has it, I don't think the FBI

04:01PM 25   has a concern whether they provide it to other parties, they

04:01PM 1    don't provide it to other parties, that's really an issue for

04:01PM 2    Your Honor and the parties before him today.

04:01PM 3              THE COURT:  Thank you.  Let me ask

04:01PM 4    Lieutenant Commander Bray, are you there?

04:01PM 5              MR. BRAY:  Yes, Your Honor.

04:01PM 6              THE COURT:  With the Coast Guard.  Do you see any way

04:01PM 7    that this request would interfere in any way with the ongoing

04:01PM 8    recovery operation there?

04:01PM 9              MR. BRAY:  No, sir.  Sort of to the effect of what

04:01PM 10   Mr. Underhill said, the FBI will get what they need, it will

04:01PM 11   satisfy the Board, it will satisfy the other investigations.  If

04:01PM 12   there is extra copies like that out there, burning an extra few

04:01PM 13   of those or however many more of those, I don't see that

04:01PM 14   interfering.

04:01PM 15             THE COURT:  Mr. Beck, what's Cameron's position on this?

04:01PM 16             MR. BECK:  Your Honor, our position is very much similar

04:02PM 17   to that of Transocean.  We don't see that there is going to be,

04:02PM 18   it's not going to be that difficult to just burn a few extra

04:02PM 19   copies so that the other defendants, the major defendants receive

04:02PM 20   copies.

04:02PM 21             THE COURT:  Well, I thought we talked about burning one

04:02PM 22   extra copy and then Mr. Miller would distribute copies of those

04:02PM 23   to whoever wants them.  Is that what you said, Mr. Miller?

04:02PM 24             MR. MILLER:  Yeah, we're happy to do that, Your Honor.

04:02PM 25   Again, we're not trying to create a burden if it's a matter of

04:02PM  1    seconds.  The FBI has the original.  The FBI makes a copy for BP.

04:02PM  2    BP takes this copy to Houston and does the organization that

04:02PM  3    Mr. Haycraft talked about.

04:02PM  4         THE COURT:  So you would be satisfied with an instant,

04:02PM  5    when I say instant, a simultaneous, more or less, copy of what BP

04:02PM  6    is getting?

04:02PM  7         MR. MILLER:  Well, if the FBI has the original, if they

04:02PM  8    could burn two copies, hand one to BP, hand one to us, we would

04:02PM  9    be happy to burn additional copies of ours, we would probably

04:02PM 10    just do it once we hit the shore, their regular helicopter

04:02PM 11    flights between the vessel and the shore, and it's as simple as

04:03PM 12    burning the copy and putting it into a Federal Express envelope

04:03PM 13    and the other parties get it the next day.

04:03PM 14         MR. UNDERHILL:  May I make a suggestion on behalf of

04:03PM 15    the --

04:03PM 16         THE COURT:  You need to identify yourselves each time

04:03PM 17    you speak.  I'm sorry, I neglected to tell everybody.  I do have

04:03PM 18    a court reporter here transcribing this.  Her name is

04:03PM 19    Cathy Pepper.  What's your phone number, Cathy?

04:03PM 20         THE COURT REPORTER:  (504) 589-7779.

04:03PM 21         THE COURT:  (504)  589-7779, if anybody needs a

04:03PM 22    transcript of this later.

04:03PM 23              All right.  Mr. Underhill, I'm sorry, go ahead.

04:03PM 24         MR. UNDERHILL:  This is Mike Underhill on behalf of the

04:03PM 25    U.S., Your Honor.  What I was going to suggest, I think that

04:03PM  1    Mr. Miller, excuse me, has got it wrong, and I'm sure innocently

04:03PM  2    so, my understanding is that the FBI isn't taking the original of

04:03PM  3    the drive, and I presume this is some type of a digital camera

04:03PM  4    system that it downloads to a drive.  I suspect that.  I don't

04:04PM  5    know it.  That I believe what they are actually getting is a

04:04PM  6    mirror of that drive.  They are not taking the original.

04:04PM  7            So what I would suggest is that when, if there is

04:04PM  8    some procedure whereby BP gets its copy, it can then provide it

04:04PM  9    to Transocean or the other parties, however they do it, whether

04:04PM 10    Transocean wants to be the distributor of these DVDs, when they

04:04PM 11    get it from BP, fine.  What I really do want to do is cut the FBI

04:04PM 12    and its investigation out of this civil court process where I

04:04PM 13    don't think they belong.

04:04PM 14        THE COURT:  From what I understood at the beginning,

04:04PM 15    Mr. Haycraft explained that BP actually has two vendors, or

04:04PM 16    somebody said BP had two vendors out there who are actually doing

04:04PM 17    this work, and I'm assuming they are making, burning the DVDs and

04:04PM 18    giving one copy, at least one copy or one original, whatever you

04:04PM 19    want to call it, one to the FBI and one to BP.  Maybe there are

04:05PM 20    others being burned, too.

04:05PM 21            Mr. Haycraft, can someone comment on that?  Am I

04:05PM 22    understanding that correctly?

04:05PM 23        MR. HAYCRAFT:  I think you're right on the identity of

04:05PM 24    the vendors who are the contractors whose video cameras are doing

04:05PM 25    the actual photography in question.  The technical aspects of how

04:05PM  1    the DVDs are made and how Kerry Miller has suggested that it's a

04:05PM  2    matter of minutes, if Your Honor would, what I would prefer and

04:05PM  3    would ask, because there are certain factual issues that have

04:05PM  4    been mentioned, which is the ease of doing this, the fact, and

04:05PM  5    the Halliburton counsel mentioned that BP may be having some

04:05PM  6    unfair advantage in the MBI hearings, new things have come up.

04:05PM  7            Because we have now a scheduled hearing at 10:30,

04:05PM  8    which is only about 18 hours away, I would ask that Your Honor

04:05PM  9    hold this in abeyance until 10:30 tomorrow morning so that if

04:06PM 10    there is any fact gathering that the lawyers on this call need to

04:06PM 11    do, this has all come up, literally, in a matter of hours.  I

04:06PM 12    know that Mr. Miller sent out his e-mail sometime during the

04:06PM 13    lunch hour, provoking this conference.  I think that the burden

04:06PM 14    has been unfairly placed on BP to show a reason why it would be

04:06PM 15    prejudicial as opposed to Transocean showing some good cause why

04:06PM 16    the copy should be made.  I think Your Honor is persuaded by the

04:06PM 17    fact that it sounds simple, cheap and easy, and as long as one

04:06PM 18    copy is being made, why not make two or three.

04:06PM 19            I would like to know if, the burning of CDs and

04:06PM 20    DVDs that I do, which is not technical, generally takes more than

04:06PM 21    a few minutes.  Maybe Mr. Miller is correct on that fact, but I

04:06PM 22    would like to ask the people out on the rig to find out some of

04:06PM 23    these facts before Your Honor makes a ruling tomorrow and just

04:07PM 24    hold it in abeyance until 10:30.  And if I've got nothing further

04:07PM 25    to say, then, you know, we'll start the procedure that Mr. Miller

04:07PM 1   is requesting that your Court obviously thinks is appropriate.

04:07PM 2           MR. BECK:  Your Honor this is David Beck for Cameron.

04:07PM 3   Just so the record is clear, we're very comfortable with the

04:07PM 4   approach that Kerry Miller has outlined.

04:07PM 5           MR. ROY:  Your Honor, this is Jim Roy with Steve Herman.

04:07PM 6   The plaintiffs are also comfortable with the approach Mr. Miller

04:07PM 7   has outlined.

04:07PM 8           MR. YORK:  And in case the record is not clear, this is

04:07PM 9   Allen York for Halliburton.  Halliburton is also clear with the

04:07PM 10  procedure that Kerry Miller has outlined and would support that

04:07PM 11  position.

04:07PM 12          MR. GUIDRY:  Robert Guidry for Anadarko.  We also

04:07PM 13  support Kerry's arguments.

04:08PM 14          THE COURT:  Well, Mr. Haycraft, I'm inclined to grant

04:08PM 15  Mr. Miller's request here, but the only hesitation I have at all

04:08PM 16  is I don't want be seen as doing anything that would interfere

04:08PM 17  with what the FBI is doing or what the Unified Command is doing

04:08PM 18  in terms of trying to do their work and recovery of the equipment

04:08PM 19  and that sort of thing.  I don't want to do anything that would

04:08PM 20  interfere with that or slow that process down in any way or

04:08PM 21  hamper their efforts.  But I can't, for the life of me, see how

04:08PM 22  what they are asking for would do that.  Like I said, unless

04:08PM 23  there is more here than meets the eye.

04:08PM 24          MR. HAYCRAFT:  I think what I'm asking is just to make

04:08PM 25  sure there isn't more here than meets the eye.  This has

04:08PM  1   literally come up, we've scrambled to be able to participate in

04:08PM  2   this call at 3:30, and the representation is made that this would

04:09PM  3   take only a few minutes and moreover that it wouldn't interfere

04:09PM  4   in any way with the operations.

04:09PM  5           If I report to Your Honor at 10:30 tomorrow that,

04:09PM  6   in fact, both those facts are true and don't engage in any, you

04:09PM  7   know, quibbling, I think Your Honor will take the appropriate

04:09PM  8   action, but I think we're sort of operating on a rather emergency

04:09PM  9   basis for something that really isn't all that emergent.

04:09PM 10          The only thing that I've heard emergent is that

04:09PM 11   we're liable to use evidence that we alone, high-quality images

04:09PM 12   that we alone possess out there on the rig, to somehow use that

04:09PM 13   at the MBI.  Well, the next MBI hearing is tomorrow.  Obviously

04:09PM 14   nothing is happening this afternoon, but if by 10:30 I can't show

04:09PM 15   good cause why the tables shouldn't be reversed, then I think

04:10PM 16   we're all in better shape with the record at 10:30 tomorrow

04:10PM 17   rather than at 3:30 this afternoon.

04:10PM 18          THE COURT:  All right.  Mr. Miller, would that be okay,

04:10PM 19   would that be workable to you?  We wait to rule on this until

04:10PM 20   10:30 in the morning?

04:10PM 21          MR. MILLER:  Yes, if we address this before we get into

04:10PM 22   the protective order, I think that would be fine.  I'll do my

04:10PM 23   homework on my end about exactly what this entails.  I'm told

04:10PM 24   this is, as Don put it, simple, easy and cheap, and I'm all for

04:10PM 25   that.

04:10PM 1    THE COURT:  I would ask all interested parties,

04:10PM 2  particularly BP and Transocean and Mr. Underhill, if you could,

04:10PM 3  with your clients, to see if we could confirm or refute,

04:10PM 4  whatever, what's been represented here on this phone call this

04:10PM 5  afternoon in terms of what would be involved in accomplishing

04:10PM 6  what Mr. Miller is asking for, okay.

04:10PM 7    And we will take this up first thing, as soon as we

04:11PM 8  start at 10:30 tomorrow morning, folks.  I do have a few criminal

04:11PM 9  sentencing hearings that begin at 9:30 in the morning.  I expect

04:11PM 10 I should be able to, unless something unforeseen happens, to be

04:11PM 11 able to easily finish those within the hour.  So that's why I set

04:11PM 12 this for 10:30, okay.

04:11PM 13    MR. MILLER:  Judge, we certainly appreciate your time.

04:11PM 14 Just so that everyone knows, we did make the request on the

04:11PM 15 vessel last night and this morning, and we didn't come right to

04:11PM 16 Your Honor.  We did make the request, but --

04:11PM 17    THE COURT:  Okay, and maybe you all could continue to

04:11PM 18 talk and maybe you'll resolve it among yourselves after this

04:11PM 19 conversation between now and tomorrow morning, okay?

04:11PM 20    MR. MILLER:  That would be great.

04:11PM 21    THE COURT:  In fact, Mr. Haycraft, I would suggest,

04:11PM 22 Mr. Haycraft?

04:11PM 23    MR. HAYCRAFT:  Yes.

04:11PM 24    THE COURT:  I would suggest that, you know, as soon as

04:11PM 25 you're able to, you make contact with your folks, whoever the

04:11PM  1   technical people are that you need to talk to, and if they

04:11PM  2   confirm what's been represented here, you can tell them that my

04:12PM  3   order is going to be that they should do what Mr. Miller is

04:12PM  4   asking for.  And they could begin doing it immediately rather

04:12PM  5   than wait until tomorrow if everybody is in agreement, okay?

04:12PM  6        MR. HAYCRAFT:  I understand, Your Honor.

04:12PM  7        THE COURT:  Great.  Everybody have a good day.  We'll

04:12PM  8   see you tomorrow.

04:12PM  9        MS. BERTAUT:  Judge?

04:12PM  10       THE COURT:  Yes.

04:12PM  11       MS. BERTAUT:  Carmelite Bertaut.  Before we hang up, we

04:12PM  12   had put a call in to James Washington, and I realize

04:12PM  13   unfortunately he's out for the day.

04:12PM  14       THE COURT:  James is actually on vacation.  The first

04:12PM  15   vacation he's gotten since he's been working here.

04:12PM  16       MS. BERTAUT:  That's wonderful.  But we wondered if

04:12PM  17   tomorrow's hearing, we didn't know if you were agreeable to a

04:12PM  18   conference call from folks in Houston at the MBI hearing if they

04:12PM  19   could participate by phone or if you're going to --

04:12PM  20       THE COURT:  Well, we're going to be in open court, so we

04:12PM  21   could probably do that.  I don't know.  I don't know how to set

04:13PM  22   that up.

04:13PM  23       MS. BERTAUT:  I would be happy to set it up and talk

04:13PM  24   with your staff.  I do have a call-in number set up already.  I

04:13PM  25   could circulate that and talk to your staff about having a phone

04:13PM 1   brought in.  If that's okay with you.

04:13PM 2             THE COURT:  All right.  Carmelite, why don't you call

04:13PM 3   back and talk to Irina, who is sitting right here, Irina Fox, and

04:13PM 4   she's helping me with this while James is out, and we'll

04:13PM 5   accommodate you.  I'm sure it's possible to do that some kind of

04:13PM 6   way.

04:13PM 7             THE CLERK:  Just please call me after this.  My

04:13PM 8   extension is 7531.

04:13PM 9             MS. BERTAUT:  Thank you, ma'am.

04:13PM 10            THE COURT:  Anything else, folks?  All right.  Have a

04:13PM 11  good day.  We'll see everybody in the morning.  Okay.

12            (WHEREUPON, the proceedings at 4:13 p.m. were

13   concluded.)

14                        *    *    *

15

16                   REPORTER'S CERTIFICATE

17       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Registered Professional Reporter, Certified Court
18   Reporter of the State of Louisiana, Official Court Reporter for
     the United States District Court, Eastern District of Louisiana,
19   do hereby certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from the
20   record of the proceedings in the above-entitled and numbered
     matter.

21

22                        *s/Cathy Pepper*
                         Cathy Pepper, CRR, RMR, CCR
23                       Official Court Reporter
                         United States District Court

24

25

## 1

**10:30** [9] - 23:7, 23:9,
  23:24, 25:5, 25:14,
  25:16, 25:20, 26:8,
  26:12
**1100** [1] - 2:11
**1201** [1] - 2:8
**1300** [1] - 2:17
**1615** [1] - 2:17
**1700** [1] - 2:8
**18** [1] - 23:8

## 2

**20** [1] - 1:5
**2010** [3] - 1:5, 1:7, 4:3
**20th** [1] - 14:11
**2179-1222** [1] - 1:6
**24** [1] - 12:16
**24/7** [1] - 8:14
**25** [2] - 1:7, 4:3

## 3

**300** [1] - 2:4
**3668** [1] - 1:16
**3700** [1] - 2:11
**3:30** [1] - 1:7, 25:2,
  25:17
**3D** [1] - 7:17

## 4

**4:13** [1] - 28:12

## 5

**5** [2] - 7:16, 7:20
**500** [1] - 3:3
**5000** [1] - 1:24
**504** [3] - 3:4, 21:20,
  21:21
**546** [1] - 2:14
**556** [1] - 1:16
**589-7779** [3] - 3:4,
  21:20, 21:21

## 6

**60654** [1] - 2:5

## 7

**701** [1] - 1:23

**70112** [1] - 2:18
**70113** [1] - 1:20
**70130** [2] - 2:15, 3:4
**70139** [1] - 1:24
**70163** [1] - 2:12
**70502** [1] - 1:17
**75270** [1] - 2:9
**7531** [1] - 28:8

## 8

**820** [1] - 1:19

## 9

**9:30** [1] - 26:9

## A

**abeyance** [2] - 23:9,
  23:24
**ability** [1] - 28:19
**able** [5] - 14:17, 25:1,
  26:10, 26:11, 26:25
**aboard** [1] - 8:24
**above-entitled** [1] -
  28:20
**access** [6] - 8:8, 15:5,
  15:19, 15:22, 16:3,
  16:20
**accommodate** [1] -
  28:5
**accommodating** [1] -
  5:22
**accomplishing** [1] -
  26:5
**accumulated** [1] -
  6:16
**action** [1] - 25:8
**actual** [2] - 10:13,
  22:25
**additional** [1] - 21:9
**address** [2] - 5:24,
  25:21
**adequate** [1] - 11:20
**advantage** [3] - 12:13,
  16:4, 23:6
**affected** [1] - 13:6
**afternoon** [6] - 5:8,
  5:24, 15:23, 25:14,
  25:17, 26:5
**agencies** [1] - 17:17
**agreeable** [1] - 27:17
**agreement** [1] - 27:5
**agreements** [1] -
  17:19
**ahead** [2] - 18:24,
  21:23

**Alan** [1] - 5:10
**ALAN** [1] - 2:7
**albeit** [1] - 7:19
**ALL** [1] - 1:8
**Allen** [2] - 15:14, 24:9
**alone** [2] - 25:11,
  25:12
**ALSO** [1] - 2:20
**alternative** [1] - 16:6
**Anadarko** [2] - 5:15,
  24:12
**analysis** [2] - 7:8, 7:17
**analyze** [1] - 15:11
**ANDREW** [1] - 2:3
**Andy** [1] - 4:22
**answer** [2] - 13:20,
  14:1
**APPEARANCES** [3] -
  1:13, 2:1, 3:1
**appeared** [1] - 15:25
**applies** [1] - 19:18
**appointed** [1] - 14:5
**appreciate** [4] - 5:19,
  5:21, 18:1, 26:13
**approach** [2] - 24:4,
  24:6
**appropriate** [3] -
  12:20, 24:1, 25:7
**APRIL** [1] - 1:5
**April** [1] - 14:11
**archived** [3] - 11:1,
  11:13, 16:15
**area** [1] - 6:4
**areas** [2] - 6:8, 8:1
**argument** [1] - 18:17
**arguments** [1] - 24:13
**ashore** [1] - 11:2
**aspect** [3] - 9:17, 9:19,
  9:24
**aspects** [1] - 22:25
**assistance** [1] - 4:20
**assuming** [1] - 22:17
**attitude** [1] - 18:16
**attorney** [2] - 5:6,
  17:16
**AUGUST** [2] - 1:7, 4:3
**available** [1] - 19:8
**AVENUE** [1] - 1:19
**avoid** [1] - 18:17
**avoiding** [1] - 17:16
**aware** [1] - 15:16

## B

**B406** [1] - 3:3
**BAAY** [1] - 2:20
**Baay** [1] - 4:18
**BARBIER** [1] - 1:11
**barred** [1] - 12:20

**Bartley** [1] - 5:12
**BARTLEY** [1] - 2:20
**basis** [3] - 9:23, 10:1,
  25:9
**Bates** [1] - 8:7
**bear** [1] - 15:20
**BECK** [4] - 2:21, 5:13,
  20:16, 24:2
**Beck** [3] - 5:13, 20:15,
  24:2
**BEFORE** [1] - 1:11
**begin** [2] - 26:9, 27:4
**beginning** [1] - 22:14
**behalf** [7] - 4:8, 5:3,
  5:10, 10:3, 15:14,
  21:14, 21:24
**belong** [1] - 22:13
**BERTAUT** [6] - 2:14,
  27:9, 27:11, 27:16,
  27:23, 28:9
**Bertaut** [2] - 5:13,
  27:11
**best** [3] - 11:5, 11:12,
  28:19
**better** [1] - 25:16
**between** [5] - 12:23,
  13:17, 13:24, 21:11,
  26:19
**blowout** [2] - 6:1,
  15:18
**Board** [4] - 5:3, 10:11,
  18:16, 20:11
**boat** [1] - 11:2
**bodies** [1] - 10:9
**BOP** [10] - 6:4, 6:7,
  7:19, 8:8, 8:13, 9:20,
  12:8, 14:10, 15:13,
  16:11
**bottom** [1] - 17:25
**BOX** [1] - 1:16
**BP** [37] - 4:21, 4:24,
  6:13, 6:20, 6:23,
  7:14, 8:24, 8:25, 9:5,
  9:7, 10:3, 10:5, 10:8,
  12:5, 12:24, 13:17,
  15:19, 16:25, 17:24,
  18:7, 18:21, 19:8,
  19:11, 19:13, 19:18,
  21:1, 21:2, 21:5,
  21:8, 22:8, 22:11,
  22:15, 22:16, 22:19,
  23:5, 23:14, 26:2
**BRAY** [3] - 2:23, 20:5,
  20:9
**Bray** [1] - 5:5, 20:4
**brought** [1] - 28:1
**burden** [2] - 20:25,
  23:13
**Bureau** [1] - 10:10
**burn** [8] - 7:10, 12:12,

13:1, 18:6, 18:8,
  20:18, 21:8, 21:9
**burned** [6] - 6:21,
  6:22, 8:23, 9:7,
  13:16, 22:20
**burning** [9] - 10:18,
  12:14, 12:24, 18:7,
  20:12, 20:21, 21:12,
  22:17, 23:19
**BY** [10] - 1:4, 1:15,
  1:19, 2:3, 2:7, 2:11,
  2:14, 2:17, 3:5, 3:6

## C

**call-in** [1] - 27:24
**camera** [2] - 6:3, 22:3
**cameras** [1] - 22:24
**Cameron** [3] - 5:14,
  19:20, 24:2
**Cameron's** [1] - 20:15
**candy** [1] - 11:2
**capacity** [1] - 5:2
**captured** [3] - 6:10,
  8:23, 15:2
**capturing** [1] - 6:4
**career** [1] - 17:16
**CARL** [1] - 1:11
**Carmelite** [3] - 5:13,
  27:11, 28:2
**CARMELITE** [1] - 2:14
**CARONDELET** [1] -
  2:14
**case** [1] - 24:8
**CASES** [1] - 1:8
**cataloged** [2] - 11:1,
  13:25
**Cathy** [4] - 21:19,
  28:17, 28:22
**CATHY** [1] - 3:3
**CCR** [2] - 3:3, 28:22
**CD** [3] - 6:18, 7:4, 18:6
**CDs** [2] - 8:23, 23:19
**certain** [2] - 5:24, 23:3
**certainly** [1] - 26:13
**CERTIFICATE** [1] -
  28:16
**Certified** [2] - 28:17,
  28:17
**certify** [1] - 28:19
**chain** [3] - 19:6, 19:13,
  19:23
**CHAMBERS** [1] - 4:4
**charge** [2] - 12:17
**Charles** [1] - 5:5
**CHARLES** [1] - 2:23
**cheap** [2] - 23:17,
  25:24
**CHICAGO** [1] - 2:5

**circulate** [1] - 27:25
**civil** [2] - 17:16, 22:12
**clear** [3] - 24:3, 24:8, 24:9
**CLERK** [1] - 28:7
**client** [3] - 15:7, 16:20, 17:5
**clients** [1] - 26:3
**co** [1] - 4:20
**co-counsel** [1] - 4:20
**Coast** [2] - 15:17, 20:6
**collected** [1] - 12:3
**collection** [3] - 10:15, 10:19, 16:23
**comfortable** [2] - 24:3, 24:6
**Command** [5] - 5:3, 6:12, 10:16, 12:6, 24:17
**Command/FBI** [1] - 6:20
**Commander** [2] - 5:4, 20:4
**COMMANDER** [1] - 2:23
**comment** [1] - 22:21
**commitment** [1] - 10:21
**company** [1] - 9:4
**compromise** [1] - 18:18
**computer** [1] - 7:4
**COMPUTER** [1] - 3:6
**computers** [1] - 6:22
**concern** [1] - 19:25
**concluded** [1] - 28:13
**conducted** [1] - 5:25
**conference** [2] - 23:13, 27:18
**confirm** [2] - 26:3, 27:2
**congressional** [1] - 9:22
**connection** [3] - 6:1, 9:21, 9:22
**consideration** [1] - 19:16
**consists** [1] - 6:6
**consulting** [1] - 15:8
**contact** [1] - 26:25
**context** [1] - 8:2
**continue** [1] - 26:17
**CONTINUED** [2] - 2:1, 3:1
**contractors** [1] - 22:24
**contradict** [1] - 18:5
**conversation** [1] - 26:19

**copied** [2] - 17:4, 17:20
**copies** [19] - 6:20, 7:10, 7:14, 8:4, 9:6, 9:11, 11:13, 11:14, 12:12, 12:14, 17:3, 17:4, 20:12, 20:19, 20:20, 20:22, 21:8, 21:9
**copy** [27] - 7:6, 9:9, 9:10, 13:1, 13:16, 13:18, 13:25, 14:13, 16:24, 17:2, 17:3, 17:5, 18:8, 19:7, 19:11, 19:22, 19:23, 20:22, 21:1, 21:2, 21:5, 21:12, 22:8, 22:18, 23:16, 23:18
**copying** [1] - 7:4
**correct** [5] - 8:21, 15:3, 23:21, 28:19
**correctly** [1] - 22:22
**COTLAR** [1] - 1:18
**counsel** [9] - 4:14, 4:20, 7:11, 7:21, 8:4, 14:6, 17:3, 23:5
**couple** [1] - 8:16
**court** [3] - 21:18, 22:12, 27:20
**COURT** [54] - 1:1, 3:3, 4:7, 4:10, 4:15, 4:25, 5:7, 5:16, 8:16, 8:22, 9:3, 9:8, 9:12, 9:17, 10:2, 12:22, 13:11, 14:15, 14:19, 14:23, 15:6, 16:7, 16:13, 16:18, 17:1, 17:5, 17:8, 17:12, 17:14, 18:1, 18:20, 18:24, 19:10, 20:3, 20:6, 20:15, 20:21, 21:4, 21:16, 21:20, 21:21, 22:14, 24:14, 25:18, 26:1, 26:17, 26:21, 26:24, 27:7, 27:10, 27:14, 27:20, 28:2, 28:10
**Court** [10] - 5:19, 15:16, 17:18, 18:18, 24:1, 28:17, 28:18, 28:18, 28:23, 28:23
**Court's** [2] - 12:17
**create** [1] - 20:25
**criminal** [1] - 26:8
**critical** [9] - 7:2, 7:13, 7:23, 9:17, 9:19, 9:25, 13:3, 13:7, 15:20
**CRR** [2] - 3:3, 28:22
**crux** [1] - 13:14

**custody** [3] - 19:6, 19:13, 19:23
**cut** [1] - 22:11

**D**

**DALLAS** [1] - 2:9
**data** [25] - 6:4, 6:6, 6:10, 6:16, 6:17, 6:21, 6:23, 7:1, 7:2, 7:6, 7:18, 8:9, 8:14, 9:2, 10:6, 10:15, 10:24, 11:5, 11:12, 12:3, 12:19, 14:12, 16:20, 19:20, 19:23
**date** [1] - 9:15
**DAVID** [2] - 2:20, 2:21
**David** [4] - 4:18, 4:20, 5:13, 24:2
**dealing** [1] - 14:9
**deals** [1] - 7:19
**dealt** [2] - 7:15, 7:16
**deciphering** [1] - 12:23
**decisions** [1] - 10:16
**DEEPWATER** [2] - 1:4, 6:11
**DEFENDANTS** [1] - 1:22
**defendants** [5] - 7:21, 14:4, 16:3, 20:19
**defense** [2] - 7:11, 14:6
**definition** [1] - 7:25
**delay** [1] - 13:23
**demanding** [1] - 12:4
**Department** [5] - 5:1, 5:5, 10:10, 10:21, 11:9
**described** [1] - 13:15
**diagrams** [1] - 7:17
**different** [4] - 10:19, 16:7, 16:8, 18:16
**difficult** [1] - 20:18
**difficulties** [1] - 15:12
**digital** [1] - 22:3
**directed** [1] - 11:9
**directly** [1] - 15:20
**discussed** [1] - 7:18
**dispute** [1] - 18:19
**distribute** [1] - 20:22
**distributed** [2] - 17:20, 18:13
**distributor** [1] - 22:10
**District** [3] - 28:18, 28:23
**DISTRICT** [3] - 1:1, 1:1, 1:12
**DOCUMENT** [1] - 1:8

**documentation** [2] - 7:1, 8:6
**documents** [1] - 19:18
**dog** [1] - 19:14
**DOMENGEAUX** [1] - 1:15
**DON** [1] - 1:22
**Don** [3] - 4:21, 10:4, 25:24
**done** [3] - 11:15, 14:8, 19:10
**down** [6] - 6:4, 6:8, 7:19, 9:5, 13:14, 14:20
**down-hole** [2] - 6:4, 6:8
**downloads** [1] - 22:4
**draft** [1] - 18:13
**drill** [4] - 7:16, 12:8, 15:25
**drive** [5] - 16:25, 19:8, 22:3, 22:4, 22:6
**during** [1] - 23:12
**DVD** [5] - 6:18, 9:6, 10:18, 12:12
**DVDs** [12] - 8:23, 10:8, 10:22, 11:2, 11:10, 12:14, 12:24, 15:4, 22:10, 22:17, 23:1, 23:20

**E**

**e-mail** [2] - 6:25, 23:12
**ease** [1] - 23:4
**easily** [1] - 26:11
**Eastern** [1] - 28:18
**EASTERN** [1] - 1:1
**easy** [4] - 7:3, 23:17, 25:24
**EDWARDS** [1] - 1:15
**effect** [1] - 20:9
**efforts** [1] - 24:21
**either** [2] - 11:2, 19:7
**ELLIS** [1] - 2:3
**Ellis** [1] - 4:23
**ELM** [1] - 2:8
**emergency** [1] - 25:8
**emergent** [2] - 25:9, 25:10
**employed** [1] - 9:24
**end** [1] - 25:23
**engage** [1] - 25:6
**entails** [1] - 25:23
**entitled** [1] - 28:20
**envelope** [1] - 21:12
**equipment** [2] - 14:12, 24:18
**ESQUIRE** [14] - 1:15,

1:19, 1:22, 2:3, 2:4, 2:7, 2:7, 2:11, 2:14, 2:17, 2:20, 2:20, 2:21, 2:22
**essentially** [1] - 9:8
**evaluating** [1] - 7:24
**evidence** [16] - 4:23, 6:25, 7:23, 8:6, 8:7, 9:25, 10:11, 10:19, 10:20, 11:8, 12:16, 12:17, 16:23, 17:23, 25:11
**exact** [1] - 9:9
**exactly** [3] - 13:16, 16:16, 25:23
**example** [1] - 15:23
**excuse** [1] - 22:1
**expect** [1] - 26:9
**expedition** [1] - 12:9
**expert** [1] - 16:11
**experts** [1] - 15:7
**explained** [1] - 22:15
**Express** [2] - 7:10, 21:12
**Expro** [1] - 9:5
**extension** [1] - 28:8
**extra** [5] - 7:10, 20:12, 20:18, 20:22
**eye** [2] - 24:23, 24:25

**F**

**fact** [8] - 7:14, 19:15, 23:4, 23:10, 23:17, 23:21, 25:6, 26:21
**facts** [3] - 18:3, 23:23, 25:6
**factual** [1] - 23:3
**fail** [2] - 13:2, 16:13
**failures** [1] - 15:12
**fashion** [2] - 11:5, 11:15
**FBI** [27] - 6:14, 9:7, 11:8, 11:10, 11:11, 12:25, 13:17, 16:11, 16:22, 16:24, 17:1, 17:6, 17:8, 17:16, 18:7, 18:15, 18:20, 19:14, 19:24, 20:10, 21:1, 21:7, 22:2, 22:11, 22:19, 24:17
**FBI's** [1] - 19:5
**fed** [2] - 8:20, 14:19
**Federal** [3] - 7:10, 10:10, 21:12
**feed** [1] - 8:22
**feeds** [2] - 8:19, 11:22
**few** [5] - 20:12, 20:18, 23:21, 25:3, 26:8

**fight** [1] - 19:15
**films** [1] - 7:17
**fine** [2] - 22:11, 25:22
**finish** [1] - 26:11
**first** [5] - 4:19, 14:16, 17:22, 26:7, 27:14
**fishing** - 12:8
**five** [2] - 12:15, 14:5
**flights** [1] - 21:11
**floating** [1] - 11:14
**floor** [1] - 8:19
**Floyd** [1] - 5:12
**FLOYD** [1] - 2:20
**fly** [1] - 11:14
**folks** [8] - 4:11, 4:12, 4:16, 9:24, 26:8, 26:25, 27:18, 28:10
**FOR** [2] - 1:15, 1:22
**forced** [1] - 16:5
**foregoing** [1] - 28:19
**forget** [1] - 16:15
**form** [1] - 11:13
**format** [1] - 9:15
**Fox** [1] - 28:3
**Friday** [1] - 7:15
**FRILOT** [1] - 2:10
**front** [1] - 13:17
**fully** [2] - 8:18, 18:1
**future** [1] - 9:16
**fuzzy** [1] - 14:22

## G

**GASAWAY** [1] - 2:4
**Gasaway** [1] - 4:22
**gathering** [1] - 23:10
**generally** [1] - 23:20
**generic** [1] - 8:13
**given** [2] - 11:11, 13:23
**goal** [1] - 17:25
**GODWIN** [1] - 2:6
**grainy** [1] - 14:22
**grant** [1] - 24:14
**great** [2] - 26:20, 27:7
**guarantee** [1] - 13:23
**Guard** [2] - 15:17, 20:6
**guess** [2] - 12:22, 14:23
**Guidry** [2] - 5:15, 24:12
**GUIDRY** [3] - 2:17, 5:15, 24:12
**GULF** [1] - 1:5

## H

**Halliburton** [7] - 5:11, 15:15, 15:19, 19:20, 23:5, 24:9
**hamper** [1] - 24:21
**hand** [4] - 12:24, 13:2, 21:8
**handed** [1] - 11:2
**handing** [2] - 12:14, 12:15
**hang** [2] - 17:24, 27:11
**happy** [5] - 7:9, 8:3, 20:24, 21:9, 27:23
**hard** [2] - 13:9, 16:24
**harm** [5] - 7:24, 8:5, 16:13, 16:14, 16:18
**hate** [1] - 15:6
**HAYCRAFT** [12] - 1:22, 4:21, 10:4, 16:17, 16:21, 17:2, 17:7, 17:10, 22:23, 24:24, 26:23, 27:6
**Haycraft** [11] - 4:21, 10:2, 10:4, 16:9, 16:13, 21:3, 22:15, 22:21, 24:14, 26:21, 26:22
**Haycraft's** [1] - 6:25
**headquarters** [1] - 11:20
**hear** [1] - 10:2
**HEARD** [1] - 1:11
**heard** [2] - 18:5, 25:10
**Hearing** [1] - 5:4
**hearing** [8] - 8:11, 15:23, 18:14, 19:17, 23:7, 25:13, 27:17, 27:18
**hearings** [5] - 15:17, 15:18, 16:12, 23:6, 26:9
**helicopter** [1] - 21:10
**helping** [1] - 28:4
**hereby** [1] - 28:19
**HERMAN** [3] - 1:18, 1:19
**Herman** [2] - 5:9, 24:5
**hesitation** [1] - 24:15
**high** [16] - 6:7, 6:17, 6:21, 7:6, 7:25, 8:9, 9:15, 11:4, 12:1, 13:5, 14:21, 15:1, 15:4, 25:11
**high-quality** [4] - 11:4, 12:1, 13:5, 25:11
**high-resolution** [8] - 6:7, 6:17, 6:21, 7:6,

8:9, 9:15, 14:21, 15:4
**highly** [1] - 11:15
**hit** [1] - 21:10
**hold** [2] - 23:9, 23:24
**hole** [4] - 6:4, 6:8, 7:19, 9:5
**homework** [1] - 25:23
**honestly** [1] - 17:18
**Honor** [46] - 4:8, 4:13, 5:2, 5:8, 5:10, 5:13, 5:19, 5:23, 6:2, 6:6, 6:7, 6:9, 6:15, 7:2, 7:9, 7:13, 7:24, 8:9, 8:25, 9:20, 10:5, 13:10, 13:14, 14:20, 15:4, 16:10, 17:13, 17:15, 18:11, 18:14, 18:23, 20:2, 20:5, 20:16, 20:24, 21:25, 23:2, 23:8, 23:16, 23:23, 24:2, 24:5, 25:5, 25:7, 26:16, 27:6
**Honor's** [2] - 7:15, 19:16
**HONORABLE** [1] - 1:11
**hope** [1] - 17:24
**hopefully** [1] - 19:3
**HORIZON** [2] - 1:4, 6:12
**hour** [4] - 5:21, 12:15, 23:13, 26:11
**hours** [4] - 12:15, 12:16, 23:8, 23:11
**Houston** [7] - 6:24, 10:25, 11:20, 13:24, 15:16, 21:2, 27:18

## I

**identify** [1] - 21:16
**identity** [1] - 22:23
**IL** [1] - 2:5
**imagery** [5] - 9:1, 11:5, 11:25, 12:1, 15:4
**images** [5] - 6:10, 10:17, 11:22, 13:5, 25:11
**imagine** [1] - 16:19
**immediately** [1] - 27:4
**importantly** [1] - 11:24
**IN** [3] - 1:4, 1:5, 4:4
**incident** [1] - 7:8
**inclined** [2] - 24:14
**includes** [1] - 6:6
**independent** [1] -

18:15
**inexpensive** [1] - 18:6
**information** [9] - 4:13, 6:21, 6:23, 7:3, 15:19, 15:22, 16:2, 16:4
**infrastructure** [1] - 7:5
**innocently** [1] - 22:1
**inquiry** [1] - 15:20
**inside** [1] - 12:7
**instant** [2] - 21:4, 21:15
**instantly** [5] - 9:18, 9:19, 13:7, 13:11, 13:12
**interest** [3] - 12:9, 19:5, 19:23
**interested** [1] - 26:1
**interfere** [5] - 18:9, 20:7, 24:16, 24:20, 25:3
**interfering** [1] - 20:14
**interim** [2] - 7:21, 14:5
**Interior** [1] - 5:6
**internal** [2] - 11:6, 12:5
**intrusion** [1] - 12:2
**investigating** [2] - 9:23, 12:7
**Investigation** [3] - 5:4, 10:10, 10:11
**investigation** [7] - 11:23, 12:5, 13:8, 15:21, 16:5, 19:7, 22:12
**investigations** [3] - 10:20, 11:6, 20:11
**investigative** [1] - 10:9
**involved** [3] - 5:20, 18:19, 26:5
**Irina** [2] - 28:3
**issue** [15] - 5:23, 7:13, 10:5, 10:18, 10:19, 12:10, 12:23, 14:3, 15:15, 16:8, 16:22, 17:23, 17:24, 19:1, 20:1
**issues** [7] - 8:11, 8:13, 9:23, 13:13, 14:11, 15:12, 23:3
**itself** [1] - 6:22

## J

**JAMES** [1] - 1:15
**James** [3] - 27:12, 27:14, 28:4
**Jeff** [1] - 5:5
**JEFF** [1] - 2:23

**JEFFERSON** [1] - 1:16
**JENNY** [1] - 2:7
**Jenny** [1] - 5:11
**Jim** [2] - 5:8, 24:5
**job** [1] - 11:9
**judge** [2] - 4:21, 26:13
**JUDGE** [1] - 1:12
**Judge** [5] - 10:4, 11:24, 15:14, 16:22, 27:9
**jurisdictional** [2] - 18:17, 18:19
**Justice** [4] - 5:2, 10:10, 10:21, 11:10

## K

**KATZ** [1] - 1:18
**keep** [1] - 15:6
**KERRY** [1] - 2:11
**Kerry** [11] - 4:8, 4:18, 8:17, 10:15, 12:10, 14:7, 14:15, 16:10, 23:1, 24:4, 24:10
**Kerry's** [1] - 24:13
**killed** [1] - 17:25
**kind** [5] - 7:18, 8:1, 9:1, 17:19, 28:5
**Kirkland** [1] - 4:22
**KIRKLAND** [1] - 2:3
**knows** [1] - 26:14
**KUCHLER** [1] - 2:16

## L

**LA** [7] - 1:17, 1:20, 1:24, 2:12, 2:15, 2:18, 3:4
**labeling** [1] - 8:7
**LAFAYETTE** [1] - 1:17
**LANGAN** [1] - 2:3
**Langan** [1] - 4:22
**laptop** [3] - 6:22, 7:4, 12:24
**laptops** [3] - 8:23, 11:14, 12:14
**LASALLE** [1] - 2:4
**last** [5] - 4:14, 7:15, 12:9, 14:5, 26:15
**lawyers** [1] - 23:10
**least** [2] - 18:4, 22:18
**legal** [1] - 10:8
**length** [1] - 12:21
**less** [1] - 21:5
**LEWIS** [1] - 1:22
**liable** [1] - 25:11
**liaison** [6] - 7:11, 7:21,

8:4, 14:6, 17:3
**LIEUTENANT** [1] - 2:23
**Lieutenant** [2] - 5:4, 20:4
**life** [1] - 24:21
**line** [5] - 4:11, 4:18, 4:22, 5:5
**LISKOW** [1] - 1:22
**listen** [1] - 4:17
**literally** [3] - 14:11, 23:11, 25:1
**litigants** [2] - 11:6, 12:10
**litigation** [5] - 5:2, 9:22, 10:23, 11:11, 16:6
**live** [6] - 11:18, 11:19, 11:22, 14:16, 14:18
**LLC** [1] - 2:13
**located** [1] - 6:11
**location** [2] - 6:11, 8:20
**look** [2] - 12:12, 14:2
**looking** [3] - 7:25, 14:3, 15:17
**lost** [1] - 13:5
**Louisiana** [2] - 28:18, 28:18
**LOUISIANA** [2] - 1:1, 1:6
**lunch** [1] - 23:13

## M

**ma'am** [1] - 28:9
**mail** [2] - 6:25, 23:12
**maintain** [1] - 19:14
**major** [2] - 5:16, 20:19
**manipulated** [1] - 13:6
**Marine** [3] - 5:3, 10:11, 18:16
**MARTINEZ** [1] - 2:7
**Martinez** [1] - 5:11
**material** [1] - 10:24
**matter** [8] - 7:4, 9:12, 18:6, 19:9, 20:25, 23:2, 23:11, 28:20
**matters** [2] - 5:20, 8:1
**MBI** [4] - 23:6, 25:13, 27:18
**MDL** [1] - 1:6
**mean** [2] - 13:8, 16:14
**meanwhile** [1] - 10:23
**measures** [1] - 11:10
**MECHANICAL** [1] - 3:5
**meets** [2] - 24:23, 24:25

**mentioned** [3] - 16:14, 23:4, 23:5
**Merit** [1] - 28:17
**MEXICO** [1] - 1:5
**MICHAEL** [1] - 2:22
**might** [2] - 4:16, 4:24
**Mike** [5] - 5:1, 14:7, 14:9, 17:15, 21:24
**miles** [1] - 5:21
**MILLER** [24] - 2:11, 4:8, 4:12, 4:18, 5:19, 8:21, 8:25, 9:4, 9:10, 9:14, 9:19, 13:10, 13:13, 14:9, 14:17, 14:20, 15:3, 15:11, 16:10, 20:24, 21:7, 25:21, 26:13, 26:20
**Miller's** [1] - 24:15
**million** [1] - 5:21
**minutes** [3] - 23:2, 23:21, 25:3
**mirror** [1] - 22:6
**MOEX** [1] - 5:15
**months** [1] - 11:17
**moreover** [1] - 25:3
**morning** [7] - 23:9, 25:20, 26:8, 26:9, 26:15, 26:19, 28:11
**most** [2] - 11:24, 16:24
**motion** [1] - 8:12
**moving** [1] - 5:21
**MR** [56] - 4:8, 4:12, 4:18, 4:21, 5:1, 5:8, 5:10, 5:13, 5:15, 5:19, 8:21, 8:25, 9:4, 9:10, 9:14, 9:19, 10:4, 13:10, 13:13, 14:7, 14:9, 14:17, 14:20, 15:3, 15:11, 15:14, 16:10, 16:17, 16:21, 17:2, 17:7, 17:10, 17:13, 17:15, 18:11, 18:22, 19:2, 19:12, 20:5, 20:9, 20:16, 20:24, 21:7, 21:14, 21:24, 22:23, 24:2, 24:5, 24:8, 24:12, 24:24, 25:21, 26:13, 26:20, 26:23, 27:6
**MS** [5] - 27:9, 27:11,

27:16, 27:23, 28:9
**murky** [1] - 8:1

## N

**name** [1] - 21:18
**narrow** [1] - 19:1
**nature** [3] - 7:18, 13:3, 13:7
**need** [6] - 4:15, 4:19, 20:10, 21:16, 23:10, 27:1
**needs** [2] - 19:14, 21:21
**neglected** [1] - 21:17
**neutral** [1] - 19:17
**never** [2] - 19:22
**NEW** [7] - 1:6, 1:20, 1:24, 2:12, 2:15, 2:18, 3:4
**new** [1] - 23:6
**next** [5] - 7:12, 10:17, 15:9, 21:13, 25:13
**night** [1] - 26:15
**nilly** [1] - 11:1
**NO** [1] - 1:6
**nothing** [2] - 23:24, 25:14
**Number** [1] - 13:22
**number** [2] - 21:19, 27:24
**numbered** [1] - 28:20

## O

**O'KEEFE** [1] - 1:19
**objection** [1] - 17:9
**obligation** [3] - 10:8, 10:9, 10:21
**obviously** [3] - 10:9, 24:1, 25:13
**occurred** [1] - 16:8
**ocean** [1] - 8:19
**Oceaneering** [1] - 9:1
**OF** [3] - 1:1, 1:5, 1:11
**offends** [1] - 8:6
**officer** [1] - 17:18
**offices** [1] - 12:25
**OFFICIAL** [1] - 3:3
**Official** [2] - 28:18, 28:23
**OIL** [2] - 1:4, 1:4
**old** [1] - 6:11
**ON** [1] - 1:5
**once** [2] - 19:7, 21:10
**ONE** [1] - 1:23
**one** [2] - 6:10, 8:20, 9:1, 9:7, 12:24, 13:1,

15:15, 16:3, 17:13, 18:7, 18:8, 19:1, 20:21, 21:8, 22:18, 22:19, 23:17
**ongoing** [4] - 9:21, 15:21, 16:4, 20:7
**open** [1] - 27:20
**operating** [3] - 6:3, 8:19, 25:8
**operation** [3] - 10:13, 12:8, 20:8
**operational** [1] - 10:17
**operations** [3] - 5:25, 8:14, 25:4
**opposed** [4] - 9:13, 9:15, 15:9, 23:15
**order** [12] - 7:15, 8:12, 10:16, 18:13, 18:15, 18:20, 18:22, 19:4, 19:16, 25:22, 27:3
**organization** [1] - 21:2
**organized** [8] - 11:1, 11:3, 11:12, 11:15, 13:25, 16:15, 16:17
**original** [10] - 6:23, 9:6, 9:10, 13:18, 19:7, 21:1, 21:7, 22:2, 22:6, 22:18
**ORLEANS** [7] - 1:6, 1:20, 1:24, 2:12, 2:15, 2:18, 3:4
**ought** [1] - 7:22
**ourselves** [1] - 18:24
**outlined** [3] - 24:4, 24:7, 24:10
**own** [5] - 7:8, 11:6, 11:10, 12:4, 12:25, 19:24

## P

**p.m** [1] - 28:12
**P.M** [1] - 1:7
**panel** [1] - 15:17
**paragraph** [4] - 7:16, 7:20, 7:22, 19:17
**part** [5] - 10:12, 10:13, 13:9, 16:23
**participate** [3] - 16:5, 25:1, 27:19
**participated** [1] - 4:14
**particular** [1] - 14:11
**particularly** [2] - 14:3, 26:2
**parties** [14] - 12:21, 12:23, 15:21, 18:12, 18:13, 19:18, 19:19, 19:21, 19:25, 20:1, 20:2, 21:13, 22:9,

26:1
**party** [2] - 19:8, 19:24
**penned** [1] - 10:5
**people** [5] - 14:15, 14:17, 14:25, 23:22, 27:1
**Pepper** [4] - 21:19, 28:17, 28:22, 28:22
**PEPPER** [1] - 3:3
**period** [1] - 11:3
**person** [1] - 4:23
**personally** [1] - 14:25
**personnel** [4] - 6:12, 6:13, 6:14, 8:24
**perspective** [1] - 17:22
**persuaded** [1] - 23:16
**pertain** [1] - 7:17
**pertains** [2] - 5:20, 5:24
**phone** [4] - 21:19, 26:4, 27:19, 27:25
**photograph** [1] - 10:14
**photography** [5] - 6:7, 10:15, 10:25, 14:22, 22:25
**physical** [2] - 4:23, 10:11
**picture** [1] - 15:24
**pictures** [1] - 6:19
**piece** [1] - 14:12
**pieces** [1] - 15:25
**PIGMAN** [1] - 2:13
**pipe** [4] - 7:16, 12:8, 15:25
**pipes** [1] - 15:25
**place** [1] - 7:23
**placed** [2] - 11:1, 23:14
**plaintiffs** [3] - 5:9, 7:21, 24:6
**PLAINTIFFS** [1] - 1:15
**plaintiffs'** [1] - 7:11
**players** [1] - 5:16
**plugged** [1] - 10:1
**point** [6] - 8:10, 11:24, 16:7, 16:19, 19:12
**POLK** [1] - 2:16
**position** [4] - 8:10, 20:15, 20:16, 24:11
**possess** [1] - 25:12
**possible** [4] - 8:2, 8:15, 11:5, 28:5
**potential** [1] - 15:12
**POYDRAS** [1] - 1:23, 2:11, 2:17, 3:3
**precedence** [1] - 19:4
**precise** [1] - 8:10

**precisely** [3] - 10:5, 10:7, 12:18
**prefer** [1] - 23:2
**prejudicial** [3] - 12:11, 13:21, 23:15
**PRESENT** [1] - 2:20
**present** [1] - 11:21
**preservation** [4] - 6:25, 8:6, 10:13, 10:20
**preserve** [1] - 19:6
**preserved** [5] - 11:4, 11:18, 12:4, 12:16, 12:18
**presume** [2] - 19:22, 22:3
**preventer** [1] - 6:1
**private** [3] - 12:10, 19:8, 19:24
**problem** [2] - 12:11, 19:3
**procedure** [3] - 22:8, 23:25, 24:10
**proceeding** [1] - 6:24
**PROCEEDINGS** [3] - 1:11, 3:5, 4:1
**proceedings** [2] - 28:12, 28:20
**process** [5] - 6:5, 10:12, 11:3, 22:12, 24:20
**PRODUCED** [1] - 3:6
**produced** [1] - 7:20
**Professional** [1] - 28:17
**progressing** [1] - 11:23
**prohibited** [1] - 12:20
**proper** [1] - 11:13
**properly** [1] - 11:12
**property** [1] - 9:20
**proposed** [2] - 18:22, 19:15
**protective** [2] - 8:12, 25:22
**protocol** [3] - 10:13, 11:16, 12:2
**provide** [7] - 8:4, 10:22, 11:4, 19:21, 19:25, 20:1, 22:8
**provided** [1] - 7:6
**provides** [1] - 19:19
**provoking** [1] - 23:13
**purported** [1] - 15:12
**purpose** [1] - 12:5
**purposes** [4] - 10:23, 10:24, 11:11, 11:21
**pursuant** [1] - 6:24
**put** [5] - 7:22, 11:13, 25:24, 27:12

**putting** [1] - 21:12

## Q

**quality** [4] - 11:4, 12:1, 13:5, 25:11
**questions** [3] - 8:17, 16:1, 18:4
**quibbling** [1] - 25:7
**quite** [2] - 11:17, 13:20

## R

**rather** [5] - 10:14, 11:15, 25:8, 25:17, 27:4
**raw** [2] - 16:19, 16:20
**RE** [1] - 1:4
**reached** [2] - 17:19, 18:18
**real** [2] - 11:24, 12:23
**realize** [1] - 27:12
**really** [6] - 5:20, 8:1, 10:18, 20:1, 22:11, 25:9
**Realtime** [1] - 28:17
**realtime** [10] - 6:4, 6:20, 8:3, 8:13, 8:19, 9:23, 10:1, 10:8, 11:8, 11:11
**reason** [3] - 10:7, 13:4, 23:14
**reasonable** [3] - 12:21, 13:7, 15:10
**receive** [1] - 20:19
**received** [1] - 15:1
**record** [4] - 24:3, 24:8, 25:16, 28:20
**RECORDED** [1] - 3:5
**recovery** [3] - 5:25, 20:8, 24:18
**refer** [1] - 4:20
**references** [1] - 10:15
**refute** [1] - 26:3
**Registered** [2] - 28:17, 28:17
**regular** [1] - 21:10
**RELATES** [1] - 1:8
**relevant** [3] - 19:18, 19:20
**rely** [1] - 4:24
**remote** [1] - 6:2
**RENAISSANCE** [1] - 2:8
**repeating** [1] - 15:6
**report** [1] - 25:5
**reported** [1] - 14:10

**Reporter** [6] - 28:17, 28:17, 28:18, 28:23
**reporter** [1] - 21:18
**REPORTER** [2] - 3:3, 21:20
**REPORTER'S** [1] - 28:16
**representation** [1] - 25:2
**representatives** [2] - 6:14, 7:7
**represented** [4] - 18:2, 18:4, 26:4, 27:2
**request** [7] - 6:18, 6:19, 18:10, 20:7, 24:15, 26:14, 26:16
**requesting** [1] - 24:1
**resolution** [13] - 6:7, 6:17, 6:21, 7:6, 7:25, 8:1, 8:9, 9:15, 13:5, 14:21, 15:2, 15:4
**resolve** [1] - 26:18
**respect** [1] - 13:13
**response** [1] - 16:1
**retained** [1] - 19:19
**retrieval** [5] - 5:24, 6:5, 8:8, 11:8, 12:8
**reverse** [1] - 12:13
**reversed** [1] - 25:15
**RICHESON** [1] - 2:16
**rig** [14] - 8:24, 9:5, 9:7, 9:11, 10:22, 11:14, 11:20, 12:2, 12:14, 13:17, 14:13, 14:17, 23:22, 25:12
**RIG** [1] - 1:4
**rigs** [2] - 6:10, 8:20
**riser** [1] - 15:24
**RMR** [2] - 3:3, 28:22
**Rob** [2] - 4:22, 4:23
**ROBERT** [2] - 2:4, 2:17
**Robert** [2] - 5:15, 24:12
**RONQUILLO** [1] - 2:6
**ROOM** [1] - 3:3
**ROVs** [3] - 6:2, 8:19, 9:4
**Roy** [2] - 5:8, 24:5
**ROY** [4] - 1:15, 1:15, 5:8, 24:5
**rule** [1] - 25:19
**ruling** [1] - 23:23

## S

**s/Cathy** [1] - 28:22
**satisfied** [1] - 21:4
**satisfy** [2] - 20:11

**scheduled** [2] - 16:11, 23:7
**SCHELL** [1] - 2:16
**scrambled** [1] - 25:1
**seconds** [3] - 7:4, 14:9, 21:1
**section** [1] - 7:22
**see** [12] - 7:23, 13:3, 16:13, 17:8, 18:17, 20:6, 20:13, 20:17, 24:21, 26:3, 27:8, 28:11
**seeing** [1] - 13:15
**sending** [2] - 6:23, 12:25
**sense** [1] - 12:11
**sensitive** [1] - 7:14
**sent** [2] - 4:13, 23:12
**sentencing** [1] - 26:9
**separate** [1] - 19:13
**set** [9] - 7:5, 26:11, 27:21, 27:23, 27:24
**several** [1] - 10:9
**shall** [1] - 7:20
**shape** [1] - 25:16
**SHELL** [1] - 1:23
**ship** [1] - 10:16
**shore** [3] - 12:15, 21:10, 21:11
**short** [1] - 11:3
**show** [2] - 23:14, 25:14
**showing** [1] - 23:15
**shown** [1] - 15:24
**similar** [1] - 20:16
**simple** [6] - 13:1, 14:14, 18:6, 21:11, 23:17, 25:24
**simply** [2] - 7:3, 16:2
**simultaneous** [1] - 21:5
**sitting** [1] - 28:3
**situation** [1] - 11:22
**slew** [1] - 4:12
**slow** [1] - 24:20
**solves** [1] - 19:3
**someone** [1] - 22:21
**sometime** [1] - 23:12
**soon** [7] - 8:15, 12:1, 14:1, 14:12, 26:7, 26:24
**sorry** [2] - 21:17, 21:23
**sort** [4] - 14:22, 20:9, 24:19, 25:8
**sounds** [5] - 5:17, 18:10, 23:17
**speaking** [3] - 4:24, 15:14, 15:24

**speaks** [1] - 15:15
**specialize** [1] - 9:1
**specific** [1] - 5:23
**specifically** [2] - 6:2, 7:16
**SPILL** [1] - 1:4
**spirit** [1] - 7:22
**SQUARE** [1] - 1:23
**staff** [2] - 27:24, 27:25
**stakes** [1] - 14:2, 14:10
**standpoint** [1] - 13:21
**start** [3] - 17:4, 23:25, 26:8
**started** [1] - 8:14
**State** [1] - 28:18
**STATES** [2] - 1:1, 1:12
**States** [2] - 28:18, 28:23
**STENOGRAPHY** [1] - 3:5
**STEPHEN** [1] - 1:19
**Steve** [2] - 5:9, 24:5
**still** [3] - 12:22, 13:3, 14:21
**STONE** [1] - 2:13
**stream** [1] - 11:19
**streams** [1] - 11:18
**STREET** [7] - 1:16, 1:23, 2:8, 2:11, 2:14, 2:17, 3:3
**strongly** [1] - 19:4
**subject** [1] - 18:14
**submitted** [2] - 18:22, 19:16
**subpoena** [1] - 10:12
**subpoenas** [1] - 9:22
**subsea** [1] - 10:13
**suggest** [6] - 18:11, 19:15, 21:25, 22:7, 26:21, 26:24
**suggested** [1] - 23:1
**suggestion** [2] - 19:2, 21:14
**SUITE** [4] - 1:24, 2:8, 2:11, 2:17
**summary** [1] - 8:9
**supplying** [1] - 11:21
**support** [2] - 24:10, 24:13
**suspect** [2] - 19:4, 22:4
**system** [1] - 22:4

## T

**tables** [1] - 25:15
**team** [2] - 11:8, 16:23
**technical** [5] - 4:19,

9:24, 22:25, 23:20, 27:1

**technology** [3] - 6:3, 7:5, 14:23

**tend** [1] - 13:2

**terms** [5] - 11:17, 13:20, 14:3, 24:18, 26:5

**testify** [1] - 16:11

**THE** [58] - 1:4, 1:5, 1:11, 1:15, 1:22, 4:7, 4:10, 4:15, 4:25, 5:7, 5:16, 8:16, 8:22, 9:3, 9:8, 9:12, 9:17, 10:2, 12:22, 13:11, 14:15, 14:19, 14:23, 15:6, 16:7, 16:13, 16:18, 17:1, 17:5, 17:8, 17:12, 17:14, 18:1, 18:20, 18:24, 19:10, 20:3, 20:6, 20:15, 20:21, 21:4, 21:16, 21:20, 21:21, 22:14, 24:14, 25:18, 26:1, 26:17, 26:21, 26:24, 27:7, 27:10, 27:14, 27:20, 28:2, 28:7, 28:10

**they've** [2] - 17:19, 19:22

**thinks** [1] - 24:1

**thirdly** [1] - 14:2

**THIS** [1] - 1:8

**three** [1] - 23:18

**timely** [1] - 8:2

**timing** [1] - 12:19

**TO** [1] - 1:8

**today** [3] - 15:8, 18:25, 20:2

**tomorrow** [13] - 8:12, 18:14, 18:23, 18:25, 23:9, 23:23, 25:5, 25:13, 25:16, 26:8, 26:19, 27:5, 27:8

**tomorrow's** [2] - 19:17, 27:17

**totally** [1] - 10:18

**TOWER** [1] - 2:8

**track** [1] - 16:6

**transcribing** [1] - 21:18

**TRANSCRIPT** [2] - 1:11, 3:5

**transcript** [2] - 21:22, 28:19

**Transocean** [24] - 4:9, 4:19, 6:13, 6:18, 6:19, 7:7, 7:9, 9:20, 10:6, 11:4, 11:5, 11:19, 11:25, 12:4,

17:2, 18:8, 19:9, 19:20, 20:17, 22:9, 22:10, 23:15, 26:2

**trouble** [1] - 12:23

**true** [3] - 17:7, 25:6, 28:19

**try** [1] - 18:17

**trying** [3] - 17:24, 20:25, 24:18

**two** [10] - 8:25, 9:5, 13:13, 13:22, 14:9, 15:25, 21:8, 22:15, 22:16, 23:18

**TX** [1] - 2:9

**type** [1] - 22:3

### U

**U.S** [3] - 5:1, 17:11, 21:25

**uncomfortable** [1] - 18:12

**under** [4] - 10:8, 10:12, 10:20, 10:21

**undergoing** [1] - 9:21

**Underhill** [9] - 5:1, 14:7, 17:10, 17:15, 19:10, 20:10, 21:23, 21:24, 26:2

**UNDERHILL** [11] - 2:22, 5:1, 14:7, 17:13, 17:15, 18:11, 18:22, 19:2, 19:12, 21:14, 21:24

**undersea** [1] - 16:11

**understood** [1] - 22:14

**underway** [2] - 6:5, 11:16

**unfair** [5] - 12:11, 15:19, 16:3, 16:4, 23:6

**unfairly** [1] - 23:14

**unforeseen** [1] - 26:10

**unfortunately** [1] - 27:13

**Unified** [6] - 5:3, 6:12, 6:20, 10:16, 12:6, 24:17

**UNITED** [2] - 1:1, 1:12

**United** [2] - 28:18, 28:23

**unknown** [1] - 9:15

**unless** [4] - 13:4, 18:9, 24:22, 26:10

**unreasonable** [1] - 18:10

**unusual** [2] - 11:22, 16:24

**up** [14] - 4:7, 6:17, 7:5, 8:20, 14:10, 17:24, 23:6, 23:11, 25:1, 25:6, 26:7, 27:11, 27:22, 27:23, 27:24

### V

**vacation** [2] - 27:14, 27:15

**various** [1] - 18:15

**vehicles** [1] - 6:3

**vendors** [5] - 8:25, 9:5, 22:15, 22:16, 22:24

**vessel** [15] - 6:12, 6:13, 6:14, 6:15, 6:16, 6:17, 6:22, 7:5, 7:7, 8:3, 11:9, 14:25, 15:1, 21:11, 26:15

**video** [12] - 6:3, 6:7, 6:19, 8:19, 8:22, 10:14, 11:17, 11:22, 14:16, 14:18, 14:22, 22:24

**videography** [1] - 10:25

**videotaped** [1] - 7:17

**videotaping** [1] - 10:14

**view** [1] - 11:20

**viewing** [1] - 14:25

### W

**wait** [4] - 8:11, 18:24, 25:19, 27:5

**WALLACE** [1] - 2:23

**Walls** [1] - 5:5

**WALTHER** [1] - 2:13

**wants** [3] - 10:3, 20:23, 22:10

**Washington** [1] - 27:12

**watch** [1] - 14:17

**watching** [1] - 14:16

**webcam** [1] - 11:18

**WEDNESDAY** [2] - 1:7, 4:3

**week** [9] - 4:14, 12:9, 14:5, 15:9, 15:16, 16:11, 16:12

**WEINER** [1] - 2:16

**whereby** [1] - 22:8

**WHEREUPON** [1] - 28:12

**whole** [3] - 4:12, 10:24, 11:16

**willy** [1] - 11:1

**willy-nilly** [1] - 11:1

**witness** [1] - 15:24

**WITTMANN** [1] - 2:13

**wondered** [1] - 27:16

**wonderful** [1] - 27:16

**workable** [1] - 25:19

**worried** [1] - 4:16

**WRIGHT** [1] - 1:15

### Y

**YORK** [4] - 2:7, 5:10, 15:14, 24:8

**York** [3] - 5:10, 15:14, 24:9

**yourselves** [2] - 21:16, 26:18