```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

 3    *****************************************************************

 4    IN RE:  OIL SPILL BY THE
      OIL RIG DEEPWATER HORIZON
 5    IN THE GULF OF MEXICO ON
      APRIL 20, 2010
 6                         MDL NO. 2179-1222 "J"
                           NEW ORLEANS, LOUISIANA
 7                         THURSDAY, AUGUST 26, 2010, 10:30 A.M.

 8    THIS DOCUMENT RELATES TO
      ALL CASES
 9
      *****************************************************************
10

11              TRANSCRIPT OF MOTION PROCEEDINGS
           HEARD BEFORE THE HONORABLE CARL J. BARBIER
12              UNITED STATES DISTRICT JUDGE

13
      APPEARANCES:
14

15    FOR THE PLAINTIFFS:      DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
16                             P. O. BOX 3668
                               556 JEFFERSON STREET
17                             LAFAYETTE, LA 70502

18
                               HERMAN HERMAN KATZ & COTLAR
19                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
20                             NEW ORLEANS, LA 70113

21
                               SHER GARNER CAHILL RICHTER
22                             KLEIN & HILBERT
                               BY:  JAMES M. GARNER, ESQUIRE
23                             909 POYDRAS STREET
                               28TH FLOOR
24                             NEW ORLEANS, LA 70112

25
```

1  APPEARANCES CONTINUED:

2

3                              LAW OFFICES OF ROBERT M. BECNEL
                               BY:  ROBERT M. BECNEL, ESQUIRE
4                              425 WEST AIRLINE HIGHWAY
                               LAPLACE, LA  70068.

5

6                              LAMBERT & NELSON
                               BY:  HUGH P. LAMBERT, ESQUIRE
7                              701 MAGAZINE STREET
                               NEW ORLEANS, LA 70130

8

9                              LEWIS KULLMAN STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQUIRE
10                             PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
11                             NEW ORLEANS LA  70130

12

13 FOR THE DEFENDANTS:          LISKOW & LEWIS
                               BY:  DON K. HAYCRAFT, ESQUIRE
14                                  R. KEITH JARRETT, ESQUIRE
                               ONE SHELL SQUARE
15                             701 POYDRAS STREET
                               SUITE 5000
16                             NEW ORLEANS, LA 70139

17

18                             FRILOT
                               BY:  KERRY J. MILLER, ESQUIRE
19                             1100 POYDRAS STREET, SUITE 3700
                               NEW ORLEANS, LA  70163

20

21                             KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQUIRE
22                             300 NORTH LASALLE
                               CHICAGO, IL 60654

23

24                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
25                             RENAISSANCE TOWER
                               1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270

```
 1  APPEARANCES CONTINUED:

 2

 3                          KUCHLER POLK SCHELL WEINER & RICHESON
                            BY:  ROBERT E. GUIDRY, ESQUIRE
 4                          1615 POYDRAS STREET, SUITE 1300
                            NEW ORLEANS, LA  70112
 5

 6                          BECK REDDEN & SECREST
                            BY:  DAVID J. BECK, ESQUIRE
 7                          ONE HOUSTON CENTER
                            1221 MCKINNEY STREET, SUITE 4500
 8                          HOUSTON, TX  77010

 9

10                          STONE PIGMAN WALTHER WITTMANN
                            BY:  CARMELITE M. BERTAUT, ESQUIRE
                            546 CARONDELET STREET
11                          NEW ORLEANS LA 70130

12

13  ALSO PRESENT:           MICHAEL UNDERHILL, ESQUIRE
                            LIEUTENANT COMMANDER JEFF BRAY
14                          CAPTAIN STEVE MCCLEARY
                            HEATHER KENNEALY

15

16                          SHARON SMITH, ESQUIRE
                            DUKE WILLIAMS, ESQUIRE
17                          NEIL NAZARETH, ESQUIRE
                            SCOTT BICKFORD, ESQUIRE

18

19                          MICHAEL PALMINTIER, ESQUIRE
                            STEPHEN KUPPERMAN, ESQUIRE
20                          JESSE GEORGE, ESQUIRE
                            FLOYD HARTLEY, ESQUIRE

21

22                          GARY RUSSO, ESQUIRE
                            DAVID TOSCANO, ESQUIRE
23                          GEOF BRACKEN, ESQUIRE

24

25
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
4                                   500 POYDRAS STREET, ROOM B406
                                    NEW ORLEANS, LA   70130
5                                   (504) 589-7779

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

M O R N I N G   S E S S I O N

THURSDAY, AUGUST 26, 2010

(COURT CALLED TO ORDER)

10:41AM  7  THE DEPUTY CLERK:  All rise.

10:41AM  8  THE COURT:  Good morning, everyone.

10:41AM  9  VOICES:  Good morning, Your Honor.

10:41AM  10  THE COURT:  Okay, I understand we have some folks on the

10:42AM  11  phone, too, listening in?

10:42AM  12  VOICE:  Yes, Your Honor.

10:42AM  13  THE COURT:  Eileen, do you have a list of who is on the

10:42AM  14  phone?  Right here?  Okay.  Six people.  I see.  All right.  Very

10:42AM  15  well, we have a list.

10:42AM  16  Okay.  Call the case, Eileen.

10:42AM  17  THE DEPUTY CLERK:  MDL Action Number 2179, In Re: Oil

10:42AM  18  Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on

10:42AM  19  April 20, 2010.

10:42AM  20  THE COURT:  Where is that noise coming from?  Is that

10:42AM  21  over the phone?

10:42AM  22  THE DEPUTY CLERK:  Yes, it is.

10:42AM  23  THE COURT:  You guys on the phone are going to have to

10:42AM  24  be quieter because you're making noise here the courtroom.  I

10:42AM  25  don't know who is responsible for that.

10:42AM 1          We're here this morning at the request, actually on

10:42AM 2   a motion and request for expedited hearing by Transocean.  It's

10:43AM 3   actually a joint Motion for Protective Order filed by Transocean,

10:43AM 4   Anadarko and MOEX, relating to protecting evidence in the case

10:43AM 5   with respect to the blowout preventer.  Also, first, yesterday

10:43AM 6   afternoon we had a phone conference.  I indicated to counsel that

10:43AM 7   I would first take up the matter that we discussed in that phone

10:43AM 8   conference.  So I don't know who wants to go first, Mr. Haycraft?

10:43AM 9          MR. HAYCRAFT:  Yes, thank you, Your Honor.  Don Haycraft

10:43AM 10  for BP.  Mr. Miller and I reached agreement both last night and

10:43AM 11  then this morning.  We finalized it in writing, and the

10:43AM 12  agreement, basically copies of the DVDs will be provided to

10:43AM 13  Transocean, who will then make copies for interested parties.

10:44AM 14         THE COURT:  Okay.  Is that satisfactory to you,

10:44AM 15  Mr. Miller, and all other interested parties?

10:44AM 16         MR. MILLER:  Yes, Your Honor, that is a satisfactory

10:44AM 17  outcome, and we appreciate the Court's assistance and the

10:44AM 18  assistance of Mr. Haycraft in getting it done.  We just want to

10:44AM 19  make sure we get this implemented as soon as possible because it

10:44AM 20  does deal with the videography and the imagery that's happening

10:44AM 21  now.

10:44AM 22         THE COURT:  You said something about that this agreement

10:44AM 23  is in writing.  Is this going to be filed in the court records or

10:44AM 24  is this an agreement between counsel?

10:44AM 25         MR. HAYCRAFT:  No, Your Honor.

10:44AM 1          MR. MILLER:  It's an agreement between counsel,

10:44AM 2    Your Honor.

10:44AM 3          THE COURT:  So there is no action that I need to take

10:44AM 4    right now.

10:44AM 5          MR. MILLER:  Not at the moment, Your Honor.  Thank you.

10:44AM 6          THE COURT:  Mr. Herman.

10:44AM 7          MR. HERMAN:  Good morning, Your Honor, Steve Herman for

10:44AM 8    the plaintiffs.  We just want to clarify that the plaintiffs are

10:44AM 9    interested parties because there was some, perhaps, confusion

10:44AM 10   about that before.

10:44AM 11         MR. MILLER:  No, Your Honor, the agreement I reached

10:44AM 12   with Mr. Haycraft and based on the call we had yesterday, it is

10:44AM 13   true that Transocean is going to assume the role of getting a

10:45AM 14   copy of the DVDs as they are copied aboard the ENTERPRISE vessel.

10:45AM 15   We have a designee who is going to be responsible with making

10:45AM 16   copies, getting the copies to someone onshore who can then

10:45AM 17   basically put them into Federal Express envelopes and get them to

10:45AM 18   all liaison counsel the next day.

10:45AM 19         THE COURT:  Okay.

10:45AM 20         MR. HERMAN:  Thank you, Your Honor.

10:45AM 21         THE COURT:  Okay.  Any other matters before we take up

10:45AM 22   the BOP issue?

10:45AM 23         Mr. Miller, where do we stand on that?  I received

10:45AM 24   several documents by e-mail.  I think the first thing I had

10:45AM 25   received was actually from Mr. Haycraft, a draft BOP recovery

10:45AM  1   order which Mr. Haycraft represented was put together by

10:46AM  2   Mike Underhill on behalf of the DOJ and Mr. Haycraft, a proposed

10:46AM  3   order.  And then this morning I received additional, somewhat

10:46AM  4   voluminous e-mail files of the protocol for recovery of the BOP.

10:46AM  5   I'll confess that I've not had a chance to read all this

10:46AM  6   technical data or much less try to digest it or understand it.

10:46AM  7   But that these are two different protocols, one being, as I

10:46AM  8   appreciate it, for the plan to remove the drill pipe, drill

10:46AM  9   string, first from the blowout preventer and then remove the

10:46AM 10   blowout preventer itself.

10:47AM 11              And the second alternative or backup contingency

10:47AM 12   plan would be, I don't know, maybe you all can update me on that

10:47AM 13   because I heard something this morning that they were still

10:47AM 14   trying to figure out how to get the drill string up through the

10:47AM 15   blowout preventer.

10:47AM 16        MR. HAYCRAFT:  That's my understanding, but I know no

10:47AM 17   more than what Admiral Allen has disclosed in his latest

10:47AM 18   briefing, but I do believe the BOP recovery is reasonably

10:47AM 19   imminent.

10:47AM 20              THE COURT:  One way or the other.

10:47AM 21              MR. HAYCRAFT:  One way or the other.

10:47AM 22              THE COURT:  With or without the drill string in it.

10:47AM 23              MR. MILLER:  Your Honor, that's why we filed a motion

10:47AM 24   for expedited hearing the other day is because that was the word

10:47AM 25   we got that the BOP retrieval was imminent and is likely to

10:47AM 1   happen at some point next week, so we wanted to get it before the

10:47AM 2   Court in ample time.

10:47AM 3          THE COURT:  So where do we stand on this?

10:47AM 4          MR. MILLER:  Your Honor, I think where we stand is, and

10:47AM 5   I know Don submitted to you a proposed order yesterday,

10:47AM 6   Transocean, Halliburton, Anadarko, Weatherford, and interim

10:48AM 7   plaintiffs' counsel are opposed to the order that Transocean --

10:48AM 8   that BP and the Department of Justice submitted to Your Honor

10:48AM 9   yesterday.

10:48AM 10         We would like to see an order entered consistent

10:48AM 11  with the Motion For Protective Order we filed last week now that

10:48AM 12  we're into the BOP phase, Your Honor.  And this is directly

10:48AM 13  related to the BOP, and it would be an order modifying your

10:48AM 14  Pretrial Order Number 1, paragraph 14, as it specifically relates

10:48AM 15  to BOP issues.

10:48AM 16         Your Honor, the fundamental differences that

10:48AM 17  Transocean and the others have with the plan of BP and the DOJ

10:48AM 18  relate to three fundamental issues as I see it:  One is scope and

10:48AM 19  timing, Your Honor.  Number two is input.  And number three is

10:48AM 20  judicial recourse.

10:48AM 21         On the issue of scope and timing, the position

10:48AM 22  advanced by BP and DOJ yesterday wants to segment out various

10:49AM 23  aspects of the BOP recovery, handling, storage and ultimately

10:49AM 24  testing.  And what they are focused on is the first step or two.

10:49AM 25         THE COURT:  Just getting it retrieved, transported and

10:49AM 1    preserved and stored somewhere, putting off the issues relating

10:49AM 2    to testing and that sort of thing.

10:49AM 3         MR. MILLER:  I'm not quite sure that's exactly it, but

10:49AM 4    certainly --

10:49AM 5         THE COURT:  That's what I understood.

10:49AM 6         MR. MILLER:  It may cut off at storage as opposed to

10:49AM 7    testing.  But certainly the issue of unlatching it from the

10:49AM 8    bottom of the ocean, bringing it up to the surface, and getting

10:49AM 9    it aboard a vessel are covered by what BP and DOJ submitted.

10:49AM 10        And really, Your Honor, we don't have a problem

10:49AM 11   with those issues.  We're really focused in on what happens when

10:49AM 12   that massive BOP hits the surface.  Because once it hits the

10:49AM 13   surface, Your Honor, the issues with respect to well control and

10:49AM 14   environmental safety are no longer relevant to the old BOP.  It's

10:49AM 15   on the surface, they are going to put a new BOP down there, and

10:50AM 16   the issues with respect to environmental safety and well control

10:50AM 17   ought to be done by the time it hits the surface.  And by no

10:50AM 18   means do we want to interfere with well control and environmental

10:50AM 19   safety.

10:50AM 20        Your Honor, but once it hits the surface, it

10:50AM 21   becomes, as I understand it, the most important piece of physical

10:50AM 22   evidence that we have in this case.  And I know there are all

10:50AM 23   kind of parallel universes here:  There are Congressional

10:50AM 24   investigations, there are Marine Board investigations, but there

10:50AM 25   is a large MDL proceeding before Your Honor.  And the way we see

10:50AM 1    it is, if this thing is going to come up next week and then it's

10:50AM 2    going to be transported and then there are going to be testing

10:50AM 3    protocols, it's very important, and we have the benefit in this

10:50AM 4    very important case of having critical evidence before us.  And

10:50AM 5    we think all measures should be taken to preserve the evidence.

10:50AM 6           I analogize it in my mind, I watch the Discovery

10:50AM 7    Channel at night sometimes, and when they have these organ

10:50AM 8    transplant procedures and they show the liver or the lung and how

10:51AM 9    it's transported from donor to donee and the care that's taken

10:51AM 10   because it's so critical, I really analogize the handling of the

10:51AM 11   BOP to that kind of situation because it appears, Your Honor,

10:51AM 12   that there just a disconnect on what's the best way to preserve

10:51AM 13   the BOP, what's the best location to preserve the BOP, and that's

10:51AM 14   really where our concerns kick in and our differences, I guess,

10:51AM 15   kick in.

10:51AM 16          So what our motion calls for, Your Honor, in

10:51AM 17   general, is input from all the interested parties into what

10:51AM 18   happens to the BOP once it's stored, until the point that there

10:51AM 19   is a testing protocol and the actual testing is conducted.

10:51AM 20          And what we want, Your Honor, is we want, and when

10:51AM 21   I say we, I mean collectively, we, all folks that have signed on

10:51AM 22   to the Motion For Protective Order, so Transocean, Anadarko,

10:51AM 23   Halliburton, Weatherford, and the interim plaintiffs' liaison

10:51AM 24   counsel, is we want to have input.  And our input wants to begin,

10:51AM 25   Your Honor, at the facility of where this BOP is tested.  We

10:51AM   1   heard last week, Your Honor, where this BOP is going to be moved
10:52AM   2   to.
10:52AM   3               THE COURT:  You mean input with respect to where it's --
10:52AM   4               MR. MILLER:  Where it's going to be stored.  Correct.
10:52AM   5   Because the concern, Your Honor, is when this thing hits the
10:52AM   6   surface, it will begin to corrode.  That's just the way it goes.
10:52AM   7   It will also begin to be under attack by biological organisms.
10:52AM   8               There are ways, I'm told, by engineers that BOPs
10:52AM   9   are preserved in the normal course of business.  A BOP has never
10:52AM  10   been preserved at the NASA Michoud Facility on Chef Menteur
10:52AM  11   Highway, not ever.
10:52AM  12               And what we learned in the last week, Your Honor,
10:52AM  13   when we talked to you, I guess on Thursday or Friday morning, was
10:52AM  14   that the BP/DOJ plan was to bring it to the Stennis Space Center
10:52AM  15   in Bay St. Louis.
10:52AM  16               THE COURT:  That's what was said in the phone call.
10:52AM  17               MR. MILLER:  Well, that changed a couple of hours after
10:52AM  18   that.
10:52AM  19               THE COURT:  Then what I saw in the paperwork was they
10:52AM  20   are still talking about Michoud.
10:52AM  21               MR. MILLER:  Now they are going back to Michoud.  Let me
10:52AM  22   give you some more details of what we understand the issue at
10:52AM  23   Michoud to be.  Michoud does not currently have a facility to
10:53AM  24   house the BOP, so they are going to put this BOP next week aboard
10:53AM  25   a vessel, bring the vessel to the dock at Michoud, temporarily

10:53AM 1   house it at the dock while they construct a facility for the BOP.

10:53AM 2              Now, this constructed facility, based on the

10:53AM 3   description I have, is going to basically be an aluminum-walled

10:53AM 4   warehouse with a tarp or a tin roof on top of it.  There are

10:53AM 5   issues with respect to the BOP, Your Honor, at BOP facilities

10:53AM 6   where it's connected.  Our experts, consultants tell us that

10:53AM 7   fluids need to cycle through a BOP while it's being preserved.

10:53AM 8              I think there is a means, while it's on the barge,

10:53AM 9   that folks are in agreement on as to how it's preserved with

10:53AM 10  these internal fluids.  But I'm not sure there is a plan at

10:53AM 11  Michoud, this process in the facility that has the fluids.

10:53AM 12             Your Honor, there are concerns about the crane

10:53AM 13  capacity at Michoud.  Apparently the crane at Michoud had

10:53AM 14  difficulty lifting the riser pipe.  The BOP is 350 tons.  It's 50

10:54AM 15  stories high.  It's the size of a building.  We're not quite sure

10:54AM 16  they have a capacity to lift it and move it and handle it.

10:54AM 17             THE COURT:  50 stories high?

10:54AM 18             MR. MILLER:  50 feet high.  Five stories high, sorry.

10:54AM 19  It's not that big.

10:54AM 20             THE COURT:  I'm not that good at math but that sounded

10:54AM 21  off to me.

10:54AM 22             MR. MILLER:  I'm prone to exaggeration.

10:54AM 23             THE COURT:  It's still a big device.

10:54AM 24             MR. MILLER:  It's a big device.  It's a big, heavy,

10:54AM 25  unwieldy device.  There are yards, facilities that handle BOPs

10:54AM 1    for a living.  Currently, we think that's the most appropriate

10:54AM 2    place for this thing to go.  Do we have a specific location in

10:54AM 3    mind?  I think we have a couple.  We would be happy to present

10:54AM 4    that to Your Honor.

10:54AM 5            If we can't reach agreement on this, Your Honor,

10:54AM 6    this evidence is so important, I could envision Your Honor

10:54AM 7    undertaking an evidentiary hearing on the issue on BOP

10:54AM 8    preservation.  And the evidence is that critical.

10:54AM 9            And where things stand right now, from my client's

10:55AM 10   perspective, we don't think the current plan, with respect to

10:55AM 11   storage of the BOP, is suitable, is the most suitable way to

10:55AM 12   store it and the best way to minimize damage to the evidence.

10:55AM 13   And really, that's what this motion hearing is about.

10:55AM 14        THE COURT:  Have you had discussions with Mr. Haycraft?

10:55AM 15        MR. MILLER:  Lots of things go on, Your Honor.  Things

10:55AM 16   move at a million miles an hour.  We have a lot of technical

10:55AM 17   folks that we have to talk to, but we want to get this issue in

10:55AM 18   front of the Court sooner rather than later.

10:55AM 19           Yes, we've exchanged e-mails, exchanged orders,

10:55AM 20   exchanged discussions.  It's going to take more than Mr. Haycraft

10:55AM 21   and I being able to sit down ourselves and try and iron this

10:55AM 22   thing out.  We've got a lot of folks that need to come to the

10:55AM 23   table.

10:55AM 24           And really, what we're asking for is what you put

10:55AM 25   in your minute entry of last week, which is input, and

10:55AM  1  ultimately, if the input is not working out, look, everybody is

10:55AM  2  emotional about this issue, it's highly charged and important to

10:55AM  3  all stake holders.  We have a place where we can come to have a

10:56AM  4  determination made of what happens to the BOP once it hits the

10:56AM  5  surface.  And the place we want to come, Your Honor, is your

10:56AM  6  courtroom.  And if ultimately the parties can't work it out, we

10:56AM  7  would like for Your Honor to decide what's the best way to

10:56AM  8  preserve the BOP.

10:56AM  9          On the issue of scope, the other issue of scope, we

10:56AM 10  think we ought to tackle the issue of testing now.  We don't

10:56AM 11  think we ought to wait until the BOP is lifted up and stored.

10:56AM 12          Certainly the priorities getting it up, wellhead

10:56AM 13  safety and environmental safety, but Your Honor, again, what we

10:56AM 14  don't want to have happen is, is to have the BOP up, have it at a

10:56AM 15  facility that's agreed to or that's ordered by the Court and then

10:56AM 16  commence getting the first draft of the testing protocol.  We

10:56AM 17  understand that, you know, a contractor has to take the first

10:56AM 18  draft, but, again, the relief that we're seeking is that when

10:57AM 19  there are drafts ready to be shared, they are shared with all

10:57AM 20  liaison counsel so that input could be provided.

10:57AM 21          I know when we see Your Honor next month in

10:57AM 22  September, you're going to talk about proceeding to litigation.

10:57AM 23  I'm not quite sure on a merits basis how much process we can make

10:57AM 24  if we don't have a testing protocol in place and we have this BOP

10:57AM 25  evaluated.  This BOP is being looked at, Your Honor, really very

10:57AM 1    closely on the issue of causation.  You know, we think it's very

10:57AM 2    important.

10:57AM 3         Your Honor, a couple of other points that we have,

10:57AM 4    or differences that we have, and Your Honor, I'm happy to submit

10:57AM 5    a proposed order on behalf of Transocean and Anadarko and

10:57AM 6    Halliburton, Weatherford and interim plaintiffs' counsel.

10:57AM 7         THE COURT:  What you're talking about so far is not

10:57AM 8    exactly what you covered in the order that was attached to your

10:57AM 9    motion.

10:57AM 10        MR. MILLER:  Yes, Your Honor, we have an updated order

10:57AM 11   and it really, because when we filed the motion, we were both

10:58AM 12   dealing with drill pipe and BOP issues.  We got over drill pipe,

10:58AM 13   at least last week, and so now we're just singularly focused in

10:58AM 14   on BOP issues.  So I would like to submit a revised order to the

10:58AM 15   Court that's focused only on BOP issues.  And really the issue is

10:58AM 16   the BOP, once it hits the surface and then where it goes from

10:58AM 17   there along the way.

10:58AM 18        But the order we would like the Court to enter

10:58AM 19   states that all physical evidence recovered from the BOP stack

10:58AM 20   will be preserved according to a protocol issued after Court,

10:58AM 21   this Court receives input from the parties of interest,

10:58AM 22   number one.

10:58AM 23        Issue number two is regular updates of the

10:58AM 24   retrieval process.  That's really what yesterday's phone call was

10:58AM 25   about, to get these regular photographic updates of what's going

10:58AM 1    on in the retrieval process, and I think we've accomplished that.

10:58AM 2         Number three is there will be no testing related to

10:58AM 3    the investigation into the cause of the BOP failure, including

10:59AM 4    physical testing.

10:59AM 5         Now, when you look at my proposed order versus the

10:59AM 6    proposed order submitted to Mr. Haycraft, they just deal with

10:59AM 7    physical and destructive testing.  We're saying no testing into

10:59AM 8    the cause until we have a protocol that's entered by the Court.

10:59AM 9         Your Honor, we would also like to have, on behalf

10:59AM 10   of all liaison counsel, 14 days notice, notice of 14 days to

10:59AM 11   review the initial testing protocol as confected by the

10:59AM 12   governmental contractor and the ability to provide input, the

10:59AM 13   ability to seek court relief during that process, if we have to.

10:59AM 14        Ultimately, Your Honor, in the event that the

10:59AM 15   parties and interests cannot agree on a draft testing protocol,

10:59AM 16   we would like to have the Court issue its own protocol.

10:59AM 17        THE COURT:  Okay.  All right.  Do you have such a

10:59AM 18   proposed order in writing yet?

10:59AM 19        MR. MILLER:  I have a proposed order, Your Honor.  There

10:59AM 20   is one revision I need to make, but I could submit that to the

11:00AM 21   Court after lunch today.

11:00AM 22        THE COURT:  Okay, let me hear from, I guess,

11:00AM 23   Mr. Haycraft, whoever wants to speak with regard to what was just

11:00AM 24   said.

11:00AM 25        MR. HAYCRAFT:  Thank you, Your Honor.

11:00AM  1        THE COURT:  First of all, is the current plan to go to

11:00AM  2   Michoud or Stennis?

11:00AM  3        MR. HAYCRAFT:  Michoud.  To the NASA facility.  And my

11:00AM  4   understanding of that, Your Honor, is that, first of all,

11:00AM  5   Transocean has a place at the table at the Unified Command, and

11:00AM  6   my understanding is engineers from many, many, many interested

11:00AM  7   parties, including various government agencies, have been

11:00AM  8   considering in engineering meetings where to store the BOP and

11:00AM  9   that ultimately, about this time last week, they landed on

11:00AM 10   Michoud as the place to store it.

11:00AM 11        I'm not an engineer, and I don't know all the

11:00AM 12   technical issues about the building that the BOP is going to be

11:01AM 13   stored at, but I know that the process that was arrived at, where

11:01AM 14   the BOP is to be landed, was a carefully thought-out one with

11:01AM 15   input from all interested parties, including Transocean and

11:01AM 16   Cameron and certainly BP and various governmental agencies, the

11:01AM 17   Department of Justice and so on.

11:01AM 18        Mike Underhill with the Department of Justice,

11:01AM 19   perhaps, can address that in more detail.  I think Your Honor can

11:01AM 20   see in the courtroom, there are some Coast Guard and other

11:01AM 21   governmental attorneys, and they may have more detailed

11:01AM 22   information about the storage facility.

11:01AM 23        I think the most important goal that BP has,

11:01AM 24   obviously, we share with Mr. Miller and every party to this

11:01AM 25   litigation the desire to take whatever step is necessary to

11:01AM  1    properly preserve the BOP.  No one disagrees with any of

11:01AM  2    Mr. Miller's contentions in that regard.

11:01AM  3           The question is the process.  And the way the

11:02AM  4    process works is that the Unified Command has control.  No party

11:02AM  5    to this litigation has control.  And the Unified Command has a

11:02AM  6    process, an engineering process and a technical process with many

11:02AM  7    layers and levels of technical review.  And that process has

11:02AM  8    resulted in a revised protocol that exists today, but I'm sure it

11:02AM  9    will be revised again.

11:02AM 10           If the Unified Command and the engineers and the

11:02AM 11    scientists and the government and the responsible parties is in

11:02AM 12    court all the time, I don't think that would be a beneficial

11:02AM 13    process.  I'm sure Your Honor has the greatest interest and

11:02AM 14    respect for the process, and we would all probably like to take a

11:02AM 15    hand at this or that, but there is a process, and it is a process

11:02AM 16    designed to preserve the evidence.  It's, first and foremost is

11:02AM 17    once the well-control situation is in hand and progress is being

11:03AM 18    made, then the BOP breaks the surface, gets on a transport

11:03AM 19    vessel, and gets to the shore, and the unified command has a plan

11:03AM 20    for all of that.

11:03AM 21           Our interest is in, as Kerry put it, segmenting.

11:03AM 22    That's correct.  We want to do this in steps.  Last week we

11:03AM 23    discussed the fishing operation.  This week we're discussing the

11:03AM 24    BOP retrieval and the protective order that BP counsel and the

11:03AM 25    United States counsel have confected and proposed and circulated

11:03AM  1   is an order that addresses the recovery, the putting on the boat,

11:03AM  2   and the safety measures to be taken on the boat to protect the

11:03AM  3   BOP, and the landing of the BOP at the NASA facility.

11:03AM  4           Mr. Miller and Transocean and the other parties

11:03AM  5   would suggest, Let's have a constant review process with them,

11:04AM  6   the litigants, the private litigants and the civil litigation and

11:04AM  7   this Court to be involved in the retrieval.  There is a provision

11:04AM  8   in the proposed order that Mr. Miller will submit on the

11:04AM  9   retrieval process.

11:04AM 10           The storage process, well, we've heard Mr. Miller

11:04AM 11   give some detail on their proposal of having the Court ultimately

11:04AM 12   decide if all the parties couldn't agree on the storage location,

11:04AM 13   and then, probably the most tricky of them all, which is the

11:04AM 14   testing protocol.

11:04AM 15           And my view last week and my view this week is, the

11:04AM 16   testing protocol is going to be a difficult issue.  I have no

11:04AM 17   doubt whatsoever that there will be a motion practice dealing

11:04AM 18   with the testing protocol.

11:04AM 19           I think the stakes are high and the parties

11:04AM 20   naturally are going to occasionally look to counsel and to Court.

11:04AM 21   But I think we need to separate that issue.  That could be next

11:04AM 22   week's issue.  This week we need to just bite off the retrieval,

11:05AM 23   the landing of the BOP on the beach and address that.  And the

11:05AM 24   proposed order that we submitted to the Court yesterday

11:05AM 25   accomplishes that, puts preservation at the very highest

11:05AM  1   priority, and does not involve this Court in micromanaging that

11:05AM  2   process.

11:05AM  3            And if, Your Honor, I would respectfully submit,

11:05AM  4   Your Honor, that Mr. Underhill, Department of Justice, I know

11:05AM  5   has, desires a lot of input into this, and I would like to turn

11:05AM  6   the podium over to Mr. Underhill.

11:05AM  7            THE COURT:  Sure.

11:05AM  8            MR. UNDERHILL:  With Your Honor's permission.

11:05AM  9            THE COURT:  Sure.

11:05AM  10            MR. UNDERHILL:  Thank you.  Your Honor, Mike Underhill

11:05AM  11   on behalf of the U.S. Department of Justice, and I note that I'm

11:05AM  12   appearing especially today on behalf, primarily of the Unified

11:05AM  13   Command, the Coast Guard Unified Command and also the Marine

11:05AM  14   Board investigation.  With me today is Sharon Smith, assistant

11:05AM  15   U.S. Attorney here.  You probably know Sharon.  And present in

11:05AM  16   the courtroom are a number of people, Your Honor.  The ones that

11:06AM  17   I would like to put on record, Heather Kennealy, staff general

11:06AM  18   counsel for the Coast Guard out of Washington, DC, flew here

11:06AM  19   yesterday for this hearing.  Next to her, Captain Steve McCleary,

11:06AM  20   who is the legal advisor to Admiral Allen and Unified Command,

11:06AM  21   and he came here for this hearing.  Next to him, Lieutenant

11:06AM  22   Commander Jeff Bray.  He asked me to say he's a commander but I

11:06AM  23   said, Can't do it.  So Lieutenant Commander Bray is the legal

11:06AM  24   representative for the Coast Guard and whatever it's called now,

11:06AM  25   it used to be Minerals Management.  The Marine Board of

11:06AM 1   Investigation that's sitting as we speak in Houston, eventually

11:06AM 2   hopefully to come back to New Orleans for hearings.  There are

11:06AM 3   other individuals in court but those are the ones I would like to

11:06AM 4   introduce to Your Honor.

11:06AM 5           THE COURT:  Thank you.

11:06AM 6           MR. UNDERHILL:  Thank you.  Your Honor, I don't come

11:06AM 7   here as a litigating attorney today.  Probably will eventually.

11:06AM 8   I believe firmly that a litigating attorney's first duty is to

11:07AM 9   avoid unnecessary disputes.  It's the role of counselor.  And I

11:07AM 10  hope that's what my role is today is to facilitate these folks

11:07AM 11  who have significant disputes, probably down the road some

11:07AM 12  significant disputes with my client, too, before this Court.

11:07AM 13          Let me see if I can see what we agree on.  If I

11:07AM 14  hear Mr. Miller correctly, they agree that the BOP should be

11:07AM 15  removed.  And I hope, I didn't hear the agreement, but I hope

11:07AM 16  that he would agree that that is a decision that has been

11:07AM 17  delegated by Congress to Admiral Allen in the Unified Command

11:07AM 18  pursuant to a federal statute, specifically, 33 U.S.C. 1321(c) of

11:07AM 19  the Clean Water Act.  That's Admiral Allen's job to make sure

11:07AM 20  that well is secured.  So I hope we have agreement on that, that

11:07AM 21  that's Admiral Allen's decision as to when and how it shall be

11:07AM 22  performed to kill that well finally.  So hopefully we have

11:07AM 23  agreement on this.

11:07AM 24          The second thing I think we have an agreement on

11:08AM 25  what we heard is that the BOP must be preserved as evidence and

11:08AM 1   that it must be stored some way; 5,000 feet below the surface of

11:08AM 2   the ocean isn't going to work, sitting in the middle of the ocean

11:08AM 3   on a rig isn't going to work, and it has to be stored somewhere.

11:08AM 4   So we agree on that.

11:08AM 5          We agree that further down the road that testing

11:08AM 6   will have to be done.  I have a litigating interest down the road

11:08AM 7   in that.  Perhaps some of my colleagues in the Justice Department

11:08AM 8   have their own interest in that.  But that's down the road.

11:08AM 9          So I think we've agreed on some things, that it

11:08AM 10  must be removed, that Admiral Allen has that authority, that's

11:08AM 11  delegated to him by Congress, that it must be put somewhere

11:08AM 12  ashore.  So what we're debating, I think, is testing.  The first

11:08AM 13  thing I would ask the Court is if we can defer that.  And the

11:08AM 14  reason I think it can be deferred, and it's in the proposed order

11:08AM 15  we've worked with BP to submit to Your Honor, is that this is

11:08AM 16  neither the time nor the place to decide that issue.  And to try

11:08AM 17  to deal with that momentarily and hopefully put that on the table

11:08AM 18  that we don't have to deal with, that eventually it will be

11:09AM 19  tested.  My best information is that that process -- first of

11:09AM 20  all, to clarify, there is no independent contractor that's yet

11:09AM 21  received a contract to do the BOP analysis.  There is no contract

11:09AM 22  let for them to do that.  Since there is no contract and no

11:09AM 23  contractor, there is as yet no testing protocol for anybody to

11:09AM 24  have an agreement or a disagreement with.  It's out there in the

11:09AM 25  future.

11:09AM  1          Furthermore, when those steps take place, a

11:09AM  2   contractor is chosen, a protocol is entered into, with, I might

11:09AM  3   add, the Board invites the input of anybody, anybody.  We've got

11:09AM  4   a First Amendment right to put a letter in the mailbox to anybody

11:09AM  5   we want to send anything to.  If anybody that's a party of

11:09AM  6   interest before the Marine Board wants to have input into that

11:09AM  7   protocol, they will be considered.  If anybody not before the

11:09AM  8   Board is a party of interest, if they want to have input,

11:10AM  9   exercise that First Amendment right, send a letter to them with

11:10AM 10   their design protocol, and you know what?  I think we deal with

11:10AM 11   pretty sophisticated people on the Board.  If there is a better

11:10AM 12   way to make the widget, I suspect they'll consider it.

11:10AM 13          But that's something down the road.  It's not

11:10AM 14   before us right now.  And the proposed order we've submitted

11:10AM 15   defers that for appropriate briefing, both as to subject matter

11:10AM 16   jurisdiction, as to how the protocol will be done, if the Court

11:10AM 17   has authority to do that, but we've put it down the road.  So I

11:10AM 18   think we've put that box aside.  And I think that's appropriately

11:10AM 19   done.

11:10AM 20          So what we're down to now is preservation in the

11:10AM 21   interim to get her to shore, where it's going to be put ashore

11:10AM 22   and how it's going to be preserved.

11:10AM 23          I could represent to the Court, and I'm a little

11:10AM 24   disappointed, I think that there is a disconnect between

11:10AM 25   Transocean's counsel and their people that are actually the

11:10AM 1    engineers looking at these processes.  Mr. Miller, first of all

11:10AM 2    mentioned that there are certain procedures that should be

11:11AM 3    accomplished to preserve it, circulating fluids, largely to

11:11AM 4    prevent oxidation and other procedures.  That procedure is, in

11:11AM 5    fact, in the protocol that Your Honor now has.  I've been so

11:11AM 6    informed it has.

11:11AM 7            And, in fact, the procedure to do that, if I

11:11AM 8    understand it, was a Cameron-recommended maintenance procedure,

11:11AM 9    Cameron being the manufacturer of the BOP.  And I believe, I

11:11AM 10   can't say this for certain, I think that that was presented as a

11:11AM 11   procedure to be accomplished by Transocean.  That's in there.

11:11AM 12           We fully agree and I think, I don't want to read

11:11AM 13   the whole thing, I don't have it in my mind, but I think that

11:11AM 14   they recommended as soon as it hits the surface, or reasonably

11:11AM 15   soon thereafter, that these maintenance procedures, and they are

11:11AM 16   step one through 20, something like that be accomplished.

11:11AM 17   Certain other procedures be done every 14 days.  That's part of

11:11AM 18   the plan.  So we agreed.  And I might add that the United States

11:11AM 19   of America, on the civil side and any other part of the

11:12AM 20   Department of Justice, has just as high, if not perhaps a higher

11:12AM 21   degree of interest, in preserving the BOP, as best it can, as a

11:12AM 22   piece of evidence with secure chain of custody.

11:12AM 23           To that effect, we've provided Your Honor this

11:12AM 24   morning with the evidence protocol executed by various agencies.

11:12AM 25   I note that the recovery is being overseen by the FBI evidence

11:12AM 1   recovery team, and I believe that demonstrates the Department of

11:12AM 2   Justice's commitment to the highest possible level of

11:12AM 3   preservation of evidence in any case that might be tried, whether

11:12AM 4   it be civil, criminal or otherwise, before this Court or any

11:12AM 5   other court, that's our commitment and it's demonstrated by what

11:12AM 6   we've done.

11:12AM 7          Insofar as where the evidence goes, again, there is

11:12AM 8   a disconnect.  I believe two or three days ago --

11:12AM 9       THE COURT:  And I think that's de novo.  We finally got

11:13AM 10  to where I think the real heart of the issue is here, where do we

11:13AM 11  send this thing and what's the best place to send it and store

11:13AM 12  it.

11:13AM 13      MR. UNDERHILL:  And there is a disconnect between

11:13AM 14  counsel; I think it's an inadvertent disconnect.  This case has a

11:13AM 15  lot of moving parts.  And sometimes I've experienced it myself.

11:13AM 16  Attorneys who appear before Your Honor don't always talk to the

11:13AM 17  people on the ground that actually know what they are talking

11:13AM 18  about.  I'm advised --

11:13AM 19      THE COURT:  I've never heard of that.

11:13AM 20      MR. UNDERHILL:  I've learned a lesson the hard way, I

11:13AM 21  thought I had learned it before, that there was actually a

11:13AM 22  meeting of the engineers attended by Transocean, by Cameron, by

11:13AM 23  BP, and by representatives of the Board of the United States.

11:13AM 24  They met at Michoud and they agreed that that was the appropriate

11:13AM 25  facility.

11:13AM 1          THE COURT:  When was that done?

11:13AM 2          MR. UNDERHILL:  I believe this week.  I can't give

11:13AM 3   you -- does anybody know the date?

11:13AM 4          CAPTAIN MCCLEARY:  I believe it was Tuesday.

11:13AM 5          MR. UNDERHILL:  Tuesday, Your Honor.

11:13AM 6          THE COURT:  Two days ago.

11:13AM 7          MR. UNDERHILL:  They met at the site, the engineers, not

11:14AM 8   the attorneys, the engineers who actually know something about

11:14AM 9   what needs to be done, what security is needed to be provided and

11:14AM 10  they agreed upon Michoud.

11:14AM 11         THE COURT:  Michoud.

11:14AM 12         MR. UNDERHILL:  It's not the first mistake I'll make.

11:14AM 13  My boss --

11:14AM 14         THE COURT:  Where are you from, Mr. Underhill?

11:14AM 15         MR. UNDERHILL:  You had to ask.  Well, I'm from

11:14AM 16  California.  If I say San Francisco, I'm only going to go down in

11:14AM 17  Your Honor's estimation.  It gets worse.  I was actually educated

11:14AM 18  in Berkeley, so you're looking at a western Yankee here.

11:14AM 19         THE COURT:  That's all right.  I got a call at home the

11:14AM 20  other night, and I usually just hang up as soon as I realize it's

11:14AM 21  somebody taking a political survey, but since it was my birthday,

11:14AM 22  I was in a good mood.  I said I would hang on for a few seconds,

11:14AM 23  a few minutes.  And he asked me, If today was the election, would

11:14AM 24  you vote for Charlie MEL-LAN-CON, or David Vitter, and I said,

11:14AM 25  Well, I certainly wouldn't vote for Charlie MEL-LAN-CON because I

11:14AM 1   have never heard of him.  So I had to tell him how to pronounce

11:15AM 2   Charlie Melancon's name.

11:15AM 3         MR. UNDERHILL:  My former boss, I took his job when he

11:15AM 4   retired.  He was from New York, moved to the West Coast, and he

11:15AM 5   was litigating a case against Judge Coughenour in the Western

11:15AM 6   District of Washington, and he spoke with a pretty thick New York

11:15AM 7   accent.  And the case was about, it had something to do with a

11:15AM 8   scuba diving accident, personal injury case.  And he kept saying

11:15AM 9   SCOO-BER.  And Judge Coughenour kept saying, What?  And he said

11:15AM 10  SCOO-BER.  And the judge said, What?  And my boss thought he was

11:15AM 11  making fun of him.  My boss had a little bit of a quick temper.

11:15AM 12  Let's just say he walked that close to a sanction because the

11:15AM 13  judge and counsel got into a dispute.  In any event.  The

11:15AM 14  engineers have agreed on that spot.

11:15AM 15        And I would add a further element to this,

11:15AM 16  Your Honor.  Insofar as chain of custody, I'm sure there are

11:15AM 17  other places that possibly could handle this piece of equipment.

11:15AM 18        THE COURT:  What was the reason, because when we were

11:15AM 19  all on the phone last, all of these things are starting to run

11:16AM 20  together, but I think it was last Friday morning, the tentative

11:16AM 21  plan at that point, I was led to believe that Michoud was

11:16AM 22  unavailable, unsuitable or something, and it was going to be sent

11:16AM 23  to Stennis instead.  What happened to that?  Do you know?

11:16AM 24        MR. UNDERHILL:  Unfortunately, that's what I thought,

11:16AM 25  too, when I told Your Honor that.

11:16AM  1          THE COURT:  Okay.

11:16AM  2          MR. UNDERHILL:  And that's what I said, that sometimes

11:16AM  3   people like me ought to talk to the people that know what they

11:16AM  4   are doing.

11:16AM  5          THE COURT:  So you're one of those people that don't

11:16AM  6   talk to your clients either.

11:16AM  7          MR. UNDERHILL:  I'm one of those people.  Well, I

11:16AM  8   learned the hard way, talk to them.  I think there were

11:16AM  9   differences of opinion, and so the decision was made, you know,

11:16AM 10   instead of letting a bunch of lawyers figure this out, why don't

11:16AM 11   we talk to engineers that actually know what they are talking

11:16AM 12   about and that's when they went to Michoud.  Michoud?

11:16AM 13          THE COURT:  Michoud emphasis on the "me" instead of the

11:16AM 14   "shoe."

11:16AM 15          MR. UNDERHILL:  And they had an engineer's love fest and

11:16AM 16   determined that this was the place to have it go.  I would add a

11:16AM 17   further element, Your Honor, and that goes to security and chain

11:17AM 18   of custody.  Let's assume hypothetically that there are other

11:17AM 19   yards where it could go.  For chain of custody purposes, perhaps

11:17AM 20   having nothing to do with the civil case, there is a great

11:17AM 21   interest in having a secure facility that is not, is secure.

11:17AM 22   People can't simply do a walkthrough, in a private facility,

11:17AM 23   nongovernment facility, poses problems as to people that,

11:17AM 24   innocently, I'm not saying nefariously, would have access to that

11:17AM 25   evidence that, as Mr. Miller points out, we all want to preserve.

11:17AM 1          The NASA facility is a government facility.  And

11:17AM 2    the security there is extremely tight.  And, in fact, I think it

11:17AM 3    was with a marine riser inspection Your Honor ordered be allowed

11:17AM 4    that there was actually a problem with one party that, I think

11:17AM 5    they had a citizen of the UK that wanted to come over, and they

11:17AM 6    weren't going to be allowed in until they got a full background

11:18AM 7    check.  So that's the level of security it takes.

11:18AM 8          THE COURT:  What about Mr. Miller's concerns?  Whether

11:18AM 9    it's his clients' concerns or his concerns, I don't know, but the

11:18AM 10   concerns he voiced about that there is no present facility there.

11:18AM 11   It's going to have to be stored on a dock somewhere until

11:18AM 12   something is constructed, and he said that they have concerns

11:18AM 13   about the lifting capacity of the crane and those sorts of

11:18AM 14   things.

11:18AM 15         MR. UNDERHILL:  Your Honor, the best I can say on that

11:18AM 16   is that I don't have the details, but the engineers worked it

11:18AM 17   out.  I mean, those are the very questions that the engineers

11:18AM 18   have.  I can say this much, that I've been told it will be, many

11:18AM 19   people don't believe it has to be covered.  It's actually

11:18AM 20   designed to be in the elements.  If somebody wants to cover it,

11:18AM 21   they will.  If they need to move it inside, I understand they

11:18AM 22   can.  Not necessarily in an upright position.

11:18AM 23         For the testing, what they actually do, plan on

11:18AM 24   doing, and NASA has, since they deal with rockets and things,

11:18AM 25   they have, they are used to building scaffolding that would

11:19AM 1    actually be erected to allow the inspection process.

11:19AM 2         THE COURT:  I don't know if it's occupied, but they have

11:19AM 3    a building out there that you can, they stored the whole booster,

11:19AM 4    what is the thing they built there, the boosters, rocket.

11:19AM 5         MR. MILLER:  Fuel tank.

11:19AM 6         THE COURT:  Standing up vertically, so they have a huge

11:19AM 7    building.  Now, maybe there is no room for it in there otherwise,

11:19AM 8    I don't know.

11:19AM 9         MR. UNDERHILL:  I don't want to misstate any engineer,

11:19AM 10   what they said.  All I have been told, and I trust their judgment

11:19AM 11   on this, is that the engineers have worked it out and they are

11:19AM 12   satisfied.  And that includes Transocean's engineers.  So in my

11:19AM 13   mind, Your Honor, all those concerns have been addressed,

11:19AM 14   including the security concern, which is a great concern to all

11:19AM 15   of us, that people don't have access, and NASA was considered the

11:19AM 16   best facility for that as well.

11:19AM 17        What I've tried to avoid so far is a subject matter

11:19AM 18   jurisdiction argument, but I think that, I think I need to

11:19AM 19   address it, Your Honor.  There is a case out of this district

11:19AM 20   called *Veldhoen versus United States Coast Guard*, 35 F.3rd 222,

11:20AM 21   (5th Cir. 1994).  And in *Veldhoen*, actually what happened was an

11:20AM 22   interested party in a Coast Guard Marine Board investigation

11:20AM 23   proceeding under the same statute that Mr. Bray's clients are

11:20AM 24   proceeding under, had a Marine Board hearing.  Somebody didn't

11:20AM 25   like what was going on, they came to Judge Feldman for an

11:20AM  1    injunction to preclude them from pursuing their statutory

11:20AM  2    authority.  And Judge Feldman proceeded to the merits of

11:20AM  3    injunctive relief and denied the action, dismissed it, based upon

11:20AM  4    the merits.

11:20AM  5            Fifth Circuit affirmed, but they affirmed on the

11:20AM  6    basis that Judge Feldman never should have reached the merits

11:21AM  7    because he had no subject matter jurisdiction; therefore, the

11:21AM  8    Fifth Circuit affirmed on that basis.  I'm trying to avoid this

11:21AM  9    jurisdictional argument.  If somebody wants to push the issue,

11:21AM 10    then I will be obligated to file a Motion to Dismiss, either the

11:21AM 11    motion or whatever the motion proceeding is, for lack of subject

11:21AM 12    matter jurisdiction, that the Board proceeds on an independent

11:21AM 13    statutory basis delegated by Congress as recognized by the

11:21AM 14    Fifth Circuit.

11:21AM 15            They proceed by statute, proceed pursuant to their

11:21AM 16    own rules.  Their goal, their statutory goal, and it's in the

11:21AM 17    statute, is actually not to assign monetary blame, criminal

11:21AM 18    liability.  It's to determine the cause of action as soon as

11:21AM 19    possible in order to prevent future actions and make

11:21AM 20    recommendations for changes of regulation, statute, or practices.

11:21AM 21    That's their goal.  And it has nothing to do with lawsuits.

11:21AM 22    People might use the testimony in there, but the goal of the

11:21AM 23    Board is not whether anybody wins or loses a lawsuit, goes to

11:22AM 24    jail or doesn't go to jail.  It's for the concern of safety of

11:22AM 25    life at sea, and in this case, the environment as well.

11:22AM 1       I don't want to brief that.  I don't want to put it

11:22AM 2    before the Court.  That's my proffer to you and my proffer to the

11:22AM 3    parties.

11:22AM 4       What we are trying to do is, to the extent that

11:22AM 5    everyone could be accommodated amicably, with the Board's

11:22AM 6    procedure to avoid that kind of dispute, my offer on behalf of my

11:22AM 7    clients is to make every effort to do that.

11:22AM 8       When, and I'm really shifting now towards probably

11:22AM 9    the testing phase, they will welcome input, they hope the parties

11:22AM 10   can agree.  It should be in every party's interest to have the

11:22AM 11   best protocol possible.  It's in everybody's interest.  Unless

11:22AM 12   there is somebody that wants the test to fail because they have a

11:22AM 13   defensive concern.  But I think that everybody has an interest in

11:22AM 14   making it work.

11:22AM 15      They will consider those opinions, they will

11:22AM 16   consider those recommendations, they welcome input from everyone,

11:23AM 17   and I stress everyone.  They will consider that.  If we have a

11:23AM 18   dispute at that point, then I suppose we'll have to address it.

11:23AM 19      What I am trying to do, when we try to do this

11:23AM 20   proposed order, let's avoid the factual dispute.  Let's avoid the

11:23AM 21   legal dispute.  Let's avoid disputes over subject matter

11:23AM 22   jurisdiction.  See if we can work it out.  And I note in Your

11:23AM 23   Honor's Pretrial Order Number 1 that of the tasks that you assign

11:23AM 24   to attorneys is, Before you come before me in this case, see if

11:23AM 25   you can work it out.  If there is a dispute, I'm here.  If there

11:23AM  1    is no dispute, then don't take it to me.  And I suggest that

11:23AM  2    applies here.  See if we can work it out.  I make that offer to

11:23AM  3    everybody on behalf of my clients.  See if we can work it out.

11:23AM  4    If we can, we don't have to come back here on that issue.  We

11:23AM  5    don't.

11:23AM  6              So we've prepared, or assisted in the preparation

11:23AM  7    of an order that allows Admiral Allen to finally and ultimately

11:24AM  8    give security to the Gulf of Mexico and everybody that lives

11:24AM  9    here, that this well is finally going to be killed.  That's his

11:24AM 10    task, his singular goal.  We've drafted an order that allows him

11:24AM 11    to do that.  We've drafted an order that allows for preservation

11:24AM 12    and security of the evidence for every party's benefit, my

11:24AM 13    clients, their clients, their clients, the public's interest.

11:24AM 14    We've gotten a place to put it.  We've got a secure location.

11:24AM 15    We've put the FBI on it for an evidence recovery team to make

11:24AM 16    sure this is done at the highest standards possible.  That's what

11:24AM 17    our order provides.

11:24AM 18              I further note that in, I don't know what

11:24AM 19    Mr. Miller's new proposed order is, there was a provision in

11:24AM 20    there where he's got the FBI acting as the investigatory agency

11:24AM 21    of the defendants, for that matter, even private plaintiffs.

11:24AM 22    With respect, that's not their job.  It's not their job.  And I

11:24AM 23    found it unusual, to say the least, that they wanted to order the

11:25AM 24    FBI to serve as their investigatory agency and provide their

11:25AM 25    documentation in an investigation that they are proceeding with.

11:25AM 1                    If that is in the new proposed order, I want it on

11:25AM 2    the record that that is totally inappropriate to be asked for.

11:25AM 3    I'll leave it at that.  I feel fairly strongly about that.  So

11:25AM 4    that's my offer, Your Honor.  I ask that the order that BP

11:25AM 5    submitted with our input be entered to let us go forward in a way

11:25AM 6    that allows ourselves to work out the problems as they come.  And

11:25AM 7    if we can't work it out as demonstrated by this motion, people

11:25AM 8    know how to file with Your Honor on an expedited basis.  I hope

11:25AM 9    it's not done that way, but that's my offer and my request,

11:25AM 10   Your Honor.

11:25AM 11        THE COURT:  What's the present best estimate when the

11:25AM 12   actual retrieval of the BOP will begin?

11:25AM 13        CAPTAIN McCLEARY:  Early next week, sir.

11:25AM 14        MR. UNDERHILL:  That's Captain McCleary on behalf of the

11:25AM 15   Unified Command speaking, Your Honor.

11:25AM 16        CAPTAIN McCLEARY:  It would be early next week.  About

11:26AM 17   the earliest it can be done.

11:26AM 18        MR. UNDERHILL:  I should say the preparatory work is

11:26AM 19   being done as we speak to get to that step.  And as soon as it's

11:26AM 20   topside, the preservation procedure that Transocean recommended

11:26AM 21   will be undertaken and will continue.  And hopefully, as soon as

11:26AM 22   possible brought ashore.

11:26AM 23        THE COURT:  Thank you.

11:26AM 24        MR. UNDERHILL:  Thank you, Your Honor.

11:26AM 25        THE COURT:  Wait.  Let me see if anybody over here wants

11:26AM  1   to say anything?  Mr. Roy?

11:26AM  2        MR. ROY:  Your Honor, on behalf of plaintiffs' interim

11:26AM  3   co-liaison, there is no single piece of evidence more crucial

11:26AM  4   than this BOP.  Let's back up real quick.  You are the presiding

11:26AM  5   judge now over the limitation proceeding which was transferred

11:26AM  6   here to you under Rule F(9).  You have consolidated it with the

11:26AM  7   MDL, so yes, it is involved in the MDL, but you are the judge in

11:26AM  8   the limitation proceeding which is here before us.

11:27AM  9        Privity on the part of Transocean is going to be

11:27AM 10   crucial as to whether or not that limitation gets busted.  It is

11:27AM 11   first and foremost in the minds of many of our colleagues

11:27AM 12   representing plaintiffs in the personal injury and wrongful death

11:27AM 13   side of that equation.  But it's also crucial because BP has yet

11:27AM 14   to step forward with a stipulation filed in court that it's going

11:27AM 15   to waive its $75,000,000 open statutory cap on liability for

11:27AM 16   certain things, and until it does, plaintiffs have an obligation

11:27AM 17   to prove gross negligence, regulatory violation and so forth.

11:27AM 18   And if we do, we are going to bust that cap, we would hope to

11:27AM 19   bust that cap on that side.  And there are other aspects, as well

11:27AM 20   as overall punitive damages.  All of this is going to, no pun

11:27AM 21   intended, flow in or around or through, at least in part that

11:28AM 22   BOP.

11:28AM 23        None of us want to tell, none of us purport to tell

11:28AM 24   the United States Coast Guard, the combined command, the Unified

11:28AM 25   Command or anybody else how to proceed to avoid further

11:28AM  1    pollution.  That's their business.  That's their authority.  Let

11:28AM  2    them go do it and do the job well.

11:28AM  3              The plaintiffs concur with Mr. Miller and the other

11:28AM  4    defendants that have joined in his motion, that when that BOP

11:28AM  5    breaks the surface of the water and is put on a ship and is going

11:28AM  6    to head to shore, at that point in time, it is crucial evidence

11:28AM  7    in what is apparently potentially three investigations, I guess,

11:28AM  8    your Unified Command, what happened, there are rumors, if you

11:28AM  9    read the papers, that there is criminal investigation potential,

11:28AM 10    and there is certainly the civil case here.  And the various

11:28AM 11    aspects of that.

11:28AM 12              So we would submit that Your Honor not only has the

11:29AM 13    authority but has an absolute duty to do what you can to make

11:29AM 14    sure that what is arguably the single most important piece of

11:29AM 15    evidence, that whatever, however it is transported and stored,

11:29AM 16    and however it's ultimately tested, that it is at the highest of

11:29AM 17    standards and not just guesswork.

11:29AM 18              Let's talk about, look, I don't mean this

11:29AM 19    critically, I really don't, but last Friday we received a 29-page

11:29AM 20    contingency recovery protocol for the BOP.  This morning, it's

11:29AM 21    morphed into 89 pages, and there are some good ideas in there

11:29AM 22    it's getting better.  But Mr. Miller has consulted experts I'm

11:29AM 23    aware of, some of my colleagues have consulted experts, and the

11:29AM 24    analogy that they give is very simply this:  That when Mr. Miller

11:29AM 25    is talking about once this thing is exposed to the air, once the

11:30AM 1   pressure is relieved on it, that the potential for microorganisms

11:30AM 2   and the potential for corrosion to totally destroy or at least

11:30AM 3   significantly impair the ability to functionally test it, and

11:30AM 4   what is the result, I'm not prepared to tell you that today.

11:30AM 5   I'll bet Mr. Miller's experts can.  I'll bet our experts can,

11:30AM 6   given the opportunity.

11:30AM 7            And we never want to bother the Court

11:30AM 8   unnecessarily.  We feel that we have assiduously interacted with

11:30AM 9   defense liaison counsel to eliminate the need to be here today.

11:30AM 10  And obviously several of the defendants feel that they have done

11:30AM 11  the same in working with BP and the Unified Command.

11:30AM 12           But for whatever reason, there is still this very

11:30AM 13  great angst over the lack of the detail addressing these things.

11:31AM 14  So we see absolutely no harm in Your Honor saying that you will

11:31AM 15  preserve this and will seek the expert of the various parties and

11:31AM 16  will attempt to come to an agreed storage protocol, as well as

11:31AM 17  testing protocol.

11:31AM 18           I think that if nothing else, your power as the

11:31AM 19  presiding judge in the limitation is authority enough.

11:31AM 20           THE COURT:  All right.  Thank you, Mr. Roy.  Mr. Miller.

11:31AM 21           MR. MILLER:  Yes, just briefly, Your Honor, I would like

11:31AM 22  to address three points made primarily by Mr. Underhill.

11:31AM 23           THE COURT:  Let me ask you this:  Did you propose to

11:32AM 24  them, when I say them, the other side in this dispute, any

11:32AM 25  particular, beyond the concerns about whether the crane has

11:32AM 1    lifting capacity and keeping fluids running through it and those

11:32AM 2    sorts of things, which they seem to feel they can address those,

11:32AM 3    the place where this thing is going to be stored does seem to be

11:32AM 4    obviously of utmost importance to everyone and that it be an

11:32AM 5    absolutely secure location, and it seems to me, some sort of

11:32AM 6    facility, a United States Government facility probably makes a

11:32AM 7    lot of sense for that reason, if no other reason.  And you do

11:32AM 8    have the FBI involved in the evidence collection and so forth.

11:32AM 9              So putting aside just for the moment the testing

11:32AM 10   issue and the testing protocol and how that's going to unfold,

11:33AM 11   I'm trying to get an understanding, is it primarily that you

11:33AM 12   think, for the reasons you said, Michoud is unsuitable or is it

11:33AM 13   just that you think it should be some other particular place?

11:33AM 14        MR. MILLER:  Your Honor, it's both.  We proposed a BOP

11:33AM 15   facility.  I think the name of it is Oil States.  It's in

11:33AM 16   Houston.

11:33AM 17        THE COURT:  That's a private facility, right?

11:33AM 18        MR. MILLER:  A private facility, yes, Your Honor.

11:33AM 19   Anadarko has proposed and we're investigating a facility in

11:33AM 20   Belle Chasse.  I don't have the name of it with me.  And it seems

11:33AM 21   to me, Your Honor, the disconnect is, are we better off bringing

11:33AM 22   this most critical evidence, as Mr. Roy put it, to a facility

11:33AM 23   that's equipped to handle BOPs and does it in the normal course

11:33AM 24   of business --

11:33AM 25        THE COURT:  What do you mean equipped to handle BOPs?

11:33AM 1   What do they have to do, putting aside the testing, in terms of

11:34AM 2   handling it --

11:34AM 3           MR. MILLER:  You know, it handles them, it preserves

11:34AM 4   them, it protects them.  It's all those things, Your Honor.  I

11:34AM 5   don't have the technical details of what these facilities do, but

11:34AM 6   that's what they do.  They do it in the regular course of

11:34AM 7   business.

11:34AM 8           THE COURT:  Mr. Underhill says that this proposal was

11:34AM 9   with input and agreement of your own engineers.

11:34AM 10          MR. MILLER:  I do dispute that in terms of Michoud being

11:34AM 11  an appropriate facility.  Transocean has not agreed on Michoud,

11:34AM 12  Your Honor.  As I am told, they have not agreed on Michoud.  And

11:34AM 13  I expected something like this may come up, and I don't want to

11:34AM 14  waive any attorney-client communication.  But last night at

11:34AM 15  10:15, I got an e-mail from the lead Transocean engineer.  And I

11:34AM 16  said, Are you prepared to come to court and testify?  Are you

11:34AM 17  prepared to submit an affidavit to this Court on this issue?  He

11:34AM 18  said, Yes, yes, but I can't come tomorrow because I'm offshore.

11:34AM 19  And so I said, Can you send me an e-mail outlining your concerns

11:35AM 20  about the Michoud facility?  He said, I can do that.

11:35AM 21          Your Honor, I have copies with me sent to me last

11:35AM 22  night at 10:15 p.m. by the lead Transocean engineer where he

11:35AM 23  outlines his concerns about Michoud.  I'm happy to share those

11:35AM 24  with the court.  I'm happy to share those with opposing counsel,

11:35AM 25  co-counsel, as long as there is no waiver of attorney-client

11:35AM 1   privilege.  I told the man, he understands, that he would convert

11:35AM 2   this e-mail into an affidavit or offer oral testimony on this

11:35AM 3   very issue.  But it outlines his concerns about Michoud, and they

11:35AM 4   are legitimate.

11:35AM 5          Like I say, I'm happy to hand those to the Court,

11:35AM 6   hand those to counsel, but, no, Transocean does not believe that

11:35AM 7   Michoud is the most suitable facility, has serious concerns about

11:35AM 8   Michoud's ability to maximize the preservation of this evidence.

11:35AM 9      THE COURT:  All right.  Do you want to otherwise

11:35AM 10  respond, Mr. Underhill?

11:36AM 11     MR. MILLER:  Your Honor, two quick points, if I could on

11:36AM 12  the other issues.  And it seems that, to us, it's better to bring

11:36AM 13  security to a good facility than to manufacture a facility with

11:36AM 14  good security.  That's our position on Michoud.

11:36AM 15         On the jurisdictional issue, Your Honor, we haven't

11:36AM 16  looked at that, but I would tend to agree with Mr. Roy that to

11:36AM 17  the extent that this Court has jurisdiction over the civil

11:36AM 18  litigation, it has jurisdiction over this evidence, over the

11:36AM 19  testing of this evidence, over the preservation of this evidence.

11:36AM 20         And finally, Your Honor, with respect to the

11:36AM 21  testing issue, you know, we think a federal court is like

11:36AM 22  E.F. Hutton, and when he speaks, people listen.  The last thing

11:36AM 23  we want to do is file a bunch of motions, file a bunch of

11:36AM 24  injunctions, TROs every time we get a draft or don't get a draft

11:36AM 25  of a testing protocol to make sure that we're looking at it and

11:36AM  1    the other parties are looking at it.  I think they feel the same

11:36AM  2    way.

11:36AM  3           So we think now is the appropriate time to create

11:37AM  4    some basic structure over testing.  And what we're looking for is

11:37AM  5    a court order saying, number one, there will be input from the

11:37AM  6    interested parties.  Number two, we're going to get drafts on a

11:37AM  7    regular basis to review, not 10:00 at night or 8:00 in the

11:37AM  8    morning, but on some regular basis, Your Honor.  And number

11:37AM  9    three, a provision that says at the outset, if an agreement can't

11:37AM 10    be reached, that this Court will ultimately enter the testing

11:37AM 11    protocol.

11:37AM 12           We think we need that basic structure in place now.

11:37AM 13    We think that's actually going to facilitate reaching an

11:37AM 14    agreement and not bothering the Court with these kind of issues

11:37AM 15    over the next couple of weeks.

11:37AM 16           THE COURT:  Okay.

11:37AM 17           MR. MILLER:  Oh, Your Honor, one more point, too, the

11:37AM 18    issue that Mr. Underhill brought up, I mentioned to you that I do

11:37AM 19    have a new draft order that goes along with my motion.  And he

11:37AM 20    expressed some concerns about the FBI.  I mentioned earlier, I

11:37AM 21    need to revise it.  I do want to delete that provision.  It's

11:38AM 22    paragraph 6 of the order that I circulated yesterday to counsel

11:38AM 23    in the room.  That will be modified to delete that reference and

11:38AM 24    that will be submitted to Your Honor later today.

11:38AM 25           THE COURT:  Okay.

11:38AM 1          MR. UNDERHILL:  May I very briefly respond, probably a

11:38AM 2    minute or less.

11:38AM 3          THE COURT:  Sure.

11:38AM 4          MR. UNDERHILL:  In the context of the Fifth Circuit case

11:38AM 5    I cited to Your Honor, I neglected to mention that this BOP is

11:38AM 6    being retrieved pursuant to a subpoena issued under the statute

11:38AM 7    referred to in the *Veldhoen* case issued by the Marine Board.  And

11:38AM 8    I should add, I'm not sure, I think it's actually in

11:38AM 9    Judge Feldman's opinion below that that subpoena authority of the

11:38AM 10   Board is concurrent with the district court out which of it is

11:38AM 11   issued, which basically means they have the same subpoena

11:38AM 12   authority as this Court would have.  I won't go into the case any

11:38AM 13   more.

11:38AM 14          Insofar as the testing procedures, Your Honor, I've

11:38AM 15   been told by people I trust, and they are military, in uniform,

11:39AM 16   that the engineers in the case, I don't know who the proposed

11:39AM 17   client is, that the engineers met and agreed at Michoud.  That's

11:39AM 18   the fact of it.  It's going to --

11:39AM 19          THE COURT:  Here is the problem you all have put me in.

11:39AM 20   There is no way I can resolve that fact.  You're saying they met

11:39AM 21   and they all agreed.  Mr. Miller is representing to the Court

11:39AM 22   that if they met, they haven't agreed.  And I haven't heard any

11:39AM 23   testimony, so I don't know, I'm accustomed to resolving factual

11:39AM 24   disputes.  I do that every day.  But it's usually after I hear

11:39AM 25   some kind of testimony or consider some kind of evidence.  And so

11:39AM 1    far, all I've heard, with all due respect, is lawyer talk, so to

11:39AM 2    speak.  And I trust both of you, I don't doubt your good faith,

11:39AM 3    but there is some disconnect here, obviously, and I don't know

11:39AM 4    how I can resolve this at this moment.

11:39AM 5            I was going to suggest we could either resume later

11:39AM 6    this afternoon or we could resume first thing in the morning and

11:40AM 7    if anybody wants to put on any kind of evidence, either live or

11:40AM 8    an affidavit or whatever, I would be willing to entertain that if

11:40AM 9    that's what needs to be done.

11:40AM 10           I have a couple of comments I can make about what

11:40AM 11   I've heard so far.  My general sense is that, my first preference

11:40AM 12   would be that this BOP be stored in some secure government-owned

11:40AM 13   facility, if that's feasible.  Now, if it's not feasible, and I

11:40AM 14   don't mean in Timbuktu, I mean hopefully within this

11:40AM 15   jurisdiction.  And if that's not feasible, maybe, as Mr. Miller

11:40AM 16   suggested, there is a way to get a secure private facility.

11:41AM 17   That's not unheard of.  But my first preference would be a

11:41AM 18   government facility, I think.

11:41AM 19           And I don't know enough about, again, Michoud in

11:41AM 20   terms of what the facilities are there and what's critical or not

11:41AM 21   to make a judgment right at this moment.

11:41AM 22           The other thing, though, I think Mr. Miller and the

11:41AM 23   other parties have voiced some legitimate concerns about they

11:41AM 24   want not to interfere with the well-control operations, and the

11:41AM 25   environmental concerns and all of that, but as has been said,

11:41AM  1   once this thing breaks the surface of the water, it seems like

11:41AM  2   the well-control, environmental issues are basically at an end,

11:41AM  3   and then it's evidence preservation that is of the utmost

11:41AM  4   concern.

11:41AM  5          And so I do think they are entitled to involvement,

11:41AM  6   input and being kept abreast of what's going on.  And obviously,

11:42AM  7   it's not just my interest, it's everyone's interest in this case,

11:42AM  8   it should be, to make sure that we all do whatever we can to see

11:42AM  9   that there is no alteration, intentional or otherwise, of the

11:42AM 10   evidence once that thing is retrieved.

11:42AM 11          So what I would encourage you all to do is to

11:42AM 12   continue, I haven't seen Mr. Miller, he read part of it, I

11:42AM 13   haven't seen his exact order.  When will you get that order to

11:42AM 14   me, Mr. Miller?

11:42AM 15          MR. MILLER:  I'll get it to you by 1:20 or 2:00 this

11:42AM 16   afternoon, Your Honor.

11:42AM 17          THE COURT:  Okay.  I think you all should continue to

11:42AM 18   talk to each other about these issues and see if there can be

11:42AM 19   some additional agreements, and maybe you all might want to talk

11:42AM 20   to your engineers, wherever they are at this moment.

11:42AM 21          MR. MILLER:  First thing.

11:42AM 22          THE COURT:  And maybe even a conference call or

11:43AM 23   something so everyone can at least get on the same page in terms

11:43AM 24   of what the engineers and experts are saying about this.

11:43AM 25          And to the extent there remain any issues that

11:43AM 1   can't be resolved, as I said, I would be willing to meet with you

11:43AM 2   either later this evening or first thing in the morning.  I don't

11:43AM 3   know if anyone has a preference on that.

11:43AM 4       MR. UNDERHILL:  I have a preference, and that's if we

11:43AM 5   can do it today, Your Honor, it's, the reason, my bags are back

11:43AM 6   in Houston, and I had planned to go back there to the hearings,

11:43AM 7   to where the hearings are proceeding this week.  I would rather

11:43AM 8   go back there.

11:43AM 9       THE COURT:  That's fine, I just want to give you all

11:43AM 10  enough time to do what you need to do to see what can be worked

11:43AM 11  out on this.  Mr. Miller?

11:43AM 12      MR. UNDERHILL:  Could I make one recommendation,

11:43AM 13  Your Honor?

11:43AM 14      THE COURT:  Sure.

11:43AM 15      MR. UNDERHILL:  To the point, I would commend the

11:43AM 16  Fifth Circuit's case to Your Honor, given the fact that this is

11:43AM 17  under a subpoena by the Board.  I'm not going to argue.  The case

11:44AM 18  speaks for itself, but I think it might have a bearing on

11:44AM 19  Your Honor's ruling as to which of the dueling orders should be

11:44AM 20  entered.

11:44AM 21      THE COURT:  I don't know if there will be a dueling

11:44AM 22  order, but I have to believe that I have jurisdiction over

11:44AM 23  preservation of evidence that's critical to the litigation that's

11:44AM 24  in front of me, the limitation action and the MDL, so I don't

11:44AM 25  think anything I would do would in any way interfere with the

11:44AM  1   Marine Board of Inquiry.  I don't know anything about

11:44AM  2   Judge Feldman's case, what they were asking him to do, but it

11:44AM  3   sounded almost like they were trying to stop or interfere with

11:44AM  4   the investigation itself, or hearings, and I certainly am not

11:44AM  5   intending to do anything --

11:44AM  6               MR. UNDERHILL:  Actually, it was involving a subpoena

11:44AM  7   that they wanted to modify or quash, and Your Honor will read the

11:44AM  8   case.

11:44AM  9               THE COURT:  Okay.

11:44AM 10               MR. UNDERHILL:  Thank you, Your Honor.

11:44AM 11               THE COURT:  Okay.  Thank you.

11:44AM 12               MR. MILLER:  Your Honor, one quick thing that was handed

11:44AM 13   to me, and while Lieutenant Commander Bray is in court, we just

11:45AM 14   wanted to confirm, there was an e-mail that was sent on

11:45AM 15   August 12th pertaining to testing input.  And the e-mail is from

11:45AM 16   a governmental attorney, Sylvia Murphy, who may be here.  But at

11:45AM 17   any rate, the e-mail says, "To be considered for incorporation in

11:45AM 18   the forensic testing plan, the joint investigation must receive

11:45AM 19   your proposed objectives, parameters and protocols by August 27,

11:45AM 20   2010," which is tomorrow.  I'm assuming that date is being

11:45AM 21   extended, given that the operations have been delayed somewhat,

11:45AM 22   but I would like to get that confirmation here today, that there

11:45AM 23   is no cutoff, no deadline.

11:45AM 24               LIEUTENANT COMMANDER BRAY:  That will be extended.  We

11:45AM 25   will be sending out an e-mail to the parties of interest from the

11:45AM 1    board later today.

11:45AM 2         THE COURT:  This is Commander Bray, by the way.

11:46AM 3         LIEUTENANT COMMANDER BRAY:  It will be extended.  There

11:46AM 4    is an e-mail going out to the parties of interest doing that.  We

11:46AM 5    wanted to wait to see what happened today and what's going on out

11:46AM 6    there.  I think also we were going to add an additional sort of

11:46AM 7    check to submit protocols after we have a contract in place.

11:46AM 8         THE COURT:  Thank you.  All right.  So do you all want

11:46AM 9    to come back later this afternoon?

11:46AM 10        MR. MILLER:  Your Honor, I think that I just got a, I

11:46AM 11   sent a quick text, I know I'm not supposed to have this thing on

11:46AM 12   in court, but I wanted to check, the lead engineer, I'm hearing,

11:46AM 13   could be available to provide live testimony tomorrow.  I will

11:46AM 14   work this afternoon to see if we can reconcile things, but he

11:46AM 15   can't get here today.  I think he's offshore.  So we'll have to

11:46AM 16   get him offshore, but he could be here tomorrow.

11:46AM 17        THE COURT:  We could maybe get him by telephone or

11:46AM 18   something, too.

11:46AM 19        MR. MILLER:  I'll check into those logistics.

11:46AM 20        THE COURT:  Why don't we do this:  I'm going to recess

11:47AM 21   now.  Why don't you all talk between now and 1:30 or so when you

11:47AM 22   said you were going to submit that and see if you all can agree

11:47AM 23   on the appropriate time to resume this hearing.  We can either do

11:47AM 24   it, I'm available to do it either later this afternoon or first

11:47AM 25   thing in the morning, okay?  And we can hear back from you all,

11:47AM  1    say, by 1:30 or 2:00?

11:47AM  2              MR. MILLER:  2:00, Your Honor.

11:47AM  3              THE COURT:  All right.  We'll stand in recess.

11:47AM  4              THE DEPUTY CLERK:  All rise.

5              (WHEREUPON, at this point in the proceedings, a recess

6    was taken.)

7                                    *    *    *

1                    P-R-O-C-E-E-D-I-N-G-S

2          A F T E R N O O N   S E S S I O N

3              THURSDAY, AUGUST 26, 2010

4                (COURT CALLED TO ORDER)

5

03:07PM  6

03:07PM  7          THE DEPUTY CLERK:  All rise.

03:07PM  8          THE COURT:  Please be seated, everyone.  We're going to

03:07PM  9   resume the earlier hearing from this morning in the

03:07PM 10   DEEPWATER HORIZON MDL 2179.  I've received a copy of the proposed

03:07PM 11   order that, I guess, you submitted, Mr. Miller?

03:07PM 12          MR. MILLER:  Yes, Your Honor.

03:07PM 13          THE COURT:  Okay.  I guess what I would like counsel to

03:07PM 14   tell me is whether there have been any further discussions or

03:07PM 15   information made available or where do things stand?

03:07PM 16          MR. UNDERHILL:  May I address Your Honor?

03:07PM 17          THE COURT:  Sure.

03:07PM 18          MR. UNDERHILL:  I think it bears on the issue.

03:07PM 19          THE COURT:  Sure.

03:07PM 20          MR. UNDERHILL:  Mike Underhill on behalf of the U.S.

03:08PM 21   I'll leave aside the factual issue for the moment, Your Honor.

03:08PM 22   If you want to address it, we can.  We were informed just shortly

03:08PM 23   ago, and it's why I asked to have the hearing expedited was that

03:08PM 24   Your Honor -- I'm going to walk away for one second and be right

03:08PM 25   back.

03:08PM 1              One of the documents that BP forwarded to

03:08PM 2    Your Honor this morning was, it's titled, Contingency Recover

03:08PM 3    BOPs with Drill Pipe Inside.

03:08PM 4         THE COURT:  I saw that.  I didn't read the whole thing

03:08PM 5    but I have some sense of what it's about.

03:08PM 6         MR. UNDERHILL:  Your Honor, it makes two of us.  I

03:08PM 7    haven't read it all either.  We were informed shortly ago, and

03:08PM 8    that's why I asked your clerk to speed it up, was that it appears

03:08PM 9    that they may not be having a lot of success in removing the

03:08PM 10   drill pipe.  So it appears they may well be proceeding with this

03:09PM 11   contingency plan.  If that's the case, then the plan is to go

03:09PM 12   forward with removal of the BOP as soon as humanly possible, and

03:09PM 13   that could be as early as tomorrow or tomorrow afternoon.

03:09PM 14        THE COURT:  Meaning remove the BOP with the drill pipe

03:09PM 15   in place?

03:09PM 16        MR. UNDERHILL:  That's correct, Your Honor.  Whatever

03:09PM 17   this plan contemplates, and as I understand it, it's remove with

03:09PM 18   the drill pipe in place.  Bring it up to the rig immediately.

03:09PM 19        THE COURT:  Well, as I said, since I haven't read that

03:09PM 20   entire plan, other than glance at the subject of it, what else

03:09PM 21   would that cause to be changed in the protocol of the plan?

03:09PM 22        MR. UNDERHILL:  I don't think it changes the protocol.

03:09PM 23   I should emphasize that this is marked "Draft" for the Court's

03:09PM 24   consideration.  The reason it's draft, as I understand it, these

03:09PM 25   plans literally can change up at the last minute based upon

03:09PM 1    information they get.  I mean, if the engineers decide there's a

03:10PM 2    tweak they need to do, they don't want to lock anything into

03:10PM 3    place.  They want to do it in the safest possible way.

03:10PM 4         THE COURT:  Well, that's understandable.  But what I

03:10PM 5    mean is, would that change the plan as to where it would be taken

03:10PM 6    and that sort of thing?

03:10PM 7         MR. UNDERHILL:  No, it wouldn't, Your Honor.  But what

03:10PM 8    it means is, is that once they put it on the Q4000, the plan is

03:10PM 9    immediately to transfer it to whatever vessel.  Don't quote me on

03:10PM 10   this, but I think it's going to be a barge, to take it ashore.

03:10PM 11   And I hope I'm right on this representation, but I've been told

03:10PM 12   that I'm correct, is that once the Q4000, which is a drill rig,

03:10PM 13   and pulls the BOP up from the sea floor, her job is done.

03:10PM 14        THE COURT:  I think I saw something that they are going

03:10PM 15   to cut the drill pipe off once it's raised.  I don't know if I

03:10PM 16   fully understood it.

03:10PM 17        MR. UNDERHILL:  I don't pretend I do either, Your Honor.

03:10PM 18   But that means that she comes up as early as possibly tomorrow.

03:10PM 19   She's, as I understand it, the preservation that they do intend

03:11PM 20   and as part of the plan that Transocean, in fact, proposed will

03:11PM 21   be accomplished immediately or as soon as they reasonably can.

03:11PM 22        Then the plan is to take her off the Q4000,

03:11PM 23   transport it to Michoud and put her under security there.  And

03:11PM 24   part of how this plays in, they want it off the deck as soon as

03:11PM 25   they can, because as I understand it, Q4000's job is essentially

03:11PM  1    finished once she gets the BOP off the floor.  And given safety

03:11PM  2    considerations, and this is a Unified Command issue, they want

03:11PM  3    the Q4000 out of there as soon as possible.  Leave aside

03:11PM  4    financial considerations, it's a lot of money.  The Unified

03:11PM  5    Command's concern is a safety concern; with hurricane season

03:11PM  6    coming, they want to get her out as soon as possible.

03:11PM  7           THE COURT:  Is that one of the other drilling vessels?

03:11PM  8           MR. UNDERHILL:  She is.  And, in fact, you need a

03:11PM  9    drilling vessel with a crane that's designed to pull up BOPs.

03:11PM 10    It's a heavy piece of equipment.  And so that's what her purpose

03:11PM 11    there is, and I understand her function has ceased at that point.

03:12PM 12    They've got, I'm getting out of my depth here.  I think they've

03:12PM 13    got at least one more rig out there that then will proceed, as

03:12PM 14    soon as they secure -- I should slow down.

03:12PM 15           Once they get the BOP off the deck, and I think

03:12PM 16    they use the Q4000, in any event, they use some rig to put the

03:12PM 17    replacement BOP on the well, and only then is Admiral Allen going

03:12PM 18    to let them proceed with a bottom kill.

03:12PM 19           So they need to proceed with this procedure as fast

03:12PM 20    as they possibly can, factoring in the weather, environment,

03:12PM 21    safety, all of these considerations.

03:12PM 22           So that's why the haste.  We have people out on the

03:12PM 23    rig and in Unified Command who my colleagues and me are getting

03:12PM 24    pinged every minute.  What can we do?  What can we do?  What can

03:12PM 25    we do?  And Admiral Allen is literally waiting for the word from

03:12PM  1    us as to what the Court is going to do on this order.

03:12PM  2            As far as the factual issues, I can address that if

03:12PM  3    you want.  Let me try it this way, see if it satisfies

03:12PM  4    Your Honor:  I can make a proffer, I spent 45 minutes on the

03:13PM  5    phone with Captain Suzanne Engelhardt, U.S. Coast Guard, going

03:13PM  6    through with her the discussions that they've had with BP,

03:13PM  7    Cameron, Transocean, NASA, a whole slew of parties, 14 or 15

03:13PM  8    people on, I think, August 24, going through the agreement they

03:13PM  9    got with all those parties as to the engineering and security

03:13PM 10    concerns.  I have names.  I can provide them to court.  Including

03:13PM 11    those of the Transocean people.  There was a conference call the

03:13PM 12    next day between Captain Engelhardt and others and people in

03:13PM 13    Houston.  Where again, this was on August 25th, where all the

03:13PM 14    same parties, including Transocean, agreed with the procedures

03:13PM 15    that we've proposed to the Court.

03:13PM 16            Those are two separate meetings.  The engineers,

03:13PM 17    not the attorneys, the engineers who actually know something

03:13PM 18    about this all agreed that they were satisfied with both the

03:13PM 19    engineering and security concerns.

03:14PM 20            So I don't know what happened, who was involved

03:14PM 21    with this gentleman last night.  All I can tell you is that I'm

03:14PM 22    willing, if we need to be, and I've asked Captain Engelhardt to

03:14PM 23    stand by, if the Court wants to take testimony or if the Court

03:14PM 24    wants me to make a proffer of what she would say, I would do it,

03:14PM 25    but I leave it to the Court's judgment as to whether it wants me

03:14PM  1    to do that or not.

03:14PM  2              THE COURT:  What's his name?

03:14PM  3              MR. UNDERHILL:  Her name.

03:14PM  4              THE COURT:  Oh, her.

03:14PM  5              MR. UNDERHILL:  Suzanne Engelbert, and it's E-N-G-L-E --

03:14PM  6              THE COURT:  Oh, Engelbert.  I thought you said

03:14PM  7    Engelhardt.

03:14PM  8              MR. UNDERHILL:  I did.

03:14PM  9              THE COURT:  Okay.

03:14PM  10             MR. UNDERHILL:  E-N-G-L-E-B-E-R-T.

03:14PM  11             THE COURT:  She's with the Coast Guard?

03:14PM  12             MR. UNDERHILL:  That's correct, Your Honor.  And, in

03:14PM  13   fact, she's the lady that is at the end of the evidence protocol

03:14PM  14   that we gave Your Honor or Your Honor's clerk this morning, she's

03:14PM  15   one of the contact people listed there at the end, at the end of

03:14PM  16   the document, for a contact person for the evidence protocol.

03:14PM  17             THE COURT:  Okay, thank you.

03:14PM  18             MR. UNDERHILL:  I should add that she explained to us

03:15PM  19   that she, in addition to her other Coast Guard duties, she has

03:15PM  20   extensive background in maritime safety and port security, so she

03:15PM  21   brings that to the table as well as the other things she would

03:15PM  22   talk about.

03:15PM  23             THE COURT:  But the more pertinent things, you say she

03:15PM  24   was relating the result of some meeting with all the interested

03:15PM  25   parties, the engineers and so forth is what you're telling me?

03:15PM 1          MR. UNDERHILL:  Two separate meetings, Your Honor, with

03:15PM 2    names.

03:15PM 3          THE COURT:  Including Transocean's?

03:15PM 4          MR. UNDERHILL:  Including Transocean, and they have a

03:15PM 5    roster, and I wrote down the note.  She went through the written

03:15PM 6    roster of the people who signed in to those meetings.

03:15PM 7          THE COURT:  Okay.  Let me hear from Mr. Miller.  Or

03:15PM 8    whoever else.  I guess it's Mr. Miller.

03:15PM 9          MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

03:15PM 10   Transocean.

03:15PM 11         THE COURT:  This is like ships passing in the night,

03:15PM 12   with no pun intended, but ships passing in the night here.  You

03:15PM 13   all are talking past each other.

03:15PM 14         MR. MILLER:  I just find this all quite spectacular.

03:16PM 15   Two or three hours ago, you asked Commander Bray, When is the

03:16PM 16   earliest the BOP is going to come up?  When is the BOP going to

03:16PM 17   come up?  And I think his quote was, Your Honor --

03:16PM 18         THE COURT:  Early next week.

03:16PM 19         MR. MILLER:  The earliest would be early next week.  Now

03:16PM 20   he said that about 11:15 or 11:30 this morning.  Okay.  I wasn't

03:16PM 21   privy to those phone calls, obviously, between 11:30 this morning

03:16PM 22   and 3:00 this afternoon.

03:16PM 23          I did talk to the Transocean rep in Houston, who

03:16PM 24   was talking to reps offshore while I walked over, and they said

03:16PM 25   as far as they knew, I mean, this is double hearsay, I'll be

03:16PM 1  quite honest with you, nothing had changed.

03:16PM 2      THE COURT:  What about this meeting on August 24?  Who

03:16PM 3  was it?  Certainly they or you, somebody must know who was, what

03:17PM 4  engineers from Transocean were in this meeting?

03:17PM 5      MR. MILLER:  There were engineers from Transocean at

03:17PM 6  this meeting, no doubt about that, Your Honor.  And what they

03:17PM 7  were told is, it's going to be Michoud, and it's going to be

03:17PM 8  Michoud, and it's going to be Michoud.  That's why we filed a

03:17PM 9  motion for expedited hearing after the meeting occurred.

03:17PM 10      Now, they are being told by the governmental

03:17PM 11  officials, under Unified Command, that's what these folks are

03:17PM 12  working under.  They are engineers, they are not lawyers.  They

03:17PM 13  are told, Michoud, Michoud, Michoud.  They expressed their

03:17PM 14  concerns, they identified the limitations, they are doing all

03:17PM 15  that they can to be productive, provide the input, but they are

03:17PM 16  being told, Thanks for the input, we accept is some of it, but

03:17PM 17  with respect to the facility, it's our way.

03:17PM 18      THE COURT:  Well, here is the problem:  I hear what

03:17PM 19  you're saying, but I've got no evidence in front of me to support

03:18PM 20  any showing that seems to me that there is some serious problem

03:18PM 21  with this thing going to Michoud, at least on a temporary basis.

03:18PM 22      If this is going to be removed as early as

03:18PM 23  tomorrow, intact, with the drill pipe, it's got to be put

03:18PM 24  somewhere.  I'm certainly not going to tell them they can't

03:18PM 25  remove the BOP if that's part of the well-control plan, which it

03:18PM 1   seems like it clearly is a significant part of the well-control

03:18PM 2   plan to get this well under control.  So I'm not going to, I

03:18PM 3   don't want to interfere, I'm not going to interfere with that,

03:18PM 4   okay?

03:18PM 5           So what do we do with it when they pick it up, if

03:18PM 6   they pick it up tomorrow?  It's got to go somewhere.  It's going

03:18PM 7   to be put on a barge.  It's going to be brought somewhere.

03:18PM 8           What I was thinking, it may turn out that this is

03:18PM 9   overly optimistic, they don't even begin this tomorrow.  I mean,

03:19PM 10  this has been --

03:19PM 11          MR. MILLER:  I might put money on that one, Your Honor.

03:19PM 12          THE COURT:  -- changing by the day and by the minute, as

03:19PM 13  we saw today.  But if it does occur, maybe one option, I'm just

03:19PM 14  thinking out loud here, frankly, like all of you are, I guess, is

03:19PM 15  to let them proceed as planned, and they would, it would be put

03:19PM 16  on a barge, be taken to the dock at Michoud.  It's got to go

03:19PM 17  somewhere.  And if there is an issue that can't be resolved

03:19PM 18  between now and the first part of next week or the next few days,

03:19PM 19  in terms of the adequacy or inadequacy of the facilities at

03:19PM 20  Michoud, it doesn't mean it's got to stay there permanently.  We

03:19PM 21  could always, I mean, these things can be trucked, too, I

03:19PM 22  imagine, right?  It's got to be.  It can't be moved -- it can't,

03:19PM 23  trucked?  Everybody is shaking their head no.

03:19PM 24          MR. MILLER:  I think it's got to come in by a ship or

03:20PM 25  barge.

03:20PM  1          THE COURT:  Well, if it gets unloaded from a barge, it
03:20PM  2   can be put back on a barge and brought somewhere else.
03:20PM  3          MR. MILLER:  I don't mean to interrupt the Court, but
03:20PM  4   it's my understanding and correct me if I am wrong --
03:20PM  5          THE COURT:  Where would I tell them to send it now?
03:20PM  6          MR. MILLER:  I think it was going to stay on the barge.
03:20PM  7          THE COURT:  I need some practical solution to the
03:20PM  8   dilemma that you all have placed me in right now, frankly.
03:20PM  9          MR. MILLER:  My understanding, Your Honor, it was going
03:20PM 10   to sit on a barge until October first anyway.  The permanent
03:20PM 11   facility at Michoud wasn't going to be ready until then anyway.
03:20PM 12          THE COURT:  Then if it does --
03:20PM 13          MR. MILLER:  I don't know if I'm right or wrong on that,
03:20PM 14   but that was my understanding.
03:20PM 15          THE COURT:  Is that the plan?
03:20PM 16          MR. MILLER:  Because it was to remain dockside, and
03:20PM 17   that's part of the problem.  That's part of the reason why
03:20PM 18   Michoud is not adequate.
03:20PM 19          THE COURT:  Well, it would be put on a barge to be taken
03:20PM 20   wherever it's going.  I can't believe that a few days one way or
03:20PM 21   the other on a barge is going to be, this thing has been sitting
03:20PM 22   on the bottom of the ocean for three months.
03:20PM 23          MR. MILLER:  We wanted to get to the Court before the
03:20PM 24   final determination of Michoud at the facility was cast in stone,
03:20PM 25   because that's what the governmental actors did say earlier this

03:21PM 1   week, that's what prompted our motion to expedite and a request

03:21PM 2   to come see Your Honor today.

03:21PM 3          THE COURT:  So what's the plan when it gets to the dock

03:21PM 4   at Michoud?  Assuming the best-case scenario, if this thing

03:21PM 5   started tomorrow, the operation, they removed it, they got it on

03:21PM 6   a barge and brought it to Michoud, what are we talking about for

03:21PM 7   that to occur?

03:21PM 8          MR. UNDERHILL:  She's going to be under a Coast Guard

03:21PM 9   escort with a Coast Guard security zone by law put around it.

03:21PM 10  Once she gets to Michoud, she's tied to the dock with a secure

03:21PM 11  NASA facility.  They are going to add actually additional

03:21PM 12  surveillance cameras to --

03:21PM 13         THE COURT:  That's not what I'm asking.  I'm asking,

03:21PM 14  best-case scenario to accomplish all of that is how many days?

03:21PM 15  To get it to Michoud?

03:21PM 16         MR. UNDERHILL:  I'm out of my depth.

03:21PM 17         THE COURT:  Are we talking about two days, a day,

03:21PM 18  two days, three days?

03:21PM 19         MR. UNDERHILL:  It's probably a window of less than two

03:21PM 20  days.  It's roughly 16 to 20 hours.

03:22PM 21         UNIDENTIFIED SPEAKER:  It could take a couple of days to

03:22PM 22  get it all the way up to do that, plus your long term --

03:22PM 23         MR. UNDERHILL:  Probably a couple days, Your Honor.  I

03:22PM 24  think it's probably a 16- to 20-hour transit based on what I've

03:22PM 25  heard from transporting the riser and things like that.  How long

03:22PM 1  she'll actually stay on the rig to accomplish the preservation

03:22PM 2  procedure, I don't want to make a representation I can't back up.

03:22PM 3          THE COURT:  There is no place to put it at Michoud right

03:22PM 4  at the moment, correct?

03:22PM 5          MR. UNDERHILL:  There is.

03:22PM 6          THE COURT:  Where?

03:22PM 7          MR. UNDERHILL:  She's going to stay tied at the dock.

03:22PM 8          THE COURT:  No, no, there is no place on land to put it

03:22PM 9  at Michoud right now.

03:22PM 10          MR. UNDERHILL:  What they want to do is absolutely make

03:22PM 11  sure she's safe and secure.  They are going to put steel plates

03:22PM 12  down on the dock to make sure that -- it's a point source.  It

03:22PM 13  weighs a lot.  It's heavy.  They want to distribute the weight,

03:22PM 14  so they are putting a steel plate, specially designed steel

03:22PM 15  plates, I don't know whether they are specially designed or not,

03:22PM 16  to distribute the weight.

03:22PM 17          They are going to put a security zone, a

03:22PM 18  Coast Guard-enforced security under the Ports and Waterway Safety

03:23PM 19  Act that is punishable by a Class D felony if you violate it.

03:23PM 20          THE COURT:  No, you're not answering my question.  My

03:23PM 21  question is pretty simple:  Is this thing going to be --

03:23PM 22  Mr. Miller represented earlier this morning, if I recall

03:23PM 23  correctly, that there is no permanent facility, there is no

03:23PM 24  warehouse, there is no place to put it now on land once they get

03:23PM 25  to Michoud, so it's either got to be stored on the barge, or I

03:23PM 1    guess you could put it on a dock somewhere until they build some

03:23PM 2    structure for it.  Is that accurate?

03:23PM 3            MR. UNDERHILL:  That's correct.  They are going to keep

03:23PM 4    it on the barge till they make sure they get the plate down

03:23PM 5    and --

03:23PM 6            THE COURT:  So they are not planning on taking it off

03:23PM 7    the barge immediately.

03:23PM 8            MR. UNDERHILL:  That's correct, Your Honor.

03:23PM 9            THE COURT:  And that could be days, weeks before it's --

03:23PM 10           MR. UNDERHILL:  I don't know.  I don't know.  I really

03:23PM 11   don't.  I don't want to represent to the Court --

03:23PM 12           THE COURT:  Well, it seems to me that for purposes of

03:23PM 13   today that we should let that procedure go forward, assuming it

03:24PM 14   does start, which we may find out by 6:00 that it's back to next

03:24PM 15   week, the way this has been going.  But assuming it goes forward

03:24PM 16   as early as tomorrow, whatever, that we should let that

03:24PM 17   procedure, let the removal of the BOP with the, under the

03:24PM 18   protocol that's been tendered proceed, and it would be placed on

03:24PM 19   a vessel, would go to Michoud, it would be secured, and we can

03:24PM 20   take up again early next week or whenever the appropriate time

03:24PM 21   is, Mr. Miller, it seems to me, should it stay at Michoud for the

03:24PM 22   duration or is there some other more appropriate place to send it

03:24PM 23   for testing and analysis.  I can't see any great harm in that

03:24PM 24   approach for today's purposes.

03:24PM 25           MR. HAYCRAFT:  I appreciate that, Your Honor.

03:24PM 1   Don Haycraft for BP.

03:24PM 2            Out there in the real world BP is actually paying

03:25PM 3   for all of this.  BP is highly involved in the whole operation.

03:25PM 4   BP and certainly the Unified Command need to have a destination,

03:25PM 5   and I think Your Honor is understanding that well.

03:25PM 6            THE COURT:  I don't want it on a barge to nowhere.

03:25PM 7            MR. HAYCRAFT:  Exactly, so right now, in terms of

03:25PM 8   critical path planning, the vessel needs to be underway and know

03:25PM 9   where it's going and so forth.  So Your Honor is exactly right in

03:25PM 10  your approach.

03:25PM 11           What I would suggest is we do need a modification

03:25PM 12  of paragraph 14 of Pretrial Order Number 1 to deal with the BOP

03:25PM 13  retrieval and transportation and at least temporary storage.  And

03:25PM 14  the order that Mr. Underhill and I prepared and presented

03:25PM 15  satisfies that immediate urgency.

03:25PM 16           The Transocean and other-party proposed order to

03:25PM 17  modify paragraph 14 goes much, much further.  And what I would

03:26PM 18  propose is that our protective order, our modification be adopted

03:26PM 19  by the Court, and then perhaps we could understand that there has

03:26PM 20  got to be some kind of a burden of proof on a party to come

03:26PM 21  before Your Honor and suggest that the plan is presenting

03:26PM 22  irreparable harm.

03:26PM 23           THE COURT:  That's more or less what I thought I said.

03:26PM 24  Maybe I didn't say it as well as you said it, Mr. Haycraft, but

03:26PM 25  that's what I meant, is that I didn't have enough in front of me

03:26PM  1    now to cause to say it should go here instead of there or

03:26PM  2    whatever.  That's not to say that they may not well be right.

03:26PM  3    They may be right.  There are some legitimate concerns that have

03:26PM  4    been voiced here today.  I just don't have enough evidence in

03:26PM  5    front of me to rule on that, the way I'm looking at it right now.

03:26PM  6            MR. HAYCRAFT:  So what BP is urging the Court and

03:27PM  7    respectfully asking is that the protective order that we

03:27PM  8    presented be accepted as perhaps modified, upon Your Honor's

03:27PM  9    review, and that we object to the proposed order by Transocean

03:27PM 10    and the other parties.

03:27PM 11            THE COURT:  What I was going to suggest is that you all

03:27PM 12    take a few minutes, whatever you need, maybe look at your

03:27PM 13    proposed order and his proposed order and what I just said, and

03:27PM 14    maybe we could come up with the appropriate -- I think you know

03:27PM 15    what I would like the order to say.

03:27PM 16            MR. HAYCRAFT:  Well, the order that we proposed, for

03:27PM 17    example, on the issue of the storage location, it says, "To

03:27PM 18    Michoud or other facility as may be ultimately decided by the

03:27PM 19    Unified Command."  And so there is --

03:28PM 20            THE COURT:  Or by the Court.

03:28PM 21            MR. MILLER:  That's the key.

03:28PM 22            MR. HAYCRAFT:  Well, we would certainly be willing --

03:28PM 23            THE COURT:  That's why you all need to sit down for a

03:28PM 24    few minutes.  If you want to stay right here in the courtroom,

03:28PM 25    you can work it out.  Do you want to use my conference room?

03:28PM 1      MR. UNDERHILL:  May I make a recommendation, Your Honor?

03:28PM 2      THE COURT:  Yes.

03:28PM 3      MR. UNDERHILL:  I would ask that the Court enter the

03:28PM 4  order as is that we submitted.  That accomplishes the UC's

03:28PM 5  objective, it accomplishes the immediate need to put it

03:28PM 6  somewhere.  If Mr. Miller or any other party feels, I mean, we're

03:28PM 7  doing all of this on the fly, which disturbs me.

03:28PM 8      THE COURT:  This whole thing has been on the fly for

03:28PM 9  three months, it seems like, day by day, and I'm not criticizing

03:28PM 10  anybody.  It's just the nature of it.

03:28PM 11      MR. UNDERHILL:  What I was going to suggest, Your Honor,

03:28PM 12  that Your Honor enter the order as is.

03:28PM 13      THE COURT:  No, I want you all to take a few minutes to

03:28PM 14  look at it and try to get the language right, and I'll feel

03:28PM 15  better, and I think you all would, too.

03:29PM 16      MR. UNDERHILL:  All I was going to suggest --

03:29PM 17      THE COURT:  Take a little time, even if you take 15 or

03:29PM 18  20 minutes, if you can do it by hand on one of the orders, take

03:29PM 19  one of the orders and revise it as necessary.  And then either we

03:29PM 20  can retype it for you or I can sign it with the handwritten

03:29PM 21  changes if need be.

03:29PM 22      MR. UNDERHILL:  So if I understand it, the only dispute,

03:29PM 23  if you want to call it that, is where the BOP, we know it's going

03:29PM 24  there.  The question is whether it stays there.

03:29PM 25      THE COURT:  There's the remaining issue about testing

03:29PM 1    and all of that and who is going to do that and how that is going

03:29PM 2    to be done.  But I don't need to resolve that here today.

03:29PM 3              I do think that they are going to be entitled to,

03:29PM 4    when I say *they*, all the interested parties, which would include

03:29PM 5    the plaintiffs, are going to be entitled to input into where and

03:29PM 6    how this thing is tested, obviously.  But I don't think I need to

03:30PM 7    resolve that issue today.

03:30PM 8              But the main thing is, two main things it seems to

03:30PM 9    me:  One, I'm not going to do anything here today to prevent the

03:30PM 10   Unified Command from going forward with their ongoing

03:30PM 11   well-control efforts, which I view this as part of.  That's

03:30PM 12   number one.  And number two, that would include, if that

03:30PM 13   well-control effort that is ongoing requires them to remove the

03:30PM 14   BOP in the next day or two, I'm not going to do anything to

03:30PM 15   prevent them from proceeding with their plan to put it on a barge

03:30PM 16   to bring it to the Michoud dock and secure it, okay.

03:30PM 17             And then we'll take it from there, and if we need

03:30PM 18   to have an evidentiary hearing of some sort, we can do that.  We

03:30PM 19   can do that next week, okay?

03:30PM 20        MR. UNDERHILL:  May I still make a suggestion,

03:30PM 21   Your Honor?

03:31PM 22             THE COURT:  Okay.

03:31PM 23        MR. UNDERHILL:  If that's the way it goes, rather than

03:31PM 24   doing it on the fly, once it's at the dock at Michoud and it's

03:31PM 25   under security control, then there is not the need for expedited

03:31PM 1   hearing.  And what I suggest is, if Mr. Miller wants to come, do

03:31PM 2   it in motion fashion with affidavits.

03:31PM 3          THE COURT:  Unless their concerns involve deterioration

03:31PM 4   of the thing while it's sitting on the barge in the dock, there

03:31PM 5   may or may not be any urgency to it.  I don't know.  But on the

03:31PM 6   other hand, I don't intend to let this linger for weeks or

03:31PM 7   anything.  I want to get it resolved sooner rather than later.

03:31PM 8          MR. UNDERHILL:  We'll give it a shot, Your Honor.

03:31PM 9          MR. MILLER:  Your Honor, if I may, just a couple things.

03:31PM 10  We were prepared to bring our witness tomorrow morning at 8:00 to

03:31PM 11  give testimony and have the evidentiary hearing.  Just in a

03:31PM 12  sidebar with Mr. Roy, we want to make sure that this order

03:31PM 13  preserves that right.

03:31PM 14         THE COURT:  Yes.  I guess maybe I could say that, I

03:32PM 15  don't know if I'm granting in part your motion or denying it

03:32PM 16  without prejudice, one of the two, Mr. Miller.  I have to think

03:32PM 17  about that, how to word it.

03:32PM 18         MR. MILLER:  We just want to make sure that, look, I

03:32PM 19  mean, the issue is that we're not foreclosed from coming back and

03:32PM 20  seeking relief, and we're not going to bother the Court tomorrow

03:32PM 21  or Monday or Tuesday.

03:32PM 22         THE COURT:  I think I said that.

03:32PM 23         MR. MILLER:  And then the other issue we want to make

03:32PM 24  sure and confirm while you're still sitting on the bench, Your

03:32PM 25  Honor, because I can see where this is headed, and that is, this

03:32PM 1   order is going to say, at least as far as I'm concerned, and I

03:32PM 2   think as far as Mr. Roy is concerned, that this Court has

03:32PM 3   jurisdiction over the preservation of this BOP when it hits the

03:32PM 4   surface.

03:32PM 5       THE COURT:  I'm glad you brought that up because I read

03:32PM 6   the case which you submitted, Mr. Underhill, *Veldhoen*, I'm not

03:32PM 7   sure how it's pronounced.  *Veldhoen*.  I may be murdering that as

03:32PM 8   bad as you did Michoud.

03:32PM 9       MR. UNDERHILL:  Probably not as bad.

03:32PM 10      THE COURT:  *Veldhoen versus United States Coast Guard,*

03:32PM 11  Fifth Circuit case, 1994.  That case is totally inapplicable

03:33PM 12  here.  That case deals with, the circumstances were there was a

03:33PM 13  collision at sea, and the Coast Guard was conducting its

03:33PM 14  investigation, and two officers on a foreign vessel filed suit in

03:33PM 15  this Court to try to enjoin the proceeding, really, so they

03:33PM 16  didn't have to testify before the Marine Board investigation.

03:33PM 17      And all the Court said, Judge Feldman had a hearing

03:33PM 18  and denied it on the merits.  And then when they appealed, he

03:33PM 19  denied their injunctive relief on the merits.  And when it went

03:33PM 20  to the Fifth Circuit, the Fifth Circuit affirmed Judge Feldman

03:33PM 21  but on the grounds that he had no jurisdiction to effectively

03:33PM 22  enjoin the investigation because there was no final order there.

03:33PM 23      So I don't see -- and that court, Judge Feldman had

03:34PM 24  no basis for jurisdiction over the case other than these two

03:34PM 25  fellows, they came into court to enjoin this hearing.  That's

03:34PM 1    much different from what we have here.  I obviously have

03:34PM 2    jurisdiction over here on a number of grounds.  The MDL is here,

03:34PM 3    first of all.  Secondly, the limitation is now here.

03:34PM 4             As I recall, Judge Ellison issued an order early on

03:34PM 5    in this case acknowledging the jurisdiction over what's left, the

03:34PM 6    vessel on the bottom of the sea and the appurtenances of the

03:34PM 7    vessel as part of the res of the limitation; am I right about

03:34PM 8    that.

03:34PM 9             MR. MILLER:  That's right, Your Honor.

03:34PM 10            THE COURT:  Yes.  So I don't think there's any doubt.  I

03:34PM 11   have no hesitancy in saying that I clearly have jurisdiction over

03:34PM 12   this.

03:34PM 13            But having said that, as I said, it's not my

03:34PM 14   intention at all to interfere with the ongoing well-control

03:34PM 15   operations or safety out there or environmental issues or

03:34PM 16   anything like that.

03:34PM 17            MR. MILLER:  Your Honor, we only wanted that point of

03:34PM 18   clarification with respect to once the BOP is at the surface and

03:35PM 19   environmental safety and well protection are secured and no

03:35PM 20   longer relevant to the BOP that's at the bottom right now.

03:35PM 21            We would also like Your Honor, while you're on the

03:35PM 22   bench, just so we don't have to bother you, we think we need a

03:35PM 23   date certain in this temporary order, provisional order, whatever

03:35PM 24   it is we're going to try to work out today, what we're going to

03:35PM 25   have to the Court for entry a final preservation plan.  Not

03:35PM 1    testing, but at least a return date based upon the representation

03:35PM 2    we just got with this thing maybe coming up tomorrow that we

03:35PM 3    have, and if we have to have an evidentiary hearing in the

03:35PM 4    meantime, we'll have it.  But I don't want this thing to linger

03:35PM 5    because my concern is, the more we wait, the more this thing is

03:35PM 6    going to be cast in stone and our rights are going to diminish.

03:35PM 7          THE COURT:  I'm available by phone or e-mail pretty

03:35PM 8    much, unfortunately, at any time.  None of us can get way from

03:35PM 9    this stuff any more.  But I think I may be out of town, I may not

03:36PM 10   be returning, I'm going to out of town for the weekend.  Not far,

03:36PM 11   I'll be close by, but I would be back in town no later than

03:36PM 12   Tuesday for sure.

03:36PM 13         MR. ROY:  Jim Roy, for the record, the co-liaison

03:36PM 14   interim.  Is there, is it possible, the dilemma we find ourselves

03:36PM 15   in is that for maybe perfectly reasonable reasons we have a

03:36PM 16   moving target.

03:36PM 17         THE COURT:  Are you asking me to set a date now, next

03:36PM 18   week for an evidentiary hearing?

03:36PM 19         MR. ROY:  By which, if we have not reached an amicable

03:36PM 20   resolution with the other interested parties on a preservation

03:36PM 21   protocol for, at the facility, the barge, wherever it's going to

03:36PM 22   be, that if we don't have an order to submit to you by that time,

03:36PM 23   that you're going to have a hearing.  This may help us.

03:36PM 24         THE COURT:  I'm going to do that.

03:37PM 25             I think I'm pretty much available almost any time

03:37PM 1    next week once I get back on Tuesday.

03:37PM 2         Eileen just told me that next Wednesday is one of

03:37PM 3    our normally scheduled civil motion hearing days, and we have no

03:37PM 4    other motions scheduled at this time, so that might be a good

03:37PM 5    time to set it.  Wednesday, the first.  We could set it for 9:30,

03:37PM 6    which is our normal motion hearing time on Wednesday morning.

03:37PM 7         MR. UNDERHILL:  Just for clarification, Your Honor, this

03:37PM 8    would be a motion to do what?

03:37PM 9         THE COURT:  Why don't we put it this way:  I'm not going

03:37PM 10   to issue an order disposing of Mr. Miller's motion.  I'll just

03:37PM 11   continue the hearing on the motion to that date, but I'll issue,

03:38PM 12   I guess you'd call it an interim order as we just discussed

03:38PM 13   between now and then.  And then, next Wednesday, if it requires

03:38PM 14   taking testimony or affidavits or whatever else you all want to

03:38PM 15   submit, I'm willing to consider though.

03:38PM 16        In fact, I'll order that if either side intends to

03:38PM 17   bring live witnesses that you let us know not later than, say,

03:38PM 18   Tuesday at noon, at least give us about a 24-hour heads up.  And

03:38PM 19   also, if you intend to submit any kind of affidavits or

03:38PM 20   documentary evidence, anything else that you want me to consider,

03:38PM 21   try to get it to us by noon on Tuesday also.  Okay.

03:38PM 22        MS. SMITH:  Your Honor, will the parties also be

03:38PM 23   providing that information to the other side as well?

03:38PM 24        THE COURT:  Of course, sure.  Yes.  Yes.

03:38PM 25        Again, I would encourage you all to continue to

03:39PM 1   meet and confer.  I think that's becoming my favorite words in

03:39PM 2   the case, meet and confer.  And a lot of times you folks meeting

03:39PM 3   and conferring and talking to each other can come up with better

03:39PM 4   solutions than I might come up with.  If not, then that's why I'm

03:39PM 5   here.  Okay.

03:39PM 6           So you all want to take the next 20 minutes or so,

03:39PM 7   maybe, and try to see if you can agree on how to, I guess the

03:39PM 8   best thing would be to take your proposed order, Mr. Haycraft, I

03:39PM 9   guess it was yours and Mr. Underhill's, and let them look at it

03:39PM 10  and see if you all can agree on whether anything needs to be

03:39PM 11  either added or redacted out.

03:39PM 12          MR. UNDERHILL:  This doesn't really go to what

03:39PM 13  Your Honor is talking about now, but Lieutenant Commander Bray

03:39PM 14  will fire me as his attorney, when Mr. Miller said that Mr. Bray

03:39PM 15  made a representation about when the BOP is going to be removed,

03:40PM 16  I wanted to make a point on behalf of my client that the people

03:40PM 17  out there doing the job, they are not on a lawyer's schedule like

03:40PM 18  I live.  They are doing this on a minute-by-minute changing

03:40PM 19  basis, dynamic basis.

03:40PM 20          THE COURT:  I fully understand that, Mr. Underhill.  I

03:40PM 21  am not being critical of anybody.  Things change.  Things change

03:40PM 22  by the day and by the hour.  I'm not criticizing anybody for

03:40PM 23  that.

03:40PM 24          Okay.  Anything else?  I'll hang around here for a

03:40PM 25  while.  Do you all want to e-mail it to me?  Do you want to go

03:40PM 1  back to an office or do you want to do it here?

03:40PM 2          MR. HAYCRAFT:  I think it would be best if we used your

03:40PM 3  conference room.

03:40PM 4          THE COURT:  Okay.  You can take it to the conference

03:40PM 5  room, whoever needs to be present.  And when you all have

03:40PM 6  something ready, you know where Irina's office is.

03:40PM 7              We'll stand adjourned.  Thank you, everyone.

03:40PM 8          THE DEPUTY CLERK:  All rise.

9          (WHEREUPON, the proceedings at 3:40 p.m. were

10  adjourned.)

11                          *     *     *

12

13                    REPORTER'S CERTIFICATE

14

15      I, Cathy Pepper, Certified Realtime Reporter, Registered
   Merit Reporter, Registered Professional Reporter, Certified Court
16  Reporter of the State of Louisiana, Official Court Reporter for
   the United States District Court, Eastern District of Louisiana,
17  do hereby certify that the foregoing is a true and correct
   transcript, to the best of my ability and understanding, from the
18  record of the proceedings in the above-entitled and numbered
   matter.

19

20                          s/Cathy Pepper
                            Cathy Pepper, CRR, RMR, CCR
                            Official Court Reporter
21                          United States District Court

22

23

24

25

## $

**$75,000,000** [1] - 36:15

## 1

**1** [3] - 9:14, 33:23, 63:12
**10:00** [1] - 42:7
**10:15** [2] - 40:15, 40:22
**10:30** [1] - 1:7
**1100** [1] - 2:18
**11:15** [1] - 56:20
**11:30** [2] - 56:20, 56:21
**1201** [1] - 2:25
**1221** [1] - 3:7
**12th** [1] - 47:15
**1300** [1] - 3:4
**1321(c** [1] - 22:18
**14** [7] - 9:14, 17:10, 25:17, 54:7, 63:12, 63:17
**15** [2] - 54:7, 65:17
**16** [2] - 60:20, 60:24
**1615** [1] - 3:4
**1700** [1] - 2:25
**1994** [1] - 68:11
**1994]** [1] - 31:24
**1:20** [1] - 45:15
**1:30** [2] - 48:21, 49:1

## 2

**20** [6] - 1:5, 5:19, 25:16, 60:20, 65:18, 72:6
**20-hour** [1] - 60:24
**2010** [6] - 1:5, 1:7, 5:3, 5:19, 47:20, 50:3
**2179** [2] - 5:17, 50:10
**2179-1222** [1] - 1:6
**222** [1] - 31:20
**24** [2] - 54:8, 57:2
**24-hour** [1] - 71:18
**25th** [1] - 54:13
**26** [3] - 1:7, 5:0, 50:3
**2615** [1] - 2:10
**27** [1] - 47:19
**28TH** [1] - 1:23
**29-page** [1] - 37:19
**2:00** [3] - 45:15, 49:1, 49:2

## 3

**300** [1] - 2:21
**33** [1] - 22:18
**35** [1] - 31:20
**350** [1] - 13:14
**3668** [1] - 1:16
**3700** [1] - 2:18
**3:00** [1] - 56:22
**3:40** [1] - 73:9

## 4

**425** [1] - 2:4
**45** [1] - 54:4
**4500** [1] - 3:7

## 5

**5,000** [1] - 23:1
**50** [3] - 13:14, 13:17, 13:18
**500** [1] - 4:4
**5000** [1] - 2:15
**504** [1] - 4:5
**546** [1] - 3:10
**556** [1] - 1:16
**589-7779** [1] - 4:5
**5th** [1] - 31:21

## 6

**6** [1] - 42:22
**601** [1] - 2:10
**60654** [1] - 2:22
**6:00** [1] - 62:14

## 7

**70068** [1] - 2:4
**701** [2] - 2:7, 2:15
**70112** [2] - 1:24, 3:4
**70113** [1] - 1:20
**70130** [4] - 2:7, 2:11, 3:11, 4:4
**70139** [1] - 2:16
**70163** [1] - 2:19
**70502** [1] - 1:17
**75270** [1] - 2:25
**77010** [1] - 3:8

## 8

**820** [1] - 1:19
**89** [1] - 37:21

**8:00** [2] - 42:7, 67:10

## 9

**909** [1] - 1:23
**9:30** [1] - 71:5

## A

**A.M** [1] - 1:7
**ability** [5] - 17:12, 17:13, 38:3, 41:8, 73:17
**able** [1] - 14:21
**aboard** [3] - 7:14, 10:9, 12:24
**above-entitled** [1] - 73:17
**ABRAMSON** [1] - 2:9
**abreast** [1] - 45:6
**absolute** [1] - 37:13
**absolutely** [3] - 38:14, 39:5, 61:10
**accent** [1] - 28:7
**accept** [1] - 57:16
**accepted** [1] - 64:8
**access** [2] - 29:24, 31:15
**accident** [1] - 28:8
**accommodated** [1] - 33:5
**accomplish** [2] - 60:14, 61:1
**accomplished** [5] - 17:1, 25:3, 25:11, 25:16, 52:21
**accomplishes** [3] - 20:25, 65:4, 65:5
**according** [1] - 16:20
**accurate** [1] - 62:2
**accustomed** [1] - 43:23
**acknowledging** [1] - 69:5
**Act** [2] - 22:19, 61:19
**acting** [1] - 34:20
**Action** [1] - 5:17
**action** [4] - 7:3, 32:3, 32:18, 46:24
**actions** [1] - 32:19
**actors** [1] - 59:25
**actual** [2] - 11:19, 35:12
**add** [8] - 24:3, 25:18, 28:15, 29:16, 43:8, 48:6, 55:18, 60:11
**added** [1] - 72:11
**addition** [1] - 55:19

**additional** [4] - 8:3, 45:19, 48:6, 60:11
**address** [9] - 18:19, 20:23, 31:19, 33:18, 38:22, 39:2, 50:16, 50:22, 54:2
**addressed** [1] - 31:13
**addresses** [1] - 20:1
**addressing** [1] - 38:13
**adequacy** [1] - 58:19
**adequate** [1] - 59:18
**adjourned** [2] - 73:7, 73:10
**Admiral** [9] - 8:17, 21:20, 22:17, 22:19, 22:21, 23:10, 34:7, 53:17, 53:25
**adopted** [1] - 63:18
**advanced** [1] - 9:22
**advised** [1] - 26:18
**advisor** [1] - 21:20
**affidavit** [3] - 40:17, 41:2, 44:8
**affidavits** [3] - 67:2, 71:14, 71:19
**affirmed** [4] - 32:5, 32:8, 68:20
**afternoon** [8] - 6:6, 44:6, 45:16, 48:9, 48:14, 48:24, 51:13, 56:22
**agencies** [3] - 18:7, 18:16, 25:24
**agency** [2] - 34:20, 34:24
**ago** [5] - 26:8, 27:6, 50:23, 51:7, 56:15
**agree** [13] - 17:15, 20:12, 22:13, 22:14, 22:16, 23:4, 23:5, 25:12, 33:10, 41:16, 48:22, 72:7, 72:10
**agreed** [14] - 15:15, 23:9, 25:18, 26:24, 27:10, 28:14, 38:16, 40:11, 40:12, 43:17, 43:21, 43:22, 54:14, 54:18
**agreement** [17] - 6:10, 6:12, 6:22, 6:24, 7:1, 7:11, 13:9, 14:5, 22:15, 22:20, 22:23, 22:24, 23:24, 40:9, 42:9, 42:14, 54:8
**agreements** [1] - 45:19
**air** [1] - 37:25
**AIRLINE** [1] - 2:4
**ALAN** [1] - 2:24
**ALL** [1] - 1:8

**Allen** [7] - 8:17, 21:20, 22:17, 23:10, 34:7, 53:17, 53:25
**Allen's** [2] - 22:19, 22:21
**allow** [1] - 31:1
**allowed** [2] - 30:3, 30:6
**allows** [4] - 34:7, 34:10, 34:11, 35:6
**almost** [2] - 47:3, 70:25
**ALSO** [1] - 3:13
**alteration** [1] - 45:9
**alternative** [1] - 8:11
**aluminum** [1] - 13:3
**aluminum-walled** [1] - 13:3
**Amendment** [2] - 24:4, 24:9
**America** [1] - 25:19
**AMERICAN** [1] - 2:10
**amicable** [1] - 70:19
**amicably** [1] - 33:5
**ample** [1] - 9:2
**Anadarko** [6] - 6:4, 9:6, 11:22, 16:5, 39:19
**analogize** [2] - 11:6, 11:10
**analogy** [1] - 37:24
**analysis** [2] - 23:21, 62:23
**ANDREW** [1] - 2:21
**angst** [1] - 38:13
**answering** [1] - 61:20
**anyway** [2] - 59:10, 59:11
**appealed** [1] - 68:18
**appear** [1] - 26:16
**APPEARANCES** [4] - 1:13, 2:1, 3:1, 4:1
**appearing** [1] - 21:12
**applies** [1] - 34:2
**appreciate** [3] - 6:17, 8:8, 62:25
**approach** [2] - 62:24, 63:10
**appropriate** [9] - 14:1, 24:15, 26:24, 40:11, 42:3, 48:23, 62:20, 62:22, 64:14
**appropriately** [1] - 24:18
**appurtenances** [1] - 69:6
**APRIL** [1] - 1:5
**April** [1] - 5:19
**arguably** [1] - 37:14
**argue** [1] - 46:17

**argument** [2] - 31:18, 32:9
**arrived** [1] - 18:13
**ashore** [4] - 23:12, 24:21, 35:22, 52:10
**aside** [5] - 24:18, 39:9, 40:1, 50:21, 53:3
**aspects** [2] - 9:23, 36:19, 37:11
**assiduously** [1] - 38:8
**assign** [2] - 32:17, 33:23
**assistance** [2] - 6:17, 6:18
**assistant** [1] - 21:14
**assisted** [1] - 34:6
**assume** [2] - 7:13, 29:18
**assuming** [4] - 47:20, 60:4, 62:13, 62:15
**attached** [1] - 16:1
**attack** [1] - 12:7
**attempt** [1] - 38:12
**attended** [1] - 26:22
**Attorney** [1] - 21:15
**attorney** [2] - 22:7, 40:14, 40:25, 47:16, 72:14
**attorney's** [1] - 22:8
**attorney-client** [2] - 40:14, 40:25
**attorneys** [5] - 18:21, 26:16, 27:8, 33:24, 54:17
**August** [5] - 47:15, 47:19, 54:8, 54:13, 57:2
**AUGUST** [3] - 1:7, 5:3, 50:3
**authority** [8] - 23:10, 24:17, 32:2, 37:1, 37:13, 38:19, 43:9, 43:12
**available** [5] - 48:13, 48:24, 50:15, 70:7, 70:25
**AVENUE** [1] - 1:19
**avoid** [8] - 22:9, 31:17, 32:8, 33:6, 33:20, 33:21, 36:25
**aware** [1] - 37:23

---

**B**

**B406** [1] - 4:4
**background** [2] - 30:6, 55:20
**backup** [1] - 8:11
**bad** [2] - 68:8, 68:9

**bags** [1] - 46:5
**BARBIER** [1] - 1:11
**barge** [19] - 13:8, 52:10, 58:7, 58:16, 58:25, 59:1, 59:2, 59:6, 59:10, 59:19, 59:21, 60:6, 61:25, 62:4, 62:7, 63:6, 66:15, 67:4, 70:21
**based** [6] - 7:12, 13:2, 32:3, 51:25, 60:24, 70:1
**basic** [2] - 42:4, 42:12
**basis** [11] - 15:23, 32:6, 32:8, 32:13, 35:8, 42:7, 42:8, 57:21, 68:24, 72:19
**Bay** [1] - 12:15
**beach** [1] - 20:23
**bearing** [1] - 46:18
**bears** [1] - 50:18
**BECK** [2] - 3:6, 3:6
**BECNEL** [2] - 2:3, 2:3
**becomes** [1] - 10:21
**becoming** [1] - 72:1
**BEFORE** [1] - 1:11
**begin** [5] - 11:24, 12:6, 12:7, 35:12, 58:9
**behalf** [12] - 8:2, 16:5, 17:9, 21:11, 21:12, 33:6, 34:3, 35:14, 36:2, 50:20, 56:9, 72:16
**Belle** [1] - 39:20
**below** [2] - 23:1, 43:9
**bench** [2] - 67:24, 69:22
**beneficial** [1] - 19:12
**benefit** [2] - 11:3, 34:12
**BER** [2] - 28:9, 28:10
**Berkeley** [1] - 27:18
**BERTAUT** [1] - 3:10
**best** [16] - 11:12, 11:13, 14:12, 15:7, 23:19, 25:21, 26:11, 30:15, 31:16, 33:11, 35:11, 60:4, 60:14, 72:8, 73:2, 73:17
**best-case** [2] - 60:4, 60:14
**bet** [2] - 38:5
**better** [6] - 24:11, 37:22, 39:21, 41:12, 65:15, 72:3
**between** [9] - 6:24, 7:1, 24:24, 26:13, 48:21, 54:12, 56:21, 58:18, 71:13

**beyond** [1] - 38:25
**BICKFORD** [1] - 3:17
**big** [4] - 13:19, 13:23, 13:24
**biological** [1] - 12:7
**birthday** [1] - 27:21
**bit** [1] - 28:11
**bite** [1] - 20:22
**blame** [1] - 32:17
**blowout** [4] - 6:5, 8:9, 8:10, 8:15
**board** [1] - 48:1
**Board** [17] - 10:24, 21:14, 21:25, 24:3, 24:6, 24:8, 24:11, 26:23, 31:22, 31:24, 32:12, 32:23, 43:7, 43:10, 46:17, 47:1, 68:16
**Board's** [1] - 33:5
**boat** [2] - 20:1, 20:2
**booster** [1] - 31:3
**boosters** [1] - 31:4
**BOP** [79] - 7:22, 7:25, 8:4, 8:18, 8:25, 9:12, 9:13, 9:15, 9:23, 10:12, 10:14, 10:15, 11:11, 11:13, 11:18, 11:25, 12:1, 12:9, 12:24, 13:1, 13:5, 13:7, 13:14, 14:7, 14:11, 15:4, 15:8, 15:11, 15:14, 15:24, 15:25, 16:12, 16:14, 16:15, 16:16, 16:19, 17:3, 18:8, 18:12, 18:14, 19:1, 19:18, 19:24, 20:3, 20:23, 22:14, 22:25, 23:21, 25:9, 25:21, 35:12, 36:4, 36:22, 37:4, 37:20, 39:14, 43:5, 44:12, 51:12, 51:14, 52:13, 53:1, 53:15, 53:17, 56:16, 57:25, 62:17, 63:12, 65:23, 66:14, 68:3, 69:18, 69:20, 72:15
**BOPs** [6] - 12:8, 13:25, 39:23, 39:25, 51:3, 53:9
**boss** [4] - 27:13, 28:3, 28:10, 28:11
**bother** [3] - 38:7, 67:20, 69:22
**bothering** [1] - 42:14
**bottom** [5] - 10:8, 53:18, 59:22, 69:6, 69:20
**BOX** [1] - 1:16

**box** [1] - 24:18
**BP** [20] - 6:10, 9:8, 9:17, 9:22, 10:9, 18:16, 18:23, 19:24, 23:15, 26:23, 35:4, 36:13, 38:11, 51:1, 54:6, 63:1, 63:2, 63:3, 63:4, 64:6
**BP/DOJ** [1] - 12:14
**BRACKEN** [1] - 3:23
**Bray** [7] - 21:22, 21:23, 47:13, 48:2, 56:15, 72:13, 72:14
**BRAY** [3] - 3:13, 47:24, 48:3
**Bray's** [1] - 31:23
**breaks** [3] - 19:18, 37:5, 45:1
**brief** [1] - 33:1
**briefing** [2] - 8:18, 24:15
**briefly** [2] - 38:21, 43:1
**bring** [7] - 12:14, 12:25, 41:12, 51:18, 66:16, 67:10, 71:17
**bringing** [2] - 10:8, 39:21
**brings** [1] - 55:21
**brought** [6] - 35:22, 42:18, 58:7, 59:2, 60:6, 68:5
**build** [1] - 62:1
**building** [5] - 13:15, 18:12, 30:25, 31:3, 31:7
**BUILDING** [1] - 2:10
**built** [1] - 31:4
**bunch** [3] - 29:10, 41:23
**burden** [1] - 63:20
**business** [4] - 12:9, 37:1, 39:24, 40:7
**bust** [2] - 36:18, 36:19
**busted** [1] - 36:10
**BY** [16] - 1:4, 1:15, 1:19, 1:22, 2:3, 2:6, 2:9, 2:13, 2:18, 2:21, 2:24, 3:3, 3:6, 3:10, 4:6, 4:6

---

**C**

**CAHILL** [1] - 1:21
**California** [1] - 27:16
**CALLED** [2] - 5:4, 50:4
**cameras** [1] - 60:12
**Cameron** [3] - 18:16, 25:8, 25:9, 26:22,

54:7
**Cameron-recommended** [1] - 25:8
**cannot** [1] - 17:15
**cap** [3] - 36:15, 36:18, 36:19
**capacity** [4] - 13:13, 13:16, 30:13, 39:1
**CAPTAIN** [4] - 3:14, 27:4, 35:13, 35:16
**Captain** [5] - 21:19, 35:14, 54:5, 54:12, 54:22
**care** [1] - 11:9
**carefully** [1] - 18:14
**CARL** [1] - 1:11
**CARMELITE** [1] - 3:10
**CARONDELET** [1] - 3:10
**case** [33] - 5:16, 6:4, 10:22, 11:4, 26:3, 26:14, 28:5, 28:7, 28:8, 29:20, 31:19, 32:25, 33:24, 37:10, 43:4, 43:7, 43:12, 43:16, 45:7, 46:16, 46:17, 47:2, 47:8, 51:11, 60:4, 60:14, 68:6, 68:11, 68:12, 68:24, 69:5, 72:2
**CASES** [1] - 1:8
**cast** [2] - 59:24, 70:6
**CATHY** [1] - 4:3
**Cathy** [2] - 73:14, 73:20
**causation** [1] - 16:1
**CCR** [2] - 4:3, 73:20
**ceased** [1] - 53:11
**CENTER** [1] - 3:7
**Center** [1] - 12:14
**certain** [5] - 25:2, 25:10, 25:17, 36:16, 69:23
**certainly** [11] - 10:4, 10:7, 15:12, 18:16, 27:25, 37:10, 47:4, 57:3, 57:24, 63:4, 64:22
**CERTIFICATE** [1] - 73:13
**CERTIFIED** [1] - 4:3
**Certified** [2] - 73:14, 73:15
**certify** [1] - 73:16
**chain** [4] - 25:22, 28:16, 29:17, 29:19
**chance** [1] - 8:5
**change** [4] - 51:25, 52:5, 72:21

**changed** [3] - 12:17, 51:21, 57:1
**changes** [3] - 32:20, 51:22, 65:21
**changing** [2] - 58:12, 72:18
**Channel** [1] - 11:7
**charged** [1] - 15:2
**Charlie** [3] - 27:24, 27:25, 28:2
**Chasse** [1] - 39:20
**check** [4] - 30:7, 48:7, 48:12, 48:19
**Chef** [1] - 12:10
**CHICAGO** [1] - 2:22
**chosen** [1] - 24:2
**Cir** [1] - 31:21
**Circuit** [7] - 32:5, 32:8, 32:14, 43:4, 68:11, 68:20
**Circuit's** [1] - 46:16
**circulated** [2] - 19:25, 42:22
**circulating** [1] - 25:3
**circumstances** [1] - 68:12
**cited** [1] - 43:5
**citizen** [1] - 30:5
**civil** [7] - 20:6, 25:19, 26:4, 29:20, 37:10, 41:17, 71:3
**clarification** [2] - 69:18, 71:7
**clarify** [2] - 7:8, 23:20
**Class** [1] - 61:19
**Clean** [1] - 22:19
**clearly** [2] - 58:1, 69:11
**CLERK** [6] - 5:7, 5:17, 5:22, 49:4, 50:7, 73:8
**clerk** [2] - 51:8, 55:14
**client** [5] - 22:12, 40:14, 40:25, 43:17, 72:16
**client's** [1] - 14:9
**clients** [7] - 29:6, 31:23, 33:7, 34:3, 34:13
**clients'** [1] - 30:9
**close** [2] - 28:12, 70:11
**closely** [1] - 16:1
**co** [3] - 36:3, 40:25, 70:13
**co-counsel** [1] - 40:25
**co-liaison** [2] - 36:3, 70:13
**Coast** [16] - 18:20, 21:13, 21:18, 21:24,

28:4, 31:20, 31:22, 36:24, 54:5, 55:11, 55:19, 60:8, 60:9, 61:18, 68:10, 68:13
**colleagues** [4] - 23:7, 36:11, 37:23, 53:23
**collection** [1] - 39:8
**collectively** [1] - 11:21
**collision** [1] - 68:13
**combined** [1] - 36:24
**coming** [4] - 5:20, 53:6, 67:19, 70:2
**command** [2] - 19:19, 36:24
**Command** [18] - 18:5, 19:4, 19:5, 19:10, 21:13, 21:20, 22:17, 35:15, 36:25, 37:8, 38:11, 53:2, 53:23, 57:11, 63:4, 64:19, 66:10
**Command's** [1] - 53:5
**COMMANDER** [3] - 3:13, 47:24, 48:3
**Commander** [6] - 21:22, 21:23, 47:13, 48:2, 56:15, 72:13
**commander** [1] - 21:22
**commence** [1] - 15:16
**commend** [1] - 46:15
**comments** [1] - 44:10
**commitment** [2] - 26:2, 26:5
**communication** [1] - 40:14
**COMPUTER** [1] - 4:6
**CON** [2] - 27:24, 27:25
**concern** [9] - 12:5, 31:14, 32:24, 33:13, 45:4, 53:5, 70:5
**concerned** [2] - 68:1, 68:2
**concerns** [21] - 11:14, 13:12, 30:8, 30:9, 30:10, 30:12, 31:13, 38:25, 40:19, 40:23, 41:3, 41:7, 42:20, 44:23, 44:25, 54:10, 54:19, 57:14, 64:3, 67:3
**concur** [1] - 37:3
**concurrent** [1] - 43:10
**conducted** [1] - 11:19
**conducting** [1] - 68:13
**confected** [2] - 17:11, 19:25
**confer** [2] - 72:1, 72:2
**conference** [7] - 6:6, 6:8, 45:22, 54:11,

64:25, 73:3, 73:4
**conferring** [1] - 72:3
**confess** [1] - 8:5
**confirm** [2] - 47:14, 67:24
**confirmation** [1] - 47:22
**confusion** [1] - 7:9
**Congress** [3] - 22:17, 23:11, 32:13
**Congressional** [1] - 10:23
**connected** [1] - 13:6
**consider** [2] - 24:12, 33:15, 33:16, 33:17, 43:25, 71:15, 71:20
**consideration** [1] - 51:24
**considerations** [3] - 53:2, 53:4, 53:21
**considered** [2] - 24:7, 31:15, 47:17
**considering** [1] - 18:8
**consistent** [1] - 9:10
**consolidated** [1] - 36:6
**constant** [1] - 20:5
**construct** [1] - 13:1
**constructed** [2] - 13:2, 30:12
**consultants** [1] - 13:6
**consulted** [2] - 37:22, 37:23
**contact** [2] - 55:15, 55:16
**contemplates** [1] - 51:17
**contentions** [1] - 19:2
**context** [1] - 43:4
**Contingency** [1] - 51:2
**contingency** [3] - 8:11, 37:20, 51:11
**continue** [1] - 35:21, 45:12, 45:17, 71:11, 71:25
**CONTINUED** [3] - 2:1, 3:1, 4:1
**contract** [4] - 23:21, 23:22, 48:7
**contractor** [5] - 15:17, 17:12, 23:20, 23:23, 24:2
**control** [15] - 10:13, 10:16, 10:18, 19:4, 19:5, 19:17, 44:24, 45:2, 57:25, 58:1, 51:19, 52:4, 52:14, 53:7, 55:2, 55:4, 55:6, 55:9, 55:11, 55:17, 55:23, 56:3,
**convert** [1] - 41:1

**copied** [1] - 7:14
**copies** [5] - 6:12, 6:13, 7:16, 40:21
**copy** [2] - 7:14, 50:10
**correct** [10] - 12:4, 19:22, 51:16, 52:12, 55:12, 59:4, 61:4, 62:3, 62:8, 73:16
**correctly** [2] - 22:14, 61:23
**corrode** [1] - 12:6
**corrosion** [1] - 38:2
**COTLAR** [1] - 1:18
**Coughenour** [2] - 28:5, 28:9
**counsel** [22] - 6:6, 6:24, 7:1, 7:18, 9:7, 11:24, 15:20, 16:6, 17:10, 19:24, 19:25, 20:20, 21:18, 24:25, 26:14, 28:13, 38:9, 40:24, 40:25, 41:6, 42:22, 50:13
**counselor** [1] - 22:9
**couple** [8] - 12:17, 14:3, 16:3, 42:15, 44:10, 60:21, 60:23, 67:9
**course** [4] - 12:9, 39:23, 40:6, 71:24
**COURT** [137] - 1:1, 4:3, 5:4, 5:8, 5:10, 5:13, 5:20, 5:23, 6:14, 6:22, 7:3, 7:6, 7:19, 7:21, 8:20, 8:22, 9:3, 9:25, 10:5, 12:3, 12:16, 12:19, 13:17, 13:20, 13:23, 14:14, 16:7, 17:17, 17:22, 18:1, 21:7, 21:9, 22:5, 26:9, 26:19, 27:1, 27:6, 27:11, 27:14, 27:19, 28:18, 29:1, 29:5, 29:13, 30:8, 31:2, 31:6, 35:11, 35:23, 35:25, 38:20, 38:23, 39:17, 39:25, 40:8, 41:9, 42:16, 42:25, 43:3, 43:19, 45:17, 45:22, 46:9, 46:14, 46:21, 47:9, 47:11, 48:2, 48:8, 48:17, 48:20, 49:3, 50:4, 50:8, 50:13, 50:17, 50:19, 51:4, 51:14, 51:19, 52:4, 52:14, 53:7, 55:2, 55:4, 55:6, 55:9, 55:11, 55:17, 55:23, 56:3,

56:7, 56:11, 56:18, 57:2, 57:18, 58:12, 59:1, 59:5, 59:7, 59:12, 59:15, 59:19, 60:3, 60:13, 60:17, 61:3, 61:6, 61:8, 61:20, 62:6, 62:9, 62:12, 63:6, 63:23, 64:11, 64:20, 64:23, 65:2, 65:8, 65:13, 65:17, 65:25, 66:22, 67:3, 67:14, 67:22, 68:5, 68:10, 69:10, 70:7, 70:17, 70:24, 71:9, 71:24, 72:20, 73:4
**court** [16] - 6:23, 17:13, 19:12, 22:3, 26:5, 36:14, 40:16, 40:24, 41:21, 42:5, 42:10, 47:13, 48:12, 54:10, 68:23, 68:25
**Court** [50] - 9:12, 14:18, 15:15, 16:15, 16:18, 16:20, 16:21, 17:8, 17:16, 17:21, 20:7, 20:11, 20:20, 20:24, 21:1, 22:12, 23:13, 24:16, 24:23, 26:4, 33:2, 38:7, 40:17, 41:5, 41:17, 42:10, 42:14, 43:12, 43:21, 54:1, 54:15, 54:23, 59:3, 59:23, 62:11, 63:19, 64:6, 64:20, 65:3, 67:20, 68:2, 68:15, 68:17, 69:25, 73:15, 73:15, 73:16, 73:20, 73:21
**Court's** [3] - 6:17, 51:23, 54:25
**courtroom** [5] - 5:24, 15:6, 18:20, 21:16, 64:24
**cover** [1] - 30:20
**covered** [3] - 10:9, 16:8, 30:19
**crane** [5] - 13:12, 13:13, 30:13, 38:25, 53:9
**create** [1] - 42:3
**criminal** [3] - 26:4, 32:17, 37:9
**critical** [8] - 11:4, 11:10, 14:8, 39:22, 44:20, 46:23, 63:8, 72:21
**critically** [1] - 37:19
**criticizing** [2] - 65:9, 72:22

**CRR** [2] - 4:3, 73:20
**crucial** [4] - 36:3, 36:10, 36:13, 37:6
**current** [2] - 14:10, 18:1
**custody** [4] - 25:22, 28:16, 29:18, 29:19
**cut** [2] - 10:6, 52:11
**cutoff** [1] - 47:23
**cycle** [1] - 13:7

**D**

**DALLAS** [1] - 2:25
**damage** [1] - 14:12
**damages** [1] - 36:20
**data** [1] - 8:6
**date** [6] - 27:3, 47:20, 69:23, 70:1, 70:17, 71:11
**DAVID** [2] - 3:6, 3:22
**David** [1] - 27:24
**days** [16] - 17:10, 25:17, 26:8, 27:6, 58:18, 59:20, 60:14, 60:17, 60:18, 60:20, 60:21, 60:23, 62:9, 71:3
**DC** [1] - 21:18
**de** [1] - 26:9
**deadline** [1] - 47:23
**deal** [7] - 6:20, 17:6, 23:17, 23:18, 24:10, 30:24, 63:12
**dealing** [2] - 16:12, 20:17
**deals** [1] - 68:12
**death** [1] - 36:12
**debating** [1] - 23:12
**decide** [4] - 15:7, 20:12, 23:16, 52:1
**decided** [1] - 64:18
**decision** [3] - 22:16, 22:21, 29:9
**deck** [2] - 52:24, 53:15
**DEEPWATER** [3] - 1:4, 5:18, 50:10
**DEFENDANTS** [1] - 2:13
**defendants** [3] - 34:21, 37:4, 38:10
**defense** [1] - 38:9
**defensive** [1] - 33:13
**defer** [1] - 23:13
**deferred** [1] - 23:14
**defers** [1] - 24:15
**degree** [1] - 25:21
**delayed** [1] - 47:21
**delegated** [3] - 22:17,

23:11, 32:13
**delete** [2] - 42:21, 42:23
**demonstrated** [2] - 26:5, 35:7
**demonstrates** [1] - 26:1
**denied** [3] - 32:3, 68:18, 68:19
**denying** [1] - 67:15
**Department** [8] - 9:8, 18:17, 18:18, 21:4, 21:11, 23:7, 25:20, 26:1
**depth** [2] - 53:12, 60:16
**DEPUTY** [6] - 5:7, 5:17, 5:22, 49:4, 50:7, 73:8
**description** [1] - 13:3
**design** [1] - 24:10
**designed** [5] - 19:16, 30:20, 53:9, 61:14, 61:15
**designee** [1] - 7:15
**desire** [1] - 18:25
**desires** [1] - 21:5
**destination** [1] - 63:4
**destroy** [1] - 38:2
**destructive** [1] - 17:7
**detail** [3] - 18:19, 20:11, 38:13
**detailed** [1] - 18:21
**details** [3] - 12:22, 30:16, 40:5
**deterioration** [1] - 67:3
**determination** [2] - 15:4, 59:24
**determine** [1] - 32:18
**determined** [1] - 29:16
**device** [3] - 13:23, 13:24, 13:25
**differences** [4] - 9:16, 11:14, 16:4, 29:9
**different** [2] - 8:7, 69:1
**difficult** [1] - 20:16
**difficulty** [1] - 13:14
**digest** [1] - 8:6
**dilemma** [2] - 59:8, 70:14
**diminish** [1] - 70:6
**directly** [1] - 9:12
**disagreement** [1] - 23:24
**disagrees** [1] - 19:1
**disappointed** [1] - 24:24
**disclosed** [1] - 8:17
**disconnect** [7] -

11:12, 24:24, 26:8, 26:13, 26:14, 39:21, 44:3
**Discovery** [1] - 11:6
**discussed** [3] - 6:7, 19:23, 71:12
**discussing** [1] - 19:23
**discussions** [4] - 14:14, 14:20, 50:14, 54:6
**Dismiss** [1] - 32:10
**dismissed** [1] - 32:3
**disposing** [1] - 71:10
**dispute** [10] - 28:13, 33:6, 33:18, 33:20, 33:21, 33:25, 34:1, 38:24, 40:10, 65:22
**disputes** [5] - 22:9, 22:11, 22:12, 33:21, 43:24
**distribute** [2] - 61:13, 61:16
**DISTRICT** [3] - 1:1, 1:1, 1:12
**district** [2] - 31:19, 43:10
**District** [4] - 28:6, 73:16, 73:21
**disturbs** [1] - 65:7
**diving** [1] - 28:8
**dock** [12] - 12:25, 13:1, 30:11, 58:16, 60:3, 60:10, 61:7, 61:12, 62:1, 66:16, 66:24, 67:4
**dockside** [1] - 59:16
**document** [1] - 55:16
**DOCUMENT** [1] - 1:8
**documentary** [1] - 71:20
**documentation** [1] - 34:25
**documents** [2] - 7:24, 51:1
**DOJ** [4] - 8:2, 9:17, 9:22, 10:9
**DOMENGEAUX** [1] - 1:15
**DON** [1] - 2:13
**Don** [3] - 6:9, 9:5, 63:1
**done** [17] - 6:18, 10:17, 23:6, 24:16, 24:19, 25:17, 26:6, 27:1, 27:9, 34:16, 35:9, 35:17, 35:19, 38:10, 44:9, 52:13, 66:2
**donee** [1] - 11:9
**donor** [1] - 11:9
**double** [1] - 56:25

**doubt** [4] - 20:17, 44:2, 57:6, 69:10
**down** [15] - 10:15, 14:21, 22:11, 23:5, 23:6, 23:8, 24:13, 24:17, 24:20, 27:16, 53:14, 56:5, 61:12, 62:4, 64:23
**Draft** [1] - 51:23
**draft** [8] - 7:25, 15:16, 15:18, 17:15, 41:24, 42:19, 51:24
**drafted** [2] - 34:10, 34:11
**drafts** [2] - 15:19, 42:6
**drill** [12] - 8:8, 8:14, 8:22, 16:12, 51:10, 51:14, 51:18, 52:12, 52:15, 57:23
**Drill** [1] - 51:3
**drilling** [2] - 53:7, 53:9
**due** [1] - 44:1
**dueling** [2] - 46:19, 46:21
**DUKE** [1] - 3:16
**duration** [1] - 62:22
**during** [1] - 17:13
**duties** [1] - 55:19
**duty** [2] - 22:8, 37:13
**DVDs** [2] - 6:12, 7:14
**dynamic** [1] - 72:19

**E**

**e-mail** [12] - 7:24, 8:4, 40:15, 40:19, 41:2, 47:14, 47:15, 47:17, 47:25, 48:4, 70:7, 72:25
**e-mails** [1] - 14:19
**E-N-G-L-E-B-E-R-T** [1] - 55:10
**E.F** [1] - 41:22
**earliest** [3] - 35:17, 56:16, 56:19
**early** [10] - 35:13, 35:16, 51:13, 52:18, 56:18, 56:19, 57:22, 62:16, 62:20, 69:4
**Eastern** [1] - 73:16
**EASTERN** [1] - 1:1
**educated** [1] - 27:17
**EDWARDS** [1] - 1:15
**effect** [1] - 25:23
**effectively** [1] - 68:21
**effort** [2] - 33:7, 66:13
**efforts** [1] - 66:11
**Eileen** [3] - 5:13, 5:16, 71:2

**either** [13] - 29:6, 32:10, 44:5, 44:7, 46:2, 48:23, 48:24, 51:7, 52:17, 61:25, 65:19, 71:16, 72:11
**election** [1] - 27:23
**element** [2] - 28:15, 29:17
**elements** [1] - 30:20
**eliminate** [1] - 38:9
**ELLIS** [1] - 2:20
**Ellison** [1] - 69:4
**ELM** [1] - 2:25
**emotional** [1] - 15:2
**emphasis** [1] - 29:13
**emphasize** [1] - 51:23
**encourage** [2] - 45:11, 71:25
**end** [4] - 45:2, 55:13, 55:15
**enforced** [1] - 61:18
**Engelbert** [2] - 55:5, 55:6
**Engelhardt** [4] - 54:5, 54:12, 54:22, 55:7
**engineer** [5] - 18:11, 31:9, 40:15, 40:22, 48:12
**engineer's** [1] - 29:15
**engineering** [4] - 18:8, 19:6, 54:9, 54:19
**engineers** [25] - 12:8, 18:6, 19:10, 25:1, 26:22, 27:7, 27:8, 28:14, 29:11, 30:16, 30:17, 31:11, 31:12, 40:9, 43:16, 43:17, 45:20, 45:24, 52:1, 54:16, 54:17, 55:25, 57:4, 57:5, 57:12
**ENGLE** [1] - 55:5
**enjoin** [3] - 68:15, 68:22, 68:25
**enter** [4] - 16:18, 42:10, 65:3, 65:12
**entered** [5] - 9:10, 17:8, 24:2, 35:5, 46:20
**ENTERPRISE** [1] - 7:14
**entertain** [1] - 44:8
**entire** [1] - 51:20
**entitled** [4] - 45:5, 66:3, 66:5, 73:17
**entry** [2] - 14:25, 69:25
**envelopes** [1] - 7:17
**environment** [2] - 32:25, 53:20
**environmental** [8] -

10:14, 10:16, 10:18,
  15:13, 44:25, 45:2,
  69:15, 69:19
**envision** [1] - 14:6
**equation** [1] - 36:13
**equipment** [2] - 28:17,
  53:10
**equipped** [2] - 39:23,
  39:25
**erected** [1] - 31:1
**escort** [1] - 60:9
**especially** [1] - 21:12
**ESQUIRE** [26] - 1:15,
  1:19, 1:22, 2:3, 2:6,
  2:9, 2:13, 2:14, 2:18,
  2:21, 2:24, 3:3, 3:6,
  3:10, 3:13, 3:16,
  3:16, 3:17, 3:17,
  3:19, 3:19, 3:20,
  3:20, 3:22, 3:22,
  3:23
**essentially** [1] - 52:25
**estimate** [1] - 35:11
**estimation** [1] - 27:17
**evaluated** [1] - 15:25
**evening** [1] - 46:2
**event** [3] - 17:14,
  28:13, 53:16
**eventually** [3] - 22:1,
  22:7, 23:18
**evidence** [37] - 6:4,
  10:22, 11:4, 11:5,
  14:6, 14:8, 14:12,
  16:19, 19:16, 22:25,
  25:22, 25:24, 25:25,
  26:3, 26:7, 29:25,
  34:12, 34:15, 36:3,
  37:6, 37:15, 39:8,
  39:22, 41:8, 41:18,
  41:19, 43:25, 44:7,
  45:3, 45:10, 46:23,
  55:13, 55:16, 57:19,
  64:4, 71:20
**evidentiary** [5] - 14:7,
  66:18, 67:11, 70:3,
  70:18
**exact** [1] - 45:13
**exactly** [4] - 10:3,
  16:8, 63:7, 63:9
**exaggeration** [1] -
  13:22
**example** [1] - 64:17
**exchanged** [2] -
  14:19, 14:20
**executed** [1] - 25:24
**exercise** [1] - 24:9
**exists** [1] - 19:8
**expected** [1] - 40:13
**expedite** [1] - 60:1
**expedited** [6] - 6:2,

8:24, 35:8, 50:23,
  57:9, 66:25
**experienced** [1] -
  26:15
**expert** [1] - 38:15
**experts** [6] - 13:6,
  37:22, 37:23, 38:5,
  45:24
**explained** [1] - 55:18
**exposed** [1] - 37:25
**Express** [1] - 7:17
**expressed** [2] - 42:20,
  57:13
**extended** [3] - 47:21,
  47:24, 48:3
**extensive** [1] - 55:20
**extent** [3] - 33:4,
  41:17, 45:25
**extremely** [1] - 30:2

## F

**F(9)** [1] - 36:6
**F.3rd** [1] - 31:20
**facilitate** [2] - 22:10,
  42:13
**facilities** [5] - 13:5,
  13:25, 40:5, 44:20,
  58:19
**facility** [39] - 11:25,
  12:23, 13:1, 13:2,
  13:11, 15:15, 18:3,
  18:22, 20:3, 26:25,
  29:21, 29:22, 29:23,
  30:1, 30:10, 31:16,
  39:6, 39:15, 39:17,
  39:18, 39:19, 39:22,
  40:11, 40:20, 41:7,
  41:13, 44:13, 44:16,
  44:18, 57:17, 59:11,
  59:24, 60:11, 61:23,
  64:18, 70:21
**Facility** [1] - 12:10
**fact** [10] - 25:5, 25:7,
  30:2, 43:18, 43:20,
  46:16, 52:20, 53:8,
  55:13, 71:16
**factoring** [1] - 53:20
**factual** [4] - 33:20,
  43:23, 50:21, 54:2
**fail** [1] - 33:12
**failure** [1] - 17:3
**fairly** [1] - 35:3
**faith** [1] - 44:2
**far** [9] - 16:7, 31:17,
  44:1, 44:11, 54:2,
  56:25, 68:1, 68:2,
  70:10
**fashion** [1] - 67:2

**fast** [1] - 53:19
**favorite** [1] - 72:1
**FBI** [6] - 25:25, 34:15,
  34:20, 34:24, 39:8,
  42:20
**feasible** [1] - 44:13,
  44:15
**Federal** [1] - 7:17
**federal** [2] - 22:18,
  41:21
**feet** [2] - 13:18, 23:1
**Feldman** [6] - 31:25,
  32:2, 32:6, 68:17,
  68:20, 68:23
**Feldman's** [2] - 43:9,
  47:2
**fellows** [1] - 68:25
**felony** [1] - 61:19
**fest** [1] - 29:15
**few** [7] - 27:22, 27:23,
  58:18, 59:20, 64:12,
  64:24, 65:13
**Fifth** [8] - 32:5, 32:8,
  32:14, 43:4, 46:16,
  68:11, 68:20
**figure** [2] - 8:14, 29:10
**file** [4] - 32:10, 35:8,
  41:23
**filed** [8] - 6:3, 6:23,
  8:23, 9:11, 16:11,
  36:14, 57:8, 68:14
**files** [1] - 8:4
**final** [3] - 59:24, 68:22,
  69:25
**finalized** [1] - 6:11
**finally** [5] - 22:22,
  26:9, 34:7, 34:9,
  41:20
**financial** [1] - 53:4
**fine** [1] - 46:9
**finished** [1] - 53:1
**fire** [1] - 72:14
**firmly** [1] - 22:8
**first** [27] - 6:5, 6:7, 6:8,
  7:24, 8:9, 9:24,
  15:16, 15:17, 18:1,
  18:4, 19:16, 22:8,
  23:12, 23:19, 25:1,
  27:12, 36:11, 44:6,
  44:11, 44:17, 45:21,
  46:2, 48:24, 58:18,
  59:10, 69:3, 71:5
**First** [2] - 24:4, 24:9
**fishing** [1] - 19:23
**five** [1] - 13:18
**flew** [1] - 21:18
**floor** [2] - 52:13, 53:1
**FLOOR** [1] - 1:23
**flow** [1] - 36:21
**FLOYD** [1] - 3:20

**fluids** [5] - 13:7,
  13:10, 13:11, 25:3,
  39:1
**fly** [3] - 65:7, 65:8,
  66:24
**focused** [4] - 9:24,
  10:11, 16:13, 16:15
**folks** [8] - 5:10, 11:21,
  13:9, 14:17, 14:22,
  22:10, 57:11, 72:2
**FOR** [2] - 1:15, 2:13
**foreclosed** [1] - 67:19
**foregoing** [1] - 73:16
**foreign** [1] - 68:14
**foremost** [2] - 19:16,
  36:11
**forensic** [1] - 47:18
**former** [1] - 28:3
**forth** [4] - 36:17, 39:8,
  55:25, 63:9
**forward** [6] - 35:5,
  36:14, 51:12, 62:13,
  62:15, 66:10
**forwarded** [1] - 51:1
**Francisco** [1] - 27:16
**frankly** [2] - 58:14,
  59:8
**Friday** [2] - 12:13,
  28:20, 37:19
**FRILOT** [1] - 2:17
**front** [5] - 14:18,
  46:24, 57:19, 63:25,
  64:5
**fuel** [1] - 31:5
**full** [1] - 30:6
**fully** [3] - 25:12, 52:16,
  72:20
**fun** [1] - 28:11
**function** [1] - 53:11
**functionally** [1] - 38:3
**fundamental** [2] -
  9:16, 9:18
**furthermore** [1] - 24:1
**future** [2] - 23:25,
  32:19

## G

**GARNER** [2] - 1:21,
  1:22
**GARY** [1] - 3:22
**general** [3] - 11:17,
  21:17, 44:11
**gentleman** [1] - 54:21
**GEOF** [1] - 3:23
**GEORGE** [1] - 3:20
**given** [4] - 38:6, 46:16,
  47:21, 53:1
**glad** [1] - 68:5

**glance** [1] - 51:20
**goal** [6] - 18:23, 32:16,
  32:21, 32:22, 34:10
**GODWIN** [1] - 2:23
**Government** [1] - 39:6
**government** [5] - 18:7,
  19:11, 30:1, 44:12,
  44:18
**government-owned**
  [1] - 44:12
**governmental** [6] -
  17:12, 18:16, 18:21,
  47:16, 57:10, 59:25
**granting** [1] - 67:15
**great** [4] - 29:20,
  31:14, 38:13, 62:23
**greatest** [1] - 19:13
**gross** [1] - 36:17
**ground** [1] - 26:17
**grounds** [2] - 68:21,
  69:2
**Guard** [15] - 18:20,
  21:13, 21:18, 21:24,
  31:20, 31:22, 36:24,
  54:5, 55:11, 55:19,
  60:8, 60:9, 61:18,
  68:10, 68:13
**Guard-enforced** [1] -
  61:18
**guess** [13] - 11:14,
  12:13, 17:22, 37:7,
  50:11, 50:13, 56:8,
  58:14, 62:1, 67:14,
  71:12, 72:7, 72:9
**guesswork** [1] - 37:17
**GUIDRY** [1] - 3:3
**Gulf** [2] - 5:18, 34:8
**GULF** [1] - 1:5
**guys** [1] - 5:23

## H

**Halliburton** [3] - 9:6,
  11:23, 16:6
**hand** [6] - 19:15,
  19:17, 41:5, 41:6,
  65:18, 67:6
**handed** [1] - 47:12
**handle** [5] - 13:16,
  13:25, 28:17, 39:23,
  39:25
**handles** [1] - 40:3
**handling** [3] - 9:23,
  11:10, 40:2
**handwritten** [1] -
  65:20
**hang** [3] - 27:20,
  27:22, 72:24
**happy** [5] - 14:3, 16:4,

40:23, 40:24, 41:5
**hard** [2] - 26:20, 29:8
**harm** [3] - 38:14, 62:23, 63:22
**HARTLEY** [1] - 3:20
**haste** [1] - 53:22
**HAYCRAFT** [13] - 2:13, 6:9, 6:25, 8:16, 8:21, 17:25, 18:3, 62:25, 63:7, 64:6, 64:16, 64:22, 73:2
**Haycraft** [14] - 6:8, 6:9, 6:18, 7:12, 7:25, 8:1, 8:2, 14:14, 14:20, 17:6, 17:23, 63:1, 63:24, 72:6
**head** [2] - 37:6, 58:23
**headed** [1] - 67:25
**heads** [1] - 71:18
**hear** [7] - 17:22, 22:14, 22:15, 43:24, 48:25, 56:7, 57:18
**HEARD** [1] - 1:11
**heard** [10] - 8:13, 12:1, 20:10, 22:25, 26:19, 28:1, 43:22, 44:1, 44:11, 60:25
**hearing** [23] - 6:2, 8:24, 14:7, 14:13, 21:19, 21:21, 31:24, 48:12, 48:23, 50:9, 50:23, 57:9, 66:18, 67:1, 67:11, 68:17, 68:25, 70:3, 70:18, 70:23, 71:3, 71:6, 71:11
**hearings** [4] - 22:2, 46:6, 46:7, 47:4
**hearsay** [1] - 56:25
**heart** [1] - 26:10
**HEATHER** [1] - 3:14
**Heather** [1] - 21:17
**heavy** [3] - 13:24, 53:10, 61:13
**help** [1] - 70:23
**hereby** [1] - 73:16
**Herman** [2] - 7:6, 7:7
**HERMAN** [1] - 1:18, 1:19, 7:7, 7:20
**hesitancy** [1] - 69:11
**high** [6] - 13:15, 13:17, 13:18, 20:19, 25:20
**higher** [1] - 25:20
**highest** [4] - 20:25, 26:2, 34:16, 37:16
**highly** [2] - 15:2, 63:3
**Highway** [1] - 12:11
**HIGHWAY** [1] - 2:4
**HILBERT** [1] - 1:22

**hits** [9] - 10:12, 10:17, 10:20, 12:5, 15:4, 16:16, 25:14, 68:3
**holders** [1] - 15:3
**home** [1] - 27:19
**honest** [1] - 57:1
**Honor** [136] - 5:9, 5:12, 6:9, 6:16, 6:25, 7:2, 7:5, 7:7, 7:11, 7:20, 8:23, 9:4, 9:8, 9:12, 9:16, 9:19, 10:10, 10:13, 10:20, 10:25, 11:11, 11:16, 11:20, 11:25, 12:1, 12:5, 12:12, 13:5, 13:12, 14:4, 14:5, 14:6, 14:15, 15:5, 15:7, 15:13, 15:21, 15:25, 16:3, 16:4, 16:10, 17:9, 17:14, 17:19, 17:25, 18:4, 18:19, 19:13, 21:3, 21:4, 21:10, 21:16, 22:4, 22:6, 23:15, 25:5, 25:23, 26:16, 27:5, 28:16, 28:25, 29:17, 30:3, 30:15, 31:13, 31:19, 35:4, 35:8, 35:10, 35:15, 35:24, 36:2, 37:12, 38:14, 38:21, 39:14, 39:18, 39:21, 40:4, 40:12, 40:21, 41:11, 41:15, 41:20, 42:8, 42:17, 42:24, 43:5, 43:14, 45:16, 46:5, 46:13, 46:16, 47:7, 47:10, 47:12, 48:10, 49:2, 50:12, 50:16, 50:21, 50:24, 51:2, 51:6, 51:16, 52:7, 52:17, 54:4, 55:12, 55:14, 56:1, 56:9, 56:17, 57:6, 58:11, 59:9, 60:2, 60:23, 62:8, 62:25, 63:5, 63:9, 63:21, 65:1, 65:11, 65:12, 66:21, 67:8, 67:9, 67:25, 69:9, 69:17, 69:21, 71:7, 71:22, 72:13
**Honor's** [6] - 21:8, 27:17, 33:23, 46:19, 55:14, 64:8
**HONORABLE** [1] - 1:11
**hope** [8] - 22:10, 22:15, 22:20, 33:9, 35:8, 36:18, 52:11
**hopefully** [5] - 22:2,

22:22, 23:17, 35:21, 44:14
**HORIZON** [3] - 1:4, 5:18, 50:10
**hour** [2] - 14:16, 72:22
**hours** [3] - 12:17, 56:15, 60:20
**house** [2] - 12:24, 13:1
**Houston** [5] - 22:1, 39:16, 46:6, 54:13, 56:23
**HOUSTON** [2] - 3:7, 3:8
**huge** [1] - 31:6
**HUGH** [1] - 2:6
**humanly** [1] - 51:12
**hurricane** [1] - 53:5
**Hutton** [1] - 41:22
**hypothetically** [1] - 29:18

# I

**ideas** [1] - 37:21
**identified** [1] - 57:14
**IL** [1] - 2:22
**imagery** [1] - 6:20
**imagine** [1] - 58:22
**immediate** [2] - 63:15, 65:5
**immediately** [4] - 51:18, 52:9, 52:21, 62:7
**imminent** [2] - 8:19, 8:25
**impair** [1] - 38:3
**implemented** [1] - 6:19
**importance** [1] - 39:4
**important** [8] - 10:21, 11:3, 11:4, 14:6, 15:2, 16:2, 18:23, 37:14
**IN** [2] - 1:4, 1:5
**inadequacy** [1] - 58:19
**inadvertent** [1] - 26:14
**inapplicable** [1] - 68:11
**inappropriate** [1] - 35:2
**include** [2] - 66:4, 66:12
**includes** [1] - 31:12
**including** [8] - 17:3, 18:7, 18:15, 31:14, 54:10, 54:14, 56:3, 56:4

**incorporation** [1] - 47:17
**independent** [2] - 23:20, 32:12
**indicated** [1] - 6:6
**individuals** [1] - 22:3
**information** [5] - 18:22, 23:19, 50:15, 52:1, 71:23
**informed** [3] - 25:6, 50:22, 51:7
**initial** [1] - 17:11
**injunction** [1] - 32:1
**injunctions** [1] - 41:24
**injunctive** [2] - 32:3, 68:19
**injury** [2] - 28:8, 36:12
**innocently** [1] - 29:24
**input** [25] - 9:19, 11:17, 11:24, 12:3, 14:25, 15:1, 15:20, 16:21, 17:12, 18:15, 21:5, 24:3, 24:6, 24:8, 33:9, 33:16, 35:5, 40:9, 42:5, 45:6, 47:15, 57:15, 57:16, 66:5
**Inquiry** [1] - 47:1
**inside** [1] - 30:21
**Inside** [1] - 51:3
**insofar** [3] - 26:7, 28:16, 43:14
**inspection** [2] - 30:3, 31:1
**instead** [4] - 28:23, 29:10, 29:13, 64:1
**intact** [1] - 57:23
**intend** [3] - 52:19, 67:6, 71:19
**intended** [2] - 36:21, 56:12
**intending** [1] - 47:5
**intends** [1] - 71:16
**intention** [1] - 69:14
**intentional** [1] - 45:9
**interacted** [1] - 38:8
**interest** [17] - 16:21, 19:13, 19:21, 23:6, 23:8, 24:6, 24:8, 25:21, 29:21, 33:10, 33:11, 33:13, 34:13, 45:7, 47:25, 48:4
**interested** [11] - 6:13, 6:15, 7:9, 11:17, 18:6, 18:15, 31:22, 42:6, 55:24, 66:4, 70:20
**interests** [1] - 17:15
**interfere** [7] - 10:18, 44:24, 46:25, 47:3,

58:3, 69:14
**interim** [7] - 9:6, 11:23, 16:6, 24:21, 36:2, 70:14, 71:12
**internal** [1] - 13:10
**interrupt** [1] - 59:3
**introduce** [1] - 22:4
**investigating** [1] - 39:19
**investigation** [10] - 17:3, 21:14, 31:22, 34:25, 37:9, 47:4, 47:18, 68:14, 68:16, 68:22
**Investigation** [1] - 22:1
**investigations** [3] - 10:24, 37:7
**investigatory** [2] - 34:20, 34:24
**invites** [1] - 24:3
**involve** [2] - 21:1, 67:3
**involved** [5] - 20:7, 36:7, 39:8, 54:20, 63:3
**involvement** [1] - 45:5
**involving** [1] - 47:6
**Irina's** [1] - 73:6
**iron** [1] - 14:21
**irreparable** [1] - 63:22
**issue** [38] - 7:22, 9:21, 10:7, 12:22, 14:7, 14:17, 15:2, 15:9, 15:10, 16:1, 16:15, 16:23, 17:16, 20:16, 20:21, 20:22, 23:16, 26:10, 32:9, 34:4, 39:10, 40:17, 41:3, 41:15, 41:21, 42:18, 50:18, 50:21, 53:2, 58:17, 64:17, 65:25, 66:7, 67:19, 67:23, 71:10, 71:11
**issued** [5] - 16:20, 43:6, 43:7, 43:11, 69:4
**issues** [18] - 9:15, 9:18, 10:1, 10:11, 10:13, 10:16, 13:5, 16:12, 16:14, 16:15, 18:12, 41:12, 42:14, 45:2, 45:18, 45:25, 54:2, 69:15
**itself** [3] - 8:10, 46:18, 47:4

# J

**jail** [2] - 32:24

**JAMES** [2] - 1:15, 1:22
**JARRETT** [1] - 2:14
**JEFF** [1] - 3:13
**Jeff** [1] - 21:22
**JEFFERSON** [1] - 1:16
**JESSE** [1] - 3:20
**Jim** [1] - 70:13
**job** [8] - 22:19, 28:3, 34:22, 37:2, 52:13, 52:25, 72:17
**joined** [1] - 37:4
**joint** [2] - 6:3, 47:18
**Judge** [11] - 28:5, 28:9, 31:25, 32:2, 32:6, 43:9, 47:2, 68:17, 68:20, 68:23, 69:4
**JUDGE** [1] - 1:12
**judge** [5] - 28:10, 28:13, 36:5, 36:7, 38:19
**judgment** [3] - 31:10, 44:21, 54:25
**judicial** [1] - 9:20
**jurisdiction** [15] - 24:16, 31:18, 32:7, 32:12, 33:22, 41:17, 41:18, 44:15, 46:22, 68:3, 68:21, 68:24, 69:2, 69:5, 69:19
**jurisdictional** [2] - 32:9, 41:15
**Justice** [7] - 9:8, 18:17, 18:18, 21:4, 21:11, 23:7, 25:20
**Justice's** [1] - 26:2

### K

**KATZ** [1] - 1:18
**keep** [1] - 62:3
**keeping** [1] - 39:1
**KEITH** [1] - 2:14
**Kennealy** [1] - 21:17
**KENNEALY** [1] - 3:14
**kept** [3] - 28:8, 28:9, 45:6
**KERRY** [1] - 2:18
**Kerry** [2] - 19:21, 56:9
**key** [1] - 64:21
**kick** [2] - 11:14, 11:15
**kill** [2] - 22:22, 53:18
**killed** [1] - 34:9
**kind** [9] - 10:23, 11:11, 33:6, 42:14, 43:25, 44:7, 63:20, 71:19
**KIRKLAND** [1] - 2:20
**KLEIN** [1] - 1:22

**KUCHLER** [1] - 3:3
**KULLMAN** [1] - 2:9
**KUPPERMAN** [1] - 3:19

### L

**LA** [11] - 1:17, 1:20, 1:24, 2:4, 2:7, 2:11, 2:16, 2:19, 3:4, 3:11, 4:4
**lack** [2] - 32:11, 38:13
**lady** [1] - 55:13
**LAFAYETTE** [1] - 1:17
**LAMBERT** [2] - 2:6, 2:6
**LAN** [2] - 27:24, 27:25
**land** [2] - 61:8, 61:24
**landed** [2] - 18:9, 18:14
**landing** [2] - 20:3, 20:23
**LANGAN** [1] - 2:21
**language** [1] - 65:14
**LAPLACE** [1] - 2:4
**large** [1] - 10:25
**largely** [1] - 25:3
**LASALLE** [1] - 2:21
**last** [17] - 6:10, 9:11, 12:1, 12:12, 14:25, 16:13, 18:9, 19:22, 20:15, 28:19, 28:20, 37:19, 40:14, 40:21, 41:22, 51:25, 54:21
**latest** [1] - 8:17
**LAW** [1] - 2:3
**law** [1] - 60:9
**lawsuit** [1] - 32:23
**lawsuits** [1] - 32:21
**lawyer** [1] - 44:1
**lawyer's** [1] - 72:17
**lawyers** [2] - 29:10, 57:12
**layers** [1] - 19:7
**lead** [3] - 40:15, 40:22, 48:12
**learned** [4] - 12:12, 26:20, 26:21, 29:8
**least** [11] - 16:13, 34:23, 36:21, 38:2, 45:23, 53:13, 57:21, 63:13, 68:1, 70:1, 71:18
**leave** [4] - 35:3, 50:21, 53:3, 54:25
**led** [1] - 28:21
**left** [1] - 69:5
**legal** [3] - 21:20, 21:23, 33:21

**legitimate** [3] - 41:4, 44:23, 64:3
**less** [4] - 8:6, 43:2, 60:19, 63:23
**lesson** [1] - 26:20
**letter** [2] - 24:4, 24:9
**letting** [1] - 29:10
**level** [2] - 26:2, 30:7
**levels** [1] - 19:7
**LEWIS** [2] - 2:9, 2:13
**liability** [2] - 32:18, 36:15
**liaison** [7] - 7:18, 11:23, 15:20, 17:10, 36:3, 38:9, 70:13
**Lieutenant** [4] - 21:21, 21:23, 47:13, 72:13
**LIEUTENANT** [3] - 3:13, 47:24, 48:3
**LIFE** [1] - 2:10
**life** [1] - 13:16
**lift** [1] - 13:16
**lifted** [1] - 15:11
**lifting** [3] - 13:14, 30:13, 39:1
**likely** [1] - 8:25
**limitation** [7] - 36:5, 36:8, 36:10, 38:19, 46:24, 69:3, 69:7
**limitations** [1] - 57:14
**linger** [2] - 67:6, 70:4
**LISKOW** [1] - 2:13
**list** [2] - 5:13, 5:15
**listed** [1] - 55:15
**listen** [1] - 41:22
**listening** [1] - 51:11
**literally** [2] - 51:25, 53:25
**litigants** [2] - 20:6
**litigating** [4] - 22:7, 22:8, 23:6, 28:5
**litigation** [6] - 15:22, 18:25, 19:5, 20:6, 41:18, 46:23
**live** [4] - 44:7, 48:13, 71:17, 72:18
**liver** [1] - 11:8
**lives** [1] - 34:8
**living** [1] - 14:1
**location** [6] - 11:13, 14:2, 20:12, 34:14, 39:5, 64:17
**lock** [1] - 52:2
**logistics** [1] - 48:19
**look** [6] - 15:1, 17:5, 20:20, 37:18, 64:12, 65:14, 67:18, 72:9
**looked** [2] - 15:25, 41:16
**looking** [6] - 25:1,

27:18, 41:25, 42:1, 42:4, 64:5
**loses** [1] - 32:23
**loud** [1] - 58:14
**Louis** [1] - 12:15
**Louisiana** [2] - 73:15, 73:16
**LOUISIANA** [2] - 1:1, 1:6
**love** [1] - 29:15
**lunch** [1] - 17:21
**lung** [1] - 11:8

### M

**MAGAZINE** [1] - 2:7
**mail** [12] - 7:24, 8:4, 40:15, 40:19, 41:2, 47:14, 47:15, 47:17, 47:25, 48:4, 70:7, 72:25
**mailbox** [1] - 24:4
**mails** [1] - 14:19
**main** [2] - 66:8
**maintenance** [2] - 25:8, 25:15
**man** [1] - 41:1
**Management** [1] - 21:25
**manufacture** [1] - 41:13
**manufacturer** [1] - 25:9
**marine** [1] - 30:3
**Marine** [9] - 10:24, 21:13, 21:25, 24:6, 31:22, 31:24, 43:7, 47:1, 68:16
**maritime** [1] - 55:20
**marked** [1] - 51:23
**massive** [1] - 10:12
**math** [1] - 13:18
**matter** [8] - 6:7, 24:15, 31:17, 32:7, 32:12, 33:21, 34:21, 73:18
**matters** [1] - 7:21
**maximize** [1] - 41:8
**MCCLEARY** [2] - 3:14, 27:4
**McCleary** [4] - 21:19, 35:13, 35:14, 35:16
**MCKINNEY** [1] - 3:7
**MDL** [8] - 1:6, 5:17, 10:25, 36:7, 46:24, 50:10, 69:2
**mean** [16] - 11:21, 12:3, 30:17, 37:18, 39:25, 44:14, 52:1, 52:5, 56:25, 58:9,

58:20, 58:21, 59:3, 65:6, 67:19
**meaning** [1] - 51:14
**means** [5] - 10:18, 13:8, 43:11, 52:8, 52:18
**meant** [1] - 63:25
**meantime** [1] - 70:4
**measures** [2] - 11:5, 20:2
**MECHANICAL** [1] - 4:6
**meet** [3] - 46:1, 72:1, 72:2
**meeting** [7] - 26:22, 55:24, 57:2, 57:4, 57:6, 57:9, 72:2
**meetings** [4] - 18:8, 54:16, 56:1, 56:6
**MEL** [2] - 27:24, 27:25
**MEL-LAN-CON** [2] - 27:24, 27:25
**Melancon's** [1] - 28:2
**Menteur** [1] - 12:10
**mention** [1] - 43:5
**mentioned** [3] - 25:2, 42:18, 42:20
**Merit** [1] - 73:15
**merits** [6] - 15:23, 32:2, 32:4, 32:6, 68:18, 68:19
**met** [5] - 26:24, 27:7, 43:17, 43:20, 43:22
**MEXICO** [1] - 1:5
**Mexico** [2] - 5:18, 34:8
**MICHAEL** [2] - 3:13, 3:19
**Michoud** [56] - 12:10, 12:20, 12:21, 12:23, 12:25, 13:11, 13:13, 18:2, 18:3, 18:10, 26:24, 27:10, 27:11, 28:21, 29:12, 29:13, 39:12, 40:10, 40:11, 40:12, 40:20, 40:23, 41:3, 41:7, 41:14, 43:17, 44:19, 52:23, 57:7, 57:8, 57:13, 57:21, 58:16, 58:20, 59:11, 59:18, 59:24, 60:4, 60:6, 60:10, 60:15, 61:3, 61:9, 61:25, 62:19, 62:21, 64:18, 66:16, 66:24, 66:8
**Michoud's** [1] - 41:8
**micromanaging** [1] - 21:1
**microorganisms** [1] - 38:1

**middle** [1] - 23:2
**might** [9] - 24:2, 25:18, 26:3, 32:22, 45:19, 46:18, 58:11, 71:4, 72:4
**Mike** [4] - 8:2, 18:18, 21:10, 50:20
**miles** [1] - 14:16
**military** [1] - 43:15
**MILLER** [51] - 2:18, 6:16, 7:1, 7:5, 7:11, 8:23, 9:4, 10:3, 10:6, 12:4, 12:17, 12:21, 13:18, 13:22, 13:24, 14:15, 16:10, 17:19, 31:5, 38:21, 39:14, 39:18, 40:3, 40:10, 41:11, 42:17, 45:15, 45:21, 47:12, 48:10, 48:19, 49:2, 50:12, 56:9, 56:14, 56:19, 57:5, 58:11, 58:24, 59:3, 59:6, 59:9, 59:13, 59:16, 59:23, 64:21, 67:9, 67:18, 67:23, 69:9, 69:17
**Miller** [30] - 6:10, 6:15, 7:23, 18:24, 20:4, 20:8, 20:10, 22:14, 25:1, 29:25, 37:3, 37:22, 37:24, 38:20, 43:21, 44:15, 44:22, 45:12, 45:14, 46:11, 50:11, 56:7, 56:8, 56:9, 61:22, 62:21, 65:6, 67:1, 67:16, 72:14
**Miller's** [5] - 19:2, 30:8, 34:19, 38:5, 71:10
**million** [1] - 14:16
**mind** [4] - 11:6, 14:3, 25:13, 31:13
**minds** [1] - 36:11
**Minerals** [1] - 21:25
**minimize** [1] - 14:12
**minute** [7] - 14:25, 43:2, 51:25, 53:24, 58:12, 72:18
**minute-by-minute** [1] - 72:18
**minutes** [7] - 27:23, 54:4, 64:12, 64:24, 65:13, 65:18, 72:6
**misstate** [1] - 31:9
**mistake** [1] - 27:12
**modification** [2] - 63:11, 63:18
**modified** [2] - 42:23, 64:8

**modify** [2] - 47:7, 63:17
**modifying** [1] - 9:13
**MOEX** [1] - 6:4
**moment** [7] - 7:5, 39:9, 44:4, 44:21, 45:20, 50:21, 61:4
**momentarily** [1] - 23:17
**Monday** [1] - 67:21
**monetary** [1] - 32:17
**money** [2] - 53:4, 58:11
**month** [1] - 15:21
**months** [2] - 59:22, 65:9
**mood** [1] - 27:22
**morning** [23] - 5:8, 5:9, 6:1, 6:11, 7:7, 8:3, 8:13, 12:13, 25:24, 28:20, 37:20, 42:8, 44:6, 46:2, 48:25, 50:9, 51:2, 55:14, 56:20, 56:21, 61:22, 67:10, 71:6
**morphed** [1] - 37:21
**most** [8] - 10:21, 14:1, 14:11, 18:23, 20:13, 37:14, 39:22, 41:7
**MOTION** [1] - 1:11
**motion** [21] - 6:2, 8:23, 11:16, 14:13, 16:9, 16:11, 20:17, 32:11, 35:7, 37:4, 42:19, 57:9, 60:1, 67:2, 67:15, 71:3, 71:6, 71:8, 71:10, 71:11
**Motion** [4] - 6:3, 9:11, 11:22, 32:10
**motions** [2] - 41:23, 71:4
**move** [3] - 13:16, 14:16, 30:21
**moved** [3] - 12:1, 28:4, 58:22
**moving** [2] - 26:15, 70:16
**MR** [132] - 6:9, 6:16, 6:25, 7:1, 7:5, 7:7, 7:11, 7:20, 8:16, 8:21, 8:23, 9:4, 10:3, 10:6, 12:4, 12:17, 12:21, 13:18, 13:22, 13:24, 14:15, 16:10, 17:19, 17:25, 18:3, 21:8, 21:10, 22:6, 26:13, 26:20, 27:2, 27:5, 27:7, 27:12, 27:15, 28:3, 28:24,

29:2, 29:7, 29:15, 30:15, 31:5, 31:9, 35:14, 35:18, 35:24, 36:2, 38:21, 39:14, 39:18, 40:3, 40:10, 41:11, 42:17, 43:1, 43:4, 45:15, 45:21, 46:4, 46:12, 46:15, 47:6, 47:10, 47:12, 48:10, 48:19, 49:2, 50:12, 50:16, 50:18, 50:20, 51:6, 51:16, 51:22, 52:7, 52:17, 53:8, 55:3, 55:5, 55:8, 55:10, 55:12, 55:18, 56:1, 56:4, 56:9, 56:14, 56:19, 57:5, 58:11, 58:24, 59:3, 59:6, 59:9, 59:13, 59:16, 59:23, 60:8, 60:16, 60:19, 60:23, 61:5, 61:7, 61:10, 62:3, 62:8, 62:10, 62:25, 63:7, 64:6, 64:16, 64:21, 64:22, 65:1, 65:3, 65:11, 65:16, 65:22, 66:20, 66:23, 67:8, 67:9, 67:18, 67:23, 68:9, 69:9, 69:17, 70:13, 70:19, 71:7, 72:12, 73:2
**MS** [1] - 71:22
**murdering** [1] - 68:7
**Murphy** [1] - 47:16
**must** [6] - 22:25, 23:1, 23:10, 23:11, 47:18, 57:3

## N

**name** [5] - 28:2, 39:15, 39:20, 55:2, 55:3
**names** [2] - 54:10, 56:2
**NASA** [8] - 12:10, 18:3, 20:3, 30:1, 30:24, 31:15, 54:7, 60:11
**naturally** [1] - 20:20
**nature** [1] - 65:10
**NAZARETH** [1] - 3:17
**necessarily** [1] - 30:22
**necessary** [2] - 18:25, 65:19
**need** [28] - 7:3, 13:7, 14:22, 17:20, 20:21, 20:22, 30:21, 31:18, 38:9, 42:12, 42:21, 46:10, 52:2, 53:8,

53:19, 54:22, 59:7, 63:4, 63:11, 64:12, 64:23, 65:5, 65:21, 66:2, 66:6, 66:17, 66:25, 69:22
**needed** [1] - 27:9
**needs** [5] - 27:9, 44:9, 63:8, 72:10, 73:5
**nefariously** [1] - 29:24
**neglected** [1] - 43:5
**negligence** [1] - 36:17
**NEIL** [1] - 3:17
**NELSON** [1] - 2:6
**never** [5] - 12:9, 26:19, 28:1, 32:6, 38:7
**New** [3] - 22:2, 28:4, 28:6
**NEW** [10] - 1:6, 1:20, 1:24, 2:7, 2:11, 2:16, 2:19, 3:4, 3:11, 4:4
**new** [4] - 10:15, 34:19, 35:1, 42:19
**next** [25] - 7:18, 9:1, 11:1, 12:24, 15:21, 20:21, 21:19, 21:21, 35:13, 35:16, 42:15, 54:12, 56:18, 56:19, 58:18, 62:14, 62:20, 66:14, 66:19, 70:17, 71:1, 71:2, 71:13, 72:6
**night** [9] - 6:10, 11:7, 27:20, 40:14, 40:22, 42:7, 54:21, 56:11, 56:12
**NO** [1] - 1:6
**noise** [2] - 5:20, 5:24
**none** [3] - 36:23, 70:8
**nongovernment** [1] - 29:23
**noon** [2] - 71:18, 71:21
**normal** [3] - 12:9, 39:23, 71:6
**normally** [1] - 71:3
**NORTH** [1] - 2:21
**note** [5] - 21:11, 25:25, 33:22, 34:18, 56:5
**nothing** [4] - 29:20, 32:21, 38:18, 57:1
**notice** [2] - 17:10
**novo** [1] - 26:9
**nowhere** [1] - 63:6
**Number** [7] - 5:17, 9:14, 9:19, 17:2, 33:23, 42:6, 63:12
**number** [9] - 9:19, 16:22, 16:23, 21:16, 42:5, 42:8, 66:12,

69:2
**numbered** [1] - 73:17

## O

**O'KEEFE** [1] - 1:19
**object** [1] - 64:9
**objective** [1] - 65:5
**objectives** [1] - 47:19
**obligated** [1] - 32:10
**obligation** [1] - 36:16
**obviously** [8] - 18:24, 38:10, 39:4, 44:3, 45:6, 56:21, 66:6, 69:9
**occasionally** [1] - 20:20
**occupied** [1] - 31:2
**occur** [2] - 58:13, 60:7
**occurred** [1] - 57:9
**ocean** [4] - 10:8, 23:2, 59:22
**October** [1] - 59:10
**OF** [4] - 1:1, 1:5, 1:11, 2:3
**offer** [5] - 33:6, 34:2, 35:4, 35:9, 41:2
**office** [2] - 73:1, 73:6
**officers** [1] - 68:14
**OFFICES** [1] - 2:3
**Official** [2] - 73:15, 73:20
**OFFICIAL** [1] - 4:3
**officials** [1] - 57:11
**offshore** [4] - 40:18, 48:15, 48:16, 56:24
**OIL** [2] - 1:4, 1:4
**oil** [1] - 5:17
**Oil** [2] - 5:18, 39:15
**old** [1] - 10:14
**ON** [1] - 1:5
**once** [20] - 10:12, 10:20, 11:18, 15:4, 16:16, 19:17, 37:25, 45:1, 45:10, 52:8, 52:12, 52:15, 53:1, 53:15, 60:10, 61:24, 66:24, 69:18, 71:1
**ONE** [2] - 2:14, 3:7
**one** [30] - 8:7, 8:20, 8:21, 9:18, 16:22, 17:20, 18:14, 19:1, 25:16, 29:5, 29:7, 30:4, 42:5, 42:17, 46:12, 47:12, 50:24, 51:1, 53:7, 53:13, 55:15, 58:11, 58:13, 59:20, 65:18, 65:19, 66:9, 66:12, 67:16,

71:2
**ones** [2] - 21:16, 22:3
**ongoing** [1] - 66:10, 66:13, 69:14
**onshore** [1] - 7:16
**open** [1] - 36:15
**operation** [3] - 19:23, 60:5, 63:3
**operations** [3] - 44:24, 47:21, 69:15
**opinion** [2] - 29:9, 43:9
**opinions** [1] - 33:15
**opportunity** [1] - 38:6
**opposed** [2] - 9:7, 10:6
**opposing** [1] - 40:24
**optimistic** [1] - 58:9
**option** [1] - 58:13
**oral** [1] - 41:2
**Order** [6] - 6:3, 9:11, 9:14, 11:22, 33:23, 63:12
**ORDER** [2] - 5:4, 50:4
**order** [61] - 8:1, 8:3, 9:5, 9:7, 9:10, 9:13, 16:5, 16:8, 16:10, 16:14, 16:18, 17:5, 17:6, 17:18, 17:19, 19:24, 20:1, 20:8, 20:24, 23:14, 24:14, 32:19, 33:20, 34:7, 34:10, 34:11, 34:17, 34:19, 34:23, 35:1, 35:4, 42:5, 42:19, 42:22, 45:13, 46:22, 50:11, 54:1, 63:14, 63:16, 63:18, 64:7, 64:9, 64:13, 64:15, 64:16, 65:4, 65:12, 67:12, 68:1, 68:22, 69:4, 69:23, 70:22, 71:10, 71:12, 71:16, 72:8
**ordered** [2] - 15:15, 30:3
**orders** [4] - 14:19, 46:19, 65:18, 65:19
**organ** [1] - 11:7
**organisms** [1] - 12:7
**Orleans** [1] - 22:2
**ORLEANS** [10] - 1:6, 1:20, 1:24, 2:7, 2:11, 2:16, 2:19, 3:4, 3:11, 4:4
**other-party** [1] - 63:16
**otherwise** [4] - 26:4, 31:7, 41:9, 45:9
**ought** [4] - 10:17, 15:10, 15:11, 29:3

**ourselves** [3] - 14:21, 35:6, 70:14
**outcome** [1] - 6:17
**outlines** [2] - 40:23, 41:3
**outlining** [1] - 40:19
**outset** [1] - 42:9
**overall** [1] - 36:20
**overly** [1] - 58:9
**overseen** [1] - 25:25
**own** [4] - 17:16, 23:8, 32:16, 40:9
**owned** [1] - 44:12
**oxidation** [1] - 25:4

# P

**p.m** [2] - 40:22, 73:9
**page** [1] - 45:23
**pages** [1] - 37:21
**PALMINTIER** [1] - 3:19
**PAN** [1] - 2:10
**papers** [1] - 37:9
**paperwork** [1] - 12:19
**paragraph** [4] - 9:14, 42:22, 63:12, 63:17
**parallel** [1] - 10:23
**parameters** [1] - 47:19
**part** [15] - 25:17, 25:19, 36:9, 36:21, 45:12, 52:20, 52:24, 57:25, 58:1, 58:18, 59:17, 66:11, 67:15, 69:7
**particular** [2] - 38:25, 39:13
**parties** [29] - 6:13, 6:15, 7:9, 11:17, 15:6, 16:21, 17:15, 18:7, 18:15, 19:11, 20:4, 20:12, 20:19, 33:3, 33:9, 38:15, 42:1, 42:6, 44:23, 47:25, 48:4, 54:7, 54:9, 54:14, 55:25, 56:10, 66:4, 70:20, 71:22
**parts** [1] - 26:15
**party** [9] - 18:24, 19:4, 24:5, 24:8, 30:4, 31:22, 63:16, 63:20, 65:6
**party's** [2] - 33:10, 34:12
**passing** [2] - 56:11, 56:12
**past** [1] - 56:13
**path** [1] - 63:8

**PAUL** [1] - 2:9
**paying** [1] - 63:2
**people** [24] - 5:14, 21:16, 24:11, 24:25, 26:17, 29:3, 29:5, 29:7, 29:22, 29:23, 30:19, 31:15, 32:22, 35:7, 41:22, 43:15, 53:22, 54:8, 54:11, 54:12, 55:15, 56:6, 72:16
**Pepper** [3] - 73:14, 73:19, 73:20
**PEPPER** [1] - 4:3
**perfectly** [1] - 70:15
**performed** [1] - 22:22
**perhaps** [7] - 7:9, 18:19, 23:7, 25:20, 29:19, 63:19, 64:8
**permanent** [2] - 59:10, 61:23
**permanently** [1] - 58:20
**permission** [1] - 21:8
**person** [1] - 55:16
**personal** [2] - 28:8, 36:12
**perspective** [1] - 14:10
**pertaining** [1] - 47:15
**pertinent** [1] - 55:23
**phase** [2] - 9:12, 33:9
**phone** [12] - 5:11, 5:14, 5:21, 5:23, 6:6, 6:7, 12:16, 16:24, 28:19, 54:5, 56:21, 70:7
**photographic** [1] - 16:25
**physical** [4] - 10:21, 11:19, 17:4, 17:7
**pick** [2] - 58:5, 58:6
**piece** [6] - 10:21, 25:22, 28:17, 36:3, 37:14, 53:10
**PIGMAN** [1] - 3:9
**pinged** [1] - 53:24
**pipe** [9] - 8:8, 13:14, 16:12, 51:10, 51:14, 51:18, 52:15, 57:23
**Pipe** [1] - 51:3
**place** [22] - 14:2, 15:3, 15:5, 15:24, 18:5, 18:10, 23:16, 24:1, 26:11, 29:16, 34:14, 39:3, 39:13, 42:12, 48:7, 51:15, 51:18, 52:3, 61:3, 61:8, 61:24, 62:22
**placed** [2] - 59:8,

62:18
**places** [1] - 28:17
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [7] - 7:8, 34:21, 36:12, 36:16, 37:3, 66:5
**plaintiffs'** [4] - 9:7, 11:23, 16:6, 36:2
**plan** [28] - 8:8, 8:12, 9:17, 12:14, 13:10, 14:10, 18:1, 19:19, 25:18, 28:21, 30:23, 47:18, 51:11, 51:17, 51:20, 51:21, 52:5, 52:8, 52:20, 52:22, 57:25, 58:2, 59:15, 60:3, 63:21, 66:15, 69:25
**planned** [2] - 46:6, 58:15
**planning** [2] - 62:6, 63:8
**plans** [1] - 51:25
**plate** [2] - 61:14, 62:4
**plates** [2] - 61:11, 61:15
**plays** [1] - 52:24
**plus** [1] - 60:22
**podium** [1] - 21:6
**point** [12] - 9:1, 11:18, 28:21, 33:18, 37:6, 42:17, 46:15, 49:5, 53:11, 61:12, 69:17, 72:16
**points** [4] - 16:3, 29:25, 38:22, 41:11
**political** [1] - 27:21
**POLK** [1] - 3:3
**pollution** [1] - 37:1
**port** [1] - 55:20
**Ports** [1] - 61:18
**poses** [1] - 29:23
**position** [3] - 9:21, 30:22, 41:14
**possible** [11] - 6:19, 26:2, 32:19, 33:11, 34:16, 35:22, 51:12, 52:3, 53:3, 53:6, 70:14
**possibly** [3] - 28:17, 52:18, 53:20
**potential** [3] - 37:9, 38:1, 38:2
**potentially** [1] - 37:7
**power** [1] - 38:18
**POYDRAS** [6] - 1:23, 2:10, 2:15, 2:18, 3:4, 4:4
**practical** [1] - 59:7
**practice** [1] - 20:17

**practices** [1] - 32:20
**preclude** [1] - 32:1
**preference** [4] - 44:11, 44:17, 46:3, 46:4
**prejudice** [1] - 67:16
**preparation** [1] - 34:6
**preparatory** [1] - 35:18
**prepared** [6] - 34:6, 38:4, 40:16, 40:17, 63:14, 67:10
**PRESENT** [1] - 3:13
**present** [5] - 14:3, 21:15, 30:10, 35:11, 73:5
**presented** [3] - 25:10, 63:14, 64:8
**presenting** [1] - 63:21
**preservation** [11] - 14:8, 20:25, 24:20, 26:3, 34:11, 35:20, 41:8, 41:19, 45:3, 46:23, 52:19, 61:1, 68:3, 69:25, 70:20
**preserve** [9] - 11:5, 11:12, 11:13, 15:8, 19:1, 19:16, 25:3, 29:25, 38:15
**preserved** [8] - 10:1, 12:9, 12:10, 13:7, 13:9, 16:20, 22:25, 24:22
**preserves** [2] - 40:3, 67:13
**preserving** [1] - 25:21
**presiding** [2] - 36:4, 38:19
**pressure** [1] - 38:1
**pretend** [1] - 52:17
**Pretrial** [3] - 9:14, 33:23, 63:12
**pretty** [5] - 24:11, 28:6, 61:21, 70:7, 70:25
**prevent** [4] - 25:4, 32:19, 66:9, 66:15
**preventer** [4] - 6:5, 8:9, 8:10, 8:15
**primarily** [3] - 21:12, 38:22, 39:11
**priorities** [1] - 15:12
**priority** [1] - 21:1
**private** [6] - 20:6, 29:22, 34:21, 39:17, 39:18, 44:16
**privilege** [1] - 41:1
**privity** [1] - 36:9
**privy** [1] - 56:21
**problem** [6] - 10:10, 30:4, 43:19, 57:18,

57:20, 59:17
**problems** [2] - 29:23, 35:6
**procedure** [10] - 25:4, 25:7, 25:8, 25:11, 33:6, 35:20, 53:19, 61:2, 62:13, 62:17
**procedures** [7] - 11:8, 25:2, 25:4, 25:15, 25:17, 43:14, 54:14
**proceed** [8] - 32:15, 36:25, 53:13, 53:18, 53:19, 58:15, 62:18
**proceeded** [1] - 32:2
**proceeding** [12] - 10:25, 15:22, 31:23, 31:24, 32:11, 34:25, 36:5, 36:8, 46:7, 51:10, 66:15, 68:15
**proceedings** [3] - 49:5, 73:9, 73:17
**PROCEEDINGS** [4] - 1:11, 4:6, 5:1, 50:1
**proceeds** [1] - 32:12
**process** [22] - 13:11, 15:23, 16:24, 17:1, 17:13, 18:13, 19:3, 19:4, 19:6, 19:7, 19:13, 19:14, 19:15, 20:5, 20:9, 20:10, 21:2, 23:19, 31:1
**processes** [1] - 25:1
**PRODUCED** [1] - 4:6
**productive** [1] - 57:15
**Professional** [1] - 73:15
**proffer** [4] - 33:2, 54:4, 54:24
**progress** [1] - 19:17
**prompted** [1] - 60:1
**prone** [1] - 13:22
**pronounce** [1] - 28:1
**pronounced** [1] - 68:7
**proof** [1] - 63:20
**properly** [1] - 19:1
**proposal** [2] - 20:11, 40:8
**propose** [2] - 38:23, 63:18
**proposed** [28] - 8:2, 9:5, 16:5, 17:5, 17:6, 17:18, 17:19, 19:25, 20:8, 20:24, 23:14, 24:14, 33:20, 34:19, 35:1, 39:14, 39:19, 43:16, 47:19, 50:10, 52:20, 54:15, 63:16, 64:9, 64:13, 64:16, 72:8
**protect** [1] - 20:2

**protecting** [1] - 6:4
**protection** [1] - 69:19
**protective** [3] - 19:24, 63:18, 64:7
**Protective** [3] - 6:3, 9:11, 11:22
**protects** [1] - 40:4
**protocol** [33] - 8:4, 11:19, 15:16, 15:24, 16:20, 17:8, 17:11, 17:15, 17:16, 19:8, 20:14, 20:16, 20:18, 23:23, 24:2, 24:7, 24:10, 24:16, 25:5, 25:24, 33:11, 37:20, 38:16, 38:17, 39:10, 41:25, 42:11, 51:21, 51:22, 55:13, 55:16, 62:18, 70:21
**protocols** [4] - 8:7, 11:3, 47:19, 48:7
**prove** [1] - 36:17
**provide** [5] - 17:12, 34:24, 48:13, 54:10, 57:15
**provided** [4] - 6:12, 15:20, 25:23, 27:9
**provides** [1] - 3:6
**providing** [1] - 71:23
**provision** [4] - 20:7, 34:19, 42:9, 42:21
**provisional** [1] - 69:23
**public's** [1] - 34:13
**pull** [1] - 53:9
**pulls** [1] - 52:13
**pun** [2] - 36:20, 56:12
**punishable** [1] - 61:19
**punitive** [1] - 36:20
**purport** [1] - 36:23
**purpose** [1] - 53:10
**purposes** [3] - 29:19, 62:12, 62:24
**pursuant** [3] - 22:18, 32:15, 43:6
**pursuing** [1] - 32:1
**push** [1] - 32:9
**put** [39] - 7:17, 8:1, 10:15, 12:24, 14:24, 19:21, 21:17, 23:11, 23:17, 24:4, 24:17, 24:18, 24:21, 33:1, 34:14, 34:15, 37:5, 39:22, 43:19, 44:7, 52:8, 52:23, 53:16, 57:23, 58:7, 58:11, 58:15, 59:2, 59:19, 60:9, 61:3, 61:8, 61:11, 61:17, 61:24, 62:1, 65:5, 66:15, 71:9

**puts** [1] - 20:25
**putting** [5] - 10:1, 20:1, 39:9, 40:1, 61:14

# Q

**Q4000** [5] - 52:8, 52:12, 52:22, 53:3, 53:16
**Q4000's** [1] - 52:25
**quash** [1] - 47:7
**questions** [1] - 30:17
**quick** [5] - 28:11, 36:4, 41:11, 47:12, 48:11
**quieter** [1] - 5:24
**quite** [5] - 10:3, 13:15, 15:23, 56:14, 57:1
**quote** [2] - 52:9, 56:17

# R

**raised** [1] - 52:15
**rate** [1] - 47:17
**rather** [4] - 14:18, 46:7, 66:23, 67:7
**Re** [1] - 5:17
**RE** [1] - 1:4
**reach** [1] - 14:5
**reached** [5] - 6:10, 7:11, 32:6, 42:10, 70:19
**reaching** [1] - 42:13
**read** [9] - 8:5, 25:12, 37:9, 45:12, 47:7, 51:4, 51:7, 51:19, 68:5
**ready** [3] - 15:19, 59:11, 73:6
**real** [3] - 26:10, 36:4, 63:2
**realize** [1] - 27:20
**really** [15] - 10:10, 10:11, 11:10, 11:14, 14:13, 14:24, 15:25, 16:11, 16:15, 16:24, 33:8, 37:19, 62:10, 68:15, 72:12
**Realtime** [1] - 73:14
**REALTIME** [1] - 4:3
**reason** [8] - 23:14, 28:18, 38:12, 39:7, 46:5, 51:24, 59:17
**reasonable** [1] - 70:15
**reasonably** [3] - 8:18, 25:14, 52:21
**reasons** [2] - 39:12, 70:15

**receive** [1] - 47:18
**received** [6] - 7:23, 7:25, 8:3, 23:21, 37:19, 50:10
**receives** [1] - 16:21
**recess** [3] - 48:20, 49:3, 49:5
**recognized** [1] - 32:13
**recommendation** [2] - 46:12, 65:1
**recommendations** [2] - 32:20, 33:16
**recommended** [3] - 25:8, 25:14, 35:20
**reconcile** [1] - 48:14
**record** [4] - 21:17, 35:2, 70:13, 73:17
**RECORDED** [1] - 4:6
**records** [1] - 6:23
**recourse** [1] - 9:20
**Recover** [1] - 51:2
**recovered** [1] - 16:19
**recovery** [9] - 7:25, 8:4, 8:18, 9:23, 20:1, 25:25, 26:1, 34:15, 37:20
**redacted** [1] - 72:11
**REDDEN** [1] - 3:6
**reference** [1] - 42:23
**referred** [1] - 43:7
**regard** [2] - 17:23, 19:2
**Registered** [2] - 73:14, 73:15
**regular** [5] - 16:23, 16:25, 40:6, 42:7, 42:8
**regulation** [1] - 32:20
**regulatory** [1] - 36:17
**relate** [1] - 9:18
**related** [2] - 9:13, 17:2
**RELATES** [1] - 1:8
**relates** [1] - 9:14
**relating** [3] - 6:4, 10:1, 55:24
**relevant** [2] - 10:14, 69:20
**relief** [5] - 15:18, 17:13, 32:3, 67:20, 68:19
**relieved** [1] - 38:1
**remain** [2] - 45:25, 59:16
**remaining** [1] - 65:25
**removal** [2] - 51:12, 62:17
**remove** [6] - 8:8, 8:9, 51:14, 51:17, 57:25, 66:13
**removed** [5] - 22:15,

23:10, 57:22, 60:5, 72:15
**removing** [1] - 51:9
**RENAISSANCE** [1] - 2:24
**rep** [1] - 56:23
**replacement** [1] - 53:17
**REPORTER** [2] - 4:3, 4:3
**Reporter** [6] - 73:14, 73:15, 73:15, 73:20
**REPORTER'S** [1] - 73:13
**represent** [2] - 24:23, 62:11
**representation** [4] - 52:11, 61:2, 70:1, 72:15
**representative** [1] - 21:24
**representatives** [1] - 26:23
**represented** [2] - 8:1, 61:22
**representing** [2] - 36:12, 43:21
**reps** [1] - 56:24
**request** [4] - 6:1, 6:2, 35:9, 60:1
**requires** [2] - 66:13, 71:13
**res** [1] - 69:7
**resolution** [1] - 70:20
**resolve** [4] - 43:20, 44:4, 66:2, 66:7
**resolved** [2] - 46:1, 58:17, 67:7
**resolving** [1] - 43:23
**respect** [12] - 6:5, 10:13, 10:16, 12:3, 13:5, 14:10, 19:14, 34:22, 41:20, 44:1, 57:17, 69:18
**respectfully** [2] - 21:3, 64:7
**respond** [2] - 41:10, 43:1
**responsible** [3] - 5:25, 7:15, 19:11
**result** [2] - 38:4, 55:24
**resulted** [1] - 19:8
**resume** [4] - 44:5, 44:6, 48:23, 50:9
**retired** [1] - 28:4
**retrieval** [9] - 8:25, 16:24, 17:1, 19:24, 20:7, 20:9, 20:22, 35:12, 63:13
**retrieved** [3] - 9:25,

43:6, 45:10
**return** [1] - 70:1
**returning** [1] - 70:10
**retype** [1] - 65:20
**review** [5] - 17:11,
19:7, 20:5, 42:7,
64:9
**revise** [2] - 42:21,
65:19
**revised** [3] - 16:14,
19:8, 19:9
**revision** [1] - 17:20
**RICHESON** [1] - 3:3
**RICHTER** [1] - 1:21
**rig** [7] - 23:3, 51:18,
52:12, 53:13, 53:16,
53:23, 61:1
**RIG** [1] - 1:4
**Rig** [1] - 5:18
**rights** [1] - 70:6
**rise** [4] - 5:7, 49:4,
50:7, 73:8
**riser** [3] - 13:14, 30:3,
60:25
**RMR** [2] - 4:3, 73:20
**road** [6] - 22:11, 23:5,
23:6, 23:8, 24:13,
24:17
**ROBERT** [3] - 2:3, 2:3,
3:3
**rocket** [1] - 31:4
**rockets** [1] - 30:24
**role** [3] - 7:13, 22:9,
22:10
**RONQUILLO** [1] -
2:23
**roof** [1] - 13:4
**room** [5] - 31:7, 42:23,
64:25, 73:3, 73:5
**ROOM** [1] - 4:4
**roster** [2] - 56:5, 56:6
**roughly** [1] - 60:20
**ROY** [5] - 1:15, 1:15,
36:2, 70:13, 70:19
**Roy** [7] - 36:1, 38:20,
39:22, 41:16, 67:12,
68:2, 70:13
**rule** [1] - 64:5
**Rule** [1] - 36:6
**rules** [1] - 32:16
**ruling** [1] - 46:19
**rumors** [1] - 37:8
**run** [1] - 28:19
**running** [1] - 39:1
**RUSSO** [1] - 3:22

## S

**s/Cathy** [1] - 73:19

**safe** [1] - 61:11
**safest** [1] - 52:3
**safety** [13] - 10:14,
10:16, 10:19, 15:13,
20:2, 32:24, 53:1,
53:5, 53:21, 55:20,
69:15, 69:19
**Safety** [1] - 61:18
**San** [1] - 27:16
**sanction** [1] - 28:12
**satisfactory** [2] - 6:14,
6:16
**satisfied** [2] - 31:12,
54:18
**satisfies** [2] - 54:3,
63:15
**saw** [4] - 12:19, 51:4,
52:14, 58:13
**scaffolding** [1] - 30:25
**scenario** [2] - 60:4,
60:14
**schedule** [1] - 72:17
**scheduled** [2] - 71:3,
71:4
**SCHELL** [1] - 3:3
**scientists** [1] - 19:11
**SCOO** [2] - 28:9,
28:10
**SCOO-BER** [2] - 28:9,
28:10
**scope** [4] - 9:18, 9:21,
15:9
**SCOTT** [1] - 3:17
**scuba** [1] - 28:8
**sea** [4] - 32:25, 52:13,
68:13, 69:6
**season** [1] - 53:5
**seated** [1] - 50:8
**second** [3] - 8:11,
22:24, 50:24
**secondly** [1] - 69:3
**seconds** [1] - 27:22
**SECREST** [1] - 3:7
**secure** [11] - 25:22,
29:21, 34:14, 39:5,
44:12, 44:16, 53:14,
60:10, 61:11, 66:16
**secured** [2] - 22:20,
62:19, 69:19
**security** [17] - 27:9,
29:17, 30:2, 30:7,
31:14, 34:8, 34:12,
41:13, 41:14, 52:23,
54:9, 54:19, 55:20,
60:9, 61:17, 61:18,
66:25
**see** [27] - 5:14, 9:10,
9:18, 10:25, 15:21,
18:20, 22:13, 33:22,
33:24, 34:2, 34:3,

35:25, 38:14, 45:8,
45:18, 46:10, 48:5,
48:14, 48:22, 54:3,
60:2, 62:23, 67:25,
68:23, 72:7, 72:10
**seek** [2] - 17:13, 38:15
**seeking** [2] - 15:18,
67:20
**seem** [2] - 39:2, 39:3
**segment** [1] - 9:22
**segmenting** [1] -
19:21
**send** [7] - 24:5, 24:9,
26:11, 40:19, 59:5,
62:22
**sending** [1] - 47:25
**sense** [3] - 39:7,
44:11, 51:5
**sent** [4] - 28:22, 40:21,
47:14, 48:11
**separate** [3] - 20:21,
54:16, 56:1
**September** [1] - 15:22
**serious** [2] - 41:7,
57:20
**serve** [1] - 34:24
**set** [3] - 70:17, 71:5
**several** [2] - 7:24,
38:10
**shaking** [1] - 58:23
**shall** [1] - 22:21
**share** [3] - 18:24,
40:23, 40:24
**shared** [2] - 15:19
**Sharon** [2] - 21:14,
21:15
**SHARON** [1] - 3:16
**SHELL** [1] - 2:14
**SHER** [1] - 1:21
**shifting** [1] - 33:8
**ship** [2] - 37:5, 58:24
**ships** [2] - 56:11,
56:12
**shoe** [1] - 29:14
**shore** [3] - 19:19,
24:21, 37:6
**shortly** [2] - 50:22,
51:7
**shot** [1] - 67:8
**show** [1] - 11:8
**showing** [1] - 57:20
**side** [6] - 25:19, 36:13,
36:19, 38:24, 71:16,
71:23
**sidebar** [1] - 67:12
**sign** [1] - 65:6
**signed** [2] - 11:21,
56:6
**significant** [3] - 22:11,
22:12, 58:1

**significantly** [1] - 38:3
**simple** [1] - 61:21
**simply** [2] - 29:22,
37:24
**single** [2] - 36:3, 37:14
**singular** [1] - 34:10
**singularly** [1] - 16:13
**sit** [3] - 14:21, 59:10,
64:23
**site** [1] - 27:7
**sitting** [2] - 22:1, 23:2,
59:21, 67:4, 67:24
**situation** [2] - 11:11,
19:17
**six** [1] - 5:14
**size** [1] - 13:15
**slew** [1] - 54:7
**slow** [1] - 53:14
**Smith** [1] - 21:14
**SMITH** [2] - 3:16,
71:22
**solution** [1] - 59:7
**solutions** [1] - 72:4
**someone** [1] - 7:16
**sometimes** [3] - 11:7,
26:15, 29:2
**somewhat** [2] - 8:3,
47:21
**somewhere** [11] -
10:1, 23:3, 23:11,
30:11, 57:24, 58:6,
58:7, 58:17, 59:2,
62:1, 65:6
**soon** [13] - 6:19,
25:14, 25:15, 27:20,
32:18, 35:19, 35:21,
51:12, 52:21, 52:24,
53:3, 53:6, 53:14
**sooner** [2] - 14:18,
67:7
**sophisticated** [1] -
24:11
**sorry** [1] - 13:18
**sort** [5] - 10:2, 39:5,
48:6, 52:6, 66:18
**sorts** [2] - 30:13, 39:2
**sounded** [1] - 13:20,
47:3
**source** [1] - 61:12
**Space** [1] - 12:14
**SPEAKER** [1] - 60:21
**speaking** [1] - 35:15
**speaks** [2] - 41:22,
46:18
**specially** [2] - 61:14,
61:15
**specific** [1] - 14:2
**specifically** [2] - 9:14,
22:18
**spectacular** [1] -

56:14
**speed** [1] - 51:8
**spent** [1] - 54:4
**Spill** [1] - 5:18
**SPILL** [1] - 1:4
**spot** [1] - 28:14
**SQUARE** [1] - 2:14
**St** [1] - 12:15
**stack** [1] - 16:19
**staff** [1] - 21:17
**stake** [1] - 15:3
**stakes** [1] - 20:19
**stand** [8] - 7:23, 9:3,
9:4, 14:9, 49:3,
50:15, 54:23, 73:7
**standards** [2] - 34:16,
37:17
**standing** [1] - 31:6
**start** [1] - 62:14
**started** [1] - 60:5
**starting** [1] - 28:19
**State** [1] - 73:15
**states** [1] - 16:19
**STATES** [2] - 1:1, 1:12
**States** [10] - 19:25,
25:18, 26:23, 31:20,
36:24, 39:6, 39:15,
68:10, 73:16, 73:21
**statute** [6] - 22:18,
31:23, 32:15, 32:17,
32:20, 43:6
**statutory** [4] - 32:1,
32:13, 32:16, 36:15
**stay** [6] - 58:20, 59:6,
61:1, 61:7, 62:21,
64:24
**stays** [1] - 65:24
**steel** [3] - 61:11, 61:14
**Stennis** [3] - 12:14,
18:2, 28:23
**STENOGRAPHY** [1] -
4:6
**step** [5] - 9:24, 18:25,
25:16, 35:19, 36:14
**STEPHEN** [2] - 1:19,
3:19
**steps** [2] - 19:22, 24:1
**STERBCOW** [2] - 2:9,
2:9
**Steve** [2] - 7:7, 21:19
**STEVE** [1] - 3:14
**still** [6] - 8:13, 12:20,
13:23, 38:12, 66:20,
67:24
**stipulation** [1] - 36:14
**stone** [2] - 59:24, 70:6
**STONE** [1] - 3:9
**stop** [1] - 47:3
**storage** [9] - 9:23,
10:6, 14:11, 18:22,

20:10, 20:12, 38:16, 63:13, 64:17
**store** [4] - 14:12, 18:8, 18:10, 26:11
**stored** [13] - 10:1, 11:18, 12:14, 15:11, 18:13, 23:1, 23:3, 30:11, 31:3, 37:15, 39:3, 44:12, 61:25
**stories** [3] - 13:15, 13:17, 13:18
**STREET** [11] - 1:16, 1:23, 2:7, 2:10, 2:15, 2:18, 2:25, 3:4, 3:7, 3:10, 4:4
**stress** [1] - 33:17
**string** [3] - 8:9, 8:14, 8:22
**strongly** [1] - 35:3
**structure** [3] - 42:4, 42:12, 62:2
**stuff** [1] - 70:9
**subject** [6] - 24:15, 31:17, 32:7, 32:11, 33:21, 51:20
**submit** [13] - 16:4, 16:14, 17:20, 20:8, 21:3, 23:15, 37:12, 40:17, 48:7, 48:22, 70:22, 71:15, 71:19
**submitted** [11] - 9:5, 9:8, 10:9, 17:6, 20:24, 24:14, 35:5, 42:24, 50:11, 65:4, 68:6
**subpoena** [5] - 43:6, 43:9, 43:11, 46:17, 47:6
**success** [1] - 51:9
**suggest** [9] - 20:5, 34:1, 44:5, 63:11, 63:21, 64:11, 65:11, 65:16, 67:1
**suggested** [1] - 44:16
**suggestion** [1] - 66:20
**suit** [1] - 68:14
**suitable** [3] - 14:11, 41:7
**SUITE** [6] - 2:10, 2:15, 2:18, 2:25, 3:4, 3:7
**support** [1] - 57:19
**suppose** [1] - 33:18
**supposed** [1] - 48:11
**surface** [16] - 10:8, 10:12, 10:13, 10:15, 10:17, 10:20, 12:6, 15:5, 16:16, 19:18, 23:1, 25:14, 37:5, 45:1, 68:4, 69:18
**surveillance** [1] -

60:12
**survey** [1] - 27:21
**suspect** [1] - 24:12
**Suzanne** [2] - 54:5, 55:5
**Sylvia** [1] - 47:16

**T**

**table** [4] - 14:23, 18:5, 23:17, 55:21
**tackle** [1] - 15:10
**tank** [1] - 31:5
**target** [1] - 70:16
**tarp** [1] - 13:4
**task** [1] - 34:10
**tasks** [1] - 33:23
**team** [2] - 26:1, 34:15
**technical** [6] - 8:6, 14:16, 18:12, 19:6, 19:7, 40:5
**telephone** [1] - 48:17
**temper** [1] - 28:11
**temporarily** [1] - 12:25
**temporary** [3] - 57:21, 63:13, 69:23
**tend** [1] - 41:16
**tendered** [1] - 62:18
**tentative** [1] - 28:20
**term** [1] - 60:22
**terms** [6] - 40:1, 40:10, 44:20, 45:23, 58:19, 63:7
**test** [2] - 33:12, 38:3
**tested** [4] - 11:25, 23:19, 37:16, 66:6
**testify** [2] - 40:16, 68:16
**testimony** [8] - 32:22, 41:2, 43:23, 43:25, 48:13, 54:23, 67:11, 67:13
**testing** [38] - 9:24, 10:2, 10:7, 11:2, 11:19, 15:10, 15:16, 15:24, 17:2, 17:4, 17:7, 17:11, 17:15, 20:14, 20:16, 20:18, 23:5, 23:12, 23:23, 30:23, 33:9, 38:17, 39:9, 39:10, 40:1, 41:19, 41:21, 41:25, 42:4, 42:10, 43:14, 47:15, 47:18, 62:23, 65:25, 70:1
**text** [1] - 48:11
**THE** [144] - 1:4, 1:5, 1:11, 1:15, 2:13, 5:7, 5:8, 5:10, 5:13, 5:17,

5:20, 5:22, 5:23, 6:14, 6:22, 7:3, 7:6, 7:19, 7:21, 8:20, 8:22, 9:3, 9:25, 10:5, 12:3, 12:16, 12:19, 13:17, 13:20, 13:23, 14:14, 16:7, 17:17, 17:22, 18:1, 21:7, 21:9, 22:5, 26:9, 26:19, 27:1, 27:6, 27:11, 27:14, 27:19, 28:18, 29:1, 29:5, 29:13, 30:8, 31:2, 31:6, 35:11, 35:23, 35:25, 38:20, 38:23, 39:17, 39:25, 40:8, 41:9, 42:16, 42:25, 43:3, 43:19, 45:17, 45:22, 46:9, 46:14, 46:21, 47:9, 47:11, 48:2, 48:8, 48:17, 48:20, 49:3, 49:4, 50:7, 50:8, 50:13, 50:17, 50:19, 51:4, 51:14, 51:19, 52:4, 52:14, 53:7, 55:2, 55:4, 55:6, 55:9, 55:11, 55:17, 55:23, 56:3, 56:7, 56:11, 56:18, 57:2, 57:18, 58:12, 59:1, 59:5, 59:7, 59:12, 59:15, 59:19, 60:3, 60:13, 60:17, 61:3, 61:6, 61:8, 61:20, 62:6, 62:9, 62:12, 63:6, 63:23, 64:11, 64:20, 64:23, 65:2, 65:8, 65:13, 65:17, 65:25, 66:22, 67:3, 67:14, 67:22, 68:5, 68:10, 69:10, 70:7, 70:17, 70:24, 71:9, 71:24, 72:20, 73:4, 73:8
**thereafter** [1] - 25:15
**therefore** [1] - 32:7
**they've** [3] - 53:12, 54:6
**thick** [1] - 28:6
**thinking** [2] - 58:8, 58:14
**THIS** [1] - 1:8
**thought-out** [1] - 18:14
**three** [11] - 9:18, 9:19, 17:2, 26:8, 37:7, 38:22, 42:9, 56:15, 59:22, 60:18, 65:9
**Thursday** [1] - 12:13
**THURSDAY** [3] - 1:7,

5:3, 50:3
**tied** [2] - 60:10, 61:7
**tight** [1] - 30:2
**Timbuktu** [1] - 44:14
**timing** [2] - 9:19, 9:21
**tin** [1] - 13:4
**titled** [1] - 51:2
**TO** [3] - 1:8, 5:4, 50:4
**today** [23] - 17:21, 19:8, 21:12, 21:14, 22:7, 22:10, 27:23, 38:4, 38:9, 42:24, 46:5, 47:22, 48:1, 48:5, 48:15, 58:13, 60:2, 62:13, 64:4, 66:2, 66:7, 66:9, 69:24
**today's** [1] - 62:24
**together** [2] - 8:1, 28:20
**tomorrow** [15] - 40:18, 47:20, 48:13, 48:16, 51:13, 52:18, 57:23, 58:6, 58:9, 60:5, 62:16, 67:10, 67:20, 67:22
**tons** [1] - 13:14
**took** [1] - 28:3
**top** [1] - 13:4
**topside** [1] - 35:20
**TOSCANO** [1] - 3:22
**totally** [3] - 35:2, 38:2, 68:11
**towards** [1] - 33:8
**TOWER** [1] - 2:24
**town** [3] - 70:9, 70:10, 70:11
**TRANSCRIPT** [2] - 1:11, 4:6
**transcript** [1] - 73:17
**transfer** [1] - 52:9
**transferred** [1] - 36:5
**transit** [1] - 60:24
**Transocean** [31] - 6:2, 6:3, 6:13, 7:13, 9:6, 9:7, 9:17, 11:22, 16:5, 18:5, 18:15, 20:4, 25:11, 26:22, 35:20, 36:9, 40:11, 40:15, 40:22, 41:6, 52:20, 54:7, 54:11, 54:14, 56:4, 56:10, 56:23, 57:4, 57:5, 63:16, 64:9
**Transocean's** [3] - 24:25, 31:12, 56:3
**transplant** [1] - 11:8
**transport** [2] - 19:18, 52:23
**transportation** [1] -

63:13
**transported** [4] - 9:25, 11:2, 11:9, 37:15
**transporting** [1] - 60:25
**tricky** [1] - 20:13
**tried** [2] - 26:3, 31:17
**TROs** [1] - 41:24
**trucked** [2] - 58:21, 58:23
**true** [2] - 7:13, 73:16
**trust** [3] - 31:10, 43:15, 44:2
**try** [10] - 8:6, 14:21, 23:16, 33:19, 54:3, 65:14, 68:15, 69:24, 71:21, 72:7
**trying** [6] - 8:14, 32:8, 33:4, 33:19, 39:11, 47:3
**Tuesday** [7] - 27:4, 27:5, 67:21, 70:12, 71:1, 71:18, 71:21
**turn** [2] - 21:5, 58:8
**tweak** [1] - 52:2
**two** [21] - 8:7, 9:19, 9:24, 16:23, 26:8, 27:6, 41:11, 42:6, 51:6, 54:16, 56:1, 56:15, 60:17, 60:18, 60:19, 66:8, 66:12, 66:14, 67:16, 68:14, 68:24
**TX** [2] - 2:25, 3:8

**U**

**U.S** [4] - 21:11, 21:15, 50:20, 54:5
**U.S.C** [1] - 22:18
**UC's** [1] - 65:4
**UK** [1] - 30:5
**ultimately** [10] - 9:23, 15:1, 15:6, 17:14, 18:9, 20:11, 34:7, 37:16, 42:10, 64:18
**unavailable** [1] - 28:22
**under** [14] - 12:7, 31:23, 31:24, 36:6, 43:6, 46:17, 52:23, 57:11, 57:12, 58:2, 60:8, 61:18, 62:17, 66:25
**Underhill** [14] - 8:2, 18:18, 21:4, 21:6, 21:10, 27:14, 38:22, 40:8, 41:10, 42:18, 50:20, 63:14, 68:6,

72:20
**UNDERHILL** [66] - 3:13, 21:8, 21:10, 22:6, 26:13, 26:20, 27:2, 27:5, 27:7, 27:12, 27:15, 28:3, 28:24, 29:2, 29:7, 29:15, 30:15, 31:9, 35:14, 35:18, 35:24, 43:1, 43:4, 46:4, 46:12, 46:15, 47:6, 47:10, 50:16, 50:18, 50:20, 51:6, 51:16, 51:22, 52:7, 52:17, 53:8, 55:3, 55:5, 55:8, 55:10, 55:12, 55:18, 56:1, 56:4, 60:8, 60:16, 60:19, 60:23, 61:5, 61:7, 61:10, 62:3, 62:8, 62:10, 65:1, 65:3, 65:11, 65:16, 65:22, 66:20, 66:23, 67:8, 68:9, 71:7, 72:12
**Underhill's** [1] - 72:9
**understandable** [1] - 52:4
**understood** [2] - 10:5, 52:16
**undertaken** [1] - 35:21
**undertaking** [1] - 14:7
**underway** [1] - 63:8
**unfold** [1] - 39:10
**unfortunately** [2] - 28:24, 70:8
**unheard** [1] - 44:17
**UNIDENTIFIED** [1] - 60:21
**Unified** [19] - 18:5, 19:4, 19:5, 19:10, 21:12, 21:13, 21:20, 22:17, 35:15, 36:24, 37:8, 38:11, 53:2, 53:4, 53:23, 57:11, 63:4, 64:19, 66:10
**unified** [1] - 19:19
**uniform** [1] - 43:15
**UNITED** [2] - 1:1, 1:12
**United** [9] - 19:25, 25:18, 26:23, 31:20, 36:24, 39:6, 68:10, 73:16, 73:21
**universes** [1] - 10:23
**unlatching** [1] - 10:7
**unless** [2] - 33:11, 67:3
**unloaded** [1] - 59:1
**unnecessarily** [1] - 38:8
**unnecessary** [1] -

22:9
**unsuitable** [2] - 28:22, 39:12
**unusual** [1] - 34:23
**unwieldy** [1] - 13:25
**up** [32] - 6:7, 7:21, 8:14, 10:8, 11:1, 15:11, 15:12, 15:14, 27:20, 31:6, 36:4, 40:13, 42:18, 51:8, 51:18, 51:25, 52:13, 52:18, 53:9, 56:16, 56:17, 58:5, 58:6, 60:22, 61:2, 62:20, 64:14, 68:5, 70:2, 71:18, 72:3, 72:4
**update** [1] - 8:12
**updated** [1] - 16:10
**updates** [2] - 16:23, 16:25
**upright** [1] - 30:22
**urgency** [2] - 63:15, 67:5
**urging** [1] - 64:6
**utmost** [2] - 39:4, 45:3

## V

**various** [6] - 9:22, 18:7, 18:16, 25:24, 37:10, 38:15
**Veldhoen** [6] - 31:20, 31:21, 43:7, 68:6, 68:7, 68:10
**versus** [3] - 17:5, 31:20, 68:10
**vertically** [1] - 31:6
**vessel** [12] - 7:14, 10:9, 12:25, 19:19, 52:9, 53:9, 62:19, 63:8, 68:14, 69:6, 69:7
**vessels** [1] - 53:7
**videography** [1] - 6:20
**view** [3] - 20:15, 66:11
**violate** [1] - 61:19
**violation** [1] - 36:17
**Vitter** [1] - 27:24
**VOICE** [1] - 5:12
**voiced** [3] - 30:10, 44:23, 64:4
**VOICES** [1] - 5:9
**voluminous** [1] - 8:4
**vote** [2] - 27:24, 27:25

## W

**wait** [4] - 15:11, 35:25, 48:5, 70:5

**waiting** [1] - 53:25
**waive** [2] - 36:15, 40:14
**waiver** [1] - 40:25
**walk** [1] - 50:24
**walked** [2] - 28:12, 56:24
**walkthrough** [1] - 29:22
**walled** [1] - 13:3
**WALTHER** [1] - 3:9
**wants** [14] - 6:8, 9:22, 11:24, 17:23, 24:6, 30:20, 32:9, 33:12, 35:25, 44:7, 54:23, 54:24, 54:25, 67:1
**warehouse** [2] - 13:4, 61:24
**Washington** [2] - 21:18, 28:6
**watch** [1] - 11:6
**Water** [1] - 22:19
**water** [2] - 37:5, 45:1
**Waterway** [1] - 61:18
**ways** [1] - 12:8
**weather** [1] - 53:20
**Weatherford** [3] - 9:6, 11:23, 16:6
**Wednesday** [4] - 71:2, 71:5, 71:6, 71:13
**week** [27] - 9:1, 9:11, 11:1, 12:1, 12:12, 12:24, 14:25, 16:13, 18:9, 19:22, 19:23, 20:15, 20:22, 27:2, 35:13, 35:16, 46:7, 56:18, 56:19, 58:18, 60:1, 62:15, 62:20, 66:19, 70:18, 71:1
**week's** [1] - 20:22
**weekend** [1] - 70:10
**weeks** [3] - 42:15, 62:9, 67:6
**weighs** [1] - 61:13
**weight** [2] - 61:13, 61:16
**WEINER** [1] - 3:3
**welcome** [2] - 33:9, 33:16
**well-control** [8] - 19:17, 44:24, 45:2, 57:25, 58:1, 66:11, 66:13, 69:14
**wellhead** [1] - 15:12
**WEST** [1] - 2:4
**West** [1] - 28:4
**western** [1] - 27:18
**Western** [1] - 28:5
**whatsoever** [1] - 20:17

**WHEREUPON** [2] - 49:5, 73:9
**whole** [6] - 25:13, 31:3, 51:4, 54:7, 63:3, 65:8
**widget** [1] - 24:12
**WILLIAMS** [1] - 3:16
**willing** [5] - 44:8, 46:1, 54:22, 64:22, 71:15
**window** [1] - 60:19
**wins** [1] - 32:23
**witness** [1] - 67:10
**witnesses** [1] - 71:17
**WITTMANN** [1] - 3:9
**word** [3] - 8:24, 53:25, 67:17
**words** [1] - 72:1
**works** [1] - 19:4
**world** [1] - 63:2
**worse** [1] - 27:17
**WRIGHT** [1] - 1:15
**writing** [3] - 6:11, 6:23, 17:18
**written** [1] - 56:5
**wrongful** [1] - 36:12
**wrote** [1] - 56:5

## Y

**Yankee** [1] - 27:18
**yards** [2] - 13:25, 29:19
**yesterday** [8] - 6:5, 7:12, 9:5, 9:9, 9:22, 20:24, 21:19, 42:22
**yesterday's** [1] - 16:24
**York** [2] - 28:4, 28:6
**YORK** [1] - 2:24

## Z

**zone** [2] - 60:9, 61:17