UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § § § | MDL NO. 2179 |
| | | | SECTION: J |
| | | | JUDGE BARBIER |
| | THIS DOCUMENT RELATES TO ALL CASES | | MAG. JUDGE SHUSHAN |

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List as provided in Pretrial Order No. 1:

>Jimmy Williamson
>TBN: 21624100
>Southern District Bar No. 3760
>**Attorney-in-Charge for Plaintiff**
>Cyndi M. Rusnak
>TBN: 24007964
>Michael W. Kerensky
>TBN: 11331500
>***WILLIAMSON & RUSNAK***
>4310 Yoakum Boulevard
>Houston, Texas 77006
>Telephone:   713/223-3330
>Facsimile:    713/223-0001
>email:          jimmy@jimmywilliamson.com
>email:          crusnak@jimmywilliamson.com
>email:          mike@jimmywilliamson.com

Counsel currently serves as counsel of record for plaintiff in the matter entitled *Gregory John Guindon v. BP, PLC, et al;* Case No. 3:10-cv-00317; United States District Court for the Southern District of Texas, Galveston Division.

MDL No. 2179 - Request to Add Names
to Panel Attorney Service List

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully submitted,

_/s/ Jimmy Williamson_
Jimmy Williamson
State Bar No. 21624100
Southern District Bar No. 3760
**Attorney-in-Charge for Plaintiff**
Cyndi M. Rusnak
TBN: 24007964
Michael W. Kerensky
TBN: 11331500
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone:    713/223-3330
Facsimile:    713/223-0001
email:        jimmy@jimmywilliamson.com
email:        crusnak@jimmywilliamson.com
email:        mike@jimmywilliamson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been filed electronically with the Clerk of Court utilizing the CM/ECF system. Notice of this filing will be sent to counsel of record registered to receive electronic service by operation of the Court's electronic filing system (ECF) on this 31th day of August, 2010.

_/s/ Jimmy Williamson_