IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN <br><br> This document relates to: <br> Case No. 10-CV-1156 / <br> 10-CV-1674 |

# ORDER

The Court has considered Plaintiffs' Motion for Leave to File Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion to Remand, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiffs' motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiff has leave to file his reply brief.

**IT IS SO ORDERED** this _____ day of _____, 2010, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**