AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JACOB KANSAS, ET AL | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No.  10-1836 ~~MLCF-KWR~~ |
| TRANSOCEAN LTD., ET AL | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   BP, PLC, NORTH AMERICAN HEADQUARTERS
28100 TORCH PARKWAY
WARRENVILLE, ILLINOIS 60555-3938
THROUGH THE LOUISIANA LONG ARM STATUE, LSA-RS 13:3201
PURSUANT TO SECTION 3204 OF TITLE 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Serena Pollack
Lowe, Stein, Hoffman, Allweiss, and Hauver, LLP
701 Poydras Street, Suite 3600
New Orleans, La 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

_Charles A. Armon_
Deputy clerk's signature

Date: ___Jun 28 2010___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1836 – MLCF – KWR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  *BP PLC*

was received by me on *(date)*  *6/28/10* .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* *Service via certified mail sent on 8/5/10 and received on 8/10/10.*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: *8/31/10* 

_____
*Server's signature*

*Jeffrey M. Hoffman, Esq.*

_____
*Printed name and title*

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7735
*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*BP, PLC*
*28100 Torch PKwy.*
*Warrenville, IL*
*60555*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *N. Faulstich*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery
*N. FAULSTICH*   *8/10/10*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7010 1670 0000 1036 2590

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540