IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * | MDL NO. 2179 SECTION: J  JUDGE BARBIER MAG. JUDGE SHUSHAN  This document relates to: Case No. 10-CV-1156 / 10-CV-1674 |

## Plaintiff's Motion for Leave to File Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion to Remand

Plaintiff Elton Johnson respectfully requests leave to file a reply brief in regard to his Motion to Remand. The reply is necessary to respond to arguments made by BP and Tidewater and clarify why this case should be remanded. A copy of the proposed reply brief is attached as Exhibit A.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Robert P. Wynne*

_____
Robert P. Wynne, # 30123
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
rwynne@arnolditkin.com
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

## CERTIFICATE OF SERVICE

I certify that on August 31, 2010, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Robert P. Wynne*

_____
Robert P. Wynne