UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL by the OIL RIG           MDL NO. 2179
         "DEEPWATER HORIZON"
         in the GULF OF MEXICO              SECTION J
         on April 20, 2010

                                            JUDGE BARBIER
This Document Relates to All Cases          MAG. JUDGE SHUSHAN

**APPLICATION OF JEFFREY A. BREIT FOR
PLAINTIFFS' STEERING COMMITTEE**

I, Jeffrey A. Breit, of Breit, Drescher, Imprevento & Walker, P.C., pursuant to Pretrial Order No. 1, hereby apply for appointment to the Plaintiffs' Steering Committee (herein after "PSC") for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Coast of Mexico on April 20, 2010, and in support thereof state:

**INTRODUCTION**

1. I am one of the founding partners of Breit, Drescher, Imprevento & Walker, P.C. (BDIW) founded in 1987 and have 30 years experience in complex litigation, maritime law, and product liability.

2. I bring to this case extensive experience in complex maritime litigation and have been actively involved in economic loss claims in the Gulf and the Atlantic seaboard for over 30 years.

3. As detailed below, I have substantial experience with many of the lawyers involved in this litigation and with the issues that will be crucial to the development and completion of the Deepwater Horizon litigation.

**MY QUALIFICATIONS & EXPERIENCE**

4. BDIW is located in Norfolk, Virginia, and was founded primarily as a firm focusing on maritime personal injury, product liability and complex pharmaceutical tort claims. Each of the firm's principals have practiced for over 25 years and the youngest lawyer spent most of his early career defending wrongful death and personal injury insurance claims.

5. I began my legal career as a clerk in the very courtroom in which you preside. My first legal job was offered to me by the Clerk of Court, Loretta Whyte, and after working for the clerk's office, I was asked to join the Honorable Morey Sear's chambers as an assistant to his law clerks. While attending Tulane University Undergraduate School and Law

School, I clerked for Judge Sear, including during his transition from Magistrate Judge to United States District Court Judge.

6. Due primarily to my clerkship with Judge Sear, I was allowed early admittance into the Tulane University School of Law, and while continuing my studies, I continued as a volunteer clerk in Judge Sear's chambers.

7. While attending Tulane, I became the Editor in Chief of the Tulane Maritime Law Journal, the leading legal journal dedicated to maritime law in the world.

8. After graduating from Tulane University School of Law, I took both the Virginia and Louisiana law boards and, shortly thereafter became a member of the bar for the Eastern District of Louisiana and the U.S. Courts of Appeals for the Fourth, Fifth and Eleventh Circuits, as well as, the state bars of Virginia, Louisiana, New York, Washington, D.C. and North Carolina.

9. The majority of my practice, including representing deepwater seamen, has been based in Louisiana and Virginia. The majority of my trial experience has been maritime, personal injury, and product liability cases, and I have been associated with or for the menhaden fishing fleets of Virginia and Louisiana since 1979.

10. My trial practice resulted in active participation with the American Association for Justice (formerly Association of Trial Lawyers of America), and I worked closely with many members of the maritime bar, including Judge Eldon Fallon, Harvey Lewis, Ross Diamond, and Paul Edelman.

11. In 1984, I was elected as one of the youngest Governors of the AAJ for the state of Virginia and remained the Virginia Governor until July, 2010, when my associate took my office. During that time, I was also elected President of the Virginia Trial Lawyers Association and was often a lecturer for the Louisiana Trial Lawyers Educational meetings at the invitation of the Louisiana Association Executive Director Leah Guerry.

12. I have been on the editorial board of the Butterworth Maritime journal for over 20 years.

13. I have maintained an AV rating for the Martindale Hubbell for over 20 years.

14. I have been intimately involved with over 20 limitation of liability trials to conclusion and litigated to conclusion a multi-year complex multiple wrongful death ship explosion that resulted in the world-wide alteration of the classification of coal shipments.

15. I have been a longtime Adjunct Professor of Law at William & Mary School of Law in Virginia and for the last five years have taught Advanced Trial Strategy and

Procedure, Pretrial Procedure, and two special classes on depositions and objections. Furthermore, I was awarded the St. George Tucker Adjunct Professorship Award.

16. When the state of Virginia legislature allowed for complex multiple claimants to have consolidated trials for the first time in state history, the Chief Justice appointed me as the plaintiffs' bar lead drafter. The Multiple Claimant Litigation Act has been the law of Virginia since 1995.

17. Upon the Commonwealth of Virginia requiring that pretrial scheduling orders govern all trials in Virginia, I was appointed as a lead drafter of the Uniform Scheduling Order Act, and which to date, all trials in Virginia are subject thereto.

18. Upon the Commonwealth of Virginia requiring electronic filing for all courts, the Chief Justice of the Virginia Supreme Court appointed me chair of the committee responsible for the implementation and coordination between the Bar and the courts. After two years of exhaustive, diligence and great anticipation, the system will be unveiled in September, 2010.

## MY INVOLVEMENT IN THE CURRENT LITIGATION

19. I have been retained by over 630 fishermen from the Gulf, and have filed suit in the Eastern District of Louisiana for over 500 menhaden fishermen and over 100 shrimpers, crabbers, oystermen, seafood restaurants, and distributors. My office has worked actively with the BP claims facility and now the Gulf Coast Claims office and to date have personally handed out over 1,000 checks totaling over $3,000,000 since May 1, 2010, without any fees or charges.

20. Many of the fishermen I represent have worked in the Gulf and off the coast of Virginia for over 30 years and their livelihood has been centered exclusively on the natural resources of the Gulf. I am honored that even though my past representation in maritime personal injury cases placed me adverse with the Captains and Engineers of the fishing fleets; nevertheless, almost every Captain and Engineer, together with their full crews, have retained me to represent them in this economic disaster.

21. Since May 1, 2010, I have spent the majority of my time and efforts gathering information for the presentment of economic claims for the Gulf fishing fleet and have worked actively and in constant communication with co-liaison counsel Jim Roy and Steve Herman. I enjoy an excellent working relationship with both liaison counsel and many others who have been working in this litigation since April 20, 2010. I have proven over many years that I work well with others, have the ability to get others to work well together and successfully completed many projects as their leader. I believe my reputation to be that I am able to litigate

complex litigation in a diligent, thoughtful, and expeditious manner and enjoy near universal appreciation from all persons with whom I have been honored to work on these projects.

### THE COURT CRITERIA FOR APPOINTMENT

22.     I have spent my entire legal career involved with maritime law and the presentation of economic losses in the maritime world.  I have worked in MDL and other complex litigation such as Chinese Drywall, Fleet Phosphates, Oraflex and maritime disasters, such as the Marine Electric and the Berge Charlotte.

23.     I have demonstrated my willingness and ability to commit to a time-consuming process and have arranged with my law firm for my extended stay in New Orleans for at least the next 24 months, in the event I am selected by this Court for assignment on the PSC. My law firm is well positioned to provide extensive resources necessary to prosecute this case as well as the financial wherewithal to pursue a long and arduous litigation strategy, should that prove necessary.

For these reasons, I respectfully request that this Court appoint me to a leadership position on the PSC for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, with the hope and understanding that few will match my energy, enthusiasm, or work ethic through the conclusion of this litigation.

Respectfully Submitted,

_____/s/_____
Jeffrey A. Breit (LA Bar # 03451)
Breit, Drescher, Imprevento & Walker
999 Waterside Drive, Suite 1000
Norfolk, Virginia 23510
jbreit@bdbmail.com
Phone:     (757) 670-3888
Facsimile:  (757) 670-3895