UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates to *Karl W. Rhodes v. Transocean, et al, No. 10-cv-01502* | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**Claimant's Motion to Dismiss Sperry-Sun Drilling
Services As A Defendant Without Prejudice**

Claimant, Karl W. Rhodes, respectfully moves that this Court allow him to dismiss Sperry-Sun Drilling Services, without prejudice, as a defendant, while reserving his rights, claims, and causes of action against all remaining defendants and to remove the name of Sperry-Sun Drilling Services from the caption of his complaint that he filed under Docket No. 2:10-cv-01502.

Respectfully submitted,

*s/Richard R.Kennedy*
RICHARD R. KENNEDY (# 7788), T.A.
RICHARD R. KENNEDY III (#26951)
309 Polk Street
P.O. Box 3243
Lafayette, LA  70502-3243
Phone:   (337) 232-1934
Fax:       (337) 232-9720
E-Mail:  ken309@richardkennedy.com
*Attorneys for Karl W. Rhodes*

**Certificate of Service**

This certifies that on the 31st day of August, 2010, I electronically filed this pleading with the Clerk of Court through its EFC-filing system, which will send a notice of electronic filing to all counsel of record. I will send a notice of this filing to all known non-CM/ECF users via U.S. Mail, facsimile, or e-mail.

*s/Richard R. Kennedy*
RICHARD R. KENNEDY

N:\Client\RhodesK\COURTS\E.D.La\Motions\Dismissal\Sperry Sun.wpd