UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to *Karl W. Rhodes v. Transocean, et al, No. 10-cv-01502* Only | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## Order

Considering the foregoing Motion and for the reasons more fully recited by the Court:

Claimant's motion to dismiss Sperry-Sun Drilling Services, without prejudice, as a defendant, while reserving his rights, claims, and causes of action against all remaining defendants and to remove the name of Sperry-Sun Drilling Services from the caption of Docket No. 2:10-cv-01502 is hereby GRANTED.

New Orleans, Louisiana this _____ day of _____, 2010.

 

_____
THE HONORABLE CARL J. BARBIER