IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## APPLICATION OF LEWIS S. EIDSON FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE AND/OR EXECUTIVE COMMITTEE

Lewis S. "Mike" Eidson and his firm, Colson Hicks Eidson, pursuant to Pretrial Order No. 1, submit and file this application for membership to the Plaintiff's Steering Committee (PSC)/or Executive Committee for MDL No. 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. Mr. Eidson has previously filed multiple civil actions in this action and currently represents over 100 plaintiffs in claims arising from the BP oil spill and also requests the Court to consider him for a position of co-lead counsel for the State of Florida to work with co-liaison counsel and other co-lead counsel as the Court deems appropriate. He has read, understands and agrees to the PSC's responsibilities as set forth in the Pre-Trial Order No. 1, and further avers:

### Introduction

This Court has already appointed Steve Herman and Jim Roy as interim co-liaison counsel. Both are seeking a permanent appointment for these positions and undersigned counsel supports their permanent appointment.

Undersigned counsel respectfully suggests that the Court should appoint one or more attorneys from each of the affected States to act as co-lead counsel in an executive capacity for the

PSC or Executive Committee. Undersigned counsel is from the State of Florida and seeks the Court's consideration for the position of co-lead counsel to the PSC for Florida and/or appointment to the PSC or Executive Committee.

This case presents one of the most complex and important civil cases in our nation's history and involves the biggest man made catastrophe to our environment, our states and communities. The litigation of this case will require the concerted efforts of leading attorneys throughout all of the affected states. As supported below, undersigned counsel is considered by his peers to be one of the top civil trial attorneys in the State of Florida and in the United States. He has the willingness and availability to commit to this time-consuming project, has demonstrated an ability to work cooperatively with others, and has extensive professional experience in this type of litigation.

### Knowledge and experience in prosecuting complex litigation including class actions

Mr. Eidson is President of Colson Hicks Eidson, a law firm established in Miami, Florida in 1967 dedicated to trial practice. He has handled complex personal injury, mass tort, economic and personal injury class actions and business tort litigation for more than 35 years, and is very familiar with the issues involved in the instant litigation. His curriculum vitae containing his qualifications to serve herein and the section of Martindale Hubbell with his law firm's profile are attached as **Exhibit "A"**. He respectfully refers the Court to these documents for his qualifications to serve in this matter rather than repeating them in this part of the application.

### Ability to work cooperatively with others:

From 2000 to 2004, Mr. Eidson served as Co-Lead Counsel, and subsequently from 2004-2008 as Lead Counsel, of the personal injury track in In Re: Bridgestone/Firestone ATX,

ATX II, and Wilderness Tire Product Liability Litigation, MDL No. 1373, before Judge Sarah Evans Barker and Magistrate Sue Shields, in the United States District Court for the Southern District of Indiana. This MDL also included a myriad of economic loss class action claims, and the administrative challenges were similar in many respects to the ones faced in the instant case.

In addition to his litigation experience, Mr. Eidson was elected and served as President of the Association of Trial Lawyers of America (now the American Association for Justice) from 2006-2007. As President, he presided over a membership of over 50,000 and almost 100 litigation groups and committees. He also administered an annual budget in excess of 30 million dollars. Through his work in the Firestone MDL and many other mass tort and class actions, his work with lawyers in ATLA and AAJ, and throughout his career working in complex personal injury class action, business tort and other litigation, Mr. Eidson has worked cooperatively and successfully with co-counsel, opposing counsel and the Court.

### Access to sufficient resources to prosecute the litigation in a timely manner

In summary, the undersigned, Lewis S. Eidson, has extensive experience in mass tort and economic loss class action litigation, strong administrative skills, an ability to command the respect of his colleagues and to work with opposing counsel, and his firm has the ability to commit adequate legal and financial resources to the litigation. Accordingly, Mr. Eidson will be able to assist the Court in reaching a fair resolution of this complex matter.

WHEREFORE Lewis S. "Mike" Eidson requests appointment to the PSC and/or Executive Committee and respectfully requests that the Court additionally consider him and/or his firm for the position of co-lead counsel to work with co-liaison counsel and other co-lead

counsel for the State of Florida, as the Court deems appropriate.

Dated this    31st    day of August , 2010.

                                          Respectfully submitted,

                                          /s/Lewis S. Eidson
                                          (Fla. Bar No. 151088)
                                          Mike@colson.com
                                          COLSON, HICKS, EIDSON, COLSON,
                                          MATTHEWS, MARTINEZ, GONZALES,
                                          KALBAC & KANE
                                          255 Alhambra Circle, Penthouse
                                          Coral Gables, FL 33134
                                          Phone: (305) 476-7400
                                          Fax: (305) 476-7444

4

**Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane**
**255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134-5008 Telephone: (305) 476-7400 Fax: (305) 476-7444**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading (Application of Lewis S. "Mike" Eidson for Appointment to the Plaintiffs' Steering Committee and/or Executive Committee) was electronically filed with the Clerk of the Court of the Unites States District Court for the Eastern District of Louisiana and has been sent to all counsel of record by using the CM/ECF filing System and via e-mail to all attorneys listed on the Panel Attorney List attached hereto as Exhibit "A" on this 31st day of August, 2010.

/s/Lewis S. Eidson
LEWIS S. EIDSON
(Fla. Bar No. 151088)
Mike@colson.com
COLSON, HICKS, EIDSON, COLSON,
MATTHEWS, MARTINEZ, GONZALEZ,
KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

**SERVICE LIST**

Arsenault, Richard J.
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190
Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC*
**Phone: (318) 487-9874 Fax: (318) 561-2591 Email: r.arsenault@nbalawfirm.com**

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street
Pensacola, FL 32502
Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P.
**Phone: (850) 434-5395 Fax: (850) 469-0043 Email: ryan@whibbsandstone.com**

Barr, Brian H.
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters; Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc.
**Phone: (850) 435-7000 Fax: (850) 436-6187 Email: bbarr@levinlaw.com**

Beck, David J.
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010
Cameron International Corp.*
**Phone: (713) 951-3700 Fax: (713) 951-3720 Email: dbeck@brsfirm.com**

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory*
**Phone: (206) 623-7292 Fax: (206) 623-0594 Email: steve@hbsslaw.com**

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002
M-I, L.L.C.*
**Phone: (713) 276-5739 Fax: (713) 276-6739 Email: <u>gbracken@gardere.com</u>**

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201
Chiodo, Kristi; Harris, John T.; Harris, Nicholas
**Phone: (850) 916-7450 Fax: (850) 916-7449**

Braud, S. Jacob
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037
Taliancich, Sr., Bartol John*
**Phone: (504) 394-9841 Fax: (504) 394-9945 Email: <u>JacobBraud@bbc-law.net</u>**

Brown, Eric B.
P.O. Box 2765
Houston, TX 77252-2765
Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)

Buzbee, Anthony G.
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis
Suite 7300
Houston, TX 77002
Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba
Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy*
**Phone: (713) 223-5393 Fax: (713) 223-5909 Email: <u>tbuzbee@txattorneys.com</u>**

Cabraser, Elizabeth J.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf
Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le

Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht*
**Phone: (415) 956-1000 Fax: (415) 956-1008 Email: ecabraser@lchb.com**

Chiepalich, C. S.
P.O. Box 6505
Mobile, AL 36660
*Jett, George
**Phone: (205) 478-1666 Email: csc@birch.net**

Clark, Lange
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham, AL 35203
*Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.*
**Phone: (205) 939-3933 Fax: (205) 939-1414 Email: langeclark@mindspring.com**

Coleman, Alice W.
BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson, MS 39211
*Grieshaber, Aleen; Grieshaber, James
**Phone: (601) 957-6177 Fax: (601) 957-6507 Email: alice@bcoonlaw.com**

Coumanis, Christ N.
COUMANIS & YORK PC
2101 Main Street
Daphne, AL 36526
*Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs*
**Phone: (251) 990-3083 Fax: (251) 928-8665 Email: coumanis@c-ylaw.com**

Crump, Martin D.
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport, MS 39501
*Barker, Daniel*
**Phone: (228) 863-6000 Fax: (228) 864-0907 Email: martincrump@daviscrump.com**

Cutter, C. Brooks
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
*Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.*

Phone: (916) 448-9800 Fax: (916) 669-4499 Email: bcutter@kcrlegal.com

Dampier, M. Stephen
LAW OFFICES OF M STEPHEN DAMPIER PC
55 North Section Street
Farirhope, AL 36532
*Ferguson, Constance*; Ferguson, James*
Phone: (251) 929-0800 Fax: (251) 929-0900 Email: stevedampier@dampierlaw.com

Deshazo, Michael
KINNEY & ELLINGHAUSEN
*Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC*
Phone: (504) 524-0206 Fax: (504) 525-6216 Email: michaeld@kinneylaw.com
1250 Poydras Street
Suite 2450
New Orleans, LA 70113

Dreher, Jr., William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport, MN 39502
*Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert*
Phone: (228) 822-2222 Fax: (228) 822-2626 Email: wwdlaw@bellsouth.net

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Hyundai Heavy Industries Co., Ltd.*
Phone: (212) 450-4000 Fax: (212) 450-3800 Email: carey.dunne@davispolk.com

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242
*Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri*
Phone: (205) 278-7000 Fax: (202) 278-7001 Email: jfriedman@friedmanleak.com

Garrison, Jr, W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35203

*B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr.,
John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas*
**Phone: (205) 326-3336 Fax: (205) 326-3332 Email: wlgarrison@hgdlawfirm.com**

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201
*Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica*
**Phone: (601) 948-8005 Fax: (601) 948-8010 Email: dgibbs@cglawms.com**

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP Corp. North America, Inc.; British Petroleum, PLC
**Phone: (312) 862-2064 Fax: (312) 861-2200 Email: Richard.Godfrey@kirkland.com**

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270
*Halliburton Co.*; Halliburton Energy Services, Inc.*
**Phone: (214) 939-4400 Fax: (214) 760-7332 Email: dgodwin@godwinronquillo.com**

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
*Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell,
Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC
**Phone: (212) 558-5802 Fax: (212) 344-5461 Email: rgreenwald@weitzlux.com**

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC

\*Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul\*
**Phone: (601) 969-9692 Fax: (601) 914-3580 Email: john@hsglawfirm.net**
P.O. Box 24627
Jackson, MS 39225-4627

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
\*321 Arabella, LLC. dba Franky and Johnny's Restaurant\*; 3401 N. Hullen, LLC. dba Tello's Bistro\*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA\*; Hambone, Inc. dba Zeke's Restaurant\*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana\*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill\*; New Orleans Fish House, LLC\*; Orlando Village Restaurant
LLC dba Poppy's Crazy Lobster Destin\*; P.A. Menard, Inc.\*; Tumolo Enterprises, Inc. dba Poppy's
Seafood Factory\*; We Too Inc. dba Eleven 79 Restaurant\*
**Phone: (504) 581-4892 Fax: (504) 561-6024 Email: rherman@hhkc.com**

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
\*Lavigne, Paul\*; Lavigne, Steven\*
**Phone: (314) 241-8111 Fax: (314) 241-5554 Email: eholland@hgsslaw.com**

Hornsby, Jr., Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243
\*Simpson, George C.
**Phone: (256) 329-2000 Fax: (256) 329-2015 Email: chornsby@mhhlaw.net**

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312
\*Crawford, Constance; Galloway, Jeff; Ward, George Weems
**Phone: (850) 298-4455 Fax: (850) 216-2537 Email: ptim@aol.com**

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604
*Gonzales, Dr. John; Trahan, Shannon

Irvine, III, George R.
STONE GRANADE & CROSBY PC
7133 Stone Drive
Daphne, AL 36526
*Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V.
**Phone: (251) 626-6696 Fax: (251) 626-2617 Email: gri@sgclaw.com**

Jackson, III, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225
Mobile, AL 36652
*Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130
*Phillips, John F.*
**Phone: (504) 523-2500 Fax: (504) 523-2508 Email: gjones@jonesswanson.com**

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
*Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks
Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle
**Phone: (334) 269-2343 Fax: (334) 954-7555 Email: rhon.jones@beasleyallen.com**
218 Commerce Street
Montgomery, AL 36104 Escapes, L.L.C.*; Sunrise Rentals Enterprises*

Kennedy, Richard R.
309 Polk Street
P.O. Box 3243
Lafayette, LA 70502-3243
*Rhodes, Karl W.*
**Phone: (337) 232-1934 Fax: (337) 232-9720 Email: ken309@richardkennedy.com**

Laborde, III, Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503
*Tidewater Marine, LLC*
**Phone: (337) 237-7000 Fax: (337) 233-9450 Email: cliffe@ln-law.com**

Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street
Dothan, AL 36301
*Barber, Peter J.*
**Phone: (334) 793-1555 Fax: (334) 793-8280 Email: jlane@cochranfirm.com**

Langan, J. Andrew
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP
**Phone: (312) 862-2064 Fax: (312) 862-2200 Email: andrew.langan@kirkland.com**

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
*Le (dba Bluewater Seafood), Hao Van*
**Phone: (850) 837-6020 Fax: (850) 837-4093 Email: dml@lovelacelaw.com**

Lucado, M. Shane
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
*Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC*
**Phone: (205) 278-0025 Fax: (205) 278-0030 Email: slucado@lucadolaw.com**

Mason, Angela Joy
COCHRAN FIRM
163 W. Main Street
Dothan, AL 36302
*Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie;

Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John
Samuel
**Phone: (205) 793-1555**

McDole, Keith C.
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
*Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)
**Phone: (214) 220-3939 Fax: (214) 969-5100**

McKee, Robert J.
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
12 Southeast 7th Street
*Griffitts Investments LP*
**Phone: (954) 763-8181 Fax: (954) 763-8292 Email: mckee@krupnicklaw.com**
Suite 801
Ft. Lauderdale, FL 33301

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
*Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*;
Nunez, Lena T.*
**Phone: (504) 522-2304 Fax: (504) 528-9973 Email: gmeunier@gainsben.com**

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
*Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.*
**Phone: (504) 599-8194 Fax: (504) 599-8145 Email: kmiller@frilot.com**

Mitsui & Co., U.S.A., Inc,
200 Park Avenue
New York, NY 10166
Mitsui & Co. U.S.A., Inc.

Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787
Opelousas, LA 70570
*James, Jr., Joseph George*; Schouest, III, Ellis*
**Phone: (337) 948-4483 Fax: (337) 942-5234 Email: pmorrow@mmrblaw.com**

Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134
*Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.*
**Phone: (305) 372-1800 Fax: (305) 372-3508 Email: AMM@kttlaw.com**

Murray, Stephen B.
MURRAY LAW FIRM
650 Poydras Sreet
Suite 2150
New Orleans, LA 70130
*Dinet, Nicholas J.*
**Phone: (504) 525-8100 Fax: (504) 584-5249 Email: smurray@murray-lawfirm.com**

Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10075
*Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.*
**Phone: (212) 705-7226 Fax: (212) 702-3616 Email: peter.neger@bingham.com**

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604
*Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales & Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales,
Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*; Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House,
Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*; Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure
Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*; Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa*
**Phone: (251) 471-6191 Fax: (251) 479-1031 Email: sln@cunninghambounds.com**

Norris, John E.
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205
*Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan*
**Phone: (205) 930-9900 Fax: (205) 930-9989 Email: jnorris@davisnorris.com**

Poynter, Scott E.
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
*Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary*
**Phone: (501) 907-2555 Fax: (501) 907-2556 Email: scott@emersonpoynter.com**

Price, Donald W.
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809
*Duet, Deanna G.*; Duet, Raymond*
**Phone: (225) 929-7481 Fax: (225) 924-4519 Email: dprice@dueprice.com**

Quin, II, William M.
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland, MS 39157
*Montagnet, Monica C.*
**Phone: (601) 707-5725 Fax: (601) 510-2939 Email: wquin@mmqlaw.com**

Rash, David C.
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137
*Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg
Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three
Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC*
**Phone: (305) 571-8550 Fax: (305) 571-8558 Email: david@alterslaw.com**

Rifkin, Mark C.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
*Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood
Patio), Calvin J.*
**Phone: (212) 545-4600 Fax: (212) 545-4653 Email: Rifkin@whafh.com**

Sexton, II, K. Edward
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham, AL 35203
*Lockridge, Captain Edward
**Phone: (205) 716-3000 Email: esexton@gtandslaw.com**

Strange, Brian R.
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
*Gaskins, Jr., Matthews*
**Phone: (310) 207-5055 Fax: (310) 826-3210 Email: lacounsel@earthlink.net**

Tran, Minh Tam
TAMMY TRAN ATTORNEYS AT LAW LP
2915 Fannin Street
Houston, TX 77002
*National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung
**Phone: (713) 655-0737 Fax: (713) 655-0823 Email: ttran@tt-lawfirm.com**

Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, FL 34690
*Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel
Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*;
Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*;
Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire*
**Phone: (727) 937-3226 Fax: (727) 934-5069 Email: sverras@bilirakislaw. Com**

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive
Ocean Springs, MS 39564
*Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep
**Phone: (228) 872-1125 Fax: (228) 872-1128 Email: robert@waltzerlaw.com**

Zatzkis, Lanny R.
ZATZKIS MCCARTHY & ASSOCIATES LLC
650 Poydras Street
Suite 2750
New Orleans, LA 70130
*Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*;
Kreger, Jr., Ronald A.*; Kreger, Robert*; Kreger, Ryan A.*; Kreger, Sr., Ronald A.*; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr., David A.*; Segrave, Michael A.*; Segrave, Sr., David A.*
**Phone: (504) 523-2266 Fax: (504) 593-9921 Email: Lanny@Zatzkis.com**