# EXHIBIT "A"

# LEWIS S. "MIKE" EIDSON, JR.
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400
e-mail: mike@colson.com

## Curriculum Vitae

Lewis S. Eidson is the President of Colson Hicks Eidson, a law firm established in Miami, Florida in 1967 dedicated to trial practice. In 2006, Mr. Eidson was elected and served as President of the American Association for Justice, formerly the Association of Trial Lawyers of America, following in the footsteps of his late partner Bill Colson, who served as President in 1967. AAJ has 30,000 attorney members located across the United States and in many other countries. Colson Hicks Eidson handles individual wrongful death and personal injury cases, mass torts, class actions and large complex commercial and business litigation.

**Occupation:**          President of Colson Hicks Eidson

**Bar Admissions:**      Florida, 1972; Georgia, 1971

**Education:**

　　　　　　　　　　　Juris Doctor (1971)
　　　　　　　　　　　Emory University Law School
　　　　　　　　　　　Atlanta, Georgia
　　　　　　　　　　　Woodruff Law Scholarship
　　　　　　　　　　　Emory University Law School

**Undergraduate:**       Bachelor of Science (1968)
　　　　　　　　　　　University of South Carolina
　　　　　　　　　　　Major: History, Political Sciences; History Honors Program
　　　　　　　　　　　Warwick University, Coventry, England
　　　　　　　　　　　Georgia State University, Graduate Program in History
　　　　　　　　　　　Captain, Track Team; Captain, Cross Country Team 1967-1968
　　　　　　　　　　　Atlantic Coast Conference Student-Athlete of the Year, 1968
　　　　　　　　　　　Most Valuable, University of South Carolina Track Team 1968
　　　　　　　　　　　ODK National Honor Society, Most Athletic Award 1968 USC
　　　　　　　　　　　Blue Key National Honor Society
　　　　　　　　　　　Kappa Sigma Kappa National Honor Society

Lewis S. "Mike" Eidson, Jr.
Curriculum Vitae
Page 2

| | |
|---|---|
| **Areas of Practice:** | Wrongful Death |
| | Aviation |
| | Professional Negligence |
| | Insurance Coverage disputes |
| | Product Liability |
| | General automobile and other personal injury and wrongful death |
| | Admiralty |
| | Complex Business Torts |
| | Class Actions |
| | Mass Torts |

Mr. Eidson has handled to a conclusion hundreds of complex cases, including more than 120 jury trials in Florida and other states during his career.

**Military Experience:**   United States Army, 1st Lieutenant, 1971-1972. United States Army Reserves 1972-1981.

## LITIGATION EXPERIENCE:

## FORD MOTOR/FIRESTONE- MDL

From November of 2000, to 2004, Mr. Eidson served as Plaintiffs' National Lead Co-Counsel, and from 2004 through 2008, as Lead Counsel of the Personal Injury Track, in the Firestone/Ford MDL, Case No. 1373 before Judge Sarah Barker in Indianapolis, Indiana which involved the national and international accidents of Ford Explorers following Firestone tire tread separations. Mr. Eidson represented over 125 individuals either injured or killed in accidents as the result of failed Firestone tires and Ford Explorers, Expeditions, Excursions and 15 passenger van rollover cases. This matter consisted of more than 1000 personal injury/wrongful death cases and more than 100 class action economic loss cases consolidated for core discovery, development of expert witnesses and other related matters and also involved coordinating with similar cases pending in state courts. Many of the cases in this matter arose out of accidents in foreign countries.

Mr. Eidson worked to develop a discovery plan which resulted in more than 125 depositions and the development of two massive document depositories in less than two years, the preparation and execution of various legal briefs and arguments, selection and education of liability expert witnesses; coordination with co-counsel, opposing counsel and the court and running a fair and efficient system to gather this discovery in one place and to make it accessible to all interested parties in an economical manner. Ultimately, all of the personal injury and wrongful death cases were resolved.

Lewis S. "Mike" Eidson, Jr.
Curriculum Vitae
Page 3

## OTHER RECENT CLASS ACTION AND MASS TORTS

- **Nissan 350Z Cases**
  Superior Court of the State of California/County of Orange
  Judicial Council- Coordinating Proceeding No.  4421
     *Coordinated actions*:
  Glass v Nissan North America, Inc.- Case No. 04CC07522 (County of Orange)
  Doty vs. Nissan North America, Inc.-Case No. BC322435  (County of Los Angeles)

- **United States Sugar Corporation Litigation,**
  United States District Court, Southern District of Florida
  Case No. 08-80101-CIV-Middlebrooks
  Mr. Eidson served as lead counsel. Case was successfully settled in January of 2009.

- **Securities and Exchange Commission vs. Mutual Benefits Corporation:**
  United States District Court, Southern District of Florida,
  Case No. 04-60573 –CIV-Moreno
  Mr. Eidson's partner, Roberto Martinez, was the appointed receiver for Mutual Benefits
  Corporation and his partner, Curt Miner, served as attorney for the receiver.

- **Chinese-Manufactured Drywall** – Products Liability Litigation
  United States District Court- Eastern District of Louisiana
  MDL Case No.  2047- Section L- Judge Fallon
  Mr. Eidson's partner, Ervin Gonzalez, is serving on the Steering Committee and Executive
  Committee.

- **Joan Light, et al., vs. SCI Funeral Services of Florida d/b/a Menorah Gardens &
  Funeral Chapels, etc.**
  Circuit Court of the 17th Judicial Circuit/Broward County, Florida
  Case No.  CACE 01-21376 (08)- Judge Rothschild
  Mr. Eidson served as counsel with several partners including lead counsel, Ervin Gonzalez.

- **Walco Investments, Inc., et al, vs. Kenneth Thenen, et al, (Premium Sales Litigation)**
  United States District Court for the Southern District of Florida
  Case No.  93-2534-CIV- Moreno
  Law firm served as co-lead counsel and co-trial counsel for the class

- **Sharlen Cohen-Goldberg, et al, vs. Toyota Motor Sales, U.S.A., Inc. (Class Action)**
  United States District Court-Southern District of Florida
  Case No.  10-20648 CIV-Hoeveler/Turnoff
     *TRANSFERRED TO*:

Lewis S. "Mike" Eidson, Jr.
Curriculum Vitae
Page 4

United States District court-Central District of California
Case No.  8:10ML2151 JVS (FMOx) –ALL ACTIONS
Judge:  James V. Selna
Mr. Eidson is serving in the Products Liability Liaison Committee.

- **Leon County vs. Expedia, Inc., Hotels.Com, etc. et al.,**
  In the Circuit Court of the Second Judicial Circuit, In and for Leon County, Florida
  Case No.  2009- CA 4882

- **Leon County vs. Expedia, Inc., Hotels.Com, etc et al.,**
  In the Circuit Court of the Second Judicial Circuit, In and for Leon County, Florida
  Case No.  2009- CA 4319

## MARTINDALE-HUBBELL - "AV" rating

## COURTS ADMITTED TO PRACTICE:

All State and Federal Courts in Florida
United States Court of Appeals (11th Circuit)
United States District Court, Southern District of Florida including Trial Bar
United States District Court, Middle District of Florida
United States District Court, Northern District of Florida

## PROFESSIONAL ASSOCIATIONS:

The Florida and Georgia Bars
American Bar Association, Torts and Insurance Practice Section, Product Liability
Committee, Automobile Law Committee
Federal Bar Association
Dade County Bar Association
Dade County Trial Lawyers Association (Past President)
Academy of Florida Trial Lawyers, Board of Directors 1986 - Present
Institute for Injury Reduction, Chairman 1991 - 1993
Center for Auto Safety, Founder
Attorneys Information Exchange Group, Board of Directors
Trial Lawyers for Public Justice, Board of Directors
Roscoe Pound Foundation, Trustee
American Board of Trial Advocates.   Miami Chapter  - President

Lewis S. "Mike" Eidson, Jr.
Curriculum Vitae
Page 5

## AMERICAN ASSOCIATION FOR JUSTICE  f/k/a ATLA
### (The largest trial lawyer organization in the world with 30,000 members)

President  2006 – 2007; Immediate Past president-2007-2008; President-Elect 2005-2006; Vice-President 2004-2005, Secretary 2003-2004, Treasurer 2002-2003, Parliamentarian 2001 – 2002. Board of Governors 1991-2002, ATLA Endowment, Vice President, M Club, ATLA Eagle, Leaders Forum Platinum Level, (National Chairman 2004-2005), Sustaining Member, Technology Task Force,  Executive Committee, Budget Committee, Organization and Review Committee, (participated in rewrite of ATLA Strategic Plan), Chairman, Legal Affairs Committee, Co-Chair, Public Affairs Committee, Chairman, Judicial Independence Committee, ATLA PAC Trustee-(Chairman 2008-2010), Chairman, Products Liability Section, 1996-1997, Chairman, Aviation Section 2000-2001, Chairman Public Affairs Committee, 2005-2006.
Chairman, American Association for Justice Political Action Committee 2008-2010
Vice President, American Association for Justice Endowment 2010-2011.
Appointed American Association for Justice Executive Committee 2010-2011.

## LECTURES AND PRESENTATIONS:

Mr. Eidson is an instructor at the Kessler-Eidson Trial Techniques program at Emory University, Atlanta, Georgia which he endowed.

Mr. Eidson has lectured more than 100 times at Florida Bar, American Bar Association, numerous state trial lawyers associations, Academy of Florida Trial Lawyers, and ATLA seminars, on trial techniques, product liability, aviation, ethics, medical malpractice, mass torts and class actions.

Instructor on Mass Tort for Florida College of Advanced Judicial Studies.

Mr. Eidson has appeared frequently on national and local television speaking about consumer issues.

## PUBLICATIONS:

Author, Textbooks:
      Florida Personal Injury Practice Guide, 2 volumes, Lawyer's Cooperative 1996.
      Product Defect - Evidence to Verdict, The Michie Co. 1995.
ATLA Trial Practice Chapter on Products Liability Practice, Published 2003.

Lewis S. "Mike" Eidson, Jr.
Curriculum Vitae
Page 6

_____

## HONORARY PROFESSIONAL ASSOCATIONS AND AWARDS:

International Academy of Trial Lawyers
Fellow, American College of Trial Lawyers
Academy of Florida Trial Lawyers, Professionalism Award, 1999.
ATLA Steven J. Sharp Public Service Award 2001.
Weideman Wysocki Awards for public service, 2001, 2002. 2003, 2005, 2006 from AAH.
American Bar Association; Pursuit of Excellence Award 2006.
The Best Lawyers in America, 25th Anniversary edition.
Multi-Million Dollar Advocates Forum
Cambridge Who's Who among executives and professionals 2007-2010
Best Lawyers in America  2006-2010
2009 Bar Register of Preeminent Lawyers
Florida Super Lawyers
American Association for Justice David S. Shrager Award 2010.
Top Lawyer, South Florida Legal Guide
Florida Legal Elite by Florida Trend Magazine, (multiple occasions).

## COMMUNITY ACTIVITIES:

Key to the City of Miami Beach 2003.
Miami-Dade County Proclamation for Contributions to the Arts 2004.
Miami City Ballet, President of the Board of Trustees 2000-2007.
Miami City Ballet, Chairman 2007 -2008- Chairman Emeritus 2008-2010.
United Way, Self-Directed Trust.
De Tocqueville Society, United Way.
Put Something Back, Pro Bono Program  Miami-Dade County Circuit Court, Chairman 2005.
Guardian-Ad-Litem Program, Miami Dade-County, Florida:
Appointed and appeared as Guardian Ad Litem in more than 100 cases for minors in Miami-Dade County, Florida.
Alumni Council, Emory University Law School.
Kristi House, Home for Abused Children, Board of Directors and Spokesperson.
Miami Project to Cure Paralysis, Founding Board and Endowment Fund.
Institute for Injury Reduction, Chairman 1991-1993, (national organization to improve product safety).
Miami-Dade County Arts Council, Lott Award for Contribution to the Arts, 2000-     2001.
Endowed Kessler-Eidson Two Week Trial Technique Program at Emory University Law School.
Established Kessler-Eidson Foundation at Emory University Law School:  Awards

**Lewis S. "Mike" Eidson, Jr.**
**Curriculum Vitae**
**Page 7**

---

scholarships of $15,000 annually to three women law students dedicated to career in trial practice
or public service.
Chairman, Attorneys for Voices for Children, Miami-Dade County 2002-2003.
Twelve Good Men Award, Miami-Dade County, 2003.
Adrienne Arsht Center for Performing Arts, Board of Trustees, 2005- 2008.
Adreinne Arsht Center for Performing Arts, Chairman Elect 2007-2010.
Kiwanis Club, Miami-Dade County, Award for Excellence in the Arts, 2004-2005
Host Committee, Art Basel 2005-Present
Trustee, Cleveland Orchestra, Miami residency

## PERSONAL:

Mr. Eidson is married to Dr. Margaret Eidson, who practices Pediatric Endocrinology at the
University of Miami Medical School.  They live in Coconut Grove, Florida.

.

# PROFESSIONAL BIOGRAPHIES

*ishness Law, including corporate, partnership and limited liability company formations, ...hold business planning and choice of entity, acquisitions and sales, joint venture agreements, shareholder and employment agreements, and software licensing and development contracts;*

*(b) Examination and insurance: including commercial and residential owners and loan policies, as an authorized agent of Attorneys Title Insurance Fund, Chicago Title Insurance Company, First American Title Insurance Company and Old Republic National Title Insurance company.*

**FIRM PROFILE:** *Jose A. Bolaños and Gregg S. Truxton joined Bolaños Truxton, P.A. in February 1994. Each brings to the Firm more than twenty-five (25) years of legal experience. They and clients in commercial real estate, corporate law and business transactions, and represent clients in real estate and business litigation. The attorneys, paralegals and staff of Bolaños Truxton, P.A. are dedicated to providing personal, responsive and quality legal services.*

**JOSÉ A. BOLAÑOS, JR.,** (AV), born Havana, Cuba. April 4, 1954; admitted to bar, 1978 Florida. U.S. District Court, Southern District of Florida, U.S. Tax Court. *Education:* University of Florida (B.S.E.E., 1976; J.D., 1978). Listed: Top Lawyers in South Florida, 2008 issue, Corporate/Business, 2006, 2007, 2008; South Florida Legal Guide. *Member:* The Florida Bar; American Bar Association. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Real Estate; Corporate Law; Business Law. *Email:* jbolanos@bolanostruxton. com.

**GREGG S. TRUXTON,** (AV), born West Palm Beach, Florida. September 29, 1956; admitted to bar, 1980. Florida. *Education:* University of Florida (B.S., with high honors, 1979; J.D., with honors, 1980). Pi Lambda Phi; Order of the Coif; Beta Gamma Sigma. Member, University of Florida Law Review, 1979-1980. President, Kendall Walk Homeowners Association, Inc., 1987-1988. Member: Kendall 2000: Task Force on Urban Designs Committee, 1987-1988; Board of Directors; Beacon Council; Poinciana Industrial Center Advisory Committee, 1987-1988; Miami Society of Commercial Realtors; Chairman, Real Estate Finance Committee and Member, Board of Directors, Building Industry Association South Florida; Associate Director, Florida Home Builders Association; Florida Tread Lobbyists, 2006; Board of Directors, Lee Building Industry Association; Builders Care, 2006-present; Harrison County Business Climate Task Force, 2007; State of Florida Affordable Housing Study Commission, 2008. *Member:* The Florida Bar; American Bar Association. *Member,* Real Property, Probate and Trust Law Section). *PRACTICE AREAS:* Commercial Real Estate; Corporate Law; Business Law. *Email:* gtruxton@bolanostruxton.com
Languages: Spanish and German.

## BREHER, SEIF, SILVERMAN & SCHERMER, P.A.

*CORAL GABLES, FLORIDA*

(See Miami)

*Taxation and Tax Litigation, Corporate, Business, Wills, Trusts, Estates and Estate Planning. Mergers, Acquisitions, Business Combinations, Qualified Plans, Real Estate Transactions, Complex Loan Representation, Employee Benefits and ERISA.*

## BURGOS & SOSA, P.A.

*CORAL GABLES, FLORIDA*

(See Miami)

*Commercial Immigration Law, Visa Procurement for Treaty Investors, Professionals, Executives and Managers of Multinational Corporations, for Aliens of Extraordinary Abilities, and Athletes; Corporate Defense for Employers and International Carriers being subjected to Monetary Penalties by the U.S. Department of Homeland Security.*

## KENNETH J. BUSH P.A.

*255 UNIVERSITY AVENUE*
*CORAL GABLES, FLORIDA 33134*
*Telephone: 305-443-3795*
*Fax: 305-443-3843*
*Email: bush@kjbushlaw.com*

*Medical Malpractice, Product Liability, Wrongful Death, Catastrophic Injury, Personal Injury, Insurance Bad Faith, Civil Trial Practice.*

**KENNETH J. BUSH,** (AV), born Miami, Florida. September 5, 1956; admitted to bar, 1987, Florida; 1987. U.S. District Court, Southern District of Florida. *Education:* University of Florida (B.A., with high honors, 1977; M.A., 1979; J.D., 1983). Member, Justice Campaign and Court Board; Order of Barristers, Teaching Fellow, Legal Research and Writing/Appellate Advocacy Program, University of Florida College of Law. *Member:* Dade County and American Bar Associations; The Florida Bar; American Trial Lawyers; The Academy of Trial Lawyers of America (Sustaining Member); Florida Trauma Litigation Group; Academy of Florida Trial Lawyers (Medical Malpractice Task Force); Dade County Trial Lawyers Association (Member, Board of Directors, 1998-1993). Board Certified Civil Trial Lawyer, Florida Bar Board of Legal Specialization (Certification) (Chair, Florida Bar Grievance Committee, 11B, 1999, 11A, 2004). *PRACTICE AREAS:* Medical Malpractice; Product Defects; Wrongful Death; Catastrophic Injury; Personal Injury; Insurance Bad Faith. *Email:* bush@kjbushlaw.com

## CAMNER, LIPSITZ, P.A.

*CORAL GABLES, FLORIDA*

(See Miami)

*General Civil Practice. Commercial Law, Banks and Banking, Creditors Rights, Real Estate, Bankruptcy Law, Corporate Law, Securities, Taxation, Probate, International Law, Bankruptcy, Commercial and Insurance Litigation in State and Federal Courts, Civil Litigation.*

---

## LAW OFFICES OF
## KENNETH F. CLAUSSEN

*MERRICK PLAZA SUITE 301*
*2199 PONCE DE LEON BOULEVARD*
*CORAL GABLES, FLORIDA 33132*
*Telephone: 305-444-8807*
*Fax: 305-444-0487*
*Email: kclaussen@hellsouth.net*
*URL: http://www.claussenlaw.com*

*Corporate Law, Business Law, International Law, Taxation, Trusts and Estates and Maritime Law.*

**KENNETH F. CLAUSSEN,** (AV), born Miami, Florida. August 3, 1943; admitted to bar, 1968. Florida. *Education:* Stetson University (B.S., 1965; J.D., 1968); University of Miami (LL.M. in Taxation, 1971). *Member:* The Florida Bar (International Law Section-Chair, 1884-1985, Executive Council, 1982-1992; CLE Committee 1982-1984) American Bar Association (Sections on Business Law, International Law, Real Property, Trust and Estate Law and Tax Law); Society of Trust and Estate Practitioners, London (Member, Miami Branch). *PRACTICE AREAS:* Corporate Law; Business Law; Taxation; Trusts and Estates; Maritime Law.

## COLSON HICKS EIDSON

*255 ARAGON AVENUE, 2ND FLOOR*
*CORAL GABLES, FLORIDA 33134-5008*
*Telephone: 305-476-7400*
*Fax: 305-476-7444*
*URL: http://www.colson.com*

*General Civil Litigation Practice in all Courts. Negligence, Products Liability, Professional Malpractice, Commercial, Insurance, Construction, Securities, General Business Litigation, Aviation Law, White Collar Crime and Appellate.*

**FIRM PROFILE:** *Colson Hicks Eidson is one of Miami's oldest law firms. Since its inception more than 30 years ago, the firm's practice has expanded beyond its traditional areas of personal injury and wrongful death cases. The firm has developed expertise in commercial, securities, business tort, insurance, professional liability litigation and white collar criminal defense, as well as domestic and international arbitration. The decision made many years ago to expand into other areas of practice was based on the strong belief that the firm's trial skills could be applied effectively in other settings. The history of the firm includes landmark decisions that brought Colson Hicks Eidson national and international recognition.*

### MEMBERS OF FIRM

**LEWIS S. "MIKE" EIDSON, JR.,** (AV), born Atlanta, Georgia. September 4, 1946; admitted to bar, 1971, Georgia; 1972, Florida. *Education:* University of South Carolina (B.A., 1968); Warwick University, Coventry, England; Emory University (J.D., 1971). Blue Key, Woodruff Scholar. President, Miami City Ballet, 2000-2008. Executive Committee, Coconut Grove Playhouse, Board Kristi House. Recipient: Miami Dade Arts and Business Council Law Award for Dedication to the Arts, 2001; Steven Sharpe Public Service Award; Professionalism Award AFTL, 1999. Author: ATLA's Litigating Tort Cases, Chapter 33, Products Liability, The Michie Company, 1995, Florida Practice Guide, Thomson Publishing Co., 1996. Vice Chairman, Arthr Center For the Performing Arts of Miami-Dade County; Key to the City of Miami Beach, 2003; Special Resolution for contribution to the Arts by Miami-Dade County Commission, 2005; Recipient, ABA Pursuit of Justice Award, 2007. *Member:* Dade County and American (Member: Insurance, Negligence and Compensation Law Section; Product Liability Committee) Bar Associations; State Bar of Georgia; The Florida Bar; The Association of Trial Lawyers of America (Member, Board of Governors, 1991-2003; Chairman, Product Liability Section, 1990-1991; Chairman, Aviation Section, 2001; OHO Committee; Budget Committee; Executive Committee; Treasurer, 2002-2003; Secretary, 2003-2004; Vice President, 2004-2005; President Elect, 2005-2006; President, 2006-2007; Past President, 2007-2008; Chairman PAC, 2008-2009); Academy of Florida Trial Lawyers (Board of Directors, 1983-1991; Chairman, Seminar and CLE Committee, 1987 and 1989); Dade County Trial Lawyers Association (President, 1989-1990); AIEG (Board of Directors, 1993-2008); Diplomate of the American Board of Trial Advocacy (President Miami Chapter, 2001-2002); Trial Lawyers for Public Justice (Board of Directors, 2001-2008). Fellow: International Academy of Trial Lawyers; American College of Trial Lawyers. *PRACTICE AREAS:* Automobile and other Product Liability; Aviation, Medical and Legal Malpractice; Admiralty.

**DEAN C. COLSON,** (AV), born Miami, Florida, March 12, 1952; admitted to bar, 1977, Florida; 1981, District of Columbia. *Education:* Princeton University (B.A., 1974); University of Miami (J.D., magna cum laude, 1977). Omicron Delta Kappa. Member, Society of Wig and Robe; Iron Arrow Honor Society. Member, University of Miami Law Review, 1976-1977. Law Clerk to: Judge Peter T. Fay, U.S. Court of Appeals, Fifth Circuit, 1977-1978; Justice William H. Rehnquist, Supreme Court of the United States, 1980-1981. Member, Florida Bar Board of Certification, Designation and Advertising, 1984-1987. Member, Judicial Nominating Commission, Third District Court of Appeals, 1986-1990. Member and Chairman, Judicial Nominating Commission, Supreme Court, 2002-2007. Member, Florida Board of Governors, 1993-1997. Member and Chairman, University of Miami Board of Trustees. Member and President, Orange Bowl Committee, 2003. Member, Florida Counsites, on Ethics, 2000, Chairman, South Florida Super Bowl XXIX Host Committee. Listed in the Best Lawyers in America. *Member:* Dade County (President, 1991-1992) and American Bar Associations; The Florida Bar (Member, Board of Governors, 1993-1997); District of Columbia Bar; American College of Trial Lawyers; International Society of Barristers. Fellow, American College of Trial Lawyers of America. *PRACTICE AREAS:* Automobile and other Product Liability; Aviation, Medical and Legal Malpractice; Commercial, Construction and Business Tort.

**JOSEPH H. MATTHEWS,** (AV), born Grand Rapids, Michigan. April 28, 1953; admitted to bar, 1977, Florida; 1981, District of Columbia. *Education:* Defiance College (B.A.,

*(This Listing Continued)*

FLORIDA—CORAL GABLES

MARTINDALE-HUBBELL LAW DIRECTORY 2010

**COLSON HICKS EIDSON**, *Coral Gables—Continued*

magna cum laude, 1974)t University of Miami (J.D., magna cum laude, 1977). Omicron Delta Kappa. Member: Society of Wig and Robe; University of Miami National Moot Court Team. Recipient, Wesley Sturges Scholarship Award. Articles & Comments Editor, University of Miami Law Review, 1976-1977. Editor, Commercial Litigation Section, Academy of Florida Trial Lawyers Journal, 1990-1994. Author: Case Note, "State Immunity From Zoning. A Question of Reasonableness," 31 University of Miami Law Review 191; "Survey of Florida Law—Evidence," 31 University of Miami Law Review 951. Special Counsel, U.S. Senator Bob Graham, 1989. Instructor, University of Miami School of Law, 1981-1985. Special Counsel, Division of Florida Land Sales and Condominiums, 1979-1980. Commissioner, Third District Judicial Nominating Commission, 1983-1987; Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1993-1994); Dade County Trial Lawyers Association (Director, 1991-1994; Secretary, 1993; Treasurer, 1994; President-Elect, 1995, President, 1996). Member, Florida Board of Bar Examiners, 1987-1991. Member, London Court of International Arbitration. *Member:* District of Columbia Bar; The Florida Bar; Miami-Dade County and American Bar Associations. Fellow: International Academy of Trial Lawyers (Director, 2003—); American Board of Trial Advocates; American College of Trial Lawyers; American Arbitration Association (Director, 2003—). *PRACTICE AREAS:* Commercial; Insurance; Securities; Construction; Business Tort; Professional Liability. *Email:* joseph@colson.com

**ROBERTO MARTINEZ**, (AV), born Santiago, Cuba, June 11, 1953; admitted to bar, 1980, Florida, U.S. District Court, Southern District of Florida including Trial Bar and U.S. Court of Appeals, Fifth Circuit; 1981, U.S. Court of Appeals, Eleventh Circuit and U.S. Court of Federal Claims; 1988, U.S. Tax Court. *Education:* Wharton School, University of Pennsylvania (B.S., 1975)t Wharton Graduate School, University of Pennsylvania (M.S., 1976); Georgetown University Law Center (J.D., 1980). Recipient: Supreme Court of State of Florida The Voluntary Bar Association Pro Bono Service Award, 1996; United States Department of Justice, Civil Rights Division, Special Recognition Award, 1992; American Jurisprudence Awards in Criminal Justice and Advanced Criminal Procedure. Executive Committee Member, University of Miami Law School, Inns of Court, 1991-1992. Adjunct Faculty, University of Miami Law School, 1989—. United States Attorney, 1992-1993. Assistant United States Attorney, Southern District of Florida, 1982-1987. Co-General Counsel, Republican Executive Committee, Dade County, Florida, 1990-1991. Member: United State Senator Connie Mack's Senate Drug Policy Advisory Committee, 1990; United States Attorney General's Advisory Committee, 1993 (Chairman, Legal Profession and Civil Rights Subcommittees); Civil Justice Advisory Committee, 1993. President-Elect, Dade County, Florida, 1992-1993; Federal Magistrate Judge Merit Selection Panel, Southern District of Florida, 1995-1997. Chairman, City of Miami Beach Blue Ribbon Committee on Diversity, 1994. Co-Chair, Greater Miami Chamber of Commerce, Crime and Drug Prevention Group Legislative Committee, 1996-1998, Executive Committee Member, Greater Miami Chamber of Commerce Crime and Drug Prevention Group, Blue Ribbon Special Projects Committee, 1994-1995. Member: United States Senate Republican Conference Task Force on Hispanic Affairs, 1991-1992; City of Miami Technical Review Committee, Federal Law Enforcement Building, 1990. Chairman of the Board, District Board of Trustees of Miami-Dade Community College, 1999-2005. General Counsel, Governor-Elect Jeb Bush's Transition Team, 1998-1999. Member, Governor Jeb Bush's Public Corruption Study Commission, 1999. Chairman, Senator Bob Graham's U.S. Marshal Selection Panel, 1998-1999. Board Member, International Rescue Committee, 2001. Board Member, Ransom Everglades School, 2001-2004. Florida Federal Judicial Nominating Commission, Chair, 2001-2004. Attorney General-Elect Charlie Crist Transition, Chair, 2002-2003. Attorney General Charlie Crist, Special Counsel, 2003-2004. *Member:* Dade County (Member, Federal Court Committee, 1983-1988 and Chairman, 1995-1996), American (Council Member, Criminal Justice Section, 1995-1998; Vice-Chair for Governmental Affairs, 1997-1998), Judicial Member, Community Liaison Committee, Southern District of Florida, 1995-1997) and Cuban-American Bar Associations; The Florida Bar (Member: Federal Practice Committee, Criminal Law Section, 1986-1987; Eleventh Judicial Circuit Grievance Committee 11 "K", 1993-1995); International Academy of Trial Lawyers. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Litigation; White Collar Criminal Defense. *Email:* Bob@colson.com

**ERVIN A. GONZALEZ**, (AV), born Miami, Florida, June 6, 1960; admitted to bar, 985, Florida; 1986, U.S. District Court, Southern and Middle Districts of Florida including Trial Bar; 1988, District of Columbia and U.S. Court of Appeals, Eleventh Circuit; 1991, J.S. Supreme Court, Texas and Colorado; 1992. New York, Arizona, Michigan and U.S. Court of Appeals, Fifth Circuit. *Education:* Biscayne College (B.A., Political Science, summa cum laude, 1982); University of Miami School of Law (J.D., cum laude, 1985). Phi Alpha Delta. Associate Editor, Inter-American Law Review, 1984-1985. Adjunct Professor, Litigation Skills, 1992—and Director of Continuing Legal Education, 1996, University of Miami School of Law. Listed In: Who's Who in American Law, 1989-1991; Who's Who of Emerging Leaders in America, 1992; 2,000 Notable Americans in America, 1992; International Men of Achievement, 1992. Recipient, Leadership Miami Graduate, 1987. Partner: Gievers & Gonzalez, P.A., 1987-1989; Robles & Gonzalez, P.A., 1989-2000. Author: Trial Tips monthly article on litigation skills for the Dade County Bar Bulletin entitled Trial Tips, 990—; "Closing Argument," Florida Bar Journal, May 1994; "The Current Status of Punitive Damages in Florida," Dade County Bar Bulletin, Feb. 1995; Dade County Trial Lawyers Advanced Trial Handbook, Oct. 1996; "Expert Testimony," Chapter 10 Florida Evidence Lawyers Cooperative Practice Guide, American Inns of Court, Civil Procedure Section. West Group Publishing, 1997; "Creating and Developing Winning Themes and Arguments," The Florida Bar Journal, Feb. 1998; "Considerations in Class Certifications," The Florida Bar Journal, March 1998; Florida Civil Trial Practice, 6th Edition for FL Bar (April 2001); "Preparing & Conducting an Effective Cross-Examination of an Adverse Witness" ABA GPSOLO Magazine Vol. 18 March 2001; "Medical Monitoring Claims are Viable in Florida", The Florida Bar Journal, January 2001; "Preparing & Conducting an Effective Cross Examination of an Adverse Witness", American Bar Association, Fall 2000, Vol. 27; Demonstrative Evidence," Florida Civil Trial Practice, 6th ed., The Florida Bar Continuing Legal Education Publications, April 2001; "FasTrain: Florida Civil Trial Preparation," Book Organization, Book II Motion Practice, Book III Discovery, Book IV Evidence, Book V Settlement and Alternative Dispute, The Florida Bar, Continuing Legal Education Publications. May 2002; "Documentary Evidence," Miami Daily Business Review, January 2001; Documentary Evidence," Miami Daily Business Review, January 2001; "Florida's Embarrassment of the Past Election," Dade County Bar Bulletin, February 2001; "Safe Driving Saves Lives," Dade County Bar Bulletin, March 2001; "Safe Driving Safes Lives," The Mi-

*(This Listing Continued)*

ami Herald, March 2, 2001; "Support Judicial Independence," Dade County Bar Bulletin, April 2001; "Authenticity of Records," Dade County Bar Bulletin, April 2001; "Chain of Custody In Civil Cases," Dade County Bar Bulletin, April 2001; "Protect Your Record, Dealing With The Tactics of Obstruction During Depositions," Dade County Bar Bulletin, June 2001; "Gruesome Photographs," Dade County Bar Bulletin, July 2001; "Timely Disclosure of Involvement in Prior Litigation," Dade County Bar Bulletin, August 2001, Frequent Lecturer for: The Association of Trial Lawyers of America 2000 National Convention. "Trial Themes When Representing Ethnic Clients;" Academy of Florida Trial Lawyers Association; Dade County Bar Association, 2000; Dade City Trial Lawyers Association President and National Education Network. Member, 1988—and President, 1999. Operation Safe Drive. Recipient. Dade County Bar Association Service Award. 1997. Member: Dade County Bar Association (President, 2000; Director, 1990—; Director, Young Lawyers Division, 1987-1990); American Bar Association; The Florida Bar (Board of Governors; Member: Rules of Civil Procedures Committee, 1991—Vice Chair, 2000-2001; Trial Lawyers Section, 1985—: Academy of Florida Trial Lawyers (Director, 1990-1996; Chairman, Environmental Law Section, 1990-1996; Member, Continuing Legal Education Committee, 1990—); The Association of Trial Lawyers of America; Cuban American Bar Association; Dade County Trial Lawyers Association (Director, 1988-1993; President, 1995), (Board Certified Civil Trial Practice and Business Litigation Lawyer. Florida Bar Board of Legal Specialization and Education) (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy). *LANGUAGES:* Spanish. *PRACTICE AREAS:* Personal Injury; Medical Negligence; Dangerous Pharmaceuticals; Truck Accidents; Mass Torts; Medical Monitoring; Defective Medical Devices; Wrongful Death; Toxic Torts; Products Liability; Aviation; Construction Defects; Commercial Litigation; Class Actions Lawsuits. *Email:* ervin@colson.com

**JOSEPH J. KALBAC, JR.**, (AV), born St. Louis, Missouri. May 14, 1957; admitted to bar, 1986, Florida and U.S. District Court, Southern and Middle Districts of Florida. *Education:* University of Miami (B.A., 1983); Cumberland School of Law (J.D., 1986), Managing Editor, American Journal of Trial Advocacy, 1985-1986. Ad Hoc Trial Practices and Procedure Committee of Dade County Circuit Court. Member: Federal Board of Trial Advocates Representative, 2006 and 2007; American Board of Trial Advocates National Board Member, 2007 and 2008. *Member:* Coral Gables, Dade County (Director, 1988-1990; 1993-1995) and American Bar Associations; The Florida Bar (Vice Chair, 11th Judicial Circuit Grievance Committee, 1999); Dade County Defense Bar Association (Treasurer, 1994; Secretary, 1995; Vice President, 1996; President, 1997); American Board of Trial Advocates (Treasurer, Miami Florida Chapter, 2002; Secretary, 2003; President Elect, 2004, President, 2005); The Association of Trial Lawyers of America; The Academy of Florida Trial Lawyers; Dade County Trial Lawyers Association; Florida Board of Trial Advocates (Representative, 2006-2007); American Board of Trial Advocates (National Board Member, 2007-2008). *PRACTICE AREAS:* Personal Injury; Wrongful Death; Medical Malpractice; Legal Malpractice; Products Liability; Aviation; Construction Liability; Professional Liability. *Email:* jkalbac@colson.com

**JULIE BRAMAN KANE**, (AV), born Chicago, Illinois, May 28, 1968; admitted to bar, 1993, Florida. *Education:* University of Miami (B.A., cum laude, 1990; J.D., cum laude, 1993), Phi Beta Kappa; Phi Kappa Phi; Rho Lambda; Omicron Delta Kappa; Phi Delta Phi. Recipient: American Jurisprudence Award in Commercial Law, II, 1993. Board of Trustees, National College of Advocates. 2003—. *Member:* Dade County and American Bar Associations; The Florida Bar; Dade County Trial Lawyers Association (Director, 1998-2003); Miami-Dade Florida Association for Women Lawyers (Member, 1995—; Newsletter Editor, 2005-2006; Treasurer, 2006-2007; Secretary, 2007-2008; President-Elect, 2008-2009); The Association of Trial Lawyers of America (Executive Committee, 2003-2004, 2007-2008; Board of Governors, 2002—; Second Vice Chair, Women's Caucus, 2001-2002; Secretary, Women's Caucus 2000-2001; Chair, Women's Caucus, 2002-2003; Florida Liaison, Women's Caucus; Governor, Young Lawyers Division; Secretary, Product Liability Section, 2000-2001; Second Vice Chair, Product Liability Section, 2001-2002; First Vice Chair, Product Liability Section, 2002-2003; Chair, Product Liability Section, 2003-2004; Chair, Membership Committee, 2002-2003; Legal Affairs Committee, 2003—); National College of Advocates (Co-Chair, 2006-2008; Member, 2003—); Academy of Florida Trial Lawyers (Chair, Board of Directors, Young Lawyers Division, 1996-1997; Chair, Women's Caucus, 1997-1998; Board of Directors, 1998-2000, 2001—). *PRACTICE AREAS:* Automobile; Product Liability: Class Actions: Personal Injury; Medical Malpractice. *Email:* Julie@colson.com

**MAUREEN E. LEFEBVRE**, born New York, N.Y., October 12, 1954; admitted to bar, 1985, Florida and U.S. Court of Appeals, Eleventh Circuit; 1986, U.S. District Court, Southern District of Florida. *Education:* Michigan State University (B.A., 1975); University of Florida (J.D., 1984). Recipient: George W. Milam Award; American Jurisprudence Awards in Torts. Articles Editor, University of Florida Law Review, 1983. Author. Comment: "Actual Damages: A No-Win Proposition for the Anti-Trust Plaintiff," J. Tunez Payne Co. v. Chrysler Motor Corp., 101 S. Ct. 1923, 1981, 33 University of Florida Law Review 750, 1981. Co-author: Ch. 2 - "Contribution - An Overview," Comparative Negligence and Contribution in Florida, 4th Ed. 1992 and 5th Ed., 1995. *Member:* Dade County Bar Association; The Florida Bar. *PRACTICE AREAS:* Appellate Practice. *Email:* mel@colson.com

**DEBORAH J. GANDER**, (AV), born Port St. Joe, Florida, December 12, 1971; admitted to bar, 1994, Florida; U.S. Court of Appeals, Eleventh Circuit; U.S. District Court, Southern District of Florida; U.S. District Court, Middle District of Florida. *Education:* University of Miami (B.S., 1991; J.D., magna cum laude, 1994), Phi Delta Phi; Order of the Coif, American Bar Association National Mock Trial Team: The Association of Trial Lawyers of America National Mock Trial Team; Tri-School Mock Trial Team. Recipient: American Jurisprudence Book Awards: Criminal Law; Torts; U.S. Constitutional Law II. Member: University of Miami Law Review, 1993-1994. Law Clerk to the Honorable Peter T. Fay, Eleventh Circuit Court of Appeals, 1994-1995. Author: Comment, "Innocence of Death: A Habeas Petitioner's Last Chance," 48 Univ. of Miami L.Rev. 229 (1993). *Adjunct* Professor, Legal Research and Writing, University of Miami School of Law, 1997-2003. *Member:* Dade County (Past-Chair, Civil Litigation Committee) and American Bar Associations: The Florida Bar; Academy of Florida Trial Lawyers; American Inns of Court American Board of Trial Advocates. (Board Certified Civil Trial Lawyer, Florida Bar Board of Legal Specialization and Education). *PRACTICE AREAS:* Medical Negligence; Truck Accidents: Personal Injury: Wrongful Death: Products Liability. *Email:* deborah@colson.com

*(This Listing Continued)*

PROFESS

*CURTIS B.*
New York: 199
Florida. *Educati*
rnd Law Schoo
Clerk to the Ho
1995. Assistant
H.s. SiEen and
*AREAS:* Comr
Collar Crime. I

*PAUL C. H*
bar, 1992. Flor
rned Universit
cus, U.S. Sout
Florida Water
Crisi, 2007—
*GUAGES:* Sp
So.2d, 2008 W
Healthcare Co
(11th Cir., 200-
319 F.Supp.2d
F.Supp.2d 12d
So.2d 462 (Fl
So.2d 245 (Fl
1385 (Fla. 4th
38 (Fla. 1994

*PATRICI*
2001. Florid
Law (J.D., c
American Lc
Miami Schoo
Association,
jury; Medici
*KAREN*
2003. Florid
2003). Orde
Donald L. C
*PRACTIC*
(20%). Em

*ENID D*
bar, 1991.
Northern D
versity [M.
Pro Bono S
1996; Diak
Award in
*LANGUA*
Tort; Avia
Malpracti
*BARB*
bar, 1976.
*Educatior*
Society of
C. Clyde
Author: N
Universit
Florida B
REFER

Complet
ties.

*CAE*
Florida
Court.
Florida
honors
merce
Americ
tor and
Prevet
Comr
Hispa
*AREi*
FR
bar, 1
magn

**CURTIS B. MINER,** born Rochester, New York. May 22, 1968; admitted to bar, 1995, New York; 1996, U.S. District Court, Southern and Eastern Districts, of New York; 2004, Florida. *Education:* Yale University (B.A., summa cum laude. Phi Beta Kappa, 1990); Harvard Law School (J.D., cum laude. 1994). Member, Harvard Law Review, 1992-1994. Law Clerk to the Hon. Diannnid F. O'Scannlain, U.S. Court of Appeals. Ninth Circuit, 1994-1995. Assistant U.S. Attorney, Southern District of Florida, 1999-2004. Formerly with Lautler, Siffert and Wohl. Boies, Schiller and Flexner, New York, New York. *PRACTICE AREAS:* Commercial Litigation: Products Liability: Personal Injury: Class Actions: White Collar Crime. *Email:* curt@colson.com

**PAUL C. HUCK, JR.,** (AV), born Coral Gables, Florida, October 4, 1966; admitted to bar, 1992, Florida. *Education:* Princeton University (A.B., summa cum laude. 1988): Harvard University (J.D., cum laude. 1992). Phi Beta Kappa. Law Clerk to Hon. Stanley Marcus, U.S. Southern District of Florida, 1992-1993, Member, Board of Governors. South Florida Water Management District, mdash;. General Counsel. Florida Governor Charlie Crist, 2007—, Deputy Attorney General, Office of the Attorney General, 2006. *LANGUAGES:* Spanish. *REPORTED CASES:* Florida House of Representatives v. Crist, So.2d,2008 WL 2669769, 33 Fla. L. Weekly S437, (Fla., July 3, 2008): State of Fla. v. Tenet Healthcare Corp. 420 F.Supp.2d 1288 (S.D. Fla. 2005); Wexler v. Lepore. 385 F.3d 1336 (11th Cir. 2004); Wexler v. Lepore, 342 F.Supp.2d 1097 (S.D. Fla. 2004); Wexler v. Lepore, 319 F.Supp.2d 1354 (S.D. Fla. 2004); Impuls I.D. Intern., S.L. v. Psion-Teklogix, Inc. 234 F.Supp.2d 1267 (S.D. Fla. 2002); Rich v. Plantation General Hosp. Ltd. Partnership, 745 So.2d 462 (Fla. 4th DCA 1999); Plantation General Hosp. Ltd. Partnership v. Johnson, 675 So.2d 245 (Fla. 4th DCA 1996): Brunner v. HCA Health Services of Florida, Inc. 662 So.2d 1385 (Fla. 4th DCA 1995); Johnson v. Plantation General Hosp. Ltd. Partnership, 641 So.2d 58 (Fla. 1994). *PRACTICE AREAS:* Litigation; Appellate Law.

**PATRICK S. MONTOYA,** born Miami, Florida, January 14, 1975: admitted to bar. 2001, Florida. *Education:* Davidson College (B.A., 1997): University of Miami School of Law (J.D., cum laude. 2001). Member, Moot Court Board. 1999-2001. Member. Inter-American Law Review, 1999-2001, Instructor, Legal Research and Writing, University of Miami School of Law, 2003-2004. *Member:* Dade County Bar Association; Caribbean Bar Association. *LANGUAGES:* Spanish and Portuguese. *PRACTICE AREAS:* Personal Injury; Medical Negligence; Class Actions: Products Liability. *Email:* patrick@colson.com

**KAREN O. STEWART,** born Bronx, New York, January 1, 1979: admitted to bar, 2003, Florida. *Education:* University of Miami (B.S.N.. 2000: J.D., magna cum laude. 2003). Order of the Coif. Member, University of Miami Law Review. Law Clerk to Hon. Donald L. Graham, U.S. District Court for the Southern District of Florida, 2005-2007. *PRACTICE AREAS:* Commercial Litigation (50%); Personal Injury (30%): Appellate (20%). *Email:* karen@colson.com

*OF COUNSEL*

**ENID DUANY MENDOZA,** (AV), born Havana, Cuba, October 21, 1951: admitted to bar, 1991, Florida. District of Columbia and U.S. District Court. Southern, Middle and Northern Districts of Florida. *Education:* Princeton University (B.A., 1973): Marquette University (M.A., Journalism, 1979): University of Miami (J.D., cum laude. 1990). Recipient: Pro Bono Service Award as Counsel for Cuban Detainees. The Volunteer Bar Association. 1996; Diabetes Research Institute Women on Target Award, 1996: American Jurisprudence Award in Torts, 1989: Best Omlist Moot Court Award. *Member:* District of Columbia Bar. *LANGUAGES:* Spanish and French. *PRACTICE AREAS:* Commercial Law: Business Tort; Aviation Litigation: Construction: Insurance; Product Liability: Personal Injury: Legal Malpractice. *Email:* Enid@colson.com

**BARBARA A. SILVERMAN,** born New York, N.Y., January 27, 1949; admitted to bar, 1976, Florida; 1977, New York: 1979, U.S. District Court. Southern District of Florida. *Education:* New York University (B.A., 1970); University of Miami (J.D., 1976). Member, Society of the Wig & Robe, University of Miami, Law Review, 1975-1976, Law Clerk, Hon. C. Clyde Atkins. Chief Judge, U.S. District Court. Southern District of Florida, 1977-. *Author:* Note "Freedom of Information Act Requires Disclosure of IRS Letter Rulings," 29 University of Miami Law Review 611. (1975). *Member:* Dade County Bar Association; The Florida Bar. *PRACTICE AREAS:* Appellate Practice. *Email:* bas@colson.com

REFERENCE: Northern Trust Bank of Florida.

---

## CONCEPCION SEXTON & MARTINEZ

*355 ALHAMBRA CIRCLE, SUITE 1250*
*CORAL GABLES, FLORIDA 33134*
*Telephone: 305-444-6669*
*Fax: 305-444-3665*
*Email: ggarcia@cjclaw.com*
*URL: http://www.cjclaw.com*

Complex Commercial Litigation, Intellectual Property, Corporate Law, Banking Law, Securities

**CARLOS F. CONCEPCION,** (AV), born Santa Clara, Cuba; admitted to bar, 1983, Florida; U.S. District Court. Southern District of Florida including Trial Bar; U.S. District Court, Middle District of Florida; U.S. Court of Appeals, Eleventh Circuit. *Education:* Florida State University (B.S., magna cum laude, 1979); University of Florida (J.D. with honors, 1982). Phi Beta Kappa; Order of the Coif. Arbitor, International Chamber of Commerce (ICC). *Member:* The Florida Bar (Member, International Law Section Committee); American Bar Association (Member, Sections on: Litigation and International Law: Director and Executive Committee. Florida International Bankers Association; Chairman, Fraud Prevention Committee): Florida International Banking Association (Director and Executive Committee; Chairman, Fraud Prevention Committee): American Arbitration Association; Hispanic American National Bar Association. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Complex Commercial Litigation; Corporate Law; Banking Law; Securities.

**FRANCIS X. SEXTON,** (BV), born White Plains. New York, July 6, 1949: admitted to bar, 1975, New York: 1982, Florida. *Education:* Georgetown University (B.A., 1971: J.D., magna cum laude. 1974). Phi Beta Kappa; Paul Harris Fellow. Arbitrator, Commercial and

(This Listing Continued)

---

Real Estate, American Arbitration Association, 1995. State-approved Circuit and County Court Mediator. Member and President. 2005-2006 Coral Gables Rotary Club. Member and President, Miami Council for International Visitors. *Member:* American Bar Association; The Florida Bar; New York State Bar Association: Dade County Bar Association. *PRACTICE AREAS:* Complex Litigation: Litigation: Securities; Debtor and Creditor: Products Liability: Real Estate: Intellectual Property.

**ELIO F. MARTINEZ, JR.,** (AV), born Havana, Cuba. February 23, 1960: admitted to bar, 1985, Florida: 1986, U.S. District Court, Southern District of Florida including Trial Bar; 1994, U.S. District Court, Middle District of Florida and U.S. Court of Appeals, Eleventh Circuit. *Education:* Fordham University (B.A., summa cum laude. 1982): New York University (J.D., 1985). Phi Beta Kappa. Member. Moot Court Board. *Member:* Dade County (Director. 1999) and American (Chair. Publication Board: Appointee, Publications Board, General Practice Section) Bar Associations; The Florida Bar; Intellectual trademark Association (Appointee, Website Oversight Subcommittee): The Association of Trial Lawyers of America: Bankruptcy Bar Association for the Southern District of Florida. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Commercial Litigation: Intellectual Property: Trademark Infringement Law; Bankruptcy: Appellate Practice; Creditors Rights Law.

**NELSON C. BELLIDO,** (AV), born Chicago, Illinois. 1967; admitted to bar, 1993, Florida and U.S. District Court, Southern District of Florida. *Education:* Duke University (B.A., 1989); University of Florida (J.D.. 1992). Recipient, Trial Team President Senior Advocate Award, 1992. Managing Editor, International Law Journal, 1991-1992. Adjunct Professor. Business Law, Florida Memorial College, 1997-1999, Miami-Dade Assistant State Attorney, 1993-1997. *Member:* Dade County (Director, 2002—) and American (Member, Construction Law Section) Bar Associations; The Florida Bar (Member, Equal Opportunities Committee); Cuban-American Bar Association. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Complex Commercial Litigation; Contracts: Tort Liability: Products Liability; Construction Litigation: Lender Liability: Collections; White Collar Criminal Defense. *Email:* nbellido@cfclaw.com

**SANTIAGO A. CUETO,** born Miami. Florida. December 29, 1970; admitted to bar. 1999, Florida; 2000, U.S. District Court, Southern District of Florida. *Education:* University of Miami (B.A... 1993: M.A., 1998): University of Florida (J.D., 1998]. *Member:* Dade County Bar Association; The Florida Bar. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Products Liability: Commercial Litigation.

**SANJUKTA SEN,** born Calcutta. India. December 5, 1960: admitted to bar, 1991, Florida; 1993, District of Columbia. *Education:* Presidency College of Calcutta (B.A., honors, 1982): Florida International University at Mlami. Florida (B.S.. high honors, 1986): University of Miami School of Law (J.D., 1989). Intern for Judge Kenneth L. Ryskamp, U.S. District Court for the Southern District of Florida, and for Chief Judge Gerald B. Cope, Jr., Third District Court of Appeals. Member, Indo-US Chamber of Commerce. *Member:* The Florida Bar: The District of Columbia Bar: SAHARA. *LANGUAGES:* Hindi and Bengali. *PRACTICE AREAS:* Commercial Litigation; Corporate Law: Appellate Practice.

**MARIAN KENNADY,** born Queens, New York: admitted to bar, 2000, Florida: 2001, U.S. District Court, Southern District of Florida. *Education:* University of West Florida (B.A., History, cum laude): University of Florida (J.D., with honors, 2000); University of Florida Graduate School; Indiana University (M.A., East European History). Member. International Moot Arbitration Team. 1999-2000. Judicial Intern to the Honorable Alexander M. Paskay, U.S. Bankruptcy Judge, Middle District of Florida, 1999. Law Clerk to the Honorable Raymond B. Ray, U.S.-Bankruptcy Judge. Southern District of Florida. 2000-2002. Author: "Gender-Based Persecution and the Adjudication of Asylum Claims," Florida Journal of International Law. Winter, 1998. *PRACTICE AREAS:* Bankruptcy; Mortgage Foreclosure: Commercial Law. *Email:* mkennady@cfclaw.com

**LILLY PONCE,** admitted to bar. 1997, Republic of Colombia; 2005, Louisiana; 2006, Florida. *Education:* Universidad del Rosario, Bogota, Colombia (J.D. 1997); Loyola University New Orleans College of Law (J.D. 2005).

---

## CONTRERAS, JONASZ & CAMACHO P.A.

*141 ALMERIA AVENUE*
*CORAL GABLES, FLORIDA 33134*
*Telephone: 786-594-0180*
*Fax: 786-594-0187*
*URL: http://www.cjclawoffice.com*

Family Law, Divorce, Probate, Real Estate Law.

**GILBERTO ANTHONY CONTRERAS,** (BV), born New York, N.Y., February 22, 1967: admitted to bar, 1994, Florida. *Education:* Florida State University (B.A., 1989): St. Thomas University School of Law (J.D., 1994). *Member:* The Florida Bar. *LANGUAGES:* Spanish. *PRACTICE AREAS:* Real Estate. *Email:* gc@cjclaw.net

**JONATHAN JONASZ,** (BV), born Queens, New York. February 6, 1966: admitted to bar, 1994, Florida; 1995, U.S. District Court. Southern District of Florida. *Education:* Florida International University (B.S., 1989): St. Thomas University (J.D., 1994). Member: First Family Law Inns of Court; Peter T. Fay Inns of Court. Chairman, Dade County Family Court Committee. Speaker, Nuts & Bolts of Divorce Seminar. Author: various articles on Domestic Relations Law. *Member:* Coral Gables and Dade County (Member, Family Law Section) Bar Associations: The Florida Bar (Member, Family Law Section. 1995—). *PRACTICE AREAS:* Family Law (100%). *Email:* jj@cjclaw.net

**ANA MARIA CAMACHO-GONZALEZ,** born Miami, Florida, June 9, 1967: admitted to bar, 1994, Florida. *Education:* University of Miami (B.B.A., 1988); St. Thomas University (J.D., 1994). Phi Alpha Delta. *Member:* The Florida Bar: American Bar Association. *PRACTICE AREAS:* Real Estate; Probate.

FLA151B