UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL. NO. 2179 |
| | SECTION:   J |
| | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | ALL CASES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### APPLICATION FOR
### APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Mover, Patrick C. Morrow, pursuant to Pretrial Order No. 1, respectfully submits this Application for appointment to the Plaintiffs' Steering committee. *Morrow, Morrow, Ryan & Bassett*, (Morrow & Morrow) represent plaintiffs, Ellis Schouest, III and James Joseph George, Jr. in that matter entitled "Ellis Schouest, III and James Joseph George, Jr. v BP Products North America, et al", bearing docket number 6:10cv00727, United States District Court for the Western District of Louisiana.  This was the first complaint filed in the Western District of Louisiana.

Plaintiff, Ellis Schouest, III, has earned his living as a shrimper working in the inland and territorial waters of the State of Louisiana and in the Gulf of Mexico since 1983. Plaintiff, James Joseph George, Jr., has earned his living as a licensed Captain and shrimper who works in the Gulf of Mexico fishing for shrimp both inside and outside the territorial waters of the State of Louisiana.

Movers represent a diverse group of plaintiffs who have suffered as a result of this disaster, in addition to the above mentioned suit.

This firm has extensive experience with class actions and mass torts.  A list of the past cases as well as all current cases this firm has and is involved in are attached.

We can assure the Court that, not only undersigned counsel, but every attorney in the firm, as well as the entire staff, is capable of and will devote as much time as is necessary to conclude this litigation. The financial resources necessary to undertake such a task are also available.

Movers have devoted a great deal of time to this case, as is evidenced by the various interviews and reports of the various television stations, including LPB, CNN and several local affiliates. Movers are willing and able to devote all the time and resources necessary to represent all plaintiffs in this litigation.

We are committed to working with all counsel in this case in a cooperative manner. Movers will work as a "team" to bring this litigation to an amicable resolution for all concerned.

Movers have the education and experience necessary to perform all duties required as a member of the Plaintiffs' Steering Committee, as is evidenced by the Firm Biography attached hereto as Exhibit "A".

Mover respectfully requests appointment to the Plaintiff Steering Committee or, in the alternative, a distinct position from which Movers may serve the common interests of those who suffered damages as a result of the explosion upon the semi-submersible drilling rig DEEPWATER HORIZON and subsequent oil spill beginning April 20, 2010. Undersigned counsel is personally willing and available to devote substantial effort, energy and financial resources to the task of Plaintiff Steering Committee service.

For the foregoing reasons, Movers request that this application be given this Honorable Court's review and consideration.

BY ATTORNEYS:

**MORROW, MORROW, RYAN & BASSETT**

BY:/S/ Patrick C. Morrow
Patrick C. Morrow, #09748
James P. Ryan, #11560
Jeffrey M. Bassett, #02840
P. Craig Morrow, #23536
Candyce C. Gagnard, #25057
Richard T. Haik, Jr. (#29892)
324 W. Landry
Opelousas, LA 70570
337-948-4483

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application for Appointment to the Plaintiffs' Steering Committee was filed electronically on this 31st day of August, 2010, and is available for viewing and download from the EDF System of the United States District court for the Eastern District of Louisiana.

/S/ Patrick C. Morrow
PATRICK C. MORROW