UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br>Section "J"<br>Judge Barbier |
| This Document Relates to All Cases | Magistrate Judge Shushan |

## APPLICATION OF ROBERT J. MCKEE
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Robert J. McKee requests that the Court appoint him and his firm, Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. ("the Firm"), to the Plaintiffs' Steering Committee ("PSC") in the *In Re: Oil Spill by the Oil Rig "Deepwater Horizon"* cases.  The Firm is counsel in six cases already filed in Federal Court related to the Oil Spill.[1]  Further, the Firm is presently counsel for approximately another 300 business and individual clients damaged by the effects of the spilled oil including commercial fishermen of Florida, Mexico, and Louisiana; charter fishermen of Florida; longshoremen; waterfront resorts and restaurants; seafood processors; and other businesses.

As will be established below, Mr. McKee has nearly two decades of intensive experience in the field of scientific litigation, utilizing his own scientific training and the stout experience of some of the world's best experts and laboratories in this field.  In fact, virtually every year of Mr.

---

[1] (1) *Barisich, et al., v. BP, p.l.c., et al.*, case number 10-cv-01324; Eastern District of Florida; (2) *Barisisch, et al., v. BP, p.l.c., et al.*, case number 10-cv-01316; Eastern District of Florida; (3) *Griffitts Investment Limited Partnership v. BP, p.l.c.*, et al., case number 10:cv-01512, Eastern District of Louisiana; (4) *Vath & Lousiana Environmental Action Network, Inc. v. BP, p.l.c., et al.*, case number 2:10-cv-01273; Eastern District of Louisiana; (5) *Reel Strike, Inc. v. BP, p.l.c., et al.*, case number 4:10-cv-10061, Southern District of Florida; and (6) *Kristin Lee, Inc. v. BP, p.l.c., et al.*, case number 4:10-cv-10062, Southern District of Florida;

McKee's 17 years of legal experience has been substantially dedicated to litigating against chemical companies related to the environmental effect of their chemicals.  Mr. McKee's abilities would be significant and unique assets to the PSC regarding discovery, scientific causation proof, and trial of these matters.

This litigation will require counsel who can establish the maritime impact of the hydrocarbon and dispersant chemicals released into the Gulf of Mexico, its bays, bayous, breeding grounds, reefs, and marshes.  Committee counsel, such as this Applicant, must know how to establish the connection between the spill and the tortfeasors' attempts at remediation to plaintiffs' cases.  Counsel must be able to prove scientifically the demonstrable effect of the chemical substances on the water and land which Defendants' oil and dispersants contaminated.  That evidence includes the complex effort to establish that the damaging chemicals originated from the subject well, as opposed to other Gulf of Mexico hydrocarbon sources into which BP has mixed its oil by dispersant use.  It includes garnering evidence which establishes the effect of the chemicals released on the natural resources, including likely duration of effects of chemical toxicity to marine life; and the ultimate effect of these processes on the web of life in the Gulf of Mexico.

Within days of the explosion of the Deepwater Horizon, the Firm, through Mr. McKee, immediately retained experts it had consulted with over the past 17 years.  We also retained experts who had worked to establish harmful water effects which occurred after Hurricane Katrina and who had long-time relationships with highly competent analytic laboratories.  This Firm immediately began collecting water and sediment samples, performing laboratory analysis, and creating a GPS location grid of pre- and post-exposure locations.

Mr. McKee graduated with high honors from the University of Florida with a Bachelor of Science in Agriculture in 1979.  Mr. McKee's studies were weighted heavily in sciences, especially organic chemistry and biology.  Mr. McKee graduated from law school at St. Thomas

University School of Law with honors in 1992.  While in law school, the Firm hired Mr. McKee to assist with the science discovery in agricultural chemical exposure cases for farmers in multiple states and countries.  Thereafter, Mr. McKee joined the litigation team against DuPont, prosecuting several hundred cases alleging toxic effect of the product Benlate on plant growth.  Trials began back to back in 1993, all of which resulted in successful plaintiffs' verdicts.  Ultimately, after multiple trials, DuPont settled these cases for an amount exceeding 200 million dollars.  During 1994, Ecuadoran shrimp farmers (the second largest producers of shrimp in the world at the time), retained the Firm to litigate the effects of organic chemicals produced by DuPont, Ciba Geigy, and BASF in the marine estuaries which supplied the farming waters for shrimp.  The Firm later won two jury trials against DuPont in *In Re Ecuadoran Shrimp Farmers v. E.I. DuPont de Nemours*, venued in the State of Florida.

Mr. McKee is AV rated by Martindale Hubbell, and has been listed in "The Best Lawyers in America" since 2008.  Mr. McKee is admitted to practice in the State of Florida, and has been given permission to practice via *pro hac vice* in New Jersey and Nebraska.  Mr. McKee is also admitted to the Federal District Court Bars of the Southern and Middle Districts of Florida.

The Firm, with 30 years of experience in mass torts and complex litigation, has sufficient resources to dedicate to the Oil Spill MDL litigation and is already playing a role in that litigation. Shareholders of the firm have been on numerous MDL Plaintifffs' Steering Committees, including:  *In re:  Air Crash Near Cali, Colombia, on December 20, 1996* (MDL No. 1125); *In re:  Air Crash Disaster at Cove Neck, Long Island, New York, on January 25, 1990* (MDL No. 843); *In re:  Air Crash Disaster at Florida Everglades on May 11, 1996* (MDL 1131); *In re:  Air Crash at Belle Harbor New York on November 12, 2001* (MDL No. 1448).  In addition, firm members have served as Co-Lead Counsel for Plaintiffs in MDL No. 1488, *In re: Crown Victoria Police Interceptor Litigation,* and have been appointed to the Plaintiffs' Steering

Committee in MDL No. 1626, *In re: Accutane Products Liability Litigation* and MDL No 1401, *In re: Sulzer Orthopedics, Inc., Hip Prosthesis and Knee Prosthesis*.

As part of the Firm's responsibility for MDL No. 1626, a Firm member served as Co-Chair of the Accutane MDL Discovery Subcommittee and was responsible for the construction and maintenance of the document depository involving millions of pages in both hard copy and electronic format. Additionally, Firm members personally argued discovery motions, motions regarding evolving and cutting-edge law, motions for summary judgment in the area of liability and labeling, took depositions of senior executives and 30(b)(6) corporate representatives, and advocated strongly for coordination between the MDL and state courts.

If asked to serve on Plaintiffs' Steering Committee, we do not foresee any conflicts or strain on the Firm's resources. The Firm and Mr. McKee are uniquely qualified to serve on the Plaintiffs' Steering Committee due to decades of litigation and scientific experience proving the environmental effects caused by organic chemicals.

Wherefore, Robert J. McKee requests appointment to the Plaintiffs' Steering Committee.

>Respectfully submitted.
>
>KRUPNICK, CAMPBELL, MALONE,
>BUSER, SLAMA, HANCOCK,
>LIBERMAN & McKee, P.A.
>
>By: _____
>
>Robert J. McKee, Esquire
>Florida Bar Number: 972614
>rmckee@krupnicklaw.com
>12 Southeast Seventh Street, Suite 801
>Fort Lauderdale, Florida 33301-3426
>954-763-8181 telephone
>954-763-8292 facsimile

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

                       KRUPNICK, CAMPBELL, MALONE,
                       BUSER, SLAMA, HANCOCK,
                       LIBERMAN & McKEE, P.A.


                       By: /s/

                       Robert J. McKee, Esquire
                       Florida Bar Number: 972614
                       rmckee@krupnicklaw.com
                       12 Southeast Seventh Street, Suite 801
                       Fort Lauderdale, Florida 33301-3426
                       954-763-8181 telephone
                       954-763-8292 facsimile