UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:	OIL SPILL by the OIL RIG			MDL NO 2179
	"DEEPWATER HORIZON"
	in the GULF OF MEXICO,			SECTION:  J
	on APRIL 20, 2010

This Document Relates to:				HON. JUDGE BARBIER
ALL CASES						MAG. JUDGE SHUSHAN

* * * * * * * * * * * * * * * * * * *** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## APPLICATION OF DENNIS C. REICH FOR PLAINTIFFS' STEERING COMMITTEE

DENNIS C. REICH requests that the Court appoint him and his firm, Reich & Binstock, LLP, to the Plaintiffs' Steering Committee ("PSC") for MDL 2179 and respectfully files this application pursuant to PTO No. 1 for appointment to the Plaintiffs' Steering Committee. In support thereof, he states as follows:

1.   I am presently counsel of record for plaintiff in the case captioned ***Captain Edward Lockridge, et al. v. BP, plc, BP Products North America, Inc., BP America, Inc., et al.*** filed in U.S. District Court, Southern District of Alabama, Case No. 1:10-cv-00233. I have already developed strong working relationships with several attorneys who are involved in the prosecution of cases within this MDL proceeding.

2.   The opportunity to serve in this significant litigation comes at a time when I have the interest, ability, and the resources to fully commit myself to this time consuming and labor intensive responsibility. I also enjoy the full support of Reich & Binstock, of which I am a founding partner that has been operating since 1984.

3.   For the past twenty years, I have been involved in numerous significant complex multiparty cases. Although the bulk of my professional work over the past twenty years has been in the fields of environmental and toxic tort litigation, I have had diverse experience litigating cases involving insurance coverage, health law, and pharmaceutical product liability litigation. After doing a brief internship during my third year of law school at the Federal Public Defenders office in Houston, Texas I became a founding partner of Reich & Binstock which has its principal office in Houston, Texas.

4.   I am currently licensed in the states of Texas, California and New York. I have also practiced in various federal district courts throughout the nation and I am licensed in the Southern District of Texas and the Fifth Circuit Court of Appeals. I am A.V. rated by Martindale-Hubbell and am board certified in personal injury law by the Texas State Board of Legal Specialization. I believe that over the years I have demonstrated an ability to work cooperatively with other lawyers in large complex matters.

5.       I have had the honor to serve on the Plaintiffs' Steering Committee in MDL 1873, *In Re: FEMA Trailer Formaldehyde Products Liability Litigation* in the United States District Court, Eastern District of Louisiana ("FEMA Trailer").   During my service on the PSC in FEMA Trailer, I served as lead and co-lead counsel in two trials: *Lyndon T. Wright v. Forest River, Inc., et al.*, **Docket No. 09-2977 and** *Castanel, et. al. v Recreation by Design, LLC, et. al.*, Docket No. 09-3251.  My principal role in FEMA has been to work with experts and develop the toxicological and environmental evidence for presentation to the jury.  Much like BP, FEMA Trailer has been large in scope including over 140,000 formaldehyde laden trailers that were issued to residents of the Gulf Coast states that had been impacted by Hurricane Katrina.  I played a major role as trial counsel in both *Wright* and *Castanel*.

6.       Currently, I am fully engaged in BP (MDL 2179) and I am representing approximately 3,000 blue water claimants and numerous property damage and business claimants. Along with a team of lawyers that have been active in the BP litigation, we have been regularly interfacing with clients in New Orleans, Biloxi, Ocean Springs and Panama City.  I have also engaged experts with various technical backgrounds who are interested in contributing their knowledge and expertise.

7.       My litigation background is particularly well suited to service on the BP PSC.  I have served as lead counsel in the largest gasoline spill in U.S. history (Cause No. D-151227; *Jack W. Ainsworth, et al. vs. Colonial Pipeline Company, Texaco, Inc., Texaco Pipeline, Inc., Texaco Chemical Pipeline Company and Lynchburg Shipyard*; In the 136th Judicial District Court of Jefferson County, Texas).  My most significant cases have been fought against major multinational oil companies where large quantities of refinery waste, by-products and emissions escaped into community, air, soil and groundwater.  Examples of such cases include:

a.       *Julian Simms, Jr., et al. v. Amerada Hess Corporation, et al*; Cause No. 93-5767-B; in the 117th Judicial District Court of Nueces County, Texas.  *Amerada* was a property damage class which was certified against 12 oil refining companies for damages arising out of the escape of pollutants into soil and groundwater for approximately 5,000 properties in the Corpus Christi ship channel.  Extensive modeling was done involving releases of benzene and hexavalent chrome into the airspace, soils and groundwater of nearby residential communities.

b.       *Lillian Hayden, Thomas Hayden, Ann Kay, James Killough, Charles Roessner and Judith Roessner, et al, v. Atochem North America, Inc., Elf Aquitaine, Ind., Elf Atochem North America, Inc.*; C.A. No. H-92-1054, U.S. District Court for the Southern District of Texas, Houston, Division.   I acted as lead counsel in a cutting edge case involving the certification of a property damage and medical monitoring class with actual implementation of a medical monitoring protocol for thousands of persons who were exposed to arsenic in their residential soil, air and groundwater.  Extensive state of the art modeling was used to develop the overall extent of the exposure and injury to the clients.  A property damage class was certified where methodologies were employed to assess property damage associated with both measured and modeled concentrations of arsenic.  Some of the same defense counsel in *Hayden* are currently on the pleadings for BP.

c.  *In Re: MTBE Product Liability Litigation*, MDL 1358, U.S. District Court, Southern District of New York. I served as a member of the Plaintiffs' Executive Committee from January 2001 to September 2002 in MDL 1358, during which many of Judge Scheindlin's seminal opinions regarding standing and concurrent liability, including market share liability were written. My involvement focused on the behavior and transport of MTBE in groundwater plumes.

d.  *Jack W. Ainsworth, et al. vs. Colonial Pipeline Company, Texaco, Inc., Texaco Pipeline, Inc., Texaco Chemical Pipeline Company and Lynchburg Shipyard*; No. D-151227; In the 136th Judicial District Court of Jefferson County, Texas. A large storm caused four pipelines owned by Texaco, Inc., Valero Energy Corp and Colonial Pipeline to rupture releasing gasoline, fuel oil and oil, and natural gas which produced the largest gasoline spill in U.S. history. The floodwater caught fire creating a river on fire. Large quantities of gasoline, fuel oil, crude and natural gas were released that enveloped riverbank communities affecting 14,000 persons. I served as lead counsel in the case that went to trial and ultimately resulted in a settlement. In addition to the residential plaintiffs, I served as lead counsel for several hundred Vietnamese fishermen who were prohibited from fishing in the water.

e.  *New Jersey Natural Resource Damage Litigation* – Three actions filed in Superior Court of New Jersey, Law Division – Essex County:  a) *NJDEP v. PSE&G*, Docket No. CAM-L-3337-07; b) *NJDEP v. Mallinckrodt Baker*, Docket No. NRN-L-295-07; and c) *NJDEP v. Occidental (Polyone)*, Docket No. BUR-L-1744-07. I have been designated as "Special Counsel" by the State of New Jersey in raising damage claims brought by the State of New Jersey for damages to natural resources owned by the State.

f.  IN RE SWANSON CREEK OIL SPILL LITIGATION, Master Case No. PJM-2000-1429, (*Williams v. Potomac Elect. Power Co.*, PJM-2000-1429 [115 F.Supp.2d 561], U.S. District Court District of Maryland, Southern Division). I was counsel in an early OPA case involving the rupture of a pipeline that released over 100,000 gallons of fuel oil that entered the Patuxent River. I focused on the development of the property damages in that case and worked with models to estimate the impact to property values, particularly riverfront properties.

g.  *Olachukwu Nnadili, et al. v. Chevron U.S.A., Inc.*, Civil Action No. 02-1620 (ESH); U.S. District Court for the District of Columbia. This case was settled in 2008. *Nnadili*, involved the longest BTEX and MTBE plume in the nation that impacted a residential neighborhood resulting from the release of gasoline from a leaking underground storage tank from a former Chevron station. Several hundred property owners sued for property damage and anxieties associated with living above a contaminated area.

h.  *Elzina Avalos, et al. vs. Atlantic Richfield Company, et al.*, Civil Action No. H-89-3487; U.S. District Court for the Southern District of Texas, Houston Division. This case involved two Superfund sites that emitted hazardous chemicals as a result of dumping activities by major petrochemical companies between 1961 and 1972. The plaintiffs' causes of action were based upon negligence, gross negligence, nuisance, trespass and CERCLA. I had a team of thirty-five expert witnesses from a variety of different fields such as occupational medicine, pulmonary medicine, neurophysiology, environmental medicine, air dispersion modeling, emission rates modeling, and statistical property appraisal evaluate the impact of the Superfund sites on the property values and health of 1,700 plaintiffs.

All of the toxic tort cases noted above resolved for multiple millions of dollars.

8. I have also been involved in a case in the Eastern District of Louisiana, *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action *05-4182* and actively took a deposition of one of the water modelers in that case.

9. I have been traveling to New Orleans on a weekly basis for the past year and have worked extensively with many of the local counsel who hold PSC positions with me in the FEMA Trailer litigation and are likely candidates for the PSC in the instant litigation. I am a former contributing editor to Mealy's Toxic Tort Reporter and have lectured at law schools and Bar sponsored seminars throughout the country and in Europe on developing and trying toxic tort cases.

10. The firm of Reich & Binstock has a proven record of legal expertise in complex litigation matters. I have had extensive experience in representing landowners, tenants and businesses in large scale toxic tort property damage and personal injury cases involving plaintiffs who were affected by groundwater, surface water, soil and air pollution.

11. For additional information about my capabilities for this litigation, I would recommend that his Honor confer with the Honorable Kurt Engelhardt. I would view the appointment to the PSC as a great honor and would dedicate my time, expertise and resources to achieving the best possible result for all clients.

Accordingly, I hereby respectfully request consideration for a position on the PSC for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. Pursuant to the provisions of 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of August, 2010

_____
Dennis C. Reich
REICH & BINSTOCK, L.L.P.
4265 San Felipe, Suite 10000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@rbfirm.net

SWORN TO AND SUBSCRIBED BEFORE ME this 31st day of August, 2010, to certify which witness my hand and seal of office.

Tracy L. Beard
NOTARY PUBLIC in and for the State of Texas

TRACY L. BEARD
Notary Public, State of Texas
My Commission Expires
March 02, 2011

My Commission Exp[ires]