UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO: 2:10-MD-02179-CJB-SS

WATER STREET SEAFOOD, INC.,
GREG ABRAMS SEAFOOD INC.,
BLUE PARROT OCEANFRONT
CAFE INC., TARPON DOCK SEAFOOD
MARKET, G.A. FISH, INC., WJ2 LLC,
SGI RENTALS, INC., STEVE LIMA a/k/a
CAPTAIN SHELLEY SEAFOOD, and
JOHN S. "STAN" GRANT, each individually
and on behalf of all others similarly situated,

      Plaintiffs,

vs.

BP, p.l.c.; BP PRODUCTS NORTH
AMERICA, INC.; BP AMERICA, INC.;
TRANSOCEAN, LTD.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN DEEPWATER, INC.;
HALLIBURTON ENERGY SERVICES, INC.; and
CAMERON INTERNATIONAL CORPORATION
f/k/a COOPER CAMERON CORPORATION,

      Defendants.
_____/

## NOTICE OF APPEARANCE

The Law Firm of Searcy Denney Scarola Barnhart & Shipley, P.A., as co-counsel representing the Plaintiffs, WATER STREET SEAFOOD, INC., GREG ABRAMS SEAFOOD INC., BLUE PARROT OCEANFRONT, CAFE INC., TARPON DOCK SEAFOOD, MARKET, G.A. FISH, INC., WJ2 LLC, SGI RENTALS, INC., STEVE LIMA a/k/a CAPTAIN SHELLEY SEAFOOD, and JOHN S. "STAN" GRANT, each individually and on behalf of all others similarly situated, hereby serves notice of its appearance in the above-referenced case. Henceforth send all future communications to

CASE NO.: 4:10-cv-00162-SPM-WCS

the Plaintiff to:

>   CHRISTIAN D. SEARCY, ESQUIRE
>   CDS@Searcylaw.com
>   C. CALVIN WARRINER, III, ESQUIRE
>   CCW@Searcylaw.com
>   BRENDA S. FULMER, ESQUIRE
>   BSF@Searcylaw.com
>   Searcy Denney Scarola Barnhart & Shipley, P.A.
>   2139 Palm Beach Lakes Boulevard
>   West Palm Beach, Florida  33409
>   Phone:  (561) 686-6300
>   Fax:  (561) 383-9498

I HEREBY CERTIFY that a copy of the foregoing was electronically filed this  2nd  day of September, 2010.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>   /s/ Brenda S. Fulmer
>   Christian D. Searcy
>   Florida Bar No.: 158298
>   CDS@Searcylaw.com
>   C. Calvin Warriner, III
>   Florida Bar No.:  374131
>   CCW@Searcylaw.com
>   Brenda S. Fulmer
>   Florida Bar No.: 999891
>   BSF@Searcylaw.com
>   Searcy Denney Scarola Barnhart & Shipley, P.A.
>   2139 Palm Beach Lakes Boulevard
>   West Palm Beach, Florida 33409
>   Phone: (561) 686-6300
>   Fax:    (561) 383-9498
>   Attorneys for Plaintiff(s)