# Don K Haycraft

| | |
|---|---|
| From: | Miller, Kerry J. [kmiller@frilot.com] |
| Sent: | Tuesday, August 31, 2010 5:24 PM |
| To: | DBECK@brsfirm.com; Kuchler, Deborah; DGodwin@godwinronquillo.com; iraperg@yahoo.com; Carmelite Bertaut; Mike.Underhill@usdoj.gov; Sharon.D.Smith@usdoj.gov; Don K Haycraft; SHERMAN@hhkc.com; jimr@wrightroy.com; R. Keith Jarrett; gbracken@gardere.com; Suzanne.e.englebert@uscg.mil; Jeff.r.bray@uscg.mil; andrew.langan@kirkland.com; barbier@laed.uscourts.gov; Phillip Wittmann; DJONES@brsfirm.com |
| Cc: | David.Baay@sutherland.com; egp@preisroy.com |
| Subject: | Re: BOP Site Specs-Aug 30 Meeting Follow-up Response |

Dear Counsel:
Transocean and Cameron have been asked to identify facility requirements to perform the interim preservation procedures as outlined at yesterday's meeting by Transocean. These interim procedures include: 1) disassembling the annulars; 2) opening the bonnets; and 3) inspecting the wellhead connectors.

These three critical preservation steps cannot be accomplished with the short term preservation measures that are scheduled to occur onboard the vessel responsible for lifting the blowout preventer from the ocean floor. As is discussed in detail in the interim preservation protocol that will follow, disassembling the annulars is required for gaining access to and preserving the operating pistons and the pressure containment components of the BOP stack. Opening the bonnets is also required for gaining access to the ram cavities and flushing the sulphuric acid in the cavities that will cause surface corrosion of the ram bores and the rams. Finally, opening the wellhead connectors is essential because the mechanical part of the connector will not have been flushed or preserved under the short term preservation protocol.

The NASA Michoud facility is an undeveloped dock side area open to the elements with only 480/240 volt power and fresh water available. Based on the on-site inspection performed by Transocean and Cameron engineers, the NASA facility does not have the equipment necessary to accomplish the interim preservation procedures. The generic high level facility requirements that would be required for any facility to perform these procedures are indicated below:


Site Requirements for Interim Preservation of Deepwater Horizon BOP stack


1. Facility safety program with procedures appropriate for the type of work that will be performed.
2. 24 hr coverage by dedicated project managers that can arrange facility services as required, assist with plant safety, planning and timely supply of the required support services.
3. Crane capability to offload the LMRP and BOP from the transport barge. The crane capacity should be at or near 250t rating at the required radius. This either needs to be a bridge crane that can travel over a water slip that can accommodate the transport barge or a mobile crane will need to be erected and capable of picking up the 250t load at the required radius and elevation. The LMRP and BOP will be secured on the barge separately and not stacked. The BOP stack is the taller of the two components and will be approximately 35 ft tall. The required crane radius is not yet determined and depends on possible crane and barge positions at the location where the offload is to take place.
4. Weather protected and lighted facility with the required work area and 75 ft clear height crane capacity under roof to support 24 hour operations. A crane with a capacity of 250t and a minimum of 75 ft under hook height is required for handling and stacking of the BOP in the test area. In addition, a second smaller crane with approximately 50t capacity should be available for the BOP disassembly.
5. The facility needs to be a secured area that has crane capacities as above that are under roof and the main landing area foundation capacity needs to be rated for approximately 400t to allow safe stacking of the BOP and LMRP on the shipping skid/test stump.
6. The facility should have a full complement of certified and tested slings, shackles and rigging available for lifting operations on a 24 hour basis.
7. The facility should have controlled access and 24 hour security in place for the area within the facility that is used for the BOP testing and disassembly. This area shall be fenced off with a privacy fence within the facility.
8. Scaffolding and portable man lifts to support testing and disassembly should be available on a 24 hour basis, with limited notice required including certified operators and scaffold builders and inspectors.

9. Shop air supply at 125 to 150 psi in volume suitable to support operations on a 24 hour basis.
10. 115 VAC 1-phase, 230 VAC 1-phase, 460 VAC 3-phase power supplies available for various BOP control components and support equipment on a 24 hour basis.
11. BOP Accumulator / Hydraulic Power Unit 5000 psi rating with a 1,000 gallon reservoir to support function testing of the BOP. Additional equipment should include all of the required fittings and temporary hoses to interface to the ROV intervention panels.
12. A nitrogen generator and/or supply of nitrogen cylinders with accumulator charging equipment rated for 3000psi should be on site and available for the BOP accumulator charging and testing.
13. The facility should have a BOP operating fluid mixing system and/or be capable of handling a ready supply of premixed fluids in drums or tote tanks to support function testing.
14. A BOP test pump capable of 15,000 psi if pressure testing is required.
15. The facility should have a ready supply of and/or be capable of securing consumables like gaskets, rubber goods and o-rings that may be required for assembly and testing as required.
16. Appropriate load bearing test stumps are required for pressure testing and/or support of the BOP while the frame is disassembled. (shipping skids)
17. The shop facility should be capable of supplying or repairing interconnecting piping, tubing, hoses and cabling that was cut during the subsea intervention efforts.
18. The facility should have chart recorders and flow meters to record test results, including pressure testing and volume tests to determine whether the various functions are operating correctly.
19. The shop facility must have the ability to capture and dispose of BOP fluid during testing operations.
20. The facility should have 24 hour coverage with Electrical and Hydraulic Subsea Technicians to hook up and test the BOP.
21. A Portable Electronic Test Unit (PETU) to operate the BOP through the control pods.
22. Suitable equipment to download and capture the SEM software.
23. The facility should have hydraulic torque wrenches available to make up and break out the BOP bolts.
24. The facility should be able to provide a dedicated mechanical labor force and supply a full complement of shop and hand tools to support approved testing and disassembly procedures under the direction of the site leader. Tools to include but not limited to: safety gear including full body harness type fall protection, safety face shields, inertia reels, portable shop lights, chain falls, lever hoists, hand tools, appropriately sized wrench sets, appropriately sized socket sets, impact sockets, pry bars, hammers, sledge hammers, hammer wrenches, air impact wrenches in various sizes, welding and cutting gear, electric and air grinders, pliers, pipe wrenches, drills and drill bits, appropriately sized O.D. and I.D. micrometers, feeler gauges, etc.
25. The facility should have NDT inspection capability as required.
26. The facility should be able to supply pressure washing equipment, cleaning labor and ability to capture any contaminated run off for proper disposal.
27. The facility should provide a climate controlled clean area adjacent to the BOP to be used for testing, inspection and disassembly of BOP components.
28. The facility must have the ability to bring in and load secured containers for on-site storage and/or secure shipment of components of components that are of interest.
29. The facility should provide changing facilities for approved visitors and / or spectators.
30. The facility should maintain clean safety harnesses in a full range of sizes and ready supply of PPE for approved visitors, including hard hats, safety glasses etc.
31. Seating facilities, work tables and chairs for spectators should be located at or near the work site.
32. A designated meeting room should be provided for daily safety meetings and work planning sessions.
33. The facility should provide climate controlled office facilities including space with secure wired or wireless network connections for a designated number of approved participants. The exact number of people in attendance and desk spaces is still TBD.
34. The facility should provide meal and drink services for the people on site in order to minimize disruption during the testing and disassembly operations.

**From:** David Beck <DBECK@brsfirm.com>
**To:** Miller, Kerry J.; Kuchler, Deborah; DGodwin@godwinronquillo.com <DGodwin@godwinronquillo.com>; iraperg@yahoo.com <iraperg@yahoo.com>; Carmelite Bertaut; Mike.Underhill@usdoj.gov <Mike.Underhill@usdoj.gov>; Sharon.D.Smith@usdoj.gov <Sharon.D.Smith@usdoj.gov>; dkhaycraft@liskow.com <dkhaycraft@liskow.com>; SHERMAN@hhkc.com <SHERMAN@hhkc.com>; jimr@wrightroy.com <jimr@wrightroy.com>; rkjarrett@liskow.com <rkjarrett@liskow.com>; gbracken@gardere.com <gbracken@gardere.com>; Suzanne.e.englebert@uscg.mil <Suzanne.e.englebert@uscg.mil>; Jeff.r.bray@uscg.mil <Jeff.r.bray@uscg.mil>; andrew.langan@kirkland.com <andrew.langan@kirkland.com>; barbier@laed.uscourts.gov <barbier@laed.uscourts.gov>; Phillip Wittmann; David Jones <DJONES@brsfirm.com>