4118 Merrick Street  
Houston, TX 77025

Phone (W) 281 366-1641  
(H) 713 218-7679  
Fax 281 366-1201  
E-mail allentj2@bp.com

# Tim Allen, P.E.

| | | | | |
|---|---|---|---|---|
| **Education** | 1986 - 1991 | | Texas A&M University | College Station, TX |

**BS Mechanical Engineering**

**Professional experience**

2008-present     BP     Houston, TX
**Floating Systems Program – Well Systems Engineering Manager**

Managed a team of engineers working on the Kaskida and Kodiak dry tree development options for Kaskida Appraise and Kodiak Select stage projects.  Developed project schedule, cost and scope for the Well Systems Engineering & Delivery areas.  Managed 2009 budget of $5m Kaskida and $2.6m Kodiak.  Responsible for delivering Well Systems project engineering scope for Select and determining scope for Define and Execute.  Responsible for developing scope, schedule and budget for Mad Dog Phase II select studied for Well Systems.

2008-2009     BP     Houston, TX
**Paleogene  - Subsea Manager**

Responsible for development of subsea system architecture, schedule and budget for Kaskida field in Appraise.  Provided input for development of the subsea development option for Kaskida.  Managed flow assurance calculations for development concepts including subsea development and dry tree development.

2007-2009     BP     Houston, TX
**Dissimilar Materials Project – Project Manager**

Managed multidiscipline team of Metallurgists, Subsea Engineers and Facilities Engineers to investigate the presence of dissimilar buttered welds in the Gulf of Mexico SPU infrastructure and led risk assessments for each of the assets.  Led the generation of a report documenting the level of technical risk associate with the dissimilar buttered welds in the GoM infrastructure.  Managed Joint Industry Project (JIP) between Shell and BP to develop the technical understanding of the integrity of the Nakika asset.  Managed 2007 scope of $1M in spend and 2008 scope of $2.4M.  Organized regular reporting of progress, managed contracting for outside services, led negotiation between Shell, Total, GoM and EPTG for financial and personnel to support the scopes of work for the JIP.

2007     BP     Houston, TX
**HPHT Project – Interim Senior Project Manager**

Managed multidiscipline team of Drilling and Completion Engineers, Subsea Engineers, Facilities Engineers, Project Services and Supply Chain in development of 20ksi, 350 deg F drilling, completion and production systems.  Responsible for transitioning subsea team from New Developments into Projects Performance Unit and merging it with the Subsea Standardization Team including transferring accountability and responsibilities for budget and performance.  Responsible for drafting 2008 LTP projections for all HPHT related spend for Kaskida and Tubular Bells.  Responsible for drafting and obtaining approval for AFE's for 2007 HPHT spend for Kaskida and Tubular Bells.  Responsible for managing team during time of transition and reevaluation of SPU priorities.

2006-2007                    BP                                        Houston, TX
**HPHT Project – Engineering Manager, Subsea Systems**

Managed team of 7 full time engineers and 5 part time technical staff for preliminary engineering phase of development of 20ksi, 350degF subsea system.  Delivered detailed engineering of High Capacity Subsea Wellhead system.  Delivered approval of a New Technology Application by the MMS for the usage of a High Integrity Pressure Protection System (HIPPS) in the Gulf of Mexico.  Developed basis for AFE numbers for subsea system development and presented technical content and financial justification to Tubular Bells partners Amerada Hess and Chevron.  Developed basis for AFE numbers for subsea systems development for Kaskida.  Participated in the development of the Kaskida technology development plan.  Increased organizational capability by hiring 1 new engineer into BP and 2 contract engineers.

2006                         BP                                        Houston, TX
**Thunder Horse Project – Engineering Manager, Alternate Production System**

Managed detailed engineering of an alternate production system for the Thunder Horse field during the manifold incident investigation.  Led team of 2 BP engineers and several Technip engineers to develop design basis for equipment and demonstrate technical integrity for the APS equipment.  Led soils boring re-survey of DC-41 to determine acceptable locations of subsea equipment.  Discovered significant changes in the subsea soils property due to cuttings and cement spoils accumulation.  Brought 2 experienced hires into BP and assisted into their indoctrination into the BP way of executing projects.   Handed work over to Subsea Engineering Manager after APS was indefinitely postponed.

2005-2006                    BP                                        Houston, TX
**HPHT Project – Delivery Manager, Subsea Systems**

Managed preliminary engineering phase of development of  20ksi, 350degF subsea system.  Supported sector subsea standardization initiative.  Increased organizational capability by hiring two experienced engineers into BP.  Delivered approval of a New Technology Application by the MMS for the usage of a High Integrity Pressure Protection System (HIPPS) in the Gulf of Mexico.  Developed basis for AFE numbers for subsea system development and presented technical content to Tubular Bells partners Amerada Hess and Chevron.

2004-2005                    BP                                        Houston, TX
**HPHT Project – Subsea Wellhead System Technical Lead**
Managed preliminary engineering phase of development of high capacity, 20ksi, 350degF subsea wellhead system with Vetco and FMC.  Interfaced between well design engineers and subsea wellhead equipment engineers to develop design basis for full subsea wellhead system and running tools.  Developed basis for AFE numbers and presented technical content to Tubular Bells partners Amerada Hess and Chevron.

2004-2005                    BP                                        Houston, TX
**Holstein - Well Systems Handover Team Lead**

Managed delivery of subsea and surface well systems equipment for the BP Gulf of Mexico Deepwater Development Project Holstein.  Managed hook-up and commissioning of the unique production riser tensioner package, and material handling equipment for riser system.  Delivered high performance riser system for 15 well batch set operations.  Managed project close out of key contractors and contracts.  Managed Riser fatigue monitoring project including interfacing with Shell to discuss analysis results and progress toward making the decision not to install a fatigue mitigation device.  Managed design of conductor connector fatigue mitigation device including peer reviews, HASID for installation and planning of installation with installation contractor.

2001-2004                BP                              Houston, TX
**Holstein - Well Systems Lead Equipment Engineer**

Responsible for technical assurance and delivery of subsea and surface well systems equipment for the BP Gulf of Mexico Deepwater Development Project Holstein.  Equipment responsibilities include HSE leadership, quality control, technical assurance and cost control for innovative subsea wellhead system including challenging slim-line nested casing hanger with running tools, outer riser tieback connector/stress joint assemblies, inner riser tieback connectors, unique surface wellhead system, surface trees, production chokes, flexible production flowlines, flexible well control umbilicals, riser centralizer roller system, riser stem joints, first ever floating systems fixed dry tree/wellhead access platforms and riser running/installation equipment.  Technical assurance role includes HSE activity leadership, making sure that it must work, quality assurance, material selection, manufacturing support and installation procedures.  Other project leadership roles include leadership in the offshore schedule and flow assurance for well systems equipment.

1999-2001                Cameron                         Houston, TX
**Senior Subsea Product Design Engineer IV**
Responsible for design control of 15 ksi  (STM-15) and 10 ksi (STC-10) subsea wellhead systems worldwide.  Designed HPHT wellhead equipment for Shell and BP ETAP projects.  Maintained product line by supporting new equipment design and manufacturing.  Performed incident investigations of offshore subsea wellhead equipment failures.  Successfully ran the STM-15 CAMSMART™ tool on BP Schiehallion as project leader while responsible for design, certification, manufacturing, budgeting, cost accounting, vendor management and offshore support.  Supported decompletion of EEX, GB388 FPR project including offshore support.  Designed completions equipment for various subsea projects including tubing hangers, subsea tiebacks and testing tools.  Attended Cooper Cameron management training workshop.  Provided guidance as mentor to several engineering trainees.  Participated in interviewing prospective new engineering employees.  Designed mudline suspension tubing hanger systems for SPAR applications.  Designed SPAR specific subsea wellhead systems.

1996-1999                Cameron                         Houston, TX
**Subsea Product Design Engineer III**
Subsea wellhead Designed HPHT wellhead equipment for Shell and BP ETAP projects.  Ran project for manufacturing first article and obtained CENELEC certification of electronic equipment for the STM-15 CAMSMART™ tool.  Designed, analyzed through ANSYS FEA, had manufactured and tested high capacity wellhead equipment for deepwater and HPHT environments.  Designed tieback tool for platform wells.  Passed Principles and Practice exam and obtained a PE license.  Provided guidance as mentor to several engineering trainees.  Supported Troika tubing hanger and tubing hanger running tool design files and FAT procedures.  Participated in review of Troika mudmat connection failure.  Received training in Pro-E design stations.

1995-1996                FMC                             Houston, TX
**Subsea Product Design Engineer III**

Lead engineer on Shell/FMC standardization project.  Responsibilities included design, analysis and catalog preparation for the retrievable manifold module, template base and retrievable pigging loop.  Lead engineer on Troika proposal for manifold system.

1992-1995                Cameron                         Houston, TX
**Product Design Engineer II**

Lead engineer on the ENSERCH, Garden Banks 388 Free Standing Production Riser project responsible for over $2M of equipment.  Acted as Enserch representative and Cameron technical lead.  Equipment responsibilities included production riser handling equipment, subsea tieback running tools, 12 M ft-lb & 1.4 M lb production riser connector, 5 each 25' tall-15' diameter

production riser external air tanks, production riser running spider, production riser running and handling tools.  Responsibilities included design, analysis, writing procurement specifications, RFQ package preparation, bid evaluation, manufacturing support, manufacturing on-site supervision, factory acceptance testing and field service during installation.

| 1992-1993 | Cameron | Houston, TX |
|---|---|---|

**Product Design Engineer I**

Completed engineering training program including 10 months in RGR facility working on manufacture and remanufacturing of surface wellhead (Cameron, McEvoy & WKM), surface trees, subsea connectors (HC & Model 70), U & UII BOPs, chokes, ball valves, gate valves, check valves, tubing hangers, Mac-Pac subsea flowline connector running tool, STC-10 and STM-15 subsea wellhead and tools and mudline wellhead equipment.

| 1991 | Baker-Hughes Vetco Services | Houston, TX |
|---|---|---|

**Contract Graduate Researcher**

Development of techniques for inspection and characterization of mid-wall and inner wall flaws in thin-walled OCT.

**Patents and publications**

Patents issued:

Wellhead housing seal assembly with backup feature  (US6,409,176)

Apparatus and method for sensing the profile and position of a well component in a well bore (US6,478,087)

 Wellhead assembly for injecting a fluid into a well and method of using the same  (US6,484,807)

Wellhead assembly for accessing an annulus in a well and a method for its use  (US6,494,267)

Method and apparatus for injecting a fluid into a well  (US6,516,861)

Apparatus and method for retarding translation between two bodies (6,907,961)

Patent pending: Mudline Equipment Seal,  Subsea Rigidizing Assembly, High Capacity Wellhead Lockdown;

Publications:

 OTC 12155, Lessons Learned: The Free-Standing Production Riser OTC 12125

JPT Oct 2000, Offline Subsea Wellhead MODU Operations Provide Significant Time Savings, SPE/IADC 79834.

**Professional memberships**

ASME, Texas P.E. License #83202