|  | **MC252-1 Plug and Abandonment Project**<br>**Contingency: Recover BOPs with DP Inside** |  |
|---|---|---|

**Attachment 15: Horizon BOP/LMRP Documentation, Decontamination and Preservation Plan: Ram opening with Hot Line procedure**

All documentation, decontamination and preservation activities must be overseen by the USCG – BOEMRE Joint Investigative Team's consultant (Det Norske Veritas) and documented by the FBI Evidence Recovery Team.

**General:**

a. The goal of this procedure is to displace seawater and contaminated BOP fluids within the BOP control, hydraulic operating system and well bore to minimize the effect of corrosion once the BOP is exposed to the atmosphere. (This is accomplished by functioning the various BOP components). All fluids that can be captured during this operation shall be considered evidence and transported to shore and trucked to the NASA / Michaud facility.

b. This preservation procedure must be performed immediately upon retrieval of the BOP to surface. This procedure does not address contamination of the Annulars, Ram Blocks and Ram cavities that are not accessible without opening the Annulars, Ram Bonnets and removing the Ram Blocks.

c. Drill pipe, contaminants, debris, and material removed from the BOP must be tagged, identifying where the material was found and turned over to the on-site government evidence personnel.

d. Fluids within the BOP and LMRP bores will be sampled prior to introducing preservation fluid.

e. BOP control system fluids shall be collected to capture possible contaminants (e.g. metal shavings).

f. Sequence of steps can be altered for operational safety and efficiencies as events proceed.

g. Since the BOP will be recovered with drill pipe inside the BOP, this plan may be adjusted to address the actual configuration of the recovered BOP and drill pipe with government investigative team concurrence.

h. If a BOP function has not been exercised post-accident or if a BOP function does not operate at the time of this procedure, then a representative from the USCG-BOEMRE Joint Investigation Team will make the decision as to whether to initiate that function.

i. Required Fluid used to flush the BOP Operators, pipework and Pods shall be Houghton Stackguard.

**Procedure:**

1. Set containment berm on sliding Moonpool door with BOP shipping Skid located inside of berm.

|  | **MC252-1 Plug and Abandonment Project**<br>**Contingency: Recover BOPs with DP Inside** |  |
|---|---|---|

2. Land BOP Stack (BOP / LMRP) on shipping Skid at rotary center. BOP stump on shipping Skid has closed bottom which will capture debris internal to BOP bore. Shipping Skid can accommodate 8-in of drill pipe hanging below the Wellhead connector.

3. Latch BOP Wellhead Connector with 1,500-psi.

4. Conduct BOP / LMRP hazard search including removal of dropped objects. Items removed shall follow general note (c) above.

5. Hard Stamp BOP/LMRP well orientation to North as was installed on the Wellhead.

6. Take samples of all contaminates and debris from the external of the complete stack that may be removed during the de-contamination process. (Identify and record the position where the sample was removed)

7. Perform complete wash down with the use of detergent and fresh water to de-contaminate the BOP, capture and tag any additional debris discovered. Wash down fluids shall be captured and retained as evidence and transported to shore on the Barge with the LMRP and BOP.

8. All BOP Hose fittings to be removed for this procedure will be pre-inspected for tightness and condition.

9. Document and record any control hoses that have been cut during intervention. Review the DWH BOP function spread sheet and confirm the functions not to be actuated in procedures.

10. Securely fasten any hoses with HIT tools or Manifolds installed in a manner to "u-tube" fluid within the hose and to prevent movement.

11. Prepare to lift the LMRP from the BOP installing net / capture system for falling debris from LMRP and BOP.

12. Perform LMRP disconnect procedures to lift LMRP off of the BOP.

    a. Retract BOP Stack Stingers.

    b. Unlock Mini Collet Connectors.

    c. Unlock the LMRP Connector.

    d. Retract wet mate connector if required.

13. Lift LMRP off BOP.

14. As LMRP is lifted observe drill pipe between LMRP and BOP. Driller to monitor weight indicator looking for weight increase indicating drill pipe is caught in though bore of LMRP.

15. If apparent the drill pipe is free, continue to lift LMRP above top of drill pipe.

16. Deploy a capture "diaper" system under LMRP for dropped objects.

17. Open Moonpool door moving BOP out from under LMRP.

18. Mark position of BOP Skid on Moonpool door for repositioning later.

|  | MC252-1 Plug and Abandonment Project<br>Contingency: Recover BOPs with DP Inside |  |
|---|---|---|

19. Install lifting slings on BOP pad-eyes.
20. Lift BOP to pipe rack and secure.
21. Set LMRP Skid on Moonpool door in correct position.
22. Close Moonpool door.
23. Lower LMRP onto shipping Skid.
24. Break out transition spool flange connection to LMRP with the Riser Torque Wrench.
25. Lift transition spool and BOP pulling assy above the LMRP.
26. Open Moonpool door.
27. Inspect LMRP bore for drill pipe and debris, document position of any items found.
28. Inspect BOP bore for drill pipe and debris, document position of any items found.
29. Remove loose drill pipe and debris from BOP / LMRP bores, following evidentiary procedures.  Document with video camera as needed.
30. **BOP Hot Line procedure steps:**
    a. Rig up top capture vented fluid from the BOP at current location on the deck.
    b. On each Ram operation sequence; Apply the minimum hydraulic pressure required (3000 psi max) to function the BOP Operator, utilizing a hot line hose with a needle valve and a pressure gauge.  Capture all fluid returns from the Operator to a container.
    c. Document and remove Yellow 1" Hose from UBSR (Upper Blind Shear Ram) Open Shuttle Valve.
    d. Install Hot Line Hose to UBSR Open Shuttle Valve.
    e. Position personnel at the top of the Lower BOP Stack to observe the Bore and UBSR.
    f. Position video camera equipment at the top Mandrel of the Lower BOP Stack to observe the Bore and UBSR movement.
    g. Apply the minimum hydraulic pressure required to function the UBSR Open. Record the maximum pressure required to function the Operator.
    h. When the UBSR is open, vent the hot line pressure and remove the fitting from the UBSR Shuttle Valve.
    i. Re-install the Yellow 1" Hose to UBSR Open Shuttle Valve.
    j. Document the condition and position of the CSR (Casing Shear Ram).
    k. Document and remove any loose Drill Pipe or debris from the Bore.
    l. Document and remove Yellow 1" Hose from CSR Open Shuttle Valve.
    m. Install Hot Line Hose to CSR Open Shuttle Valve.

 

**MC252-1 Plug and Abandonment Project
Contingency: Recover BOPs with DP Inside**

n.  Position personnel at the top of the Lower BOP Stack to observe the Bore and CSR.

o.  Position video camera equipment at the top Mandrel of the Lower BOP Stack to observe the Bore and CSR movement.

p.  Apply the minimum hydraulic pressure required to function the CSR Open. Record the maximum pressure required to function the Operator.

q.  When the CSR is open, vent the hot line pressure and remove the fitting from the CSR Shuttle Valve.

r.  Re-install the Yellow 1" Hose to CSR Open Shuttle Valve.

s.  Document the condition and position of the UVBR (Upper Variable Bore Ram).

t.  Document and remove any loose Drill Pipe or debris from the Bore.

u.  Document and remove Yellow 1" Hose from UVBR Open Shuttle Valve.

v.  Install Hot Line Hose to UVBR Open Shuttle Valve.

w.  Position personnel at the top of the Lower BOP Stack to observe the Bore and UVBR.

x.  Position video camera equipment at the top Mandrel of the Lower BOP Stack to observe the Bore and UVBR movement.

y.  Apply the minimum hydraulic pressure required to function the UVBR Open. Record the maximum pressure required to function the Operator.

z.  When the UVBR is open, vent the hot line pressure and remove the fitting from the UVBR Shuttle Valve.

aa. Re-install the Yellow 1" Hose to UVBR Open Shuttle Valve.

bb. Document the condition and position of the MVBR (Middle Variable Bore Ram).

cc. Document and remove any loose Drill Pipe or debris from the Bore.

dd. Document and remove Yellow 1" Hose from MVBR Open Shuttle Valve.

ee. Install Hot Line Hose to MVBR Open Shuttle Valve.

ff. Position personnel at the top of the Lower BOP Stack to observe the Bore and MVBR.

gg. Position video camera equipment at the top Mandrel of the Lower BOP Stack to observe the Bore and MVBR movement.

hh. Apply the minimum hydraulic pressure required to function the MVBR Open. Record the maximum pressure required to function the Operator.

ii. When the MVBR is open, vent the hot line pressure and remove the fitting from the MVBR Shuttle Valve.

jj. Re-install the Yellow 1" Hose to MVBR Open Shuttle Valve.

 

| | MC252-1 Plug and Abandonment Project<br>Contingency: Recover BOPs with DP Inside | |
|---|---|---|

kk. Document the condition and position of the TR (Test Ram).

ll. Document and remove any loose Drill Pipe or debris from the Bore.

mm. Document and remove Yellow 1" Hose from TR Open Shuttle Valve.

nn. Install Hot Line Hose to TR Open Shuttle Valve.

oo. Position personnel at the top of the Lower BOP Stack to observe the Bore and TR.

pp. Position video camera equipment at the top Mandrel of the Lower BOP Stack to observe the Bore and TR movement.

qq. Apply the minimum hydraulic pressure required to function the TR Open. Record the maximum pressure required to function the Operator.

rr. When the TR is open, vent the hot line pressure and remove the fitting from the TR Shuttle Valve.

ss. Re-install the Yellow 1" Hose to TR Open Shuttle Valve.

tt. Document and remove any loose Drill Pipe or debris from the Bore.

uu. Document condition of Well Bore with Camera.

vv. Capture a sample of fluid from the well bore.

ww. Fill BOP with BOP preservative fluid (to allow displacement of the preservative behind the Ram Blocks in the Ram Cavities).

31. **LMRP Procedures:**

a. Hook up to each Pod (Yellow & Blue) WITH a 3,000-psi hydraulic supply to allow function of systems and displacement of contaminated fluids. Hydraulic fluid to be stack guard (preferred), Stack Magic or Aqua-link 325.

b. Hook up Portable Electronic Test Unit (PETU) controls to the Yellow / Blue Pod to allow function of systems and displacement of contaminated fluids.

c. Take a fluid sample from both Pods.

d. Place tarps around BOP pods to direct fluid into containment during function of systems.

e. Close Moonpool door to move LMRP under well center.

f. Reconnect transition spool to LMRP.

g. Lift LMRP above BOP height.

h. Open Moonpool door.

i. Remove LMRP Skid.

j. Relocate BOP from pipe rack to Moonpool door marked position.

k. Close Moonpool door.

l. Land LMRP onto BOP.

|  | **MC252-1 Plug and Abandonment Project**<br>**Contingency: Recover BOPs with DP Inside** |  |
|---|---|---|

    m. Latch LMRP Connector.

    n. Latch Mini Collets.

    o. Extend BOP pod Stingers.

32. **Perform BOP/LMRP Preservation steps:**

    a. Review the DWH BOP function spread sheet and confirm the functions not to be actuated in procedure.

    b. With all functions in block / vent position, run each regulator from zero to full range three times to flush regulator. Note: Regulators have been adjusted during intervention. Set each regulator to 500-psi.

    c. Perform a complete function cycle from open to close back to open from each pod where possible to each Ram, Failsafe Valve & Annular where possible and record results.

33. De-energize and retract BOP stinger in both pods then re-energize.

34. Unlatch Mini Collet Connectors.

35. Unlatch LMRP Connector.

36. Lift LMRP off BOP.

37. Open Moonpool door.

38. Move BOP to pipe rack.

39. Skim off any contaminants from top of BOP bore and retain sample.

40. Top off BOP Bore with BOP preservative fluid.

41. Cover top OF BOP mandrel.

42. Place LMRP Skid on moonpool door.

43. Close moonpool door.

44. Lower LMRP to transport Skid / stump and latch LMRP connector with 1500psi.

45. De-energize and retract LMRP stinger in both pods then re-energize.

46. Rig up and remove transition spool from the LMRP.

47. Fill LMRP bore with BOP preservative fluid.

48. Cover top of LMRP riser flange.

49. **Perform pod flushing procedure:**

    a. Confirm hydraulic supply pressure to Yellow Pod Pilot accumulators.

    b. Open all Yellow Pod Valve Pilot bleeder vents.

    c. Fire all Yellow Pod Solenoid Functions in sequential order.

    d. Observe Bleeder Valve ports for fresh fluid flow.

    e. Close all Pod Valve Pilot bleeder vents on Yellow Pod.

|  | **MC252-1 Plug and Abandonment Project**<br>**Contingency: Recover BOPs with DP Inside** |  |
|---|---|---|

    f.  Open the 1" hydraulic accumulator supply valve to Yellow Pod.
    g.  Fire all Yellow Pod Valve Functions in sequential order.
    h.  Observe Pod Valve vent ports for fresh fluid flow.
    i.  Close and vent the 1" hydraulic accumulator supply valve to Yellow Pod.
    j.  Confirm hydraulic supply pressure to Blue Pod Pilot accumulators.
    k.  Open all Blue Pod Valve Pilot bleeder vents.
    l.  Fire all Blue Pod Solenoid Functions in sequential order.
    m.  Observe Bleeder Valve ports for fresh fluid flow.
    n.  Close all Pod Valve Pilot bleeder vents on Blue Pod.
    o.  Open the 1" hydraulic accumulator supply valve to Blue Pod.
    p.  Fire all Blue Pod Valve Functions in sequential order.
    q.  Observe Pod Valve vent ports for fresh fluid flow.
    r.  Close and vent the 1" hydraulic accumulator supply valve to Blue Pod.
    s.  Disconnect Hydraulic supply Hoses from Blue and Yellow Pods and install Cap on fitting.
    t.  Disconnect Electrical Connectors from Blue and Yellow Pods and install Dust Cap on Receptacle.

50. Prepare BOP and LMRP for transportation to on-shore location.