UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig                            MDL No. 2179
        "Deepwater Horizon" in the
        Gulf of Mexico, on April 20, 2010           Section: J

                                                            Judge Barbier
                                                            Mag. Judge Shushan

This Document Relates to:                          Case No.: 4:10-cv-00162
WATER STREET SEAFOOD, INC., et al,
_____/

## NOTICE OF APPEARANCE

The Law Firm of Searcy Denney Scarola Barnhart & Shipley, P.A., as co-counsel representing the Plaintiffs, WATER STREET SEAFOOD, INC., GREG ABRAMS SEAFOOD INC., BLUE PARROT OCEANFRONT, CAFE INC., TARPON DOCK SEAFOOD, MARKET, G.A. FISH, INC., WJ2 LLC, SGI RENTALS, INC., STEVE LIMA a/k/a CAPTAIN SHELLEY SEAFOOD, and JOHN S. "STAN" GRANT, each individually and on behalf of all others similarly situated, hereby serves notice of its appearance in the above-referenced case.  Henceforth send all future communications to the Plaintiff to:

MDL:2179
CASE NO.: 4:10-cv-00162-SPM-WCS

      CHRISTIAN D. SEARCY, ESQUIRE
      CDS@Searcylaw.com
      C. CALVIN WARRINER, III, ESQUIRE
      CCW@Searcylaw.com
      BRENDA S. FULMER, ESQUIRE
      BSF@Searcylaw.com
      Searcy Denney Scarola Barnhart & Shipley, P.A.
      2139 Palm Beach Lakes Boulevard
      West Palm Beach, Florida  33409
      Phone:  (561) 686-6300
      Fax:  (561) 383-9498

     I HEREBY CERTIFY that a copy of the foregoing was electronically filed this  2nd  day of September, 2010.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /s/ Brenda S. Fulmer
                                            Christian D. Searcy
                                            Florida Bar No.: 158298
                                            CDS@Searcylaw.com
                                            C. Calvin Warriner, III
                                            Florida Bar No.:  374131
                                            CCW@Searcylaw.com
                                            Brenda S. Fulmer
                                            Florida Bar No.: 999891
                                            BSF@Searcylaw.com
                                            Searcy Denney Scarola Barnhart & Shipley, P.A.
                                            2139 Palm Beach Lakes Boulevard
                                            West Palm Beach, Florida 33409
                                            Phone: (561) 686-6300
                                            Fax:    (561) 383-9498
                                            Attorneys for Plaintiff(s)