UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | THIS DOCUMENT RELATES TO: |
| | * | ROSHTO v. BP P.L.C., ET AL. |
| | * | C.A. NO. 2:10-CV-01156-CJB-SS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| NATALIE ROSHTO, ET AL. | * | |
| Plaintiffs | * | |
| | * | |
| versus | * | C.A. NO. 2:10-CV-01156-CJB-SS |
| | * | |
| TRANSOCEAN, LTD. AND BP, PLC | * | |
| Defendants | * | |
| | * | |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICE

Edward J. Murphy of the law firm of Beirne, Maynard & Parsons, LLP, on behalf of M-I, L.L.C. files this notice of appearance and requests notice of all pleadings, proceedings, hearings, and reports filed in the above-captioned proceeding be sent to Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Boulevard, Suite 2500, Houston, Texas 77056, emurphy@bmpllp.com.

Respectfully submitted,

**/s/ Edward J. Murphy**
Edward J. Murphy (Texas Bar No. 14697500)
**BEIRNE, MAYNARD & PARSON, LLP**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527
emurphy@bmpllp.com

*Attorneys for Defendant, M-I L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system. I also certify that I have mailed this filing by U.S. Postal Service to all counsel of record who are not registered to receive electronic service by operation of the Court's electronic filing system.

**/s/ Edward J. Murphy**
Edward J. Murphy (Texas Bar No. 14697500)