UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF LAWRENCE L. JONES II
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pretrial Order No. 1, Lawrence L. Jones II respectfully submits the following as his application for appointment to the Plaintiffs' Steering Committee.  In support of his application, the undersigned states as follows:

1)      Lawrence L. Jones II is a founding member of Bahe Cook Cantley & Jones PLC, a fourteen-lawyer firm in Louisville, Kentucky.  Mr. Jones is licensed to practice law in the Commonwealth of Kentucky (including its state and federal courts) and is also admitted to practice law in the United States District Court for the Southern District of Indiana and the United States District Court for the Northern District of Florida.  Additionally, Mr. Jones has been admitted *pro hac vice* in numerous state and federal courts across the country.

2)      On appointment from the Governor of the Commonwealth of Kentucky, Mr. Jones is currently serving on temporary assignment as a Special Justice on the Kentucky Supreme Court, sitting in place of a Kentucky Supreme Court Justice recused because of a conflict of interest.  At age 38, Mr. Jones is one of the youngest Supreme Court Justices to serve in Kentucky.

3)      Mr. Jones is AV-rated by Martindale Hubbell, an achievement earned by his 5th

1

year of practice, and is the recipient of numerous professional awards and recognition.

4) Mr. Jones is currently a member of the Plaintiffs' Steering Committee for In Re: Total Body Formula Products Liability Litigation, MDL No. 1946, which is currently winding down after the PSC successfully negotiated a settlement of all federal claims last month.

5) Mr. Jones has vast experience in complex business litigation, class actions, and mass tort cases.

6) Mr. Jones is lead counsel in *Larry O'Bryan, et al. v. BP, PLC, et al.,* Case No. 3:10-CV-368-S (W.D. Ky.) (putative class action on behalf of Kentucky residents who own property in Florida) and co-counsel in *George Weems Ward, et al. v. BP, PLC, et al.,* Case No. 4:10-cv-00157-SPM-WCS (putative class action on behalf of all Florida residents who live, work in or derive income from the Florida Coastal Zone) and *Mary Gifford Walton, et al. v. BP, PLC, et al.,* Case No. 4:10-CV-00331-RH-WCS (N.D. Fla.) (putative class action on behalf of Florida coastal residents regarding property tax liability).  In addition to the above-referenced cases, Mr. Jones and his co-counsel presently represent over 100 large, small and sole proprietor businesses, and individual clients damaged by the effects of the BP oil spill, including Northwest Floridians exposed to Corexit 9500 and 9527(A) dispersant contamination; Northwest Florida real estate brokers, agents, and developers with hundreds of millions in damages; Northwest Florida vacation rental property management companies with approximately 1,000 coastal properties under management with multi-millions in damages; Northwest Florida tour boat captains, commercial fishermen, oystermen, and charter boat captains; Northwest Florida waterfront resorts, restaurants, seafood wholesalers, and other businesses on the Northwest Florida coast. Based on the current developments with the Gulf Coast Compensation Fund ("GCCF") it is expected that many of these claims will ultimately be filed in state and federal courts, and Mr. Jones and his co-counsel are preparing GCCF claims with likely litigation in mind.

7) Having been involved in this case since late April, and having spent weeks living on the Gulf Coast meeting with clients and working on this case, Mr. Jones understands the complexity of this matter and appreciates the time-consuming nature of appointment to the PSC. Mr. Jones is ready, willing, and able to devote the time and resources of his firm to this litigation.

8) As indicated by his experience in various leadership positions, Mr. Jones has a demonstrated ability of working well with others. Among others, Mr. Jones has served or currently serves in the following leadership for the following legal organizations: AAJ State Delegate, Board Member of the Kentucky Justice Association, Board Member of the Louisville Bar Association, Past Chair of the Louisville Bar Association's Litigation Section and Young Lawyers Section. Additionally, pursuant to appointment by the Governor of Kentucky, Mr. Jones currently serves as a Board Member of the Kentucky Higher Education Assistance Authority and the Kentucky Student Loan Corporation.

9) Mr. Jones and/or members of his firm are currently involved in the following MDL proceedings: In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2151; In Re: Yaz and Yasmin (Drospirenone) Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2100; In Re: Hydroxycut Marketing and Sales Practices Litigation, MDL No. 2087; In Re: Digitek Products Liability Litigation, MDL No. 1968; In Re: Total Body Formula Products Liability Litigation, MDL No. 1946; In Re: Levaquin Products Liability, MDL No. 1943; In Re: Mirapex Products Liability Litigation, MDL No. 1836; In Re: Fosamax Products Liability Litigation, MDL No. 1789.

10) Mr. Jones and his firm were one of nine firms jointly proposed as class counsel for the putative class claims for In Re: Digitek Products Liability Litigation, MDL No. 1968, which enabled Mr. Jones to serve on the class action briefing committee.

11)     Mr. Jones' experience is both broad and national in scope.  During his career, he has worked on matters involving complex business litigation for Fortune 500 companies, wrongful death, class actions, nursing home negligence, defective products, medical malpractice, auto accidents, employment disputes (breach of contract, wrongful discharge, and non-compete agreements), employment discrimination, insurance practices and coverage (bad faith and contract disputes), consumer protection, business contract disputes, lender liability, letters of credit, financial advisor negligence, unfair competition, trade secrets, defective software, preferential transfers, creditors' rights, fiduciary disputes, False Claims Act/Qui Tam actions, planning and zoning appeals, fiduciary duty claims, and common law fraud.

12)     Mr. Jones is a noted leader in both the business and the legal communities.  In 2007, the Louisville Courier Journal's Velocity Magazine featured Mr. Jones as one of Louisville's "Generation Next."  In 2005, Louisville's *Business First* publication selected Mr. Jones as one of the "Top 40 Under Forty" -- an award bestowed upon the top 40 business leaders in the Louisville area under the age of forty.  More recently, in 2010, Mr. Jones was selected as the Outstanding Young Professional Alumnus by the University of Kentucky College of Law.

WHEREFORE, Lawrence L. Jones II respectfully requests that the Court appoint him to the Plaintiffs' Steering Committee.

    Respectfully submitted,

    BAHE COOK CANTLEY & JONES PLC
    Lawrence L. Jones II

    __s/Lawrence L. Jones II_____
    Kentucky Home Life Building
    239 South Fifth Street, Suite 700
    Louisville, Kentucky 40202
    Office: (502) 587-2002
    Facsimile: (502) 587-2006
    E-mail: larry@bccjlaw.com