UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**ORDER**

Considering Transocean Offshore Deepwater Drilling Inc.'s Motion to Strike USCG/BOEM Board of Investigation Testimony:

IT IS HEREBY ORDERED that the aforementioned motion is GRANTED, and the USCG/BOEM Board of Investigation testimony of Stringfellow and Williams is excluded from use as evidence at the September 3, 2010 hearing regarding Transocean's Motion for Protective Order.

Signed this ____ day of September, 2010.

_____
HONORABLE JUDGE CARL J. BARBIER