# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## EXHIBIT LIST

At the hearing scheduled for September 3, 2010, the following exhibits may be introduced:

Exhibit US 100: Schematic of BOP;

Exhibit US 101: Excerpts of Testimony of William Stringfellow;

Exhibit US 102: Excerpts of Testimony of Michael Williams.

As a result of the provision of materials by Transocean this morning, and Cameron's subsequent indication that it will submit additional materials at an unspecified time, the United States reserves the right to introduce additional exhibits given the lack of opportunity to review the submissions and prepare responsive exhibits prior to the scheduled hearing.

1

The foregoing exhibits may be introduced by the United States, which presently is not a party in this litigation, said appearance made specially and not generally, and for the limited purpose of responding to the motion styled "Motion for Protective Order" filed by defendant Transocean, said special appearance made without waiver of any defenses, exceptions, or privileges, including subject matter jurisdiction.

> TONY WEST
> Assistant Attorney General
> JAMES LETTEN
> United States Attorney
> PETER F. FROST
> Director, Torts Branch, Civil Division
> Admiralty and Aviation
> STEPHEN G. FLYNN, Assistant Director
> MICHELLE DELEMARRE, Trial Attorney
> SHARON SHUTLER, Trial Attorney
> Torts Branch, Civil Division
> Admiralty and Aviation
> U. S. Department of Justice
> P. O. Box 14271, Ben Franklin Station
> Washington, DC  20044-4000
> Telephone:  (202) 616-4026
> Facsimile:  (202) 616-4002
>
>
> /s/ R. Michael Underhill
> R. MICHAEL UNDERHILL, T.A.
> Attorney in Charge, West Coast Office
> Torts Branch, Civil Division
> U.S. Department of Justice
> 7-5395 Federal Bldg., Box 36028
> 450 Golden Gate Avenue
> San Francisco, California  94102-3463
> Telephone: (415) 436-6648
> E-mail: mike.underhill@usdoj.gov

SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, Louisiana 70130
Tel: 505-680-3000

Attorneys for the United States
Of America, Appearing Specially
and Not Generally