UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**EX PARTE MOTION AND INCORPORATED
MEMORNADUM IN SUPPORT FOR
<u>EXPEDITED HEARING REGARDING MOTION TO STRIKE</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Transocean Offshore Deepwater Drilling Inc. ("Transocean"), who respectfully moves this Honorable Court for an expedited hearing on its Motion to Strike USCG/BOEM Board of Investigation Testimony as it relates to Motion for Protective Order hearing set on Friday, September 3, 2010 at 9:30 a.m.  Transocean's Motion to Strike will assist the Court in its decision regarding the Motion for Protective Order as it relates to the protection and preservation of physical evidence associated with the Blow Out Preventer ("BOP").

Respectfully submitted,

**FRILOT L.L.C.**

/s/ Kerry J. Miller
**MILES P. CLEMENTS (#4184)**
**KERRY J. MILLER (#24562)**
**PAUL C. THIBODEAUX (#29446)**
**1100 Poydras Street**
**Suite 3700**
**New Orleans, LA 70163**
**Telephone: (504) 599-8194**
**Facsimile:  (504) 599-8145**
**E-mail: mclements@frilot.com**
**E-mail:  kmiller@frilot.com**
**E-mail:  pthibodeaux@frilot.com**

**AND**

**EDWARD F. KOHNKE IV, T.A.(#07824)**
**EDWIN G. PREIS, JR. (10703)**
**PREIS & ROY**
**(A Professional Law Corporation)**
**Pan American Life Center**
**601 Poydras Street, Suite 1700**
**New Orleans, LA 70130**
**Telephone:  (504) 581-6062**
**Facsimile: (504) 522-9129**

**COUNSEL FOR TRANSOCEAN**
**OFFSHORE DEEPWATER**
**DRILLING INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 2nd day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ Kerry J. Miller
    KERRY J. MILLER