UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**ORDER ON EX PARTE MOTION FOR EXPEDITED HEARING
ON MOTION TO STRIKE USCG/BOEM BOARD
OF INVESTIGATION TESTIMONY**

CONSIDERING the foregoing Ex Parte Motion for Expedited Hearing on Defendant Transocean Offshore Deepwater Drilling Inc.'s Ex Parte Motion for Expedited Hearing on its Motion to Strike USCG/BOEM Board of Investigation Testimony,

IT IS HEREBY ORDERED that Transocean's Ex Parte Motion for Expedited Hearing is hereby GRANTED; and

IT IS FURTHER ORDERED that Transocean's Motion to Strike USCG/BOEM Board of Investigation Testimony be set for hearing before the undersigned on the 3rd day of September, 2010 at 9:30 a.m.

_____
HONORABLE JUDGE CARL J. BARBIER