UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**NOTICE OF EXPEDITED HEARING ON MOTION TO
STRIKE USCG/BOEM BOARD OF INVESTIGATION TESTIMONY**

PLEASE TAKE NOTICE THAT Defendant, Transocean Offshore Deepwater Drilling Inc. ("Transocean"), will bring its Motion to Strike USCG/BOEM Board of Investigation Testimony for hearing on Friday, September 3, 2010 at 9:30 a.m., before the Honorable Carl J. Barbier, United States District Judge, at the United States District

Courthouse, 500 Poydras Street, New Orleans, Louisiana.

        Respectfully submitted,

        **FRILOT L.L.C.**

        /s/ Kerry J. Miller
        **MILES P. CLEMENTS (#4184)**
        **KERRY J. MILLER (#24562)**
        **PAUL C. THIBODEAUX (#29446)**
        1100 Poydras Street
        Suite 3700
        New Orleans, LA 70163
        Telephone: (504) 599-8194
        Facsimile:  (504) 599-8145
        E-mail: mclements@frilot.com
        E-mail:  kmiller@frilot.com
        E-mail:  pthibodeaux@frilot.com

        AND

        **EDWARD F. KOHNKE IV, T.A.(#07824)**
        **EDWIN G. PREIS, JR. (10703)**
        **PREIS & ROY**
        **(A Professional Law Corporation)**
        Pan American Life Center
        601 Poydras Street, Suite 1700
        New Orleans, LA 70130
        Telephone:  (504) 581-6062
        Facsimile: (504) 522-9129

        **COUNSEL FOR TRANSOCEAN**
        **OFFSHORE DEEPWATER**
        **DRILLING INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 2nd day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

        /s/ Kerry J. Miller
        KERRY J. MILLER