UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**MOTION TO STRIKE USCG/BOEM
<u>BOARD OF INVESTIGATION TESTIMONY</u>**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Transocean Offshore Deepwater Drilling Inc. ("Transocean"), who respectfully moves this Honorable Court for entry of an order striking the United States' use of excerpts of the United States Coast Guard/Bureau of Ocean Energy Management ("USCG/BOEM") testimony of William Stringellow and Michael Williams at the September 3, 2010 hearing on Transocean's Motion for Protective Order. As more fully set forth in the attached Memorandum in Support, pursuant to 46 USC § 6308, USCG/BOEM testimony is not admissible as evidence in the instant civil proceeding.  Moreover, Stringfellow's and Williams' testimony is irrelevant, as it does not relate to the issues at hand:  1) the

interim preservation of the blowout preventer ("BOP"); and 2) the BOP storage location for interim preservation.

**FRILOT L.L.C.**

/s/ Kerry J. Miller
**MILES P. CLEMENTS (#4184)**
**KERRY J. MILLER (#24562)**
**PAUL C. THIBODEAUX (#29446)**
**1100 Poydras Street**
**Suite 3700**
**New Orleans, LA 70163**
**Telephone: (504) 599-8194**
**Facsimile: (504) 599-8145**
**E-mail: mclements@frilot.com**
**E-mail: kmiller@frilot.com**
**E-mail: pthibodeaux@frilot.com**

**AND**

**EDWARD F. KOHNKE IV, T.A.(#07824)**
**EDWIN G. PREIS, JR. (10703)**
**PREIS & ROY**
**(A Professional Law Corporation)**
**Pan American Life Center**
**601 Poydras Street, Suite 1700**
**New Orleans, LA 70130**
**Telephone: (504) 581-6062**
**Facsimile: (504) 522-9129**

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has on this 2nd day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ Kerry J. Miller
KERRY J. MILLER