UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**<u>ORDER</u>**

Considering Transocean Offshore Deepwater Drilling Inc.'s Motion to Strike USCG/BOEM Board of Investigation Testimony:

IT IS HEREBY ORDERED that the aforementioned motion is GRANTED, and the USCG/BOEM Board of Investigation testimony of Stringfellow and Williams is excluded from use as evidence at the September 3, 2010 hearing regarding Transocean's Motion for Protective Order.

Signed this ____ day of September, 2010.

_____
HONORABLE JUDGE CARL J. BARBIER