**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  Oil Spill by the Oil Rig                                MDL No. 2179
        "Deepwater Horizon" in the
        Gulf of Mexico, on April 20, 2010           Section: J

                                                                Judge Barbier
                                                                Mag. Judge Shushan

This Document Relates to:                           Reference Case No.: 10-2671
WATER STREET SEAFOOD, INC., et al,
_____/

**NOTICE OF APPEARANCE**

The Law Firm of Searcy Denney Scarola Barnhart & Shipley, P.A., as co-counsel representing the Plaintiffs, WATER STREET SEAFOOD, INC., GREG ABRAMS SEAFOOD INC., BLUE PARROT OCEANFRONT, CAFE INC., TARPON DOCK SEAFOOD, MARKET, G.A. FISH, INC., WJ2 LLC, SGI RENTALS, INC., STEVE LIMA a/k/a CAPTAIN SHELLEY SEAFOOD, and JOHN S. "STAN" GRANT, each individually and on behalf of all others similarly situated, hereby serves notice of its appearance in the above-referenced case.  Henceforth send all future communications to the Plaintiff to:

CHRISTIAN D. SEARCY, ESQUIRE
CDS@Searcylaw.com
C. CALVIN WARRINER, III, ESQUIRE
CCW@Searcylaw.com
BRENDA S. FULMER, ESQUIRE
BSF@Searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida  33409
Phone:  (561) 686-6300
Fax:  (561) 383-9498

I HEREBY CERTIFY that a copy of the foregoing was electronically filed this  3rd  day of September, 2010.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Brenda S. Fulmer
Christian D. Searcy
Florida Bar No.: 158298
CDS@Searcylaw.com
C. Calvin Warriner, III
Florida Bar No.:  374131
CCW@Searcylaw.com
Brenda S. Fulmer
Florida Bar No.: 999891
BSF@Searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9498
Attorneys for Plaintiff(s)