UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE SEVIN | CIVIL ACTION |
| VERSUS | NO. |
| BP AMERICA, INC., BP AMERICA PRODUCTION COMPANY, BP GLOBAL AND RONNIE MARCEL | SECTION |
| | DIVISION |
| | JURY DEMAND |

## MOTION TO ENROLL AS CO-COUNSEL

On Motion of **ROXANNE SEVIN,** plaintiff in the above captioned matter, and on suggesting to this Court that she desires **DAVID W. ARDOIN** to be enrolled as co-counsel in the matter as captioned above.

RESPECTFULLY SUBMITTED:

NAQUIN AND CARMOUCHE
501 West Third Street
Post Office Box 127
Thibodaux, Louisiana  70302
(985) 447-9554 Telephone
(985) 447-9550 Facsimile

 s/ David W. Ardoin
DAVID W. ARDOIN, Bar Roll No. 24282

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record to this proceeding, via hand delivery, facsimile transmission, electronic transmission, or U.S. Mail, postage prepaid and properly addressed, this 3rd day of September, 2010.

s/ David W. Ardoin