UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROXANNE SEVIN | CIVIL ACTION |
| VERSUS | NO. |
| BP AMERICA, INC., BP AMERICA PRODUCTION COMPANY, BP GLOBAL AND RONNIE MARCEL | SECTION |
| | DIVISION |
| | JURY DEMAND |

## <u>ORDER</u>

**IT IS ORDERED** that **DAVID W.ARDOIN**, attorney at law, be and he is hereby enrolled as co-counsel for the plaintiff, **ROXANNE SEVIN**, in the matter as captioned above.

New Orleans, Louisiana, this _____ day of September, 2010.

_____
JUDGE