UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## REQUEST TO ADD NAME TO PANEL ATTORNEY SERVICE LIST

Pursuant to Paragraph 7 of Pretrial Order No. 1, (R. Doc. 2), the following attorney wishes to be added to the Panel Attorney Service List:

Glenn G. Goodier (#06130)
Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, LA 70170
Telephone: (504) 582-8174
Fax: (504) 589-8174
E-mail: ggoodier@joneswalker.com

Counsel will represent Weatherford U.S., L.P. and Weatherford International, Inc.

{N2198649.1}   1

Respectfully submitted:


*/s/  Glenn G. Goodier*
GLENN G. GOODIER, T. A. (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8174
Fax:  (504) 589-8174
E-mail:  ggoodier@joneswalker.com
*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF System and has been send to all counsel of record on the Panel Attorney Service List this 3rd day of September, 2010.


*/s/  Glenn G. Goodier*
GLENN G. GOODIER