MINUTE ENTRY
BARBIER, J.
SEPTEMBER 3, 2010
JS-10: 2 hrs, 30 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | MDL NUMBER: |
| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | 10-2179  SECTION: J |
| COURTROOM DEPUTY: EILEEN STENSRUD | COURT REPORTER: CATHY PEPPER |

FRIDAY, SEPTEMBER 3, 2010   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

CONTINUATION OF HEARING FROM AUGUST 26, 2010, ON THE JOINT MOTION FOR PROTECTIVE ORDER (50) :

Counsel inform the court that the only issue remaining is how the Blow-Out Preventor (BOP) should be preserved and housed during the "interim period."
Counsel argue as to the location of the storage site of the BOP.
Transocean's witness:   Daniel Farr, sworn and testified.
United States' witness:  Dr. Neil Thompson, sworn and testified.
Transocean's witness:   Capt Suzanne Englebert, sworn and testified.
The motion for protective order (50) is ORDERED DENIED.
A status report is to be submitted to the court periodically, and the matter of the frequency of this report will be placed on the agenda for the conference set on September 16, 2010.
All exhibits used during this conference (Transocean Exhibits 1 thru 6, United States Exhibit 101, and BP Exhibits 1 thru 3) are ORDERED admitted.
Transocean's motion to strike testimony (159) and motion for expedited hearing on that motion (160) are ORDERED DENIED as moot.
Court adjourns at 12 p.m.

ATTORNEYS: See attached list