## Attendance Record

## MDL-2179
### Oil Spill by the Oil Rig "Deepwater Horizon"

Date: Sep 3, 2010            Time: 9:30 A.M.

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Haycraft | 581-7979 | BP |
| Keith Jarrett | 581-7979 | BP |
| Rob Gasaway | 202-879-5175 | BP |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | Halliburton |
| Carmelite Bertaut | 593-0898 | Cameron (Cameron) |
| David Jones | 713-951-6279 | Cameron |
| Mike Underhill | 415-436-6648 | US, app. specially |
| AUSA Sharon Smith | | " |
| Heather S. Kennedy | 617-820-1637 | U.S.C.G. |
| LCDR Jeff R Bray | 202-309-9559 | U.S.C.G. |
| David Baay | 713-470-6112 | Transocean |
| Scott Bickford | (504) 581-9065 | Plaintiffs |
| Duke Williams | 985-876-7595 | Proxy for CO-Liaison |
| Kerry Miller | 599 8194 | Transocean |
| Tom Thornhill | 985 641 5010 | Plaintiffs/State of LA |
| Sharon Smith | 504-680-3004 | United States |
| Chris Bintcliffe | 713-860-4446 | Anadarko & MOEX |
| Daniel Farr | 281-844-3971 | Transocean |