AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | | DISTRICT COURT EASTERN DISTRICT OF LOUISIANA |
|---|---|---|
| PLAINTIFF'S ATTORNEY SEE LIST ATTACHED TO THE MINUTES | DEFENDANT'S ATTORNEY | DOCKET NUMBER   MDL 10-2179   SEC J |
| | | HEARING DATE SEPTEMBER 3, 2010 |
| PRESIDING JUDGE CARL J. BARBIER | COURT REPORTER CATHY PEPPER | COURTROOM DEPUTY EILEEN STENSRUD |

| U.S. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9-3-10 | X | X | DRAWING OF BLOW-OUT PREVENTER |
| | BP 1 | 9-3-10 | X | X | DECLARATION OF TIMOTHY J. ALLEN, P.E. |
| | BP 2 | 9-3-10 | X | X | LETTER OF NGUYEN TO BP, UNDATED |
| | BP 3 | 9-3-10 | X | X | SUBPOENA DUCES TECUM |
| | TRAN 1 | 9-3-10 | X | X | PICTURE OF BOP |
| | TRAN 2 | 9-3-10 | X | X | PICTURE OF BOP |
| | TRAN 3 | 9-3-10 | X | X | MACONDO PLUG & ABANDONMENT PROJECT |
| | TRAN 4 | 9-3-10 | X | X | ATTACHMENT 15 |
| | TRAN 5 | 9-3-10 | X | X | SITE REQUIREMENT FOR INTERIM PRESERVATION |
| | TRAN 6 | 9-3-10 | X | X | PHYSICAL EVIDENT COLLECTION |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages