UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | CIVIL ACTION |
| | * | NO. 10-CV-1156 C/W 10-CV-1196 |
| | * | |
| | * | SECTION "J" |
| | * | DIVISION "3" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | Applies to: 10-CV-1935 |

**************************************************************************

## RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss without prejudice all named defendants in action 10-CV-1935. Plaintiffs reserve their rights against all other potential defendants.

RESPECTFULLY SUBMITTED BY:

/s/Carlyle Paxton Killen
JAMES E. PAXTON, APLC
James E. Paxton (19094)
Carlyle Paxton Killen (30014)
124 Hancock Street
St. Joseph, LA 71366
Phone: (318) 766-4892
Fax: (318) 766-3945

Richard L. Fewell, Jr. (18891)
1315 Cypress Street
West Monroe, LA 71291
Phone: (318) 388-3320
Fax: (318) 388-3337

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 2, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/Carlyle Paxton Killen