Arrow

**CT**
a Wolters Kluwer business

CT
645 Lakeland East Drive
Suite 101
Flowood, MS 39232

601 936 7400 tel
www.ctlegalsolutions.com

*Filed*

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP -2 PM 4: 39

LORETTA G. WHYTE
CLERK

August 31, 2010

Dawn M. Barrios
Barrios, Kingsdorff & Casteix, LLP
701 Poydras Street,
Suite 3650,
New Orleans, LA 70139-3650

Re: Corliss Gallo, et al., Pltf. vs. BP, p.l.c., et al. including Haliburton Energy Services, Inc., Dfts.

Case No. 10-2795      *Suit J*

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Haliburton Energy Services, Inc., is not listed on our records or on the records of the State of MS.

Very truly yours,

*Janice Jeanfreau*

Janice Jeanfreau
CT Rep

Log# 517204551

FedEx Tracking# 790723983075

cc: United States District Court: Eastern District
    500 Poydras Street,
    Room C-151,
    New Orleans, LA 70130

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Corliss Gallo, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-2795 "J" (1) |
| BP, p.l.c., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Haliburton Energy Services, Inc.
through its agent for service of process
CT Corporation
645 Lakeland East Dr., Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dawn M. Barrios
Bruce S. Kingsdorf
Zachary L. Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA  70139-3650

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Aug 23 2010

Deputy clerk's signature