### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :   J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO 10-2771**

### MOTION TO ENROLL LOCAL COUNSEL OF RECORD

**COME NOW** limitation claimants, Carlos Ramos, Bill Scott Francis and Tyrone Benton and move this Honorable Court to enroll Paul M. Sterbcow and the law firm Lewis, Kullman, Sterbcow & Abramson as local counsel of record for limitation claimants in the captioned cause.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500
(504) 588-1514         Facsimile
sterbcow@lksalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/ Paul M. Sterbcow