UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION :  J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO 10-2771**

## O R D E R

Based on the foregoing;

IT IS HEREBY ORDERED that Paul M. Sterbcow and the law firm of Lewis, Kullman, Sterbcow & Abramson be enrolled as local counsel of record for limitation claimants, Carlos Ramos, Bill Scott Francis and Tyrone Benton in this cause.

New Orleans, Louisiana, this _____ day of _____ , 2010.

_____
DISTRICT JUDGE