# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : MDL NO. 2179 : : SECTION: J : : JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: *Le, et al. v. BP, plc, et al.*, No. 10-CV-02114 (E.D. La.) | : MAG. JUDGE SHUSHAN : : |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Tam V. Le, et al., who respectfully move this Honorable Court for an Order allowing Tammy Tran of the Tammy Tran Law Firm, L.P., to enroll as additional counsel of record for plaintiffs in the action titled, *Le, et al. v. BP, plc, et al.*, Civil Action No. 10-cv-2114 ("*Le* Action"). The *Le* Action is one of the consolidated actions pending before this Court. Pursuant to Pretrial Order #1, paragraph 12 [Docket No. 2], Ms. Tran is deemed to be admitted *pro hac vice* in this litigation because she is admitted to practice and in good standing in the United States District Court for the Southern District of Texas.

WHEREFORE, plaintiffs move this Court to enroll Tammy Tran as additional counsel of record for plaintiffs in the action titled, *Le, et al. v. BP, plc, et al.*, Civil Action No. 10-cv-2114.

Dated: September 7, 2010

                              WEITZ & LUXENBERG, P.C.

By:   */s/ Curt D. Marshall*
       Robert J. Gordon
       Robin L. Greenwald
       Curt D. Marshall
       Julia A. LeMense
       Weitz & Luxenberg, P.C.
       700 Broadway
       New York, New York 10003
       Tel.:  (212) 558-5500
       Fax:  (212) 344-5461
       Email:  pweitz@weitzlux.com
       Email:  rgordon@weitzlux.com
       Email:  rgreenwald@weitzlux.com
       Email:  cmarshall@weitzlux.com
       Email:  jlemense@weitzlux.com

       Russ Herman, La. Bar No. 6819
       Stephen J. Herman, La. Bar No. 23129
       James C. Klick, La. Bar No. 7451
       Soren Gisleson, La. Bar No. 26302
       Herman Herman Katz & Cotlar LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Tel.:  (504) 581-4892
       Fax:  (504) 569-6024
       Email:  Sherman@hhkc.com
       Email:  sgisleson@hhkc.com

       ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 7, 2010, a copy of the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record* was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U.S. Mail, postage prepaid and properly addressed.

                                          */s/ Curt D. Marshall*
                                             Curt D. Marshall