**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| _____ : | |
| **IN RE: OIL SPILL BY THE OIL** : | **MDL NO. 2179** |
| **RIG "DEEPWATER HORIZON"** : | |
| **IN THE GULF OF MEXICO,** : | **SECTION: J** |
| **ON APRIL 20, 2010** : | |
| : | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** : | **MAG. JUDGE SHUSHAN** |
| *Le, et al. v. BP, plc, et al.,* : | |
| **No. 10-CV-02114 (E.D. La.)** : | |
| _____: | |

**ORDER**

     IT IS HEREBY ORDERED, this _____ day of September, 2010, that the motion to enroll Tammy Tran, Esquire, as additional counsel of record, to represent plaintiffs in the above action is GRANTED:

                                        _____

                                        UNITED STATES DISTRICT JUDGE