UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE SHUSHAN |
| *Fruge, et al. v. BP, plc, et al.*, No. 10-cv-01752 (E.D. La.) | : : : | |
| *Mitchell, et al. v. BP, plc, et al.*, No. 10-cv-01472 (E.D. La.) | : : : | |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Mitchell, et al., and Fruge, et al., who respectfully move this Honorable Court for an Order allowing Perry Weitz of Weitz & Luxenberg, P.C. to enroll as additional counsel of record for plaintiffs in the actions titled, *Mitchell, et al. v. BP, plc, et al.,* Civil Action No. 10-cv-01472 ("*Mitchell* Action"), and *Fruge, et al. v. BP, plc, et al.,* Civil Action No. 10-cv-01752 ("*Fruge* Action"). The *Mitchell* and *Fruge* Actions are among those consolidated actions which are presently pending before this Court. Pursuant to Pretrial Order #1, paragraph 12 [Docket No. 2], Mr. Weitz is deemed to be admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Court for the Southern and Eastern Districts of New York.

WHEREFORE, plaintiffs move this Court to enroll Perry Weitz as additional counsel of record for plaintiffs in the actions titled, *Mitchell, et al. v. BP, plc, et al.,* Civil

Action No. 10-cv-01472, and *Fruge, et al. v. BP, plc, et al.,* Civil Action No. 10-cv-01752.

Dated: September 7, 2010

                WEITZ & LUXENBERG, P.C.

By:   */s/ Curt D. Marshall*
      Robert J. Gordon
      Robin L. Greenwald
      Curt D. Marshall
      Julia A. LeMense
      Weitz & Luxenberg, P.C.
      700 Broadway
      New York, New York 10003
      Tel.:  (212) 558-5500
      Fax:  (212) 344-5461
      Email:  pweitz@weitzlux.com
      Email:  rgordon@weitzlux.com
      Email:  rgreenwald@weitzlux.com
      Email:  cmarshall@weitzlux.com
      Email:  jlemense@weitzlux.com

      Jeffrey A. Breit
      Breit Drescher & Imprevento
      999 Waterside Drive
      Norfolk , Virginia 23510
      Tel.:  757-670-3888
      Fax:  757-670-3895
      E-mail:  jbreit@bdbmail.com

      ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 7, 2010, a copy of the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record* was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U.S. Mail, postage prepaid and properly addressed.

      */s/ Curt D. Marshall*
      Curt D. Marshall