UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
:
IN RE: OIL SPILL BY THE OIL             : MDL NO. 2179
RIG "DEEPWATER HORIZON"         :
IN THE GULF OF MEXICO,              : SECTION: J
ON APRIL 20, 2010                              :
                                                              : JUDGE BARBIER
THIS DOCUMENT RELATES TO:     : MAG. JUDGE SHUSHAN
                                                              :
*Fruge, et al. v. BP, plc, et al.*,             :
No. 10-cv-01752 (E.D. La.)                 :
                                                              :
*Mitchell, et al. v. BP, plc, et al.*,        :
 No. 10-cv-01472 (E.D. La.)                :
_____:


# ORDER

IT IS HEREBY ORDERED, this _____ day of September, 2010, that the motion to enroll Perry Weitz, Esq. of Weitz & Luxenberg, P.C., as additional counsel of record, to represent plaintiffs in the above actions is GRANTED:


_____
UNITED STATES DISTRICT JUDGE