UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "*DEEPWATER HORIZON*" | § | |
| in the GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| This Document Relates to All Cases | § | MAG. JUDGE SHUSHAN |
| | § | |

### APPLICATION OF RHON E. JONES FOR
### PLAINTIFFS' STEERING COMMITTEE

**MAY IT PLEASE THE COURT:**

I, Rhon E. Jones[1] (hereinafter referred to as "Rhon Jones") and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., submit and file this application pursuant to Pretrial Order No. 1 for membership to the Plaintiffs' Steering Committee ("PSC"), for MDL No. 2179, In Re Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico on April 20, 2010. I have previously filed multiple civil actions in this litigation in Alabama, Florida, Louisiana and Mississippi, and represent over one thousand plaintiffs, including the State of Alabama, impacted by the *Deepwater Horizon* oil disaster. I have read, understand and agree to the PSC's responsibilities set forth in Pretrial Order No. 1, and further aver:

### KNOWLEDGE AND EXPERIENCE IN PROSECUTING
### COMPLEX LITIGATION, INCLUDING CLASS AND MASS ACTIONS

My law firm and I have extensive experience handling complex litigation, MDL matters, mass environmental disaster actions, and class action lawsuits. The appointment of myself and my firm with our vast experience, knowledge and available resources will further the goals of the PSC and this litigation as a whole. I am the Section Head of the Beasley Allen firm's

---

[1] See attached Exhibit "A", a bio of Rhon Jones. Rhon Jones received his B.A. in Psychology from Auburn University in 1986, and his J.D. from the University of Alabama in 1990.

Environmental / Toxic Torts Litigation section, which includes 14 lawyers and 14 staff members (28 persons total) working on this matter. This section of the law firm focuses on complex environmental contamination, mass actions, personal injury and class action lawsuits. In over a 10-year period, the section has represented more than 30,000 individual clients, including numerous businesses and municipalities that have been damaged by pollution or hazardous wastes. During that period of time, I have been involved in every single lawsuit pursued by this section of the firm, including the following landmark cases:

- Antonio Tolbert, et. al. v. Monsanto Company, et al., 01-cv-1407-S: With a settlement value over $700 million for state and federal cases, the Monsanto case is recognized as the largest environmental settlement in U.S. history.

- Action Marine, Inc. v. Continetal Carbon Company, 3:01-cv-994-F: Obtained a $20.7 million federal air pollution verdict for the City of Columbus, Georgia and successfully defended that verdict before the United States Supreme Court.

- Alice Jackson, individually and on behalf of those similarly situated v. McWane, Inc., CV-04-3416: Obtained a multi-million dollar class action settlement for property owners impacted by air and water discharge.

- Rowe, et al., v. E.I. Dupont De Nemours and Company, 1:06-cv-01810-RMB-AMB: Appointed class counsel in U.S. District Court of New Jersey on behalf of 15,000 private well owners and public water customers whose water was contaminated.

- Chesney, et al. v. Tennessee Valley Authority, 3:09-cv-9: Co-lead counsel for the purported class in what is considered one of the worst environmental disasters in U.S. history and the largest fly ash release in United States history. On December 22, 2008, the TVA Kingston Fossil Plant's coal ash retention pond failed, causing 1.1 billion gallons of toxic coal ash to flood and destroy neighboring properties and ecosystems;

- Peat, Inc. v. Vanguard Research, Inc., 99-02553-cv-BE-NE (N.D. Ala.): Lead counsel for $11 million jury verdict for theft of trade secrets;

- In Re: Motor Fuel Temperature Sales Practices Litigation, MDL No. 1840: Steering Committee member and Offensive Discovery Chairman for nationwide multi-district litigation against the largest oil companies in the world, including BP, Exxon Mobil, Shell, Texaco and Chevron. Recently the Federal District Court in Kansas granted class certification for the bellwether state class. and the 10th Circuit Court of Appeals denied the defendants Rule 23(f) appeal;

My firm has extensive experience in litigating complex mass action and class action litigation throughout the country. In total, Beasley Allen employs over 50 lawyers and 200 support staff, including a full-time staff of investigators, graphic designers and information technology employees. Beasley Allen is currently the largest plaintiff's firm in the country with offices in one location and has attorneys that are licensed to practice in 19 states. The firm has helped its clients obtain over $20 billion in verdicts and settlements, and holds U.S. records for the largest verdicts / settlements in 4 categories:

| | |
|---|---|
| The largest verdict against an oil company in U.S. history | $11.9 Billion |
| The largest pharmaceutical drug settlement in U.S. history | $4.85 Billion |
| The largest environmental settlement in U.S. history | $700 Million |
| The largest predatory lending verdict in U.S. history | $581 Million |

My firm has served as either lead or co-lead counsel on behalf of state and local governments:

- Lead counsel for State of Alabama vs. Exxon Mobil for oil and gas royalty breach of contract and fraud.

- Lead counsel for State of Arkansas, Kansas, Mississippi, South Carolina, Hawaii, Alabama and Utah against 75 pharmaceutical companies for Medicaid Fraud.

Beasley Allen has been selected as Lead Counsel by Federal Courts in some of the most significant multi-district litigation actions (MDLs) in United States history:

- In Re: Vioxx Products Liability Litigation, Co-lead counsel in $4.85 billion settlement against Merk, consolidated in the Eastern District of Louisiana, MDL No. 1657;

- In Re: Reciprocal of America Sales Practices Litigation, United States District Court, Western District of Tennessee, MDL No. 1551;

- In Re: American General Life and Accident Insurance Company Industrial Life Insurance Litigation, United States District Court, District of South Carolina, MDL No. 1429;

3

- Dollar General Corp. Fair Labor Standards Act Litigation, United States District Court, Northern District of Alabama, MDL No. 1635.

Beasley Allen has also been appointed as an MDL Steering Committee or Liaison Leadership Committee Member in the following cases:

- In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, United States District Court, Central District of California, MDL No. 2151 (Liaison Leadership Committee Member);

- In Re: Motor Fuel Temperature Sales Practices Litigation, United States District Court, District of Kansas, MDL No. 1840 (Steering Committee Member, Offensive Discovery Chair);

- In Re: Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, United States District Court, Northern District of California, MDL No. 1699 (Steering Committee Member);

- In Re: Fosamax Products Liability Litigation, United States District Court, Southern District of New York, MDL No. 1789 (Steering Committee Member).

As highlighted above in the Vioxx MDL litigation, my firm has extensive experience and success in litigating in this district, and has been supportive of transfer to the Eastern District of Louisiana from the inception of this litigation. For these reasons, and all the reasons contained herein, my firm and I possess the requisite skill and experience to successfully serve oil spill victims and this litigation.

## WILLINGNESS AND ABILITY TO COMMIT TO A TIME CONSUMING PROCESS

My law firm and I are committed to the *Deepwater Horizon* Oil Spill Litigation and are willing to commit the time, financial resources and manpower resources to this litigation to the fullest extent. In addition to our leadership and success on past cases, the firm has exhibited great leadership in the *Deepwater Horizon* Oil Spill Litigation involving both individual cases and class actions.

My firm and I currently represent over 1,000 clients from numerous states throughout the nation with significant business and property interests.[2] For example, my firm and I represent entities that span across all impacted states including, but not limited to, a host of impacted subcategories:

- Government Entities, including the State of Alabama; Gulf County, Florida; the City of Mexico Beach, Florida; the City of Greenville, Alabama; the City of Brantley, Alabama; the City of Elba, Alabama; the City of Luverne, Alabama; the City of Fort Deposit, Alabama; and the City of Rutledge, Alabama;

- Seafood processors and distributors in Alabama, Florida, Louisiana, and Illinois with a combined revenue of more than $250 million that rely significantly on Gulf seafood;

- Charter and commercial fishermen, including holders of individual fishing quotas ("IFQ"), throughout Alabama, Florida, Louisiana and Mississippi that harvest a wide variety of acquatic species;

- Over $500 million in property interests throughout the Gulf Coast;

- Hundreds of workers along the Gulf Coast that have lost jobs or wages as a result of the oil spill;
- 
- Multiple restaurant, hotel, service and entertainment entities along the Gulf;

- Cleanup workers and residents injured as a result of exposure to crude oil and dispersant toxins;

In total, Beasley Allen has filed 21 lawsuits, with suits pending in Alabama[3], Florida[4], Louisiana[5] and Mississippi[6]. These representative entities and the suits filed on their behalf are a large

---

[2] Beasley Allen currently has clients in Alabama, Arizona, Arkansas, Florida, Louisiana, Georgia, Mississippi, California, Colorado, Connecticut, Illinois, Kentucky, Maryland, Maine, Missouri, Montana, Nevada, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Washington, and Wisconsin.

[3] *Bon Secour Fisheries, et al v. BP, plc, et al., 1:10-cv-206-KD-N (S.D. Ala.); Cotton Bayou Marina d/b/a Tacky Jack's Restaurant v. BP, plc, et al., 1:10-cv-243-WS-C (S.D. Ala.); Deupree Outdoor Guide Services, Inc., v. BP, plc, et al., 1:10-cv-00252-KD-M (S.D. Ala.); Sunrise Rentals Enterprises, et al. v. BP, plc, et al., 1:10-cv-00261-WS-M (S.D. Ala.); Adventure Sports II, Inc. v. BP, plc, et al., 2:10-cv-525-CSC (M.D. Ala.); Waylon C. Callaway v. BP, plc, et al.,*

representative segment of the entities impacted in this litigation, and cover the geographical locations most impacted by the spill. My firm and I have further submitted Freedom of Information Act ("FOIA") requests to public agencies for critical documents pertaining to this litigation.

I have displayed leadership in the oil disaster litigation as co-chair of the American Association for Justice's Gulf Coast Oil Spill Litigation Group. In addition, I, along with other members of my firm, have spoken at seminars to educate other lawyers about how to handle issues and manage client concerns in oil disaster cases. Specifically, I have spoken at Alabama, Mississippi and Louisiana's Environmental State Bar meeting regarding oil disaster issues, along with the Attorneys General for Alabama, Mississippi and Louisiana. I was a seminar speaker at the American Association of Justice's annual meeting in Vancouver, British Columbia, was a panelist at the conference ***Deepwater Horizon: Legal Challenges & Environmental Consequences***, and was a guest speaker at the Conference in Atlanta, Georgia, entitled ***Oil in the***

---

*1:10-cv-00321-B (S.D. Ala.); James E. Fisher and Kate C. Fisher v. BP, plc, et al., 05-cv-2010-901237.00 (S.D. Ala.); Mobile Fixture & Equipment Company, Inc. v. BP, plc, et al., 1:10-cv-000395-C (S.D. Ala.); Glynis H. Wright, et al. v. BP, plc, et al., 1:10-cv-397 (S. D. Ala.);The Fish Market Restaurant, Inc., v. BP, plc, et al., 10-469 (S.D. Ala.); Robyn Hill v. BP, plc, et al., 1:10-cv-00471-CG-N (S.D. Ala.); Paul Monroe, et al., v. BP, plc, et al., 1:10-cv-00472-M (S.D. Ala.); and Worldwide Interiors, LLC v. BP, plc, et al., 1:10-cv-00468 (S.D. Ala.).*

[4] *John Petitjean, et al., v. BP, plc, et al., 3:10-cv-00316-RS-EMT (N.D. Fla.); Charles Evans v. BP, plc, et al., 3:10-cv-00207-MCR-MD (N.D. Fla.); Captn Ander, Inc. v. BP, plc, et al., 4:10-cv-00364-RH-WCS (N.D. Fla.); Anthony and Oana Ireland, et al., v. BP, plc, et al., 3:10-cv-00317-RV-MD (N.D. Fla.)*

[5] *Martin R. Cressey d/b/a BOHICA Fishing Charters, v. BP, plc, et al., 2:10-cv-01721 (E.D. La.); Gulf Crown Seafood, Inc., et al., v. BP, plc, et al., 2:10-cv-01344 (E.D. La.); CJK Fab & Consulting v. BP, plc, et al., 2:10-cv-02839 (E.D. La.)*

[6] *Trehern et al., v. BP, plc , et al., 1:10-cv-00432-HSO-JMR (S.D. Miss.).*

*Gulf - Litigation and Insurance Coverage*. Moreover, I am slated to speak the American Bar Association's environmental seminar in October in Texas.

Beasley Allen clients, myself and other Beasley Allen attorneys have appeared in numerous print media outlets, as well as, on all major news outlets to discuss this litigation, including CNN, Fox News, Fox Business, Reuters, French National TV, Legal Talk in Boston, Hungarian News, New York Times, New York Times Magazine, Los Angeles Times, Associated Press, National Law Journal, American Bar Association Journal, WSFA TV Montgomery, WBRC-TV Birmingham, Birmingham News, The Mobile Press Register, Environmental News Service, law.com, Gadsden Times, LegalNewsline.com, Montgomery Independent, Fulton County Record, Bloomberg, Huntsville Times, Birmingham Business Journal, Topeka Capital-Journal, and newsroomamerica.com.

I, and my law firm, have already invested a substantial time and financial commitment to the oil disaster litigation. With cases pending throughout the impacted region and hundreds of clients, both large and small, having retained my firm and I, Beasley Allen will continue to invest the requisite capital and time commitment necessary to advance the PSC's interest.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

My personal appointments to leadership positions, as well as, that of other members of my firm in Courts throughout the country is an endorsement in and of itself that my law firm and I have the ability to cooperatively work with others. Our record in both serving and bringing resolution to a majority of the cases, where we have served in leadership, is exemplary and a prime example of our ability to work cooperatively with others.

In addition, my firm and I have established a network of support with other lawyers pursing cases in the oil disaster litigation. We believe that this support will result in needed

7

harmony for this important litigation.  As in other MDL's, my firm and I are committed to working in cooperation with other counsel on this litigation and advance it to its logical conclusion – either by trial or settlement.  My firm and I have worked tirelessly with other firms associated in this litigation to establish a network of experts for both the liability aspects of the *Deepwater Horizon* Oil Spill issue and the economic, environmental and personal health implications of the spill. These advancements will be shared with all of the counsel in this litigation.

## ACCESS TO SUFFICIENT RESOURCES TO PROSECUTE LITIGATION IN A TIMELY MANNER

I confidently represent to this Court that my firm has more than sufficient resources, both financial and in manpower with support personnel, to prosecute this litigation in a timely manner.  I personally, and my law firm, have been involved in many multi-million and billion dollar complex litigation cases, both MDL and class action cases, that required substantial financial resources in multi-million dollar commitments, attorney personnel support staff to the degree that both myself and my law firm have a full appreciation for the commitment of resources necessary for this type of important litigation.  As a principal partner and environmental litigation leader in our 50 lawyer, 200 support staff member law firm, I can assure the Court that my law firm and I are completely committed to provide the necessary resources to not only support this litigation, but to see it through to its logical resolution, whether by trial or settlement.

To spare the Court of any repetitive argument, I simply refer the Court to pages 1-4 of this submission which demonstrates my personal involvement and my firm's involvement in complex litigation in both MDL and the class action capacity.  These examples highlight my and

my firm's ability to provide this litigation with sufficient resources to prosecute the litigation in a timely manner.

## **CONCLUSION**

My firm and I have the extensive experience in complex MDL and class action litigation, including the unique experience garnered from years of litigating complex environmental mass and class action cases, critical to steering and litigating what is considered the largest environmental disaster in United States history. This experience includes handling litigation as lead or co-lead in the MDL and class action arenas previously mentioned, including success in this very district – the largest pharmaceutical settlement in United States history. My firm, Beasley Allen, has a solid financial pedigree, some of this country's best and brightest attorneys, top notch support staff, and more than adequate manpower to manage a case of this magnitude and importance. Beasley Allen has invested significant financial and human capital resources, and possesses the necessary commitment to see this litigation through to its resolution.

WHEREFORE, I respectfully request to be appointed to the Plaintiffs' Leadership Committee as a member of the Plaintiffs' Steering Committee to the *Deepwater Horizon* Oil Spill Litigation, MDL No. 2179.

Respectfully submitted,

s/     Rhon E. Jones_____
Rhon E. Jones
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Telephone: 334.269.2343
Facsimile: 334.954.7555
Email:  rhon.jones@beasleyallen.com