# EXHIBIT A



**Rhon E. Jones**
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
**Post Office Box 4160**
**Montgomery, AL 36103-4160**
**(334) 269-2343**
**(334) 954-7555 (facscimile)**
**Rhon.Jones@BeasleyAllen.com**

**Admissions**

- U.S. Court of Appeals, Third Circuit **(2010)**

- U.S. Court of Appeals, Sixth Circuit **(2009)**

- U.S. District Court, Northern District of Florida **(2008)**

- U.S. Court of Appeals, Tenth Circuit **(2008)**

- U.S. Supreme Court **(1997)**

- U.S. Court of Appeals, Eleventh Circuit **(1993)**

- U.S. District Court, Middle, Northern and Southern Districts of Alabama **(1991)**

- Alabama **(1990)**

**Curriculum Vitae**

After serving as law clerk for U.S. District Judge Robert Varner, Rhon began practice in Birmingham with the firm of Starnes & Atchison. Rhon joined Beasley Allen in 1994 and now manages the Toxic Torts/ Environmental Section of the firm. He is currently involved in or has handled toxic exposure or environmental cases in Alabama, Colorado, Florida, Georgia, Minnesota, Kansas, Missouri, Oklahoma, New Jersey, Mississippi, Louisiana and Tennessee.

Rhon has been involved in cases for Beasley Allen where the settlements or verdicts have totaled over $1.1 billion dollars. Cases of note:

- Settlement of the largest toxic tort claims in U.S. history in Anniston, Alabama regarding PCB contamination by Solutia, Monsanto and Pharmacia. The federal court settlement exceeded $700 million.

- Certification of class action by New Jersey federal court relating to PFOA drinking water contamination of an estimated 15,000 water customers.

- Settlement of class action against McWane, Inc. in Birmingham, Alabama for property owners impacted by air and water discharge.

- Federal jury award of $20.7 million affirmed by United States Supreme Court to individual, business and municipal clients over air emissions of carbon black from the

Continental Carbon plant in Phenix City, Alabama. This is believed to be the largest verdict for an air emission case in Alabama history.

- Resolution of mass tort air emission case on a confidential basis in Oklahoma for hundreds of property owners.

- Resolution of multiple predatory lending claims in Georgia and Alabama.

- A jury verdict in excess of $11 million in federal court in Huntsville, Alabama for theft of trade secrets. This is the largest trade secret verdict ever in the State of Alabama.

- A $1.7 million verdict for a small business client involving a business dispute in Perry County, Alabama.

- Co-lead counsel status in Tennessee Coal Ash class action against the Tennessee Valley Authority.

- Settlement of numerous claims for homeowners regarding home finish.

- Resolution of numerous individual securities fraud claims.

- Jury verdict of $2.6 million for timber business in dispute with paper company.

- Arbitration award of $1.9 million for a farm in dispute with the animal supplier.

- Resolution of air emission claims for multiples home owners in Alabama.

- Numerous confidential settlements.

Rhon has taught Torts at Jones School of Law in Montgomery, and he is a regular speaker at national, regional and state seminars on various subjects for both plaintiff and defense counsel. He has authored approximately 20 articles and papers for publications.

Rhon is an Advisory Board Member of the Family Sunshine Center, whose mission is to prevent domestic abuse. Rhon is also a former member of the Board of Directors of the Janice Capilouto Center for the Deaf, which fills special needs for the hearing impaired. He continues to actively support both. In July 2007, Rhon received a Certificate of Recognition from the Alabama State Bar Committee on Volunteer Lawyers Program in tribute to his nomination for the 2007 Alabama State Bar Pro Bono Award. He is a member of the First Baptist Church in Montgomery, where he teaches Sunday School. Rhon is married to the former Deanne Rawls, and they have four children.

**Member**

- American Association for Justice, Gulf Coast Oil Spill Litigation Group, Co-Chair

- Public Justice Foundation. Board Member; Case Development/Special Projects Committee Member; Class Action Preservation Project Committee Member; Communications, State Network & Outreach Committee Member; Membership Committee Member

- Alabama Trial Lawyers Association Executive Committee

- Montgomery County Trial Lawyers Association

- American Association for Justice, Consumer Fraud Subcommittee

- American Bar Association

- Alabama Bar Association; Chairman of Litigation Section; Executive Committee; Treasurer of Environmental Law Section; Judicial Liaison Committee

- Montgomery County Bar Association, Board of Directors **(2010)**

- Federal Bar Association

- Alabama State Bar, Litigation Section, Chair; Environmental Law Section