# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | MDL Docket No. 2179 |
|  | Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 | Judge Barbier |
|  | Mag. Judge Shushan |

**Federal Defendants' Motion to Sever Administrative Procedure Act ("APA") Cases or, In the Alternative, to Assign Cases to Separate Tracks**

For the reasons set forth in the attached memorandum, Federal Defendants in the above-numbered cases, Gulf Restoration Network Inc. et al. v. Salazar et al., No. 1497, filed May 18, 2010 ("Gulf Restoration Network I"), and Gulf Restoration Network Inc. et al. v. Department of the Interior et al., No. 1630, filed June 3, 2010 ("Gulf Restoration Network II"), hereby move to sever two cases brought against them that have been centralized for pre-trial purposes as part of this multi-district litigation ("MDL") proceeding, In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010, No. 10-2179 (E.D. La.).

In the alternative, Federal Defendants request that the cases be assigned to separate tracks, and that they be exempt from the case management requirements that apply to the other MDL cases.

Dated: September 7, 2010                              Respectfully Submitted,

                                                          IGNACIA S. MORENO
                                                          Assistant Attorney General
                                                          Environment and Natural Resources Division

         *s/ Kristofor R. Swanson*
         KRISTOFOR R. SWANSON
         Col. Bar No. 39378
         United States Department of Justice
         Environment and Natural Resources Division
         Natural Resources Section
         P.O. Box 663
         Washington, D.C. 20044-0663
         (202) 305-0248/(fax)(202) 305-0506

         JIM LETTEN
         UNITED STATES ATTORNEY

         *s/ Peter M. Mansfield*
         PETER M. MANSFIELD (28671)
         Assistant United States Attorney
         Hale Boggs Federal Building
         500 Poydras St., Ste. 210B
         New Orleans, LA 70130
         Tele: (504) 680-3047
         Fax: (504) 680-3184
         Peter.Mansfield@usdoj.gov

      I hereby certify that on this 7th day of September, 2010, I electronically filed the foregoing MOTION TO SEVER CASES BROUGHT PURSUANT TO THE ADMINISTRATIVE PROCEDURE ACT OR, IN THE ALTERNATIVE, TO ASSIGN SUCH CASES TO SEPARATE TRACKS, and proposed order, with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Alisa A. Coe, David G. Guest, and Monica K. Reimer.  The CM/ECF system will also send a notice of electronic filing to Interim Liaison Counsel for the consolidated cases: Stephen J. Herman, James Parkerson Roy, Don K. Haycraft, Donald Godwin, Deborah D. Kuchler, Phil Wittmann, and Kerry Miller.

                                                   *s/ Kristofor R. Swanson*
                                                   KRISTOFOR R. SWANSON, Trial Attorney