# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 </br></br> This Document Relates to: No. 10-1497, No. 10-1630 | MDL Docket No. 2179 </br></br> Section: J </br></br> Judge Barbier </br> Mag. Judge Shushan |

**Notice of Hearing for Federal Defendants' Motion to Sever Administrative Procedure Act ("APA") Cases or, In the Alternative, to Assign Cases to Separate Tracks**

Federal Defendants in the above-numbered cases, Gulf Restoration Network Inc. et al. v. Salazar et al., No. 1497, filed May 18, 2010 ("Gulf Restoration Network I"), and Gulf Restoration Network Inc. et al. v. Department of the Interior et al., No. 1630, filed June 3, 2010 ("Gulf Restoration Network II"), hereby give notice of their intent to move to sever two cases brought against them that have been centralized for pre-trial purposes as part of this multi-district litigation ("MDL") proceeding, In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010, No. 10-2179 (E.D. La.), or that the cases be assigned to separate tracks, on September 29, 2010 at 9:30 a.m. before the Honorable Carl. J. Barbier.

Dated: September 7, 2010                    Respectfully Submitted,

                                                  IGNACIA S. MORENO
                                                  Assistant Attorney General
                                                  Environment and Natural Resources Division

                                                  *s/ Kristofor R. Swanson*
                                                  KRISTOFOR R. SWANSON
                                                  Col. Bar No. 39378
                                                  United States Department of Justice
                                                  Environment and Natural Resources Division
                                                  Natural Resources Section
                                                  P.O. Box 663
                                                  Washington, D.C. 20044-0663
                                                  (202) 305-0248/(fax)(202) 305-0506

                                                  JIM LETTEN
                                                  UNITED STATES ATTORNEY

                                                  *s/ Peter M. Mansfield*
                                                  PETER M. MANSFIELD (28671)
                                                  Assistant United States Attorney
                                                  Hale Boggs Federal Building
                                                  500 Poydras St., Ste. 210B
                                                  New Orleans, LA 70130
                                                  Tele: (504) 680-3047
                                                  Fax: (504) 680-3184
                                                  Peter.Mansfield@usdoj.gov


       I hereby certify that on this 7th day of September, 2010, I electronically filed the foregoing NOTICE OF HEARING FOR FEDERAL DEFENDANTS' MOTION TO SEVER CASES BROUGHT PURSUANT TO THE ADMINISTRATIVE PROCEDURE ACT OR, IN THE ALTERNATIVE, TO ASSIGN SUCH CASES TO SEPARATE TRACKS, and proposed order, with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Alisa A. Coe, David G. Guest, and Monica K. Reimer. The CM/ECF system will also send a notice of electronic filing to Interim Liaison Counsel for the consolidated cases: Stephen J. Herman, James Parkerson Roy, Don K. Haycraft, Donald Godwin, Deborah D. Kuchler, Phil Wittmann, and Kerry Miller.

                                                  *s/ Kristofor R. Swanson*
                                                  KRISTOFOR R. SWANSON, Trial Attorney