IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 | ) ) ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**Proposed Order Regarding Federal Defendants' Motion to Sever Cases
Brought Pursuant to the Administrative Procedure Act or,
In the Alternative, to Assign Such Cases to Separate Tracks**

Upon consideration of Federal Defendants' Motion to Sever Cases Brought Pursuant to the Administrative Procedure Act or, In the Alternative, to Assign Such Cases to Separate Tracks, and for good cause shown, it is hereby ordered:

That cases No. 10-1497 and 10-1630 shall be removed from MDL Docket No. 2179, and docketed as separate actions;

That any orders entered in MDL Docket No. 2179 shall be inapplicable to them; and

That the parties in each action shall submit a proposed scheduling order within thirty (30) days of the date this Order is entered.

SO ORDERED.

Dated:_____                            _____
                                                 Carl J. Barbier
                                                 United States District Judge