# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico on | : | Section J [1] |
| April 20, 2010 | | |
| | : | Judge Barbier |
| This Document Relates to: | | Mag. Judge Shushan |
| **Clay Whittinghill v. Abdon Callais Offshore** | : | |
| **No. 10-1984** | | |
| | : | |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND <u>STAY LITIGATION PENDING ARBITRATION</u>

Plaintiff, pursuant to L.R. 78.1, requests oral argument on his Opposition to Defendant's

Motion to Compel Arbitration and Stay Litigation Pending Arbitration.


Respectfully Submitted,
**MARTZELL & BICKFORD, A.P.C.**

*s/ Spencer R. Doody*
_____
Scott R. Bickford, T. A. (#1165)
Spencer R. Doody (#27795)
Neil F. Nazareth (#28969)
338 Lafayette Street
New Orleans, LA 70130
Telephone:    504-581-9065
Facsimile:     504-581-7635
**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record via the Court's Electronic Filing/Notification System on September 7, 2010.

*s/ Spencer R. Doody*

_____