UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | : | MDL No. 2179 |
| | : | Section J [1] |
| | : | Judge Barbier |
| This Document Relates to: | | Mag. Judge Shushan |
| **Clay Whittinghill v. Abdon Callais Offshore No. 10-1984** | : | |
| | : | |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION PENDING ARBITRATION**

Plaintiff, pursuant to L.R. 78.1, requests oral argument on his Opposition to Defendant's Motion to Compel Arbitration and Stay Litigation Pending Arbitration.

    Respectfully Submitted,
    **MARTZELL & BICKFORD, A.P.C.**

    *s/ Spencer R. Doody*
    _____
    Scott R. Bickford, T. A. (#1165)
    Spencer R. Doody (#27795)
    Neil F. Nazareth (#28969)
    338 Lafayette Street
    New Orleans, LA 70130
    Telephone:    504-581-9065
    Facsimile:    504-581-7635
    **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System on September 7, 2010.

*s/ Spencer R. Doody*
_____