AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

JACOB KANSAS, ET AL

*Plaintiff*

v.

TRANSOCEAN LTD., ET AL

*Defendant*

Civil Action No. 10-1836 -~~MLCF - KWR~~ J 1

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TRANSOCEAN DEEPWATER, INC.
4 GREENWAY PLAZA
HOUSTON, TEXAS 77046
THROUGH THE LOUISIANA LONG ARM STATUE, LSA-RS 13:3201
PURSUANT TO SECTION 3204 OF TITLE 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Serena Pollack
Lowe, Stein, Hoffman, Allweiss, and Hauver, LLP
701 Poydras Street, Suite 3600
New Orleans, La 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**Loretta G. Whyte**
Name of clerk of court

Charles A. Amon
Deputy clerk's signature

**Date: Jun 28 2010**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1836 - MLCF - KWR

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* TransOcean Deepwater Inc. was received by me on *(date)* 6/28/10.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: Service via certified mail sent on 8/5/10 and received on 8/9/10.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/8/10

[signature]
*Server's signature*

Jeffrey M. Hoffman, Esq.
*Printed name and title*

LOWE, STEIN, HOFFMAN,
ALLWEISS & HAUVER
701 Poydras, Suite 3600
New Orleans, LA 70139-7735
*Server's address*

Additional information regarding attempted service, etc:

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1670 0000 1036 2569**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 4:29 pm on August 09, 2010 in HOUSTON, TX 77046.

Detailed Results:

- **Delivered, August 09, 2010, 4:29 pm, HOUSTON, TX 77046**
- **Notice Left, August 07, 2010, 9:34 am, HOUSTON, TX 77046**
- **Arrival at Unit, August 07, 2010, 9:31 am, HOUSTON, TX 77027**

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA