UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : MDL NO. 2179 : : SECTION: J : : JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | : MAG. JUDGE SHUSHAN : |
| *Fruge, et al. v. BP, plc, et al.*, No. 10-cv-01752 (E.D. La.) | : : : |
| *Mitchell, et al. v. BP, plc, et al.*, No. 10-cv-01472 (E.D. La.) | : : : |

## **ORDER**

IT IS HEREBY ORDERED, that the motion to enroll Perry Weitz, Esq. of Weitz & Luxenberg, P.C., as additional counsel of record, to represent plaintiffs in the above actions is GRANTED:

New Orleans, Loiusiana, this  8th   day of September, 2010,

_____
United States District Judge