**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| | "DEEPWATER HORIZON" | § | |
| | IN THE GULF OF MEXICO, | § | SECTION: J |
| | ON APRIL 20, 2010 | § | |
| | | § | JUDGE BARBIER |
| This Document Relates to: All Cases | | § | MAG. JUDGE SHUSHAN |

## APPLICATION OF ANTHONY G. BUZBEE FOR
## THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Anthony G. Buzbee respectfully submits and files this application for membership to the Plaintiffs' Steering Committee ("PSC") for MDL No. 2179, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* and in support would show:

**1.** I currently represent eighteen men and women injured while working aboard the Deepwater Horizon at the time of the explosion. I also represent approximately 10,000 shrimpers, oystermen, and fishermen affected by the resulting oil spill, as well as more than 2,500 vessel owners. And, I represent more than 100 Florida hoteliers seafood distributors, restaurantors, and hundreds of other affected business owners in Florida, Texas, Mississippi, Alabama, and Louisiana. My firm has interviewed, and in and some cases taken statements from, more than sixty witnesses to the explosion, has presented witnesses before the Deepwater Horizon Joint Investigative Committee, and has served as a resource for Congress, the FBI, and the Coast Guard for information related to the disaster. My firm has also retained experts, and has been intimately involved in the claims process for those businesses affected.

**2.** I have read, understand and agree to the PSC's responsibilities, as set forth in the Pretrial Order No. 1. It would be an honor for me to be selected by this Court to serve.

**3.** I stand ready, willing and able to commit all time and resources (personally and by my law firm) necessary to represent all plaintiffs in this litigation. My entire firm is committed to this important litigation. My firm is financially capable of meaningfully assisting in the financing of this litigation.[1]

**4.** I respectfully submit that I and my firm have the knowledge, experience, and education necessary for membership in the PSC in this MDL.

a. I attended Texas A&M University on an NROTC scholarship. At Texas A&M, I was a Distinguished Naval Graduate, Distinguished Student, and was recognized as the Outstanding NROTC Senior in the Corps of Cadets, as well as the Outstanding Commander in the Corps of Cadets. After college, I entered the United States Marine Corps. In my initial Marine Corps training, I was recognized as an Honor Graduate, receiving the highest leadership score out of more than 200 other Marine Lieutenants. I continued my service as a Marine Corps

---

[1] My firm has served repeatedly on steering committees where, after years of litigation, certain firms on the committee have been unable to continue to assist in the financing of the litigation. This will be an expensive case. A firm's financial wherewithal and ability to afford assessments, without the necessity of bank financing, to fund this litigation cannot be overlooked.

infantry, serving in the Persian Gulf and Somalia as commander of various Marine infantry and special operation units. I also commanded the elite Recon Company of the historic First Marine Regiment. While a special forces, recon officer, I received various awards, including top leadership awards from the rigorous Navy Dive School in Hawaii and the Amphibious Reconnaissance Course in California. Ultimately, I earned the rank of Captain, and was awarded the prestigious Navy Commendation Medal for my service.

        b.     After my Marine Corps service, I entered law school at the University of Houston Law Center. I served as the Managing Editor of the *Houston Law Review*, was elected Class Captain, and was a member of the Order of the Coif, Order of the Barristers, and Order of the Barons. Among other awards, I was received the Stephen S. Rudolph Scholarship, the *Corpus Juris Secundum* Award, the Porter & Hedges Writing Award, the Maurice Howard Treiman Writing Award, the Phi Delta Phi Ethics Writing Award, and the Andrews & Kurth Award. I graduated *Summa Cum Laude*, finishing second in my class.

        c.     After law school, I served as a briefing attorney for the Southern District of Texas, Galveston Division. I then worked for Susman Godfrey, L.L.P., in Houston. In 2001, I started my own firm. The firm's headquarters are on the 73rd floor of the JPMorgan Chase Tower in downtown Houston. Currently, the Buzbee Law Firm has 14 attorneys, and a well-trained, and capable support staff.

        d.     I have been named over the years to various "Best Lawyers" lists. Most importantly, in 2002, at the age of 34, I was named by my peers in the *Texas Lawyer* as one of five "Go To" lawyers in the State of Texas for Plaintiff's commercial litigation. I have been sought out and have spoken repeatedly at CLE's regarding jury selection, trial practice, and other topics pertinent to trial lawyers. I have published various articles pertaining to trial practice. I am routinely hired by other firms to simply try cases or take key depositions.

        e.     In addition to my legal activities, I currently serve on the Board of Directors of Hometown Bank and the Jesse Tree (a nonprofit organization that assists the homeless and those in need in Galveston and Brazoria counties). I am also the President of Buzbee Properties, Inc., a property development company that has been recognized for its efforts to revitalize historic, downtown Friendswood. I was appointed by the Governor and served on the Board of Visitors of Texas A&M Galveston. I have also served as a Director of the Houston Law Alumni Foundation and as Chairman of the Galveston County Democratic Party.

     **5.**     I have significant experience in mass tort and MDL matters:

        a.     I currently serve on the Plaintiffs' Steering Committee in MDL No. 1873, *In re FEMA Formaldehyde Trailer Litigation*. Along with Mikal Watts and Jerry Meunier, I tried the first bellwether trial in that MDL and am scheduled to try another case (with Mikal Watts) before Judge Shushan on September 13, 2010. The Court may speak with Judge Kurt Engelhardt or Jerry Meunier regarding my service on that MDL, and my abilities as a courtroom lawyer.

        b.     I serve on the plaintiffs' steering committee for litigation involving Hurricane Ike insurance claims before Judge Susan Criss in Galveston, and was appointed class counsel on the slab portion of the litigation. In that litigation, I was asked by my peers to take the lead role in the key depositions and mediation presentation; my efforts led to a $189 million settlement for policy holders.

c.      When the drilling rig Parker 14J collapsed off the coast of Louisiana in early 2002, I represented seven injured workers, cooperatively worked with the various other attorneys who also represented workers in the limitation proceeding on file in Federal Court in New Orleans, took the lead role in all discovery and depositions, and was lead trial counsel. That case settled on a favorable but confidential basis for all workers.

d.      In 2003, litigation arose out of a vessel collision in the Houston Ship Channel, injuring multiple workers, and killing one. My firm took the lead in the depositions and other discovery efforts, and I ultimately tried and won the limitation proceeding as lead counsel, allowing the claims of my clients, and the claims of all the other attorneys' clients, to be tried in state court.

e.      In 2001, I served as lead counsel in ground breaking antitrust, wage-fixing, class action, representing thousands of offshore workers who claimed that the offshore drilling industry had conspired to suppress wages.  I personally took every deposition and reviewed every document in that case. I negotiated a $75 million class settlement, which was approved by the U.S. District Court.

f.      I am lead counsel in a limitation proceeding for more than 10,000 individuals exposed to Hydrogen Sulfide as a result of a vessel collision in the Port Arthur Ship Channel.

g.      I served as lead counsel for class of maritime workers bringing claims against their employer relating to asbestos exposure.  I negotiated a class-wide settlement for the class, which was approved by the U.S. District Court.

h.      I served as lead counsel on multi-party antitrust case brought on behalf of payphone operators against Southwestern Bell, worked cooperatively with the other attorneys involved, and resolved that case on a favorable basis.

i.      I served as lead counsel for Spain's Basque government, and several cities in Spain, in claims brought against a marine classification society relating to sinking of the oil tanker *Prestige,* which resulted in the largest oil spill in Spanish history. A portion of the case settled for $70 million.

j.      I have tried multiple limitation proceedings; I have handled almost one thousand Jones Act and general admiralty claims. I have represented multiple governmental entities, including the State of Louisiana, and several Mexican states. I have significant trial experience. I have received multiple multi-million dollar verdicts.

6.      I also have significant experience handling matters against BP and other defendants in this MDL:

a.      I served on the Plaintiffs' Steering Committee for the litigation against BP regarding the 2005 ISOM explosion at Texas City, and represented over 160 plaintiffs in that litigation. I, along with two other attorneys, took the deposition of second in command at BP, John Manzoni. Our efforts lead to very favorable settlements for thousands of other plaintiffs.

other attorneys, I obtained a $100.3 million dollar jury verdict in Federal Court for ten bellwether plaintiffs against BP in a case involving two chemical releases in 2007 at BP Texas City. This is the largest verdict ever awarded against BP. My firm's efforts led to the settling of the remaining 150 cases.

        c.     I have recently represented the estates of two workers who were killed at the BP Texas City facility, and resolved those claims against BP confidentially.

        d.     I currently represent over 18,000 plaintiffs in state and federal lawsuits against BP, involving BP's recent undisclosed releases of benzene and other toxic chemicals.

        e.     I have handled more cases against BP than any other lawyer in the U.S. The *National Law Journal* has called me "BP's Nemesis." The *Business Insider* called me "BP and Transocean's nightmare."

        f.     I have handled and resolved, through settlement or trial, hundreds of cases against oil companies, drilling companies, offshore service companies and other maritime companies (including most, if not all, of the defendants currently named in the various complaints in this MDL). I have handled at least ten cases in front of the Fifth Circuit Court of Appeals, most involved maritime issues.

        g.     I have obtained the highest recorded bench and jury verdicts in the Galveston Division of the Southern District of Texas. I have been hired by other attorneys in cases against BP just to use my name when negotiating with that company.

    **7.**     With respect to this MDL, in addition to my relevant experience in maritime law and handling claims against BP, I believe I am particularly well-suited to serve on the PSC because I represent a large number of Deepwater Horizon survivors (many of which are key witnesses), in addition to thousands of economic loss plaintiffs. My firm also has done extensive work in toxic torts cases, and oil spills. I believe the institutional knowledge within my firm regarding all of these issues is unique, and unmatched.

    **8.**     Accordingly, I respectfully request that the court appoint me to the PSC for this MDL. I will work cooperatively with all counsel and this Court. It would be an honor to serve.

    Dated:  September 8, 2010.

                        Respectfully submitted,
                        **THE BUZBEE LAW FIRM**

                        /s/*Anthony G. Buzbee*
                        Anthony G. Buzbee
                        Texas Bar No. 24001820
                        JPMorgan Chase Tower
                        600 Travis, Suite 7300
                        Houston, Texas 77002
                        Tel.: (713) 223-5393
                        Fax: (713) 223-5909
                        www.txattorneys.com