UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to *Karl W. Rhodes v. Transocean, et al, No. 10-cv-01502*Only | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Order**

Considering the foregoing Motion (Rec. Doc. 147), IT IS ORDERED that the motion is GRANTED.  Accordingly, Defendant Sperry-Sun Drilling Services is hereby DISMISSED, without prejudice.  Plaintiff reserves his rights, claims, and causes of action against all remaining defendants

New Orleans, Louisiana this ___7th___ day of __September__, 2010.

_____
United States District Judge