UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ----------------------------------------------------------------------------x | | |
| | * | |
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL 2179  Section J  Judge Barbier |
| ----------------------------------------------------------------------------x | | Mag. Judge Shushan |

**THIS DOCUMENT RELATES TO:  10-cv-2638**

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Plaintiffs, through their undersigned counsel of record, respectfully move this Honorable Court for an Order allowing **Robert B. Roden of Shelby Roden LLC, 2956 Rhodes Cir., Birmingham, AL 35205**, to enroll as additional counsel of record for plaintiffs in the action titled *Chenault, et al. v. BP, PLC, et al.,* Civil Action No. 10-cv-2638. The *Chenault a*ction is one of the consolidated actions pending before this Court in MDL 2179. Pursuant to Pretrial Order #1, paragraph 12, Mr. Roden is deemed admitted *pro hac vice* in this litigation because he is admitted to practice and in good standing in the United States District Court for the Northern District of Alabama.

WHEREFORE, plaintiffs move this Court to enroll Robert B. Roden as additional counsel of record for plaintiffs in the action titled, *Chenault, et al. v. BP, PLC, et al.,* Civil Action No. 10-cv-2638.

Respectfully submitted:

By:  /s/ M. Shane Lucado
M. Shane Lucado
J. Michael Keel
LUCADO LAW FIRM
One Perimeter Park South, Suite 125 S
Birmingham, Alabama 35243
Phone (205) 278-0025
Fax (205) 278-0030
Email: slucado@lucadolaw.com
Email: mkeel@lucadolaw.com
**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2010, a copy of the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record* was filed electronically with the Clerk of Court using the CM/ECF system and served via email and/or U.S. mail, postage prepaid and properly addressed, to all counsel listed on the MDL Service List.

/s/ M. Shane Lucado
M. Shane Lucado