UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL 2179<br>Section J<br>Judge Barbier<br>Mag. Judge Shushan |

**THIS DOCUMENT RELATES TO: 10-cv-2638**

## ORDER

IT IS HEREBY ORDERED, that the motion to enroll Robert B. Roden, Esquire, as additional counsel of record, to represent plaintiffs in the above-referenced action is GRANTED.

DATED: _____

_____
Judge Carl J. Barbier
United States District Court
Eastern District of Louisiana