UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig            MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010            SECTION: J

This Document Relates to: 2:10-cv-01541

## ORDER OF DISMISSAL

This cause coming on this day for hearing before the Court upon the Motion of the Plaintiff, JERRY DARDAR, for dismissal of his Complaint without prejudice, and the Court having considered same, is of the opinion that the same should be sustained. It is therefore,

ORDERED AND ADJUDGED that the motion of the Plaintiff be sustained and that Plaintiff's Complaint be dismissed without prejudice.

_____
JUDGE

Approved by:

_____
George W. Healy, IV
Attorney for Plaintiffs