UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J

This Document Relates to: 2:10-cv-01542

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## MOTION TO DISMISS

COMES NOW, Plaintiff, PERCY DARDAR, by and through counsel of record, and would move this Honorable Court to dismiss his Complaint in the above entitled matter, without prejudice.

THEREFORE, Plaintiff moves the Court for an Order of Dismissal as to all Defendants without prejudice.

RESPECTFULLY SUBMITTED this 8th day of September, 2010.

GEORGE W. HEALY, IV. & ASSOCIATES

/s/ George W. Healy, IV
George W. Healy, IV
1323 28th Avenue, Suite A Gulfport, MS 39501
Telephone: (228) 575-4005
Facsimile: (228) 575-4006
Louisiana Bar # 14991

Steve W. Berman
Craig R. Spiegel
Karl P. Barth
Leonard W. Aragon
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3, 300 Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Michael B. Holleman, MS Bar #2524
HOLLEMAN LAW FIRM PLLC
2004 24th Avenue, Gulfport, MS 39501
Telephone: (228) 868-0064
Facsimile: (228) 868-0925

Philip Carby, MS Bar # 5862
E. Hyde Carby, MS Bar # 102932
CARBY & CARBY PC
513 State Street, Natchez, MS 39121
Telephone: (601) 445-5011
Facsimile: (601) 445-5033

Robert S. Hammond Jr., MS Bar # 3004
711 Hardy St, Hattiesburg MS 39401
Telephone: (601) 450-4499
Facsimile: (601) 450-1162

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 8th day of September, 2010.

/s/ George W. Healy, IV
George W. Healy, IV (LA Bar # 14991)