UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to All Cases | * | MAG. JUDGE SHUSHAN |

### AMENDED APPLICATION OF RHON E. JONES FOR
### PLAINTIFFS' STEERING COMMITTEE

I, Rhon E. Jones[1] and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., submit this application pursuant to Pretrial Order No. 1 for membership to the Plaintiffs' Steering Committee ("PSC"), for MDL No. 2179, In Re Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico on April 20, 2010. I understand and agree to the PSC's responsibilities in Pretrial Order No. 1, and further aver:

I. **KNOWLEDGE AND EXPERIENCE**

The appointment of my firm and I will further the goals of the PSC. My law firm and I have extensive experience handling complex MDL matters, mass environmental disasters, and class action lawsuits. I am Section Head of the firm's Environmental / Toxic Torts Litigation Section, which includes 14 lawyers and 14 staff working on this matter. I have been involved in every case the Section has pursued, with a total representation of over 30,000 clients damaged by

---

[1] Rhon Jones received his B.A. in Psychology from Auburn University in 1986, and his J.D. from the University of Alabama in 1990. In total, Rhon Jones has litigated over $1.1 Billion in verdicts and settlements and is a designated *Super Lawyer* by his peers.

pollution/hazardous wastes, including significant class and mass action matters. For example, I have been appointed Steering Committee member and Offensive Discovery Chair against the world's largest oil companies in In Re: Motor Fuel Temperature Sales Practices Litigation, United States District Court, District of Kansas, MDL No. 1840.

Beasley Allen employs over 50 lawyers and 200 support staff and is the largest plaintiff's firm in the nation with offices in one location. In total, the firm has helped its clients obtain over $20 billion in verdicts and settlements. The firm holds the following records for settlements and verdicts: against an oil company ($11.9 Billion); pharmaceutical drug settlement ($4.95 Billion); environmental settlement ($700 Million); and predatory lending verdict ($581 Million). My firm has served as either lead or co-lead counsel on behalf of state and local governments;[2] and has been selected as either Lead Counsel[3] or Steering and/or Liaison Leadership Committee member[4] by federal courts in some of the most significant MDLs in U.S. history. Moreover, my

---

[2] Lead counsel for State of Alabama vs. Exxon Mobil in $11.9 Billion verdict. Lead counsel for State of Arkansas, Kansas, Mississippi, South Carolina, Hawaii, Alabama and Utah against 75 pharmaceutical companies for Medicaid Fraud.

[3] In Re: Vioxx Products Liability Litigation, United States District Court, Eastern District of Louisiana, MDL No. 1657(Co-lead counsel in $4.85 billion settlement against Merk); In Re: Reciprocal of America Sales Practices Litigation, United States District Court, Western District of Tennessee, MDL No. 1551; In Re: American General Life and Accident Insurance Company Industrial Life Insurance Litigation, United States District Court, District of South Carolina, MDL No. 1429; Dollar General Corp. Fair Labor Standards Act Litigation, United States District Court, Northern District of Alabama, MDL No. 1635.

[4] In Re: Motor Fuel Temperature Sales Practices Litigation, United States District Court, District of Kansas, MDL No. 1840 (I am a Steering Committee Member and Offensive Discovery Chair against the world's largest oil companies); In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, United States District Court, Central District of California, MDL No. 2151; In Re: Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, United States District Court, Northern District of California, MDL No. 1699; In Re: Fosamax Products Liability Litigation, United States District Court, Southern District of New York, MDL No. 1789.

firm has extensive experience litigating in this district through the Vioxx MDL litigation, and has supported transfer of this MDL proceeding to this district.

## II. A COMMITMENT TO A TIME CONSUMING PROCESS

My law firm and I will commit the time and resources to prosecute this litigation. In total, Beasley Allen has filed 21 lawsuits on behalf of a variety of entities in the impacted regions of Alabama, Florida, Louisiana and Mississippi. My firm and I currently represent over 1,000 clients from 28 states with significant business and property interests: including government entities, including the State of Alabama and Gulf County, Florida; seafood processors, wholesalers and distributors with a combined value of $250 million; hundreds of fishermen; $500 million in property interests; hundreds of lost wages claims; and other significant business interests along the Gulf Coast.

I have served a leadership role in this litigation as co-chair of the American Association for Justice's Gulf Coast Oil Spill Litigation Group, and have appeared in most major media outlets to discuss the spill. I have spoken at Alabama, Mississippi and Louisiana's Environmental State Bar meetings regarding the disaster, along with Attorneys General for Alabama, Mississippi and Louisiana. I was a speaker at the American Association of Justice's annual meeting in Vancouver, British Columbia, was a panelist at the conference *Deepwater Horizon: Legal Challenges & Environmental Consequences*, and a speaker at the *Oil in the Gulf - Litigation and Insurance Coverage* conference in Atlanta, Georgia, among others.

## III. ABILITY TO WORK COOPERATIVELY WITH OTHERS

As in other MDL's, my firm and I are committed to working in cooperation with other counsel to advance the litigation it to its logical conclusion – either by trial or settlement. We have worked to establish a support network with other firms regarding the liability, economic,

environmental and personal health implications of the spill. These advancements will be shared with all Plaintiffs' counsel in this litigation.

### IV. ACCESS TO SUFFICIENT RESOURCES TO PROSECUTE THIS LITIGATION

As further demonstrated above, I confidently represent that my firm has more than sufficient resources, both financial and in manpower, to prosecute this litigation in a timely manner. My firm and I have been involved in many multi-million and billion dollar complex litigation cases, both MDL and class action cases, which require substantial financial resources in multi-million dollar commitments and attorney personnel support staff. As such, my law firm and I have a full appreciation for the commitment necessary for this type of litigation.

WHEREFORE, based on the foregoing, I respectfully request to be appointed to the PSC to the *Deepwater Horizon* Oil Spill Litigation, MDL No. 2179.

> Respectfully submitted,
> /s/ Rhon E. Jones
> Rhon E. Jones
> BEASLEY, ALLEN, CROW,
> METHVIN, PORTIS & MILES, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103-4160
> Telephone: 334.269.2343; Facsimile: 334.954.7555
> Email: rhon.jones@beasleyallen.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2010, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify I have served by e-mail and U.S. mail all attorneys listed on the Panel Service List as provided Pretrial Order No. 1 and by U.S. mail to all attorneys on the manual notice list.

> /s/ Rhon E. Jones
> Rhon E. Jones