UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO.  2179  SECTION "J"  JUDGE BARBIER MAG. JUDGE SHUSHAN |

*************************************************************************

THIS DOCUMENT RELATES TO  2:10-CV-01921

# ORDER

Considering the foregoing Rule 41(a)(1)(A)(i) Notice of Dismissal:

IT IS ORDERED that the claims of Plaintiffs, Kelli Manuel Taquino, et al. against Mitsui & Co. (USA), Inc. are hereby dismissed, without prejudice with Plaintiffs reserving all rights against all other defendants and potential defendants in this matter.

THIS __7th__ day of _____September_____, 2010.

_____
United States District Judge

1