```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                      :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG       :
       "DEEPWATER HORIZON" in the     :
       GULF OF MEXICO, on             :
       APRIL 20, 2010                 :    SECTION: J
                                      :
                                      :
                                      :    JUDGE BARBIER
                                      :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**PRETRIAL ORDER #7**</u>

**IT IS ORDERED** that oral argument currently set on the following motions is hereby **CANCELLED** as this Court determines that such will not be necessary. Thus, these matters will be submitted on the briefs alone on September 16, 2010:

- Motion to Intervene, <u>In re: Deepwater Horizon</u>, 10-CV-1156 (E.D. La. 2010), (Rec. Doc. 271);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 276);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 304);

- Motion to Remand, <u>In re: Deepwater Horizon</u>, 10-CV-1156, (Rec. Doc. 309);

- Motion to Intervene, <u>In re: Deepwater Horizon</u>, 10-CV-

1156, (Rec. Doc. 475);

- Motion to Remand, <u>Louisiana State v. B.P. Exploration & Production Inc.</u>, 10-CV-1757 (E.D. La. 2010) (Rec. Doc. 9); and

- Motion to Remand, <u>Louisiana State v. B.P. Exploration & Production Inc.</u>, 10-CV-1758 (E.D. La. 2010) (Rec. Doc. 7).

Any opposition to these motions shall be filed in accordance with the local rules.

**This order has no effect on the scheduled date and time of the initial in-court status hearing, which is currently set for Thursday, September 16, 2010 at 2:30 p.m.**

New Orleans, Louisiana, this  9th   day of  September , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE