IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010  This document relates to: 10-CV-0222, 10-CV-0143, 10-CV-1920, 10-CV-2078 | MDL No. 2179  SECTION "J"  JUDGE CARL J. BARBIER  MAGISTRATE SALLY SHUSHAN |

**NALCO COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, defendant Nalco Company states as follows:

Nalco Company, a Delaware corporation, is wholly owned by Nalco Holdings LLC, a Delaware limited liability company.  Nalco Holdings LLC is wholly owned by Nalco Finance Holdings LLC, a Delaware limited liability company.  Nalco Finance Holdings LLC is wholly owned by Nalco Holding Company, a Delaware corporation, which trades on the New York Stock Exchange under the ticker NLC.

2

Dated:  September 9, 2010                                  Respectfully submitted,


                                                        By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden (Trial Attorney)
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Phone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Nalco Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2010, a copy of the foregoing Nalco Company's Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's filing system. I also certify that I have served a copy of the document via U.S. First Class Mail, postage prepaid, upon the following:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, D.C. 20002

Dated:  September 9, 2010                                    Respectfully submitted,

By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden (Trial Attorney)
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP

355 South Grand Avenue
Los Angeles, California 90071
Phone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Nalco Company*