**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

_____
                                                        )
In re: Oil Spill by the Oil Rig              )        MDL No. 2179
         "Deepwater Horizon" in the     )
         Gulf of Mexico, on                   )        SECTION "J"
         April 20, 2010                          )
                                                        )        JUDGE CARL J. BARBIER
 This document relates to: 10-CV-2654, )
10-CV-2669, 10-CV-1920, 10-CV-2078  )        MAG. JUDGE SALLY SHUSHAN
_____)

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL DOCUMENTS AND PLEADINGS**

Mary Rose Alexander of the law firm Latham & Watkins LLP, on behalf of Defendant Nalco Company, files this Notice of Appearance and respectfully requests service of all future pleadings, documents, and correspondence filed in the above-captioned proceeding.

In accordance with Paragraph No. 12 of this Court's Pretrial Order #1, the following counsel is currently a member in good standing and admitted to practice in the United States District Courts as follows:

1. Mary Rose Alexander is an attorney residing in Chicago, Illinois and practicing in Latham & Watkins LLP's Chicago, Illinois office at 233 South Wacker Drive, Suite 5800, Chicago, Illinois.

2. Mary Rose Alexander is a member in good standing of the bar of the State of Illinois and is duly licensed to practice law in Illinois. She is admitted to practice before the United States District Court for the Northern District of Illinois. No person has instituted disciplinary suspension procedures against her.

Dated:  September 10, 2010

Respectfully submitted,

By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Phone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Nalco Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, a copy of the foregoing Notice of Appearance and Request for Service of All Documents and Pleadings was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's filing system.  I also certify that I have served a copy of the document via U.S. First Class Mail, postage prepaid, upon the following:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg. Rm. G-255
    Washington, D.C. 20002

Dated:  September 10, 2010

Respectfully submitted,

By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP

355 South Grand Avenue
Los Angeles, California 90071
Phone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Nalco Company*