# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig ) <br> "Deepwater Horizon" in the ) <br> Gulf of Mexico, on ) <br> April 20, 2010 ) <br> ) <br> This document relates to: 10-CV-2654, ) <br> 10-CV-2669, 10-CV-1920, 10-CV-2078 ) <br> ) | MDL No. 2179 <br><br> SECTION "J" <br><br> JUDGE CARL J. BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |

## NALCO COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, defendant Nalco Company states as follows:

Nalco Company, a Delaware corporation, is wholly owned by Nalco Holdings LLC, a Delaware limited liability company. Nalco Holdings LLC is wholly owned by Nalco Finance Holdings LLC, a Delaware limited liability company. Nalco Finance Holdings LLC is wholly owned by Nalco Holding Company, a Delaware corporation, which trades on the New York Stock Exchange under the ticker NLC.

2

Dated:  September 10, 2010                                  Respectfully submitted,


                                                   By: /s/ Mary Rose Alexander
Mary Rose Alexander
mary.rose.alexander@lw.com
Thomas J. Heiden (Trial Attorney)
thomas.heiden@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Phone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Nalco Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, a copy of the foregoing Nalco Company's Corporate Disclosure Statement was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's filing system.  I also certify that I have served a copy of the document via U.S. First Class Mail, postage prepaid, upon the following:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg. Rm. G-255
> Washington, D.C. 20002

Dated:  September 10, 2010                    Respectfully submitted,

> By: /s/ Mary Rose Alexander
> Mary Rose Alexander
> mary.rose.alexander@lw.com
> Thomas J. Heiden (Trial Attorney)
> thomas.heiden@lw.com
> Garrett S. Long
> garrett.long@lw.com
> Johanna M. Spellman
> johanna.spellman@lw.com
> LATHAM & WATKINS LLP
> 233 South Wacker Drive
> Suite 5800
> Chicago, Illinois 60606
> Phone: (312) 876-7700
> Facsimile: (312) 993-9767
>
> G. Andrew Lundberg
> andy.lundberg@lw.com
> Ernest J. Getto
> ernie.getto@lw.com
> LATHAM & WATKINS LLP
> 355 South Grand Avenue
> Los Angeles, California 90071
> Phone:  (213) 485-1234
> Facsimile:  (213) 891-8763
>
> *Attorneys for Nalco Company*