IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the<br>Gulf of Mexico, on<br>April 20, 2010<br><br>This document relates to: 10-CV-2654,<br>10-CV-2669, 10-CV-1920, 10-CV-2078 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL DOCUMENTS AND PLEADINGS**

Thomas J. Heiden of the law firm Latham & Watkins LLP, on behalf of Defendant Nalco Company, files this Notice of Appearance and respectfully requests service of all future pleadings, documents, and correspondence filed in the above-captioned proceeding.

In accordance with Paragraph No. 12 of this Court's Pretrial Order #1, the following counsel is currently a member in good standing and admitted to practice in the United States District Courts as follows:

1. Thomas J. Heiden is an attorney residing in Grand Rapids, Michigan and practicing in Chicago, Illinois in Latham & Watkins LLP's Chicago, Illinois office at 233 South Wacker Drive, Suite 5800, Chicago, Illinois.

2. Thomas J. Heiden is a member in good standing of the bar of the State of Illinois and is duly licensed to practice law in Illinois. He is admitted to practice before the United States District Court for the Northern District of Illinois. No person has instituted disciplinary suspension procedures against him.

Dated:  September 10, 2010                                    Respectfully submitted,


<div style="margin-left: 50%;">

By: /s/ Thomas J. Heiden
Thomas J. Heiden (Trial Attorney)
thomas.heiden@lw.com
Mary Rose Alexander
mary.rose.alexander@lw.com
Garrett S. Long
garrett.long@lw.com
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

G. Andrew Lundberg
andy.lundberg@lw.com
Ernest J. Getto
ernie.getto@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Phone:  (213) 485-1234
Facsimile:  (213) 891-8763

*Attorneys for Nalco Company*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, a copy of the foregoing Notice of Appearance and Request for Service of All Documents and Pleadings was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's filing system.  I also certify that I have served a copy of the document via U.S. First Class Mail, postage prepaid, upon the following:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg. Rm. G-255
> Washington, D.C. 20002

Dated:  September 10, 2010                              Respectfully submitted,

> By: /s/ Thomas J. Heiden
> Thomas J. Heiden (Trial Attorney)
> thomas.heiden@lw.com
> Mary Rose Alexander
> mary.rose.alexander@lw.com
> Garrett S. Long
> garrett.long@lw.com
> Johanna M. Spellman
> johanna.spellman@lw.com
> LATHAM & WATKINS LLP
> 233 South Wacker Drive
> Suite 5800
> Chicago, Illinois 60606
> Phone: (312) 876-7700
> Facsimile: (312) 993-9767
>
> G. Andrew Lundberg
> andy.lundberg@lw.com
> Ernest J. Getto
> ernie.getto@lw.com
> LATHAM & WATKINS LLP
> 355 South Grand Avenue
> Los Angeles, California 90071
> Phone:  (213) 485-1234
> Facsimile:  (213) 891-8763
>
> *Attorneys for Nalco Company*

3