UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br>Section "J"<br>Judge Barbier<br>Magistrate Judge Shushan |
| This Document Relates to All Cases _____/ | |

### APPLICATION OF PROFESSOR TIM HOWARD
### FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Professor Tim Howard, J.D., Ph.D., hereby requests that the Court appoint him and his firm, Howard & Associates, Attorneys at Law, P.A., ("the Firm"), to the Plaintiffs' Steering Committee ("PSC") in the *In Re: Oil Spill by the Oil Rig "Deepwater Horizon"* cases. Professor Howard and this Firm meet the 3 criteria for membership pursuant to the Court's Pretrial Order #1, Section 16.

**1. Filed an action in this litigation:**
The Firm is from Northwest Florida, with Professor Howard having been raised on the Northwest Florida beaches, and having family from the region going back to the early French Huguenot settlers, and the descendents of Thomas Jefferson, who moved here in the late 1820s. Professor Howard owns island beach front property in Northwest Florida. He is currently counsel in three cases in two states (Alabama environmental action, and Florida consumer and diminished property value action) filed in Federal Court, and one in Florida state court related to the Oil Spill, including an early Northern District of Florida federal court filing in April of 2010, and in state court on behalf of all Northwest Floridians harmed by diminished values of property and the harm to local governments from the loss of tax revenues, which has since been removed to the MDL.[1] Professor Howard has been actively meeting with current and potential victims of the BP Oil Spill since

---

[1] *Ward, et al., v. BP, et al.*, Case No.: 410-cv-00157-SPM-WCS (N.D., Fla. April 29, 2010); and *Carswell, et al., v. Pendelton, et al.*, Case No.: 2010-CA-002312 (Fla. 2nd Cir. 2010) (removed to the MDL).

late April of this year. The Firm is presently counsel for over 100 large, small and sole proprietor businesses, and individual clients damaged by the effects of the BP oil spill including Northwest Floridians exposed to Corexit 9500 and 9527(A) dispersant contamination; Northwest Florida real estate brokers, agents, and developers with hundreds of millions in damages; Northwest Florida vacation rental property management companies with approximately 1,000 coastal properties under management with multi-millions in damages; Northwest Florida tour boat captains, commercial fishermen, oystermen, and charter boat captains; Northwest Florida waterfront resorts, restaurants, seafood wholesalers, and other businesses on the Northwest Florida coast.  Based on the current developments with the Gulf Coast Compensation Fund ("GCCF")[2] it is expected that many of these claims will ultimately be filed in state and federal courts, and counsel are preparing GCCF claims with likely litigation in mind.

This Firm has extensive experience in mass product liability and injury cases, including coordinating Florida Medicaid tobacco liability litigation, Florida tobacco mass actions, benzene in soft drinks, automotive class actions, etc., and has hired economic damages experts, toxicologists, diminished value experts, appraisers, forensic accountants, environmental engineers, environmental law scholars, and reclamation experts, to advance these cases.

Professor Howard's background includes legal course work at St. Edmunds Hall, Oxford University and Harvard University, and he is Director and key founder of Northeastern University's highly selective, unique Law & Policy Doctoral Program, with faculty that includes, but is not limited to, Massachusetts Supreme Court Justice Roderick Ireland, former U.S. Senator Robert Graham, and former Massachusetts Attorney General Scott Harshbarger.  Professor Howard is former Florida Assistant Attorney General handling multi-billion dollar environmental litigation and civil rights litigation, former Special Counsel Florida Supreme Court State Courts Administrator, and former faculty and Visiting Scholar, Boston University School of Law, Public Health, and Political Science, teaching Constitutional Law, Civil Liberties, Judicial Process, Media and Politics, and Presidential Leadership.  Fields of Research Specialization and Publication include: Consumer Product Liability and Personal Injury Litigation in State and Federal Courts; Public Policy; Constitutional Law; Cause Lawyering; Leadership; Negotiation; Media & The Law; Health Care; Restorative and Community

---

[2] "Since Feinberg took over Aug. 23, the fund has received 9,710 claims from Florida individuals and businesses.  It's paid $4.3 million on 892 claims, . . . ." *Tallahassee Democrat, Local & Capital*, September 2, 2010.

Criminal Justice; and Higher Education. He is an experienced Florida class action testifying expert.

Professor Howard has practiced law since 1987, and has handled national litigation against oil giants, such as Mobil Oil, since the beginning of his career, resulting in $10 billion settlement against Mobil Oil on behalf of the state of Florida. Professor Howard is licensed in Florida and the District of Columbia, as well as in the U.S. Supreme Court, the U.S. Circuit Court for the Eleventh Circuit, and in the Northern, Middle, and Southern Districts of Florida. Professor Howard is Senior Partner of Howard & Associates, Attorneys at Law, P.A., which since 1995 specializes in consumer product liability class action litigation, trial practice, and catastrophic and personal injury, and has offices in Boston, Massachusetts and Tallahassee, Florida, with the following highly qualified and experienced counsel:

Richard Daynard, J.D. Harvard Law School, 1967; Ph.D. Massachusetts Institute of Technology 1980. Law Clerk, Judge Henry J. Friendly (U.S. Court of Appeals, 2d Circuit), 1967 – 1968. Professor of Law, Northeastern University School of Law since 1969, teaching in the Consumer Protection/Products Liability area since 1970. Author of over 80 articles, invited speaker in over 40 countries. Chair, Tobacco Products Liability Project since 1984, responsible for encouraging and coordinating litigation against the tobacco industry. Leading advisor and counsel in the state litigation teams in the Medicaid Reimbursement Cases for Florida, Massachusetts, and Maryland, 1994 - 1998. President, Public Health Advocacy Institute and its predecessors since 1983. Executive Committee, Discovery Committee, Executive Discovery Committee and Law Committee in the *Castano* national cigarette class action litigation, as well as RICO actions in various states, such as Florida.

John Rimes, J.D., Florida State University. Over 25 years of practice as lead trial and appellate counsel in all state and federal courts and administrative tribunals. Many years experience as general counsel to various departments and other entities of state government. Bar Memberships: The Florida Bar, U. S. Supreme Court, 3rd, 5th, 11th U. S. Circuit Courts of Appeals, U. S. District Courts for the Northern, Southern and Middle Districts of Florida. Florida Bar Certified in State and Federal Government and Administrative Practice.

**2. Ability to work cooperatively with others**:

Professor Howard has coordinated the Gulf Action Spill Plaintiffs' Team of approximately ten (10) firms since late April of 2010, and has formerly coordinated the Attorneys Toyota Actions Consortium (ATAC) Team of over 20 firms nationally from the beginning of the Toyota case developments in early January of 2010.

This Firm also acted as successful coordinator of Florida's multi-billion dollar Medicaid Tobacco Liability Litigation, including RICO, managing the case with the Governor's Office, Attorney General's Office, Legislative Leaders, Media, Public Advocacy Groups such as the American Cancer Society, and consumer lawyer and professors, including Harvard Professor Laurence Tribe, and attorneys Fred Levin, Ron Motley, Dick Scruggs, Robert Montgomery, Sheldon Schlesinger, Robert Kerrigan, Mike Maher, Steve Yerrid, and others, from conception, implementation, legislation, litigation, damages, discovery, appeals, settlement dynamics, attorneys fees disputes, to its historical conclusion, and is currently coordinating consumer cases and is co-counsel on products cases with fifteen (15) or more distinct law firms, on consumer fraud and misrepresentation cases such as benzene in soft drinks, infant videos, food marketing, cellular phone services, computer purchases, and Florida Engle (class action) Progeny tobacco cases.

**3. Access to sufficient resources to prosecute the litigation in a timely manner**:

Through successful complex litigation experience and colleagues, and current coordination of and affiliation with approximately ten (10) firms on the BP Oil Spill, this Firm has access to more than sufficient resources to prosecute the litigation in a timely manner.

Howard & Associates, Attorneys at Law, P.A., carefully selects the cases that the firm devotes time and energy to, and the firm has the experienced staff, time and resources to devote to this particular case due to the selective case load.

Wherefore, Professor Tim Howard meets the Court's criteria for inclusion as a member of the Plaintiffs' Steering Committee and is appropriate for appointment by the Court.

Respectfully submitted on this 9th Day of September, 2010.

s/ Tim Howard
Tim Howard, J.D., Ph.D.
Howard & Associates, P.A.
Florida Bar No: 0655325

Florida Office:
8511 Bull Headley Road,
Suite 405
Tallahassee, FL 32312
(850) 298-4455 (o)
(850) 216-2537 (f)
ptim@aol.com, or
ti.howard@neu.edu