IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION  J <br><br> Judge Barbier <br> Mag. Judge Shusan |
| THIS DOCUMENT RELATES TO: | |
| 10-CV-1314; 10-CV-1613; 10-CV-1726; <br> 10-CV-1741; 10-CV-1752; 10-CV-1850; <br> 10-CV-1852; 10-CV-1855; 10-CV-1857; <br> 10-CV-1931; 10-CV-1935; 10-CV-2103; <br> 10-CV-2114; 10-CV-2116; 10-CV-2677; <br> 10-CV-2668; 10-CV-2669; 10-CV-2770; <br> 10-CV-2834; 10-CV-2846 | |

**NOTICE OF APPEARANCE**

The undersigned law firm of Morgan, Lewis & Bockius, LLP hereby files its Notice of Appearance as counsel on behalf of M-I L.L.C.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with the above actions.

In accordance with Paragraph 12 of this Court's Pretrial Order Number 1, please note that the following counsel are members in good standing and admitted to practice in United States District Courts as follows:

1.      Hugh E. Tanner, who will serve as Lead Attorney for M-I L.L.C., is an attorney residing and practicing in Houston, Texas with the law firm of Morgan, Lewis & Bockius LLP, at 1000 Louisiana Suite 4000, Houston, Texas, 713.890.5000.  Mr. Tanner is a member in good

standing with the State Bar of Texas and is duly licensed to practice law in Texas.  He is admitted to practice before the United States District Court for the Southern District of Texas.

      2.      Denise Scofield is an attorney residing and practicing in Houston, Texas with the law firm of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, 713.890.5000.  Ms. Scofield is a member in good standing with the State Bar of Texas and is duly licensed to practice law in Texas.  She is admitted to practice before the United States District Court for the Southern District of Texas.

      3.      Derek E. Leon is an attorney residing and practicing in Miami, Florida with the law firm of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-2339, 305.415.3431.  Mr. Leon is a member in good standing with both the State Bar of Texas and the State Bar of Florida and is duly licensed to practice law in Texas and Florida.  He is admitted to practice before the United States District Court for the Southern District of Florida.

      Respectfully submitted,

      /s/
Hugh E. Tanner (Texas Bar No. 9637400)
Lead Attorney
Denise Scofield (Texas Bar No. 00784934)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas  77002
713.890.5000
713.890.5001 (fax)

**ATTORNEYS FOR M-I L.L.C.**

OF COUNSEL:

Derek E. Leon (Texas Bar No. 24002463)
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
305.415.3000
305.415.3001 (fax)

DB1/65601966.1

## **CERTIFICATE OF SERVICE**

On September 10, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5 and was served electronically or by first class mail on all attorneys of record who appear on the Panel Attorney Service List.

/s/
Hugh E. Tanner