## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION J <br><br> Judge Barbier |
| THIS DOCUMENT RELATES TO ALL CASES | Mag. Judge Shusan |

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Paragraph 7 of Pretrial Order Number 1, the following attorneys request to be added to the Panel Attorney Service List as counsel for M-I L.L.C.:

Hugh E. Tanner
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 244-5180
Fax: (713) 890-5001
Email: htanner@morganlewis.com

Denise Scofield
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 244-5105
Fax: (713) 890-5001
Email: dscofield@morganlewis.com

John C. Funderburk
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 244-5105
Fax: (713) 890-5001
Email: jfunderburk@morganlewis.com

Derek E. Leon
Morgan, Lewis & Bockius LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
Telephone: (305) 224-3431
Fax: (305) 415-3001
Email: dleon@morganlewis.com

Respectfully submitted,

_____/s/_____
Hugh E. Tanner (Texas Bar No. 19637400)
Denise Scofield (Texas Bar No. 00784934)
John C. Funderburk (Texas Bar No. 24050629)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas  77002
713.890.5000 (phone)
713.890.5001 (fax)


_____/s/_____
Derek E. Leon (Texas Bar No. 24002463)
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
305.415.3000 (phone)
305.415.3001 (fax)

**ATTORNEYS FOR M-I L.L.C.**

## **CERTIFICATE OF SERVICE**

      On September 10, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5 and was served electronically or by first class mail on all attorneys of record who appear on the Panel Attorney Service List.

                                                                    /s/
                                                  Hugh E. Tanner