UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179 Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANT-INTERVENORS' MOTION TO DECONSOLIDATE AND TRANSFER

Defendant-Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") respectfully requests leave to file a short reply memorandum in support of its Motion to Deconsolidate and Transfer. The proposed reply memorandum, a copy of which is attached hereto, addresses legal and factual arguments raised in plaintiffs' opposition

memorandum, will assist this Court in disposing of the issues presented, and will not delay the progress of this lawsuit.

Respectfully submitted,

/s/John W. Joyce
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
  Freeman & Sarver, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com
jjoyce@barrassousdin.com
aprice@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
and Gas Association, and International
Association of Drilling Contractors

September 10, 2010

165662

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2010, the foregoing Motion for Leave to File Reply Memorandum in Support of Defendant-Intervenors' Motion to Deconsolidate and Transfer was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

/s/John W. Joyce