IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION  J Judge Barbier |
| THIS DOCUMENT RELATES TO: 10-CV-1345; 10-CV-1156; 10-CV-1540; 10-CV-1573; 10-CV-1574; 10-CV-2675; | * * * * | Mag. Judge Shusan |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

M-I L.L.C. requests that its counsel of record, Geoffery Bracken of Gardere Wynne Sewell LLP, 1000 Louisiana, Ste 3400, Houston, Texas 77002,  Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Blvd., 25th Floor, Houston, Texas 77056 and G. Todd Burwell, G. Todd Burwell, PA, 618 Crescent Blvd, Ste 200, Ridgeland, MS 39157, as associated with the cases identified in Exhibits A and B, be allowed to withdraw as counsel for M-I L.L.C. in the above-captioned cases and that Hugh E. Tanner and Denise U. Scofield of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, and Derek E. Leon of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-2339 be substituted as counsel in their place.  Messrs. Bracken, Murphy and Burwell request that they be removed from the electronic service list in this case.

This substitution of counsel is not sought for purposes of delay.

WHEREFORE, M-I L.L.C. respectfully requests that the Court grant this Motion to Withdraw and Substitute Counsel and for such other and further relief to which M-I L.L.C. may be justly entitled.

DB1/65566788.1

Dated: September 10, 2010

Respectfully submitted,

/s/
Geoffrey H. Bracken (Texas Bar No. 02809750)
GARDERE WYNN SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002
713.276.5500 (Phone)
713.276.5555 (Fax)

/s/
G. Todd Burwell
G. TODD BURWELL, PA
618 Crescent Blvd, Suite 200
Ridgeland, Mississippi 39157
601.427.4470 (Phone)
601.427.0189 (Fax)

/s/
Edward J. Murphy (Texas Bar No. 14697500)
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas 77056
713.871.6777 (Phone)
713.960.1527 (Fax)

/s/
Hugh E. Tanner (Texas Bar No. 19637400)
Denise U. Scofield (Texas Bar No. 00784934)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas  77002
713.890.5000 (Phone)
713.890.5001 (Fax)


/s/
Derek E. Leon (Texas Bar No. 24002463)
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
305.415.3000 (Phone)
305.415.3001 (Fax)

**ATTORNEYS FOR M-I L.L.C**.

## **CERTIFICATE OF SERVICE**

On September 10, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5 and was served electronically or by first class mail on all attorneys of record who appear on the Panel Attorney Service List.

_____/s/_____
Hugh E. Tanner

**Exhibit A**
**Cases originating in the Eastern District of Louisiana**

1. Case No. 2:10-CV-01345-CJB-SS; *Kunstler, et al. v. BP P.L.C., et al.*

   Former M-I L.L.C. counsel:        Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana St., Suite 3400
   Houston, Texas  77002
   713.276.5500
   gbracken@gardere.com

2. Case No. 2:10-CV-01156-CJB-SS*; Roshto, et al. v. Transocean Ltd., et al.*

   Former M-I L.L.C. counsel:        Edward J. Murphy
   Bell & Murphy
   1300 Post Oak Blvd., 20th Floor
   Houston, Texas  77056
   713.871.6700

   - and -

   Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana St., Suite 3400
   Houston, Texas  77002
   713.276.5500
   gbracken@gardere.com

3. Case No. 2:10-CV-01540-CJB-SS; *Crawford v. BP, PLC, et al.*

   Former M-I L.L.C. counsel:        Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana St., Suite 3400
   Houston, TX  77002
   713.276.5500
   gbracken@gardere.com

4. Case No. 2:10-CV-01574-CJB-SS; *P&S Restaurant Group, Louisiana, LLC v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:        Geoffrey H. Bracken
                                                     Gardere, Wynne & Sewell, LLP
                                                     1000 Louisiana St., Suite 3400
                                                     Houston, TX  77002
                                                     713.276.5500
                                                     gbracken@gardere.com

5. Case No. 2:10-CV-01573-CJB-SS; *Derouen, et al. v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:        Geoffrey H. Bracken
                                                       Gardere, Wynne & Sewell, LLP
                                                     1000 Louisiana St., Suite 3400
                                                     Houston, Texas   77002
                                                     713.276.5500
                                                     gbracken@gardere.com

**Exhibit B**
**Cases Originating in the S.D. Mississippi**

1.   Case No. 2:10-CV-2675-CJB-SS; *Cajun Maid, LLC, et al. v. BP, PLC, et al.*

   Former M-I L.L.C. counsel:    G. Todd Burwell
                                  G. Todd Burwell, PA
                                  618 Crescent Blvd, Suite 200
                                  Ridgeland, Mississippi 39157
                                  601.427.4470
                                  tburwell@gtbpa.com