IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION  J<br><br>Judge Barbier |
| THIS DOCUMENT RELATES TO:<br><br>10-CV-1345; 10-CV-1156; 10-CV-1540; 10-CV-1573; 10-CV-1574; 10-CV-2675; | * * * * | Mag. Judge Shusan |

**ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Considering the foregoing Motion to Withdraw and Substitute counsel:

IT IS ORDERED that Geoffery Bracken of Gardere Wynne Sewell LLP, 1000 Louisiana, Ste 3400, Houston, Texas 77002,  Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Blvd., 25th Floor, Houston, Texas 77056 and G. Todd Burwell, G. Todd Burwell, PA, 618 Crescent Blvd, Ste 200, Ridgeland, MS 39157, as associated with the cases identified in Exhibits A and B, are withdrawn as counsel for M-I L.L.C. in the above-captioned cases and that Hugh E. Tanner and Denise U. Scofield of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, and Derek E. Leon of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-2339 be substituted as counsel in their place.  Messrs. Bracken, Murphy and Burwell are to be removed from the electronic service list in this case.

THIS _____ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE

**Exhibit A**
**Cases originating in the Eastern District of Louisiana**

1. Case No. 2:10-CV-01345-CJB-SS; *Kunstler, et al. v. BP P.L.C., et al.*

   Former M-I L.L.C. counsel:         Geoffrey H. Bracken
                                      Gardere, Wynne & Sewell, LLP
                                      1000 Louisiana St., Suite 3400
                                      Houston, Texas 77002
                                      713.276.5500
                                      gbracken@gardere.com

2. Case No. 2:10-CV-01156-CJB-SS*; Roshto, et al. v. Transocean Ltd., et al.*

   Former M-I L.L.C. counsel:         Edward J. Murphy
                                      Bell & Murphy
                                      1300 Post Oak Blvd., 20th Floor
                                      Houston, Texas 77056
                                      713.871.6700

                                      - and -

                                      Geoffrey H. Bracken
                                      Gardere, Wynne & Sewell, LLP
                                      1000 Louisiana St., Suite 3400
                                      Houston, Texas 77002
                                      713.276.5500
                                      gbracken@gardere.com

3. Case No. 2:10-CV-01540-CJB-SS; *Crawford v. BP, PLC, et al.*

   Former M-I L.L.C. counsel:         Geoffrey H. Bracken
                                      Gardere, Wynne & Sewell, LLP
                                      1000 Louisiana St., Suite 3400
                                      Houston, TX 77002
                                      713.276.5500
                                      gbracken@gardere.com

DB1/65566788.1

4. Case No. 2:10-CV-01574-CJB-SS; *P&S Restaurant Group, Louisiana, LLC v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:    Geoffrey H. Bracken
    Gardere, Wynne & Sewell, LLP
    1000 Louisiana St., Suite 3400
    Houston, TX  77002
    713.276.5500
    gbracken@gardere.com

5. Case No. 2:10-CV-01573-CJB-SS; *Derouen, et al. v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:    Geoffrey H. Bracken
    Gardere, Wynne & Sewell, LLP
    1000 Louisiana St., Suite 3400
    Houston, Texas   77002
    713.276.5500
    gbracken@gardere.com

**Exhibit B**
**Cases Originating in the S.D. Mississippi**

1.  Case No. 2:10-CV-2675-CJB-SS; *Cajun Maid, LLC, et al. v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:   G. Todd Burwell
    G. Todd Burwell, PA
    618 Crescent Blvd, Suite 200
    Ridgeland, Mississippi   39157
    601.427.4470
    tburwell@gtbpa.com

DB1/65566788.1