UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | |
| of Mexico, on April 20, 2010 * | SECTION: J |
| * | |
| Applies to: *All Cases.* * | JUDGE BARBIER |
| * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR LEAVE TO AMEND PRETRIAL ORDER #1
TO ALLOW PLAINTIFFS TO SERVE THIRD-PARTY *SUBPOENAS*
ON GOVERNMENTAL BODIES RELATIVE TO
ENVIRONMENTAL SAMPLE COLLECTION AND TESTING**

Now Into Court come Plaintiffs, though Plaintiffs' Co-Liaison Counsel, and respectfully seek to modify the stay on discovery contained within Paragraph 8 of Pretrial Order No. 1, to allow for the service of *subpoenas* on governmental bodies and/or agencies to obtain documents or other information regarding the collection and testing of environmental samples, for the reasons that follow:

I.

The collection and testing of environmental samples by governmental bodies and agencies is essential to the appropriate evaluation of additional provisional efforts which might be undertaken to ensure appropriate preservation of potential evidence – in the form of weathered oil, water, dispersants, soil, tissues and air – that is undergoing constant change, in and around the Gulf of Mexico.

II.

Plaintiffs' Liaison Counsel have conferred with Defense Liaison Counsel, who have no objection, with the condition that Plaintiffs (i) provide Defense Liaison Counsel with copies of the *subpoenas* when they are issued, and (ii) provide Defense Liaison Counsel with copies of any and all documents received at the time of return.

III.

It is anticipated that provision for such discovery will be included within proposed Case Management Order No. 1, but Plaintiffs respectfully suggest that time is of the essence.

**WHEREFORE** Plaintiffs respectfully pray for leave to amend Pretrial Order No. 1 in order to allow Plaintiffs to serve *subpoenas* on governmental bodies and agencies regarding environmental samples.

This 10th day of September, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion, together with a proposed Order, will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Motion and Proposed Order will be served, *via* E-MAIL, upon all known counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those pending in, or subject to transfer to, the MDL.

This <u>10th</u> day of <u>September,</u> <u>2010</u>.

    /s/  Stephen J.  Herman and James Parkerson Roy