# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

*   *   *   *   *   *   *   *   *   *   *   *

## PRETRIAL ORDER NO. ____

**CONSIDERING** the Unopposed Motion to for Leave to Amend PTO #1:

**IT IS HEREBY ORDERED** that Paragraph 8 of Pretrial Order No. 1 be and is hereby modified and amended to allow for the service of *subpoenas* on governmental bodies and agencies to obtain documents or other information regarding the collection and testing of environmental samples.

**SIGNED** this ____ day of September, 2010.

_____
The Honorable Carl J. Barbier
U.S. District Court Judge