**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Case Nos. 10-1497 and 10-1630 | * | |
| | * | |

*********************************************

**PLAINTIFFS GULF RESTORATION NETWORK, INC. AND SIERRA CLUB, INC.'S MOTION FOR LEAVE TO FILE A REPLY TO FEDERAL DEFENDANTS' RESPONSE TO MOTION TO INTERVENE TO MODIFY COURT'S JULY 12, 2010 INTERIM PROTECTIVE ORDER AND JUNE 21, 2010 CASE MANAGEMENT ORDER**

      Plaintiffs Gulf Restoration Network, Inc. and Sierra Club, Inc. respectfully request leave to file a reply brief in regard to the federal defendants' response, [D.E. 187, Case No. MDL-2179], to *Shemper, et al.*'s Motion To Intervene To Modify Court's July 12, 2010 Interim Protective Order And June 21, 2010 Case Management Order. [D.E. 271; Case No. 10-1156]. The reply is necessary to respond to arguments made by the federal defendants that relate to case management of two public law cases in this proceeding, which arguments and issues are not ripe for determination at this juncture of the case. A copy of the proposed reply brief is attached as Exhibit A and a proposed order is attached as Exhibit B.

1

Respectfully submitted this 10th day of September, 2010.

              *s/* Alisa Coe_____
              Alisa A. Coe
              La. Bar No. 27999
              Monica K. Reimer
              Fl. Bar. No. 0090069
              Admitted *Pro Hac Vice*
              David G. Guest
              Fla. Bar. No. 267228
              Admitted *Pro Hac Vice*
              Earthjustice
              111 S. Martin Luther King Jr. Blvd.
              Tallahassee, FL 32302-1329
              Phone: (850) 681-0031
              Facsimile: (850) 681-0020
              acoe@earthjustice.org

              Joel Waltzer
              La. Bar No. 19268
              Waltzer & Associates
              3715 Westbank Exprwy, Ste. 13
              Harvey, LA 70058
              Office: (504) 340-6300
              Facsimile: (504) 340-6330
              joel@waltzerlaw.com

              and

              Robert Wiygul
              La. Bar No. 17411
              Waltzer & Associates
              1011 Iberville Drive
              Ocean Springs, MS 39564
              Office: (228) 872-1125
              Fax: (228) 872-1128
              robert@waltzerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September I caused a copy of the foregoing to be served through the Court's CM/ECF system to all parties.

                                                                                 s/ Alisa A. Coe
                                                                                    Attorney