UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Case Nos. 10-1497 and 10-1630 | * | |
| | * | |

******************************************

## ORDER

The Court has considered the Motion for Leave to File a Reply to Federal Defendants' Response To Motion To Intervene To Modify Court's July 12, 2010 Interim Protective Order and June 21, 2010 Case Management Order and all related briefings and is of the opinion that Gulf Restoration Network's and the Sierra Club's motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Gulf Restoration Network, Inc. and Sierra Club, Inc. have leave to file their reply brief.

IT IS SO ORDERED this _____ day of _____, 2010.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE