IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSAN |

### APPLICATION OF JAMES F. MCKENZIE FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I respectfully submit this Application for appointment to the Plaintiffs' Steering Committee of MDL No. 2179, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. I will, if selected, serve for the common benefit of oil spill plaintiffs, and promise to the Court that I will commit my time, energy and resources to the challenging role of PSC service and seeking justice as a matter of utmost priority.

In my thirty-seven years of practice of tort and insurance law, I have successfully represented thousands of injured persons in individual and mass tort cases. I have tried hundreds of jury and non-jury trials to conclusion. I have been involved in thousands of complex litigation cases (many in MDL contexts) including cases in Diet Drugs, Bone Screw Implants, Oxycontin, Avandia, auto crash worthiness and other defective products, and complex mass insurance claims. I have actively participated in prosecuting several class action cases including environmental contamination cases. Additionally, I have personally handled hundreds of appeals in federal and state courts including the Fifth and Eleventh Circuits.

I graduated magna cum laude in Philosophy from the University of West Florida in 1970, and with honors from the University of Florida Law School in 1973, ranking second in my class. While at the University of Florida, I served as an Associate Editor (1972) and an Executive

Editor (1973) of the Law Review. I have been board certified as a Civil Trial Lawyer since certification began by the Florida Bar in 1986. I have served on the Executive Committee and Board of Directors of the Florida Justice Association (formerly the Academy of Florida Trial lawyers) for multiple terms and served one term on the Board of Governors of the American Association of Justice.[1] In 2006, I was chosen as one of the top 100 lawyers in Florida by voting of my peers for Florida Super Lawyers, the only attorney who has ever been so listed from the Florida Panhandle in the top 100 . I am AV rated by Martindale Hubbell, and have received numerous awards from the Florida Justice Association including the Crystal Eagle Award for lifetime service and selection as a Senior Fellow.

I am a regular lecturer and presenter at trial lawyer educational conferences throughout the U.S. in the field of personal injury, insurance and trial advocacy.[2] I have authored numerous articles and book chapters in the subjects of personal injury, insurance and trial advocacy.[3]

I am frequently called upon by other attorneys as a resource for legal information, case analysis and strategy in complex cases. Additionally, I am reguraly asked to serve on volunteer committees and/or serve as a resource person for government, civic and professional organizations in my areas of expertise. For instance, I was asked to give and provided legal

---

[1]  2001-2004

[2]  For e.g., I am scheduled to speak at the Florida Justice Association's "Masters of Justice" seminar on the claims process for the Oil Spill and also on Attorneys Fees in Insurance Cases in late October.

[3]  "Unfair Claims Practices and Bad Faith" Florida Bar, Florida Automobile Insurance Law (1st - 7th Edition, 1985-2010), "Eloquence in Opening Statement", 10 Trial Diplomacy Journal, 32 (1987). "Strict Liability Section Newsletter, Vol. III. (June 1982). "Personal Injury Protection Coverage", Florida No Fault Insurance Practice (2d Edition, 1979, Florida Bar); "Contraceptive Sterilization: The Doctor, The Patient and the U.S. Constitution", 25 Univ. Of Fla. Law Rev. 327(1973). "Landlord's Lament': New Tenant Remedies in Florida", 24 Univ. Of Fla. Law Rev. 769(1972).

overviews of issues dealing with this oil spill to a committee work group for the Florida Legislature, to the office of the Chief Financial Officer of Florida and to the Pensacola Chamber of Commerce.

I am a Gulf Coast native, born and raised in Fairhope, Alabama and have practiced my entire career in Pensacola, Florida. From this disaster's inception, our firm has committed substantial resources responsive to the needs of those affected. We have provided free legal advice at numerous town hall type meetings and provided free legal assistance to many persons filing interim claims. We have hundreds of clients ranging from fishermen, boat owners, small businesses, homeowners, condo owners and tourism dependent enterprises throughout Florida and south Alabama. I have actively participated in Plaintiff litigation groups focusing on the oil spill since those groups inception. For instance, I provided a memorandum on Florida's Pollution Law and its interaction with OPA and federal maritime law to all counsel in those litigation groups, and to Feinberg and Rozen at Mr. Rozen's request.

I am counsel in the case of *Ortega, et al v. BP PLC, et al.*, Case number 3:10-cv-00193-LC-EMT, a large class action lawsuit aimed at recovering damages based on the diminution of property value for Florida property owners, filed in the U.S. District Court for the Northern District of Florida, Conditional Transfer Order entered by the JPMDL on August 31, 2010.

My experience over the years has required me to demonstrate and effectuate a cooperative work spirit with other lawyers. I personally and professionally pledge to do so in this litigation as well. Although I have never served in a leadership capacity in an MDL, I have been lead counsel in multi-plaintiff and class action litigation and am familiar with the nuances of interacting with co-counsel (and defense counsel) in such litigation. I have always experienced good working

relationships with other counsel in those contexts. I look forward to being part of the team of attorneys that guide this litigation on behalf of the many injured plaintiffs seeking redress and the vindication of their rights.

Respectfully Submitted on this 13th day of September, 2010.

JAMES F. MCKENZIE
(Fla. Bar Number: 163790)
MCKENZIE HALL & DE LA PIEDRA, P.A.
905 East Hatton Street
Pensacola, Florida 32503-3931
Telephone: (850) 432-2856
Facsimile: (850) 202-2012
Email: jmckenzie@mckenzielawfirm.com