UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig * | | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | | |
| of Mexico, on April 20, 2010 * | | SECTION: J |
| * | | |
| Applies to: *All Cases.* * | | JUDGE BARBIER |
| * | | MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

## SUBMISSION OF PLAINTIFFS' PROPOSED CASE MANAGEMENT ORDER

**NOW INTO COURT,** though Plaintiffs' Liaison Counsel, come Plaintiffs, who respectfully submit their proposed CMO No. 1 herewith as Exhibit "A" and proposed Agenda for the September 16, 2010 Status Conference as Exhibit "B".

This 13th day of September, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Submission, together with the plaintiffs' proposed Case Management Order and Agenda, will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Submission and Proposed CMO and Agenda will be served, *via* E-MAIL, upon all known counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those pending in, or subject to transfer to, the MDL.

This 13th day of September, 2010.

/s/  Stephen J.  Herman and James Parkerson Roy