# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED AGENDA

### Status Conference

September 16, 2010

1.      CMO No. 1

      a.      Pleading Bundles

      b.      Time for Filing of Pleadings and Responses

      c.      Limitation Monition Date

      d.      Initial Disclosures

      e.      Scope of Phase I Discovery

      f.      Timing of Phase I Discovery

      g.      Pre-Trial and Trial Settings for Limitation Trial

      h.      Test Cases

2.      Status of Filing and Service Issues - Lexis / Nexis, etc.

3.      Status of Discussions regarding Direct Filing

4.      Status of Discussions regarding Protective Order, Document and E-Discovery Protocols, and Deposition Protocol

5.      Time and Expense Reporting and Accounting

6.      Status of BOP Inspection and Testing

7.      Status of Third-Party Discovery