UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to All Cases | Judge Barbier<br>Mag. Judge Shushan |

## MOTION FOR WITHDRAWAL OF MOTION TO INTERVENE

COME NOW Movants Jacob Shemper, Kimberly Nguyen, Cory Shepardson, Professional Bars, Inc., Alan Ford, Cindy Nguyen, Vacation Key West, Inc., Bobby Wilson, Seymour Stricker, Kevin Ware, Thomas and Dolores Murphy, and Scott McCarthy,[1] and with the consent of Liaison Counsel for the Plaintiff, hereby move to withdraw, without prejudice for now, their Fed. R. Civ. P. 24(b) motion to intervene filed July 12, 2010 in the matter of *In re: Deepwater Horizon*, 10-CV-1156 (E.D. La. 2010) (Rec. Doc. 271), which has been consolidated into this MDL proceeding.

Counsel for Movants have contacted Stephen J. Herman, Liaison Counsel for the Plaintiffs in this matter, who indicated not only that there is no opposition from the Plaintiffs to Movants' motion to withdraw, and also indicated his belief that Defendants' Liaison Counsel consents to this motion to withdraw. Don Haycraft one of Defendants'

---

[1] Movants are plaintiffs in the following actions: *Shemper v. BP PLC et al.*, 2:10CV138-KS-MTP, (S.D. Miss., Hattiesburg Div., filed May 27, 2010); *K. Nguyen v. BP PLC et al.*, 1:10CV241-HSO-JMR, (S.D. Miss., Southern Div., filed May 26, 2010); *Davis et al. v. BP PLC et al.*, 4:10-CV-10055, (S.D. Fla., Key West Div., filed June 3, 2010); *Shepardson v. BP PLC et al.*, 4:10-CV-10054, (S.D. Fla., Key West Div., filed June 3,2010); Profes*sional Bars, Inc. d/b/a Brass Monkey v. BP PLC et al.*, 4:10-CV-10056, (S.D. Fla., Key West Div., filed June 3, 2010); *Ford v. BP PLC et al.*, 1:10-CV-292-CG, (S.D. Ala., Southern Div., filed June 9, 2010); *Vacation Key West., Inc. v. BP PLC et al.*, 4:10-cv-10059-JLK, (S.D. Fla., Key West Div., filed June 10, 2010); *Wilson v. BP PLC et al.*, 1:10-CV-263-HSO, (S.D. Miss, Southern Div., filed June 10, 2010); *Stricker v. BP PLC et al.*, 3:10-cv-00229-LC-EMT, (N.D. Fla., Pensacola Div., filed June 25, 2010); *Ware v. BP PLC et al.*, 4:10-cv-10069, (S.D. Fla., Key West Div. filed July 8, 2010); *McCarthy v. BP PLC et al.*, 4:10-cv-10068, (S.D. Fla., Key West Div. filed July 8, 2010); and *Murphy v. BP PLC et al.*, 8:10-cv-01521-JDW-TGW (M.D. Fla., Tampa Div. filed July 9, 2010). Movants counsels have filed complaints in this District subsequent to the filing of this motion to intervene. Those cases are styled *Russell Avocato v. BP PLC et. al.*, Case No.: 2:10-cv-02770 (E.D. La. filed August 17, 2010) and *JRKW Enterprises, LLC v. BP PLC et. al,.* (E.D. La. Filed August 27, 2010).

interim liaison counsel, has consented. Moreover, Movants, as putative intervenors, believe that the MDL consolidation before this Court and the renewed negotiations between liaison counsels on this issue renders the procedural posture of this motion inappropriate and the substance moot for now.[2] Movants' respectfully request that this Court remove consideration of their motion to intervene from the agenda for the September 16, 2010, initial conference.[3]

Respectfully submitted this 13th day of September, 2010.

_____/s/_____
Scott M. Galante (#26890)
GALANTE & BIVALACQUA LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Voice: (504) 648-1858
Facsimile: (504) 561-0559

**MOTLEY RICE LLC**

Ronald L. Motley
Joseph F. Rice
Kevin R. Dean
Jodi Westbrook Flowers
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P.O. Box 1792
Mount Pleasant, SC 29465
Pho: (843) 216-9000
Fax: (843) 216-9450
*Counsel for Movants*

---

[2] Movants reserve their rights to refile the substance of this motion in the unlikely event the issues raised by the motion docket #271 are not resolved by agreement.

[3] Movants further request that given the nature of this motion, that Movants be excused from submitting a L.R. 7.4 memorandum in support of this motion to withdraw.