IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------
                                                    *
In re:  OIL SPILL by the OIL RIG            *     MDL No. 2179
        "DEEPWATER HORIZON" IN              *
        GULF OF MEXICO, on                  *     SECTION  J
        APRIL 20, 2010                      *
                                            *     Judge Barbier
THIS DOCUMENT RELATES TO:                   *     Mag. Judge Shushan
                                            *
10-CV-1345; 10-CV-1156; 10-CV-1540;         *
10-CV-1573; 10-CV-2675                      *
                                            *
----------------------------------------------------------------*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

M-I L.L.C. requests that its counsel of record, Geoffery Bracken of Gardere Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002, Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Boulevard., 25th Floor, Houston, Texas 77056 and G. Todd Burwell, G. Todd Burwell, PA, 618 Crescent Boulevard, Suite 200, Ridgeland, Mississippi 39157, as associated with the cases identified in Exhibits A and B, be allowed to withdraw as counsel for M-I L.L.C. in the above-captioned cases and that Hugh E. Tanner and Denise U. Scofield of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, and Derek E. Leon of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131-2339 be substituted as counsel in their place. Messrs. Bracken, Murphy and Burwell request that they be removed from the electronic service list in this case.

This substitution of counsel is not sought for purposes of delay.

WHEREFORE, M-I L.L.C. respectfully requests that the Court grant this Motion to Withdraw and Substitute Counsel and for such other and further relief to which M-I L.L.C. may be justly entitled.

Dated:  September 13, 2010

                                                 Respectfully submitted,

                                                 *s/ Geoffrey Bracken*

Geoffrey H. Bracken (Texas Bar No. 02809750)
GARDERE WYNN SEWELL LLP
1000 Louisiana, Suite 3400
Houston, Texas  77002
713.276.5500 (Phone)
713.276.5555 (Fax)


                                               *s/ G. Todd Burwell*

G. Todd Burwell
G. TODD BURWELL, PA
618 Crescent Blvd, Suite 200
Ridgeland, Mississippi  39157
601.427.4470 (Phone)
601.427.0189 (Fax)


                                               *s/ Edward Murphy*

Edward J. Murphy (Texas Bar No. 14697500)
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056
713.871.6777 (Phone)
713.960.1527 (Fax)

          *s/ Hugh E. Tanner*
Hugh E. Tanner (Texas Bar No. 19637400)
Denise U. Scofield (Texas Bar No. 00784934)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
713.890.5000 (Phone)
713.890.5001 (Fax)


          *s/ Derek E. Leon*
Derek E. Leon (Texas Bar No. 24002463)
MORGAN, LEWIS & BOCKIUS LLP
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2339
305.415.3000 (Phone)
305.415.3001 (Fax)

**ATTORNEYS FOR M-I L.L.C**.


## CERTIFICATE OF SERVICE

On September 13, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5 and was served electronically or by first class mail on all attorneys of record who appear on the Panel Attorney Service List.


          *s/ Hugh E. Tanner*
Hugh E. Tanner

**Exhibit A**
**Cases originating in the Eastern District of Louisiana**

1. Case No. 2:10-CV-01345-CJB-SS; *Kunstler, et al. v. BP P.L.C., et al.*

    Former M-I L.L.C. counsel:         Geoffrey H. Bracken
                                        Gardere, Wynne & Sewell, LLP
                                        1000 Louisiana St., Suite 3400
                                        Houston, Texas  77002
                                        713.276.5500
                                        gbracken@gardere.com

2. Case No. 2:10-CV-01156-CJB-SS*; Roshto, et al. v. Transocean Ltd., et al.*

    Former M-I L.L.C. counsel:         Edward J. Murphy
                                        BEIRNE, MAYNARD & PARSONS, LLP
                                        1300 Post Oak Boulevard, Suite 2500
                                        Houston, Texas  77056
                                        713.871.6777 (Phone)
                                        713.960.1527 (Fax)


                                        - and -

                                        Geoffrey H. Bracken
                                        Gardere, Wynne & Sewell, LLP
                                        1000 Louisiana St., Suite 3400
                                        Houston, Texas  77002
                                        713.276.5500
                                        gbracken@gardere.com

3. Case No. 2:10-CV-01540-CJB-SS; *Crawford v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:         Geoffrey H. Bracken
                                        Gardere, Wynne & Sewell, LLP
                                        1000 Louisiana St., Suite 3400
                                        Houston, TX  77002
                                        713.276.5500
                                        gbracken@gardere.com

4. Case No. 2:10-CV-01573-CJB-SS; *Derouen, et al. v. BP, PLC, et al.*

      Former M-I L.L.C. counsel:         Geoffrey H. Bracken
                                                            Gardere, Wynne & Sewell, LLP
                                                            1000 Louisiana St., Suite 3400
                                                            Houston, Texas   77002
                                                            713.276.5500
                                                            gbracken@gardere.com

**Exhibit B**
**Cases Originating in the S.D. Mississippi**

1. Case No. 2:10-CV-2675-CJB-SS; *Cajun Maid, LLC, et al. v. BP, PLC, et al.*

   Former M-I L.L.C. counsel:        G. Todd Burwell
                                     G. Todd Burwell, PA
                                     618 Crescent Blvd, Suite 200
                                     Ridgeland, Mississippi   39157
                                     601.427.4470
                                     tburwell@gtbpa.com