IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J  Judge Barbier |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge Shushan |
| 10-CV-1345; 10-CV-1156; 10-CV-1540; 10-CV-1573; 10-CV-2675; | * * * | |

## ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Considering the foregoing Motion to Withdraw and Substitute counsel:

IT IS ORDERED that Geoffery Bracken of Gardere Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002, Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Boulevard, 25th Floor, Houston, Texas 77056 and G. Todd Burwell, G. Todd Burwell, PA, 618 Crescent Blvd, Suite 200, Ridgeland, Mississippi 39157, as associated with the cases identified in Exhibits A and B, are withdrawn as counsel for M-I L.L.C. in the above-captioned cases and that Hugh E. Tanner and Denise U. Scofield of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, and Derek E. Leon of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339 be substituted as counsel in their place. Messrs. Bracken, Murphy and Burwell are to be removed from the electronic service list in this case.

THIS _____ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE

# Exhibit A
## Cases originating in the Eastern District of Louisiana

1. Case No. 2:10-CV-01345-CJB-SS; *Kunstler, et al. v. BP P.L.C., et al.*

   Former M-I L.L.C. counsel:   Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana, Suite 3400
   Houston, Texas 77002
   713.276.5500
   gbracken@gardere.com

2. Case No. 2:10-CV-01156-CJB-SS*; Roshto, et al. v. Transocean Ltd., et al.*

   Former M-I L.L.C. counsel:   Edward J. Murphy
   BEIRNE, MAYNARD & PARSONS, LLP
   1300 Post Oak Boulevard, Suite 2500
   Houston, Texas 77056
   713.871.6777 (Phone)
   713.960.1527 (Fax)

   - and -

   Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana, Suite 3400
   Houston, Texas 77002
   713.276.5500
   gbracken@gardere.com

3. Case No. 2:10-CV-01540-CJB-SS; *Crawford v. BP, PLC, et al.*

   Former M-I L.L.C. counsel:   Geoffrey H. Bracken
   Gardere, Wynne & Sewell, LLP
   1000 Louisiana St., Suite 3400
   Houston, TX 77002
   713.276.5500
   gbracken@gardere.com

4. Case No. 2:10-CV-01573-CJB-SS; *Derouen, et al. v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:        Geoffrey H. Bracken
                                                              Gardere, Wynne & Sewell, LLP
                                                              1000 Louisiana, Suite 3400
                                                              Houston, Texas   77002
                                                              713.276.5500
                                                             gbracken@gardere.com

DB1/65566788.1

**Exhibit B**
**Cases Originating in the S.D. Mississippi**

1. Case No. 2:10-CV-2675-CJB-SS; *Cajun Maid, LLC, et al. v. BP, PLC, et al.*

    Former M-I L.L.C. counsel:    G. Todd Burwell
    G. Todd Burwell, PA
    618 Crescent Boulevard, Suite 200
    Ridgeland, Mississippi  39157
    601.427.4470
    tburwell@gtbpa.com