IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on | ) | Section: J |
| April 20, 2010 | ) | |
| | ) | Judge Barbier |
| This Document Relates to All Cases | ) | Mag. Judge Shushan |

## APPLICATION OF BRENT W. COON
## TO PLAINTIFFS' STEERING COMMITTEE

TO THE HONORABLE COURT: Please accept this letter as a formal request to serve on the Plaintiffs' Steering Committee in the BP "Deepwater Horizon" litigation. I have no doubt that many well known and highly skilled counsel will apply to serve in this matter so I would like to set out our qualifications for consideration.

1. Resources:

My firm, Brent Coon and Associates (BCA), specializes in complex litigation. Although my primary office is in Houston, Texas, we have fully manned litigation offices in a number of cities from Boston to San Francisco, including offices in Baton Rouge and New Orleans, as well as a number of other coastal offices with dozens of licensed litigation attorneys. I have personally tried hundreds of claimants' cases to verdict and my firm has broad depth and experience at handling environmental and mass consolidation actions, going back to the 1980's. We have 200 highly trained staff members, with skill sets in trial preparation, briefing, discovery, IT, and other required expertise for litigation of this nature. My firm invested millions of dollars in developing the liability case in the last major explosion involving BP for the benefit of thousands of claimants, which is discussed in more detail below.

2. Litigation Experience:

   (A) General:  BCA has handled tens of thousands of individual cases, many involving consolidated proceedings in state and federal courts around the country. This includes many of the most catastrophic petrochemical industry explosions, occupational disease claims, environmental claims, consumer classes, pharmaceutical injuries and aviation tragedies.

We serve as counsel to numerous petrochemical industry unions and local affiliates around the country, including the AFL-CIO, the USW, as well as various aviation, law enforcement and industrial labor forces.  I have personally served as lead trial counsel in dozens of multi-party cases in a number of jurisdictions, many again lasting months in trial.

(B) BP Specific:  No firm to my knowledge has spent more time litigating with BP than the firm of BCA.  The most recent major case was <u>Arenazas vs. British Petroleum</u> in Galveston, TX, which involved the Texas City refinery explosion in 2005. I personally deposed over 200 industry experts and BP executives, including the CEO of BP in London, after arguing the right to his deposition before the Texas Supreme Court. I served as lead counsel to hundreds of cases on behalf of my firm and numerous other firms who retained BCA as trial counsel.  I also served as the Plaintiff Liaison Counsel and my firm personally handled most of the discovery, depositions, motion practice, hearings and trials.  We obtained and reviewed over 7 million documents and tried the case in four of the trial groups, the last one going to closing arguments after nine weeks of evidence.  I also worked closely with numerous state and federal investigative agencies, including OSHA, the Department of Justice, the TCEQ, the Texas Attorney General and the U.S. Chemical Safety and Hazard Investigation Board (CSB).  Our offices personally dedicated over 100,000 man-hours of legal time and over 300,000 hours of staff time to prepare that case on behalf of our claimants and those represented by other law firms.  I am also serving as counsel to the State of Oklahoma in the BP propane price-fixing case, and serve as counsel to numerous other injury and fatality cases involving British Petroleum and their various subsidiaries. We have the largest archive of BP testimony and documents in the country and are considered a leading authority on litigation involving BP.  My firm is also acquainted with the majority of other defendants to the litigation as well as their retained counsel in this cause.

3. Commitment to the Litigation:

BCA is counsel to thousands of oil spill claims, ranging from rig workers to shrimpers, property owners, restaurants and other economically impacted individuals and business owners.  We also serve as trial counsel to many other law firms around the country who collectively represent thousands of other affected claimants. We have participated in the *ad hoc* Plaintiff Team on the Feinberg/BP Fund protocols and argued before the JPML panel in Boise last month. I participated as a guest speaker in the three major oil spill seminars for attorneys in New Orleans, Atlanta and Orlando this year.  I am again working with various authorities and investigators within the DOJ as well as the CSB, which has been designated to evaluate root cause analysis. We have been asked to provide information and materials to the numerous Congressional investigations before the House Judiciary Committee and the House Energy and Commerce Committee.  We have not only briefed various staff attorneys and Congressmen, we have provided witnesses and outlines to further these important congressional inquiries.

4. Relationship Building:

Critical to working together in a case of this magnitude is the ability to work with others. Our firm is well known for working well with other firms, and BCA has had the pleasure of working with many of the firms involved in this litigation on both sides of the

2

docket. By being a nationally based firm, we have also had the experience of working with a broad range of the law firms involved here, from New York, South Carolina, Missouri and other locations well distanced from New Orleans, as well as many of the other well known firms more regional to the Gulf.

5. Reputation:

BCA is a highly recognized authority on litigation of this nature in general and with the petrochemical industry in particular, most notably BP. I have provided hundreds of interviews over the years on issues related to the industry. These include all of the major TV news outlets, national and international wire services, newspapers, and journals covering these types of issues. We have assisted with numerous documentaries in the US and abroad, assisted in research development, and worked with numerous state and federal authorities on not only investigative and causative issues in the industry, but in remedial solutions as well. We have testified in State and Federal Congressional Committees on the subject of safety in the petrochemical industry and lectured on the subject around the country for many years at a wide variety of legal education programs. We have drafted safety legislation for the industry and have been a leader in developing and funding engineering programs dedicated to improving process safety management in the industry through research and educational programs at several major universities. I also have been involved in owning and operating an oil field equipment services company and have a unique perspective and understanding of a number of issues and practices in the industry, particularly in drilling services and blowout preventers.

6. BCA's Previous and Ongoing MDL Experience:

- MDL 875, *In re: Asbestos Products Liability Litigation (No. VI)*, Eastern District of Pennsylvania, Presiding Judge Eduardo C. Robreno.
- MDL 1657, *In re: Vioxx Products Liability Litigation*, Eastern District of Louisiana, Presiding Judge Eldon E. Fallon.
- MDL 1699, *In re: Bextra and Celebrex Products Liability Litigation*, Northern District of California, Presiding Judge Charles R. Breyer
- MDL 1742, *In re: Ortho Evra Products Liability Litigation*, Northern District of Ohio, Presiding Judge David A. Katz.
- MDL 1943, *In re: Levaquin Products Liability Litigation*, District Court of Minnesota, Presiding Judge John R. Tunheim.
- MDL 2005, *In re: Air Crash at Tegulcigapa, Honduras, on May 30, 2008*, Southern District of Florida, Presiding Judge Alan S. Gold.
- MDL 2135, *In re: Air Crash at Madrid, Spain, on August 20, 2008*, Central District of California, Presiding Judge Gary Feess.

7. Other Complex Litigation Experience:

- *Arenazas, et al. v. BP Amoco Chemical Co., et al.*, No. 05-CV-0337, 212th District Court, Galveston County, Texas (2006-2008): Lead counsel for 3,000 casualty

- and fatality cases resulting from the 2005 BP refinery explosion.  See also *In re: BP Products N. Am., Inc.*, 244 S.W.3d 840 (Tex. 2008).  Settlement amount kept confidential.
- *Baker, et al. v. Chevron USA, Inc., et al.*, No. 1:05-CV-227, Southern District of Ohio, (2005-present):  Co-lead counsel for approximately 200 groundwater contamination cases.
- *Turner, et al. v. Murphy Oil USA, Inc.,* No. 05-4206 (Consolidated Case), Eastern District of Louisiana, Presiding Judge Eldon E. Fallon (2007): Twenty-seven consolidated class action suits resulting from oil spill during Hurricane Katrina; PSC member and briefing contributor.
- *Abner v. Westinghouse, et al.*, No. 98-0167, Claiborne County Circuit Court, Miss. (1999): Co-lead counsel for approximately 1,400 asbestos cases.
- *Daniels, et al. v. Pittsburgh Corning Corp., et al.*, No. B-150,374, 60th District Court, Jefferson County, Texas (1998): Lead counsel for approximately 300 asbestos cases.
- *Bamber, et al. v. Dresser Indus., et al.*, No. A-140,807, 58th District Court, Jefferson County, Texas (1995): Lead counsel for approximately 300 asbestos cases.
- *Borel, et al. v. Texaco, et al.*, No. A-143,369, 58th District Court, Jefferson County, Texas (1995): Lead counsel for approximately 500 refinery injury cases.
- *Daniels v. General Electric*, No. B-150,374, 60th District Court, Jefferson County, Texas (1995): Lead counsel for 200 asbestos cases.
- *White, et al. v. Dowell Schlumberger, et al.*, No. CV40429, 238th District Court, Midland County, Texas (1996):  Lead counsel for approximately 80 environmental damage to property cases.
- *Cimino v. Raymark Indus., et al.*, No. B-86-0486-CA, E.D.Tex., Beaumont Division (1990): Co-counsel for approximately 2,000 asbestos cases, including nine months of trial.
- Texas Asbestos MDL Court, 11th District Court of Harris County, Texas (ongoing): BCA represents or has represented approximately 8,000 cases in this litigation.
- Ohio Asbestos Litigation, Cuyahoga County, Ohio (ongoing): BCA represents or has represented approximately 1,300 cases in this litigation.

8.  Conclusion

I offer to the Plaintiffs' Steering Committee the experience, knowledge, passion, and dedication to justice of both myself and my firm.  It is with these ideals in mind that I respectfully submit my application for a position on the Plaintiffs' Steering Committee for consideration by the Court.

Respectfully submitted,

*/s/ Brent W. Coon*

_____
Brent W. Coon
Federal Bar No. 9308
BRENT COON & ASSOCIATES
300 Fannin Street, Suite 200
Houston, Texas  77002
brent@bcoonlaw.com
Telephone:   (713) 225-1682
Facsimile:    (713) 225-1785

## Certificate of Service

I hereby certify that a copy of the foregoing pleading has been sent via the Court's CM/ECF system to all counsel of record.

*/s/ Brent W. Coon*

_____
Brent W. Coon