## DEFENDANTS' PROPOSED TIMELINE

| DATE | EVENT |
|---|---|
| October 1, 2010 | Plaintiffs' Liaison Counsel shall report to the Court regarding discussion with Defense Liaison Counsel regarding the desirability of a Master Complaint for Governmental Claims. |
| October 15, 2010 | Plaintiffs shall provide Defendants with a single, uniform requested format for producing documents on or before this date. |
| October 22, 2010 | Defendants shall either accept plaintiffs' proposed file format for document production or attempt to agree with plaintiffs on an alternative file format on or before this date or the matter shall be submitted to the Court on this date. |
| November 30, 2010 | Defendants shall produce any insurance or separate indemnity agreement (or portion of any agreement containing indemnity provisions as between the defendants), subject to redactions by the Defendant producing the documents of proprietary and confidential commercial information in such documents, under which an insurance business or any other party may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment on or before this date. |
| November 30, 2010 | Each Defendant shall disclose in writing the identity of any employee of that respective defendant who has provided testimony to the Marine Board of Investigation or to the United State Congress in connection with the casualty of April 20, 2010 at the Macondo Well on or before this date, along with a written transcript of the testimony if available and in the possession of defendants. |
| December 1, 2010 | All RICO claims shall be identified to Defendants' and Plaintiffs' Liaison Counsel. |
| December 10, 2010 | Each counsel of record for one or more Plaintiff shall provide Plaintiffs' Liaison Counsel with a list of the names and addresses of all plaintiffs represented by each counsel, a general description of the claim and a computation of each category of damages claimed, whether such claims have been presented to the BP claims facility or to the Gulf Coast Claims Facility and disposition of same on or before this date.  This information will be organized and compiled for production in an electronic format within ten (10) days thereafter. |

1030228v.1

| | |
|---|---|
| December 10, 2010 | Plaintiffs may submit a single set of Master Interrogatories, not to exceed 20 in number, and a single set of Master Requests for Production of Documents, not to exceed 20 in number, to defendants on or after this date. |
| December 15, 2010 | Master Complaints shall be filed. |
| December 15, 2010 | Amended Complaints in existing cases for Pleading Bundles not subject to the filing of a Master Complaint shall be filed. |
| December 15, 2010 | A Consolidated RICO Class Complaint and Consolidated Case Statement will be filed. |
| December 20, 1020 | Plaintiffs' Liaison Counsel to produce electronic version of compiled plaintiffs' lists (as required to be submitted to Plaintiffs' Liaison Counsel) on or before December10, 2010). |
| January 31, 2011 | Defendants shall file separate Answers and/or motions to dismiss in response to the Master Complaints. |
| January 31, 2011 | Defendants shall file Answers and/or motions to dismiss in response to any complaint or amended complaint which is not subject to a Master Complaint, and not previously answered. |
| January 31, 2011 | Defendants may amend Answers /or motions to dismiss in response to any complaint or amended complaint which is not subject to a Master Complaint, and which were filed prior to CMO 1. |
| January 31, 2011 | Defendants shall file an Answer or any Rule 12(b) or 12(c) motions to dismiss RICO claims. |
| January 31, 2011 | All claims in the Transocean Limitation, Docket No. 10-2771 shall be filed on or before this date. |
| January 31, 2011 | Motions to Dismiss shall be filed on or before this date. |
| January 31, 2011 | The parties will meet and confer on or before this date to prepare and submit to the Court a proposal or proposals for Phase 2 Case Management Order. |
| February 8, 2010 | Defendants shall separately respond to discovery requests within sixty (60) days of receiving Master Interrogatories or Master Requests for Production of Documents. |
| March 15, 2011 | Memoranda in Opposition to Defendants' Motions to Dismiss |

- 2 -

1030228v.1

| | |
|---|---|
| | shall be filed by this date. |
| March 29, 2011 | Any Reply Memoranda in Support of Defendants' Motions to Dismiss shall be filed by this date. |
| April 2011 | Initial depositions concerning liability issues concerning the blowout, fire, explosion, and ensuing oil spill shall not commence until this time. |
| April 13, 2011 | Oral Argument on Motions to Dismiss will be heard at 9:30 a.m. |
| Late 2011 or early 2012 | Limitation of Liability Trial Date. |

1030228v.1