UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION : J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

### APPLICATION OF PAUL M. STERBCOW FOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order No. 1 (Rec. Doc. 2) Paul M. Sterbcow, Esq. applies for a position on the Plaintiffs' Steering Committee and in support shows:

1.

Applicant is managing partner of Lewis, Kullman, Sterbcow & Abramson, a New Orleans, Louisiana plaintiff litigation firm with a concentration in maritime personal injury and death cases.

2.

Applicant graduated from Newman High School, Tulane University and Tulane Law School and has been in private practice in New Orleans since 1986.

3.

Applicant has represented most major Gulf of Mexico drilling companies including Rowan, Fluor, Zapata and Penrod Drilling Company.  Applicant also served as assistant general counsel for Penrod Drilling Company, which job included review and evaluation of all personal injury and contractual litigation, observation, review and recommendations for safer drilling operations and onsite offshore rig accident investigations.

4.

Since 1994, applicant has worked as an associate, partner and now managing partner at Lewis, Kullman, Sterbcow & Abramson.

5.

Applicant has served as President of the Admiralty Law Section of the American Association of Justice, President of the Maritime Law Section of the Louisiana Association of Justice and Chair of the Maritime Law Committee of the New Orleans Bar Association, in which capacities applicant has been and continues to be very involved in proposed federal legislation to amend the Jones Act, Death on the High Seas Act and Limitation of Liability Act.

6.

Applicant is currently a member of a committee, which includes Prof. Thomas Schoenbaum, formed by The Maritime Law Association to review proposed legislative changes to the Limitation of Liability Act and attempt to come to consensus agreement and an official MLA position on said legislation.

7.

Applicant is a frequent speaker at maritime law seminars, has authored over 35 papers on various maritime law topics including limitation of liability and maritime personal injury and

death rights and remedies and has contributed to several amicus curae briefs to the United States Supreme Court in cases involving issues of admiralty law.

8.

Applicant is an AV rated attorney, a member of the Board of Governors of the Louisiana Association for Justice and was recently nominated for the New Orleans Bar Association 2010 Distinguished Maritime Lawyer Award.

9.

Applicant has handled hundreds of maritime cases generally and Gulf of Mexico drilling rig accident and explosion cases in particular, in the Eastern District of Louisiana and elsewhere. Most recently applicant was counsel in the proceeding "In the Matter of the Complaint of Jillian Morrison, L.L.C., Chet Morrison Diving, L.L.C., Chet Morrison Contractors, Inc., and Chet Morrison Services, L.L.C. as Owner and/or Operators of the M/V JILLIAN MORRISON Petitioning for Exoneration from or Limitation of Liability", Civil Action No. 08-1255 before this Honorable Court, a case involving an explosion aboard a dive boat which resulted in three deaths and numerous injuries. This Honorable Court is familiar with applicant's competence.

10.

Applicant is counsel of record in "Michael Williams vs. Transocean, Ltd., et al" Civil Action No. 10-1243, and has moved to enroll as co-counsel along with Matthew Shaffer, Esq. of Houston, Texas for limitation claimants Carlos Ramos, Bill Scott Francis and Tyrone Benton in the consolidated Limitation proceeding.

11.

Applicant is also counsel to a number of South Louisiana and South Alabama fishermen and seafood processors who have followed the OPA required administrative claims procedure to date but who will file economic loss claims in this matter if necessary.

12.

Applicant has attended a number of the United States Coast Guard and Marine Board of Investigations hearings into the DEEPWATER HORIZON explosion; has begun preparation for discovery into the facts and circumstances surrounding the April 20, 2010 rig explosion including all causes thereof; has worked with liaison counsel on a number of issues including limitation transfer, appropriate protocol for salvage of the blowout preventer and anticipated discovery and motion practice; has filed pleadings and attended hearings in the Limitation action then pending in the S.D.TX; and acted as informal liaison between the S.D.TX and this Court prior to transfer of the Limitation action to E.D.LA.

13.

Applicant has reviewed the list of responsibilities of the PSC in Paragraph 17 of Pretrial Order No. 1 and is fully prepared to abide by and satisfy all such responsibilities.

    Respectfully submitted,

    /s/ Paul M. Sterbcow
    PAUL M. STERBCOW T. A. (#17817)
    Lewis, Kullman, Sterbcow & Abramson
    **Sterbcow@lksalaw.com**
    601 Poydras Street, Suite 2615
    New Orleans, Louisiana 70130
    (504) 588-1500

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of record.

/s/ Paul M. Sterbcow