UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG       MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010     SECTION:   J

                                      JUDGE BARBIER

                                      MAGISTRATE JUDGE SHUSHAN

THIS DOCUMEN RELATES TO:

ALL CASES
*******************************************************************

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List, as provided in Pretrial Order No. 1:

R. Todd Elias
Federal:         21551
Texas Bar No.:   00787427
e-mail:          rtelias@geslawfirm.com

**GORDON, ELIAS & SEELY, L.L.P.**
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:       713-668-9999
Facsimile:       713-668-1980

Counsel presently serves as counsel in the matter entitled *Tracy Kleppinger, et al vs. Transocean Offshore Deepwater Drilling, et al*; In the United States District Court for the Southern District of Texas, Houston Division; Civil Action No. 4:10-cv-1851 representing:

| | |
|---|---|
| Plaintiff: | Tracy Kleppinger, Individually and as Representative of the Estate of Karl Kleppinger, Jr. and as Next Friend of Aaron Thomas Kleppinger, A Minor Child |
| Intervenor: | Christopher Choy |
| Intervenor: | Dominique Ussin |
| Intervenor: | Douglas Harold Brown |
| Intervenor: | Brent Mansfield |

Counsel file this request without waiving the rights of Plaintiff and Intervenors to object to the lack of jurisdiction over them based on improper removal of their Jones Act cases.

WHEREFORE, the above named attorneys request that their names be added to the Panel Attorney Service List.

Respectfully submitted,

*R. Todd Elias*
R. Todd Elias
Federal:              21551
Texas Bar No.:        00787427
**GORDON, ELIAS & SEELY, L.L.P.**
1811 Bering Drive, Suite 300
Houston, Texas 77057
Telephone:            713-668-9999
Facsimile:            713-668-1980

## CERTIFICATE OF SERVICE

I certify that on September 14, 2010, a copy of the foregoing Request to Add Names to Panel Attorney Service List was filed electronically with the clerk of the Court using the CM/ECF system. Notice of this filling will be sent to all counsel by operation of the court's electronic system.

*R. Todd Elias*
R. Todd Elias