UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to:  ALL CASES | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ATTORNEY MIKE PAPANTONIO'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Court's Pretrial Order No. 1 dated August 10, 2010, attorney Mike Papantonio with the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A. (Pensacola, Florida) submits this application to be appointed to the Plaintiffs' Steering Committee (PSC) in the instant action.  In support, Mr. Papantonio states as follows:

Mr. Papantonio is counsel of record in the following multi-client cases either pending before this Court or soon to be transferred:  *Joe Patti Seafood Co., et al. v. Transocean, Ltd., et al.,* Case No. 3:10-cv-00137 (N.D. Fla.), *Rinke, et al., v. BP PLC,* Case No. 3:10-cv-00206 (N.D. Fla.); *Key West Tiki Charters, Inc., et al. v. Transocean, Ltd.*, et al., Case No. 4:10-cv-10039 (S.D. Fla.); and *David Meyer, et al. v. BP America, et al.*, Case No. 1:10-cv-00216 (S.D. Ala.).

Since the time of the *Deepwater Horizon* explosion, Mr. Papantonio and a dozen members of his law firm have interviewed more than 2,500 persons and entities impacted by the incident.  The law firm presently represents more than 500 individuals and businesses along the Gulf Coast.

Those clients consist of restaurants, hotels, resorts, condominium owners, fishermen, shrimpers, boat captains, deck hands, property management companies, realtors, property owners, community banks, seafood distributors, coastal suppliers, and coastal retailers. The law firm also recently received the endorsement as preferred legal counsel for the Florida Restaurant and Lodging Association (FRLA), an organization with more than 10,000 members who contribute nearly $60 billion to the Florida economy each year. Collectively, the claims of the members of the FRLA are one of the largest economic claims that will be submitted from the State of Florida.

In addition to the work for the firm's specific clients, Mr. Papantonio and his partners have been actively working for the common benefit of all victims of this tragedy. Mr. Papantonio's partner, Brian Barr, is presently serving as the co-chair of the AAJ Gulf Oil Spill Litigation Group. In addition, Mr. Barr is assisting, on an interim basis for this MDL proceeding prior to the appointment of a PSC, in the retention and coordination of experts responsible for sampling and testing of natural resources impacted by this spill. These efforts have been ongoing through numerous meetings and phone calls with and among other Plaintiffs' counsel in this action. Another of Mr. Papantonio's partners, Troy Rafferty, is presently serving as co-chair of the Florida Justice Association's Gulf Oil Spill Litigation Group.

Mr. Papantonio is a senior partner and head trial lawyer with the law firm of Levin, Papantonio. He is listed in the publication *Best Lawyers in America*, and is widely regarded as one of the top trial lawyers in the country, especially in the area of mass torts and environmental litigation. He has tried seventy-five (75) cases to verdict, including both environmental and multiple mass tort cases as part of either MDL proceedings or coordinated state proceedings. He is a Fellow in the International Academy of Trial Lawyers. He is both a State and Nationally Board Certified Trial lawyer who has authored and co-authored numerous articles on handling

complex litigation, including a book on closing arguments and three motivational books written specifically for attorneys regarding trial law.

In 2008, Mr. Papantonio was selected by the Public Justice Foundation as a finalist for the Trial Lawyer of the Year Award for his work as lead trial counsel in the environmental case of *Perrine, et al. v. DuPont*, in Harrison County, West Virginia. After years of litigation and $8 million in out of pocket expenses, Mr. Papantonio and his trial team obtained a $380 million verdict for a class of residents who lived in communities surrounding a former DuPont zinc smelter. In 2001, Mr. Papantonio filed two class action environmental lawsuits against polluters in Pensacola, Florida, which lead to a $100 million settlement. Mr. Papantonio's firm is also presently lead counsel in a certified environmental class action, *Sher, et al. v. Raytheon Co.*, currently pending in the Middle District of Florida against Raytheon Company.

Mr. Papantonio is the founder and director of the law firm's extensive mass torts environmental litigation departments. The Environmental Litigation Department consists of eight (8) lawyers dedicated to the practice of environmental law and an extensive support staff. The firm has been practicing in the area of environmental law, specifically representing persons and businesses injured in both person and property, for the past twenty (20) years. Additionally, he is the founder of the cutting edge mass torts continuing legal education seminar, Mass Torts Made Perfect, that for ten (10) years has trained thousands of lawyers how to handle mass tort and environmental cases. Keynote speakers at the seminars have included former President Bill Clinton, Nobel Peace Prize Recipient Elie Wiesel, and former Vice-Presidential candidate Jack Kemp. More than 600 plaintiffs' lawyers per year consistently attend the seminar, which is held twice per year. Because of this organization, Mr. Papantonio is well-positioned to assist, in a cooperative fashion, to help coordinate the massive number of lawyers whose clients' claims are

pending in this MDL proceeding.

Over the last thirty years, Levin, Papantonio has developed an extensive and nationally recognized mass torts department,[1] and has successfully tried multiple mass tort cases to verdict. As a result of this extensive experience, Mr. Papantonio is fully aware of the dedication of time and money required for a case such as the instant action and has, in fact, already dedicated both the time and resources required to pursue this matter to resolution. It would be his honor to serve on the Plaintiffs' Steering Committee in this action.

Dated:  September 14, 2010               Respectfully submitted,

                                         /s/ Mike Papantonio
                                         _____
                                         J. Michael Papantonio (Fla. Bar No. 335924)
                                         dbailey@levinlaw.com
                                         Levin, Papantonio, et. al.
                                         316 South Baylen Street, Ste. 600
                                         Pensacola, FL 32502
                                         Telephone: (850) 435-7165
                                         Facsimile:  (850) 436-6165

---

[1] As a small sample of Levin, Papantonio's mass torts experience, firm attorneys have served in the following MDL positions: MDL 2047:  *In re: Chinese-Manufactured Drywall Products Liability Litigation* (Plaintiffs' Steering Committee); MDL 2016:  *In re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation* (Plaintiffs' Steering Committee, Executive Committee); MDL 1928:  *In re: Trasylol Products Liability Litigation* (Plaintiffs' Steering Committee); MDL 1909:  *In re: Gadolinium Contrast Dyes Product Liability Litigation* (Plaintiffs' Executive Committee (Co-Chair)); MDL 1789:  *In re: Fosamax Products Liability Litigation* (Lead Counsel for Plaintiffs Steering Committee); MDL 1742: *In re: Ortho Evra Products Liability Litigation* (Plaintiffs' Steering Committee); MDL 1657:  *In re: Vioxx Products Liability Litigation* (Plaintiffs' Steering Committee, Discovery Committee (co-chair), Trial Package Committee);  MDL 1632:  *In re: High Sulfur Content Gasoline Products Liability Litigation* (Plaintiffs Steering Committee and Trial Committee (co-chair)); MDL 1626:  *In re: Accutane Products Liability Litigation* (Plaintiffs' Steering Committee, Discovery Committee (co-chair)); MDL 1596:   *In re: Zyprexa Products Liability Litigation* (Plaintiffs' Steering Committee, Plaintiff's Law and Briefing Committee, Science Committee, Discovery Committee); MDL 1535:  *In re: Welding Fume Products Liability Litigation* (Plaintiffs' Executive Committee, Discovery Committee); MDL 1407:  *In re: Phenylpropanolamine (PPA) Products Liability Litigation* (Plaintiffs' Steering Committee); MDL 1355:  *In re: Propulsid Products Liability Litigation* (Plaintiffs' Executive Committee, Discovery Committee (co-chair), Science/Expert Witness Committee); MDL 1348:  *In re: Rezulin Products Liability Litigation* (Plaintiffs' Steering Committee, Discovery Committee (co-chair) and Science Committee); MDL 1203:   *In re: Diet Drugs Products Liability Litigation* (Plaintiffs' Management Committee, Discovery Committee and Science/Expert Witness Committee); MDL 1003:  *In re: Amtrak "Sunset Limited" Train Crash in Bayou Canot, Alabama, on September 22, 1993* (Liaison Counsel and Plaintiffs' Steering Committee); MDL 986:  *In re: Factor VIII or IX Concentrate Blood Products Litigation* (Plaintiffs' Steering Committee and Document Depository Chair); MDL 926:  *In re: Breast Implant Products Liability Litigation* (Florida Liaison Counsel).

**Certificate of Service**

      I hereby certify that on September 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Mike Papantonio
      _____
      J. Michael Papantonio (Fla. Bar No. 335924)
      dbailey@levinlaw.com
      Levin, Papantonio, et. al.
      316 South Baylen Street, Ste. 600
      Pensacola, FL 32502
      Telephone: (850) 435-7165
      Facsimile: (850) 436-6165