

A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 13, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

    Robert V. Pendarvis, et al. v. BP, PLC, et al., )
        S.D. Alabama, C.A. No. 1:10-218       )      MDL No. 2179

EDLA No 10-2652 J

### ORDER VACATING TRANSFER ORDER

On August 10, 2010, the Panel filed an initial transfer order in this docket centralizing 46 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the Eastern District of Louisiana before the Honorable Carl J. Barbier. The Panel has now been advised that, pursuant to a notice of dismissal, this action (*Pendarvis*) was closed in the Southern District of Alabama on July 23, 2010.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on August 10, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____