UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on April 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| This Document Relates to All Cases | | MAG. JUDGE SHUSHAN |

## APPLICATION OF STACEY LEA SIMS FOR PLAINTIFFS' STEERING COMMITTEE

Stacey Lea Sims requests that the Court appoint her and her firm, Morris, Sakalarios & Blackwell, PLLC ("MSB") to the Plaintiffs' Steering Committee (herein after "PSC") for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Coast of Mexico on April 20, 2010. Plaintiff is co-counsel in cases already filed in Federal Court related to the Oil Spill. Further, MSB is presently counsel and/or co-counsel for approximately 300 business and individual clients damaged by the effects of the oil spill including commercial fishermen in Florida, Mexico, and Louisiana; charter fishermen in Florida and Louisiana; longshoremen; waterfront resorts and restaurants; seafood processors; and other businesses.

### INTRODUCTION

1. I am a partner at the law firm of Morris, Sakalarios & Blackwell, PLLC founded in 1997 and have 12 years experience in complex litigation and products liability.

2. I am currently licensed in the State of Mississippi.

3. I have extensive experience in managing large numbers of claimants in various complex cases, i.e. asbestos, hearing loss, and banking and finance.

4. I have working relationships with many of the lawyers involved in this litigation.

## QUALIFICATIONS & EXPERIENCE

5. Morris, Sakalarios & Blackwell, PLLC is located in Hattiesburg, Mississippi, and was founded primarily as a firm focusing on personal injury (asbestos) and products liability. The firms' principals have between 25 and 40 years experience in personal injury and complex litigation.

6. During the Summer of 1996, I served as a judicial intern for the Chancery Court District 19 in the State of Mississippi.

7. In 1997, after completing law school, I continued at the Sims Law Firm to begin my legal career. (I worked at the Sims Law Firm as a legal assistant throughout college and law school). The Sims Firm focused primarily on complex personal injury and financial reform. While at the Sims Firm, I served a co-counsel to class counsel in a nation-wide class action against Bank of America. As co-counsel, I was primarily responsible for the administration of claims at the claims center. Additionally, I worked with class counsel on a state-wide class action against Tower Loan with primary duties relating to the administration of claims. Finally, I worked on numerous mass torts filed in various state courts in Mississippi involving more than 10,000 individuals.

8. In 1998, I went back to public service working for the Department of Human Services, Child Support Division, State of Mississippi. During my twenty three months at the Department, I successfully relieved a backlog of cases in four Mississippi counties by working with other attorneys, agencies, and the Courts.

9. In 2000, I joined the law firm of Morris, Sakalarios & Blackwell, PLLC, primarily responsible for litigation relating to asbestos exposure. Along with the partners

and staff at MSB, I have, and continue to successfully litigate, settle, and administer the claims of almost 15,000 asbestos claimants.

10. Morris, Sakalarios & Blackwell, PLLC has six attorneys and a large support staff. Morris, Sakalarios & Blackwell, PLLC has a proven record of legal expertise in complex litigation matters.

11. I am a member of the Mississippi Bar Association, South Mississippi Bar Association, American Association of Justice, Mississippi Association of Justice, and Mississippi Women Lawyers Association.

## COMMITMENT OF TIME AND RESOURCES

12. I, as well as every attorney in my firm, and my entire staff, is capable and willing to devote as much time as is necessary to conclude this litigation. Additionally, my firm and I are ready and willing to commit the financial resources necessary. I foresee no conflicts of interest.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

13. My firm and I are committed to working cooperatively with other counsel in order to advance this litigation to conclusion. My firm and I have demonstrated our ability to work cooperatively with other counsel in this litigation as well through our years of participate in various large complex cases. Our firm has worked with and established a support network with other firms regarding all facets of the spill, including liability, economic, environmental, and personal health by utilizing new and old connections.

Accordingly, I hereby respectfully request consideration for a position on the PSC for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on

April 20, 2010.

    Respectfully submitted this the _____ day of September 2010.

                                          MORRIS, SAKALARIOS & BLACKWELL, PLLC

                                BY: s/Stacey Lea Sims
                                        STACEY LEA SIMS, MSB NO. 10544
                                        Morris, Sakalarios & Blackwell, PLLC
                                        1817 Hardy Street (39401)
                                        Post Office Drawer 1858
                                        Hattiesburg, MS 39403-1858
                                        ssims@morris-sakalarios.com
                                        Phone: (601) 544-3343
                                        Facsimile: (601) 544-9814

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2010, I electronically filed the foregoing with the Clerk of the Court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pre-Trial Oirder # 1 and by U.S. mail to all attorneys on the manual notice list.

MORRIS, SAKALARIOS & BLACKWELL, PLLC

BY:  /s/Stacey Lea Sims
STACEY LEA SIMS, MSB NO. 10544
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street (39401)
Post Office Drawer 1858
Hattiesburg, MS 39403-1858
ssims@morris-sakalarios.com
Phone: (601) 544-3343
Facsimile: (601) 544-9814