

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 13, 2010

FILED
CLERK'S OFFICE

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

George Jett v. BP, PLC, et al.,
 S.D. Alabama, C.A. No. 1:10-228

MDL No. 2179

*EDLA CASE NO. 10-2658 J*

### ORDER VACATING TRANSFER ORDER

On August 10, 2010, the Panel filed an initial transfer order in this docket centralizing 46 actions, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings in the Eastern District of Louisiana before the Honorable Carl J. Barbier. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Louisiana on August 10, 2010. Nevertheless, the Panel has now been advised that, pursuant to a notice of voluntary dismissal, this Southern District of Alabama action (*Jett*) was dismissed without prejudice by the Honorable William H. Steele in an order filed on August 16, 2010.

IT IS THEREFORE ORDERED that the Panel's transfer order in this docket filed on August 10, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____