IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>10-CV-1156/10-CV-1674 | ' ' | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## MOTION TO ENROLL ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Elton Johnson, and requests that the following attorneys of ARNOLD & ITKIN LLP, 1401 McKinney St., Suite 2550, Houston, Texas 77010 be enrolled as additional counsel on behalf of Elton Johnson in the above numbered and entitled action:

Kurt B. Arnold (Texas Bar #24036150);
Jason A. Itkin (Texas Bar # 24032461);
Cory D. Itkin (Texas Bar #24050808); and
M. Paul Skrabanek (Texas Bar #24063005).

Each of the above-listed attorneys are admitted to practice before U.S. District Court for the Southern District of Texas. Therefore, pursuant to Pretrial Order No. 1, these attorneys are already admitted to appear in this matter.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Robert P. Wynne*

_____
Robert P. Wynne, # 30123
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
rwynne@arnolditkin.com
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

## CERTIFICATE OF SERVICE

I certify that on September 14, 2010, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

*/s/ Robert P. Wynne*

_____
Robert P. Wynne