IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL Spill by the Oil Rig ) | | |
|     "Deepwater Horizon" in the ) | MDL No. 2179 | |
|     Gulf of Mexico on ) | | |
|     April 20, 2010 Litigation ) | Section:  J | |
| ) | | |
| This Document Relates to: ) | Judge Barbier | |
| ) | | |
|     All Cases ) | Mag. Judge Shushan | |

_____

**APPLICATION OF ARNOLD LEVIN FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pre-Trial Order No. 1, Arnold Levin makes this application for appointment to the Plaintiffs' Steering Committee in this case and in support hereof, he states the following:

**Arnold Levin Has Extensive Experience and Has Been A Member of Numerous Plaintiffs' Steering Committees for Over 30 Years**

Arnold Levin is the senior partner of the law firm of Levin, Fishbein, Sedran & Berman. He graduated from Temple University (B.S., in 1961) with Honors and Temple Law School, LLB (1964) where he was Articles Editor of the Temple Law Quarterly.[1] He is admitted to the United States Supreme Court, the Supreme Court of Pennsylvania and numerous federal district courts and federal courts of appeal.[2] His law firm and his partners and associates, particularly

---

[1] He is a member of the Philadelphia, Pennsylvania, American and International Bar Associations; Philadelphia Trial Lawyers Association; and the Pennsylvania and American Associations of Justice (formerly PATLA and ATLA). Mr. Levin is a past Chairman of the Commercial Litigation Section of ATLA. He is a fellow of the Roscoe Pound Foundation and the International Society of Barristers and past Vice-Chairman of the Maritime Insurance Law Committee of the American Bar Association. He also has an "av" rating in Martindale-Hubbell and is listed in that publication's Directory of Preeminent Attorneys as well as in "Best Lawyers in America." He has lectured on class actions, environmental, antitrust, maritime and tort litigation.

[2] He is admitted to the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and Courts of Appeals for the Third, Fourth, Sixth, Seventh, Tenth and Eleventh Circuits.

**(continued...)**

his partners, Laurence S. Berman and Fred S. Longer and the firm's Of Counsel, Sandra L. Duggan[3] (all of whom are committed to take a material role in the instant action), have extensive class action, mass tort, MDL and trial experience.

**Steering Committee Experience**

Mr. Levin and his firm has experience and have cooperated with other counsel on Plaintiffs' Steering Committees in many other cases that have required the level of commitment that will be required in his case, and have never failed to fulfill their duties and obligations as a member of a steering committee. The firm will commit the time and resources to this case which they recognize will be a consuming project.

In particular, Judge Fallon of this Court has observed their work ethic in the cases of: In re Propulsid Products Liability Litigation, MDL No. 1355 (E.D.La) (Member of Plaintiffs' Steering Committee); In re Vioxx Products Liability Litigation, MDL No. 1657 (E D La.) (Member of Plaintiffs' Steering, Negotiating and Allocation Committees) and In re Chinese Drywall Products Liability Litigation, MDL No.2047 (E.D.La.) (Plaintiffs' Lead Counsel).

Mr. Levin and his firm have also held executive committee appointments in numerous other high profile mass tort, maritime, antitrust, securities and product liability litigations. Besides the leadership position in Vioxx, the firm held similar primary lead positions in two other major pharmaceutical cases: In re Diet Drug Litigation, MDL 1203 (E.D.Pa.) (Lead Class and Liaison Counsel and Chair of the Plaintiffs' Management Committee) and In re Rezulin

---

[2](...continued)

[3] Sandra L. Duggan was a former partner of Herbert B. Newberg (deceased), who authored the text, *Newberg on Class Actions*, with her assistance.

Products Liability Litigation, MDL No. 1348 (S.D.N.Y.) (Member of four person Executive Committee).[4]

**Involvement in Exxon Valdez Oil Spill Litigation**

Mr. Levin was also a member of the Trial and Discovery Committees in the Exxon Valdez Oil Spill Litigation, No. 89-095 (D. Alaska) where his firm represented approximately 1,000 clients (representing approximately 6% of the total litigants), for: commercial fishing, seafood processor and area business losses; native Alaskan subsistence losses; recreational claims; and environmental claims. His Valdez representation began in 1989 shortly after that oil spill occurred, and to this date, has continued without interruption for 21 years in the representation of the clients with an office that he has staffed at his firm's expense in Anchorage, Alaska.

**Other Admiralty and Maritime Law Experience**

In 1964, Mr. Levin became an associate and then partner in the law firm of Freedman, Borowsky and Lorry, a preeminent Philadelphia law firm that specialized in admiralty law and represented the National Maritime Union and the International Longshoreman's Association.

During the early years of his practice, Mr. Levin was mentored by Abraham Freedman, who served on the Supreme Court's Admiralty Rules and Civil Rules Committee and who

---

[4] Mr. Levin was also a member of the Plaintiffs' Steering Committees in: *In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation*, MDL No.1013 (D.Wy.); *In re Norplant Contraceptive Products Liability Litigation*, MDL No. 1038 (E.D. Tex.); *In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Lead Products Liability Litigation*, MDL No. 1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 95-1060-R (C.D.Cal.); *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S; *In re Orthopedic Bone Screw Products Liability Litigation*, MDL 1014 (E.D.Pa.) (Plaintiffs' Co-Lead and Liaison Counsel); *In re Asbestos School Litigation* (E.D. Pa., Master File No. 83-0268)(Member of the Executive Committee and Lead Trial Counsel). Presently he is a member of the Plaintiffs' Steering Committee in *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (S.D. Ill.).

appeared numerous times before the United States Supreme Court in admiralty and maritime cases representing Jones Act Seamen and Longshoremen and Harborworkers. As Mr. Freedman's assistant, Mr. Levin studied the seminal admiralty cases and principles that Mr. Freedman litigated and advocated before the Supreme Court.[5]

**Involvement in BP Oil Litigation and this Case in Particular**

Mr. Levin is co-counsel in cases for property damage and economic harm filed in Louisiana, Alabama and Florida, three principal jurisdictions and venues hit hardest by the oil spill.[6] He has been contacted by potential clients and other counsel about filing additional cases and he expects to file additional cases as he finds them appropriate for litigation.

Given his experience in complex litigation, leadership qualities, ability to work with others in this demanding case, and the prior admiralty law experience of Arnold Levin and Levin, Fishbein, Sedran & Berman, Arnold Levin respectfully requests appointment to the Plaintiffs' Steering Committee.

Dated: September 15, 2010                    Respectfully submitted,

/S/ Arnold Levin
Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500
Alevin@lfsblaw.com

---

[5] These well known cases include: *Pope & Talbot v. Hawn,* 346 U.S. 406 (1953); *Seas Shipping Co. v. Sieracki,* 328 U.S. 85 (1946); *Hickman v. Taylor,* 329 U.S. 495 (1947); *and Mahnich v. Southern S. S. Co.,* 321 U.S. 96 (1944).

[6] *Millson v. Transocean Ltd, et al,* C.A. 1:10-cv-00354-KD-B (S.D. Al.); *Robin v. BP, plc, et al,* C.A. 2:10-cv-01248-KDE-ALC (E.D. La.) and *Gulf Manufacturing Company v. BP, plc, et al,* C. A. 1:10-CV-23323 (S. D. Fla., Miami Div.).