## <u>CERTIFICATE OF SERVICE</u>

We hereby certify that the above and foregoing Application of Gary E Mason for Appointment to the Plaintiff's Steering Committee will be electronically filed into the record using the Court's CM/ECF filing system.  In addition, it will also be served by First Class Mail to all counsel listed on the attached Schedule B – Panel Service List this 15th day of September, 2010.

<u>/s/ Gary E. Mason</u>
Gary E. Mason