UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | * MDL No. 2179 |
| "Deepwater Horizon" in the | * Judge Barbier |
| Gulf of Mexico, on | * Mag. Judge Shushan |
| April 20, 2010 | * |
| This Document Relates to: All Cases | * |

**************************************************

## APPLICATION FOR F. GERALD MAPLES TO BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE

In conformity with Pre-Trial Order 1, section 17 F. Gerald Maples of the law firm F. Gerald Maples, P.A. respectfully submits his application for the Plaintiffs' Steering Committee for MDL 2179.

## APPLICANT INFORMATION

**F. Gerald Maples** is the founder of F. Gerald Maples, P.A., a Mississippi firm that subsequently opened offices in New Orleans, Louisiana. Mr. Maples has thirty years of courtroom experience having represented thousands of clients in litigation related to occupational and workplace torts including asbestos and noise induced hearing loss. He has litigated oil spill claims in Louisiana and, most recently, has been involved in litigation arising from a refinery explosion in Puerto Rico. He also filed a putative class action claim against the United States in the United States Court of Federal Claims asserting that the creation, maintenance and dredging of the MRGO effected a taking of private property.

1

Mr. Maples is a graduate of the University of Mississippi Law School and is admitted to practice in - Mississippi, Alabama, Florida, and Louisiana.  He is admitted to practice in United States district courts in Mississippi, Alabama, Florida and Louisiana, the United States Court of Federal Claims, the United States Court of Appeal for the Fifth Circuit, and the United States Supreme Court.

## APPLICANT EXPERIANCE

The undersigned has class action, multi-district, and complex litigation experience in MDL  875 *In Re: Asbestos Products Liability Litigation,* MDL 1203 *In Re: Diet Drugs,*  MDL 1553*: In Re Silica Products;*  MDL-1657: In Re Vioxx, MDL 1699 *In Re Bextra and Celebrex.* He represents plaintiffs and claimants in *In Re: Katrina Levee Breach Litigation* and as previously mentioned filed the action now captioned as *St. Bernard Parish, et al. v. United States,* 1:05-cv-01119-SGB pending in the United States Court of  Federal Claims.

The breadth of his experience is demonstrated by the variety of cases and remedies he seeks on behalf of his clients. He argued the groundbreaking climate change case, *Comer et al. v. Murphy Oil USA, Inc*. et al., to a favorable decision before the assigned Fifth Circuit panel. *Comer v. Murphy Oil USA, Inc. et al.* 585 F.3d 855 (5th Cir.(Miss.) Oct 16, 2009) *rehearing granted* 598 F.3d 208 (5th Cir.(Miss.) Feb 26, 2010) *appeal dismissed* 607 F.3d 1049 (5th Cir.(Miss.) May 28, 2010).  He has challenged the authority of a en banc panel to dismiss the appeal without decision by filing a writ of mandamus with the U.S. Supreme Court.  *In Re: Comer, et al*.  No. 10-294.  He has taken mass tort actions to verdict in both Louisiana and Mississippi.

In the captioned matter, the undersigned is counsel for plaintiffs in the following cases:

2

- *Robin Seafood Co., Inc., et al. v. BP, et al.* No. 2:10-cv-01314-CJB-SS

- *Robin, et al v Seacor, et al.* No.2:10-cv-01986-CJB-SS

- *Sevel, et al. v. BP, et al.*  No. 2:10-cv-02677-CJB-SS

He represents diverse groups of litigants representing fishermen, tour operators, and property owners.  One case, *Robin et al. vs. Seacor, et al.,* is unique to the MDL litigation, alleging the sinking of the Deepwater Horizon by the negligent application of approximately 1.5 million tons of seawater on the floating vessel. No other counsel applying for service on the steering committee is representing plaintiffs concerning this unique issue.

For the foregoing reasons, the applicant requests to be named to the Plaintiffs' Committee in this litigation.

Respectfully Submitted By:

**F. GERALD MAPLES, P.A.**

s/F. Gerald Maples
F. Gerald Maples (LA Bar #25960)
federal@fgmapleslaw.com
365 Canal Street, Suite 2650
New Orleans, LA  70130
Telephone:  (504) 569-8732
Facsimile:  (504) 525-6932

**CERTIFICATE OF SERVICE**

I hereby certify that on 15 September 2010, a true copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to counsel of record in this matter.

S/ F. Gerald Maples