## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| | "DEEPWATER HORIZON" in | : | |
| | the GULF OF MEXICO, on | : | SECTION:  J |
| | APRIL 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| | | : | MAG. JUDGE SHUSHAN |

**APPLICATION OF SCOTT SUMMY, ESQ. OF BARON & BUDD, P.C.
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

TO THE HONORABLE JUDGE CARL. J. BARBIER:

COMES NOW Scott Summy, Esq. of Baron & Budd, P.C., and, pursuant to Pretrial Order #1, ¶ 17, files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2179:

Scott Summy and the law firm of Baron & Budd are uniquely qualified to serve on the PSC of this unprecedented environmental litigation.  Mr. Summy and Baron & Budd have immense experience in the specialized area of environmental law; have a long history of litigating cases in a professional manner against many of these same Defendants and attorneys; and are fully committed to this litigation as demonstrated by its representation of the great state of Louisiana (among hundreds of other individuals and commercial businesses) in this environmental disaster.

## I.
## CRITERIA FOR APPOINTMENT

The Court's Pretrial Order #1 sets forth three criteria for membership on the PSC. Applicant Scott Summy and the law firm of Baron & Budd satisfy all criteria as set forth below:

1.   <u>**Professional Experience in this Type of Litigation  (Order #1, ¶ 17, p. 14)**</u>.

(a)   **Scott Summy**

(i)   **Experience in Environmental Complex Litigation Cases and Results**

Mr. Summy is the section head of Baron & Budd's Water Contamination/Environmental Litigation Practice.  Mr. Summy has dedicated his career to environmental law cases.  Mr. Summy has represented thousands of individuals and over 200 public entities (including the State of New Mexico) in dozens of environmental litigation cases around the United States.  Mr.

Summy has recovered in excess of $1 billion for his clients in environmental cases against some of the largest companies in the world, including BP and its related entities ("BP") . Mr. Summy has litigated cases involving contamination to air, land and water.  Mr. Summy has also received many recognitions for his work in environmental law.[1]

  (ii)  **Experience in Environmental Cases Against BP and Results**

•  *In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*; MDL No. 1358.  Mr. Summy was designated by the Hon. Shira Scheindlin of the United States District Court Southern District of New York as co-lead counsel for the plaintiffs.  He also serves on the PSC and is the Treasurer of the PSC.  For over six (6) years, his hard work has culminated in settlements in excess of $450 million dollars.  This was one of the largest and most complex cases ever litigated against most of the major oil companies in the United States (including BP), and still continues today.

•  *City of Santa Monica v. Shell Oil Company, et al.,* No. 01-CC-04331.  Mr. Summy was part of an attorney team that successfully represented the City of Santa Monica against major oil companies, including BP, for the contamination of its water supply.  The case was successfully resolved and the Court valued the settlement at $315 million.

•  Mr. Summy has represented approximately 700 plaintiffs in cases against BP.  Mr. Summy has represented plaintiffs from 20 states in cases against BP.  Mr. Summy has litigated environmental cases against BP for at least the last 10 years.

  (iii)  **Presentations and Publications Related to the Deepwater Horizon BP Oil Spill of April 20, 2010**

  Since the disastrous events of April 20, 2010, Mr. Summy has been asked to speak and write on some of the key legal issues that will permeate this litigation.[2]

---

[1] D Magazine, "Best Lawyers in Dallas" (2003-2008); Texas Monthly, "Texas Super Lawyer" (2003-2010); The Best Lawyers in America (2006-2011 editions); "The American Trial Lawyers Association's Top 100 Trial Lawyers" (2008-2009); and The California Lawyer Attorney's of the Year Award for Environmental Law (2001).  In 2009, Mr. Summy and his team were Finalists for the Public Justice Trial Lawyer of the Year Award for their work in the *In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*; MDL No. 1358.  They were recognized for, "Making Big Oil Clean Up its Dangerous Mess."

[2] **Presentations:**  360 Advocacy Institute - Gulf Coast Disaster:  Representing the Plaintiffs - Individuals to Institutions, "Back to the Future - Limitations of Shipowners' Liability Act of 1851 (46 U.S.C. § 30505)," (May 20-21, 2010); HB Litigation Conferences - Oil in the Gulf: Litigation & Insurance Litigation Coverage Conference, "National Survey of Cases Filed to Date & Coordinating State and Federal Cases," (June 24-25, 2010)
  **Publications:**  "Managing Claims Arising From the Gulf Coast Oil Spill: Multidistrict Litigation v. the $20 Billion Fund," in TXLR, Vol. 25, # 26, July 8, 2010;  "The Legal Challenges and Ramifications of Gulf Oil Spill," Aspatore Special Report - Understanding the BP Oil Spill and Resulting Litigation - An In-Depth Look at the History of Oil Pollution and the Impact of the Gulf Oil Coast Disaster, 2010

**(b)     Baron & Budd**

Baron & Budd is one of the largest national trial firms in the country with an unprecedented track record in successfully litigating products liability, class actions, mass torts, and complex environmental litigation cases throughout the United States for over 30 years. Baron & Budd has more than 50 attorneys and approximately 200 staff members.  Baron & Budd is uniquely situated for this litigation in that it has offices in Texas, Louisiana and Florida.

**(c)     Key Members of Baron & Budd Are Also Experienced and Committed to this Litigation and Support Mr. Summy's Application**

**(i)     Burton LeBlanc**

Burton LeBlanc runs Baron & Budd's Louisiana practice from the firm office in Baton Rouge.  Most recently, Mr. LeBlanc and Baron & Budd were retained by the State of Louisiana through the office of Coastal Protection and Restoration in connection with the Deepwater Horizon explosion and resulting BP oil spill to provide a comprehensive evaluation of environmental and economic damages.  Mr. LeBlanc is a past president of Louisiana Association of Justice ("LAJ" formerly known as Louisiana Trial Lawyers Association).  Mr. LeBlanc currently serves as Secretary of the American Association for Justice (AAJ), and has previously served as Treasurer and Parliamentarian.

**(ii)     Russell Budd**

Russell Budd is the managing partner of Baron & Budd.  Over the last decade, Mr. Budd has played significant roles in asbestos litigation on a national level.  As chair and member of several asbestos creditors' bankruptcy committees, Mr. Budd successfully resolved over 100,000 victims' claims with some of Wall Street's biggest companies.  Mr. Budd was a chief negotiator of a $4 billion national settlement with Haliburton that established a trust fund to protect present and future asbestos victims throughout the United States - the largest asbestos trust fund of its kind anywhere in the world.

**2.     Willingness and Availability to Commit to a Time-Consuming Process  (Order #1, ¶ 17, p. 13-14).**

Scott Summy and Baron & Budd are willing and available to commit substantial time and resources to this litigation.  Mr. Summy agrees to spend 90% of his time on the litigation if selected to the PSC.  Examples of Mr. Summy's and Baron & Budd's past commitments include:

- The *MTBE MDL* litigation referenced above, where Mr. Summy serves as co-lead counsel, was established in 2002.  It was after 6 long years of litigation, almost 40 substantive legal motions, over 1,000 pages of opinions, monthly hearings and

approximately 250 of depositions and millions of dollars in expenses that the first large settlement occurred.

- In 2006, Baron & Budd attorneys received the Trial Lawyer of the Year award from Trial Lawyers for Public Justice for their combined work on two cases spanning 21 years and involving over 1,600 plaintiffs injured by groundwater contamination in Tucson, Arizona. By the time the litigation was concluded the total recovery was more than $150 million.

- A Baron & Budd team assisted in the representation of several environmental organizations (including Public Justice) seeking funds for environmental rehabilitation of the damage caused by the Exxon Valdez oil spill in the Prince William Sound of Alaska. The firm's efforts helped substantially increase the government's recovery for environmental damage, and Public Justice awarded the Baron & Budd team its 1993 Public Justice Award for "outstanding contribution to environmental protection and public interest". This litigation lasted more than a decade.

3. <u>**Ability to Work Cooperatively With Others (Order 1, ¶ 17, p. 13).**</u>

Scott Summy and Baron & Budd understand the importance of working cooperatively with other lawyers and law firms and attribute their collective success to the relationships developed over the past 30 years. Not only has Mr. Summy and Baron & Budd successfully cooperated and worked well with other plaintiffs' counsel, but they also have respectful relationships with defense counsel, including defense counsel representing BP and Haliburton herein. Mr. Summy has spent approximately the last 7 years litigating water contamination cases with BP counsel Kirkland and Ellis, who also represented BP in those cases. While the process has been adversarial, the relationship has always remained professional. Similarly, Russell Budd has worked closely with Haliburton lead counsel Don Godwin of Godwin Ronquillo, PC for many years in asbestos litigation. They worked together in establishing a national asbestos bankruptcy trust.

Scott Summy of Baron & Budd, P.C. respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully Submitted,

BARON & BUDD, P.C.

*Scott Summy*

Scott Summy
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214-521-3605
Facsimile:  214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that on September ____15th____, 2010, I electronically filed the foregoing document entitled **APPLICATION OF SCOTT SUMMY, ESQ. OF BARON & BUDD, P.C. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE** With the Clerk of the Court using the CM/ECF system.  I also certify that for those not yet on the Court's electronic filing system, copies will be sent via either U.S. Mail, email, or facsimile, as per Schedule B of Pretrial Order #1.

    __/s/   Scott Summy_____
    Scott Summy
    **BARON & BUDD, P.C.**
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, Texas 75219
    Telephone:   214-521-3605
    Facsimile:  214-520-1181
    ssummy@baronbudd.com