UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

### APPLICATION OF STEPHEN B. MURRAY
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Stephen B. Murray ("Mr. Murray") requests respectfully that this Honorable Court appoint Mr. Murray to serve on the Plaintiffs' Steering Committee ("PSC") and as co-lead counsel in this matter. In its Pretrial Order #1, filed on August 10, 2010, the Court asked applicants to submit an application for appointment to the PSC that addresses the following criteria: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; and (c) professional experience in this type of litigation.

### I. WILLINGNESS AND AVAILABILITY

Mr. Murray's firm has the resources necessary to assume a leadership position in this litigation, and he is fully prepared to commit both himself and all the resources of his firm to that effort. Together with Phil Cossich, Mr. Murray has been retained to represent claimants with some of the most substantial losses in the entire Deepwater Horizon disaster, including three of the largest

oyster lease holders in the Gulf of Mexico, the state's two menhaden producing companies (which together comprise approximately 20% of Louisiana's fisheries revenue), as well as the District Attorneys of the Parishes of Plaquemines and Orleans. In accepting representation of these important clients, Mr. Murray has already committed himself to major involvement in this litigation. Indeed, the Murray Law Firm has hired two additional associates to handle the increased workload associated with the BP Oil litigation.

Mr. Murray's current caseload affords him the ability to devote a majority of his time to the BP litigation. With the exception of the Apple iPhone litigation currently pending before this Court, Mr. Murray currently holds no leadership positions in other MDL litigation. Much of the major litigation in which Mr. Murray has been involved is winding down, including the Louisiana tobacco class action, which recently attained finality through denial of a Louisiana Supreme Court writ application. Additionally, Mr. Murray has declined trial responsibilities with respect to other class action litigation in order to devote his time and energy to the Deepwater Horizon litigation.

Finally, this memorandum would be remiss if it did not address Mr. Murray's health, which has been the subject of some discussion in the legal community. To paraphrase Oscar Wilde, rumors of his demise have been greatly exaggerated. Earlier this summer, Mr. Murray was diagnosed with lymphoma, the most treatable form of cancer. His doctors have confirmed that he does not require chemotherapy, and his treatment is almost complete. The prognosis for his full recovery is excellent and he is currently pursuing a full work schedule.

## II. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Mr. Murray's reputation for working cooperatively with others precedes him. He has been the voice of reason, restraint and cooperation on the numerous complex litigation committees upon

which he has served.  Throughout his career, Mr. Murray has served on plaintiffs' steering committees and/or served as co-counsel with many of the individuals who have applied to this Court for leadership positions and who have been appointed to liaison counsel.  Additionally, Mr. Murray has a reputation for placing fairness and honest dealing above any personal interest in controlling the litigation.  This reputation has garnered him the support of the many attorneys representing personal injury plaintiffs, who have appreciated his acknowledgment that expeditious resolution of those claims should be a top priority for any leadership structure in this litigation, and his recognition that the leadership needs to cooperate fully with the individuals handling those claims in order to facilitate that priority.

   Mr. Murray has already worked cooperatively with a number of attorneys representing various interests in this litigation.  Through his representation of Parish District Attorneys, Mr. Murray has had extensive dealings with attorneys for various Parish governments, the Louisiana Attorney General and the Department of Wildlife and Fisheries.  He has also worked closely with various attorneys for personal injury interests, environmental damage interests, and economic loss interests.  In all of those dealings, Mr. Murray's willingness to cooperate and place the interests of the clients above personality issues have shown through.

   Throughout this litigation, and indeed in all the multi-attorney cases in which Mr. Murray has been privileged to serve, Mr. Murray has recognized the importance of considering the interests of all the attorneys for all the clients in the litigation, as opposed to those of the small group who aspire to leadership positions.  Mr. Murray's appointment to a leadership position will assure that all plaintiffs' interest are heard from and represented.

### III. PROFESSIONAL EXPERIENCE

This Court is well aware of Mr. Murray's experience in complex litigation, having recently appointed Mr. Murray to serve as co-lead counsel in the In re Apple iPhone Litigation before this Court. Mr. Murray has extensive experience in complex litigation, class action and MDL cases in both state and federal court. He has been appointed by MDL courts to serve on ten different plaintiffs' steering committees in cases involving environmental disasters, mass torts, products liability, consumer protection, pharmaceutical products and securities fraud, including serving as lead counsel in the *In re Ocean Ranger* litigation, which involved the tragic loss of a semi-submersible rig such as the Deepwater Horizon. For more than thirty years, a significant portion of Mr. Murray's practice has been devoted to maritime personal injury law. He has extensive experience in matters of both oilfield pollution and economic losses due to environmental disasters, which experience will prove invaluable in pursuit of the claims presented by the Deepwater Horizon disaster.

Additionally, Mr. Murray's law firm has a staff of more than ten attorneys, many of whom have practiced almost exclusively in the areas of complex litigation and multi-plaintiff lawsuits. His firm's clerical staff have experience in the unique challenges presented by complex litigation such as that before this Honorable Court.

### IV. CONCLUSION

Mr. Murray's career and practice illustrate a clear commitment to the efficient but just resolution of complex litigation an ability to work cooperatively with other counsel. For the foregoing reasons, Mr. Murray requests respectfully that this Honorable Court appoint him to serve as co-lead counsel on the PSC.

Respectfully Submitted,

/s/ Stephen B. Murray
Stephen B. Murray  (9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:	504.252.8100
Facsimile:	504.584.5249

CERTIFICATE OF SERVICE

I hereby certify that on this date, September 15, 2010, I electronically filed the foregoing Application for Appointment to Plaintiffs' Steering Committee with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, as instructed in  PreTrial Order #1.

/s/ Stephen B. Murray