UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

O R D E R

CONSIDERING THE FOREGOING APPLICATION OF STEPHEN B. MURRAY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE:

IT IS HEREBY ORDERED that the Application of Stephen B. Murray for Appointment to Plaintiff's Steering Committee be and is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2010.

                                                                                    _____
                                                                                    J U D G E