IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

### APPLICATION OF JEREMY W. ALTERS FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW Jeremy W. Alters of Alters Law Firm, P.A., pursuant to Pretrial Order No. 1, and files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2179.  In support, he states as follows:

Jeremy W. Alters is the founder and managing partner of Alters Law Firm, based in Miami, Florida.  He and his partners have extensive experience in all facets of complex litigation, class actions and mass tort matters in state and federal courts, as well as appellate practice before the United States Courts of Appeals and the United States Supreme Court.  Mr. Alters well satisfies the criteria set forth in Pretrial Order No. 1:  he is willing and available to commit himself to the just resolution of this litigation; he has a demonstrated ability to work cooperatively with colleagues and parties; and he has ample professional experience in this type of litigation.  As described more fully below, Mr. Alters and his firm have already committed substantial resources to representing several hundred of their own clients, and will continue do so for the benefit of all plaintiffs if appointed to the PSC.

From the time this disaster started to unfold Mr. Alters has been at the forefront of this litigation, and he has consulted and is in constant contact with state and national political leaders of the highest level regarding this disaster and the complexities facing all claimants.  Mr. Alters is counsel and/or co-counsel of record in the following actions already consolidated in this MDL

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com

or about to be consolidated pursuant to the initial Conditional Transfer Orders:  *Water Street Seafood, Inc., et al. v. BP, plc, et. al.*, Case No. 4:10-cv-162 (N.D. Fla.); *Raffield Fisheries, Inc., et al. v. BP, plc, et. al.*, Case No. 5:10-cv-114 (N.D. Fla.); *Woods Fisheries, Inc. v. BP, plc, et. al.*, Case No. 5:10-cv-127 (N.D. Fla.); *Barber's Seafood, Inc. BP, plc, et. al.*, Case No. 4:10-cv-223 (N.D. Fla.).

The firm immediately set up a satellite office in Apalachicola, Florida to better serve its growing number of Florida "panhandle" clients directly impacted by the spill.  Representative clients such as Water Street Seafood, Greg Abrams Seafood, Raffield Fisheries, Woods Fisheries, Madeira Beach Seafood, A.P. Bell Fish Co., Aylesworth's Fish & Bait, Russell Underwood, Glen Brooks and hundred of others represent over $500 million per year in commercial seafood business from the Gulf.  Furthermore, the firm represents the City of Apalachicola (Apalachicola Bay) and Franklin County, Florida, and has been endorsed by the prestigious industry leader, Southeastern Fisheries Association.  Mr. Alters and his firm have joined forces with Los Angeles firm Girardi | Keese, and Florida firms Searcy Denney Scarola Barnhart & Shipley and the Schlesinger Law Firm— all with extensive mass-tort experience — and created a response team for compiling and presenting the complex business and individual interim emergency claims to the Gulf Coast Claims Facility.  The firms are handling these interim claims free of charge to assist their economically battered clients.

In addition to his experience dealing with Deepwater Horizon disaster, Mr. Alters is also a member of the PSC for *In re:  Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, currently pending in this Court before Judge Fallon.  The firm is co-counsel to over 750 clients in that litigation.  Alters Law Firm is also Lead Counsel for *In re:  Checking Account Overdraft Litigation*, MDL No. 2036, currently pending in the Southern District of

2

Florida. That MDL involves the overdraft fee abuse of every major U.S. bank and has the potential to impact millions of U.S. consumers.

Members of Alters Law Firm are nationally recognized with extensive complex litigation and maritime law experience. Mr. Alters' partner Bruce S. Rogow has argued over 400 cases in federal and state appellate courts, including 11 cases before the United States Supreme Court. Mr. Rogow is co-lead counsel for the checking account litigation, and has served as co-lead counsel or lead counsel on multiple class actions throughout the United States. Mr. Rogow is a Fellow of the American College of Trial Lawyers and the American Academy of Appellate Lawyers, a dual recognition accorded to only a small number of lawyers in the United States. Mr. Alters' partner Robert Gilbert is also co-lead counsel for the checking account overdraft litigation and has served as co-lead counsel or lead counsel in over 20 certified class actions in state and federal courts in Florida and elsewhere. Mr. Gilbert also served as court-appointed liaison counsel for the certified class of indirect purchasers in the MDL proceedings, *In re Terazosin Hydrochloride Antitrust Litigation*, Case No. 99-md-1317 (S.D. Fla.). Mr. Alters' partner David Rash not only was part of the team in one of Florida's landmark tobacco company settlements, but has years of practice devoted exclusively to admiralty and maritime law. He has successfully represented many passengers and crew members catastrophically injured or killed in maritime mishaps and disasters. If Mr. Alters is appointed to the PSC, the combined expertise of his partners will be made available for the benefit of all plaintiffs.

Thus, Mr. Alters and members of his firm have extensive experience developing and handling cases involving catastrophic loss and complex commercial issues. Mr. Alters has resolved cases totaling approximately $2 billion, achieving dozens of multi-million dollar settlements and verdicts. Recently, Mr. Alters obtained a $1.179 billion judgment against the

3

Cuban government and its leaders on behalf of the sons of a U.S. citizen tortured by Cuban military operatives.

Mr. Alters has also been recognized by the American Association for Justice (AAJ) for protecting the rights of individuals, where he has also been elected the youngest member of the organization's highest governing body, the Executive Committee.  The AAJ honored him with the F. Scott Baldwin Award, presented to the most outstanding young trial lawyer in the United States.  Additionally, Mr. Alters is a three time recipient of the prestigious Wiedman/Wisocki medal of honor, recognizing service and dedication in preserving the civil justice system.  Mr. Alters is also a platinum member of AAJ's Leaders Forum and a member of the Spellman-Hoeveler American Inn of Court. In Florida, Mr. Alters is an Eagle member of the Florida Justice Association and has been elected to its Board of Governors.

Mr. Alters has already demonstrated his absolute commitment to devote the resources necessary to pursue this important matter through completion on behalf of its many clients.  If appointed to the PSC, Mr. Alters will also devote his and the firm's resources to the common efforts to represent all plaintiffs affected by this unprecedented disaster.

WHEREFORE, Jeremy W. Alters respectfully requests appointment to the Plaintiffs' Steering Committee in this matter.

DATED:  September 15, 2010            Respectfully submitted,

/s Jeremy W. Alters
Jeremy W. Alters (Fla. Bar No. 111790)
jeremy@alterslaw.com
David C. Rash (Fla. Bar No. 0977764)
david@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 Northeast 2nd Avenue, Suite 201
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:     (305) 571-8558

4

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s David C. Rash
      David C. Rash (Fla. Bar No. 0977764)
      david@alterslaw.com
      ALTERS LAW FIRM, P.A.
      Miami Design District
      4141 Northeast 2nd Avenue
      Suite 201
      Miami, Florida 33137
      Telephone:   (305) 571-8550
      Facsimile:   (305) 571-8558

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com