# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 |
| | | : | SECTION: J |
| THIS DOCUMENT RELATES TO: 10-CV-2770; 10-CV-1920; 10-CV-2846; 10-CV-1222 | | : : : : | |
| | | : | JUDGE BARBIER |
| | | : | MAG. JUDGE SHUSHAN |

## NOTICE OF SPECIAL APPEARANCE

COMES NOW, the undersigned law firm of Ware, Jackson, Lee & Chambers, L.L.P. who files its Notice of Special Appearance as counsel on behalf of Defendant Dril-Quip, Inc. ("Dril-Quip"). Ware, Jackson, Lee & Chambers, L.L.P. enters this appearance subject to and without waiving any past challenge to personal jurisdiction filed by Dril-Quip in any case that may become part of MDL No. 2179 and any future challenge to personal jurisdiction that may be filed by Dril-Quip in any case in MDL No. 2179. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with the above actions.

In accordance with Paragraph No. 12 of this Court's PRETRIAL ORDER #1, the following counsel are currently members in good standing and admitted to practice in United States District Courts as follows:

1. Don Jackson and C. Dennis Barrow, Jr. are attorneys residing and practicing in Houston, TX with the firm of Ware, Jackson, Lee & Chambers, L.L.P. at 2929 Allen Parkway, 42nd Floor, Houston, Texas 77019-7101, telephone number (713) 659-6400.

2. Don Jackson is a member in good standing of the State Bar of Texas (SBN: 10476000) and is duly licensed to practice law in Texas. He is admitted to practice in several federal courts including the United States District Court for the Southern District of Texas (FBN: 6915).

3. C. Dennis Barrow, Jr. is a member in good standing of the State Bar of Texas (SBN: 00796169) and is duly licensed to practice law in Texas. He is admitted to practice before several federal courts including the United States District Court for the Southern District of Texas (FBN: 20624).

**Respectfully submitted,**

/s/C. Dennis Barrow, Jr.
Don Jackson (SBN: 10476000, FBN: 6915)
donjackson@warejackson.com
C. Dennis Barrow, Jr. (SBN: 00796169, FBN: 20624)
dennisbarrow@warejackson.com
**Ware, Jackson, Lee & Chambers, L.L.P.**
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019-7101
Telephone: (713) 659-6400
Facsimile: (713) 659-6262

Attorneys for Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/C. Dennis Barrow, Jr.