UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

### MOTION TO COMPEL ENFORCEMENT OF THE
### BOP SHORT-TERM PRESERVATION PLAN

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Transocean Offshore Deepwater Drilling Inc. ("Transocean"), who, for the reasons more fully set forth in the attached memorandum in support, respectfully moves this Honorable Court for entry of an order compelling the enforcement of the BOP short-term preservation plan on or before September 18, 2010.  Transocean also respectfully seeks an order accepting in to the record its objection to and evidentiary support detailing the Joint Investigation Team's failure to timely perform pursuant to the BOP short-term preservation procedures.

1

**FRILOT L.L.C.**

/s/ Kerry J. Miller
**MILES P. CLEMENTS (#4184)**
**KERRY J. MILLER (#24562)**
**PAUL C. THIBODEAUX (#29446)**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
E-mail: mclements@frilot.com
E-mail: kmiller@frilot.com
E-mail: pthibodeaux@frilot.com

AND

**EDWARD F. KOHNKE IV, T.A.(#07824)**
**EDWIN G. PREIS, JR. (10703)**
**PREIS & ROY**
**(A Professional Law Corporation)**
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 15th day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ Kerry J. Miller
KERRY J. MILLER