**From:** Baud, Richie [mailto:Richie.Baud@boemre.gov]
**Sent:** Thursday, September 09, 2010 4:54 PM
**To:** Jordan, Terry
**Subject:** FW: BOP Preservatiion
**Importance:** High

---

**From:** Dykes, David
**Sent:** Thursday, September 09, 2010 4:44 PM
**To:** Trocquet, David; Saucier, Michael; Herbst, Lars; Baud, Richie; Labiche, Lance; Murphy, Silvia; Murphy, Silvia; Osterman, Mark; Prendergast, Michael
**Cc:** Mathews, Jason; McCarroll, John; Malstrom, Kirk; Breaux, Glynn T; 'Jeff.R.Bray@uscg.mil'; Butts, Robert LT; 'Hung.M.Nguyen@uscg.mil'
**Subject:** BOP Preservatiion
**Importance:** High

Everyone,

In accordance with paragraphs f, g, and h of the approved BOP retrieval and presevation procedures, I am directing the onsite personnel to cease with the current preservation steps and immediately move to the steps for preserving the wellbore cavities of the LMRP and BOP and prepare both for transport. This decision has been made after several discussions today with the onsite BOEM JIT members along with the USCG, DNV, and FBI ERT and; and after consulting with the DNV forensic team lead. This decision is based on the findings of the onsite team with respect to the blind shear rams, the casing shear rams and the presence of the fish in the upper variable bore pipe rams. The original purpose of this exercise was to preserve the stack in preparation of transport and storage at the NASA Michoud facility; and now, with the new information indicated above, to continue with the current procedural steps would interfere with evidence inside the wellbore cavity. Therefore, I am directing the onsite team to immediately cease with the current steps and immediately proceed to the wellbore preservation steps and preparation for transport to shallow water for transfer to the barge. Please forward this email to all necessary personnel. Should a.nyone have any questions, they can contact me at 504 275 8404.

J. David Dykes
Chief, Office of Safety Management, Co-Chair Joint Marine Board of Investigation
Bureau of Ocean Energy Management, Regulation & Enforcement
Gulf of Mexico Region
504 736 3249

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************



9/13/2010