**Thibodeaux, Paul C.**

From: Baay, David [David.Baay@sutherland.com]
Sent: Friday, September 10, 2010 2:08 PM
To: Jeff.R.Bray@uscg.mil
Cc: Kennealy, Heather; Farr, Dan (Houston); Boughton, Geoff (Houston); Sparling, Steven C.; Thibodeaux, Mark; Miller, Kerry J.
Subject: BOP Preservat

Jeff,

We have been informed from our representatives on the Q4000 that the BOP is being removed without performing the pod flushing procedure. This means that this critical preservation step will not be completed until several days from now when the BOP finds its way to Michoud.

Transocean has objected to this decision on the rig and we have contacted David Dykes to make our objection known. It has been clearly communicated that if the pods are not flushed, this could impact their functionality. More specifically, if this step is not performed the fluid will be corrosive to the Pod Valves and will cause failures that were not initially there.

If you have influence over this process on behalf of the JIT, I would appreciate speaking to you about it.

Thanks,

David

David A. Baay



**Sutherland Asbill & Brennan LLP**
1001 Fannin Street, Suite 3700 | Houston, TX 77002-6760
713.470.6112 direct | 832.677.1322 mobile | 713.654.1301 facsimile
david.baay@sutherland.com | www.sutherland.com



EXHIBIT E

9/13/2010