UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| : | | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that undersigned counsel for Transocean Offshore Deepwater Drilling Inc. ("Transocean"), will bring the foregoing Motion to Compel Enforcement of the BOP Short-Term Preservation Plan on for hearing before the Honorable Carl J. Barbier, Section "J", of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 16th day of September, 2010 beginning at 2:30 o'clock, p.m. or as soon thereafter as counsel can be heard.

**FRILOT L.L.C.**

/s/ Kerry J. Miller
**MILES P. CLEMENTS (#4184)**
**KERRY J. MILLER (#24562)**
**PAUL C. THIBODEAUX (#29446)**
**1100 Poydras Street**
**Suite 3700**
**New Orleans, LA 70163**
**Telephone: (504) 599-8194**
**Facsimile:  (504) 599-8145**
E-mail: **mclements@frilot.com**
E-mail: **kmiller@frilot.com**
E-mail: **pthibodeaux@frilot.com**

1

AND

EDWARD F. KOHNKE IV, T.A.(#07824)
EDWIN G. PREIS, JR. (10703)
PREIS & ROY
(A Professional Law Corporation)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 15th day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ Kerry J. Miller
KERRY J. MILLER