UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

**ORDER**

Considering the Motion to Compel Enforcement of the BOP Short-Term Preservation Plan,

IT IS HEREBY ORDERED that Transocean's Motion to Compel Enforcement of the BOP Short-Term Preservation Plan is hereby granted, and the short-term preservation protocol shall be implemented on or before September 18, 2010, including those procedures related to the BOP Hotline and Control Pods (as set forth in Exhibit C to the subject motion, Attachment 15, line items 30 and 49, including all subparts).

IT IS FURTHER ORDERED that Transocean's objection to and evidentiary support (Exhibits A through G of the subject motion) detailing the Joint Investigation Team's failure to timely perform the aforementioned BOP short-term preservation procedures is hereby accepted into the record of this matter.

New Orleans, Louisiana this _____ day of September, 2010.

_____
JUDGE CARL J. BARBIER