UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**EX PARTE MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT FOR EXPEDITED HEARING ON
MOTION TO COMPEL ENFORCEMENT OF THE
BOP SHORT-TERM PRESERVATION PLAN**

**NOW COMES** Transocean Offshore Deepwater Drilling Inc. ("Transocean"), who moves this Court for expedited consideration of its Motion to Compel Enforcement of the BOP Short-Term Preservation Plan. The Joint Investigation Team's failure to perform pursuant to the agreed upon BOP Preservation Protocol may result in the spoliation of key BOP evidence. Thus, in order to timely address this matter, Transocean moves this Court for an Order to set this matter for hearing on Thursday, September 16, 2010 at 2:30 p.m., and in conjunction with the already scheduled Initial Conference.

1

**FRILOT L.L.C.**

/s/ Kerry J. Miller
**MILES P. CLEMENTS (#4184)**
**KERRY J. MILLER (#24562)**
**PAUL C. THIBODEAUX (#29446)**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile:  (504) 599-8145
E-mail: mclements@frilot.com
E-mail:  kmiller@frilot.com
E-mail:  pthibodeaux@frilot.com

AND

**EDWARD F. KOHNKE IV, T.A.(#07824)**
**EDWIN G. PREIS, JR. (10703)**
**PREIS & ROY**
(A Professional Law Corporation)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, LA 70130
Telephone:  (504) 581-6062
Facsimile: (504) 522-9129

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has on this 15th day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ Kerry J. Miller
KERRY J. MILLER