UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | JUDGE BARBIER |
| ALL ACTIONS | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..  .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## **ORDER**

Considering the Motion for Expedited Hearing on Transocean Offshore Deepwater Drilling Inc.'s (Transocean) Motion to Compel Enforcement of the BOP Short-Term Preservation Plan,

IT IS HEREBY ORDERED that the motion is granted, and Transocean's Motion to Compel is hereby set for hearing at 2:30 p.m. on September 16, 2010.

New Orleans, Louisiana this _____ day of September, 2010.

_____
JUDGE CARL J. BARBIER

1