**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO ON APRIL 20, 2010 | : | SECTION: J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE SHUSHAN |
| *Smith, et al. v. BP, PLC, et al.,* (10-2642) | : | |
| No. 10-CV-200 (S.D. AL) | : | |

**MOTION TO ENROLL ADDITIONAL COUNSEL**

COME NOW, through undersigned counsel, Plaintiffs, Jud Smith, et al., and respectfully move this Honorable Court for an Order allowing Gary A. Davis and James S. Whitlock of Gary A. Davis & Associates, 61 North Andrews Avenue, P. O. Box 649, Hot Springs, North Carolina 28743 to enroll as additional counsel on behalf of the plaintiffs in the action titled *Jud Smith, et al. v. BP, PLC, et al.*, which is among those consolidated actions presently pending before this Court.  Pursuant to Pretrial Order #1, Gary A. Davis and James S. Whitlock are deemed to be admitted *pro hac vice* in this litigation because they are admitted to practice and are in good standing in the United States District Court for the Western District of North Carolina.

WHEREFORE, Plaintiffs move this Court to enroll Gary A. Davis and James S. Whitlock as additional counsel of record for plaintiffs in the action titled *Jud Smith, et al. v. BP, PLC, et al.*, Civil Action No. 10-cv-200 (10-2642).

1

DATED: September 16, 2010.

        GARY A. DAVIS & ASSOCIATES

        /s/ *Gary A. Davis*
        Gary A. Davis (NC Bar No. 25976)
        James S. Whitlock (NC Bar No. 34304)
        61 North Andrews Avenue
        P. O. Box 649
        Hot Springs, NC  28743
        Tel:  (828) 622-0044
        Fax: (828) 622-7610
        Email:  gadavis@enviroattorney.com
        Email:  jwhitlock@enviroattorney.com


        Jeff Friedman
        Friedman, Leak
        3800 Corporate Woods Drive
        P. O. Box 43219
        Birmingham, AL  35243-3219
        Tel:  (205) 278-7000
        Fax: (205) 278-7001

        Edward R. Jackson
        Jackson, Fikes, Hood & Brakefield
        P. O. Box 748
        Jasper, AL  35502-0748
        Tel:  (205) 387-2171
        Fax:  (205) 387-2174

        *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on September 16, 2010, a copy of the foregoing *Motion To Enroll As Additional Counsel of Record* was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U. S. Mail, postage prepaid and properly addressed.

                                                       /s/ Gary A. Davis