IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO ON APRIL 20, 2010 | : | SECTION: J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE SHUSHAN |
| *Smith, et al. v. BP, PLC, et al.,* **(10-2642)** | : | |
| **No. 10-CV-200 (S.D. AL)** | : | |

## ORDER

IT IS HEREBY ORDERED, that the Motion to enroll Gary A. Davis and James S. Whitlock of Gary A. Davis & Associates, as additional counsel of record, to represent plaintiffs in the above action is GRANTED.

New Orleans, Louisiana, this _____ day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE