# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | CIVIL ACTION |
| | * | |
| | * | MDL No. 2179 |
| | * | |
| | * | SECTION  J |
| | * | |
| | * | DIVISION  I |
| | * | |
| | * | JUDGE CARL J.BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| **This Document Relates to:10-CV-1986** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **PARTIAL MOTION TO DISMISS**

**NOW COMES**, Plaintiffs, through undersigned counsel, and on suggesting to this Honorable Court that Siemens Financial, Inc., was incorrectly sued as operator of one of the vessels, and on further showing to this Honorable Court that no responsive pleadings have been filed, Plaintiffs move to dismiss without prejudice as of non-suit Siemens Financial, Inc., reserving Plaintiffs' rights against all other named, and potential, parties.

Respectfully Submitted,

*/s/ Lloyd N. Frischhertz*
**Lloyd N. Frischhertz, (#5749)**
FRISCHHERTZ & ASSOCIATES, L.L.C.
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone:  (504) 523-1500
Facsimile:   (504) 581-1670

and

*/s/Gerald Maples* **F. Gerald Maples, (#25960)**
Carl D. Todd Campbell, II, (#31084)
Carlos Zelaya, II, (# 22900 )
F. GERALD MAPLES, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113

Telephone: (504) 569-8732
Facsimile: (504) 525-6932

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by CM/ECF this 10th day of September, 2010.

*/s/ Lloyd N. Frischhertz*
**Lloyd N. Frischhertz, (#5749)**