UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL-2179 |
| | : : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| ALL ACTIONS | : | |

**MOTION FOR LEAVE TO REQUEST
CREATION OF SEPARATE GOVERNMENT
CASE TRACK AND TO APPOINT LIAISON COUNSEL**

NOW INTO COURT, comes the State of Louisiana, through James D. "Buddy" Caldwell, Attorney General of the State of Louisiana, and hereby requests this Honorable Court grant the Movant Leave of Court so that it may file a Motion for Creation of Government Case Track and Appointment of Liaison Counsel.  In further support thereof, Movant offers the following:

1. This Honorable Court previously entered Pre-Trial Order No. 1 (Amended) on or about August 16, 2010.  The Order requires that submissions including a proposed case management order, and any additional suggestions for other agenda items including case tracks, be produced to the court a full three working days prior to the Initial Conference, or Monday, September 13, 2010 at 2:30 pm.

2. At the time of the entry of the above-referenced Pre-Trial Order, the State of Louisiana was not a party in these proceedings.  As such, the State did not submit materials under the above-referenced deadline.

3. On September 14, 2010, the State of Louisiana filed a Complaint for Declaratory Judgment (original Civil Action No. 10-cv-3059) in this Court against Triton Asset Leasing GmBH and other Defendants.

4. Out of an abundance of caution and respect for the Court, the State of Louisiana hereby requests the Court grant the State Leave of Court to file its Motion for Creation of Government Case Track and Appointment of Liaison Counsel (attached hereto as "Exhibit A") so as to be able to participate in the Initial Conference and discuss this issue at the Conference.

Dated this ____ day of September, 2010.

    Respectfully submitted,

    James D. "Buddy" Caldwell
    Louisiana Attorney General

    James Trey Phillips
    First Assistant Attorney General
    Megan K. Terrell
    Assistant Attorney General
    Section Chief – Environmental
    State of Louisiana
    P.O. Box 94005
    Baton Rouge, Louisiana  70804-9005
    Tel: 225- 326-6708
    Fax: 225- 326-6797

    Kanner & Whiteley, L.L.C.

    _/s/ Allan Kanner_____
    Allan Kanner
    a.kanner@kanner-law.com
    Elizabeth B. Petersen
    e.petersen@kanner-law.com
    David A. Pote
    d.pote@kanner-law.com
    701 Camp Street
    New Orleans, Louisiana 70130

Tel: 504-524-5777
Fax: 504-524-5763

Henry Dart, Attorneys at Law P.C.


 /s/ Henry T. Dart
Henry T. Dart, Esq.
hdart@dartlaw.com
Grady J. Flattmann, Esq.
gflattmann@dartlaw.com
510 N. Jefferson St.
Covington, LA 70433
Tel: 985-809-8093
Fax: 985-809-8094


Usry, Weeks, & Matthews, APLC


 /s/ T. Allen Usry
T. Allen Usry, Esq.
ausry@uwmlaw.com
1615 Poydras St., Ste. 12
New Orleans, LA  70112
Tel: 504-592-4600
Fax: 504-592-4641


Shows, Cali, Berthelot & Walsh, LLP.

 /s/ E. Wade Shows
E. Wade Shows
ews@scbllp.com
628 St. Louis Street
Baton Rouge, Louisiana 70802
Tel: 225-346-1461
Fax: 225-346-1467

Special Counsel to the Attorney General

        Marten Law PLLC

        _/s/ Bradley M. Marten_____
        Bradley M. Marten
        bmarten@martenlaw.com
        Linda R. Larson
        llarson@martenlaw.com
        Marten Law PLLC
        1191 Second Avenue, Suite 2200
        Seattle, Washington  98101
        Tel: 206-292-2600
        Fax: 206-292-2601

        Special Counsel to the Attorney General
        Pro Hac Vice to be Submitted

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 16th day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

        ____/s/ Allan Kanner_____
            ALLAN KANNER, ESQ.