UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL | * | MDL 2179 |
| RIG "DEEPWATER | * | |
| HORIZON" in the | * | SECTION:  J |
| GULF OF MEXICO | * | |
| on APRIL 20, 2010 | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

*******************************

**Application of Ronnie Glynn Penton for**
**the Plaintiffs' Steering Committee**

Pursuant to Pretrial Order No. 1, Ronnie Glynn Penton, Esq., respectfully submits this Application for Appointment to the Plaintiffs' Steering Committee ("PSC") in connection with MDL No. 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, concerning the oil spill by this oil rig in the Gulf of Mexico on April 20, 2010. In support of this Application for appointment to the PSC, the undersigned Applicant states, as follows:

**1.**

I am the founding partner of The Penton Law Firm from Bogalusa, Louisiana, where I have practiced for the last thirty (30) years in the areas of personal injury, wrongful death, class action, mass tort, admiralty, and maritime law litigation.

**2.**

I have carefully read Pretrial Order No. 1 and agree to honor and fulfill all obligations required by that Order with respect to participation on the PSC.

**3.**

I am willing and available to dedicate the time and resources of myself and my Firm to this litigation, as I have done since the third week of April, 2010.  Since the end of April, I have been almost exclusively engaged in the investigation of the facts and circumstances surrounding the blowout of BP's Macondo Prospect Well located on Mississippi Canyon Block 252 in the Gulf of Mexico.  This investigation was in furtherance of my representation of Natalie Roshto[1],

---

[1]  Shane Roshto and Natalie Roshto v. Transocean, Ltd. and BP, PLC,
     Civil Action Number 10-1156-CJB-SS

widow of Shane Roshto, a 22 year old floorhand who was killed on the Deepwater Horizon, as well as for another client, Michael Williams[2], the Chief Electronic Technician on the Deepwater Horizon, who survived the horrendous disaster and who has been heralded as the first person to come forward with substantive factual testimony of the events of April 20, 2010, which set into motion the relevant areas of inquiry by the U.S. Congress and the Marine Board of Investigation.

**4.**

Since my introduction into the fields of mass tort, class action, and complex litigation by my friend and mentor, Stephen Murray, Sr., in 1988, I have worked cooperatively and effectively in forty-two (42) class, mass tort, and/or multidistrict litigations involving plant explosions, environmental exposure, toxic exposure, train derailment, oil/gas well blowouts, oil rig sinking, oil rig collapse, pharmaceutical and medical device litigation, as well as consumer litigation.  In most of these cases, my consistent Committee role was lead or co-lead trial counsel and/or trial counsel for cases to be tried in Louisiana or Mississippi arising out of an MDL.

For the last five (5) months, I have been working in a collaborative, cooperative effort with other lawyers, like myself, representing clients of this rig casualty, with law firms representing clients in environmental and economic claims, as well as with the United States Congress, the United States Coast Guard, and the Department of Justice, in the investigation of this casualty.  Additionally, I have appeared in the Transocean Limitation of Liability action before Judge Ellison with the Southern District of Texas, with respect to transfer of the Limitation action to the Eastern District of Louisiana, as well as working with parties in interest, including Transocean, BP, and Halliburton, to secure all of the disclosure documents required of this Court's previous orders.  Recently, I have worked with Liaison Counsel and others in preparing proposed provisions for the initial Case Management Order, pursuant to Orders of this Court, reviewing and analyzing the proposed BOP removal, transport, storage, and inspection protocols with our BOP expert, as well as preparing for the first round of written discovery in the Limitation proceeding.

I have been intimately involved in the retrieval, review, and analysis of thousands of documents from all parties in interest, have interviewed many rig witnesses, have retained and

---

[2]   Michael Williams v. Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP, PLC, BP Products North America, Inc., BP Exploration & Production, Inc., and Halliburton Energy Services, Inc., Civil Action Number 10-1243-CJB-SS

consulted experts in the relevant fields, and have been heavily engaged in the cross-examination of witnesses in the hearings of the Marine Board of Investigation[3]. The work I have done in the Marine Board of Investigation has been in conjunction with Scott Bickford of Martzell and Bickford and Paul Sterbcow of Lewis, Kullman, Sterbcow & Abramson, who have collaborated with, and provided substantive document and evidentiary support.

**5.**

A major part of my legal training, experience, and education has been in the fields of admiralty and maritime law. I have managed and/or tried hundreds of these cases in this field over the last thirty (30) years, several involving limitation of liability claims. Another case-specific experience I possess is an extensive working knowledge in the exploration, drilling, and production of hydrocarbons in connection with above, and down-hole well operations, both onshore and offshore, through litigation I have managed over the years of my practice.

**6.**

I am record counsel in the following causes of action arising out of this disaster:

(a) Natalie Roshto, et al v. Transocean, et al, Co-Counsel
Civil Action Number 10-1156-CJB-SS
Wrongful Death Aboard the Deepwater Horizon

(b) Michael K. Williams, et al v. Transocean, et al, Lead Counsel
Civil Action Number 10-1243-CJB-SS
Personal Injury Survivor Aboard the Deepwater Horizon

(c) Steve Harris, et al v. BP, PLC, et al, Co-Counsel
Civil Action Number 10-2078
Adjacent Platform Worker Personal Injury

(d) Clay Whittinghill v. Abdon Calais Offshore, Co-Counsel
Civil Action Number 10-1984
Environmental/Economic Loss

I also represent several other Deepwater Horizon crewmembers who have chosen not to file suit at the current time. In addition, I represent adjacent platform workers exposed to the spilled hydrocarbons and dispersant chemicals, as well as commercial fishermen, seafood

---

[3] The Marine Board of Investigation is a joint investigation by the United States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement, which has conducted five (5) day, eight (8) to ten (10) hour a day, hearings on May 10 - 14, May 24 - 28, July 19 - July 23, and August 23 - 27, 2010. The next hearing week is October 4 - 8, 2010. The Marine Board of Investigation is scheduled to conduct two (2) additional weeks of hearings this fall before its final report and recommendations in January 2011.

distributors, seafood restaurants, offshore oilfield service companies, beachfront resort vendors, waterfront and estuary landowners, and others similarly affected by the oil spill and environmental damage.

**7.**

It is my intent to remain totally engaged in the investigation and litigation of this casualty on behalf of my clients, whether appointed to this PSC or not, although it would be a distinct honor to serve the Court in this position, and it is my belief that my contribution to the PSC and to the clients would be significant.

I respectfully request appointment to the Plaintiffs' Steering Committee in MDL 2179. I promise to work diligently, effectively, and cooperatively to assist the efforts of the Plaintiffs' Steering Committee and the Court in this litigation.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE    :    (985) 732-5651
FAX      :    (985) 735-5579
E-MAIL   :    fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Louisiana Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

September 16, 2010.


s/Ronnie G. Penton
Ronnie G. Penton