# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to:<br>No. 10-1630 | ) ) ) ) ) ) ) Judge Barbier<br>Mag. Judge Shushan |

**Federal Defendants' Motion for Leave to File Response to Plaintiffs' Response to Motion to Intervene Filed by BP Exploration & Production, Inc.**

Federal Defendants respectfully request leave to file a short memorandum in response to Plaintiffs' Response to the Motion to Intervene Filed by BP Exploration & Production, Inc. ("BP") in this action. The memorandum is attached as an exhibit to this motion.

Dated: September 16, 2010           Respectfully Submitted,

                                    IGNACIA S. MORENO
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

                                     *s/ Stacey Bosshardt*
                                    STACEY BOSSHARDT, Trial Attorney
                                    D.C. Bar No. 458645
                                    United States Department of Justice
                                    Environment and Natural Resources Division
                                    Natural Resources Section
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    (202) 514-2912/(fax)(202) 305-0506

1

        JIM LETTEN
        UNITED STATES ATTORNEY

        *s/Peter M. Mansfield*
        PETER M. MANSFIELD (28671)
        Assistant United States Attorney
        Hale Boggs Federal Building
        500 Poydras St., Ste. 210B
        New Orleans, LA 70130
        Tele: (504) 680-3047
        Fax: (504) 680-3184
        Peter.Mansfield@usdoj.gov

      I hereby certify that on this 16th day of September, 2010, I electronically filed the foregoing FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE FILED BY BP EXPLORATION & PRODUCTION, INC., with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Alisa A. Coe, David G. Guest, and Monica K. Reimer.  The CM/ECF system will also send a notice of electronic filing to Interim Liaison Counsel for the consolidated cases: Stephen J. Herman, James Parkerson Roy, Don K. Haycraft, Donald Godwin, Deborah D. Kuchler, Phil Wittmann, and Kerry Miller.

        *s/ Stacey Bosshardt*
        STACEY BOSSHARDT