UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO: CIVIL ACTION NUMBER 10-1156 ONLY**

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion to Intervene to Modify the Court's July 12, 2010 Interim Protective Order and June 21, 2010 Case Management Order, **10-CV-1156, Rec. Doc. 271,** is hereby DENIED as **MOOT**.

New Orleans, Louisiana, this <u>16th</u> day of <u>September</u>, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE