UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                         MDL NO.  2179
      "DEEPWATER HORIZON"
      in the GULF OF MEXICO                              SECTION J
      on April 20, 2010

                                     JUDGE BARBIER
                                     MAG. JUDGE SHUSHAN

THIS DOCUMENTS RELATES TO ALL CASES

<u>APPLICATION FOR APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE</u>

**NOW INTO COURT,** comes Daniel S. Foley of the firm Barker, Boudreaux, Lamy & Foley, co - counsel of record in *Mandina's of New Orleans, et al v. BP, PLC, et al., 2:10-CV-02712, EDLA; Mandina, et al v. BP, PLC, et al., 2:10-CV-02713, EDLA: Galliano, et al. v. BP, PLC, et al. 2:10-CV-02715, EDLA; and Manint, et al. v. BP, PLC, et al. 2:10-CV-02716 EDLA.*, who respectfully requests that the Court appoint Applicant to the Plaintiffs' Steering Committee in this matter.  Pursuant to Pre-Trial Order No. 1, the following is submitted to the Court for its consideration:

I.

Applicant graduated from the Louisiana State University School of Law in 1972. He has thirty - eight years of legal experience with a concentration in maritime law. As his involvement in the area of admiralty law and tort litigation expanded, applicant attended Tulane University Law School and earned a **Master of Laws in Admiralty** in 1984**.**  He is a co-owner of the New Orleans law firm, Barker, Boudreaux, Lamy & Foley, having been employed with its predecessor firm, Dodd and Barker, since 1972. He practices law in the fields of Admiralty, Medical Malpractice, Products Liability, Federal and State Workmen's Compensation and General Tort Litigation.  He has a AV

Martindale-Hubbell Rating.  Applicant is currently a member of the Executive Committee of the Louisiana Association of Justice and is a multi-year member of the Board of Governors of the Louisiana Association of Justice, formerly The Louisiana Trial Lawyers Association.  He is a member of the Maritime Law Association of the United States.

II.

Applicant has been involved in numerous limitation of liability actions.  He was a member of the Plaintiff's Steering Committee in the case of "*In the Matter of the Complaint of Ingram Barge Company, as Owner of the M/V F. R. Bigelow and the IB-960, and Ingram Ohio Barge Co., as Owner Pro Hac Vice of the ING-371, Petitioning for Exoneration From or Limitation of Liability* (CA No. 97-226, USDC -  MDLA).  This matter involved the allison of the of the tow of the M/V F.R. Bigelow with the U. S. 98 bridge near Baton Rouge, Louisiana resulting in a chemical spill effecting thousands of residents of East and West Baton Rouge Parishes. As a member of the claimants' steering committee, Applicant undertook  primary discovery responsibility for issues of maritime negligence, as well as privity and knowledge.  Applicant represented numerous individuals afflicted by toxic vapors in the case of  "*In the Matter of American River Transportation Co.  As Owner/Operator of the M/V Cooperative Spirit, Seeking Exoneration from or Limitation of Liability* (CA No. 03-1306 c/w 03-1864, USDC - EDLA).  Chemicals were discharged into the Mississippi River as a result of the collision between the M/V Bow Lion and the tow of the M/V Cooperative Spirit.  Applicant served on a subcommittee of Plaintiffs' Steering Committee in the case of "*In the Matter of the Complaint of River City Towing Services Inc. for Exoneration from or Limitation of Liability*" (CA No. 04-291 USDC- EDLA) and related limitation proceeding.  The

subcommittee addressed matters of maritime negligence and standing to seek limitation

of liability.  This case also involved multiple claimants afflicted by a discharge of

chemical vapors.

III.

Other limitation of liability cases, which are illustrative of Applicant's maritime

litigation experience:

a.  *In the Matter of the Complaint of the Delta Steamship Lines, Inc. as Owner of the S/S Delta Norte, for Exoneration from or Limitation of Liability*,  G-82-306 USDC / Galveston TX. (Vessel collision)

b.  *In re Pelican Marine Partners, LLC, as Owner and Intercostal Canal Towing, Inc. as Owner Pro Hac Vice and Operator of the M/V Cherokee Prince for Exoneration from or Limitation of Liability*,  2:96 -CV- 02903, USDC/ EDLA. (Vessel sinking)

c.  *In the Mater of the Complaint of Clearsky Shipping Corp., as Owner, and  Cosco (H.K.) Shipping Company Limited, as Manager of the M/V Bright Field, For Exoneration from or Limitation of Liability*, 96- 4099 c/w 98-309, USDC/EDLA.  (Vessel allision)

d.  I*n the Matter of the Complaint of Augusta Barge Co., Owner and Operator of the Barge Welt 5 for Exoneration from or Limitation of Liability*, 2:97- CV- 03099, USDC/EDLA.

e.  *In the Matter of Plaqemine Towing Corporation, as Owner and Operator of the M/V Dorella Banta, Official No. 284579, Praying for Exoneration from or Limitation of Liability* , 01-239, USDC/MDLA.  (Vessel collision)

f.  *In the Matter of Nolty J. Theriot, Inc. as Owner of the M/V Pam Alario For Exoneration from  or Limitation of Liability*, 2:88 - CV-02534, USDC/EDLA . (Vessel sinking off the coast of Trinidad).

g.  *In the Matter of the Petition of Gulf Fleet Management, L.L.C. As Owner and Owner  Pro Hac Vice of D/D Gulf Fleet Retreat, Her Engines, Tackle, Appurtenance Furniture, Etc. Praying for Exoneration from or Limitation of Liability* , 06-0539, USDC/ EDLA . (Runaway barge/ improper mooring)

h.   *In the Matter of the Complaint of Wolf, Inc., as Owner of, and Sea Boat  Rentals, Inc. as Charterer and Operator of, the M/V Sea Breeze, Praying for Exoneration from or Limitation of Liability*, 07-042, USDC/ EDLA. (Vessel collision)

I.  *In the Matter of the Complaint of DRD Towing  Company, L.L.C., as Bareboat Charterer of the M/V Pam D, in a Cause for Exoneration from or Limitation of Liability,* 08-4775 c/w 08-4790 USDC/ EDLA, . (Vessel collision)

IV.

Applicant is available to devote his full efforts to serve on the Plaintiffs' Steering

Committee and his firm has the necessary resources to support the efforts of the committee.  He has proven over the years that he work well with others.

**WHEREFORE,** Daniel S. Foley respectfully requests that this Court give consideration to his application for appointment to the Plaintiffs' Steering Committee in MDL No. 2179.

Respectfully submitted,
BARKER, BOUDREAUX, LAMY & FOLEY

s/ Daniel S.Foley
DANIEL S. FOLEY, 5632
228 St. Charles Avenue, Suite 1110
New Orleans, Louisiana 70130
(504) 586-9395