# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010

                                                                                                        SECTION:   J
                                                                                                        JUDGE BARBIER
                                                                                                        MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO: ALL CASES

## REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorneys wish to add their names to the Panel Attorney Service List, as provided in Pretrial Order No. 1:

Michael D. Freeman
J. Russell Campbell
Balch & Bingham LLP
190 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205)251-8100
Facsimile: (205)226-8799
Email: mfreeman@balch.com
Email: rcampbell@balch.com

Jonathan P. Dyal
Matthew W. McDade (LA Bar #32899)
Balch & Bingham LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931
Telephone: (228) 864-9900
Facsimile:  (228) 864-8221
Email: jdyal@balch.com
Email: mmcdade@balch.com

Counsel presently serves as counsel for plaintiffs in the matter entitled "SARAH H. MOORE, ET AL vs. BP, PLC, ET AL", bearing docket number 1:10-CV-00293, United States District Court for the Southern District of Alabama, which is listed in CTO-4, as a case being conditionally transferred.

RESPECTFULLY SUBMITTED:

**Balch & Bingham LLP**


_/s/ Michael D. Freeman_
Michael D. Freeman
J. Russell Campbell
Balch & Bingham LLP
190 Sixth Avenue North
Birmingham, AL 35203
Telephone: (205)251-8100

Jonathan P. Dyal
Matthew W. McDade (LA Bar #32899)
Balch & Bingham LLP
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-1931
Telephone: (228) 864-9900

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been filed electronically with the Clerk of Court utilizing the CM/EC-F System. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system on this 16th day of September, 2010.

*/s/ Michael D. Freeman*
MICHAEL D. FREEMAN
