## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on April 20, 2010 | § | SECTION: J |
| | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| | § | |
| | § | THIS DOCUMENT RELATES TO: |
| | § | BONES & CAMPBELL ENTERPRISES |
| | § | v. BP P.L.C., ET AL |
| | § | CIVIL ACTION NO. 10-03068 |

**************************************************************************

### NOTICE OF FILING OF LIMITATION ACTION AND ENTRY OF ORDER RESTRAINING PROSECUTION OF CLAIMS

NOW COME Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC and Triton Asset Leasing GmbH, four of the limitation Petitioners in Civil Action No. 4:10-cv-1721, entitled *In Re the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability,* filed in the United States District Court for the Southern District of Texas, and hereby give notice to this Honorable Court that an Order Directing Claimants to File and Make Proof of Claims, Directing the

Respectfully submitted:

PREIS & ROY
(A Professional Law Corporation)


EDWARD F. KOHNKE IV, T.A. (07824)
EDWIN G. PREIS, JR. (10703)
CARL J. HEBERT (6724)
RICHARD J. HYMEL (20230)
ROBERT M. KALLAM (20242)
JOSEPH E. LEE III (26968)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

-and-

GEORGE M. GILLY (6234)
EVANS MARTIN MCLEOD (24846)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

-and-

MILES P. CLEMENTS (#4184)
KERRY J. MILLER (#24562)
CAMPBELL E. WALLACE (#13195)
PAUL C. THIBODEAUX (#29446)
EVERETT R. FINERAN (#31153)
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Direct Phone: (504) 599-8169
Direct Fax: (504) 599-8159

Counsel for Transocean Deepwater, Inc., Transocean
Offshore Deepwater Drilling, Inc., Transocean
Holdings, LLC and Triton Asset Leasing GmbH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 16th day of September

2010, been served on the following counsel of record in this proceeding by:

(   ) Hand Delivery      (   ) Prepaid U.S. Mail

(   ) Federal Express      (   ) E-Mail

( x ) ECF

_____
JOSEPH E. LEE III