UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------------
                                                                                 *

IN RE: OIL SPILL by the OIL RIG "DEEPWATER    *       MDL 2179
HORIZON" in the GULF OF MEXICO ON             *
APRIL 20, 2010                                             *       Section J
                                                             *
                                                             *       Judge Barbier
----------------------------------------------------------------------*       Mag. Judge Shushan

**THIS DOCUMENT RELATES TO: 10-cv-2638**

## NOTICE OF APPEARANCE

The undersigned hereby file this Notice of Appearance on behalf of Robert B. Roden of Shelby Roden, LLC and enter an appearance as counsel of record for the Plaintiffs in the above-styled case, *Chenault, et al. v. BP, PLC, et al.,* Civil Action No. 10-cv-2638.

Pursuant to Pretrial Order #1, paragraph 12, Robert B. Roden is deemed admitted *pro hac vice* in this litigation as a member in good-standing of the Alabama State Bar and the United States District Courts for the Southern and Northern Districts of Alabama.

Respectfully submitted:

By:    /s/ M. Shane Lucado
        M. Shane Lucado
        LUCADO LAW FIRM
        One Perimeter Park South, Ste 125 S
        Birmingham, Alabama 35243
        Phone (205) 278-0025
        Fax (205) 278-0030
        Email: slucado@lucadolaw.com

/s/ Robert B. Roden
Robert B. Roden (ASB 3397-N72R)
SHELBY RODEN LLC
2956 Rhodes Circle
Birmingham, AL 35205
205-933-8383
205-933-8386 (Fax)
rroden@shelbyroden.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of September 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served via email and/or U.S. mail, postage prepaid and properly addressed, to all counsel listed on the MDL Panel Service List.

**/s/ Robert B. Roden**
Robert B. Roden (ASB 3397-N72R)