UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates to All Cases | JUDGE BARBIER<br>MAG. SHUSHAN |

### APPLICATION FOR APPOINTMENT OF SCOTT R. BICKFORD TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Honorable Court's Pretrial Order No. 1, Scott Bickford, with the New Orleans law firm of Martzell and Bickford, respectfully submits this application for appointment to the Plaintiffs' Steering Committee. In support, Scott Bickford shows the following:

**Deepwater Horizon Litigation:** Mr. Bickford is counsel in the following cases which were originally filed before this Court and are now consolidated within the Multi-District litigation:

*Natalie Roshto v. Transocean*, et al 10-01156 (lead counsel) (personal injury /death);

*Michael Williams vs. Transocean*, et al 10-01243 (co-counsel) (personal injury);

*Clay Whittinghill v. Abdon Calais Offshore*, 10-01984 (responder toxic injury) (lead counsel);

*Steve Harris, et al v. BP, PLC,* , 10-2078 (co-counsel).

1

These cases are originally filed with this Honorable Court and are not the subject of motions to remand. We are also counsel to environmental claimants for which presentment has been made to BP and its claims representative but for which no lawsuit has yet been filed.

**Deepwater Horizon Litigation Participation:** Since the day following the explosion, Mr. Bickford, together with members of his firm and others have engaged in discovery efforts, assisted the United States Congress and its various committees in their investigations, and assisted in and with the Marine Board of Investigation (MBI); the joint US Coast Guard and Bureau of Ocean Energy Management, Regulation and Enforcement. Specifically, we have prepared witnesses for testimony before Congress and the MBI and, as an Interest Party, participated in discovery and questioning of witnesses before the MBI. Early in the litigation, Mr. Bickford, together with Mr. Penton's law firm, petitioned for and receive specific protective orders compelling the logging of all activities connected with the aftermath of the MODU DEEPWATER HORIZON sinking.

Mr. Bickford has actively participated in the Limitation Action filed by the Transocean Entities since its inception before Judge Ellison (S.D. TX), having filed and argued the original motions to transfer the matter to New Orleans, as well as having argued for and securing tens of thousands of pages of materials from Transocean, BP and others provided on accessible hard drives. That material has been downloaded in readable and searchable form in an extensive document library. Mr. Bickford also appeared and argued before the MDL panel in Boise, Idaho for the Eastern District of Louisiana as venue for this matter.

Finally, Mr. Bickford and his firm already committed resources: 1) to obtain public records requests from the US Coast Guard; 2) to retain experts to assist in the analysis of the BOP and to access the marine impact of the spill; 3) to purchase hard drive versions of an online data base from

2

BP and Transocean entities; 4) to purchase US Coast Guard transcripts; and 5) to pay expenses associated with investigation of the matter and questioning of various witnesses. This information has been shared with other counsel participating in this litigation.

**Experience in Environmental Litigation:** During Mr. Bickford's 28 years at Martzell and Bickford, he has represented thousands of plaintiffs in the prosecution of maritime and land based environmental claims, including oil pollution and landfill claims. This includes suits compelling the clean up and restoration of Louisiana wetlands on behalf of Plaquemines Parish Government, the St. Mary Parish School Board, Lafourche Parish School Board, the Terrebonne Parish School Board, the Lafourche Basin Levee District (six parish levee district), and the West Jefferson Levee District, as well as multiple private parties.[1]

Additionally, Mr. Bickford has served on the Plaintiffs Steering Committee in *Stephen Marshall Gabarick, et al v. Laurin Maritime (America) Inc., et al*, Case No. 08-4007 (EDLA), an Oil Pollution Act (OPA) environmental spill case and a limitation of liability action involving a diesel spill on the Mississippi River. He has also served as lead trial attorney/lead counsel of Louisiana citizens in several class actions involving oil contamination: (*Frelich vs. Shell*, C.A. No. 05-4180 (EDLA); *Blanchard vs. Sundown,* C.A. No. 05-4198 (EDLA); *Tinson v. Bass*, C.A. No. 05-4180 (EDLA) ; co-chair of the trial committee in the *Turner vs. Murphy Oil* , C.A. No. 05-4206 (EDLA), in which he participated with a core group of litigators, to bring the matter through discovery, to jury testing, and had the case ready for trial at settlement.

**Multi-District/ Class Action / Maritime Experience.** Mr. Bickford was the lead trial attorney in the first bellwether case for welding fume injuries in the MDL-1535 (In Re Case No. 1:03

---

[1] C.A. Nos. 48-080; 48-614; & 53-387 (25th JDC, State of Louisiana); C.A. No. 108,242 (16th JDC, State of Louisiana); C.A. No. 81,858 (17th JDC, State of Louisiana); C.A. Nos.98-1960; 00-0265; & 04-2066 (Eastern District of Louisiana).

3

CV 17000 (E. Solis)). Additionally, he was lead counsel in *Mullins vs. Treasure Chest Casino*, C.A. No. 96-0052 (EDLA), a Jones Act class action for toxic fume exposure aboard the M/V TREASURE CHEST and counsel in *Randy Jackson vs. Capital Bank and Trust*, C.A. No. 90-4734 (EDLA), an ERISA class action of employees of Capital Bank in Baton Rouge. He has litigated numerous limitation actions beginning in 1986 with *P&E Boat Rentals, Inc.*, 872 F.2d 642 (5th Cir. 1989) and served as trial counsel in personal injury cases involving off-shore structures and vessels including explosion cases and toxic exposure cases. Presently, he serves as liaison counsel for the PSC in *In Re: Apple iPhone 3G and 3G-S "MMS" Marketing and Sales Practices Litigation*, C.A. MDL Docket No. 2116 (EDLA).

**Time Commitment and Resources**: Mr. Bickford has carefully read Pretrial Order No. 1 and is mindful of the time commitments to this multi-district litigation and of its complexity and importance. He and his firm have already committed substantial time and resources towards this litigation and agree to honor the obligations set forth by this Honorable Court in its order.

**WHEREFORE**, for the reasons stated above, Scott R. Bickford respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

**MARTZELL & BICKFORD**

/s/ *Scott R. Bickford*
**SCOTT R. BICKFORD T. A. (#1165)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
Email: USDCEDLA@MBFIRM.COM

4

## CERTIFICATE OF SERVICE

I hereby certify that on the __16th__ day of __September__, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing.

*Scott R. Bickford*
SCOTT R. BICKFORD