OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                         DATE:      September 17, 2010

                         CJK Fab & Consulting,

                              vs.

                         BP, plc; BP EXPLORATION &
                         PRODUCTION, INC.; BP PRODUCTS
                         NORTH AMERICA, INC.; BP AMERICA,
                         INC.; BP HOLDINGS NORTH AMERICA
                         LIMITED; HALLIBURTON ENERGY
                         SERVICES, INC.; and CAMERON
                         INTERNATIONAL CORPORATION f/k/a
                         COOPER CAMERON CORPORATION,
                         ANADARKO PETROLEUM CORPORATION;
                         ANADARKO E&P COMPANY, L.P.; MITSUI
                         & CO.; MOEX OFFSHORE 2007, L.L.C.;

                         Case No. 2:10-cv-02839

Dear Sir/Madam:

     Please issue summons on the Complaint to the following:

     1. BP Products North America, Inc.
        c/o The Prentice-Hall Corporation System, Inc.
        320 Somerulos Street
        Baton Rouge, Louisiana 70802-6129

                         Very truly yours,

                         /s/ Roman Shaul
                         Attorney for Plaintiff

                         Beasley, Allen, Crow, Methvin,
                         Portis & Miles, PC
                         Post Office Box 4160
                         Montgomery, Alabama 36103-4160