# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| CJK Fab & Consulting, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> BP, plc; BP Exploration & Production, Inc.; ) <br> BP Products North America, Inc.; BP America, Inc.; ) <br> BP Holdings, North America Limited; ) <br> Anadarko Petroleum Corporation; Anadarko E&P ) <br> Company LP; Mitsui & Co. (U.S.A.), Inc.; Halliburton ) <br> Energy Services, Inc.; Cameron International ) <br> Corporation f/k/a Cooper Cameron Corporation; and, ) <br> MOEX Offshore 2007, L.L.C.; ) <br> ) <br> *Defendants* | Civil Action No. MDL 2179 J(1) <br><br> This relates to case <br><br> # 10-2839 |

## SUMMONS IN A CIVIL ACTION

To:  BP Products North America, Inc.
     c/o The Prentice-Hall Corporation System, Inc.
     320 Somerulos Street
     Baton Rouge, Louisiana 70802-6129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John E. Tomlinson
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: Sep 17 2010

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for _____
was received by me on _____ .

☐ I personally served the summons on the individual at _____
_____ on _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____ , a person of suitable age and discretion who resides there,
on _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on _____ , who is
designated by law to accept service of process on behalf of _____
_____ on _____ ; or

☐ I returned the summons unexecuted because _____ or;

☐ Other:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.