UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON"
In the GULF OF MEXICO
` on April 20, 2010

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT RELATES TO ALL CASES

APPLICATION FOR APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE

I, Roy F. Amedee, Jr., attorney of record in *Mandina's of New Orleans*, *et al v. BP, PLC, et al.*, 2:10-CV-02712, E.D. La., *Mandina, et al v. BP, PLC, et al.*, 2:10-CV-02713, E.D. La., *Galliano, et al. v. BP, PLC, et al.* 2:10-CV-02715 E.D. La., and *Manint, et al. V. BP, PLC, et al. 2:10-CV-02716 E.D. La.* respectfully apply for appointment to the Plaintiffs' Steering Committee in MDL 2179.  Pursuant to Pre-Trial Order No. 1, the following is submitted to the Court in support of my application.

I graduated from Loyola Law School in 1969, and have extensive professional experience in this type of litigation.  In 1986, I first became involved in mass tort and class actions as lead counsel for the Housing Authority of New Orleans in defense of all lead poisoning and lead abatement cases pending against the Housing Authority of New Orleans in Civil District Court for the Parish of Orleans and United States District Court, Eastern District of Louisiana.  This entailed the defense of several hundred personal injury cases in state court, and defense of a class action for injunctive relief in federal court.  As a result of my filing of third party demands against various lead  paint  and lead pigment manufacturers, the Housing Authority of New Orleans was the first public agency in the nation to receive a settlement from a paint

manufacturer in lead based paint litigation.

As my involvement in the area of environmental law and toxic tort litigation expanded, I attended Tulane University Law School, and received a Masters of Laws in Energy and Environment in 1992.  Since obtaining this degree, I have been responsible for the scientific development and toxicological profile of numerous class actions wherein the release of toxic substances was involved.

By the mid 1990's, I had also become involved in several pharmaceutical product liability cases including  *In re: Propulsid Products Liability Litigation*, MDL Docket Number 1355.  I served as lead trial counsel in both the Daubert hearings and in the trial of the matter entitled *Patricia Diez v. Johnson & Johnson* , the first and only liability trial held in the Propulsid MDL. I was also lead counsel for plaintiffs in the week long Daubert hearings held in *In re: Chemical Release at Bogalusa*, and was primarily responsible for the scientific development of this litigation which resulted from a release of nitrogen dioxide at the Gaylord chemical plant in Bogalusa, Louisiana.

The following is alist of other class actions in which I served I served as class counsel:

a. **Lois Chadwick, et al. v. Shell Oil Company,** Civil Action Number 41,319-C, 29th Judicial District Court, Parish of St. John the Baptist, State of Louisiana.
b. **In re: 1993 Exxon Coker Fire Litigation,** Master Docket No. 93-MS-2, USDC, Western District of Louisiana.
c. **In Re: 1994 Exxon Chemical Plant Fire,** Master Docket No. 94-MS-3, USDC, Western District of Louisiana.
d. **Gail M. Clement, et al. v. Occidental Chemical Company,** Civil Action No. 42,624, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
e. **Morris Laiche, et al. v. Koch Nitrogen Company,** Civil Action No. 44,840, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
f. **Geraldine Mayho v. Shell Oil Co., et al.,** Civil Action No. 22,090, 23rd Judicial District Court, Parish of St. James, State of Louisiana.
g. **Donna Howard, et al. v. Union Carbide Corporation,** Civil Action Number

        50,339, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
- h. **In Re: New Orleans May 2002 Tank Car Chlorine Chemical Release**, Civil Action Number 2002-8256, Civil District Court, Parish of Orleans, State of Louisiana
- i. **Terri Davis, et al. v. American Home Products Corporation, et al.,** (Norplant Products Liability Litigation), Civil Action No. 94-11684, Civil District Court, Parish of Orleans, State of Louisiana.
- j. **Arthur Harrison v. Union Carbide Corporation,** Civil Action No. 44,226, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
- k. **Keith Matherne, et al. v. Monsanto Company,** Civil Action No. 53,311, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.
- l. **Curtis J. Anderson, et al. v. Goodyear Tire & Rubber Company and Heatway Systems, Inc.,** No. 98-CV-439, District Court, County of Eagle, Colorado.
- m. **In re: Gramercy Plant Explosion at Kaiser,** Civil Action Number 25975, 23rd Judicial District Court, Parish of St. James, State of Louisiana.
- n. **Welton Johnson, et al. v. Cytec Industries, Inc.,** Civil Action No. 50,860, 29th Judicial District Court, Parish of St. Charles, State of Louisiana.

I was appointed class counsel in *Donato Galanti, et al. v. The Goodyear Tire & Rubber Company*, Civil Action Number 03-209, USDC, District of New Jersey, a national products liability class action against Goodyear Tire & Rubber Company involving defective heating systems, wherein a nationwide settlement was effectuated in December of 2004. Thus, I have extensive experience in what is required to properly prepare and prosecute a case of this nature.

I was recently qualified as an expert in the fields of class actions and class action procedures in both Civil District Court for the Parish of Orleans and 24th Judicial District Court for the Parish of Jefferson. My expert opinions were given in two competing Hurricane Katrina class actions pending in each of these courts regarding the timely institution of claims processing. Subsequently, my opinions were adopted by the Louisiana Fourth Circuit Court of Appeals.

I have been a guest lecturer at Georgia Tech University, University of Minnesota, Texas

A&M university, Louisiana State University, Tulane University and Loyola University.   Topics have included, class actions, toxic tort, lead poisoning and lead abatement, mass disaster litigation, admissibility of novel scientific evidence, environmental law and products liability.

I have recently concluded my involvement in several complex cases with several others winding down.    Thus, I am available to commit the vast majority of my time and that of my firm to a time consuming project such as this.   I have served on numerous plaintiff steering committees over the years, and have never had a problem working cooperatively with others.   In addition, I have the financial resources necessary to fund my appointment.

Given my educational background and previous experience in similar cases, I feel that I can   contribute greatly to this litigation.   I am a fourth generation resident of southeast Louisiana, and have spent forty-one years practicing law in the various parishes in Louisiana affected by the BP oil spill.

**WHEREFORE,** Roy F. Amedee, Jr. respectfully requests that this Court give consideration to his application for appointment to the Plaintiffs' Steering Committee in MDL No. 2179.

                                                Respectfully submitted,

                                                     /s/ Roy F. Amedee, Jr.
                                                ROY F. AMEDEE, JR. (Bar #2449)
                                                Law Offices of Roy F. Amedee, Jr.
                                                228 St. Charles Avenue, Suite 801
                                                New Orleans, LA 70113
                                                Phone: (504) 592-3222
                                                Facsimile: (504) 592-8783
                                                E-mail: Ramedeejr@aol.com