**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| _____ **:** | |
| | **:** |
| **IN RE: OIL SPILL BY THE OIL** | **:  MDL NO. 2179** |
| **RIG "DEEPWATER HORIZON"** | **:** |
| **IN THE GULF OF MEXICO,** | **:  SECTION: J** |
| **ON APRIL 20, 2010** | **:** |
| | **:  JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** | **:  MAG. JUDGE SHUSHAN** |
| *Le, et al. v. BP, plc, et al.,* | **:** |
| **No. 10-CV-02114 (E.D. La.)** | **:** |
| _____ **:** | |

**ORDER**

IT IS HEREBY ORDERED, this  16th  day of September, 2010, that the motion

to enroll Tammy Tran, Esquire, as additional counsel of record, to represent plaintiffs in

the above action is GRANTED.

_____
United States District Judge