UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * * * | MDL 2179<br><br>Section J<br><br>Judge Barbier<br>Mag. Judge Shushan |

**THIS DOCUMENT RELATES TO:  10-cv-2638**

## ORDER

IT IS HEREBY ORDERED, that the motion to enroll Robert B. Roden, Esquire,

as additional counsel of record, to represent plaintiffs in the above-referenced action is

GRANTED.

New Orleans, Louisiana, this <u>16th</u> day of <u>September</u>, 2010.


_____
United States District Judge