UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * * | MDL No. 2179  Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier  Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering Defendant-Intervenors' Motion for Leave to File Reply Memorandum In Support of Defendant-Intervenors' Motion to Deconsolidate and Transfer;

**IT IS ORDERED** that the motion be and hereby is **GRANTED**, and Defendant-Intevernors' Reply Memorandum In Support of Defendant-Intervenors' Motion to Deconsolidate and Transfer shall be filed into the record of the captioned case.

New Orleans, Louisiana, this 16th day of September, 2010

_____
United States District Judge