UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier |
| This Document Relates to All Cases | Mag. Judge Shushan |

## ORDER

The Court, having considered the motion of Movants Jacob Shemper, Kimberly Nguyen, Cory Shepardson, Professional Bars, Inc., Alan Ford, Cindy Nguyen, Vacation Key West, Inc., Bobby Wilson, Seymour Stricker, Kevin Ware, Thomas and Dolores Murphy, and Scott McCarthy to withdraw their Fed. R. Civ. P. 24(b) motion to intervene filed July 12, 2010 in the matter of *In re Deepwater Horizon*, 10-CV-1156 (E.D. La. 2010) (Rec. Doc. 271), which has been consolidated into this MDL proceeding, and having found good grounds for this motion, hereby ORDERS that Movants' Motion to Withdraw is hereby GRANTED without prejudice.

**MOOT**

This the 16th day of September, 2010

_____
United States District Judge