IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>Judge Barbier<br>Mag. Judge Shushan |
| THIS DOCUMENT RELATES TO:<br><br>10-CV-1345; 10-CV-1156; 10-CV-1540; 10-CV-1573; 10-CV-2675; | |

**ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Considering the foregoing Motion to Withdraw and Substitute counsel:

IT IS ORDERED that Geoffery Bracken of Gardere Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002, Edward J. Murphy, Beirne, Maynard & Parsons, LLP, 1300 Post Oak Boulevard, 25th Floor, Houston, Texas 77056 and G. Todd Burwell, G. Todd Burwell, PA, 618 Crescent Blvd, Suite 200, Ridgeland, Mississippi 39157, as associated with the cases identified in Exhibits A and B, are withdrawn as counsel for M-I L.L.C. in the above-captioned cases and that Hugh E. Tanner and Denise U. Scofield of Morgan, Lewis & Bockius LLP, 1000 Louisiana, Suite 4000, Houston, Texas 77002, and Derek E. Leon of Morgan, Lewis & Bockius LLP, 5300 Wachovia Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131-2339 be substituted as counsel in their place. Messrs. Bracken, Murphy and Burwell are to be removed from the electronic service list in this case.

This __16th__ day of __September__, 2010

_____
United States District Judge