IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to:<br>10-CV-1156/10-CV-1674 | ' ' | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that Kurt B. Arnold (Texas Bar #24036150); Jason A. Itkin (Texas Bar # 24032461); Cory D. Itkin (Texas Bar #24050808); and M. Paul Skrabanek (Texas Bar #24063005) of ARNOLD & ITKIN LLP, 1401 McKinney St., Suite 2550, Houston, Texas 77010, be enrolled as counsel of record on behalf of Elton Johnson in the above numbered and entitled action.

This __16th__ day of __September__, 2010.

_____
United States District Judge