UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| _____ | § | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

LIST OF ATTORNEYS FOR DEFENDANTS
HALLIBURTON ENERGY SERVICES, INC. AND HALLIBURTON COMPANY

Pursuant to Pretrial Order #1 dated August 10, 2010, Defendants Halliburton Energy Services, Inc. and Halliburton Company hereby submit their list of counsel:

Donald E. Godwin, T.A.
*Attorney in Charge*
E-mail:  dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
E-mail:  bbowman@godwinronquillo.com
Jenny L. Martinez
E-mail:  jmartinez@godwinronquillo.com
Gavin E. Hill
E-mail:  ghill@godwinronquillo.com
Floyd R. Hartley, Jr.
E-mail:  fhartley@godwinronquillo.com

**GODWIN RONQUILLO PC**
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
E-mail:  ayork@godwinronquillo.com

**GODWIN RONQUILLO PC**
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**


        **By:**  /s/  Donald E. Godwin
        Donald E. Godwin, T.A., *admitted pro hac vice*
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr., *admitted pro hac vice*
        bbowman@godwinronquillo.com
        Jenny L. Martinez, *admitted pro hac vice*
        jmartinez@godwinronquillo.com

        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York, *admitted pro hac vice*
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:  713.595.8300
        Facsimile:  713.425.7594