UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACOB KANSAS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSOCEAN LTD, ET AL | C.A. No. 2:10-MD-2179<br>c/w 2:10-CV-1836<br><br>Judge Barbier<br><br>Mag. Judge Shushan<br><br>CLASS ACTION COMPLAINT |

## MOTION TO ENROLL LEAD COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Jacob Kansas, individually and on behalf of all others similarly situated, who move this Court to enroll Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, as lead counsel in these proceedings.

                    LOWE, STEIN, HOFFMAN, ALLWEISS,
                            AND HAUVER, LLP

By:   */s/Serena E. Pollack*
MITCHELL J. HOFFMAN (#6896)
MICHAEL R. ALLWEISS (#2425)
JEFFERY M. HOFFMAN (#29253)
SERENA E. POLLACK (#32682)
MELVIN ALBRITTON (#27936)
701 Poydras Street, Suite 3600
New Orleans, LA 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile
Attorneys for plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding via the Court's CM/ECF filing system this 17TH day of September, 2010.

                          */s/ Serena E. PollacK*
                        **SERENA E. POLLACK**