UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle <br> Plaintiff, <br> v. <br> TRANSOCEAN LTD, ET AL | C.A. No. 2:10-MD-2179 <br> c/w 2:10-CV-2103 <br><br> Judge Barbier <br><br> Mag. Judge Shushan <br><br><br> <u>CLASS ACTION COMPLAINT</u> |

## **MOTION TO ENROLL LEAD COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle, who move this Court to enroll Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, as lead counsel in these proceedings.

LOWE, STEIN, HOFFMAN, ALLWEISS,
AND HAUVER, LLP


By:    /s/Serena E. Pollack
MITCHELL J. HOFFMAN (#6896)
MICHAEL R. ALLWEISS (#2425)
JEFFERY M. HOFFMAN (#29253)
SERENA E. POLLACK (#32682)
MELVIN ALBRITTON (#27936)
701 Poydras Street, Suite 3600
New Orleans, LA 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile
Attorneys for plaintiffs


SPECIAL COUNSEL
ALAN F. KANSAS (#27725)
The Law Office of Alan Kansas, LLC
1743 Stumpf Blvd.
Suite 200
Gretna, LA 70053
(504) 210-1150 Telephone
(504) 617-6525 Facsimile

### CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding via the Court's CM/ECF filing system this 17TH day of September, 2010.

                                                                */s/ Serena E. PollacK*
                                                             **SERENA E. POLLACK**