UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle | C.A. No. 2:10-MD-2179 <br> c/w 2:10-CV-2103 |
| Plaintiff, | Judge Barbier |
| v. | Mag. Judge Shushan |
| TRANSOCEAN LTD, ET AL | CLASS ACTION COMPLAINT |

**O R D E R**

The foregoing motion considered:

**IT IS ORDERED** that Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, be and is hereby enrolled as lead counsel of record for plaintiffs, Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle in these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**DISTRICT COURT JUDGE**