UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Bayona Corporation d/b/a Bayona Restaurant )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSOCEAN LTD, ET AL )<br>)<br>)<br>)<br>)<br>) | C.A. No. 2:10-MD-2179<br>   c/w 2:10-CV-1839-SSV- JCW<br><br>Judge Barbier<br><br>Mag. Judge Shushan<br><br><br>CLASS ACTION COMPLAINT |

## MOTION TO ENROLL LEAD COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Bayona Corporation d/b/a Bayona Restaurant, who move this Court to enroll Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, as lead counsel in these proceedings.

LOWE, STEIN, HOFFMAN, ALLWEISS,
AND HAUVER, LLP

By:   /s/Serena E. Pollack
MITCHELL J. HOFFMAN (#6896)
MICHAEL R. ALLWEISS (#2425)
JEFFERY M. HOFFMAN (#29253)
SERENA E. POLLACK (#32682)
MELVIN ALBRITTON (#27936)
701 Poydras Street, Suite 3600
New Orleans, LA 70139
(504) 581-2450 Telephone
(504) 581-2461 Facsimile
Attorneys for plaintiffs

SPECIAL COUNSEL
ALAN F. KANSAS (#27725)
The Law Office of Alan Kansas, LLC
1743 Stumpf Blvd.
Suite 200
Gretna, LA 70053
(504) 210-1150 Telephone
(504) 617-6525 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding via the Court's CM/ECF filing system this 17TH day of September, 2010.

                */s/ Serena E. PollacK*
                **SERENA E. POLLACK**