UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Bayona Corporation d/b/a Bayona Restaurant )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANSOCEAN LTD, ET AL )<br>)<br>)<br>)<br>) | C.A. No. 2:10-MD-2179<br>c/w 2:10-CV-1839-SSV- JCW<br><br>Judge Barbier<br><br>Mag. Judge Shushan<br><br><br>CLASS ACTION COMPLAINT |

**O R D E R**

The foregoing motion considered:

**IT IS ORDERED** that Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, be and is hereby enrolled as lead counsel of record for plaintiffs, Bayona Corporation d/b/a Bayona Restaurant. in these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**DISTRICT COURT JUDGE**