UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOE OSER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> TRANSOCEAN LTD, ET AL <br><br> Defendants | C.A. No. 2:10-MD-2179 <br> c/w 2:10-CV-1829 <br><br> Judge Barbier <br><br> Mag. Judge Shushan <br><br> **CLASS ACTION COMPLAINT** |

**O R D E R**

The foregoing motion considered:

IT IS ORDERED that Walter J. Leger, Jr. (Bar #8278), Franklin G. Shaw (Bar # 1594), Walter J. Leger, III (Bar # 28656) and Christine E. Sevin (Bar #32683) of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, be and is hereby enrolled as lead counsel of record for plaintiffs, JOE OSER, individually and on behalf of all others similarly situated. in these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**DISTRICT COURT JUDGE**