# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
|      "DEEPWATER HORIZON" IN | * | |
|      THE GULF OF MEXICO ON | * | JUDGE BARBIER |
|      APRIL 20, 2010 | * | |
| | * | MAG. JUDGE SHUSHAN |
| This Document Relates To:  All Cases | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## APPLICATION OF RICHARD M. MARTIN, JR.
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with the provisions of Pre-Trial Order 1, § 17, Richard M. Martin, Jr., of the Law Office of Richard M. Martin, Jr., L.L.C., respectfully submits his application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

**1.**     **Applicant Information:**

Richard M. Martin, Jr. was educated at Tulane University, where he received a Bachelor of Arts degree *magna cum laude* with Honors in History (1977) and a Juris Doctor degree (1980).  After active U.S. Navy duty, he served as Law Clerk to the late Henry A. Mentz, Jr., U.S. District Judge for the Eastern District of Louisiana.  Since 1987, he has devoted himself to a trial law practice focused principally on admiralty law, including Jones Act, DOHSA and § 905 (b) personal injury and death claims, Shipowners' Limitation of Liability Act litigation, and claims against the U.S. Government under the Public Vessels Act, the Suits in Admiralty Act, and the Federal Tort Claims Act.

Richard M. Martin, Jr. is admitted to practice in Louisiana, Mississippi, Texas and the District of Columbia.  He is also admitted to practice before the U.S. Supreme Court, the U.S.

Page -1-

District of Columbia Circuit, the U.S. Fifth Circuit, the U.S. Ninth Circuit, and the U.S. Eleventh Circuit. He has participated in many mass tort litigations, and recently presented oral argument in favor of Admiralty Extension Act Jurisdiction before the U.S. Fifth Circuit in the 17th Street Canal - Hurricane Katrina flood litigation.

**2.      Willingness and Ability to Commit to a Time-Consuming Effort:**

Richard M. Martin, Jr, practices law locally in New Orleans, and is therefore available to the Court on short notice. He is both willing and able to commit himself fully to this MDL litigation.

**3.      Ability to Work Cooperatively with Others:**

For almost three decades, Richard M. Martin, Jr. has worked cooperatively with many persons seeking appointment to the Plaintiffs' Steering Committee in this MDL, as well as in mass tort cases in both federal and state courts.

**4.      Professional Mass Tort/MDL Experience:**

Richard M. Martin, Jr. has participated in many mass tort litigations, and recently presented oral argument in favor of Admiralty Extension Act Jurisdiction before the U.S. Fifth Circuit in the 17th Street Canal - Hurricane Katrina flood litigation.

He presently serves on the Plaintiffs' Steering Committee in the Jefferson Parish Hurricane Katrina class action flood litigation, is Vice-Chairman of the Plaintiffs' Steering Committee in the Orleans Parish Hurricane Katrina class action flood litigation.

**5.      The Present Litigation:**

Richard M. Martin, Jr. presently represents the property damage Plaintiff in <u>Levy v.</u> <u>Transocean Ltd., et al</u>, No. 10-1245 (E.D. La.), which has been consolidated into the above-

captioned matter.

For the foregoing reasons, Richard M. Martin, Jr. tenders his request for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

_____   /S/_____
Richard M. Martin, Jr., La. Bar #8998
Law Office of Richard M. Martin, Jr.
20 Versailles Boulevard
New Orleans, LA 70125
Telephone: (504) 861-8476
rmmjr@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on 20 September 2010, a true copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to counsel of record in this matter.

_____/S/_____
Richard M. Martin, Jr.