UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO ON APRIL 20, 2010 | * * * * * * | MDL 2179<br><br>Section J<br><br>Judge Barbier<br>Mag. Judge Shushan |

**THIS DOCUMENT RELATES TO:  ALL CASES**

### APPLICATION OF ROBERT B. RODEN FOR APPOINTMENT TO THE MDL-2179 PLAINTIFFS' STEERING COMMITTEE

In compliance with Pretrial Order #1, ¶ 17, Robert B. Roden requests that the Court appoint him as a member of the Plaintiffs' Steering Committee ("PSC") in this litigation. In support of this application, counsel says as follows:

1.  Robert B. Roden is the senior managing partner of Shelby Roden LLC. Mr. Roden is a litigator with over 35 years experience in cases involving mass torts, class actions, products liability and personal injury/death. For the past decade, his practice has focused on chemical/toxic exposure cases and defective products litigation. He has tried more than one hundred cases to verdict and settled hundreds more.

2.  Mr. Roden has previously served on Steering Committees and acted as lead counsel in a number of complex mass tort, products liability and class action litigation. He has extensive experience in litigating mass toxic exposure cases that have resulted in property damage, personal injuries and economic losses. Some of his most relevant experience includes the following:[1]

---

[1] Mr. Roden also served on the Executive Committee for MDL 1332, *In Re Microsoft Antitrust Litigation* and the various committees for MDL 1350, *In re Trans Union Corp. Privacy Litigation*.

a. The *Tolbert* PCB pollution settlement in Anniston, Alabama, which settled for in excess of $350 million. The case involved decades of pollution by Monsanto Chemical in the communities and waterways of Anniston, Alabama. Following the settlement of the *Tolbert* litigation in 2003 and in anticipation of its ongoing administration, Mr. Roden was appointed Liaison Counsel and still occupies that position.

b. Mr. Roden was class counsel in a multi-million dollar class action settlement against McWane Cast Iron Pipe Company concerning its pollution of the Village Creek watershed and adjacent properties in Birmingham, Alabama.

c. Mr. Roden was appointed to the Plaintiff's Coordinating Committee for MDL-1598, a multi-defendant MDL against ephedra manufacturers asserting claims for personal injuries and wrongful death caused by their products. He was also one of several attorneys appointed to the Fee Allocation & Expense Committee for the MDL and negotiated the division of common benefit fees, as well as conducting an initial review of submitted expenses on behalf of the Court. Mr. Roden's initial discovery against Metabolife and multi-million dollar verdict against that company, led to cooperation with Senator Richard Durbin that ultimately led to the ban of ephedra in dietary supplements.

d. Mr. Roden has acted as co-counsel with a number of Louisiana lawyers in several mass chemical exposure cases in and around Lake Charles, Louisiana, involving air and water pollution.

3.      Obviously, this case will require litigators with extensive trial, negotiation and mass tort experience. The members of the Plaintiffs' Steering Committee must be able to work with a diverse group of lawyers with differing perspectives and agendas. Mr. Roden has a reputation as a key consensus builder among plaintiffs' counsel in mass tort and MDL matters. The ability to maintain good working relationships as the months and years pass will be invaluable to the process. Mr. Roden is able to maintain productive relationships with plaintiff and defense counsel alike.

4.      Having recently settled additional cases involving injuries associated with the PCB contamination in Anniston, Shelby Roden LLC has the ability and firm resources available to devote to MDL-2179, which will likely be a large and time consuming project. Firm lawyers and staff have previous experience working on complex mass tort cases and in MDLs with law firms from across the country in pursuit of plaintiffs' objectives.

5.      In addition to his legal expertise, Mr. Roden has found ways to not only represent his clients, but improve affected communities:

   a. Beginning in 1992, Mr. Roden played a key role in establishing the Alabama Civil Justice Foundation (ACJF), which serves as a source of grant funds to charitable organizations throughout Alabama. Working through the Alabama Trial Lawyers Association, he created the Foundation as a vehicle for the legal community to assist Alabama families and citizens in need. Grants awarded by the Foundation are funded from IOLTA.  Mr. Roden is Chairman Emeritus and an active member of the Foundation board.

b.  As part of the *Tolbert* PCB settlement noted above, a community medical clinic was created to treat citizens of the Anniston communities affected. Mr. Roden, appointed liaison counsel, is a member of the West End Medical Clinic Board.

c.  During the settlement discussions for the McWane Cast Iron Pipe class action, Mr. Roden negotiated the inclusion of funds dedicated to creating a park along Village Creek and continues as a member of the Village Creek Greenway Steering Committee, working with community leaders and other organizations on planning and additional fund raising for the project.

6.  Mr. Roden's experience, ability to build and maintain relationships with all involved and his commitment of time and resources to this litigation would make him an invaluable addition to the team so honored with selection by the Court.

WHEREFORE, Counsel respectfully requests the appointment of Robert B. Roden to the MDL-2179 Plaintiffs' Steering Committee.

Respectfully submitted:

By:  /s/ M. Shane Lucado
M. Shane Lucado
LUCADO LAW FIRM
One Perimeter Park South, Ste 125 S
Birmingham, AL 35243
205-278-0025
205-278-0030 (Fax)
Email: slucado@lucadolaw.com

/s/ Robert B. Roden
Robert B. Roden (ASB 3397-N72R)
SHELBY RODEN LLC
2956 Rhodes Circle
Birmingham, AL 35205
205-933-8383
205-933-8386 (Fax)
rroden@shelbyroden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of September 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and served via email and/or U.S. mail, postage prepaid and properly addressed, to all counsel listed on the MDL Panel Service List.

                                           **/s/ Robert B. Roden**
                                           Robert B. Roden (ASB 3397-N72R)