UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION OF MATTHEW D. SHAFFER FOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order No. 1 (Rec. Doc. 2), Matthew D. Shaffer, Esq. applies for a position on the Plaintiffs' Steering Committie and in Support shows:

1.

Applicant is the managing partner of Schechter, McElwee, Shaffer & Harris, L.L.P. ("SMSH"), a Plaintiff's litigation firm with a concentration in marine and offshore injury matters with offices in Houston, Texas.

2.

Applicant graduated from the University of Houston Law Center in 1987 and has been in private practice in Houston, Texas since November 1987. He is licensed by the Supreme Courts of Texas and Colorado, The United States Court of Appeals for the Fifth Circuit, The United States District Court for the Southern District of Texas, The United States District Court for the Eastern District of Texas, The United States District Court for the Western District of Texas, The United States District Court for the Eastern District of Michigan, as well as all Texas state courts.

1

3.

Since May 1992, Applicant has worked as an associate, partner, and now managing partner at SMSH. SMSH is the continuation of a law firm started in 1964 by Ambassador Arthur L. Schechter, currently Special Counsel to the firm. SMSH has handled thousands of maritime personal injury claims and collected over a billion dollars for its clients in over 46 years of maritime practice. Applicant has handled hundreds of maritime personal injury cases. The Schechter firm is one of the oldest, if not the oldest firm, that has continually maintained a practice of representing injured maritime workers in Texas and has well over 100 years of combined experience amongst its maritime partners.

4.

Applicant is a member of the Admiralty Law Section of the American Association of Justice, The Texas Trial Lawyers Association, and the Maritime Law Association and is often quoted by news organizations in matters related to maritime law.

5.

Applicant is an AV rated attorney and formerly served as Committee Member and Chairman of the District 4C Grievance Committee of the State Bar of Texas, responsible for governing the conduct of attorneys in the State of Texas.

6.

Applicant is board certified in personal injury trial law by the Texas Board of Legal Specialization, a certification held by less than 3% of the attorneys in the State of Texas.

7.

Applicant has handled hundreds of maritime cases generally and several vessel/rig explosion cases. In particular, Applicant was lead counsel for two of the claims in a limitation

proceeding styled: *In the Matter of the Complaint of Jillian Morrison, LLC, Chet Morrison Diving, LLC, Chet Morrison Services, LLC, as owner and/or Operators of the M/V JILLIAN MORRISON Petitioning for Exoneration from or Limitation of Liability*, Civil Action No. 08-1255; before this Honorable Court, a case involving an explosion aboard a dive boat which resulted in three deaths and numerous injuries.

8.

In addition, Applicant was lead counsel in a confidential matter filed as a limitation proceeding in the United States District Court for the Southern District of Texas. In that matter, the plaintiff, an eighteen year old seaman was left in a persistent vegetative state. The matter settled for over $17,500,000 which is believed to be one of the largest single-claimant Jones Act recoveries in recent history. The limitation fund established by our client's employer was $40,000.

9.

In addition, Plaintiff was lead counsel in: *In the Matter of the Complaint of Plaintiffs, Bouchard Transportation Co., Inc. and the B NO. 125 Corp., as Owners and Operators of the Barge No. 125 for Exoneration From or Limitation of Liability*; Civil Action No. CV-03-894, In the United States District Court for the Eastern District of New York. In that case, Applicant represented the family of the first mate of a gasoline barge which exploded in Port Mobile, New York. Despite a limitation filed by the vessel owner, seeking to limit the claim to less than $100,000, Applicant recovered well in excess of $4,000,000 for the mate's family.

10.

In addition to the foregoing matters, Applicant and his firm have handled numerous cases against British Petroleum including representing fifteen workers in the British Petroleum Refinery explosion in Texas City, Texas, that occurred in 2005.

11.

Applicant has handled numerous maritime cases before this Honorable Court in conjunction with local counsel provided by Paul Sterbcow. Applicant has also handled cases in the state and federal courts of Mississippi, Alabama, Florida, New York, California, Washington, Ohio, Indiana, Kentucky, Louisiana, Oklahoma, Pennsylvania, and West Virginia.

12.

Applicant has attended all hearings pertaining to the Deepwater Horizon Explosion pending in the United States District Court for the Southern District of Texas, as well as hearings before this Honorable Court.

13.

Applicant's partners have represented clients testifying before the Marine Board of Investigation Hearings, pertaining to the Deepwater Horizon explosion investigation.

14.

Applicant has reviewed a list of responsibilities of the PFC in Paragraph 17 of Pretrial Order #1 and is fully prepared to abide by and satisfy all such responsibilities.

15.

Applicant is lead trial attorney for claimants, Bill Francis, Tyrone Benton, Carlos Ramos, and L.D. Manuel and Geneva B. Manuel, In their Individual Capacity as Surviving Parents of

Blair Manuel, deceased, with regard to the oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.

Respectfully submitted,

*/s/ Matthew D. Shaffer*

MATTHEW D. SHAFFER, T.A.
Schechter, McElwee, Shaffer & Harris, L.L.P.
State Bar No. 18085600
Fed I.D. No. 8877
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel: 713-524-3500
Fax: 713-751-0412
mshaffer@smslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of records

*/s/ Matthew D. Shaffer*

Matthew D. Shaffer

5