UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to All Cases | * | MAG. JUDGE SHUSHAN |

### APPLICATION OF WALDON MICHAEL HINGLE FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Waldon Michael Hingle respectfully submits and files this application for membership to the Plaintiffs' Steering Committee in MDL No. 2179, *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico* on April 20, 2010.

**Willingness to Commit, Ability to Work Cooperatively, Professional Experience**

Mr. Hingle hereby represents he and Michael Hingle & Associates, LLC, have the willingness and availability to commit to a time-consuming project, will work cooperatively with the other attorneys involved in this litigation, and have professional experience in complex litigation.

Mr. Hingle is willing and able to commit his resources and those of his firm to this litigation. Mr. Hingle and his staff have been involved in many large mass torts. He represented clients and was on the committee in the tractor-trailer/tanker collision in Chalmette, Louisiana of June 25, 2004 and the St. Ferdinand/Riley Tank Car Leak of May 24, 2002, in which he and his firm did the initial investigation and worked with the committee in conducting discovery depositions of both plaintiff and defendant class representatives. Mr. Hingle also has worked on

the Murphy Oil Refinery fire of June 10, 2003.  Furthermore, Mr. Hingle has been involved in several of the recent drug and medical device class action litigations including Vioxx, Bextra, Celebrex, Medtronic, Guidant, Viagra, Fen Phen, Denture Cream, NuvaRing and Baycol.  In the Avandia line of cases, Mr. Hingle's office was one of the first to file suit.

Mr. Hingle is a 1970 Louisiana State University graduate, *magna cum lande*, in accounting (first at commencement).  He graduated from Tulane Law School in 1973 and was inducted into the Order of the Coif.  Mr. Hingle was a member of the Tulane Law Review (with publication) and Moot Court while in law school.  His class rank upon graduation was 2 of 265.  Mr. Hingle is also a Certified Public Accountant (non-practicing), and a Certified Civil Trial Specialist by the National Board of Trial Advocacy.

Mr. Hingle has always been committed to professionalism through a better sense of cooperation, civility and honesty.  Mr. Hingle has a record of excellence in advocacy, by being honest, forthright and professional in all dealings with the Court, clients and other counsel.

Mr. Hingle is a member in good standing in the Louisiana State Bar, the National Board of Trial Advocacy, The Louisiana Association for Justice, and the AAJ. He is a certified Trial Law Specialist by the National Board of Trial Advocacy.  He has never been suspended, placed on inactive status or reprimanded by the Louisiana State Bar Association.

He is joined by several seasoned MDL attorneys.  Bryan A. Pfleeger, B.S., M.S., J.D. attended Tulane University and graduated with a B.S. in Biology in 1987.  He then attended Louisiana State University at Baton Rouge in the engineering graduate school and obtained a M.S. with an emphasis on environmental remediation and policy. Mr. Pfleeger graduated Louisiana State University's Paul M. Hebert Law Center in 1995 with a J.D.  He is the author of

*An Analysis of Federal and State Regulations Concerning the Disposal of Produced Waters from the Oil and Gas Industries* (1991, LSU). Mr. Pfleeger practiced administrative and family law from 1995-2000. In 2000, he limited his practice to personal injury and has been with Michael Hingle & Associates, LLC, since 2002. He has focused the last six years of his practice in MDL.

Ronald J. Favre received his J.D. from Loyola University in New Orleans, Louisiana in 1973 and received his B.S. degree in Science in 1975. He is a charter graduate of the National College of Criminal Defense Attorneys at the University of Houston, Texas. Mr. Favre entered private practice in New Orleans, Louisiana in 1973, and in 1978 was appointed Deputy City Attorney for the City of New Orleans, Louisiana, representing the New Orleans Police Department, New Orleans Coroner's office and was supervising attorney for New Orleans Municipal Courts and Traffic Courts. In 1979, he became the supervising attorney for the Civil Litigation Division of the City Attorney's Office. Mr. Favre joined the firm of Michael Hingle & Associates, LLC, in 1991 and is the Senior Litigation Attorney and Mass Torts Coordinator for the firm.

Mr. Hingle's office is also staffed with dozens of experienced staffers (both lawyers and non lawyers) that are capable of voluminous document review and administering large scale discovery. Mr. Hingle's staff has the capacity, knowledge and experience to handle the most complex litigation matters competently and expediently. In both the Avandia and NuvaRing line of cases, Mr. Hingle's staff reviewed thousands of documents.

Raynique Keelen-Williams graduated with a B.A. in English from Tulane University in 2000. In 2007, she earned her J.D. from Southern University Law Center. She has been assisting Mr. Hingle with MDL matters since 2008 primarily with document review and has worked in the

Avandia, Nuva Ring, Denture Cream, and Vioxx cases.

Donald G. D'Aunoy graduated from Loyola University New Orleans in 2003 with a B.A. in Political Science. He graduated with a J.D. and B.C.L. from Paul M. Hebert Law Center at Louisiana State University in 2007. Mr. D'Aunoy recently authored *Contingency Fee Sharing Between Attorneys: Rule 1.5(e) Fee Sharing Agreements and other Theories of Recovery* and presented a Continuing Legal Education Seminar on Choice of Physician Issues under La. R.S. 23:1121. He now assists Mr. Hingle with personal injury and MDL.

Denise McGee graduated from Smith College in 2006 with a B.A. in Religious Studies and *cum laude* from Tulane University Law School in 2009. She now assists Mr. Hingle with MDL matters. Julia Lesh received her J.D. from Loyola University New Orleans College of Law in 2009 and her B.A. degree in history from Davidson College in 2006. She currently assists Mr. Hingle with MDL matters.

WHEREFORE, Waldon Michael Hingle, respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle, TA #6943
Ronald J. Favre, #5479
Bryan A. Pfleeger, #23896
220 Gause Blvd.
Slidell, LA 70458
Telephone: (985) 641-6800
Facsimile: (985) 646-1471