# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: "J:<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>  Civil Action No. 2:10-cv-01970<br>  *American Gulf Seafood, LLC, et al. v.*<br>  *BP, PLC, et al.* | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiffs, American Gulf Seafood, LLC, et al, who supplement their original Complaint for Damages to add the following additional Plaintiffs:

I.

Plaintiffs adopt herein by reference all allegations contained their original Complaint for Damages.

II.

Plaintiffs supplement their original Complaint for Damages by adding the following to paragraph 4 thereof:

"g.     Jerry W. Biggs, a person of the full age of majority and resident of Bay St. Louis, Mississippi; Ellis Ranko, a person of the full age of majority and a resident of Tangipahoa Parish, Louisiana; Michael W. Smith, a person of the full age of majority and a resident of Jefferson Parish, Louisiana; and Richard Bosarge, a person of the full age of majority and a resident of Long Beach, Mississippi, and Steven Necaise, a person of the full age of majority and a resident of Picayune, Mississippi, who are commercial fishermen or in the business of commercial fishing and/or holders of oyster leases within the "coastal zone" as defined by 43 U.S.C. § 1331(e)."

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;

2. For punitive damages as permitted by law;

3. For all attorney's fees and cost of litigation;

4. For legal interest from the date of judicial demand until paid in full; and

5. For all other and further relief to which Plaintiffs may be entitled in law and/or equity.

Respectfully submitted:
/s/ Rusty Savoie
FRANK E. LAMOTHE, III, T.A. (#7945)
RUSTY SAVOIE (#25238)
**LAMOTHE LAW FIRM, LLC**
100 Innwood Drive, Suite B
Covington, Louisiana 70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
E-Mail: felamothe@lamothefirm.com
           rsavoie@lamothefirm.com
*Attorneys for Plaintiffs,*
*American Gulf Seafood, LLC et al*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21th day of September, 2010, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Rusty Savoie
RUSTY SAVOIE (#25238)