A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 17, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2010 SEP 17  PM 12: 39

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 02, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL No. 2179

J(1)

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-3)

On August 10, 2010, the Panel transferred 46 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep _____
___Doc. No. _____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010           MDL No. 2179

SCHEDULE CTO-3 - TAG-ALONG ACTIONS           EDLA SEC.J/1

**DIST. DIV. C.A. #**     **CASE CAPTION**

TEXAS SOUTHERN

| DIST. DIV. C.A. # | CASE CAPTION | EDLA |
|---|---|---|
| TXS 3 10-211 | Keith W. Woodward v. Transocean, Ltd., et al. | 10-3163 |
| TXS 3 10-212 | Alberto Tecun Chimin v. Transocean, Ltd., et al. | 10-3164 |
| TXS 3 10-213 | Dora Gastian Todd v. Transocean, Ltd., et al. | 10-3165 |
| TXS 3 10-215 | Juan J. Aguilar, et al. v. Transocean, Ltd., et al. | 10-3166 |
| TXS 3 10-221 | Abel Rojas Rodriguez, et al. v. Transocean, Ltd., et al. | 10-3167 |
| ~~TXS 3 10-303~~ | ~~Pappas Restaurant, Inc. v. Transocean, Ltd., et al.~~ Opposed 9/10/10 | |
| TXS 4 10-1851 | Tracy Kleppinger, et al. v. Transocean Offshore Deepwater Drilling, Inc., et al. | 10-3168 |
| TXS 4 10-1852 | Matthew Davis, et al. v. Cameron International Corp., et al. | 10-3169 |
| ~~TXS 4 10-1854~~ | ~~Joshua Kritzer, et al. v. Transocean, Ltd., et al.~~ Opposed 9/10/10 | |
| TXS 4 10-1968 | Xuan V. Nguyen, et al. v. BP, PLC, et al. | 10-3170 |
| TXS 4 10-1969 | Dong Nguyen, et al. v. BP, PLC, et al. | 10-3171 |
| TXS 4 10-1970 | Thu M. Le, et al. v. BP, PLC, et al. | 10-3172 |
| TXS 4 10-1971 | Duc Truong Le, et al. v. BP, PLC, et al. | 10-3173 |
| TXS 4 10-1972 | Shun Y. Chu, et al. v. BP, PLC, et al. | 10-3174 |
| TXS 4 10-1989 | Charles J. Contegni, Jr., etc. v. Transocean, Ltd., et al. | 10-3175 |
| TXS 4 10-2030 | Cindy T. Nguyen v. BP, PLC, et al. | 10-3176 |
| TXS 4 10-2088 | Micah Wright v. BP, PLC, et al. | 10-3177 |
| TXS 4 10-2129 | Tran Ngoc Dung, et al. v. BP America Inc., et al. | 10-3178 |
| TXS 4 10-2254 | Thong Tran, et al. v. BP, PLC, et al. | 10-3179 |
| TXS 4 10-2256 | Liem V. Do, et al. v. BP, PLC, et al. | 10-3180 |
| TXS 4 10-2257 | Dan A. Van, et al. v. BP, PLC, et al. | 10-3181 |
| TXS 4 10-2259 | Ann H. Nguyen, et al. v. BP, PLC, et al. | 10-3182 |
| TXS 4 10-2261 | Roy Lam, et al. v. BP, PLC, et al. | 10-3183 |
| TXS 4 10-2354 | Brad Jones, et al. v. Cameron International Corp., et al. | 10-3184 |
| TXS 4 10-2397 | Kurt Satchfield v. BP, PLC, et al. | 10-3185 |
| TXS 4 10-2446 | Richard M. Leagre v. BP, PLC, et al. | 10-3186 |
| TXS 4 10-2448 | Joe D. Seta, et al. v. BP, PLC, et al. | 10-3187 |
| TXS 4 10-2484 | Cuch Nguyen, et al. v. BP Exploration & Production, Inc., et al. | 10-3188 |
| TXS 4 10-2619 | Tien Le, et al. v. BP, PLC, et al. | 10-3189 |
| TXS 4 10-2621 | Amelia Mai, et al. v. BP, PLC, et al. | 10-3190 |
| TXS 4 10-2622 | Tung Vo, et al. v. BP, PLC, et al. | 10-3191 |
| TXS 4 10-2624 | Phong Tran, et al. v. BP, PLC, et al. | 10-3192 |
| TXS 4 10-2625 | Cheiu H. Nguyen, et al. v. BP, PLC, et al. | 10-3193 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

Barbara S. Jones
United States District Court
Southern District of New York

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

September 17, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2179 -- IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,
on April 20, 2010

(See Attached CTO-3)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 2, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges & clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Jakeia Mells
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        Judge Carl J. Barbier

JPML Form 36A

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010          MDL No. 2179

## PANEL SERVICE LIST (CTO-3)

Kurt Brynilde Arnold
ARNOLD & ITKIN LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010
karnold@arnolditkin.com

David J. Beck
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
dbeck@brsfirm.com

David Boies
BOIES SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com

Anthony G. Buzbee
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, TX 77002
tbuzbee@txattorneys.com

John Hunter Craft
WATTS GUERRA CRAFT LLP
2402 Dunlavy Street
Houston, TX 77006
hcraft@wgclawfirm.com

C. Brooks Cutter
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
bcutter@kcrlegal.com

R. Todd Elias
GORDON ELIAS & SEELY LLP
1811 Bering St., Suite 300
Houston, TX 77057
rtelias@gordon-elias.com

Bryant Fitts
FITTS ZEHL LLP
5065 Westheimer Road
Suite 700
Houston, TX 77056
bfitts@fittszehl.com

Donald E. Godwin
GODWIN RONQUILLO PC
1201 Elm Street
Suite 1700
Dallas, TX 75270-2041
dgodwin@godwinronquillo.com

Arturo J. Gonzalez
BRENT COON & ASSOCIATES
300 Fannin
Suite 200
Houston, TX 77002
Art.Gonzalez@bcoonlaw.com

Floyd Richard Hartley, Jr.
GODWIN RONQUILLO PC
1201 Elm Street
Suite 1700
Dallas, TX 75270
fhartley@godwinronquillo.com

Don K. Haycraft
LISKOW & LEWIS
701 Poydras Street
One Shell Square
Suite 5000
New Orleans, LA 70139
dkhaycraft@liskow.com

Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
sherman@hhkc.com

**MDL No. 2179 - Panel Service List (CTO-3) (Continued)**

Andrew Sterling Hicks
SCHIFFER ODOM HICKS
3200 SW Freeway, Suite 2390
Houston, TX 77027
**ahicks@sohlawfirm.com**

Richard J. Hymel
PREIS & ROY PLC
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501
**rhymel@preisroy.com**

William A. Isaacson
BOIES SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
**wisaacson@bsfllp.com**

Emily C. Jeffcott
WATTS GUERRA CRAFT LLP
4 Dominion Drive, Building 3
Suite 100
San Antonio, TX 78257
**ejeffcott@wgclawfirm.com**

David W. Jones
BECK REDDEN & SECREST LLP
One Houston Center
1221 McKenney St., Suite 4500
Houston, TX 77010
**djones@brsfirm.com**

Jay M. Kilpatrick
YOUNG WILLIAMS PA
210 E. Capitol Street
Suite 2000
Jackson, MS 39201
**jay.kilpatrick@youngwilliams.com**

Deborah DeRoche Kuchler
KUCHLER POLK SCHELL WEINER & RICHESON
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
**dkuchler@kuchlerpolk.com**

J. Andrew Langan
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
**andrew.langan@kirkland.com**

Irwin B. Levin
COHEN & MALAD LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204
**ilevin@cohenandmalad.com**

Neal S. Manne
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096
**nmanne@susmangodfrey.com**

Frank Markantonis
13939 Northwest Fwy.
Suite 100
Houston, TX 77040

Marcus Grant Matthews
PHELPS DUNBAR
700 Louisiana St.
Suite 2600
Houston, TX 77002
**marc.matthews@phelps.com**

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
**kmiller@frilot.com**

Audrey F. Momanaee
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002
**amomanaee@gardere.com**

Case 2:10-md-02179-CJB-DPC Document 297 Filed 09/17/10 Page 6 of 8

Page 3 of 3

**MDL No. 2179 - Panel Service List (CTO-3) (Continued)**

Frank A. Piccolo
PREIS & ROY PLC
Weslayan Tower
24 Greenway Plaza
Suite 2050
Houston, TX 77046
fap@preisroy.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
OilSpillLitigationMDL@motleyrice.com

James P. Roy
DOMENGEAUX WRIGHT ET AL
P.O. Box 3668
Lafayette, LA 70502-3668
jimr@wrightroy.com

John C. Schwambach, Jr.
JOHN STEVENSON & ASSOCIATES PC
24 E. Greenway Plz., Suite 750
Houston, TX 77046
jschwambach@johnstevensonlaw.com

Jeffrey Ragan Seely
GORDON ELIAS & SEELY LLP
5821 Southwest Frwy., Suite 422
Houston, TX 77057
jseely@seelylawfirm.com

Matthew D. Shaffer
SCHECHTER MCELWEE SHAFFER & HARRIS LLP
3200 Travis Street, 3rd Floor
Houston, TX 77006
mshaffer@smslegal.com

Harry P. Susman
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
hsusman@susmangodfrey.com

Thomas W. Taylor
ANDREWS & KURTH
600 Travis
Suite 4200
Houston, TX 77002
ttaylor@andrewskurth.com

Mikal C. Watts
WATTS GUERRA CRAFT LLP
2506 North Port Avenue
Corpus Christi, TX 78401
mcwatts@wgclawfirm.com

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588
pwittmann@stonepigman.com

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010                MDL No. 2179

## INVOLVED JUDGES LIST (CTO-3)

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

~~Hon. Vanessa D. Gilmore~~
~~U.S. District Judge~~
~~9513 Bob Casey U.S. Courthouse~~
~~515 Rusk Street~~
~~Houston, TX 77002-2600~~

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010     MDL No. 2179

## INVOLVED CLERKS LIST (CTO-3)

David J. Bradley, Clerk
P.O. Box 2300
Galveston, TX 77553-2300

David J. Bradley, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010