UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO 10-CV-1541**

<u>ORDER</u>

**IT IS ORDERED** that Plaintiff's **Motion to Dismiss Complaint without Prejudice**, **(Rec. Doc. 191),** is hereby **GRANTED**.

New Orleans, Louisiana, this   20th   day of   September   , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE