```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                    :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG     :
       "DEEPWATER HORIZON" in the   :
       GULF OF MEXICO, on           :
       APRIL 20, 2010               :    SECTION: J
                                    :
                                    :
                                    :    JUDGE BARBIER
                                    :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO 10-CV-1542**

<u>ORDER</u>

**IT IS ORDERED** that Plaintiff's **Motion to Dismiss Complaint without Prejudice**, **(Rec. Doc. 192),** is hereby **GRANTED**.

New Orleans, Louisiana, this  20th  day of  September , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE