**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | : | **MDL No. 2179** |
| **"DEEPWATER HORIZON" IN THE** | : | |
| **GULF OF MEXICO ON APRIL 20, 2010** | : | **SECTION: J** |
| | : | |
| | : | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** | : | **MAG. JUDGE SHUSHAN** |
| *Smith, et al. v. BP, PLC, et al.,* **(10-2642)** | : | |
| | : | |

<u>**ORDER**</u>

IT IS HEREBY ORDERED, that the Motion to enroll Gary A. Davis and James S. Whitlock of Gary A. Davis & Associates, as additional counsel of record, to represent plaintiffs in the above action is GRANTED.

New Orleans, Louisiana, this __20th__ day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE