THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | CIVIL ACTION |
| | * | |
| | * | MDL No. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "1" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| **This Document Relates to: 10-CV-1986** | * | |

******************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Seimens Financial, Inc.,** be and the same is hereby dismissed, without prejudice at Plaintiff's cost.

New Orleans, Louisiana this  20th  day of      September     , 2010.

_____
United States District Judge