UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: OIL SPILL by the OIL RIG        :   MDL NO. 2179
       "DEEPWATER HORIZON" in the      :
       GULF OF MEXICO, on              :
       APRIL 20, 2010                  :   SECTION: J
                                       :
                                       :
THIS DOCUMENT RELATES TO 10-CV-1829,   :   JUDGE BARBIER
10-CV-1836, 10-CV-1839, and 10-CV-2103.:   MAG. JUDGE SHUSHAN
                                       :
```
.. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. ..

### ORDER

Considering the foregoing **Motions to Enroll (Rec. Docs. 273, 274, 275, and 276)**,

**IT IS ORDERED** that Walter J. Leger, Jr.; Franklin G. Shaw; Walter J. Leger, III; and Christine E. Sevine of the firm Leger & Shaw, 600 Carondelet Street, 9th Floor, New Orleans, Louisiana, 70130, are hereby enrolled as additional counsel of record for plaintiffs in the aforementioned matters.

New Orleans, Louisiana, this  20th  day of  September , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE