UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * |
| | * MDL NO.: 2179 |
| | * |
| | * SECTION J |
| This document relates to 2:10-cv-1926 | * |
| | * |
| | * JUDGE BARBIER |
| | * MAG. JUDGE SHUSHAN |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the foregoing Request for Oral Argument on the Rule 59(e) Motion to Alter or Amend Judgment Denying Copeland's Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision ("Motion") filed on behalf of plaintiffs, Copeland's of New Orleans, Inc., Cheesecake Bistro, L.L.C., and Sweet Fire and Ice, L.L.C.;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is granted and that oral argument shall be heard on the Motion on the _____ day of _____, 2010 at _____.m.

New Orleans, Louisiana, this _____ day of September, 2010 at _____.m.

_____
JUDGE CARL J. BARBIER