# EXHIBIT 1

# SIGNIFICANT CASES

*In re Castano Tobacco Litigation,* Case No. 94-1044, United States District Court, Eastern District of Louisiana (and related cases including the Louisiana state class action, the Ohio state class action, the New Mexico state class action, the Maryland state class action, the District of Columbia class action, the New York state class action, the California state class action, the Pennsylvania state class action, the Alabama state class action, the Minnesota state class action, the Texas state class action, the New Jersey state class action, and the Illinois state class action); *Plaintiffs' Lead Counsel for settlement negotiations and Member of the Executive Committee.*

*In re Beverly Hills Supper Club Fire Litigation* (165 deaths and numerous injuries), Case Civ. No. 77-79, United States District Court, Eastern District of Kentucky; *Plaintiffs' Lead Counsel.*

*In re Microsoft Corp. Litigation*, MDL #1332, United States District Court, District of Maryland; *National Co-Chairman of Plaintiffs' Lead Counsel Committee.*

*In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, MDL #2151 United States District Court, Central District of California; *Member of the Plaintiffs Lead Counsel Committee for Non-Consumer Economic Loss.*

*In re MGM Grand Hotel Fire Litigation,* MDL #453, United States District Court, District of Nevada; *Member of the Executive Committee of the Plaintiffs' Lead Counsel Committee.*

*In re Diet Drugs (Phentermine, Fenfluramine and Dexfenfluramine) Products' Liability Litigation,* Case No. MDL 1203, Civ.A. 99-20593, United States District Court, Eastern District of Pennsylvania; *Plaintiffs' Lead Counsel and Co-Chair of Plaintiffs' Management Committee, Appointed By Judge Louis Bechtle.*

*In re Bjork-Shiley "C/C" Heart Valve Litigation,* (worldwide defective heart valve litigation, approximately 42,000 claimants), Case No. C-1-91-256, United States District Court, Southern District of Ohio; *Lead Counsel and Class Counsel.*

*In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Leads Products Liability Litigation*, (defective pacemaker, involving approximately 40,000 claimants), MDL #1057, United States District Court, Southern District of Ohio, Western Division; *Appointed Lead Counsel of Plaintiffs' Steering Committee in nationwide products liability class action.*

*In re Silicone Gel Breast Implant Litigation*, MDL #926, United States District Court, Northern District of Alabama; *National Co-Chairman of Plaintiffs' Steering Committee.*

*In re USAir Flight #405 Aircrash Disaster at New York's LaGuardia Airport*, MDL #936, United States District Court, Northern District of Ohio; *Chairman of Plaintiffs' Steering Committee.*

*In re Copley Pharmaceuticals, Inc*., "Albuterol" Products Liability Litigation, MDL #1013, United States District Court, District of Wyoming, Hon. Clarence Brimmer; *Chairman of Plaintiffs' Lead Counsel Committee and Class Counsel.*

*Merilyn Cook, et.al v. Rockwell International Corporations and The Dow Chemical Co.*, Case No. 90-cv-00181-JLK, United States District Court, District of Colorado, resulting in the largest verdict ever against a government nuclear weapons facility. With interest the award to landowners is $910 Million, having just been argued in the 10th Circuit; *Co-Lead Counsel with Louise Roselle of my firm.*

*In re Hanford Nuclear Reservation Litigation*, Case No. CY-91-3015-AAM, United States District Court, Eastern District of Washington At Spokane, (the largest nuclear facility involving environmental issues in the state of Washington); *Co-Lead Counsel with Louise Roselle of my firm.*

*In re Aircrash Near Peggy's Cove, Nova Scotia on September 2, 1998*, MDL #1269, United States District Court, Eastern District of Pennsylvania; *Plaintiffs' Lead Counsel.*

*In re Holiday Inn Fire Litigation at Cambridge, Ohio* (arson case), Case No. C-1-81-624, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel.*

*In re Chubb Group of Drought Insurance Companies Litigation*, MDL #782, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel.*

*Springfield v. Board of Education*, Case No. C-3-92-157 (representation of handicapped children against School Board), United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel.*

*Indian Creek Elevator Tragedy*, Case No. A 9403088, Court of Common Pleas, Hamilton County, Ohio; *Plaintiffs' Lead Counsel.*

*AK Steel Explosion Litigation*, Case No. CV96-01-0105, Court of Common Pleas, Butler County, Ohio; *Plaintiffs' Lead Counsel.*

*In re Fernald Nuclear Power Plant Litigation, (I and II)*, Case No. C-1-85-149, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel and Class Counsel.*

*In re Miamisburg Train Derailment Litigation*, Case No. 92-1244, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel.*

*In re E-Ferol Litigation*, Case No. A 8502630, Court of Common Pleas, Hamilton County, Ohio; *Plaintiffs' Lead Counsel.*

*In re Baycol Products Liability Litigation*, MDL #1431, United States District Court, District of Minnesota; *Member of the Plaintiffs' Executive Committee and Plaintiffs' Steering Committee.*

*In re San Juan Dupont Hotel Fire Litigation*, MDL #721, United States District Court, District of Puerto Rico; *Member of Plaintiffs' Committee and Plaintiffs' Steering Committee.*

*In re Air Canada Aircrash at Covington, Kentucky*, MDL #569, United States District Court, Eastern District of Kentucky; *Member of Plaintiffs' Lead Counsel Committee.*

*In re Aircrash Disaster at Gander, Newfoundland*, MDL #638, United States District Court, Western District of Kentucky; *Member of Plaintiffs' Co-Lead Counsel Committee.*

*In re Agent Orange Litigation*, MDL #381, United States District Court, Eastern District of New York; *Member of the Second Plaintiffs' Management Committee which effectuated the trial plan and settlement.*

*In re "Bendectin" Products Liability Litigation*, MDL #486, United States District Court, Southern District of Ohio; *Member of Plaintiffs' Management Committee and Liaison Counsel.*

***In re Northwest Aircrash Litigation, Flight #255***, Air Crash at Detroit Metropolitan Airport on August 16, 1987, Detroit, Michigan, MDL #742, United States District Court, Eastern District of Michigan, Southern Division; *Member of Plaintiffs' Lead Counsel Committee.*

***In re L-Tryptophan Litigation***, MDL #865, United States District Court, Southern District of Ohio; *Member of Plaintiffs' Lead Counsel Committee*.

***In re USAir Flight #427 Aircrash Disaster at Pittsburgh, PA***, MDL #1040, United States District Court, Western District of Pennsylvania*; Member of Plaintiffs' Steering Committee*.

***In re Pan Am Aircrash Litigation, Flight #103, on December 21, 1988 at Lockerbie, Scotland***, MDL #799, United States District Court, Eastern District of New York, at Brooklyn; *Member of Plaintiffs' Steering Committee*.

***In re Serzone Products Liability Litigation****,* MDL #1477, United States District Court for the Southern District of West Virginia.

***In re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litigation***, Case No. 1:06-CV-962, United States District Court, Northern District of Ohio, *National Co-Chair*.

***In re Union Carbide Corporation, Gas Plant Disaster at Bhopal, India On December 6, 1984***, Case No. 21-38 (JFK), United States District Court, Southern District of New York; *Co-Lead Plaintiffs' Counsel.*

***Freddie Mac Securities Litigation***, Lead Case No. 03-cv-4261, United States District Court, Southern District of New York, Lead Counsel for lead plaintiffs and class in nationwide securities fraud class action litigation; ($410 million settlement); *Lead Plaintiffs' Counsel*.

***Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation, et al***. (Freddie Mac II Securities Litigation), Case No. 4:08-cv-160, United States District Court, Northern District of Ohio, Eastern Division, Lead Counsel for unopposed Lead Plaintiffs in subprime lending litigation (in progress); *Lead Plaintiffs' Counsel*.

***In re Fannie Mae Securities Litigation****,* Consolidated Civil Action No. 04-cv-01639, United States District Court, District of Columbia, Lead Counsel for lead plaintiffs in securities fraud class action litigation (in progress); *Lead Plaintiffs' Counsel*.

***In re OM Group, Inc. Securities Litigation****,* Case No. 1:02-CV-2163, United States District Court, Northern District of Ohio, Eastern Division.  Counsel for lead plaintiffs and class in securities fraud class action litigation ($92.4 million settlement); *Lead Plaintiffs' Counsel*.

***In re DPL Inc. Securities Litigation***, Case No. C-3-02-355, United States District Court, Southern District of Ohio, Co-Lead Counsel for lead plaintiffs and class in prosecution of federal securities fraud claims; ($145.5 million global settlement of federal and state cases for clients); *Co-Lead Plaintiffs' Counsel*.

***In re FirstEnergy Shareholder Derivative Litigation****,* Case No. 5:03-CV-1826, United States District Court, Northern District of Ohio, Co-Lead Counsel for lead plaintiff in shareholder derivative action ($25 million settlement); *Co-Lead Plaintiffs' Counsel*.

***<u>Cincinnati Enquirer</u> Newspaper Carriers' Contract Dispute Litigation***, Case No. C-1-96-700, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel*.

*In re Shell Oil Litigation*, Case Nos. 2:94-cv-00956-JPK-MRA & 2:94-cv-00957-JPK-MRA, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel*.

*In re Ohio School Milk Litigation* (price-fixing), Case No. C-1-93-553, United States District Court, Southern and Northern Districts of Ohio; *Plaintiffs' Lead Counsel*.

*In re ChoiceCare Litigation*, Case No. C-1-86-744, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel*.

***Scripps Howard Litigation*** (breach of contract for proposed lifetime contract for 100 printers), Case No. 1-77-767, United States District Court, Southern District of Ohio; *Plaintiffs' Lead Counsel*.

*Academy of Medicine, et al. v. Aetna Health, Inc., et al.*, Case No. 0204947, Court of Common Pleas, Hamilton County, Ohio; Boone Circuit Court, Boone County, Kentucky (Lead Counsel of successful antitrust litigation); *Plaintiffs' Lead Counsel*.

*City of Cincinnati v. Beretta, U.S.A. Corp., et al.*, Case No. A9902369, Court of Common Pleas, Hamilton County, Ohio. (Gun Litigation); *Plaintiffs' Lead Counsel.*

*In re Southern Ohio Correctional Facility*, Case No. C-1-93-436, (representation of inmates in constitutional rights case involving prison riot), United States District Court, Southern District of Ohio; *Member, Plaintiffs' Lead Counsel Committee*.

*In re Procter & Gamble Company Securities Litigation*, Case No. C-1-00-CV-190, United States District Court, Southern District of Ohio, Western Division; *Counsel for Procter & Gamble*.

*Procter & Gamble v. Bankers' Trust Litigation*, Case Nos. C-1-94-735, United States District Court, Southern District of Ohio, Eastern Division; *Trial Counsel for Procter & Gamble*.

*Procter & Gamble, et al. v. Amway Corporation, et al.*, Case No. 1:98-CV-926, United States District Court, Southern District of Texas; Case No. 95-NC-94-K, United States District Court, District of Utah, Central Division; *Trial Counsel for Procter & Gamble*.

*Amway Corporation v. Procter & Gamble, et al.*, Case No. 1:98-cv-00726-RHB, United States District Court, Western District of Michigan, Southern Division; *Trial Counsel for Procter & Gamble*.

*David Slone, et al. v. Fifth Third Bancorp, et al.*, Case No. 1:03-CV-211, United States District Court, Southern District of Ohio, Western Division, *Special counsel for Defendant Fifth Third Bancorp in securities fraud class action litigation*.

*Central Laborer's Pension Fund, Derivatively on Behalf of Ashland, Inc., v. Chellgren, et al. and Ashland, Inc.*, Case No. Civ.A. 02-220-DLB, United States District Court, Eastern District of Kentucky, at Covington; S*pecial counsel for Defendant Ashland, Inc. in shareholder derivative action*.

*In re Doe, et. al. v. Roman Catholic Diocese of Covington, Kentucky,* Case No. 03-CI-00181, Commonwealth of Kentucky, Boone Circuit Court ($90 million settlement); *Plaintiffs' Lead Counsel*.

*In re Hamilton County Board of Commissioners v. The Cincinnati Bengals and The National Football League,* Case No. 1:03-CV-00355*,* United States District Court For the Southern District of Ohio; *Plaintiffs' Lead Counsel.*

***In re State of Ohio Teachers' Retirement and Public Employees Retirement Systems v. Medco Health Solutions and Merck-Medco Managed Care, et.al.***, Case No. A0309929, Court of Common Pleas, Hamilton County, Ohio; *Plaintiffs' Lead Counsel.*

***In re Broadwing Securities Litigation***, United States District Court, Southern District of Ohio, Western Division; ***In re Broadwing Inc., Erisa Litigation*** Case No. 1:02-CV-00857, United States District Court, Southern District of Ohio, Western Division; *Plaintiffs' Lead Counsel.*

***Kelci Stringer, et.al. v. National Football League, et al.***, Case No. 2:03-cv-665, United States District Court, Southern District of Ohio, Western Division; *Plaintiffs' Lead Counsel.*

***Kelci Stringer, et. al. v. Minnesota Vikings Football Club, et al.***, Case No. 02-415, District Court, State of Minnesota, Hennepin County, Fourth Judicial District; *Plaintiffs' Lead Counsel.*

***Worldwide Basketball and Sport Tours, Inc., et al. v. The National Collegiate Athletic Association***, Case No. 2:00-CV-1439, United States District Court, Southern District of Ohio, Eastern Division; *Plaintiffs' Lead Counsel.*

***In Re Vitamins Antitrust Litigation, The Procter & Gamble Company, et al. v. BASF Aktiengesellschaft, et al.***, Case No. C-1-99-787, United States District Court, District of Columbia; United States District Court, Southern District of Ohio, Western Division; *Counsel for Procter & Gamble*.

***In Re United Parcel Service Inc. Excess Value Insurance Coverage Litigation***, MDL #1339, United States District Court, Southern District of New York; *Co-Lead Counsel*.

*Pro bono* legal counsel (From 1998 to Present) to the Conference on Jewish Material Claims Against Germany, the World Jewish Restitution Organization and the World Jewish Congress on Holocaust restitution issues, including the ***In re: Holocaust Victims' Assets (Swiss Banks) Litigation***, Case Nos. CV964849(ERK)(MDG), CV965161 (ERK)(MDG); CV97461 (ERK)(MDG); the ***In re: German and Austrian Banks Holocaust Litigation, Rosner v. United States (Hungarian Gold Train) Litigation***, the German Economic Foundation Initiative – "Remembrance, Responsibility and the Future," and the Austrian Funds – "Reconciliation, Peace and Cooperation" and General Settlement Fund, which have collectively provided between $8 and $10 Billion in restitution to, and compensation for, Holocaust survivors. At the 2000 Annual Meeting of the Claims Conference, he was recognized for his outstanding work on behalf of Holocaust survivors with the award of a *shofar*.

***Jacqueline Chesher, et. al., v. Tom Neyer, et.al. (Hamilton County Morgue Litigation)***, Case No. 1:01-CV-00566, United States District Court, Southern District of Ohio, Western Division. *Co-Lead Counsel.*

***In Re Oxycontin Litigation***, MDL #1716, United States District Court, Southern District of Ohio, Western Division; United States District Court, Eastern District of Kentucky, at Covington; United States District Court, Southern District of Ohio, Eastern Division; *Co-Lead Counsel.*

***In Re Premiere Technologies Litigation***, Case No. 1:98-CV-1804-JOF, United States District Court, Northern District of Georgia; *Lead Counsel in securities violation case; $20,750,000.00 settlement*.

**In re Mutual Funds Litigation**, MDL # 1586, United States District Court, District of Maryland; *Appointed Lead Counsel of Lead Plaintiff in securities litigation in the Putnam Subtrack*.