Case 2:10-md-02179-CJB-DPC   Document 307   Filed 09/21/10   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 2 1 2010
LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY
ATTEST
By Jakeia R. Mells on Sep 17, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 17, 2010

FILED
CLERK'S OFFICE

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
    Kenn Hinton v. BP Corp. North America, Inc.,
        E.D. Virginia, C.A. No. 1:10-851
    Kenn Hinton v. BP Products North America, Inc.,
        E.D. Virginia, C.A. No. 1:10-852

EDLA 10-3118
EDLA 10-3119
MDL No. 2179

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order ("CTO-2") was filed in these actions (*Hinton* and *Hinton*) on August 31, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to both actions on September 15, 2010. The Panel has now learned these actions were dismissed in the Eastern District of Virginia by the Honorable James C. Cacheris, in orders filed on September 2, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-2" filed on August 31, 2010, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___