UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br>Section "J" |
| This Document Relates to All Cases | Judge Barbier<br>Magistrate Judge Shushan |

## APPLICATION OF JOHN K. WESTON
## FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order Number 1, John K. Weston respectfully requests this Court to appoint him and his firm, Sacks & Weston, to the Plaintiffs' Steering Committee. He and his firm are co-counsel of record in *Griffitts Investment Limited Partnership v. BP PLC* et al., No. 2:10-cv-1512-KDE-KWR (E.D. La.).

Sacks & Weston was formed in 1994. The firm's broad plaintiffs' civil litigation practice rapidly focused on representing landowners and other victims of oil field contamination. Within a short time the firm's national environmental practice expanded to an international level, representing individuals, companies and national governments in matters as diverse as antitrust and products liability, commercial litigation and RICO violations. Sacks & Weston today retains its ties with its environmental law roots; for example, the firm was co-counsel for Judge

Grefer in the largest single land-owner verdict in U.S. history against the country's biggest oil company, *Grefer v. Alpha Technical, et al*. In addition to its trial activities, the firm has an extensive appellate practice in state and federal courts across the country.

*Environmental litigation:* Sacks & Weston was co-counsel in *Grefer v. Alpha Technical, et al.*, 965 So.2d 511 (La. App. 4 Cir. 2007), *writ den.* 967 So. 2d 523 (La. 2007), *cert. den. sub nom. Exxon Mobil Corp. v. Grefer*, 553 U.S. 1014 (2008), an environmental contamination case which resulted in the largest verdict ever awarded to a single landowner. Before *Grefer* the firm was counsel for plaintiffs in dozens of NORM cases in Louisiana, Alabama, Mississippi, Kentucky, Oklahoma, Arkansas and Pennsylvania.

*Complex litigation:* Sacks & Weston has been counsel of record in many federal multi-district litigation matters, beginning in 1997 with *In re: Lease Oil Antitrust Litigation*, MDL 1206. Subsequent cases include *In re: Microsoft Corp. Antitrust Litigation*, MDL 1332; *In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL 1486; *In re: Carbon Black Antitrust Litigation*, MDL 1543; *In Re: Foundry Resins Antitrust Litigation*, MDL 1638; *In Re: Methyl Methacrylate (MMA) Antitrust Litigation*, MDL 1768; *In re: Urethane Antitrust Litigation*, MDL 1616; *In re: Parcel Tanker Shipping Services Antitrust Litigation*,

MDL 1568; *In Re: Volkswagen and Audi Warranty Extension Litigation*, MDL 1790; *In re: Air Cargo Antitrust Shipping Services Antitrust Litigation*, MDL 1775; and others. The firm and its lawyers have worked cooperatively with counsel in all of these cases.

*Appellate experience:* The *Deepwater Horizon* litigation will produce interlocutory and final appeals. John Weston has amassed three decades of experience representing both appellants and appellees, at all appellate levels, in state and federal courts throughout the United States. He is presently admitted to, and has prosecuted or defended appeals in, the Supreme Court of Pennsylvania (7 November 1977); the United States District Court for the Eastern District of Pennsylvania (12 December 1978); the United States Court of Appeals for the Third Circuit (28 June 1990); the United States Supreme Court (13 January 1992); the United States Court of Appeals for the Sixth Circuit (May 6, 1996); the United States Court of Appeals for the Fifth Circuit (March 9, 1999); and the United States Court of Appeals for the Fourth Circuit (February 7, 2005). He has also written appellate briefs for courts of appeal in Louisiana and Mississippi.

*Willingness and availability:* Sacks & Weston is presently able to devote to the oil spill litigation more than half the time of one senior partner (John Weston), the full time of two associates (Charles Mangan and Julie Parker), and a significant

amount of the time of the other senior partner (Andrew Sacks). Support for the attorneys is provided by an experienced cadre of staff who have worked with these lawyers since the early 1990s.

WHEREFORE John K. Weston respectfully requests this Court to appoint him and his firm, Sacks & Weston, to the Plaintiffs' Steering Committee.

Respectfully submitted:

s/ John K. Weston

JOHN K. WESTON
Pennsylvania Attorney No. 26314
SACKS & WESTON
114 Old York Road
Jenkintown, Pennsylvania 19046
(215) 925-8200
FAX: (215) 925-0508
*jweston@sackslaw.com*