UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : MDL NO. 2179 : : SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | : : JUDGE BARBIER : MAG. JUDGE SHUSHAN |

### APPLICATION OF ROBIN L. GREENWALD, WEITZ & LUXENBERG, P.C., FOR PLAINTIFFS' STEERING COMMITTEE APPOINTMENT

Pursuant to Pretrial Order No. 1, Robin L. Greenwald respectfully requests that the Court appoint her to the Plaintiffs' Steering Committee ("PSC"). Ms. Greenwald has been intimately involved from the outset in the development and analysis of the factual and legal issues underlying the *Deepwater Horizon* oil spill. She has worked exclusively on this matter, has participated in working groups established to advance the litigation prior to PSC appointments and has assisted in establishing protocols for the Gulf Coast Claims Facility ("GCCF"). Ms. Greenwald also is the attorney for divergent groups of impacted individuals and businesses throughout the Gulf, including 150 Vietnamese businesses and fishermen, hundreds of menhaden fishermen, workers injured while performing oil spill clean-up operations and the Florida Restaurant and Lodging Association ("FRLA"), an association of 10,000 members, and many of its members.[1] Ms. Greenwald also has unique oil spill litigation experience: while an Assistant U.S. Attorney she was the lead attorney on the *Exxon Bayway* oil spill litigation, and she was an Assistant Chief at the Department of Justice, Environmental Crimes Section ("ECS"), during the *Exxon Valdez* prosecution.

---

[1] *Mitchell, et al. v. BP, plc, et al.*, No. 2:10-cv-01472 (E.D. La.); *Fruge, et al. v. BP, plc, et al.*, No. 2:10-cv-01752 (E.D. La.); *Le, et al. v. BP, plc, et al.*, No. 2:10-cv-02114 (E.D. La.); and *Joe Patti Seafood Co. v. Transocean, Ltd.,* 3:10-cv-00137 (N.D. Fla.). Ms. Greenwald will be filing suit shortly on behalf of injured workers and the FRLA and many of its member businesses, whose tourism season was decimated as a result of the oil spill.

Ms. Greenwald is qualified for the position, having served for five years as Liaison Counsel in MDL 1358, comprised of approximately 200 consolidated actions brought against the oil industry, including BP, for contaminating the nation's groundwater with a gasoline additive called methyl tertiary butyl ether ("MTBE").  Her full time efforts in MDL 1358 resulted in a settlement of over 80% of the cases for $450 million. Ms. Greenwald also has a proven track record of working cooperatively with counsel on both sides of the aisle throughout her career.  Further, Ms. Greenwald has the administrative skills necessary for the PSC, having held managerial roles in all of her professional positions for the past 24 years. Finally, Ms. Greenwald has extensive experience litigating environmental issues, as a criminal and civil environmental prosecutor on behalf of the United States, as a director of an international environmental non-profit organization, as a clinical law professor and as head of Weitz & Luxenberg's Environmental Tort Unit.

I.      **Willingness And Availability To Commit To This Time-Consuming Project**

Ms. Greenwald is part of a firm of over 70 attorneys and 300 support staff that is committed to providing the resources necessary for a successful resolution of this MDL. She leads the firm's Environmental Tort Unit, comprised of 20 attorneys and paralegals, many of whom devote substantial time to this litigation. Ms. Greenwald and her unit have participated in nearly all of the working groups established to date among plaintiffs' counsel, and she has volunteered to chair and/or participate in committees designed to progress the litigation prior to PSC appointments. For example, she has drafted legal memoranda on several issues important to this litigation, such as Oil Pollution Act presentment, and she has been intimately involved in the BP, and now the GCCF, claims processes from the outset, having drafted proposed protocol for GCCF final claims. Ms.

Greenwald also has devoted considerable time making presentations at conferences dedicated to the *Deepwater Horizon* oil spill and has willingly shared her work product with plaintiffs' counsel. Ms. Greenwald and her team are devoted on behalf of all victims of the oil spill to brief the legal issues that underlie this MDL, to retain knowledgeable scientific, financial and other experts, to coordinate the litigation with the GCCF claims process, and otherwise to advance this MDL to a successful resolution. Finally, Weitz & Luxenberg is committed to add as many additional attorneys and paralegals as necessary to handle the myriad duties of the PSC as needs arise.

## II.     Proven Ability To Work Cooperatively With Others

For more than two decades, Ms. Greenwald has demonstrated her ability to work cooperatively with others. As an Assistant U.S. Attorney in New York in the mid-1980s, she was among the country's first federal environmental prosecutors. Ms. Greenwald was a member of a select group of national prosecutors who met quarterly, collaborated regularly and assisted prosecutors around the country to develop sound environmental prosecutions. Because environmental criminal activity is often investigated by state and local, in addition to federal, law enforcement officers, Ms. Greenwald worked alongside federal, state and local prosecutors and investigators throughout her government legal career. As the Assistant Chief for Legislation, Policy and Special Litigation Group at ECS, Ms. Greenwald's primary responsibilities involved coordination and cooperation among multiple branches of government, criminal prosecutors, civil enforcement attorneys and civil and criminal environmental defense attorneys. Similarly, as the General Counsel of the Inspector General, Department of the Interior ("DOI"), her work required cooperation among the various DOI Bureaus and law enforcement offices throughout the federal

government. And as the Executive Director of Waterkeeper Alliance, a non-profit water protection organization with over 150 member programs around the world, Ms. Greenwald's principal function was to facilitate working bonds among the member programs and the Alliance. Finally, as Liaison Counsel in MDL 1358, Ms. Greenwald coordinated legal strategy, motion practice, legal brief writing, discovery and monthly court appearances for all plaintiffs. Part of Ms. Greenwald's success was her professional demeanor with defense counsel, including BP counsel Andrew Langan, Esq., Kirkland & Ellis, LLP, with whom she worked regularly during MDL 1358.

### III.  Environmental, Mass Tort and MDL Experience

Ms. Greenwald has devoted her entire professional career to environmental litigation. Beginning in 1986, when she became the Chief Environmental Attorney for the Eastern District of New York's U.S. Attorney's Office, she has exclusively practiced environmental law. As Liaison Counsel in MDL 1358, she garnered the experience necessary to undertake the legal and professional demands necessary to be a PSC member. In addition, she has litigated other environmental mass tort actions around the country and understands the coordination and professionalism that is required for their successful resolution.  In these and her other professional capacities, Ms. Greenwald has performed all of the roles expected of PSC counsel in this action. Finally, in addition to Ms. Greenwald's experiences, Perry Weitz and many of her other colleagues at the firm have extensive MDL experience, and they are available to assist in this MDL as the needs arise.

WHEREFORE, Robin Greenwald respectfully requests that the Court appoint her and her firm to the PSC.

Dated:  New York, New York
September 21, 2010

        Respectfully submitted,

        WEITZ & LUXENBERG, P.C.

By:  */s/ Robin L. Greenwald*

        Robin L. Greenwald
        Weitz & Luxenberg, P.C.
        700 Broadway
        New York, New York 10003
        Tel.: (212) 558-5500
        Fax: (212) 344-5461
        Email: rgreenwald@weitzlux.com

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on September 21, 2010, a copy of the foregoing *Application of Robin L. Greenwald, Weitz & Luxenberg, P.C., For Plaintiffs' Steering Committee* was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel on the Panel Attorney Service list by U.S. Mail, postage prepaid and properly addressed.

                                           */s/ Robin L. Greenwald*
                                           Robin L. Greenwald