UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to:   All Cases | § § | JUDGE: CARL J. BARBIER MAG. JUDGE SALLY SHUSHAN |

**JOINT APPLICATION FOR APPOINTMENTS OF TAMMY TRAN AND K. LUAN TRAN TO THE PLAINTIFFS' STEERING COMMITTEE**

**I.     The Appointment of Qualified Vietnamese-American Counsel Is Needed to Facilitate Discovery and Trial Work Involving the Large Number of V-A Plaintiffs**

Vietnamese-Americans are disproportionally affected by this disaster due to their overwhelmingly large number of fishers in the region. Up to 50% of the fishermen in the Gulf Coast are of Vietnamese descent. *See* Los Angeles Times, *From Vietnam to New Orleans, He's No Stranger to Catastrophe* (August 16, 2010). "About 80% of Vietnamese-Americans in the Gulf region are connected to the seafood industry through jobs that include fishing, shucking oysters, packing shrimp, and running stores and restaurants." *See* CNN.com, *Vietnamese Fishermen in Gulf Fight to Not Get Lost in Translation* (June 25, 2010). These numbers make them "arguably the most affected minority out there." *Id*. Most Vietnamese-American fishermen speak limited English, and almost all are strangers to the American judicial system. *See* Vietnamese American Disaster & Emergency Consortium, *Gulf of Mexico Oil Spill Disaster Briefing* (June 25, 2010). They are also distrustful of the legal system given their experience living under a totalitarian communist regime. These language and cultural obstacles have prevented a large segment of that community from accessing critical information and effectively working with counsel in the aftermath of major disasters such as Katrina and this oil spill. *Id*.

Recognizing the particular needs and importance of this group of claimants, Mr. Kenneth Feinberg has announced that he will appoint a Vietnamese-American to the three-member panel to hear appeals of his payment decisions under the Gulf Coast Compensation Fund. Likewise, the appointment of qualified Vietnamese-American counsel such as the Joint Applicants to the

1

PSC is appropriate to facilitate effective representation of this group. The Joint Applicants, who are perfectly fluent in Vietnamese language and culture, have excelled at the highest professional levels, and have an extensive track record helping this community, will assist the Court and other counsel in several ways: (i) ensuring accurate translations of relevant legal announcements or notices; (ii) locating Vietnamese witnesses and/or prepare them for discovery or trial; (iii) researching and drafting pleadings and working with experts on issues unique to Vietnamese-American plaintiffs; and (iv) serving as liaison with the Vietnamese media, elected officials, non-profit organizations, the courts, counsel, and/or the Vietnamese-American plaintiffs.

II.     **The Joint Applicants Are Uniquely Qualified to Serve on the PSC**

    A.     *Willingness and Ability to Commit to This Litigation*

Since late April 2010, the Joint Applicants have been on the ground and in the trenches, and have accomplished the following: (i) held dozens of informational town hall meetings with over 1,000 members of the Vietnamese community, some in cooperation with leading non-governmental organizations; (ii) assisted about 1,000 Vietnamese clients and obtained nearly **$3.5 million** for clients through the BP claims facility and Feinberg's GCCF without any fee charged; (iii) acted as counsel to the Vietnamese American Fisherman Emergency Association and the Vietnamese American Fisherman And Oil Spill Victims Emergency Association, the largest associations of Vietnamese fishers with over 1,000 members and dependents with field offices in all the Gulf states; (iv) updated the community virtually on a daily basis via Vietnamese-language radio, television, newspapers, and newsletters; (v) opened local offices throughout the Gulf states staffed by dozens of Vietnamese speakers and established toll free numbers that went straight to Vietnamese-speaking attorneys; and (vi) lobbied with the White House, Mr. Feinberg, and defendants for better services and translations for affected minorities.

    B.     *Ability to Work Cooperatively With Others*

In this MDL, the Joint Applicants have been sharing their work product, reports and thoughts pertaining to issues affecting Vietnamese-Americans claimants with other plaintiff's counsel virtually on a daily basis via the email listserv and other means. The Joint Applicants

have also established a close working relationship with most of the leading members of the plaintiff's bar, including co-counseling with Herman, Herman, Katz & Cotlar and Weitz & Luxenberg (2:10-CV-02114, EDLA), the Lanier Law Firm (4:10-CV-01607, SDTX), and the Lemmon Law Firm (2:10-CV-01741, EDLA) in various cases filed on behalf of Vietnamese plaintiffs, and cooperating with other prominent firms such as Susman Godfrey, Boies Schiller & Flexner, and Wiggins, Childs, Quinn & Pantazis.

### C.   *Relevant Professional Experience*

The Joint Applicants escaped communist Vietnam and came here with virtually nothing. As shown below, they overcame these challenges and thrived in this country.

| **Tammy Tran** | **K. Luan Tran** |
|---|---|
| • The first Vietnamese-American to: (i) graduate from The University of Texas School of Law; (ii) clerk for a federal Judge (Hon. Melinda Harmon, SDTX) (assisted Court in handling several MDL matters); and (iii) work at an international law firm in Texas (8 years as litigator at Fulbright & Jaworski primarily in mass torts such as breast implant cases and the Phillips Petroleum Explosion matter).<br>• Founder of the Tammy Tran Law Firm, the leading Asian-American litigation firm in Texas focusing on mass torts matters including: (i) *In re Toyota* (representing over 850 Vietnamese clients); (ii) *Texas Shrimp Litigation* (represented thousands of Vietnamese shrimpers challenging proposed | • Harvard Law School graduate; and selected as among "Best Lawyers Under 40 In America" By National Asian Pacific American Bar Association and "Top 20 Under 40" in California by *L.A. and S.F. Daily Journal*.<br>• Co-founded Lee Tran & Liang, the largest U.S. litigation-only firm owned by Asian-Americans (15 attorneys) with substantial class action practice; practiced complex litigation and international arbitration at Quinn Emanuel Urquhart Sullivan (in Los Angeles, Paris, and London).<br>• Significant experience in representing large number of Vietnamese in complex matters: (i) co-counsel in multi-country proceedings resulting in resettlement of over 2,000 |

3

| | |
|---|---|
| Texas regulations) (iii) *Luu v. Coast to Coast* (representing Vietnamese nationals victims of an elaborate human trafficking scheme); (iv) *Fen-phen Litigation* (represented hundreds of Vietnamese injured by diet drugs); (v) *Sherman Bus Litigation* (co-representing many Vietnamese victims of the 2008 fatal bus crash in Sherman, Texas); (vi) Co-Chair of the Vietnamese American Nail Hair Facial Association in *pro bono* representing over 2,000 Vietnamese American cosmetologists.<br>• Named among the "50 Most Influential Women in Houston for 2008" by *Houston Magazine* and "Most Fascinating Women in Houston" by *Texas Medical Center Library*. | Vietnamese refugees from Asia to the U.S.; (ii) advised Vietnamese trafficking victims leading to the first-ever prosecution under *Victims of Trafficking and Violence Protection Act of 2000*; (iii) represented thousands of Vietnamese community members in First Amendment matters arising out of anti-communist protests in Orange County; (iv) received the ACLU's 2009 Religious Liberty Award for successful *pro bono* representation of Buddhist congregation in seminal case; (v) among the few attorneys in the U.S. who tried to verdict (and won) a multi-party RICO case.<br>• Past Co-Chair of the National Conference of Vietnamese-American Attorneys. |

The Joint Applicants' unique background will be an asset—and crucial—to all involved in this unique MDL. Mindful of the fact that several qualified attorneys will apply for the limited number of positions in the PSC, the Joint Applicants are willing to be jointly appointed to one position (and the ability to cast only one vote) in the PSC. In the alternative, they respectfully seek their appointments as Co-Lead of the Vietnamese-American Plaintiffs Committee.

Date:  September 21, 2010                                LEMMON LAW FIRM, LLC

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
15058 River Road
P.O. Box 904
Hahnville, LA 70057
andrew@lemmonlawfirm.com

4

        *Co-counsel for Plaintiffs*

        K. Luan Tran (California SBN 193808)
        LEE TRAN & LIANG, APLC
        601 South Figueroa Street, Suite 4025
        Los Angeles, California 90017
        Telephone: (213) 612-3737
        Facsimile: (213) 612-3773

        Tammy Tran (Texas SBN 20186400)
        THE TAMMY TRAN LAW FIRM
        2915 Fannin Street
        Houston, Texas 77002
        Telephone: (713) 655-0737
        Facsimile:  (713) 655-0823

## CERTIFICATE OF SERVICE

I certify that on September 21, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Donald E. Godwin**
  dgodwin@godwinronquillo.com,smckanna@godwinronquillo.com
- **Don Keller Haycraft**
  dkhaycraft@liskow.com,ejhinnigan@liskow.com,pfussell@liskow.com,agoldman@liskow.com,lblanchard@liskow.com
- **Stephen J. Herman**
  sherman@hhkc.com,rmiller@hhkc.com,vlory@hhkc.com,regina@hhkc.com,acatalanotto@hhkc.com
- **Deborah DeRoche Kuchler**
  dkuchler@kuchlerpolk.com,ljones@kuchlerpolk.com,lroth@kuchlerpolk.com,mstokes@kuchlerpolk.com
- **Kerry J. Miller**
  kmiller@frilot.com,scavet@frilot.com
- **James P. Roy**
  jimr@wrightroy.com,susanl@wrightroy.com,sandym@wrightroy.com
- **Phillip A. Wittmann**
  pwittmann@stonepigman.com,jdavidson@stonepigman.com,hmurphy@dkslaw.com,cbertaut@stonepigman.com,BRS383@BRSfirm.com,lgodshall@stonepigman.com,rsiegert@stonepigman.com,khall@stonepigman.com,boneil@stonepigman.com

    I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Jeffery N. Luthi**
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

        /s/ Andrew A. Lemmon
        ANDREW A. LEMMON (#18302)
        IRMA L. NETTING (#29362)
        LEMMON LAW FIRM, LLC
        15058 River Road
        P.O. Box 904
        Hahnville, LA 70057
        andrew@lemmonlawfirm.com