## Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Jeffrey M Hoffman | (504)581-2450 | Inter-Zour Beyone |
| Serna Pollack | (504) 581-2450 | Inter-Zour Beyone |
| Jeffrey Bernard | 504-527-6205 | Friloux et. al. |
| Jesse George | 525-8100 | Plaintiffs |
| Chris Seeger | 2125890700 | Plaintiff |
| Jeff Grand | " " | " |
| Daniel Fohey | 504-566-9395 | Plaintiffs |
| Merrit Cunningham | 228 863.6000 | plaintiff |
| Ian Taylor | 262 573 6619 | " |
| Robert Hilder | 504 556 4130 | BP |
| Hugh Tenner | 713-890-5180 | M-I |
| Jeffrey Leonard | 205-326-3336 | Plaintiffs From Hopkins et. al. |
| DARLEEN PH JACOBS | 504-522-3982 | PLF LEVY |
| Charles E. Rothamel | 504-830-5160 | N/A |
| NORMAN G. HORTMAN, JR | 601 323 1591 | WHEELER, WYMAN |
| Everett Finevan | 504-594-8169 | Transocean |

## Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Larry Jones | 502 587 2002 | O'Bryan et al v. BP et al |
| Conrad Williams | 985-876-7595 | Derouen & Others |
| Michael Lyle | 202-682-7157 | O'Brien's & Seacor |
| Gary Hemphill | 504-584-9222 | Seacor |
| Dominic Giornd | 504-207-202 | O'Brien's |
| Hien Nguyen | (714)546-2680 | Vietnamese American Fishermen & Oil Spill Victims Emergency Association |
| Men Tran | (985) 632-3173 | " " |
| Tinh Nguyen | (985) 632-3173 | " " |
| Le Nguyen | (985) 693-3948 | " " |
| Thanh Nguyen | (985) 693-3948 | " " |
| Ernest Cannon | 936 348 4416 | C. W. Conrad |
| Jenny Martinez | 214-939-4620 | Halliburton Energy Services, Inc |
| Don Godwin | 214-939-4412 | " " |
| Stephen H. Kupperman | 504-589-9728 | Hyundai Heavy Industries |
| Calvin Fay | 225 664 4153 | Jeff Parish, St Tammy Parish |
| H. S. Bartlett | 504 523 2500 | Copelands |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Samuel T. Rees | (213) 2709988 | None |
| Susan Burns | 800·437·8674×7811 | LexisNexis |
| John Audrey | 566·8399 | Wetzel |
| Silvina Canfield | 504 940 7294 | None |
| Jared Vincent | 504 522-320 | lux etal |
| Carlos Zelaya | 504 569-8732 | Robin (v. Seacor) |
| Andre J. Mouledoux | 504-595·3000 | AIG Insurance (Robin Suit) |
| David Beck | 713-951-6209 | Cameron |
| Kerry Miller | 504 599 8194 | Transocean |
| Joseph M Brum | 504 525-1385 | Alex |
| Ilmus P Roy | 337-278-7892 | PI Liaison Consel |
| Adrian Colon | (504) 394-984 | Taliancich |
| Walter C. Dumas | (225) 383-4701 | Charles J. Contegna Jr dba CHIPS |
| Roderick Arvondia | (504) 982-5811 | " " |
| John Smith | 2259261234 | Kelli Taquino, etal. |
| Kirk Guidry | 225-929-7481 | Raymond Duet, et als |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| ALLAN KANNER | 524-5777 | STATE OF LA |
| ELIZABETH PETERSEN | " " | " " " |
| DAVID POTE | " " | " " " |
| Alan Weigel | 212-885-5350 | Marine Spill Response Corp |
| Marcus Spagnoletti | 713 653 5600 | |
| Jeremy Alan Hirschuft | 504-524-9217 | Gulf Offshore Logistics LLC/Gulf Offshore Logistics International LLC |
| Jim Klick | 504-581-4892 | Acy Cooper, et al |
| Michael Gizzi | 312 8071532 | TO |
| Bill O'NEIL | 888-2123 | NONE |
| Lynn Swanson | 504 523 2500 | Copeland's |
| Scott millican | 850-324-1806 | Florida Restaurants |
| Myra Scott | 504-566-521C | Halliburton Underwriters |
| Chris Hannan | " | " |
| Jimmy Roussel | " | " |
| John deGravelles | 225 344 3735 | Family of Gordon Jones |
| PIERCE AZUMA | 330-7281 | |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Joel Waltzer | 3406500 | OKN |
| Robert Wingu | 2289901228 | GRN |
| Bm Hals | 302 9936283 | |
| Jef Feeley | " | |
| Sara Mouledoux | 582-1111 | — |
| John McCollam | 582-1111 | — |
| James F. McKenzie | 850-432-2886 | Ortega, et al |
| Kevin R. Dean | 843-834-1130 | Shemper, et al |
| Scott Galante | 504 4528347 | Avocato, et al |
| Mary McLeod | 504-666-1341 | Transocean VMRS |
| George Billy | 504-566134 | Transocean VMRS |
| Denise McGee | 985-641-6800 | Terrebonne |
| Tom Discon | 9856249748 | Dumas |
| Brian Barr | 850 5722164 | Joe Pass! |
| Morris Bart | 504-599-3224 | |
| Bobby Delee | 504-832-8900 | Slic off |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Edwin Preis | 337 237-6662 | Transocean |
| Justin Stanley | 504 584-5438 | St. Bernard DA |
| Cheryl Lucas | 678-358-2543 | |
| Jennifer Adams | 504 585-1971 | |
| Bryan Mecca | 985 641-680 | T's |
| Gary Russo | 337-278-1055 | Weatherford |
| Aaron Ahlquist | 504-352-2700 | T3 |
| Johnny Garza | 713-222-7211 | Helber Morales |
| Kyle DelHierro | 90-893-3607 | Sphurbreated Cody |
| Chris Coffin | 225-687-6396 | Dugas |
| Chris Berry | 504 299 8724 | Kunsler |
| Eric Veith | (504) 234-3791 | Plaintiff |
| Burton LeBlanc | 225-768-7222 | State of La. Trushen |
| Amy Catalanotto | 504-581-4892 | Plaintiffs |
| Matthew W. McDade | 228-214-0414 | Sarah H. Moore |
| Gerald Maples | 2282639100 | Robin Seafood & others |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Jeff Seely | 713-668-9999 | Tracy Klepinger |
| Todd Elias | 713-668-9999 | Tracy Klepinger |
| Daniel E. Becnel Jr | 985-536-1186 | Rodrigue |
| Stu Clery | 513-621-0267 | Jonnson   Invest |
| Bill McArgours | 513-621-0261 | Jonnson   Invest Tracy |
| Chuck Bayer | 985-876-3891 | Terrebonne Parish DA |
| Stanwood Duval | 985.876-6410 | Terrebonne Parish DA |
| KURT ARNOLD | 713-222-3800 | Burleson |
| JOSH WITKIN | 713-222-3800 | |
| Joe Rausch | 504-832-3000 | PARKER |
| Matt Lundy | 337-439-0707 | LLent |
| Scott Summle | 214-384-1913 | Louisiana |
| Toma Espino | 215-525-3772 | Louisiana |
| Charles Kelley | 504-292-5146 | OLA - Plaza DA |
| Antonio Rodriguez | 504-523-2600 | BP |
| VAL EXNICIOS | 504 410-9611 | BARISICH ET AL |

# Attendance Record

# MDL-2179
# Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Jason Ward | 504 517 200 | CASE WORKS group/Occupan |
| Capt Conrad | 049-9750 | S & W Wholesale |
| E Kirk Wood | 205 412 0243 | Anderson (P) |
| Don Jackson | 713 659 6400 | Dril-Quip |
| Dennis Borrow | 713 659 6400 | Dril-Quip |
| Lyndon Rosenberg | 713 939 7711 | Dril-Quip |
| Bruce Betzer | 504 832 9943 | Capt. Charlie |
| Jon Swift | 985-373-9060 | — |
| Rhon Jones | 331 269 2343 | St. of AL, et-l. |
| Dean Arruebarena | (504) 585-7500 | Abadie plaintiffs |
| Sid Jackson | 251-433-6699 | James Mason |
| Robert Ryden | 205-933 8383 | Odom |
| David Balabanian | 415-393-2120 | Moex Offshore |
| Robert Saline | 319-352 5999 | Nuer |
| Jodi Westbrook Flores | 843-216-9163 | Shexper, Vacation Key west et al |
| Daniel O Goforth | 78-650000 | Transocean |

# Attendance Record

# MDL-2179
# Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| JORDAN TORRY | 713-622-7271 | Capt. Lockridge |
| GARY MASON | 202-250-8540 | Capt. Lockridge |
| Dennis Reich | 713-622.7271 | Capt Lockridge |
| MEKEL ALVAREZ | 504-599-3385 | ISADORE CREPPEL |
| JEFF KEISER | 504-599-3385 | ISADORE CREPPEL |
| MORRIS BART | 504-599-3385 | ISADORE CREPPEL |
| Scott Weinstein | 239 432-6666 | Two Headed Shark |
| Franklin G. Shaw | (504) 588-9043 | St. Bernard Parish, et al. |
| Todd B. Hilsee | 215-486-2658 | observer - FJC |
| PAUL STERBCOW | 504 588 1500 | T WILLIAMS, et al |
| Tom Thornhill | 985-641-5010 | State La/Sevel, et el |
| Natalie Mitchell | 504-524-0206 | Cajun Crab, LLC et al |
| Maureen P Martin | 201 102 7250 | Brown |
| K. Luan Tran | 213 612 3737 | KHA NGUYEN |
| Tom Pirtle | 713-816-7464 | Chupa |
| Robin Greenwald | 212-558-5802 | # Le |

## Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Nicklas | 251 4716 91 | Wilkerson et al |
| David Bagwell | 251-9282970 | " |
| William E. Bauer | 251-471-6191 | " " |
| Eric Holland | 214-241-8111 | Walsh, Lavigne |
| Scott Bundy | 225 925-5892 | J&M Boats |
| BERWICK DUVAL | 985-876-6410 | Joe Chaitz - Terebonne DA |
| CAMILO SALAS | 504-799-3080 | TOM GARNER |
| R C Sung | 312-862-271 | DP |
| J at B | 713-622-3223 | Curtis |
| Mary Rose Alexander | 312-876-7700 | Nalco Company |
| Thomas Heiden | 312-876-7100 | Nalco Company |
| Max Swetman | 504-799-0500 | Nalco Company |
| Richard Reynolds | 337-232-1934 | Karl W. Rhodes |
| William Large | 337-593-4100 | Wentzel/Plaintiffs Liason |
| Sal Christina | 985-536-186 | Brent Rodrigue |
| JOHN K WESTON | 215 925 8200 | Griffith Investment |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Regina Valent | 504 581 4892 | PLO |
| Stuart Smith | 804 593 9600 | Barasich |
| Michael Stay | 504 593 9600 | Barasich |
| AJ Robert Jr. | 504-309-9852 | CURTIS |
| Robert Halllbury | 504 838 1600 | CFE 60 Vinaig |
| Amy Fox | | NY Times |
| Ed Wallace | 504 599 8059 | Transocean |
| John Lambremont Sr | 225-928-7524 | Henry Phuc D. et al |
| Steve Roberts | 254-934-4 more | Halliburton |
| Walter Christy | 504 299 3073 | Abdon Callais |
| Jacob Credeur | 504 299 3095 | Abdon Callais |
| John Joyce | 504-589-9752 | American Petroleum Institute |
| MARK GLAGO | (504) 599-8666 | "N" |
| Jennifer Eagan | 522-3456 | CRONIN |
| Frank Lamothe | 985-249-6800 | (Claimant/C) |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Warren T. Burns | 214 754 1928 | Mitch Wright |
| Brent Hazzard | 601.230.4183 | " " |
| Melissa Willet | 202 237.2217 | " " |
| Jeff Breit | 757-615 8382 | Kirk Mitchell |
| Raul R. Bencomo | 529-2929 | Roy Odom |
| Douglas R Kraus | 228-8687 | Various |
| Wade Webster | 595.5155 | BP |
| Brady Paddock | 903-276-0928 | Panama City Beach City, Fla. |
| Scott Bickford | 504 581 9065 | ROS470 |
| Brett Powers | 337-494-7171 | Asiension Marine |
| Rick Stratton | 334-269-2434 | Mobile Fixture |
| Soren Gisleson | 504-581-1892 | Mario |
| V. Jacob Garbin | 504-522-3220 | Ivic, et al |
| Melinda Nicholson | 504-455-1400 | Miles 10-1446 |
| Mary Nell Bennett | 602-801-2510 | Tom Wetzel |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Elizabeth Cabraser | 415 956 1000 | Gallo (EDLA) et al |
| James Garner | 415 806 2100 / 299-2102 | Various U S |
| Ed Rowan | 251-433-3131 | Million |
| Linda Nguyen | 228.235.9599 | Vietnamese fishermen |
| Hoa Ngo | 228.273 7177 | Vietnamese fishermen |
| Kenya Nelson | 504.525.8100 | Pinot |
| Rick Nga | 823 3500 | Jaes, Swnsen |
| Mike Papantonio | 435-7165 | Fl. Restront Ass. |
| Anthony Irpino | 504-525-1500 | Gravois |
| Walter Leger | 504-588-9043 | St. Bernard |
| Walter Leger III | 504 588 9043 | St. Bernard Parish |
| David Byrne | (334) 495-1574 | State of AL, et al, |
| Chris Zainey | (504) 200-0000 | |
| Jessica Sullivan | (703) 376-1458 | U.S. Dept of Justice |
| Andrew Lennon | 985 783 6189 | TFS |

# Attendance Record

# MDL-2179
# Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Don Godwin | 214 9394421 | Halliburton |
| Bruce Bowman | " | " |
| Jenny Martinez | " | " |
| Floyd Hartley | " | " |
| Matt Moreland | 985-536-1196 | Rodrigue |
| ~~[redacted]~~ | ~~[redacted]~~ | |
| ~~[redacted]~~ | ~~[redacted]~~ | |
| Becky Mowbray | 504-826-3417 | Times Pic |
| Erwin A. Sons Alex | 305476-7400 | Tiki Charters - II |
| Chris Jones | 225 769-8808 | T |
| Christine Servin | 504 782-2288 | State of CA through Lafourche DA |
| Gary Davis | 828-622-0044 | Smith, et al. |
| Richard Haik, Sr. | 357-948-4483 | Schexl, et al. |
| Steve O'Rourke | 202 514 2779 | United States (DoJ) |
| R. Mike Underhill | 415-436-6648 | U.S. DOJ |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| BRENT COON | 409 835 2666 | STONE, et al |
| MELISSA WILLETT | 202-237-0727 | Kendall et al |
| Joey Dim | 800 459 2222 | AJ's Seafood |
| Steve Mullins | 228-875-3175 | Baheuch etc |
| Brenda Fulmer | 561-886-6300 | Water Street Seafood |
| Chris Searcy | 561 686 6300 | Water Street Seafood |
| Michael Pauuntier | 225 344 3735 | deGRAVELLES MCUNTIER |
| Matt Conn | 205 278 7000 | ~~Ford & Firm etc~~ Smith |
| Edward Hayes | 504-585-7500 | Abadie et al ITS |
| Stephen Murray, Sv. | 504 525.2100 | PLAINTIFFS |
| HENRY T. DART | 985-809-8093 | State of LA |
| Grady J. Flattmann | 985-809-8093 | State of LA |
| Noah H Kushlefsky | 212 973 3448 | Ezell et al |
| Anthony Tarricone | 617 933 5950 | Ezell et al |
| James Kendley | 212 973 3449 | Ezell et al |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| David Guest | 850-681-0031 | Sierra Club |
| Monica Reimer | 850-681-0031 | Sierra Club |
| Zachary Wool | 504 524-3300 | Gallo |
| Dawn Barrios | " | Gallo |
| Scott Simmons | " | Gallo |
| Richard Arsenault | " | Johnson |
| Jerrald Parker | 239-390-1000 | Tiki (FL) |
| Jordon Chaikin | 239-390-1000 | Tiki (FL) |
| David Rash | 305-571-8550 | Water Street Seafood, etal |
| Andrew Langan | 312862 2249 | BP Amoco |
| Joe Reskin | 7139513700 | Cameron |
| Frances Bivens | 212-450-4935 | HH ) |
| Lloyd Frischberg | 504-523-1500 | Robin |
| Tom Bilek | 713-227-7720 | Barisich, Moonin, Robin |
| Rick Kuykendall | 713-227-7720 | Barisich, Moonin, Robin |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Mikal C. Watts | 210-447-0500 | VAL v. BP plc |
| Bob Hilliard | 210-447-0500 | |
| Emily Jeffcott | '' ' | '' ' |
| Robyn Kessinger | | |
| David McClorson | '' '' | '' '' |
| Melissa Theriot | 337-237-7000 | Tidewater Marine LLC |
| Tommy Fibich | 713-751-0025 | Rolley Inc |
| Perry Weitz | 212.558.5508 | FBLA |
| Steve Baker | | Transocean |
| Drew Ranier | 337 494 7171 | Ascension Marine |
| Marc Estle | 680-3004 | United States |
| Larry Swinden | 617-2777 | U.S. |
| Ray Amelee | V92 5222 | U.S. |
| Sue Lang | 225 863 6000 | Daniel Barker |
| Miles P. Clements | 599-8000 | Transocean |
| | | |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Charles M. Tebbutt | 541-344-8312 | Center for Biological Diversity 10-01768 |
| Dewitt "Sparky" Lovlace | 850 887.6020 | Spilla Fish, Nobles |
| Don Barrett | 662-834-9168 | " " |
| Alan York | 713-595-8301 | Halliburton |
| Douglas McColm | 504-879-2434 | ⟶ |
| David Toscano | 212-450-4515 | Hyundai Heavy Industries |
| Kenneth W. Smith | (703) 887-2586 | Joe Patti Seafood |
| Rick Meadow | 212-421-2800 | Vietnamese Fishermen |
| Fred Longo | 215-592-1500 | Lewis Fischbein etc. |
| Ben Gordon | 850435400 | Patti, et al |
| Michael Goetz | 813-221-6581 | Two Headed Shark |
| Tony Buzzel | 2816843014 | BLE |
| M Shaffer | 713.524 3500 | Denton, et al |
| Ron Wilth Penth | 9857325451 | William |
| Michelle Delemarre | (202) 616-4037 | USA |

# Attendance Record

# MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| RICHARD PASSLER | 584.5440 | ST. BERNARD D.A.'s OFFICE |
| Glenn Goodier | 582-8174 | WEATHERFORD |
| Florian Buchler | 920-6666 | pro se |
| Peter M. Mansfield | 680-3047 | United States of America |
| Rebecca Cunard | 225 925-2978 | TTs |
| Christopher Boene | (504) 483-2335 | St Bernard |
| Robert McKee | (954) 763-8181 | REEL STRIKE |
| David Evanno | (504) 648-0180 | Plaquemines DA |
| Robert Guil | (504) 592 0691 | Amadullo & MOBY |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| Stowell T Adams | 850-785-3469 | Fergus Coast Dev. |

## Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Tina Z. Robbins | 713-238-7749 | |
| Armistead Easterby | 713-230-2308 | Boots & Coots LLC |
| Victoria Maniatis | 812-631-8613 | Joannue TRUST |
| Michael Holley | 713-659-5200 | Nova Affiliated |
| Rick Meadow | 713-659-5200 | " |
| Ingram Lee | 832-636-1000 | APC |
| Debra Broussard | " | APC |
| Ray Waid | 504-679-5509 | Chouest Shore base Services LLC |
| | | Nautical Ventures LLC |
| | | Offshore Service Vessels LLC |
| | | Reel Pipe LLC |
| | | Island Ventures II LLC |
| | | Joe Griffin |
| | | C. Express |
| | | Mr. Sidney |
| | | Max Chouest |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Eric Jacrell | 587-3800 | KKS |
| D. Dietz | " | " |
| Phil Wittman | 581-3200 | Stone Pigman |
| Don Haycraft | 581-7979 | L & L |
| Darin Blitz | 354-8000 | DIKET |
| Jerry Meunier | 522-2304 | TT Crawford, etc. |
| Ed Sherman | 865-5979 | Tulane |
| Leah Gasendo | (805) 987-3585 | State of California |
| Loren Shanklin | (251) 689-1160 | McKernan Law Firm |
| Nannette Jolivette/Brown (504) 658-9910 | | City of New Orleans |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Lambert Hassinger | 525680 2 | NONE |
| Leniel McCorvey | 337-291-2431 | Broadrum, Richard, Aborrmom |
| J.C. Gonzalez | 361 533 8517 | |

# Attendance Record

## MDL-2179
## Oil Spill by the Oil Rig "Deepwater Horizon"

### Initial PreTrial Conference–September 16, 2010

# PLEASE PRINT

| **Name** | **Telephone** | **Client Name** |
|---|---|---|
| Ky Kirby | 202-373-6795 | Anadarko & Moey |
| Joann Verogel | 301-816-6279 | |