UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig        "DEEPWATER HORIZON" in the        GULF OF MEXICO, on April 20, 2010 | *  *  *  *  * | MDL NO. 2179    SECTION: "J" |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: Civil Case Nos. 10-1497 and 10-1630 | *  *  * | |

*********************************************

**PLAINTFFS GULF RESTORATION NETWORK, INC.'S AND SIERRA CLUB, INC.'S
<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 78.1E, Plaintiffs Gulf Restoration Network and Sierra Club request oral argument on the federal defendants' motion to sever [D.E. 174-1] which was noticed by defendants for hearing on September 29, 2010 at 9:30 a.m. before the Honorable Carl. J. Barbier.

Plaintiffs request oral argument on the grounds that oral argument will better enable the parties and the Court to address the legal issues presented in the motion.

Respectfully Submitted,

*s/* Alisa Coe_____
Alisa A. Coe
La. Bar No. 27999
Monica K. Reimer
Fl. Bar. No. 0090069
Admitted *Pro Hac Vice*
David G. Guest
Fla. Bar. No. 267228
Admitted *Pro Hac Vice*
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32302-1329
Phone: (850) 681-0031
Facsimile: (850) 681-0020
acoe@earthjustice.org

Joel Waltzer
La. Bar No. 19268
Waltzer & Associates
3715 Westbank Exprwy, Ste. 13
Harvey, LA 70058
Office: (504) 340-6300
Facsimile: (504) 340-6330
joel@waltzerlaw.com

and

Robert Wiygul
La. Bar No. 17411
Waltzer & Associates
1011 Iberville Drive
Ocean Springs, MS 39564
Office: (228) 872-1125
Fax: (228) 872-1128
robert@waltzerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September I caused a copy of the foregoing to be served through the Court's CM/ECF system to all parties.

_____s/ Alisa A. Coe_____
Attorney