U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 2 1 2010

LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 21, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 21, 2010

FILED
CLERK'S OFFICE

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
  Kenn Hinton v. BP America Inc.,
    E.D. Virginia, C.A. No. 1:10-754

) EDLA
) 10-3000   MDL No. 2179

## ORDER VACATING CONDITIONAL TRANSFER ORDER

  A conditional transfer order was filed in this action (*Hinton*) on August 24, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hinton* on September 8, 2010. The Panel has now learned this action was dismissed in the Eastern District of Virginia by the Honorable James C. Cacheris in an order filed on August 25, 2010.

  IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on August 24, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____