**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on  April 20, 2010 | ) ) ) ) ) | MDL NO. 2179  SECTION: J |
| This documents Relates To:  ALL CASES | ) ) ) | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

**DREW RANIER'S APPLICATION FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE (PSC)**

Drew Ranier submits this Application in accordance with Pre-Trial Order No. 1 for appointment to this MDL's PSC. Mr. Ranier, a member of the Louisiana and Texas Bars for 35 years with an AV Martindale-Hubble rating, has served on PSCs in many cases involving thousands of claimants and complex legal, scientific, and evidentiary issues. His extensive background in maritime, offshore, international, and environmental litigation will further contribute to this case.

**Willingness and Availability to Commit to a Time-Consuming Project**

As he has done in other multi-year, multi-billion dollar litigation, Mr. Ranier will dedicate the time and resources necessary to successfully conclude the case, regardless of other commitments.

**Experience in This Type of Litigation: Gulf Coast Mass, Maritime, and Toxic Cases**

Mr. Ranier has for 30 years litigated for his injured and damaged clients in State and Federal Gulf Coast courts in consolidated, mass, and individual toxic tort cases, under General Maritime, Longshore, Jones Act, OCSLA, DOHSA, and other Federal and State law.[1] He often serves as lead counsel and/or a PSC member in environmental cases against major corporations, and in MDL,

---

[1] *Poe v. PPG Industries, Inc.*, No. 10-11774, Cameron, La. (hexachlorobenzene) (Co-lead); *Thibodeaux v. Conoco, Inc*., No 2003-481, Calcasieu, La. (sulfur dioxide) (Co-lead/Liaison/PSC); *Thomas v. Conoco, Inc.*, No. 99-5078, Calcasieu, La. (ethylenedichloride) (Co-lead); *Pugh Hart v. Exxon Mobil*, No. 2001-2629, Calcasieu, La. (NORM) (Lead counsel); *David v. Velsicol*, 09-01237-CA, Vermilion, La. (arsenic) (Lead counsel); *Areno v. The Chemical Manufacturers Assoc.*, 96-1635, Calcasieu, La. (dioxin) (Co-lead); *Bourque v. Olin Corp.*, 83-1464, Calcasieu, La. (phosgene) (Lead counsel); *Papillion v. PPG*, Calcasieu, La. (mercury) (Lead counsel); *Welding Fume Products Liability Litigation*, MDL No. 1535 (N.D. OH) (manganese) (PSC/Discovery chair); *Louisiana v. W.R. Grace & Co.*, 95-3722 and 95-3722(A), Calcasieu, La. (asbestos) (Lead counsel); *Louisiana v. The American Tobacco Co.*, CA No. 96-1209, Calcasieu, La. (tobacco) (Lead counsel); *Johnson v. Georgia-Pacific Corp.*, No. 2003-5863, Lafayette, La. (TCB) (Co-lead counsel).

consolidated, mass, and class cases.[2]  Representing Gulf Coast contamination victims has been his career's primary work.

Mr. Ranier's clients have been damaged by many toxic substances, including crude oil, and their cases have included claims for Gulf Coast estuary clean-up, and coastal water, soil, seabed, fish, and shellfish contamination.  In a leading case already cited in this BP litigation, as co-lead counsel, he represented lead plaintiffs against a multi-national petrochemical company for contamination of shrimp, oysters, redfish and speckled trout.  *Poe v. PPG Industries, Inc.* (cited in note 1).  He has also long litigated petroleum explosion and other maritime cases.[3]

He currently serves on Vioxx and Welding Fume federal MDL PSCs,[4] served as Louisiana's lead counsel in the tobacco litigation (cited in note 1), the largest mass tort case in history, and as lead counsel for asbestos removal from over 160 State buildings, including hospitals and universities (cited in note 1).

**Representation in this MDL**

Mr. Ranier currently represents Gulf Coast shrimpers, oystermen, and fishermen; and maritime, restaurant, and tourism businesses.  He is presently counsel of record in the following cases:  *Giang T. Nguyen v. BP, PLC, et al.*, USDC EDLA No. 2:10-1852; *Giau v. Nguyen v. BP, PLC, et al.*, USDC EDLA No. 2:10-1855; *Sang-Thanh Nguyen v. BP, PLC, et al.*, USDC EDLA No. 2:10-1850; *Ascension Marine v. BP, PLC, et al*., USDC EDLA No. 2:10-1852; *Uwell & Kelly Derouen v. BP, PLC, et al.*, USDC EDLA No. 2:10-1573; *P&S Restaurant Group, LA, LLC v. BP, PLC, et al.*, USDC EDLA No. 2:10-1574.

Mr. Ranier's primary office is in Lake Charles, Louisiana on the western Louisiana Gulf coast.

---

[2] *Id*; and *Vioxx Products Litigation*, MDL No. 1657; *Myer v. U.S. Trust Co. of California*, No. CV-00-147-B-M3 (M.D. LA) (financial) (Co-lead/Co-liaison/PSC); *Katrina Canal Breaches Consolidated Litigation*, No. 05-4182K(2) (hurricane) (Insurance PSC); *Cameron Parish School Board v. Texaco*, CA No. 96-1222, Cameron, La. (oil royalty); *Auster Oil & Gas, Inc. v. Stream*, 835 F.2d 597 (5th Cir. 1988) (oilwell obstruction/contamination) (Lead counsel).

[3] *E.g*., *Ronsonet v. Noble Drilling*, (E.D. La. 1985); *Lougon v. Era Aviation, Inc.*, No. 10-11645, Cameron, La.; *Arthur v. Zapata Haynie Corp.*, No. 10-12001, Cameron, La.; *Buckbee v. Aweco, Inc.*, 626 So.2d 1191 (La. App. 3rd Cir. 1993), *writ denied*, 631 So. 2d 1162 (La. 1994).

[4] *Vioxx Products Litigation* MDL No. 1657; *Welding Fume Products Liability Litigation* MDL No. 1535.

**Experience in British Corporate and Insurance Issues**

Mr. Ranier's experience in mass litigation with international issues will contribute to the PSC. He served as the insurance chairman in the multi-billion dollar national tobacco litigation (which required addressing parallel UK litigation), and as chair of the Insurance Committee and PSC member in the multi-billion dollar Vioxx litigation (which required addressing related UK arbitration). He has conducted and supervised discovery in these areas, including taking depositions in the UK, and has worked with experts and international investment bankers in the UK.[5]

**Working Cooperatively, Balancing Individual Client Representation and Overall Litigation**

In aggregate litigation cases, Mr. Ranier has successfully balanced the interests of individual claimants and counsel with overall case and PSC responsibilities. He has a long record of working cooperatively and leading effectively in aggregate litigation, including Welding Fume, Vioxx, HCB/HCBD, Sulfur Dioxide, EDC, Arsenic, and Tobacco. Mr. Ranier served as lead counsel with 17 state and national firms in successfully prosecuting and settling the largest mass tort case, which lasted for seven years and involved over 100 co-counsel from across the United States. Yet all issues among counsel were resolved cooperatively, without need of court, mediator, or arbitrator action. *Louisiana v. American Tobacco Co.* (cited in note 1).

**Experience in Working with Public and Governmental Entities in Analogous Cases**

Far-reaching litigation like this MDL often involves working with the public and other government branches, as is already apparent in this case. Mr. Ranier has often led litigation related legislative, governmental, and public relations efforts.[6] While serving as President (and holding many other offices) of the Louisiana Association For Justice, Mr. Ranier led interactions with legislators considering "tort reform"and no-fault insurance. He developed expertise to work with the public, the legislature, and the executive, and to participate in political and public relations activities for the benefit of his and all clients.

**Commitment to Coastal Conservation, Preservation, Restoration**

Mr. Ranier has served for seven years as a Board member of The Nature Conservancy of Louisiana, a leading non-profit organization dedicated to preserving and restoring Louisiana natural

---

[5] See also *Boudreaux v. Pritchard Corp.*, No. 95-6442, Calcasieu, La.

[6] See note 1, including the sulfur dioxide, ethylenedichloride and tobacco litigation.

resources. In this capacity Mr. Ranier has worked closely with scientists and experts, as well as demonstrating personal and financial commitment to conserving and restoring Gulf resources.

**Commitment to the Legal System**

At the time of the BP spill, Mr. Ranier was President of the Louisiana Bar Foundation (he remains a Board member), the State's largest legal services funder for the poor. He led in providing legal services to those the spill most affected and most in need of legal services. He also served as President of the Louisiana Association of Justice and on the Board of the American Association For Justice. He led in advocating for consumer, worker, and victim rights in Louisiana's "tort reform" and no fault debates. He has been active in numerous Louisiana Bar Association activities and currently serves on the Louisiana Client Assistance Foundation and the Bench Bar Committee. He is a member of the International Society of Barristers.

**Conclusion**

Mr. Ranier's combination of Gulf Coast environmental litigation experience, aggregate and international litigation experience, leadership in multi-billion dollar litigation, and long-term, deep commitment to the Gulf Coast environment and people qualify him for service on the PSC.

**WHEREFORE**, for the reasons stated above, Drew Ranier respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

RANIER LAW FIRM

*/s/ Drew Ranier*

**DREW RANIER, La. Bar No. 08320**
1419 Ryan Street
Lake Charles, LA 70601
Phone: (337) 494-7171
Fax: (337) 494-7218
E-mail: dranier@ranierlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2010, I electronically filed Drew Ranier's Application For Appointment To The Plaintiffs' Steering Committee with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day upon all counsel of record or pro se parties identified on the Court's Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing, as provided in Pre-Trial Order No. 1.

DREW RANIER