## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the ) <br> GULF OF MEXICO, on ) <br> APRIL 20, 2010 ) <br> ) <br> This Document Relates To: ) <br> ) <br> ALL CASES ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | MDL NO. 2179 <br><br> SECTION: J <br><br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## APPLICATION OF W. JAMES SINGLETON FOR
## APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

This application is submitted in accordance with Pre-Trial Order Number 1, dated August 10, 2010.

### I.    Introduction

I am the founder and Senior Litigation Counsel of the Singleton Law Firm.  Over the years, my firm has played a crucial role in the prosecution of claims on behalf of injured parties, more specifically, the type of claims sustained by individuals from the Deepwater Horizon Litigation, which forms Multidistrict Litigation No. 2179. Throughout my career, I have displayed an unrelenting commitment to providing effective legal counsel to those with limited means and significant needs to ensure that injured persons are not disadvantaged.

I served as a member of the Louisiana State Legislature for twelve years, and throughout my successive terms, I was able to develop a strong work ethic and harness the tools necessary to work closely with other individuals to produce results not obtainable by any person individually. During my tenure as Legislator, I served as Chairman of the Civil Law Committee and Committee on Judiciary and was given an opportunity to work in a cooperative capacity with

non-members of the legislature to enhance and protect the rights of the citizens of Louisiana who in many instances had no voice.

As chairman, I was instrumental in leading the fight to create sub-districts that accorded more minority members of the legal profession an opportunity to serve Louisiana in the judicial branch of government.

Most recently, I have been selected as Chairman for the Minority Caucus of the Louisiana Association of Justice for the 2010-2011 term. In this role, I hope to build and promote a membership that is as diverse as the population of Louisiana to ensure that the role of minorities in the legal profession remains an active and successful one.

## II.     Experience and Knowledge

My firm is well-equipped to work cooperatively in the Multi-District Litigation Number 2179, as prescribed by Pre-trial Order Number 1. Although not an MDL proceeding, we have experience litigating against British Petroleum (BP). In 2005, the Singleton Law Firm, along with assistance from co- counsel, was successful in litigating against British Petroleum (BP) at the site of an explosion in Texas City, Texas. The explosion caused damages to individuals both at BP's site and also to those outside of the explosion site. We represented more than 400 individuals who had property claims and personal injury claims.

I also serve as a member of the trial team in *Gloria Scott, et al v. Phillip Morris Company, et. al* in the Civil District Court for the Parish of Orleans, Docket Number 96-8461. Although still in litigation, the trial team was successful in obtaining a $590 million dollar verdict against the tobacco companies.

At present, the Singleton Law Firm represents thousands of claimants in claims due to the exposure of carcinogens released from the BP plant in Texas City, Texas from April 6 – May 16,

2010. We represent claimants who were exposed at the plant site and also those within proximity such that they were affected.

Beyond my present involvement in the aforementioned cases, I have participated in several matters that have proceeded through multi-district litigation. I have been a member of the Plaintiffs' Steering Committee in the *Prempro Class Action Litigation* before the Honorable William R. Wilson (MDL # 1507), *Baycol Class Action Litigation* before the Honorable Michael J. Davis (MDL #1431), *Meridia Class Action Litigation* before the Honorable James S. Gwin (MDL #1481 8/2002-11/2007), *Serzone Class Action Litigation* before the Honorable Joseph H. Goodwin (MDL #1477 8/2002 – 9/2007), and the Industrial Class Action Litigation Claims, *In re Monumental Life Insurance Company Industrial Insurance Litigation* before the Honorable Martin L.C. Feldman (MDL #1371 c/w 1382, 1390, 1391, 1395).

Additionally, I served as a member of the State Liaison Committee in the *Vioxx Class Action Litigation* before the Honorable Eldon E. Fallon (MDL #1657). In that matter, over 37,000 claimants, from many different states, litigated claims via multi-district litigation.

I also served as a member of the Plaintiffs' Legal Committee in *Willard Brown, et al v. American Tobacco Company, Inc. et al* (San Diego, CA Docket 711400) and a member of several committees in the *Chinese Drywall Litigation*, pending before the Honorable Eldon E. Fallon in the Eastern District of Louisiana (MDL #2047).

Presently, the Singleton Law Firm is currently enrolled as counsel in ***1ˢᵗ Rate, LLC v. BP PLC, et al***, which was filed on May 11, 2010 via instrument number 3:10-cv-00326, in the United States District Court for the Middle District of Louisiana and ***Firehouse Restaurant, LLC, et al v. BP PLC, et al***, which was filed on May 11, 2010 via instrument number 2:10-cv-01445, in the United States District Court for the Eastern District of Louisiana.

## III.    Conclusion

The aforementioned accomplishments highlight my ability to assume significant, substantive roles in this multi-district litigation proceeding.  My commitment and knowledge have been demonstrated by my experience in proceedings of this magnitude.  Because of past experience, I am fully aware of the commitment and obligations that are expected of my service on the Plaintiffs' Steering Committee in Multi-District Litigation 2179.

I will be committed and dedicated in fulfilling all of my obligations as a member of the Plaintiffs' Steering Committee.  I will devote my full time and attention to working with the Plaintiffs' Steering Committee, other attorneys, committees and the Court in bringing this matter to conclusion.

Your consideration in this matter is greatly appreciated.


Respectfully Submitted:

THE SINGLETON LAW FIRM
*A Professional Law Corporation*

**/s/ w. James Singleton**
W. James Singleton Bar Roll No: 17801
4050 Linwood Avenue
Shreveport, LA 71108
Phone: (318) 631-5200
Facsimile: (318) 636-7759
wjsingleton@singletonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2010, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify I have served by e-mail all attorneys listed on the Panel Service List

**/s/ W. James Singleton**
W. James Singleton