UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: DEEPWATER HORIZON | * | |
| | * | CASE NO.: 2:10-cv-01156-CJB-SS |
| | * | |
| | * | |
| | * | DISTRICT JUDGE BARBIER |
| Applies to 2:10-cv-1926 | * | |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |
| | * | |
| | * | |

**************************************

## UNOPPOSED MOTION TO CONTINUE HEARING DATE ON COPELAND'S RULE 59(E) MOTION TO ALTER OR AMEND JUDGMENT

Copeland's of New Orleans, Inc., Cheesecake Bistro, L.L.C., and Sweet Fire and Ice, L.L.C. (collectively, "Copeland's"), move for a continuance of the hearing date on Copeland's Rule 59(e) Motion to Alter or Amend Judgment Denying Copeland's Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision ("Copeland's Rule 59(e) Motion," Doc. No. 44). The hearing date for Copeland's Rule 59(e) Motion is currently set for September 29, 2010, and a request for oral argument is pending. Counsel for the BP defendants has been contacted and represents that BP **does not object** to this request for continuance.

1

The necessity for the requested continuance derives from the pending nature of the formation of the Plaintiffs' Steering Committee ("PSC") in this litigation, pursuant to Pre-Trial Order No. 1. (Doc. No. 2). Pursuant to Pre-Trial Order No. 1, applications for appointment to the PSC are being accepted through September 27, 2010, with objections to proposed applicants and nominees being accepted through October 4, 2010, with the PSC presumably not being appointed until sometime shortly thereafter. In consultation with plaintiffs' liaison counsel, counsel for Copeland's has agreed that the Court would likely benefit from a coordinated presentation of issues and motions, including particularly the issues raised in Copeland's Rule 59(e) Motion, as coordinated through the efforts of the PSC once it is in place.

Therefore, Copeland's requests that this Court continue the hearing date on Copeland's Rule 59(e) Motion to a hearing date after the PSC has been formed and had an opportunity to review the issues raised in the motion; Copeland's suggests specifically either the regularly scheduled hearing dates of the Court on either October 27, November 10, or November 24, 2010.

Respectfully submitted,

/s/ H.S. Bartlett III
**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**

2

**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904, admission pending)**
**FISHMAN HAYGOOD PHELPS WALMSLEY**
    **WILLIS & SWANSON, L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**ROBERT A. KUTCHER (# 7895)**
**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3820
Facsimile: (504) 836-9573

## CERTIFICATE OF SERVICE

I hereby certify that on September 23rd, 2010, I filed the foregoing pleading via CM/ECF with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

/s/ *H.S. Bartlett III*

3