UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: DEEPWATER HORIZON | * | |
| | * | CASE NO.: 2:10-cv-01156-CJB-SS |
| | * | |
| | * | DISTRICT JUDGE BARBIER |
| Applies to 2:10-cv-1926 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Unopposed Motion for Continuance of Hearing Date filed by Copeland's of New Orleans, Inc., Cheesecake Bistro, L.L.C., and Sweet Fire and Ice, L.L.C. (collectively, "Copeland's"),

**IT IS ORDERED** that the hearing date on Copeland's Rule 59(e) Motion to Alter or Amend Judgment Denying Copeland's Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision (Doc. No. 44) is continued from September 29, 2010, until _____ ____, 2010, at 9:30 a.m..

Signed this ____ day of September, 2010, in New Orleans, Louisiana.

                                                                               _____
                                                                               JUDGE CARL J. BARBIER