UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

**APPLICATION OF ELIZABETH J. CABRASER FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  ecabraser@lchb.com

Elizabeth J. Cabraser hereby respectfully applies for appointment to the Plaintiffs' Steering Committee.  Ms. Cabraser is a founding partner of Lieff Cabraser Heimann & Bernstein, LLP ("Lieff Cabraser").  In the Deepwater Horizon matter Lieff Cabraser and their co-counsel represent numerous fishermen, shrimpers, seafood wholesalers, charter boat operators, and property and business owners in Louisiana, Florida, Alabama, and Mississippi.[1]

## A.    About Lieff Cabraser

Lieff Cabraser is a 60-plus lawyer AV-rated firm with offices in San Francisco, New York, and Nashville.  The firm represents individuals, groups, and classes to redress the consequences of corporate misconduct, and has achieved numerous trial and appellate victories for plaintiffs in landmark toxic tort, environmental, maritime, and mass disaster litigation.  Lieff Cabraser's 20-plus year commitment as a class counsel for the fishermen classes (with over 1,000 class members as individual clients) in the epic *Exxon Valdez* litigation attests to the depth of our resources, commitment, and tenacity as advocates.  The breadth and scope of our firm's experience is described in detail at www.lieffcabraser.com.[2]

## B.    About Elizabeth Cabraser

Since 1981, Ms. Cabraser has served as court-appointed counsel in more than

---

[1] Lieff Cabraser is counsel of record in these MDL No. 2179 class actions:  *Le Discount Seafood, et al. v. BP, plc, et al.*, No. 10-cv-106 (N.D. Fla.); *Smiling Fish Cave v. BP, plc, et al.*, No. 5:10-cv-00177 (N.D. Fla.); *T&D Fishery, LLC, et al. v. BP, plc, et al.*, No. 2:10-cv-1332 (E.D.La.); *Ferguson, et al. v. BP, plc, et al.*, No. 1:10-cv-182 (S.D. Ala.); *Sea Eagle Fisheries Inc., et al. v. BP, plc, et al.*, No. 1:10-cv-238 (S.D. Ala.); *Cajun Maid, LLC, et al. v. BP, plc, et al.*, No. 1:10-cv-00176 (S.D. Miss.); *Simcox v. BP, plc, et al.*, No. 3:10-cv-0514 (M.D. Tenn.); and *Corliss Gallo, et al. v. BP, plc, et al*, No. 2:10-cv-02795 (E.D.La.).

[2] In September 2010, U.S. News and Best Lawyers recognized Lieff Cabraser as one of the best law firms in the nation. The publications undertook a comprehensive review of the U.S. legal profession, examining 8,782 law firms in 81 practice areas.  Lieff Cabraser received a national Tier 1 ranking in the "Mass Torts Litigation/Class Actions – Plaintiffs" practice area – one of only 22 plaintiffs' law firms nationwide to receive this ranking.  American Lawyer recently called Lieff Cabraser "one of the nation's premier plaintiff firms."  Every year since 2003, the National Law Journal has selected Lieff Cabraser as one of the top plaintiffs law firms in the nation based on the editors' examination of verdicts and settlements. Lieff Cabraser is one of only two plaintiffs' firms in the United States to receive this honor every year since the award's inception.

50 MDL proceedings, including many of the nation's largest mass disaster, product defect, environmental, and toxic tort actions.[3]  In these cases, Ms. Cabraser typically plays a leading role in the structure, organization, and pleading of the litigation, the briefing and argument of class certification and other complex legal issues, the formulation of "bellwether" and class trial plans, and the creation and administration of settlement and claims procedures.[4]

Ms. Cabraser teaches complex civil litigation, mass torts, and class actions as a visiting professor at Columbia University and Boalt Hall (University of California) Law Schools. She has also lectured and conducted seminars for the Federal Judicial Center, the National Center for State Courts, ALI-ABA, and the Practicing Law Institute.   She is a member of the Council of the American Law Institute ("ALI"), and an advisor to the ALI's Project on Aggregate Litigation.  She is Editor-in-Chief of California Class Actions Practice and Procedure, LexisNexis (updated annually), Executive Editor of the ABA Section of Litigation's annual Survey of State Class Action Law, and has authored numerous law review and other articles on

---

[3] These include lead, liaison or PSC roles in the following cases:  In re Cordis Pacemaker Products Liability Litigation, MDL No. 850 (S.D. Ohio); In re Silicone Gel Breast Implants Products Liability Litigation, MDL No. 926 (N.D. Ala.); In re Exxon Valdez, Case No. A89-095 Civil (Consolidated) (D. Alaska); In re Copley Pharmaceutical, Inc. "Albuterol" Products Liability Litigation, MDL No. 1013 (D. Wyo.); In re Felbatol Products Liability Litigation, MDL No. 1048 (N.D. Cal.); In re Telectronics Pacing Systems, Inc. Accufix Atrial "J" Leads Products Liability Litigation, MDL No. 1057 (S.D. Ohio); Castano v. American Tobacco, No. 94-1044 (E.D.La.); In re Diet Drugs Products Liability Litigation, MDL No. 1203 (E.D.Pa.); In re Bridgestone/Firestone Tires Products Liability Litigation, MDL No. 1371 (S.D. Ind.); In re Tri-State Crematory Litigation, MDL No. 1467 (N.D.Ga.); In re Bextra/Celebrex Products Liability Litigation, MDL No. 1699 (N.D. Cal.); In re Vioxx Products Liability Litigation, MDL No. 1657 (E.D.La.); In re Guidant Defibrillators Products Liability Litigation, MDL No. 1708 (D. Minn.); In re Yamaha Motor Corp. Rhino ATV Products Liability Litigation, MDL No. 2016 (W.D.Ky.); and In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, MDL 2151 (C.D. Cal.)  For a complete list of Ms. Cabraser's MDL appointments and other leadership roles, see www.lieffcabraser.com.

[4] For example, Ms. Cabraser designed the multi-phase Louisiana class action jury trial in Spitzfaden v. Dow Corning (Breast Implants); the nationwide multi-phase class action trial in the Alabama Masonite homeowners class litigation (over $1 billion distributed to homeowners to date), and numerous other class trials in federal and state courts.

aggregate litigation and punitive damages.[5]  She is a member of the Bar Association of the Fifth Federal Circuit, and has appeared and argued in Louisiana federal and state courts since 1992. The National Law Journal has repeatedly named Ms. Cabraser one of its "100 Most Influential Lawyers in America," "50 Most Influential Women Lawyers," and "Top Ten Women Litigators;" and the California Daily Journal regularly names her one of the "Top Women Litigators" and "Top 100 Lawyers."  She is a 2010 recipient of the ABA Commission on Women in the Profession's highest honor, the "Margaret Brent Women Lawyers of Achievement" award.

**C.    Ms. Cabraser's and Lieff Cabraser's Role in the Deepwater Horizon Cases To Date**

Ms. Cabraser and her partners, Steven E. Fineman (NY) and Elizabeth A. Alexander (Nashville), have been working with their Gulf State colleagues on Deepwater Horizon cases since shortly after the spill.[6]  Ms. Cabraser and her partners took the lead in drafting the complaints and legal briefs on behalf of these clients.  Ms. Cabraser also led her group's efforts in preparing the Gallo complaint, filed in this District, seeking certification of a class for the purpose of determining punitive damages.  As the litigation has become organized in New Orleans, Ms. Cabraser and her partners have volunteered for various work assignments assigned by Interim Liaison Counsel.

**D.    Why Ms. Cabraser Requests Appointment To The PSC**

Ms. Cabraser requests appointment by this Court to the PSC, and believes that appointment would contribute to the efficient and successful prosecution of the litigation for the following reasons:

---

[5] For further descriptions of and citations to articles authored by Ms. Cabraser, see www.lieffcabraser.com.

[6] The cases Lieff Cabraser and their co-counsel have filed are identified in footnote 1, above.  Our co-counsel include prominent trial lawyers from Louisiana, Mississippi, and Florida, including Dawn M. Barrios, Don Barrett, and Dewitt M. "Sparky" Lovelace, respectively.

● Ms. Cabraser has extensive experience in the leadership, management, and prosecution of complex mass actions.  Among her relevant experience is the *Exxon Valdez* litigation, in which she participated in class certification briefing, trial structure, and the representation of the class and its members.

● She can draw on and contribute her firm's unparalleled lawyering expertise and its substantial financial resources to the unique challenges and demands of the Deepwater Horizon litigation.

● Ms. Cabraser and her firm have demonstrated commitment to the Deepwater Horizon litigation through their representation of clients throughout the Gulf region (both in the context of filed lawsuits and in the claims process), and by volunteering to work collaboratively with their colleagues from around the country on projects coordinated by Interim Liaison Counsel.

● Finally, although the Deepwater Horizon explosion and spill occurred far from her "home" office in San Francisco, it is a hallmark of Ms. Cabraser's career, and the long-term mission of Lieff Cabraser, to seek justice for the people of this country, no matter where they reside, in the face of corporate misconduct.  She has thus been appointed to lead and PSC roles by MDL courts in every federal circuit, and would be privileged to serve on the PSC in this litigation.

Respectfully submitted,

Dated:  September 23, 2010

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email:  ecabraser@lchb.com