UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

APPLICATION OF THOMAS M. DISCON FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

COMES NOW, Thomas M. Discon and in compliance with the Court's Order respectfully submits his application for appointment to the Plaintiff's Steering Committee in MDL No. 2179. In support of this application I aver the following:

BACKGROUND AND MARITIME LAW EXPERIENCE

I am the Senior Member of Discon Law Firm, LLC. I graduated from Louisiana State University in 1981 with a Bachelor's degree of Science majoring in Accounting. In 1984, I graduated from Loyola University School of Law having concentrated my studies in maritime law. I was retained in my first maritime personal injury case during my senior year of law school. I furthered my education in this field by attending the Masters in Admiralty Program at Tulane University. Since 1984, the primary focus of my practice has been in maritime cases. I have practiced in Federal and State courts handling the complete spectrum of maritime cases, including, both blue and brown water seaman cases, LHWCA cases, 905(b) cases and pure GML cases. I have represented maritime claimants from California to New York. I have been involved in many cases with respect to drilling operations in the Gulf of Mexico. I have extensive experience in cases and trials involving the issue of Vessel Owner Limitation of Liability.

My maritime law experience is well documented in the following lists of reported and unreported maritime cases of Thomas M. Discon and of maritime cases completed and/or

presently pending just during the past two years. These lists are not intended to be comprehensive of the number of maritime cases I have handled and/or am handling at present.

### REPORTED AND UNREPORTED MARITIME CASES OF THOMAS M DISCON

*Odeco Oil and Gas Co., Drilling Div. v. Bonnette*, 4 F.3d 401, 1993 WL 380242, 1994 A.M.C. 506, , C.A.5 (La.), October 14, 1993(No. 92-3776.)

*Odeco Oil and Gas Co., Drilling Div. v. Bonnette*, 74 F.3d 671, 1996 WL 34726, 1996 A.M.C. 913, C.A.5 (La.), February 14, 1996(No. 95-30041.)

*In re Endeavor Marine Inc.*, 234 F.3d 287, 2000 WL 1735115, 2001 A.M.C. 581, C.A.5 (La.), December 11, 2000(No. 99-30197.)

*Duet v. Falgout Offshore, LLC*, Slip Copy, 2010 WL 1817766, E.D.La., May 05, 2010(Civil Action No. 09-3321.)

*Chouest v. Offshore Marine, L.L.C.*, Not Reported in F.Supp.2d, 2010 WL 375315, E.D.La., January 26, 2010(Civil Action No. 08-4809.)

*In re Seabulk Offshore, Ltd.*, 158 F.3d 897, 1998 WL 743998, 1999 A.M.C. 790, C.A.5 (La.), October 26, 1998(No. 97-31224.)

*Godbold v. Maersk Line, Ltd.*, Slip Copy, 2009 WL 701711, E.D.La., March 13, 2009(Civil Action No. 07-5263.)

*Fricke v. McKinney Inland, LLC*, Not Reported in F.Supp.2d, 2007 WL 3353303, E.D.La., November 09, 2007(Civil Action No. 07-02810.)

*Robinson v. Orient Marine Co. Ltd.*, 505 F.3d 364, 2007 WL 3036807, 2007 A.M.C. 2742, C.A.5 (La.), October 19, 2007(No. 06-30791.)

*River Transp. Associates v. Wall*, 5 F.3d 97, 1993 WL 391429, 1994 A.M.C. 1151, C.A.5 (La.), October 21, 1993(No. 91-3526.)

*Hennegan v. Cooper/T. Smith Stevedoring Co., Inc.*, 837 So.2d 96, 2002 WL 31927771, 2002-0282 (La.App. 4 Cir. 12/30/02), La.App. 4 Cir., December 30, 2002(No. 2002-CA-0282.)

*Dragon v. Cooper/T. Smith Stevedoring Co., Inc.*, 726 So.2d 1006, 1999 WL 23226, 1999 A.M.C. 814, 1998-1375 (La.App. 4 Cir. 1/6/99), , La.App. 4 Cir. January 06, 1999(No. 98-CA-1375)

*Walton v. Cooper/T. Smith Stevedoring*, 709 So.2d 941, 1998 WL 102972, 1997-0100 (La.App. 4 Cir. 3/4/98), La.App. 4 Cir, March 04, 1998(No. 97-CA-0100.)

*Wall v. Progressive Barge Line, Inc.*, 703 So.2d 681, 1997 WL 680790, 97-0665 (La.App. 4 Cir. 10/29/97), La.App. 4 Cir. October 29, 1997(Nos. 97-CA-0665 to 97-CA-0668.)

*Croy v. Bollinger Mach. Shop and Shipyard, Inc.*, 578 So.2d 945, 1991 WL 46779, La.App. 1 Cir. March 28, 1991(No. 89 CA 2054.)

*Chauvin v. Furgo-Geoteam SA*, Not Reported in F.Supp.2d, 2007 WL 2265233, , E.D.La., August 01, 2007(Civil Action No. 06-2290.)

*Hecker v. Bay Towing Corp.*, Not Reported in F.Supp.2d, 2006 WL 6153347, E.D.La., February 08, 2006(Civil Action No. 04-1981.)

*Gulf Towing, L.L.C.*, Not Reported in F.Supp.2d, 2004 WL 2988478, E.D.La., December 09, 2004(No. Civ.A.04-1497.)

*Lee v. Searex Mfg., LLC*, 166 F.Supp.2d 507, 2001 WL 378689, E.D.La., April *Lee v. Central* 12, 2001(No. Civ.A. 00-1161.)

*Grundstrom v. 4-J's Enterprise, Inc.*, Not Reported in F.Supp.2d, 2004 WL 551207, E.D.La., March 18, 2004(No. Civ.A.03-2657.)

*In re Acosta*, Not Reported in F.Supp.2d, 2003 WL 23109775, E.D.La., December 30, 2003(No. Civ.A. 02-0639, 00-15581, 00-1249.)

### LIST OF MARITIME CASES COMPLETED AND/OR PRESENTLY PENDING DURING THE PAST TWO YEARS

**FEDERAL CASES EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| USDC | No.: 2:10-00070 | **Timmy St. Pierre vs. Gravois Tugs** |
| USDC | No.: 2:10-02697 | **Floyd Badeaux vs. Magnolia Fleet, LLC, et al** |

| | | |
|---|---|---|
| USDC | No.: 2:10-02714 | Andre Claiborne vs. St. James Stevedoring Co., Inc. |
| USDC | No.: 08-0121 | Ronnie Bond vs. Maersk Line, Ltd. |
| USDC | No.: 09-3223 | David Bonnette vs. Laborde Marine, LLC, et al |
| USDC | No.: 08-4767 | Yancy Gene Guidry, SR. vs. Key Energy Services, et al |
| USDC | No.: 08-4766 | Brian Patrick Jones vs. Southern Pacific Holding, et al |
| USDC | No.: 07-5578 | Martin Mapp, et al vs. Reel Peace Charters, LLC |
| USDC | No.: 2:10-1204 | Chris B. Shackelford vs. Traylor–Massman–Weeks |
| USDC | No.: 2:10-00192 | John C. Shackleford vs. Traylor–Massman–Weeks |
| USDC | No.:09-3321 | Glenn Duet vs. Falgout Offshore, LLC, et al |
| USDC | No.: 07-7124 | Arnaldo Henriquez vs. K-Sea Transportation Partners |
| USDC | No.: 07-9462 | Michelle Piatkowski vs. Edison Chouest Offshore |
| USDC | No.: 10-1572 | Larry Lohman vs. Galliano Marine Services, LLC |
| USDC | No.: 2:10-02815 | Benjamin Guillot vs. Crowley Maritime Corp., et al |

**FEDERAL CASES SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| USDC | No.: 1:07cv964 | Jean S. Couvillion vs. OSG Ship Management, Inc., et al |
| USDC | NO.: 3:08cv214 | John W. Maynor Sr. vs. American Overseas Marine |

**STATE COURT CASES**

| | | |
|---|---|---|
| CDC ORLEANS PARISH | No.: 2003-901 | Rogelois Castellanos vs. Maersk Line, Ltd |
| CDC ORLEANS PARISH | No.: 09-4374, I-14 | Huey Naquin vs. Cooper/T. Smith Stevedoring Company, Inc., Amdura Corporation Garlock Inc, and Eagle Inc. |

## <u>CLASS ACTION EXPERIENCE</u>

Thomas M. Discon and Discon Law Firm, LLC have significant and successful class action experience. I was appointed to the Plaintiff's Steering Committee in *"In Re: Chemical Release at Bogalusa", 22nd JDC of Washington Parish, No.: 73,341.* I was the Discovery Chairman on the Steering Committee and was one of the four primary trial counsel involved in the trial which concluded with a $91,000.000.00 verdict against the Gaylord Chemical Corporation. As Discovery Chairman, I coordinated discovery among numerous parties totaling in the double digits, including expert inspections, equipment testing, document production, depositions which numbered in the hundreds, document examinations, expert witness

preparation, various protocols for equipment testing, medical examinations and expert witness "reliance materials" production protocols. In connection with discovery issues we were always able to come to a resolution between the parties without court intervention. In addition to *In Re Chemical Release at Bogalusa*, I have been co-lead counsel in class action cases *Dragon v. Cooper/T. Smith Stevedoring Co., Inc., 726 So.2d 1006 (La.App. 4 Cir. 1/6/99) and Vanessa Rounds, et al vs. Lawrence Lindig, et al, Docket #128514 Division D of the 32nd Judicial District Court for the Parish of Terrebonne.*

In connection with the above matter, I represent the interests of commercial fishermen, seafood retailers, property owners, business owners and seafood restaurants. Your Honor, I can assure you that my resolve and dedication is endless. I have a dedicated staff experienced in handling complex litigation. Our firm will work cooperatively and professionally with all counsel, parties and this Honorable Court; and will be devoted to a successful conclusion in this litigation.

**CERTIFICATE OF SERVICES**

I hereby certify that on September 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all CM/ECF participants. I also certify that the above and foregoing has this date been forwarded by U.S. Mail, postage prepaid and properly addressed to the non-CM/ECF participants.

S/ THOMAS M. DISCON
THOMAS M. DISCON

Respectfully submitted,
DISCON LAW FIRM

S/ THOMAS M. DISCON
THOMAS M. DISCON, T.A. #14219
424 N. Causeway Boulevard, Ste. A
Mandeville, Louisiana  70448
Telephone: (985) 674-9748
E-mail: tdiscon@aol.com