UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL. NO 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### APPLICATION OF CALVIN C. FAYARD, JR. FOR APPOINTMENT TO PSC

Calvin C. Fayard, Jr. respectfully requests appointment as a member of the Plaintiffs' Steering Committee ("PSC"), addressing the criteria for membership as set forth in PTO No. 1.

### A. WILLINGNESS AND AVAILABILITY

Mr. Fayard is available. More importantly, he is highly motivated, willing, and committed to devoting the time, energy, and resources required to facilitate expeditious, economical, and just administration of this litigation. He is not actively engaged in any other national or regional MDL matters, or other complex litigation, which require his daily participation or which might interfere with his work on this case. Mr. Fayard has recently concluded several complex cases where he served either as PSC Chair or member. Current cases and his roles include *In Re: Katrina Canal Breaches Consolidated Litigation*, Insurance Subcommittee Liaison Counsel; lead settlement counsel and co-trial counsel in *Robinson v. United States*; and Class Counsel in *Arthur, et al. v. Standard Fire*, et al., an insurance settlement class. None of these cases constrain his time and energy. Further, his office has available the personnel, the facilities, and the financial resources to support Mr. Fayard's dedicated and equitable representation as a member of the PSC. He is prepared to commit as much of his *personal* time and effort as necessary to carry out these duties and responsibilities.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Starting in 1982 with the landmark class action case of *Livingston Parish Police Jury, et al. v. Illinois Central Gulf Railroad, et al.,* (1982), Suit No. 40,049, Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana, Mr. Fayard has spent the last twenty-eight years building an expertise in complex litigation, specifically mass torts. He is uniformly recognized by his peers for his organizational expertise, strong character, fair dealing, and forthright negotiating skills. Mr. Fayard has an excellent national reputation for his ability to work harmoniously and effectively with others, particularly in the area of settlement negotiations. Judges, magistrates, special masters, mediators, disbursing agents, and defense and plaintiffs' counsel alike, both locally and nationally, commend him for his patience, foresight, and diplomacy in bringing competing interests together.

Mr. Fayard has successfully litigated numerous complex cases involving thousands of plaintiffs and numerous defendants. He has handled discovery, conferences, hearings, and face-to-face negotiations involving senior partners of nationally recognized defense law firms. He has spearheaded complex litigation culminating in class certification and/or verdicts for the plaintiffs and thereafter negotiated settlements for hundreds of millions of dollars and, equally important, followed through and delivered on the complex terms and conditions of the agreements in order to best serve his clients. The resolution of such matters by Mr. Fayard demonstrates his discretion and willingness to put the best interests of the masses ahead of the desires of a few. Equity sometimes requires a philosophy of compromise without becoming insensitive to, or sacrificing or minimizing, the valued demands of claimants and the community.

## C. PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Mr. Fayard has the experience that this Court and this litigation demands and he has a proven track record meeting these criteria. Below is an abbreviated listing of complex cases in which Mr.

2

Fayard served as Plaintiffs' Steering Committee ("PSC") Member or Liaison:

a) *In Re: Telectronics Accufix Atrial (J) Pacing Leads Product Liability Litigation*, MDL No. 1057, (S.D.Ohio), [settled];
b) *In Re: Copley Pharmaceutical "Albuterol" Products Liability Litigation*, MDL No. 1013, (D.WY.), [tried, settled before verdict];
c) *In Re: Pedicle Screw Product Liability Litigation*, MDL No. 1014, (E.D.Pa., filed 1994);
d) *In Re: Combustion, Inc.*, 94MDL4000, (W.D.La., filed 1986);
e) *In Re: Train Derailment Near Amite Louisiana on 10/12/02*, MDL No. 1531, (E.D. La.);
f) *In Re: Katrina Canal Breaches Consolidated Litigation*, (ED LA) 05-4182. 2006;
g) *Livingston Parish Police Jury, et al. v. Illinois Central Gulf Railroad, et al.*, CA No. 40,049, 21st Judicial District Court, Parish of Livingston, State of Louisiana;
h) *Leonard Adams, et al. v. Norfolk Southern Corporation, et al.*, No. 88-17788, Div. "D," New Orleans Civil District Court, [tried to verdict and then settled].

Many of the cases handled by Mr. Fayard have required several years of staying power and have demanded enormous staff and economic resources. In Louisiana, Mr. Fayard pioneered the use of uniform guidelines for computerization and development of claims data and the employment of impartial special masters and disbursing agents to evaluate, allocate and distribute monies to ensure fair and equitable treatment of all plaintiffs.

Articles and texts co-authored and published by Mr. Fayard include *The Louisiana Class Action*, 58 La. L. Rev. 953 (1998); *Louisiana Complex Litigation*, McCowan and Fayard, 90 Tul. L. Rev. 1905, (2006); and portions of the *Complex Litigation Bench Book for Judges*, a compilation of case law, procedures, and techniques for management of complex matters which was written in 1997 as a reference book for judges by a committee appointed by the Louisiana Supreme Court. Additionally, Mr. Fayard is a former President of the Louisiana Trial Lawyers Association, a former member of the Board of Governors of the American Trial Lawyers Association, a former member of the Board of the Louisiana State Bar Foundation, and a current member of the International Academy of Trial Lawyers. Mr. Fayard has taught seminars at Louisiana State University, Tulane

Law School and the Louisiana State Bar Association Judges' School in Destin, Florida on complex litigation, and he is admitted to practice law in Louisiana, Wyoming, and Colorado.

### D. CONCLUSION

Mr. Fayard is significantly involved in this litigation and is counsel of record in cases making RICO claims; loss of income, profit, wages, and other economic damages; and shareholder losses. He is also counsel for the district attorneys from the parishes of Iberia, St. Mary, St. Tammany, and Terrebonne with respect to claims or actions for civil penalties imposed against the defendants for the loss and injury of wildlife and fisheries experienced by the State of Louisiana.

He has worked closely with Liaison Counsel since the inception of the litigation and has assisted in the organization and coordination of plaintiffs' counsel pursuing this litigation and the development of litigation strategy. He has attended numerous meetings and court hearings, including the MDL hearing in Boise, Idaho. He has worked with numerous other firms in preparation of and filing of the above mentioned lawsuits. Calvin Fayard has the requisite availability, experience, resources, ability, and temperament to serve as a PSC member in this most complex litigation.

WHEREFORE, Calvin C. Fayard, Jr. respectfully requests an appointment to the Plaintiffs' Steering Committee in the captioned litigation and certifies that a copy of this pleading has been sent to all counsel of record via the Court's CM/ECF system this 23rd day of September, 2010.

Respectfully submitted:
/s/ Calvin C. Fayard, Jr.
Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Email: calvinfayard@fayardlaw.com