UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN |

...................................................................................................................................................

### APPLICATION OF MICHAEL C. PALMINTIER FOR APPOINTMENT TO PLAINTIFFS STEERING COMMITTEE

Pursuant to the provisions of PTO #1, Section 17, Michael C. Palmintier hereby respectfully submits his application and requests that the court appoint him to the Plaintiffs Steering Committee in the captioned matter.

### INTRODUCTION

Undersigned is counsel of record for William D. Gregoire Veronica G. Stelly and Toby J. Stelly, in the case captioned *William D. Gregoire Veronica G. Stelly and Toby J. Stelly, v Transocean, LTD, et al.  USDC-ED (LA) 2:10-CV-01351*.  Plaintiffs in that case are citizens of the State of Louisiana, who earn their livelihood as commercial fishermen in and around the Gulf of Mexico.  As a result of the explosion, fire and sinking of the Deepwater Horizon on April 20, 2010, they, along with many others who are similarly situated, suffered significant and ongoing economic damages.  Undersigned represents these and other clients as part of a group of attorneys referred to herein as the Gregoire Group.  He responds to the

### WILLINGNESS / ABILITY TO COMMIT

1

Michael C. Palmintier hereby assures this court that, if appointed to the PSC, he will fully commit himself to this litigation, both personally and financially, as evidenced by applicant's involvement as part of the trial team of the MRGO case (*Norman Robinson, et al v. United States of America, et al Civil Action No.: 06-CV-2268*), in which counsel, in addition to participating in countless hours of preparatory time and motion practice, dedicated the entire month of April 2009, participating as one of five trial counsel trying the matter before Judge Stanwood Duval. Applicant also continues to play an active role in all post trial activity, including brief preparation and participation in meetings across the United States, including Washington D.C. and Dallas, Texas.

As this Honorable Court can see from past experience in MRGO, counsel has proven that he has the experience, financial resources and willingness to serve on the PSC and he will be fully committed to this case.

### EXPERIENCE[1]

Applicant feels he is imminently qualified to be appointed to the Plaintiff Steering Committee of this matter. Counsel is a partner in the law firm of deGravelles, Palmintier, Holthaus & Frugé, L.L.P. in Baton Rouge. He earned Bachelor of Science and Juris Doctorate degrees at Louisiana State University and has been practicing law in the Capital City since 1975. His practice is exclusively in litigation and focuses predominantly on the representation of plaintiffs in personal injury and business litigation. He has represented thousands of families throughout the nation during more than three decades of practice. Michael C. Palmintier has practiced in state and federal courts throughout the nation. He is admitted before the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Federal Circuit,

---

[1] See attached Resume of Michael C. Palmintier

and all three United States District Courts in Louisiana. He has had cases before the Supreme Court of Louisiana, as well as all Louisiana Courts of Appeal, and has practiced in the majority of district courts throughout the state. He is a member of both the Louisiana State and Baton Rouge Bar Associations.

Mr. Palmintier has extensive experience in class actions, mass torts and other complex litigation, including the previously mentioned MRGO cases, *Norman Robinson, et al v. United States of America, et al Civil Action No.: 06-CV-2268*, serving as one of the trial counsel who tried the matter before Judge Stanwood Duval, obtaining a historic ruling on behalf of the people of New Orleans and surrounding areas.

In addition to serving as trial counsel in MRGO, Michael C. Palmintier was lead counsel in the mass tort entitled *Michael Quaid, et al v. CF Industries et al Suit Number: 69783, 23rd Judicial District Court, Ascension Parish, State of Louisiana,* served as co-lead counsel in the class action entitled *Kevin Landreneau, et al v. Fleet Financial Group, et al Civil Action No.: 01-26-B-M1 Middle District of Louisiana,* and co-counsel in class action entitled *David Blakely, et al v. Armour Pharmaceutical Company Inc., et al, Suit Number: 461,791, 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana* and co-counsel in the class action entitled *Marylyn Melder, et al v. Allstate Insurance Company, et al, Civil Action No.: 03-2499, Eastern District of Louisiana, United States District Court.* Counsel was also heavily involved in the class action entitled *Katrina Canal Breach Litigation, Civil Action No.: 2:05-cv-04182, Eastern District of Louisiana United States District Court.*

Mr. Palmintier is a member and past president of the Louisiana Association for Justice (LAJ, formerly the Louisiana Trial Lawyers Association), has served on LAJ's Board of Governors, and

currently serves on that association's Executive Committee. He has twice chaired the association's Medical Malpractice Section. He is a member of the American Association for Justice. As a member of the Baton Rouge Bar Association, he has chaired its Court Liaison and Inter-professional Cooperation (doctors and lawyers) committees. Mr. Palmintier has been a member of the Governor's Medical Malpractice Commission, the Governor's Panel to Establish a Uniform Medical Informed Consent Form, and the Alliance for Judicial Excellence. He is a member and the past membership chairman of the Henry George McMahon Chapter of the American Inns of Court. He served on the LSU Paul M. Hebert Law Center Board of Trustees and has been the chair of the Law School's Chancellor's Counsel.

Mr. Palmintier has presented lectures on Tort Law for such diverse groups as the LSU Law Center, Southern University Law School, Louisiana State Bar Association, Baton Rouge Bar Association, Louisiana Association for Justice, American College of Surgeons, Louisiana State Medical Society, National Business Institutes, Louisiana Association of Defense Counsel, LSU Paralegal Studies Program, and others.

## CONCLUSION

In 35 years of practice, Michael C. Palmintier has proven himself to be a knowledgeable and versatile attorney, working in the best interest of the over 3000 clients he has represented.[2]  As a member of several successful class action teams, as well as his involvement in numerous legal and community organizations, Michael C. Palmintier has proven his leadership, his ability, his financial resources and his commitment, to participate successfully as part of a class action team in a complex

---

[2]  Due to page constraints pursuant to PTO # 1, please visit www.palmintierlaw.com for more detailed information regarding Mr. Palmintier's practice.

litigation such as the one before this Honorable Court. For this reason, applicant respectfully request that this Honorable Court appoint him to the Plaintiffs Steering Committee in the captioned matter.

        Respectfully Submitted:

        deGravelles, Palmintier, Holthaus & Fruge, L.L.P.
        618 Main Street
        Baton Rouge, Louisiana 70801
        Telephone: (225) 344-3735


        By: /s/ Michael C. Palmintier
           MICHAEL C. PALMINTIER
           Bar Roll Number: 10288