UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: ALL CASES | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
|---|---|

### APPLICATION OF BRIAN H. BARR FOR APPOINTMENT TO THE <u>PLAINTIFFS' STEERING COMMITTEE</u>

COMES NOW Brian H. Barr of the law firm of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., and pursuant to Pretrial Order No. 1, files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") for MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 21, 2010*.

I am counsel of record in the following cases pending in this MDL: *Joe Patti Seafood Co., et al. v. Transocean, Ltd., et al.,* Case No. 3:10-cv-00137 (N.D. Fla.); *Rinke, et al., v. BP PLC*, Case No. 3:10-cv-00206 (N.D. Fla.); *Key West Tiki Charters, Inc., et al. v. Transocean, Ltd.*, et al., Case No. 4:10-cv-10039 (S.D. Fla.); and *David Meyer, et al. v. BP America, et al.*, Case No. 1:10-cv-00216 (S.D. Ala.).

The Court has set out three essential criteria for appointment to the PSC. My firm and I satisfy each of these criteria and bring an extensive body of knowledge and experience on the

litigation of both environmental and mass tort cases. This experience will be a benefit to all plaintiffs involved in this litigation.

## Professional Experience in this Type of Litigation

I am the head of Levin Papantonio's Environmental Litigation Department. I oversee several lawyers and an extensive support staff who work exclusively on environmental contamination cases. These cases involve both water and soil contamination and require an extensive knowledge of such complex scientific fields as hydrology, toxicology, risk assessment, epidemiology, property appraisal, fate and transport, biology, chemistry and many others. In addition to knowledge and experience in these complex scientific fields, I am also knowledgeable in the relevant areas of the law, including riparian property right, nuisance law, class action law, the Oil Pollution Act of 1990 and Florida's statutory strict liability for environmental contamination. I have been asked to speak at numerous seminars regarding this complex area of the law.[1] Further, I was involved in a recently published article in the Florida Justice Association Journal addressing the Oil Pollution Act as well as other state laws relevant to the oil spill.[2]

Throughout my career, I have represented thousands of victims of environmental contamination. For example, in the case of *Samples v. Conoco*, a groundwater contamination class action in Florida, we obtained a settlement of $100 million for diminution in property value and medical monitoring. In the case of *Perrine v. DuPont*, a soil contamination class action in West Virginia, we obtained a verdict of $390 million for remediation, medical monitoring and

---

[1] (1) 360 Advocacy Institute – Gulf Coast Disaster: Representing the Plaintiffs – Individuals to Institutions (May 20 – 21, 2010); (2) Florida Justice Association Annual Convention (June 9-10, 2010); (3) American Association for Justice Gulf Coast Oil Spill Litigation Teleseminar (June 2, 1010); and (4) the upcoming Mass Torts Made Perfect Seminar (October 14 – 15, 2010).
[2] Troy A. Rafferty and Amanda Slevinski, "The BP Oil Catastrophe – An Introduction to the Oil Pollution Act and Relevant State Laws," The Florida Justice Association Journal, Aug. 2010, No. 547 at 18.

punitive damages. As a result of years of litigation and the ultimate trial, the entire trial team, including myself, was named one of five finalists for the Public Justice Trial Lawyers of the Year in 2008. I am also lead class counsel in the case of *Sher v. Raytheon*, a certified groundwater contamination class currently pending in the United States District Court for the Middle District of Florida.

In addition to my work in the area of environmental law, I also have professional experience in the conduct and procedures involved in Multidistrict Litigation. I serve on the Plaintiffs' Steering Committee of MDL No. 1928, *In re: Trasylol Products Liability Litigation* and have served on various working groups/subcommittees in many other MDLs. The experience my firm brings to the conduct of MDLs cannot be overstated, as lawyers from my firm have been appointed to the PSC in over twenty (20) different MDLs.

### **Willingness and Availability to Commit to the MDL**

I am well aware of the commitment of time, money and other resources required in this type of litigation. My firm and I have litigated environmental contamination cases that have required over 10,000 hours of attorney time and $10 million in advanced client costs. As we currently represent over 600 individuals for damage caused to their businesses and real estate, including being named the preferred counsel of the Florida Restaurant and Lodging Association ("FRLA") (an association that represents the interests of over 10,000 members in the State of Florida), the decision to commit the required time and resources to this litigation has already been made. I am fully committed to this litigation and will expend the necessary time and resources to vigorously advocate for all plaintiffs.

**Ability to Work Cooperatively with Others**

I fully understand and agree with the importance of working cooperatively with other lawyers and law firms in the prosecution of this litigation. Given the wide and extensive interests and experience of other counsel in this litigation, cooperation between counsel is vital to success. Throughout my legal career I have shown an ability to cooperate and work with others to benefit the collective interest of all plaintiffs. My experience from acting as lead class counsel to a member of a working committee has required a cooperative attitude. In this litigation specifically, I have made many efforts to coordinate counsel in an attempt to ensure that all viewpoints are heard and a collective decision is reached. I believe these efforts are primary reasons I have been appointed to co-Chair the American Association of Justice's Gulf Coast Oil Spill Litigation Group and to serve as a co-chairman on multiple interim working groups established by co-liaison counsel, Steve Herman and Jim Roy, including the working group responsible for the retention and coordination of experts responsible for sampling and testing of natural resources impacted by this spill

Wherefore, I respectfully request appointment to the Plaintiffs' Steering Committee.

Dated:
September 23, 2010

Respectfully Submitted,

/s/ Brian H. Barr
_____

Brian H. Barr
Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
Telephone:  (850) 435-7045
Facsimile:  (850) 436-6044
Email:  bbarr@levinlaw.com

**Certificate of Service**

  I hereby certify that on September 23, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/ Brian H. Barr
            _____
            Brian H. Barr (Fla. Bar No. 0493041)
            bbarr@levinlaw.com
            Levin, Papantonio, et. al.
            316 South Baylen Street, Ste. 600
            Pensacola, FL 32502
            Telephone: (850) 435-7045
            Facsimile:  (850) 436-6045