IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the Oil Rig          *      MDL NO. 2179
   "DEEPWATER HORIZON: in the     *
   GULF OF MEXICO, on April 20, 2010   *
              *      SECTION: "J"
              *
              *
              *      JUDGE BARBIER
              *      MAG. JUDGE SHUSHAN
THIS DOCUMENT RELATES TO:               *
  Civil Action No. 10-1245              *
  Darleen Jacobs Levy vs. BP, PLC, et al   *

*********************************************

MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

   NOW INTO COURT, through undersigned counsel, comes plaintiff, Darleen Jacobs Levy, who files this Second Supplemental and Amending Complaint.  Defendants have been consulted and have no objection to the filing of this Second Supplemental and Amending Complaint.  In accordance with Rule 7.6(E) there is no objection to this motion.

   WHEREFORE, plaintiff, Darleen Jacobs Levy, moves this Honorable Court to grant the Second Supplemental and Amending Complaint as outlined above.

         Respectfully submitted:


         _S/Darleen M. Jacobs_____
         DARLEEN M. JACOBS, ESQ. (#7208)
         RICHARD MARTIN, ESQ.
         KENNETH CHARBONNET, ESQ.
         AL SARRAT, ESQ.
         823 St. Louis Street
         New Orleans, LA 70112
         (504) 522-0155
         Attorneys for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of September, 2010, I caused the foregoing to

be served on all counsel of record via the Court's CM/ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS
