IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Action No. 10-1245 | * | |
| Darleen Jacobs Levy vs. BP, PLC, et al | * | |

******************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiff, Darleen Jacobs Levy, seeks to file this Second Supplemental and Amending Complaint. Defendants have been consulted and there is no objection to the filing of the Second Supplemental and Amending Complaint. In accordance with Rule 7/6(E) there is no objection to this motion.

WHEREFORE, plaintiff, Darleen Jacobs Levy, moves this Honorable Court to grant the Second Supplemental and Amending Complaint as outlined above.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2010, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS