IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| in the Gulf of Mexico | § | Judge Barbier |
| on April 20, 2010 | § | Mag. Judge Shushan |
| | § | |
| This Document Relates to All Cases | § | |

## APPLICATION OF MARK LANIER
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Mark Lanier of The Lanier Law Firm respectfully submits this application for appointment to the Plaintiffs' Steering Committee.

### PERSONAL BACKGROUND

I founded The Lanier Law Firm in 1990. I am the firm's lead litigation counsel, and I have tried cases involving maritime issues and injuries (including the Limitation of a Ship-Owner's Liabilities), offshore drilling, pollution, commercial issues, mass torts, and class actions. The verdict totals of these cases exceed one billion dollars. The more newsworthy verdicts include a $56.3 product liability case in 2010; three Vioxx verdicts from 2005 through 2007, including the first verdict for $253 million; an eight-figure verdict in a bellwether trial in an oil drilling/pollution mass tort case, a $474 million verdict in an oil and gas field case; and a $118 million dollar verdict in an asbestos mass tort case for 21 plaintiffs.

Our settlement record includes not only significant settlements from cases tried to verdict, but also multiple eight figure settlements in mass tort cases; a $32.5 million settlement in an antitrust case in 2009; a nine-figure personal injury settlement on behalf of a number of oil/gas plant workers in 2008; a $60 million settlement in an antitrust case in 2007; and a $160

million antitrust settlement in 2004. Additionally, the three Vioxx® trials helped lead to the $4.85 billion settlement of the litigation for all qualifying Vioxx® claimants.

My experience is thorough in areas directly related to the Court's docket. I have personally handled hundreds of maritime personal injury and death cases, and cases involving oil drilling and engineering issues. Those cases have involved the full panoply of legal issues present in these cases, including controlling law (Jones Act, DOHSA, OCSLA, Limitation of Liability, *etc.*), the classification of various types of maritime workers, calculation of various types of damages (economic, lost profits, all pecuniary and non-pecuniary damages, *etc.*), and various other issues that will be addressed in the Deepwater Horizon litigation.

Through this work and because of the great support of over 60 lawyers who practice at our offices in Houston, New York, Los Angeles, and Palo Alto, a number of honors have come our way.

In 2010, The National Law Journal ("NLJ") named me as one of the Most Influential Attorneys of the Decade (the only plaintiff attorney so named), and I was also selected to Lawdragon's list of 500 Leading Lawyers in America. On June 28, 2010, Texas Lawyer named me as one of the "25 Greatest Texas Lawyers of the Past Quarter-Century." In 1998 and 2006, the NLJ recognized me as one of the nation's Top 10 Trial Attorneys, and in 2006, the NLJ designated me as one of the 100 Most Influential Lawyers in America. The NLJ also named me among the country's 40 top attorneys under the age of 40. Each year I have been named a "Texas Super Lawyer," and for the last three years, I was one of the top ten in number of votes received.

Additionally, the Lanier Law Firm has significant MDL experience and we have represented numerous clients in the following multi-district litigations, often serving both on the PSC and in PSC leadership roles : IN RE: Toyota Litigation, MDL 2151, C.D. CA.; IN RE:

Vioxx Litigation, MDL 1657 (appointed by Judge Eldon Fallon to Vioxx Fee Committee, E.D.LA.);  IN RE: Bextra and Celebrex Liability Litigation, MDL 1699, N.D.CA.;  IN RE: Zyprexa Litigation, MDL 1596, E.D.N.Y.;  IN RE: Avandia Litigation, MDL 1871, E.D.PA.; IN RE: Neurontin Litigation, MDL 1629, D.MA.; IN RE: Levaquin Litigation, MDL 1943, D.MN.; IN RE: Heparin Litigation, MDL 1657, N.D.OH.; IN RE: Digitek Litigation, MDL 1968, S.D.W.V.; IN RE: Fosamax Litigation, MDL 1789, S.D.N.Y.; IN RE: Chantix (Varenicline) Litigation, MDL 2092, N.D.AL.; IN RE: Trasylol Litigation, MDL 1928, S.D.FL.; IN RE: Viagra Litigation, MDL 1724, D.MN.; and IN RE: Gadolinium Contrast Dyes Litigation, MDL 1909, N.D.OH.[1]  The Lanier Law Firm has held leadership positions in:  Toyota; Avandia®; Bextra®/Celebrex®; Levaquin®; Chantix®; and Zyprexa II®.

## CASE INVOLVEMENT

Since the Deepwater Horizon explosion on April 20, 2010, I have committed significant personnel, time, and financial support to this litigation.  In the hours and days immediately following the explosion of the Deepwater Horizon, I have taken an active role in this litigation. Along with other prominent plaintiffs' counsel, I filed numerous cases in a variety of jurisdictions, including the second-filed class action in E.D. L.A.  The Lanier Law Firm represents hundreds of clients including fishermen, fisheries, oystermen, restaurateurs, condominium owners, *etc*.  My commitment to this litigation has been underscored through my efforts to advance this litigation, including my personal retention of nationally-renowned experts, one of whom has been engaged in key evidence recovery operations.  I have also negotiated

---

[1] We have also maintained lead roles in State Court litigations concerning the following pharmaceutical litigations: Vioxx® (Atlantic County, NJ); Bextra®/Celebrex® (New York County, NY); Avandia® (Philadelphia County, PA); Neurontin® (New York County, NY), Levaquin® (Atlantic County, NJ), Fosamax (Atlantic County); Yaz/Yasmin/Ocella (Bergen County, NJ); and Chantix® (pending in New York State).

complex discovery plans with defendants, obtained key rulings on issues of preservation of evidence from various courts, and obtained early release of critical documents from defendants.

I also satisfy this Court's criteria for appointment of being able to work cooperatively with others. Notably, I have recent experience working cooperatively with BP in prior mass tort litigation. In 2009, I represented 176 personal injury claims against BP concerning the 2005 plant explosion in Texas City. In that litigation, the Lanier Law Firm obtained a very substantial confidential settlement that could not have been maintained in the absence of the longstanding professional relationship I have with corporate counsel for BP. I also have longstanding and productive professional relationships with outside counsel for BP, Transocean, Cameron, and Haliburton. Additionally, I have demonstrated my ability to work cooperatively with other plaintiffs' counsel, and I have provided significant assistance to other counsel. I have also spoken at a number of Deepwater Horizon seminars, including a key seminar in New Orleans in conjunction with Professor Tom Galligan, on subjects helpful to all plaintiffs. I have actively assisted plaintiffs across the Gulf and across the country in their Deepwater Horizon cases.

Based upon the foregoing, I request appointment to the PSC in this litigation.

Respectfully submitted,

LANIER LAW FIRM, PC

/S/W. Mark Lanier
/S/ Maura C. Kolb
W. Mark Lanier
Maura C. Kolb
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200
(713) 659-2204 (fax)
WML@lanierlawfirm.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing.

/S/W. Mark Lanier
/S/ Maura C. Kolb
W. Mark Lanier
Maura C. Kolb
