UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL | § | MDL. 2179 |
| RIG "DEEPWATER | § | |
| HORIZON" in the | § | SECTION: J |
| GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

**APPLICATION OF STEPHEN D. SUSMAN**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Stephen D. Susman hereby submits this application for appointment to the Plaintiffs Steering Committee ("PSC").

### I.  INTRODUCTION

For over thirty years, I have tried some of the largest and most complex cases in our nation's courts.  I have been fortunate to work with some of the best lawyers practicing in this country, including many of those who are actively involved in this case. The simple fact is that this case is bigger than any one of us or any single firm.  Making our clients whole will require all of us to commit unprecedented resources to the prosecution of this action.  And it will require a remarkable degree of cooperation and coordination.  This Court should appoint a PSC that represents the diversity, talents, and capacity of the many fine lawyers and firms that have appeared before it and whose members have the experience and resolve to effectively manage this litigation.

My firm and I have made a commitment to see this case through to the end.  And we will devote every resource necessary to do so.  I respectfully request appointment to the PSC.  I further advise that I am willing and able to serve in any leadership capacity

this Court deems appropriate. In the following pages, I address each of the considerations this Court identified in its Pretrial Order #1.

## II.  PROFESSIONAL EXPERIENCE

Throughout my career, I have served as lead or co-lead counsel in dozens of complex commercial disputes, class actions, and MDL proceedings throughout the nation. For example, I served as sole lead counsel in the *In re Corrugated Container Antitrust Litigation*, MDL No. 310 (S.D. Tex.), an antitrust case involving hundreds of co-counsel. In 1980, I tried the *Corrugated Container* case to the largest jury verdict of its time – a $550 million award in favor of the plaintiff class. More recently, I served as one of three co-lead counsel in the *In re Vitamins Antitrust Litigation*, MDL No. 1285 (D.D.C.). That prosecution of price-fixing claims produced a jury verdict of nearly $150 million after trebling in 2003, plus settlements worth more than $1 billion on behalf of classes of direct purchasers of vitamins and vitamin products.

I am the recipient of numerous professional honors. In 2006 and 2007, *Who's Who Legal: The International Who's Who of Business Lawyers* named me the World's Leading Commercial Litigator. I have been recognized as one of the *Best Lawyers in America* for over 25 years. And *The Business Insider* listed me in a January 10, 2010 article as one of the eleven lawyers opponents definitely do no want to see across the aisle. I am a member of the American Law Institute, serve on the Board of the American Constitution Society, and am a member of the American Board of Trial Advocates. I have attached a copy of my profile (Exhibit A) and a list of my trials (Exhibit  B) to facilitate this Court's consideration of my application.

In addition, I have assembled a team of lawyers at my firm who will devote a significant amount of their time to prosecuting plaintiffs' claims in this matter. My firm's lawyers have experience in oil spill litigation, including early involvement in the Exxon Valdez litigation. My partner, Marc Seltzer, also served as co-lead counsel in *Slaven v. B. P. America, Inc.*, a class action brought in Los Angeles federal court on behalf of fishermen and business owners for economic losses suffered as a result of an offshore oil spill near Huntington Beach, California. Finally, our team is comprised of lawyers with longstanding ties to both Louisiana and the Gulf Coast region. I have attached the profiles of our current team members to this application (Exhibit C).

### III. WILLINGNESS AND AVAILABILITY TO COMMIT TO THE CASE

I am more than willing and available to assume a leadership role in this case. If this Court appoints me to the PSC, I will make this matter my first priority. While I am actively involved in a number of cases, I have no conflicts that would prevent me from fully committing to service on the PSC.

My firm is prepared as well to devote every resource necessary to ensure that all those injured as a result of the blowout of the Macondo well are successful in pursuing their claims. Susman Godfrey LLP has over 90 lawyers with offices in Houston, Dallas, Los Angeles, Seattle, and New York. Collectively, we have the resources to staff and prosecute complex cases such as this one to a successful conclusion. And we have already refused significant work and engagements from other clients to facilitate our participation.

## IV.  ABILITY TO WORK COOPERATIVELY WITH OTHERS

As I noted above, over the past thirty years I have served as lead or co-lead counsel in numerous class actions and MDL cases throughout the country.  The ability to marshal legal resources and work cooperatively is the key to the efficient resolution of such cases.  I have long experience in ensuring that the voices of all counsel involved in massive cases such as this one are both heard and respected.  I am fully committed to making sure that the same occurs here.

I should also note that my firm and I have already committed to cooperative action in the cases before this Court.  I am co-counsel with David Boies of Boies, Schiller and Flexner LLP in two actions filed in the Southern District of Texas (*Wright v. BP, Plc. et al.*, Case No. 4:10-cv-02088; *Satchfield v. BP, Plc., et al.*, Case No. 4:10-cv-02397).  David Boies and his firm likewise bring national resources to this table.  I understand that Mr. Boies will also apply for appointment to the PSC, and I support his application.  I have also engaged in substantive discussions with other attorneys engaged in this litigation concerning appropriate litigation strategy and case management.  I look forward to working with all involved parties to make sure that the cases before this Court are resolved efficiently.

## V.  CONCLUSION

I have significant experience in litigating complex cases such as those before this Court.  And my firm brings substantial resources to the table that will help ensure the efficient prosecution of the Plaintiffs' claims.  Finally, I am eager to work with the many talented lawyers who will comprise the PSC or who otherwise are actively involved in this matter.  For the foregoing reasons, I respectfully request appointment to the PSC.

                Respectfully submitted,

                /s/ Stephen D. Susman_____
                Stephen D. Susman
                State Bar No. 19521000
                1000 Louisiana Street, Suite 5100
                Houston, Texas 77002-5096
                Telephone: (713) 651-9366
                Fax: (713) 654-6666
                E-mail: ssusman@susmangodfrey.com

OF COUNSEL:
Harry P. Susman
State Bar No. 24008875
S.D. Adm. #23067
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
E-mail: hsusman@susmangodfrey.com

David Boies
William A. Isaacson, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC  20015
Telephone: (202) 237-5607


J. Paul Sizemore , Esq
Gerald B. Taylor, Esq
Sizemore Taylor LLP
316 Magnolia Avenue Fairhope , AL 36532
2101 Rosecrans Avenue Suite 5290 El Segundo , CA 90245
Telephone: (251) 990-4375

Brent Hazzard, Esq.
Hazzard Law LLC
162 E Amite Street
Jackson, MS 39201
Telephone: (601) 977-5253

## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 23, 2010, I electronically filed the foregoing Application of Stephen D. Susman for Appointment to the Plaintiffs Steering Committee with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pre se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, as instructed in PreTrial Order #1.

/s/ Stephen D. Susman_____
Stephen D. Susman