# EXHIBIT B

# SUSMAN GODFREY L.L.P.

## Stephen D. Susman
## Partner

Houston, Texas
Phone: 713.653.7801
Fax: 713.654.6670

New York, New York
Phone: 212.336.8331
Fax: 212.336.8340
ssusman@susmangodfrey.com

STEPHEN D. SUSMAN, P.C., born Houston, Texas; admitted to bar, 1965, Texas; 1999, District of Columbia; 2000, New York; 2002, Colorado.



### STEPHEN D. SUSMAN - TRIALS

Revised: July 29, 2009

**(1976 - Present)**

| | |
|---|---|
| **Style/Docket No.:** | Industrial Recovery Capital Holdings Co., et al. v. Harold C. Simmons et al; Cause No. 08-02589 |
| **Court/Judge:** | L-192 District Court, Dallas County, Texas, before the Honorable Craig Smith |
| **Opposing Counsel:** | Richard Sayles |
| **Nature of Case:** | Breach of fiduciary duty and breach of contract |
| **Trial Length:** | 7/6-7/17/09 |
| **Represented:** | Michael Murphy, Terry Casey, Industrial Recovery Capital Holdings Company, Efficasey Environmental LLC |
| **Result Obtained:** | Won $178.7 million jury verdict |

| | |
|---|---|
| **Style/Docket No.:** | Paula Brattain, et al. v. Richmond State Hospital, et al. Cause No. 49D11-0108-CP-1309 |
| **Court/Judge:** | Marion County Superior Court, Civil Division, Indianapolis, Indiana before The Honorable John F. Hanley |
| **Opposing Counsel:** | Donald G. Banta<br>Patricia Orloff-Erdmann |
| **Nature of Case:** | Breach of employment contract |
| **Trial Length:** | 3/10–3/13/09 |
| **Represented:** | Plaintiffs (class of current and former state employees) |
| **Result Obtained:** | Won $42.4 million judgment |
| **Style/Docket No.:** | 54 Broadcasting, Inc., et al. v. LIN Television of Texas, L.P.; Cause No. 1:08-CV-030 SS |
| **Court/Judge:** | United States District Court, Western District of Texas, Austin Division, before The Honorable Sam Sparks |
| **Opposing Counsel:** | Charles Babcock<br>Stephen McConnico |
| **Nature of Case:** | Breach of Contract and Defense of Shareholder Oppression Counterclaim |
| **Trial Length:** | 2/23–2/27/09 |
| **Represented:** | Plaintiffs |
| **Result Obtained:** | Confidential settlement before returned verdict |
| **Style/Docket No.:** | Northville Product Services, L.P. v. Green Earth Fuels, L.L.C., et al.; Cause No. 2007-45993 |
| **Court/Judge:** | 11th Judicial District, Harris County, Texas before The Honorable Mike Miller |
| **Opposing Counsel:** | David J. Beck<br>Karl Stern |
| **Nature of Case:** | Breach of Contract/Interference with Contract |

| Trial Length: | 2/1–2/5/09 |
|---|---|
| Represented: | Northville Product Services, L.P. |
| Result Obtained: | Verdict for plaintiff |

| Style/Docket No.: | Neil Rothstein v. Law Offices of Scott & Scott, LLC, Scott & Scott Attorneys at Law, LLP and David R. Scott |
|---|---|
| Court/Judge: | Arbitration before James F. Stapleton, Iris J. Brown and Charles L. Howard in Hartford, Connecticut |
| Opposing Counsel: | Richard C. Robinson |
| Nature of Case: | Breach of contract |
| Trial Length: | 7/14–7/17/08 |
| Represented: | Claimant |
| Result Obtained: | Arbitration award for claimant and dismissal of respondents' counterclaims |

| Style/Docket No.: | Sky Technologies, LLC v. Ariba, Inc., Case No. 06-CA-11889 |
|---|---|
| Court/Judge: | United States District for the District of Massachusetts before The Honorable William G. Young |
| Opposing Counsel | Robert T. Haslam |
| Nature of Case: | Patent infringement |
| Trial Length: | 12/10-12/21/07 |
| Represented: | Plaintiff |
| Result Obtained: | Settled after 10 days of 13 day trial |

| Style/Docket No.: | Applied Medical Resources Corp. v. Ethicon, Inc., et al., Case No. SACV 03-1329 JVS (MLGx) |
|---|---|

| | |
|---|---|
| **Court/Judge:** | United States District Court, Central District of California, Southern Division, before The Honorable James V. Selna |
| **Opposing Counsel:** | John W. Treece and James W. Quinn |
| **Nature of Case:** | Antitrust |
| **Trial Length:** | 7/18-8/23/06 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Candlewood Timber Group LLC, et al. v. Pan American Energy LLC, Civil Action No. 04C-12-139 RRC |
| **Court/Judge:** | Superior Court of the State of Delaware in and for New Castle County, before The Honorable Richard R. Coach |
| **Opposing Counsel:** | James P. Murphy |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 5/8-5/19/06 |
| **Represented:** | Plaintiffs |
| **Result obtained:** | Settled before jury returned verdict |

| | |
|---|---|
| **Style/Docket No.:** | Masimo Corporation v. Tyco Health Care Group, LP, Case No. CV 02-4770 MRP (AJWx) |
| **Court/Judge**: | United States District Court, Central District of California, Western Division, before The Honorable Mariana R. Pfaelzer |
| **Opposing Counsel** | Stephen C. Neal |
| **Nature of Case**: | Antitrust |
| **Trial Length**: | 2/23 - 3/18/05 |

647739v1/107572

| Represented: | Plaintiff |
|---|---|
| Result Obtained: | $140 million verdict for plaintiff |

| Style/Docket No.: | National Health Systems, Inc., et al. v. Bergen Brunswig Drug Company d/b/a AmerisourceBergen Drug Corporation |
|---|---|
| Court/Judge: | Arbitration before The Honorable Orrin Harrison III, The Honorable Jeffrey S. Osgood, and The Honorable Melinda G. Hayson in Dallas, Texas |
| Opposing Counsel: | Mack Ed Swindle |
| Nature of Case: | Breach of Contract |
| Trial Length: | 1/5 - 1/16/04 |
| Represented: | Defendant |
| Result Obtained: | Subject to confidentiality order |

| Style/Docket No.: | Bull Run Corporation v. Ernst & Young, L.L.P. |
|---|---|
| Court/Judge: | Arbitration before The Honorable John G. Davies; The Honorable Charles Clark; and The Honorable Sidney O. Smith in Atlanta, Georgia |
| Opposing Counsel: | John A. Chandler and Thomas W. Curvin |
| Nature of Case: | Negligent misrepresentation and professional negligence |
| Trial Length: | 9/3-6 and 9/8-11/03 |
| Represented: | Plaintiffs |
| Result Obtained: | Confidential |

| Style/Docket No.: | Cavalry Investments, L.L.C. v. SunStar Acceptance, et al., No. 99-02296-D |
|---|---|

| | |
|---|---|
| **Court/Judge**: | County Court No. 4, Dallas County, Texas, before The Honorable W. Bruce Woody |
| **Opposing Counsel**: | William F. Carroll |
| **Nature of Case**: | Breach of Contract |
| **Trial Length**: | 7/21/03-7/29/03 |
| **Represented**: | Plaintiffs |
| **Result Obtained**: | $41.9 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.**: | Louie Alakayak, et al. v. All Alaskan Seafoods, Inc., et al., No. 3AN-95-4676 |
| **Court/Judge**: | Superior Court for the State of Alaska, Third Judicial District, before The Honorable Peter A. Michalski |
| **Opposing Counsel**: | Douglas J. Serdahely |
| **Nature of Case**: | Claims for conspiracy |
| **Trial Length**: | 2/3/03-5/23/03 |
| **Represented**: | Plaintiffs |
| **Result Obtained**: | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.**: | Residential Funding Corporation v. DeGeorge Financial Corp., et al.; Civil Action No. 3:00cv202 (JBA) |
| **Court/Judge**: | United States District Court for the District of Connecticut/Jury before The Honorable Janet Bond Arterton |
| **Opposing Counsel**: | Philip S. Beck |
| **Nature of Case**: | Claims for breach of contract and promissory estoppel |
| **Trial Length**: | 9/10/01-9/24/01 |

| Represented: | Defendant |
| --- | --- |
| Result Obtained: | Verdict for plaintiff |

| Style/Docket No.: | Raytheon Co. v. Hughes Electronics Corp. |
| --- | --- |
| Court/Judge: | Arbitration before The Honorable Arlin M. Adams; The Honorable George C. Pratt; and The Honorable Nicholas deB. Katzenbach in Los Angeles |
| Opposing Counsel: | Martin London and Eric S. Goldstein |
| Nature of Case: | Fraud |
| Trial Length: | 5/9/01-5/24/01 |
| Represented: | Defendant |
| Result Obtained: | Settled before panel decision issued |

| Style/Docket No.: | American Garment Finishers Corp. v. Levi Strauss & Co., Case No. EP-99-CV-342-EP |
| --- | --- |
| Court/Judge: | United States District Court for the Western District of Texas, El Paso Division/Jury before The Honorable Edward C. Prado |
| Opposing Counsel: | Peter H. Goldsmith and Michael D. McQueen |
| Nature of Case: | Claims of breach of contract and fraud involving the nation's premiere finisher of casual sportswear and blue jeans |
| Trial Length: | 1/22/01-1/30/01 |
| Represented: | Plaintiff |
| Result Obtained: | Settled |

| Style/Docket No.: | Victoria M. Baks, et al. v. Manuel J. Moroun; Case No. 92-438547-CZ |
| --- | --- |
| Court/Judge: | State of Michigan, Circuit Court for the County of Oakland/Jury before The Honorable Robert L. Templin |

- 7 -

| | |
|---|---|
| **Opposing Counsel**: | Norman L. Lippitt |
| **Nature of Case**: | Claims of shareholder oppression and breach of fiduciary duty involving one of the largest family-owned trucking companies in the United States |
| **Trial Length**: | 8/5/99-10/15/99 |
| **Represented**: | Plaintiffs |
| **Result Obtained**: | Settled |

| | |
|---|---|
| **Style/Docket No.**: | Alvarez, et al. v. Little Caesar Enterprises, Inc.; Civil Action No. M-95-245 |
| **Court/Judge**: | United States District Court for the Southern District of Texas, McAllen Division/Jury before The Honorable Ricardo H. Hinojosa |
| **Opposing Counsel**: | Michael A. Caddell of Caddell & Chapman |
| **Nature of Case**: | Breach of contract and tortious interference with advantageous business relationship |
| **Trial Length**: | 10/19/98-11/2/98 |
| **Represented**: | Defendant |
| **Result Obtained**: | Verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.**: | Breezevale Limited v. Exxon Corporation; Case No. 96-08063-E |
| **Court/Judge**: | 101st Judicial District Court, Dallas County, Texas/Jury before The Honorable Jay Patterson |
| **Opposing Counsel**: | David Beck and Eric Nichols of Beck, Redden & Secrest |
| **Nature of Case**: | Breach of Oral Contract |
| **Trial Length**: | 8/11/98-9/3/98 |
| **Represented**: | Plaintiff |

| | |
|---|---|
| **Result Obtained**: | $38.8 million verdict for plaintiff |

| | |
|---|---|
| **Arbitration No.:** | 1410001847 |
| **Arbitrator**: | Abraham D. Sofaer |
| **Opposing Counsel** | James D. Zirin and Andrew Stern of Brown & Wood |
| **Nature of Case**: | Contract Dispute |
| **Trial Length**: | 6/1/98-6/3/98 |
| **Represented**: | Defendant |
| **Result Obtained**: | Arbitrator found for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Central And South West Corporation v. El Paso Electric Company, Case No. 92-10148-FM |
| **Court/Judge:** | United States Bankruptcy Court, Western District of Texas/Nonjury before The Honorable Larry E. Kelly |
| **Opposing Counsel** | Orrin L. Harrison, III and Russell L. Reid, Jr. of Vinson & Elkins L.L.P.; Harry M. Reasoner and Allan Van Fleet of Vinson & Elkins L.L.P.; Myron M. Sheinfeld, Henry J. Kaim, and Patricia Baron Tomasco of Sheinfeld, Maley & Kay, P.C.; Barrett Reasoner of Gibbs & Bruns |
| **Nature of Case:** | Contract dispute |
| **Trial Length:** | 1/20/97 - 1/30/97 |
| **Represented:** | Defendant |
| **Result Obtained:** | $25 million for defendant |

| | |
|---|---|
| **Style/Docket No.:** | ATAPCO v. Intratex Gas Company; Panhandle Gas Company; and Houston Pipe Line Company, No. 95-07388-B |

- 9 -

| | |
|---|---|
| **Court/Judge:** | 80th Judicial District, Harris County, Texas/The Honorable Scott R. Link (Removed to arbitration by both sides.) |
| **Arbitrators:** | Bob Gammage, Tom Alexander, Mike Beatty |
| **Opposing Counsel:** | Ronald D. Krist of Krist, Weller & Neumann, L.L.P.; Stanley J. Krist; Daniel D. King, Bruce B. Kemp, Jerry Kacal of Dunn, Kacal, Adams, Pappas & Law, P.C.; William J. Joseph, Jr. of Young & Hampton |
| **Nature of Case:** | Fraud |
| **Trial Length:** | 12/11/96 - 12/16/96 |
| **Represented:** | Defendants |
| **Result Obtained:** | Arbitrators found for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Samsung v. Texas Instruments, Inc., Cause No. 94890 |
| **Court/Judge:** | 268th Judicial District, Fort Bend County, Texas/Jury before The Honorable Brady G. Elliott |
| **Opposing Counsel:** | David Berg of Berg & Androphy |
| **Nature of Case:** | Breach of contract, fraud |
| **Trial Length:** | 11/4/96 - 11/26/96 |
| **Represented:** | Defendant (Texas Instruments Inc.) |
| **Result Obtained:** | $1.1 billion settlement in favor of Texas Instruments |

| | |
|---|---|
| **Style/Docket No.:** | BTA Oil Producers v. Intratex Gas Company; Panhandle Gas Company; and Houston Pipe Line Company, No. 95-07388 |
| **Court/Judge:** | 80th Judicial District, Harris County, Texas/Jury before The Honorable Scott R. Link |
| **Opposing Counsel:** | Ronald D. Krist of Krist, Weller & Neumann, L.L.P.; Stanley J. Krist; Daniel D. King, Bruce B. Kemp, Jerry Kacal of Dunn, Kacal, Adams, Pappas & Law, P.C.; William J. Joseph, Jr. of Young & Hampton |

| | |
|---|---|
| **Nature of Case:** | Fraud |
| **Trial Length:** | 9/30/96 - 10/18/96 |
| **Represented:** | Defendants |
| **Result Obtained:** | Verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Siege Industries, Inc. v. Clark Manufacturing, Inc., d/b/a Sundance Spas, Roland Clark, W. James Clark, and Spa Builders Support Group, Inc., C.A. No. H-94-3180 |
| **Court/Judge:** | U.S. District Court, Southern District of Texas, Houston Division/Jury before The Honorable Sim Lake |
| **Opposing Counsel:** | Steven M. Zager, Joe Michels, Linda Sanchez of Weil, Gotshal & Manges, L.L.P. |
| **Nature of Case:** | Patent infringement and breach of contract |
| **Trial Length:** | 9/3/96 - 9/17/96 |
| **Represented:** | Plaintiff (Chip Siegel) |
| **Result Obtained:** | Verdict for plaintiff on all claims, patent held valid. Damages of $500,000, plus future royalties. |

| | |
|---|---|
| **Style/Docket No.:** | Frank A. Benevento II v. RJR Nabisco, Inc., 89 Civ. 6266 (PKL) |
| **Court/Judge:** | U.S. District Court, Southern District of New York/Jury before The Honorable Peter K. Leisure |
| **Opposing Counsel:** | Melvyn L. Cantor, Michael J. Chepiga of Simpson Thacher & Bartlett |
| **Nature of Case:** | Quantum meruit |
| **Trial Length:** | 10/24/94 - 11/9/94 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | $14.2 million verdict for plaintiff |

- 11 -

| | |
|---|---|
| **Style/Docket No.:** | Coastal Oil & Gas Corporation and ANR Production Company v. Tennessee Gas Pipeline Company; No. 3,165 |
| **Court/Judge:** | 49th Judicial District, Zapata County, Texas/Jury before The Honorable Manuel R. Flores |
| **Opposing Counsel:** | Thomas R. McDade and Murray Fogler of McDade Fogler & Maines |
| **Nature of Case:** | Declaratory judgment that take-or-pay contract requires purchase of additional $750 million of gas |
| **Trial Length:** | 10/4/93 - 10/15/93 |
| **Represented:** | Defendant |
| **Result Obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Daniel S. Peña, Sr. v. Great Western Resources, Inc.; No. 92-04968 |
| **Court/Judge:** | 165th Judicial District, Harris County, Texas/Jury before The Honorable Elizabeth Ray |
| **Opposing Counsel:** | Debora D. Ratliff of Gibbs & Bruns |
| **Nature of Case:** | Breach of employment agreement; defense of breach of fiduciary duty charges |
| **Trial Length:** | 8/16/93 - 9/27/93 |
| **Represented:** | Plaintiff |
| **Result Obtained:** | $3.3 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | John Swanson, George Swanson, and George E. Swanson Enterprises (Pty.) Ltd. v. Schlumberger Technology Corporation, Schlumberger Limited, Inc., and DeBeers Consolidated Mines, Ltd., No. 92-10825 |
| **Court/Judge:** | 281st Judicial District, Harris County, Texas/Jury before The Honorable Louis M. Moore |

647739v1/107572

| | |
|---|---|
| **Opposing Counsel:** | Linda Addison, Blake Tartt, and Hugh E. Tanner, of Fulbright & Jaworski |
| **Cocounsel:** | John M. O'Quinn of O'Quinn & Laminack |
| **Nature of Case:** | Fraud and breach of fiduciary duty |
| **Trial length:** | 5/3/93 - 6/12/93 |
| **Represented:** | Plaintiffs (J. D. Swanson; George Swanson) |
| **Result obtained:** | $62.5 million verdict for plaintiffs (reversed by Texas Supreme Court) |
| | |
| **Style/Docket No.:** | Ron Harris, et al. v. Minnesota Mining & Manufacturing Co., No. B1-38809 |
| **Court/Judge:** | 60th Judicial District, Jefferson County, Texas/Jury before The Honorable Gary Sanderson |
| **Opposing Counsel:** | Tom Alexander and Richard L. Flowers, Jr. of Alexander & McEvily |
| **Nature of case:** | Breach of express and implied warranties |
| **Trial length:** | 6 weeks (1992) |
| **Represented:** | Nishika Corporation (James Bainbridge, President, Ron Harris, Dr. Samantha York, Marleone Gunderson, Marjorie Davis, Nishika Ltd.) |
| **Result obtained:** | $29,873,599 judgment for plaintiffs (reversed by Texas Supreme Court) |
| | |
| **Style/Docket No.:** | Sunrise Systems, Inc. v. Xerox Corporation, C.A. No. 3:88-CV-0617-X |
| **Court/Judge:** | U.S. District Court, Dallas Division/Jury before The Honorable Joe Kendall |
| **Opposing Counsel:** | John H. McElhaney of Locke Liddell & Sapp L.L.P. |
| **Nature of case:** | Breach of contract |

- 13 -

| | |
|---|---|
| **Trial length:** | 3 weeks (1992) |
| **Represented:** | Plaintiff (J. B. Forest of Texas Commerce Bank; J. Jackson Pfeffer) |
| **Result obtained:** | Verdict for plaintiff— $13,074,299, plus interest and attorney fees. |

| | |
|---|---|
| **Style/Docket No.:** | Brochsteins Inc. v. Whittaker Corporation, C.A. No. H-88-2634 |
| **Court/Judge:** | U.S. District Court, Houston Division/Jury before The Honorable David Hittner |
| **Opposing Counsel:** | Grant Cook of Keck, Mahin & Cate |
| **Nature of case:** | Breach of warranty |
| **Trial length:** | 2 weeks (1992) |
| **Represented:** | Plaintiff (Raymond D. Brochstein) |
| **Result obtained:** | Settled during trial |

| | |
|---|---|
| **Style/Docket No.:** | Capital Maritime Corporation v. Amfels, Inc., Far East Levingston Shipbuilding Ltd., John B. Allison and Patrick A. McDermid - C.A. No. H-90-3417 |
| **Court/Judge:** | U.S. District Court, Houston Division/Jury before The Honorable David Hittner |
| **Opposing Counsel:** | Robert A. Hall of Woodard Hall & Primm; Walter E. Workman of Baker & Botts |
| **Nature of case:** | Breach of contract and tortious interference |
| **Trial length:** | 3 weeks (1992) |
| **Represented:** | Plaintiff (Per Barre; Glen Every) |
| **Result obtained:** | Jury verdict for defendants. |

- 14 -

| | |
|---|---|
| **Style/Docket No.:** | Electronics in Medicine, Inc., et al. v. Picker International, Inc., C.A. Nos. H-88-1400 and H-89-3283 |
| **Court/Judge:** | U.S. District Court, Houston Division/Jury before The Honorable Samuel B. Kent |
| **Opposing Counsel:** | Anthony F. Montgomery of Hornbuckle & Montgomery |
| **Nature of case:** | Defense of monopolization, tying, business disparagement and contract interference case brought by independent service organization against manufacturer of CT scanners. Plaintiff sought $23 million in actual. |
| **Trial length:** | 5 weeks (1992) |
| **Represented:** | Defendant (Bill Cull, General Counsel; William Webb, Executive Vice-President) |
| **Result obtained:** | Jury verdict against plaintiff on all claims except contract interference where jury found $180,000 actual damages and $1.9 million punitive damages |

| | |
|---|---|
| **Style/Docket No.:** | The Hertz Corporation v. Hayes Leasing Company, Inc., et al., No. 90-05708 |
| **Court/Judge:** | 160th Judicial District, Dallas County, Texas/Nonjury before The Honorable Clarence A. Guittard |
| **Opposing Counsel:** | Timothy R. McCormick of Thompson & Knight |
| **Nature of case:** | Suit to enjoin competitor from deceptive rental rates |
| **Trial length:** | One week (1992) |
| **Represented:** | The Hertz Corporation |
| **Result obtained:** | Injunction granted. |

| | |
|---|---|
| **Style/Docket No.:** | The Mischer Corporation, et al. v. Heil-Quaker Corporation, et al., No. 88-056121 |
| **Court/Judge:** | 157th Judicial District, Harris County/Jury before The Honorable Solomon Casseb, Jr. (Visiting Judge) |

- 15 -

| | |
|---|---|
| **Opposing Counsel:** | Tom Alexander of Alexander & McEvily); Robin C. Gibbs and Paul J. Dobrowski of Gibbs & Bruns |
| **Nature of case:** | Breach of Contract, Fraud and Fiduciary Duty involving air conditioning equipment joint venture |
| **Trial length:** | 4 weeks (1991) |
| **Represented:** | Defendants (David Cain, General Counsel; Harry J. Forrest, President) |
| **Result obtained:** | Jury verdict for defendants |

| | |
|---|---|
| **Style/Docket No.:** | Hachar's, Inc. v. Enterprise Laredo Associates, et al. |
| **Court/Judge:** | 49th Judicial District, Webb County, Texas/Nonjury before The Honorable Manuel R. Flores |
| **Opposing Counsel:** | Keith E. Kaiser of Cox & Smith Incorporated |
| **Nature of case:** | Breach of shopping center lease |
| **Trial length:** | 3 days (1990) |
| **Represented:** | Plaintiff (George L. Hachar, Sr.) |
| **Result obtained:** | Judgment for $3.3 million |

| | |
|---|---|
| **Style/Docket No.:** | Computer Associates International, Inc. v. Altai, Inc., Civil Action No. CV89-0811 (GCP) |
| **Court/Judge:** | U.S.D.C, Eastern District of New York/Nonjury before The Honorable George C. Pratt |
| **Opposing Counsel:** | Stephen D. Kahn, New York, New York |
| **Nature of case:** | Copyright infringement |
| **Trial length:** | 7 days (1990) |
| **Represented:** | Defendant |

- 16 -

| | |
|---|---|
| **Result obtained:** | Defendant exonerated |

| | |
|---|---|
| **Style/Docket No.:** | El Paso Natural Gas Company, et al. v. GHR Energy Corporation, et al., No. 85-09329 |
| **Court/Judge:** | 127th Judicial District, Harris County/Jury before The Honorable Sharolyn Wood |
| **Opposing Counsel:** | W. Robert Brown |
| **Nature of case:** | Anticipatory repudiation of gas purchase agreement |
| **Trial length:** | 7 weeks (1988) |
| **Represented:** | Defendant/Counterclaimant |
| **Result obtained:** | Jury verdict for $536 million on counterclaim |

| | |
|---|---|
| **Style/Docket No.:** | Ultramar Indonesia Limited v. Roy M. Huffington, Inc., No 88-55060 |
| **Court/Judge:** | 151st Judicial District, Harris County, Texas/Nonjury before The Honorable Alice O. Trevathan (Arbitration before Damon Capps) |
| **Opposing Counsel:** | Richard B. Miller |
| **Nature of case:** | Breach of area of mutual interest agreement |
| **Trial length:** | 3 weeks (1989) |
| **Represented:** | Ultramar Indonesia Limited |
| **Result obtained:** | Judgment for defendant |

| | |
|---|---|
| **Style/Docket No.:** | City of Austin, Texas and Lower Colorado River Authority v. Decker Coal Company, C. A. No. A-85-CA-104 |
| **Court/Judge:** | U.S. District Court, Austin Division/Jury before The Honorable James R. Nowlin |

| Opposing Counsel: | B. Daryl Bristow of Baker & Botts, L.L.P. |
|---|---|
| Nature of case: | Breach of long-term coal purchase contract |
| Trial length: | 1 week (1988) |
| Represented: | Defendant/Counterclaimant |
| Result obtained: | Settled for $75 million after one week of trial |

| Style/Docket No.: | Joe Brand, Inc., et al. v. The Rouse Company, et al., No. 83-CI-07528 |
|---|---|
| Court/Judge: | 225th Judicial District, Bexar County/Jury before The Honorable Alfonso Chapa |
| Opposing Counsel: | W. R. Simcock, San Antonio, Texas |
| Nature of case: | Breach of right-of-first refusal on anchor space in shopping center |
| Trial length: | 6 weeks (1987) |
| Represented: | Plaintiff |
| Result obtained: | Settled for $6 million as jury returned verdict for $27 million |

| Style/Docket No.: | El Paso Natural Gas Company, et al. v. GHR Energy Corporation, et al., No. 85-09327 |
|---|---|
| Court/Judge: | 127th Judicial District, Harris County/Nonjury before The Honorable Sharolyn Wood |
| Opposing Counsel: | W. Robert Brown |
| Nature of case: | Past breaches of take-or-pay gas purchase contract |
| Trial length: | 6 weeks (1987) |
| Represented: | Defendant/Counterclaimant |

- 18 -

| | |
|---|---|
| **Result obtained:** | $67 million judgment |

| | |
|---|---|
| **Style/Docket No.:** | Oil Country Specialists, Ltd. v. Philipp Brothers, Inc., et al., No. 85-51500 |
| **Court/Judge:** | 133rd Judicial District, Harris County/Jury before The Honorable Matthew W. Plummer, Sr. |
| **Opposing Counsel:** | Ed Junell |
| **Nature of case:** | Fraud and breach of contract |
| **Trial length:** | 6 weeks (1986) |
| **Represented:** | Defendant/Counterclaimant |
| **Result obtained:** | Judgment on counterclaim in favor of defendant for $4.1 million, verdict for defendant. |

| | |
|---|---|
| **Style/Docket No.:** | Harvey Construction Company, et al. vs. General Electric Company, No. 82-18487 |
| **Court/Judge:** | 333rd Judicial District, Harris County, Texas/Jury before The Honorable David Lee Wilson |
| **Opposing Counsel:** | Charles B. Kirklin |
| **Nature of case:** | Products liability |
| **Trial length:** | 3 weeks (1986) |
| **Represented:** | Defendant |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Arkansas Gazette Co. v. Camden News Publishing Co., et al., No. LR-C-84-1020 |
| **Court/Judge:** | U.S.D.C., Eastern District of Arkansas, Western Division/Jury before The Honorable William R. Overton |

- 19 -

| | |
|---|---|
| **Opposing Counsel:** | Philip S. Anderson, Little Rock, AR 72201 |
| **Nature of case:** | Antitrust |
| **Trial length:** | 10 days (1986) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Mount Hope Mines, Inc. v. Exxon Corporation, No. 81-30131 |
| **Court/Judge:** | 55th Judicial District, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| **Opposing Counsel:** | David J. Beck of Beck, Redden & Secrest |
| **Nature of case:** | Fraud |
| **Trial length:** | 1 month (1986) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for defendant |

| | |
|---|---|
| **Style/Docket No.:** | David Mitchell Interests v. Sanford E. McCormick, No. 80-30475 |
| **Court/Judge:** | 127th Judicial District, Harris County, Texas/Jury before The Honorable Jack O'Neill |
| **Opposing Counsel:** | Morton Susman and Michael P. Kessler of Weil, Gotshal & Manges |
| **Nature of case:** | Fraud |
| **Trial length:** | 2 weeks (1985) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Verdict for Defendant |

- 20 -

| | |
|---|---|
| **Style/Docket No.:** | Star Furniture Company v. Stauffer Chemical Company, No. 82-30039 |
| **Court/Judge:** | 55th District Court, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| **Opposing Counsel:** | Walter Conrad of Baker & Botts, L.L.P. |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 1 month (1984) |
| **Represented:** | Plaintiff |
| **Result obtained:** | Settled before case submitted to jury |

| | |
|---|---|
| **Style/Docket No.:** | Detroit Lions, Inc., and Billy Sims v. Jerry A. Argovitz, et al., No. 83-CV-5649DT |
| **Court/Judge:** | U.S.D.C., Eastern District of Michigan, Southern Division/Nonjury before The Honorable Robert E. DeMascio |
| **Opposing Counsel:** | Elbert L. Hatchett, Pontiac, MI 48053 |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 3 days (1984) |
| **Represented:** | Defendant, Houston Gamblers |
| **Result obtained:** | Judgment for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Coastal Distributing Company, Inc. v. NGK Spark Plug Co., Ltd., et al., C. A. No. H-81-1421 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable James DeAnda |
| **Opposing Counsel:** | Layne E. Kruse of Fulbright & Jaworski L.L.P. |
| **Nature of case:** | Antitrust |

- 21 -

| | |
|---|---|
| **Trial length:** | 10 days (1983) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $2 million verdict for plaintiff (set aside on motion for judgment) |

| | |
|---|---|
| **Style/Docket No.:** | Esso Exploration, Inc., et al. v. Offshore Logistics, Inc., et al., C.A. No. 810097 |
| **Court/Judge:** | U.S.D.C., Western District Louisiana, LaFayette Division/Nonjury before The Honorable W. Eugene Davis |
| **Opposing Counsel:** | John T. Nesser III, New Orleans, LA 70130 |
| **Nature of case:** | Breach of contract |
| **Trial length:** | 3 days |
| **Represented:** | Defendant, Offshore Logistics, Inc. |
| **Result obtained:** | Judgment for defendant |

| | |
|---|---|
| **Style/Docket No.:** | Joseph F. Javor v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., C. A. No. H-81-747 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable John V. Singleton |
| **Opposing Counsel:** | J. Eugene Clements (Deceased) |
| **Nature of case:** | Securities fraud |
| **Trial length:** | 12 days (1982) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $450,000 verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Larry W. Buck v. Frank B. Hall & Co., Inc., No. 78-12758 |

- 22 -

| | |
|---|---|
| **Court/Judge:** | 189th District Court, Harris County, Texas/Jury before The Honorable Lynn Hughes |
| **Opposing Counsel:** | Irving Stern of Zimmerman, Axelrad, Meyer, Stern & Wise |
| **Nature of case:** | Libel and slander |
| **Trial length:** | 1 month (1981) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $2.4 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Affiliated Capital vs. Gulf Coast Cable, et al., C. A. No. H-79-1331 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable Carl O. Bue |
| **Opposing Counsel:** | Richard B. Miller; Rufus Wallingford of Beck, Redden & Secrest |
| **Nature of case:** | Antitrust |
| **Trial length:** | 14 days (1981) |
| **Represented:** | Plaintiff |
| **Result obtained:** | $6.3 million verdict for plaintiff |

| | |
|---|---|
| **Style/Docket No.:** | Texas Federal Pilots, Inc., et al. v. Sabine Pilots Association, C. A. No. B-79-63 CA |
| **Court/Judge:** | U.S.D.C., Eastern District of Texas, Beaumont Division/Jury before The Honorable Robert M. Parker |
| **Opposing Counsel:** | Tom Lorance of Lorance & Thompson |
| **Nature of case:** | Antitrust |
| **Trial length:** | 3 days (1980) |

| | |
|---|---|
| **Represented:** | Defendant |
| **Result obtained:** | Court granted directed verdict to defendant |

| | |
|---|---|
| **Style/Docket No.:** | In Re Corrugated Container Antitrust Litigation, M.D.L. No. 310 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable John V. Singleton |
| **Opposing Counsel:** | Harold Baker of Howrey & Simon; Leslie Arps of Skadden, Arps, Slate, Meagher & Flom; John Irvine of Porter & Hedges |
| **Cocounsel:** | Allen Black; Laddie Montague; Jerry Cohen; Charles Kipple |
| **Nature of case:** | Antitrust class action |
| **Trial length:** | 3-1/2 months (1980) |
| **Represented:** | Plaintiff class |
| **Result obtained:** | Verdict for plaintiffs (judgment quantified at over $700 million; case settled for $500 million) |

| | |
|---|---|
| **Style/Docket No.:** | Beer Wholesales, Inc., et al. v. Hillman Distributing Co., Inc., et al., C. A. No. 74-4-1002 |
| **Court/Judge:** | U.S.D.C., Southern District of Texas, Houston Division/Jury before The Honorable Woodrow Seals |
| **Opposing Counsel:** | Julius Glickman of Glickman, Herlong & Hughes |
| **Nature of case:** | Antitrust |
| **Trial length:** | 12 days (1978 ) |
| **Represented:** | Defendant, Lone Star Beer Company |
| **Result obtained:** | Verdict for defendants |

- 24 -

| Style/Docket No.: | Stitt Spark Plug Co. v. Champion Spark Plug Co., C. A. No. B-76-534 |
|---|---|
| Court/Judge: | U.S.D.C., Southern District of Texas, Beaumont Division/Jury before The Honorable John Fisher |
| Opposing Counsel: | Robert J. Malinak, Houston, Texas |
| Nature of case: | Antitrust |
| Trial length: | 10 days (1977) |
| Represented: | Plaintiff |
| Result obtained: | Settled before jury verdict returned |

| Style/Docket No.: | Glen McNew v. Harry Bradley, No. 978,881 |
|---|---|
| Court/Judge: | 55th Judicial District, Harris County, Texas/Jury before The Honorable Reagan Cartwright |
| Opposing Counsel: | Robert S. Friedman, Houston, Texas |
| Nature of case: | Fraud |
| Trial length: | 5 days (1976) |
| Represented: | Plaintiff |
| Result obtained: | Verdict for defendant |

| Style/Docket No.: | Computer Statistics, Inc. v. Blair, C. A. No. 73-H-1727 |
|---|---|
| Court/Judge: | U.S.D.C., Southern District of Texas, Houston Division/Nonjury before The Honorable John V. Singleton |
| Opposing Counsel: | Richard Hall, Corpus Christi, Texas |
| Nature of case: | Antitrust |

- 25 -

| Trial length: | 20 days (1976) |
|---|---|
| Represented: | Plaintiff |
| Result obtained: | Judgment for plaintiff |

647739v1/107572