# EXHIBIT C

# SUSMAN GODFREY LLP



Partner

Los Angeles, California
Phone:  310.789.3102  310.789.3102
Fax: 310.789.3006
mseltzer@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

MARC M. SELTZER, born in Los Angeles, California; admitted to the California bar, 1972.

**EDUCATION**

- University of California at Berkeley (B.A., 1969)
- UCLA School of Law (J.D., 1972)

**PUBLICATIONS**

- Co-author, California Federal Civil Rules (LexisNexis 2010);
- Co-author, California State Antitrust and Unfair Competition Law (Matthew Bender & Co., 2009), published by the Antitrust and Unfair Competition Law Section, State Bar of California;
- "Choosing Between Class and Derivative Actions," published in Second Annual Institute, Class and Derivative Litigation in the 1990's - The New Frontier (Prentice Hall Law & Bus. 1991); and the same topic for subsequent Annual Institutes;
- "Measures of Damages in Private Actions for Violations of the Federal Securities Laws: The Basic Rules and Selected Problems," published in Securities Litigation 1990 (PLI 1990);
- "Shareholders' Derivative Suits in Contests for Corporate Control," published in Securities Litigation 1986: Prosecution and Defense Strategies (PLI 1986)

**PROFESSIONAL AFFILIATIONS**

- United States Courts of Appeals for the Fifth, Ninth, Tenth, and Eleventh Circuits
- United States District Courts for the Central, Southern, Eastern, and Northern Districts of California
- United States District Court for the Eastern District of Texas
- Past Vice-Chair of the Executive Committee, Antitrust and Unfair Competition Law Section, State Bar of California
- Past President and current member of the Board of Directors of the Ninth Judicial Circuit Historical Society.
- Past President and current member of the Board of Directors of the Legal Aid Foundation of Los Angeles.
- Member of the Board of Directors of the National Equal Justice Library, the Board of Directors, American Friends of Hebrew University, Western Region, and the Board of Trustees of the Lawyers Committee for Civil Rights Under Law
- American Bar Association (and its Business Law, Antitrust Law, Torts and Insurance Law, and Litigation Sections)
- American Law Institute
- American Association for Justice
- Consumer Attorneys of California
- Selden Society

**HONORS & DISTINCTIONS**

- Recipient, 2004 American ORT Jurisprudence Award
- Named a "Super Lawyer" by Southern California Law & Politics magazine (2004-2010)
- Named one of Law Dragon's 500 Leading Plaintiff's Lawyers (2007)
- Named one of Law Dragon's 100 Lawyers You Need To Know in Securities Litigation (2008)

Marc Seltzer has practiced law for more than thirty-five years, litigating complex business law cases in state and federal courts throughout the United States. He was a principal in the law firm of Corinblit & Seltzer, a Professional Corporation, before joining Susman Godfrey. Marc Seltzer's relationship with the lawyers of  Susman Godfrey began in the late 1970's, when Steve Susman and Marc Seltzer worked together on the *Corrugated Container* antitrust case. In the ensuing years, Mr. Seltzer and the lawyers of Susman Godfrey worked together on a number of other cases. In February 1998, Marc Seltzer became a partner of the firm, and opened the firm's Los Angeles office. Since then, the firm's Los Angeles office has become one of the leading litigation boutiques in California.

Marc Seltzer's involvement in nationally prominent litigation began in the mid-1970's, when he was tapped by Jack Corinblit to work on the massive *Equity Funding* securities litigation. That case consisted of more than 100 consolidated class and private action cases, and was settled in 1976 for over $60 million, then the largest recovery ever achieved in a securities fraud class action. *See In re Equity Funding Corp. of America Securities Litigation*, 438 F. Supp. 1303 (C.D. Cal. 1977). Later, in the 1980's, Mr. Seltzer was appointed by the Los Angeles federal court to serve as sole lead counsel to represent the plaintiff class in the *ZZZZ Best* securities fraud case. The *ZZZZ Best* fraud was described by the United States Attorney for the Central District of California as "the most massive and elaborate securities fraud perpetrated on the West Coast in over a decade," harking back to the *Equity Funding* case. The case was settled for more than $40 million and resulted in several important published decisions sustaining plaintiffs' claims. *See In re ZZZZ Best Securities Litigation*, 864 F. Supp. 960 (C.D. Cal. 1994). Marc Seltzer was, together with Steve Susman, a member of the Susman Godfrey trial team representing approximately 90 financial institutions in a negligent misrepresentation case against one of the "Big Four" accounting firms. That case settled just prior to the commencement of trial. Marc Seltzer also teamed with Steve Susman in prosecuting the *In re Vitamin Antitrust Litigation*, which was settled pursuant to agreements that made more than $1.05 billion available to the class.

Mr. Seltzer has also been appointed to serve as lead counsel for the plaintiffs in numerous securities, antitrust and other class action cases.  He also represented defendants in antitrust, securities and other complex commercial litigation. Among the cases Mr. Seltzer has litigated are:

*In Re Universal Service Fund Telephone Billing Practices Litigation*, an antitrust and breach of contract class action involving more than fifty consolidated cases in which Marc Seltzer, together with Barry Barnett and David Orozco, served as co-lead trial counsel for plaintiffs. The case was settled as to one defendant for benefits to the class totaling $25 million, and tried to a verdict as to the remaining defendants.  The jury found in favor of defendants on the antitrust claim and returned a $16 million verdict in favor of plaintiffs on the breach of contract claim which is currently on appeal in the Tenth Circuit. The trial court issued numerous published decisions in this matter.  *See,e.g., In Re Universal Service Fund Telephone Billing Practices Litigation,* 300 F. Supp.2d 1107(D. Kan. 2003).

*Masimo v. Tyco Healthcare L.P.*, an antitrust case in which Marc Seltzer, together with Steve Susman, Vineet Bhatia and Stephen Morrissey, served as co-trial counsel for the plaintiff. The case was tried to a verdict resulting in an award in favor of our client. A new trial was granted as to damages. On retrial, the Court awarded approximately $45 million in damages (after trebling). The Ninth Circuit affirmed the liability verdict and damages award.

*White v. NCAA*, an antitrust class action brought in Los Angeles federal court challenging limitations on financial assistance provided by colleges and universities to student athletes. Marc Seltzer, together with Stephen Morrissey and Steven Sklaver, served as co-lead counsel for the plaintiff class. The case was settled for benefits for the class totaling approximately $220 million.

*In re Structured Settlement Litigation*, consolidated class actions brought in the Los Angeles Superior Court in which Marc Seltzer served as one of the lead counsel for the plaintiffs. The plaintiffs were parties to structured settlements who were victimized by the alleged fraudulent conversion of U.S. Treasury bonds backing their settlements. After three years of hotly contested litigation, the case was settled for approximately $135 million.

*Livid Holdings, Ltd. v. Salomon Smith Barney, Inc*., a securities fraud case brought on behalf of an investor in a start up company. Marc Seltzer was retained to represent the plaintiff on appeal following the dismissal of the action by the trial court, and was successful in overturning the dismissal of the case. *See Livid Holdings Ltd. v. Salomon Smith Barney, Inc.,* 416 F.3d 940 (9th Cir. 2005). The case was subsequently settled.

*In Motorcar Parts & Accessories Securities Litigation*, fourteen consolidated securities fraud class actions in which Marc Seltzer was appointed by the Los Angeles federal court to serve as lead counsel for the class. The case was settled for $7.5 million in cash. *See Z-Seven Fund, Inc. v. Motorcar Parts & Accessories*, 231 F.3d 1215 (9th Cir. 2000).

*In re IDB Communications Group, Inc. Securities Litigation*, in which Marc Seltzer served as one of four co-lead counsel appointed by the Los Angeles federal court to represent the plaintiff class in more than twenty consolidated securities fraud class action cases. The case was settled for $75 million.

*In re Taxable Municipal Bond Securities Litigation*, in which four lawyers, including Marc Seltzer, served on Plaintiffs' Executive Committee, and together with plaintiffs' lead counsel, supervised and managed every aspect of the litigation. This case was a consolidated multi-district proceeding brought on behalf of defrauded purchasers of taxable municipal bonds. The case resulted in numerous reported decisions on important recurring issues arising under the federal securities laws. *See, e.g., In re Taxable Municipal Bond Litigation*, [1993 Transfer Binder] Fed. Sec. L. Rep. (CCH) 97,742 (E.D. La. 1993). After several years of intense litigation, the case was settled for approximately $110 million.

*Cowles v. Gannett Outdoor Co., Inc., of Southern California*, coordinated class actions brought in Los Angeles federal court for an alleged conspiracy to suppress competition for leases for billboards sites in Southern California in violation of § 1 of the Sherman Act. Marc Seltzer served as co-lead counsel for the class. The case was settled for $6.5 million in cash.

*Slaven v. B. P. America, Inc.*, a class action brought in Los Angeles federal court on behalf of fishermen and business owners for economic losses suffered as a result of the spill of more than 200,000 gallons of crude oil from a tanker off the coast of Huntington Beach, California that befouled coastal waters and nearby beaches. The case was brought under the Trans-Alaska Pipeline Authorization Act, admiralty law and the law of California, and resulted in several published decisions in the district court and the Ninth Circuit. See, e.g., *Slaven v. B. P. American, Inc.*, 973 F.2d 1468 (9th Cir. 1992). Marc Seltzer served as co-lead counsel for the class. The case was ultimately settled for $4 million in cash, plus court-approved attorneys' fees and costs.

*In re Carnation Company Securities Litigation*, consolidated class actions for violation of the federal securities laws brought in Los Angeles federal court. The plaintiffs alleged that false denials were made relating to the potential takeover of Carnation Company by Nestle, S.A., before the merger of the two firms was announced. Marc Seltzer served as co-lead counsel for the class. The case was settled for $13 million in cash.

*In re International Technology Securities Litigation*, consolidated securities class actions filed in Los Angeles federal court. The plaintiffs alleged that the Company's financial statements were materially misleading for failing to earlier write off or set up appropriate accounting reserves relating to the Company's off-site waste disposal operations. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $12 million in cash and newly-issued securities.

*Guenther v. Cooper Life Sciences, Inc.*, a combined stockholders class and derivative action brought in San Francisco federal court for alleged false and misleading statements regarding the Company's products and prospects. Marc Seltzer served as co-lead counsel for plaintiffs. The case was settled for $9.85 million in cash and non-cash economic benefits valued to be worth at least $8.3 million.

*Heckmann v. Ahmanson*, consolidated class and derivative actions arising out of the alleged "greenmailing" of the Walt Disney Co. by Saul Steinberg and a group of his companies. Marc Seltzer was one of the lead counsel for the class of investors. The case was settled after three weeks of trial for approximately $60 million. *See Heckmann v. Ahmanson*, [1989 Transfer Binder] Fed. Sec. L. Rep. ¶ 94, 447 (Cal. Sup. Ct. April 12, 1989) (order denying summary judgment).

*Financial Federation, Inc. v. Ashkenazy*, in which Marc Seltzer and his co-trial counsel successfully defended an anti-takeover case brought in Los Angeles federal court under the federal securities laws and the RICO statute by a financial institution against persons who allegedly sought to take control of the institution. *See  Financial Federation, Inc. v. Ashkenazy*, [1984 Transfer Binder] Fed. Sec. L. Rep. (CCH) 91,489 (C.D. Cal. 1983).

*Green v. Occidental Petroleum Corp.*, in which Marc Seltzer, together with co-counsel, represented plaintiffs in consolidated securities fraud class action cases that established important precedent in the Ninth Circuit regarding the certification of plaintiff classes and the computation of damages in securities fraud cases. *See Green v. Occidental Petroleum Corp.*, 541 F.2d 1335 (9th Cir. 1976). The case was settled for $12 million.

*Wool v. Tandem Computers, Inc.*, a securities fraud class action in which Marc Seltzer played a leading role. One of the notable achievements in this case was a victory for the plaintiffs in the Ninth Circuit which established important precedent concerning the measure of damages recoverable in federal securities fraud class action cases, the standard for "controlling person" liability under the federal securities laws and the requirements for pleading fraud with the particularity specified under Rule 9(b), Fed. R. Civ. P. *See Wool v. Tandem Computers, Inc.*, 818 F.2d 1433 (9th Cir. 1987). Following the issuance of the Ninth Circuit's opinion, the case was settled for $16.5 million.

*Plaine v. McCabe*, a securities class action, in which Marc Seltzer argued before the Ninth Circuit, obtaining a substantial victory for plaintiffs, establishing significant precedent in the Ninth Circuit regarding the standards for liability for violations of tender offer disclosure rules under the federal securities laws. *See Plaine v. McCabe*, 797 F.2d 713 (9th Cir. 1986).

*Biben v. Card*, consolidated securities fraud class actions where Marc Seltzer served as co-lead counsel for plaintiffs. The plaintiffs achieved substantial pretrial victories, including establishing the validity of their claims under the federal securities laws against the director, accountant and attorney defendants in that case. *See Biben v. Card*, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,010 (W.D. Mo. 1985), *on denial of motion for reconsideration*, [1984-1985 Transfer Binder] Fed. Sec. L. Rep. (CCH) 92,083 (W.D. Mo. 1985). The case settled for approximately $12 million.

*Sanwa Bank California v. Facciani*, where Marc Seltzer was co-lead counsel for a plaintiff class in which settlements totaling approximately $26 million in cash were obtained on behalf of defrauded investors who were victimized by an alleged Ponzi scheme.

*In re California Indirect-Purchaser Infant Formula Antitrust Class Action Litigation,* comprised of several consolidated consumer class actions brought for the alleged price-fixing of infant formula products. Marc Seltzer was appointed by the court to serve as one of two co-lead counsel for plaintiffs and the class. The case was settled for approximately $20 million.

*Small v. Sunset Park*, where Marc Seltzer was lead counsel for a class of investors involving an alleged Ponzi scheme in which settlements totaling more than $16.8 million were obtained, including $12 million paid in settlement by a then "Big Five" accounting firm.

*Schneider v. Traweek*, federal and state court securities class actions in which Marc Seltzer was lead counsel for the plaintiffs. Significant victories were obtained on plaintiffs' behalf in defeating motions to dismiss and in obtaining class certification. *See Schneider v. Traweek* [1990 Transfer Binder] Fed. Sec. L. Rep. (CCH) 95,419 and 95,505 (C.D. Cal. 1990). The case was settled for approximately $14 million.

*Johnson v. Boston*, where Marc Seltzer was co-lead counsel for a nationwide class of investors victimized by an alleged Ponzi scheme.  Approximately $20 million in settlements were obtained for the defrauded investors.

*Lilienthal v. Levi Strauss & Co*., and individual minority shareholder's action for alleged breach of fiduciary duty by the majority owners, which resulted in a judgment after trial for the plaintiff providing for a recovery in excess of $3 million. Marc Seltzer was co-trial counsel with Jack Corinblit.


In 1972 and 1973, Marc Seltzer was a Deputy Attorney General for the State of California. In 1985, Mr. Seltzer was elected to the membership of the American Law Institute.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



Partner

Houston, Texas
Phone: 713.653.7827
Fax: 713.654.3380
nmanne@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

Neal Manne is well-recognized as one of the premier trial lawyers in America. Chambers USA's comprehensive surveys of clients and other lawyers repeatedly rank Manne as one of the 20 best commercial litigators in Texas. According to Chambers:

> "Clients consider the passionate and thoughtful Neal Manne one of the finest commercial litigators around due to his astute, incisive and nimble mind, and his rare gift of penetrating dense rhetoric and complex facts to get quickly to the heart of the matter."

> "Clients praise the quality analysis, organizational skills and cogent and articulate arguments of Neal Manne, who, unlike many attorneys, can command a courtroom as well as submit to reason."

In 2010, Lawdragon named Manne to its list of the 500 lawyers in America who "embody the best of lawyering in 2010 – displaying intellect, passion, judgment, dedication and extraordinary achievement." In 2009, "The Best Lawyers in America" named Manne as one of the "Bet-the-Company" litigators in Texas. Manne regularly has been named a "Super Lawyer" in peer rankings. International Commercial Litigation named Manne one of the best litigation attorneys in the United States in its "Best of the Best" rankings (those same rankings named Susman Godfrey LLP the best litigation firm in the country). Inside Houston magazine has touted Manne as one of Houston's best attorneys in each of its surveys. More than a decade ago, The American Lawyer profiled him as one of 45 lawyers "who are making their mark today and will lead the profession tomorrow." And Manne's fellow trial lawyers have elected him to the American Board of Trial Advocates.

Manne's trial victories have come for both plaintiffs and defendants, and extend far beyond Texas. He has handled high-profile cases in New York, Michigan, Louisiana, Massachusetts, Puerto Rico, Alabama, Minnesota, Florida, Kansas, Washington State, Pennsylvania, Ohio, California, South Carolina, Kentucky, New Jersey, Toronto, Bermuda and throughout Texas. Manne's jury verdicts have been profiled in The National Law Journal, The New York Times, The Wall Street Journal, The American Lawyer and many other publications.

Manne has been an innovator in mass tort cases, for both plaintiffs and defendants. He helped devise the first mass subrogation claim, a legal theory which Susman Godfrey has used to make large recoveries for dozens of health care plans in national class action litigation involving issues as diverse as Vioxx, silicone breast implants and diet drugs. Manne also served as lead counsel for defendants in the Rio Piedras Explosion Litigation in San Juan, Puerto Rico, directing the efforts of seven law firms in the defense of more than 500 consolidated lawsuits. Manne serves as "national trial counsel" for one of the world's largest retailers in complex class action cases around the country.

Energy industry litigation has taken Manne to the courthouse often. He has won major trials for Hilcorp Energy, Intratex Gas Co., Panhandle Gas Co. and Houston Pipeline, successfully defending them in various trials in which the plaintiffs sought damages totaling more than $1 billion. For plaintiffs, Manne has recovered hundreds of millions in cases involving gas contracts, joint ventures in the former Soviet republics, pipeline disputes and oil and gas joint operating agreements.

When CEO's and other top corporate executives are fired by their companies, they often call on Manne to represent them in breach of contract litigation. Most such cases settle before trial, but when they don't Manne has never lost. He's won trials for Brian Hughes, Paul Beck and Ray Weems against Cambrian Capital Partners; for Dan Pena against Great Western Resources; for Jonathan Carroll against Enserch; for John Dalton against WorldPort Communications; and for David Siegel

against Budget Rent-A-Car.

Manne's work on complex insurance coverage disputes often crosses international borders. In cases involving environmental clean-up, officers' and directors' liability, asbestos litigation and products liability, Manne has been hired as lead counsel by many of the world's largest insurers in the U.S., Bermuda, London and the European continent. Manne recently represented a major insurer in both antitrust and securities fraud litigation relating to the use of contingent commissions in the insurance brokerage industry.

Antitrust litigation has been a specialty of Manne and his firm for decades. He has handled cases for both plaintiffs and defendants, in a wide range of industries, including airline tickets, Alaskan salmon processing, DVD rentals, commercial insurance and many others.

Manne handles intellectual property litigation for both plaintiffs and defendants. With his partner Max Tribble, he successfully defended Dealix on patent infringement claims by Autobytel, and won large recoveries for SuperSpeed Software in separate patent cases against Oracle and IBM.

As a trial specialist, Manne often is hired to take over a case from another law firm as trial approaches. Certain Underwriters at Lloyds, on behalf of the London insurance market, hired Manne to take over and resolve four huge pollution clean-up coverage cases, some of them pending for many years. Aetna did the same in an eight year old pollution coverage dispute. The Torrington Company hired Manne only months before trial to defend it in the re-trial of a helicopter crash case that had been pending for seven years. Only a few months before trial, Manne and his partner Steve Susman were hired to try investment banker Frank Benevento's long-running case against RJR Nabisco, winning a large jury verdict in New York. In Baks v. Moroun, the plaintiffs had been in litigation against their family trucking empire for nearly eight years when they hired Manne and Susman only a few weeks before trial. After an eleven week jury trial in Michigan, plaintiffs recovered a huge settlement. When the Government of India's oil trading company was hit with a huge adverse judgment in federal court in Houston, the Government hired Manne, who got the judgment vacated and quickly resolved the dispute for a nominal amount. Modern art icon Robert Rauschenberg hired Manne after dozens of his paintings were seized from a museum to satisfy a default judgment. Manne won an injunction ordering the return of the art, and quickly resolved the underlying dispute. A grateful Rauschenberg gave Manne's law firm two of his paintings as a bonus.

Manne's fast-paced trial practice has not stopped him from finding time to serve the community and the legal profession. In recognition of Manne's "lifetime of volunteer service to the community," the Houston Bar Association Auxiliary selected Manne as the 2003 recipient of the Leon Jaworski Award. In 1998, he was named the "Distinguished Alumnus for Community Service" by The University of Texas School of Law. His pro bono legal work on behalf of women's rights led the National Women's Political Caucus to honor Manne (along with then-Vice President Al Gore) as the national "Good Guy of the Year." The Houston Press followed suit, calling Manne "Good Guy Lawyer of the Year" in Houston, and Planned Parenthood gave him its Public Service Award. On a pro bono basis, Manne has represented an indigent woman facing the loss of her home, a religious organization, women's health clinics targeted by violent protestors, a charitable trust, a public access television station, Moslem jail inmates seeking accommodation of their religion's dietary restrictions, the Hobby Center for the Performing Arts, the Texas Defender Service and many other individuals and organizations. Manne takes seriously the legal profession's mandate that lawyers provide free legal services to the needy. He has donated more than $1.5 million of his time representing people and organizations who could not otherwise have obtained high quality legal services. [Click here to read about some of Manne's more noteworthy pro bono cases.]

Manne has served on numerous boards of directors, both within the legal profession and in the community at large. He was the founding Chair of the Board of Houston's Center for AIDS, Vice Chair of the Houston Bar Foundation, President of the Texas Law Review Association, Commissioner (appointed by Governor Richards) of the Texas Alcoholic Beverage Commission, member (appointed by Mayor White) of the Harris County Houston Sports Authority, and a member of the boards of directors of many organizations, including the Houston Area Women's Center, People for the American Way, Annie's List, the Anti-Defamation League, the University of Texas Foundation, the Houston Food Bank, the University of Texas Development Board, the Houston Arboretum and Nature Center, the Planned Parenthood Federation of America's Action Fund, the Houston Council on Alcoholism and Drug Abuse, the Executive Committee of the University of Texas System's Chancellor's Council, Congregation Beth Israel, Texas Appleseed Foundation, the Women's Advocacy Project, the Texas Freedom Network, and the Grand Teton National Park Foundation.

Born in Baytown, Texas in 1955, Manne graduated from the University of Texas with highest honors, having been named a University Scholar and a member of Phi Beta Kappa. He received his law degree with high honors from the University of Texas School of Law, where he was an editor of the Texas Law Review, a Chancellor, a member of the Order of the Coif and was named a Friar by the University. After serving as law clerk to The Honorable William A. Norris of the United States Court of Appeals for the Ninth Circuit in Los Angeles, Manne worked for six years in Washington, D.C., first at a large law firm, then as Chief Counsel and Staff Director of the U.S. Senate Judiciary Committee's subcommittee on juvenile justice, and finally as Chief of Staff to U.S. Senator Arlen Specter. In 1988, Manne and his wife, Nancy McGregor, left Washington to return to Texas where Manne joined Susman Godfrey. Since 1997, Manne has served on the Firm's Executive Committee. Neal and Nancy have three children: Ben, Elisabeth and Olivia.

**EDUCATION**

- University of Texas (B.A., summa cum laude, Phi Beta Kappa, 1976)
- University of Texas School of Law (J.D., with high honors, 1980)
- Fraternities: Phi Beta Kappa, Friars, University Scholar, Order of the Coif, Chancellors

**HONORS & DISTINCTIONS**

- Associate Editor, Texas Law Review, 1979-80
- Law Clerk to The Honorable William A. Norris, United States Court of Appeals, Ninth Circuit, 1980-81
- Chief Counsel and Staff Director, U. S. Senate Judiciary Subcommittee on Juvenile Justice, 1985-86
- Chief of Staff, U. S. Senator Arlen Specter, 1987-88
- Adjunct Professor of Law, George Mason School of Law, 1986-87
- Commissioner, Texas Alcoholic Beverage Commission (appointed by Governor) 1992-93
- Member, Harris County-Houston Sports Authority (appointed by Mayor), 2005-06
- "Good Guy of the Year" (co-honoree with then-Vice President Gore), National Women's Political Caucus (1994)
- Included in "45 Under 45," The American Lawyer's profile of the 45 best young lawyers in America (1995)
- University of Texas School of Law "Distinguished Alumnus of the Year for Community Service"(1996)
- Included in "Best of the Best," International Commercial Litigation's rankings of the world's best litigation attorneys (1999)
- Inside Houston's "Best lawyers in Houston" (every year published)
- Houston Bar Association Auxiliary's Leon Jaworski Award for "a lifetime of volunteer service to the community" (2003)
- Ranked as one of the 100 best attorneys in the state of Texas in Texas Monthly magazine's various surveys of "Texas Super Lawyers"
- Named one of the best 20 commercial litigation attorneys in Texas in multiple editions of Chambers USA client guides (based on survey of clients and other lawyers)
- Named as one of the "Bet-the-Company" litigators in Texas by "The Best Lawyers in America" (2009)
- Board of Directors: Houston Bar Foundation, Texas Law Review Association, Houston Food Bank, Texas Freedom Network, Texas Appleseed Foundation, University of Texas Foundation, Women's Advocacy Project, Center for AIDS, Houston Area Women's Center, People for the American Way, Annie's List, Houston Council on Alcoholism and Drug Abuse, Congregation Beth Israel, Houston Arboretum and Nature Center, Anti-Defamation League, Planned Parenthood Federation of America Action Fund, University of Texas Development Board, U.T. System Chancellor's Council, Grand Teton National Park Foundation

**PROFESSIONAL AFFILIATIONS**

- State Bar of Texas
- State Bar of California
- District of Columbia Bar
- American Bar Association
- Houston Bar Association
- Fellow, Texas Bar Foundation
- Fellow, Houston Bar Foundation
- Texas Law Review Association
- Elected member, American Board of Trial Advocates

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

## SUSMAN GODFREY LLP



Partner

Houston, Texas
Phone: 713.653.7853
Fax: 713.654.3384
emayer@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

ERIC JULIAN MAYER, born New Orleans, Louisiana; admitted to bar 1984, Louisiana; 1988, Texas.

Eric J. Mayer has litigated complex commercial matters at Susman Godfrey since 1988. He has been a partner since 1990. He has represented both plaintiffs and defendants in state and federal courts across the country.

Mayer is licensed in Texas, New York and Louisiana and handles litigation in both common law and civil law jurisdictions. Mayer's clients have profited handsomely from his hard work, trial skills and pretrial settlements. Some of Mayer's recent results include:

For the last four years, Mayer has acted as national and supervising trial counsel for Texas Instruments (and a newly formed company recently spun off by Texas Instruments, Sensata Technologies, Inc.), handling a variety of litigation pending against these companies throughout the United States. Mayer also acts as national and supervising trial counsel for Aetna Life Insurance Company and ING USA Annuity and Life Insurance Company in connection with asbestos related litigation against these insurance companies in a variety of jurisdictions.

In August 2008, the Texas Supreme Court held in a 7-2 decision that Zurich American Insurance Company, Federal Insurance Company and National Union Fire Insurance Company had a duty to defend Susman Godfrey's client, Nokia, Inc, in a series of class actions pending around the U.S. The ruling is a vindication for Nokia which has spent millions successfully defending these claims. Nokia hired Susman Godfrey partner Eric Mayer after losing on this issue in the trial court. Mayer and Susman Godfrey lawyers Brian Melton, Ian Crosby and Lexie White argued that Nokia's insurers wrongfully denied coverage. The ruling by the Texas Supreme Court now opens the way for Nokia to recover millions in defense costs and fees from this group of insurers. Mayer argued the appeal for Nokia. Click here to read the Texas Supreme Court's opinion. Click here to watch excerpts of Mayer's oral argument before the Texas Supreme Court.

In July 2008, Mayer successfully argued and won the appeal in a Texas-wide class action against The Hertz Corporation in connection with the company's rental car fuel-service charge. The class consisted of tens of thousands of class members and Plaintiffs alleged millions of dollars in damages. The Court of Appeals for the Thirteenth District Court of Texas reversed the trial court's class certification order and decertified the class on all claims. This victory will serve as persuasive authority in similar cases around the country.

In 2008 and 2009, the publishers of Law & Politics named Mayer a Texas "Super Lawyer" in recognition of his hard work and talent. Mayer also was named to the Texas Pattern Jury Charge Committee and serves as a member and author for the General Negligence and Intentional Personal Torts Texas Pattern Jury Charge.

In 2007, Mayer along with Steve Susman and other partners at Susman Godfrey represented a coalition of Texas cities and counties opposing the construction of a series of coal fired power plants in Texas. Permits for those proposed facilities have now been withdrawn by the applicant, representing a significant victory in this environmental dispute. Mayer's efforts and the efforts of other Susman Godfrey lawyers have been recognized by the *National Law Journal* which awarded Susman Godfrey its 2008 pro bono award for work on this groundbreaking case. Click here to view *Texas Bar Journal* article. National Public Radio interviewed Mayer and Robert Redford about this case. Click here to hear that interview.

In 2006, Mayer successfully represented Gaperti SRL of Italy in trademark litigation in Houston, Texas. Mayer's client not only obtained a complete dismissal of all claims filed against it but also obtained funds from the plaintiff to compensate it for

attorney fees and costs incurred in the litigation.

In Fall 2006, Mayer's client, Nokia, obtained insurance coverage against a host of insurers for costs and fees expended by Nokia in defending class action litigation in a variety of state and federal courts.

In the Summer of 2004, Mayer represented Unocal in a five week commercial arbitration concerning gas supply to a fertilizer plant located in Kenai, Alaska. Unocal prevailed on 14 of 16 issues of arbitration.

In the Spring of 2003, Mayer represented an executive in connection with his severance from a Greenwich Connecticut hedge fund. Upon the completion of discovery of the officers involved in the termination, the case settled resulting in a confidential payment to Mayer's client.

In 2004, 2003, and 2002, Mayer successfully handled a variety of insurance coverage matters. One of these disputes recently settled, resulting in multimillion dollar payments to Texas Instruments, one of Mayer's clients.

In 2000,with Randy Wilson, Mayer defended Unocal Corporation against a $15 billion lawsuit brought by Argentina oil and gas company Bridas Corporation in connection with a pipeline across Central Asia. Following extensive briefing and an evidentiary hearing, the trial court dismissed the suit in Unocal's favor.

In 1998, Mayer represented two former executives in connection with severance payments after their termination. The case was arbitrated to a single arbitrator and Mayer's clients received multi-million dollar awards. Confidentiality agreements prevent a more thorough discussion of the case.

In 1998, Mayer with the assistance of Geoff Harrison, successfully defended the Hertz Corporation in a high profile jury trial in which the plaintiff alleged violations of state insurance licensing laws and unfair and deceptive practices. In less than an hour of deliberations, the jury found for Hertz on all issues and awarded plaintiff's attorneys zero in attorneys fees. Earlier in August 1997 Mayer successfully defeated plaintiff's motion to certify the case as a class action.

In 1996, with Steve Susman, Mayer defended Texas Instruments in a case filed by Samsung alleging fraud in a 1990 cross license agreement. After a three week trial in Fort Bend County, the parties settled by entering into a new agreement that will pay Texas Instruments approximately $1.1 billion over its term.

Mayer's clients have included Aetna, Hertz Corporation, Texas Instruments, Unocal Corporation, Timex Corporation, Nokia as well as individuals. To learn more please contact Eric Mayer.

**EDUCATION**

- Tulane University (B.A., *cum laude*, 1981, Phi Beta Kappa)
- Tulane School of Law (J.D., *magna cum laude*, 1984, Tulane Law Review, Order of the Coif)

**HONORS & DISTINCTIONS**

- Speaker. "Technology Licensing and Contract Clauses:  What Gets Litigated and Who Wins" - UT 2010 Technology Law Conference
- Elected to firm's Executive Committee in 2010
- Speaker: "The Current Status and Possible Future of Climate Change Litigation" - Oil & Gas Law Conference, February 2010
- Named a Texas Super Lawyer by *Texas Monthly Magazine* 2008 -2010
- Named a Super Lawyer in the area of Business Litigation in the Corporate Counsel Edition of *Super Lawyers Magazine* in 2009
- Speaker: "Public Nuisance Litigation - "Beyond Lead Paint?" at the 3rd Annual Civil Justice Symposium - Judicial Education Program sponsored by the Northwestern University School of Law, December 2008
- Speaker: "How to Bust or Follow Through With An Arbitration" at the 31st Annual Advanced Civil Trial Course sponsored by the State Bar of Texas, October 2008
- Author: "Global Warming and the Regulation of Carbon Dioxide Emissions," Vol. 71, No. 5 Texas Bar Journal, May 2008
- Speaker: "The Costs of Doing Business in a Cap-and-Trade World" at the U.S. Chamber of Commerce, May 2008
- Speaker: "Turning Up the Heat: Prosecuting and Defending Climate Change Litigation" for Andrews Publications CLE E-seminar, May 2008
- Speaker: "E-Discovery Issues in State and Federal Courts: Update on Important Rulings" at Mealey's Corporate E-Discovery Conference, October 2006
- Speaker: "Ultimate Trial Advocacy Institute," September, 2001
- Law Clerk to The Honorable Charles Schwartz, Jr., U. S. District Court, Eastern District of Louisiana, 1984-85
- Author and Speaker: "How to Protect the Company When the Deal Goes Bad" for Sonat Annual Lawyers Conference, October 1996
- Speaker: "Designing Profitable Alternative Billing Arrangements" for Business Development Associates, Inc., July 1996
- Author: "For Richer or Poorer- Equities of the Career Threshold, No-Asset Divorce," 58 Tul. L. Rev. 791, 1984

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not

intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



**Partner**

Houston, Texas
Phone: 713.653.7875
Fax: 713.654.6686
hsusman@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

HARRY P. SUSMAN**,** born Houston, Texas, March 31, 1969; admitted to bar, 1998, Texas.

Harry Susman tries complex cases for plaintiffs and defendants throughout the country. He has been recognized consistently as one of The Best Lawyers in America by *Best Lawyers®,* Super Lawyers in Texas by *Texas Monthly* magazine, and one of the best lawyers under 40 in Houston by *H Magazine.*

As a former United States Supreme Court clerk, Harry Susman has the best academic credentials, but more importantly, he is a powerful courtroom lawyer.
Harry Susman has spent 2009 working on the following matters:

- Represented the Attorney General of Mississippi, Jim Hood, in a long-running dispute with Microsoft Corporation, alleging violations of the Mississippi Consumer Protection Act. The case settled in 2009. General Hood announced that the settlement was worth in excess of $100 million.
- Co-lead trial counsel in a dispute over ownership of a television station in Austin, Texas. The case settled while the jury was deliberating.
- Representing various investors involved in the Madoff scandal, including many investors in Ascot Partners. Click here to view Harry Susman on Lou Dobbs.

Below are some representative cases that he has tried over the past 2-3 years, and contact information for former clients and opposing counsel, who have seen him in the courtroom, so that you can get their assessment of his trial work:

- Co-lead trial counsel in dispute over ownership of a television station in Austin, Texas. The case settled while the jury was deliberating.
    - Opposing counsel: Chip Babcock: (713) 752-4210.
    - Client: Frank Goldberg: (713) 268-8622.

- Lead trial counsel in a dispute involving a fired executive and large shareholder in a publicly-listed corporation. The case settled in the middle of trial.
    - Opposing counsel: Alistair Dawson: (713) 951-6225.

- Co-lead trial counsel for international timber company in its lawsuit against Pan American Energy LLC. After a two week trial, the jury announced that it was ready to return a verdict; the case settled as the jury was about to read the verdict.
    - Client: Jeff Kossak (Candlewood): (212) 245-2722.
    - Opposing counsel: James Murphy (Squires Sanders): (202) 626-6793.

- Lead trial counsel for Tequila Herradura, the largest tequila manufacturer in Mexico, in a dispute with its United States distributor. Shortly after receiving the decision in the arbitration, Herradura was able to sell itself for almost $800 million.
    - Client: Fernando Morayta (Herradura): (011)-52-55-5520-78-74.
    - Opposing counsel: Michael Attanasio (Cooley Godward Kronish): (858)550-6020.

- Lead trial counsel for Gary Jacobs in a suit against the United States Government for violating the Privacy Act. The case settled post-trial before the judge rendered a decision for an amount that is believed to be one of the larger settlements ever in such a case.
  - Client: Gary Jacobs (956) 723-1151.
  - Opposing counsel: John Griffiths (DOJ): (202) 514-4652.

- Co-lead trial counsel on behalf of Enterprise Products in a lawsuit over a exercise of right-of-first-refusal against Sunoco. After obtaining a favorable verdict, the case settled.
  - Client: Tricia Totten (Enterprise): (713) 880-6680.
  - Opposing counsel: Eric Macey (Novak & Macey): (312) 419-6900.

Harry Susman's practice is not confined to a particular area. For example, during 2009, he is handling a range of "bet the company" cases around the country ranging from securities litigation to patent disputes to antitrust matters.

Obviously, most cases settle before there is ever a trial. Harry Susman has helped his clients obtain hundreds of millions of dollars in settlement. Below are some representative cases:

- Represented a former executive and shareholder of a large investment management firm in an employment termination and shareholder dispute. Contact: Russell Frankel, (713) 658-8003.

- Lead trial counsel for two investors in a $20 million securities fraud case involving a private placement. Contact: Omar Wohabe (outside lawyer for Kuwait Fund for Arab Economic Development), (212) 838-7380; Steve Friedman: (principal EOS Partners), (212) 832-5804.

- Represented TECO Energy, which owns the regulated utility Tampa Electric, in a dispute with its lenders over a $1 billion loan to construct two of the largest merchant power plants in the United States. Contact: Shelia McDevitt (General Counsel, TECO), (813) 228-1804.

- Represented Choiceparts, an electronic automotive parts information provider, in its $250 million dollar antitrust lawsuit against General Motors, Ford, and DaimlerChrysler. The case settled for a confidential amount. Contact: David Goldberg (for General Counsel ChoiceParts): (847) 953-8114.

- Represented Gateway over antitrust claims against Microsoft.Contact:Greg Call: (949) 471-7232.

In 1998, Harry Susman completed a clerkship for Justice Anthony Kennedy on the United States Supreme Court. (Before clerking for Justice Kennedy, he clerked for Judge Alex Kozinski on the United States Court of Appeals for the Ninth Circuit.) He moved back to Houston, and joined the firm that his father, Stephen D. Susman, founded. In 2001, Harry Susman became a partner.

Harry Susman graduated from Yale University and the University of Texas School of Law, where he served as Editor-in-Chief of the Texas Law Review, graduated with high honors, was a member of Chancellors and Order of the Coif, and was elected Outstanding Student for the University.

Harry Susman is active in various local charitable activities. He serves on the Board of Directors of the Contemporary Arts Museum, the Board of the Anti-Defamation League, and is a member of the University of Texas Chancellor's Executive Committee.

He and his wife, Karen, have three children, Sam Daily Susman, Ana Isabel Susman, and Jack William Susman.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



Partner

Dallas, Texas
Phone: 214.754.1928
Fax: 214.665.0855
wburns@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

Warren Burns represents plaintiffs and defendants in complex commercial litigation throughout the nation. From pre-litigation evaluation of claims to final dispute resolution, Warren manages all aspects of his client's cases, providing proven results in a timely and cost-effective manner. His clients have trusted him to pursue their objectives in high stakes litigation involving antitrust, oil and gas, accounting malpractice, fraud, breach of contract, patent infringement, trademark infringement, trade secrets, and subprime mortgage litigation.

Warren goes to bat for his clients. His dedication is reflected in what his clients say about him:

> Casey Stengel, when asked how he won nine pennants in ten years, replied "I never play a game without my man."
>
> Was he talking about the superstars, Mantle or Ford, perhaps the peerless DiMaggio? No. He was lauding Yogi Berra, who controlled the field from five positions: catcher, of course; first base; left field; right field; and third base.
>
> Susman Godfrey's "Yogi" on our case is Warren Burns: always in command of the manifold issues and procedural ongoings; always reliable, on time and indefatigable—working all hours from wherever he is, and able to switch on to our case amidst other responsibilities with nary a missed beat.
>
> Like Yogi, Warren has an infectious good nature and consistent pleasant manner. *He is a winner.*

> Frank Benevento, Individual Network, 2009

Warren has appeared and argued in state and federal courts and arbitral proceedings across the country. A sample of Warren's past and current cases includes:

- Representing a class of residential and business customers against AT&T and other defendants for overcharging customers for a Universal Service Fund ("USF") fee. Following a six-week trial in Kansas City, Kansas, the jury awarded over $16 million in damages on the California residential plaintiffs' breach of contract claim. The case is currently on appeal before the United States Court of Appeals for the Tenth Circuit.

- Representing a class of direct purchasers of Ready-Mixed Concrete in an antitrust class action against producers for fixing the price of concrete in the Central Indiana area. Susman Godfrey serves as co-lead counsel in this dispute that has already resulted in settlements exceeding $24 million. This case is pending in the United States District Court for the Southern District of Indiana.

- Representing Individual Network, LLC in its patent infringement case against Apple, Inc. This case settled on confidential terms in 2009.

- Briefing and arguing an appeal from the grant of a preliminary injunction in a trademark infringement suit before the United States Court of Appeals for the Fifth Circuit.

- Representing the respondent in an arbitration between oil and gas service industry giants involving breach of contract and fraud claims. The dispute was resolved successfully before hearing.

- Representing a leading Florida asphalt plant manufacturer in its dispute against former auditors for violations of professional standards occurring in the United Kingdom and the United States. Warren led a team of lawyers in both countries. This suit was resolved successfully before trial.

- Representing over one hundred mineral owners in two Oklahoma cases seeking damages for underpayment of gas royalties. These cases were settled before trial.

- Representing a regional pharmaceutical wholesaler in an antitrust suit against a major pharmaceutical manufacturer under the Robinson-Patman Act. This dispute was resolved successfully before trial.

Warren also brings experience outside the law to his practice. Before law school, he worked for several years as a public relations and fundraising professional in the non-profit community. Warren previously served as the Communications Director at the Basilica of the National Shrine in the District of Columbia and as the Development Director of RiverLink in Asheville, North Carolina.

Warren graduated with highest honors in 2004 from the Tulane University School of Law in New Orleans, Louisiana. While at Tulane, Warren served as the Editor in Chief of the Tulane Law Review and received an Honorable Mention for Best Oralist in the 2004 Willem C. Vis International Arbitration Competition. He was also awarded the John Minor Wisdom Award in 2004. Warren attended the University of Mississippi as an undergraduate.

**CLERKSHIP**

- Law clerk to the Honorable Paul J. Kelly, Jr., United States Court of Appeals for the Tenth Circuit, 2004-05

**PROFESSIONAL AFFILIATIONS**

- Admitted to practice in New York and Texas
- Admitted before the United States Courts of Appeals for the Fifth and Tenth Circuits
- Admitted before all United States District Courts in Texas
- American Bar Association, Section of International Law
- Texas Bar Association
- New York State Bar Association
- Tulane Law Review Alumni Association

**PUBLICATIONS**

- Co-author with Steve Susman, *The Alien Tort Statute: Corporate Accountability after Sosa v. Alvarez-Machain,* Practical Law Company – 2006/07 Dispute Resolution Handbook
- Co-author with Steve Susman, *Country Q&A United States and Seizing Assets Q&A*, Practical Law Company – 2006/07 Dispute Resolution Handbook
- Author: Book Review, *Becoming Free, Remaining Free: Manumission and Enslavement in New Orleans*, 1846-1862, 78 Tul. L. Rev. 2339 (2004) and Note, *No Way to Run a Railroad: The Fifth Circuit Goes Off-Track in Applying Louisiana Expropriation Law in Illinois Central Railroad Co. v. Mayeux*, 77 Tul. L. Rev. 1429 (2003)

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# Susman Godfrey LLP



Partner

Houston, Texas
Phone: 713.653.7813
Fax: 713.654.3399
jross@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

Mr. Ross joined Susman Godfrey in 1994, becoming a partner in 1998. Along with his colleagues at the firm, Mr. Ross specializes in winning trials: both the preparation involved in positioning a case for trial, and the ability to convince the fact finder, be it jury, judge, or arbitration panel, of the merit of his client's case. Mr. Ross is equally adept at representing plaintiffs and defendants, and believes that an active practice for both plaintiffs and defendants makes him a more effective lawyer then one who concentrates solely on the plaintiffs or defendants' side.

In today's world of complex business litigation, clients have become risk-adverse, and more cases settle after extensive pre-trial maneuvers then used to. Why then the need for business litigation trial lawyers? There are two reasons. First, significant, beyond client expectation settlements only happen when the attorney handling the case prepares the case FOR TRIAL, regardless of any settlement expectations. Only when the case is managed to be tried FROM THE FIRST DAY FORWARD will these settlements happen. Mr. Ross believes in answering the following question in the first weeks of any engagement: what do I need to prove to obtain the verdict my client desires? How the case is managed from that point on flows from that question. Mr. Ross does not waste time trying to "win" discovery disputes. The only "win" he is interested in is having the fact finder find for his client.

Born and raised in New York City, Mr. Ross came to Texas in 1992 for a trial clerkship with Judge Lynn N. Hughes. Thirteen years after the judge and his wife set him up on a blind date with Jeanie Gilliam, he is still here, sharing his life with Jeanie and their children Elliot, Isabelle and Grisha.

Mr. Ross' experience is as varied as one would expect from an attorney who focuses on litigating cases, and refuses to specialize in anything but winning. Below is a representative sampling of cases that Mr. Ross is currently involved in, as well as past results (weighted to the recent past).

**CURRENT CASES**

- Represents Huntleigh USA Corporation in various actions arising out of the 9/11 attacks.Huntleigh provided checkpoint security at Boston's Logan Airport in regard to United Flight 175, one of the planes the Al-Queda terrorists crashed into the World Trade Center towers.

- Represents the Official Committee of Unsecured Creditors of M. Fabrikant & Sons and Fabrikant-Leer International ("Fabrikant") in its action against eight financial institutions arising out of the bankruptcy of Fabrikant, formerly one of the leading companies in the diamond and jewelry wholesale market. The Committee contends, in part, that the defendants had actual and constructive knowledge of self-dealing on the part of the Fortgang family, which controlled Fabrikant as well as dozens of non-affiliated companies, and thus obligations of the estate to the defendants should be avoided, resulting in the return to the estate of the value of the collateral seized by the defendants, in an amount no less that $80 million.

- Represents Sim-Tex L.P. in a dispute with Coutinho & Ferrostaal, Inc. involving whether or not a contract was formed for the purchase of OCTG products. The dispute also involves issues of custom and practice in the OCTG industry and course of dealing regarding cancellation of purchase orders.

**2009**

- Represented MasTec North America, Inc. in its action against Con Edison Company of New York for Con Ed's activities related to MasTec's construction of a fiber optic network in Con Ed's rights of way in New York City. MasTec alleged that Con Ed tortiously interfered with its contract with the Telergy Corporation to provide construction services by favoring its own telecommunications subsidiary over Telergy. Specifically, MasTec alleges that Con Ed prevented Telergy and MasTec from completing the fiber optic network in various ways, including withholding necessary services in its rights of way, in order to prevent Telergy from effectively competing against Con Ed's subsidiary and to prevent Telergy from being able to pay MasTec for the construction services provided.  The case settled for a confidential amount.

**2008**

- Represented a leading insurance company with regard to its insured's defense of allegations of product liability in a home fire that included three fatalities and a surviving child with second and third degree burns over 33% of her body.

- Represented general partner of a Houston pharmacy group in partnrership dispute with certain limited partners. Focusing on the business goals of the various parties rather then generating legal fees, was able to structure a multi-million dollar buy-out of the limited partners which allowed the client to regain effective control of the business and the business to survive.

**2007**

- Represented Enron in its litigation against the financial institutions who aided and abetted various insiders at Enron in the historic collapse of the company. Enron brought claims against 10 financial institutions. Mr. Ross was responsible for the prosecution of the case against Merrill Lynch and Deutsche Bank, both of which settled for substantial recoveries for Enron's creditors.

- Represented New York Network Management (NYNM) in a case against HIP New York.NYNM, an IPA that provided various providers to HIP for its members medical care, alleged that HIP erroneously denied claims far in excess of industry norms, significantly underpaid on other claims, and systematically moved those providers to other IPAs or directly to HIP itself in order to undermine NYNM's business.The case settled for a confidential amount.

**2006**

- Managed the firm's representation of over 2,000 clients in the Fen-Phen diet drug litigation against Wyeth Pharmaceuticals. These cases settled for over 1,100 clients who had "opted-out" (that is, filed lawsuits) resulting in millions of dollars in payments to the clients.The remaining clients who opted-in to a previous settlement favorably resolved their claims.

**2005**

- Obtained a $38 million jury verdict on behalf of Florida Health Plan Management against HIP New York.Plaintiff alleged that the defendant both understated its liabilities and overstated its assets in the sale of HIP Florida to the plaintiff.In addition to the compensatory damages noted above, the jury found that punitive damages were warranted.In the midst of the parties' presentation of evidence as to the amount of punitive damages to award, the case was settled for a confidential amount.

- Represented accounting firm Mann Frankfort in defense of various cases arising out of the collapse of Premiere Holdings. Achieved numerous dismissals of federal cases at the motion to dismiss stage. Remaining cases were settled.

- Filed a declaratory judgment action for Brazilian client Mineracao Curimbaba, a manufacturer of proppants, against competitor Carbo Ceramics, which asserted that Curimbaba's intermediate strength proppant violated various Carbo patents. Achieved settlement which will allow Curimbaba to sell its product in the United States with no royalty paid to Carbo.

**2004**

- Defended Intergraph against patent infringement claims brought by American Imaging.Achieved dismissal of the case on summary judgment grounds after a week-long Markman hearing. While the Federal Circuit upheld most of the district court's decision, one small aspect of the case was remanded.Obtained final dismissal of the case on summary judgment after the remand.

**2003**

- Represented the Texas Democratic Congressional Delegation at redistricting trial, focusing on the unconstitutionality of redistricting solely for partisan advantage and mid-decade redistricting. The three-judge panel split 2-1 in favor of the state's redistricting plan. In June 2006 the Supreme Court, on a 5-4 vote, rejected the claims of political gerrymandering and mid-decade redistricting, but did find Latino voter dilution in District 23 and order the redrawing of

that district to comply with the Voting Rights Act.

**2002**

- Represented the trustee of the WRT Creditors' Liquidation Trust in bringing actions against accounting firm KPMG and financial advisor CIBC Oppenheimer Corp. for their involvement in the collapse of energy company WRT. Recovered settlements from both defendants for the benefit of the Trust.

**2001**

- Represented the trustee of the DeGeorge companies estate in a jury trial against GMAC subsidiary Residential Funding Corporation for putting DeGeorge out of business. The jury found for the defendant. On appeal, raised legal issues that led to the Second Circuit issuing an opinion remanding the case to district court for determination of factual issues that could require a new trial.The case settled before the district court made its determination.

- Represented Bobby Sue Smith Cohn in connection with various probate and estate issues arising out of the R.E. Smith estate.Successfully mediated dispute between the client and the trustees of various estate entities resulting in the client obtaining greater control of inheritance.

**2000**

- Defended Unocal against a $15 billion lawsuit brought by Argentine oil and gas company Bridas in connection with the right to build a pipeline across Central Asia. As part of the litigation conducted negotiations with the Turkmenistan Oil & Gas minister and other government representatives.The Court dismissed the lawsuit in Unocal's favor.

- Represented Apache Corporation against PetroChina, obtaining the first TRO ever granted by a U.S. Court against quasi-governmental entities of the People's Republic of China. The case settled favorably for the client 10 days after we obtained the TRO.

**1999**

- Tried case on behalf of Century Resources Inc. against New York real estate mogul Sheldon Solow in NY state court. Mr. Ross represented the geologists who made an oil and gas find, only to have their financial partner Mr. Solow freeze them out of the business. The case settled during trial for a confidential amount.

- Represented Citrus Trading Corporation in a dispute with Pan National Gas Company over Pan National's failure to deliver agreed upon quantities of LNG (liquefied natural gas).Pan National claimed force majeur due to the failure of the Algerian National Oil and Gas Company, Sonatrach, to deliver the LNG. We argued on behalf of our client that Pan National used normal upkeep of Sonatrach's facilities as an excuse to fail to make deliveries under a contract price favorable to our client.In an innovative approach that we suggested, the case settled after both parties' legal teams made a two-day presentation to a panel consisting of three executives from each party.

**1998**

- Defended Brazilian proppant manufacturer Minercao Curimbaba against allegations by its United States distributor, PropTech, that it had breached an agreement to extend the distributorship. The case settled on the eve of trial for a confidential amount.

**1996**

- Represented the employees of Burlington Industries against Burlington, Morgan Stanley, and NationsBank.This ERISA lawsuit alleged that the defendants looted the assets of the employees ESOP (Employee Stock Ownership Plan) pursuant to a scheme by which they arranged for Burlington stock to be sold to the ESOP at a highly inflated price.Mr.Rosswas responsible for the depositions and the class action briefing, which was successful.The defendants settled for $22 million.

- Represented Degussa Corporation in claims against it in the Gulf War Syndrome cases filed in Galveston, Texas.Demonstrated to the plaintiffs their lack of a case against the client as well as strategic reasons why Degussa should not be in the case and achieved complete dismissal of the client in the early stages of discovery.

**1995**

- Represented Lloyds of London in an insurance dispute with Exxon arising out of the Exxon Valdez oil spill in Alaska. Mr. Ross played a supporting role in all aspects of this very significant litigation.

**EDUCATION**

- The Hotchkiss School (1983)
- Georgetown University (B.A. in History & Government, magna cum laude, 1987)
- Yale Law School (J.D., 1992)

**PROFESSIONAL AFFILIATIONS AND BAR ADMISSIONS**

- State Bar of New York (admitted 1993)
- State Bar of Texas (1994)
- United States Court of Appeals for the Fifth Circuit (1995)
- United States Court of Appeals for the Federal Circuit (1999)
- United States Court of Appeals for the Second Circuit (2002)
- United States Supreme Court (2003)
- Eastern District of Texas (2006)
- Northern District of Texas (2003)
- Southern District of Texas (1995)
- Eastern and Western Districts of Arkansas (2004)
- Northern District of Georgia (2004)
- Eastern District of New York (2007)
- Southern District of New York (2007)
- American Bar Association
- Houston Bar Association
- Houston Trial Lawyers Association

**HONORS & DISTINCTIONS**

- Morris Historical Medal for Best Senior Thesis in History, Georgetown
- Phi Beta Kappa, Georgetown
- Senior Editor, Yale Law Journal (1991-92)
- Managing Editor and Student Writing Editor, Yale Journal of International Law (1990-91)
- Law Clerk to The Honorable Lynn N. Hughes, United States District Court for the Southern District of Texas, 1992-94
- Named "Texas Rising Star" (2005) in *Texas Monthly* magazine.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



Partner

Seattle, Washington
Phone: (206) 373-7384
Fax: (206) 516-3883
dhansen@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

DREW D. HANSEN is a partner at Susman Godfrey who has tried cases for both plaintiffs and defendants in state and federal courts across the country. Recent trials include:

- *Application of Las Brisas Energy Center, LLC* (Tex. State Office of Admin. Hearings 2009). Represented the Texas Clean Air Cities Coalition, a coalition of over 30 Texas cities, in opposing the permit for the Las Brisas Energy Center (LBEC), a proposed petroleum coke-fired power plant, on the grounds that it would not comply with the applicable air quality standards or protect human health and the environment. After a two-week trial, the judges issued a 120-page proposal for decision that recommended denial or remand of the permit. The judges particularly criticized the air modeling LBEC submitted to support the plant, calling it "unreliable" and "simply inadequate." You can read media coverage of Hansen's cross-examination of LBEC's air modeler here.

- *Alfonso C. Peña v. GBS Financial Corp., et al.* (NASD 2007): Represented the family of Alfonso C. Peña, a Los Angeles-based entertainer and entrepreneur, in a lawsuit against his former investment advisors. After a two-week arbitration, the panel awarded Peña damages for the excessive management fees on his investment account.

- *Jacobs v. National Drug Intelligence Center* (S.D. Tex. 2007): Represented former Laredo National Bank president Gary G. Jacobs in a Privacy Act lawsuit against the NDIC. After a bench trial, the NDIC settled Jacobs's attorney fee claim for an amount believed to be one of the largest ever for attorney fees in a Privacy Act case of this nature. The NDIC also settled Jacobs's damages claim, reserving its right to appeal. In October 2008, Hansen argued and won the NDIC's appeal to the Fifth Circuit. You can read the Fifth Circuit's decision affirming the judgment against the NDIC here.

- *BASF Corporation v. Lyondell Chemical Co.* (N.J. Super. Ct. 2007): Represented Lyondell Chemical Company (now LyondellBasell Industries) in a two-month breach of contract trial where the jury found in favor of BASF. The judgment is now on appeal.

Hansen has also won major victories for clients in pretrial proceedings. After the collapse of Enron, the company's court-appointed management hired Susman Godfrey to recover from the financial institutions who aided and abetted the Enron insiders in hiding the company's true financial condition. Hansen was in charge of prosecuting the estate's claims against the Canadian International Bank of Commerce (CIBC), one of Canada's largest banks. After Hansen questioned the first few CIBC witnesses at deposition, CIBC witnesses started pleading the Fifth Amendment. CIBC eventually paid $250 million to settle the estate's claims, which was collected for the benefit of the estate's creditors, including the approximately 20,000 former Enron employees who lost money in their pension funds when the company collapsed.

Hansen has also:

- Represented a class of Bristol Bay salmon fishermen in a four-month antitrust trial in Anchorage, Alaska against seafood processors and importers. The settlements before and after a jury verdict in the defendants' favor totaled over $40 million.

- Defended a multi-million dollar misappropriation of trade secrets case on behalf of REI, Inc. Hansen won dismissal of the plaintiff's motion to add a claim under Washington's version of the RICO statute, and the case settled near the

end of discovery.

- Represented plaintiffs in nineteen separate state-law antitrust class actions against Visa and MasterCard alleging illegal tying arrangements involving debit cards.

- Represented Brent Redstone in a shareholder oppression action in which he sought to dissolve the $8 billion family company controlled by his father, Sumner Redstone.

Hansen encourages you to contact his current and former clients and his opposing counsel for recommendations.

**REFERENCES**

| |
|---|
| Mark Carlton<br>LyondellBasell Industries<br>(281) 363-2347 |
| Larry Krantz (opposing counsel, Enron v. Citigroup, et al.)<br>(212) 661-0009 |
| Dr. Devon G. Peña<br>(206) 543-1507 |

Hansen's busy trial practice does not stop him from finding time to be active in the Bar and the wider community. He is a part-time lecturer at the University of Washington Law School, where he co-teaches an advanced seminar entitled "Social Movements, the Political Process, and the Development of Law: A Civil Rights Case Study". He is a founding member of the Puget Sound Chapter of the American Constitution Society, and he represented the Washington State Democratic Party in a *pro bono* lawsuit against Ralph Nader because of what it alleged was Nader's illegal effort to qualify for the 2004 Presidential ballot in Washington state. In 2005, Governor Christine Gregoire appointed Hansen to the Washington Community Economic Revitalization Board (CERB), which has distributed over $19 million to local governments to help attract and retain businesses in Washington state since Hansen joined the Board. (In 2008, Governor Gregoire reappointed Hansen to another term on CERB). Hansen is also deeply committed to educational issues: He is currently on the board of the Olympic College Foundation, and he has been on the steering committee for nearly every Bainbridge Island School District levy since 2004.

Hansen maintains an active writing and lecturing career as a sideline to his law practice. He is the author of a book, *The Dream: Martin Luther King and the Speech That Inspired A Nation* (Ecco/HarperCollins, 2003), which U.S. Representative John Lewis called "a great contribution to the history of the movement." Pulitzer Prize-winner David Garrow called Hansen's work "the best book in more than a decade on the movement's best-known leader," and the Denver Post called Hansen's book "essential reading for anyone trying to understand one of the great speeches in American history." Hansen has given speeches and guest lectures across the country, ranging from a lesson on Dr. King to kindergarten classes in Houston to a nationally televised reading at the Los Angeles Public Library. He has appeared on ABC's World News Tonight, CBS's Early Show, CSPAN's Book TV, CNNfn, and on NPR and dozens of radio stations in the United States and around the world. Hansen's Op-Eds have appeared in USA TODAY, the Seattle Post-Intelligencer, and the Houston Chronicle, and his essay on Martin Luther King, Jr.'s theological education will appear in the forthcoming *Cambridge Companion to Martin Luther King, Jr.* (Cambridge University Press, 2011).

Hansen began practicing at Susman Godfrey after serving as a law clerk to the Honorable Pierre N. Leval, United States Court of Appeals for the Second Circuit. He graduated from Yale Law School and from Harvard University, *summa cum laude*. Before law school, Hansen studied theology at Oxford University, where he was a Rhodes Scholar. He lives on Bainbridge Island, Washington.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



Partner

New York, New York
Phone: 212.471.8349
Fax: 212.336.8340
sagrawal@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

SUYASH AGRAWAL, born in Allahabad, India, admitted to the state bars of Texas (2002) and New York (2009).

Suyash Agrawal is a partner in Susman Godfrey's New York office, which he joined in January 2009 after five years in the firm's Houston office. He represents plaintiffs and defendants in state and federal courts and arbitrations throughout the nation. He handles all aspects of complex commercial litigation and trial advocacy, including appeals.

Suyash's cases have involved diverse areas of state and federal law including antitrust, bankruptcy, breach of contract, business torts, class actions, deceptive trade practices, defamation, energy, FCC law, fiduciary duties, fraud, fraudulent transfer, HUD regulations, Indian gaming and casino law, insurance coverage, maritime law, oil and gas law, patent infringement, real estate transactions, shareholder oppression, trade secrets, and unfair competition. These cases have taken Suyash around the country and the world—from London to Mexico City, Miami to Seattle, Hong Kong to Slovenia, San Diego to Boston.

In 2006, 2007, 2008, and again in 2009, *Texas Monthly* named Suyash a "Rising Star" of the Texas legal profession. And *H Texas* magazine has identified Suyash as a "Professional on the Fast Track" in Houston.

## TRIALS AND ARBITRATIONS

Unlike most lawyers at his level of seniority, Suyash has actual experience trying commercial cases before judges and juries.  In multi-million dollar disputes, Suyash has conducted *voir dire*, argued countless evidentiary and other trial motions, and handled jury charging. Most importantly, though, Suyash has examined dozens of witnesses, including adverse parties, third-party witnesses, and experts.

- *54 Broadcasting, Inc., et al. v. LIN Television of Texas, L.P., et al.* (W.D. Tex.) – In February 2009, with Steve and Harry Susman, Suyash represented 54 Broadcasting and its shareholders in a breach of contract and minority shareholder oppression case in federal court in Austin, Texas. The case involved a dispute over the rights to an FCC license for an Austin, Texas television station worth tens of millions of dollars.  After a week-long trial, the case settled on confidential terms before the jury rendered its verdict.

- *Segue Electronics, Inc., et al. v. Phihong USA Corp, et al.* (Los Angeles, California) – Suyash represented Segue Electronics, a Los Angeles-based distributor of electronics components, in a breach of contract claim against Fujian JK and Anhui JK, Chinese manufacturers of lighting and motor-run capacitors. Segue claimed that JK breached two contracts that granted Segue the exclusive right to distribute JK's capacitors in North America. After extensive international discovery and a nearly five-week jury trial in the fall of 2008, the jury returned a verdict in Segue's favor for almost $4 million. Suyash is currently handling post-trial appeals on Segue's behalf.

- *Williams, et al. v. KB Home* (Dallas, Texas) (Arbitration) – With Katie Sammons and Trey Peacock, Suyash defended KB Home in a mass arbitration action in which the purchasers of over 125 homes asserted claims for breach of contract, gross negligence, real estate fraud, and deceptive trade practices. The homeowners alleged that, when they purchased their homes, KB Home failed to disclose that the land on which their subdivision was built had been used during World War II as a naval practice bombing range. After an eight-week arbitration in 2006 and 2007 on the claims of 24 bellwether properties, the arbitrator only awarded about 20% of what the bellwether homeowners

sought in damages. Many bellwether homeowners were awarded nothing.

- *Allapattah Services, et al. v. Exxon* (S.D. Fla.) – With Steve Susman and Jim Southwick, Suyash successfully represented a small Florida law firm through a full bench trial in federal court in Miami. The dispute arose over the competing rights of several law firms to one of the largest attorney's fee ever awarded in a class action. In 2006, the court awarded more than $50 million to the three-partner law firm that originally filed the case.

- *Enterprise NGL Pipelines, LLC, et al. v. Standard Gas Co. & Sunoco Pipeline L.P.* (Harris County, Texas) – In 2005, with Tom Paterson and Harry Susman, Suyash represented Enterprise NGL Pipelines LLC and Enterprise Products Operating LP on claims that they were entitled to buy two blocks of stock worth more than $70 million in the Dixie Pipeline Company. After expedited discovery and a three-party bench trial on the merits, the court ruled in Enterprise's favor on all issues.

## CURRENT ENGAGEMENTS

Suyash represents parties in matters large and small all over the country, including some of the most significant litigations currently pending in the New York state and federal courts.

- *Animal Science Products, Inc., et al. v. Hebei Welcome Co., Ltd., et al.* (E.D.N.Y.) – With Jim Southwick, Suyash serves as co-lead counsel for a class of direct purchasers of vitamin C in the first-ever federal price-fixing case against industrial defendants from the People's Republic of China. The case raises important, novel issues concerning the role of the Chinese central and provincial governments in the pricing and output decisions of Chinese manufacturers.

- *Gardiner v. Bank of America, et al.* (S.D.N.Y.) – With Geoff Harrison, Suyash represents several dozen victims of a fraud and money laundering scheme perpetrated by an offshore Antiguan bank. The complaint alleges that Standard Chartered Bank and Bank of America participated in and aided and abetted the Antiguan bank's fraud and breach of fiduciary duty, and also engaged in commercial bad faith conduct.

- *Madoff Litigation* – Suyash is currently representing various investors who lost substantial investments in Bernard Madoff's notorious ponzi scheme. Suyash's clients had invested in funds that they thought were run by J. Ezra Merkin, a well-known money manager in New York City. It turns out that the investments were actually placed with Madoff, a fact that was not disclosed Merkin's investors.

- *In re Truvo USA LLC, et al.* (Bankr. S.D.N.Y.) – Suyash is representing the Coordinating Committee of Senior Lenders as conflicts counsel in the Chapter 11 bankruptcy proceedings of certain affiliates of the Truvo Group, a directories and advertising company based in Europe.

- *The Official Committee of Unsecured Creditors of Old CarCo LLC (f/k/a Chrysler LLC) v. Daimler AG, et al.* (Bankr. S.D.N.Y.) – With Steve Susman, Suyash represents the unsecured creditors of the former Chrysler in a multi-billion dollar fraudulent transfer action against Daimler, AG and certain of its affiliates in bankruptcy court in New York. The complaint alleges that Daimler orchestrated a complex restructuring of its then-subsidiary Chrysler to maximize Daimler's return when it sold Chrysler's operations to a large private equity firm. According to the complaint, assets were stripped away from the Chrysler entities, leaving them empty handed to the detriment of Chrysler's creditors.

- *Almonte, et al. v. Securities America, Inc., et al.* (Houston, Texas) (Arbitration) – Suyash is currently representing a group of investors who lost nearly all of their investments in promissory notes issued by Medical Capital, which turned out to be a massive ponzi scheme. The investors - many of whom have lost most of their life savings - have commenced FINRA arbitration proceedings against Securities America, one of the largest broker-dealers in the country, which recommended and sold them the Medical Capital notes. Suyash's clients allege that Securities America and its affiliates failed to disclose material risks associated with the Medical Capital notes and therefore violated state and federal securities laws and regulations.

- *T3 Energy Services v. Ardmore* (Harris County, Texas) – With Tom Paterson, Suyash has been representing T3 Energy Services in a significant commercial property dispute pending in Houston, Texas against T3's former landlord and its subtenant. T3 prevailed in the trial court on summary judgment against both adverse parties. The matter is currently on appeal to the Houston First Court of Appeals.

## OTHER REPRESENTATIVE MATTERS

- *The PlanIT Group, Inc. v. DLN Holdings LLC* (Fairfax County, VA) – Suyash represented the buyers of a $53 million government contracts business in a breach of contract, fraud, and misrepresentation action against the sellers. Shortly after the parties exchanged expert reports, the case settled on confidential terms.

- *United States ex. rel. Lacefield v. KB Home Mortgage Co., et al.* (N.D. Tex.) – Suyash defended KB Home and its mortgage arm in a False Claims Act qui tam action in which the relator alleged that the KB parties falsely certified that certain loans were processed in accordance with regulations established by the U.S. Department of Housing and Urban Development. After extensive briefing, the Court granted KB an across-the-board summary judgment win rejecting all of the relator's claims. The Court ruled that KB reasonably followed the regulations under the Real Estate

Settlement Procedures Act and therefore could not be guilty of violating the False Claims Act.

- *Hexion Specialty Chemicals, Inc., Apollo Management L.P., et al. v. Huntsman Corp.* (Delaware Chancery Court) – Suyash was one of the Susman Godfrey lawyers who represented Hexion and Apollo in their highly-publicized dispute with chemical manufacturer Huntsman Corporation over a $6.5 billion merger agreement.

- *Lek, d.d. v. Bristol-Myers Squibb Co. & Watson Pharmaceuticals, Inc.* (E.D. Tex.) – Suyash represented a Slovenian generic pharmaceutical company in a patent infringement suit against Bristol-Myers Squibb and Watson Pharmaceuticals over two polymorph patents for the cholesterol-lowering medication, pravastatin. Before a single deposition was taken, the lawsuit settled in the spring of 2008. The terms and amount of the settlement are confidential. Click here to read excerpts from an article about the case in IP Law 360.

- *Rinaldo Corp. v. Nevada Gold & Casinos, et al.* (Kern County, California) – With Robert Rivera and Joe Grinstein, Suyash defended Houston-based Nevada Gold & Casinos, a publicly traded gaming company, in a business tort case arising out of a failed Indian casino project in Hisperia, California. Rinaldo Corporation sought more than $400 million in alleged damages. After extensive discovery, in February 2007, the trial court in Bakersfield, California granted summary judgment in favor of Nevada Gold on all of Rinaldo's claims. In 2008, the California Court of Appeal affirmed.

- *Wood Group Logging Svcs., Inc. v. Key Energy Svcs., Inc., et al.* (Harris County, Texas) – With Geoff Harrison, Suyash defended Key Energy Services and two of its managers in a theft of trade secret, breach of fiduciary duty, and civil conspiracy case brought by Wood Group. Key Energy and Wood Group were competitors in the cased-hole services industry. When it filed its lawsuit, Wood Group also moved immediately for a temporary restraining order alleging that it would suffer imminent and irreparable harm. Instead of wasting time in what could have been protracted and expensive pretrial proceedings, the parties agreed to expedited discovery and a quick trial setting. With an imminent trial date, the parties settled before a single deposition was taken on confidential terms.

- *Enron Corp. v. Citigroup, et al.* (Bankr. S.D.N.Y.) – With H. Lee Godfrey, Kenneth S. Marks, and a team of Susman Godfrey partners, Suyash represented Enron's bankruptcy estate in a massive adversary proceeding against 11 major investment banks for aiding and abetting the breaches of fiduciary duty and fraud of Enron's top officers. Susman Godfrey reached settlements worth billions of dollars to the estate's creditors.

- *Williams, et al. v. KB Home Mortgage Co.* (Dallas, Texas) (Arbitration) – With Katie Sammons and Trey Peacock, Suyash defended KB Mortgage Company in a mass arbitration action in which homeowners alleged that they were misinformed about what they would have to pay in property taxes in the years after they purchased their homes. KB Mortgage moved for summary judgment arguing that its actions were not only consistent with the governing HUD regulations, but actually required by them. After hearing oral argument, the arbitrator entered summary judgment in favor of KB Mortgage.

- *Barney F. Kogen & Co. v. Federal Ins. Co.* (S.D. Tex.) – Suyash represented Houston entrepreneur Barney Kogen, whose custom-fitted sailing yacht, the Kamp Kogen, sank and was submerged for 18 hours in the frigid Chesapeake Bay. Kogen sued on his $1.2 million insurance policy when the insurer balked at paying for all of the repairs that would be necessary to return the vessel to its true pre-loss condition. With no discovery, the dispute settled with Kogen eventually receiving virtually all of the money he sought to repair his yacht.

- *ChoiceParts LLC v. General Motors Corp., DaimlerChrysler Corp., Ford Motor Co., & OE Connection, LLC* (N.D. Ill.) – With Steve Susman and other Susman Godfrey partners, Suyash helped represent ChoiceParts in its $250 million antitrust claim against General Motors, Ford, DaimlerChrysler, and OE Connection. ChoiceParts alleged that the Big Three automakers conspired to refuse to license parts data to ChoiceParts for use in its revolutionary electronic parts locating service. In 2001, the case was filed in Chicago. After the court denied ChoiceParts's request for an injunction, ChoiceParts hired Susman Godfrey to assist in preparing the case for trial. In March 2005, the U.S. District Court for the Northern District of Illinois denied the Big Three's motions for summary judgment and their Daubert motions. With a trial date pending, Defendants settled the matter, the terms of which are confidential.

## PRO BONO

Suyash's law practice includes community service through pro bono activities.

- In 2006, Suyash and Jonathan Bridges handled the successful appellate representation of a Mexican national who alleged that she was savagely beaten by an INS agent at an El Paso, Texas, international bridge. The path-breaking decision was covered in the Houston Chronicle and the Texas Lawyer. When the action returned to the trial court, Suyash's client obtained a high five-figure settlement.

- In 2008, Suyash represented an unsophisticated property owner who was sued for breach of contract when he refused to sell his property to a professional real estate purchaser that tried unfairly to take advantage of him. After investigating the facts, Suyash made an appearance and filed a counterclaim on behalf of the property owner claiming fraud and violations of the Texas Deceptive Trade Practices Act. The real estate purchaser promptly settled, agreeing to walk away from its suit if the property owner also dismissed his counterclaim.

**EDUCATION**

Suyash joined Susman Godfrey L.L.P. in 2002 after graduating with honors from The University of Chicago Law School, which he attended as a James B. Blake Scholar. He was a member of The University of Chicago Law Review (vols. 68 & 69) and won the Thomas R. Mulroy Award for Excellence in Appellate Advocacy.

Before law school, Suyash graduated *magna cum laude* from Bucknell University, which he attended on the Mary Taubel Rieder Memorial Scholarship. Along with earning departmental honors in history, Suyash was elected to Phi Beta Kappa, received the university's Louis W. Robey Medal, and was awarded the John R. Crossgrove Prize in Economics.

During the 1997-98 academic year, Suyash studied in the Politics Philosophy & Economics (PPE) program at Oxford University in England.

**JUDICIAL CLERKSHIP**

In 2003, Suyash left the firm for one year to serve as a law clerk for the Hon. Jacques L. Wiener, Jr. on the U.S. Court of Appeals for the Fifth Circuit.

**PUBLICATIONS**

- Alternative Fee Arrangements in Business Litigation: Some Ethical Considerations, ABA Section of Litigation's Committee on Ethics & Professionalism, 2010 Annual Review.

- Practical Issues when Litigating the Trans-Border Dispute, with Judge Randy Wilson, 70 Texas Bar J. 130 (2007).

**BAR ADMISSIONS AND PROFESSIONAL AFFILIATIONS**

Suyash is admitted to practice before the courts of the State of New York, the Southern and Eastern Districts of New York, all of the state and federal courts in the State of Texas, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Federal Circuit, and the Supreme Court of the United States.  Suyash's professional affiliations include membership in the American Bar Association, the Texas Bar Foundation, the Houston Bar Association, and the American Constitution Society for Law & Policy.

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.

# SUSMAN GODFREY LLP



*"We hired Tibor the week before trial started in a bet-the-company case. Opposing counsel had been on the case for 5 years, but by the time trial started, it was clear that nobody knew the facts better - or spoke more convincingly to the judge and jury - than Tibor. The jury deliberated for less than an hour and came back unanimously in our favor."*

-Bryan Newcombe, General Counsel of William Penn Life Insurance Company of New York

Partner

654 Madison Ave., 5th Floor
New York, New York 10065-8404
Phone: 212.336.8330
Fax: 212.336.8340
tnagy@susmangodfrey.com*

- Print this Profile (PDF)
- Download Business Card

Tibor "T" Nagy represents plaintiffs and defendants in state and federal courts across the United States. Mr. Nagy has obtained spectacular victories for his clients in cases ranging from multi-party patent infringement disputes to bet-the-company class action jury trials. A graduate of the Yale Law School and a former federal law clerk, Mr. Nagy has published numerous articles on scores of legal subjects. In September 2006, Mr. Nagy joined Susman Godfrey's founder Steve Susman in opening the firm's New York office.

### Snapshot: What Can Tibor Do For You In 5 Days?

 In June 2007 Tibor and Susman Godfrey's Bill Carmody were hired to represent William Penn Life Insurance Company of New York. At stake was $108 million and the life of the company. But what really made the trial interesting was the fact that William Penn contacted Tibor and Bill for the first time *just 5 days before trial*. The case involved over 25,000 class members and had been litigated for over 5 years before trial. Despite what seemed to be insurmountable odds, Susman Godfrey obtained a unanimous jury verdict in favor of William Penn. The case was featured in
American Lawyer's "Top Trial Victories of 2007."

Imagine what Tibor could do for you if he had a whole week…

### Other Representative Cases

- <u>David v. Goliath.</u> Tibor was part of a team of Susman Godfrey attorneys hired to represent technology start-up Platform Solutions, Inc. ("PSI") in a bet-the-company case against IBM. IBM accused PSI of infringing 10 of its patents, and PSI counter-sued for antitrust violations. Tibor led the patent defense for PSI, aggressively defending the start-up against IBM's numerous patent claims. Shortly after PSI's *Markman* brief was filed the case settled with IBM deciding to acquire PSI.

- <u>Hiring The Best *Does* Matter.</u> Bridge Capital Corporation CEO Stanley Wolfson was embroiled in a bitter breach of contract and fraud dispute for over two years. The dispute spawned three separate lawsuits in which Wolfson was a defendant. After going through 4 sets of lawyers, Wolfson decided he needed the best lawyer he could find to take over the case and put an end to the dispute. Wolfson hired Tibor in August 2007. After taking some very targeted discovery, Tibor got all three lawsuits dismissed in less than 4 months. The trial judge also ordered that the plaintiff would have to pay Wolfson all of his costs and attorneys' fees.

- <u>Finding the Right Witness.</u> Tibor was one of the principal attorneys responsible for the groundbreaking litigation and settlement in *White, et al. v. NCAA*, an antitrust class action in which the plaintiffs challenged the NCAA's restrictions on athletics-based financial aid. After the class was certified in 2006, Tibor tracked down Walter Byers, the 87-year-old former Executive Director of the NCAA, and took his deposition at Byers's ranch in Emmett, Kansas. Shortly after Byers's staggering testimony was recorded the NCAA agreed to settle the case. The parties' settlement was approved by the Court in August 2008. Under the settlement, the NCAA will make $218 million available over five years to provide additional benefits for student-athletes, will revise its rules to allow member schools to provide student athletes with comprehensive year-round health insurance, and will create a $10 million fund to cover educational and professional development expenses incurred by members of the class.

- <u>Two Is Good, But Three Is Even Better.</u> Tibor represented ABB Lummus Global in a bitter contract dispute with Stolt Offshore, S.A. The case was tried by an international arbitral panel of 3 judges: one selected by ABB, one selected by Stolt, and one neutral arbitrator. On the first day of trial, the parties agreed to waive closing arguments under the panel's rules. But Stolt's attorney tried to pull a fast one: less than an hour before the trial ended, Stolt's attorney announced that he would be insisting on closing arguments. Tibor prepared his closing argument on the fly and scored a complete victory for ABB: *all three judges*, including the one Stolt had selected, ruled in favor of ABB on all claims.

### What Do Clients Think?

"We hired Tibor the week before trial started in a bet-the-company case. Opposing counsel had been on the case for 5 years, but by the time trial started, it was clear that nobody knew the facts better - or spoke more convincingly to the judge and jury - than Tibor. The jury deliberated for less than an hour and came back unanimously in our favor."
- Bryan Newcombe, General Counsel of William Penn Life Insurance Company of New York

"Tibor Nagy is hands-down the best young trial lawyer in Manhattan. He's the new David Boies."

- Stanley Wolfson, CEO of Bridge Capital Corporation

"Tibor argued the Markman hearing in my company's patent case against a major U.S. computer manufacturer. He blew the other side away, and we won every single term in dispute."
- Eric Dickman, CEO of SuperSpeed LLC

"Tibor is a truly exceptional lawyer: analytically brilliant, a great writer, and excellent on his feet. You're at a huge advantage if you have him on your team."

- Jamie Stephens, CEO of Morphism

"No attorney inspired more confidence in our executive team than Tibor. If you have a bet-the-company case, you want him on your team."

- Mike Rondini, Senior VP of Forgent Networks

### References

Prospective clients should feel free to contact the following references:

Bryan Newcombe, General Counsel of William Penn Life Insurance Company of New York: (301) 294-6968 / bnewcombe@lgamerica.com

Douglas Sharps, Executive Vice President of Trover Solutions, Inc.: (502) 214-1127

Stanley Wolfson, CEO of Bridge Capital Corporation: (646) 320-4582

Eric Dickman, CEO of SuperSpeed LLC: (617) 645-1346

Greg Handschuh, General Counsel of Platform Solutions, Inc. (since acquired by IBM): greg.handschuh@gmail.com/ (408) 426-0378

Jamie Stephens, CEO of Morphism: (512) 413-9495

Mike Rondini, Senior VP of Forgent Networks: mike_rondini@forgent.com

Hon. Ira Warshawsky, New York Supreme Court, Commercial Division: (516) 571-3351

### Education & Publications

Law Clerk to the Hon. Melinda Harmon, United States District Court for the Southern District of Texas, 2003 - 2005.

J.D., Yale Law School, 2003.

B.S., Dartmouth College, 2000.

## PUBLICATIONS

- Co-author with Allan Kanner, *Communications Between Attorneys and Putative Class Members*, in ATTORNEY-CLIENT PRIVILEGE IN CIVIL LITIGATION: PROTECTING AND DEFENDING CONFIDENTIALITY (American Bar Association, 4th ed., 2008).
- Co-author with Allan Kanner, *Legal Strategy, Storytelling and Complex Litigation*, American Journal of Trial Advocacy, Cumberland School of Law (2006).
- Co-author with Allan Kanner, *Arguing the Toxic Tort Case: Some Thoughts on the Process* (Louisiana Trial Lawyers Association 2006).
- Author, *The "Blind Look" Rule of Reason: Federal Courts' Peculiar Treatment of NCAA Amateurism Rules*, 15 Marq. Sports L. Rev. 331 (2005).
- Co-author with Allan Kanner, *Exploding the Blackmail Myth: A New Perspective on Class Action Settlements*, 57 Baylor L. Rev. 681 (2005).
- Co-author with Allan Kanner, *Measuring Loss of Use Damages in Natural Resource Damage Actions*, 30 Colum. J. Envtl. L. 417 (2005).
- Author, *The Fall of the False Dichotomy: The Effect of Desert Palace v. Costa on Summary Judgment in Title VII Discrimination Cases*, 46 S. Tex. L. Rev. 137 (2004).
- Co-author with Allan Kanner, *Crocodile Tears: Polluters' Concerns About Contingency Fees in NRD Cases*, ABA Environmental Litigation Committee Newsletter, Vol. 6 (November 2004).

*Internet mail is not fully secure or private. Therefore, please do not transmit confidential information via Internet mail. Transmission of information is not intended to and does not create an attorney-client relationship. Please do not assume that your communications sent using Internet mail are privileged or confidential. Please do not send Susman Godfrey any confidential information via the Internet without previously consulting one of our attorneys.

**Nothing on this web page is intended to represent that Susman Godfrey currently represents any particular clients mentioned because matters and client relationships naturally terminate from time to time.