UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" § <br> in the GULF OF MEXICO, § <br> on APRIL 20, 2010 § <br> § | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates To: | § <br> § | JUDGE BARBIER |
| Civil Action No. 10-3188 - *Nguyen, et al. v.* <br> *BP Exploration and Production, et al.* | § <br> § <br> § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING MOTION FOR REMAND**

Considering Plaintiffs' Motion for Remand:

IT IS HEREBY ORDERED that Plaintiff's Motion be and hereby is granted, and this matter is hereby REMANDED to the 80th District Court of Harris County, Texas, Cause No. 2010-34825.

_____
HONORABLE JUSTICE BARBIER
UNITED STATES DISTRICT COURT JUDGE

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.