UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | : MDL NO. 2179<br>:<br>: SECTION: J<br>: |
| This Document Relates to All Cases | : JUDGE BARBIER<br>: MAGISTRATE JUDGE SHUSHAN |

### APPLICATION OF DEWITT M. "SPARKY" LOVELACE FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the provisions of the Court's Pretrial Order No. 1, Section 17, Dewitt M. "Sparky" Lovelace, of Lovelace Law Firm, P.A., respectfully submits this application for appointment to the Plaintiffs' Steering Committee in the *In Re: Oil Spill By the Oil Rig "Deepwater Horizon" In the Gulf of Mexico on April 20, 2010* matter, MDL No. 2179.

**1.   Willingness and Availability to Commit to a Time-Consuming Project:**

Dewitt M. "Sparky" Lovelace represents that he and members of his firm have the willingness and availability to commit to a time-consuming project which is necessary in this litigation. Mr. Lovelace has the resources and time to fully commit himself and his firm to partake in the handling of the responsibilities that will be required by the Plaintiffs' Steering Committee in order to proceed effectively in this litigation.

Mr. Lovelace practices in the Northwest Florida Panhandle, an area which has been negatively impacted by the Oil Spill and is in close proximity to the majority of his clients. He is easily accessible to clients and has often met with clients on short notice to assist them with their questions and concerns resulting from the April 20, 2010 oil spill. Mr. Lovelace has been retained by numerous claimants to represent them in various types of claims due to the Oil Spill including, but not limited to, fishermen, charter businesses, restaurants, seafood distributors,

individuals with loss of rental income, and other businesses which have been negatively affected by the oil spill on the Gulf Coast.

Northwest Florida has unique and distinct claims because of its large reliance on tourism. Known as the Emerald Coast, Northwest Florida relies heavily on beachfront property and condominium rentals and sales, its fishing industry, both commercial and sport. Many property owners rely on rental income to make their living and as a result of the oil spill, many have been forced into foreclosure or forced to enter into short sales.

**2.     Ability to Work Cooperatively with Others:**

Mr. Lovelace has worked with numerous lawyers and law firms in many complex litigation. He is part of the Katrina Litigation Group which consists of law firms from the states of Mississippi, Alabama, Arkansas and Florida, in the handling of over two thousand Hurricane Katrina claims. Mr. Lovelace has served on many complex litigation committees which required continuous cooperation, communication and a professional and moral work ethic. Mr. Lovelace has developed an excellent rapport with his colleagues.

In the present litigation, Mr. Lovelace works with numerous attorneys in various aspects. Many law firms have referred claimants to Mr. Lovelace for processing of their claims and lawsuits. Mr. Lovelace is also presently working with various law firms from other states in a global effort to coordinate efforts to effectively represent the numerous claimants in order to expedite fair resolution of their claims.

**3.     Professional Experience:**

Dewitt M. "Sparky" Lovelace is a graduate of the University of Mississippi where he received a Bachelor of Business Administration in 1969 and a Juris Doctor degree in 1973. He is a member of the Mississippi and the Florida Bar Associations, the American Bar Association and

the American Trial Lawyers Association. He is an active member of the American Institute of CPAs, American Association of Attorney-CPAs, and Mississippi Society of Certified Public Accountants. Prior to attending law school, Mr. Lovelace worked as a CPA at Ernst & Ernst in Houston, Texas, and was a member of the Texas and Mississippi Society of Certified Public Accountants.

Mr. Lovelace is AV rated by Martindale-Hubbell, and his primary areas of practice are class action litigation, mass torts, product liability, personal injury and pharmaceutical products. He is admitted to practice law in the Eastern District of Louisiana, Northern and Middle Districts of Florida, Northern and Southern Districts of Mississippi, Eastern and Western Districts of Arkansas, Southern and Central District of California, Northern District of Ohio, Middle and Southern District of Alabama, District of Maine, District of Colorado, District of Arizona, and Ninth Circuit of the U.S. Court of Appeals.

Mr. Lovelace's experience as a CPA has qualified him to become responsible for time and expense record keeping and damage calculations. He has developed damage models for use in settlement negotiations in many nationwide class action settlements. He has calculated damages and negotiated settlements in over 2000 Hurricane Katrina cases over the last 5 years. Mr. Lovelace is the Chairman of the Time and Expense Committee for the following cases[1]: Mr. Lovelace was a member of the Budget and Compensation Committee in *MDL 1373, In re: Bridgestone/Firestone, Inc., Tires Products Liability Litigation*. Mr. Lovelace was local counsel in the Class Action baby formula price fixing litigation, *Patricia Mack, on behalf of herself and*

---

[1] *MDL 2068, In re: Light Cigarettes Marketing and Sales Practices; MDL 1629, In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation; MDL 1535, In re: Welding Fume Products Liability Litigation;* and *MDL No. 2096, In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation.*

3

*all others similarly situated v. Abbott Laboratories, Inc., Bristol-Myers Squibb Co., and Mead Johnson & Co.*, 673 So. 2d 100.

Mr. Lovelace has an experienced support staff which has efficiently and professionally provided all of the assistance and support required in order for Mr. Lovelace to successfully handle the case load of the firm.

**4. Present Cases Filed in this Litigation:**

Mr. Lovelace has filed four cases in Florida, as follows[2]: Mr. Lovelace is also co-counsel in cases filed in the Middle District of Tennessee, Southern District of Alabama and Eastern District of Louisiana.

**5. Conclusion:**

Based upon Mr. Lovelace's experience, willingness and ability to cooperate fully with other attorneys, Mr. Lovelace respectfully requests that the Court appoint him to serve on the Plaintiffs' Steering Committee.

Dated: September 24, 2010

Respectfully submitted,

/s/ Dewitt M. "Sparky" Lovelace
Dewitt M. "Sparky" Lovelace (FL Bar #0872326 and MS Bar #1449)
Lovelace Law Firm, P.A.
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
Tel: (850) 837-6020
Fax: (850) 837-4093
E-mail: dml@lovelacelaw.com

---

[2] Smiling Fish Café, Inc. v. BP PLC, et al., Northern District of Florida, Case No. 3:10-cv-177-RV/EMT; Le Discount Seafood, Inc. v. BP PLC, et al., Northern District of Florida, Case No. 5:10-cv-106-RS-MD; Hao Van Le d/b/a Bluewater Seafood v. BP PLC, et al., Northern District of Florida, Case No. 5:10-cv-124-RS-MD; and Vickie Nobles v. BP Exploration & Production, Inc., et al., Middle District of Florida, Case No. 3:10-cv-468-TJC-MCR.

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, September 24, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified on the Court's Service List in the manner specified, as instructed in Pretrial Order No. 1.

/s/ Dewitt M. "Sparky" Lovelace