UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
OIL SPILL by the OIL RIG                              MDL NO. 2179
"DEEPWATER HORIZON"
IN THE GULF OF MEXICO,                                SECTION: J
ON APRIL 20, 2010
                                                      JUDGE BARBIER
THIS DOCUMENT RELATES TO                              MAG. JUDGE SHUSHAN
ALL CASES

### APPLICATION OF CONRAD S.P. WILLIAMS, III
### FOR APPOINTMENT TO PLAINTIFFS' STEERING
### COMMITTEEAND/OR THE EXECUTIVE COMMITTEE

In accordance with Pretrial Order #1, Conrad S.P. Williams, III hereby submits the following application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") and/or Executive Committee in this matter, or such other leadership position that the Court may deem appropriate. Applicant's CV is attached hereto as Exhibit "A".

### WILLINGNESS TO COMMIT/PROMISE OF AVAILABILITY

I warrant the *full and unconditional commitment* of my individual and firm resources and attention to this case from beginning to end, with no diminishment of effort during the course of the litigation. I am fully prepared and have made arrangements in advance to increase the legal and support staff in my offices in New Orleans and Houma, Louisiana if necessary. Extended periods of out of town travel for discovery or other purposes related to this case will not be a problem.

### ABILITY TO WORK COOPERATIVELY

I recognize clearly the critical importance of working cooperatively with other members of the PSC and opposing counsel. My reputation for working amicably, cooperatively and productively with co-counsel *and* opposing counsel is well known in the Louisiana legal community, particularly the Admiralty Bar. Largely as a result of my military training and background, I learned valuable interpersonal and leadership skills at a young age that have served me well throughout my legal career. I have been involved in many difficult cases and trials over the years, including multi-party litigation, and have never had a problem working with colleagues on both sides of a case. I am confident that if contacted, all of my colleagues in the

1

maritime defense bar would confirm this fact and at the same time vouch for my reputation for honesty, fair dealing and legal competence. I am likewise confident that your Honor would get similar feedback from all of your fellow judges and magistrate judges in the Eastern, Middle and Western Districts of Louisiana.

Additionally, my prior experience representing marine underwriters and their assureds allows me to better understand the challenges defense counsel face in cases such as these. This knowledge helps to facilitate ease of communication between counsel which in turn helps foster an atmosphere of trust and cooperation which ultimately benefits the parties and the Court, and offers the best chance of achieving the aspirational goals set forth in Paragraph 1 of Pretrial Order #1.

## DIVERSITY OF CLIENTS/DIVERSITY OF CLAIMS

The Williams Law Group represents a wide range of clients with diverse backgrounds and diverse claims, which include:

- The largest private owner of littoral marshland in St. Bernard Parish;
- Over 150 commercial shrimpers, crabbers and fishermen in Terrebonne and Lafourche Parishes;
- Rental/commercial property owners in Mississippi and Louisiana who have been directly impacted;
- Commercial seafood processors in Terrebonne Parish;
- Fishing guide services, restaurants and commercial lodging establishments in Terrebonne Parish and Mississippi; and
- Personal injury cases (Crewmembers and Exposure to Toxics During Cleanup).
- Filed cases include*: Derouen v. BP, plc. et al*., 2:10-cv-01573; *P&S Restaurant Group v. BP, plc*., *et. al.,* 2:10-cv-01574; and *Theriot v. Halliburton Energy Services, Inc., et al*., 2:10-cv-01560

## KNOWLEDGE OF THE SUBJECT MATTER AND APPLICABLE LAW

I have been engaged in the practice of maritime law my entire legal career, which began at the firm of Phelps, Dunbar, Marks, Claverie & Sims in 1983. At the Phelps firm I worked in the Admiralty Practice Section representing Lloyd's Marine Syndicates, many of the British Protection & Indemnity (P&I) Clubs, as well as non-Lloyds and domestic marine insurance underwriters handling marine pollution, collision, allision, cargo, general average, limitation actions, charter party disputes and defense of wrongful death and personal injury claims. I also handled many insurance coverage disputes arising out of various marine casualties, representing both underwriters and assureds. After leaving the partnership at Phelps in 1992, I have been

primarily involved in the representation of injured maritime workers and have handled hundreds of technically challenging maritime and offshore aviation casualty cases, including rig and vessel explosion and sinking cases. I have also handled marine environmental damage and land loss claims, and have represented mineral owners in claims for well damage and loss of production caused by negligent drilling, well completion and well control practices. I also received formal technical instruction in deep water oceanography as part of my warfare specialty training while in the U.S. Navy, which affords me a greater understanding of the highly specialized setting and environment within which the subject incident occurred.

I have spoken at numerous seminars and CLE programs locally and nationally over the years on topics related to maritime trial practice, oil and gas exploration and environmental issues and Professionalism. I was recently nominated for the New Orleans Bar Association 2010 Distinguished Maritime Lawyer Award, and was named to Louisiana Super Lawyers (Transportation/Maritime) 2008-2010. I am listed in the Martindale-Hubbell Bar Register of Preeminent Lawyers (2010-11), and enjoy an "AV Preeminent" peer review rating. [1]

## KNOWLEDGE OF THE PEOPLE/AREA AFFECTED

For the past seventeen (17) years the focus of my maritime litigation practice has been devoted primarily to the representation of the people and small businesses located down the bayous in rural South Louisiana. The cultural and individual problem sets that confront these good people and businesses as a result of this tragedy are complicated and require knowledge of and sensitivity to their history, the unique demographic and geographic makeup of the region, the

---

[1] Representative Experience in Mass Tort/MDL Cases Include:

**The United States Bankruptcy Trustee for the Southern District of New York, KP Chemical, Tomen America, Inc. and Others v. JO Tankers, Stolt Nielson Transportation Group, et. al.** I was the principal architect of a maritime anti-trust case and MDL action against three Parcel Tanker Chemical Carriers which had been engaged in an elaborate scheme to artificially inflate international ocean freight rates charged to their customers. Numerous cases (litigation and arbitration) were filed and successfully concluded by various litigants. Additionally, the U.S. Justice Department successfully prosecuted two of the three participants in the scheme; **The Republic of Panama v. The American Tobacco Company, et. al.** and **The State of Sao Paulo, Brazil v. The American Tobacco Company, et. al.** Lead trial and appellate counsel in case representing the Republic of Panama and the State of Sao Paulo, Brazil in their attempt to recover public health care costs incurred as a result of the adverse health effects of tobacco use. The litigation was originally filed in the U.S. District Court for the EDLA. During the early stages of the litigation, the U.S. Fifth Circuit reversed the district judge's denial of defendant's recusal motion. The matter was successfully appealed to the United States Supreme Court which unanimously reversed the Fifth Circuit. **Zayas v. Cox Enterprises, Inc., et. al.** Co-counsel for plaintiff and putative class representative in an anti-trust action against Cox Enterprises and other Cox entities. The matter has been transferred by the MDL Panel to the U.S. District Court for the Western District of Oklahoma. Member of the MIS and Discovery committees. **Turner, et. al. v. Murphy Oil USA, Inc.., et. al.** Participated as a member of the Trial Committee in litigation arising out of an oil spill at the Murphy facility in St. Bernard Parish as a result of Hurricane Katrina. **Jefferson Parish Sheriffs' Dept, et. al. v. Ford Motor Company** Individually represented numerous Louisiana Sherriff's Departments in MDL litigation in Cleveland, OH with respect to the dangerous design and placement of the fuel tank in the Crown Victoria Police Interceptor which had resulted in the deaths and serious personal injuries of law enforcement personnel. As a result of the litigation, Ford made important safety design changes, including the installation of a fire suppression system and other structural changes which ameliorated the problems.

If the Court desires, additional citations can be provided to other class action and MDL cases that I have participated in.

unique commercial framework within which they operate, and most importantly an understanding of the symbiosis between them, their land and their water. In addition to New Orleans, I have a fully staffed office in Houma, Louisiana.

## EFFORTS TO DATE

Our firm members have been fully engaged in this case from the outset. In addition to advising and assisting the firm's individual clients, we have, at the request of Co-Liaison Counsel, attended meet and confer sessions concerning BOP recovery and preservation issues, and attended the hearing on BOP recovery, preservation and storage protocol disputes as the proxy (along with Mr. Paul Sterbcow) for Co-Liaison Counsel. We have also conferred with and engaged certain maritime experts, and have provided input into various maritime law issues, including the Limitation Act.

## RESPONSIBILITY TO COURT AND CLIENTS

My firm and I are mindful of the heavy responsibility which will be borne by the members of the Plaintiffs' Steering Committee in this case. The quality of justice ultimately obtained will depend in large measure on the PSC's ability to: stay ahead of the game by proactively identifying and creatively solving the many issues and problems that await; work cooperatively with the Court and all involved counsel, including opposing counsel; and move the litigation forward with deliberate dispatch. My firm and I possess the personal and professional qualifications and leadership skills to help make this happen.

Respectfully submitted,

*s/Conrad S.P. Williams, III*

_____
CONRAD S.P. WILLIAMS, III (4499)
**WILLIAMS LAW GROUP, LLC**
Maison Grand Caillou
435 Corporate Dr., Suite 101
Houma, LA 70360-2498
(985) 876-7595 Telephone
(985) 876-7594 Facsimile
duke@williamslawgroup.org

New Orleans Office:
909 Poydras St., Suite 1625
New Orleans, LA 70112
(504) 200-0000 Telephone

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Application of Conrad S.P. Williams, III for Appointment to Plaintiff's Steering Committee and or the Executive Committee was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana and has been sent to all counsel of record using the CM/ECF filing system and via e-mail to all attorneys listed on the Panel Attorney List on this 24th day of September, 2010.

                                                  *s/Conrad S.P. Williams, III*
                                          CONRAD S.P. WILLIAMS, III