# EXHIBIT "A"

**CONRAD S.P. "DUKE" WILLIAMS**

# WILLIAMS LAW GROUP LLC

**MAISON GRAND CAILLOU
435 CORPORATE DRIVE
HOUMA, LA 70360**
*and*
**909 POYDRAS STREET
SUITE 1625
NEW ORLEANS, LA 70130**

**TEL: 985-876-7595
FAX: 985-876-7594**
duke@williamslawgroup.org

## EDUCATION:

**Loyola University**
New Orleans, LA
B.A. HISTORY 1974

**United States Naval War College**
Newport, RI
Strategy and Policy Graduate Division Program
1978

**Loyola University Law School**
New Orleans, LA
J.D. 1984
Chairman, Moot Court Board

## MILITARY:

**Naval Aviation Schools Command**
Aviation Officer Candidate School
Naval Air Station
Pensacola, Fl
Commissioned 1976
Wings 1977

**Patrol Squadron Four**
NAS Barber's Point, HI
1977-1980

- Patrol Aircraft Mission Commander P-3B (MOD) Orion
- Anti-Submarine Warfare/Special Projects
- Deployed to Pacific, Persian Gulf and Indian Ocean Operating Theaters

AWARDS:
- Battle "E" Ribbon
- Navy Expeditionary Medal
- Navy Humanitarian Service Medal (Vietnamese Refugee Rescue Operations South China Sea/Gulf of Thailand)
- National Defense Service Medal
- Sea Service Deployment Ribbon
- Achieved Aircraft Mission Commander designation in shortest time in squadron history

**Bureau of Naval Personnel (NMPC-493)**
Washington, D.C.
Officer in Charge/Manning Control Authority
Responsible for Navy-wide Enlisted Aviation Manning (Over 60,000 billets)
Position normally occupied by an officer two pay grades higher
1980-1981
Honorable Discharge 1981

## PROFESSIONAL:

**Phelps, Dunbar, Marks, Claverie & Sims**
New Orleans, LA
Partner, Admiralty Practice Section
1984-1991

**Murphy, Williams, Rogers & Sloss**
New Orleans, LA
Founding Partner
1991-1993

**St. Martin & Williams**
Houma, LA
Partner
1993-2009

**Williams Law Group LLC**
New Orleans and Houma, LA
Founding Partner
2009-Present

## PROFESSIONAL MEMBERSHIPS/ AFFILIATIONS:

-Member of the Louisiana, Federal, U.S. Supreme Court, Fifth Circuit, New Orleans and Terrebonne Bar Associations.
-Past President of the Louisiana Association for Justice; member of the Executive Committee; past chair of the Maritime and Aviation Sections.
-Appointed by Chief Justice Katherine Kimball to the *ad hoc* Committee to Study Perceptions of the Legal System in Louisiana
-Member, Board of Delegates, Louisiana State Bar Association.
-Member, Board of Governors, American Association for Justice.

-Member of the Maritime Law Association of the United States and the Southeastern Admiralty Law Institute.
-Member St. Thomas More Inn of Court
-Member A.P. Tureaud Inn of Court
-Past President, St. Thomas More Catholic Lawyers Association
-Member of the Board of Visitors, Loyola Law School
-Member of the Executive Board and Board of Directors of the Montana Wildlife Federation.
-Member of the Montana Trial Lawyers Association.
-Past Member of the Board of Visitors, Medical University of South Carolina

**COMMUNITY SERVICE:**

-Maintain an active *pro bono* practice concentrating on the representation of local active duty and retired military service members, veterans and the homeless.
-National Advisor on homeless veterans issues for Homeless Experience Legal Protection (HELP) chapters nationwide.