UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the<br>         Gulf of Mexico,<br>         on April 20, 2010 | MDL No. 2179<br><br><br>SECTION: J |
| This Document Relates to: All actions | Judge Barbier<br>Mag. Judge Shushan |

### APPLICATION OF RONALD L. MOTLEY TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Court's Pretrial Order #1, Docket #2, Ronald L. Motley ("Motley") respectfully applies and affirms a) *the willingness to commit to a time consuming project;* b) *the ability to work cooperatively with others;* and c) *the professional experience in this type of litigation.* Motley is a highly skilled trial lawyer with a uniquely distinguished career.[1] Motley has over 35 years of practice in complex consolidated trials and multi-district litigation, demonstrating extensive courtroom and trial experience as a tireless advocate for plaintiffs. Motley combines an in-depth understanding of the law and salient facts with the zealous advocacy, commitment, dedication and professionalism required in massive tort cases like this. Throughout his career and to this day, Motley has developed and tried complex toxic tort cases against powerful adverse interests involving multiple parties in state and federal jurisdictions throughout the United States.[2] Motley personally represents hundreds

---

[1] Motley was a member of the Society of Wig & Robe, and the South Carolina Law Review. Motley served as the first law clerk to Senior United States District Judge Solomon Blatt, Jr. (DSC) from 1971-1973. He is admitted to practice in South Carolina (1971), the Fourth Circuit Court of Appeals (1976), the Fifth Circuit Court of Appeals (1978), the Eleventh Circuit Court of Appeals (1982) and the United States Supreme Court (1986). In 2010, the American Association for Justice awarded Motley its highest honor, the Lifetime Achievement Award. Motley is the recipient of the 1999 Trial Lawyer of the Year, Association of Trial Lawyers of America and the 1999 Trial Lawyer of the Year, National Association of Attorneys General. Motley is a Member of the Inner Circle of Advocates and of the International Association of Trial Lawyers. Motley is the longest serving member of ATLA/AAJ Board of Governors (1976 to present) and Former President, South Carolina Trial Lawyers Association (1977-1978). Motley is AV rated by Martindale-Hubbell. For his trial achievements, BUSINESSWEEK characterized Motley's courtroom skills as "dazzling." AMERICAN LAWYER dubbed him "The man who took on Manville," and THE NATIONAL LAW JOURNAL has ranked him, "One of the most influential lawyers in America."

[2] Motley is co-founder of Motley Rice LLC ("Motley Rice") one of the nation's largest law firms representing plaintiffs.

1

of clients from all impacted areas of the Gulf on a wide range of cases and claims, including claims for personal injury and medical monitoring for adverse health effects from toxic exposures as a result of the disaster.[3] Motley also has a co-counsel network of referring lawyers with hundreds of additional claims from across the region that he can bring to the table.

Motley first gained national recognition as one of the first lawyers to bring suit against the asbestos industry on behalf of workers killed or injured by asbestos inhalation exposure. Motley served as lead counsel in numerous consolidated mass trials that utilized Rule 42 consolidations for purposes of trying common questions of law and fact.  Motley tried the first multi-plaintiff case consolidation in the 11th Circuit, *Hendrix, et al. v. Raybestos-Manhattan, Inc., et al.*, 776 F.2d 1492 (1985), and the first 5th Circuit multi-plaintiff consolidated trial in Texas, *Claude Cimino, et al. v. Raymark Industries, Inc., et al.,* 151 F.3d 297 (1998) (aff'd as to R42 common issues, 2500 plaintiffs). He tried four different consolidations of 6,000 plaintiffs in West Virginia, *State of West Virginia ex rel v. Circuit Court of Kanawha County, et al.*, 479 S. E 2d 300 (1996), and the first consolidated trial in Maryland, *Abate, et al. v. Eagle Picher Industries, Inc., et al.* (aff'd except as to punitive damages) involving 8,555 plaintiffs, 14 Defendants, 40 lawyers, more than seven million documents and verdicts against all

---

Motley Rice was named by U.S. News & World Report to its 2010 Best Law Firms list. With over 70 lawyers and 300 support staff, Motley Rice has the resources necessary for this case. Motley Rice has offices in Mt. Pleasant, SC; Washington, DC; New York, NY; Providence, RI; Morgantown, WV; and Hartford, CT. Motley Rice attorneys are admitted to practice in 22 jurisdictions. Motley has handled cases in numerous jurisdictions across the United States, in Canada, the United Kingdom, Australia, Latin America and the Middle East. Motley has tried cases in all of the Gulf States at issue including Louisiana. Additionally, former Motley Rice attorney Scott Galante is a resident and maintains his law practice in New Orleans and is co-counsel with Motley Rice on a number of locally filed cases. Motley Rice is utilizing the resources of Mr. Galante's office in New Orleans in this matter.

[3] Currently, Motley represents plaintiffs in the following actions: *Shemper v. BP PLC et al,* 2:10-cv-138-KS-MTP, (S.D. Miss., May 27, 2010); *K. Nguyen v. BP PLC et al.*, 1:10-cv-241-HSO-JMR, (S.D. Miss., May 26, 2010); *Davis et al. v. BP PLC et al.,* 4:10-cv-10055, (S.D. Fla., June 3, 2010); *Shepardson v. BP PLC et al.,* 4:10-cv-10054, (S.D. Fla., June 3, 2010); *Professional Bars, Inc. d/b/a Brass Monkey v. BP PLC et al.,* 4:10-cv-10056, (S.D. Fla., June 3, 2010); *Ford v. BP PLC et al.,* 1:10-CV-292-CG, (S.D. Ala., June 9, 2010); *Vacation Key West., Inc. v. BP PLC et al.,* 4:10-cv-10059-JLK, (S.D. Fla., June 10, 2010); *Wilson v. BP PLC et al.,* 1:10-cv-263-HSO, (S.D. Miss, June 10, 2010);  *Stricker v. BP PLC et al.*, 3:10-cv-00229-LC-EMT, (N.D. Fla., June 25, 2010); *Ware v. BP PLC et al.,* 4:10-cv-10069, (S.D. Fla., July 8, 2010); *McCarthy v. BP PLC et al.,* 4:10-cv-10068, (S.D. Fla., July 8, 2010); *Murphy v. BP PLC et al.*, 8:10-cv-01521-JDW-TGW (M.D. Fla., July 9, 2010); *Russell Avocato v. BP PLC et. al.*, Case No.: 2:10-cv-02770 (E.D. La., August 17, 2010); *JRKW Enterprises, LLC v. BP PLC et. al.,* (E.D. La., August 27, 2010); *Obie F. Carlisle v. BP PLC, et al.*, Case No.: 10-cv-0943 (Ala., June 30, 2010) for personal injury; and *Leonard Hudson, et al. v. BP PLC, et al.,* (N.D. Fla., September 24, 2010) putative class action for medical monitoring. Numerous additional cases went through the BP claims process and are now in the GCCF or in the process of bringing suit against BP, Halliburton and others.

non-settling Defendants, *ACandS, Inc., et al. v. Godwin, et al.*, 667 A.2d 116 (1995). Motley was the first judicially appointed Lead Counsel in *In Re: Asbestos Products Liability Litigation*, MDL No. 875 (E.D. PA). Motley's body of work on consolidated trials, common issues trials, representative or bellwether trials, aggregation, bifurcation, trifurcation, the use of class actions and innovative, case-tailored trial planning will be of benefit to the PSC's work here.

    Motley only commits to projects he intends to see through to the finish. The asbestos litigation he pioneered so passionately required a substantial commitment of time, resources and energy as required in response to toxic public health disaster. "Tirelessly inventive in his pursuit of industry documents and medical records, Motley of Charleston, South Carolina, acquired a 'virtual landslide' of incriminating materials that became the foundation for his assault on the asbestos industry." Allan M. Brandt, *The Cigarette Century,* at 410 (2007). In tobacco, Motley forged another unprecedented informal and formal discovery effort that unearthed corporate wrongdoing, scientific cover-up, whistleblower testimony, millions of pages of liability and technical documents, and privilege abuses involving crime-fraud against an industry thought to be immune from liability. Motley's ability to develop, analyze and recall volumes of liability evidence remains his trademark. Motley led the extensive discovery efforts that advanced the Medicaid reimbursement tobacco cases in Mississippi, Florida, Texas and Louisiana. Motley was appointed by 26 individual State Attorneys General as trial counsel that led to the Master Settlement Agreement (or "MSA"), the largest civil settlement in U.S. history. With the MSA, the tobacco industry agreed to reimburse states for smoking-related health costs, retire Joe Camel and limit youth marketing and advertising. At the same time, Motley tried the "second-wave" of individual smoker cases during the 1990s.

    After September 11, 2001, Motley again brought a pioneering civil action against foreign sponsors of Al Qaeda and Osama bin Laden for these brutal attacks. In *Burnett, et al. v. Al Baraka Investment & Development Corp., et al.* a Rule 42 consolidation of first several hundred (and now over 6,500) family members and survivors, Motley sued the institutions and individuals alleged to have

provided material support to Al Qaeda. Once again, Motley devoted the full measure of his talent and drive.[4] In 2003, the *Burnett* case was consolidated as *In Re: Terrorist Attacks on September 11, 2001,* MDL No. 1570 (S.D.N.Y.) where Motley is Co-Lead. In the course of his investigation of terrorism, Motley subsequently brought cases for plaintiffs injured or killed by the terrorist acts of Libya, by suicide bombings in Israel and Sri Lanka, for human rights abuses and torture.[5]

In addition Motley's MDL practice and experience includes Dalkon Shield, L-tryptophan, silicone gel implants, defective medical devices such as Kugel Mesh, pharmaceutical litigation such as Avandia and Levaquin, vehicle defects such as Bridgestone/Firestone, illegal wire tapping, welding rods, human tissue and other multidistrict litigation. *See,* www.motleyrice.com for a full listing of Motley's MDL experience. Motley's complex trial and litigation experience relevant to this case also includes product defects, pesticides, oil, gas and chemical spills, engineering defects, fires, premises liability, catastrophic injury, RICO and discovery on personal jurisdiction over foreign defendants. In the environmental arena, Motley sued the lead paint industry, the poultry industry, and Halliburton for environmental practices alleged to damage the public health and welfare. Motley's experience in mass torts trials and complex litigation, his tenacity in ferreting out corporate wrongdoing, and his ability to cooperate with an array of personalities with respect and professionalism make him an ideal candidate to serve his clients, the PSC and this Court.

Date:  September 24, 2010              Respectfully submitted,

                                       /s/ *Ronald L. Motley*

---

[4] With *Burnett*, Motley undertook a global investigation into terrorism financing, and in keeping with his "no stone left unturned" discovery philosophy, spent more in the first one and a half years of its investigation of Al Qaeda's financing than the $15 million budgeted by the U.S. Congress for the entire 9/11 Commission.

[5] Motley also brought suit against the aviation security industries for negligent safety and security practices. These clients 'opted-out' of the government Victims Compensation Fund ("VCF") headed by Kenneth Feinberg and chose instead to litigate. Motley represented over 30 cases *pro bono* before the VCF where he succeeded in getting over $80M in claims resolved. Feinberg praised the efforts of Motley Rice in the VCF process: "The professionalism and skill of the Motley firm in this case, and numerous other claims, has made my job as Special Master much easier, and has made the Fund work a great deal more efficiently and effectively. The American people and the Fund are in Mr. Motley's debt, as well as those of his colleagues, for a superb job well done." September 11th VCF Hearing, March 25, 2004.

        Ronald L. Motley, SC Bar #4123; Fed ID #3597
        MOTLEY RICE LLC
        P.O. Box 1792
        Mount Pleasant, SC 29465
        Tel:  (843) 216-9111
        Fax:  (843) 215-9539
        Email:  rlmotley@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of record.

        */s/ Ronald L. Motley*
        _____
        Ronald L. Motley