UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: All actions | Judge Barbier<br>Mag. Judge Shushan |

**APPLICATION OF JOSEPH F. RICE TO THE**
**PLAINTIFFS' STEERING COMMITTEE**

Joseph F. Rice (hereinafter "Rice") hereby respectfully applies to serve on the Plaintiffs' Steering Committee (or "PSC"). Rice of Motley Rice LLC possesses: a) *the willingness to commit to a time consuming project;* b) *the ability to work cooperatively with others;* and c) *the professional experience in this type of litigation*, as required by this Court's Pretrial Order #1, Docket #2. If appointed Rice will have full access to the resources of Motley Rice LLC, including over 70 attorneys experienced in complex litigation and 300 support staff, with its principal office located in Mount Pleasant, South Carolina. Rice has been working with Mr. Feinberg's office, and other attorneys, while Motley Rice members Ronald L. Motley, Jodi Westbrook Flowers, and Kevin Dean have been active on a number of liaison counsel's interim working groups herein representing hundreds of clients from all impacted areas on a wide range of cases and claims.

The "Deepwater Horizon" oil spill consolidation will be a challenging litigation for the Court to manage and for the Plaintiffs' Steering Committee to pursue. Key threshold issues will be decided by this Court to ensure the efficient and just management of a case of this magnitude. Rice is able to serve on the Plaintiffs' Steering Committee and to bring to this case his unique talents in the realm of litigation with a focus on resolution of large complex litigation and mass torts. Rice has been practicing law for over 30 years; he is AV-rated and recognized as a skillful and innovative

1

negotiator of complex litigation settlements. Rice was described by Corporate Legal Times as one of the nations "five most respected (and feared) plaintiffs' attorneys" in America.[1]  Based on a poll of defense counsel and legal scholars, Rice was cited as one of the toughest, sharpest and hardest-working litigators they have faced.  As the article notes, "For all his talents as a shrewd negotiator … Rice has earned most of his respect from playing fair and remaining humble." *Id.* In 2006 Rice was described by The American Lawyer as "one of the shrewdest businessmen practicing law."[2]  It is these talents that Rice seeks to bring to the PSC.

Motley Rice LLC ("Motley Rice") was co-founded by Rice and Ron Motley and serves as one of the nation's largest law firms principally representing plaintiffs in complex litigation.  The firm grew on a business model that centers on Motley Rice working closely with law firms of all sizes from all relevant geographical areas of the country and bringing those law firms the trial and discovery experience necessary to prepare and resolve complex cases.[3] This "co-counsel" business model and network has been recognized as a unique business model of the Motley Rice firm.  Currently Motley Rice represents claimants damaged by the Deepwater Horizon disaster, including clients from transferor jurisdictions and this jurisdiction (Florida, Mississippi, Alabama, Louisiana and Texas).[4] At the current time a national fund has been created to try to resolve claims outside of

---

[1] Sheryl Fred, *The Best of the Bad*, Corporate Legal Times, Vol. 14, No. 147, Feb (2004).

[2] Alison Frankel, *It's Over: Tort Reformers, Business Interests, And Plaintiffs Lawyers Themselves Have Helped Kill The Mass Torts Bonanza*, The American Lawyer, Dec. 1 (2006).

[3] Motley Rice has offices in Mt. Pleasant, SC; Washington, DC; New York, NY; Providence, RI; Morgantown, WV; and Hartford, CT. Motley Rice attorneys are admitted to practice in 22 jurisdictions. Motley Rice was named by U.S. News & World Report to its 2010 Best Law Firms list.

[4] Joe Rice represents plaintiffs in the following actions: *Shemper v. BP PLC et al.,* 2:10CV138-KS-MTP, (S.D. Miss., Hattiesburg Div., filed May 27, 2010); *K. Nguyen v. BP PLC et al.*, 1:10CV241-HSO-JMR, (S.D. Miss., Southern Div., filed May 26, 2010); *Davis et al. v. BP PLC et al.,* 4:10-CV-10055, (S.D. Fla., Key West Div., filed June 3, 2010); *Shepardson v. BP PLC et al.,* 4:10-CV-10054, (S.D. Fla., Key West Div., filed June 3, 2010); Profes*sional Bars, Inc. d/b/a Brass Monkey v. BP PLC et al.,* 4:10-CV-10056, (S.D. Fla., Key West Div., filed June 3, 2010); *Ford v. BP PLC et al.,* 1:10-CV-292-CG, (S.D. Ala., Southern Div., filed June 9, 2010); *Vacation Key West., Inc. v. BP PLC et al.,* 4:10-cv-10059-JLK, (S.D. Fla., Key West Div., filed June 10, 2010); *Wilson v. BP PLC et al.,* 1:10-CV-263-HSO, (S.D. Miss, Southern Div., filed June 10, 2010); *Stricker v. BP PLC et al.*, 3:10-cv-00229-LC-EMT, (N.D. Fla., Pensacola Div., filed June 25, 2010); *Ware v. BP PLC et al.,*

the tort system.  The GCCF is modeled after the 9/11 Victim Compensation Fund that was also administered by Ken Feinberg. Motley Rice represented a number of claimants compensated through the 9/11 fund as well as 58 families who lost a loved one on an airplane on 9/11 and filed suit.[5] Feinberg recognized Motley Rice's contribution in 9/11.[6] While resolving these cases with compensation acceptable to the clients, Motley Rice was also successful in creating a 9/11 Memorial and Museum of liability evidence as a legacy to the victims of 9/11. The lessons learned during the resolution of these 9/11 claims will be extremely valuable to the PSC as it deals with Feinberg and the GCCF.

Rice is no stranger to undertaking extraordinary litigation efforts and trying to bring parties with complex interests together. As the lead negotiator for the states in the Tobacco Litigation, Rice was the principal architect of the Master Settlement Agreement (MSA), the largest civil settlement in U. S. history.[7] Under the MSA the Tobacco Industry reimbursed the states for smoking related health costs and accepted important limits on marketing.[8] All states and U.S. territories were brought into the MSA, a resolution no one thought could be accomplished. Rice's ability to litigate aggressively against an adversary and at the same time have a respected position at the negotiating table is a unique talent that will aid the Plaintiffs' Steering Committee in this matter.

---

4:10-cv-10069, (S.D. Fla., Key West Div. filed July 8, 2010); *McCarthy v. BP PLC et al.,* 4:10-cv-10068, (S.D. Fla., Key West Div. filed July 8, 2010); *Murphy v. BP PLC et al.*, 8:10-cv-01521-JDW-TGW (M.D. Fla., Tampa Div. filed July 9, 2010); *Russell Avocato v. BP PLC et. al.*, Case No.: 2:10-cv-02770 (E.D. La. filed August 17, 2010); and *JRKW Enterprises, LLC v. BP PLC et. al,.* (E.D. La. Filed August 27, 2010). Numerous additional cases are going through the BP claims and now the GCCF claims process.

[5] Judge Alvin Hellerstein in these 9/11 cases noted: "the high quality and substantial extent of the Motley Rice firm's work." *In Re September 11 Litigation*, 21 MC 97 (AKH), Docket #1175, Order Concerning Settlement and Fees.

[6] Ken Feinberg praised the efforts of Motley Rice in the VCF process: "The professionalism and skill of the Motley firm in this case, and numerous other claims, has made my job as Special Master much easier, and has made the Fund work a great deal more efficiently and effectively. The American people and the Fund are in Mr. Motley's debt, as well as those of his colleagues, for a superb job well done." September 11th Victims Compensation Fund Hearing, March 25, 2004.

[7] Alison Frankel, *Why is this Guy Smiling? The Inside Story of the Tobacco Deal*, The American Lawyer, Feb (1999).

[8] In 1998, Rice received the President's Award of the National Association of Attorneys General for his work on the MSA.

In addition to 9/11 and Tobacco, Rice has been a skilled and innovative negotiator in other areas of mass tort and complex litigation. He has been recognized for his central role in structuring some of the more significant resolutions in the major asbestos bankruptcy cases. Rice has worked to resolve over 100,000 mass tort claims in litigation and bankruptcy settings. He has served as chair or co-chair of the Asbestos Creditors' Committee in the bankruptcies involving AWI, Federal Mogul, Pittsburgh Corning, and others. Rice has been either the lead negotiator or on the Negotiating Committee in all major asbestos bankruptcies.

In the environmental realm, Rice works with the State of Oklahoma in a complex environmental mater involving the poultry industry and pollution of natural resources, and works with individuals and communities whose health and property values have suffered from ground water and soil contaminated by toxic substances. Rice is litigating cases against Halliburton involving toxic exposures.  Rice has been involved directly in and through his law firm with the MDLs in Dalkon Shield, silicone gel implants, defective medical devices, pharmaceutical litigation, lead poisoning, toxic waste, mass torts and complex cases of all varieties.  *See,* www.motleyrice.com for list of MDL experience. Rice has both the resources and experience needed for this case and commits to the Court to dedicate the time to effectively but efficiently work with other members of the PSC and the litigators involving state court cases, such as the offices of the Attorneys General and the defendants herein in bringing about prompt, fair, complete resolution of this matter.

Dated: September 24, 2010                         Respectfully submitted,

/s/ *Joseph F. Rice*
Joseph F. Rice, State Bar No. 4710; Fed I.D. No. 3445
MOTLEY RICE LLC
PO Box 1792
Mount Pleasant, SC 29465
Tel:  (843) 216-9159
Fax:  (843) 216-9290
Email:  jrice@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of records.

/s/ *Joseph F. Rice*
_____
Joseph F. Rice