UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO.2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO ON APRIL 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to All Cases | : | JUDGE BARBIER |
| | : | MAGISTRATE JUDGE SHUSHAN |

APPLICATION OF JOHN W. (DON) BARRETT
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to to the provisions of the Court's Pretrial Order No. 1, Section 17, John W. (Don) Barrett, of Don Barrett, P.A. Lexington, Mississippi, respectfully submits this application for appointment to the Plaintiffs' Steering Committee in the In Re: *Oil Spill By the Oil Rig "Deepwater Horizon" In the Gulf of Mexico on April 20, 2010 matter, MDL No. 2179.*

I, Don Barrett, represent to the Court that I have the available time to devote to this critically important litigation and am willing to devote it. I have a history of working cooperatively with others and substantial professional experience in complex MDL litigation.

I.  AVAILABLE TIME AND A WILLINGNESS TO SPEND IT HERE

I have been lead counsel for the Katrina Litigation Group, a consortium of firms which has represented over 2,000 homeowners along the Gulf Coast, litigating their claims (successfully) against homeowner insurance companies who wouldn't pay the policy proceeds owed.  That litigation is almost entirely over.  I have just this spring completed a successful major RICO trial against Pfizer, in Boston.  And, I have just settled a class-action gas royalty case in Denver.  All this leaves me with plenty of available time to devote to this litigation, which I am eager to do.  Not only are many of the victims my personal friends, but I personally represent over 200 significant claimants

against BP and the other oil spill defendants already.

II.   ABILITY TO WORK COOPERATIVELY WITH OTHERS

I have shown that ability over the course of my 41-year legal career by building and maintaining a successful national practice as a trial lawyer in complex cases, from my hometown in Lexington, Mississippi (pop 1,800). I have been selected by federal judges or elected by my peers as lead or co-lead counsel in several MDL's ( *In Re*: *Bridgestone/Firestone, Inc. Tires Products Liability Litigation, MDL 1373*, Judge Sara Evans Barker; *In Re*: *Inter-Op Hip Prosthesis Liability Litigation, MDL 1401*, Judge Kathleen O'Malley; *In Re*: *Welding Fume Litigation, MDL 1535,* Judge Kathleen O'Malley; *In Re*: *High Sulfur Content Gasoline Products Liability, MDL 1632*, Judge Ivan L.R. LeMelle; *In Re*: *Light Cigarette Sales Practices Litigation, MDL 2068,* Judge John A. Woodcock, Jr.). I have been appointed to the steering committee of several other MDL's, and I routinely work cooperatively with different *ad hoc* groups of firms in various class action and complex plaintiffs' cases.

III.   PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

See above. Also, in addition to the approximately 200 individual oil spill cases, I am counsel in class actions pending in this MDL on behalf of victims not only in Mississippi, but also in Louisiana, Alabama and Florida. My colleagues tell me that I have a cooperative spirit that helps lawyers work together.

My other primary skill is that I know how to try cases successfully. Recently I was part of the trial team which won a $47.6 million jury verdict in behalf of Kaiser Foundation Health Plan against Pfizer, Inc., after a six-week trial in Boston. We believe this is the first civil RICO verdict ever rendered against a major pharmaceutical company. During the course of this trial the Court told

the jury that the lawyers in the case on both sides were "the best in the country," and thanked the attorneys for conducting "a fabulous trial...it's the kind of thing you become a judge to sit on."

In 2003, I was co-lead counsel in a national class action in the U.S. District Court for the Central District of California, entitled *Austin, et al v. Lehman Brothers, Inc., et al.*  At the conclusion of this three-month trial, on May 13, 2003, Judge David O. Carter made the following statement:

> Mr. Barrett, you are a superb attorney.  Truly this jury has come to recognize your humor and your competency.  I will never forget your looking for the elephant on your tiptoes.
>
> You've been courteous.  You've been competent.  The class is, indeed, fortunate to have you as a presenter.
>
> You mastered the complicated fact situations and brought clarity in this Court's opinion to an extremely complex area, on behalf of your clients, and it was very helpful to the jury.

After five weeks of deliberation, the jury on June 16, 2003, returned a verdict for the plaintiff class.  According to the Los Angeles Times, "the verdict marked the first time a financial backer of an abusive lender has been held liable, carving out a new area of vulnerability for Wall Street."

IV.  OTHER CONSIDERATIONS

I believe that the New Orleans bar should hold the lead counsel position in this litigation, as well as a substantial number of the PSC positions.  However, as the Court no doubt recognizes, the Deepwater Horizon oil spill is not just a New Orleans problem or just a Louisiana problem: the entire Gulf Coast areas of Mississippi, Alabama, and Northern Florida were also devastated.  Because the coastal areas of these states are more heavily populated and more heavily invested in the tourist business than other affected areas of the Gulf, it is likely that there will be more economic losses to

more people from these states than elsewhere. These victims, like the Louisiana victims, should have someone from their state whom they can look to as representing them on the PSC. There are many good Mississippi lawyers who could serve ably. I am probably the Mississippi attorney most experienced in complex MDL litigation.

Respectfully submitted, this the 24rd day of September, 2010.

/s/ Don Barrett
Don Barrett
DON BARRETT, P.A.
404 Court Square North
P.O. Box 927
Lexington, MS 39095-0927
Telephone: (662) 834-9168
Facsimile: (662) 834-2628
Email: dbarrett@barrettlawoffice.com

CERTIFICATE OF SERVICE

I hereby certify on this date, September 23, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified on the Court's Service list in the manner specified, as instructed in Pretrial Order No. 1.

/s/ Don Barrett