UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010     MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF GERALD E. MEUNIER TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., who respectfully files the attached application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

RESPECTFULLY SUBMITTED:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER (La. Bar #9471)
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre
       1100 Poydras Street
       New Orleans, Louisiana 70163-2800
       Phone:504/522-2304
       Facsimile:504/528-9973
       E-mail:gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
