LAW OFFICES
GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J. ECUYER
KARA HADICAN SAMUELS
TODD J. BIALOUS
JUSTIN I. WOODS
NAKISHA ERVIN-KNOTT
TARA GILBREATH TODD

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

September 24, 2010

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C256
New Orleans, Louisiana 70130

    Re:    In Re: Oil Spill By the Oil Rig "Deepwater Horizon" In the
            Gulf of Mexico, on April 20, 2010, MDL No. 2179, Section "J"

---

Dear Judge Barbier:

      Please consider this my application for appointment to the Plaintiffs' Steering Committee (PSC) pursuant to ¶17 of this Court's Pretrial Order #1 of 8/10/10 (Doc. No. 2), based upon the following criteria and considerations:

### (A) WILLINGNESS AND AVAILABILITY TO COMMIT

      The catastrophe giving rise to this MDL already has proven to be of historic proportions, and there may be law and policy issues in these proceedings which have consequences extending far beyond the litigants themselves. The call to common issue/benefit service on the PSC therefore represents a significant commitment. It is one I'm prepared to undertake with dedication and enthusiasm.

      Many of my current responsibilities in other, pending mass tort/class action litigation have become less time-consuming as these cases have either largely resolved (e.g., the Vioxx MDL) or advanced beyond initial bellwether trial activity (e.g., the Formaldehyde/FEMA Trailer MDL and the Chinese Drywall MDL). I'm also fortunate to be supported unconditionally in this application by an established and successful law firm, which has agreed to provide whatever finances and staff resources prove necessary for PSC service. With this support, my current caseload can, and will be, adjusted to allow me to prioritize responsibilities in this MDL.

### (B) ABILITY TO WORK COOPERATIVELY WITH OTHERS

      Through leadership roles and activity in other complex litigation, I've developed and

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

demonstrated an ability to cooperate with large, and at times competing, groups of plaintiffs' counsel. As co-lead counsel in *In Re: Chemical Release at Bogalusa*, (22nd JDC), I helped resolve numerous issues among plaintiffs' counsel who were pursuing competing claims in a different forum, against not only the same defendants but also an arguably limited fund. In the class action case of *Turner, et al v. Murphy Oil USA, et al* (EDLA, Judge Fallon presiding), I was able to make substantial contributions not only to an expedited settlement having a total value in excess of $300 million, but also to the resolution of a complicated and heated fee allocation dispute among numerous counsel.

In my 33 years of experience as a trial attorney, I believe I've also demonstrated the ability to work effectively with opposing counsel. Many of my professional honors and distinctions would not have been conferred without the support of my peers and colleagues with defendant practices. I am one of a relatively small number of plaintiffs' counsel to have been invited and inducted as a Fellow in the American College of Trial Lawyers. I've appeared on numerous CLE programs and panels with colleagues from "across the aisle." I have served as the President of the New Orleans Chapter of the American Board of Trial Advocates (ABOTA), and as President of the New Orleans Chapter of the Federal Bar Association (FBA). Earlier this year, at the annual luncheon of the New Orleans Chapter of the FBA, I received the "John R. 'Jack' Martzell Professionalism Award," which is given to "the attorney who best exemplifies outstanding professionalism in the practice of law."

I have an "a.v." in *Martindale-Hubbell*, am listed in the current and numerous previous editions of *"The Best Lawyers in America,"* and have appeared in the top-ranking lists featured in "Louisiana's Super Lawyers" for the past several years. I was honored as one of the City's top attorneys in the "Leadership in Law" issue of *City Business* this past year.

(C) <u>CLIENTS IN THIS MDL AND EXPERIENCE IN MASS TORT/CLASS ACTION LITIGATION</u>

Our firm is counsel of record in two matters filed in this Court and now consolidated in the MDL: *Doug Crawford, et al v. BP, P.L.C., et al* (EDLA No. 10-1540) and *Charles Elmer, et al v. BP, P.L.C., et al* (EDLA No. 10-1515). In these cases, we represent a personal injury claimant (one of the survivors of the Deepwater Horizon capsize), the owner of a Louisiana barrier island which has been impacted by the oil spill, and a number of claimants seeking significant damages for economic and/or recreational loss resulting from the disaster of April 20, 2010.

The following is illustrative of my background and experience in class action/mass tort litigation: (1) Court-appointed to the PSC in *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047, USDC, EDLA; (2) Co-Liaison Counsel for plaintiffs in *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 1873, USDC, EDLA; (3) Court-appointed to the PSC in *Ancar v. Murphy*, No. 06-3246, USDC, EDLA, [plant explosion and fire]; (4) Court-appointed Plaintiffs' Liaison Counsel for Levee cases and Court-

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

appointed member of the Levee PSLC in *In Re: Katrina Canal Breaches*, No. 05-4181, USDC, EDLA; (5) Court-appointed to the PSC in *In Re: Vioxx, Products Liability Litigation*, MDL No. 1657, USDC, EDLA; (6) Court-appointed to the PSC in *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*, USDC, EDLA; (7) Court-appointed liaison counsel in federal court, and co-lead counsel of Plaintiffs' Legal Committee in *In Re: Chemical Release at Bogalusa*, 22nd Judicial District Court (Parish of Washington) [one of lead trial counsel in common issues trial resulting in punitive damages verdict of $92 million, 12/2003]; (8) Court-appointed to PSC in *Susan Blades, et al vs. Illinois Central Railroad Company d/b/a Canadian National Railroad/Illinois Central Railroad*, USDC, EDLA; (9) Lead counsel for plaintiffs in mass tort case of *In Re: St. Louis Encephalitis Outbreak in Ouachita Parish*, 4th Judicial District Court (Monroe, Louisiana); (10) Court-appointed Co-Liaison Counsel for plaintiffs in *In Re: Industrial Life Insurance Litigation*, USDC, EDLA [national class action/mass joinder against various life insurance companies for racially discriminatory practices in charging premiums]; (11) Co-lead counsel for plaintiffs in *Lucas Pastor Canales Martinez, et al v. Dow Chemical Company*, No. 95-3212, USDC, EDLA [claims of sterilization from chemical exposure brought on behalf of thousands of foreign banana plantation workers]; (12) Co-lead counsel for plaintiffs in *Elizabeth Judy, et al v. Pfizer, et al*, 22nd Judicial Circuit, Missouri Circuit Court, No. 042-01946A [class action for Missouri citizens based on drug manufacturer misrepresentations] (13) Court-appointed Special Master in *Custom Bus Litigation*, USDC, EDLA [mass tort; multiple deaths and injuries from crash of Casino bus; settlement]; (14) Member of Claimants' Committee in *In re: Complaint of Clearsky Shipping Corp., as Owner, and Cosco (H.K.) Shipping Company Limited, as Owner of the M/V BRIGHT FIELD, for Exoneration from or Limitation of Liability*, USDC, EDLA, C.A. #96-4099.

### (D) OTHER CONSIDERATIONS

Beyond whatever success is reflected in specific case outcomes, I'm also proud of the reputation I've earned for professionalism, ethics and scholarship. As a *magna cum laude* undergraduate (Georgetown) and Contributing Editor of the *Georgetown Law Journal*, and as a former law clerk to two district judges in the Eastern District of Louisiana, I have an abiding intellectual zeal for the practice of law in complex cases on behalf of ordinary citizens. My articles in the *Tulane Law Review*, CLE publications on key topics such as *Daubert*, and role as a lead author in the longstanding and annually-updated publication "*Louisiana Civil Pretrial Procedure*" (West 1997), all are matters of special significance to me.

I'm especially grateful to have been mentored in a law firm which represents the highest professional standards in plaintiffs' personal injury practice, and would emphasize that my appointment to the PSC will entail the involvement of other skilled counsel at Gainsburgh Benjamin. Our firm (formerly Kierr, Gainsburgh) this year celebrates 65 years of excellence in advocacy for the victims of personal injury an wrongful death, especially in the area of admiralty law. Members of the firm have been counsel in a number of landmark maritime cases (e.g., the *Higginbotham* case, the *M/V Ferry Frosta* case, the *M/V Bright Field* case), and continues to enjoy a national standing in the maritime plaintiffs' bar. I am the former Chair of the Admiralty

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

Section of ATLA (now AAJ), as is my partner, Stevan Dittman (who also serves as a member of the AAJ Committee now exploring certain legislative changes that may emerge from the Deepwater Horizon disaster).

Equally committed with me in delivering common benefit services in this MDL, should I be appointed to the PSC, are my partners Irving Warshauer, Stevan Dittman, Michael Ecuyer, and Kara Samuels, as well as my associate Justin Woods, each of whom has experience in the area of mass tort/class action litigation.[1]

I respectfully request appointment to the PSC in this matter.

Sincerely,

Gerald E. Meunier

GEM/dmm

---

[1] **Irving J. Warshauer** was lead attorney for plaintiffs in *Doerr, et al v. Mobile Oil Corporation, et al*, 34th Judicial District Court, No. 83-912, Div. "C," which was a class action lawsuit involving approximately 15,000 individuals which arose out of the discharge into the Mississippi River of untreated, contaminated waste water and storm water from a refinery in Chalmette, Louisiana. **Stevan C. Dittman** is co-lead counsel for plaintiffs in *Sivirino Carreon et al v. Cal-Tex Philippines, Inc., et al*, CDC, No. 88-24481, "G," [Philippine ferry collision; approximately 4,000 deaths], and is a Court-appointed member of the Claimants' Steering Committee in *Gabrick, et al v. Laurin Maritime (America) Inc., et al*, USDC, EDLA No. 08-4007 [Mississippi River oil spill]. **Michael J. Ecuyer** was a member of the bellwether trial team in the Chinese Drywall MDL, (EDLA), having primary respnsibility for trial exhibits, and also was tasked with analyzing and preparing for trial the property stigma damage claims stemming from Chinese Drywall exposure. **Kara Hadican Samuels** was recently appointed Plaintiffs' Co-Liaison Counsel in the class action/mass tort case of *Hebert v. Ochsner Fertility Clinic*, 24th JDC, and also participated in: *Patrick Joseph Turner, et al v. Murphy Oil USA, Inc.*, (legal research and briefing), *Phyllis Kay Roby Doerr, et al v. Mobil Oil Corp. and Chalmette Refining, et al*, (bench trials concerning individual plaintiffs' damages), *In re Vioxx® Products Liability Litigation*, (discovery and briefing of choice of law issues), *In re Chemical Release at Bogalusa*, (prosecution of individual plaintiffs' claims for damages), and *Judy, et al v. Pfizer, et al*, (class certification and discovery). **Justin I. Woods** currently serves as co-liaison counsel in the MDL in *In Re: FEMA Trailer Products Liability Litigation*, and also has served as plaintiffs' counsel in mass tort matters such as the SELA Drainage Project Litigation, Katrina Canal Breaches Consolidated Litigation and In Re: National Security Agency Telecommunications Records Litigation – MDL 1791.