**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | **MDL NO. 2179** |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | **SECTION: J** |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

_____

### APPLICATION OF CHRISTOPHER L. COFFIN
### FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pre-Trial Order No. 1, Christopher L. Coffin requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") for this MDL and provides the information contained below in support of this request.

I am a partner in Pendley, Baudin & Coffin, L.L.P. ("PBC"), a firm that focuses on representation of plaintiffs in complex mass tort and class action litigation. My partners and I represent individuals throughout the U.S. in various types of cases, including environmental contamination, toxic exposure, product liability, consumer fraud and personal injury. Throughout my career, I have litigated multiple environmental contamination cases and been involved in multidistrict litigation on many levels.

### Willingness And Availability To Commit To A Time-Consuming Project

One of the best predictors of an individual's willingness to commit to litigation of this magnitude is the commitment that he or she has personally invested to date. Since learning of the Deepwater Horizon tragedy, I have invested a significant amount of time and resources into pursuing cases on behalf of individuals and entities impacted by the disaster. Immediately after learning of the spill, I worked to form a team of national and

regional litigators who are knowledgeable about mass environmental and toxic exposure cases. Since that time, I have facilitated multiple meetings with the team in order to better assist clients in navigating the BP claims process, prepare lawsuits and legal memoranda, develop experts, and remain current on issues surrounding the litigation. In addition, I have actively participated in dozens of meetings with other plaintiffs' counsel to ensure that I have remained involved in the investigation and prosecution of the cases.[1]

I made a presentation about this litigation at Harris Martin's Oil Spill Litigation Conference on June 23, 2010, in New Orleans, and I attended the MDL Panel hearing addressing this case in Boise, Idaho. I have also participated in interviews with Bloomberg Law, Reuters and The Wall Street Journal addressing this litigation.

Significantly, over the past five (5) months, I have attended in-person meetings with individuals in Louisiana, Mississippi, Alabama and Florida to learn about their potential legal claims and assist them in navigating the BP claims processes. My firm represents over one hundred (100) fishermen, businesses and property owners who have been affected by the spill. We have filed three (3) cases that are currently pending in this Court: *Dugas, et al. v. BP, PLC, et al.*, C.A. No. 2:10-1322 (E.D. La.); *Lockridge, et al. v. BP, PLC, et al.*, C.A. No. 1:10-233 (S.D. Ala.); and *Gaskins, et al. v. BP, PLC, et al.*, C.A. No. 2:10-738 (W.D. La.).

I will be fully committed to this litigation and available to make a substantial contribution to the PSC. My firm is well-acquainted with complex, lengthy, expensive litigation, and my partners and I are willing to make the sacrifices necessary in this case.

---

[1] These meetings include, but are not limited to, the following: (1) conference calls, on a bi-weekly basis, for the purpose of discussing developments in the BP claims process; (2) conference calls for the purpose of discussing large commercial claims; (3) an in-person meeting with Michael Rozen regarding the claims process; (4) calls and in-person meetings regarding the MDL process.

## Ability To Work Cooperatively With Others

My ability to cooperatively work with others has been displayed in these cases and through my work involving previous multidistrict litigation. As mentioned above, I have facilitated the formation of a coalition of lawyers and firms to collectively assist in the prosecution of these cases. In May of this year, PBC joined forces with Seeger Weiss; Mason, LLP; Reich & Binstock; Luckey & Mullins; and Lewis & Roberts. The purpose of the group has been to combine resources and work cooperatively in order to efficiently and effectively represent individuals and businesses impacted by the spill. We have been successful in doing so through our involvement in the BP claims process, litigation of cases, attendance at various meetings with other plaintiffs' counsel and potential claimants, and participation in listserves dedicated to the oil spill disaster.

In addition, as detailed below, through my experience serving on three (3) national plaintiffs' steering committees, working as liaison counsel in one (1) multidistrict litigation case, and participating in multiple MDL actions over the years, I have exhibited the ability to work cooperatively with lawyers on both sides of the bar and courts throughout the country. If appointed to the PSC in this litigation, I will work cooperatively with all lawyers interested in pursuing these cases, whether they are appointed to leadership or not, to ensure that all clients with cases in this MDL are effectively represented.

## Professional Experience In This Type Of Litigation

As a result of my background and experience in litigating complex cases, I have been appointed to the Plaintiffs' Steering Committee in the following cases: (1) *In re Paxil Products Liability Litigation*, MDL 1574, United States District Court, Central

District of California; (2) *In re Celexa and Lexapro Products Liability Litigation*, MDL 1736, United States District Court, Eastern District of Missouri;[2] and (3) *In re Celexa and Lexapro Marketing and Sales Practices Litigation*, MDL 2067, United States District Court, District of Massachusetts.  I have also served on specialized committees in many other MDL cases, including the *In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047, pending in this district.[3]

In addition to my legal experience, I have been a licensed registered nurse for over fifteen (15) years.  My knowledge of medical issues in cases involving toxic exposure with resulting health effects has provided me with a unique perspective in litigating these actions.  This knowledge will certainly benefit the PSC and plaintiffs in this MDL who have made personal injury and medical monitoring claims resulting from exposure to toxic substances.

Collectively, my law partners and I have represented tens of thousands of plaintiffs in over thirty (30) environmental contamination and toxic tort cases in Louisiana, Mississippi and Texas.  We have been leaders in many of those cases and successful in achieving exceptional results for our clients.

The lawyers at PBC, including myself, are committed to dedicating the time, money and other resources necessary for me to serve on this PSC.  Therefore, based on the foregoing Application, I respectfully request appointment to the PSC in this MDL.

---

[2] I was also appointed as Liaison Counsel in MDL 1736.
[3] In addition to my experience in litigating mass tort and class action cases, I have also published articles in this area.  *See, e.g.*, *Class Action Considerations in the Chinese Drywall Litigation - A Survey of Case Law*, CHINESE DRYWALL LITIGATION REPORT, May, 2010, at 4; *Choose Your Weapon: Class Action v. Mass Tort*, DRUGS & SUPPLEMENTS, December, 2003, at 2.

Respectfully Submitted,

/s/ Christopher L. Coffin
Christopher L. Coffin (LSBA# 27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
P.O. Drawer 71
Plaquemine, Louisiana 70765
Telephone:     (225) 687-6396
Facsimile:      (225) 687-6398


## CERTIFICATE OF SERVICE

I hereby certify that on this date, September 24, 2010, I electronically filed the foregoing Application for Appointment to Plaintiffs' Steering Committee with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, as instructed in PreTrial Order #1.

/s/ Christopher L. Coffin