UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br>Section: J<br>Judge Barbier<br>Mag. Judge Shushan |
| THIS DOCUMENT RELATES TO ALL CASES | |

### APPLICATION OF CHRISTIAN D. SEARCY FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Christian D. Searcy hereby applies for appointment to the Plaintiffs' Steering Committee for MDL No. 2179 pursuant to Pre-trial Order #1. Mr. Searcy, his firm, and its co-counsel, represent more than 250 clients (including seafood processors, restaurants, commercial fisherman, beach business owners, commercial real estate owners, municipalities, and clean-up workers) who have been impacted by the oil spill and are likely to seek recourse in this Court, including *Water Street Seafood, Inc. et al. v. B.P. PLC, et al*, Case No. 10-2671. Mr. Searcy and his firm have already contributed, and are committed to continuing to contribute, substantial time and resources to the oil spill cases, as Mr. Searcy and his law firm are highly motivated and well positioned to be a positive force in the just and expedient resolution of this multi-district litigation. Mr. Searcy has been appointed by Governor Charlie Crist to be special counsel to the Governor on a *pro bono* basis to advise him as he works to secure justice for the people of Florida in relation to the impacts of the oil spill.

In his past 37 years of active litigation experience in high profile, major damage cases, Mr. Searcy has thoroughly demonstrated that he places a premium on professionalism, cooperation and fulfillment of his obligations as a zealous advocate in a manner that fosters and sustains good working relations among fellow counsel and the Court. Mr. Searcy has tried more than 150 cases to jury verdict and has been lead counsel on more than 100 multi-million dollar recoveries. He has been recognized by his peers on a statewide, national and international level as a team player, leader, and gifted trial lawyer.

The following is a list of additional achievements, peer recognition, proven leadership, ability to work as a team, and honors of Mr. Searcy which attest to the depth of his relevant experience and expertise in civil litigation matters:

- President of the <u>International Academy of Trial Lawyers</u> (which is composed of the top litigators in the United States and internationally and includes defense and plaintiff civil litigators as well as defense and prosecution criminal litigators)
- Past President of the Florida Justice Association (FJA)
- Member, <u>Inner Circle of Advocates</u> (whose membership is by invitation only and limited to 100 of the top Plaintiff's trial lawyers in the United States)
- Member, <u>International Society of Barristers</u> (by invitation only, limited to 500 members in the United States)
- Life Fellow of the American Board of Trial Advocates (ABOTA)
- Member of the Florida Supreme Court Commission to Study Alternative Dispute Resolution 1986-1987, which was responsible for the institution of mediation, non-binding arbitration and advisory jury verdicts in Florida
- Board-certified in Civil Litigation by the National Board of Legal Specialty Certification and in Civil Litigation by The Florida Bar Association
- Member of Judicial Nominating Commission for the USDC for the So. Dist. of Fla.
- Recipient of the <u>Perry Nichols Award</u> by the Florida Justice Association and the <u>War Horse Award</u> from the Southern Trial Lawyers Association (which are the highest awards given by these organization in recognition of a lifetime of outstanding and distinguished service to the cause of justice)
- Recipient of <u>Ironman Award</u> by the Coastal Conservation Association in 2008 for his support for over a decade of that organization's efforts to protect marine fisheries
- <u>Al J. Cone Lifetime Achievement Award</u> (in recognition of a career of leadership, commitment, devotion and courage (presented by the Florida Justice Association)
- One of three recipients of <u>The Compassionate Gladiator Award</u> (presented by the Florida Justice Association)
- Stetson University Law School's Hall of Fame
- Selected for <u>Best Lawyers in America</u> in every edition published
- 2007 top vote getter in State of Florida in field of Civil Litigation <u>Super Lawyers</u>
- Featured in <u>Florida Trend</u> as one of top litigation attorneys in Florida

- Past Chairman of the Standing Committee on Professionalism, Rules of Civil Procedure, and Judicial Evaluation Committees of The Florida Bar Association
- Member of the Trial Bar and admitted to practice in the USDC for all districts in Florida, Fifth and Eleventh U.S. Circuit Courts of Appeal, and U.S. Supreme Court
- Written and lectured in continuing legal education programs throughout Florida and the United States for the past 30 years on more than 100 occasions
- Founding Member of Safety Attorneys Federation
- Member and Emeritus Member of Board of Overseers of Stetson Law School
- Diplomate of the American Board of Professional Liability Attorneys
- Member Pan European Organisation of Personal Injury Lawyers
- Member of Code and Rules of Evidence Committee of The Florida Bar
- Vice President of the Florida Supreme Court Historical Society
- Board of Trustees of the College Foundation of the University of Virginia
- Active in: Association for Retarded Citizens, United Cerebral Palsy, Autism Speaks, Brain Injury Association of Florida, Coastal Conservation Association

The ancestry of the firm of Searcy Denney Scarola Barnhart & Shipley traces back to the early 1900s; Mr. Searcy has been president and chairman of the board of the firm for over two decades. The firm has 22 fine lawyers, with nearly 500 years of collective experience, who are supported by a team of more than 110 personnel including paralegals and support staff with offices in West Palm Beach and Tallahassee. The firm has secured more than $4 billion in settlements and verdicts on behalf of clients over the years, and is often called upon by clients and referring attorneys from across the nation to handle complex and costly cases. In addition, it has been consistently noted to be one of the finest trial firms in the nation by numerous rating organizations. In the past, members of the firm have worked to coordinate state court litigation efforts, including service as liaison counsel for mass tort cases involving tobacco, diet drugs, and breast implants as well as other complex cases. In addition, Mr. Searcy and his partners have been appointed to MDL discovery committees, completed common benefit and bellwether trial reparation work, and represented more than 5,000 clients with regard to a number of mass torts, class action, and complex litigation claims in the past.[1]

---

[1] This experience includes representation of clients in the following MDL and coordinated mass torts cases in state and federal courts: Avandia (MDL No. 1871); Baycol; Benlate fungicide; Bextra and Celebrex (MDL No. 1699); Breast Implants (MDL No. 926); Chalk's Ocean Airways Flight #101 Crash; Checking Account Overdraft Litigation (MDL No. 2036); Chiquita Alien Tort Statute and Shareholders Derivative Litigation (MDL No. 1916); Denture Cream Products (MDL No. 2051); Diet Drugs (MDL No. 1203); Digitek (MDL No. 1968); Driver Privacy Protection Act class action; Gadolinium (MDL No. 1909); Guidant Implantable

3

Mr. Searcy brings a documented record of trial success, proven leadership, teamwork, and new ideas that would promote the just and expedient resolution of this complicated litigation for the parties and the Court. Mr. Searcy would be honored by this appointment, and he and his firm are willing and able to commit the time and resources required by this challenging litigation to live up to that honor.

Dated this 24th day of September, 2010.

/s/ Christian D. Searcy
CHRISTIAN D. SEARCY
Florida Bar No.: 158298
Searcy Denney Scarola Barnhart & Shipley
P.O. Drawer 3626
West Palm Beach, FL 33402-3626
561-686-6300

### Certificate of Service

I hereby certify that on September 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christian D. Searcy
CHRISTIAN D. SEARCY
Florida Bar No.: 158298

---

Defibrillators (MDL No. 1708); Kaplan Higher Education Corp. Qui Tam Litigation (MDL 2057); Kugel Hernia Mesh (MDL No. 1842); Levaquin (MDL No. 1943); *L*-Tryptophan; Medtronic Defibrillators (MDL No. 1726); Medtronic Sprint Fidelis Leads (MDL No. 1905); Ortho Evra (MDL No. 1742); Pain Pump chondrolysis cases; Palm Beach Gardens Medical Center infection cluster; Phenylpropanolamine (PPA) (MDL No. 1407); Post-*Engle* progeny Florida tobacco cases; Prempro HRT Drugs (MDL No. 1507); Propulsid (MDL No. 1355); ProteGen Sling and Vesica System Products (MDL No. 1387); Prudential Insurance Company class action; ReNu Contact Lens Solution; Sulzer Hip and Knee Prostheses (MDL No. 1401); Terrorist Attacks on September 11, 2001 (MDL No. 1570); Trasylol (MDL No. 1928); U.S. Airways Crash on January 8, 2003 (MDL No. 1558); Value Jet Crash (MDL No. 1131); Vioxx (MDL No. 1657); Yamaha Rhino ATV Products (MDL No. 2016); Yasmin and Yaz (MDL No. 2100); Zicam (MDL No. 2096).