UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO:**<br>CIVIL ACTION NO. 10-3175<br>CHARLES J. CONTEGNI, JR., ETC.<br> V.<br>TRANSOCEAN, LTD., ET AL. | |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes CHARLES J. CONTEGNI, JR., d/b/a CHIPS SHRIMP, INC., individually, and on behalf of those similarly situated, on suggestion to Court that he desires to add Walter C. Dumas (Louisiana Bar Roll No. 5163) of Dumas Law Firm, LLC, 1261 Government Street, Post Office Box 1366, Baton Rouge, Louisiana  70821-1366, as additional counsel of record.

September 24, 2010                    Respectfully Submitted,

                                          /s  C. Brooks Cutter
                                      C. Brooks Cutter, Ca. Bar Roll No. 121407
                                          Email: bcutter@kcrlegal.com
                                      John R. Parker, Jr., Ca. Bar Roll No. 257761
                                          Email: jparker@kcrlegal.com
                                      KERSHAW, CUTTER & RATINOFF, LLP
                                      401 Watt Avenue
                                      Sacramento, California 95864
                                      Telephone:   (916) 448-9800
                                      Facsimile:    (916) 669-4499

                                      Ann E. Johnson,
                                         Tx. Bar Roll No. 24032595
                                      Jake Johnson, Tx. Bar Roll No. 10739000
                                      JOHNSON LAW FIRM PC
                                      5000 Caroline Boulevard
                                      Houston, Texas  77004
                                      Telephone:   (713) 523-5000
                                      Facsimile:    (713) 523-8307
                                      Email:          ann@jlftx.com

                                      Milton C. Grimes, Ca. Bar Roll No. 59437
                                      LAW OFFICES OF MILTON C. GRIMES, APC
                                      3774 West 54th Street
                                      Los Angeles, California   90043
                                      Telephone:   (323) 295-3023
                                      Facsimile:    (323)295-3708 669-4499

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion to Enroll Additional Counsel of Record upon all known counsel for all parties via the court's CM/ECF system or by placing same in the United States Mail, properly addressed and postage pre-paid to non-CM/ECF participants.

Sacramento, California, this 24th day of September, 2010.



/s  C. Brooks Cutter
C. Brooks Cutter