IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Civil Action Nos.:<br>*Water Street Seafood, Inc. et al. v. BP, PLC, et al.* (2:10-cv-02671)<br>*Raffield Fisheries, Inc. et al. v. BP, PLC, et al.* (2:10-cv-03102)<br>*Woods Fisheries, Inc. v. BP, PLC, et al.* (2:10-cv-03104)<br>*Barber's Seafood, Inc. v. BP, PLC, et al.* (2:10-cv-03098) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Thomas V. Girardi, Esquire, of GIRARDI | KEESE, hereby enters his appearance as co-counsel for Plaintiffs, in the above-styled actions. The undersigned requests that copies of all pleadings, orders and correspondence in the above-styled matter be directed to his attention.

Dated: September 24, 2010

Respectfully submitted,

| | |
|---|---|
| /s David C. Rash | /s Thomas V. Girardi |
| David C. Rash (Fla. Bar No. 0977764) | Thomas V. Girardi (Ca. Bar No. 36603) |
| david@alterslaw.com | tgirardi@girardikeese.com |
| ALTERS LAW FIRM, P.A. | GIRARDI | KEESE |
| Miami Design District | 1126 Wilshire Boulevard |
| 4141 Northeast 2nd Avenue | Los Angeles, California 90017 |
| Suite 201 | Telephone:   (213) 977-0211 |
| Miami, Florida 33137 | Facsimile:   (213) 481-1554 |
| Telephone:   (305) 571-8550 | |
| Facsimile:   (305) 571-8558 | |

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s David C. Rash
  David C. Rash (Fla. Bar No. 0977764)
  david@alterslaw.com
  ALTERS LAW FIRM, P.A.
  Miami Design District
  4141 Northeast 2nd Avenue
  Suite 201
  Miami, Florida 33137
  Telephone: (305) 571-8550
  Facsimile: (305) 571-8558

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com