## **DECLARATION OF THOMAS V. GIRARDI**

I, Thomas V. Girardi, hereby declare:

1.      I have been involved in leadership roles in numerous MDL's and State Court coordinated proceedings. I served as lead counsel in California in the Vioxx matter. I was appointed by Judge Fallon along with four others to negotiate the Vioxx settlement. I crissed-crossed the country twenty-two (22) times in eleven (11) months and had a substantial role in fashioning the most complex of settlements. Following the agreement, there were numerous concerns raised by lawyers from all over the country on every aspect of the settlement. Since California was my responsibility and since it had approximately 15% of the total case load, it was very important to me that the California lawyers understood all the provisions and had an opportunity to express their concerns.

2.      I believe it is important to note that all of the California lawyers and their clients agreed to all of the terms and known filed objections to any issue including common benefit fees reduction of contingent fees, etc. Judge Fallon has expressed appreciation for my efforts.

3.      I am currently lead counsel in the California Avandia Litigation (which has 30% of the active cases); the Byetta Litigation and the Yaz/Yasmin Litigation.

4.      I believe I understand the duties of lawyers who are appointed to a leadership position in these cases. Communication is vital. Listening to concerns is massively important. I believe that I could be helpful in the current litigation to serve in a leadership role. I believe I know almost all of the fine lawyers seeking some position of leadership in the litigation. I get along with them all very well. I currently am associated

in more than 500 of the major cases. We also represent the family of one of the decedents.

5. I do have the ability to go frequently to New Orleans to discharge my duties if appointed.

6. By way of background, I should advise the court of the following:

A. I am a member of the International Academy of Trial Lawyers, an organization of both plaintiff and defense lawyers limited to 500 lawyers in the country. Admission is based upon excellent trial credentials and more importantly, ethics, civility and integrity. I'm a past president of the International Academy;

B. I'm also past national president of the American Board of Trial Advocates. The American Board also places a great emphasis on civility; and

C. I'm also a member of the Inner Circle of Advocates which is limited to 100 lawyers who have achieved significant success in the courtroom.

7. I have been very active in the Liaison Committee working with the claim protocol.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 23, 2010, at Los Angeles, California.

_____
THOMAS V. GIRARDI