UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE SHUSHAN |

**Application of Philip F. Cossich, Jr. for Appointment to the
Plaintiffs' Steering Committee of MDL No. 2179**

Pursuant to Pretrial Order No. 1, Philip F. Cossich, Jr. respectfully submits this application and requests that this Honorable Court appoint him and his firm, Cossich, Sumich, Parsiola & Taylor, LLC, to the In Re: Oil Spill by the Oil Rig "Deepwater Horizon" Plaintiffs' Steering Committee for the following reasons.

**I.   Willingness and Availability to Commit to a Time-Consuming Project**

It is an understatement that I am ready, willing and able to commit myself, my time, and my resources to this project.  I have been committed to my community and my clients affected by this disaster since the day that the first drop of oil reached Louisiana waters.  I firmly believe that the Steering Committee needs a representative from my community that has the experience and understanding that I would bring if selected.  I will be involved until the very end of this litigation.

I currently represent claimants who have endured immense losses as a result of this oil spill. My clients include (1) Fulton Seafood, which is one of, if not, the largest purchaser and processor of shrimp harvested from the Gulf Coast; (2) oyster farmers in Plaquemines and St. Bernard Parishes which cumulatively cultivate and farm over 10,000 acres of established oyster beds; and (3) the two companies that encompass the entire domestic menhaden fishing industry,

1

namely, Omega Protein, and Daybrook Fisheries. Omega Protein and Daybrook Fisheries are responsible for 11% of all fish landings in the United States, and together make up the second largest commercial fishery in the country. In addition to these claimants, I also represent Plaquemines Parish Sheriff Jiff Hingle and his department for damages sustained as a result of the oil spill, as well as Plaquemines Parish District Attorney Charles Ballay and Orleans Parish District Attorney Leon Cannizzaro, Jr. in their lawsuits to impose civil penalties for all wildlife killed or otherwise harmed by the oil spill. My clients are at the heart of the most seriously affected area. This area was first hit, hardest hit and will most likely be the last to recover. Because of the magnitude of the damages sustained by these clients, I have already committed myself to being significantly involved in this litigation.

We have hired an incredible group of scientists ranging from biologists to chemists that include the main expert in the Exxon/Valdez litigation and the lead scientist of two-dimensional chromatography. Our team has been sampling and analyzing the samples from very early after the spill. Our lead expert has already developed and put into action a set of Standard Operating Procedures (SOP), which have been used in the collection and storage of oil, sediment, biological, and water samples. In the spirit of cooperation, we have shared the SOP documents with other plaintiff attorneys.

In addition to the reasons listed above, I also possess a unique attribute that further distinguishes me from the pool of applicants. Plaquemines Parish is my home and community, and I have a vested interest in seeing my community recover from this disaster. I am not one who will disappear at the next opportunity to pursue a California train derailment, a Texas industrial accident or a prescription drug recall. My family has been part of this community for five generations with our start in the fishing communities in and around the estuaries of

Plaquemines Parish. I have practiced law in Plaquemines Parish for over 27 years and the base of my practice has always been in the fishing community. I have a unique understanding of the waters and estuaries of Louisiana that will be a valuable asset to the Steering Committee.

## II. Knowledge and Professional Experience

I have extensive experience in complex litigation, maritime law, multi-plaintiff litigation and class action litigation. I served on the Plaintiffs' Steering Committee in the largest oil spill/OPA claim in this area prior to this oil spill.[1] If the Court deems it appropriate, Judge Zainey can attest to my effectiveness in that case. I have had leadership roles in many class action suits including *Waxler Transportation Company, Inc., et al. v. Trinity Marine Products, Inc., et al.*, Case No. 49-741, 25th JDC, Parish of Plaquemines, *Albert Avenal, et al. v. The State of Louisiana and the Department of Natural Resources,* Case No. 03-3521, 25th JDC, Parish of Plaquemines and *Troy Lynn Morrison v. Wells Fargo Bank, N.A. et al.*, Case No. 09-3466, United States District Court, Eastern District of Louisiana. I also have experience in oil well blowout cases and have successfully handled as lead counsel two oil well blowout cases that occurred in Plaquemines Parish.

I also have extensive knowledge and experience in limitation actions. I am presently lead counsel in a significant limitation proceeding presently before your Honor: *Exxon Mobil Corporation v. Daybrook Fisheries, Inc., et al.*, Case No. 08-4654, U.S. District Court, Eastern District of Louisiana. I have handled limitation cases from both sides which would provide a unique perspective to the Steering Committee. I have also handled cases on other Transocean drilling vessels (Developmental Driller II, Transocean Marianas, Cajun Express, Discoverer

---

[1] *Alicia Tanguis,* et al. *v. M/V WESTCHESTER, et al.*, Case No. 01-0449, U.S. District Court, Eastern District of Louisiana.

Enterprise) and am familiar with the operations and procedures utilized on-board Transocean drilling vessels. This experience and knowledge would be invaluable to the Steering Committee.

Furthermore, I have a very long and successful history with cases involving damages to estuaries and water bottoms, including the areas of Plaquemines and St. Bernard Parishes most affected by this spill.

### III. Ability to Work Cooperatively with Others

In order to effectively handle a case of this size, it is crucial to have the ability to effectively work well with others. I have a long standing positive reputation in this regard. I served for many years on the Board of the Louisiana Association for Justice, have just served as the chairman of the Maritime Law Section (2009-2010), and have recently been selected as President Elect of the Louisiana Association for Justice for 2011.

I have handled in the past and am presently handling cases against many of the attorneys representing defendants in this litigation and have a strong working relationship with each. Additionally, I have a great working relationship with plaintiff attorneys, as well as the defense bar, throughout this community. Because I am well respected by my peers and have a reputation for working well with others, I will be an asset to the Steering Committee.

Respectfully Submitted,

*/s/ Philip F. Cossich, Jr.*
**Philip F. Cossich, Jr.**
Cossich, Sumich, Parsiola & Taylor LLC
8397 Highway 23
Suite 100
Belle Chasse, Louisiana 70037
Telephone: (504) 394-9000
Facsimile: (504) 394-9110
pcossich@cossichlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2010, I electronically filed the foregoing Application for Appointment to Plaintiffs' Steering Committee with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, as instructed in PreTrial Order #1.

                                      */s/ Philip F. Cossich, Jr.*
                                      **Philip F. Cossich, Jr.**