**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE SHUSHAN |

**O R D E R**

CONSIDERING THE FOREGOING APPLICATION OF PHILIP F. COSSICH, JR. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE:

IT IS HEREBY ORDERED that the Application of Philip F. Cossich, Jr. for Appointment to Plaintiff's Steering Committee be and is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2010.

J U D G E