UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL   Docket No. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO<br> ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### APPLICATION OF BRUCE C. BETZER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes Bruce C. Betzer, who respectfully requests that he be appointed to the Plaintiff's Steering Committee in the above referenced and entitled matter for the following reasons:

1.

Bruce Betzer has strong family ties to the community of St. Bernard Parish, which was severely affected by the oil spill that occurred on April 20, 2010 in the Gulf of Mexico. Both Mr. Betzer and his family have resided in St. Bernard Parish for over 35 years. He has spent the past 15 years in this community as an advocate and a representative of the people in St. Bernard Parish., even serving as an elected official for the Louisiana Democratic Party in 2002 and 2003.

2.

Bruce Betzer is a graduate of Loyola University of new Orleans and Loyola Law School (Class of 2000) and has been a practicing attorney in good standing specializing in personal injury litigation for ten (10) years. He worked as a legal assistant 1992 through 1998 specializing in class action litigation with the Law offices of Doug M. Schmidt and Associates.

3.

He served as a law clerk to lead counsel in both state and federal litigation in the Arcadian Plant explosion which occurred in Lake Charles, Louisiana, involving over 12,000 clients and/or settlement of $53,000,000.

4.

Mr. Betzer has also participated in a class action lawsuit entitled Evans, et al. vs. Illinois Central Railroad Company, Case No. 2002-003796, Division "C" in the Parish of Tangipahoa.

5.

Mr. Betzer was elected in 1996 to serve as the Democratic State Central Committee member representing all of the Democratic voters located in State Representative District 104, encompassing the Murphy Oil Refinery in Meraux, Louisiana and its surrounding areas.

6.

Mr. Betzer represented over 300 claimants in the Class Action, entitled *Claude Bourgeois v. Murphy Oil USA, Inc. et al,* Case number 99-255, which was before this Honorable Court.

7.

In 2005, Mr. Betzer was an integral part of the Class Action case, *Turner v. Murphy Oil USA Inc. 2:05-cv-04206,* wherein thousands of residents of St. Bernard Parish were forced to sell their homes due to oil contamination.

8.

On May 6, 2010, Mr. Betzer filed the Class Complaint entitled, *Captain Charlie Thomason's Bayou Charters, Inc. Et al. V. BP, Et al. 2:10-cv-01422,* wherein over twenty plaintiffs were named in the complaint less than three weeks after the explosion. Many of Mr. Betzer's clients in this lawsuit are well know Fishing guides, commercial fishermen and shrimpers, community leaders, and Gulf Coast landowners whose property has been destroyed by the April 20, 2010 oil spill.

9.

Where Mr. Betzer lacks the decades of experience that many of his colleagues have in the class action field, he brings a commitment to serving the class as only an energetic and vocal community leader can do.  He understands the issues surrounding the people affected by the oil spill and prays that this Honorable Court allow him to serve the people of his gulf coast community. He is not only an advocate in this litigation, but also and claimant as he owns property affected by the oil in both St. Bernard, Louisiana and Gulf Shores, Alabama.

WHEREFORE, it is respectfully requested that Bruce C. Betzer be appointed to serve on the Plaintiffs' Counsel Steering Committee for the April 20, 2010 Deepwater Horizon Oil Rig explosion and subsequent spill.

Respectfully Submitted,

/s/ Bruce C. Betzer
Bruce C. Betzer, LA Bar No: 26800
*Law Office of Bruce C. Betzer*
**A Professional Limited Liability Company**
1420 Veterans Memorial Blvd.
Metairie, Louisiana 70005
Telephone: (504) 832-9942
Facsimile: (504) 831-0892

**CERTIFICATE OF SERVICE**

I hereby certify that on this  24  day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Bruce C. Betzer
Bruce C. Betzer