UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**NOTICE**</u>

Because of the complex nature of MDL 2179, notably the numerous and varied defendants and issues, the Court has determined that appointment of a special master is warranted. Accordingly, pursuant to Rule 53 of the Federal Rules of Civil Procedure, the Court hereby provides notice to the parties of its intention to appoint a special master. The Court intends to appoint Francis E. McGovern, Professor of Law, Duke University School of Law, as special master given his extensive experience in these matters. Parties may electronically file a response to this Notice by Friday, October 1, 2010.

New Orleans, Louisiana, this 24th day of September, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE