UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

<u>ORDER</u>

**IT IS ORDERED** that oral argument currently set on the following motions is hereby **CANCELLED** as this Court determines that such will not be necessary.  Thus, these matters will be submitted on the briefs alone on September 29, 2010:

- • Motion to Compel Arbitration, (Rec. Doc. 114); and

- • Motion to Sever APA Cases from MDL (Rec. Doc. 174).

Any opposition to these motions shall be filed in accordance with the local rules.

**IT IS FURTHER ORDERED** that Plaintiffs' **Rule 59(e) Motion to Alter or Amend Judgment Denying Copeland's Motion for Temporary Restraining Order and Preliminary Injunction, and for Court**

**Supervision (Rec. Doc. 44)** is hereby **DENIED**.

New Orleans, Louisiana, this  24th  day of   September  , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE