UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:   OIL SPILL by the OIL RIG                        MDL NO. 2179
          "*DEEPWATER HORIZON*"
          in the GULF OF MEXICO,                        SECTION:  J
          on APRIL 20, 2010
                                        JUDGE BARBIER
This Document Relates to All Cases                        MAG. JUDGE SHUSHAN

APPLICATION OF DAVID BOIES FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I, David Boies, of the law firm of Boies, Schiller & Flexner, LLP submit this application

pursuant to Pretrial Order No. 1, for appointment to the Plaintiffs' Steering Committee or, in the

alternative, for the position of co-lead counsel, should the Court appoint such a position.

INTRODUCTION

As this Court has noted, the just and efficient resolution of this litigation will depend in

large part on the behavior of the attorneys and their ability to work together for the common

good.  I, along with my firm, have worked on various types of litigation demonstrating time and

time again that we can work efficiently and effectively with other lawyers, many of whom are

involved in the present case.

PERSONAL QUALIFICATIONS AND EXPERIENCE

I graduated from Yale law school in 1966 and have over 40 years experience in complex

litigation.  I am Chairman of Boies, Schiller & Flexner LLP, which was established in 1997.  I

have had the opportunity and the privilege to work on private, as well as government matters.  A

sampling of my work follows.

        I served as lead counsel for former Vice-President Al Gore in connection with the litigation
        relating to the 2000 Presidential election; I served as Special Trial Counsel for the United
        States Department of Justice in its successful antitrust suit against Microsoft; I served as
        counsel to the Federal Deposit Insurance Corporation in its litigation to recover losses for

failed savings and loan associations;  I served as Chief Counsel and Staff Director of the United States Senate Antitrust Subcommittee in 1978 and Chief Counsel and Staff Director of the United States Senate Judiciary Committee in 1979; I successfully represented American Express in its Antitrust case against Visa and MasterCard in which American Express received a record-breaking $4 billion recovery; I successfully defended Lloyd's of London in the World Trade Center insurance litigation; I successfully defended NASCAR in Antitrust litigation charging NASCAR with monopolizing the market for championship auto racing; I represented Maurice R. "Hank" Greenberg and the C.V. Starr Companies in connection with regulatory and civil litigations; Most recently I had the privilege of serving as lead counsel, along with former Solicitor General Ted Olsen, in successfully overturning Proposition 8 in *Perry v. Schwarzenegger* (N.D. Ca. August 4, 2010).

I have been honored with numerous awards, degrees, and distinctions. [1] I am a member of the American Bar Foundation, the New York State Bar Association, the New York City Bar Association, the New York Bar Foundation, the Litigation Counsel of America, and the London Court of International Arbitration.

<u>FIRM QUALITIFICATIONS AND EXPERIENCE</u>

Our firm consists of some of the finest and most experienced class action attorneys in the country. In our short tenure we have gained a reputation for effectively and efficiently working with plaintiffs, defendants, experts, and claims administrators.  We have a thorough understanding of the level of expertise a case of this size requires.  For several large class action cases we have successfully managed the efficient reporting of time and expenses for the court. We have also developed expertise in the evolving area of e-discovery.

Since inception, our firm has negotiated record settlements and won substantial verdicts on behalf of class members.  Cases in which the firm has played a leading role include:

---

[1]  "Lifetime Achievement Award" from the Mississippi Center for Justice; "Lawyer of the Year," by the National Law Journal; Runner-up for "Person of the Year," by Time Magazine; "Antitrust Lawyer of the Year" by the New York Bar Association; "Commercial Litigator of the Year" by Who's Who, "2010 Global Litigation Lawyer of the Year" by Who's Who Legal. Honorary LL.D. degrees from the University of Redlands, and from New York Law School; the Lifetime Achievement Award from the LD Access Foundation, the Outstanding Learning Disabled Achievers Award from the Lab School of Washington, D.C., and the William Brennan Award from the University of Virginia.

*In re Vitamins Antitrust Litigation* (D.D.C.). In 1999, the firm, as one of three co-lead Counsel which also included Steve Susman of Susman Godfrey obtained more than $1 billion in settlements for class plaintiffs. No. 99-197(TFH), 2000 WL 173867 (D.D.C. Mar. 31, 2000). In 2003, the firm, acting as co-lead counsel, took the remaining four defendants to trial and won a $49.5 million jury verdict for the class, pre-trebling. Nat'l L. J., Aug. 4, 2003, at 13; *In re Scrap Metal Antitrust Litigation* (N.D. Ohio). In 2005, the firm, as lead counsel, negotiated settlements totaling more than $10 million and took remaining defendants to trial, winning an $11.5 million jury verdict, pre-trebling. No. 1:02 CV 0844, 2006 WL 2850453 (N.D. Ohio Sept. 30, 2006) *aff'd* 527 F.3d 517 (6th Cir. 2008); *In re Auction Houses Antitrust Litigation* (S.D.N.Y.). In 2000, the firm, as lead counsel, negotiated a $512 million settlement described by an interim plaintiffs' counsel as "the most outstanding result I have ever heard of in the history of the antitrust laws." No. 00 Civ. 0648 (LAK), 2001 WL 170792, at *6 (S.D.N.Y. Feb. 22, 2001); *In re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y.) ($220 million settlement); *In re Cardizem CD Antitrust Litigation*, MDL No. 128 (E.D. Mich.) ($110 million settlement); *In re Terazosin Hydrochloride Antitrust Litigation*, MDL No. 1317 ($75 million settlement); *Molecular Diagnostics Labs. v. Hoffman-La Roche Inc.*, No. Civ. A. 04-01649 (HHK) (D.D.C.) ($33 million settlement); and *In re First Databank Antitrust Litigation*, 205 F.R.D. 408 (D.D.C. 2002) ($23 million settlement).

The firm is currently actively involved in several major class action lawsuits. These matters include:

*In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.);  *In re Vitamin C Antitrust Litigation* (E.D.N.Y.); *Resco Products, Inc. v. Nanchuan Minerals Group* (W.D. Pa.); *Animal Science Products, Inc. v. China National Metals & Minerals Import & Export Corp.* (D.N.J.); and *In re Florida Concrete and Cement Antitrust Litigation* (S.D. Fl.).

<u>THE CURRENT LITIGATION</u>

Our firm is well equipped to deal with the oil spill litigation and we are also well informed. Our attorneys have been on the ground in Louisiana and Mississippi, assessing the damage and talking to people affected by the spill.  We have toured the docks and seen the clean-up efforts first-hand. Our lawyers have spoken to scores of business people affected by the spill including the owner of an oyster shucking plant in Virginia, a real estate company in Dauphin Island, Alabama, the General Counsel of a large hotel chain, and a husband and wife who own a shrimp boat service.  We have talked to countless fishermen, deckhands, and elected officials.

Attorneys from our firm have attended town-hall meetings hosted by Ken Feinberg.  We have worked with Mr. Feinberg in other matters and have a good working relationship with him. We have relationships with counsel in all of the affected states.  We have met with the Mississippi Center for Justice and discussed efforts to assist them.  Our firm has four offices in Florida, and a partner in our Miami office is the current president of the ABA.  We have spoken to experts at the U.S. Fish and Wildlife Service, U.S. Park Service, Environmental Protection Agency, and OSHA, as well as experts in the private sector.   We have many potential plaintiffs still contemplating filing suit.

I appreciate the Court's consideration in this matter, and am happy to supplement this application with any additional details the Court so desires.

Respectfully submitted,

/s/ David Boies

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:  (914) 749-8300
dboies@bsfllp.com

CERTIFICATE OF SERVICE


I hereby certify that on this 24th day of September, 2010, I electronically filed the Application of David Boies for Appointment to the Plaintiffs' Steering Committee with the Clerk of Court by using the CM/ECF system, which in turn will be served electronically upon all counsel of record identified on the Court's Service List.  For those parties unable or unauthorized to receive service electronically, service will be made via an approved manner as provided in Pre Trial Order 1.


/s/ Melissa Willett

Melissa Willett

BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, 8th Floor
Washington, DC  20015