UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates To All Cases | § § | MAG. JUDGE SHUSHAN |

## APPLICATION OF ROBERT C. HILLIARD FOR PLAINTIFFS' STEERING COMMITTEE

I, Robert C. Hilliard, pursuant to Pretrial Order No. 1, respectfully submit and file this application for membership to the Plaintiffs' Steering Committee (PSC) for MDL No. 2179 and I hereto swear: I have read, understand and agree to the PSC's responsibilities as set forth in Pretrial Order No. 1 and I am willing to commit the staff and financial resources required to effectively represent all plaintiffs in this litigation. I have extensive experience handling mass/class action litigation providing the proper background for handling this type of MDL:

### CURRENT REPRESENTATION OF BP "DEEPWATER HORIZON" PLAINTIFFS

My law firm, Hilliard Muñoz Gonzales LLP, has had a significant presence on the Gulf Coast for 30 years.

#### a. Single Largest Commercial Fishing Fleet in the Nation

I was chosen to represent Gulf King Services, Inc., the single largest commercial fishing company in the Gulf of Mexico, consisting of a fleet of 48 U.S. flagged deep-sea fishing vessels (each with its own incorporation), to pursue all losses caused as a result of the BP "Deepwater Horizon" oil spill. The losses to Gulf King are expected to exceed $40,000,000.00 per season.

#### b. Commercial Shrimpers, Fishermen and Oyster Gatherers

My firm currently represents approximately 40,000 individual plaintiffs, including shrimpers, fishermen and oyster gatherers. We will be pursuing all losses on their behalf as a result of the BP "Deepwater Horizon" Oil Spill.

### CURRENT REPRESENTATION IN OTHER SIGNIFICANT MDLS

#### a. FEMA Trailer Product Liability Litigation

1

- My firm currently represents approximately 30,000 plaintiffs in the MDL Toxic Trailer Litigation (MDL No. 1873, *In Re FEMA Trailer Product Liability Litigation*—The Honorable Kurt Englehart, U.S. Dist. Ct. E. Dist. La.).
- I was one of the trial attorneys for the first case tried to a jury.
- I have also agreed to try the case currently scheduled for June 2011.

### b. Black Farmers Litigation

- My firm currently represents approximately 5,000 plaintiffs as a result of discrimination by the US Government against American Black Farmers (MDL No. 08-0511; *In Re Black Farmers Discrimination Litigation*, U.S. Dist. Ct. DC).

## MDL LIAISON COUNSEL EXPERIENCE

### a. Runaway Toyotas

- A proposed Agreed Order has been submitted to Judge Robert Schaffer, 152nd Judicial District, Harris County, Texas appointing me co-liaison counsel in Texas (State MDL No. 2010-46354; *In Re Toyota Unintended Acceleration Litigation*).

### b. Predatory Lending

- I represented victims of predatory lending against Ocwen Loan Services LLC, resulting in two significant verdicts of 3.5 million and 10 million. My firm was then Liaison Counsel in the Ocwen Multi-District Litigation in Texas (MDL No. 07-0037; *In Re Ocwen Loan Servicing, LLC Mortgage Servicing Litigation*).

## LEAD CLASS COUNSEL EXPERIENCE

### a. "Rapid Refund" Litigation

I was the lead class counsel in *Haese v. H & R Block*, a 2003 class action involving every Texan who received a rapid refund (approximately 300,000 plaintiffs). The Texas class recovered in excess of $200,000,000.00. I petitioned and received permission from the Court to have the class receive $26,000,000.00 of the $50,000,000.00 in attorney's fees.

## SIGNIFICANT CONTRIBUTION TO JURISPRUDENCE

### a. The Texas Admissibility Standard

I was one of two trial lawyers who tried a toxic tort case against Merrell Dow Pharmaceutical resulting in a $33 million verdict. *Havner vs. Merrell Dow*, 923 S.W.2d 706 (Tex. 1997) is now the benchmark case in Texas for the admissibility of expert testimony, specifically overruling the reliability standard of Texas Rule of Evidence 702.

### b. Defibrillator Litigation

I filed the first litigation in the country against Guidant Corp. as a result of defective heart defibrillators. I took the only deposition allowed of Guidant's CEO, Fred McCoy, which ultimately played a major role in the resolution of the National MDL (MDL No. 1708; **In Re Guidant Corp Implantable Defibrillators Products Liability Litigation**).

### c. Lee is Free

I represented, pro bono, Koua Fong Lee, a Hmong refugee, who served 3 years of a 6-year prison sentence for vehicular homicide in Minnesota as a result of an accident involving his runaway Toyota. After petitioning the Court for Post Conviction Relief and presenting 4 days of testimony, the Court ordered Mr. Lee's immediate release and the prosecutor dropped all charges.

## *SIGNIFICANT VERDICTS AS LEAD TRIAL ATTORNEY*

a. *Sanchez v. Honda: $30 million*

b. *Tellez v. General Motors: $20 million*

## *AWARDS AND RECOGINITIONS*

a. *Texas Super Lawyer: 2003, 2004, 2006, 2007, 2008, 2009, 2010*
b. *Fellow in the invitation-only Litigation Council of America (LCA), which limits membership to 3,500 fellows.*
c. *Advocate Level of ABOTA (minimum of 50 trials)*
d. *Past National Chair of ATLA (AAJ) Ethics Committee*
e. *Past Instructor of the Gerry Spence Trial Lawyers College*

## *BOARD CERTIFICATIONS*

a. *Personal Injury Trial Law: 20 years*
b. *Civil Trial Law: 18 years*

## *EDUCATION*

- *St. Edward's University (Summa Cum Laude) 1980*
- *St. Mary's Law School (with honors) 1983*

**Note to the Court:** I humbly recognize that there are a wealth of applicants with an enormous amount of experience and talent. I do not presume to know in which way this Court may decide I could best assist and provide the most effective help. I would be honored to serve in whatever capacity and however this Honorable Court deems fit.

As such, I respectfully request consideration for a position on the PSC for MDL No. 2179, *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico* on April 20, 2010. Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 24th day of September 2010.

_____
Robert C. Hilliard

SWORN TO AND SUBSCRIBED BEFORE ME this 24th day of September, 2010, to certify which witness my hand and seal of office.



DIANA M. MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-13-2012

_____
NOTARY PUBLIC in and for
the State of Texas.

My Commission Expires: 11-13-2012

4