UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE: JUDGE CARL J. BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO ALL CASES | |

**APPLICATION OF SCOTT WM WEINSTEIN**
**FOR PLAINTIFFS' STEERING COMMITTEE**

Undersigned, SCOTT WM WEINSTEIN OF Morgan & Morgan[1] submits this application for appointment to the Plaintiffs' Steering Committee in accordance with PTO #1.

Undersigned has carefully read PTO #1 and fully understands the Court's sentiment as set forth in the introduction.

    A.    <u>WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT</u>

Scott Wm Weinstein and Morgan & Morgan are fully and unequivocally committed to this case. Firm Partner Mike Espy has separately filed his application to the PSC; the firm supports Mr. Espy's

---

[1] Plaintiffs' Counsel in:

Adam Alfano v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10047-KMM in Southern District of Florida);

Dana Banks v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10045-KMM in Southern District of Florida);

John Donnell v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10048-KMM in Southern District of Florida);

Drew Moret v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10043-KMM in Southern District of Florida);

Darrick Parker v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10049-KMM in Southern District of Florida);

Two Headed Shark, LLC d/b/a Ripley's Believe It or Not! v. Transocean, Ltd, BP, P.L.C., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., BP Products North America, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation (Cameron) and BP America, Inc. (Case No. 4:10-cv-10038-KMM in Southern District of Florida);

application as well as this application, and undersigned and Mr. Espy, who work closely together on other complex matters, have committed to working together to serve the PSC and its committees should the court appoint either to the PSC. Morgan & Morgan has major offices located in Mississippi and along the gulf coast of Florida. Morgan & Morgan has 11 offices in Florida, Georgia, Mississippi and Tennessee, with about 170 lawyers and 800 support staff. The firm, under undersigned's direction, established an interdisciplinary Oil Spill Practice Group comprised of members of the Consumer Class Action & Mass Tort Department, The Business Litigation Group, the Maritime Litigation Group and the Mississippi litigation practice. The firm has many business clients in the gulf region who were immediately affected by the spill. This firm was among the first to file claims arising from the spill in south and coastal Florida. Our firm immediately hired experts and consultants and began to evaluate these cases from all aspects. Undersigned is committed to personally serving on the Plaintiffs' Steering Committee if appointed. There is no question that this service will be extremely time-consuming and will require regular travel to New Orleans. Scott Wm. Weinstein is a member of the Plaintiffs' Steering Committee in the Chinese Drywall Litigation pending before Judge Fallon (MDL 2047), is well familiar with the Rules of this District, and is accustomed to regular travel to the area. Several members of the firm are engaged in the Chinese Drywall litigation, work on the PSC, and therefore travel regularly to New Orleans. The firm's Class Action Section head J Andrew Meyer is a member of the Apple iPhone 3G and 3Gs MMS Marketing and Sales Practices Litigation (MDL 2116) Plaintiffs' Steering Committee pending before this Honorable Court. As a result this team is well acquainted with many members of the Bar who will likely serve on the Oil Spill committees.

     Members of the firm have travelled to New Orleans for many meetings of counsel concerned with the oil spill. We are  members of the Oil Spill List Serve, and undersigned and firm partner Michael Goetz were present at the September 16, 2010, Pretrial Conference.

B.  ABILITY TO WORK COOPERATIVELY WITH OTHERS

Undersigned has and continues to work closely with many of the lawyers working in oil spill litigation, and has participated in meetings and conferences in New Orleans and elsewhere with Liaison Counsel and other interested lawyers on many aspects of this litigation. Undersigned and members of the Oil Spill Group are actively participating in Committees under the direction of Liaison Counsel and will continue to work with them and others. As Managing Partner of the firm's Consumer Class Action and Mass Tort Department, Scott Wm Weinstein has the staffing and other resources so that he may devote his efforts to his duties on this Plaintiffs' Steering Committee. Undersigned has for many years practiced in the area of consumer class action litigation, first as a defense lawyer, defending major consumer class actions, and later, on behalf of Plaintiff classes, having served as lead counsel in many such cases. Undersigned is an experienced trial lawyer who co-founded and served as President of the Naples-Ft. Myers Chapter of the American Board of Trial Advocates ("ABOTA"). He is a Member of the Florida Bar Board of Governors, serving on the Bar's Disciplinary Review Committee and Board Review Committee on Professional Ethics. He has been consecutively named to Florida Trend Magazine's "Legal Elite" in civil trial law, and is "AV" rated by Martindale-Hubbell. Undersigned co-founded the Professionalism Committee and Peer Review Committee of Florida's 20th Judicial Circuit. If this Court wishes, undersigned believes Chief Judge Keith Cary of the 20th Judicial Circuit of Florida, (239) 533-9140, past Chief Judge Hugh Hayes, (239) 252-8116, and United States District Judge John E. Steele, (239) 461-2140, would be willing to discuss undersigned's qualifications.

C.  PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

The firm, and its Consumer Class Action and Mass Tort Department and Business Litigation Department are involved in complex litigation nationwide. Undersigned is currently Lead Counsel

representing Florida Governor Charlie Crist personally in an action brought against him by members of the Republican Party seeking to freeze the Campaign account for the Governor's independent bid for United States Senate.  Undersigned and members of the Department have been court appointed to the following Plaintiffs' Steering Committees: *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL 2047;  *In re: Heparin Products Liability Litigation*, MDL 1953; *In re: Digitek Products Liability Litigation*, MDL 1968; *In re: Total Body Formula Products Liability Litigation*, MDL 1985; *In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL 2023; *and In re: Denture Cream Products Liability Litigation,* MDL 2051**;** *and In re: Apple iPhone 3G and 3Gs MMS Marketing and Sales Practices Litigation,* MDL 2116, and are well-experienced in the workings of MDL's.

      D.    <u>WILLINGNESS TO COMMIT NECESSARY RESOURCES TO PURSUE THIS MATTER</u>

Morgan & Morgan is the largest Plaintiffs' firm in Florida, and one of the largest in the country. With 170 lawyers and 800 support staff, and specialty departments focusing on mass torts, class action litigation, business law and maritime law, we have the staffing and financial resources to pursue this matter.

The firm's Oil Spill Group is familiar with the *Manual for Complex Litigation – Fourth* and understands this Court will proceed in accordance with the provisions and principals contained therein.

WHEREFORE, Scott Wm Weinstein and MORGAN & MORGAN, respectfully move that this Court appoint them to serve on the Plaintiffs' Steering Committee in this litigation.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed with the Clerk of Court this 26th day of September, 2010, by using the CM/ECF system which will send notice of electronic filing to all parties of record at the email addresses on file with the Clerk of Court, as well as to all parties listed on Schedule B of PTO #1.

By:     /S/ Scott Wm. Weinstein  
Scott Wm. Weinstein  
Fla. Bar No.: 563080  
Morgan & Morgan, P.A.  
P. O. Box 9504  
Ft. Myers, FL 33906-9504  
Telephone: (239) 433-6880  
Facsimile: (239) 433-6836  
Email:sweinstein@forthepeople.com
