CAUSE # 2:10-cv-01752-SRD-ALC

| | | |
|---|---|---|
| FRUGE, ET AL. | § | UNITED STATES DISTRICT COURT |
| | § | |
| VS. | § | FOR THE |
| | § | |
| BP, PCL, et al. | § | EASTERN DISTRICT OF LOUISIANA |
| | § | |
| | § | |
| | § | |

## AFFIDAVIT

STATE OF TEXAS        §
COUNTY OF HARRIS    §


"My name is Wayne Sullivan, I am of sound mind and capable of making this Affidavit and have never been convicted of a felony or misdemeanor involving moral turpitude. I am not less than eighteen years of age and am not a party to or interested in the outcome of this suit. I am a Certified Private Process Server authorized by the Texas Supreme Court."

"The undersigned received the documents described as a SUMMONS AND COMPLAINT on JULY 8th, 2010 at 10:00 A.M., to be delivered to TRANSOCEAN LTD. 4 Greenway Plaza Houston, Texas 77046."

"On the 9th Day of JULY, 2010, at 11:10 A.M., I delivered the SUMMONS AND COMPLAINT ON TRANSOCEAN LTD, located at 4 Greenway Plaza Houston, Texas 77046. HEATHER CALLENDER-ASSOCIATE GENERAL COUNSEL, accepted the documents."

"Further affiant saith naught"

_Wayne Sullivan_
Wayne Sullivan
TCPPS ID #4225
777 Dunlavy St. #1106
Houston, Texas 77019
Ph. 713-822-0972

Before me, a notary public, on this day personally appeared, Norman Wiley, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 9th day of JULY, 2010.

_____
Notary Public – State of Texas

NOTARY PUBLIC STATE OF TEXAS
Crystal S Lerman
My Commission Expires
05/26/2013

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038



# SHERIFF

**East Baton Rouge Parish**
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org

PHONE   225-389-5000
FAX   225-389-5032

## AFFIDAVIT OF SERVICE

Case Number: <u>2:10-CV-01752-SRD-ALC</u>   JOHN T. FRUGE, ET AL

State Of: <u>UNITED STATES DISTRICT COURT</u>

County: <u>EASTERN DISTRICT OF LOUISIANA</u>

Received: <u>06/29/2010</u>

Today's Date: <u>06/30/2010</u>

### State of Louisiana, Parish of East Baton Rouge

I, <u>DY, E. CUMMINS,</u> A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I <u>DID</u> serve the <u>SUMMONS</u> in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on: <u>BP AMERICA, INC. THRU CT  5615 CORPORATE BLVD,</u> <u>STE. 400B BATON ROUGE, LA. 70808 SERVED THRU LYNETTE BASS</u> on the <u>30TH.</u> day of JUNE, 2010, by delivering to the said person a copy of the said documents.

_Dy E. Cummins_
**Deputy Sheriff**
**East Baton Rouge Parish**
**State of Louisiana**

Sworn to and Subscribed before me this __15__ day of __July__, 2010.

_8338_

**Ex-Officio Notary Public**
**Deputy, EBR Sheriffs Office**
**State of Louisiana**

**N & H**
**116 JOHN STREET**
**NEW YORK, N.Y. 10038**

SAFER STRONGER BETTER TOGETHER

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

Civil Action No.2:10-CV-01752-SRD-ALC

X---------------------------------------------------------------------------X

FRUGE, et al,

Plaintiff(s),

-against-

BP, PLC, ET AL,

Defendant(s)

X---------------------------------------------------------------------------X

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:10 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant ANADARKO PETROLEUM CORP., by serving the registered agent, the Corporation Trust Company, at the address of 1209 Orange Street, Wilmington, DE. 19801.

Name of individual personally served:  Scott LaScala-Section Head
Description of individual served:  White male, between 5'8" and 5'10" 160 to 180 lbs with brown hair.

Subscribed and sworn before me
this 29th day of June, 2010.

Notary Public

My commission expires:
CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

Civil Action No.2:10-CV-01752-SRD-ALC
X--------------------------------------------------------

FRUGE, et al,

Plaintiff(s),

-against-

BP, PLC, ET AL,

Defendant(s)

X--------------------------------------------------------

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:10 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC, by serving the registered agent, The Corporation Trust Company, at the address of 1209 Orange Street, Wilmington, DE. 19801.

Name of individual personally served:   Scott LaScala-Section Head
Description of individual served:  White male, between 5'8" and 5'10" 160 to 180 lbs with brown hair.

Subscribed and sworn before me
this 29th day of June, 2010.

_____
Notary Public

My commission CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

CAUSE # 10-1472

| JAMES KIRK MITCHELL, et al. | § | UNITED STATES DISTRICT COURT |
| | § | |
| VS. | § | FOR THE |
| | § | |
| BP, PLC, et al. | § | EASTERN DISTRICT OF LOUISIANA |
| | § | |
| | § | |

AFFIDAVIT

| STATE OF TEXAS | § |
| COUNTY OF HARRIS | § |

"My name is Wayne Sullivan, I am of sound mind and capable of making this Affidavit and have never been convicted of a felony or misdemeanor involving moral turpitude. I am not less than eighteen years of age and am not a party to or interested in the outcome of this suit. I am a Certified Private Process Server authorized by the Texas Supreme Court."

"The undersigned received the documents described as a SUMMONS AND COMPLAINT on JULY 8th, 2010 at 10:00 A.M., to be delivered to TRANSOCEAN LTD. 4 Greenway Plaza Houston, Texas 77046."

"On the 9th Day of JULY, 2010, at 11:10 A.M.," I delivered the SUMMONS AND COMPLAINT ON TRANSOCEAN LTD, located at 4 Greenway Plaza Houston, Texas 77046.   HEATHER CALLENDER-ASSOCIATE GENERAL COUNSEL, accepted the documents."

"Further affiant saith naught."

Wayne Sullivan
TCPPS ID #4225
777 Dunlavy St. #1106
Houston, Texas 77019
Ph. 713-822-0972

Before me, a notary public, on this day personally appeared, Norman Wiley, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct.  Given under my hand and seal of office this 9th day of JULY, 2010.



Notary Public -- State of Texas

NOTARY PUBLIC STATE OF TEXAS
Crystal S Lerman
My Commission Expires
05/26/2013

H & H
116 JOHN STREET
NEW YORK, N.Y. 10038

NICOLETTI & HARRIS, INC.   116 JOHN STREET, STE. 900   NEW YORK, N.Y. 10038   (212) 267-6448   FAX: 267-6442

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

COUNTY OF

FRUGE, ET. AL.,

X-----------------------------------------------------------------------   Index No.   2:10-CV-01752

Plaintiff(s)

Against   BP PLC, ET. AL.,

Defendant(s)

X-----------------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF BRONX, SS:

Affidavit of Service of
Summons and Complaint

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and
resides at BRONX, NY

That on June 29, 2010 at 10:03 AM at the address

875 AVENUE OF THE AMERICAS, STE 501
NEW YORK, NY 10001

deponent served the within Summons and Complaint

UPON:   SCHLUMBERGER, LTD.

By personally delivering a true copy of the Summons and Complaint to CAROL GLOSPIE, managing agent
thereof.

Deponent describes the person actually served as follows:

SEX:      FEMALE
SKIN:     White
HAIR:     Blonde
AGE:      36-50
HEIGHT:   5'4"-5'8"
WEIGHT:   100-130

I asked the person spoken to whether said served was in active military service of of the United States or of the State of New York in any
capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of
this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information
and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in
the Federal statutes.

ROBERT GULLEY
LICENSE NO.: 1293871

Sworn to before me this    29th day of June, 2010

REGINA HYMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01HY6045811
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES: July 31, 2010

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

X----------------------------------------------------------------------------

Civil Action No.2:10-CV-01752-SRD-ALC

FRUGE, et al.

Plaintiff(s),

-against-

BP, PLC, ET AL,

Defendant(s)

X----------------------------------------------------------------------------

I, Ben Loughead, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:10 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant MOEX OFFSHORE 2007, LLC, by serving the registered agent, The Corporation Trust Company, at the address of 1209 Orange Street, Wilmington, DE. 19801.
Name of individual personally served:  Scott LaScala-Section Head
Description of individual served:  White male, between 5'8" and 5'10" 160 to 180 lbs with brown hair.

[signature]

Subscribed and sworn before me
this 29th day of June 2010.

[signature]
Notary Public

CAREY M. SHEA
My commission expires
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**CASE NO. 2:10-CV-01752**

**FRUGE, ET AL**
**VS.**
**BP, PCL, ET AL**

**RETURN**

Came to my hand: 6/28/2010, at 9:30 o'clock A.M.

☑ Summons in a Civil Action
☑ Complaint

Executed by me on: 6/28/2010, at 11:55 o'clock A.M.

Executed at 800 Brazos St., Suite 400, Austin, TX 78701, within the county of Travis, by delivering to M-1, LLC, a/k/a SWACO, by delivering to its registered agent, CAPITOL SERVICES, INC., by delivering to its managing agent, MARY ANNE QUICK (white female, 45 yrs, 5'6", 1y60 lbs, blonde hair, not in military service) in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

_[signature]_
Authorized person: JERRY MELBER
600 Sabine St., #100, Austin, TX 78701

**STATE OF TEXAS }**

**VERIFICATION**

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his personal knowledge to be true and correct. Given under my hand and seal of office on this the 30th day of June 2010.

_[signature]_
NOTARY PUBLIC

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 2:10-CV-01752-SRD-ALC

Plaintiff:
FRUGE, et al.

vs.

Defendant:
BP, PLC, ET AL.

For:
Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Dr.
Norfolk, VA 23510

Received by ProServe USA on the 28th day of June, 2010 at 11:06 am to be served on Hyundai Heavy Industries Co. Ltd., Inc. c/o Jin Ho Lee, as Registered Agent, 3452 Lake Lynda Dr., 170, Orlando, FL 32817.

I, Jessie Ortiz, being duly sworn, depose and say that on the 29th day of June, 2010 at 11:15 am, I:

served a REGISTERED AGENT by delivering a true copy of the 21-Day Summons in a Civil Action, Complaint and Civil Cover Sheet with the date and hour of service endorsed thereon by me, to: Jin Ho Lee as Registered Agent at the address of: 3452 Lake Lynda Dr., 170, Orlando, FL 32817 on behalf of Hyundai Heavy Industries Co. Ltd., Inc.," and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 29th day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Sarah Grace Dunson
My Commission # DD890214
Expires May 17, 2013

Jessie Ortiz
SPS 3304

Nicoletti & Harris, Inc.,
116 John Street, Suite 300
New York, NY 10038

Our Job Serial Number: PSV-20100003903

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b



PSV20100003903



# SHERIFF

East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

PHONE  225-389-5000
FAX  225-389-5032

www.ebrso.org
## AFFIDAVIT OF SERVICE

Case Number: **2:10-CV-01752-SRD-ALC**   JOHN T. FRUGE, ET AL

State Of: **UNITED STATES DISTRICT COURT**

County: **EASTERN DISTRICT OF LOUISIANA**

Received: **06/28/2010**

Today's Date: **06/29/2010**

### State of Louisiana, Parish of East Baton Rouge

I, **DY. E. CUMMINS,** A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS** in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on:   **HARLLIBURTON ENERGY SERVICES, INC. THRU CT 5615 CORPORATE BLVD. STE. 400B BATON ROUGE, LA. 70808 SERVED THRU LISA UTTECH** on the 29TH. day of JUNE, 2010, by delivering to the said person a copy of the said documents.

Deputy Sheriff
East Baton Rouge Parish
State of Louisiana

Sworn to and Subscribed before me this _15_ day of _July_ 2010.

8338 ,

Ex-Officio Notary Public
Deputy, EBR Sheriffs Office
State of Louisiana

SAFER STRONGER BETTER TOGETHER

**N & H**
**116 JOHN STREET**
**NEW YORK, N.Y. 10038**



# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org

PHONE   225-389-5000
FAX   225-389-5032

## AFFIDAVIT OF SERVICE

Case Number: __2:10-CV-01752-SRD-ALC__   JOHN T. FRUGE, ET AL

State Of: __UNITED STATES DISTRICT COURT__

County: __EASTERN DISTRICT OF LOUISIANA__

Received: __06/28/2010__

Today's Date: __06/29/2010__

### State of Louisiana, Parish of East Baton Rouge

I, __DY. E. CUMMINS,__ A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I __DID__ serve the __SUMMONS__ in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on: __CAMERON INTERNATIONAL CORPORATION THRU CT 5615 CORPORATE BLVD, STE. 400B BATON ROUGE, LA. 70808 SERVED THRU LISA UTTECH__ on the __29TH.__ day of __JUNE, 2010,__ by delivering to the said person a copy of the said documents.

_Dy. E. Cummins_
__Deputy Sheriff__
__East Baton Rouge Parish__
__State of Louisiana__

Sworn to and Subscribed before me this __15__ day of __July__, 2010.

_8538_

__Ex-Officio Notary Public__
__Deputy, EBR Sheriffs Office__
__State of Louisiana__

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038



## SHERIFF

East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org
**AFFIDAVIT OF SERVICE**

PHONE  225-389-5000
FAX  225-389-5032

Case Number: <u>2:10-CV-01752-SRD-ALC</u>  JOHN T. FRUGE, ET AL

State Of: <u>UNITED STATES DISTRICT COURT</u>

County: <u>EASTERN DISTRICT OF LOUISIANA</u>

Received: <u>06/28/2010</u>

Today's Date: <u>06/30/2010</u>

State of Louisiana, Parish of East Baton Rouge

I, <u>DY, J. EATON,</u> A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS** in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on: <u>BP PRODUCTS NORTH AMERICAN, INC. THRU PRENTICE HALL CORPORATION 320 SOMERULOS STREET BATON ROUGE, LA. 70802 SERVED THRU PAULA GLASER</u> on the 29TH. day of JUNE, 2010, by delivering to the said person a copy of the said documents.

_____
**Deputy Sheriff**
**East Baton Rouge Parish**
**State of Louisiana**

Sworn to and Subscribed before me this ___15___ day of ___July___, 2010.

_____
**Ex-Officio Notary Public**
**Deputy, EBR Sheriffs Office**
**State of Louisiana**

**N & H**
**116 JOHN STREET**
**NEW YORK, N.Y. 10038**

SAFER STRONGER BETTER TOGETHER



# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

PHONE  225-389-5000
FAX  225-389-5032

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org
## AFFIDAVIT OF SERVICE

Case Number: <u>2:10-CV-01752-SRD-ALC</u>  JOHN T. FRUGE, ET AL

State Of: <u>UNITED STATES DISTRICT COURT</u>

County: <u>EASTERN DISTRICT OF LOUISIANA</u>

Received: <u>06/29/2010</u>

Today's Date: <u>06/30/2010</u>

State of Louisiana, Parish of East Baton Rouge

I, <u>DY. E. CUMMINS,</u> A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I <u>DID</u> serve the <u>SUMMONS</u> in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on: <u>BP EXPLORATION & PRODUCTION, INC. THRU CT 5615 CORPORATE BLVD, STE. 400B BATON ROUGE, LA. 70808 SERVED THRU LYNETTE BASS</u> on the 30TH. day of JUNE, 2010, by delivering to the said person a copy of the said documents.

_Dy E. Cummins_
Deputy Sheriff
East Baton Rouge Parish
State of Louisiana

Sworn to and Subscribed before me this _15_ day of _July_ 2010.

_signature_ 8838\
Ex-Officio Notary Public
Deputy, EBR Sheriffs Office
State of Louisiana

**N & H**
**116 JOHN STREET**
**NEW YORK, N.Y. 10038**

SAFER STRONGER BETTER TOGETHER

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-01752-SRD-ALC

Plaintiff:
**Fruge, et al**

vs.

Defendant:
**BP, PLC, et al**

Received by NICOLETTI & HARRIS, INC. on the 28th day of June, 2010 at 9:25 am to be served on BP Corporation North America, Inc. c/o Prentice-Hall Corporation System, Registered Agent, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204.

I, Pamela J. Conley, being duly sworn, depose and say that on the 1st day of July, 2010 at 8:43 am, I:

Delivered a true copy of the **Summons and Complaint** to Bridget Mueller, Bookkeeper at the aforementioned address, who stated that they were authorized to accept service.

Description of Person Served: Age: 28,  Sex: F,  Race/Skin Color: Cauc,  Height: 5'4',  Weight: 125,  Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 1st day of July, 2010 by the affiant who is personally known to me.



_____
NOTARY PUBLIC

NANCY BOTBYL
Notary
Marion County
My Commission Expires
July 18, 2017

_____
Pamela J. Conley
Process Server

NICOLETTI & HARRIS, INC.
116 John St., Ste. 300
New York, NY 10038
(212) 267-6448

Our Job Serial Number: 2010003141
Ref: Fruge, et al v. BP, PLC, et al

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

Civil Action No.:2:10-CV-01752-SRD-AJC

FRUGE, et al,

Plaintiff(s),

-against-

BP, PLC, ET AL,

Defendant(s)

X----------------------------------------------------------X

I, Ben Loughead, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:34 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant BP COMPANY NORTH AMERICA, INC., by serving the registered agent, The Prentice-Hall Corporation System, Inc., at the address of 2711 Centerville Road, Wilmington, DE. 19808.

Name of individual personally served:   Amy Shultz-Section Head
Description of individual served:   White female, between 5'5" and 5'7", 140 to 160 lbs with brown hair.

[signature]

Subscribed and sworn before me
this 29th day of June, 2010.

[signature]
Notary Public

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011