IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL by the OIL RIG ) | |
|     "DEEPWATER HORIZON" in the ) | MDL No. 2179 |
|     GULF OF MEXICO on ) | |
|     April 20, 2010 ) | Section: J |
| ) | |
| This Document Relates to:   All cases ) | Judge Barbier |
| ) | |
| ) | Mag. Judge Shushan |

## APPLICATION OF ANTHONY TARRICONE FOR
## APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pre-trial Order No. 1, Anthony Tarricone, and the law firm of Kreindler & Kreindler LLP, respectfully apply for a position on the Plaintiffs' Steering Committee in the DEEPWATER HORIZON Multi-District litigation.

Anthony Tarricone and the three other partners that the firm is dedicating to this litigation have a long and successful history litigating complex consolidated or MDL mass tort cases. The firm represents individuals and businesses with injury and economic loss claims as a result of the Deepwater Horizon disaster.

Anthony Tarricone is the immediate past president of the American Association for Justice (formerly ATLA) and is an experienced trial lawyer, a tireless worker and has worked harmoniously and effectively with many of the lawyers and firms applying for PSC positions. He has taken the lead role in numerous complex multi-party actions and class actions. Kreindler & Kreindler LLP is committing three other partners to this complex case: James Kreindler who served as chairman of the Plaintiff's Steering Committee in the successful Pan Am Flight 103 case against Libya and other cases: Noah Kushlefsky, who has served on several Steering Committees, including as Liaison Counsel in the September 11th wrongful death litigation; and

Gretchen Nelson, who has served on numerous Steering Committees and has litigated against BP in oil spill litigation.

### Special Experience Relevant to this Litigation

Kreindler & Kreindler LLP represented the families of more than 400 men and women killed in the September 11th Terrorist Attacks.  No firm represented more families or worked more closely with Kenneth Feinberg's Victim Compensation Fund.  Kreindler & Kreindler represented nearly a third of the 143 firefighters killed in the attacks, and assisted Special Master Kenneth Feinberg in developing a claims methodology which ensured that the fund was fair to families within the parameters of the enabling legislation and was important to the Fund's success.  The firm also had a central role as a liaison between The Fund and the federal wrongful death litigation arising out of the attacks for families of victims who elected lawsuits instead of The Fund.  This experience will be invaluable to the Court and claimants because there will invariably be an interplay between the Gulf Coast Claims Facility and this litigation.

### Experience Litigating Against Foreign Defendants

Kreindler & Kreindler LLP has extensive experience litigating in US courts against foreign corporations like BP and several other defendants in this case.  The firm has successfully sued Libya after the bombing of Pan Am Flight 103 over Lockerbie Scotland and has sued dozens of foreign commercial airplane manufacturers and airlines.  The firm understands the nuance of litigating against companies from countries where the tort systems are fundamentally different from our own, and how these differences affect the conduct of litigation

### Experience Litigating Environmental and Toxic Tort Cases

The firm and its members have experience litigating environmental cases, including a case against British Petroleum.  *Slaven, et al. v. BP America, Inc., et al.*, No. CV-90-0705 RJK(JRX) (CD. Cal.), involved claims by businesses that suffered economic losses as a result of

a massive oil spill off the coast of Huntington Beach, California in 1990. *Adrian, et. al v. Wyoming Refining Co.,* 06-CV-078-B (D.WY.) involved injury claims by dozens of members of a small Wyoming community after a refinery released tons of toxic catalyst into the air in 2004 causing severe health and environmental problems.

### The Firm has the Resources and Determination to See the Case to the End

Kreindler & Kreindler is a national law firm with 25 lawyers and three *bona fide* offices in Los Angeles, California, Boston, Massachusetts and New York. The firm and its members have litigated tort cases in all fifty states and some foreign countries. The firm has the resources and manpower needed for this large and complex case.

The firm also has experience in cases of long duration and has the wherewithal to see this litigation to the end. The Lockerbie case lasted almost 20 years and several other cases took more than 10 years to conclude.

Representative case where Kreindler & Kreindler lawyers have been appointed by Courts to lead or leading roles include:; *In re* September 11 Litigation, 21 MC 97 (AKH) (S.D.N.Y.); *In re*: Air Disaster at Lockerbie, Scotland, on December 21, 1988; MDL-799 (E.D.N.Y.) *In re:* Air Crash Near Clarence Center, New York, on February 12, 2009, MDL-2085 (S.D. N.Y.); *In re Countrywide Financial Corp. Securities Litig.*, U.S. District Court Case No. CV-07-5295-MRP; *In re*: Air Crash at Lexington, Kentucky, on August 27, 2006, MDL-1830 (E.D. Ky.); *In re* Sabin Oral Polio Vaccine Products Liability Litigation (D. Md. 1991); *In re*: Air Crash Near Athens, Greece, on August 14, 2005 MDL-1773 (N.D. Ill.); *In re:* Air Crash at Belle Harbor, New York, on November 12, 2001, MDL-1448 (S.D.N.Y.); *In re:* Air Crash at Taipei, Taiwan, on October 31, 2000, MDL-1394 (W.D. Wa.); *In re*: Air Disaster Near Cove Neck, New York, on January 25, 1990MDL-843 (E.D. N.Y.); *In re:* Air Crash Near Nantucket Island, Massachusetts, on

October 31,1999, MDL-1344 (E.D.N.Y.);   *In re*: Air Crash at Little Rock, Arkansas, on June 1, 1999, MDL-1308 (D. Ark.); *In re:* Air Crash Near Peggy's Cove, Nova Scotia, on September 2, 1998, MDL-1269 (E.D. Pa.); *In re*: Air Crash at Dubrovnik, Croatia, on April 3, 1996,MDL-1180 (D.D.C.);  *In re:* Air Crash off Long Island, New York, on July 17, 1996 MDL-1161 (S.D.N.Y.); *In re*: Air Crash Near Cali, Colombia, on December 20, 1995, MDL-1125 (S.D. Fla.); *In re*: Air Crash at Charlotte, North Carolina, on July 2, 1994 MDL-I041 (D.S.C); In re: Air Crash Disaster Near Tucuti, Panama, on June 6, 1992 MDL-1035 (S.D. Tex.); *In re*: Air Crash Disaster at New York LaGuardia Airport, on March 22, 1992 MDL-936 (N.D. Ohio); *In re*: Air Disaster Near Honolulu, Hawaii, on February 24, 1989 MDL-807 (N.D. Cal.); *In re*: Air Crash Disaster Near Warsaw, Poland, on May 9, 1987 MDL-787 (E.D.N.Y.); *In re*: Korean Air Lines Disaster of September 1, 1983 MDL-565 (D.D.C.).

### **General Commitment to Serve the Plaintiffs, Counsel and the Court**

Anthony Tarricone and Kreindler & Kreindler are willing and available to commit the considerable time necessary for this litigation; have in the past and will continue to work cooperatively with other counsel, both plaintiff and defense; and have the requisite experience needed to be constructive and integral members of the Plaintiff's Steering Committee.

Respectfully submitted.

   /s/ Anthony Tarricone_____
Anthony Tarricone, MA BBO # 492480
*Kreindler & Kreindler LLP*
277 Dartmouth Street
Boston, MA 02116
(617) 424-9100
(617) 424-9120
atarricone@kreindler.com

Date: September 27, 2010

**CERTIFICATE OF SERVICE**

In accordance with LR5.7.09W, attorneys for plaintiffs certifies that on September 27, 2010, he served a copy of the foregoing document via ECF on all parties registered with the Court's Electronic Filing System, and via first class mail on all parties not so registered.

   /s/ Anthony Tarricone
Anthony Tarricone, MA BBO # 492480
*Kreindler & Kreindler LLP*
277 Dartmouth Street
Boston, MA 02116
(617) 424-9100
(617) 424-9120
atarricone@kreindler.com