UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG *"DEEPWATER HORIZON"* in the GULF OF MEXICO, on April 20, 2010 | MDL. NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER |
| This Document Relates to: All Cases | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*""

## APPLICATION OF R. TODD ELIAS
## FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Section 17 of Pretrial Order #1, R. Todd Elias of the law firm of Gordon, Elias & Seely, L.L.P., respectfully submits the following application for appointment to the Plaintiffs' Steering Committee for MDL No. 2179, In Re Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 and in support shows:

1.

My firm represents the family of Karl Kleppinger, one of the eleven who lost their lives, and eight other Jones Act seaman.[1] My firm decided from the outset to solely devote its resources and attention to the seaman cases and not OPA or other claims. With the depth of experience evident in the various PSC applications, it is apparent that all applicants have incredible experience and will work cooperatively. The only difference will be what classes of cases they personally represent. I believe it is imperative that at least one member of the PSC represent a significant number of seaman and not be personally involved in other classes of cases.

---

[1] I am counsel of record Civil Action No. 4:10CV01851; *Tracy Kleppinger, Individually and as next friend of Karl Kleppinger vs. Transocean, Ltd., et al.* which has been conditionally transferred to this Court. Five of my clients are Plaintiffs in this suit.

1

2.

I am not one of the lawyers who commonly handle cases in MDLs but if the Court deems it important for one member of the PSC to look out for the interests of the dead and injured, I respectfully request that I be appointed to the PSC, as I have the broad-ranging experience and know how to zealously look out for their interests. I assure the Court that I will work cooperatively and closely with all lawyers as I have done in every case in my career.

3.

I am the Managing Partner of Gordon, Elias & Seely, L.L.P., a Houston, Texas based personal injury litigation firm with an emphasis in maritime personal injury and death cases. My firm and I stand ready, willing and able to commit all time and resources necessary to represent plaintiffs in this litigation as a member of the PSC.

4.

I obtained my Bachelor of Science in Business Administration from The Citadel, The Military College of South Carolina in 1990 and my Doctor of Jurisprudence from Texas Tech University School of Law in 1993. I am licensed to practice law in the states of Texas and Arkansas and we have lawyers licensed to practice in Louisiana and Texas. We actively practice in the USDC Eastern District of Louisiana. My firm has significant trial experience and I have worked on many mass tort cases. Moreover, my firm and I have handled and resolved, through settlement or trial, hundreds of Jones Act/DOHSA claims (including a recent DOHSA claim against Transocean in the Gulf of Mexico in September 9, 2009) against oil companies, drilling companies, offshore service companies and other maritime companies, including most of the defendants currently named in this MDL.

5.

Since its inception, we have assisted the USCG Joint Investigation Task Force [JIT] into the *Deepwater Horizon* and currently represent Party-in-Interest Douglas Brown before the JIT and attended every JIT hearing. We have also worked closely with Congress and have provided research and information to the House Sub-Committee on Coast Guard and Maritime Transportation in order to help Congress, among other things, understand the differences between manning requirements for foreign flagged vessels exactly like the *DEEPWATER HORIZON* and manning requirements imposed by the U.S. Coast Guard.

6.

I will work cooperatively with all counsel and I respectfully request that this Honorable Court appoint me to the Plaintiffs' Steering Committee for this MDL.

Dated: September 27, 2010.

        Respectfully submitted,

        **GORDON, ELIAS & SEELY, L.L.P.**

        */s/ R. Todd Elias*
        R. Todd Elias
        Federal ID# 21551
        1811 Bering Drive, Suite 300
        Houston, Texas 77057
        Telephone: 713-668-9999
        Facsimile: 713-668-1980
        RTElias@GESLawFirm.com

## CERTIFICATE OF SERVICE

I certify that on September 27, 2010, a copy of the foregoing Application of R. Todd Elias for appointment to Plaintiffs' Steering Committee was filed electronically with the clerk of the Court using the CM/ECF system. Notice of this filling will be sent to all counsel by operation of the court's electronic system.

_____
R. Todd Elias