UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179 SECTION: J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | * * | MAG. JUDGE SHUSHAN |

**************************************************************************

APPLICATION OF ROBERT T. CUNNINGHAM
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I respectfully submit this application for appointment to the Plaintiffs' Steering Committee ("PSC"). My firm, Cunningham Bounds, LLC, located in Mobile, Alabama represents Plaintiffs in numerous pending actions in this MDL.

I have very little mass tort experience to speak of and no MDL experience. My firm and I always preferred individual representation and we never sought or had an "inventory" of thousands of cases. So, if a list of our mass tort cases and MDL/PSC experience is a requirement for the PSC in this litigation, Your Honor should conserve valuable judicial time by placing this application in the nearest trash can without reading further.[1]

But, we respectfully submit that courtroom and litigation experience should count and ours would bring valuable perspective to the PSC and to the entire MDL process[2]. I lost my first jury trial in 1975. I lost my most recent jury trial in 2008.[3] I have done my best to forget the ones I lost in between. My firm and I believe that if you are not occasionally losing a case, you are not trying enough of them. We win them, too, and I will mention just a few tried to verdict that may be particularly relevant to Your Honor's "professional experience" criteria for selection to the PSC.[4]

- In Re: Naef v. Masonite (1995). Together with the Lieff, Cabraser firm we represented a nationwide class of 4,000,000 homeowners with defective hardboard siding. After a month-long jury trial in 1996, where I was lead counsel, we established that hardboard siding was defective. The case was settled on the eve of a Phase 2 class-wide trial. That settlement has resulted in payments to homeowners to date exceeding $1 billion dollars. *This case was defended at trial by the same national law firm representing BP in this MDL.*

---

[1] Or, hit delete, as the case may be.

[2] "Including plaintiffs' attorneys with different perspectives and experience in lead or liaison counsel or as committee members can be helpful." *Manual for Complex Litigation, Fourth*, §22.62, "Organization of Counsel".

[3] There should be someone on the PSC who has actually lost a case.

[4] I will not bore the Court with a list of million dollar verdicts. They seem to be a dime a dozen these days anyway. That was not true when these verdicts were rendered: $2.5 million dollars (1981); $5 million dollars (1983); $11 million dollars (1985).

- State of Alabama v. Exxon (2000). I served as lead counsel for the State (along with two of my partners) with a resulting jury verdict against Exxon of $3.5 billion dollars for underpayment of royalties and fraud (later reversed for a new trial).

- State of Alabama v. Exxon (2003). In the retrial, I served as lead counsel for the State with one of my partners (another law firm also participated)[5] with a resulting jury verdict of $11.9 billion dollars for underpayment of royalties and fraud (later reduced on appeal). *This case was defended at trial by current Alabama counsel for BP in this MDL.*

- Dirt, Inc. v. Halliburton, et al. (2007). I was lead counsel in an environmental contamination trial which resulted in a $108 million dollar verdict against Halliburton. *This case was defended at trial by current lead counsel for Halliburton in this MDL.*

- Mannsfeld v. Ineos Phenol GmbH & Co. KG (2008). This was an intellectual property case tried by my partner and me, which resulted in a verdict of $192 million dollars for theft of a complex chemical processing trade secret.

Our firm was founded in 1958. Every verdict we have received since then has been the product of a team effort. We are committed to the concept of teamwork. Flowing from that philosophy, and on the personal side, I have been privileged to be admitted as a Fellow to the following invitation only, decades old, professional organizations representing both sides of the trial Bar:

The American College of Trial Lawyers
The International Academy of Trial Lawyers
The International Society of Barristers

My firm has been committed to this litigation since the spill occurred. It is personal to us. We represent over 300 individuals, businesses and municipalities in coastal Alabama, Mississippi and the Florida Panhandle. Our clients include family, friends, acquaintances, former clients and the coastal cities of Fairhope, Alabama and Orange Beach, Alabama. We believe we can best serve

---

[5]"Lead counsel" is an amorphous term. The transcript will reflect that I conducted voir dire, gave the opening statement, took 9 of 11 witnesses on direct and 6 of 8 witnesses on cross (with my partner) and gave two-thirds of the closing. Hopefully, that qualifies, although others claim the title.

them as well as the other MDL Plaintiffs and their counsel if we are appointed to serve on the PSC. Our firm has an "oil spill team" consisting of five partners, two associates and multiple staff members who are each committed to what we expect to be a long, expensive and time-consuming process. We have the resources to see it through to the end. Most importantly, our future reputation in the community depends on a favorable outcome for our clients in this litigation.

We look forward to working cooperatively with the many fine attorneys who will no doubt be selected for the PSC. We recognize and appreciate the high level of experience, expertise and knowledge many of them bring to the table in mass tort litigation and we hope and expect to contribute positively to the litigation process and the final resolution of the MDL.

Your Honor, I am attaching as an exhibit a one page biography drafted by our "Marketing Director" for our website.[6] Please take it with a big grain of salt. Nowadays, we are all the "Best," the "Top" and "Super."[7] The description has become so all-inclusive and expansive that its true significance is highly questionable.

We respectfully request that the Court appoint Cunningham Bounds, LLC and Robert T. Cunningham to the PSC in this matter and that the Court additionally consider us for the position of Alabama co-lead counsel. We concur in the suggestion by some that the Court should appoint one attorney from each of the impacted states to act as co-lead counsel in an executive capacity for the PSC.[8]

---

[6] Thirty years ago, no one would have believed that a law firm would require a "Marketing Director" and a website to compete.

[7] Apparently, the ego boosting business is a profitable one in legal circles.

[8] We urge the Court to appoint State co-leads who actually live and practice in the impacted area of each state.

Respectfully Submitted,

_____
ROBERT T. CUNNINGHAM
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191 (Ph)
(251) 479-1031 (Fax)
rtc@cunninghambounds.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Application of Robert T. Cunningham for Appointment to the Plaintiffs' Steering Committee has been served on Interim Liaison Counsel, by e-mail and upon all parties listed on the attached service list by email and/or U.S. Mail, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court of the Eastern District of Louisiana via the CM/ECF System.

_____
ROBERT T. CUNNINGHAM
Cunningham Bounds, LLC
Post Office Box 66705
1601 Dauphin Street
Mobile, Alabama 36660
(251) 471-6191 (Ph)
(251) 479-1031 (Fax)
rtc@cunninghambounds.com

Robert T. Cunningham graduated with honors from the University of South Alabama in 1973. He then attended the University of Florida receiving his Juris Doctorate with honors in 1975. During law school, he was Executive Editor of the University of Florida Law Review. He was admitted to the Alabama Bar in 1975 and has practiced with the law firm of Cunningham Bounds, LLC since that time.

Before entering college, Mr. Cunningham served his country in the United States Marine Corps from 1965 to 1970 as both an enlisted man and officer. During his service as a helicopter pilot, he flew over 300 combat missions in Vietnam, including participation in the Battle of Khe Sanh, before being seriously wounded during the 1968 Tet Offensive. After several months of hospitalization and rehabilitation in Japan, he returned to combat and flew another 200+ missions. Among his decorations are the Distinguished Flying Cross, Purple Heart, 29 Air Medals and the Combat Action Ribbon. He has served his local community as a member of the Board of Directors of the Mobile Metropolitan YMCA, the Gulf Coast Conservation Association and Leadership Mobile. He was a member of the first graduating class of Leadership Alabama and currently chairs the board of the Cunningham Family Charitable Foundation. He and his wife, Joanna, have been married for forty years and are the parents of two sons and a daughter and the grandparents of four boys and three girls.

Mr. Cunningham's areas of practice are complex litigation, environmental torts, class actions, personal injury, products liability, insurance fraud, bad faith, medical negligence, intellectual property, and admiralty and maritime law. He has represented plaintiffs in numerous cases resulting in record breaking verdicts in Alabama and nationwide. He led the firm's *pro bono* representation of the University of Alabama in its fight against the NCAA sanctioning of the Crimson Tide football team and was lead trial counsel in the State of Alabama's $11.9 billion verdict against ExxonMobil for underpayment of royalties. (NLJ Feb. 9, 2004)  In October 2007, he was lead counsel for Dirt, Inc. in an environmental contamination trial resulting in a $108 million jury verdict against Halliburton, Inc. (NLJ, Feb. 18, 2008)  In October 2008, he was co-lead counsel, with partner Skip Finkbohner, in an intellectual property trial representing inventor Dr. Peter Mannsfeld against German chemical company Ineos Phenol GmbH & Co. KG which resulted in a jury verdict of $192 million.

**Affiliations**

Mr. Cunningham is a Fellow of the International Academy of Trial Lawyers (Board of Directors 2003 - 2007; State Chair 2001 - 2006), the American College of Trial Lawyers and the International Society of Barristers. In addition, he is certified as a Civil Trial Specialist by the National Board of Trial Advocacy, is an Advocate member of the American Board of Trial Advocates, and has been listed in the Best Lawyers in America since 1987 and in Alabama "Super Lawyers" since inception. In 2010 and 2009, Mr. Cunningham was named one of the top 10 attorneys in the state of Alabama by Super Lawyers magazine and was the only lawyer from Mobile to receive this honor (see cover article). Also in 2009, Best Lawyers in America named him the "Mobile Best Lawyers Personal Injury Litigator of the Year." In 2010, 2008 and 2007, Mr. Cunningham was named one of the 500 "Leading Lawyers in America" by Lawdragon Magazine. In addition, he was listed in Lawdragon's top 500 "Leading Plaintiff Lawyers in America" in 2007 and among the top 500 "Leading Litigators in America" in 2006. Chambers USA 2009 lists Mr. Cunningham as one of the top lawyers in America in the area of Commercial Litigation.

In addition to practicing law, Mr. Cunningham's interests include flying and fishing. He is a 57 time IGFA World Record holder on light tackle and fly rod. He also holds the Louisiana state record for tarpon on fly.

Printed on 08/10/2010

SCHEDULE B

## Judicial Panel on Multidistrict Litigation - Panel Service List
## for
## MDL 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
  \* Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
  Docket: 2179 - Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - 4/20/10
  For Open Cases

Docket: 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010
Status:  Transferred on 08/10/2010
Transferee District:  LAE    Judge: Barbier, Carl J.                                   Printed on 08/10/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Arsenault, Richard J.<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>Post Office Box 1190<br>Alexandria, LA 71309-1190 | =>Phone: (318) 487-9874  Fax: (318) 561-2591  Email: r.arsenault@nbalawfirm.com<br>Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC* |
| Barnett, Ryan M.<br>WHIBBS & STONE PA<br>801 West Romana Street<br>Pensacola, FL 32502 | =>Phone: (850) 434-5395  Fax: (850) 469-0043  Email: ryan@whibbsandstone.com<br>Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P. |
| Barr, Brian H.<br>LEVIN PAPANTONIO THOMAS ET AL<br>316 South Baylen Street<br>Suite 600<br>Pensacola, FL 32502 | =>Phone: (850) 435-7000  Fax: (850) 436-6187  Email: bbarr@levinlaw.com<br>Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters; Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc. |
| Beck, David J.<br>BECK REDDEN & SECREST LLP<br>1221 McKinney Street<br>Suite 4500<br>Houston, TX 77010 | =>Phone: (713) 951-3700  Fax: (713) 951-3720  Email: dbeck@brsfirm.com<br>Cameron International Corp.* |
| Berman, Steve W.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue<br>Suite 3300<br>Seattle, WA 98101 | =>Phone: (206) 623-7292  Fax: (206) 623-0594  Email: steve@hbsslaw.com<br>Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory* |
| Bracken, Geoffrey H.<br>GARDERE WYNNE SEWELL LLP<br>1000 Louisiana<br>Suite 3400<br>Houston, TX 77002 | =>Phone: (713) 276-5739  Fax: (713) 276-6739  Email: gbracken@gardere.com<br>M-I, L.L.C.* |
| Bradford, Bobby J.<br>AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC<br>803 North Palafox Street<br>Pensacola, FL 35201 | =>Phone: (850) 916-7450  Fax: (850) 916-7449<br>Chiodo, Kristi; Harris, John T.; Harris, Nicholas |
| Braud, S. Jacob<br>BALLAY BRAUD & COLON PLC<br>8114 Highway 23<br>Belle Chasse, LA 70037 | =>Phone: (504) 394-9841  Fax: (504) 394-9945  Email: JacobBraud@bbc-law.net<br>Taliancich, Sr., Bartol John* |
| Brown, Eric B.<br>P.O. Box 2765<br>Houston, TX 77252-2765 | =><br>Transocean, Ltd.; Transocean, Ltd. (Transocean Entity) |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Buzbee, Anthony G.<br>BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis<br>Suite 7300<br>Houston, TX 77002 | =>Phone: (713) 223-5393  Fax: (713) 223-5909  Email: tbuzbee@txattorneys.com<br>Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy* |
| Cabraser, Elizabeth J.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3339 | =>Phone: (415) 956-1000  Fax: (415) 956-1008  Email: ecabraser@lchb.com<br>Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht* |
| Chiepalich, C. S.<br>P.O. Box 6505<br>Mobile, AL 36660 | =>Phone: (205) 478-1666  Email: csc@birch.net<br>Jett, George |
| Clark, Lange<br>LAW OFFICE OF LANGE CLARK PC<br>301 19th Street North<br>Suite 550<br>Birmingham, AL 35203 | =>Phone: (205) 939-3933  Fax: (205) 939-1414  Email: langeclark@mindspring.com<br>Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.* |
| Coleman, Alice W.<br>BRENT COON & ASSOCIATES<br>6360 I-55, North<br>Suite 340<br>Jackson, MS 39211 | =>Phone: (601) 957-6177  Fax: (601) 957-6507  Email: alice@bcoonlaw.com<br>Grieshaber, Aleen; Grieshaber, James |
| Coumanis, Christ N.<br>COUMANIS & YORK PC<br>2101 Main Street<br>Daphne, AL 36526 | =>Phone: (251) 990-3083  Fax: (251) 928-8665  Email: coumanis@c-ylaw.com<br>Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs* |
| Crump, Martin D.<br>DAVIS & CRUMP<br>1712 15th Street<br>Suite 300<br>Gulfport, MS 39501 | =>Phone: (228) 863-6000  Fax: (228) 864-0907  Email: martincrump@daviscrump.com<br>Barker, Daniel* |
| Cutter, C. Brooks<br>KERSHAW CUTTER & RATINOFF LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | =>Phone: (916) 448-9800  Fax: (916) 669-4499  Email: bcutter@kcrlegal.com<br>Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.* |
| Dampier, M. Stephen<br>LAW OFFICES OF M STEPHEN DAMPIER PC<br>55 North Section Street<br>Fairhope, AL 36532 | =>Phone: (251) 929-0800  Fax: (251) 929-0900  Email: stevedampier@dampierlaw.com<br>Ferguson, Constance*; Ferguson, James* |
| Deshazo, Michael<br>KINNEY & ELLINGHAUSEN | =>Phone: (504) 524-0206  Fax: (504) 525-6216  Email: michaeld@kinneylaw.com<br>Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 1250 Poydras Street<br>Suite 2450<br>New Orleans, LA 70113 | |
| Dreher, Jr., William W.<br>DREHER LAW FIRM PA<br>P.O. Box 968<br>2224 - 24th Avenue<br>Gulfport, MN 39502 | =>Phone: (228) 822-2222  Fax: (228) 822-2626  Email: wwdlaw@bellsouth.net<br>Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert* |
| Dunne, Carey R.<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017 | =>Phone: (212) 450-4000  Fax: (212) 450-3800  Email: carey.dunne@davispolk.com<br>Hyundai Heavy Industries Co., Ltd.* |
| Friedman, Jeffrey E.<br>FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC<br>3800 Corporate Woods Drive<br>Birmingham, AL 35242 | =>Phone: (205) 278-7000  Fax: (202) 278-7001  Email: jfriedman@friedmanleak.com<br>Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri* |
| Garrison, Jr, W. Lewis<br>HENINGER GARRISON DAVIS LLC<br>2224 1st Avenue North<br>P.O. Box 11310<br>Birmingham, AL 35203 | =>Phone: (205) 326-3336  Fax: (205) 326-3332  Email: wlgarrison@hgdlawfirm.com<br>B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas* |
| Gibbs, Darryl M.<br>CHHABRA & GIBBS PA<br>120 North Congress Street<br>Suite 200<br>The Plaza Building<br>Jackson, MS 39201 | =>Phone: (601) 948-8005  Fax: (601) 948-8010  Email: dgibbs@cglawms.com<br>Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica* |
| Godfrey, Richard C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | =>Phone: (312) 862-2064  Fax: (312) 861-2200  Email: Richard.Godfrey@kirkland.com<br>BP Corp. North America, Inc.; British Petroleum, PLC |
| Godwin, Donald E.<br>GODWIN RONQUILLO PC<br>Renaissance Tower<br>1201 Elm Street<br>Suite 1700<br>Dallas, TX 75270 | =>Phone: (214) 939-4400  Fax: (214) 760-7332  Email: dgodwin@godwinronquillo.com<br>Halliburton Co.*; Halliburton Energy Services, Inc.* |
| Greenwald, Robin L.<br>WEITZ & LUXENBERG PC<br>700 Broadway<br>New York, NY 10003 | =>Phone: (212) 558-5802  Fax: (212) 344-5461  Email: rgreenwald@weitzlux.com<br>Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC |
| Hawkins, John F.<br>HAWKINS STRACENER & GIBSON PLLC | =>Phone: (601) 969-9692  Fax: (601) 914-3580  Email: john@hsglawfirm.net<br>Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P.O. Box 24627<br>Jackson, MS 39225-4627 | |
| Herman, Russ M.<br>HERMAN HERMAN KATZ & COTLAR LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | =>Phone: (504) 581-4892  Fax: (504) 561-6024  Email: rherman@hhkc.com<br>321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant* |
| Holland, Eric D.<br>HOLLAND GROVES SCHNELLER & STOLZE LLC<br>300 North Tucker Boulevard<br>Suite 801<br>St. Louis, MO 63101 | =>Phone: (314) 241-8111  Fax: (314) 241-5554  Email: eholland@hgsslaw.com<br>Lavigne, Paul*; Lavigne, Steven* |
| Hornsby, Jr., Ernest C.<br>MORRIS HAYNES INGRAM & HORNSBY<br>3500 Colonnade Parkway<br>Suite 100<br>Birmingham, AL 35243 | =>Phone: (256) 329-2000  Fax: (256) 329-2015  Email: chornsby@mhhlaw.net<br>Simpson, George C. |
| Howard, Phillip Timothy<br>HOWARD & ASSOCIATES PA<br>8511 Bull Headley Road<br>Suite 405<br>Tallahassee, FL 32312 | =>Phone: (850) 298-4455  Fax: (850) 216-2537  Email: ptim@aol.com<br>Crawford, Constance; Galloway, Jeff; Ward, George Weems |
| Huey, Michael G.<br>HUEY LAW FIRM LLC<br>1059 Dauphin Street<br>Mobile, AL 36604 | =><br>Gonzales, Dr. John; Trahan, Shannon |
| Irvine, III, George R.<br>STONE GRANADE & CROSBY PC<br>7133 Stone Drive<br>Daphne, AL 36526 | =>Phone: (251) 626-6696  Fax: (251) 626-2617  Email: gri@sgclaw.com<br>Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V. |
| Jackson, III, Sidney W.<br>JACKSON FOSTER & RICHARDSON LLC<br>P.O. Box 2225<br>Mobile, AL 36652 | =><br>Mason, Jr. (Ind./Behalf-K&J, Inc.), James F. |
| Jones, III, Gladstone N.<br>JONES SWANSON HUDDELL & GARRISON LLC<br>Pan-American Life Center<br>601 Poydras Street<br>Suite 2655<br>New Orleans, LA 70130 | =>Phone: (504) 523-2500  Fax: (504) 523-2508  Email: gjones@jonesswanson.com<br>Phillips, John F.* |
| Jones, Rhon E.<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC | =>Phone: (334) 269-2343  Fax: (334) 954-7555  Email: rhon.jones@beasleyallen.com<br>Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 218 Commerce Street<br>Montgomery, AL 36104 | Escapes, L.L.C.*; Sunrise Rentals Enterprises* |
| Kennedy, Richard R.<br>309 Polk Street<br>P.O. Box 3243<br>Lafayette, LA 70502-3243 | =>Phone: (337) 232-1934  Fax: (337) 232-9720  Email: ken309@richardkennedy.com<br>Rhodes, Karl W.* |
| Laborde, III, Cliffe E.<br>LABORDE & NEUNER<br>One Petroleum Center<br>1001 W. Pinhook Road<br>Suite 200<br>Lafayette, LA 70503 | =>Phone: (337) 237-7000  Fax: (337) 233-9450  Email: cliffe@ln-law.com<br>Tidewater Marine, LLC* |
| Lane, Joseph D.<br>COCHRAN CHERRY GIVENS & SMITH<br>163 West Main Street<br>Dothan, AL 36301 | =>Phone: (334) 793-1555  Fax: (334) 793-8280  Email: jlane@cochranfirm.com<br>Barber, Peter J.* |
| Langan, J. Andrew<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | =>Phone: (312) 862-2064  Fax: (312) 862-2200  Email: andrew.langan@kirkland.com<br>BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP |
| Lovelace, DeWitt M.<br>LOVELACE LAW FIRM PA<br>12870 U.S. Highway 98 West<br>Suite 200<br>Miramar Beach, FL 32550 | =>Phone: (850) 837-6020  Fax: (850) 837-4093  Email: dml@lovelacelaw.com<br>Le (dba Bluewater Seafood), Hao Van* |
| Lucado, M. Shane<br>LUCADO LAW FIRM<br>1 Perimeter Park South<br>Suite 125 South<br>Birmingham, AL 35243 | =>Phone: (205) 278-0025  Fax: (205) 278-0030  Email: slucado@lucadolaw.com<br>Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC* |
| Mason, Angela Joy<br>COCHRAN FIRM<br>163 W. Main Street<br>Dothan, AL 36302 | =>Phone: (205) 793-1555<br>Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie; Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John Samuel |
| McDole, Keith C.<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515 | =>Phone: (214) 220-3939  Fax: (214) 969-5100<br>Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity) |
| McKee, Robert J.<br>KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL<br>12 Southeast 7th Street | =>Phone: (954) 763-8181  Fax: (954) 763-8292  Email: mckee@krupnicklaw.com<br>Griffitts Investments LP* |

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 801<br>Ft. Lauderdale, FL 33301 | |
| Meunier, Gerald E.<br>GAINSBURGH BENJAMIN DAVID MEUNIER &<br>WARSHAUER LLC<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800 | =>Phone: (504) 522-2304  Fax: (504) 528-9973  Email: gmeunier@gainsben.com<br>Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*; Nunez, Lena T.* |
| Miller, Kerry J.<br>FRILOT LLC<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163 | =>Phone: (504) 599-8194  Fax: (504) 599-8145  Email: kmiller@frilot.com<br>Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.* |
| Mitsui & Co., U.S.A., Inc,<br>200 Park Avenue<br>New York, NY 10166 | =><br>Mitsui & Co. U.S.A., Inc. |
| Morrow, Patrick C.<br>MORROW MORROW RYAN & BASSETT<br>Post Office Drawer 1787<br>Opelousas, LA 70570 | =>Phone: (337) 948-4483  Fax: (337) 942-5234  Email: pmorrow@mmrblaw.com<br>James, Jr., Joseph George*; Schouest, III, Ellis* |
| Moskowitz, Adam M.<br>KOZYAK TROPIN & THROCKMORTON PA<br>2525 Ponce de Leon Boulevard<br>9th Floor<br>Miami, FL 33134 | =>Phone: (305) 372-1800  Fax: (305) 372-3508  Email: AMM@kttlaw.com<br>Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.* |
| Murray, Stephen B.<br>MURRAY LAW FIRM<br>650 Poydras Sreet<br>Suite 2150<br>New Orleans, LA 70130 | =>Phone: (504) 525-8100  Fax: (504) 584-5249  Email: smurray@murray-lawfirm.com<br>Dinet, Nicholas J.* |
| Neger, Peter C.<br>BINGHAM MCCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10075 | =>Phone: (212) 705-7226  Fax: (212) 702-3616  Email: peter.neger@bingham.com<br>Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.* |
| Nicholas, Steven L.<br>CUNNINGHAM BOUNDS LLC<br>1601 Dauphin Street<br>Mobile, AL 36604 | =>Phone: (251) 471-6191  Fax: (251) 479-1031  Email: sln@cunninghambounds.com<br>Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales & Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales, Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*; Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House, Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*; Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*; Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Norris, John E.<br>DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham, AL 35205 | =>Phone: (205) 930-9900  Fax: (205) 930-9989  Email: jnorris@davisnorris.com<br>Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan* |
| Poynter, Scott E.<br>EMERSON POYNTER LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | =>Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com<br>Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; FirstLight Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary* |
| Price, Donald W.<br>DUE PRICE GUIDRY PIEDRAHITA & ANDREWS<br>8201 Jefferson Highway<br>Baton Rouge, LA 70809 | =>Phone: (225) 929-7481  Fax: (225) 924-4519  Email: dprice@dueprice.com<br>Duet, Deanna G.*; Duet, Raymond* |
| Quin, II, William M.<br>MCCRANEY MONTAGNET & QUIN PLLC<br>602 Steed Road<br>Suite 200<br>Ridgeland, MS 39157 | =>Phone: (601) 707-5725  Fax: (601) 510-2939  Email: wquin@mmqlaw.com<br>Montagnet, Monica C.* |
| Rash, David C.<br>ALTERS LAW FIRM PA<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | =>Phone: (305) 571-8550  Fax: (305) 571-8558  Email: david@alterslaw.com<br>Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC* |
| Rifkin, Mark C.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | =>Phone: (212) 545-4600  Fax: (212) 545-4653  Email: Rifkin@whafh.com<br>Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood Patio), Calvin J.* |
| Sexton, II, K. Edward<br>GENTLE TURNER & SEXTON<br>2 North 20th Street<br>Suite 1200<br>Birmingham, AL 35203 | =>Phone: (205) 716-3000  Email: esexton@gtandslaw.com<br>Lockridge, Captain Edward |
| Strange, Brian R.<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | =>Phone: (310) 207-5055  Fax: (310) 826-3210  Email: lacounsel@earthlink.net<br>Gaskins, Jr., Matthews* |
| Tran, Minh Tam<br>TAMMY TRAN ATTORNEYS AT LAW LP<br>2915 Fannin Street<br>Houston, TX 77002 | =>Phone: (713) 655-0737  Fax: (713) 655-0823  Email: ttran@tt-lawfirm.com<br>National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Verras, Spiro J.<br>BILIRAKIS LAW GROUP LLC<br>4538 Bartelt Road<br>Holiday, FL 34690 | =>Phone: (727) 937-3226  Fax: (727) 934-5069  Email: sverras@bilirakislaw.com<br>Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire* |
| Wiygul, Robert B.<br>WALTZER & ASSOCIATES<br>1011 Iberville Drive<br>Ocean Springs, MS 39564 | =>Phone: (228) 872-1125  Fax: (228) 872-1128  Email: robert@waltzerlaw.com<br>Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep |
| Zatzkis, Lanny R.<br>ZATZKIS MCCARTHY & ASSOCIATES LLC<br>650 Poydras Street<br>Suite 2750<br>New Orleans, LA 70130 | =>Phone: (504) 523-2266  Fax: (504) 593-9921  Email: Lanny@Zatzkis.com<br>Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr., Ronald A.*; Kreger, Robert*; Kreger, Ryan A.*; Kreger, Sr., Ronald A.*; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr., David A.*; Segrave, Michael A.*; Segrave, Sr., David A.* |

Note: Please refer to the report title page for complete report scope and key.