UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * |  |
| GULF OF MEXICO, on | * | SECTION: J |
| on APRIL 20, 2010 | * |  |
|  | * | JUDGE BARBIER |
| This Document Relates to All Cases | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

APPLICATION OF WALTER J. LEGER, JR. FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

In accordance with Pretrial Order No. 1, Walter J. Leger, Jr.[1] respectfully submits this application to be appointed to the Plaintiffs' Steering Committee in this matter. Leger is counsel in cases currently before this Court.[2] Leger is also representing dozens of clients ranging from parish and local governments[3] to shrimpers, oystermen, charter boat companies and captains, seafood

---

[1] A graduate of Louisiana State University, Leger attended Tulane School of Law and concentrated on Admiralty and Maritime Law. Among other honors, Leger received the American Admiralty Institute Award as the top student in Admiralty Law and served as Managing Editor of the *Tulane Maritime Law Journal (*previously *The Maritime Lawyer)*. He started his legal career as an associate at Phelps Dunbar. In 1979, Leger started his own firm. Since 1981, Leger has been recognized as a "Proctor in Admiralty" by the Maritime Law Association of the United States.

[2] Susan Spicer's *Bayona Corporation, et al, v. Transocean, Ltd.,* 10-CV-01839; *State of Louisiana v. BP, et als,* 10-CV-1757; *Robin, et al, v. BP, plc, et al,* 10-CV-01248; *Charles C. Elmer, et al, v. BP, P.L.C., et al,* 10-CV-01515; *Joe Oser, et al, v. Transocean, Ltd., et al,* 10-CV-1829; *Jacob Kansas, et al v. Transocean, Ltd., et al,* 10-CV-1836; and *Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle v. Transocean, Ltd., et al,* 10-CV-2103.

[3] Specifically, Leger represents the St. Bernard Parish Government, the Lafourche Parish Government, the St. Bernard Parish Sheriff's Office, the Lafourche Parish Water District # 1, Lafourche Parish School Board, the Lafourche Parish District Attorneys Office, and is consulting with several others.

processors, property owners, and restaurants. Leger is also counsel to the Louisiana Charter Boat Association.

As Special Counsel to the Lafourche Parish District Attorney in the State's civil penalties cases, Leger serves on the Executive Committee of the Coastal Parish District Attorneys' Counsel Group and as co-liaison to the Louisiana Attorney General's Office and the Governor's Counsel. He is also involved in coordinating and consulting with the Coastal Parish Attorneys Committee, composed of the Parish Attorneys of the Parishes of St. Bernard, Jefferson, St. Tammany, Lafourche, Terrebonne, and Plaquemines, and the City Attorney of New Orleans. At their request, Leger authored an Amicus Curiae Brief on behalf of the Coastal Parishes filed with the JPMDL.

Leger has lectured and delivered papers at the May LSBA Seminar on the Gulf Oil Spill, LSBA's 17th Annual Admiralty Symposium, and at several meetings of claimants' counsel. His topics have included Limitation of Liability, OPA, and Governmental Entity Claims. In August, he was asked to address the national convention of the National Bar Association regarding oil spill issues.[4]

In light of his special experience in the recovery from Hurricane Katrina,[5] U.S. Senator Mary Landrieu asked Leger to meet with Kenneth Feinberg to consult with him and advocate for claimants in the development of the "claim process." Leger, along with a small group of counsel, spent weeks with Feinberg and his partner, Mike Rozen, attempting to help develop a fair and effective protocol.

**Professional Experience in this Type of Litigation:** Leger and his firm have a long history

---

[4] Leger has lectured at dozens of seminars and legal gatherings on topics involving maritime property and business damages, Limitation of Liability, OPA, and other maritime, class action, and complex litigation issues. He has presented numerous papers and lectures at Harvard, Tulane, Loyola, and LSU and at various Bar Associations and legal groups over the years.

[5] After Hurricane Katrina, Leger was appointed by Governor Kathleen Blanco to the Louisiana Recovery Authority and served pro bono for 4 ½ years advocating for nearly 200,000 homeowners. He was re-appointed by Governor Bobby Jindal and he served as Vice-Chairman. Appointed by both Governors, Leger continues to serve as Chairman of the Louisiana Land Trust.  As part of his service, he testified before five Congressional Committees .

in the areas of admiralty, maritime, commercial, and environmental litigation.[6] Leger has received numerous honors and awards throughout his legal career.[7] He has served in leadership positions in numerous major cases; a few pertinent examples are:

- In 1980, at age 29, Leger was appointed by U.S. District Judge Peter Beer as Chairman of the Plaintiffs' Committee in *The State of Louisiana, ex rel. v. M/V TESTBANK, et al.*, C.A. No. 80-2738, U.S.D.C., E.D.La. This landmark maritime case involved the claims of over 2,000 fishermen and businesses damaged as a result of a ship collision causing the spill of toxic PCP into the Mississippi River Gulf Outlet. He was also lead Appellate Counsel in the *en banc* decision regarding economic damages in a maritime pollution case. (Cited as 752 F.2d 1019 (5th Cir. 1985).
- Leger was appointed by Judge Morey Sear as Co-Lead Counsel in the *M/V BRIGHT FIELD/Riverwalk* Disaster. He led discovery and eventually assisted this Honorable Court in disposing of the entire case.
- Shortly after Hurricane Katrina in *In Re Murphy Oil Spill*, Leger was appointed by Judge Eldon Fallon to serve on the Plaintiffs' Steering Committee, was appointed to the Discovery, Expert, and Trial Committees, and initially chaired the Class Certification Committee before turning to his service with the LRA.
- In the *Gabarick* Mississippi River Oil Spill Case of 2008, he was appointed by Judge Lance Africk to the Claimants' Steering Committee.

**Ability to Work Cooperatively with Others:** In addition to Leger's involvement in the above cases, his leadership and experience as a team player extends beyond maritime and

---

[6] A sampling of notable cases include: *Gabarick* Mississippi River Oil Spill Case, C.A. 08-4007, U.S.D.C., E.D. La.; *The State of Louisiana, ex rel. v. M/V TESTBANK,* et al, C.A. No. 80-2738, U.S.D.C., E.D. La.; *M/V BRIGHT FIELD/Riverwalk Disaster*; *M/V INCA TUPAC YUPANQUI*, (U.S.D.C., E.D. La.); *M/V POET,* (U.S.D.C., E.D. Pa.); *M/V TEXACO NORTH DAKOTA*, (U.S.D.C., E.D. La..); *MODU TALBOT BIGFOOT II,* (U.S.D.C., E.D. La.); *M/V MISS CHRIS/Claiborne Ave. Bridge; M/V LEE III/M/V ZIM MEXICO III* Collision; *Castano* Nationwide Tobacco Litigation; *Ieyoub v. American Tobacco Co., et al.*; *Davis/Ellis* Tobacco Litigation; *Murphy Oil* Class Action Litigation; *Scott, et al v. The American Tobacco Company*, et al; *St. Bernard Port, Harbor and Terminal District v. Westport Insurance Corporation, et al*; *Union Carbide/Bhopal, India* Disaster Litigation; *Billieson* Lead Paint Class Action; MDL Educational Testing Service Class Action; MDL-1657 Vioxx litigation; and MDL-1699 Bextra/Celebrex Litigation. (Citations are generally omitted but can be provided.)

[7] Honors and Awards: *New Orleans CityBusiness* "Leaders in Law" 2007-2009; "Leadership in Law Hall of Fame," 2009, 2010; *New Orleans CityBusiness* "Leadership in Law," 2007, 2008, and 2009; "Louisiana's Super Lawyers," 2007, 2008, and 2009; Arthur B. Hanson Rescue Award - U.S. Sailing Association and U. S. Coast Guard Commendation for Rescue and Lifesaving, 2008; New Orleans Bar Association President's Award, 2009; Louisiana Association of Justice President's Award, 2008; Federal Bar Association President's Award, 2007; "Ten Outstanding People," Family Services Foundation, 2007; "Man of the Year," St. Bernard's Business & Professional Women's Club, 2006; "Role Model" Young Leadership Counsel, 2005; Finalist for "Trial Lawyer of the Year" Award - Lawyer's for Public Justice Foundation, 2005; "Breath of Life Award" American Cancer Society, 2003; "Kingfish of the Month"- Kingfish Magazine, 2000; New Orleans Magazine, "People to Watch" in 1982, 2000, and 2006; "Volunteer of the Year," The Louisiana Industrial Development Executives Association (LIDEA), 1999; Boy Scouts of America, Southeast Louisiana Council, "The Walter J. Leger, Jr. 1999 Class of Young Americans;" "Citizen of the Year" St. Bernard Parish Chamber of Commerce, 1986; Distinguished Community Service Award, Alliance for Good Government, 1994; Who's Who in America, since 1992; Who's Who in American Law, since 1987; Who's Who in the Southwest U.S., since 1988; and Who's Who in American Society, since 1987.

environmental law.

- In *Spitzdaden* Louisiana Breast Implant litigation, Leger was appointed as Class Counsel and to the Plaintiffs' Steering Committee, was Chairman of the Discovery Committee, was a Trial Team Captain, and was a member of the Strategy, Planning, Administrative, and Law Committees.
- Leger was appointed to Plaintiffs' Legal Committee in the *Education Testing Service* Litigation (MDL) by Judge Sarah Vance.
- In the *Billieson* Lead Paint Class Action, Leger was appointed by the Court as Class Counsel and a member of the Trial Team, Expert Committee, and Settlement Committee.
- He was also a member of F. Lee Bailey's Litigation Sub-Committee in the Bhopal, India/Union Carbide Disaster in the 1980's.
- In the *Castano/Davis/Ellis* National Tobacco Litigation, Leger served on the Trial Team, Discovery Committee, Science Committee, Administrative Committee, and Chair of the Document Depository Committee.[8]
- In the *Scott* Tobacco Litigation, Leger served as Class Counsel, Trial Counsel, Trial Liability (R. J. Reynolds) Team Captain, and Expert Committee Co-Captain.[9]

Leger's focus has generally been on the handling of the scientific and technical experts.

**Willingness and Availability to Commit to a Time Consuming Project:** Leger and the firm have the time and resources to commit to all that is necessary in serving on the Plaintiffs' Steering Committee. The history of the firm demonstrates the ability to handle the workload.

For the foregoing reasons, Walter J. Leger, Jr. respectfully requests to be appointed to the Plaintiffs' Steering Committee in MDL No. 2179.

    Respectfully Submitted:

    /s/Walter J. Leger, Jr.
    By:  Walter J. Leger, Jr., Bar No. 8278
    **LEGER & SHAW**
    600 Carondelet Street
    New Orleans, Louisiana 70130
    5040588-9043
    wleger@legershaw.com

---

[8] These cases included the *Castano* National Tobacco Litigation, *Davis/Ellis* State of California Tobacco Litigation, and the *Brown* California Class Case.  Leger also served as Special Counsel to the Louisiana Attorney General in litigation against the Tobacco Companies.

[9] This jury trial in Orleans Parish state court spanned three years. State Court appeals are exhausted.

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, a copy of the above and foregoing pleading has been served upon all counsel of record in this matter by placing the same in the U.S. Mail, first class postage prepaid and properly addressed, by facsimile and/or by electronic mail using the CM/ECF.

/s/Walter J. Leger, Jr.
Walter J. Leger, Jr.
