AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| James Kirk Mitchell, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. **10-1472** |
| BP, PLC, et al. | ) |
| _Defendant_ | ) **SECT. A  MAG. 1** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BP Company North America, Inc.
Through its agent for service of process
The Prentice-Hall Corporation System, Inc.
2711 Centreville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk , Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

CLERK OF COURT

Date:  **MAY 1 7 2010**

_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------------X Civil Action No. 10-1472

JAMES KIRK MITCHELL, et al.

Plaintiff(s),

-against-

BP, PLC, et al,

Defendant(s)

----------------------------------------------------------------------X

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 7th day of June, 2010, at 12:25 p.m., I personally served a copy of a SUMMONS and COMPLAINT on the defendant **BP COMPANY NORTH AMERICA, INC.,** by serving the registered agent, The Prentice-Hall Corporation System, Inc., at 2711 Centerville Road, Wilmington, DE 19808.

Name of individual personally served: Amy Shultz
Description of person accepting service: White female, 25-30 years of age, 5'6"-5'8" tall, 130-150lbs with brown hair.

Subscribed and sworn before me
this 7th day of June, 2010.

Notary Public

My commission expires **CAREY M. SHEA**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
**My commission expires May 24, 2011**

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038