# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 10-1472

Plaintiff:
**James Kirk Mitchell, et al**

vs.

Defendant:
**BP, PLC, et al**

Received by NICOLETTI & HARRIS, INC. on the 7th day of June, 2010 at 1:58 pm to be served on **BP Corporation North America, Inc. Prentice-Hall Corporation System, Inc., Registered Agent, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **10th day of June, 2010 at 10:02 am, I:**

Delivered a true copy of the **Summons, Civil Cover Sheet and Complaint** to Bridgett Mueller, Bookkeeper at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served:  Age: 28,  Sex: F,  Race/Skin Color: Cauc,  Height: 5'4",  Weight: 120,  Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 10th day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

Pamela J. Conley
Process Server

NICOLETTI & HARRIS, INC.
116 John St., Ste. 300
New York, NY  10038
(212) 267-6448

Our Job Serial Number: 2010002716
Ref: James Kirk Mitchell, et al

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r