

# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org

PHONE 225-389-5000
FAX   225-389-5032

## AFFIDAVIT OF SERVICE

James Kirk mitchell, Et AL

Case Number **10-1472**

State of: **US DISTRICT COURT**

County: **EASTERN DISTRICT OF LOUISIANA**

Received **06/07/10**

Today's Date **06/08/10**

State of Louisiana, Parish of East Baton Rouge

I, **DY. H. CUMMINS** A Deputy Sheriff for the Parish of East Baton Rouge, State of Louisiana, being first duly sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS & COMPLAINT** in the East Baton Rouge Parish, State of Louisiana, in person and personally upon: **BP EXPLORACTION & PRODUCTION INC, CT CORPORATION SYSTEM, 5615 CORPORATE BD STE 400B, BATON ROUGE, LA 70808** on the **8TH** day of **JUNE 2010** by delivering to the said person a copy of the said documents.

_Dy H Cummins_
**Deputy Sheriff**
**East Baton Rouge Parish**
**State of Louisiana**

Sworn to and subscribed before me this _9_ day of _June_ 2010.

**Ex-Officio Notary Public**
**EBR Sheriffs Office**

SAFER STRONGER BETTER TOGETHER

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

UNITED STATES DISTRICT COURT
EASTERN DITRICT OF LOUISIANA
-------------------------------------------------------------------------------X   INDEX NO. 10-1472
JAMES KIRK MITCHELL, ET AL

                       PLAINTIFF(S)   **AFFIDAVIT OF SERVICE
SUMMONS AND COMPLAINT**

         AGAINST-

BP, PLC, ET AL
                     Defendant(s)
-------------------------------------------------------------------------------X
STATE OF LOUISIANA, PARRISH OF EAST BATON ROUGE SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at STATE OF LOUISIANA

That on _June 8th_, 2010 at _8:35 A_ M at the address

   CT CORPORATION SYSTEM
   5615 CORPORATE BLVD, SUITE 400B
   BATON ROUGE, LA 70802

deponent served the within **Summons and Complaint**

UPON: **BP EXPLORATION & PRODUCTION INC.**

By personally delivering a true copy of the Summons and Complaint to _CTCorporation Systems_,
managing agent thereof. _Lynette Bass_

Deponent describes the person actually served as follows:

SEX:
SKIN:
HAIR:
AGE:
HEIGHT:
WEIGHT:

_____ I Asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the Unites States or of New York State as the term is defined in the State or in the Federal statutes.

Sworn to before me this ___ day of ____ 2010

_____
NOTARY PUBLIC,
NO:
QUALIFIED IN
COMMISSION EXPIRES:

                                                                       **N & H
116 JOHN STREET
NEW YORK, N.Y. 10038**