

# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

www.ebrso.org

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

PHONE 225-389-5000
FAX 225-389-5032

## AFFIDAVIT OF SERVICE

James Kirk Mitchell, Et Al

Case Number **10-1472**

State of: **US DISTRICT COURT**

County: **EASTERN DISTRICT OF LA**

Received **06/07/10**

Today's Date **06/09/10**

State of Louisiana, Parish of East Baton Rouge

**I, DY. J. EATON** A Deputy Sheriff for the Parish of East Baton Rouge, State of Louisiana, being first duly sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS** in the East Baton Rouge Parish, State of Louisiana, in person and personally upon: **BP PRODUCTS NORTH AMERICA INC THRU PRENTICE HALL CORP SYSTEM INC, 320 SOMERULOS ST, BATON ROUGE, LA 70802** on the **8TH** day of **JUNE 2010** by delivering to the said person a copy of the said documents.

***SERVED PAULA GLASER AT PRENTICE HALL***

_____
Deputy Sheriff
East Baton Rouge Parish
State of Louisiana

Sworn to and subscribed before me this ___ day of _____ 2010.

_____
Ex-Officio Notary Public
EBR Sheriffs Office

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

SAFER STRONGER BETTER TOGETHER