UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"*DEEPWATER HORIZON*"
in the GULF OF MEXICO,
on APRIL 20, 2010

This Document Relates to All Cases

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## NOMINATION OF DAVID BOIES FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, I, Kevin Goldberg of the law firm of Goldberg, Finnegan & Mester, LLC would like to nominate David Boies, and his firm Boies, Schiller & Flexner LLP for appointment to the Plaintiffs' Steering Committee.

I have been practicing law for 14 years. I attended Tulane University and have many friends and colleagues in New Orleans. After the events of April 20, 2010 I received calls from many people seeking help. I have traveled to New Orleans from my home in Maryland numerous times to assist fishermen, deck hands, oystermen oyster lease holders, crabbers and small businesses, with answering their questions, filing claims forms, and explaining details of the legal landscape to people who are not well versed in how these actions work. I am working with the law firm of Finckbeiner & Robin who have offices in New Orleans and St. Bernard Parish. We also have clients in Maryland who are seafood salesmen who work for seafood distributors. We have already filed lawsuits on behalf of 12 individuals and we currently represent many more individuals and small businesses.

I knew of the reputation of Mr. Boies, but had never worked with the lawyers from Boies, Schiller & Flexner LLP until the Deepwater Spill. I have found the lawyers with his firm to be not only knowledgeable, but also approachable, helpful, caring, and concerned when it comes to

the well-being of the fishermen, oystermen and others who make their living off of the Gulf Coast Seafood Industry. In addition to their substantive knowledge, I believe that the involvement of Mr. Boies and his law firm will help move the case towards resolution sooner rather than later because of his unique political contacts and other factors. Also, I believe that Mr. Boies and his law firm will be helpful to the MDL in their ability to coordinate and manage time and billing matters by the many attorneys who will be performing MDL work and producing MDL work-product. The Court, the lawyers, the plaintiffs, the defendants, Special Master McGovern, and the claims administrator would all benefit from his level of expertise and commitment to this case and that of his firm.

Respectfully Submitted,

/s/ Kevin I. Goldberg

Kevin I. Goldberg
Goldberg, Finnegan & Mester, LLC
1010 Wayne Ave. Suite 950
Silver Spring, MD 20910
(301) 589-2999 x102
Fax: (301) 589-2644

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed via the Court's CM/ECF system and thereby served electronically on all counsel of record.

/s/ Kevin I. Goldberg
_____