UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAMES KIRK MITCHELL, ET AL )
)
)
vs )   Case No: 10-1472
)   Sect. A Mag.1
BP, PLC, ET AL )

## RETURN

Came to my hand:   06/07/2010 , at   09:30   o'clock   A.M.

- Summons in a Civil Action
- Civil Cover Sheet
- Complaint
- Jury Demand

Executed by me on:  06/07/2010 , at  12:40  o'clock  P.M.

Executed at:   800 BRAZOS, SUITE 400, AUSTIN, TEXAS 78701

County of:   TRAVIS

By delivering to M-1 LLC, by delivering ot its registered agent, CAPITOL CORPORATE SERVICES, INC., by delivering to authorized agent,   MARY ANNE QUICK   a true copy of the above specified civil process having first endorsed on such copy the date of delivery.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Authorized Person:   KYLE VOELKER

STATE OF TEXAS   }

VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on this the  8th  day of  June ,2010

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012

Notary Public

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038