AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| James Kirk Mitchell, et al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 10-1472 |
| BP, PLC, et al. | ) | |
| Defendant | ) | SECT. A MAG. 1 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MOEX OFFSHORE 2007, LLC
Through its agent for service of process
The Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk, Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
CLERK OF COURT

Date: MAY 17 2010

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------X Civil Action No. 10-1472

JAMES KIRK MITCHELL, et al,

                            Plaintiff(s),

      -against-

BP, PLC, et al,

                            Defendant(s)

---------------------------------------------------------------X

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 7th day of June, 2010, at 12:05 p.m., I personally served a copy of a SUMMONS and COMPLAINT on the defendant **MOEX OFFSHORE 2007, LLC**, by serving the registered agent, The Corporation Trust Company, at the address of 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Scott LaScala-Section Head
Description of individual: White male, between 5'9" and 5'11", 131 to 170 lbs, with brown hair, 35 years old.

                                                            _Ben Lougheed_

Subscribed and sworn before me
this 7th day of June, 2010.

_Notary Public_
CAREY M. SHEA
My commission NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

                                                                      N & H
                                                                   116 JOHN STREET
                                                                NEW YORK, N.Y. 10038