CAUSE # 10-1472

| | | |
|---|---|---|
| JAMES KIRK MITCHELL, et al. | § | UNITED STATES DISTRICT COURT |
| | § | |
| VS. | § | FOR THE |
| | § | |
| BP, PLC, et al. | § | EASTERN DISTRICT OF LOUISIANA |
| | § | |
| | § | |

## AFFIDAVIT

STATE OF TEXAS § 
COUNTY OF HARRIS §

"My name is Wayne Sullivan, I am of sound mind and capable of making this Affidavit and have never been convicted of a felony or misdemeanor involving moral turpitude. I am not less than eighteen years of age and am not a party to or interested in the outcome of this suit. I am a Certified Private Process Server authorized by the Texas Supreme Court."

"The undersigned received the documents described as a SUMMONS AND COMPLAINT on JULY 8th, 2010 at 10:00 A.M., to be delivered to TRANSOCEAN LTD. 4 Greenway Plaza Houston, Texas 77046."

"On the 9th Day of JULY, 2010, at 11:10 A.M., I delivered the SUMMONS AND COMPLAINT ON TRANSOCEAN LTD, located at 4 Greenway Plaza Houston, Texas 77046. HEATHER CALLENDER-ASSOCIATE GENERAL COUNSEL, accepted the documents."

"Further affiant saith naught"

_Wayne Sullivan_
Wayne Sullivan
TCPPS ID #4225
777 Dunlavy St. #1106
Houston, Texas 77019
Ph. 713-822-0972

Before me, a notary public, on this day personally appeared, Norman Wiley, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 9th day of JULY, 2010.

_____
Notary Public – State of Texas

Crystal S Lerman
My Commission Expires
05/26/2013

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

CAUSE # 10-1472

| | | |
|---|---|---|
| JAMES KIRK MITCHELL, ET AL. | § | UNITED STATES DISTRICT COURT |
| | § | |
| VS. | § | for the |
| | § | |
| BP, plc; BP EXPLORATION & PRODUCTION, INC ET AL | § | EASTERN DISTRICT OF LOUISIANA |

### AFFIDAVIT OF NON SERVICE

STATE OF TEXAS        §
COUNTY OF HARRIS   §

"My name is Wayne Sullivan, I am of sound mind and capable of making this Affidavit and have never been convicted of a felony or misdemeanor involving moral turpitude. I am not less than eighteen years of age and am not a party to or interested in the outcome of this suit. I am a Certified Private Process Server authorized by the Texas Supreme Court."

"The undersigned received the documents described as a SUMMONS AND COMPLAINT on July 8, 2011 at 10:00 A.M. and attempted to deliver it to MITSUI OIL EXPLORATION Co., LTD. MOEX USA OFFICE 9 Greenway Plaza- suite 1200 Houston, Texas 77046. The documents were refused by the legal department because MITSUI OIL is a foreign entity."

"Further affiant saith naught"

_____
Wayne Sullivan
TCPPS ID #:  SCH000004225
777 Dunlavy St #1106
Houston, TX 77019
PH 713-822-0972

Before me, a notary public, on this day personally appeared, Norman Wiley, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 8TH day of July, 2010.

_____
Notary Public – State of Texas

JANET SULLIVAN
Notary Public, State of Texas
My Commission Expires
January 18, 2014