UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to All Cases | | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### APPLICATION OF KURT ARNOLD FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

I, Kurt Arnold, pursuant to Pretrial Order No. 1, submit this application requesting appointment to the Plaintiffs' Steering Committee (PSC) for MDL No. 2179, In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. Additionally, I request the Court consider me for the position of limitation co-trial counsel for purposes of performing discovery and trying the limitation case, if necessary, and to otherwise work with the PSC and other lead counsel as the Court deems appropriate.

My firm, Arnold & Itkin LLP, has filed multiple civil cases in this litigation. We represent more than eighteen families with loved ones that were injured or killed aboard the Deepwater Horizon. My firm also represents a diverse and large number of individual claimants, business owners, and entities that have been affected by the oil spill. I have read, understand, and agree to the PSC's responsibilities as set forth in Pretrial Order No. 1, and in support of this application for appointment provide the following:

## I. BACKGROUND INFORMATION

I attended the University of Texas where I earned a Bachelor of Arts in Government with High Honors at the age of 19. Three years later, I graduated from The University of Texas Law School with Honors as a member of the Order of the Coif. After graduating law school, I served as a law clerk for a federal judge in the Southern District of Texas. Before founding Arnold & Itkin LLP in 2004, I worked at Susman Godfrey LLP handling complex commercial cases.

## II. WILLINGNESS & AVAILABILITY

I stand ready and willing to commit the time and resources necessary to represent all plaintiffs in this litigation. Arnold & Itkin LLP is a Houston based firm with a national presence. We have the financial resources, capability, understanding and experience required to handle the responsibilities of the PSC as set out in the Court's Pretrial Order and any additional requirements either the Court or the parties have for the PSC and its members.

Together with my partner, Jason Itkin, we maintain a group of ten highly skilled attorneys who have significant experience in handling maritime cases, complex litigation, and mass torts. My firm has successfully tried dozens of cases in the last five years, most of which were maritime in nature.  I have significant experience in offshore injury, environmental contamination, and mass tort litigation. Furthermore, we employ an intelligent, experienced and efficient staff capable of assisting with all the responsibilities of the PSC.

For the last several months, my top priority has been representing those who have been killed or injured aboard the Deepwater Horizon and those who have suffered economic damages as a result of the oil spill.  I have worked with Federal agencies in gathering information and participated extensively in uncovering the facts of what led to this tragedy.  I have made continuous efforts to provide information and guidance to those affected by the spill. I have been involved in the legal proceedings resulting from the oil spill and the independent claims process now handled by the Gulf Coast Claims Facility. My team of attorneys and staff are familiar with the intricacies involved with respect to both the ongoing litigation and claims documentation.

### III. ABILITY TO WORK COOPERATIVELY WITH OTHERS

I have a reputation for working cooperatively with other attorneys and firms with respect to complex litigation. My firm has worked cooperatively in other mass tort settings in recent years. Currently, we are sharing resources and time in jointly prosecuting Paxil Birth Defect cases in coordinated proceedings in Pennsylvania state court, jointly prosecuting dozens of Pain Pump cases in coordinated proceedings in California state court, and sitting on the Plaintiffs' Steering Committee in the contaminated Heparin litigation, which requires coordination between the Federal MDL proceedings and the consolidated proceedings in Cook County. Specific to this litigation, I have sought to build consensus and work with other lawyers involved to share information and help the litigation process. Additionally, in my normal practice, my firm has been associated by more than one hundred different firms in the last two years alone. As a testament to my ability to work well with others, nearly one hundred percent of those associations have resulted in ongoing relationships.

The ability to make meaningful contributions to the efforts required by the PSC and to work cooperatively with others is essential for any member of the PSC. I, along with my firm exhibit these necessary qualities and therefore I request appointment as a member of the PSC.

### IV. PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

The PSC should be comprised of attorneys who have an extensive experience in both maritime and complex litigation. My practice focuses primarily on both these types of cases, which uniquely qualifies me for the PSC. In the last few years, I have achieved substantial success for my clients in similar litigation. My firm has handled hundreds of maritime cases and tried dozens of maritime injury claims in the last five years with an excellent track record. This track record led to my firm being associated by lawyers all over the Gulf Coast to handle eighteen of the Deepwater Horizon Casualty cases as well as hundreds of economic loss claims.

In addition, my firm represents over 400 individuals, business owners, and entities which have suffered damages as a result of the Deepwater Horizon explosion. These claims encompass

a significant array of commercial claims including: commercial fisherman, charter boat captains, boat owners, marina owners, offshore workers, seafood wholesalers, seafood processors, restaurants, costal property owners, vacation rental owners, small and large business owners, and individuals who have lost wages and/or their jobs as a result of the oil spill. These clients reside and work in a number of different states, including: Louisiana, Texas, Alabama, Mississippi, Florida, California, and New York.

Professional experience and a complete understanding of the issues involved in this litigation are essential for any member of the PSC. I, along with my firm exhibit these necessary qualities and therefore request the Court appoint me as a member of the PSC.

## V. Conclusion

It would an honor and privilege to serve as a member of the PSC. Based upon the information set out above and my personal experience and capabilities as an attorney I meet the criteria for membership in the PSC. Accordingly, I respectfully request consideration for a position on the PSC for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold
Texas Bar No. 24036150
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, I electronically filed the ***Application of Kurt Arnold for Appointment to the Plaintiffs' Steering Committee*** with the Clerk of Court by using the CM/ECF system, which in turn will be served electronically upon all counsel of record identified on the Court's Service List. For those parties unable or unauthorized to receive service electronically, service will be made via an approved manner as provided in Pre Trial Order 1.

*/s/ Kurt B. Arnold*
_____
Kurt B. Arnold