UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | : | MDL NO. 2179 |
| RIG "DEEPWATER HORIZAON" | : | |
| IN THE GULF OF MEXICO, | : | SECTION: J |
| ON APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO | : | |
| ALL CASES | : | MAG. JUDGE SHUSHAN |

### APPLICATION OF ADAM M. MOSKOWITZ, ESQ. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Adam Moskowitz, the Managing Partner of Kozyak, Tropin & Throckmorton, respectfully applies to serve on the Plaintiffs' Steering Committee ("PSC"). Undersigned counsel had the honor and privilege of drafting and filing extensive Amended Complaints, MDL Petitions and Emergency Motions in BP cases for both the Southern and Northern Districts of Florida for a diverse group of thirteen (13) different law firms, many of whom graciously support the appointment of undersigned counsel to the PSC.[1] We strongly support both Steve Herman and Jim Roy remaining as liaison counsel and look forward to continuing to work with both of them in this matter.

1. **Availability to Commit the Time and Resources to this Case.**

Our Firm recently completed serving as co-lead counsel in the largest MDL case in these Gulf States, *In re Managed Care Litigation,* obtaining over $1 billion dollars in relief for more than 600,000 doctors. Our Firm has already dedicated all of our resources to file and prosecute BP cases in the Southern and Northern Districts of Florida and are now assisting liaison counsel with various projects in this case.

2. **Professional Experience in these Types of Cases.**

Undersigned counsel and the lawyers in our Firm have served as lead counsel, co-lead counsel, and on the Plaintiffs' Steering Committees in some of the largest class actions in this country, many specifically against chemical companies.[2] Undersigned counsel has served as co-lead counsel in one of the largest antitrust actions against chemical company Monsanto, obtained one of the nation's largest jury verdicts against chemical company DuPont, and has been an adjunct professor in class action litigation at the University of Miami School of Law for the past nine years. Our Firm has gained an expertise in dealing with experts in chemical disaster cases and look forward to continuing to work with liaison counsel on those matters in this case.

3. **Ability to Work With Others.**

Our Firm has worked for over twenty five (25) years with different law firms all across the country including many in Louisiana. Prior to these cases being transferred to this District, undersigned counsel travelled to New Orleans to meet with liaison counsel and assured them that we would be pleased to work cooperatively to prosecute these cases, regardless where the MDL transferred the cases. Simply put, we pledge to do whatever is necessary to work cooperatively in these cases with the least amount of politics and/or inner disputes.

---

[1] *See* Exhibit A.
[2] *In re Managed Care Litigation, MDL No. 1334; In re Marine Hose Antitrust Litigation; PBS Natchitoches, et al., v. Tyco; In re Mushroom Litigation; BP Propane Litigation; John Bruhl v. PricewaterhouseCooper; LiPuma vs. American Express; In re Sharps Container, Becton Needles Litigation; Joseph v. Liberty National; Stephenson Oil Company v. Citgo (class action); Aurora Dairy Litigation; Capital Max v. Dyadic; Mutual Benefits receivership; In re Premium Sales.*

4.  **<u>The Lawyers at KTT Who Can Work on This Matter.</u>**

We have already pledged the diverse resources of our Firm to this matter. Our Firm has been awarded numerous national awards for our dedication to diversity and pro bono work, including the Supreme Court's Chief Justice Law Firm Commendation. Harley Tropin served as co-lead in the largest MDL case in the Gulf States and has been recognized as the *"Bet the Company Lawyer"* for many years. John Kozyak has been recognized in every addition of the *Best Lawyers in America* since it was first published in 1983 and received the Florida Bar President's Pro Bono Service Award. Detra Shaw Wilder has served as Vice President for the Black Lawyers Association of America and Corali Lopez Castro has served as the President of the Cuban American Bar Association. Tucker Ronzetti has taught at the University of Miami School of Law for over thirteen years since serving as the Editor in Chief of the University of Miami Law Review. All of our associates working on this case are either former federal law clerks or have worked on numerous class action cases and all are dedicated to completing their tasks in an ethical and professional manner.

**WHEREFORE**, Adam Moskowitz, Esq. respectfully requests this Court to appoint him to the Plaintiffs' Steering Committee in this matter.

Dated this 27th day of September, 2010.

> By: <u>Adam M. Moskowitz</u>
> Adam M. Moskowitz, Esq.
> Florida Bar No. 984280
> KOZYAK TROPIN & THROCKMORTON, P.A.
> 2525 Ponce de Leon Blvd., 9th Floor
> Coral Gables, Florida 33134
> Telephone: (305) 372-1800
> Facsimile: (305) 372-3508

## **CERTIFICATE OF SERVICE**

I certify that the above pleading was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana and has been sent to all counsel by using the CM/ECF filing system on this 27th day of September, 2010.

By: <u>Adam M. Moskowitz</u>
Adam M. Moskowitz, Esq.
Florida Bar No. 984280
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

317509