# EXHIBIT A



# MERLIN
### LAW GROUP

TAMPA, FL
777 S. HARBOUR ISLAND BLVD.
SUITE 950
TAMPA, FL 33602
TELEPHONE: (813) 229-1000
FAX: (813) 229-3692

September 27, 2010

To the Honorable Judge Barbier:

I am the founder and President of Merlin Law Group, a nineteen lawyer law firm primarily limiting its practice to insurance disputes for policyholders. My representation and advocacy of insurance policyholders is nationwide. Since 1983, I have handled some of the largest insurance claims from natural and man made disasters in this country. I regularly lecture to national trade groups and have published a number of papers and articles on the subject for organizations such as The American Association for Justice, The Florida Justice Association, The Windstorm Conference, Trial Magazine, and am writing this letter to you at a conference for insurance industry executives because they want to hear from my perspective about their business.

I was contacted by many consumers and fishermen across the Gulf States who were damaged as a result of the BP Oil Spill. My family has been involved in this industry in that my father helped start the Marine Spill Recovery Corporation and my sister was placed on the Florida Emergency Spill Response Task Force following the catastrophe. I met with thousands of claimants and organized a team of lawyers and accountants from different offices to help handle these claims. Based upon referrals and his reputation of ethical experience with class actions and the MDL process, I contacted Adam Moskowitz to get involved with our team in the Northern District of Florida. It was a fantastic decision.

Adam immediately flew up to Destin and met with all of our clients and our co-counsel. I spent many hours working and travelling with Adam in this case during the past five months. I can honestly attest that Adam has done a wonderful job organizing our legal team, meeting with numerous claimants and drafting the pleadings including the Compliant, our Emergency Motion for Preliminary Injunction, and our MDL papers. I found Adam to be ethical, honest, practical, and professional. He kept our whole team updated every step of the way. It is my honor to recommend that Adam Moskowitz be appointed to the Plaintiffs' Steering Committee in this case on behalf of the claimants from Florida.

Your decision to make such an appointment will never be regretted. I get a chance to work with very fine attorneys throughout the United States. Adam is one of them and will never let his client down in any capacity.

Sincerely,

William F. Merlin, Jr.
* Signed in the absence of attorney to avoid a delay in mailing

---

www.merlinlawgroup.com
Blog: propertyinsurancelawcoverage.com
**Tampa, FL • Coral Gables, FL • Houston, TX • West Palm Beach, FL**