AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| James Kirk Mitchell, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. **10-1472** |
| BP, PLC, et al. | ) | **SECT. A  MAG. 1** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

TRANSOCEAN DEEPWATER, INC.
Through its agent for service of process
Capitol Services, Inc.
615 South Dupont Highway
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk, Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
CLERK OF COURT

Date: **MAY 17 2010**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Melissa Wheeler (authorized person)
was received by me on *(date)* 6-4-10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melissa Wheeler, who is designated by law to accept service of process on behalf of *(name of organization)* Transocean Deepwater Inc by serving the registered agent known as Capitol Services Inc located at 615 South Dupont Highway Dover, DE 19901 at 10:36 AM on *(date)* 6-4-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-4-10

Edward J Jones I
*Server's signature*

Edward J Jones I
*Printed name and title*

1111B South Governors Ave
*Server's address*
Dover DE 19904

Lori Ann Miller
Notary Public
No. 20093046414
State of Delaware
County of Kent
My Commission Expires Dec. 2, 2011

Additional information regarding attempted service, etc: