UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECION: J |
| This Document Relates To:<br><br>ALL CASES | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### APPLICATION OF BENEDICT P. MORELLI FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Please consider this my Application to the Plaintiff's Steering Committee. In support thereof, I am well-versed in mass tort litigation, have the willingness and availability to commit to this project, and the ability to work cooperatively.

### PROFESSIONAL EXPERIENCE

I was admitted to practice law in New York State in 1977, and I have been a trial lawyer for over thirty years representing clients in a myriad of cases ranging from mass torts, employment discrimination, and complex product liability (including the drug DES) to medical malpractice, civil rights, and personal injury. I am a past President of the New York State Trial Lawyers Association and a member of the Leaders Forum and Board of Governors of the American Association for Justice. I have lectured extensively for NYSTLA, NITA, AAJ and other programs around the country. I have been profiled in New York Magazine as one of New York's leading trial lawyers and have been listed in Best Lawyers in America since 1997. I am the founding partner of Morelli Ratner PC in New York, and have been admitted to practice in the United States District Courts for the Southern, Eastern, Western and Northern Districts of New York. Additionally, I am admitted to practice before the Supreme Court of the United States

of America. I am a member of the New York State and American Bar Associations and was elected to the rank of Advocate in the American Board of Trial Advocates. I am a member of the Board of Directors of the New York State Trial Lawyers Association and sit on its Executive Board.

I have participated in several mass tort pharmaceutical litigations in various state and federal courts across the country. I started in mass tort litigation with DES in the mid-1980s, serving on the PSC and tried one of the few cases against Eli Lilly. We currently represent clients in the following MDL cases:

| | |
|---|---|
| IN RE: Fosamax Product Liability Litigation | MDL 1789 |
| IN RE: Avandia Product Liability Litigation | MDL 1871 |
| IN RE: Raptiva Product Liability Litigation | MDL 1657 |
| IN RE: Chantix Product Liability Litigation | MDL 2092 |

We have also assumed a leadership position in the New York Bextra/Celebrex consolidated litigation. I was co-trial counsel in the first Vioxx trial, Carol A. Ernst v. Merck & Co., Inct (No.14-06-00835-CV) in Houston, Texas and a member of the trial team in the Vioxx trial, Cona, McDarby v. Merck & Co., Inc. (No. ATL-L-3553-05-MT, No. ATL-L-1296-05-MT) in Atlantic City, New Jersey. I am currently a member of the PSC for Avandia in the Federal District Court of the Eastern District of Pennsylvania. I was also selected as lead trial counsel for one of the first two MDL Avandia trials.

I have demonstrated my ability to work cooperatively in the above litigations and presently have the time, financial resources and energy to devote to this project. Wherefore, I pray to this Honorable Court for consideration of my application to serve on the PSC in the above-captioned matter.

RESPECTFULLY SUBMITTED,

BY: /s/ 
Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, NY 10022
Tel: (212) 751-9800
BMorelli@morellilaw.com

**Certificate of Service**

    I hereby certify that on September 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                     /s/ Benedict P. Morelli