## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" in the § | | |
| GULF OF MEXICO, on § | | |
| April 20, 2010 § | | SECTION J |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| ALL ACTIONS § | | |

_____

**APPLICATION OF ENRIQUE G. SERNA (SERNA & ASSOCIATES PLLC) TO SERVE ON PLAINTIFFS' STEERING COMMITTEE IN CHARGE OF FOREIGN CLAIMANTS**

NOW COME, the State of Tamaulipas of the Republic of Mexico, the State of Veracruz of the Republic of Mexico, and the State of Quintana Roo of the Republic of Mexico through Enrique G. Serna ("Applicant") of the law firm of Serna & Associates PLLC and request this Honorable Court to appoint Enrique G. Serna to the Plaintiffs' Steering Committee ("PSC") and further request that he be appointed to be in charge of Foreign Claimants (Non-Citizens and non-residents of the United States). In support hereof, Applicant offers the following:

1. State of Veracruz, Republic of Mexico v. BP *et. al.* (5:10-cv-00761-OLG), State of Tamaulipas, Republic of Mexico v. BP *et.al*. (5:10-cv-00762-OLG), and State of Quintana Roo Republic of Mexico v. BP *et.al.* (5:10-cv-00763-OLG) were filed by Applicant's law firm on September 15, 2010 in the U.S. District Court for the Western District of Texas – San Antonio Division.

2. The foregoing cases have been tagged along as related actions to MDL-2179 as of September 21, 2010 through the filing by Defendants BP PLC and its related companies of their Notice of Related Actions.

3. This application is made pursuant to this Honorable Court's Pretrial Order #1 dated 08-10-2010 specifying the process for applications for appointment to the PSC. Applicant supports Liaison Counsel Steve Herman's track proposal and administration of the MDL. However, Applicant respectfully submits that a member of the PSC should be in charge of foreign claims that are filed or transferred to this MDL.

4. Applicant notes that on June 02, 2010 the NOAA Fishery Closure Boundary reached across the United States Outer Federal Water Boundaries, extending to Mexican and Cuban waters. Such closure was located and mapped from 26° 48° N 86°20°W to 83°00°W south of Dry Tortugas, thus demonstrating that the damaging effect of the oil spill clearly exceeded US Territorial Waters and adversely impacted international waters. The oil spill's injury to international parties and the resultant claims on their behalf are manifest.

5. In addition to the above-cited lawsuits, Applicant will be filing additional lawsuits on behalf of other foreign states, foreign fishermen, and/or other foreign plaintiffs—all of which arise out of the oil spill of April 20, 2010. Furthermore, Applicant believes that other law firms will file additional foreign cases since the BP Fund does not on its face accept foreign claims and the damages from the spill have affected and will continue to damage all of the foreign governmental entities bordering the Gulf of Mexico, as well as other aspects of the Gulf of Mexico. Indeed, recent expert analysis reflects that the oil plume discharged from the subject well will soon directly impact international coastlines.

6. Applicant believes that the additional foreign claims to be filed against BP PLC and other MDL Defendants will likely be filed between November 2010 and June 2011 as the deleterious effects of the oil spill increase in magnitude.

7. It is respectfully submitted that Applicant meets the Court's qualification criteria for appointment to the PSC. Applicant is willing and available to commit to the time-consuming efforts and activities that will be required by such PSC participation. Applicant submits that his firm has the time and resources to effectively serve on the PSC and properly serve the interests of all foreign plaintiffs. Additionally, Applicant and his staff are completely bi-lingual (Spanish and English) and, therefore, capable of fully communicating in Spanish, if necessary. Applicant has been involved in a multitude of multi-party cases and other MDL proceedings (MDL 2151, MDL 2016, MDL 1905) with various teams of lawyers, and Applicant possesses the organizational and communication skills, as well as temperament, to work cooperatively with others. Furthermore, over the span of seventeen years, Applicant has been involved in over 120 international cases stemming from Mexico, Chile, Dominican Republic, Guatemala, Costa Rica, Ecuador, El Salvador in relation to litigation in the United States. Accordingly, Applicant respectfully submits that Applicant has the professional experience in this type of litigation that is required to serve on the PSC.

8. Applicant submits that claims filed by foreign parties will be a significant element of this MDL since the waters of the Gulf reach across international lines and the detrimental impact of the oil spill will continue to spread accordingly.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that Enrique G. Serna be appointed to the PSC and that such appointment be as the attorney in charge of foreign claimants herein.

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

By:

/s/ *Enrique G. Serna*
Enrique G. Serna
SBOT 00789617
20985 IH 10 West
Serna Building
San Antonio, Texas 78257
(210) 2280095 – Telephone
(210) 2280839 – Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 27th day of September, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

/s/ *Enrique G. Serna*
Enrique G. Serna