**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG** <br> **"DEEPWATER HORIZON" in the** <br> **GULF OF MEXICO on April 20, 2010** | **MDL Docket No. 2179** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **SECTION J** <br> **JUDGE BARBIER** <br> **MAG. JUDGE SHUSHAN** |

___

**APPLICATION OF JIM REEVES FOR APPOINTMENT**
**TO THE PLAINTIFFS' STEERING COMMITTEE**
___

Pursuant to Pretrial Order No. 1, Movant, Jim Reeves, makes this application for appointment to the Plaintiffs' Steering Committee herein.  In support thereof,  Movant states as follows:

Jim Reeves obtained his undergraduate degree with honors from the University of South Alabama in 1989.  Mr. Reeves then attended Tulane University Law School where he graduated cum laude in 1992.  He is the managing partner of Lumpkin and Reeves, PLLC, Biloxi, Mississippi.  Movant and the firm are rated "AV" by the Martindale-Hubbell Law Directory.

Over the course of his career, Movant has been counsel in over 100 separate cases with a recovery of one million dollars or more.  He is licensed to practice in Mississippi and Alabama and the firm's senior partner, Mark Lumpkin, is also licensed in Louisiana.

Representative complex toxic and mass tort cases include:

1. **In re: Chinese-Manufactured Drywall Products Liability Litigation**
    U.S.D.C., E.D. La.
    MDL Docket No. 2047

(appointed to the Plaintiffs' Steering Committee by United States District Judge Eldon Fallon IV in July of 2009.  This case involves plaintiffs who have incurred property and personal injury damages as a result of defective Chinese drywall)

2. **In re: Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires**
Products Liability Litigation, U.S.D.C., S.D. Ind.
Master File No. IP00-9373-C-B/S MDL No. 1373.
(involved 65 Venezuelan plaintiffs injured or killed as a result of Firestone tire tread separation and resulting rollovers of Ford Explorers)

3. **Thompson, et al. vs. Technical Coating Applicators, Inc., et al.**
Okaloosa, FL, Case No. 93-2823-CA
(represented over 200 plaintiffs injured as a result of exposure to diisocyanate toxic roofing materials)

4. **Welding Rod Litigation**
Eastern District of Ohio, Case No. 1:03-CV-17000
(national mass tort litigation involving product liability claims against manufacturers of welding rods brought on behalf of injured industrial welders)

5. **Johnson, et al vs. Red Panther Chemical Co., et al.**
Coahoma County, Mississippi, Case No. 8193
(mass tort litigation involving personal injuries as a result of chemical plant explosion)

6. **In re: L-tryptophan Products**
U.S. District Court, Columbia Division, South Carolina, Case No. MDL-865
(products liability cases against supplement manufacturer)

7. **Speed, et al v. AmSouth Bancorporation, et al**
Hinds County Circuit Court, Jackson, MS, Cause No. 251-04-968-CV
(represented over 50 plaintiffs for losses as a result of investment/insurance fraud)

8. **Breeze, et al v. Cablesouth, Inc., et al**
Circuit Court of Jackson County, Mississippi, cause NO. CI-2000-00.392(1)
(multiple vehicle collision involving plaintiffs who were injured or killed as a result of a 20-vehicle accident caused in party by negligently maintained electrical power distribution system)

9. **Arnold, et al v. State Farm Fire and Casualty Co., et al**
U. S. District Court, Gulfport, MS, C.A. No. 1:98-CV-520
(Involved representation of multiple plaintiffs in Mississippi with regard to the 2% hurricane deductible required by various insurance carriers)

10. **Hurricane Katrina Litigation**
(Represented approximately 100 business and homeowners in State and Federal Court. Defendants involved were major insurance companies, financial corporations, banks and credit unions in cases involving property losses as a result of Hurricane Katrina)

Movant's curriulum vitae is attached. More information regarding the firm and its practice can be found at **www.lumpkinreeves.com.**

Lumpkin and Reeves is willing to commit the necessary time and resources to this litigation. The firm can and will provide the expertise and experience to zealously represent the plaintiffs in these cases. Movant has demonstrated the ability and willingness to work with others in other complex mass tort litigation.

WHEREFORE, Jim Reeves and the law firm of Lumpkin & Reeves, PLLC request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted, this 27th day of September, 2010.

BY: /s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MSB #9519)
LUMPKIN & REEVES, PLLC
160 MAIN ST. (39530)
P. O. DRAWER 1388
BILOXI, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@lumpkinreeves.com

**CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that I have this 27th day of September, 2010, served the foregoing Application of Jim Reeves for Appointment to the Plaintiffs' Steering Committee, by electronic mail, upon all counsel included in the Service List attached to the Court's Pretrial Order #1.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.