## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON | * | |
| APRIL 20, 2010 | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "3" |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | JUDGE CARL J. BARBIER |
| ALL CASES | * | |
| | * | MAGISTRATE SHUSHAN |

**************************************************************************

### APPLICATION OF ANDREW A. LEMMON
### FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Andrew A. Lemmon (Lemmon Law Firm, LLC), who pursuant to Pre-Trial Order No. 1, respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to represent the interests of all plaintiffs in the above captioned matter.

This litigation will involve many disciplines of law that fit well with my experiences, interests, and passion, and presents a unique opportunity to bring those experiences, interests, and passion together for the benefit of those damaged or injured by the worst environmental and economic event of our lifetime.

I am the founding member of Lemmon Law Firm, LLC, a New Orleans and River Parishes law firm whose attorneys and staff offer a variety of experiences to the PSC. I founded the firm in 1996 and opened an office in St. Charles Parish in 2000. I have practiced law in

Louisiana since 1987 and have an LL.M. degree in Environmental Law from George Washington University, where I served as an intern to the United States Department of Justice, Environmental Enforcement Section.  I presently serve on a number of boards and organizations with interests that are implicated by the oil spill including Louisiana Bayou Keeper, Inc. (Barataria), Public Justice Foundation, and Reach Out America.  I am also a mediator and qualified domestic mediator, which has been a useful skill in coordinating litigation and responsibility among fellow attorneys.

I have become a trusted member of the local bar and have been appointed as lead, liaison, or PSC member of nearly every recent environmental class action in St. Charles Parish.  I have tried three of those cases to verdict as lead counsel and settled many others.  During these litigations, my primary responsibility has been coordinating and conducting discovery, depositions, document management, drafting and final edits of pleadings, arguing motions, writing and final edits to appellate briefs, class certification, bellweather trials, and appellate argument.  These cases include Martinez v. Dow Corporation, Baudoin v. Koch Nitrogen Company, In Re: Hydrochem Corporation; Howard v. Union Carbide Corporation (lead trial counsel to verdict and appellate counsel through the Louisiana Supreme Court), In re: Orion Tank Fire Litigation (lead trial counsel through settlement), Johnson v. Cytec Industries, Inc. (lead trial and appellate counsel and liaison through certification trial and appeal, bellweather trial, 5 mediations, and settlement), and Matherne v. Monsanto Company (lead and liaison

through settlement).  Andrew was also lead counsel on the Louisiana portion of MDL 1334, In re: Managed Care Litigation, in <u>Lakeland Anesthesia v. United Healthcare</u>.

I have also served in other MDL and class litigations, and securities fraud and derivative litigations, including cases in the Eastern District such as <u>Robertson v. Monsanto Company</u> (lead and trial counsel to verdict), <u>Feyler v. U.S. Unwired</u>, <u>Staehr v. Merck</u> and <u>Halpert v. Merck</u>, <u>Thompson v. Shaw Group</u>, <u>Engel v. Sexton</u>; and cases in other districts including MDL 1658, <u>In re: Merck</u> (derivative claim in New Jersey arising from Vioxx), In re Chinese Drywall Litigation (trial counsel for bellweather trial of the Clement family.

I also bring valuable experiences through other litigation and professional pursuits.  I have represented federal, state, and local governments in environmental and tax matters, both of which are implicated directly in this litigation.  I was counsel for the St. Charles Parish School Board for 10 years, which included trial and appeal through the Louisiana Supreme Court of several matters involving oil and gas issues and for the City of New Orleans in environmental litigation.  I also serve as oil and gas leasing and property manager for several substantial landowners in St. Charles Parish and have assisted in trial over oil and gas issues.  Securities fraud and derivative litigation are two other disciplines of law that have been implicated and that dovetail with my experience. I have worked or co-counseled with many of the attorneys and law firms that have filed securities or derivative cases herein.  Finally, the thesis topic for my LL.M. involved a 50 state survey of responder liability (as alleged against the manufacturers of the

dispersant), another aspect of this litigation that will require PSC involvement, briefing, and motion practice.

Lemmon Law Firm also brings the full assistance and services of a qualified staff of attorneys and paralegals (www.lemmonlawfirm.com). I am co-counsel with Luan Tran in <u>Nguyen, et al v. BP America, et al</u> in this Court, and several other matters.

I am personally and professionally committed to hands on participation in this litigation and offer my education, research, and professional experiences to the litigation and the people whose lives were impacted by the oil spill and its aftermath. I will work cooperatively with all counsel and commit whatever resources are required for the litigation. I have worked on litigation and other projects with many of the counsel listed on the service list. I pledge to be forthright with counsel and the Court at all times and seek the honor of working on this important project and in this Court.

        Respectfully submitted,

        /s/ Andrew A. Lemmon
        ANDREW A. LEMMON (#18302)
        IRMA L. NETTING (#29362)
        LEMMON LAW FIRM, L.L.C.
        P.O. BOX 904
        HAHNVILLE, LOUISIANA 70057
        (985) 783-6789 Telephone
        (985) 783-1333 Facsimile
        andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I certify that on September 27, 2010, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Donald E. Godwin**
  dgodwin@godwinronquillo.com,smckanna@godwinronquillo.com

- **Don Keller Haycraft**
  dkhaycraft@liskow.com,ejhinnigan@liskow.com,pfussell@liskow.com,agoldman@liskow.com,lblanchard@liskow.com

- **Stephen J. Herman**
  sherman@hhkc.com,rmiller@hhkc.com,vlory@hhkc.com,regina@hhkc.com,acatalanotto@hhkc.com

- **Deborah DeRoche Kuchler**
  dkuchler@kuchlerpolk.com,ljones@kuchlerpolk.com,lroth@kuchlerpolk.com,mstokes@kuchlerpolk.com

- **Kerry J. Miller**
  kmiller@frilot.com,scavet@frilot.com

- **James P. Roy**
  jimr@wrightroy.com,susanl@wrightroy.com,sandym@wrightroy.com

- **Phillip A. Wittmann**
  pwittmann@stonepigman.com,jdavidson@stonepigman.com,hmurphy@dkslaw.com,cbertaut@stonepigman.com,BRS383@BRSfirm.com,lgodshall@stonepigman.com,rsiegert@stonepigman.com,khall@stonepigman.com,boneil@stonepigman.com

## Manual Notice List

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**Jeffery N. Luthi**
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

I further certify that I have provided notice via email to all counsel named in the Panel Attorney Service List, pre Pretrial Order #1.

             /s/ Andrew A. Lemmon_____
             ANDREW A. LEMMON