UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on | § | SECTION: "J" |
| April 20, 2010 | § | |
| | § | Judge Barbier |
| This Document Relates to: All Cases | § | Mag. Judge Shushan |

### APPLICATION OF JIMMY WILLIAMSON FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order # 1, Jimmy Williamson of Williamson & Rusnak, respectfully submits the following application for appointment to the Plaintiffs' Steering Committee (PSC):

My name is Jimmy Williamson. I practice law primarily in the State of Texas. I have been licensed since 1978, Board Certified in Personal Injury Law since 1984, and am a member of TTLA and the AAJ. I have been a member of ABOTA since 1997 and I have been a Texas Super Lawyer every year since 2004. I have several multimillion jury verdicts.

Like most of the other Applicants, I am qualified by experience, training, education and disposition to be a member of the PSC. I have the financial resources and am willing to invest significant time, resources, energy and manpower to the case. I have worked on numerous MDL dockets, including Breast Implants, Phen Fen, Vioxx, Gadolinium and Digitek, as well as others.

Unlike some of the applicants, I am not on any other MDL Steering Committee. I believe that this is an advantage, since I commit that I will not try to obtain any other MDL Steering Committee appointment during the pendency of the BP matter. Rather, should I be appointed, this litigation, and this appointment, will be my primary focus.

I bring an additional important perspective. One industry directly and dramatically affected by the Deepwater Horizon incident is the oil and gas Industry. I presently represent over 20 oil and gas companies who have been affected by the incident and its aftermath. Their businesses, with significant ties to the Gulf of Mexico, have been severely curtailed. All of my clients have suffered, as have numerous small oil and gas production companies, and oil and gas service companies. The most obvious damage is loss of earnings, although there are also increased regulatory costs and loss of opportunities. Many of these problems are unique to the oil and gas industry. Therefore, it is imperative that the oil and gas industry be represented on the PSC by people who have relevant experience in that particular industry. I have that experience. I grew up in the East Texas oil field. I worked my way through law school by working as a roughneck on a drilling rig. After I graduated from law school, I went to work for a firm with particular expertise in oil and gas matters, including litigation. There, as a young lawyer, I became involved in handling oil and gas litigation of all types, including litigation involving upstream and downstream processing, drilling covenants, and contractual disputes between entities in the oil and gas field.

Even after I became a personal injury attorney, I retained significant contacts to the industry. I have represented geologists, inventors of oil and gas cutting tools, oil and gas companies in industry-specific insurance disputes, and companies involved in intellectual property disputes, among others. Many of these involved calculations of loss of earnings, and loss of business opportunity. The team of people that I have assembled to assist me on this docket also bring significant experience. They are exceptionally experienced and reputable practitioners in the field of litigation and oil and gas. These lawyers have extensive experience in oil and gas drilling tools, oil and gas intellectual property work, and oil and gas contractual disputes. Of significant relevance,

my team has specific expertise in blow out preventors. My experience, along with the colleagues who have affiliated with me, brings a considerable amount of experience from the oil and gas industry to the issues that will be litigated in the instant case. This professional exposure to oil and gas industry issues, as well as my real life experience with the oil and gas business, lets me bring a perspective to this litigation regarding how these issues affect the oil and gas industry. I believe that perspective will be useful. Many of the issues that will now face the oil and gas industry, as a direct result of the spill, will be regulatory issues unique to the oil and gas industry, and are not shared by the other industries involved in this case.

I do not diminish or criticize those whose experience has been in maritime. That experience is valuable and absolutely essential to the prosecution of the plaintiffs' cases in this litigation. However, I do believe that the oil and gas perspective needs to be represented on the Plaintiffs' Steering Committee and I can make that contribution.

My clients on this case are oil and gas service companies, oil and gas construction companies, oil and gas production companies, oil and gas rental tool companies, and oil and gas mud companies. All of those companies provide either materials or services to the oil field industry, or actually are in the business of the production of hydro-carbons. My clients, and I, believe that participation of the oil and gas sector in the PSC is valuable, appropriate, and fair.

Therefore, I respectfully submit my Application for your consideration.

Respectfully submitted,

**WILLIAMSON & RUSNAK**

/s/ *Jimmy Williamson*

JIMMY WILLIAMSON
State Bar No. 21624100
4310 Yoakum Boulevard
Houston, Texas 77006
Telephone: 713/223-3330
Facsimile: 713/223-0001
Email: jimmy@jimmywilliamson.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has this date, September 27, 2010, been sent via the Court's CM/ECF system to all counsel of record and via email to all attorneys on the Panel Attorney Service List.

/s/ *Jimmy Williamson*
JIMMY WILLIAMSON