UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| This Document Relates to: 2:10-cv-01984 **Clay Whittinghill v. Abdon Callais Offshore, L.L.C.** | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION
AND STAY LITIGATION PENDING ARBITRATION

Pursuant to Local Rule 7.8.1E, Defendant Abdon Callais Offshore, L.L.C. ("Defendant") hereby requests leave of this Court to file a reply memorandum in support of its Motion to Compel Arbitration and Stay Litigation Pending Arbitration.

Defendant filed its Motion to Compel Arbitration and Stay Litigation Pending Arbitration on August 27, 2010. Docket No. 114. Plaintiff, Clay Wittinghill ("Plaintiff"), filed his Opposition to Defendant's Motion to Compel Arbitration and Stay Litigation Pending Arbitration (the "Opposition") on September 7, 2010. Docket No. 177. Permitting Defendant to file a reply brief would be helpful to more fully address the issues raised in Plaintiff's Opposition.[1] Plaintiff's counsel has advised that he has no objection to the Court's granting this motion. Defendant respectfully submits that the granting of this motion will not delay the proceedings or prejudice the parties.

WHEREFORE, Defendant Abdon Callais Offshore, L.L.C. prays that this motion be granted as prayed for above.

---

[1] Defendant did not receive notice of such filing until September 24, 2010.

1476500.1/010726.000002

Respectfully submitted this 27th day of September, 2010.

/s/ Walter W. Christy
Walter W. Christy, La Bar No. 04134
Jacob C. Credeur, La Bar No. 31116
Coats | Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

Attorneys for Defendant
Abdon Callais Offshore, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via the Court's Electronic Filing/Notification System.

This 27th day of September, 2010.

/s/ Walter W. Christy

1476500.1/010726.000002