UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON"<br>in the GULF OF MEXICO,<br>on APRIL 20, 2010 | :<br>:<br>:<br>: | MDL NO. 2179<br><br>SECTION: J |
| | : | |
| This Document Relates to:  2:10-cv-01984 | : | JUDGE BARBIER |
| **Clay Whittinghill v. Abdon Callais Offshore, L.L.C.** | : | MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that Defendant Abdon Callais Offshore, L.L.C. is granted leave to file a reply memorandum in support if its Motion to Compel Arbitration and Stay Litigation Pending Arbitration.

IT IS HEREBY FURTHER ORDERED that the Reply Memorandum attached to Defendant Abdon Callais Offshore, L.L.C.'s motion for leave is hereby deemed filed as of the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
JUDGE

1476500.1/010726.000002