UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010          MDL NO. 2179

                                            SECTION "J"

                                            JUDGE CARL J. BARBIER

                                            MAGISTRATE SHUSHAN

THIS DOCUMENT RELATES TO: ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### APPLICATION OF JOSEPH M. BRUNO FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Joseph M. Bruno of the firm Bruno & Bruno, L.L.P., who makes this application for appointment to the Plaintiff's Steering Committee ("PSC") in MDL No. 2179.

Joseph M. Bruno is a founding partner of Bruno & Bruno, L.L.P. The firm began as a partnership with his father, Frank S. Bruno, in January 1979. Since that time four of his five brothers joined the firm making it a unique family firm. Frank A. Bruno opted to withdraw from the firm to start his own firm specializing in Workman's Compensation litigation. Christopher M. Bruno was recently elected to the Civil District Court bench and currently sits in the Domestic Section of that Court. Today, Joseph practices with his two brothers, Stephen Bruno and Robert Bruno; both excellent Trial lawyers.

Mr. Bruno having had experience with the Oil Pollution Act as detailed below recognized that the Act provides for the strict liability of the responsible party and as such understood that the claim's focus is the degree to which a claimant can demonstrate loss of income and/or profit from the loss of natural resources. The firm currently represents over 100 large businesses owners in connection with there claims against BP. Bruno & Bruno, L.L.P. has not requested that any of their clients execute contingency fee contracts opting to advise these clients to work with BP to the extent that they can to resolve this matter without litigation. Only those clients who are dissatisfied with BP's proposal will be asked to sign a contingency fee contract in order to pursue litigation in this matter.

The largest hurdle in the case is BP's manipulation of the OPA requirement for presentment of the claim in order to start the 90 day wait period before the litigation can be instituted. Once the Court clarifies that issue, the task of a PLC will be to create a dispute resolution process that would include trial for the hundreds of thousands of claims that will likely be filed.

Joseph M. Bruno is particularly well suited to work this litigation as a result of his appointment as Liaison Counsel in the matter entitled, _Gabarick, et al v. Laurin Maritime (America), Inc._, et al; Civil Action No. 08-4007. The _Gabarick_ litigation arose as a result of the release of thousands of gallons of diesel fuel into the Mississippi River as a result of the collision between the M/V Tintomara and barges in control of DRD towing. Defendant's filed a motion to dismiss all claims against them based on their assertion that the Oil Pollution Act preempted all economic claims. Judge Ivan Lemelle agreed and granted the Defendants' motion.

As a result of our experiences with the Oil Pollution Act we drafted a claim form that we believe satisfied the presentment requirement of the Oil Pollution Act and the regulation

promulgated there under which was circulated it to all Plaintiffs counsel. Mr. Bruno has written an article on this Act (a copy of which is attached), and has lectured about the Oil Pollution Act.

In addition to his specific expertise with regard to the Oil Pollution Act Mr. Bruno's experience as Court appointed Plaintiff's Liaison Counsel in the *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No.: 05-4182 makes him invaluable to the litigation. As Liaison he oversaw thousands and thousands of claims against the United States Army Corps of Engineers and as well as, insurance claims in regards to home owner insurance carriers. Bruno & Bruno, L.L.P. successfully settled over 5,000 individual insurance claimants without litigation. Mr. Bruno suggests that he is uniquely qualified to assist the Court in developing a system whereby these OPA claims can be settled without litigation.

Mr. Bruno also served on the Plaintiff's Steering Committee with regard to *Turner, et al. v. Murphy Oil USA, Inc.,* Civil Action No. 05-04206; which was recently concluded. In that case, Mr. Bruno voluntarily contributed a portion of his fee to resolve an appeal of the Court's Order regarding distribution of fees by lawyers who were unhappy with their award.

Mr. Bruno's Curriculum Vitae is attached and is a testament of ability to and the fact that he has worked extremely well with other counsel in complex litigation. He has the resources and time to devote to this extremely important case.

With respect, Joseph M. Bruno, asks the Court to appoint him to the Plaintiff's Steering Committee.

Dated: September 27, 2010
/s/ *Joseph M. Bruno*
Joseph M. Bruno (LA Bar Roll No. 3604)
BRUNO & BRUNO, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CMF/ECF system which will send a notice of electronic filing to counsel of records.

/s/ *Joseph M. Bruno*
Joseph M. Bruno