**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL. 2179 |
| RIG "DEEPWATER | § | |
| HORIZON" in the | § | SECTION: J |
| GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

**APPLICATION OF MATTHEW B. MORELAND**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

**NOW INTO COURT**, comes Matthew B. Moreland, counsel for plaintiffs, Bill's Oyster

House, LLC (LAED case no. 10-1308), Brent J. Rodrigue, Jr. (LAED case no. 10-1325) and

Tom Garner, (LAED case no. 10-1482) who pursuant to Section 17 of this Court's Pretrial Order

#1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for

this consolidated, multi-district litigation.  I attest that I and the Becnel Law Firm LLC, have and

will commit the ample resources necessary to prosecute this litigation, will work cooperatively

with the other attorneys involved in this litigation, and are experienced in complex litigation

involving toxic exposures, mass torts and class actions.

**Individual Qualifications**

In 1996, I obtained a juris doctor degree from Louisiana State University Law Center,

and am admitted to all Louisiana state and federal courts.   I have extensive qualifications to

assist in this MDL as I have a thorough knowledge of the workings of federal court as a former

clerk in this District and federal practitioner in this court for over a decade since my clerkship.  I

have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing.  My relationship with the bench and bar has been enhanced as the past president of the New Orleans Chapter of the Federal Bar Association and a member of the National Board of Directors for the Federal Bar Association. Through these positions, I acquired great experience in bringing attorneys together to meet on issues and resolve matters.  It is this experience and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs.

My experience in MDL litigation began as early as *In re Propulsid Products Liability Litigation* (MDL No. 1355), continuing to *In re Serzone Products Liability Litigation* (MDL No. 1477), *In re Sulzer Orthopedics Inc. Hip Prothesis and Knee Prothesis Products Liability Litigation* (MDL No. 1401), *In re Welding Rod Products Liability Litigation* (MDL No. 1535), *In re High Sulfur Content Gasoline Products Liability Litigation* (MDL No. 1632),  *In re Vioxx Products Liability Litigation* (MDL No. 1657),  *In re Bextra and Celebrex Products Liability Litigation* (MDL No. 1691), *In re Ortho Evra Products Liability Litigation* (MDL No. 1724) and *In re FEMA Trailer Formaldehyde Litigation* (MDL No. 1873) in all areas of litigation from discovery to final trial preparation and appeals.  *In the FEMA Trailer Formaldehyde Litigation*, I served on the Plaintiff's Steering Committee since 2007 wherein I was appointed by Judge Kurt Engelhardt.  While this litigation is ongoing with trials scheduled for the coming year, my primary tasks have been completed including intake and claims process of over 17,000 claimants thus providing me with ample time to dedicate to the this case.

## Firm Qualifications

The Becnel Law Firm has represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters and intellectual

property litigation. We specialize in mass tort litigation and have an excellent relationship with both the defense bar and the scientific and expert community.  Our firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

The Becnel Law Firm has over 40 years of experience and success in litigating all types of litigation in both state and federal courts.  We have litigated complex toxic tort, environmental and  exposure cases, including motion practice, class certification and trials.  Our attorneys and experts are trained and experienced in scientific and engineering methods and procedures, which are particularly relevant to the chemical exposure and environmental toxicity issues in this litigation.

**Specific Qualifications as Relating to This Litigation**

On April 30, 2010, our firm filed _Bills Oyster House, LLC, et al vs. BP plc, et al_, C.A. No. 10-1308. Upon filing this case and numerous others, our office immediately prepared the moving papers for the Judicial Panel on Multidistrict Litigation to initiate this case as an MDL. Additionally, our firm met with all of the represented plaintiff's counsel in attendance at the Boise, Idaho JPML hearing, after having successfully argued for the Eastern District of Louisiana as the optimal location for the MDL.  Subsequently, our firm has filed several cases for clients regarding this litigation in the Eastern District of Louisiana.  We have participated in meetings and communicated and met with plaintiffs' counsel in the consolidated cases.

Our firm has consulted and retained numerous experts regarding this litigation ranging from toxicologists to engineers.  Accordingly, the Becnel Law Firm is committed to providing the resources necessary to this litigation and is committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee, and respectfully

pray that this Court appoint Matthew B. Moreland to the Plaintiffs' Steering Committee.

Respectfully submitted,

__/s/ Matthew B. Moreland_____
MATTHEW B. MORELAND (#24567)
BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile  (985) 536-6445
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via this Court's electronic filing system or U.S. Mail. Signed this 27th day of September, 2010.

_____/s/ Matthew B. Moreland_____
MATTHEW B. MORELAND