IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------
IN RE: OIL SPILL by the OIL RIG        )    MDL No. 2179
"DEEPWATER HORIZON" in the             )
GULF OF MEXICO, on                     )    SECTION: J
APRIL 20, 2010                         )
                                       )    Judge Barbier
This Document Relates to All Cases     )    Mag. Judge Shushan
                                       )
---------------------------------------------------------

**APPLICATION FOR APPOINTMENT OF BURTON H. FINKELSTEIN AND
FINKELSTEIN THOMPSON LLP TO THE PLAINTIFFS' STEERING COMMITTEE**

Burton H. Finkelstein respectfully requests this Court appoint him and his firm, Finkelstein Thompson LLP ("FT"), to the Plaintiffs' Steering Committee.[1] Mr. Finkelstein and FT have significant complex litigation experience and has associated itself with the law firms of Plews Shadley Racher & Braun LLP ("PSRB") and The Law Offices of Timothy J. Matusheski, PLLC for this litigation to bolster its ability to address the complex scientific and environmental issues the oil spill has created. In the alternative, Mr. Finkelstein respectfully requests that he and FT be appointed to any leadership committee that the Court deems appropriate.

**I. FT Is Committed To Investing Substantial Time And Resources**

FT's history of effectively litigating complex class actions demonstrates its willingness to commit the resources and time necessary to the present case. FT on several occasions has litigated cases lasting many years and requiring significant commitment.[2] As FT expects this

---

[1] Mr. Finkelstein is counsel for the plaintiff in *Cooley v. BP PLC et al.*, No. 1:10-cv-00391 (S.D. Miss.). This case has been tagged for transfer to this Court and the Judicial Panel on Multidistrict Litigation is currently processing its transfer.

[2] *See, e.g.*, *Freeland v. Iridium World Communc'n, Ltd., et al.*, No. 99-1002 (D.D.C) (nine years of litigation leading to $43.1 million settlement); *In re Natural Gas Commodity Litig.*, No. 03-6186 (S.D.N.Y.) (four years of litigation leading to final approval of over $100 million in settlements); *Heliotrope Gen., Inc. v. Sumitomo Corp., et al.*, No. 701679 (Cal. Super- San Diego) (over six years of litigation, approval of over $100 million in settlements).

1

litigation will require a similarly extensive commitment of resources, Mr. Finkelstein and FT are fully prepared to invest those resources on behalf of the classes.

Successful resolution of this litigation will require substantial personnel and financial resources. FT is a 20 attorney firm with offices in San Francisco, California and Washington, D.C., making it larger and better equipped than the majority of the firms filing cases in this matter. Mr. Finkelstein has been in practice for 47 years and FT has been litigating cases for 33 years and is nationally recognized as a premier class action firm. The classes in this litigation would be well served by Mr. Finkelstein's and FT's appointment to a leadership position.

## II. FT Has the Experience Necessary To Litigate This Complex Case

Few firms can rival Mr. Finkelstein's and FT's experience in complex litigation like the case before this Court.[3] FT has extensive experience leading complex class actions in state and federal trial and appellate courts across the country, including experience with environmental litigation.[4] Through the years FT has been in a number leadership and co-leadership positions in consumer product cases, antitrust cases, and securities cases.[5] In those positions, FT has successfully negotiated substantial settlements for the class members it represented.[6] FT has also

---

[3] A full firm resume for FT, PSRB and Mr. Matusheski can be made available to the Court upon request.

[4] *See Jach v. American Univ.*, No. 02cv01580 (D.D.C.) (representing residential property owners asserting claims related to the contamination and cleanup of hazardous waste in their Washington, D.C. neighborhood of Spring Valley); *In re John Adams Assoc., Inc.*, No. 07-577 (D.D.C.) (representing plaintiffs asserting claims related to drinking water contaminated with perfluoroctanoic acid from emissions from nearby Du Pont plants.)

[5] *See eg. Ironworkers Local No. 399 and Participating Employers Health And Welfare Funds v. Janssen, L.P.*, No. 3:06-cv-03044-FLW-JJH (D.N.J) (FT is lead counsel); *In re Reformulated Gasoline (RFG) Antitrust and Patent Litig.*, MDL 1671 (C.D. Cal.) (FT served as co-lead and FT achieved a $48 million settlement); *Rudolph vs. UT Starcom, et al*, No. 3:07-CV-04578-SI (N.D. Cal.) (FT acted as sole Lead Counsel in securities class action and negotiated a settlement totaling $9.5 million); *Holly Glenn v. Polk Audio, Inc.*, No. 99cv4768 (Md. Cir. – Baltimore) (FT was Co-Lead Counsel and negotiated as settlement totaling $4.8 million); *Grecian v. Meade Instr., Inc.*, No. 06cv908 (C.D. Cal.) (FT sole Lead Counsel in securities class action, negotiated a settlement totaling $3 million).

[6] *See In re Natural Gas Commodity Litig.*, No. 03-6186 (S.D.N.Y.)(Co-Lead Counsel negotiating over $100 million in settlements); *Heliotrope Gen., Inc. v. Sumitomo Corp., et al.*, No. 701679 (Cal. Super. San Diego)(Co-Lead Counsel negotiating settlements totaling $100 million); *Rodriguez v. West Publ'g*, 563 F.3d 948 (9th Cir. 2009)(Co-class counsel negotiating settlements totaling $49 million); *In re Merrill Lynch & Co., Inc. Research Reports Litig.*,

performed critical roles in complex litigation subcommittees with noteworthy success.[7]  FT's appointment to a leadership position will ensure both efficient and effective representation for all of the classes still reeling from the devastation of the oil spill.

### III.  FT Has Associated With Counsel Experienced In Complex Environmental Litigation And Working With Government Agencies

PSRB is a 34 attorney firm with a practice focusing on complex environmental, technical and scientific legal issues.  Several of its attorneys are nationally recognized in environmental law, and many others have engineering and environmental management degrees, including one attorney with a Ph.D in geology.  PSRB has litigated a number of noteworthy cases implicating environmental issues, including what is believed to be the largest toxic-tort action ever filed in Indiana.[8]  PSRB also regularly works with the U.S. Environmental Protection Agency's CERCLA, RCRA and Clean Air Act enforcement programs, as well as the Indiana Department of Environmental Management's State Cleanup, RCRA, Voluntary Remediation and UST programs and the Indiana Department of Natural Resources water, surface coal mining &

---

MDL 1484 (S.D.N.Y.) (Lead Counsel in six of the underlying securities class actions, total settlement $125 million).

[7] *See In re Microsoft Corp. Antirust Litig.*, MDL 1332 (D. Md.) (FT on the Discovery Committee and managed discovery in one of the most complex class actions in history); *In re Dynamic Random Access (DRAM) Antitrust Litig*, MDL 1486 (N.D. Cal.) (FT on Executive Committee in this litigation brought on behalf of indirect consumer purchasers of DRAM memory.  This litigation recently settled); *In re Epogen And Aranesp Off-Label Marketing And Sales Practices Litig.*, MDL 1934 (C.D. Cal.) (FT serves on the Executive Committee in this Litigation); *In re Mercedes-Benz Tele Aid Contract Litig.*, MDL 1914 (D.N.J.) (FT serves as chair of the pleadings committee).

[8] *See Sierra Club v. Gates*, No. 2:07-CV-0101-LJM-WGH, 2008 WL 4368531 (S.D.Ind. Sept. 22, 2008) (defeated attempt to disrupt military's destruction of VX nerve agent at a chemical weapons depot in Western Indiana); *Pound v. Airosol Co., Inc.,* 498 F.3d 1089 (10th Cir. 2007) and *Pound v. Airosol Co., Inc.,* 316 F. Supp. 2d 1079 (D. Kan. 2004) (finding aerosol pesticide manufacturer violated Clean Air Act);  *Cooper Indus. v. City of South Bend*, 899 N.E.2d 1274 (Ind. 2009) (providing important interpretation of the Indiana Environmental Legal Action statute, including recognition that municipalities are "persons" able to seek cost recovery under the statute); *Lindsey v. DeGroot*, 898 N.E.2d 1251 (Ind. Ct. App. 2009) (defended large dairy farm from environmental toxic tort claims); *American States Ins. Co. v. Kiger*, 662 N.E.2d 945 (Ind. 1996) (seminal Indiana decision finding coverage for environmental liabilities under comprehensive general liability insurance policies); *Allstate Ins. Co. v. Dana Corp.,* 759 N.E.2d 1049 (Ind. 2001) (finding coverage for environmental liabilities despite numerous policy defenses); *Rumke of Indiana, Inc. v. Cummins*, 107 F.3d 1235 (7th Cir. 1997) (upholding right of landfill operator to sue for environmental response costs under Superfund statute).

reclamation, oil and gas, and wildlife protection programs.  Given the complex scientific, regulatory, and environmental issues already involved in this litigation, the association of PSRB with FT will ensure that all classes receive the best possible representation for their claims.

Mr. Matusheski has practiced in the Southern District of Mississippi for over seven years and is personally aware of the effects the oil spill has had on the Gulf Coast.  Mr. Matusheski has significant experience working with the Department of Justice and other United States government agencies with *qui tam* cases filed on behalf of the government under the False Claims Act.  Mr. Matusheski also has a degree in Mechanical Engineering Technology.  As FT expects this litigation will involve working with numerous engineers and require coordination with various government agencies, Mr. Matusheski's association with FT will greatly benefit the classes.

### IV.  FT's Has A Demonstrated History Of Working Cooperatively With Others

FT takes great pride in its ability to work cooperatively with other counsel to effectively prosecute large multidistrict litigations.  FT's ability to work with diverse plaintiffs groups, as well as with stalwart defense counsel, can be seen in its role on the Plaintiffs' Steering Committee in *Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.).  There FT serves in a dual capacity as PSC member and co-chair for all class actions and has effectively prosecuted those claims alongside the personal injury cases.  Indeed FT's willingness to associate with counsel at the early stages of this litigation demonstrates its willingness to work cooperatively with others going forward.

WHEREFORE Burton H. Finkelstein, on behalf of himself and FT, requests appointment to the Plaintiffs' Steering Committee and in the alternative requests that he and FT be appointed to any leadership committee that the Court deems necessary and appropriate.

Dated: September 27, 2010                Respectfully Submitted,

                                                       /s/ Burton H. Finkelstein

                                                       Burton H. Finkelstein
                                                       DC Bar No. 105213
                                                       Attorney for Plaintiff James Cooley
                                                       **Finkelstein Thompson LLP**
                                                       1050 30th St NW
                                                       Washington, DC 20007
                                                       Tel. (202) 337-8000
                                                       Fax. (202) 337-8090
                                                       bfinkelstein@finkelsteinthompson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2010, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this filing to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the panel attorney service list attached as Schedule B to the Court's Pretrial Order No. 1.

/s/ Burton H. Finkelstein_____

Burton H. Finkelstein
DC Bar No. 105213
Attorney for Plaintiff James Cooley
**Finkelstein Thompson LLP**
1050 30th St NW
Washington, DC 20007
Tel. (202) 337-8000
Fax. (202) 337-8090
bfinkelstein@finkelsteinthompson.com