UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  <br> *   MDL NO. 2179 <br> * <br> * <br> *   JUDGE CARL BARBIER <br> * <br> * |

### RICHARD J. ARSENAULT'S PLAINTIFF STEERING COMMITTEE MEMORANDUM AND ATTACHED APPLICATION

**MAY IT PLEASE THE COURT:**

This disaster is one of the most significant maritime tragedies in our nation's history. The economic and ecological issues the oil spill poses are epic, the legal issues are complex and the need for coordination is critical. The litigation will require plaintiffs' counsel to have a unique combination of maritime and Multidistrict litigation experience.

Unlike defense counsel, which will draw from long-standing, cohesive, pre-existing organizations, plaintiffs' counsel must quickly merge to create a strategic alliance in the form of a Steering Committee which will litigate against some of the largest and best financed law firms in the world; truly an amazing process.

No doubt the Plaintiff Steering Committee will face many challenging issues. The good news is that complex litigation, for both the bench and bar, always provides an opportunity for creative thinking. MDL 2179 will be no different.

MDL Judges are encouraged to appoint counsel who are vigorous advocates, constructive problem-solvers and civil with each other as well as their adversaries. As the Manual for Complex Litigation states, "Few decisions by the court in complex litigation are as difficult and

sensitive as the appointment of designated counsel."[1] It is clear from a reading of PTO No. 1 that Your Honor has given careful consideration to the magnitude of such a decision. Having done the same, attached is my Plaintiff Steering Committee application.[2]

Dated:  September 27, 2010                    Respectfully submitted,

                                                 /s Richard J. Arsenault
Richard J. Arsenault (LA Bar #02563)
NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA  71309
Telephone: (318) 487-9874
Facsimile: (318) 561-2592
E-mail:  rarsenault@nbalawfirm.com

**CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify that I have this 27th day of September, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record through Liaison Counsel.

                                                /s Richard J. Arsenault

---

[1] *Manual for Complex Litigation Fourth*, Federal Judicial Center West, § 10.224.

[2] *Manual for Complex Litigation Fourth* provides helpful analyses and recommendations regarding, *inter alia*, the organization of complex cases such as this one, and the responsibilities and duties of counsel appointed to lead such actions. (See §10.2, §10.21, §10.22, §10.221, §10.224).  The *Manual* also emphasizes the importance of the appointment of "designated" counsel and discusses organizational structures. (See §10.224).  Similarly, Rule 23(g) of the Federal Rules of Civil Procedure, as well as the *Manual*, provides guidelines for appointment of "interim class counsel" in putative class actions.