**RICHARD J. ARSENAULT'S PLAINTIFF
STEERING COMMITTEE APPLICATION**

With Your Honor's instructive guidance in PTO No. 1, I begin by noting that I have been appointed by state and federal courts throughout the country to serve in leadership capacities, including lead counsel, liaison counsel, settlement counsel and executive committee chairperson, in some of the most significant litigation in the nation, including numerous high-profile MDLs.[1] In the Eastern District of Louisiana, that includes appointments by Judges Sarah S. Vance, Eldon E. Fallon, Edith "Joy" Brown Clement and others. In addition to other Eastern District appointments, I have served as liaison counsel in two MDLs for Judge Vance (ETS MDL 1643 and OCA MDL 2165) and as chair of the federal/state liaison committee for Judge Fallon (Propulsid MDL 1355).

My entire career, spanning over 30 years, has been focused on maritime law and complex litigation. I am the current co-chair of the AAJ Gulf Coast Oil Spill Litigation Group. I also chair the Louisiana Bar Association's Annual Admiralty Symposium and have done so since its inception 17 years ago, and I similarly have chaired the Bar Association's Complex litigation seminar since its inception. In fact, last Friday I chaired an Oil Spill symposium in New Orleans with my friend, colleague and co-author, Professor Tom Galligan.[2] The many speakers included Magistrate Judge Daniel Knowles with whom I have recently served as a co-faculty member at the LSU Trial Advocacy Program. Also in attendance as a speaker was Mike Rozen, who addressed issues and responded to questions regarding the $20 billion dollar fund. For over ten years, twice each year, I have worked with Professor Galligan and several Article III Judges in panel presentations sponsored by the Louisiana Bar Association to review recent maritime developments. I currently appear under the "Maritime Law" category in "The Best Lawyers in America" and have appeared in each consecutive edition since 1993. I chair the Louisiana Bar Association's Section on Insurance, Negligence, Worker's Compensation and Admiralty Law and am a past chair of the AAJ Admiralty Law Section. I have made presentations throughout the U.S. and Canada on maritime topics and authored articles in various law review and other peer-reviewed scholarly publications including the Maritime Lawyer, the Maritime Law Reporter, Trial Magazine and the Louisiana Bar Journal. Noted admiralty scholar, Professor Frank Maraist, has repeatedly invited me to appear as a guest lecturer at LSU Law School for the maritime courses he teaches. I am also a past Editorial Board Member of the Maritime Law Reporter. (Members have included Sam Gainsburgh, Paul Edelman, James George, Eldon E. Fallon, Harvey Lewis and other well-respected maritime practitioners from around the country). On May 25, 2010, I chaired a Gulf Coast Oil Spill Symposium in New Orleans attended by over 250 attorneys from both sides of the bar. It was covered by the national press and featured James Carville as the keynote speaker. I was also asked to chair the June 23, 2010, Harris Martin Oil Spill Symposium in New Orleans. For decades, I have chaired complex litigation programs with nationally recognized speakers. I have organized dozens of counsel meetings and conferences, comprising hundreds of law firms in venues across the country. These have been

---

[1] What follows is an illustrative list of my PSC appointments by the federal bench: **Vioxx MDL No. 1657/**Plaintiffs' Steering Committee, Eastern District of Louisiana; **Toyota MDL No. 2151/**Plaintiffs' Lead Counsel Committee for Economic Loss Class Actions, California; **Guidant MDL No. 1708/**Co-Lead Plaintiffs' Counsel, Minnesota; **Educational Testing Service Praxis MDL No. 1643/**Liaison Counsel, Eastern District of Louisiana; **Propulsid MDL 1355/**Chair of the Plaintiffs' State Liaison Counsel, Eastern District of Louisiana; **OCA, Inc. Securities and Derivative MDL No. 2165/**Liaison Counsel, Eastern District of Louisiana; **Bextra/Celebrex MDL No. 1699/** Plaintiffs' Steering Committee , California; **Medtronic MDL No. 1726/**Plaintiffs' Steering Committee, Minnesota; **High Sulfur Content Gasoline Products Liability MDL No. 1632/**MDL Plaintiffs' Steering Committee, Eastern District of Louisiana; **Ortho Evra MDL No. 1742/**Plaintiffs' Discovery Committee, Ohio; **Rice Contamination MDL No. 1811/**Plaintiffs' Executive Committee, Missouri; **Medtronic Sprint Fidelis Leads MDL No. 1905/**Plaintiffs' Steering Committee, District of Minnesota; **Zicam MDL No. 2096/** Plaintiffs' Steering Committee, District of Arizona; **NuvaRing Products MDL No. 1964/**Plaintiffs' Steering Committee, District of Missouri.

[2] Tom Galligan is President and Professor of Humanities, Colby-Sawyer College, New London, NH. Before assuming that position, he was Dean of the University of Tennessee College of Law; he also taught for 12 years at LSU's Paul M. Hebert Law Center. He has written and spoken extensively on torts and maritime law and has testified before the House Judiciary Committee, the Senate Judiciary Committee and the Senate Committee on Commerce, Science and Transportation concerning liability issues associated with the Deepwater Horizon disaster.

designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts. Consequently, I understand and function well in the national complex litigation landscape.

I co-authored an Oil Spill related article with Professor Tom Galligan for the American Bar Association which was published in August of this year and I co-authored the chapter on Multidistrict litigation with Professor Galligan in an American Bar Association treatise (*A Practitioner's Guide to Class Actions*) which was released this month. Regarding Multidistrict litigation, in August, I was asked by Judge John G. Heyburn, II, Chair of the Judicial Panel on Multidistrict Litigation, to participate in the Panel's "Multidistrict Litigation Study Project." In connection with this project, I was extensively interviewed by Professor Francis McGovern.

My commitment to legal excellence is reflected in decades of service which has included teaching at law schools, publishing law review articles, lecturing at Judicial Colleges and Fifth Circuit Judicial conferences and assuming leadership roles in both local, as well as national bar associations. I have been appointed to numerous editorial boards and have made presentations throughout the U.S. and Canada on a variety of maritime, mass tort, class action and complex litigation related topics. I have over 300 articles and presentations listed on my CV. I have authored many Law Review articles including one published in the Federal Courts Law Review.[3]

I served as co-counsel with **Professor Arthur Miller** in Baycol MDL 1408 where the Plaintiff Steering Committee asked us to argue the class certification motion in Minneapolis. Later, at a class action fairness hearing in another federal court, Professor Miller, while testifying regarding class action related issues, described me as one of the "leaders in the area of complex litigation." Similarly, **Professor Edward Sherman**, with whom I have participated with in CLE panel presentations and for whom I have served as a guest lecturer at Tulane Law School, likewise has described me as one of the "experts" in class actions.

Observations from the bench regarding prior MDL leadership appointments are particularly instructive. **U.S. District Judge Donovan Frank** appointed me to serve as Co-Lead Counsel in Guidant MDL 1708. As the litigation came to a close, the court acknowledged lead counsels' significant mass tort experience and explained: "This experience benefitted immensely the court's ability to effectively and expeditiously move the case along, and more importantly, this experience benefitted the individual plaintiffs." The Guidant MDL presented many unique challenges and much of my time as Co-Lead Counsel was spent in critical management efforts which were essential to coordinating the litigation. Again, this did not go unnoticed by Judge Frank who remarked: "The attorneys had superb case management experience that permitted them to efficiently handle this complex case. Had it not been for the skill of counsel, there may have been no settlement and no recovery for the plaintiffs here at all." As one of the lead negotiators in the Guidant litigation, I was involved in every step of the process, all of which was directly supervised by **Magistrate Arthur Boylan,** who noted that the negotiations were some of the "most complex" that he had been involved in and praised the "professionalism, competence and skill of counsel" during the settlement process. Judge Frank stated that Magistrate Boylan's observations were consistent with what the court had observed throughout the case as well.

I served as co-lead counsel with Jim Roy in the New Iberia Train Derailment litigation before **U.S. District Judge Rebecca Doherty**. At a fairness hearing, Judge Doherty made the following remarks: "This is a matter where counsel took it upon themselves to take this out of the norm and to handle it creatively, and they

---

[3]Other recent publications include: "The Increasing Central Role of Bellwether Trials and MDL's" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section. "Settlement Strategies for Complex Global Litigation" published in "*TRIAL*" the Journal of the American Association of Justice. "Class Action Settlement of 'Future Claims'" which appeared in a recent edition of the Louisiana Trial Lawyers Association publication. "Gathering Digital Data" published in "*TRIAL*" the Journal of the American Association of Justice. "Daubert in Class Certification" published in the Louisiana Bar Journal. "Will Daubert Challenge Your Class Certification?" published in *"TRIAL"* the Journal of the American Association of Justice. "Precertification Discovery: A User's Guide" published in the Tulane Law Review, 80 Tul. L. Rev. "Multidistrict Litigation and Bellwether Trials: Leading Litigants to Resolution in Complex Litigation" published in *The Brief*, quarterly magazine of the ABA Tort Trial & Insurance Practice Section.

have handled it efficiently, … and it has been reflective of the collective talent, experience, and ability of the attorneys involved..." "I think the novel manner in which this was handled is extremely laudable…" "The experience, reputation, and ability of the attorneys is exemplary. I think the curriculum vitaes point that out, and I don't think it's every day that you have someone of Mr. Arthur Miller's stature who says that you have some of the best in the country working in a given case. That is high praise not unnoted by this Court..." Judge Doherty later asked us to make a presentation at a Fifth Circuit Judicial Conference to share the creative and unique techniques employed in the litigation.

I was appointed by **U.S. District Judge Eldon Fallon** to serve as Chair of the Federal/State Coordination Committee in the Propulsid MDL. Judge Fallon noted: "I appreciate the work that you are doing and urge you to continue to participate. If we're going to get through this in a cooperative manner it's going to rest on your shoulders and it's going to be because of your efforts. And I appreciate your efforts." (August 23, 2002 Transcript of Status Conference held before Honorable Eldon E. Fallon, Judge, pp. 11-12, ll. 9-25). Judge Fallon also remarked: "State Liaison Counsel have been very valuable in helping to coordinate the state and MDL proceedings. One of the problems we have in MDL is that everybody goes their own way and there is no coordination. Through your efforts, we have had some coordination and the court appreciates that." (February 3, 2003 Transcript of Motion Proceedings Heard Before the Honorable Eldon E. Fallon, Judge, p. 6, l. 13-18).

I have been the architect of many significant litigation recoveries and appointed to key negotiating teams, resulting in nine figure settlements. I served on the Executive Committee and as Class Counsel in environmental litigation which settled for over a quarter of a billion dollars just days before trial. I was one of the lead negotiators in the Ingram Barge litigation before Judge John V. Parker involving thousands of claims arising from a chemical leak from a barge that capsized. (Don Haycraft was defense counsel.) I was also one of the lead negotiators in a certified class action brought on behalf of farmers against the manufacturer of a pesticide-coated rice seed. That settlement was reached after more than fifty witnesses were heard during a five week trial. I was also selected to serve as one of the lead negotiators in Medtronic MDL 1726 and Guidant MDL 1708.

Should the Court deem it appropriate, I respectfully encourage Your Honor to confer with two of the preeminent admiralty scholars in the country, Professor Tom Galligan and Professor Frank Maraist, regarding my ability to provide value to this PSC. In the class action/complex litigation arena, three other scholars who could likewise serve as references, would be Professor Francis McGovern, Professor Ed Sherman, (former dean of Tulane School) and Professor Arthur Miller. In terms of practical local litigation experience and the ability to cooperate with all counsel, including opposing counsel, BP's current counsel, Don Haycraft could speak to this issue, especially in light of the major litigation we have had over the years. This includes the Ingram Barge litigation where I deposed the key witness for several days at Don Haycraft's office, took dozens of depositions across the country and finally resolved the case after many years of hard fought litigation. Mike Rozen and Ken Feinberg could likewise speak to my qualifications and involvement in the instant litigation. At the Oil Spill Symposium on Friday, during his presentation, Mike Rozen acknowledged my maritime law expertise.

Currently, I serve as a faculty member for LSU Law School's Trial Advocacy Program; a faculty composed of Federal and State Court Judges, professors and prominent attorneys. I have been a part of that program since its inception nearly 20 years ago. I have been retained to provide expert testimony and have served as a mediator in mass tort litigation. Trial Magazine regularly calls upon me to peer review articles they consider for publication and I also serve as a peer reviewer for Martindale-Hubbell in connection with their attorney evaluations process. I have been named to the American Trial Lawyers Association's Top 100 Trial Lawyers in Louisiana. The Association is a national organization composed of the Top 100 Trial Lawyers from each state. Membership is obtained through special invitation and is extended only to those attorneys who

exemplify superior qualifications of leadership, reputation, influence and stature. I have Martindale Hubbell's AV rating and am listed in many other peer-reviewed publications, including the Bar Register of Preeminent Lawyers and "Best of United States." I have appeared in the "Best Lawyers in America" publication since 1993.

I represent a wide variety of claimants in the instant litigation including fisherman, fishing charter enterprises, business owners, the Lafourche Parish Sheriff's Department, hundreds of rental property owners and many major resorts in Florida, including probably the largest – Sandestin Golf and Beach Resort.[4] In addition to economic loss claims, we have filed a variety of claims including RICO, Securities and environmental cases. As soon as this casualty occurred, I retained a forensic hydrologist who immediately began an investigation which involved documenting damages via sea plane and providing guidance in securing experts and identifying the relevant disciplines. We have identified, retained or are communicating with experts in over 45 different disciplines.[5] I have worked with some of the top Louisiana maritime practitioners to contribute to the proposed Case Management Orders submitted to Your Honor. I have been in regular communication with Ken Feinberg and Mike Rozen and have presented major claims to the Gulf Coast Claims Facility for processing and payment determination.

As an officer of the court, and as a member of the Louisiana, Texas, Colorado and Washington, D.C. Bars, I respectfully submit that I am both willing and able to commit to this complex and time consuming process. My firm is one of the largest plaintiff firms in Louisiana. Consequently, I have the resources required to prosecute this litigation, both in terms of finances and my firm's infrastructure, which includes a seasoned staff that are no strangers to complex litigation.

In conclusion, I respectfully suggest that my unique combination of maritime and MDL experience satisfies the criteria Your Honor has outlined for Plaintiff Steering Committee membership and I would be honored to serve.

Respectfully submitted,

 /s Richard J. Arsenault
Richard J. Arsenault (LA Bar #02563)
NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
Alexandria, LA  71309
Telephone: (318) 487-9874
Facsimile: (318) 561-2592
E-mail:  rarsenault@nbalawfirm.com

---

[4] I am counsel of record in the following cases: Tom Garner v. BP PLC, et al; Case No. 10-1482 (E.D. La.); William Bucano/Titeline Charter Service, LLC v. Transocean, Ltd., et al; Case No. 10-1507 (E.D. La.); Dudenhefer's Fishing Charters, Inc. v. Transocean, Ltd., et al, Case No. 10-1506, (E.D. La.); Laura P. Gautreaux v. BP PLC, et al; Case No. 10-1539, (E.D.La.); Key West Tiki Charters, Inc. v. Transocean, Ltd., et al; Case No. 10-10039 (S.D.Fla.); Peter J. Barber, et al v. BP, PLC, et al; Case No. 10-263 (S.D.Ala.), Johnson Investments Counsel, Inc. v. BP, PLC, et al Case No. 10-00903 (W.D. La.), Johnson Investment Counsel, Inc. v. Transocean, et al, Case No. 10-4515 (S.D. NY).

[5] Civil Engineering, Applied Engineering, Frensic hydraulic/hydrologic engineering, Environmental Engineer, Marine Engineer, Mechanical Engineer, Petroleum Engineer, Chemical Engineer, Metals Engineer, Manufacturing Engineer, Ocean Hydrologist, Ocean Current Forecaster, Mathematical Simulations Expert, Physicist, Photogrammetrist, Fisheries Supply Expert, Food Supply Statistics Expert, Marine Population Statistics Expert, Time-Series Statistics Expert, Coastal Wetlands Expert, Marine Biologist, Coastal Biologist, Marine Botanist, Marine Zoologist, Shellfish Expert, Shellfish Pathologist, Ocean Toxicologist, Aquatic Mammal Pathologist, Ornithology Expert, Petroleum Geologist, Fluvial Geologist, Coastal Geologist, Drilling Operations Safety Expert,
OSHA Compliance Expert, Oil Spill Expert, Petroleum Testing Laboratory, Environmental Testing Laboratory, Air Quality Expert
Dispersant Expert/Chemist, GIS and Mapping Expert, Food Supply Expert, Economist, Oil Field Operations Expert for Semi-Submersible Rig Operation, BOP Expert/Designer, Remote Control Submarine Expert, Professional Photographers, Graphic Arts Professional, and Animation Expert.