UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### APPLICATION OF KATHRYN W. BECNEL
### FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes Kathryn W. Becnel, counsel for plaintiffs, in the above captioned matter, this Court's Pretrial Order #1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation.  I hereby represent that I, and my firm, the Becnel Law Firm., have and will commit the ample resources necessary to prosecute this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation involving toxic exposures, mass torts, and class actions.

### Individual Qualifications

In 1995, I obtained a juris doctor degree and am admitted to all Louisiana state courts and federal courts for the Eastern, Western and Middle Districts of Louisiana and U.S. Fifth Circuit Courts of Appeal.  Additionally, I have been admitted to numerous Courts nationwide for the purpose of MDL litigation.   I have extensive qualifications to assist in this MDL as I have a thorough knowledge of the workings of federal court as a federal practitioner for the last fifteen years, ten of which wer spent in service as an Assistant United States Attorney in the Eastern District of Louisiana.  I have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing.  It is this experience

and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs.

**Firm Qualifications**

My firm has represented plaintiffs in state and federal civil rights litigation, pharmaceutical and device products liability litigation, toxic tort class actions, and personal injury cases. My firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

Accordingly, I am committed to providing the resources necessary to this litigation and am committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee, and respectfully pray that this Court appoint Kathryn W. Becnel to the Plaintiffs' Steering Committee.

Respectfully submitted,

_/s/ Kathryn W. Becnel_____
Kathryn W. Becnel (#23645)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
985.536.1186
985.536.6445
kwbecnel@gmail.com

**Counsel for Plaintiffs**