UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## APPLICATION OF TONI S. BECNEL
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes Toni S. Becnel, counsel for plaintiffs, in the above captioned matter, this Court's Pretrial Order #1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation. I hereby represent that I, and my firm, the Becnel Law Firm., have and will commit the ample resources necessary to prosecute this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation involving toxic exposures, mass torts, and class actions.

### Individual Qualifications

In 1995, I obtained a juris doctor degree and am admitted to Louisiana state courts and federal courts. Additionally, I have been admitted to numerous Courts nationwide for the purpose of MDL litigation. I have extensive qualifications to assist in this MDL as I have a thorough knowledge of the workings of federal court as a federal practitioner for the last fifteen years. I have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing. It is this experience and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working

together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs.

**Firm Qualifications**

My firm has represented plaintiffs in state and federal civil rights litigation, pharmaceutical and device products liability litigation, toxic tort class actions, and personal injury cases. My firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

Accordingly, I am committed to providing the resources necessary to this litigation and am committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee, and respectfully pray that this Court appoint Kathryn W. Becnel to the Plaintiffs' Steering Committee.

                                           Respectfully submitted,

                                           _/s/ Toni S. Becnel_____
                                           Toni S. Becnel (#23645)
                                           Becnel Law Firm
                                           P.O. Drawer H
                                           Reserve, LA 70084
                                           985.536.1186
                                           985.536.6445
                                           tonis11@hotmail.com

                                           **Counsel for Plaintiffs**