**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket NO. 2179 |
| | SECTION J |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

**APPLICATION OF WILLIAM S. VINCENT, JR. FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW, William S. Vincent, Jr. of Law Office of William S. Vincent, Jr., pursuant to Pretrial Order No. 1, and files this application respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2179.  In support, he states as follows:

William S. Vincent, Jr. is the founder and managing partner of Law Office of William S. Vincent, Jr., based in New Orleans, Louisiana.  He, and his firm, has experience in all facets of complex litigation and tort matters in state and federal courts, as well as appellate practice before the United States Courts of Appeals and the Louisiana Supreme Court. Mr. Vincent has forty (40) years of  experience in matters involving general maritime law. He has handled cases against Transocean  in relation to their drilling vessels and has represented workers involved in oil field work on both fixed oil platforms and semi-submersibles.  Mr. Vincent has experience with maritime cases involving complex personal jurisdiction defenses raised by foreign corporations. This firm has also previously represented commercial fishermen, including oystermen, and oyster farmers in claims related to damage suffered due to water pollution and siltation both in administrative courts and courts of general jurisdiction.

The Law Offices of William S. Vincent, Jr. currently represents 33 clients in relation to the instant litigation. We represent seafood distributors/dealers who hold licenses in Louisiana, Texas

and Florida. The firm's clients include commercial fishermen and oyster lease holders representative of thousands of acres of oyster farms in both Louisiana and Texas. We also represent workers involved with the ongoing oil clean-up operations.

From the time this disaster started to unfold, Mr. Vincent's firm has been at the forefront of this litigation, and he has retained, and is in constant contact with, experts relating to the oil spill. We are familiar with the complexities facing all claimants and are counsel of record in the action already consolidated in this MDL, *Ivic, et al v. BP, et al*, Case No. 10-1249, United States District Court for the Eastern District of Louisiana.

Mr. Vincent well satisfies the criteria set forth in Pretrial Order No. 1: he is willing and available to commit himself to the just resolution of this litigation; he has a demonstrated ability to work cooperatively with colleagues and parties; and he has ample professional experience in this type of litigation.

WHEREFORE, William S. Vincent, Jr. respectfully requests appointment to the Plaintiffs' Steering Committee in this matter.

Respectfully submitted,

/s/ William S. Vincent, Jr.
WILLIAM S. VINCENT, Jr., La. Bar No.13094
W. JARED VINCENT, La. Bar No. 27695
V. JACOB GARBIN, La Bar No. 27808
2018 Prytania Street
New Orleans, Louisiana 70130
Telephone: (504) 522-3220
Facsimile: (504) 568-1408
E-mail: jacob@wsvjr.com; wsvincent@wsvjr.com; jared@wsvjr.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been electronically filed with the Clerk of Court via the CM/ECF on the  27th  day of September, 2010.

/s/ V. Jacob Garbin
WILLIAM S. VINCENT, Jr.,
V. JACOB GARBIN