UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * | MDL No. 2179 |
| | | SECTION "J" |
| | | DIVISION "3" |
| THIS DOCUMENT RELATES TO ALL CASES | | JUDGE CARL J. BARBIER |
| | | MAGISTRATE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE BY DONALD W. PRICE

I, Donald W. Price, of Dué, Price, Guidry, Piedrahita & Andrews, P.A., submit this application for appointment to the Plaintiffs' Steering Committee pursuant to Pretrial Order No. 1. I am counsel for plaintiffs in *Duet, et ux. v. BP, plc., et al.*, No. 2:10-cv-01519, and co-counsel for plaintiffs in *Theriot v. Halliburton Energy Services, Inc, et al.*, No. 2:10-cv-01560.

I am prepared to commit whatever time and resources are necessary to fulfill the responsibilities of the Plaintiffs' Steering Committee in this case, and my firm is prepared to support this undertaking. Although we have been and are involved in several mass tort/multidistrict litigation proceedings, neither I nor any member of the firm am currently a member of any MDL or

1

class action plaintiffs' committee. Furthermore, having just completed my term as president of the Louisiana Association for Justice, I am now free to devote whatever time is needed to this litigation.

My ability to work with others is best illustrated by my involvement with the Louisiana Association for Justice. Over my years in practice, I have worked in the trenches as a rank-and-file member, and I have assumed a number of leadership positions, including being a member of the Board of Governors, Executive Committee, Medical Malpractice Section Chair, two terms as Chair of the Legislation Committee, and most recently as President. Each of these positions required me to combine my efforts with those of others to achieve our common goals, and I have been successful in doing so. In addition, I am an active member, past president and past member of the board of directors of the LSU Kiwanis Club, a club dedicated to serving the community in and around Louisiana State University in Baton Rouge.

I graduated from the Louisiana State University Paul M. Hebert Law Center in 1989. I was a member and Senior Editor of the Louisiana Law Review and a member of the Order of the Coif. Following graduation, I spent one year as a law clerk to the Honorable James L. Dennis, then Associate Justice of the Louisiana Supreme Court. I then began practice with my current firm.

Since its founding, Dué, Price, Guidry, Piedrahita and Andrews, P.A., has followed a philosophy of combining outstanding legal and intellectual talent with aggressive representation of its worldwide clientele. The firm's practice includes all types of complex litigation, including maritime law, maritime mass disasters, environmental pollution litigation, oil and gas exploration and production and industrial accidents.

The majority of my experience and that of my firm has been in representing individuals. My practice includes serious and complex personal injury cases, including admiralty and maritime cases,

oilfield and industrial accidents, medical malpractice cases and insurance disputes. I am also active in litigating environmental property damage cases, and I have an active appellate practice. I regularly conduct presentations at continuing legal education seminars, and I have in fact prepared and presented courses on the law applicable to the current disaster for the LSBA, LAJ and AAJ. I have been honored to be included in both *Louisiana SuperLawyers* and *Best Lawyers in America*.

While we focus primarily on individual cases, the other members of my firm and I have experience with a number of mass torts, class actions and multidistrict litigation proceedings. I have personally been involved as counsel in various capacities, up to and including lead trial counsel, in a number of such cases, including *In re: Genetically Modified Rice Litigation*, No. 4:06-md-0811-CDP (E.D. Mo.) (MDL arising from contamination of rice seed); *1994 Exxon Chemical Plant Fire*, No. 94-MD-0003 (M.D. La.) (damages from chemical plant fire); *Ard v. Transco*, No. 15089 (St. Helena Parish) (mass joinder for damages from gas pipeline explosion); *Wheat v. Illinois Central*, No. No. 2003-003676, and consolidated cases (Tangipahoa Parish) (mass joinder for damages from train derailment); and *Alexander v. Amitech*, No. 512,959 (E. Baton Rouge Parish) (class action for damages from chemical releases).

In addition, I will also receive the benefit of the advice and experience of the other members of my firm. Paul H. Dué has been involved in numerous maritime mass disaster cases, including the ROSE S. litigation (a limitation trial on behalf of the survivors of the thirty South Korean seamen who perished when the vessel sank in the Pacific Ocean); the Air Manila case (maritime product liability case against General Motors and Lockheed arising out of a plane crash in Guam that killed thirty-three Filipino workers); the UKOLA litigation (representing the survivors of twenty-two seamen from the Dominican Republic who died in the sinking of that vessel); the CORINTHOS

3

litigation (representing the surviving dependents of five Indian seamen killed in an explosion and fire); American counsel in the PIPER ALPHA rig explosion, in which the threat of American litigation led to rapid settlement of those claims; and the successful representation of 260 British victims of mesothelioma in claims against the Johns Manville Trust.  Kirk A. Guidry was co-lead trial counsel on behalf of a class of crawfishermen for damages against a pesticide manufacturer.  Randolph A. Piedrahita recently represented several victims of the explosion of the dive vessel JILLIAN MORRISON.  B. Scott Andrews was a member of the plaintiffs' trial team in the *Scott v. American Tobacco* case in New Orleans, involving smoking cessation on behalf of Louisiana smokers.

There is no shortage of qualified applicants for positions on the Plaintiffs' Steering Committee.  Nevertheless, I believe that my legal skills and energy would be an asset to the PSC and to the plaintiffs in this proceeding, and thus I respectfully request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted by
Attorneys for Plaintiffs:

**DUÉ, PRICE, GUIDRY, PIEDRAHITA
    & ANDREWS**
(A Professional Association-Not A Partnership)


/s/ Donald W. Price
Paul H. Dué, Bar Roll #5120
Donald W. Price, Bar Roll #19452
Kirk A. Guidry, Bar Roll # 20842
B. Scott Andrews, Bar Roll #24280
8201 Jefferson Highway
Baton Rouge, LA  70809
Telephone:  (225) 929-7481
Facsimile:  (225) 924-4519

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL No. 2179<br><br>SECTION "J"<br><br>DIVISION "3" |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE CARL J. BARBIER<br><br>MAGISTRATE SHUSHAN |

**********************************************************************

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the EM/ECF system which will send a notice of electronic filing to Interim Liaison Counsel. I further certify that I served by email all attorneys listed on the Panel Service List as provided in Pretrial Order # 1 and by U.S. mail to all attorneys on the manual notice list.

Baton Rouge, Louisiana, this 27th day of September, 2010.

                                          /s/ Donald W. Price