UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE : OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 <br><br> JUDGE BARBIER |
| This Document Relates to: All Cases | * * | MAG. JUDGE SHUSHAN |

*******************************

## APPLICATION OF DANIEL K. BRYSON FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

In accordance with the provisions of Pre-Trial Order 1, §17, Daniel K. Bryson, of the Law Offices of Lewis & Roberts, PLLC, respectfully makes this application for appointment to the Plaintiffs' Steering Committee ("PSC") for the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 ("BPOS"). In support thereof, I state as follows:

1. **Applicant Information:**

I am a founding partner in the law firm of Lewis & Roberts, PLLC with offices in Raleigh and Charlotte, North Carolina. The firm has 20 attorneys. I am licensed to practice in NC and Kentucky. I received my undergraduate degree from UNC-Chapel Hill in 1983, an MBA from UNC-Greensboro in 1986, and a JD *cum laude* from Wake Forest in 1988. I have devoted my entire practice over the last twenty-one (21) years to complex civil litigation, class action, mass torts, and many of the key issues involved in this litigation.

I have been intimately involved in this dispute since its inception. I am currently involved with a group of attorneys that represent hundreds of fishermen, area businesses and property owners impacted by the spill. I am counsel of record in several actions filed shortly after the explosion, including *Dugas, et al v. BP, PLC, et al*, C.A. No. 2:10-1322 (E.D. La.) and

*Lockridge et al v. BP, PLC, et al,* C.A. No. 1:10-0233 (S.D. Ala.), both of which have been consolidated into the above captioned matter.

I have spent the last year working full time with the PSC in *In re Chinese Drywall Manufactured Drywall Product Liability Litigation,* MDL 2047 pending in this district. I have served on the trial team of each bench trial before Judge Fallon, and actively participated in the trials and presented witnesses. I am also Co-Chair of the Expert and Science committee, among other committees, for the Drywall litigation. My interests in this litigation are similar; to be involved in the scientific and expert aspects of the case. I also have extensive experience serving on other PSCs through the years, including *In re Zurn Pex Products Liability Litigation,* Case File No. 08-MDL-1958 (ADM/RLE), United States District Court, District of Minnesota.

2. **Willingness and Ability to a Time-Consuming Effort:**

I am personally committed to devote substantial time and resources to this matter and my firm is prepared to commit other attorneys and paralegals. I understand that the scope of this litigation will require a full time commitment and significant expenses. I urge the Court to consult with Judge Fallon, or lead or liaison counsel, for an indication of my dedication to the Drywall litigation. I will bring a similar commitment to this litigation if selected.

3. **Ability to Work Cooperatively with Others:**

For over two decades, I have worked cooperatively with many persons seeking appointment to the Plaintiffs' Steering Committee in MDL matters, as well as in mass tort cases in both federal and state courts. In the Drywall litigation, I have demonstrated an ability to work with numerous other attorneys and law firms.

WHEREFORE, Daniel K. Bryson, respectfully requests appointment to the Plaintiffs' Steering Committee.

                              Respectfully submitted,

                              /s/ Daniel K. Bryson
                              Daniel K. Bryson
                              Lewis & Roberts, PLLC
                              Suite 400
                              3700 Glenwood Ave.
                              Raleigh, NC 27612
                              P: (919) 981.0191
                              F: (919) 981.0431

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2010, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing.

/s/ Daniel K. Bryson
DANIEL K. BRYSON