UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| This Document Relates To: All Cases | |

### APPLICATION OF REBECCA A. CUNARD FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the provisions of Pre-Trial Order 1, § 17, Rebecca A. Cunard, respectfully submits this application for appointment to the Plaintiffs' Steering Committee.

**I.     Introduction**

I, Rebecca A. Cunard, respectfully present to this Honorable Court my application to serve as a member of the Plaintiffs' Steering Committee (PSC). My twenty year legal career in Baton Rouge has been wholly committed to representing tort victims including thousands of families though all phases of environmental, toxic exposure and property diminution litigation. I agree to the responsibilities of membership to the PSC as set forth in Pre-Trial Order 1 and would be honored to be selected as a PSC member by this Honorable Court.

**II.    Willingness and Ability to Commit to a Time-Consuming Effort**

I understand the complexity of MDL No. 2179 and appreciate the time consuming nature and the importance of an appointment to the PSC. I along with the Cunard Law Firm have the willingness, the availability, the resources and the passion to commit fully to this litigation, and, we pledge to work efficiently and effectively for the common benefit of all claimants.

**III.     Ability to Work Cooperatively with Others**

I have the ability to work cooperatively with all counsel and with all parties involved in MDL No. 2179. I have previously served and worked cooperatively on seven Plaintiffs' Steering Committees in United States District Court, including the Eastern, Western and Middle Districts of Louisiana (see IV herein). I pledge that my dedication to cooperation and professionalism will be paramount throughout this litigation.

**IV.     Professional Mass Tort/MDL Experience**

In addition to my general experience in MDL and other complex cases/class actions, I have specific experience involving matters with direct relevance to MDL 2179. The cases particularly significant to my qualifications to serve as a member of this PSC are as follows:

1)  In Re: 1993 Exxon Coker Fire Litigation, USDC, Middle District of Louisiana, Master Docket No. 93-MS-2-C-1; PSC member.  (Environmental/toxic tort).
2)  In the Matter of the Complaint of Ingram Barge Company as Owner of the M/V F. R. Bigelow and the IB-960 and Ingram Ohio Barge Co; USDC Middle District of Louisiana, 97-226 (A); PSC member.  (Environmental/Maritime).
3)  In the Matter of the Complaint of Clearsky Shipping Corporation as Owner and Cosco (H.K.) Shipping Company Limited as Manager of the M/V Brightfield for Exoneration From and/or Limitation of Liability; USDC Eastern District of Louisiana.  (Maritime).
4)  Carl Bell, et al vs. Kaiser Aluminum Chemical Corporation; 23rd JDC, Parish of Ascension, State of Louisiana; 99-2078 "N"; Claims Committee Co-Chair.   (Environmental/Toxic Tort).
5)  Dale Dennis, et al vs. C. F. Industries, Inc.; USDC Middle District of Louisiana, 00-404-D-M3; PSC member.   (Environmental/Toxic Tort).
6)  Gloria Berry, et al vs. The Burlington Northern and Santa Fe Railway Company; USDC Western District of Louisiana, 00-CV-1141; PSC member.  (Environmental/Toxic Tort).
7)  Robert Thomas, et al vs. AlliedSignal, et al; 19th JDC; Parish of East Baton Rouge, State of Louisiana; 470,084 "N"; PSC member and Liaison Counsel. (Environmental/Toxic Tort).
8)  In the Matter of Plaquemine Towing Corporation, et al; USDC Middle District of Louisiana, 01-239-D-M3; arising out of a collision on the Mississippi River.  (Maritime)
9)  Alicia Tanguis, et al vs. M/V Westchester, et al; USDC Eastern District of Louisiana, 01-0449; PSC member.  (Oil Spill).
10) John Riley, et al vs. Alabama Great Southern Railway Company, et al CDC No.  2002-08256 "G"; PSC member. (Environmental/Toxic Tort).
11) Susan Blades, et al vs. Illinois Central Railroad Company d/b/a CanadianNational Railroad/Illinois Central Railroad; USDC Eastern District of Louisiana. 02-3121 "A"; PSC member.  (Environmental/Toxic Tort).
12) Schenlen Blakes, et al vs. Honeywell International, Inc.; 19th JDC, Parish of East Baton Rouge; No.: 511,626 Section 23; PSC member and Liaison Counsel. (Environmental/Toxic Tort)

13) In the Matter of the Complaint of River City Towing Services, Inc., As Owner of the Tank Barge FT-22 Petitioning for Exoneration From or Limitation of Liability Civil Action No. 04-291-C, USDC Middle District of Louisiana; and In the Matter of the Complaint of Baton Rouge Harbor Service, Inc., On Behalf of the M/V Egret for Exoneration From or Limitation of Liability, Civil Action 04-748-C, USDC Middle District of Louisiana; and In the Matter of the Complaint of Tessenderlo Davison Chemicals, L.L.C., As Bareboat Charter of the Tank Barge FT-22 Petitioning for Exoneration From or Limitation of Liability, Civil Action 04-763-C, USDC Middle District of Louisiana; PSC member and Liaison Counsel. (Maritime/Toxic Tort).

14) In the Matter of the Complaint of DRD Towing Company, L.L.C., as Bareboat Charterer of the M./V Pam D, in a Cause for Exoneration from or Limitation of Liability, 08-4775 c/w 08-4790 USDC/EDLA. (Maritime).

I have represented thousands of families in various environmental toxic tort cases, including those listed above. In addition, I served as a member of the PSC in ten of those cases and as Liaison Counsel in three of those cases.

## V. The Present Litigation

We have filed, thusfar, five civil actions in this litigation:

1) Tammy Stevenson, et al vs. BP, PLC, et al; Civil Action No.: 2:10-cv-01611 J(1)

2) Mandina's of New Orleans, Elizabeth's Seafood, L.L.C., Frank Marcello et al vs. BP, PLC, et al; Civil Action No.: 2:10-cv-02712 J(1)

3) Carol Galliano, et al vs. BP, PLC, et al; Civil Action No.: 2:10-cv-02715 J (1)

4) Tommy Mandina, Mandina's Restaurant, et al, et al vs. BP, PLC, et al; Civil Action No.: 2:10-cv-02713J(1)

5) Alfred P. Manint, III, et al, vs. BP, PLC, et al; Civil Action No.: 2:10-cv-02716 J(1)

We represent a diverse group of plaintiffs in this litigation but are dedicated to the fair and equitable treatment of all claimants in MDL No. 2179.

**VI.     Conclusion**

Even though I am qualified to serve on the PSC and respectfully request such an appointment, I proudly submit to this Honorable Court that two of my co-counsel are even more deserving an appointment to the PSC. One is Roy Amedee, an environmental lawyer/expert who has served for many years as a "lawyers' lawyer when it comes to environmental matters. The other is Dan Foley, a maritime lawyer with special expertise in limitation proceedings and punitive damages, which skills proved to be crucial in three of the maritime cases listed in § IV. In addition, both of these gentlemen are unsurpassed when it comes to professionalism and work ethic. Therefore, I defer to and nominate Roy Amedee and Dan Foley for PSC membership and would be honored to serve in whatever capacity this Honorable Court deems appropriate.

                                      RESPECTFULLY SUBMITTED:

                                      BY:    /S/Rebecca A. Cunard
                                                REBECCA A. CUNARD
                                                LA. BAR ROLL No.: 20154
                                                9214 INTERLINE AVENUE
                                                BATON ROUGE, LOUISIANA 70809
                                                TELEPHONE:  (225) 925-2978
                                                FACSIMILE:  (225) 925-8192
                                                rebecca@cunardlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th of September 2010, a true copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing systems to counsel of record in this matter.

                                                         /S/Rebecca A. Cunard

                                                    REBECCA A. CUNARD