UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on | : | SECTION:  J |
| April 20, 2010 | : | |
| | : | Judge Barbier |
| This Document Relates to All Cases | : | Mag. Judge Shushan |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### APPLICATION OF FREDERICK ("RICK") T. KUYKENDALL III
### FOR APPOINTMENT TO PSC

NOW COMES Rick Kuykendall's request to serve as a member of the Plaintiffs' Steering Committee ("PSC").

**I.    Introduction**

This Court asks PSC applicants in its Pretrial Order #1 to conduct a soul-searching examination of whether they meet the stringent professional criteria demanded of this monumental case, and of equal importance, whether they possess the necessary demeanor to work with a cohesive team under "complicated and exacting" conditions.  I submit that I am in all ways fully qualified and that my reputation for consensus-building and problem-solving in complex legal matters will be of special benefit to the Court, Special Master, PSC, and all litigants.

**II.    An Overview of My Background and Qualifications**

I am an Alabama native who grew up on the coastal waters of Mobile Bay and the Gulf of Mexico.  My 30+ years of legal practice have taken me from the courts of my home state to prosecuting many of this nation's largest and most complex mass torts and class actions.  During the past decade, I have also served successfully as a dispute resolution expert for scores of litigants

1

who previously had been unable to resolve complex cases.[1]  I represent a multitude of Louisiana and Alabama fishermen and business owners and am counsel of record in the MDL.

In addition to my legal practice, I have maintained a deep commitment to environmental protection, especially of the waters of the Gulf Coast.  I was appointed by Alabama's Governor to its Commission on Environmental Affairs (Member, 1999-2003), am an Honorary Board Member of Mobile Baykeeper, a Founding Member and former Board Member of the Pensacola/Gulf Coast Riverkeepers, Inc., and a stalwart supporter of the national Water Keepers Alliance.  I am especially sensitive and informed of the challenges that the affected communities of the Gulf States face as a result of this environmental catastrophe.

### III.  My "Willingness and Availability" and Ability to "Work Cooperatively with Others"

Your Honor will find the answer to whether I am "willing and availabl[e] ... to commit to a time-consuming job" that requires "a premium on professionalism" and the "susten[ance] … of good working relations" in my actions before this Court in the *Barisich*/*United Commerical Fishmerman's Assoc., Inc.* ("*Barisich*") actions.

#### A.  Litigation in the Eastern District of Louisiana

Within several days of the Macondo blow-out, I re-scheduled all existing professional obligations so that I could address the immediate needs of my clients and coordinate with Louisiana counsel regarding the most pressing legal needs of the threatened Gulf States.  This *ad hoc* group of lawyers banded together over a period of months to obtain swift legal relief for the most immediately and severely affected Gulf States citizens — its commercial fishermen.

---

[1] I have spoken on this topic in many CLE programs.  I was invited by the ABA to speak at its National Convention in 2005 on the topic "When Can Mass Torts Have Mass Settlements?"  In the two years prior, I was invited by the Louisiana Bar Association to speak at its Class Action Symposium on "Settlement Negotiation as Art and Science" and at the "Mass Torts Made Perfect" Seminar of ATLA in New Orleans on the topic of "The Art of Negotiation."

My work in the Eastern District of Louisiana was at the invitation of Louisiana lawyers to serve as co-counsel in *Barisich* in which we (along with the *Wetzel* counsel in many instances) attempted to identify the most pressing needs of all our communities and seek legal emergency relief to protect successfully those interests.[2] I was honored to be part of the core work group that accomplished early legal protections and opened an important line of communication with defense counsel. I believe that this work demonstrates my ability to work effectively with various Gulf States counsel. I look forward to working with the Court's Special Master, Professor Francis McGovern, with whom I have an excellent relationship which began when he mentored me in law school and appointed me to a full scholarship position as the Student Director of the Basic Skills Trial Advocacy Program, Cumberland School of Law.

      **B.**    **Informal Advisor on the GCCF Protocols and Administration**

Having worked with Ken Feinberg and Mike Rozen for the last decade on many matters, I was pleased to be invited to participate with a select *ad hoc* working group of lawyers informally consulting with them on the proposed GCCF protocols and administration. While the GCCF continues to experience growing pains, I believe that the work of this informal group was instrumental in securing important initial concessions and serves as an evolving platform for continued advocacy in the GCCF.

**IV.**    **My "Professional Experience in this Type of Litigation"**

I am an AV-rated litigator,[3] have been named multiple times to the *Best Lawyers in*

---

[2] Though the damage to the Alabama Gulf Coast is great, I have always recognized and fought for resolution of these matters in New Orleans and before this Court. *See* MDL Response of the *Barisich/UCFA* Plaintiffs for Transfer to and Consolidation in the Eastern District of Louisiana (MDL Panel Docket Filing No. 84).

[3] Since 1995, I have been lead or co-counsel in cases resulting in verdicts or settlements totaling over $2B. I obtained settlements of $200M since 1995 serving as co-lead counsel in *Queen v. Constellation Power Source Generation, Inc.* (Md. Cir. Ct., City of Baltimore) (environmental contamination) and *Cummins v. H&R Block*, (Cir. Ct. Kanawha Co., W.V.) (consumer fraud). I previously served as co-lead counsel in *Cox v. Shell Oil Co.* (Ch. Ct., Obion Co., Tenn.), a class action that resulted in the largest consumer settlement at the time. I have participated in many PSC and PEC

*America*, served on the Advisory Panel to the National Labor Relations Board, participated as a member or co-chair of over half-a-dozen ATLA/AAJ committees (current member of the Public Affairs Committee), served as the Chair of the Alabama State Bar's Judicial Liaison Committee (of which I am still a member), and was General Counsel for 10 years of the United Food and Commercial Workers Union Local Afl-CIO1657 (Birmingham).[4]  I am admitted before the Federal District Courts of Alabama; the First, Third, Fifth, and Eleventh Circuit Courts of Appeals; and the United States Supreme Court.  I am fully acquainted with the provisions of the MANUAL OF COMPLEX LITIGATION (FOURTH) relevant to this MDL proceeding.

I have reviewed the many excellent PSC applications and, having worked with many of these lawyers before, am confident that I can meet the Court's expectations in all respects, including the continued dedication of significant financial and professional resources to its common prosecution.

I proudly represent my current Gulf State clients, and it would be an honor to represent through the PSC other similarly situated litigants. I appreciate the Court's consideration of my application.

---

leadership positions in other MDL matters, including *In re Rezulin Prods. Liability Litig.*, MDL No. 1348 (S.D.N.Y.) (where I served as special settlement counsel) and *In re Phenylpropanolamine (PPA) Prods. Liability Litig.*, MDL No. 1407 (W.D. Wa.) and served as lead or co-lead counsel in the class actions *In re CISCO Sys., Inc.* (N.D. Cal.), *In re Conoco, Inc.* (Escambia Co., Fla.), and *Moye v. Exxon/Mobil Corp*. (Monroe Co., Ala). I was appointed Court's Special Master in the Anniston Co., Alabama *Monsanto* toxic tort litigation.  Selected reported cases in which I have been lead or co-lead counsel are: *Cotton v. U.S. Pipe & Foundry Co.*, 856 F.2d 158 (11th Cir. 1988); *Shopman's Local 539 of the Int'l Assoc. of Bridge Workers v. Mosher Steel Co.,* 796 F.2d 1361 (11th Cir. 1986); *Snowden v. United Steelworkers of America*, 435 So.2d 62 (Ala. 1983); *Todd v. United Steelworkers of America*, 441 So.2d 889 (Ala. 1983*); Acevedo Cordero v. Cordero Santiago*, 764 F. Supp. 702 (D.P.R. 1991); *Cunningham v. Warner Lambert*, 21 PLLR 88 (June 2002).

[4] The Honorable Braxton L. Kittrell, Jr., former Presiding Judge of the 13th Judicial Circuit of Mobile County, was kind enough to say of me:

> Rick is an exceptional lawyer whose skills as a litigator are equaled only by his expertise as a negotiator.  I've witnessed his creative, out of the box, approach to solving complex legal problems and admire his dedication to ethical aspects of our profession.

Respectfully submitted,

*/s/ Frederick T. Kuykendall III*
FREDERICK T. KUYKENDALL III
Alabama Bar No ASB-4462-A59F
Kuykendall & Associates, L.L.C.
P.O. Box 2129
Fairhope, AL  36533
(205) 453-0060
FAX (205) 453-0042

*Co-Counsel in Barisich, et al. v. BP, plc, et al.*,
Civil Action No. 2:10-cv-01324 (E.D. La.)