UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | |
|      "DEEPWATER HORIZON" in the | * | MDL NO. 2179 |
|      GULF OF MEXICO on | * | |
|      APRIL 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
|      ALL CASES | * | |

AMENDED APPLICATION OF NELSON J. ROACH OF NIX, PATTERSON &
ROACH, LLP FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

MAY IT PLEASE THE COURT:

Nelson J. Roach respectfully submits this Application for Appointment to Plaintiffs'

Steering Committee and states as follows:

## I.  Professional Experience in This Type of Litigation

Nelson J. Roach is a founding member of the law firm of Nix, Patterson & Roach, LLP

("NPR").  NPR is a twenty-seven lawyer firm with offices in Texas and Tennessee.  The firm's

civil litigation experience includes representing the State of Texas (with four other firms) in the

historic tobacco litigation.[1]   NPR's experience also includes serving as lead counsel

---

[1] *The State of Texas v. The American Tobacco Company, et al*., No. 5:96-CV-0091 (E.D. Tex. 1996) (resulting in a $17.6 billion dollar settlement in 1998).

and co-lead counsel in multi-district securities[2] and consumer class actions,[3] lead counsel in a mass patent infringement case against all major banks in the United States,[4] lead counsel in mass toxic tort[5] and environmental cases,[6] and co-lead counsel in federal false claims act cases[7] against the largest oil companies in the world, including British Petroleum Exploration & Production, Inc. ("BP"). As a result of these and other representations during the last twelve years, NPR's clients have recovered in excess of $20 billion dollars. During this same time period, The State Bar of Texas awarded NPR the Frank Newton Award for NPR's outstanding pro bono program.

Nelson J. Roach has been an integral part of the NPR success story. Mr. Roach earned his JD degree (*cum laude*) in 1984 from Baylor University. He served as a law clerk for the Texas Supreme Court. Although Mr. Roach has extensive experience in Antitrust, Intellectual Property, Insurance and other complex commercial litigation, the primary focus of his practice has been in mass toxic tort litigation. Mr. Roach was lead counsel in several mass tort matters including *In Re: Lone Star Steel Mill Toxic Tort Litigation*, wherein NPR recovered over $250 million dollars on behalf of over 5,000 steelworkers suffering from occupational diseases against 600 defendant manufacturers. In *Fleenor v. The Goodyear Tire and Rubber Co., et. al.,* Mr. Roach recovered over $44 million dollars in a mass occupational disease suit on behalf of 200

---

[2] *In re Delphi Corporation Securities, Derivative & ERISA Litigation*, No. 1:05-MD-1725 (E.D. Mich. 2005) (NPR served as co-lead counsel on MDL steering committee and actively participated in simultaneous MDL and bankruptcy proceedings in the Eastern District of Michigan and in the United States Bankruptcy Court the Southern District of New York); *In Re Brocade Comm. Systems Securities Litigation,* No. 3:05-CV-02042 (N.D. CA 2005).

[3] *Hensley, et al v. Computer Sciences Corporation*, et al., Miller County, Arkansas Circuit Court No.: 2005-59-3.

[4] *Data Treasury v. Wells Fargo, et al*, No. 2:06-CV-72 (E.D. Tex. 2006).

[5] *In Re: Lone Star Steel Mill Toxic Tort Litigation*, Master File No. 1, in the 76th Judicial District Court of Morris County, Texas*; In Re: Fleenor et al v. Goodyear Tire & Rubber Co. et al.*, No. 15,705 in the 76th Judicial District Court of Morris County, Texas.

[6] *Bob Coffee, et al v. Freeport-McMoran Copper & Gold Inc, et al.*, District Court of Kay Oklahoma, Cause No. CJ-2008-68.

[7] *Johnson, et al v. Shell, et al.,* No. 9:96-CV-66 (E.D. Tex. 1996); *United States ex rel. Elizabeth Ann Wright and Bradley Sloan Wright, as Independent Co-Executors of the Estate of Harrold E. (Gene) Wright, Deceased v. Chevron, U.S.A., Inc. et al.,* No. 5:03-CV-264 (E.D. Tex. 2003).

rubber workers at the Red River Army Depot.  Currently, Mr. Roach is lead counsel representing over 5,000 workers in asbestos cases filed in several different jurisdictions, and is lead class counsel in a putative environmental class action involving residents of Blackwell, Oklahoma, against the owners of a former lead smelter for property damage, environmental remediation and medical monitoring.  Mr. Roach is not merely a "litigator"; he has achieved great trial successes, including a recent jury award of $27 million dollars in March 2010, on behalf of DataTreasury Corporation against US Bank for the willful infringement of his client's patents.

Mr. Roach is dedicated to professionalism in the practice of law.  In 2009, Mr. Roach served as President of the Texas Trial Lawyers Association ("TTLA").  As TTLA's president, he headed the organization's lobbying efforts during the 2009 session of the Texas Legislature.  In addition, Mr. Roach is head of the firm's extensive, award-winning pro bono project.  In *Carter v. Vertex Communications*, No. 6:94-cv-242 (E.D. Tex. 1994), Mr. Roach, on a pro bono basis, negotiated a comprehensive settlement and remediation injunction on behalf of a class of African American Vertex employees.  Mr. Roach's commitment to civil rights is a legacy.   His father was Calvin J. Roach, who was the plaintiff in *Roach v. Dresser Ind. Valve & Inst. Div*., 494 F. Supp. 215 (W.D. La. 1980), wherein District Judge Edwin F. Hunter, Jr. held that Acadian or "Cajun" was a national origin subject to protection under Title VII.

## II.  Ability to Work Cooperatively With Others

Mr. Roach and NPR will work cooperatively with counsel for all parties in this case.  The way in which NPR became involved in this case is an example how its attorneys work well with others and will continue to do so if Mr. Roach is honored to serve in a leadership role on the PSC.  NPR teamed with three other firms -- Harrison & Rivard, Chtd., Harrison, Sale, McCloy, Duncan & Jackson, Chtd. (collectively "Harrison"), and Fowler White Boggs P.A. ("Fowler") --

to represent private and public clients throughout Florida.[8]   Working together, this formidable legal team has filed numerous Oil Pollution Act ("OPA 90") claims with BP and the Gulf Coast Claims Facility ("GCCF").   The team has commenced two lawsuits -- one on behalf of Capt. Anderson's Restaurant of Panama City Beach, Florida,[9] and the other on behalf of the City of Panama City Beach.[10]   Because OPA 90 contains a presentment requirement, *see* 33 U.S.C. § 2713, the lawsuits do not include BP, the entity  designated as the Responsible Party under 33 U.S.C. § 2701.   However, if the claims presented to BP and the GCCF are not resolved after 90 days, the complaints will be amended to add BP as a defendant.  The claims of the team's other clients will be handled in a similar fashion.

### III.  Willingness and Availability to Commit to a Time-Consuming Project

Mr. Roach and his team are willing to commit to this time consuming project. The team has already committed substantial resources to the project by retaining an environmental consultant, forensic accountants, and one of northwest Florida's most respected economists, Richard K. Harper, Ph.D. of the University of West Florida's Haas Center for Business Research.  Working together, the team has developed economic models and damage calculations for scores of Florida clients, submitted detailed claims to the GCCF and BP and commenced two lawsuits.

For the reasons stated herein, Nelson J. Roach respectfully requests that this Honorable Court select him to serve on the Plaintiffs' Steering Committee.

---

[8]  Fowler's lead attorney on this case, Mr. Carl Nelson, is an adjunct professor of maritime law at Stetson Law School.  He represented the "responsible party" under OPA 90 in *Boca Ciega Hotel, Inc. v. Bouchard Tansp. Co., Inc.,* 51 F.3d 235, 240 (11th Cir. 1995).  *Boca Ciega* has already been cited to the Court. *See Defendants' Memorandum in Support of Proposed Initial Case Management Order at p. 7 (Dkt. No. 221).*

[9]  *Patronis Bros., Inc. d/b/a Capt. Anderson's  v. Triton Asset Leasing GmbH et al*, No.5:10-cv-254 (N.D. Fla. Sept. 23, 2010).

[10]  *City of Panama City Beach, Florida v. Triton Asset Leasing GmbH et al*, No.5:10-cv-255 (N.D. Fla. Sep. 23, 2010).

Respectfully submitted,

_____
NELSON J. ROACH, Texas Bar No. 16968300
(*Admitted to N.D. Florida on September 27, 2010*)
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX  75638
Phone:  (903) 645-7333
Fax:  (903) 645-5389
njroach@nixlawfirm.com

AN ATTORNEY FOR THE CITY OF PANAMA
CITY BEACH, FLORIDA AND FOR
PATRONIS BROTHERS, INC. D/B/A
CAPT. ANDERSON'S RESTAURANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
NELSON J. ROACH, Texas Bar No. 16968300
NIX, PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, TX  75638
Phone:  (903) 645-7333
Fax:  (903) 645-5389
njroach@nixlawfirm.com