UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>Judge Barbier<br>Magistrate Judge Shushan |
| *This Document is Related to All Cases* | |

APPLICATION FOR APPOINTMENT OF
RAUL R. BENCOMO TO THE
PLAINTIFFS' STEERING COMMITTEE

Raul R. Bencomo respectfully submits this application for appointment to the Plaintiffs' Steering Committee (PSC).

Your Honor issued *Pretrial Order* #1 which sets out the three main criteria for PSC membership.

As to the first criterion, Mr. Bencomo represents to this Honorable Court that he is not only willing and available to commit to this time-consuming project but that he is eager to do so. Moreover, he understands that this appointment is personal in nature and has made an assessment of his professional obligations in the future. He is aware of the financial demands in a case of this magnitude. He has the financial ability to participate in this litigation. There are no impediments nor conflicts which will prevent him from fully participating as a member of the Plaintiffs' PSC.

As to the second criterion, Mr. Bencomo has a proven ability to work cooperatively with others. He has demonstrated his ability to do so in many cases involving multiple plaintiff and defense counsel. Mr. Bencomo was an active member of the Plaintiffs' Trial Team in the trial of the Louisiana tobacco class action, *Gloria Scott et al. v. American Tobacco Co. et. al.,* No. 96-8461, Civil District court for the Parish of Orleans, State of Louisiana. Furthermore, Mr. Bencomo is well-acquainted with many of the defense counsel who have made appearances in

1

this litigation and has no doubt that he can work with them and their respective teams.  Mr. Bencomo further believes that, having worked both in the capacity of plaintiff and defense counsel in significant litigation over the last thirty-five years, he is able to understand the tensions that develop between opposing sides and can help to bridge otherwise insurmountable impasses between the litigants.  Mr. Bencomo also maintains his practice in this forum, and his office is within walking distance of this court house.  He will be available to participate in-person in any last-minute meetings or conferences with counsel or with the Court.

As to the third criterion, Mr. Bencomo has vast professional experience in this type of litigation.  He has participated in mass tort and class action litigation for over thirty years.  As a young lawyer, he worked on the litigation arising from the Continental Grain Explosion and the M/V George Prince Frosta Ferry Collision.  Since then, Mr. Bencomo has been involved in a number of significant mass torts and class actions culminating in the *Scott* matter, discussed above.  His law practice is limited to the litigation of significant liability cases with a specialty in the area of toxic torts where he has represented plaintiffs and defended corporate interests.  His experience ranges from Admiralty and Maritime cases (Jones Act, General Maritime Law, OCSLA, OPA) to the *In Re Welding Rod MDL # 1535, In Re Vioxx Products Liability Litigation MDL #1657, In Re:  FEMA Trailer Formaldehyde Products Liability Litigation MDL # 1873 and Gabarick, et al v Laurin Maritime USDC EDLA 2:08-cv-04007* actions and the instant matter.

In his role as defense counsel Mr. Bencomo has defended entities sued for alleged disposal of toxic substances into the environment (See Jeanette Palmer, et al v. Browning Ferris, Inc., et al No. 63-154 c/w No. 65-773 34th JDC) which allowed him to immerse himself in the issues and the science that are part and parcel of the BP litigation.  He has also represented entities involved in the landfill business dealing with issues of wildlife habitat, wetlands mitigation, remediation and governmental permitting.  As Your Honor is aware, these are all issues that cut across the spectrum of this litigation.

Mr. Bencomo is also qualified to serve on the PSC for several additional reasons:

He is mindful of the Court's statement during the hearing of June 4th, 2010.  The salient part of that hearing, for purposes of this application, are Your Honor's comments about the importance of diversity in this type of litigation. [1]

Mr. Bencomo is completely fluent in Spanish, his native language.  He is uniquely capable of helping any of the non-native claimants affected by this litigation to appreciate and exercise their rights, and believes that this public interest factor is another qualification for Your Honor's consideration. [2]  Moreover, Mr. Bencomo has worked with interpreters over the years and knows the pitfalls of language barriers.  He will zealously protect the rights of minority claimants in this case.

Mr. Bencomo is an AV-rated attorney in Martindale-Hubbell and is recognized in the Bar Register of Preeminent Lawyers.  He has lectured and addressed the Louisiana Judicial College and served as an Adjunct Professor of Trial Advocacy at Tulane Law School for twelve years.  He has also lectured at the Louisiana State Bar Association's Summer School for Lawyers, at seminars sponsored by the Louisiana Trial Lawyers Association, and at numerous other seminars over the years.  He has also been recognized as a Louisiana Super Lawyer in the area of Class Action and Mass Tort Litigation.  Mr. Bencomo has appeared on the Sky Radio Network where he was recognized as one of America's Premier Lawyers.

Mr. Bencomo is a founding member of the A.P. Tureaud Chapter of the Inns of Court and is a Master of the Bench.  He is a lifetime member of the Hispanic National Bar Association, an organization representing the interests of over 25,000 Hispanic Judges, attorneys, law professors and law students.  Mr. Bencomo has also served on the Louisiana State Bar Association's Client Security Fund as its Chairman and been a member of its Bench-Bar Liaison Committee.  He is a past recipient of the Leadership Award of the Young Lawyers Section of the Louisiana State Bar Association and served on the Louisiana Trial Lawyers Association's Board of Governors.  He is

---

[1] Troy Wetzel, Extreme Fishing, LLC v. Transocean, BP LLC, et al Civil Docket No. 10-1222 "J"; Transcript of Status Conference/ Hearing Proceedings Heard Before the Honorable Carl J. Barbier, "I'm going to ask Mr. Roy and Mr. Herman to reach out to make sure that the group of lawyers working on behalf of the plaintiffs in this case is diverse, obviously not only qualified but diverse, diverse in all respects that that term connotes" (Tr. Pg. 17).

[2] Karim v. Finch Shipping Co., Ltd, 94 F. Supp. 2d 727, 739 (E.D. La. 2000), "… injured persons fail to assert their legal right because of insufficient appreciation of such rights, [and] difficulties [i.e. language barriers] in proving [their] claims…."

also the recipient of membership in Omicron Delta Kappa and is a Fellow in the Loyola Institute of Politics.

Mr. Bencomo would be honored to serve and respectfully requests that he be appointed by Your Honor to the Plaintiffs' Steering Committee.

                          Respectfully submitted

                          /s/ Raul R. Bencomo, Esq.
                          RAUL R. BENCOMO, (LSBA 2932)
                          Bencomo & Associates
                          639 Loyola Avenue, Suite 2110
                          New Orleans, Louisiana 70113
                          (504) 529-2929-Telephone
                          (504) 529-2018-Facsimile
                          E-mail: ben_law@bellsouth.net

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2010, I electronically filed the Application for Appointment to the Plaintiffs' Steering Committee with the Clerk of Court by using the CM/ECF system, which in turn will be served electronically upon all counsel of record identified on the Court's Service List. For those parties unable or unauthorized to receive service electronically, service will be made via an approved manner as provided in Pre Trial Order 1.

                          /s/ Raul Bencomo
                          Raul R. Bencomo
                          Bencomo & Associates
                          639 Loyola Avenue, Suite 2110
                          New Orleans, Louisiana 70113