UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO CASE NO. 10-2087

### O R D E R

**CONSIDERING** the Motion for Leave to Reply Memorandum in Support of Motion to Remand filed by the State of Louisiana:

**IT IS HEREBY ORDERED** that in the captioned matter the State of Louisiana be and is hereby GRANTED leave to file its Reply Memorandum in Support of Motion to Remand into the record of this case;

**IT IS FURTHER ORDERED** that the Clerk of Court be and is hereby DIRECTED to file into the record of this case the Reply Memorandum in Support of Motion to Remand of the State of Louisiana.

159732.1

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

159732.1