UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG *"DEEPWATER HORIZON"* in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to All Cases | MAG. JUDGE SHUSHAN |

### APPLICATION OF JOHN H SMITH FOR PLAINTIFFS' STEERING COMMITTEE

I, **John H Smith**[1], pursuant to Pretrial Order No. 1, respectfully submit this Application for appointment to the Plaintiffs' Steering Committee (herein after "PSC") for MDL No. 2179, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.

1.

Michael V. Clegg and I represent the family of Keith Manuel—one of the eleven individuals killed on the *DEEPWATER HORIZON*. The wrongful death and survival action claim was originally filed in the U.S. Eastern District of Louisiana (herein after "E.D. of La.").

2.

Although some wrongful death claimants have filed or have expressed an intention to file Motions to Remand their cases to state court, it is the intention of the present parties to litigate their claims in the E.D. of La. In the event that other wrongful death claimants are successful in their Motions to Remand, the remaining wrongful death

---

[1] Partner of McKernan Law Firm, 8710 Jefferson Hwy, Baton Rouge, LA 70809

claimants in the E.D. of La. may suffer from a lack of representation on the PSC. As this Court is well aware, the wrongful death claims are uniquely situated in terms of defenses to their claims—DOHSA, Limitation proceedings, as well as, special Congressional legislation currently being considered. The nature of these claims emphasizes the need for representation on the PSC.

3.

Apart from the numerous other diverse claims, solely representing the wrongful death claims is a complex and time-consuming task of the PSC. Therefore, it is respectfully submitted that the PSC contain attorneys who can devote significant time, energy and resources to the specific issues relating to the wrongful death, survival and personal injury claims.

4.

I intend to focus entirely upon the representation of Mr. Manuel's family and those similarly situated in this litigation. I am not burdened by hundreds of clients with *Robins*-type, Oil Pollution Act or other commercial claims; as a result, I am in a position to dedicate all my attention and resources to the wrongful death, survival and personal injury claims to the end of this litigation in the E.D. of La.

5.

*McKernan Law Firm* and its attorneys specifically focus on representing personal injury and wrongful death cases. The firm intends to devote attorneys, staff and resources to the fullest extent necessary to ensure the protection of the Manuel family and all those who are in similar positions. Having been involved in many state/national class action and mass tort cases, the firm has the experience to deal effectively with a diverse

group of lawyers—plaintiff and defense—and is well aware of the commitment required to meaningfully participate in this type of litigation.

6.

I was personally involved in the *Firestone MDL* as a committee member; the *Mallard Bay 23* (well blow-out and explosion); *Bartney Barge* litigation (US M.D. La) as trial counsel; and numerous other class actions. Further, I have personally handled many complex cases involving maritime, admiralty, Jones Act, chemical exposure (mass tort and class action), land and water contamination, and aviation. I have the education, experience and resources to perform all duties and responsibilities required of a member of the PSC.

7.

Given the very small group of wrongful death claimants in this litigation—particularly in comparison to the thousands of other claimants—I respectfully submit that it would not be overly burdensome to appoint several PSC applicants having wrongful death claims to the PSC. It is further submitted that PSC applicants who have not filed Motions to Remand be given consideration as members of the PSC. Alternative to appointment to the PSC, I request appointment to a position within the PSC that will most effectively advance and defend the cause of the remaining wrongful death claimants.

8.

I offer the PSC much devotion, dedication, and experience. This is not my first excursion into mass tort litigation and therefore, I am not clouded by any illusions. I understand that this type of litigation involves steady endurance day-in and day-out and I

would be honored and privileged to participate on the Plaintiffs' Steering Committee or in any other capacity as the Court requires.

                                              Respectfully submitted,

                                              <u>/s/ John H Smith</u>
                                              John H Smith (#23308)
                                              McKernan Law Firm
                                              8710 Jefferson Hwy.
                                              Baton Rouge, LA  70809
                                              Telephone:  (225) 926-1234
                                              Facsimile:  (225) 926-1202
                                              jsmith@mckernanlawfirm.com

## Certificate of Service

I hereby certify that on the 27th day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                              <u>/s/ John H Smith</u>