# JOHN H SMITH
PARTNER

McKERNAN LAW FIRM, PLLC

---

Civil Trial Practice: Serious Personal Injury and Wrongful Death, Jones Act, Automobile and Trucking Negligence, Maritime/Admiralty, Premises and Security Liability, Aviation, Products Liability, Toxic Tort, Mass Tort and Class Actions

---

**EDUCATION**

Nicholls State University (B.A. 1991)
Southern University Law School (J.D., 1994; Magna Cum Laude)

**BAR ADMISSIONS:**

Louisiana State Bar, #23308, 1994
Mississippi State Bar, #101025, 2003
U.S. District Court, Eastern, Western and Middle Districts of Louisiana, 1994
U.S. 5th Circuit Court of Appeal, 1996
Mississippi Courts of Appeal

**PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS:**

Louisiana Bar Association
Baton Rouge Bar Association
Ascension Parish Bar Association
Louisiana Association for Justice
Trial Lawyers for Public Justice
American Bar Association
Association of Trial Lawyers of America
Mississippi Bar Association

## MASS TORT/CLASS ACTION EXPERIENCE

**In Re: September 25, 1996 Chemical Exposure, Plaquemine, La.,**
    18th Judicial District Court, Parish of Iberville, State of Louisiana
    Mass Tort – Chemical Exposure

**Hilton v. TCI of Louisiana, Inc.,** 18th Judicial District Court, Parish of
    Iberville, State of Louisiana
    Class Action – Late Fee Overcharge

**Firestone, MDL No. 1373;** Budget/Compensation Committee

**In Re:  Kirby Inland Marine, (Bartney Barge),** United States District Court
    Middle District of Louisiana
    Class Action

**Debbie Windham, et al. v. Terrebonne Parish Consolidated Government, et al.,**
    Terrebonne Parish, State of Louisiana
    Class Action – Levee Failure

**Roger E. Price, et al. v. Roy O. Martin Lumber Company, L.P., et al.**
    Rapides Parish, State of Louisiana
    Class Action

**Andy Decker, et al. v. Colfax Treating Co., L.L.C.**
    Rapides Parish, State of Louisiana
    Class Action

**Melvin J. Burmaster v. Plaquemines Parish Government**
    Parish of Plaquemines, State of Louisiana
    Class Action

**Anne R. H. Rapp, et al v. Iberia Parish School Board, et al.**
    Iberia Parish Louisiana
    Class Action

**In Re:  Vulcan Litigation – April 2001 Incidents**
    Ascension Parish, State of Louisiana
    Mass Tort – Chemical Exposure

**Noretta Thomas, et al. v. Dow Chemical Co., et al.**
    Parish of Iberville, State of Louisiana
    Class Action

**In Re:  Mallard Bay 52**, United States District Court
    Western District of Louisiana
    Class Action