UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

### APPLICATION OF WALTER C. DUMAS FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE (PSC)

I, Walter C. Dumas, attorney of record in *Charles J. Contegni, Jr., etc. v. Transocean, Ltd., et al.*, Civil Action No. 10-cv-3175, respectfully request appointment to the Plaintiffs' Steering Committee (PSC) in MDL 2179 pursuant to the criteria, within the pagination limit, set forth in this Court's Pre-Trial Order No. 1 as addressed below:

A.   **Willingness and Availability**

I am willing to commit the time, resources and energy to this litigation. My case load will not prevent me from participating daily in this MDL litigation. Presently, I am not involved in any MDL litigation or other litigation that will interfere with my duties and responsibilities as a member of the Plaintiffs' Steering Committee (PSC).

B.   **Ability to Work Cooperatively with Others**

My first appointment to a Plaintiffs' Steering Committee was in *In re: Exxon*

1

*Explosion Cases*, Master Docket No. 1, United States District Court for the Middle District of Louisiana. (1990)

Since that time, I have been appointed to Plaintiffs' Steering Committees and leadership roles in other complex litigations including MDL litigations.

I was appointed to the Plaintiffs' Steering Committee in the following Multi-district Litigations (MDL): *In re: Baycol Products Liability Litigation*, MDL Docket No. 1431, United States District Court for the District of Minnesota, and *In re: High Sulfur Content Gasoline Products Liability Litigation*, MDL Docket No. 1632, United States District Court for the Eastern District of Louisiana.  Additionally, I was appointed Co-Chair of the Class Certification Committee in the High Sulfur Content Gasoline Products Liability Litigation.

I have also participated in the following MDL litigations:

1. *In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation*
   MDL No. 1726, United States District Court, District of Minnesota;

2. *In re: Vioxx Products Liability Litigation*
   MDL No. 1657, United States District Court, Eastern District of Louisiana;

3. *In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*
   MDL No. 1708, United States District Court, District of Minnesota;

4. *In re: Propulsid Products Liability Litigation*
   No. 00-MD-01355, United States District Court, Eastern District of Louisiana;

5. *In re: Diet Drug Products Liability Litigation*
   MDL 1203, United States District Court, Eastern District of Pennsylvania;

6. *In re: Copel Pharmaceutical, Inc., Albuterol Products Liability Litigation*
   MDL Docket No. 1013, All Cases, United States District Court District of Wyoming; and

       7.      *In re: Bridgestone/Firestone, Inc. ATX, ATXII, and Wilderness Tire* MDL No. 1373, Master File No. IP 00-9373-C-B/S, United States District Court, Southern District of Indiana, Indianapolis Division.

In *In re: Eunice Train Derailment Litigation*, Number 00-1267, United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, in addition to being appointed Class Counsel, I was of three attorneys appointed by the Court to review the work and time of 59 attorneys and make recommendations to the Court of the amount of attorney's fees each attorney should receive for common benefit work.

In *In re: Gramercy Plant Explosion at Kaiser*, Master Docket Number: 25,975, Division D, 23rd Judicial District Court, Parish of St. James, Louisiana, I was appointed Class Counsel and one of the two attorneys appointed to the Compensation Committee to allocate attorney's fees to over 72 attorneys in the litigation.

C.      **Professional Experience in This Type of Litigation**

In *In re: The Matter of Complaint of Ingram Barge Company*, United States District Court for the Middle District of Louisiana, CA 97-226. (Don Haycraft was defense counsel) I was appointed to the Plaintiffs' Steering Committee and was appointed Liaison Counsel and Class Counsel. There were over 17,000 claimants in this litigation.

I am presently involved in *In the Matter of the Complaint of Eckstein Marine Service, LLC, d/b/a Marquette Transportation Company Gulf-Inland, LLC, as owner of the MIV Good Shepherd for Exoneration from or Limitation of Liability*, Civil Action No. 08-cv-00779 consolidated with *In the Matter of the Complaint of Eckstein Marine Service, LLC, d/b/a Marquette Transportation Company Gulf-Inland, LLC, as owner of the 14-foot aluminum skiff*

with Nissan outboard motor, for Exoneration from or Limitation of Liability, Civil Action No. 08-cv-00780. The trial is scheduled for October 18, 2010, and is expected to last two (2) days.

D. **Other Considerations**

I am counsel of record in the following MRGO cases: *In re: Katrina Canal Breaches Consolidated Litigation,* Civil Action No. 05-cv- 4182, United States District Court for the Eastern District of Louisiana (appointed to Plaintiff's Subgroup Litigation Committee-Levee) and *Norman Robinson, et al. v. The United States Army Corps of Engineers, et al.*, Civil Action No. 06-cv-2268, United States District Court for the Eastern District of Louisiana.

For four (4) years, I served on the Editorial Board of The Maritime Law Reporter.

I submit this Application for Appointment to Plaintiffs' Steering Committee and humbly request, after due consideration, I be appointed a member of the Plaintiffs' Steering Committee.

Respectfully submitted this 27th day of September, 2010.

                                              /s  Walter C. Dumas
                                      Walter C. Dumas, La. Bar Roll No. 5163
                                      DUMAS LAW FIRM, LLC
                                      Lawyer's Complex
                                      1261 Government Street
                                      Post Office Box 1366
                                      Baton Rouge, Louisiana   70821-1366
                                      Telephone:    (225) 383-4701
                                      Facsimile:     (225) 383-4719
                                      E-Mail:          wdumas@dumaslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Application of Walter C. Dumas for Appointment to Plaintiffs' Steering Committee (PSC) upon all known counsel for all parties via the court's CM/ECF system or by placing same in the United States Mail, properly addressed and postage pre-paid to non-CM/ECF participants.

Baton Rouge, Louisiana, this 27th day of September, 2010.

/s Walter C. Dumas
Walter C. Dumas