**IN THE UNITED STATES DISTRICT COURT FOR**
THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010          MDL DOCKET NO. 2179

                                                                          SECTION: J

THIS DOCUMENT RELATES TO                              JUDGE BARBIER
ALL CASES                                                            MAG. JUDGE SHUSHAN

**APPLICATION OF STEPHEN W. MULLINS, FOR APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE AND/OR
EXECUTIVE COMMITTEE**

In accordance with Pretrial Order #1, STEPHEN W. MULLINS, hereby submits the following Application for Appointment to serve on the Plaintiffs' Steering Committee ("PSC") and/or Executive Committee in this matter, or such other leadership position that the Court may deem appropriate. Applicant's CV is attached hereto as Exhibit "A".

**WILLINGNESS TO COMMIT/PROMISE OF AVAILABILITY**

As a lifelong resident of the Gulf Coast for all of my life, with the last 30 plus years in Ocean Springs, Mississippi, and as a committed environmental conservationist on the Gulf Coast concerning marine issues, I have already spent significant amounts of time working on this matter with volunteers and environmental conservation groups and will continue to do so long past the termination of this MDL.

**ABILITY TO WORK COOPERATIVELY and KNOWLEDGE OF SUBJECT MATTER**

Although we do not have class actions in Mississippi, however, I have worked and helped to formulate numerous trial teams. I have served in many capacities, including President of the

Mississippi Association for Justice and held every office and significant chairmanship in Mississippi Association for Justice and now serve as Immediate Past President. Additionally, I have also held all offices of the State's largest saltwater fishing organization, the Coastal Conservation Association, including President and Executive Director, as well as serving as an unpaid lobbyist and trial attorney for numerous conservation issues for Coastal Conservation Association and other environmental groups. My leadership in this area was recognized by the State of Mississippi when past Governor Ronnie Musgrove recommended me for appointment to the Gulf Coast Marine Fisheries Council.

This clearly demonstrates my ability to work with others and shows that I have intimate knowledge of the material involved in this litigation and the biodiversity of the Gulf.

## DIVERSITY

My firm represents a significant number of claims pending in this MDL which range from shrimpers and charter boat captains to real estate interests.

## CONCLUSION

I am a lifelong resident of the Gulf Coast, an avid fisherman and have already dedicated a great deal of my life to advocating for conservation and environmental groups concerning the safety of fisheries in the Gulf of Mexico. I have held leadership positions in the local Bar Association, various trial lawyer groups and major conservation groups. Therefore, I feel I am professionally qualified to serve on this PSC. My years of involvement on marine resource issues and contacts with all parties involved in these matters uniquely qualifies me to be of assistance to this PSC. Additionally, I have an MBA and business degree and have helped with business plans and business values for a number of years.

RESPECTFULLY SUBMITTED this, the 27th day of September, 2010.

                **STEPHEN W. MULLINS**
                **LUCKEY & MULLINS, PLLC**

**BY:** _____
            **Stephen W. Mullins**

STEPHEN W. MULLINS (MS Bar No. 9772)
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd., Suite 102  (39564)
P.O. Box 990
Ocean Springs, MS 39566
Telephone:  (228) 875-3175
Fax:  (228) 872-4719

## CERTIFICATE OF SERVICE

I, STEPHEN W. MULLINS, do hereby certify that I have electronically filed the foregoing Application with the Clerk of this Court who has sent notification of such filing to all counsel of record using the CM/ECF filing system.

THIS, the 27th day of September, 2010.

_____
STEPHEN W. MULLINS