STEPHEN W. MULLINS
Luckey & Mullins, L.L.C.
smullins@luckeyandmullins.com
jackfish28@aol.com

Mississippi office:

2016 Bienville Boulevard, Suite 102  (39564)
Post Office Box 990
Ocean Springs, Mississippi   39566-0724
(228)875-3175 - Telephone
(228)872-4719 – Facsimile

Alabama office:

4354-A Old Shell Rd.
Mobile, AL  36608

**Education:**

Ocean Springs High School – Graduated 1983
University of Mississippi – BBA 1987; MBA 1989
Louisiana State University – JD 1993

**Admitted to Practice:**

Mississippi, Alabama and Louisiana State and Federal Courts and 5th Circuit Court of Appeals

**Honors & Awards:**

Elected to Phi Kappa Phi, Mortar Board, Omicron Delta Kappa, Alpha Lamba Delta, Phi Eta Sigma, Lamba Sigma, Gamma Beta Sigma, Delta Sigma Pi, Golden Key, Greek Century, George Dubois Award, Forrest Mobley Award in Business, Solon E. Summerfield Award, University Scholarship, MCCA Fellowship, Chevron USA Fellowship, Who's Who at Ole Miss, Flory Trial champion (Mock Trial – 1993)

**Memberships and Affliliations:**

Current President of Mississippi Association for Justice, long-time Member of the Mississippi Association for Justice Board of Governors, American Bar Association, American Association for Justice, current Officer and Chair of the Environmental Law Section, Past President and current member of the Jackson County Bar Association, State Bar of Louisiana, Mississippi and Alabama, Professional Member of the Policy Holders of America, Indoor Environment Standards Association, Past State President of CCA of Mississippi, Member of the Advisory Board of American Asians for Change, American Trial Lawyers Association Toxic Mold Litigation Group (officer)and the Construction Defect Litigation Group, as well as various other Conservation Associations

**Publications and Presentations:**

Author: "Prosecuting Mold Claims", Sterling Education Services, LLC, Water Intrusion & Mold Claims Seminar, Biloxi, Mississippi, February 24, 2004.  Author: "Anatomy of A Toxic Mold Case", Changes in the Legal Profession Seminar, Casino Magic Hotel, Biloxi, Mississippi, August 22, 2003.  Author: "Moldy Issues - Screening, Analyzing and Reviewing Potential Mold Cases, ATLA Litigating Toxic Mold Cases, Phoenix, Arizona, October 10-11, 2003.  Author: "Mold: Where We Have Been and Where We Are Going", ATLA Teleseminar on Toxic Mold, What You Need to Know to Handle a Mold Case, April 15, 2003.  Author: "Analysis of a Personal Injury Toxic Mold Case", ATLA 2003 Annual Convention, San Francisco, California, and ATLA's Litigating Toxic Mold Cases, The Pointe Hilton Tapatio Cliffs Resort, Phoenix, Arizona October 10-11, 2003.

Speaker: "Testing Protocols and Techniques from a Litigation Perspective", Mississippi Trial Lawyers Association Introductory Mold Seminar, Grand Casino, Gulfport, April 25, 2003

Speaker: "The Hot Legal Issues in Toxic Mold Litigation", Screening, Reviewing, and Evaluating Potential Mold Cases, ATLA Litigating Toxic Mold Seminar, Hilton, Chicago, June 6-7, 2003.

Speaker: Sterling Education Service's Water Intrusion & Mold Claims Seminar, February 25, 2004, Biloxi, MS.

Moderator: Beyond the Basics, Construction Defects Litigation, ATLA Annual Convention, July 3-7, 2004, Boston.

Panel member: "Mold Litigation: Beyond the Basics II", Harris Martin Publishing; Interactive panel discussion.

Speaker: "Anatomy of a Mold Case", Miss. Summer School for Lawyers, July, 2005.

Speaker: "It's Hard to Say Goodbye to Yesterday: Multiple Defendants, Joinder, Venue, Severance", with Meade Mitchell, Esquire, of Jackson, MS

Author: Two articles for Miss. Bar and Voire Dire Magazines

Co-Author: ATLA Toxic Mold Litigation Packet for January, 2003

Speaker: ATLA Telephonic Conference and Toxic Mold Litigation, 2004

Speaker: "What Does the Future Hold?", Miss. Silica Litigation, Harris Martin Publishing, 2006.

Speaker: "Mangialardi and How It Has Changed the Miss. Litigation Landscape"

Speaker: "Current & Emerging Issues in Silica Litigation", Harris Martin Publishing National Plaintiff & Defense Silica Conference Update in Litigation, 2004

Speaker: "Preparing a Winning Silica Case, Miss. Jurisdictional Update", Harris Martin Publishing National Seminar in New Orleans, LA, 2004

Contributor: American Association for Justice Chinese Drywall Litigation Packet, May, 2009

Panelist: MC Consultants 2009 East Region Construction Defect and Construction Law Conference, May 27-29, 2009, Boca Raton, FL

Panelist: HarrisMartin's Chinese Drywall Litigation Conference, June 4-5, 2009, Orlando, FL

Panelist/Speaker: Chinese Drywall Litigation for Mississippi Bar's Summer School for Lawyers, Destin, July 14, 2009

Speaker: HB Litigation Conference's Medicare, Medicaid & SCHIP in Torts: The Impact on Mass Torts, Construction & Personal Injury Litigation; May 19, 2010, New Orleans, LA

Faculty Member: HarrisMartin's Oil Spill Litigation Conference; June 23, 2010; New Orleans, LA
Frequent Speaker for local organizations and groups, i.e. shrimpers and Biloxi Charter Boat Captains, on the topic of the BP Oil Spill

**MDL Experience:**

Member of the PLC in Silica MDL 1553
Represented clients in Bridgestone/Firestone MDL 1373
Industrial Life Insurance MDL 1390;
Asbestos MDL 870
Orthopedic Bone Screw MDL 1014
Fen-Fen MDL 1203
Chinese Manufactured Drywall MDL 2047
Oil Spill by "Deepwater Horizon" MDL 2179

**Published Cases:**

*3M Co. v. Glass*, 917 So.2d 90 (Miss. 2005)
*Hosey v. Mediamolle*, 963 So.2d 1267 (Miss. App. 2007)
*Creel v. Bridgestone Firestone North American Tire, et al.*, 950 So.2d 1024 (Miss. 2007)
*Hinds Co. Brd. of Supervisors v. Abnie*, 934 So.2d 996 (Miss. 2006)
*Ortman v. Cain*, 811 So.2d 457 (Miss. App. 2002)
*In The Matter of the Estate of Richardson*, 695 So.2d 587 (Miss. 1997)
*Kisner v. Bud's Mobile Homes*, 512 F.Supp.2d 549 (SD Miss. 2007)
*Cullop v. Sphere Drake Ins. Co.*, 129 F.Supp.2d 981 (SD Miss. 2001)

**Representative Cases:**

*Navigator Credit Union v. Rockcrete, Inc., et al.*, (Miss. 2005)
*Billings v. Destiney Industries, et al.*, (Miss. 2006)
*Babishkan v. Southern Homes, et al.*, (Miss. 2004)
*Turnage v. Ford Motor Co., et al.*, (Miss. 2001)
*In re: Orthopaedic Bone Screw Products Liability Litigation*, (3rd Cir. 2002)
*Gulley v. Fowler, et al.*, (5th Cir. 1996)
*Menendez v. Oasis Corp.*, (Miss. 2008)
*Volland v. Principal Residental Mortgage Co., et al.*, (Miss. 2008)
*Broadway Inn Express v. Coastal Builders, Inc.*, (Miss. 2008)
*Farrell v. State Farm Ins. Co.*, (Miss. 2006)
*Miss. Farm Bureau v. Parker*, (Miss. 2005)
*Sedberry v. Nationwide*, (Miss. 2004)
*Cherry, et al. v. Life Ins. Co. of Georgia*, (Louisiana, 2003)
*King, et al. v. Ford Motor Co., et al.*, (Miss. 2001)
*McRevy, et al. v. Ryan, et al.*, (Ala. 2008)
*Farm Fresh Catfish Co. v. Hall*, (Miss. 2000)
*Johnson v. Deviney Construction, Co., et al.* (Miss. 2008)
*Coastal Conservation Assoc. v. Miss. Comm. of Marine Resources* (Miss. 2008)
*Abnie v. Morton International, Inc., et al.* (Miss. 2004)
*Webster v. USAA (Hurricane Katrina case)* (Miss. 2006)