


| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on | § | |
| April 20, 2010 | § | SECTION: J |
| This Document Relates to: ALL CASES | § | Judge Barbier |
| | § | Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR LLOYD N. FRISCHHERTZ TO BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 17 of Pretrial Order No. 1 (Rec. Doc. 2), Lloyd N. Frischhertz, Esq. hereby applies for a position on the Plaintiffs' Steering Committee and in support shows:

1.

Applicant is 1973 graduate of Loyola University School of Law, and practiced with the law firm Seelig, Cosse, Frischhertz & Poulliard from that time until 1998, at which time he formed Frischhertz & Associates, LLC, of which he is managing partner through the present day.

2.

Applicant has litigated thousands of cases over the last 37 years in the area of admiralty and maritime litigation, including trials and numerous appeals before all federal courts in Louisiana and the United States Fifth Circuit Court of Appeals.

3.

For 37 years, Applicant's practice has been devoted primarily to the admiralty and maritime field, including the Longshore & Harbor Workers' Compensation Act, Jones Act, general maritime law, having represented thousands of plaintiffs in the admiralty and maritime fields.

4.




Several of the landmark decisions that Applicant has secured on behalf of his clients in the maritime and admiralty field include the Estate of Cowart v. Nicklos Drilling, Co., 505 U.S. 469, 475, 112 S. Ct. 2589 (1992); Rogers Terminal v. Director, OWCP, 784 F.2d 687, 691 (5th Cir.1986); ITO Corp. v. Director, Office of Workers' Compensation Programs, 883 F.2d 422, 426-27 (5th Cir.1989); Avondale Shipyards, Inc. v. Kennel, 914 F.2d 88, 90 (5th Cir.1990); New Orleans Stevedores v. Ibos, 317 F.3d 480, 484 (5th Cir. 2003).

5.

Applicant's law firm has been working for the last several years through the present day with Scott Bickford of Martzell & Bickford on the MDL Litigation in Federal Express MDL Litigation entitled *Ryan Boudreaux, et al. v. Federal Express Ground Package Systems, Inc.,* MDL Number 1700.   Applicant has handled depositions of the class representatives and participated in discovery and motion practice.

6.

Applicant's firm has also been appointed the liason counsel in the *St. Rita's Nursing Home Litigation*, currently pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.  Applicant's firm currently represents the largest number of families for those patients who tragically died at the St. Rita's Nursing Home in St. Bernard Parish, giving rise to some of the most high-profile litigation arising from Hurricane Katrina.  As part of our responsibilities in that litigation, Judge Franklin Foil appointed our firm to take primary responsibility for the coordination of the 58 suits the litigation, including the responsibility for the coordination of all discovery, trial preparation, and ultimately trial of that litigation for all 58 filed lawsuits.  Thus, our firm has been responsible for coordinating the largest nursing home death disaster in this state's history with more than 50 other law firms across the State of




Louisiana and as far as Minnesota, New York, and other states.  As a result of our firm's efforts, the entire limits of coverage for the tortfeasors have been tendered, and our firm is currently taking primary responsibility for pursuing claims on behalf of 58 residents who are injured or who have died at the nursing home against the Louisiana's Patient Compensation Fund.  Judge Franklin Foil, who was appointed by the Louisiana Supreme Court to preside over this litigation, has made specific note in open court on more than one occasion acknowledging our firm's tireless effort to pursue this litigation, when many other firms across the country ignored the litigation due to potential limitation of recovery.  Nevertheless, our firm pursued these claims with vigor and zealous advocacy on behalf of our clients, and the Court has specifically recognized our firm for its efforts on behalf of those families who suffered one of the most notable tragedies arising as a result of Hurricane Katrina.  Our firm's efforts in that regard demonstrate our significant ability to participate meaningfully and to take a leadership role in this litigation.  We believe that our firm's accomplishments in that litigation illustrate our firm's ability to handle complex litigation in conjunction with other firms across the country, as well as our willingness to undertake complicated legal issues to the trial and appellate levels as necessary to adequately and zealously represent our clients and any other plaintiffs as may be affected by that litigation.

7.

Applicant has reviewed Pretrial Order No. 1 and all other orders to date, and Applicant is prepared to carry out the full responsibilities outlined in Pretrial Order No. 1 and all other Orders issued in this matter.

8.




In the above captioned matter, Applicant is counsel in the *Robin v. Seacor Marine, et al.* litigation, Civil Action No. 2:10-cv-01986.  Applicant is co-counsel in this class action along with Gerald Maples, who has also applied for the PSC.  In this litigation, we are the only counsel representing plaintiffs for the negligent application of 1.5 million tons of sea water on the floating vessel, Deep Water Horizon.  We are the only counsel in this litigation who have applied for this Steering Committee who are representing plaintiffs for these sorts of claims, and who are thus pursuing such avenues of liability.  Applicant believes that the information that discovered to this point is different from what has been discovered and addressed to this point by the other counsel that have applied for the PSC.  Applicant believes that the representation of these unique claims is essential for the PSC to adequately represent all claims presented in this litigation. Accordingly, Applicant believes that he is in a unique position to provide the adequate representation necessary for all claimants in this litigation.

9.

For these reasons, Applicant respectfully requests that he be appointed to the Plaintiffs' Steering Committee in this litigation.

Respectfully submitted:

FRISCHHERTZ & ASSOCIATES, LLC


*/s/ Lloyd N. Frischhertz*
LLOYD N. FRISCHHERTZ (#5749)
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:     (504) 523-1500
Facsimile:      (504) 581-1670
E-mail:          lfrischhertz@frischhertzlaw.com




## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27 day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system which will send a notice of electronic filing to all counsel of record.


*/s/ Lloyd N. Frischhertz*
LLOYD N. FRISCHHERTZ