UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2:10-md-02179<br><br>Section:     J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**APPLICATION AND NOMINATION TO PLAINTIFFS' STEERING COMMITTEE**

COMES NOW Joseph L. "Joe" Waitz, Jr. ("Mr. Waitz"), and, for his Application and Nomination for Appointment to the Plaintiffs' Steering Committee ("PSC"), would respectfully show the Court as follows:

Mr. Waitz applies for appointment to the PSC. Mr. Waitz was born in 1960. He attended Southern University Law School, and obtained his Juris Doctorate in 1986. Mr. Waitz is licensed to practice in the State of Louisiana, and is admitted to the 5th Circuit. He practiced with Waitz and Downer until approximately 2004, and now has his own private practice. As a private practitioner, Mr. Waitz has devoted himself to the representation of Plaintiffs, both for personal injury as well as property damage claims. Mr. Waitz was elected as District Attorney of Terrebonne Parish in 1996, and has currently holds that position. He is also currently the Vice President of the Louisiana District Attorneys Association, and is expected to move into the President's position in 2012.

Mr. Waitz, in his public capacity as Terrebonne Parish District Attorney, was one of the first to file actions in the State of Louisiana against BP and others, in an action removed to and

now pending before this Court, given action number 10-cv-01759, *Louisiana State v. BP Exploration & Production, Inc., et al.*, for damage and injury to fish, wildlife, and other aquatic life. Mr. Waitz and Mr. Spagnoletti will be co-counsel on a significant number of cases to be filed in this proceeding.

Mr. Waitz nominates Francis I. "Frank" Spagnoletti to the PSC. Mr. Spagnoletti was born in 1954. Mr. Spagnoletti is licensed to practice law in Texas, admitted to the 5th Circuit, and is a member of the Maritime Law Association. He attended law school at Emory University, graduating with a Juris Doctorate in 1979. Mr. Spagnoletti then obtained a Masters of Law in International and Maritime Law from the University of London. He began his legal career at Vinson & Elkins in 1980, practicing primarily maritime and international litigation. He was made a member of Vinson & Elkins as partner in 1986, and was then head of the 14-person Maritime Law section, a sub-section of the larger Litigation section. In 1990, Mr. Spagnoletti started his own law firm, Spagnoletti & Co., and today is primarily a litigator, specializing in tort, insurance, commercial and environmental litigation, including maritime, energy, aviation, and other complex litigation matters.

From the beginning of his career, Mr. Spagnoletti has been involved in cases arising out of some of the largest maritime disasters, beginning with the *Ixtoc I* blowout in the Bay of Campeche in 1979, an unfortunate precursor to the present subject of this MDL proceeding, then the 1982 sinking of the *Ocean Ranger*, the 1984 MV *Alvenus* oil spill, and the 1988 *Piper Alpha* disaster.

In his practice, Mr. Spagnoletti has long experience representing individuals and entities as both plaintiffs and defendants, and in this regard brings a unique perspective to this present

matter, which will be of assistance to plaintiffs, as well as the Court, particularly regarding matters of litigation, corporate dynamics and maritime insurance issues.

Contemporaneously with the filing of this Application, Mr. Wait and Mr. Spagnoletti have filed an action on behalf of Joey L. Babin, including as a defendant BP's captive insurer Jupiter Insurance Limited.  Mr. Spagnoletti intends to bring hundreds more actions in this proceeding, now being investigated and prepared for filing, which will include claims made by oyster bed owners, oyster factories, fisherman, individuals improperly and wrongfully exposed to dispersant, and other property owners.

In addition to the qualifications and experience outlined above, both Mr. Waitz and Mr. Spagnoletti are willing and available to commit to this important but time-consuming project, and through their long careers have demonstrated an ability to work with others.  Mr. Spagnoletti commits the resources of his law firm, which has been in existence practicing maritime law for twenty years.  In addition to vast litigation experience involving hundreds of cases over twenty years, Mr. Spagnoletti is often appointed by courts or private entities to help facilitate resolution of by constructing creative case resolutions.  By necessity, Mr. Spagnoletti has worked well with courts, clients, adversaries and co-counsel.  Mr. Waitz, by definition being a private practitioner and long time District Attorney in Terrebonne Parish, has exhibited the skills and traits of working well with others.

In conclusion, Mr. Waitz requests the Court to appoint him to the PSC individually (or together with Mr. Spagnoletti), and further nominates Mr. Spagnoletti to be appointed to the PSC (individually or together with Mr. Waitz), as each brings a unique perspective and experience which will aid the Plaintiffs and this Court in the development of the MDL; Mr. Waitz from the

public and private perspective; and Mr. Spagnoletti, given his extensive maritime and other complex litigation experience.

    WHEREFORE, premises considered, Mr. Waitz both applies for appointment to the PSC, and nominates Mr. Spagnoletti to the PSC, all for the reasons set forth above.

Respectfully submitted,

*/s/ Joseph L. Waitz, Jr.*
Joseph L. Waitz, Jr. (17848)
P.O. Box 2454
Houma, LA 70361
Telephone:   985-876-0131
Facsimile:   985-876-9732
Email:   joewaitzjr@yahoo.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all known Filing Users through the Notice of Electronic Filing, as well as all counsel named upon Document 2-2, in accordance with the Federal Rules of Civil Procedure on this 27th day of September, 2010.

*/s/ Joseph L. Waitz, Jr.*
Joseph L. Waitz, Jr.
