UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG  : MDL NO. 2179
"DEEP WATER HORIZON" in           :
the GULF OF MEXICO, on            : SECTION J
APRIL 20, 2010                    :
                                  : JUDGE BARBIER
                                  : MAG. JUDGE SHUSHAN
                                  :

## APPLICATION OF DIANNE M. NAST FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's order of August 10, 2010, Dianne M. Nast of RodaNast, P.C. respectfully submits this application for appointment as a member of the Plaintiffs' Steering Committee. Ms. Nast is counsel of record for citizens of Louisiana who derive income from the Gulf of Mexico and the "Coastal Zone" (as that term is defined in 43 U.S.C. §1331(e)).

RodaNast, P.C. ("RodaNast") is a nationally recognized firm that concentrates its practice in civil cases involving serious loss. The firm, rated AV by Martindale Hubble, represents persons throughout the United States in class actions and individual litigation, in antitrust, consumer protection, insurance, product liability and commercial matters. Ms. Nast, a founding shareholder of RodaNast, enjoys a national complex litigation practice.

**Willingness and Availability to Commit Time and Resources**

Ms. Nast and the firm will commit fully the time, personnel, and financial resources necessary to prosecute this litigation, and has a decades-long history of honoring such commitments. RodaNast has ample resources that it is willing to commit to the efficient and effective prosecution of this case and has already made significant contributions to the commencement of the consolidated case. In addition to Ms. Nast, Jennifer S. Snyder, a graduate of The Harvard Law School, and Erin C. Burns, a graduate of the Villanova University School of Law, will be devoting significant time and effort to the prosecution of this case, as well as other lawyers and staff as the needs of the litigation require. Ms. Snyder and Ms. Burns have significant experience in successfully prosecuting complex litigation.

**Ability to Work Cooperatively**

Ms. Nast has a long-standing reputation for working cooperatively and respectfully with co-counsel. Her entire professional career is dominated by this type of litigation, where multiple counsel work together for a fair result for multiple persons. For example, Ms. Nast was appointed as Federal-State Liaison Counsel by the Honorable Cynthia M. Rufe in *Avandia*

1

*Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1871 (E.D. Pa.).

**Professional Experience**

Ms. Nast, an AV rated attorney, has served as lead counsel or as a steering committee member in scores of cases. For example, she was appointed lead class counsel in the *Kerr-McGee Columbus Creosote Plant Litigation (Batchelder v. Kerr-McGee),* No. 01-CV-0077 (N.D. Miss.), before the Honorable Glen H. Davidson. That case alleged that years of toxic creosote contamination by the Kerr-McGee wood treatment plant in Columbus, Mississippi caused Creosote Syndrome illnesses and property damage in that community of 250,000 residents. The case resulted in payments to class members living in the affected area, as well as property value protection payments to those class members whose property values were damaged by Kerr-McGee. The settlement also provided for a Medical Screening Program to identify eligible class members with recent exposure to, and biological uptake of, hydrocarbons present in creosote.

Examples of cases where Ms. Nast served as lead or co-lead counsel include: *Augmentin Antitrust Litigation,* C.A. No. 04-CV-23 (E.D. Va.), resolved for $62.5 million; *Paxil Antitrust Litigation (Nichols, et al. v. SmithKline Beecham Corp.),* Civil Action No. 00-6222 (E.D. Pa.), settled for $65 million; *Nifedipine Antitrust Litigation,* MDL No. 1515 (D.D.C.); *Wellbutrin SR Antitrust Litigation, (SAJ Distributors, Inc., et al v. Smithkline Beecham Corp.,* Civil Action No. 04-5525 (E.D.Pa.)); *Serzone Products Liability Litigation,* MDL No. 1477 (E.D. Va.), which resulted in a $70 million settlement; and *Factor Concentrate Litigation,* MDL No. 986 (N.D. Ill.), a case that settled for in excess of $600 million.

Ms. Nast served as a Plaintiffs' Steering Committee member in this district in the *Castano Tobacco Litigation,* C.A. No. 94-1044 (E.D. La.), before the late Honorable Okla Jones II. In addition to the cases cited in footnote 1 below, other cases where she has served on

2

Plaintiffs' Steering Committees include: *Silicone Breast Implant Litigation*, MDL 926 (N.D Ala.) (including working with Special Master Francis E. McGovern); *Light Cigarettes Marketing Sales Practices Litigation*, MDL No. 2068 (D. Me.); *Medtronic, Sprint Fidelis Leads Liability Litigation*, MDL No. 1905 (D. Minn.); *Medtronic Defibrillators Products Liability Litigation*, MDL No. 1726 (D. Minn.); and *Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1871 (E.D. Pa.).[1]

Ms. Nast is also an active member of the bar. She was appointed by then Chief Justice William H. Rehnquist for two five-year terms to the Board of Directors of the Federal Judicial Center Foundation, which included chairing the Foundation for five years. Judge Edward Becker, then Chief Judge of the United States Court of Appeals for the Third Circuit, appointed Ms. Nast to serve on the fifteen-member Third Circuit Task Force on Selection of Class Counsel.

Ms. Nast was selected by The American Law Institute as an Adviser for the ALI's Principles of the Law of Aggregate Litigation Project. Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit. She served on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee. Ms. Nast has served as Lawyer Chair of the Judicial Conference of the United States Court of Appeals for the Third Circuit, and she has been asked to serve in leadership roles in numerous other professional and community

---

[1] Ms Nast has served as Court-appointed Lead Class Counsel and Steering or Major Committee member in many other cases, including: *Baycol Products Litigation*, MDL No. 1431 (D. Minn.); *Diet Drug Product Liability Litigation*, MDL No. 1203 (E.D. Pa.); *Factor Concentrate Litigation*, MDL No. 986 (N.D. Ill.); *Felbatol Products Liability Litigation*, MDL No. 1048 (N.D. Cal.); *Carbon Dioxide Antitrust Litigation*, MDL No. 940 (M.D. Fla.); *Catfish Antitrust Litigation*, MDL No. 928 (N.D. Miss.); *Chocolate Confectionary Antitrust Litigation*, MDL No. 1935 (M.D. Pa.); *Modafinil Antitrust Litigation*, C.A. No. 06-cv-01797 (E.D. Pa.); *Ovcon Antitrust Litigation (SAJ Distributors, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civil Action No. 1:05cv02459 (D. District of Columbia)); *Text Messaging Antitrust Litigation*, MDL No. 1997 (N.D. Ill.); and *Wellbutrin XL Antitrust Litigation*, C.A. No. 2:08-cv-2431 (Direct Purchasers) (E.D. Pa.). Ms. Nast has been instrumental in recovering billions of dollars on behalf of claimants and class members in the cases in which she has played a significant role.

3

organizations, including bar associations, school boards and charitable foundations.[2]

*The National Law Journal* selected Ms. Nast as one of the nation's top fifty women litigators. She has been named in *Super Lawyers* since the publication began. She has been included in *The Best Lawyers in America* since 2003, and she has repeatedly been named by *Philadelphia Magazine* as one of Pennsylvania's top fifty women attorneys. She is included in multiple Who's Who publications, such as Who's Who In America.

As detailed above, Ms. Nast has extensive knowledge and experience in prosecuting complex litigation, including class action litigation. Throughout her career, Ms. Nast has shown that she has the ability to commit and will commit substantial time and resources to prosecuting litigation such as the Deepwater Horizon litigation. Ms. Nast has shown a true ability to work cooperatively and successfully with others throughout her extensive professional experience in this type of litigation. In addition, Ms. Nast and RodaNast have the staff and the resources aggressively to litigate this case.[3]

Dated: September 27, 2010

                                            Respectfully submitted,

                                            /s/ Dianne M. Nast
                                            Dianne M. Nast
                                            RodaNast, P.C.
                                            801 Estelle Drive
                                            Lancaster, Pennsylvania 17601
                                            Tel.: 717-892-3000
                                            Fax.: 717-892-1200
                                            Email: dnast@rodanast.com

---

[2] She was also appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years in that position. She was President of The Historical Society for the United States District Court for the Eastern District of Pennsylvania and served for three years as Editor of the Society's Historical Calendar.

[3] Dianne M. Nast's professional biography is available at www.rodanast.com/attorneys/dianne-nast.

**CERTIFICATE OF SERVICE**

I hereby certify on this date, September 27, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified on the Court's Service list in the manner specified, as instructed in Pretrial Order No. 1.

/s/ *Dianne M. Nast*