IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re | § | MDL No. 2179 |
| | § | |
| Oil Spill by the Oil Rig | § | Section: J |
| "Deepwater Horizon" | § | |
| In the Gulf of Mexico | § | Judge Barbier |
| On April 20, 2010 | § | Mag. Judge Shushan |
| | § | |
| This Document Relates to All Cases | § | |

**APPLICATION OF KENNETH T. FIBICH FOR APPOINTMENT TO PSC**

Kenneth T. ("Tommy") Fibich (Fibich) requests that this Court appoint him and his firm, Fibich, Hampton & Leebron LLP to the Plaintiffs' Steering Committee (PSC) for MDL Docket No. 2179. Mr. Fibich has reviewed this Court's orders and criteria for appointment and believes he can make a significant contribution to the Court, the Plaintiffs and other Plaintiff counsel as a member of the PSC, based on his experience in and commitment to mass tort litigation.

1.   **PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION.**

Fibich's legal career spans 36 years and he is Board Certified, Civil Trial Law, Texas Board of Legal Specializations. He is the founding and managing partner of Fibich, Hampton & Leebron LLP (FHL), a firm of 8 lawyers, 17 full time support staff and contract lawyers and staff as needed from time to time for specific litigation. Fibich enjoys the same accolades as the other applicants for the MDL 2179 PSC. Those accolades and accomplishments include consistent recognition as one of Texas' Super Lawyers, membership in the Multi-Million Dollar Advocates Forum, and selection as the Outstanding Alumnus of the University of Houston Law Center in 2004. Additionally, Fibich and 3 other members of his firm have been elected to the American Board of Trial Advocates (ABOTA). While the list is not complete, it is indicative of the respect Fibich enjoys nationally in the legal community.

**Representation of Plaintiffs in MDL 2179**

Fibich and FHL are co-counsel for Plaintiffs in No. 3:10-cv-00172, *Ben Nelson and Jeri Nelson, D/B/A Jeri's Seafood, Inc., et al. v. Transocean Ltd., Transocean Offshore Deepwater Drilling L.L.C., Transocean Deepwater, Inc., BP Exploration and Production, Inc. et al.,* In the United States District Court, Southern District of Texas, Galveston Division, transferred to MDL 2179 by order dated August 10, 2010 as No. 2:10-cv-02682-CJB-SS. Additionally, Fibich and FHL have been retained by more than 40 Texas shrimp boat owners, who represent the majority of shrimp boat owners in Texas. These shrimpers enjoy Texas and Federal licenses and conduct operations in offshore Texas and Louisiana. They have retained Fibich and FHL to bring claims on their behalf against the same Deepwater Horizon defendants.

**Mass Tort and PSC Experience**

Fibich's and FHL's MDL and mass tort experience includes MDL 1596 *In re: Zyprexa Products Liability Litigation*, United States District Court, Eastern District of New York[1]; MDL 1909 *In Re: Gadolinium-Based Contrast Agents Products Liability Litigation*; In the United States District Court for the Northern District of Ohio, Eastern Division[2]; *In re Texas State Vioxx Litigation*, No. 2005-59499 In the 157th Judicial District Court of Harris County, Texas and MDL 1657 *In re: Vioxx Products Liability Litigation*; United States District Court, Eastern District of Louisiana[3]; MDL 1598

---

[1] Fibich served as a co-chair of the Executive Committee for MDL 1596. This litigation concerns individuals who developed glucose dysregulation as a result of ingesting an anti-psychotic medication manufactured by Eli Lilly and Company. In addition to his responsibilities as a member of the PSC, Fibich successfully represented a number of individual plaintiffs and the Attorney General's of several states. Fibich has been appointed by Judge Jack Weinstein as one of the two member allocation committee responsible for the allocation of common benefit fees for MDL 1596.

[2] FHL is currently active in MDL 1909. This litigation concerns kidney impaired individuals across the country who received MRI's or MRA's and now suffer from a debilitating disease known as Nephrogenic Systemic Fibrosis ("NSF"). Russ Briggs of FHL has been appointed by Judge Dan Polster, U.S. District Judge, Northern District of Ohio, to the Plaintiff's Steering Committee.

[3] Fibich was appointed by Judge Randy Wilson to the Texas Vioxx MDL PSC. In that capacity he served as co-lead counsel and Notice Counsel for Plaintiffs. Judge Eldon E. Fallon appointed Fibich as State Liaison Counsel for MDL 1657. In his capacity as a leader of the Texas PSC, Fibich briefed and argued Daubert and preemption issues

*In Re: Ephedra Litigation*, In the United States District Court for the Southern District of New York[4]; *William Earthman, et al v. American Home Product Products*, In the 9th Judicial District Court of Montgomery County, Texas and MDL 1203, *In Re: Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, United States District Court for the Eastern District of Pennsylvania[5]; and *Evangeline R., et al. v. National Medical Enterprises*, No. 95-0100329-CV, In the 2nd/9th Judicial District Court of Montgomery County, Texas[6].

## Other Relevant Experience

Fibich believes that the issues in Deepwater Horizon litigation will be dominated, to varying degrees, by complex, scientific causation issues. Fibich has extensive background in these types of issues. As a practitioner he has briefed and argued many *Daubert* motions in pharmaceutical and other litigation. Fibich is a respected lecturer in the area of mass tort litigation in general and *Daubert* issues in particular. Additionally, Fibich has extensive experience in drilling litigation. He has represented parties in this type of litigation both as plaintiff and defense counsel. He represented McDermott International and Kerr-McGee Corporation for a number of years as outside lead litigation counsel. In the last 17 years Fibich has represented plaintiffs in personal and property damage cases against oil drillers. Fibich believes this experience uniquely qualifies him for Deepwater Horizon litigation.

---

on behalf of Plaintiffs and participated in deposition discovery of Merck corporate representatives taken concurrently in the Federal and Texas MDLs.

[4] FHL served on various committees in MDL 1598, maintaining memberships on the In Re Nutraquest Plaintiff's Steering Committee; the Twin Lab Plaintiff Liaison Committee; the Metabolife Plaintiff Liaison Committee; the NVE Liaison Committee; and the In Re Ephedra Litigation PCC fee and expense committee.

[5] Fibich was lead lawyer in *Earthman,* the first medical monitoring class action approved in litigation involving the well known diet drug, FenPhen. That litigation became the template for MDL 1203, and the class settlement that came out of the MDL. Plaintiffs recovered in excess of $20 billion in damages in that litigation. Fibich was one of a five member Plaintiffs' discovery team that secured the depositions of the Defendant's corporate representatives. Those depositions were used in the initial successful trials which lead to the favorable settlements for plaintiffs.

[6] In *Evangeline R* Fibich, as co-counsel, represented approximately 600 Plaintiffs in mass tort litigation against National Medical Enterprises for improperly and illegally confining the Plaintiffs to psychiatric facilities.

## 2. ABILITY TO WORK COOPERATIVELY WITH OTHERS.

Fibich's experience with other MDL's and his appointment to the PSC or other committees in those MDLs attest to his ability to work well with other counsel, Plaintiff and Defendant, for the benefit of the Plaintiffs and the efficient administration of the MDL. In FenPhen litigation Fibich was a member of a five person discovery team that deposed the defendant's corporate representatives over a six month period, without remuneration. Those depositions were utilized by Plaintiffs in the five very successful trials which lead to the settlement of national Fen Phen litigation and of MDL 1203.

## 3. WILLINGNESS AND AVAILABILITY TO COMMIT TO MDL 2179.

Fibich and the other attorneys at FHL have a demonstrated record of commitment to and success in mass tort litigation, both as counsel for specific plaintiffs and as members of various PSCs and other committees. Fibich understands the commitment of time and personnel that is required and has positioned FHL to offer that same level of commitment to the Deepwater Horizon litigation. This positioning and commitment is best evidenced by FHL's current involvement on behalf of Plaintiffs in the litigation and by its commitment to seek redress for other plaintiffs damaged by the Gulf oil spill, but not yet part of this litigation.

For the foregoing reasons, Kenneth T. Fibich and Fibich, Hampton & Leebron LLP request the privilege of being appointed to the Plaintiffs' Steering Committee for MDL 2079.

Respectfully submitted,

**FIBICH, HAMPTON & LEEBRON, LLP**

/s/ Kenneth T. Fibich
Kenneth T. Fibich
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: (713) 751-0025
Facsimile: (713) 751-0030

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of September, 2010, a true and correct copy of the foregoing document was served on all counsel of record via the court's ECF.

                                           /s/ Kenneth T. Fibich
                                           Kenneth T. Fibich