# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : | MDL NO. 2179 SECTION: J |
| This Document Relates to: ALL CASES | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

_____

## APPLICATION FOR NEIL D. OVERHOLTZ FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

COMES NOW Neil D. Overholtz, pursuant to Pretrial Order No. 1, and respectfully files this Application for Appointment to the Plaintiffs' Steering Committee ("PSC") for MDL 2179.

Mr. Overholtz, along with his firm, is willing and available to serve as a member of the PSC; will continue to commit the resources and time necessary to this case; has the proven ability to work cooperatively with all parties, many of whom have submitted PSC applications for this litigation; and has the requisite professional experience and skill to assist in the orderly advancement of this litigation.

In further support, Mr. Overholtz offers the following:

### BACKGROUND

I am a managing partner with the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC in Pensacola, Florida. My firm and I have extensive experience in handling complex class litigation consolidated within the multi-district mechanism. I, along with several of my partners, have served in various roles on numerous PSCs, including leadership and committee roles. A lifetime Florida Panhandle resident, I have devoted myself to advocate for those harmed as a result of the oil spill catastrophe. Following the oil spill, my firm began representing those harmed by the oil spill, filing the first case on behalf of fishermen to be filed in the Northern District of Florida. Since that time, we have interviewed hundreds of potential clients, are reviewing additional cases on a daily basis, and have filed

suit on behalf of three of those clients. We have received referrals from law firms throughout the Coastal States. The spill's impact on the Florida coast and economy is well documented and, as a result, Florida has a tremendous interest in the litigation. We represent Florida fishermen, shrimpers, municipal entities, restaurant owners, hotel and condominium owners, business owners, service industry professionals, real estate brokers and agents, land owners, and many others affected by the oil spill, and its immediate and long-lasting economic impact. My firm is counsel of record in the following multi-client cases pending before this Court: *Harris, et al. v. Transocean, Ltd., et al.,* Case No. 2:10-cv-02665-CJB-SS and *Harris, et al. v. Transocean, Ltd., et al.,* Case No. 2:10-cv-02662-CJB-SS. My firm and I also have filed and continue to file claims through the Gulf Coast Claims Facility ("GCCF").

## **WILLINGNESS AND AVAILABILITY**

My firm and I already have dedicated a significant amount of resources to this litigation. From the outset, my firm assigned two partners, two associates, one paralegal and two legal assistants to this litigation. We since have committed two additional partners, hired two additional associates, assigned several other support staff to the litigation, and with 16 attorneys and 50 staff members, have the availability to assign additional attorneys and staff should the need arise. My firm and I are willing and available to continue to commit the resources and time necessary to assist in the successful management of this MDL.

### **Presentation at JPML Hearing in Boise, Idaho**

I, along with my partner Brad Bradford, personally attended the MDL hearing in Boise, Idaho, where I was one of a handful of lawyers who advocated before the panel with the support and at the request and agreement of multiple firms for consolidation of the litigation. I have attended various hearings and meetings surrounding this litigation in New Orleans and have given numerous

presentations[1] on various complex case topics related to the BP Oil Spill.[2] Our law firm also hosted a free public seminar on Pensacola Beach, where we brought together experts from around the country to discuss and educate the public about the potential impact of the spill, which was also broadcasted via the Radio and the Web. These retained experts will be used to assist the efforts of the PSC.

### ABILITY TO WORK COOPERATIVELY WITH OTHERS

I already have and will continue to work cooperatively with many of the attorneys currently involved in the Oil Spill litigation, and have worked with the Court appointed liaison counsel and with many of the attorneys applying for appointment to this PSC. I am currently working with several firms at the request of the Court Appointed Liaison counsel on an Ad Hoc Expert committee.

### PROFESSIONAL EXPERIENCE

I have devoted almost my entire career to handling complex mass tort and environmental litigation, and have successfully handled thousands of mass tort cases.[3]

I was appointed to serve on the *In Re: Trasylol Products Liability Litigation*, MDL 1928 Plaintiff's Steering Committee by the Honorable Judge Donald Middlebrooks, where I have served as a key member of the deposition and expert committee. I was appointed by the Honorable Judge Paul Magnuson to the PSC and as Lead Settlement Counsel in the *In Re: Viagra Products Liability* MDL

---

[1] Mr. Overholtz is regularly invited to speak at attorney education conferences on issues related to the handling of pharmaceutical and medical device cases, electronic discovery in complex cases, and other mass tort issues.

[2] I have been a requested speaker at several legal seminars regarding the BP Oil Spill including the HB Litigation Conference on June 24-25, 2010 in Atlanta, Georgia, where I presented on the issue of Filing Claims Against BP vs. Filing a Claim with the Oil Spill Liability Trust Fund, and I will be presenting on the topic of Business Loss and Working with Experts on Oil Related Claims at the HB Oil Spill Litigation Conference to be held on October 20, 2010.

[3] Aylstock, Witkin, Kreis & Overholtz has successfully represented clients in many complex mass tort cases including MDL 1203: *In Re: Diet Drugs Products Liability Litigation;* MDL 1348: *In Re: Rezulin Products Liability Litigation;* MDL 1355: *In Re: Propulsid Products Liability Litigation;* MDL 1401: *In Re: Sulzer Hips Prosthesis and Knee Prosthesis Products Liability Litigation;* MDL 1507: *In Re: Prempro Products Liability Litigation;* MDL 1657: *In re: Vioxx Products Liability Litigation;* MDL 1708: *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation;* MDL 1726: *In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation;* MDL 1724: *In Re: Viagra Products Liability Litigation;* MDL 1742: *In Re: Ortho Evra Products Liability Litigation;* MDL 1789: *In Re: Fosamax Liability Litigation;* MDL 1871: *In Re: Avandia Marketing Sales Practices And Products Liability Litigation;* MDL 1905: *In Re: Medtronic, Inc., Sprint Fidelis Lead Products Litigation;* MDL 1928: *In Re: Trasylol Products Liability Litigation.*

1724. I also currently serve on the *In Re: Medtronic, Inc., Sprint Fidelis Lead Products Litigation, MDL 1905* PSC before the Honorable Richard H. Kyle. I have served on numerous discovery committees including the Vioxx, Guidant, Medtronic, Trasylol and Avandia MDLs, and served as co-chair of the Medtronic MDL 1726 discovery committee.

I recently served as Chair of the Settlement Allocation Plan Committee and as a member of the Guidant Settlement Claims Allocation Committee in the *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL 1708 before the Honorable Judge Donovan Frank. I also was appointed to the Common Benefit Fee Allocation Committee in the *In Re: Medtronic, Inc. Implantable Defibrillators Products Liability Litigation,* MDL 1726, by the Honorable Judge James Rosenbaum.[4] Additional information about my experience can be found on my firms website at www.awkolaw.com/overholtz.html.

**Environmental Experience**

My partner and I currently serve as lead class counsel on behalf of property owners with claims due to a large groundwater contamination plume emanating from a federal Superfund site in Northwest Florida. Our firm has handled property owner and personal injury claims from environmental pollution, including being the only firm in Pensacola Florida to litigate personal injury claims related to the Conoco-Agrico Superfund Site. Our firm has a dedicated environmental department, and I have served as class counsel on behalf of property owners in multiple environmental pollution cases.

## CONCLUSION

In closing, I would be honored if the Court appointed me to serve on the Plaintiffs' Steering Committee for this historic litigation. For the reasons stated above, I respectfully request that Your Honor appoint me to serve on the MDL 2179 Plaintiffs' Steering Committee.

---

[4] My partner, Bryan Aylstock, and our firm also are currently serving as lead counsel in the *In Re: Avandia Marketing Sales Practices And Products Liability Litigation*, MDL 1871. Additionally, our firm and my partner Justin Witkin was appointed by Judge Fallon to serve as State-Federal Liaison counsel in the Vioxx MDL.

4

RESPECTFULLY SUBMITTED this 27th day of September, 2010.

By: /s/ Neil D. Overholtz
Neil D. Overholtz
Florida Bar No. 0188761
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ
17 East Main Street, Suite 200
Pensacola, Florida  32502
Telephone (877) 810-4808
Facsimile (850) 916-7449
Noverholtz@awkolaw.com

## Certificate of Service

I certify that, on September 27, 2010, the above and foregoing Application of Neil D. Overholtz for Appointment to the Plaintiffs' Steering Committee has been served on Interim Liaison Counsel, by e-mail and upon all parties listed on the attached service list by U.S. Mail and/or email, and that the foregoing was electronically filed with the Clerk of the Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Neil D. Overholtz
Neil D. Overholtz

5

**SERVICE LIST**

Arsenault, Richard J.
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190
Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC*
**Phone: (318) 487-9874 Fax: (318) 561-2591 Email: r.arsenault@nbalawfirm.com**

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street
Pensacola, FL 32502
Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P.
**Phone: (850) 434-5395 Fax: (850) 469-0043 Email: ryan@whibbsandstone.com**

Barr, Brian H.
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters; Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc.
**Phone: (850) 435-7000 Fax: (850) 436-6187 Email: bbarr@levinlaw.com**

Beck, David J.
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010
Cameron International Corp.*
**Phone: (713) 951-3700 Fax: (713) 951-3720 Email: dbeck@brsfirm.com**

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101
Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory*
**Phone: (206) 623-7292 Fax: (206) 623-0594 Email: steve@hbsslaw.com**

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002
M-I, L.L.C.*
**Phone: (713) 276-5739 Fax: (713) 276-6739 Email: gbracken@gardere.com**

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201
Chiodo, Kristi; Harris, John T.; Harris, Nicholas
**Phone: (850) 916-7450 Fax: (850) 916-7449 Email:  bbradford@awkolaw.com**

Braud, S. Jacob
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037
Taliancich, Sr., Bartol John*
**Phone: (504) 394-9841 Fax: (504) 394-9945 Email: JacobBraud@bbc-law.net**

Brown, Eric B.
P.O. Box 2765
Houston, TX 77252-2765
Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)
**Email:  Eric.Brown@deepwater.com**

Buzbee, Anthony G.
BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis
Suite 7300
Houston, TX 77002
Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy*
**Phone: (713) 223-5393 Fax: (713) 223-5909 Email: tbuzbee@txattorneys.com**

Cabraser, Elizabeth J.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht*
**Phone: (415) 956-1000 Fax: (415) 956-1008 Email: ecabraser@lchb.com**

Chiepalich, C. S.
P.O. Box 6505
Mobile, AL 36660
*Jett, George
**Phone: (205) 478-1666 Email: csc@birch.net**

Clark, Lange
LAW OFFICE OF LANGE CLARK PC
301 19th Street North
Suite 550
Birmingham, AL 35203
*Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.*
**Phone: (205) 939-3933 Fax: (205) 939-1414 Email: langeclark@mindspring.com**

Coleman, Alice W.
BRENT COON & ASSOCIATES
6360 I-55, North
Suite 340
Jackson, MS 39211
*Grieshaber, Aleen; Grieshaber, James
**Phone: (601) 957-6177 Fax: (601) 957-6507 Email: alice@bcoonlaw.com**

Coumanis, Christ N.
COUMANIS & YORK PC
2101 Main Street
Daphne, AL 36526
*Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs*
**Phone: (251) 990-3083 Fax: (251) 928-8665 Email: coumanis@c-ylaw.com**

Crump, Martin D.
DAVIS & CRUMP
1712 15th Street
Suite 300
Gulfport, MS 39501
*Barker, Daniel*
**Phone: (228) 863-6000 Fax: (228) 864-0907 Email: martincrump@daviscrump.com**

Cutter, C. Brooks
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, CA 95864
*Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.*
**Phone: (916) 448-9800 Fax: (916) 669-4499 Email: bcutter@kcrlegal.com**

Dampier, M. Stephen
LAW OFFICES OF M STEPHEN DAMPIER PC
55 North Section Street
Fairhope, AL 36532
*Ferguson, Constance*; Ferguson, James*
**Phone: (251) 929-0800 Fax: (251) 929-0900 Email: stevedampier@dampierlaw.com**

Deshazo, Michael
KINNEY & ELLINGHAUSEN
1250 Poydras Street
Suite 2450
New Orleans, LA 70113
*Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC*
**Phone: (504) 524-0206 Fax: (504) 525-6216 Email: michaeld@kinneylaw.com**

Dreher, Jr., William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport, MN 39502
*Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert*
**Phone: (228) 822-2222 Fax: (228) 822-2626 Email: wwdlaw@bellsouth.net**

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
*Hyundai Heavy Industries Co., Ltd.*
**Phone: (212) 450-4000 Fax: (212) 450-3800 Email: carey.dunne@davispolk.com**

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242
*Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri*
**Phone: (205) 278-7000 Fax: (202) 278-7001 Email: jfriedman@friedmanleak.com**

Garrison, Jr, W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35203
*B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas*
**Phone: (205) 326-3336 Fax: (205) 326-3332 Email: wlgarrison@hgdlawfirm.com**

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201
*Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica*
**Phone: (601) 948-8005 Fax: (601) 948-8010 Email: dgibbs@cglawms.com**

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP Corp. North America, Inc.; British Petroleum, PLC
**Phone: (312) 862-2064 Fax: (312) 861-2200 Email: Richard.Godfrey@kirkland.com**

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270
*Halliburton Co.*; Halliburton Energy Services, Inc.*
**Phone: (214) 939-4400 Fax: (214) 760-7332 Email: dgodwin@godwinronquillo.com**

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
*Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC
**Phone: (212) 558-5802 Fax: (212) 344-5461 Email: rgreenwald@weitzlux.com**

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC
P.O. Box 24627
Jackson, MS 39225-4627
*Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul*
**Phone: (601) 969-9692 Fax: (601) 914-3580 Email: john@hsglawfirm.net**

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
*321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant*
**Phone: (504) 581-4892 Fax: (504) 561-6024 Email: rherman@hhkc.com**

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
*Lavigne, Paul*; Lavigne, Steven*
**Phone: (314) 241-8111 Fax: (314) 241-5554 Email: eholland@hgsslaw.com**

Hornsby, Jr., Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243
*Simpson, George C.
**Phone: (256) 329-2000 Fax: (256) 329-2015 Email: chornsby@mhhlaw.net**

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312
*Crawford, Constance; Galloway, Jeff; Ward, George Weems
**Phone: (850) 298-4455 Fax: (850) 216-2537 Email: ptim@aol.com**

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604
*Gonzales, Dr. John; Trahan, Shannon
**Telephone:  (251) 433-6622 Fax:  (251) 433-6654 Email:**  mghuey@hueyfirm.com

Irvine, III, George R.
STONE GRANADE & CROSBY PC
7133 Stone Drive
Daphne, AL 36526
*Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins
(Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins;
Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V.
**Phone: (251) 626-6696 Fax: (251) 626-2617 Email: gri@sgclaw.com**

Jackson, III, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225
Mobile, AL 36652
*Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.
**Phone: (251) 433-6699 Fax: (251) 433-6127 Email: sid@jacksonfosterlaw.com**

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130
*Phillips, John F.*
**Phone: (504) 523-2500 Fax: (504) 523-2508 Email: gjones@jonesswanson.com**

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC
218 Commerce Street
Montgomery, AL 36104 Escapes, L.L.C.*; Sunrise Rentals Enterprises*
*Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks
Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle
**Phone: (334) 269-2343 Fax: (334) 954-7555 Email: rhon.jones@beasleyallen.com**

Kennedy, Richard R.
309 Polk Street
P.O. Box 3243
Lafayette, LA 70502-3243
*Rhodes, Karl W.*
**Phone: (337) 232-1934 Fax: (337) 232-9720 Email: ken309@richardkennedy.com**

Laborde, III, Cliffe E.
LABORDE & NEUNER
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503
*Tidewater Marine, LLC*
**Phone: (337) 237-7000 Fax: (337) 233-9450 Email: cliffe@ln-law.com**

Lane, Joseph D.
COCHRAN CHERRY GIVENS & SMITH
163 West Main Street
Dothan, AL 36301
*Barber, Peter J.*
**Phone: (334) 793-1555 Fax: (334) 793-8280 Email: [jlane@cochranfirm.com](mailto:jlane@cochranfirm.com)**

Langan, J. Andrew
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
*BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP, PLC; BP, PLC aka BP
**Phone: (312) 862-2064 Fax: (312) 862-2200 Email: [andrew.langan@kirkland.com](mailto:andrew.langan@kirkland.com)**

Lovelace, DeWitt M.
LOVELACE LAW FIRM PA
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550
*Le (dba Bluewater Seafood), Hao Van*
**Phone: (850) 837-6020 Fax: (850) 837-4093 Email: [dml@lovelacelaw.com](mailto:dml@lovelacelaw.com)**

Lucado, M. Shane
LUCADO LAW FIRM
1 Perimeter Park South
Suite 125 South
Birmingham, AL 35243
*Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore Realty, LLC*
**Phone: (205) 278-0025 Fax: (205) 278-0030 Email: [slucado@lucadolaw.com](mailto:slucado@lucadolaw.com)**

Mason, Angela Joy
COCHRAN FIRM
163 W. Main Street
Dothan, AL 36302
*Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier, Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie; Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John Samuel
**Telephone:  (334) 793-1555 Fax:  (334) 793-8280  Email:  [amason7697@aol.com](mailto:amason7697@aol.com)**

McDole, Keith C.
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
*Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)
**Phone: (214) 220-3939 Fax: (214) 969-5100  Email: kmcdole@jonesday.com**

McKee, Robert J.
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL
12 Southeast 7th Street
Suite 801
Ft. Lauderdale, FL 33301
*Griffitts Investments LP*
**Phone: (954) 763-8181 Fax: (954) 763-8292 Email: mckee@krupnicklaw.com**

Meunier, Gerald E.
GAINSBURGH BENJAMIN DAVID MEUNIER &
WARSHAUER LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
*Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*; Nunez, Lena T.*
**Phone: (504) 522-2304 Fax: (504) 528-9973 Email: gmeunier@gainsben.com**

Miller, Kerry J.
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
*Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.*
**Phone: (504) 599-8194 Fax: (504) 599-8145 Email: kmiller@frilot.com**

Mitsui & Co., U.S.A., Inc,
200 Park Avenue
New York, NY 10166
Mitsui & Co. U.S.A., Inc.
Morrow, Patrick C.
MORROW MORROW RYAN & BASSETT
Post Office Drawer 1787
Opelousas, LA 70570
*James, Jr., Joseph George*; Schouest, III, Ellis*
**Phone: (337) 948-4483 Fax: (337) 942-5234 Email: pmorrow@mmrblaw.com**

Moskowitz, Adam M.
KOZYAK TROPIN & THROCKMORTON PA
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134
*Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.*
**Phone: (305) 372-1800 Fax: (305) 372-3508 Email: AMM@kttlaw.com**

Murray, Stephen B.
MURRAY LAW FIRM
650 Poydras Sreet
Suite 2150
New Orleans, LA 70130
*Dinet, Nicholas J.*
**Phone: (504) 525-8100 Fax: (504) 584-5249 Email: smurray@murray-lawfirm.com**

Neger, Peter C.
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10075
*Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.*
**Phone: (212) 705-7226 Fax: (212) 702-3616 Email: peter.neger@bingham.com**

Nicholas, Steven L.
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
Mobile, AL 36604
*Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales & Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales, Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*; Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House, Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*; Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*; Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa*
**Phone: (251) 471-6191 Fax: (251) 479-1031 Email: sln@cunninghambounds.com**

Norris, John E.
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205
*Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan*
**Phone: (205) 930-9900 Fax: (205) 930-9989 Email: jnorris@davisnorris.com**

Poynter, Scott E.
EMERSON POYNTER LLP
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201
*Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary*
**Phone: (501) 907-2555 Fax: (501) 907-2556 Email: scott@emersonpoynter.com**

Price, Donald W.
DUE PRICE GUIDRY PIEDRAHITA & ANDREWS
8201 Jefferson Highway
Baton Rouge, LA 70809
*Duet, Deanna G.*; Duet, Raymond*
**Phone: (225) 929-7481 Fax: (225) 924-4519 Email: dprice@dueprice.com**

Quin, II, William M.
MCCRANEY MONTAGNET & QUIN PLLC
602 Steed Road
Suite 200
Ridgeland, MS 39157
*Montagnet, Monica C.*
**Phone: (601) 707-5725 Fax: (601) 510-2939 Email: wquin@mmqlaw.com**

Rash, David C.
ALTERS LAW FIRM PA
4141 Northeast 2nd Avenue
Suite 201
Miami, FL 33137
*Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC*
**Phone: (305) 571-8550 Fax: (305) 571-8558 Email: david@alterslaw.com**

Rifkin, Mark C.
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
*Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood Patio), Calvin J.*
**Phone: (212) 545-4600 Fax: (212) 545-4653 Email: Rifkin@whafh.com**

Sexton, II, K. Edward
GENTLE TURNER & SEXTON
2 North 20th Street
Suite 1200
Birmingham, AL 35203
*Lockridge, Captain Edward
**Phone: (205) 716-3000 Email: esexton@gtandslaw.com**

Strange, Brian R.
STRANGE & CARPENTER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA 90025
*Gaskins, Jr., Matthews*
**Phone: (310) 207-5055 Fax: (310) 826-3210 Email: lacounsel@earthlink.net**

Tran, Minh Tam
TAMMY TRAN ATTORNEYS AT LAW LP
2915 Fannin Street
Houston, TX 77002
*National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung
**Phone: (713) 655-0737 Fax: (713) 655-0823 Email: ttran@tt-lawfirm.com**

Verras, Spiro J.
BILIRAKIS LAW GROUP LLC
4538 Bartelt Road
Holiday, FL 34690
*Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire*
**Phone: (727) 937-3226 Fax: (727) 934-5069 Email: sverras@bilirakislaw.com**

Wiygul, Robert B.
WALTZER & ASSOCIATES
1011 Iberville Drive
Ocean Springs, MS 39564
*Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep
**Phone: (228) 872-1125 Fax: (228) 872-1128 Email: robert@waltzerlaw.com**

Zatzkis, Lanny R.
ZATZKIS MCCARTHY & ASSOCIATES, LLC
650 Poydras Street
Suite 2750
New Orleans, LA 70130
*Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr. Ronald A.*; Kreger, Riobert*; Kreger, Ryan A. *; Kreger, Sr. Ronald A. *; Kreger, Sr.,

Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr. David A.*; Segrave, Michael A.*; Segrave, Sr. David A.*
**Phone: (504) 523-2266 Fax: (504) 593-9921 Email: Lanny@Zatzkis.com**