UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: OIL SPILL BY THE OIL RIG                               MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010                              DIVISION J-1

THIS DOCUMENT RELATES TO ALL CASES

### NOMINATION OF STUART H. SMITH TO PLAINTIFFS' STEERING COMMITTEE

The breadth of experience and expertise of those who have applied for an appointment to the Plaintiffs' Steering Committee ("PSC" or "Committee") in this matter is impressive. Only a few, however, have relentlessly pursued oil companies for decades. I have had the opportunity to work closely with one of those individuals, Stuart H. Smith. Val Exnicios, James Carter, and I nominate Mr. Smith for a seat on the PSC and a leadership position on the Committee. I also attach a letter from Mr. Hugh Lambert recommending Mr. Smith's nomination.

I have worked with Mr. Smith and his firm, Smith Stag, on many matters, but mostly in litigation involving oil-field legacy pollution suits. Before law school, I worked as an environmental engineer for a consulting firm, which, in combination with my work for Smith Stag, has provided me the opportunity to see many parts of the petroleum industry. Accordingly, I was pleased when Mr. Smith called and asked me to work with him on this matter, and I have been part of a team of lawyers working on cases related to the oil spill since early May.

As would be expected of anyone who has successfully specialized in one field of law for over 20 years, Mr. Smith's depth of knowledge is substantial, and he is a Type-A personality who knows how to get things accomplished. Mr. Smith has a seemingly infinite working knowledge of environmental statutes and regulations and the know-how to translate such knowledge into courtroom success. I am unaware of any other attorney that has such a deep

range of experience regarding plaintiffs' environmental claims within the petroleum industry. He has repeatedly uncovered invaluable evidence documenting the oil industry's knowledge of practices that placed human life and the environment at risk. As a result, Smith Stag has developed one of the most complete repositories of industry knowledge regarding threats to human safety and the environment. In short, he excels at building complex cases against the oil industry and resolving those cases, whether at trial, or through settlement, on very favorable conditions to his clients.

Within ten days of the DEEPWATER HORIZON explosion disaster, Mr. Smith assembled a working group of attorneys from Texas to Florida. Mr. Exnicios, who has represented the United Commercial Fisherman's Association for over a decade, is part of this team. Mr. Exnicios and Mr. Smith have worked on matters together for more than 15 years, and Mr. Exnicios can attest that Mr. Smith is an extremely competent litigator in the realm of environmental cases. Mr. James Carter, who also works closely with Mr. Exnicios, has been working up oil spill cases with Mr. Smith and the group, and they will both continue working closely with him and the working group on these matters.

The working group assembled by Mr. Smith moved quickly to seek much-needed relief on behalf of our clients, including members of the United Commercial Fishermen, in the Eastern District. Specifically, the group obtained a stipulation, judicial acknowledgment, and a consent judgment to protect those who responded to the emergency in the Gulf on behalf of the responsible parties. See *Barisich v. B.P., PLC, et al.*, 2010-cv-1316 (E.D. La.), Rec. Docs. 6, 17, and 26. The group also retained numerous experts and quickly entered into contracts with testing laboratories to ensure that the samples that were collected could be properly received and analyzed before holding times expired. In the last few months, this swift action has proved invaluable because BP and government agencies quickly entered into exclusivity contracts with

laboratories across the United States making it difficult for some to get their samples tested.

Mr. Smith was also responsible for the preparation and service of subpoenas that were the subject of motion practice before this Court that ultimately led to the agreement of BP and Transocean to make the documents that they had shared with Congress available to all counsel for plaintiffs. Under Mr. Smith's direction, a multitude of Freedom of Information Act requests have been issued to all of the state and federal agencies that have responded to the spill, and the group has been coordinating responses to the requests. More recently, Mr. Smith worked with Liaison counsel to reach the *ex parte* agreement to move forward with third-party discovery.

In my experience, when committees are formed to tackle large tasks, a type of inertia often takes hold and things move slower. An important part of minimizing or combating this human tendency is the ability of a strong leader to focus the group on the goals at hand and to help push through impasses or road bumps. Mr. Smith has served in this same role for the team of lawyers and firms that I have had the privilege to work with for the last several months. Accordingly, with these traits combined with his extensive oilfield-specific knowledge, I submit that Mr. Smith would prove invaluable to the PSC, and the undersigned respectfully nominate him to serve in a leadership capacity on the Committee.

Respectfully submitted,

| | |
|---|---|
| *s/Val P. Exnicios* | *s/Al J. Robert, Jr.* |
| **Val P. Exnicios, No. 19563** | **Al J. Robert, Jr., No. 29401** |
| Liska, Exnicios & Nungesser | Al J. Robert, Jr., LLC |
| 2216 Magazine Street | 643 Magazine Street, Suite 402 |
| New Orleans, Louisiana 70130 | New Orleans, Louisiana 70130 |
| **CERTIFICATE OF SERVICE** | *s/James Carter* |
| I certify that a copy of the foregoing pleading | **James Carter, No. 26841** |
| has been sent via the Court's CM/ECF system | James Carter & Associates, LLC |
| to all counsel of record. | 2216 Magazine Street |
| *s/Al J. Robert, Jr.* | New Orleans, Louisiana 70130 |

**LAMBERT & NELSON**
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

September 20, 2010

Honorable Judge Carl J. Barbier
United States District Court, Eastern District of Louisiana
500 Poydras Street, Room C256
New Orleans, Louisiana 70130

RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010, MDL No. 2179
RECOMMENDATION OF STUART H. SMITH

Dear Judge Barbier:

Stuart Smith has been active in the BP Litigation since shortly after the April 20, 2010 casualty involving the explosion and sinking of the Deepwater Horizon. The Smith Stag law firm has hired experts in toxicology (Dr. William Sawyer, Ph.D.), oceanography (Dr. James O'Donnell, Ph.D.), and environmental engineering (Marco Kaltofen, P.E., M.S.), as well as being active in efforts to preserve and organize data relating to contamination caused by oil released from the Macondo Well. He has worked with the Court's appointed interim liaison counsel, Stephen J. Herman and James Parkerson Roy, as well as with Defendant BP's counsel regarding sampling and preservation. I have known Stuart Smith for many years and am aware of his successes regarding environmental issues, more specifically in his successful prosecution of suits against oil companies that have contaminated the environment.

If appointed, Stuart Smith has the staff and economic resources necessary for meaningful participation as a member of the Plaintiffs' Steering Committee in the multi-district litigation involving BP.

I am personally aware of Stuart Smith's generous contributions to Loyola Law School and his efforts to promote high standards in the legal profession.

Please consider this my personal and professional recommendation that the Court consider Stuart Smith's application to serve on the Committee in whatever capacity the Court may see fit.

If you have any questions regarding the foregoing, please do not hesitate to contact me.

With best regards, I remain

Very truly yours,

HUGH P. LAMBERT

HPL/mae