UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | * MDL No. 2179 |
| "Deepwater Horizon" in the | * Judge Barbier |
| Gulf of Mexico, on | * Mag. Judge Shushan |
| April 20, 2010 | * |
| This Document Relates to: All Cases | * |

**************************************************

### SUPPLEMENTAL AND AMENDING APPLICATION FOR F. GERALD MAPLES TO BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE

In conformity with Pre-Trial Order 1, section 17, F. Gerald Maples of the law firm F. Gerald Maples, P.A. respectfully submits this supplemental and amending application for the Plaintiffs' Steering Committee ("PSC") for MDL 2179.

Quite obviously many highly talented and experienced attorneys have submitted applications to serve on the PSC in this MDL. Notwithstanding the enormous talent available to the MDL, the undersigned believes that his advocacy of a unique case of action and his diverse litigation experience—experience concentrated working on behalf the people and small businesses on the Gulf Coast—makes him an ideal candidate to serve on the PSC for this MDL.

### APPLICANT INFORMATION

**F. Gerald Maples** is the founder of F. Gerald Maples, P.A., a Mississippi firm that subsequently opened an office in New Orleans, Louisiana.

Mr. Maples is a Mississippi native and a graduate of the University of Mississippi Law School.  He is admitted to practice in Mississippi, Alabama, Florida, and Louisiana.  He is also admitted to practice in United States District Courts in Mississippi, Alabama, Florida and Louisiana, the United States Court of Federal Claims, the United States Court of Appeal for the Fifth Circuit, and the United States Supreme Court.

## APPLICANT EXPERIANCE

Mr. Maples has over thirty years of courtroom experience having represented thousands of clients in litigation related to occupational and workplace torts including asbestos and noise induced hearing loss, including a number of successful verdicts in both Louisiana and Mississippi.  He has litigated oil spill claims in Louisiana (Murphy Oil) and, most recently, has been involved in litigation arising from a refinery explosion in Puerto Rico in October 2009. He has class action, multi-district and complex litigation experience, including, but not limited to: MDL 875 *In Re: Asbestos Products Liability Litigation,* MDL 1203 *In Re: Diet Drugs,* MDL 1553*: In Re Silica Products;* MDL-1657: *In Re Vioxx*, MDL 1699 *In Re Bextra and Celebrex;* MDL 1535: *In Re Welding Fumes Products Liability Litigation.*

After Hurricane Katrina, he successfully represented a number of homeowners and business owners for claims against their insurance companies in Louisiana and Mississippi.  He represents plaintiffs and claimants in the *In Re: Katrina Levee Breach Litigation* and is the attorney of record in a putative class action claim against the United States involving a taking of private property caused by the creation, maintenance and dredging of the Mississippi River-Gulf Outlet, *St. Bernard Parish, et al. v. United States,* 1:05-cv-01119-SGB, currently pending in the United States Court of Federal Claims.

The breadth of his experience is demonstrated by the variety of cases and remedies he seeks on behalf of his clients on the Gulf Coast. He argued the groundbreaking climate change case, *Comer et al. v. Murphy Oil USA, Inc*. et al., brought on behalf of property owners on coastal Mississippi to a favorable decision before the assigned Fifth Circuit panel. *Comer v. Murphy Oil USA, Inc. et al.* 585 F.3d 855 (5th Cir.(Miss.) Oct 16, 2009) *rehearing granted* 598 F.3d 208 (5th Cir.(Miss.) Feb 26, 2010) *appeal dismissed* 607 F.3d 1049 (5th Cir.(Miss.) May 28, 2010*)*. He has challenged the authority of an en banc panel to dismiss the appeal by filing a writ of mandamus with the United States Supreme Court (*In Re: Comer, et al*. No. 10-294 (currently pending)). This unusual approach has garnered the interest of a number of national publications.

In this MDL, the undersigned is counsel for plaintiffs in the following cases:

- *Robin Seafood Co., Inc., et al. v. BP, et al.* No. 2:10-cv-01314-CJB-SS
- *Robin, et al v Seacor, et al.* No.2:10-cv-01986-CJB-SS
- *Sevel, et al. v. BP, et al.* No. 2:10-cv-02677-CJB-SS (originally filed in the Southern District of Mississippi).

He represents diverse groups of litigants representing fishermen, tour operators, and property owners in at least two states. One case, *Robin et al. vs. Seacor, et al.,* is unique to the MDL litigation, alleging the sinking of the Deepwater Horizon by the negligent application of approximately 1.5 million tons of seawater on the floating vessel. No other counsel applying for service on the steering committee is representing plaintiffs concerning this unique issue. While a plethora of highly skilled attorneys have made applications to the Plaintiffs' Steering Committee, the novel nature of the claims made in *Robin et al. vs. Seacor, et al.* can only be adequately

3

represented by an attorney representing such claimants. Logically, each cause of action advocated should have direct representation on the PSC, especially as a number of the issues raised in *Robin et al. vs. Seacor et al.* were first raised in that case.

## CONCLUSION

The undersigned is willing and available to commit to this project and he frequently works with other firms in litigation. While his practice areas are diverse, he has spent the vast majority of his legal career working as an advocate for individuals and small businesses on the Gulf Coast, often making distinctive arguments and bringing innovative causes of action.

For the foregoing reasons, the applicant requests to be named to the Plaintiffs' Steering Committee for this MDL.

Respectfully Submitted By:

**F. GERALD MAPLES, P.A.**

s/F. Gerald Maples
F. Gerald Maples (LA Bar #25960)
federal@fgmapleslaw.com
365 Canal Street, Suite 2650
New Orleans, LA  70130
Telephone:  (504) 569-8732
Facsimile:  (504) 525-6932

### CERTIFICATE OF SERVICE

I hereby certify that on 27 September 2010, a true copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to Plaintiffs' Liaison Counsel.

S/ F. Gerald Maples