IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>Section: J<br>Judge Barbier |
| This Document Relates to All Cases | * | Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION OF CAMILO K. SALAS III
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

I, Camilo K. Salas III, respectfully submit this application for appointment to the Plaintiffs' Steering Committee ("PSC").  I am co-counsel of record in several cases for environmental and property damage, civil penalties and civil RICO, including *Tom Garner v. BP, plc, et al*, Case No. 10-01482 (EDLA).

**I.  TRAINING AND PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION.**

I began my legal career as an admiralty lawyer.  I attended Tulane Law School from 1978 to 1981 and enrolled in every maritime law course offered there.   From 1979 to 1981 I was a member and editor of the Tulane Maritime Law Journal.  I joined the Maritime Law Association during my second year of law school.  Upon graduation I went to work at one of New Orleans' large defense firms, handling primarily admiralty cases during the first ten years of my 23-year tenure there.

I subsequently acquired substantial training and experience in environmental law and sciences.  In 1991, ten years after graduating from law school and while working full time as a partner at my law firm, I enrolled simultaneously in Tulane School of Law, where I earned an L.L.M. in Energy and Environmental Law, and in Tulane School of Public Health and Tropical Medicine, where I earned a Masters of Science in Public Health (Environmental Health Sciences), both in 1993.  After receiving this training I began to represent several clients in toxic torts and environmental contamination cases.

For nearly twenty years I have been interested in and studied the causes of damage to natural resources and I have lectured on the subject in several countries throughout Latin America.

From 1981 to 2004 I practiced primarily defense products liability, maritime, medical malpractice, environmental, toxic tort and antitrust litigation.  I represented three foreign car manufacturers for nearly twenty years in products liability and breach of warranty litigation.  I also represented a large number of diverse clients, such as a tire manufacturer (defense of environmental contamination MDL litigation), a steel manufacturer (defense of seamen's asbestos exposure MDL litigation), foreign and domestic shipyards in all types of maritime cases all over the world, companies involved in offshore oil production, and several banks (foreclosure, seizure and sale of vessels), among many others.  During that period I was lead counsel in many trials and I also represented plaintiffs in several cases.  In one case I obtained multi-million dollar verdict against a car manufacturer.  I also represented seamen hired to clean up the beaches and waters of Alaska following the Exxon Valdez oil spill, who had been exposed to a biodegradating agent (Inipol EAP 22).  The owners of the vessels that employed these seamen filed for limitation of liability.

In 2004 I began to represent plaintiffs and defendants primarily in commercial, antitrust and products liability litigation.  For two years I was lead counsel in two antitrust cases in Puerto Rico, in which each party produced about one-half million documents, both in English and Spanish, having personally reviewed most of them and translated the most important documents to English as part of trial preparation.  I also represented a company in litigation against the Puerto Rico Department of Education related to contracts to provide internet services to all 1500 schools in Puerto Rico.  This case ended with a $15 million settlement.

I represented plaintiffs and was appointed head of the Puerto Rico discovery subcommittee in *In re: Guidant Defibrillators Products Liability Litigation*, MDL No. 1708, United States District Court for the District of Minnesota; as lead co-counsel in a class action brought in United States District Court for the District of Puerto Rico related to manufacturing defects in the drug Paxil, *Alma Simonet, et. al. v. GlaxoSmithKline, et. al.* (in which I personally negotiated a settlement for $28 million); as lead co-counsel in *In re*: *Viagra Products Liability Litigation*, MDL No. 1724, United States District Court for the District of Minnesota; as lead co-counsel in a case for violations of the Sherman Antitrust Act by several

maritime carriers operating in the Puerto Rico trade, *In re: Puerto Rico Cabotage Antitrust Litigation*, MDL 08-1960, United States District Court for the District of Puerto Rico (in which I personally negotiated three settlements with a combined value of $150 million); among several other assignments.

I brought an action to recover damages suffered by residents of New Orleans after Hurricane Katrina made land fall on August 29, 2005, when three levee systems failed as a result of environmental damage to protective wetlands resulting from maritime activities conducted in the Mississippi River Gulf Outlet ("MRGO") by several dredging companies. In that case I was appointed liaison counsel to represent over 60,000 claimants and I personally argued the appeal of that case six weeks ago.

Two years ago I personally drafted and filed the original complaint in *Stephen Marshall Gabarick, et al. v. Laurin Maritime (America) Inc., et al.*, Case No. 08-4007 (EDLA), an Oil Pollution Act environmental spill case and limitation of liability action involving a diesel spill on the Mississippi River.

One year ago I filed a class action in the United States District Court for the District of Puerto Rico to recover damages suffered by thousands of individuals and businesses from the explosion of 23 gasoline storage tanks in a marine terminal caused by improper fuel transfer operations carried out by a tanker vessel. That action lead to the filing of limitation proceedings by the vessel owner and involves complex maritime and environmental issues.

I was appointed Special Master in *Jo Ann Vercher v. Vulcan Chemicals*, No. 69,418, 23rd JDC Parish of Ascension to provide recommendations to the Court on the apportionment of the settlement proceeds. This case involved a release of toxic gases from the Vulcan plant.

I am fluent in English and Spanish. I have practiced law for 29 years and have represented both plaintiffs and defendants in the Eastern, Middle and Western Districts of Louisiana, Western District of Wisconsin, Middle District of Florida, Southern District of Texas, District of Minnesota and District of Puerto Rico, as well as the Courts of Appeals for the First, Fifth, Seventh and Eleventh Circuits. I have an AV Martindale-Hubbell rating.

## II. WILLINGNESS TO COMMIT TO A TIME-CONSUMING PROJECT.

I have already committed substantial time and firm resources to this project. I drafted the original complaint that was used as a templet by many lawyers in this litigation. The *Garner* complaint for violations of the Clean Water Act and the Outer Continental Shelf Lands Act, which I personally drafted and researched, required weeks of work. I filed papers before the MDL Panel and argued for consolidation in Louisiana. I have met with many attorneys to coordinate work that needs to be done in this case. Because of the work I have done, I was asked to be a speaker in four lectures attended by hundreds of lawyers from around the country where the "Deepwater Horizon" was the only topic of discussion. I will continue to dedicate the time and resources required by this time-consuming project.

## III. ABILITY TO COOPERATE WITH OTHERS.

I have the ability to work cooperatively with others. I have served on or worked cooperatively with other PSC's and as class counsel in the matters indicated above. I know most of the lawyers who represent plaintiffs and defendants in this MDL. I respectfully ask the Court for an opportunity to serve.

**RESPECTFULLY SUBMITTED BY:**
*/s/* Camilo K. Salas III
Camilo K. Salas III (LA Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1660
New Orleans, LA 70130
Telephone: (504) 799-3080
Fax: (504) 799-3085
E-Mail: csalas@salaslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of September, 2010, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

*/s/*Camilo K. Salas III