UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: OIL SPILL BY THE OIL RIG             MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010            SECTION   J-1

THIS DOCUMENT RELATES TO ALL CASES          JUDGE BARBIER
                                            MAG. JUDGE SHUSHAN

**NOMINATION OF STUART H. SMITH TO PLAINTIFF'S STEERING COMMITTEE**

In accordance with Pretrial Order No. 1, Paragraph 17, I am submitting this nomination of Stuart H. Smith for a position on the Plaintiffs' Steering Committee.  Also, to the extent that the Court is considering making appointments to leadership positions, I would also nominate Mr. Smith as a candidate for lead counsel on the Committee.

I have known Mr. Smith in personal and professional capacities for many years and I can attest to his abilities as an exceptional trial attorney and also to him as a person.   We have worked on many matters together, including the case of *Craft v. Intracoastal Tubular Services, Inc.*, which resulted in the award of $15.2 million from a Civil District Court jury to the widow of a deceased oil pipeyard worker.  The jury concluded that oilfield radiation, and not Mr. Craft's 30-year two-pack-a-day smoking history, led to the lung cancer that claimed his life.

Mr. Smith's own application (Rec. Doc. 319) readily establishes that he has had significant success against the oil industry.   Accordingly, when he called me shortly after the disaster began to unfold in the Gulf of Mexico to ask if I wanted to work with him to ensure that BP would be held accountable for this tragedy, I immediately agreed.  As a result, we are jointly representing a large number of clients, including the International Longshoremen's Union, Local 3000, and hundreds of its members in their individual capacities.  We have worked closely

together over the last several months, successfully obtaining relief for our clients from the Gulf Coast Claims Facility and BP. We have continued to sign-up new clients and I will continue to work with Stuart to see these matters to completion.

As a result of our long-term working relationships and personal friendship, I know that Smith Stag has the attorneys and resources to significantly contribute to the efforts of the Committee in numerous ways. Moreover, Mr. Smith has the professional knowledge and experience to help the Committee bring the matters consolidated in this proceeding to efficient resolution. Mr. Smith has been generous with his success and I know that his service to the Court via the Committee would prove extremely valuable. Accordingly, I respectfully ask this Court to appoint Stuart H. Smith to a leadership position on the Plaintiffs' Steering Committee.

Respectfully submitted,

*s/Bernard L. Charbonnet, Jr.*
**BERNARD L. CHARBONNET, JR., No. 4050**
The Law Office of Bernard L. Charbonnet, Jr., APLC
One Canal Place
365 Canal Street, Suite 1155
New Orleans, Louisiana 70130
Phone: 504-561-0996
Fax: 504-561-7850
bcharbonnet@charbonnetassociates.com

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been sent via the Court's CM/ECF system to all counsel of record.

*s/Bernard L. Charbonnet, Jr.*