UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | : | MDL Docket No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO ALL CASES | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| | : | |

### APPLICATION OF STUART Z. GROSSMAN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Stuart Z. Grossman and his firm, Grossman Roth P.A., and co-counsel Bilzin Sumberg Baena Price & Axelrod LLP (the "Firms"), in accordance with Pretrial Order No. 1, respectfully submit this application for membership on the Plaintiffs' Steering Committee (PSC) for MDL No. 2179. Mr. Grossman also respectfully requests that the Court consider him for appointment as co-lead counsel for the State of Florida, to work cooperatively with the other lead and liaison counsel appointed by the Court in this matter. Mr. Grossman has read and agrees to the PSC's responsibilities as delineated in Pretrial Order No. 1.

Mr. Grossman and the Firms represent Contender Boats in a lawsuit arising out of the Deepwater Horizon disaster and filed in the Southern District of Florida, *Contender Boats, Inc., v. Anadarko Petroleum, et al.*, Case No. 10-cv-23203-PCH. The Firms also represent literally hundreds of other individuals and entities who have claims arising from the Deepwater Horizon spill and who will file suit once they have complied with the claims process set forth in the OPA. Not only does Mr. Grossman represent at or near the most Florida clients of any lawyer involved in this litigation, his clients represent an incredibly diverse array of claimants from municipalities to fishermen and associations representing their interests to commercial seafood wholesalers to property owners. The clients run the gamut from some of the largest and most powerful

developers in the nation with multi-million dollar claims to charter boat captains just trying to survive the season. The breadth (and depth) of these clients put Mr. Grossman in a unique role in this litigation with unique responsibilities. As a result, since the Deepwater Horizon incident, Mr. Grossman and members of the Firms have tirelessly traveled throughout Florida to meet with clients and groups of affected citizens to assess their damages and begin working toward obtaining relief from the responsible parties. And, Mr. Grossman will continue to do so, quite frankly, whether or not he is placed on the plaintiff's Steering Committee.

Mr. Grossman is senior partner at Grossman Roth P.A. The firm has offices throughout Florida, including Miami, Ft. Lauderdale, Boca Raton, Sarasota, and Key West. He has over 35 years experience representing plaintiffs in cases involving products liability, aviation, professional malpractice, complex business litigation, class actions, and admiralty and maritime matters. Mr. Grossman has been repeatedly recognized for his legal acumen and his commitment to his clients. He has been named one of the Top 10 lawyers in Florida by Super Lawyers magazine (2008), Florida Trial Lawyer of the Year by ABOTA (1995), and to the Florida Justice Association Hall of Fame (1996). Mr. Grossman has also been listed among the Best Lawyers in America (1995-2010), and among the 500 Leading Lawyers in America by Lawdragon. He was elected to the Florida Bar Board of Governors from 1988 through 2000, as Director of the American Board of Trial Advocates between 1989 and 2000. In addition, he serves as a member of the Florida Keys Land Trust.

Mr. Grossman also has considerable experience in multiparty complex litigation, and has worked successfully with a multitude of lawyers on both sides of such litigation in the past. *Importantly*, Mr. Grossman and his firm have both been retained by, as well as litigated against, firms representing defendants in this case, including Phelps Dunbar, LLP, and underwriters

2

Law Offices Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

Lloyds of London. The relationships and trust resulting from these experiences can only serve as a benefit to the plaintiffs in this MDL. Moreover, Mr. Grossman has been functioning in these roles for decades. For example, Mr. Grossman was appointed to the plaintiff's Steering Committee in the lawsuit arising from the crash of American Airlines Flight 965 in Colombia in 1995 and his firm currently serves on the plaintiff's Steering Committee in the lawsuit arising from the crash of American Airlines Flight 331 in Jamaica in 2009.

Among the combined experience of the Firms are a number of complex and class action cases, representing both plaintiffs and defendants. These include:

- *In re Chinese Manufactured Drywall: Products Liability Litigation*, MDL Case No. 2047 (E.D. La.) (products liability)

- *In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Case No. 02-cv-01486-PJH (N.D. Cal.) (antitrust)

- *In re Flash Memory Antitrust Litigation*, Case No. 07-cv-00086-SBA (N.D. Cal.) (antitrust)

- *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-cv-01827-SI (N.D. Cal.) (antitrust)

- *Bruhl et al. v. PricewaterhouseCoopers et al.*, 03-CV-23044-Marra (S.D. Fla.) (securities class action)

- *Hester v. Vision Airlines*, 09-CV-00117-RLH-RJJ (D. Nv.) (government contracting class action)

- *In re: American Airlines Jamaica Crash*, 10-CV-20131-Lenard (S.D. Fla.) (member of Plaintiffs' Steering Committee)

- *Randolph Sewell et al. v. D'Alessandro & Woodyard, Inc.*, Case No.: 2:07-cv-00343-JES-SPC (S.D. Fla.)

- *Richmond Manor Apts., et al. v. Certain Underwriters at Lloyd's London*, Case No.: 09-CV-60976-Altonaga (S.D. Fla.) (insurance class action)

- *DWF Corp. v. State Farm Mutual Automobile Ins. Co.*, Case No.: 10-CV-20116-Ungaro (S.D. Fla.) (class action)

Law Offices Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668

- *Four Friends, LLC, et al., v. Williams Island Ocean Club Inc., et al.*, Case No. 09-38884 CA 40 (Fla. 11th Jud. Cir.) (class action)

- *Lightbourn v. Ameriloss Public Adjusting Corp.*, Case No. 03-22979 CA 23 (Fla. 11th Jud. Cir.) (class action)

- *Gallegos v. AutoNation, Inc.*, Case No. 03-22979 CA 23 (Fla. 11th Jud. Cir.) (class action)

- *In re: New Motor Vehicle Canadian Export Antitrust Litig.*, (MDL No. 03-md-1532-P-H) (D. Me.) (antitrust)

As a result of the work of lawyers of the Firms, several of these cases have been certified as class actions, those certifications have been defended on appeal, and significant settlements have been achieved. The Firms bring a wealth of trial and appellate experience on complex and class action matters, all of which will be essential to the successful prosecution of the claims against the parties responsible for the Deepwater Horizon disaster.

Finally, we offer a brief word about the Firms and their reputations. Grossman Roth and Bilzin Sumberg are known for their high ethical standards, their fairness, and the respect that they have both shown to and earned from practitioners, judges and parties. We expect that this will be contentious litigation, given what is at stake, the number of stakeholders, and the devastating losses that they have suffered. We have been here before, in other matters, and we know how to balance the need for advancing litigation and the pressure to get results with the requirements of civility. This case will be no different. Accordingly, we respectfully request that this Court appoint Mr. Grossman and the Firms to the Plaintiffs' Steering Committee (PSC) for MDL No. 2179, and that the Court consider Mr. Grossman for appointment as co-lead counsel for the State of Florida.

5

Respectfully submitted,

GROSSMAN ROTH, P.A.
2525 Ponce de Leon, Suite 1150
Coral Gables, Florida 33134
Telephone: (305) 442-8666
Fax: (305) 285-1668
dbu@grossmanroth.com

/s/ David M. Buckner
Stuart Z. Grossman (FBN 156113)
David M. Buckner (FBN 60550)


BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
450 Brickell Avenue, Ste. 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7593

Mitchell E. Widom (FBN 473911)
Robert W. Turken (FBN 306355)
Lori P. Lustrin (FBN 59228)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via the Court's CM/ECF system on September 27, 2010, on all counsel of record in this matter.

By: /s/ David M. Buckner
David M. Buckner

5

Law Offices Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, Suite 1150, Coral Gables, Florida 33134   T 305.442.8666   F 305.285.1668