UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------X
Civil Action No.2:10-CV-01752-SRD-ALC

FRUGE, et al,

    Plaintiff(s),

        -against-

BP, PLC, ET AL,

    Defendant(s)

-------------------------------------------------------------X

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:24 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant BP COMPANY NORTH AMERICA,INC., by serving the registered agent, The Prentice-Hall Corporation System,Inc., at the address of 2711 Centerville Road, Wilmington, DE. 19808.

Name of individual personally served: Amy Shultz-Section Head
Description of individual served: White Female, between 5'5" and 5'7" 140 to 160 lbs with brown hair.

                                                                    _/s/ Ben Lougheed_

Subscribed and sworn before me
this 29th day of June, 2010.

_/s/ Carey M. Shea_
Notary Public

My commission expires: 

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

                                                                            N & H
                                                                      116 JOHN STREET
                                                                NEW YORK, N.Y. 10038

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Fruge, et al. <br> *Plaintiff* <br> v. <br> BP, PLC, et al. <br> *Defendant* | Civil Action No. 2:10-cv-01752-SRD-ALC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    BP Company North America, Inc.
    Through its agent for service of process
    The Prentice-Hall Corporation System, Inc.
    2711 Centreville Road, Suite 400
    Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jeffrey A. Breit
    Breit Drescher & Imprevento
    999 Waterside Drive
    Norfolk , Virginia 23510
    (757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Loretta G. Whyte*
Name of clerk of court

Date: Jun 17 2010

Deputy clerk's signature