## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-01752-SRD-ALC

Plaintiff:
**Fruge, et al**
vs.
Defendant:
**BP, PLC, et al**

Received by NICOLETTI & HARRIS, INC. on the 28th day of June, 2010 at 9:25 am to be served on **BP Coproration North America, Inc. c/o Prentice-Hall Corporation System, Registered Agent, 251 E. Ohio Street, Suite 500, Indianapolis, IN 46204.**

I, Pamela J. Conley, being duly sworn, depose and say that on the **1st day of July, 2010 at 8:43 am, I:**

Delivered a true copy of the **Summons and Complaint** to Bridgett Mueller, Bookkeeper at the aforementioned address, who stated that they were authorized to accept service.

**Description** of Person Served: Age: 28, Sex: F, Race/Skin Color: Cauc, Height: 5'4', Weight: 125, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 1st day of July, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

Pamela J. Conley
Process Server

NICOLETTI & HARRIS, INC.
116 John St., Ste. 300
New York, NY 10038
(212) 267-6448

Our Job Serial Number: 2010003141
Ref: Fruge, et al v. BP, PLC, et al

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Fruge, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PLC, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

BP Corporation North America, Inc.
Through their registered agent:
The Prentice-Hall Corporation System, Inc.
Suite 500, 251 East Ohio Street
Indianapolis, Indiana 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk , Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: **Jun 17 2010**

Deputy clerk's signature