

# SHERIFF
East Baton Rouge Parish
Post Office Box 3277
Baton Rouge, Louisiana 70821

**SID J. GAUTREAUX, III**
**SHERIFF & TAX COLLECTOR**

www.ebrso.org

PHONE 225-389-5000
FAX 225-389-5032

## AFFIDAVIT OF SERVICE

Case Number: **2:10-CV-01752-SRD-ALC**   JOHN T. FRUGE, ET AL

State Of: **UNITED STATES DISTRICT COURT**

County: **EASTERN DISTRICT OF LOUISIANA**

Received: **06/28/2010**

Today's Date: **06/29/2010**

State of Louisiana, Parish of East Baton Rouge

I, **DY. E. CUMMINS**, A deputy for the Parish of East Baton Rouge, State of Louisiana, being first duty sworn that I am over the age of 18 years, a resident of the Parish of East Baton Rouge, State of Louisiana and I am not a party to nor an Attorney for either parties in the matter at hand.

I **DID** serve the **SUMMONS** in the East Baton Rouge Parish, State of Louisiana, upon domiciliary on: **CAMERON INTERNATIONAL CORPORATION THRU CT 5615 CORPORATE BLVD, STE. 400B BATON ROUGE, LA. 70808 SERVED THRU LISA UTTECH** on the **29TH** day of **JUNE, 2010**, by delivering to the said person a copy of the said documents.

_____
Deputy Sheriff
East Baton Rouge Parish
State of Louisiana

Sworn to and Subscribed before me this **15** day of **July**, 2010.

_____
Ex-Officio Notary Public
Deputy, EBR Sheriffs Office
State of Louisiana

SAFER STRONGER BETTER TOGETHER

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Fruge, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PLC, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CAMERON INTERNATIONAL CORPORATION
Through its agent for service of process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey A. Breit
> Breit Drescher & Imprevento
> 999 Waterside Drive
> Norfolk , Virginia 23510
> (757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Jun 17 2010

Deputy clerk's signature