## **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-01752-SRD-ALC

Plaintiff:
FRUGE, et al.

vs.

Defendant:
BP, PLC, ET AL.


PSV2010003903

For:
Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Dr.
Norfolk, VA 23510

Received by ProServe USA on the 28th day of June, 2010 at 11:06 am to be served on Hyundai Heavy Industries Co. Ltd., Inc. c/o Jin Ho Lee, as Registered Agent, 3452 Lake Lynda Dr., 170, Orlando, FL 32817.

I, Jessie Ortiz, being duly sworn, depose and say that on the 29th day of June, 2010 at 11:15 am, I:

served a **REGISTERED AGENT** by delivering a true copy of the **21-Day Summons in a Civil Action, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Jin Ho Lee** as Registered Agent at the address of: **3452 Lake Lynda Dr., 170, Orlando, FL 32817** on behalf of **Hyundai Heavy Industries Co. Ltd., Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 29th day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

SARAH GRACE DUNSON
My Commission # DD890214
Expires May 17, 2013

Jessie Ortiz
SPS 3304

Nicoletti & Harris, Inc.,
116 John Street, Suite 300
New York, NY 10038

Our Job Serial Number: PSV-2010003903

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4b

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Fruge, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PLC, ET AL. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

HYUNDAI HEAVY INDUSTRIES CO. LTD, INC.
Jin Ho Lee
3452 Lake Lynda Drive
170
Orlando, Florida 32817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk, Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Jun 17 2010

*Deputy clerk's signature*