IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CASE NO. 2:10-CV-01752

FRUGE, ET AL
VS.
BP, PCL, ET AL

### RETURN

Came to my hand:   6/28/2010, at 9:30 o'clock A.M.

☑ Summons in a Civil Action
☑ Complaint

Executed by me on: 6/28/2010, at 11:55 o'clock A.M.

Executed at 800 Brazos St., Suite 400, Austin, TX 78701, within the county of Travis, by delivering to M-1, LLC, a/k/a SWACO, by delivering to its registered agent, CAPITOL SERVICES, INC., by delivering to its managing agent, MARY ANNE QUICK (white female, 45 yrs, 5'6", 1y60 lbs, blonde hair, not in military service) in person, a true copy of the above specified civil process, having first endorsed on such copy the date of delivery.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit.

*Jerry Melber*
Authorized person: JERRY MELBER
600 Sabine St., #100, Austin, TX 78701

**STATE OF TEXAS }**

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his personal knowledge to be true and correct. Given under my hand and seal of office on this the 30th day of June 2010.

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012

NOTARY PUBLIC

N & H
116 JOHN STREET
NEW YORK, N.Y. 10038

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Fruge, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PCL, et al. | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

M-I, LLC
a/k/a SWACO
Through its agent for service of process
Capitol Services, Inc.
800 Brazos, Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk, Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: **Jun 17 2010**

Deputy clerk's signature