CAUSE # 10-1472

| | | |
|---|---|---|
| JAMES KIRK MITCHELL, et al. | § § | UNITED STATES DISTRICT COURT |
| VS. | § § | FOR THE |
| BP, PLC, et al. | § § § | EASTERN DISTRICT OF LOUISIANA |

### AFFIDAVIT

STATE OF TEXAS     §
COUNTY OF HARRIS   §

"My name is Wayne Sullivan, I am of sound mind and capable of making this Affidavit and have never been convicted of a felony or misdemeanor involving moral turpitude. I am not less than eighteen years of age and am not a party to or interested in the outcome of this suit. I am a Certified Private Process Server authorized by the Texas Supreme Court."

"The undersigned received the documents described as a SUMMONS AND COMPLAINT on JULY 8th, 2010 at 10:00 A.M., to be delivered to TRANSOCEAN LTD. 4 Greenway Plaza Houston, Texas 77046."

"On the 9th Day of JULY, 2010, at 11:10 A.M., I delivered the SUMMONS AND COMPLAINT ON TRANSOCEAN LTD, located at 4 Greenway Plaza Houston, Texas 77046. HEATHER CALLENDER-ASSOCIATE GENERAL COUNSEL, accepted the documents."

"Further affiant saith naught"

_Wayne Sullivan_
Wayne Sullivan
TCPPS ID #4225
777 Dunlavy St. #1106
Houston, Texas 77019
Ph. 713-822-0972

Before me, a notary public, on this day personally appeared, Norman Wiley, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 9th day of JULY, 2010.

_____
Notary Public -- State of Texas

Crystal S Lerman
My Commission Expires
05/26/2013

**N & H**
**116 JOHN STREET**
**NEW YORK, N.Y.  10038**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Fruge, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PCL, et al. | ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

TRANSOCEAN LTD.
4 Greenway Plaza
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive
Norfolk , Virginia 23510
(757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jun 17 2010__

Loretta G. Whyte
*Name of clerk of court*

_____
*Deputy clerk's signature*