UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------X
Civil Action No.2:10-CV-01752-SRD-ALC

FRUGE, et al,

    Plaintiff(s),

       -against-

BP, PLC, ET AL,

          Defendant(s)

------------------------------------------------------X

I, Ben Lougheed, of the state of Delaware, County of New Castle, being duly sworn, says that on the 28th day of June, 2010, at 11:10 A.m., I personally served a copy of a SUMMONS AND COMPLAINT on the defendant TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC, by serving the registered agent, The Corporation Trust Company, at the address of 1209 Orange Street, Wilmington, DE. 19801.

Name of individual personally served: Scott LaScala-Section Head
Description of individual served: White male, between 5'8" and 5'10" 160 to 180 lbs with brown hair.

                                                             _____
                                                             Ben Lougheed

Subscribed and sworn before me
this 29th day of June, 2010.

_____
Notary Public

My commission CAREY M. SHEA
             NOTARY PUBLIC
          STATE OF DELAWARE
     My commission expires May 24, 2011

                                                                  N & H
                                                          116 JOHN STREET
                                                    NEW YORK, N.Y. 10038

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Fruge, et al. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 2:10-cv-01752-SRD-ALC |
| BP, PCL, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.
    Through its agent for service of process
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jeffrey A. Breit
    Breit Drescher & Imprevento
    999 Waterside Drive
    Norfolk , Virginia 23510
    (757) 670-3888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Loretta G. Whyte*
Name of clerk of court

Date: __Jun 17 2010__

Deputy clerk's signature