UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:  2:10-cv-02988<br>      Kristin Lee, Inc. v. BP, p.l.c., et al. | Magistrate Judge Shushan |

**PLAINTIFF'S CERTIFICATE OF SERVICE
ON  BP, P.L.C.**

    Respectfully submitted.

                  KRUPNICK, CAMPBELL, MALONE,
                  BUSER, SLAMA, HANCOCK,
                  LIBERMAN & McKEE, P.A.

                  By:  /s/    Robert J. McKee

                  Robert J. McKee, Esquire
                  Florida Bar Number:  972614
                  rmckee@krupnicklaw.com
                  12 Southeast Seventh Street, Suite 801
                  Fort Lauderdale, Florida  33301-3426
                  954-763-8181 telephone
                  954-763-8292 facsimile

                  *Attorney for Plaintiff*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| KRISTIN LEE, INC. | ) | **10-10062-CIV-KING/BANDSTRA** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:10-cv-10062 |
| BP P.L.C., BP AMERICA PRODUCTION COMPANY, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP p.l.c.
International Headquarters
1 St. James's Square
London, SW1Y 4PD
United Kingdom

Telephone: 44-(0)20 7496 4000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert J. McKee, Esquire
Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301

Telephone: 954-763-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUNE 15, 2010**  06/14/2010



SUMMONS

s/Autumn Sandoval
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

**U.S. Department of Justice**
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

10-CV-10062

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| United States District Court<br>Southern District of Florida<br>C/O Kevin A. Malone, Esquire<br>12 Southeast Seventh Street, #801<br>Fort Lauderdale, Florida 33301<br>United States of America | Senior Master of the Supreme Court<br>Queen's Bench Division<br>The Foreign Process Department<br>Royal Courts of Justice<br>Strand, London WC2A 2LL<br>England, United Kingdom |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

BP p.l.c.
1 Saint James's Square, London SW1Y 4PD, England, United Kingdom

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

| List of documents<br>*Enumération des pièces* | Done at Miami, Florida, the July 1, 2010<br>*Fait à _____, le*<br>Southern District of Florida |
|---|---|
| Request for Service Abroad of Judicial and Extrajudicial Documents<br>Summons<br>Complaint | Signature and/or stamp **Steven M. Larimore**<br>*Signature et/ou cachet*<br>*Autumn Sandoval* |

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
    -- the (date) -- *le (date)* _____
    -- at (place, street, number) - *à (localité, rue, numéro)*

_____

    -- in one of the following methods authorized by article 5:
    -- *dans une des formes suivantes prévues à l'article 5:*

      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes légales (article 5. alinéa premier, lettre a)*

      [ ] (b) in accordance with the following particular method:
        *b) selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*

_____

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

United States District Court, Southern District of Florida, C/O Kevin A. Malone, Esquire
12 Southeast Seventh Street, #801, Fort Lauderdale, Florida 33301, U.S.A.

**Particulars of the parties:**
*Identité des parties:*

Kristin Lee, Inc., Plaintiff, v. BP p.l.c., et al., Defendants. Civil Action Number: 04:10-cv-10062-KMM.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Documents, including Summons and Complaint, to initiate a claim for civil damages.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil claim for monetary damages.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Not applicable.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

Not applicable.

**Dale of judgment\*\*:**
*Date de la décision:*

Not applicable.

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

Defendant is required to file a responsive pleading with the court within twenty (20) days after receiving the Summons and Complaint.

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Not applicable.

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*

Not applicable.

Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 25 August 2010**
**que le demande a ete executee          le (date)**

| | |
|---|---|
| **-at (place, street, number)** | BP PLC |
| **-a (localite, rue, numero)** | 1 SAINT JAMES'S SQUARE |
| | LONDON |
| | SW1Y 4PD |

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

**- relationship to the addressee (family, business or other)**     Officer of the Company William John Francis In House Counsel
**- liens de parente de subordination ou autres avec le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees



Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 9 September, 2010
le

Signature and/or stamp:
Signature et/ou cachet: