UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO:**<br><br>CIVIL ACTION NO. 10-3175<br><br>CHARLES J. CONTEGNI, JR., ETC.<br><br> V.<br><br>TRANSOCEAN, LTD., ET AL. | |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED, ADJUDGED AND DECREED**, that Walter C. Dumas (Louisiana Bar Roll No. 5163) of Dumas Law Firm, LLC, 1261 Government Street, Post Office Box 1366, Baton Rouge, Louisiana 70821-1366, be, and he is hereby, enrolled as additional counsel of record for Charles J. Contegni, Jr., d/b/a Chips Shrimp, Inc., Individually, and on behalf of all others similarly situated.

New Orleans, Louisiana, this __28th__ day of September, 2010.

_____
United States District Judge