# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 | Judge Barbier<br>Mag. Judge Shushan |

**Federal Defendants' Ex Parte Motion for Leave to File Reply Memorandum**

Federal Defendants respectfully request leave to file a short memorandum in support of their motion to sever these APA cases from the MDL.  See In re: Oil Spill, No. 10-2179 (E.D. La.), Fed. Defs.' Mot. to Sever Cases Brought Pursuant to Administrative Procedure Act or, in the Alternative, to Assign Such Cases to Separate Tracks, filed Sept. 7, 2010, Dkt. #174.  The reply also addresses arguments asserted by Plaintiffs in their response to Federal Defendants' motion.  See In re: Oil Spill, No. 10-2179 (E.D. La.), Pls. Gulf Restoration Network, Inc.'s and Sierra Club, Inc.'s Resp. to Defendants' Motion to Sever, filed Sept. 21, 2010, Dkt. # 314.  The memorandum and a proposed order are attached to this motion.

Dated: September 28, 2010          Respectfully Submitted,

                                    IGNACIA S. MORENO
                                    Assistant Attorney General
                                    Environment and Natural Resources Division

                                     *s/ Kristofor R. Swanson*

1

KRISTOFOR R. SWANSON, Trial Attorney
Col. Bar No. 39378
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-2912/(fax)(202) 305-0506

JIM LETTEN
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. 210B
New Orleans, LA 70130
Tele: (504) 680-3047
Fax: (504) 680-3184
Peter.Mansfield@usdoj.gov


    I hereby certify that on this 28th day of September, 2010, I electronically filed the foregoing FEDERAL DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO SEVER CASES BROUGHT PURSUANT TO THE ADMINISTRATIVE PROCEDURE ACT OR, IN THE ALTERNATIVE, TO ASSIGN SUCH CASES TO SEPARATE TRACKS, with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Alisa A. Coe, David G. Guest, Monica K. Reimer, Joel Waltzer, and Robert Wiygul.  The CM/ECF system will also send a notice of electronic filing to Interim Liaison Counsel for the consolidated cases: Stephen J. Herman, James Parkerson Roy, Don K. Haycraft, Donald Godwin, Deborah D. Kuchler, Phil Wittmann, and Kerry Miller.

    *s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON