IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) ) | MDL Docket No. 2179  Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 | ) ) ) ) ) ) ) | Judge Barbier  Mag. Judge Shushan |

**<u>ORDER</u>**

Having considered Federal Defendants' Motion for Leave to File Reply Memorandum and finding good cause,

IT IS ORDERED that Federal Defendants' Motion is hereby GRANTED.

New Orleans, Louisiana, this _____ day of September, 2010

_____
United States District Judge