UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on | : | SECTION:  J |
| April 20, 2010 | : | |
| | : | Judge Barbier |
| This Document Relates to All Cases | : | Mag. Judge Shushan |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order #1, the following two attorneys request that their names be added to the Panel Attorney Service List:

**THOMAS E. BILEK**
Texas Bar No. 02313525
**KELLY COX BILEK**
Texas Bar No. 00786286
THE BILEK LAW FIRM, L.L.P.
808 Travis, Suite 802
Houston, Texas  77002
(713) 227-7720
fax (713) 227-9404
tbilek@bileklaw.com
kbilek@bileklaw.com

Counsel are currently co-counsel for Plaintiffs in the following Eastern District of Louisiana cases:  *Barisich, et al. v. BP, P.L.C., et al.,* Civil Action Nos 10-1316 and 10-1324;

*Robin, et al. v. BP, P.L.C., et al.,* Civil Action No. 10-1295; and *Vath, et al. v. BP, P.L.C., et al.,* Civil Action No. 10-1273.

WHEREFORE, the above-named attorneys respectfully request that their names be added to the Panel Attorney Service List.

DATED: September 29, 2010.

                                            Respectfully submitted,

                                            */s/ Thomas E. Bilek*
                                            THOMAS E. BILEK
                                            Texas Bar No. 02313525
                                            KELLY COX BILEK
                                            Texas Bar No. 00786286
                                            THE BILEK LAW FIRM, L.L.P.
                                            808 Travis, Suite 802
                                            Houston, TX  77002
                                            (713) 227-7720
                                            FAX (713) 227-9404

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF System on September 29, 2010, which caused an electronic copy of same to be served automatically on all counsel of record.

                                            */s/ Thomas E. Bilek*
                                            Thomas E. Bilek