UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
Southern Division

HAL G. SMITH, III, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

BP, PLC, BP CORPORATION NORTH
AMERICA, INC., BP AMERICA, INC., BP
PRODUCTS NORTH AMERICA, INC., BP
EXPLORATION & PRODUCTION, INC.,
TRANSOCEAN, LTD., TRANSOCEAN,
INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN OFFSHORE
DEEPWATER DRILLING,
INC.,TRANSOCEAN HOLDINGS, LLC

    Defendants.
_____/

CASE NO.: 1:10-CV-00319-WS-C

## NOTICE OF FILING PROOF OF SERVICE

**COMES NOW** the Plaintiff, HAL G. SMITH, III, by and through undersigned counsel, and hereby files with the Clerk of the Court one (1) original Certificate of Service, pursuant to the Hague Convention, upon:

**BP, PLC**
**1 St. James's Square**
**London**
**SW1Y 4PD**
**United Kingdom**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct of the foregoing has been furnished, via electronic filing with the Clerk of the Court, using the CM/ECF system which will send notifications of such filing to counsel of record for all parties on the attached Service List, this \_\_29\_\_ day of September, 2010.

BY: _____
WILLIAM J. CORNWELL, ESQ.
Fla. Bar No.: 0782017 (*pro hac vice*)
wjc@weissandhandlerpa.com
SETH A. KOLTON, ESQ.
Fla. Bar No.: 0021045 (*pro hac vice*)
sak@weissandhandlerpa.com
WEISS HANDLER ANGELOS &
CORNWELL, P.A.
2255 Glades Road, Suite 218A
Boca Raton, FL 33431
Tel: (561) 997-9995
Fax: (561) 997-9995

GEORGE W. WALKER, III, ESQ.
Alabama Bar No.: ASB-8497-A42G
walker@copelandfranco.com
RICHARD H. GILL, ESQ.
Alabama Bar No.: ASB-7945-G70R
gill@copelandfranco.com
COPELAND, FRANCO, SCREWS &
GILL, P.A.
444 South Perry Street
P.O. Box 347
Montgomery, Alabama 36101
Tel: (334) 834-1180
Fax: (334) 834-3172

## SERVICE LIST

Blane H. Crutchfield, Esq.
Douglas L. McCoy, Esq.
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone:(251) 432-5511
Facsimile: (251) 694-6375
bcrutchfield@handarendall.com
dmcoy@handarendall.com
Attorneys for Defendants, Transocean Holdings, LLC, Transocean, Inc., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc.

John M. Johnson, Esq. (JOHNJ7318)
William H. Brooks, Esq. (BROOW3330)
Marchello D. Gray, Esq. (GRAYM6384)
LIGHTFOOT, FRANKLIN & WRITE, L.L.C.
400 North 20th Street
Birmingham, Alabama  35203
Tel:  (205) 581-0700
Fax:  (205) 581-0799
JJohnson@lightfootlaw.com
Wbrooks@lightfootlaw.com
MGray@lightfootlaw.com
Attorneys for Defendants, BP America Inc., BP Products North America, Inc., BP Corporation North America, Inc. and BP Exploration & Production, Inc.

Richard C. Godfrey, P.C.
Richard.godfrey@kirkland.com
J. Andrew Langan, P.C.
Andrew.langan@kirkland.com
Matthew T. Regan, P.C.
Matthew.regan@kirkland.com
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL  60654
Tel: (312) 862-2000
Fax: (312) 862-2200

SFP: 2010-7066
Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served the (date) 25 August 2010
que le demande a ete executee     le (date)

-at (place, street, number)       BP PLC
-a (localite, rue, numero)        1 ST JAME'S SQUARE
                                  LONDON
                                  SW1Y 4PD

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)   Officer of the Company William John
- liens de parente de subordination ou autres avec            Francis Counsel
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:



in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:



Done at London
fait a

the 8 September, 2010
le

Signature and/or stamp:
Signature et/ou cachet:

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls**<br>Crowe Foreign Services<br>1020 SW Taylor Street, Suite 240<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com<br>Fax Number: 1-503-222-3950 | Hague Central Authority for England and Wales<br>Senior Master, Queen's Bench Division<br>The Senior Courts of England and Wales<br>Royal Courts of Justice<br>Strand, London WC2A 2LL<br>England, U.K. |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**BP, PLC**
**1 St. Jame's Square**
**London SW1Y 4PD**

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 23rd day of July, 2010.
*Fait à Portland, Oregon, USA, le...*

Executed "Summary" (2 pages)
Summons in a Civil Action
Class Action Complaint
Case No. 10-0319-WS-M

Signature and/or stamp.
*Signature et/ou cachet*

OFFICIAL SEAL
L CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 446064
MY COMMISSION EXPIRES FEBRUARY 05, 2014

L. Celeste Ingalls

\* Delete if inappropriate
*Rayer les mentions inutiles*

\*\* Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:    L. Celeste Ingalls
*Nom et adresse de l'autorité requérante:*    Crowe Foreign Services
1020 SW Taylor Street, Suite 240
Portland, Oregon 97205

Particulars of the parties*:    Hal G. Smith, III, et al. ............................................................................. PLAINTIFFS
*Indentité des parties:*    BP, PLC, et al. ............................................................................. DEFENDANTS

Case No. 10-0319-WS-M

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*    To give notice to the defendant, BP, PLC, of the institution against it of a claim for civil damages and to summon it to answer the claim.

Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

Class action civil claim for negligence and related actions. Plaintiffs allege that defendants, in whole or in part, as a result of the oil spill caused on April 20, 2010, diminished use, enjoyment, utility, and value of their waterfront real property, causing Plaintiffs to suffer damages. Plaintiffs seek damages in an amount to be determined including, but not limited to, interest, attorneys fees, costs of suit, such other and further relief as the court deems just and proper.

Date and place for entering appearance**:    N/A
*Date et lieu de la comparution:*

Court which has given judgment**:    N/A
*Juridiction qui a rendu la décision:*

Date of judgment**:    N/A
*Date de la décision:*

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:*    Defendant is required to serve an ANSWER upon Plaintiff's attorney, and file same ANSWER with the court, within twenty-one (21) days after receipt of the Summons in a Civil Action and other documents herein.

### EXTRAJUDICIAL DOCUMENT*
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:    N/A
*Nature et objet de l'acte:*

Time limits stated in the document**:    N/A
*Indication des délias figurant dans l'acte:*

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
  *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

Case 2:10-md-02179-CJB-DPC   Document 442   Filed 09/29/10   Page 7 of 7

ZURÜCKSENDEN - TO RETURN
à retourner-de restituire

SRP 200-7066

SUMMARY OF THE DOCUMENT TO BE SERVED
PAGE 2 OF 2

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph)*

Identite et adresse du destinataire / *Identity and address* of the *addressee* / --:

> BP, PLC
> 1 St. Jame's Square
> London SW1Y 4PD

Case No. 10-0319-WS-M

**IMPORTANT**

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE*

*SI VOS RESSOURCES SO NT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT*

*LES DEMAN DES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU lA CONSULTATION JURIDIQUE DANS lE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A:*

Alabama State Bar Volunteer Lawyers Program
PO Box 671
Montgomery, AL 36101
334-269-1515

**IMPORTANT**

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULL Y IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

Alabama State Bar Volunteer Lawyers Program
PO Box 671
Montgomery, AL 36101
334-269-1515