UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Defendants, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRANSOCEAN HOLDINGS, LLC  who respectfully move this Honorable Court for an Order enrolling Steven Roberts (Texas State Bar #17019300) and Rachel Giesber Clingman (Texas State Bar #00784125) of the firm Sutherland Asbill & Brennan, LLP,  1001 Fannin Street, Suite 3700, Houston, Texas 77002-6760, and  Danny Goforth (Texas State Bar #08064000) of the firm Goforth Lewis, 4900 Woodway, Suite 750, Houston, Texas 77056, as additional counsel of

record representing the aforementioned parties.

        Respectfully submitted:

        Frilot, L.L.C.


        s/Kerry J. Miller
        Kerry J. Miller (#24562)
        1100 Poydras Street, Suite 3700
        New Orleans, Louisiana 70163
        Telephone: (504)599-8169
        Facsimile: (504)599-8154
        E-mail:  kmiller@frilot.com

        -   and   -

        Edward F. Kohnke IV, T.A. (#07824)
        Edwin G. Preis, Jr. (#10703)
        PREIS & ROY
        (A Professional Law Corporation)
        Pan  American Life Center
        601 Poydras Street, Suite 1700
        New Orleans, Louisiana  70130
        Telephone: (504)581-6062
        Facsimile:  (504)522-9129

        -   and   -

        George M. Gilly (#6234)
        Evans Martin McLeod (#24846)
        PHELPS DUNBAR, L.L.P.
        Canal Place
        365 Canal Street, Suite 2000
        New Orleans, Louisiana  70130-6534
         Telephone: (504)566-1311
         Facsimile: (504)568-9130


        - and -

>Steven Roberts (Texas Bar #17019300)
>Rachel Giesber Clingman (Texas Bar #00784125)
>SUTHERLAND ASBILL & BRENNAN, LLP
>1001 Fannin Street, Suite 3700
>Houston, TX  77002-6760
>Telephone: (713)470-6192
>Facsimile: (713)654-1301
>steven.roberts@sutherland.com
>rachel.clingman@sutherland.com
>
>- and -
>
>Daniel O. Goforth (Texas Bar No. 08064000)
>GOFORTH LEWIS
>Federal Bar No. 8117
>4900 Woodway, Ste. 750
>Houston, Texas 77056
>(713) 650-0022
>(713) 650-1669 – fax
>dangoforth@goforthlewis.com
>
>*Counsel for Transocean Holdings, LLC,*
>*Transocean Offshore Deepwater Drilling*
>*Inc. and Transocean Deepwater, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this ___29th___ day of September, 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

>/s/ Kerry J. Miller
>KERRY J. MILLER