```
MINUTE ENTRY
BARBIER, J.
SEPTEMBER 29, 2010
```

```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA


                                           :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG            :
       "DEEPWATER HORIZON" in the          :
       GULF OF MEXICO, on                  :
       APRIL 20, 2010                      :    SECTION: J
                                           :
                                           :
                                           :    JUDGE BARBIER
                                           :    MAG. JUDGE SHUSHAN
 .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS MINUTE ENTRY APPLIES TO ALL CASES**

At the request of liaison counsel, the Court held a status conference on this date with the following in attendance: James Roy and Stephen Herman, liaison counsel for Plaintiffs; interim liaison counsel for Defendants (Deborah Kuchler, Don Haycraft, Donald Godwin, Kerry Miller, and Phillip Wittmann), as well as Robert Guidry, representing Defendant Anadarko Petroleum Corporation; Andrew Langan, representing BP Exploration & Production, Inc.; and Alan York and Jenny Martinez, representing Defendant Halliburton Energy Services, Inc.

During the conference, the Court granted the parties' request to extend the deadline for submitting proposed Case Management Order No. 1. Accordingly, the current deadline, September 30, 2010, is hereby extended to Monday, October 4,

2010.

                        * * * * * * * * * * * * * * * *

JS-10:40 mins.