IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Action No. 10-1245 | * | |
| Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

SECOND SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her original and First Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs: Carrie Deffes, Verna Simmons, Veronica Deffes, Sandra Torregano, Michael Stewart, Regina Stewart, Benjamin Stewart, Tonya Flot, Wilfred Gallardo, Jr., Gilbert Johnson, Barry Johnson, Cornelius Johnson, Patricia Bailey, Michelle and Mark Karka and Dr. Neil Wolfson

I.

Plaintiff adopts herein by reference all allegations contained in her original and First Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her original and First Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

Carrie Deffes, Verna Simmons, Veronica Deffes, Sandra Torregano, Michael Stewart, Regina Stewart, Benjamin Stewart, Tonya Flot, Wilfred Gallardo, Jr., Gilbert Johnson, Barry

Johnson, Cornelius Johnson, Patricia Bailey, full age residents of the Parish of Orleans, State of Louisiana who, were owners of land in Plaquemines Parish that was contaminated by oil as a result of the British Petroleum Oil Spill and Michelle and Mark Karka full age residents of the city of Kiln, State of Mississippi, owners of land located in Bay St. Louis, Mississippi that was contaminated by oil as a result of the British Petroleum Oil Spill; Dr. Neil Wolfson, a full age resident of Orleans Parish, who was exposed to BP oil fumes on the Westbank of the Mississippi River which aggravated his asthmatic condition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their original and First Supplemental and Amending Complaint pray that the additional plaintiffs be added and pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;
2. For punitive damages as permitted by law;
3. For all attorney's fees and cost of litigation;
4. For legal interest from the date of judicial demand until paid in full;
5. For class action certification and trial by jury; and
6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2010, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS