IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) ) | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to:<br>No. 10-1497, No. 10-1630 | ) ) ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**ORDER**

Having considered Federal Defendants' Motion for Leave to File Reply Memorandum and finding good cause,

    IT IS ORDERED that Federal Defendants' Motion is hereby GRANTED.

New Orleans, Louisiana, this __30th__ day of September, 2010

_____
United States District Judge