UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED that Steven Roberts (Texas State Bar #17019300) and Rachel Giesber Clingman (Texas State Bar #00784125) of the firm Sutherland Asbill and Brennan, L.L.P., 1001 Fannin Street, Suite 3700, Houston, Texas 77002; and Danny Goforth (Texas State Bar #08064000) of the firm Goforth Lewis, 4900 Woodway, Suite 750, Houston, Texas 77056, are enrolled as additional counsel of record for Defendants, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRANSOCEAN HOLDINGS, LLC, in the above entitled and numbered matter.

New Orleans, Louisiana, this 30th day of __September__, 2010.

_____
United States District Judge