```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                          :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG           :
       "DEEPWATER HORIZON" in the         :
       GULF OF MEXICO, on                 :
       APRIL 20, 2010                     :    SECTION: J
                                          :
                                          :
                                          :    JUDGE BARBIER
                                          :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>ORDER</u>

Applications for Assignment to Plaintiffs' Steering Committee for the following applicants were timely submitted to this Court but were not served on all parties and were not filed into the record: Darleen M. Jacobs and Scott R. Simmons.

**IT IS ORDERED** that these applications, both of which are attached to this order, be filed into the record.

New Orleans, Louisiana, this  30th  day of  September , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE