DARLEEN M. JACOBS, J.D., LLM(IN ADMIRALTY)*+**
AL SARRAT, J.D.
RENÉ LOVELACE, J.D.

*A PROFESSIONAL CORPORATION
+CERTIFIED AS SPECIALIST
IN CIVIL TRIAL ADVOCACY
**ALSO ADMITTED IN NEW YORK

LISA A. GRAVES
SHEILA HUDSPEATH
PARALEGAL

Law Offices
**Jacobs, Sarrat & Lovelace**
An Association for the Practice of Law

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-0155
FAX (504) 522-3819

CABLE ADDRESS
"DARJAC"

HONORABLE S. SANFORD LEVY
OF COUNSEL
1902-1989
EDGAR J. MONJURE
OF COUNSEL
1912-1971

OFFICES:
(504) 522-3287
(504) 522-0155

RES: (504) 524-2955

JEFFERSON PARISH OFFICE
1525 LAPALCO BLVD., UNIT 25
HARVEY, LA 70058
(504) 361-4626

VIOLET OFFICE
5807 E. JUDGE PEREZ DR.
VIOLET, LA 70092
(504) 682-3228

August 18, 2010

Honorable Carl J. Barbier
U. S. District Judge, Sec. J
U. S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

In RE:  Deep Water Horizon
        MDL- 2179
        Application to Plaintiffs Steering Committee

Dear Judge Barbier:

I am enclosing herewith my resume' for consideration for an appointment to the BP Plaintiffs' Steering Committee. I am a participant in lawsuit No. 10-1245 but currently represent twelve other land owners affected by the spill. I will file a separate lawsuit for them or amend the 10-1245 lawsuit to include them as plaintiffs.

### Willingness and Availabity to Commit To A Time Consuming Project

Hard work is no stranger to me. I worked two jobs to get through law school (at night) and am the Chief Executive Officer of Jacobs, Sarrat and Lovelace. Most recently I was appointed liaison counsel for state cases by Judge Stanwood Duval in the levee litigation and was placed in charge of all discovery in the federal levee litigation. I am a hard worker and am able to commit to this lawsuit to bring it to a conclusion. Because I own and operate gas stations I am familiar with remediation and have received a certificate from the DEQ in spill and remediation clean-up. I am a licensed real estate broker and have completed preliminary property appraisal requisites. These skills are invaluable to a case involving land remediation of petroleum products as well as diminution of property values because of oil contamination. I will bring this expertise to the committee.

Ability to Work Cooperatively With Other

A condensed resume is listed below. I would like to inform the Court that in the High Sulphur case I was appointed Chairman of the trial team by Judge Lemelle. There were twelve law firms that comprised this committee and we all worked well together. The case was ultimately settled. In the Levee Litigation I was appointed liaison counsel for state cases and head of the discovery team in the federal case. Sixteen law firms comprised our team and we worked well together to obtain a partial settlement of $20,000,000. In *Turner vs. Murphy Oil* I was in charge of the trial team. My teammates on this committee were comprised of ten law firms. The case was settled for $330,000,000.

I have worked on many class actions and have never been removed or asked to resign as a team member.

Professional Experience In Class Actions and Mass Torts

Listed below is a resume' of class action litigated cases:

1) *Leonard Adams, et al v. CSX Railroad, et al*, CDC No. 87-16374, (represented 473 clients and was a member of the class action committee serving on the trial and settlement team); obtained a 3.4 billion dollar judgment for class.

2) *In Re: Shell Oil Refinery*, (Represented clients in explosion at Norco), which was a class action.

3) *Spitzfaden v. Dow Chemical*, CDC No. 92-2589, (Member of the class action committee, breast implant team. Successfully served as a chairman of the Baxter team and obtained a $43 million dollar settlement for Louisiana women. Total settlement was in excess of Two Hundred Million Dollars. Chairman of Baxter trial team).

4) *Gaynell Ely v. American Home Products Corp.*, CDC No. 94-12699, (Appointed liaison counsel, Norplant litigation); case now certified as statewide class action. Now serving as liaison counsel.

5) *In Re: Louisiana World Exposition*, (Represented all concessionaries who asserted a claim for loss of income in class action dealing with World's Fair).

6) *Willie Harper v. The State of Louisiana*, CDC No. 97-8745, (Class action for wrongfully detained prisoners).

7) *April Elizabeth Young v. The American Tobacco Co.*. CDC No. 97-19948 (Class action for secondhand smoke, Louisiana only); class action certification pending.

8) *Yvonne Richard v. The Board of Commissioners of the Port of New Orleans*, CDC No. 97-21716, (M/V Brightfield Collision with Riverwalk;, class action against dock board pending);

Honorable Carl J. Barbier
August 18, 2010
Page 3

9) *Dinah Borros, et al v. American Home Products*, CDC No. 97-16466 (Fen-Phen class action); class certified, represented 500 opt outs).

10) *Frank Munsey, et al v. Cox Communications of New Orleans*, CDC No. 97-19571, Class Action for cable users who were overcharged for delinquency fees); case certified; member of trial team. Case settled.

11) *Sheryl Ysbrand v. Daimer Chrysler Corp.* (Airbag litigation) National class certified in Oklahoma, appointed National trial counsel by court. Case settled.

12) *Steven Davis, et al v. 1st USA Bank*, USDC - Middle District of Louisiana, No. 99-959 (Class action for late charges; case not certified).

13) *Melvin Hewitt, et al v. AAA Insurance Company, et al*, USDC - Eastern District of Louisiana, No. 99-3273 (Insurance Red Liner case); case not certified.

14) *Hilda Garrison, et al v. Blood Center*, CDC No. 99-9855 (Hepatitis "C" cases in Louisiana) appointed class counsel, case not certified.

15) *Joseph Bullock v. Lafayette Insurance Company*, CDC No. 2001-3737 (Hail Damage Claims); Louisiana residents damaged by hail; class not certified. Case converted to mass tort.

16) *Firestone Recall Cases*, A member of National Discovery and Trial Team. Case certified by District Court. Certification reversed by Appellant Court.

17) *Jeffrey Ohler v. Dr. Jacqueline Cleggett-Lucas, et al*, State class action for the drug Oxycontin; class action settled while case pending.

18) *Janice Claiborne, et al v. HANO*, CDC No. 01-20605, class action for mold in housing projects; certification now pending.

19) *New York 9-11 cases*, represented several claimants against the Fund. Served without fee.

20) *In Re: High Sulfur Content Gasoline Products Liability Litigation (USDC No. 2:04-MD-1632,* Chairman of trial team. Resulted in $6,600,000.00 settlement. Class action for bad gas. Case certified.

21) *Turner v. Murphy Oil*, Chairman of damages trial team. Resulted in $330 million settlement. Class certified for oil spill following Hurricane Katrina.

Honorable Carl J. Barbier
August 18, 2010
Page 4

    22)     *Laurendine v. Levee Board, et al*, Liaison counsel for state litigation and federal litigation discovery team chairman. Appointed by Honorable Judge Stanwood Duval. $20,000,000.00 settlement. Case certified. Now pursuing class action against Sewerage and Water Board and DOTD in State Court.

    23)     *Laurendine v. State of Louisiana, et al,* CDC No. 05-11660 "D." Appointed liaison counsel by Honorable Judge Kern Reese. Case involved flooding and environmental damages. Class certification pending.

    24)     *Levy v. Broussard*, 24th JDC No. 624-778, "I." Appointed to class action trial committee. Suit against Aaron Broussard and Jefferson Parish for removing pump operators. Class action certification tried. Awaiting judgment.

    25)     *Leonard Adams v. Exxon Corp.*, Suit involving 2,000 plaintiffs for exposure to naturally occurring radiologic substances. Currently proceeding as a mass tort.

I litigate extensively in Federal Court in the area of admiralty and maritime litigation. Please ask your colleagues whether or not I am a diligent and hard worker. My reputation speaks for itself.

I would like to serve as Fed/State liaison counsel or head the discovery or trial team. Your consideration is appreciated. Listed below is a brief summary of my qualifications:

1)     Licensed in the States of Louisiana and New York;
2)     Member of Louisiana and New York Bar and Trial Lawyers Association for both states;
3)     Masters Degree in Admiralty Law from Tulane Law School;
4)     Board Certified as a Civil Trial Lawyer by the National Board of Trial Advocacy;
5)     Listed in Louisiana Super Lawyers;
6)     Listed as A.V. Lawyer and Bar Register of Preeminent Lawyers in Martindale Hubbell;
7)     Member, Million Dollar Advocates Forum;
8)     Member, Federal Bar Association, USDC.

Because participating as a Steering Committee Member can be very costly, a confidential financial statement can be furnished per this Court's request.

Very truly yours,

(Miss) Darleen M. Jacobs

DMJ/mab
Enclosure