**SCOTT R. SIMMONS, L.L.C.**
ATTORNEY AT LAW

SUITE 201
1820 SAINT CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 896-2259
FACSIMILE (504) 896-2565

September 22, 2010

**VIA CERTIFIED U.S. MAIL**

Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, LA 70130

    RE:    *Submission to Serve on BP Plaintiff's Steering Committee*

Dear Judge Barbier:

    I write requesting that you appoint me to serve on the BP Plaintiff's Steering Committee.

    In the past, you and other judges have said you wanted a younger and diversified group to represent the interests of the plaintiffs in these large and complex cases and that is why I am submitting this request to you. I am 42 years old and have been working for years with local attorneys in an effort to do more of this type of legal work that is fascinating, exciting, and rewarding on many levels.

    In my first class action case, I was appointed co-class counsel in *Willie Harrison, Jr. et al v. Sewell Cadillac-Chevrolet, Inc.* Two of the most rewarding aspects of being class counsel in that case was representing people who otherwise would have had no voice and making a change in the way the automobile service industry discloses information to its customers. That is the way to make a difference being an attorney - working toward positive change first for the client and also in the attitudes people in general have towards attorneys.

    I take pride in being an honest and professional attorney who hopefully promotes our profession each time I am in contact with clients as well as the clerk at the corner store. Not only will my clients who have requested that I represent them in the BP case tell you this, but I believe my past clients, including those in class actions, would tell you the same thing. As for my ability to handle the work load, although I am a solo practitioner, I have skills, staff and connections with other attorneys to easily accommodate any needs the plaintiffs would have in this litigation. I have the ability to easily work with other attorneys and would treat my co-counsel on the plaintiff's steering committee respect and professionalism.

September 22, 2010
Page 2

  Like so many others, I already represent clients in the BP cases, and one of my clients is the lead plaintiff in the punitive damage suit, *Gallo v. BP*. As with so many in the courtroom with you the other day, I have access to funds to finance the plaintiff's costs in this litigation.

  Judge, I know lots of attorneys from around the country are requesting to be on the plaintiff's steering committee. Most are probably qualified, and many will be much older and have served on many other cases. But, this group of cases is different from all those in the past. I can work with those older attorneys who will have some extra experience as a young local attorney with lots of energy to serve the plaintiffs and to make a difference in their representation.

  Enclosed is a short resume. Should you require any further information, please let me know and I will get it to you immediately. Hopefully, I will get good news from you. Thank you.

            Sincerely,

            SCOTT R. SIMMONS, L.L.C.

            Scott R. Simmons
            Licensed to Practice Law in Louisiana

Enclosure
SRS/tf

# SCOTT R. SIMMONS

1820 St. Charles Ave., Ste. 201, New Orleans, Louisiana 70130 (504) 896-2259

## Admitted to Practice
State of Louisiana, October 1994.

## Experience

**Scott R. Simmons, L.L.C., New Orleans, LA, Attorney-at-Law, Notary Public, October 1994-Present**
General plaintiffs practice for individuals and also representing individuals and developers in high-volume real estate practice that includes examining abstracts of title, acquisitions, development, sales, financing, and related work for residential and commercial transactions in the metropolitan New Orleans area and issuing title insurance policies in conjunction with same for purchaser and lender.

**Shapiro & Mentz, L.L.P., Metairie, LA, Associate Attorney, October 1999-January 2005**
Extremely high volume foreclosure practice. Examined approximately 1,500 abstracts of title each year along with an equivalent number of foreclosure petitions throughout Louisiana, also responsible for curing title problems in conjunction with the foreclosure process including average curative work as wells as reopening successions, litigation between property owners, special tax issues, and other difficult and odd cases involving peculiar foreclosure and title issues. Clients included the largest mortgage lenders and servicers in the U.S. and occasionally individual mortgage holders. Worked closely with First American Title Insurance Agency and other national and local offices of title insurers to cure title problems. Working relationship with many title agencies in Louisiana. Managed a support staff of 28. Court appearances for summary judgments and mandamus proceedings.

**Monroe & Lemann, New Orleans, LA, Staff Attorney, December 1994-July 1995**
Assisted managing partner with one, extremely voluminous anti-trust lawsuit working under limiting time constraints. Responsibilities included: investigation, researching, drafting pleadings, organizing documents, and tracking information and intelligence.

## Formal Education

**Juris Doctorate**. Loyola University School of Law, New Orleans, Louisiana, 1993.
**Bachelor of Arts, English**. Louisiana State University, 1990.
    Dean's List Spring 1989 and Fall 1989.
    Federal Land Bank of Jackson Scholarship.
    Alliance Française, Paris, France - 1990.

## Professional Licenses, Associations and Memberships

Louisiana State Bar Association
New Orleans Bar Association
Louisiana Notary Public
Licensed Louisiana Insurance Producer
LSU Alumni Association
The Pirate's Alley Faulkner Society
    Secretary 2003-2005

## Honors

LSU College of Humanities and Social Sciences (formerly Arts & Sciences) Advisory Council, 2004-Present.