UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

**MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

**NOW COMES**, through undersigned counsel, Plaintiff, the State of Louisiana ("Plaintiff"), who requests leave of this Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to file into the record its Reply Memorandum in Support of Motion to Remand attached hereto as Exhibit "A".

**WHEREFORE**, for all the reasons contained herein, Plaintiff respectfully requests this Court grant the relief requested, and order the Clerk of Court to file and enter the attached Reply Memorandum in Support of Motion to Remand into the record of these proceedings.

159730.1

Respectfully submitted,

/s/ Peter J. Butler, Jr.
Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Barrett R. Stephens (Bar #31331)
Justin W. Stephens (Bar #30987)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana*

John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

*District Attorney for the Parish of St. Bernard*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J. Butler, Jr.