|  |  |  |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**JOINT MOTION FOR EXTENSION OF TRIAL DATE**</u>

TO THE HONORABLE CARL J. BARBIER:

     Halliburton Energy Services, Inc., Cameron International Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX USA Corporation, and MOEX Offshore 2007 LLC (collectively "Defendants") file this Joint Motion For Extension of Trial Date, and show as follows:

     1.    This Court has scheduled a trial for October 2011 in Civil Action No. 10-2771 (the "Limitation Proceeding") addressing both limitation and liability allocation issues.

     2.    For the reasons more fully set out in Defendants' Brief in Support of this Joint Motion For Extension of Trial Date, filed contemporaneously with this Motion, Defendants request that this Court extend the current trial setting such that the trial will begin on or about February 27, 2012.

3. Undersigned counsel join in and agree to this Motion on behalf of their respective clients. Liaison counsel for Plaintiffs strenuously object to the relief requested in this Motion. Counsel for BP Exploration & Production, Inc. and counsel for Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., and Transocean Holdings, LLC, on behalf of their respective clients, do not join in this Motion but also do not object to the relief requested.

4. Defendants request that this Court grant the requested relief and extend the current trial setting to February 27, 2012, and request all other relief to which they may be entitled.

Dated October 1, 2010.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:**  /s/  Donald E. Godwin
Donald E. Godwin
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:713.595.8300
Facsimile: 713.425.7594
**ATTORNEYS FOR DEFENDANTS
HALLIBURTON ENERGY SERVICES, INC.
AND HALLIBURTON COMPANY**

David J. Beck, T.A.
dbeck@brsfirm.com
Joe W. Redden, Jr.
jredden@brsfirm.com
David W. Jones
djones@brsfirm.com
Geoffrey Gannaway
ggannaway@brsfirm.com
**BECK, REDDEN & SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: 713.951.3700
Facsimile: 713.951.3720

Howard L. Murphy, 9844
hmurphy@dkslaw.com
Bertrand M. Cass, Jr., 3984
bcass@dkslaw.com
Francis J. Barry, Jr., 2830
fbarry@dkslaw.com
Jonathan M. Walsh, 25922
jwalsh@dks.com
Paul D. Hale, 30539
phale@dkslaw.com
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504.581.5141
Facsimile: 504.566.4039

Phillip A. Wittman, 13625
pwittman@stonepigman.com
Carmelite S. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
**STONE PIGMAN WALTHER WITTMAN L.L.C.**
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: 504.581.3200
Facsimile: 504.581.3361
**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika D. Polk, (La. Bar No. 27608)
Robert E. Guidry (La. Bar No. 28064)
**KUCHLER POLK SCHELL WEINER**
  **& RICHESON, L.L.C.**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone:  504.592.0691
Facsimile:  504.592.0696

James J. Dragna
**BINGHAM MCCUTCHEN LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone:  203.680.6436
Facsimile:  203.680.8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
**BINGHAM MCCUTCHEN LLP**
2020 K Street, NW
Washington, DC  20006-1806
Telephone:  202.373.6000
Facsimile:  202.373.6001

**ATTORNEYS FOR DEFENDANTS,
ANADARKO PETROLEUM CORPORATION,
ANADARKO E&P COMPANY, LP,
AND MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010 a copy of the foregoing Memorandum In Support Of Joint Motion For Extension Of Trial Date was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin