BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION:  J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

MEMORANDUM IN SUPPORT OF
JOINT MOTION FOR EXTENSION OF TRIAL DATE

TO THE HONORABLE CARL J. BARBIER:

Halliburton Energy Services, Inc., Cameron International Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX USA Corporation, and MOEX Offshore 2007 LLC, (collectively "Defendants"), file this Memorandum in Support of their Joint Motion For Extension of Trial Date, and show as follows:

**Procedural Background**

1.     On September 16, 2010, this Court held a Pre-Trial Conference to address various pre-trial planning issues.  During that conference, as reflected in this Court's Minute Entry relating thereto, the Court scheduled a trial in Civil Action No. 10-2771 (the "Limitation Proceeding") "including issues of liability and allocation of fault, to take place commencing in October, 2011."  *See* Ex. A at pp. 1-2.  The Court also extended the Limitation monition date to April 20, 2011.  *Id*. at 1.  The Court then ordered liaison counsel to "continue to meet and confer

MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TRIAL DATE          Page 1

in an attempt to reach agreement on proposed Case Management Order No. 1, which shall be submitted to the Court by September 30, 2010." *Id*. at 3.

## Basis For Motion

2. Defendants recognize the importance of expeditiously proceeding to trial on matters involved in the Limitation and MDL proceedings. Nonetheless, a careful review of the steps necessary for fully and properly preparing for a trial in the Limitation Proceeding, and the realities of the time necessary to complete ongoing evidence recovery, make clear that full trial preparation cannot be completed between now and October 2011. Among the issues making such a timeline impossible are the following:

- Testing results for the blowout preventer ("BOP") in place on the Macondo 252 well are not projected to be completed until at least February 2011.

- Testing on certain cement components used on the Macondo 252 well has not yet begun and may extend into 2011.

- The extended Limitation monition date of April 20, 2011, requires an extended deadline for third party claims and various pleading and discovery deadlines associated with any parties joined after the monition deadline.

- An extension of the currently suggested trial date will allow the Plaintiffs and all Defendants sufficient time to fully discover the multitude of expert reports and opinions that will be relied upon in this extremely complex case.

## Relief Requested

Based on the foregoing, Defendants request that this Court modify and extend its original trial setting by a period of approximately three (3) months, such that the trial involving limitation and liability allocation issues will begin on or about February 27, 2012. This extension is not sought for the sole purpose of delay, but so that justice may be done following full preparation of the case for trial.

Dated October 1, 2010.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:** /s/ Donald E. Godwin
        Donald E. Godwin
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com

        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:713.595.8300
        Facsimile: 713.425.7594
        **ATTORNEYS FOR DEFENDANTS**
        **HALLIBURTON ENERGY SERVICES, INC.**
        **AND HALLIBURTON COMPANY**

David J. Beck, T.A.
dbeck@brsfirm.com
Joe W. Redden, Jr.
jredden@brsfirm.com
David W. Jones
djones@brsfirm.com
Geoffrey Gannaway
ggannaway@brsfirm.com
**BECK, REDDEN & SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas  77010
Telephone:  713.951.3700
Facsimile:  713.951.3720

Howard L. Murphy, 9844
hmurphy@dkslaw.com
Bertrand M. Cass, Jr., 3984
bcass@dkslaw.com
Francis J. Barry, Jr., 2830
fbarry@dkslaw.com
Jonathan M. Walsh, 25922
jwalsh@dks.com
Paul D. Hale, 30539
phale@dkslaw.com
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  504.581.5141
Facsimile:  504.566.4039

Phillip A. Wittman, 13625
pwittman@stonepigman.com
Carmelite S. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
**STONE PIGMAN WALTHER WITTMAN L.L.C.**
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: 504.581.3200
Facsimile:  504.581.3361
**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        Janika D. Polk, (La. Bar No. 27608)
        Robert E. Guidry (La. Bar No. 28064)
        **KUCHLER POLK SCHELL WEINER**
         **& RICHESON, L.L.C.**
        1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
        Telephone:  504.592.0691
        Facsimile:  504.592.0696

        James J. Dragna
        **BINGHAM MCCUTCHEN LLP**
        355 South Grand Avenue, Suite 4400
        Los Angeles, California  90071-3106
        Telephone:  203.680.6436
        Facsimile:  203.680.8636

        Warren Anthony Fitch
        Ky E. Kirby
        Michael B. Wigmore
        **BINGHAM MCCUTCHEN LLP**
        2020 K Street, NW
        Washington, DC  20006-1806
        Telephone:  202.373.6000
        Facsimile:  202.373.6001

        **ATTORNEYS FOR DEFENDANTS,**
        **ANADARKO PETROLEUM CORPORATION,**
        **ANADARKO E&P COMPANY, LP,**
        **AND MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 1, 2010 a copy of the foregoing Memorandum In Support Of Joint Motion For Extension Of Trial Date was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

                                                  /s/ Donald E. Godwin