| | | |
|---|---|---|
| _____ | | |
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION:  J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| _____ § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**NOTICE OF HEARING ON
JOINT MOTION FOR EXTENSION OF TRIAL DATE**

PLEASE TAKE NOTICE that Halliburton Energy Services, Inc., Cameron International Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX USA Corporation, and MOEX Offshore 2007 LLC, collectively Defendants shall bring their Joint Motion for Extension of Trial Date for hearing on the 27th day of October, 2010, following the 9:30 a.m. initial hearing in this matter in front of Judge Barbier at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as this matter can be heard.

Dated October 1, 2010.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:** /s/ Donald E. Godwin
        Donald E. Godwin
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com

        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:713.595.8300
        Facsimile: 713.425.7594
        **ATTORNEYS FOR DEFENDANTS**
        **HALLIBURTON ENERGY SERVICES, INC.**
        **AND HALLIBURTON COMPANY**

David J. Beck, T.A.
dbeck@brsfirm.com
Joe W. Redden, Jr.
jredden@brsfirm.com
David W. Jones
djones@brsfirm.com
Geoffrey Gannaway
ggannaway@brsfirm.com
**BECK, REDDEN & SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas  77010
Telephone:  713.951.3700
Facsimile:  713.951.3720

Howard L. Murphy, 9844
hmurphy@dkslaw.com
Bertrand M. Cass, Jr., 3984
bcass@dkslaw.com
Francis J. Barry, Jr., 2830
fbarry@dkslaw.com
Jonathan M. Walsh, 25922
jwalsh@dks.com
Paul D. Hale, 30539
phale@dkslaw.com
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  504.581.5141
Facsimile:  504.566.4039

Phillip A. Wittman, 13625
pwittman@stonepigman.com
Carmelite S. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
**STONE PIGMAN WALTHER WITTMAN L.L.C.**
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: 504.581.3200
Facsimile:  504.581.3361
**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        Janika D. Polk, (La. Bar No. 27608)
        Robert E. Guidry (La. Bar No. 28064)
        **KUCHLER POLK SCHELL WEINER**
          **& RICHESON, L.L.C.**
        1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
        Telephone:  504.592.0691
        Facsimile:  504.592.0696

        James J. Dragna
        **BINGHAM MCCUTCHEN LLP**
        355 South Grand Avenue, Suite 4400
        Los Angeles, California  90071-3106
        Telephone:  203.680.6436
        Facsimile:  203.680.8636

        Warren Anthony Fitch
        Ky E. Kirby
        Michael B. Wigmore
        **BINGHAM MCCUTCHEN LLP**
        2020 K Street, NW
        Washington, DC  20006-1806
        Telephone:  202.373.6000
        Facsimile:  202.373.6001

        **ATTORNEYS FOR DEFENDANTS,**
        **ANADARKO PETROLEUM CORPORATION,**
        **ANADARKO E&P COMPANY, L.P.,**
        **AND MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010 a copy of the foregoing Memorandum In Support Of Joint Motion For Extension Of Trial Date was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

             /s/ Donald E. Godwin