**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL** | § | **MDL No. 2179** |
| **RIG "DEEPWATER HORIZON"** | § | |
| **IN THE GULF OF MEXICO,** | § | **SECTION:  J** |
| **ON APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

Considering the foregoing Joint Motion for Extension of Trial Date, filed by the Defendants listed therein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the foregoing motion be and is hereby GRANTED.  The current trial date is extended, and the initial trial setting in the Limitation Proceeding is reset to February 27, 2012.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE