| | | |
|---|---|---|
| _____ | § | MDL No. 2179 |
| IN RE: OIL SPILL BY THE OIL | § | |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| _____ | § | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR EXTENSION OF TRIAL DATE

TO THE HONORABLE CARL J. BARBIER:

Halliburton Energy Services, Inc., Cameron International Corporation, Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX USA Corporation, and MOEX Offshore 2007 LLC (collectively "Defendants") file this Memorandum in Support of Defendants' Motion for Expedited Hearing of Defendants' Joint Motion for Extension of Trial Date, and show as follows:

1. This Court has scheduled a trial for October 2011 in Civil Action No. 10-2771 (the "Limitation Proceeding") addressing both limitation and liability allocation issues. Defendants are filing their Joint Motion for Extension of Trial Date contemporaneously with this Memorandum. Defendants seek the Court's expedited consideration of their Joint Motion for Extension of Trial Date to instruct liason counsel with respect to negotiations related to the Court's Case Management Order.

2.     For these reasons, Defendants request that this Honorable Court expeditiously rule on Defendants' Joint Motion for Extension of Trial Date, and request all other relief to which they may be entitled.

Dated October 1, 2010.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:**  /s/  Donald E. Godwin
        Donald E. Godwin
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com

        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:713.595.8300
        Facsimile: 713.425.7594
        **ATTORNEYS FOR DEFENDANTS**
        **HALLIBURTON ENERGY SERVICES, INC.**
        **AND HALLIBURTON COMPANY**

David J. Beck, T.A.
dbeck@brsfirm.com
Joe W. Redden, Jr.
jredden@brsfirm.com
David W. Jones
djones@brsfirm.com
Geoffrey Gannaway
ggannaway@brsfirm.com
**BECK, REDDEN & SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas  77010
Telephone:  713.951.3700
Facsimile:  713.951.3720

Howard L. Murphy, 9844
hmurphy@dkslaw.com
Bertrand M. Cass, Jr., 3984
bcass@dkslaw.com
Francis J. Barry, Jr., 2830
fbarry@dkslaw.com
Jonathan M. Walsh, 25922
jwalsh@dks.com
Paul D. Hale, 30539
phale@dkslaw.com
**DEUTSCH, KERRIGAN & STILES**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  504.581.5141
Facsimile:  504.566.4039

Phillip A. Wittman, 13625
pwittman@stonepigman.com
Carmelite S. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
**STONE PIGMAN WALTHER WITTMAN L.L.C.**
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: 504.581.3200
Facsimile:  504.581.3361
**ATTORNEYS FOR CAMERON
INTERNATIONAL CORPORATION**

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        Janika D. Polk, (La. Bar No. 27608)
        Robert E. Guidry (La. Bar No. 28064)
        **KUCHLER POLK SCHELL WEINER**
          **& RICHESON, L.L.C.**
        1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
        Telephone:  504.592.0691
        Facsimile:  504.592.0696

        James J. Dragna
        **BINGHAM MCCUTCHEN LLP**
        355 South Grand Avenue, Suite 4400
        Los Angeles, California  90071-3106
        Telephone:  203.680.6436
        Facsimile:  203.680.8636

        Warren Anthony Fitch
        Ky E. Kirby
        Michael B. Wigmore
        **BINGHAM MCCUTCHEN LLP**
        2020 K Street, NW
        Washington, DC  20006-1806
        Telephone:  202.373.6000
        Facsimile:  202.373.6001

        **ATTORNEYS FOR DEFENDANTS,**
        **ANADARKO PETROLEUM CORPORATION,**
        **ANADARKO E&P COMPANY, LP,**
        **AND MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010 a copy of the foregoing Memorandum In Support Of Joint Motion For Extension Of Trial Date was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin