BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

After consideration of Defendants' Motion to Expedite Hearing of Defendants' Joint Motion for Extension of Trial Date, and any response thereto, the Court finds the Motion to Expedite has merit and is supported by law. It is, therefore, ORDERED that:

Defendants' Motion to Expedite Hearing of Defendants' Joint Motion for Extension of Trial Date is hereby set on an expedited basis, to be heard on the ____ day of _____, 2010 at _____ o'clock a.m.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

D  1584057 v1-24010/0002 PLEADINGS