UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 : SECTION: J
:
:
: JUDGE BARBIER
: MAG. JUDGE SHUSHAN
:
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

<u>ORDER</u>

After consideration of Defendants' **Motion to Expedite Hearing of Defendants' Joint Motion for Extension of Trial Date (Rec. Doc. 455)**, the Court finds the Motion to Expedite is **GRANTED**. Accordingly, it is **ORDERED** that:

Defendants' Motion for Extension of Trial Date is hereby set on an expedited basis, to be heard on the 5th day of October, 2010, without oral argument. Any opposition should be filed by 5:00 p.m. on October 4, 2010.

New Orleans, Louisiana, this  1st  day of  October , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE