```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

The Court has granted Defendants' Motion to Expedite Hearing on a Motion to Continue the Trial Date in this matter. Therefore, the parties will not be required to submit proposed Case Management Order No. 1 until the Court rules on the Motion to Continue Trial.

Accordingly, the current deadline for submitting proposed Case Management Order No. 1, October 4, 2010, is hereby extended to Wednesday, October 6, 2010.

New Orleans, Louisiana, this <u>1st</u> day of <u>October</u>, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE