UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>DIVISION J-1 |

EX-PARTE MEMORANDUM IN SUPPORT OF ROBERT WIYGUL'S
APPLICATION FOR MEMBERSHIP ON PLAINTIFFS' STEERING COMMITTEE

    NOW COME David Guest, Esq., Monica Reimer, Esq. and Alisa Coe, Esq. and file this memorandum in support of the application of Robert Wiygul of Waltzer & Wiygul for appointment to the Plaintiffs Steering Committee.  We are experienced environmental lawyers and have litigated exclusively in that area for 25, 14 and six years, respectively.  We are counsel in two cases consolidated in MDL 2149 and expect to file more cases.  We have known and worked with Robert Wiygul for approximately the past 20 years and know that he has demonstrated knowledge and excellence in litigating environmental cases.

    Robert has a demonstrated ability to work with counsel from various organizations within the environmental community. Important aspects of the Deepwater Horizon litigation involve areas of law with which the environmental community has a deep-seeded and long running interest as well as substantial expertise.  Several governmental/regulatory cases have been or will be brought in this MDL along with several injunctive claims that will be filed against BP and related defendants in these cases.

    For these reasons, we respectfully submit that it would serve the interest of efficient prosecution of MDL 2179 for  Robert Wiygul to be appointed to the Plaintiff's Steering Committee.

```
```

Respectfully Submitted:

Dated October 4, 2010

s/ Alisa Coe
Alisa A. Coe
La. Bar No. 27999
Monica K. Reimer
Fl. Bar. No. 0090069
Admitted Pro Hac Vice
David G. Guest
Fla. Bar. No. 267228
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32302-1329
Phone: (850) 681-0031
Facsimile: (850) 681-0020
acoe@earthjustice.org