# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2179-ALS-1-2010-202   2179-ALS-1-2010-248<br>2179-ALS-1-2010-203   2179-ALS-1-2010-252<br>2179-ALS-1-2010-206   2179-MMS-1-2010-258<br>2179-MMS-1-2010-207   2179-ALS-1-2010-261<br>2179-ALS-1-2010-210   2179-ALS-1-2010-263<br>2179-ALS-1-2010-213   2179-ALS-1-2010-272<br>2179-ALS-1-2010-215   2179-MSS-1-2010-280<br>2179-ALS-1-2010-216   2179-ALS-1-2010-281<br>2179-ALS-1-2010-217   2179-ALS-1-2010-292<br>2179-ALS-1-2010-221   2179-ALS-1-2010-293<br>2179-ALS-1-2010-222   2179-ALS-1-2010-314<br>2179-ALS-1-2010-223   2179-ALS-1-2010-319<br>2179-ALS-1-2010-224   2179-ALS-1-2010-341<br>2179-MMS-1-2010-225   2179-ALS-1-2010-369<br>2179-ALS-1-2010-227   2179-ALS-1-2010-397<br>2179-ALS-1-2010-233   2179-ALS-1-2010-414<br>2179-ALS-1-2010-235   2179-MSS-2-2010-138<br>2179-MMS-1-2010-236   2179-ALM-2-2010-0525<br>2179-ALS-1-2010-238   2179-ALN-2-2010-1139<br>2179-MMS-1-2010-241   2179-SC-2-2010-1460<br>2179-ALS-1-2010-243   2179-SC-2-2010-1461<br>2179-MMS-1-2010-236   2179-SC-2-2010-1462<br>2179-ALS-1-2010-245 | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## NOTICE OF INTENT TO OPT OUT OF POTENTIAL CLASSES

The St. Joe Company ("St. Joe"), a corporation duly formed under the laws of Florida, respectfully submits this notice of its intent to opt out from inclusion in any and all certified classes, putative classes, settlement classes, or implied classes as described in Rules 23(b)(1), 23(b)(2), or Rule 23(b)(3) of the Federal Rules of Civil Procedure or applicable state law, that

seek legal and/or equitable remedies arising out of the *Deepwater Horizon* oil spill incident in the Gulf of Mexico that occurred on or about April 20, 2010, and its subsequent cleanup.

In particular, although St. Joe has not been notified that it is or may be a member of any proposed or certified class, St. Joe hereby opts out of any such class that may be certified in the future in the above-captioned matter.

DATED: October 5, 2010

Respectfully submitted,

By:   */s/ Robert W. Gifford*
William A. Brewer III
Michael J. Collins
Kenneth N. Hickox, Jr.
Robert W. Gifford
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF
THE ST. JOE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of October, 2010, the undersigned caused all counsel of record to be served electronically with a copy of this document via the Court's ECF filing system.

*/s/ Robert W. Gifford*