```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: __October 6, 2010__

_Griffitts Investment Limited Partnership_

vs.

BP p.l.c., BP American Production Company,
BP Exploration & Production, Inc., et al.

Case No. __2:10-md-02179__ Section __J__

This relates to:
2:10-cv-01512

Dear Sir:

Please (issue) ~~(re-issue)~~ summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) ___BP p.l.c._____
   (address) 1 Saint James's Square, London SW1Y 4PD, England, United Kingdom
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/  Robert J. McKee
"Signature"
Florida Bar Number:  972614
Attorney for __Plaintiff__

Address  12 Southeast Seventh Street, #801
Fort Lauderdale, FL 33301-3426
954-763-8181 telephone
954-763-8292 facsimile
rmckee@krupnicklaw.com