UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
***EX PARTE* MOTION TO AMEND PRETRIAL ORDER #1**
**TO ALLOW PLAINTIFFS LEAVE TO SERVE**
**INITIAL OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS**

Plaintiffs respectfully submit the following memorandum in support of their *Ex Parte* Motion to Amend Pretrial Order No. 1 to allow for the service of an initial set of Omnibus Discovery Requests on All Defendants:

**MAY IT PLEASE THE COURT:**

Commencing on or around August 16, 2010, Plaintiffs' Liaison Counsel have conferred with Defense Liaison Counsel regarding the production of "Expanded Disclosures" to Plaintiffs in connection with their proposed Case Management Order ("CMO").[1]

---

[1] *See generally,* LETTER FROM PLAINTIFF LIAISON COUNSEL TO DEFENSE LIAISON COUNSEL (August 19, 2010); LETTER FROM PLAINTIFF LIAISON COUNSEL TO DEFENSE LIAISON COUNSEL (August 31, 2010); LETTER FROM PLAINTIFF LIAISON COUNSEL TO DON K. HAYCRAFT (August 31, 2010); PLAINTIFFS' PROPOSED CMO NO. 1 [Doc 215-1] (September

Defendants have taken the position that such discovery requests should be made (and responded to) pursuant to Federal Rules 33 and 34, rather than incorporated within the CMO.

In light of discussions with Defense Liaison Counsel, as well as the Status Conference held on September 29, 2010, Plaintiffs' Liaison Counsel have agreed to serve such requests as initial Omnibus Discovery Requests on All Defendants, rather than as "Expanded Disclosures" within the proposed CMO.

The requests are designed to obtain basic information regarding the defendants, their computer systems, key employees, insurance and indemnity information, environmental sampling, and the investigations of the blow-out to date [2] – which are logical antecedents to the further evaluation, planning and execution of necessary and appropriate evidence collection, preservation, and discovery efforts in this case.

In light of the nature of these requests, and the notice which has been provided to Defendants, Plaintiffs do not believe there is any reason to delay, and have therefore notified Defense Liaison Counsel of their intention to seek to modify the stay contained within Pre-Trial Order No. 1 for the limited purpose of allowing Plaintiffs to serve such basic initial requests.[3]

Transocean has indicated that it has no objection to the present Motion. The other Defendants have neither formally consented nor objected.

---

13, 2010), Section V(A), pp.6-9; and E-MAIL FROM PLAINTIFF LIAISON COUNSEL TO DEFENSE LIAISON COUNSEL (September 30, 2010); attached hereto as *in globo* EXHIBIT "A".

[2] *See* PLAINTIFFS' PROPOSED CMO NO. 1 [Doc 215-1] (September 13, 2010), Section V(A), pp.6-9. (*Note* that these Requests have been further refined in light of ongoing discussions with Defense Liaison Counsel.)

[3] *See* E-MAIL FROM PLAINTIFF LIAISON COUNSEL TO DEFENSE LIAISON COUNSEL (September 30, 2010).

## Conclusion

For the above and foregoing reasons, the Court should amend Paragraph 8 of Pretrial Order No. 1 for the limited purpose of allowing Plaintiffs to serve their initial Omnibus Discovery Requests on All Defendants.

This 5th day of October, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Memorandum, together with Motion, Exhibits, and a proposed Order, will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Motion, Memorandum, Exhibits and Proposed Order will be served, *via* E-MAIL, upon all known counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those pending in, or subject to transfer to, the MDL.

This 5th day of October, 2010.

    /s/  Stephen J. Herman and James Parkerson Roy