UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

PRETRIAL ORDER NO. \_\_\_\_

**CONSIDERING** the *Ex Parte* Motion to for Leave to Amend PTO #1:

**IT IS HEREBY ORDERED** that Paragraph 8 of Pretrial Order No. 1 be and is hereby modified and amended to allow for the service of Plaintiffs' initial Omnibus Discovery Requests on All Defendants.

**SIGNED** this \_\_\_\_ day of October, 2010.

_____
**The Honorable Carl J. Barbier**
**U.S. District Court Judge**