UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG                    MDL-2179
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

THIS DOCUMENT RELATES TO:                           SECTION J

ALL ACTIONS                                                             JUDGE BARBIER
                                                                               MAG. JUDGE SHUSHAN

## NOTICE OF JOINDER TO REQUEST FOR GOVERNMENT TRACK

**COMES NOW** Jim Hood, Attorney General for the State of Mississippi, *ex rel*. the State of Mississippi, and respectfully joins the request made by the State of Louisiana and by the United States for creation of a separate "government case track" for all government-related cases in these proceedings, and in support thereof would state the following.

1.      The State of Mississippi is not currently a party to any litigation related to the subject of these proceedings regarding the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.

2.      However, as one of the State Natural Resource Trustees, the State of Mississippi is charged with the duty to assess and promote restoration of Mississippi's valuable natural resources damaged as a result of the Oil Spill.  Mississippi has suffered and will continue to suffer severe damage.  There is a real and substantial risk that the natural resources of the State of Mississippi will be adversely impacted for many years to come, causing our State to lose tax revenues and much of its natural beauty.

3.      As a result, the State of Mississippi respectfully requests that it be heard on the issue of creating a separate "government case track" in these proceedings.

4.      Mississippi does not acknowledge federal jurisdiction over any potential action it may file as a result of the Oil Spill.  Nor does Mississippi support the transfer and consolidation of actions brought on behalf of the states, the United States, or other governmental entities into a single action with all litigants having filed claims in connection with this matter.  Governmental entities face unique issues distinct from those of private parties, and thus any litigation initiated by them should be handled separately.

5.      However, to the extent that this Court may obtain jurisdiction over any such actions filed by governmental entities, the State of Mississippi respectfully joins the request made by the State of Louisiana and by the United States for creation of a special "government track" for discovery and other pretrial proceedings, separate from the standard case track for private litigants.

6.      For the reasons more fully articulated in the State of Louisiana's Motion for Creation of Government Case Track and for Appointment of Liaison Counsel, and in the Statement of Interest of the United States Related to the Initial Pretrial Conference, both previously filed in this matter, the significant public interests at stake here would be best served by creation of a separate government track.  Therefore, the State of Mississippi respectfully joins the State of Louisiana and the United States in their request.

7.      Should the Court desire separate briefing from the State of Mississippi as *amicus curiae* on this issue, the Attorney General would be happy to comply.

**WHEREFORE PREMISES CONSIDERED**, the State of Mississippi hereby joins the request made by the State of Louisiana and by the United States for creation of a separate "government case track" for all government-related cases in these proceedings.

Respectfully submitted, this the 5th day of October, 2010.

JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI


BY: /s Mary Jo Woods
    MARY JO WOODS, MS BAR NO. 10468
    BLAKE R. BEE, MS BAR NO. 102633
    SPECIAL ASSISTANT ATTORNEYS GENERAL

Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone:  (601) 359-3680
Facsimile:  (601) 359-2003
E-mail:  mwood@ago.state.ms.us

## CERTIFICATE OF SERVICE

I, Mary Jo Woods, Special Assistant Attorney General of the State of Mississippi, do hereby certify that on this date, I filed the foregoing document using the Court's ECF system which will send notification of such filing to all counsel of record in this proceeding.

THIS the 5th day of October, 2010.

/s Mary Jo Woods
MARY JO WOODS, MS BAR NO. 10468
SPECIAL ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone:  (601) 359-3680
Facsimile:  (601) 359-2003
E-mail:  mwood@ago.state.ms.us