UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>Section: J |
| This document relates to: | ) ) | Judge Barbier<br>Mag. Judge Shushan |
| ALL CASES | ) ) | |

**PROVISIONAL WITHDRAWAL OF APPLICATION OF CHARLES M. TEBBUTT FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Comes now, Charles M. Tebbutt, and hereby provisionally withdraws his application for appointment to the Plaintiffs' Steering Committee ("PSC") filed on September 24, 2010. I, as lead counsel, represent the Center for Biological Diversity ("the Center") in a civil enforcement action ( Case No. 10-01768) based upon the statutory provisions of the Clean Water Act, Comprehensive Environmental Response Compensation and Liability Act (CERCLA), and Emergency Planning and Community Right to Know Act (EPCRA), through the citizen suit provisions provided by Congress. I offer to withdraw my application contingent upon Robert Wiygul of Waltzer & Wiygul being appointed to the PSC. I applied for the PSC in order to represent the "civil enforcement bundle" that has been discussed but not yet fully defined in this matter. While most of the lawyers who have applied for the PSC are eminently qualified for the tort aspects of the MDL, few have the background and experience necessary to represent non-governmental entities involved in the regulatory and enforcement cases.

Mr. Wiygul and his firm would more than adequately represent the public civil enforcement bundle on the issues that are particular to the civil enforcement cases in the MDL. Mr. Wiygul has significant experience with citizen enforcement cases and has expressed a sincere willingness to act as a liaison for the Center for Biological Diversity's unique posture in the MDL proceedings.

If the Court chooses not to appoint Mr. Wiygul, then I would ask to remain in consideration for the PSC position in order to ensure representation on the committee for the civil enforcement bundle as per my earlier application.

For the reasons stated above, I respectfully request that my application for appointment to the PSC being provisionally withdrawn.

Respectfully submitted this 5th day of October, 2010.

        s/ Charles M. Tebbutt
        Charles M. Tebbutt, *pro hac vice*
        Law Offices of Charles M. Tebbutt, P.C.
        P.O. Box 10112
        470 W. Broadway
        Eugene, Oregon 97440
        Tel:  (541) 344-8312
        Fax: (541) 344-0188
        charlie.tebbuttlaw@gmail.com