

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

September 20, 2010

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office. These documents are designated as:

**Proof of International Service of Process in Switzerland upon the Defendant:
Transocean Ltd.**

Maria Victoria Portuguez, Manager of this company, certifies that Allen Edwards, who translated this document, is fluent in German and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

_____
Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this September 20, 2010.

_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2012

Sincerely,

Victor J. Hertz
President

**Canton of Zug**                                                                 **Appellate Court**

<u>Appellate Court, Aabachstrasse 3, P.O. Box 760, 6301 Zug</u>

**Airmail**
LEGAL LANGUAGE SERVICES
Karina Shreefer, Esq.
8014 State Line Road, Suite 110
Leawood, Kansas 66208, USA


Zug, August 23, 2010 cst


**IR 2010 549**
**Your reference: 2:10-CV-380-FTM-36SPC**
**Your request for service of process dated July 30, 2010**
**(Received on: August 2, 2010)**

Ladies and Gentlemen:

This is to confirm that the service of process you requested us to perform on

**Transocean Ltd., Turmstrasse 30, 6300 Zug,**

has been effected.

Please find enclosed the confirmation of acceptance of the service.


Sincerely,

Appellate Court of the Canton of Zug
International Legal Assistance

[SIGNATURE]
A. Schnyder
Clerk

[SEAL: APPELLATE COURT CANTON OF ZUG]

Enclosure mentioned above

Aabacherstrasse 3, P.O. Box 760, 6301 Zug
T 041 728 52 63

| | | |
|---|---|---|
| **R** [BARCODE] 6304 Zug 98.38.114306.00971558 *SWISS POSTAL SERVICE* Swiss Registered Mail | **AUG.11, 2010** CH – 6300 Zug 1 [illeg.] 751349 | **012.00** GU-AJ-AG BP – LET [IMAGE] *SWISS POSTAL SERVICE* |

Addressed to:

## Confirmation of Acceptance
(Acceptance must also be recorded in the Service of Process Register)

The undersigned hereby places on record his/her/its acceptance of service of the following documents:

IR 2010/549

(File No.: 2:10-CV-380-FTM-36SPC)
Documents of the United States District Court, District of Central Florida, requested by Karina Shreefer, Esq., LEGAL LANGUAGE SERVICE, Kansas:
Summons to appear in Civil Court, Complaint dated July 30, 2010

Place _Steinhausen_   Date _August 12, 2010_

Signature _____ [SIGNATURE]

**Court Document** to be served upon

Transocean Ltd.
Turmstrasse 30
6300 Zug

Return address

Appellate Court of the Canton of Zug
P.O. Box 760
6301 Zug

## CERTIFICATE

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1) that the document has been served *
   - on (date)     ***August 12, 2010***

   - at (place, street, number)

   - using one of the following methods authorized by article 5-
       ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

       ☐ (b) using the following special method*:

       ☐ (c) by delivery to the addressee, who accepted it voluntarily. *

   The documents referred to in the request have been delivered to:
   -(identity and description of person)     ***Employee of Transocean Ltd***

   -relationship to the addressee (family, business, or other):

2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is equested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

In appropriate cases, documents establishing the service:

Done at   ***Zug***   , on   ***Aug. 23, 2010***

Signature and / or stamp.

[SIGNATURE]

(APPELLATE COURT CANTON OF ZUG)

* Delete if inappropriate

2

 **Kanton Zug**             **Obergericht**

<u>Obergericht, Aabachstrasse 3, Postfach 760, 6301 Zug</u>

**A-Post**
LEGAL LANGUAGE SERVICES
Karina Shreefer, Esq.
8014 State Line Road, Suite 110
US - Leawood, Kansas 66208

Zug, 23. August 2010 cst

**IR 2010 549**
**Ihr Aktenzeichen: 2:10-CV-380-FTM-36SPC**
**Ihr Zustellungsersuchen vom 30. Juli 2010**
**(Eingang: 2. August 2010)**

Sehr geehrte Damen und Herren

Ich bestätige Ihnen, dass Ihr Zustellungsauftrag an

**Transocean Ltd., Turmstrasse 30, 6300 Zug,**

ausgeführt wurde.

Die Empfangsbestätigung finden Sie in der Beilage.

Freundliche Grüsse
Obergericht des Kantons Zug
Internationale Rechtshilfe

i. A. Stock

A. Schnyder
Sekretärin

Beilage erwähnt



R 6304 Zug
98.38.114306.00971558
Recommandé Suisse

Das Adressblatt ist: 11.08.10
CH-6300
Zug 1
751349

012.00
GU-AJ-AG
BP-LET
DIE POST

... den Zu

**Gerichtsurkunde** zuzustellen an

Transocean Ltd.
Turmstrasse 30
6300 Zug

Zurückzusenden an

Obergericht des Kantons Zug
Postfach 760
6301 Zug

**Empfangsbestätigung**
(Der Empfang ist auch im Zustellbuch zu bescheinigen)

Der/die Unterzeichnete bescheinigt den Empfang der Sendung mit folgendem Inhalt:

IR 2010/549

(AZ: 2:10-CV-380-FTM-36SPC)
Aktenstücke des Bezirksgerichts der Verei-nigten Staaten, Bezirk Florida-Mitte, zugestellt von Karina Shreefer, Esq., LEGAL LANGU-AGE SERVICE, Kan-sas:
Vorladung einer Zivilklage mit Klageschrift vom 30. Juli 2010

Ort _Steinhausen_ Datum _12.08.10_

Unterschrift _[signature]_

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____12. 8. 2010_____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  - ☐ (b) in accordance with the following particular method*:
    *b) selon la forme particulière suivante :* _____
  - ☐ (c) by delivery to the addressee, who accepted it voluntarily. *
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* __Angestellte des Transocean Ltd__

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

Done at __23. 8. 2010__
*Fait à* _____, *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'execution:*

Signature and / or stamp.
*Signature et / ou cachet.*

[Stamp: OBERGERICHT KANTON ZUG]

*Delete if inappropriate.*
*Rayer les mentions inutiles.*

2

**Kanton Zug**                                **Obergericht**

Obergericht, Aabachstrasse 3, Postfach 760, 6301 Zug

**A-Post**
LEGAL LANGUAGE SERVICES
Karina Shreefer, Esq.
8014 State Line Road, Suite 110
US - Leawood, Kansas 66208

Zug, 23. August 2010 cst

**IR 2010 549**
**Ihr Aktenzeichen: 2:10-CV-380-FTM-36SPC**
**Ihr Zustellungsersuchen vom 30. Juli 2010**
**(Eingang: 2. August 2010)**

Sehr geehrte Damen und Herren

Ich bestätige Ihnen, dass Ihr Zustellungsauftrag an

**Transocean Ltd., Turmstrasse 30, 6300 Zug,**

ausgeführt wurde.

Die Empfangsbestätigung finden Sie in der Beilage.

Freundliche Grüsse
Obergericht des Kantons Zug
Internationale Rechtshilfe

A. Schnyder
Sekretärin

Beilage erwähnt



**Empfangsbestätigung**
(Der Empfang ist auch im Zustellbuch zu bescheinigen)

Der/die Unterzeichnete bescheinigt den Empfang der Sendung mit folgendem Inhalt:

IR 2010/549

(AZ: 2:10-CV-380-FTM-36SPC)
Aktenstücke des Bezirksgerichts der Vereinigten Staaten, Bezirk Florida-Mitte, zugestellt von Karina Shreefer, Esq., LEGAL LANGU-AGE SERVICE, Kansas:
Vorladung einer Zivilklage mit Klageschrift vom 30. Juli 2010

Ort _____ Datum 12.08.10

Unterschrift _____

**Gerichtsurkunde** zuzustellen an

Transocean Ltd.
Turmstrasse 30
6300 Zug

Zurückzusenden an

Obergericht des Kantons Zug
Postfach 760
6301 Zug

11.08.10   012.00
CH-6300   GU-AJ-AG
Zug 1     BP-LET
          DIE POST
751349

Civil Action No.: 2:10-CV-380-FTM-36SPC

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167<br><br>[Stamp: Obergericht des Kantons Zug  E -2. Aug. 2010  Postaufgabe:] | HAGUE CENTRAL AUTHORITY FOR THE CANTON OF ZUG<br>Obergericht des Kantons Zug<br>Rechtshilfe<br>6300 Zug<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)   TRANSOCEAN LTD. (No.: CH-170.3.032.555-9)
Turmstrasse 30, CH-6300 Zug
SWITZERLAND

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*  Personal (in-hand) service by a Judicial Officer in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.** (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)

**List of documents**
*Enumération des pieces*
See Attachment "A"

Done at  Leawood, Kansas, U.S.A. , the  30 July 2010
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Karina Shf]

*Delete if inappropriate
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____12. 8. 2010_____

- at (place, street, number)
- *à (locatlité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  - ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  - ☐ (b) in accordance with the following particular method*:
    *b) selon la forme particulière suivante :* _____
  
  _____
  
  - ☐ (c) by delivery to the addressee, who accepted it voluntarily. *
    *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)* __Angestellte des Transocean Ltd__

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

Done at ___23. 8. 2010___
*Fait à* _____, *le* _____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*

Signature and / or stamp.
*Signature et / ou cachet.*

[Stamp: OBERGERICHT KANTON ZUG]

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

Civil Action No.: 2:10-CV-380-FTM-36SPC

**Attachment "A"**
to
**"Request" – List of Documents**

1. Executed "Request," with Attachment "A", in duplicate
2. "Certificate" (unexecuted), in duplicate
3. "Summary," in duplicate
4. "Notice," in duplicate
5. Summons in a Civil Action, in English and German, in duplicate
6. Class Action Complaint, in English and German, in duplicate
7. Standing Order, in English and German, in duplicate
8. Related Case Order and Track Two Notice, in English and German, in duplicate
9. Notice of Pendency of Other Actions, in English and German, in duplicate
10. Certificate of Interested Persons and Corporate Disclosure Statement, in English and German, in duplicate

Civil Action No.: 2:10-CV-380-FTM-36SPC

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | Karina Shreefer, Esq. |
| *Nom et adresse de l'autorité requérante :* | LEGAL LANGUAGE SERVICES |
| | 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A. |
| | Tel. 1.913.341.3167 |

**Particulars of the parties*:**
*Identité des parties :*   THE CYNTHIA JOANNOU REVOCABLE TRUST, BY ITS TRUSTEE CYNTHIA M. JOANNOU, individually and on behalf of all others similarly situated, *Plaintiff*
BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC., et al., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it, and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within twenty-one (21) days after service of the Summons (not counting day of receipt) Defendant must serve on Plaintiff's Attorney (Milberg LLP) an Answer to the Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file its Answer or Motion with the United States District Court, Middle District of Florida, Ft. Myers Division, located at: U.S. Courthouse and Federal Building, 2110 First Street, Ft. Myers, Florida 33901, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Within twenty-one (21) days after service of the Summons (not counting day of receipt) Defendant must serve on Plaintiff's Attorney (Milberg LLP) an Answer to the Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against it for the relief demanded in the Complaint. Defendant also must file its Answer or Motion with the Court.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

3

Civil Action No.: 2:10-CV-380-FTM-36SPC

## NOTICE
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

> TRANSOCEAN LTD.
> (No.: CH-170.3.032.555-9)
> Turmstrasse 30
> CH-6300 Zug
> SWITZERLAND

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Lee County Legal Aid Society, Inc.
2254 McGregor Boulevard Plaza
Ft. Myers, Florida 33901
U.S.A.
Tel. 1.239.334.6118

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Lee County Legal Aid Society, Inc.
2254 McGregor Boulevard Plaza
Ft. Myers, Florida 33901
U.S.A.
Tel. 1.239.334.6118