

## LEGAL LANGUAGE SERVICES

A division of ALS International  
8014 State Line Road  
Suite 110  
Leawood, KS 66208-3712

Telephone (913) 341-3167  
Toll Free (800) 755-5775  
Telefax (913) 341-3168  
www.legallanguage.com

July 30, 2010  
*30. Juli 2010*

**Certification:**  
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:  
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

Notice of Pendency of Other Actions  
*Mitteilung Über Rechtsanhängigkeit Von Anderen Klagen*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Eva Kafka, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:  
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Eva Kafka, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."  
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**  
*Unterschrift von Maria Victoria Portuguez*

**Subscribed and sworn to before me this July 30, 2010.**  
*Vor mir unterzeichnet und beeidigt am 30. Juli 2010.*

**Vicki Farron**  
**Notary Public, State of Kansas**  
**Qualified in Johnson County**  
**Commission Expires December 9, 2012**

*Vicki Farron*  
*Öffentlicher Notar des Staates Kansas*  
*Qualifiziert in Bezirk Johnson*  
*Ermächtigung läuft am 9.dezember 2012 ab*

**Sincerely,**  
*Hochachtungsvoll,*

**Victor J. Hertz**  
**President/***Präsident*

BEZIRKSGERICHT DER VEREINIGTEN STAATEN
BEZIRK FLORIDA-MITTE
ABTEILUNG FT. MYERS

THE CYNTHIA JOANNOU REVOCABLE
TRUST, Vertreten Durch Die
Treuhänderin Cynthia M. Joannou,
in eigenem Namen und und für alle in einer
ähnlichen Lage Befindlichen,

       Kläger                       Fall Nr. 2:10-cv-380-FtM-36SPC

gg.

BP, PLC, BP AMERICA, INC, BP PRODUCTS
NORTH AMERICA, INC., BP AMERICA
PRODUCTION COMPANY, BP EXPLORATION
& PRODUCTION INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN HOLDINGS, LLC, TRITON
ASSET LEASING GMBH, HALLIBURTON
ENERGY SERVICES, INC., ANADARKO
PETROLEUM CORP., ANADARKO E&P COMPANY
LP, MOEX OFFSHORE 2007, LLC UND CAMERON
INTERNATIONAL CORPORATION,

       Beklagte

_____/

## MITTEILUNG ÜBER RECHTSANHÄNGIGKEIT VON ANDEREN KLAGEN

Ich bestätige hiermit gemäß der lokalen Rechtsregel 1-04(c), dass die vorliegende Klage:

X      mit anhängigen oder abgeschlossenen Zivil- oder Strafsachen zusammenhängt, die bereits früher bei diesem Gericht oder einem anderen bundes- oder einzelstaatlichen Gericht oder einer Verwaltungsbehörde wie nachstehend angegeben eingereicht wurde.

    1. Derzeit liegen keine sonstigen <u>nicht abgeschlossenen</u> verbundenen Fälle vor, die beim US-Bezirksgericht für den Bezirk Florida-Mitte, Abteilung Ft. Myers, eingereicht wurden.

2. Abgeschlossen: Thomas Tom Fago v. BP, PLC u.a., Fall Nr. 2:10-cv-00346-CEH-DNF; eingereicht 02.06.2010

3. Abgeschlossen: Brian Doyle et. al v. BP Explorations & Productions, Inc. et al,: Fall Nr. 2:10-cv-00400-JES-SPC, eingereicht 24.06.2010

4. In Sachen: Ölleck durch die Ölbohrinsel „Deepwater Horizon" im Golf von Mexiko [Oil Spill by the Oil Rig „Deepwater Horizon" in the Gulf of Mexico], am 20. April 2010, Fall Nr. MDL Nr. 2179, eingereicht 06.05.2010

Ich bestätige des Weiteren, dass ich eine Abschrift dieser Mitteilung über Rechtsanhängigkeit von anderen Klagen jeder Partei spätestens vierzehn (14) Tage nach Klageeinlassung der Partei zustellen lassen werde.

Datum:29. Juni 2010            Hochachtungsvoll eingereicht

                               **MILBERG LLP**

              Gez.:   *(Unterschrift Christopher S. Polaszek)*
                      Christopher Polaszek
                      Florida-Anwaltsnr. 0116866
                      cpolaszek@milberg.com
                      Corporate Center One
                      2202 N. Westshore Blvd.
                      Suite 200
                      Tampa, FL 33607
                      Tel.: (813) 639-4248
                      Fax.: (561) 692-8164

                      - und –

                      Andrei V. Rado
                      Elizabeth S. Metcalf
                      **MILBERG LLP**
                      One Pennsylvania Avenue
                      48th Floor
                      New York, NY 10119-0165
                      Tel.: (212) 594-5300
                      Fax: (212) 868-1229
                      E-Mail: arado@milberg.com
                      E-mail: emetcalf@milberg.com

                      *Anwälte für die Klägerin*

2

## ZUSTELLUNGSBESTÄTIGUNG

Ich bestätige hiermit, dass ich am 29. Juni 2010 elektronisch eine **MITTEILUNG ÜBER RECHTSANHÄNGIGKEIT VON ANDEREN KLAGEN** beim Leiter der Gerichtskanzlei unter Benutzung des CM/ECF-Systems eingereicht habe, welches Mitteilungen über die Einreichung an die unten aufgeführten Emailanschriften verschickt.


Damien M. Fletcher
E-Mail: dmfletcher@hinshawlaw.com

Arthur J. Laplante
E-Mail: alaplante@hinshawlaw.com

                                    (Unterschrift *Christopher S. Polaszek*)
                                    Christopher S. Polaszek