

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

**July 30, 2010**
*30. Juli 2010*

**Certification:**
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Summons in a Civil Action**
*Vorladung In Einer Zivilklage*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Eva Kafka, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Eva Kafka, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____
**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this July 30, 2010.
*Vor mir unterzeichnet und beeidigt am 30. Juli 2010.*

_____
**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2012**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2012 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

AO 440 (Rev. 12/09) Vorladung in einer Zivilklage

## BEZIRKSGERICHT DER VEREINIGTEN STAATEN
für den
Bezirk Florida-Mitte

| | | |
|---|---|---|
| THE CYNTHIA JOANNOU REVOCABLE TRUST, VERTRETEN DURCH DIE TREUHÄNDERIN CYNTHIA M. JOANNOU, in eigenem Namen und für alle in einer ähnlichen Lage Befindlichen<br><br>*Kläger*<br><br>gg.<br><br>BP, PLC u.a.<br><br>*Beklagte* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Zivilklage Nr.<br><br>2: 10-CV-380 – FtM- 36SPC |

**VORLADUNF IN EINER ZIVILKLAGE**

AN: (*Name und Anschrift der Beklagten*)   TRITON ASSET LEASING GMBH
c/o Robert Bowden, Geschäftsführer
Turmstrasse 30
Zug, ZG 6300 Schweiz, Europa

Gegen Sie wurde Klage eingereicht.

Sie müssen innerhalb von 21 Tagen nach Zustellung dieser Ladung (abzüglich des Tages, an dem Sie diese erhalten) - oder innerhalb von 60 Tagen, wenn Sie die Vereinigten Staaten oder eine Behörde der Vereinigten Staaten bzw. ein leitender Angestellter oder Angestellter der Vereinigten Staaten gemäß der Beschreibung in der Zivilprozessordnung (Fed. R. Civ. P.) 12 (a)(2) oder (3) sind, der Klägerin eine Beantwortung der beigefügten Klageschrift bzw. des Antrags gemäß Rechtsregel 12 der Zivilprozessordnung zukommen lassen. Die Beantwortung bzw. der Antrag muss der Klägerin oder dem Anwalt der Klägerin, dessen Name und Anschrift wie folgt lauten, zugestellt werden:   Christopher Polaszek, Esq.
MILBERG LLP
Corporate Center One
2202 N. Westshore Blvd., Suite 200
Tampa, FL 33607
+ (561) 639 4248

Wenn Sie nicht antworten, ergeht gegen Sie ein Versäumnisurteil in Höhe der in der Klageschrift geforderten Rechtsmittel. Sie müssen Ihre Beantwortung bzw. Ihren Antrag auch beim Gericht einreichen.

LEITER DER GERICHTSKANZLEI

Datum: 17.06.2010          (Unterschrift)
                           *Unterschrift des Leiters oder stellvertret. Leiters der Gerichtskanzlei*

AO 440 (Rev. 12/09)        Vorladung in einer Zivilklage (Seite 2)

Zivilklage Nr.

## ZUSTELLUNGSNACHWEIS

*(Dieser Abschnitt ist beim Gericht nur dann einzureichen, wenn dies in Regel 4(l) der Zivilprozessordnung vorgesehen ist)*

Diese Ladung für (*Name und ggf. Titel der Person*) _____

wurde von mir erhalten am (*Datum*) _____

    o    Ich habe die Ladung persönlich bei der Person zugestellt in (*Ort*) _____ _____ am (*Datum*) _____ oder

    o    Ich habe die Ladung am Wohnort oder gewöhnlichen Aufenthaltsort der Person bei (*Name*) _____, einer Person angemessenen Alters und Urteilskraft, die dort wohnt, am (*Datum*) _____ hinterlassen, und eine Kopie per Post an die zuletzt bekannte Adresse der Person geschickt; oder

    o    Ich habe die Ladung (*Name der Person*) _____, der/die nach dem Gesetz zur Annahme der Ladung und Klageschrift im Namen von (*Name der Organisation*) vorgesehen ist, am (*Datum*) _____ zugestellt; oder

    o    Ich habe die Ladung unzugestellt wieder mitgenommen, weil _____; oder

    o    Sonstiges (*bitte genaue Angaben machen*)

Meine Gebühren betragen $\_\_\_\_ für Reisekosten und $\_\_\_\_ für Dienste und belaufen sich insgesamt auf $ 0,00

Ich erkläre unter Androhung der auf Meineid stehenden Strafe, dass diese Angaben der Wahrheit entsprechen.

Datum:_____        _____
                                      Unterschrift des Zustellungsbeamten

                                      _____
                                      Name und Position in Druckschrift

                                      _____
                                      Anschrift des Zustellungsbeamten

Weitere Angaben zu Zustellungsversuchen, etc.: