

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

July 30, 2010
*30. Juli 2010*

**Certification:**
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Standing Order**
*Feste Vorschrift*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Eva Kafka, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Eva Kafka, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

_____
**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this July 30, 2010.
*Vor mir unterzeichnet und beeidigt am 30. Juli 2010.*

_____
**Vicki Farron**
**Notary Public, State of Kansas**
**Qualified in Johnson County**
**Commission Expires December 9, 2012**

*Vicki Farron*
*Öffentlicher Notar des Staates Kansas*
*Qualifiziert in Bezirk Johnson*
*Ermächtigung läuft am 9.dezember 2012 ab*

**Sincerely,**
*Hochachtungsvoll,*

**Victor J. Hertz**
**President/***Präsident*

**BEZIRKSGERICHT DER VEREINIGTEN STAATEN**
**BEZIRK FLORIDA-MITTE**
**ABTEILUNG FORT MYERS**

| | |
|---|---|
| In Sachen: Einreichen von Unterlagen mit über fünfundzwanzig Seiten | Fall Nr. 2.06-mc-27-FTN-29 |

**FESTE VORSCHRIFT**

Um die Prüfung bestimmter Unterlagen vom Gericht zu erleichtern, vereinbaren die Richter der Abteilung Fort Myers, dass die Parteien eine zusätzliche Kopie aller elektronisch bei der Abteilung Fort Myers eingereichten Unterlagen, die über fünfundzwanzig (25) Seiten (einschließlich Beweisstücken) umfassen, bei den Kammern einreichen müssen. Die zusätzlichen Kopien müssen nicht gleichzeitig mit den elektronisch eingereichten Unterlagen vorgelegt werden, sind jedoch so schnell wie möglich auf dem US-Postweg oder durch einen anderen zuverlässigen Zustelldienst einzureichen.

Dem gemäß wird hiermit **ANGEORDNET**:

1. Eine Partei, die ein Dokument mit einer Länge von über fünfundzwanzig (25) Seiten (einschließlich Beweisen) elektronisch einreicht, muss bei der Kammer des zuständigen Richters eine zusätzliche Kopie (einschließlich Beweise) in Papierform einreichen.

2. Um diese Bestimmung durchzusetzen, wird der Leiter der Gerichtskanzlei angewiesen, diese feste Vorschrift bis auf Weiteres bei jedem neuen zivilrechtlichen Fall in der Abteilung Fort Myers einzureichen.

3. Diese feste Vorschrift gilt nicht bei Strafsachen.

**ERLEDIGT UND ANGEORDNET** in Fort Myers, Florida, an diesem 7. Tag des Dezember 2009.

                Für das Gericht:

                (Unterschrift)
                John E. Steele
                (US-Bezirksrichter)

                (Unterschrift)
                Charlene E. Honeywell
                (US-Bezirksrichterin)

                (Unterschrift)
                Douglas N. Frazier
                (US-Amtsrichter in Strafsachen)

                (Unterschrift)
                Sheri Polster Chappell
                (US-Amtsrichterin in Strafsachen)

[Stempel rechts]
EINGEREICHT
9. Dez. – 19.00 Uhr

LEITER DER GERICHTSKANZLEI EINES US-BEZIRKSGERICHTS
BEZIRK FLORIDA-MITTE
FT. MYERS FLORIDA