

**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

July 30, 2010
*30. Juli 2010*

**Certification:**
*Bestätigung:*

This is to certify that the attached translation from English into German is an accurate representation of the document received by this office. This document is designated as:
*Hiermit wird bestätigt, daß die beigefügte Übersetzung aus der englischen in die deutsche Sprache eine genaue Wiedergabe des von diesem Büro erhaltenen Schriftstücks ist. Das Schriftstück ist wie folgt bezeichnet:*

**Certificate of Interested Persons and Corporate Disclosure Statement**
*Bestätigung Beteiligter Personen Und Offenbarungserklärung Des Unternehmens*

I, Maria Victoria Portuguez, General Manager of this company, hereby certify that Eva Kafka, who translated this document, is fluent in German and standard North American English and qualified to translate. I attest to the following:
*Ich, Maria Victoria Portuguez, Hauptgeschäftsführer/Hauptgeschäftsführerin von dieser Gesellschaft, hiermit bescheinige dass Eva Kafka, der/die dieses Schriftstück übersetzt hat, ist fließend in den deutschen und englischen Sprachen und qualifiziert für Übersetzungen. Ich attestiere das Folgende:*

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."
*"Nach meinem besten Wissen ist der beiliegende Text eine wahre, vollständige und genaue Übersetzung des angeführten Schriftstücks."*

**Signature of Maria Victoria Portuguez**
*Unterschrift von Maria Victoria Portuguez*

Subscribed and sworn to before me this July 30, 2010.
*Vor mir unterzeichnet und beeidigt am 30. Juli 2010.*

| | |
|---|---|
| **Vicki Farron** | *Vicki Farron* |
| **Notary Public, State of Kansas** | *Öffentlicher Notar des Staates Kansas* |
| **Qualified in Johnson County** | *Qualifiziert in Bezirk Johnson* |
| **Commission Expires December 9, 2012** | *Ermächtigung läuft am 9.dezember 2012 ab* |

Sincerely,
*Hochachtungsvoll,*

**Victor J. Hertz**
**President**/*Präsident*

## BEZIRKSGERICHT DER VEREINIGTEN STAATEN
## BEZIRK FLORIDA-MITTE
## ABTEILUNG FT. MYERS

THE CYNTHIA JOANNOU REVOCABLE
TRUST, Vertreten Durch Die
Treuhänderin Cynthia M. Joannou,
in eigenem Namen und und für alle in einer
ähnlichen Lage Befindlichen,

      Kläger                                      Fall Nr. 2:10-cv-380-FtM-36SPC

gg.

BP, PLC, BP AMERICA, INC, BP PRODUCTS
NORTH AMERICA, INC., BP AMERICA
PRODUCTION COMPANY, BP EXPLORATION
& PRODUCTION INC., TRANSOCEAN, LTD.,
TRANSOCEAN OFFSHORE DEEPWATER
DRILLING, INC., TRANSOCEAN DEEPWATER,
INC., TRANSOCEAN HOLDINGS, LLC, TRITON
ASSET LEASING GMBH, HALLIBURTON
ENERGY SERVICES, INC., ANADARKO
PETROLEUM CORP., ANADARKO E&P COMPANY
LP, MOEX OFFSHORE 2007, LLC UND CAMERON
INTERNATIONAL CORPORATION,

      Beklagte

## BESTÄTIGUNG BETEILIGTER PERSONEN
## UND OFFENBARUNGSERKLÄRUNG DES UNTERNEHMENS

Ich offenbare hiermit gemäß der Verfügung des Gerichts für beteiligte Personen:

1. Den Namen jeder Person, jedes Rechtsanwalts, jeder Vereinigung von Personen, jeder Firma, Anwaltskanzlei, Personengesellschaft und jedes Unternehmens,, das ein Interesse am Ausgang dieser Klage hat oder ggf. ein Interesse daran hat, einschließlich Tochtergesellschaften, Mischkonzerne, verbundene Gesellschaften, Muttergesellschaften, an der Börse gehandelte Unternehmen, die im besitz von mindestens 10% der Aktien einer Partei sind, sowie jegliche anderen identifzierbaren Rechtsträger, die mit *irgend einer* der Parteien im vorliegenden Fall verbunden sind:

(a) Die Klägerin: The Cynthia Joannou Revocable Trust, vertreten durch die Treuhänderin Cynthia M. Joannou

(b) Die Beklagten: BP, plc, BP America, Inc., BP Products North America, Inc., BP America Production Company, BP Exploration & Production Inc., Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Halliburton Energy Services, Inc., Anadarko Petroleum Corp., Anadarko E&P Company LP, MOEX Offshore 2007, LLC und Cameron International Corporation.

(c) Anwaltskanzlei – Milberg LLP
Anwälte Christopher Polaszek, Andrei Rado, Elizabeth S. Metcalf

Anwaltskanzlei – Hinshaw & Culbertson, LLP
Anwälte Arthur J. Laplante, Damian M. Fletcher

Anwaltskanzlei – Akerman Senterfitt LLP
Anwälte Thomas A. Range, James Riley Davis

Anwaltskanzlei – Kirkland & Ellis LLP
Anwälte Richard C. Godfrey, J. Andrew Langan, Matthew T. Regan, John T. Hickey, Jr.

Anwaltskanzlei – Greenberg Traurig, LLP
Anwalt Glenn Thomas Burhans, Jr.

2. Den Namen jedes anderweitigen Rechtsträgers, deren an der Börse gehandelte Aktien, Eigenkapital oder Schuldpapiere ggf. in erheblichem Maß vom Ausgang dieses Verfahrens betroffen sind:
Keine

3. Den Namen jedes sonstigen Rechtsträgers, der vermutlich ein aktiver Teilnehmer des Verfahrens ist, einschließlich des Schuldners und der Mitglieder des Gläubigerausschusses (oder der zwanzig größten nicht gesicherten Gläubiger) bei Konkursfällen:
Keine

4. Den Namen jedes einzelnen, durch das zivil- oder strafrechtlich als widerrechtlich bezeichnete Verhalten Geschädigten (Einzelpersonen oder Unternehmen), einschließlich jeder Person, die ggf. Anspruch auf Rückerstattung hat:

The Cynthia Joannou Revocable Trust, vertreten durch Treuhänderin Cynthia M. Joannou und die Klägergruppe gemäß der Definition in der Klage:

„[A]lle Eigenheimbesitzer in Florida und alle Mieter bzw. Leasingnehmer von Immobilien in Florida, deren Genuss der Immobilie durch die Explosion der mobilen Bohrinsel Deepwater Horizon am 20. April 2010, deren Brand und das daraus resultierende Olleck gestört wurde und/oder die in Folge des vorstehend Aufgeführten einen Wertverlust ihrer Immobilie erlitten haben."

Ich bestätige hiermit, dass mir, außer wie oben offenbart, keine tatsächlichen oder potenziellen

Interessenkonflikte in Bezug auf den Bezirksrichter und Amtsrichter in Strafsachen, dem dieser Fall zugewiesen wurde, bekannt sind, und dass ich das Gericht umgehend in Schriftform in Kenntnis setzen werde, wenn mir ein solcher Konflikt bekannt wird. Ich bestätige des Weiteren, dass ich „Keine" eingefügt habe, wenn kein tatsächlicher oder potenzieller Interessenkonflikt vorliegt.

Datum: 29. Juni 2010               Hochachtungsvoll eingereicht

**MILBERG LLP**

Gez.:    *(Unterschrift Christopher S. Polaszek)*
         Christopher Polaszek
         Florida-Anwaltsnr. 0116866
         cpolaszek@milberg.com
         Corporate Center One
         2202 N. Westshore Blvd.
         Suite 200
         Tampa, FL 33607
         Tel.: (813) 639-4248
         Fax.: (561) 692-8164

         -  und –

         Andrei V. Rado
         Elizabeth S. Metcalf
         **MILBERG LLP**
         One Pennsylvania Avenue
         48th Floor
         New York, NY 10119-0165
         Tel.: (212) 594-5300
         Fax: (212) 868-1229
         E-Mail: arado@milberg.com
         E-mail: emetcalf@milberg.com

         *Anwälte für die Klägerin*

## ZUSTELLUNGSBESTÄTIGUNG

Ich bestätige hiermit, dass ich am 29. Juni 2010 elektronisch eine **MITTEILUNG ÜBER RECHTSANHÄNGIGKEIT VON ANDEREN KLAGEN** beim Leiter der Gerichtskanzlei unter Benutzung des CM/ECF-Systems eingereicht habe, welches Mitteilungen über die Einreichung an die unten aufgeführten Emailanschriften verschickt.

Damien M. Fletcher
E-Mail: dmfletcher@hinshawlaw.com

Arthur J. Laplante
E-Mail: alaplante@hinshawlaw.com

(Unterschrift *Christopher S. Polaszek*)
Christopher S. Polaszek