```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


                                       :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG        :
       "DEEPWATER HORIZON" in the      :
       GULF OF MEXICO, on              :
       APRIL 20, 2010                  :    SECTION: J
                                       :
                                       :
                                       :    JUDGE BARBIER
                                       :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO 10-1757, 10-1758, 10-1760, AND 10-2087**

<u>ORDER</u>

For the reasons set forth in this Court's Order in <u>In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010</u>, 10-MD-2179 (Rec. Doc. 470), (Reference: 10-CV-1759), the Court **ORDERS** that the following motions are hereby **DENIED**:

State of Louisiana's Motion to Remand, 10-CV-1757 (Rec. Doc. 9);

State of Louisiana's Motion to Remand, 10-CV-1758 (Rec. Doc. 7);

State of Louisiana's Motion to Remand, 10-CV-1156 (Rec. Doc. 309), (Reference: 10-CV-1760); and

State of Louisiana's Motion to Remand, 10-MD-2179 (Rec.

Doc. 65), (Reference: 10-CV-2087).

New Orleans, Louisiana, this __6th__ day of __October__, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE