```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA


                                     :     MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG      :
       "DEEPWATER HORIZON" in the    :
       GULF OF MEXICO, on            :
       APRIL 20, 2010                :     SECTION: J
                                     :
                                     :
                                     :     JUDGE BARBIER
                                     :     MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO 10-3178**

<u>**ORDER**</u>

On September 24, 2010, the plaintiff filed a motion to remand (#331), which the court deemed deficient.

Counsel was notified of the deficiency, and given five days to correct the pleading.  This is to advise counsel that as of October 6, 2010, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this ___6th___ day of ___October___, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE