**Exhibit 2**
*Plaintiffs' Proposed Timeline*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf * of Mexico, on April 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION: J <br> * |
| Applies to: *All Cases.* | * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## TIMELINE

Case Management Order No. 1

Exhibit "A"

| DATE | DEADLINE / EVENT |
| --- | --- |
| 10-15-2010 | Meet & Confer: Pre-Trial Orders (confidentiality, privilege, deposition protocol, document production protocol and e-discovery protocol, direct filing, etc) |
| 11-1-2010 | Submit Proposed PTOs |
| | Defendants Responses to Plaintiffs' Initial Omnibus Discovery Requests on All Defendants (30 days after service) |
| 11-1-2010 | Plaintiffs' Initial Written Phase I Discovery including discovery relating to casualty and/or ensuing spill, as well as environmental sampling and testing, the claims process and related issues, personal jurisdiction, MIS/IT/IS, and general proximate cause issues relating to OPA cases. Defendants may serve written discovery upon other defendants relating to casualty and/or ensuing spill after this date. |
| 11-1-2010 | MIS 30(b)(6) Depos begin (as necessary) |
| | Plaintiffs' Liaison Counsel Confer with Defense Liaison Counsel and GCCF Administrators Regarding Feasibility of Providing Plaintiff Initial Disclosure Information |
| 11-15-2010 | Plaintiffs With Suits Filed Serve Initial Disclosures (Or 60 Days After Filing or Removal, whichever is Later) |
| 12-1-2010 | Defendants' Responses to Initial Written Discovery Served, as well as Privilege Logs relating to the Responses to Plaintiffs' Initial Omnibus Requests, and Identification of the Sources of E-Data Not Produced Due to Alleged "Inaccessibility" or other Undue Burden or Cost, but Which May Include Evidence Relevant to these MDL Proceedings. |
| 12-15-2010 | File Master Complaints (Bundles B1, B3 and D) |
| 12-15-2010 | Status Conference relating to RICO cases and potential Master Complaint for RICO cases |
| 1-18-2011 | Rule 12 Motions or Answers to Complaints (Bundles B, C and D) [1] |
| 1-18-2011 | Answers or Rule 12(b)(2) Motions (if any); Answers and Rule 12(b)(6) Motions (if any) (Bundle A) |

---

[1] Any jurisdictional discovery arising from Rule 12(b)(2) motions that may be filed will be expeditiously dealt with by the parties through Liaison Counsel.

| Date | Event |
|---|---|
| 1-18-2011 | Status conference, preceded by meet and confers to discuss identification of OPA Test Cases vs. BP and to discuss scheduling order/trial of same; in advance of such status conference, Defense Liaison will furnish a single memorandum and Plaintiffs Liaison shall furnish a single memorandum discussing their view of what the procedure and law would be for such OPA test cases. |
| 1-18-2011 | Fact Discovery Depositions on Casualty and/or Ensuing Spill Commence |
| 2-18-2011 | Oppositions to Rule 12 Motions to Dismiss |
| 2-18-2011 | Cross-Claims and Third-Party Complaints in Bundle A Cases |
| 3-18-2011 | Reply Briefs in Support of Motions to Dismiss |
| 4-20-2011 | Monition Date (re Limitation) (including deadline for BP to file claim in Limitation and/or other cross-claim and/or third-party complaint seeking any subrogation, contribution and/or indemnity under OPA, per contract, or other applicable law) |
| 5-2-2011 | Identify two to four PI/Wrongful Death Limitation action cases and *Robins Dry Dock* cases filed in EDLA and designated for Bench trial under Rule 9(h) for February 2012 Trial of Liability, Limitation, Exoneration and Fault allocation, and July 2012 trial of Damages. |
| 5-20-2011 | Deadline for Rule 14(c) Claims, Cross-Claims and Third-Party Complaints to be Filed in Limitation action and Test Cases |
| 6-20-2011 | Deadline for answers and responsive pleadings to cross-claims and third-party actions in the Limitation Action |
| 8-15-2011 | Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness |
| | Conference with Court to Establish Scheduling Order for Potential OPA and other Test Cases |
| 9-15-2011 | Expert Reports from Vessel Owner / Petitioner in Limitation |
| 10-17-2011 | All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports |
| 11-15-2011 | Rebuttal Expert Reports for the February 2012 Trial |

| | |
|---|---|
| 11-16-2011 thru 1-31-2012 | Depositions of All Experts for February 2012 Trial |
| 2-1-2012 | *Daubert* Motions for February 2012 Trial (if any) |
| 2-1-2012 | Pre-Trial Stipulation, including Witness and Exhibit Lists, and Other Pre-Trial Motions for February 2012 Trial |
| 2-__-2012 | Final Pre-Trial Conference for February 2012 Trial |
| 2-27-2012 | Trial of Liability, Limitation, Exoneration and Fault Allocation |
| | Additional Discovery, Expert Discovery, and Motion Practice Relating to July 2012 Trial, as needed, and/or to be established under separate Scheduling Order |
| 7-__-2012 | Trial of Damages for selected Limitation / Test Case PI/Death and *Robins Dry Dock* Claimants, Entitlement to Punitive Damages,[2] and Amount of Punitive Damages, if available |

---

[2] Additional discussions among the parties and the Court will be conducted to determine whether the Scheduling Order should be modified or amended to provide for inclusion of the entitlement to punitive damages within the February 27, 2012 Trial.