AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JRKW ENTERPRISES, LLC, d/b/a HUCK FINN'S CAFÉ, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. 10-2846 "J"(1) |
| BP P.L.C., et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Dril-Quip, Inc.
    c/o TOM GRAHAM
    ONE SHELL SQUARE
    701 POYDRAS ST., STE. 375
    NEW ORLEANS, LA 70139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott M. Galante
    GALANTE & BIVALACQUA
    650 Poydras Street, Suite 2015
    New Orleans, LA 70130
    Telephone: (504) 648-1858

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Aug 30 2010__

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Tom Graham** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Dril-Quip, Inc.**
on *(date)* **9/23/10** ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **via certified mail - return receipt**

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: **10/6/2010**

*Server's signature*

**Kevin R. Dean, Attorney at Law**
*Printed name and title*

**Motley Rice LLC**
**28 Bridgeside Blvd., Mount Pleasant, SC 29464**
*Server's address*

SWORN TO BEFORE ME THIS
6th day of October, 2010

*Denise Relyea*
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires July 26th, 2014.

Additional information regarding attempted service, etc:

✱ Please see attached Return Receipt

2:10-cv-02846 Huck Finn    BPOIL-LA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature: Don Dufrene]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): DON DUFRENE  C. Date of Delivery: 9/23 |
| 1. Article Addressed to:<br><br>Dril-Quip<br>c/o Tomm Graham<br>One Shell Square<br>701 Poydras St., Ste. 375<br>New Orleans, LA 70139 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☒ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 0290 0000 9799 2285 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |