AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

JRKW ENTERPRISES, LLC,
d/b/a HUCK FINN'S CAFÉ,

*Plaintiff*

v.

BP P.L.C., et al.

*Defendant*

Civil Action No. 10-2846 "J" (1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Halliburton Engergy Services, Inc.
c/o C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott M. Galante
GALANTE & BIVALACQUA
650 Poydras Street, Suite 2015
New Orleans, LA 70130
Telephone: (504) 648-1858

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: Aug 30 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System, Inc. , who is designated by law to accept service of process on behalf of *(name of organization)* Halliburton Energy Services, Inc. on *(date)* 9/22/10 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: via certified mail - return receipt

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/6/2010

[signature]
*Server's signature*

SWORN TO BEFORE ME THIS
6th day of October, 2010
[signature] Denise Relyea
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires July 26th, 2014.

Kevin R. Dean, Attorney at Law
*Printed name and title*

Motley Rice LLC
28 Bridgeside Blvd., Mount Pleasant, SC 29464
*Server's address*

Additional information regarding attempted service, etc:

* Please see attached Return Receipt

2:10-cv-02846 Huck Finn BP Oil LA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Halliburton Energy Services, Inc.
c/o CT Corporation System
5615 Corporate Boulevard, Ste. 400B
Baton Rouge, LA 70808

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X C. Fenton Rutledge
☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Fenton Rutledge
Express Courier

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

SEP 22 REC'D

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7010 0290 0000 9799 2292

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540