UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL**<br>**by the OIL RIG**<br>**"DEEPWATER HORIZON" in the**<br>**GULF OF MEXICO, on**<br>**APRIL 20, 2010** | **CIVIL ACTION**<br><br>**NO: 10-md-2179**<br><br>**SECTION: J (1)** |

**EXHIBIT  REMOVED   per Order #502**