**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: OIL SPILL**                                   **CIVIL ACTION**
**by the OIL RIG**
**"DEEPWATER HORIZON" in the**
**GULF OF MEXICO, on**
**APRIL 20, 2010**

                                                       **NO: 10-md-2179**

                                                       **SECTION: J (1)**

**EXHIBIT  REMOVED   per Order #502**