UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf * of Mexico, on April 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION: J <br> * |
| Applies to: *All Cases.* | * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' PROPOSED TIMELINE

TIMELINE     DEFENDANTS' PROPOSED CMO

10/15/2010   Meet & Confer: Pre-Trial Orders (confidentiality, privilege, deposition protocol, document production protocol and e-discovery protocol, direct filing, etc).

11/1/2010    Submit Proposed PTOs.

11/1/2010    Plaintiffs' Initial Written Phase I Discovery including discovery relating to casualty and personal jurisdiction.  Defendants may serve written discovery upon other defendants and plaintiffs relating to casualty after this date.  By this date, Plaintiffs and Defendants to meet and confer regarding a CMO for initial written discovery on spill extent, response and containment.

11/30/2010   Following entry of CMO, Plaintiffs serve initial written discovery on spill extent, response and containment as per meet and confer agreements.

12/1/2010    Defendants' Responses to Initial Written Discovery on casualty and personal jurisdiction.

12/15/2010   File Master Complaints.

12/15/2010   Status conference relating to RICO cases and potential Master Complaint for RICO cases.

12/31/2010   Defendants provide privilege logs relevant to Phase I discovery.  Defendants Identify the Sources of E-Data Not Produced Due to Alleged "Inaccessibility" or other Undue Burden or Cost, but Which May Include Evidence Relevant to these MDL Proceedings (See Advisory Committee Notes to Rule 26(b)(2)(B)).

1/3/2011     MIS 30(b)(6) Depos begin ( as necessary).

17807370.1

| Date | Event |
|---|---|
| 1/18/2011 | Rule 12 Motions or Answers to Master Complaints (see CMO 1 for bundle details).[1] |
| 1/18/2011 | Fact Discovery Depositions on Casualty Commence  (BOP related depositions may not commence until BOP Joint Investigation Team testing complete). |
| 1/18/2011 | Defendants serve responses to initial written discovery on spill extent, response and containment. |
| 2/18/2011 | Oppositions to Rule 12 Motions to Dismiss. |
| 3/18/2011 | Reply Briefs in Support of Motions to Dismiss. |
| 4/20/2011 | Monition Date (re Limitation). |
| 5/2/2011 | Identify two to four PI/Wrongful Death Limitation action cases that were filed in EDLA and designated for Bench trial under Rule 9(h) for March 1, 2012 trial of Liability, Limitation, Exoneration and Fault allocation, and any subsequent trial of Damages. |
| 5/20/2011 | Deadline for Rule 14c claims, crossclaims and third-party complaints to be filed in Limitation action. |
| 6/20/2011 | Deadline for answers or responsive pleadings to crossclaims and third-party actions in Limitation action. |
| 7/1/2011 | Parties submit CMO for remaining discovery (including depositions and expert discovery) and scheduling (including dispositive motions) for designated case(s) on economic loss (OPA and *Robins Dry Dock*).  Such a scheduling order may include consideration of suitability of cases for class certification and class certification discovery and briefing. |
| 7/15/2011 | Expert Reports from Limitation action parties with burden of proof on negligence and unseaworthiness. |
| 8/15/2011 | Expert Reports from Vessel Owner / Petitioner in Limitation. |
| 9/15/2011 | All March 1, 2012 trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports. |
| 10/15/2011 | Rebuttal Expert Reports by all parties for the March 1, 2012 Trial. |

---

[1] Any jurisdictional discovery arising from Rule 12(b)(2) motions that may be filed will be expeditiously dealt with by the parties through Liaison Counsel.

| | |
|---|---|
| 11/15/2011 through 1/16/2012 | Depositions of All Experts for March 1, 2012 Trial. |
| 1/16/2012 | *Daubert* Motions (if any) for March 1, 2012 Trial. |
| 1/16/2012 | Pre-Trial Stipulation, including Witness and Exhibit Lists, and Other Pre-Trial Motions for March 1, 2012 Trial. |
| 1/23/2012 | Final Pre-Trial Conference for March 1, 2012 Trial. |
| 3/1/2012 | Trial of Liability, Limitation, Exoneration and Fault Allocation in designated PI/Wrongful Death limitation action cases. |
| 45 Days after ruling | Status conference to discuss status of limitation trial, potential additional discovery and scheduling and further proceedings, including quantum trials for adjudicated personal injury/wrongful death claimants. |