# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO REMOVE EXHIBITS ERRONEOUSLY FILED FROM RECORD

Defendant BP Exploration and Production Inc., through its counsel Don K. Haycraft, hereby moves to remove from the record of this matter Exhibits A, B, and C, filed as Record Document Nos 488-1, 488-2, and 488-3.  These exhibits were erroneously attached to the Defendants' Memorandum in Support of Proposed Case Management Order on October 6, 2010 (Record Document No. 488) and were then correctly attached in connection with Record Document No. 489 as 489-1, 489-2, and 489-3, also filed on October 6, 2010.

Plaintiffs' Liaison Counsel, Jim Roy and Steve Herman, have no objection to the entry of this Order.

117807908.

2

Dated:  October 7, 2010                          Respectfully submitted,

/s/Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108
*Attorneys for BP America Inc., BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                            /s/ Don K. Haycraft
                                               Don K. Haycraft