# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | SECTION: J |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Remove Exhibits Erroneously Filed From Record;

IT IS HEREBY ORDERED that Exhibits A, B, and C, filed as Record Document No. 488-1, 488-2, and 488-3 be stricken from the record of this matter.  These exhibits were erroneously attached to the Defendants' Memorandum in Support of Proposed Case Management Order on October 6, 2010.  The exhibits were properly filed in connection with Record Document No. 489 as 489-1, 489-2, and 489-3, also filed on October 6, 2010.

New Orleans, Louisiana, this _____ day of October, 2010.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**