AFFIDAVIT OF FRANCIS E. MCGOVERN
TENDERED PURSUANT TO FED. R. CIV. P. 53

State of Louisiana

Parish of Orleans

I have thoroughly familiarized myself with the parties and issues involved in MDL-2179 *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*. As a result of my knowledge of this case, I can attest and affirm that there are no grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as a Special Master in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

_____Francis E. McGovern_____
Affiant's Name – PRINTED

Sworn to and subscribed before me this 6th day of October, 2010.

_____
~~Notary Public~~ U.S. DISTRICT JUDGE

Printed Name: _____

Notary or Bar Roll Number: _____ Commission expires: _____