# CURRICULUM VITAE

## Francis E. McGovern

### CONTACT INFORMATION

Duke University School of Law
Corner of Science & Towerview Drives
Box 90362, Durham, NC  27708
Tel: 919.613.7095     Fax: 919.613.7165
Assistant Tel: 919.613.7035
mcgovern@law.duke.edu

### EDUCATION

B.A., 1967, Yale University
J.D., 1973, University of Virginia

### MILITARY

U.S. Marine Corps, Captain, 1968-1971

### EMPLOYMENT

Professor of Law, Duke University School of Law, 1997-present
Visiting Professor of Law (Spring), University of California at Berkeley School of Law, 2000–present
Senior Fellow, Stanford Center on Conflict and Negotiation, Stanford Law School, 2000-present
Visiting Scholar, Harvard Law School, 2005
Visiting Professor of Law, Stanford Law School, 1999-2000
Francis H. Hare Professor of Torts, 1987-1996, Professor of Law, 1985-1987, The University of Alabama School of Law
Visiting Professor of Law, University of Fribourg (Switzerland), 1990-1991
Visiting Professor, Duke University School of Law, 1989
Senior Associate and Research Fellow, Project on Negotiation, Harvard Law School, 1985-1987

Visiting Professor, Massachusetts Institute of Technology, 1984-1985
Visiting Professor of Law, Boston University School of Law, 1983-1985
Professor of Public Health Law, University of Alabama-Birmingham, 1979-1990
Professor of Law, 1980-1984, Associate Dean, 1980-1982, Assistant Dean, 1978-1979, Associate Professor of Law, 1977-1980, Cumberland School of Law, Birmingham, Alabama
Attorney, Vinson & Elkins, Houston, Texas, 1973-1977

## BAR ASSOCIATIONS

Texas; Alabama; District of Columbia; Virginia

## AWARDS AND HONORS

- Outstanding Achievement Award, CPR Legal Program Awards for Excellence and Innovation in Alternative Dispute Resolution, 1986
- First Prize – Articles, CPR Legal Program Awards for Excellence and Innovation in Alternative Dispute Resolution, 1986
- Lifetime Achievement Award, American College of Civil Trial Mediators, 2002
- Distinguished Lecturer, University of Tennessee Law School, 2002
- Schwartz Lecturer, Ohio State University, Moritz College of Law, 2003
- Tarheel Award, Raleigh News and Observer, 2004
- Honorary Degree, Doctor of Laws, 2005, Averett University
- Named Honoree, Francis E. McGovern Scholarship Award, Academy of Court Appointed Masters, 2009

## ADVISORY AND OTHER POSITIONS AND MEMBERSHIPS

*Academy of Court-Appointed Masters*
    President
    Member, Board of Directors
*American Arbitration Association*
    Member, Executive Committee
    Member, Board of Directors
    Advisor, Mass Torts Project
*American Bar Association*
    Member, Mass Torts Commission
    Member, Council, Torts and Insurance Practice Section
    Chairman, Committee on Professional Issues, Torts and Insurance Practice Section
    Member, Task Forces on Initiatives and Referenda and Litigation Expense, Torts and Insurance Practice Section
    Reporter, Special Committee on Punitive Damages, Litigation Section

    Advisor, Catastrophe Committee, Litigation Section

*American Law Institute*
    Member
    Advisor, Complex Litigation Project

*Averett University*
    Vice Chairman, Board of Trustees
    Chairman, Academic Affairs Committee

*Brookings Institute*
    Member, Working Group on Civil Justice Reform

*Carnegie Commission*
    Member, Task Force on Science and Technology in Judicial and Regulatory Decision Making

*Celotex Asbestos Settlement Trust*
    Trustee

*Center for Public Resources*
    Academic Sustaining Member and Consultant
    Member, Judicial Panel

*Conference of Chief Justices*
    Advisor, Mass Tort Litigation Committee

*Consensus Building Institute*
    Board Member

*Federal Judicial Center*
    Consultant, Asbestos Litigation Seminars

*Fibreboard Asbestos Compensation Trust*
    Trustee

*Judicial Conference of the United States*
    Advisor, Working Group on Mass Torts

*Judicial Panel on Multi-District Litigation*
    Reporter, JPMDL Study Project

*Manual for Complex Litigation 2d*
    Technical Advisor, Board of Editors

*National Mock Trial Championship Team*
    Advisor

*National Center for State Courts*
    Senior Advisor

*U.S. Judicial Conference*
    Reporter, Court Administration and Case Management Committee

**SPECIAL MASTER, COURT EXPERT, MEDIATOR, or NEUTRAL**

A.H. Robins Bankruptcy, Richmond, Virginia
Abate v. ACandS, Inc., Baltimore, Maryland
Abrams v. GAF, Pascagoula, Mississippi
Agabekov v. Lucifer Lighting Co., New York, New York and Geneva, Switzerland
Ahearn v. Fibreboard, Tyler, Texas
A.L.U. Textile v. Texaco Chemical, Passaic, New Jersey
Amatex Bankruptcy, Philadelphia, Pennsylvania
ASG, Washington, D.C.
Blue Cross/Blue Shield of Mississippi, Inc. v. Louisiana Health Service and Indemnity Company, Baton Rouge, Louisiana
Celotex Bankruptcy, Tampa, Florida
Cichon et al. v. Viasys Holdings, Chicago, Illinois
City of Antonio v. Hotels.com et al.
Clean Water Act Regulatory Negotiation, Boise, Idaho
Combustion Engineering Bankruptcy, Wilmington, Delaware
Dow Chemical v. Firemen's Fund, Bay City, Michigan
Dow Corning Bankruptcy, Bay City, Michigan
Dresser Bankruptcy, Pittsburgh, Pennsylvania
Federal-Mogul Bankruptcy, Wilmington, Delaware
Georgia Hensley, et al. v. Computer Sciences Corporation et al., Texarkana, Arkansas
Gibbs v. Lobit, Houston, Texas
Global Research Analyst Settlement Distribution Fund, New York, New York
Gray, et al. v. Derderian, et al., Providence, Rhode Island
Idaho/Nez Perce/EPA Clean Water Act Regulatory Negotiation, Boise, Idaho
In re: Bluegrass Crop Residue Dispute Process, Coeur d'Alene, Idaho
In re: ConAgra Peanut Butter Litigation, Atlanta, Georgia
In re: Currency Conversion Fee Antitrust Litigation, New York
In re: Gray's Lake, Boise, Idaho
In re: N. Ray, Hipps Road, Jacksonville, Florida
In re: Ohio Asbestos Litigation, Cleveland, Ohio
In re: Passaic Fire Litigation, Newark, New Jersey
In re: Pharmaceutical Industry Average Wholesale Price Litigation, Boston, Massachusetts
In re: Phenylpropanolamine (PPA) Products Liability Litigation, Seattle, Washington
In re: Silicone Gel Breast Implants, Birmingham, Alabama
In re: WTC Properties, New York, New York
In the Matter of Bank of America Securities LLC, Washington, DC
In the Matter of Bear, Stearns & Co. Inc. and Bear, Stearns Securities Corp., Washington, DC

In the Matter of Citibank Global Markets, New York
Jenkins v. Raymark, Marshall, Texas
Kauai Ka Lock Dam, Kauai, Hawaii
Kinder Morgan, Inc v. Associated Electric & Gas Insurance Services Limited
Linscomb v. Pittsburgh-Corning, Beaumont, Texas
Manville Bankruptcy, New York, New York
MCC Bankruptcy, Wilmington, Delaware
National Gypsum Bankruptcy, Dallas, Texas
Newman v. Stringfellow, Riverside, California
Nez Perce Tribe & Idaho Power Co., Boise, Idaho
Owens Corning Bankruptcy, Wilmington, Delaware
Patrick v. Allen, New York, New York
Plaintiffs v. Allstate Insurance Company, New Orleans, Louisiana
Plaintiffs v. State Farm Fire and Casualty Company, New Orleans, Louisiana
PSI of Indiana v. Exxon, Indianapolis, Indiana
Scott v. Cardinal et al., Winston-Salem, North Carolina
Securities and Exchange Commission v Health South Corporation, Birmingham, Alabama
Smith v. Hughes Aircraft, Tucson, Arizona
Snake River Basin Adjudication, Twin Falls, Idaho
Tilousi v. Arizona Board of Regents, Phoenix, Arizona
UNR Bankruptcy, Chicago, Illinois
Underwriters at Lloyd's v. McDermott, New Orleans, Louisiana
United Nations Compensation Commission, Geneva, Switzerland
United States of America *ex rel.* Harold (Gene) Wright v. Agip Petroleum, et al., Texarkana, Texas
United States v. Michigan, Kalamazoo, Michigan
United States v. Thomas Solvent Company, Battle Creek, Michigan
Upjohn v. Aetna, Kalamazoo, Michigan
Valenzuela v. Hughes Aircraft Company, Tucson, Arizona
W.R. Grace Bankruptcy, Wilmington, Delaware
Wilhoite v. Olin Corporation, Birmingham, Alabama
Woodman v. United States, Jacksonville, Florida
Young v. Pierce, Tyler, Texas

**BOOKS**

*The Preparation of a Product Liability Case*, with Scott Baldwin and Francis Hare, Jr., Little, Brown and Company (1981 and 2d ed. 1993)
*Successful Litigation Techniques: Student Edition*, with Joseph Kelner, Matthew Bender and Company (1981)

## ARTICLES

"Punitive Damages and Class Actions," 70 Louisiana Law Review 435 (2010)
"Distribution of Funds in Class Actions - Claims Administration," 35 Journal of Corporation Law 123     (2009)
"Dispute Systems Design: The United Nations Compensation Commission," 14 Harvard Negotiation Law Review 171 (2009)
"Les Limites de la reparation du prejudice," Dalloz, 2009, contributor
"Second-Generation Dispute system Design Issues in Managing Settlements," 24 Ohio State Journal on Dispute Resolution 53 (2008)
"A Model State Mass Tort Settlement Statute," 80 Tulane Law Review 1809 (2006)
"The Evolution of Asbestos Bankruptcy Trust Distribution Plans," 62 New York University Annual Survey of American Law 163 (2006)
"A Proposed Settlement Rule for Mass Torts," 74 UMKC Law Review 623 (2006)
"A Model Mass Tort: The PPA Experience," 54 Drake Law Review 621 (2006)
"Mediation of the Snake River Basin Adjudication," 42 Idaho Law Review 547 (2006)
"Challenges Faced by Courts in Chapter 11 Filings by Companies with Asbestos Liabilities," 24 Delaware Lawyer 18 (2006)
"Evaluation et Egalisation des Dommages pour Blessures Pesonnelles aux Etat-Unis," (Cour de Cessataions L'edition in-situ du Cycle sur DVD-ROM, 2006
"Strategic Mediation in Transboundary Water Large Lawsuits," Conference Proceedings Publication,  "Transboundary Waters: Crossing Cultural Boundaries," The Utton Center, Univ. of New Mexico Law School, Albuquerque, NM, 2005
"Procedural Difficulties and Innovations in Asbestos Litigations," International Comparison of Asbestos Litigation, Univ. of Kyoto (Japan) Graduate School of Law, 2005
"Common Themes and Unintended Consequences in Class Action Reform," 83 Washington University Law Quarterly 1107 (2005)
"The What and Why of Claims Resolution Facilities," 57 Stanford Law Review 1361 (2005)
"Compensation Schemes and Dispute Resolution Mechanisms: Beyond the Obvious," 21 Negotiation Journal 231 (2005)
"The Future of Judicial Masters," 31 William Mitchell Law Review 1252 (2005)
"Judicial Ethics Meet Political Reality," The Bencher (American Inns of Court), Nov-Dec 2004
"Asbestos Legislation II: Section 524(g) Without Bankruptcy," 31 Pepperdine Law Review, 233-260 (2004)
"Asbestos Legislation I: A Defined Contribution Plan," 71 Tennessee Law Review 155 (2003)
"Deceptive Trade Practices Litigation: Context and Procedural Standards,"

Manhattan Institute Conference Series (October 2003)

"Mass Torts: Lessons in Competing Strategies and Unintended Consequences," 2 Civil Action (2003)

"Litigation as an Alternative to Legislation in Achieving Public Health Reform," XXIII La Revue Tocqueville (2002)

"Multiparty Disputes: Managing Variables Key to Successful Arbitration," 9 Dispute Resolution Magazine 3-4 (Fall 2002)

"The Tragedy of the Asbestos Commons," 88 Virginia Law Review 1721 (2002)

"Settlement of Mass Torts In a Federal System," 16 Wake Forest Law Review 102 (2002)

"Foreword: Complex Litigation at the Millennium," Special Editor, 64 Law & Contemporary Problems 1 (Spring/Summer 2001)

"Toward a Cooperative Strategy for Federal and State Judges in Mass Tort Litigation," 148 Pennsylvania Law Review 1867 (2000)

"Class Actions and Social Issue Torts in the Gulf South," 74 Tulane Law Review 1655 (2000)

"Strategic Mediation," Disp. Resol. Mag., Summer 1999, at 4

"Beyond Efficiency: A Bevy of ADR justifications," Dispute Resolution Magazine, Summer 1997, 12.

"The Defensive Use of Federal Class Actions in Mass Torts", 39 Arizona Law Review 595 (1997)

"Rethinking Cooperation among Judges in Mass Tort Litigation," 44 UCLA Law Review 1851 (1997)

Book Review, 95 Michigan Law Review 2077 (1997) [reviewing Jack B. Weinstein, *Individual Justice in Mass Tort Litigation* (1996) and Michael D. Green, *Bendectin and Birth Defects: The Challenges of Mass Toxic Substances Litigation* (1996)]

"Implementing a Taint Test to Address the Problems Raised by Compelled Disclosure," 59 Law & Contemporary Problems 185 (1996)

"An Analysis of Mass Torts for Judges," 73 Texas Law Review 1821 (1995)

"Looking to the Future of Mass Torts: A Comment on Siliciano and Schuck," 80 Cornell Law Review 1022 (1995)

"The Intellectual Heritage of Claims Processing at the United Nations Compensation Commission," in *The United Nations Compensation Commission: Thirteenth Sokol Colloquium* (Richard B. Lillich ed., 1995)

"Introduction: Models for Managing Mass Tort and Insurance Coverage Litigation," in *Managing Complex Litigation: Procedures and Strategies for Lawyers and Courts*, American Bar Association (1992)

"Lessons from U.S. Alternative Dispute Resolution," La médiation: un mode alternatif de résolution des conflits?, Schulthess Polygraphischer Verlag, Zürich (1992)

"Models for Managing Mass Tort and Insurance Coverage Litigation," in *Managing Modern Litigation: Learning to Live With New Judicial Controls and New Trial Tools,*

American Bar Association (1991)

"The Cycle of Mass Tort Litigation," Yale Law School Program in Civil Liability (1990)

"The Alabama DDT Settlement Fund," 53 Law & Contemporary Problems 61 (1990)

"Foreword: Claims Resolution Facilities and the Mass Settlement of Mass Torts," 53 Law & Contemporary Problems 1 (1990)

"An Overview of Specialized Applications of ADR" in Handbook of Alternative Dispute Resolution, State Bar of Texas (1990)

"Resolving Mature Mass Tort Litigation," 69 Boston University Law Review 659 (1989)

"The Discovery Survey," with E. Allan Lind, 51 Law & Contemporary Problems 51 (1988)

"Moving the Pig Through the Python - Multiple Approaches to Resolving Case Management Problems in Toxic Tort Litigation," in SMU Products Liability Institute, Matthew Bender and Company (1988)

"Use of Masters and Magistrates in Complex Litigation," in ADR and the Courts: A Manual for Judges and Lawyers, Butterworth (1987)

"Court Appointed Experts: An Overview," in ADR and the Courts: A Manual for Judges and Lawyers, Butterworth (1987)

"Toward a Functional Approach for Managing Complex Litigation," 53 Chicago Law Review 440 (1986)

"Managing Complex Litigation - Old and New Devices and Techniques," in SMU Products Liability Institute: Evidence and Tactics in the Product Liability Case, Matthew Bender and Company (1984)

Book Review, 4 Environmental Impact Assessment Review 597 (1983) [reviewing James K. Sebenius, Negotiating the Law of the Sea: Lessons in the Art and Science of Reaching Agreement (1984)]

"The Organization of Multiple Party Litigation: Class Actions and Multidistrict Litigation," in SMU Products Liability Institute, Matthew Bender and Company (1983)

"Management of Multiparty Toxic Tort Litigation: Case Law and Trends Affecting Case Management," 19 Forum 1 (1983)

"Toxic Substances Litigation in the Fourth Circuit," 16 Richmond Law Review 247 (1982)

"The Alabama Extended Manufacturer's Liability Doctrine," Alabama Pattern Jury Instructions - Civil, Lawyers Co-operative Publishing Company (1982)

"The Variety, Policy and Constitutionality of Product Liability Statutes of Repose," 30 American University Law Review 579 (1981)

"The Status of Statutes of Limitations and Statutes of Repose in Product Liability Actions: Present and Future," 16 Forum 416 (1981)

**SELECTED SPEECHES**

A.A. White Foundation Alternative Dispute Resolution Program
Academy of Court-Appointed Masters Programs
Aetna Alternative Dispute Resolution Program
Alabama Bar Institute for Continuing Legal Education Programs
Alabama Judicial College Programs
American Arbitration Association Programs
American Association of Law Schools Annual Meetings and Torts Workshop
American Bankruptcy Institute Programs
American Bar Association Annual Meetings, Mid-Winter Meeting and Special
    Programs
American College of Civil Trial Mediators Annual Meeting
American College of Trial Lawyers Annual Meeting
American Enterprise Institute Programs
American Law Institute - American Bar Association Programs
American Society of International Law Regional Meeting
American Society of Plastic and Reconstructive Surgeons Annual Meeting
Andrews Publications Seminars
Anglo-American Exchange Program
Association of Analytic Chemists Annual Meeting
Association of the Bar of the City of New York Programs
Association of Trial Lawyers of America Annual Meetings and National Colleges
Bank Depository User Group Annual Seminar
Bernstein, Litowitz Forum
Boston University Law School Programs
Canadian – American Exchange Program
Center for Public Resources Conferences and Annual Meetings
Columbia University Seminar on Toxic Substances Litigation
Conference of State Supreme Court Chief Justices Annual Meetings
Consensus Building Institute Programs
Conservation Foundation Annual Meeting
Cornell Law School Seminar
Cour de Cassation Seminars
Dallas Bar Association Program
Delaware Judges Association Annual Meetings
Duke Judging Science Programs
Federal Judicial Center National Programs, Seminars, and Special Programs
Federalist Society Programs
The Ford Foundation National Conference for Judges and Masters Involved in

    Western General Stream Adjudications
Fordham Law Review National Symposium on Civil Justice Issues
Fox Leadership Program, University of Pennsylvania
Georgetown University Medical and Law Centers Program for Science and Law
General Motors Corporation Legal Seminars
Harris-Martin Asbestos Conference
Harvard Law School, Program on Negotiation Programs
IACC/CAIL/ALI-ABA India Conference
Inner Circle of Advocates
Institute des Hautes Études Sur La Justice Judicial Seminars and Programs
Institute for Law & Economic Policy Programs
Institute Suisse de Droit Comparé Mediation Seminar
International Conference on Iraq-Kuwait War
Law and Society Annual Meetings
Louisiana State Bar Association Annual Meeting and Programs
Louisiana State University Law Review Symposia
Manhattan Institute Conference Series
Massachusetts Institute of Technology Ocean Conflict Resolution Conference
McCammon Group Program
Mealey's Asbestos Conferences
Montenegro Law Program
National Academy of Sciences Programs
National Association of Women Judges Annual Meeting
National Conference of Local Defense Associations Annual Meeting
National Conference on Dispute Resolution and the State Courts
National Conference on the Future of the Courts
National Conference on Mass Torts
National Institute for Dispute Resolution Board Meeting
National Judicial College Programs
New York Law School Seminar
New York University Conference on Class Actions and Seminars
North Carolina Bar Association Dispute Resolution Program
Northwestern School of Law Dispute Resolution Institute
Ohio State Law School Programs
Oxford University Seminar on Globalization of Class Actions
Pennsylvania Judges Association Annual Meeting
Pepperdine Law School Programs
Practicing Law Institute Programs
Product Liability Advisory Council Program
The Rand Institute for Civil Justice Seminars

Securities and Exchange Commission Programs
SOKOL Colloquium on Private International Law
Sonoma State University Lecture
Southeastern Corporate Law Institute Annual Programs
Southern Methodist University Personal Injury and Products Liability Symposia
Southwestern Law School Program
Stanford Law School Programs and Seminars
Tulane Law School Programs
UCLA Law Review Symposium on Alternative Dispute Resolution
United States District Court, Eastern District of Texas, Judicial Education Conference
United States Judicial Conference Advisory Committee on Rules Programs
United States Judicial Conference Federal Jurisdiction Committee Programs
United States Judicial Conference Standing Committee on Rules Programs
United States Securities Exchange Commission Programs
United States Third, Fifth, and Eighth Circuit Courts of Appeals Judicial Conferences
United States Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh
    Circuit Court of Appeals Judicial Workshops
University of Alabama Law Review Symposium on the Civil Justice Reform Act of 1990
University of Arizona Communication School Conference on Trial Advocacy
University of Arizona Law School Symposium on Class Actions
University of California—Davis, School of Law Seminar
University of California—San Francisco, School of Law Seminars
University of Chicago Legal Forum Program on Juries
University of Colorado School of Law Seminar
University of Houston Law Center Seminars
University of Idaho School of Law Seminars
University of Kyoto, Symposium on Asbestos Litigation
University of Maryland School of Law Mass Tort Seminar
University of Mississippi College of Law Seminar
University of Missouri—Kansas City Seminar
University of Oregon Law School Programs
University of Pennsylvania Law School Programs
University of San Francisco School of Law Seminars
University of Southern California School of Law Seminar
University of Texas at Austin School of Law Seminars
University of Virginia School of Law Seminars
Villanova Law School Mass Tort Symposium
Yale Law School Conferences and Seminars