**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG "DEEPWATER          MDL No. 2179
HORIZON" in the GULF OF MEXICO, on April 20,          Section: J
2010                                                                           Judge Barbier
                                                                                   Mag. Judge Shushan
THIS DOCUMENT RELATES TO ALL CASES
_____

### NOMINATION OF CHRISTIAN D. SEARCY
### TO BRITISH PETROLEUM LITIGATION STEERING COMMITTEE

The undersigned respectfully nominates Attorney Christian D. Searcy of West Palm Beach, Florida,

to serve as a member of the Multi-District Litigation Steering Committee in the BP Gulf Oil Spill Litigation

and would state as follows:

1.        I hereby nominate Christian D. Searcy to serve as a member of the Steering Committee

regarding the British Petroleum Gulf Oil Spill Litigation.

2.        My name is John F. Romano.  I am a member in good standing of The Florida Bar.  I have

served as a former President of the Florida Justice Association/Academy of Florida Trial Lawyers, the

Southern Trial Lawyers Association, and the Southeast Chapter of ABOTA (American Board of Trial

Advocates).  I am board-certified as a Civil Trial advocate by both The Florida Bar and the National Board

of Trial Advocacy.  I have handled numerous product liability cases over the years including mass tort

cases in the areas of toxic tort, pollution cases, medical device cases, pharmaceutical device cases, and

more.  Some of these cases have included the Dalkon Shield IUD litigation, dioxin pollution cases, and the

FenPhen diet drug litigation.  I previously served as a Captain in the United States Marine Corps.  I have

been practicing law for approximately 36 years.

3.        I currently represent approximately 50 clients who have claims which will be part of the

MDL No. 2179 (In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010),

which include Gulf-front property owners, restaurant owners, commercial fisherman, and other businesses which have suffered significant damages as a consequence of the oil spill.

4.      I am aware that a multitude of excellent trial lawyers from the state of Florida have filed applications seeking appointment to the Plaintiffs' Steering Committee for MDL No. 2179 including Christian Searcy.  I have known Chris Searcy for roughly 33 years.  I enthusiastically, energetically, and wholeheartedly support his appointment to the Plaintiffs' Steering Committee.  I consider him to be one of the best, if not "the best", trial lawyer in America.  He has unselfishly given of his time to the trial bar.  He has proven, time and time again, his ability to lead, work well with others, and successfully handle very complex cases.  Chris Searcy will most definitely bring those talents to the Plaintiffs' Steering Committee which would greatly benefit all of our clients who have suffered harm as a result of the oil spill.  Chris Searcy is not only a great lawyer who cherishes the work he does for his clients and for our system of justice, but he is a wonderful human being and a man of extraordinary integrity.

ROMANO LAW GROUP
Post Office Box 21349
West Palm Beach, FL   33416-1349
Tel:  (561) 533-6700
Fax:  (561) 533-1285
Cell: (561) 346-5090
e-mail:  john@romanolawgroup.com


By___/s/ John F. Romano_____
 JOHN F. ROMANO
 Florida Bar No. 175700

Dated this 7th day of October, 2010.


/s/ Christian D. Searcy_____
CHRISTIAN D. SEARCY
Florida Bar No.: 158298
Searcy Denney Scarola Barnhart & Shipley
P.O. Drawer 3626
West Palm Beach, FL 33402-3626
561-686-6300

**Certificate of Service**

I hereby certify that on October 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Court's Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christian D. Searcy
CHRISTIAN D. SEARCY
Florida Bar No.: 158298