**UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION:  J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR RELIEF FROM
PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1**

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and respectfully represents to the Court as follows:

1.   For the reasons more fully set forth in HESI's memorandum filed in support of this motion, HESI moves the Court to enter an order permitting it to release the Cementing Components, as defined by the supporting memorandum, to the Joint Investigation Team, and to otherwise relieve HESI from any contrary obligations as may be set forth in the Court's Pretrial Order No. 1, as amended.

2.   Counsel for BP has indicated that while BP does not necessarily agree with the factual recitations and legal conclusions set forth in this Motion and supporting memorandum, it does not oppose the relief requested.  All other liaison counsel for plaintiffs and defendants have indicated that they do not oppose the relief requested in this Motion and supporting memorandum.

3. THEREFORE, HESI moves the Court to enter an order as described in paragraph 1, a proposed form of which is filed contemporaneously herewith.

Dated October 7, 2010.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

By: /s/ Donald E. Godwin

Donald E. Godwin
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for BP has indicated that while BP does not necessarily agree with the factual recitations and legal conclusions set forth in this Motion, it does not oppose the relief requested. All other liaison counsel for plaintiffs and defendants have indicated that they do not oppose the relief requested in this Motion.

/s/ Donald E. Godwin

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin