UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
DEPARTMENT OF THE INTERIOR
JOINT INVESTIGATION CONDUCTED BY
UNITED STATES COAST GUARD
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

(Authority 43 U.S. Code 1348; 46 U.S. Code 6304)

# In the Matter of the Fire & Explosion on the Deepwater Horizon

TO:  Halliburton Energy Services, Inc.
c/o Bruce W. Bowman
Godwin Ronquillo
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

Halliburton is hereby COMMANDED to produce, at the time, date, and place set forth below, the following materials, and to permit inspection, testing, and/or sampling of the materials:

o   The following quantities of the listed materials/samples below, which materials/samples from Halliburton's *Deepwater Horizon* job(s) were identified in Attachment "C" to Halliburton Energy Services, Inc.'s Response to U.S. Chemical Safety & Hazard Investigation Board's Subpoena Hal-1SUBDOC8 (attached to this subpoena as Attachment A):

| Material | Sample ID | Quantity Requested |
|---|---|---|
| Field (Fresh) Water | Lab sample ID # 67315 | 1 quart |
| Cement Blend | Lab Sample ID#67314 | 1 quart |
| Cement Blend | Lab Sample ID # 63813 | 1 quart |
| Synthetic base mud (14.4 ppg) | Sample ID # 67313 | 0.5 quart |
| Cement Blend | Sample ID # 66189 | 1 quart |
| Cement Blend (from Bulkplant) | Sample ID # 64660 | 1 quart |
| GASSTOP EXP | Lab Sample ID # 65007 | 1 quart |
| Job Mix Water for 216' squeeze | Lab Sample ID # 66191 | 1 quart |

1

EXHIBIT

1

o The following quantities of the materials listed below, which were listed in the Halliburton Post Job Reports (attached to this subpoena as Attachment B). The following requested materials are not samples taken from Halliburton's *Deepwater Horizon* job(s), but are types of materials listed in the said Halliburton Post Job Reports:

| Material | Quantity Requested |
|---|---|
| Lafarge Class H | 50 lbs. |
| EZ-FLO | 1000 grams |
| D-air 3000 | 1000 grams |
| KCl (Potassium Chloride) Salt | 20 lbs. |
| SSA-1 (Silica Flour) – PB | 20 lbs. |
| SSA-2 (100 Mesh) – PB | 20 lbs. |
| SA-541 | 1 liter if liquid, 1000 grams if powder or dry |
| ZoneSealant 2000 | 1 liter if liquid, 1000 grams if powder or dry |
| SCR-100L | 1 liter if liquid, 1000 grams if powder or dry |
| HALAD-344EXP | 1000 grams |
| HR-6L | 1 liter |
| CaC12 (Calcium Chloride) Liquid | 1000 ml |

o Any available solidified cement materials used in the well or tests reported in the Halliburton Post Job Reports (Attachment B).

o Representative samples of any additional materials that may have been added to the cements listed in the Halliburton Post Job Reports (Attachment B), including samples of any lost circulation material.

o Representative samples of any other cement or cementing components that were used in the Macondo well that are not identified on Attachments A and B hereto.

Place: 124 Ida Road        Date: August 19, 2010.
        Broussard, Louisiana

The names, telephone numbers, and e-mail addresses of the attorneys representing the Joint Investigation, which issues this subpoena, are Lieutenant Commander Jeff Bray, (202) 309-9559, jeff.r.bray@uscg.mil; and Silvia Murphy, (202) 604-3466, silvia.murphy@sol.doi.gov.

Dated at New Orleans, Louisiana on this 12th day of August 2010.

Mr. David Dykes
Co-Chairman, Joint Investigation
1201 Elmwood Park Boulevard
New Orleans, Louisiana  70123-2394

**ATTACHMENT "C" TO**
**Halliburton Energy Services, Inc.'s Response to**
**U.S. Chemical Safety & Hazard Investigation Board's Subpoena**
**Hal-1SUBDOC8**

HESI has secured the following physical samples from the Deepwater Horizon   project:

Materials currently in lab for BP, Transocean Horizon Rig

**Information below is from sample containers

Location: M.C. 252, OCSG 32306 Well #1 – Macondo
Material: Field (Fresh) Water
Barcode Sample Date:  April 5th, 2010
Lab Sample ID # 67315
Container Type: 5 gallon Bucket
Quantity: Approximately 4 gallons

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL + .20%
SA-541 + 20% SSA-1 + 15% SSA-2
Note: Sample came from Tank #8
Barcode Sample Date: April 5th, 2010
Lab Sample ID# 67314
Container Type: 5-gallon Bucket
Quantity: Approximately 1.5 gallons

Location: M.C. 252 OSCG 32306 Well #1 – Macondo
Material: Cement Blend
Ingredients:  Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL
Barcode Sample Date: February 22nd, 2010
Lab Sample ID # 63813
Container Type: 5-gallon Bucket
Quantity:  Approximately 5 gallons

Location: M.C. 252 OCSG 32306 Well #1 – Macondo
Material: Synthetic Base Mud (14.4 ppg)
Barcode Sample Date: April 5th, 2010
Sample ID # 67313
Container Type: 1-gallon Bucket
Quantity:  Approximately ½ gallon

1

**HAL-CSB000007**

**Location: M.C. 252 Well #1**
**Material: Cement Blend**
**Ingredients: Lafarge Class H + .25% D-Air-3000 + .07% EZ-FLO + 1.88 lbs/sk KCL**
**Barcode Sample Date: March 23rd, 2010**
**Sample ID # 66189**
**Container Type: Plastic Bag**
**Quantity: Approximately 1 gallon**

**Location: M.C. 252  OSCG 32306 Well #1**
**Material: Cement Blend (from Bulkplant)**
**Ingredients:  Lafarge Class H + .07% EZ-FLO**
**Barcode Sample Date: March 4th, 2010**
**Sample ID # 64660**
**Container Type:  5-gallon Bucket**
**Quantity: Approximately 3/4 gallon**

**Location: M.C. 252 OSCG 32306 Well #1**
**Material: GASSTOP EXP**
**Barcode Sample Date: March 9th, 2010**
**Lab Sample ID# 65007**
**Container Type: 1 gallon bucket**
**Quantity: Approximately 1 gallon**

**Location: M.C. 252 OCSG 32306 Well #1 – Macondo**
**Material: Job Mix Water for 16' squeeze**
**Ingredients:  Field Fresh Water + .08 gals/sk Halad-344EXP + .06 gals/sk HR-6L**
**Barcode Sample Date: March 5th, 2010**
**Lab Sample ID # 66191**
**Container Type: 1 gallon bucket**
**Quantity:  Approximately ¾ gallon**

HAL-CSB000008

MC 252_Macondo BoD_28 in Casing_Post Job Report.pdf (Attachment 8 of 8)



**Bp America Prod Co-sorac/gom Ebiz**
**PO Box 22024 - Do Not Mail**
**Tulsa, Oklahoma 74121-2024**

Macondo Prospect 1

United States of America

# 28" Casing Post Job Report

Prepared for: Mark Hafle, Brian Morel, & Trent Fleece

Version: 1
October 21, 2009

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

**HALLIBURTON**

EXHIBIT

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_28 in Casing_Post Job Report.pdf (Attachment 8 of 8)

# HALLIBURTON
## *Lab Results: 28" Tail Cement*

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Tail**

### Job Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Request/Slurry | 49394/2 | **Rig Name** | TRANSOCEAN MARIANAS | **Date** | October 5th 2009 | |
| Submitted By | Jesse Gagliano | **Job Type** | 28" Conductor Casing | **Bulk Plant** | Fourchon-C-Port I, La, USA | |
| Customer | BP | **Location** | Mississippi Cny | **Well** | Mississippi Canyon 252 OCS-G-32306 Macondo #1 | |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 28" | **Depth MD** | 6275 ft | **BHST** | 65 F |
| Hole Size | 32 1/2" | **Depth TVD** | 6275 ft | **BHCT** | 60 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | Baroid | **Type** | WBM | **Density** | 12.5 PPG | **PV/YP** |

### Cement Information - Tail Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Sep 29, 2009 | BULK BLEND | Water Requirement | 4.02 | GPS |
| 0.07 | % BWOC | EZ-FLO | Bulk | Sep 29, 2009 | | Total Mix Fluid | 4.28 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Sep 29, 2009 | | Foam Density | 14.496 | PPG |
| 0.07 | gps | ZoneSealant 2000 | Lab | Mar 15, 2009 | | Foam Quality | 13.05 | % |
| 0.26 | gps | CaCl2 (Calcium Chloride) Liquid | Lab | Feb 16, 2009 | | Water Source | Sea Water | |
| 4.02 | gps | Sea Water | Lab | Jan 02, 2009 | Pilot | Water Chloride | 21500 | ppm |

### Operation Test Results Request ID 49394/2
### Thickening Time: Request Test ID 561485

| Temp (°F) | Pressure (psi) | Reached in (min) | 70 Bc (hh:mm) |
|---|---|---|---|
| 60 | 3,068 | 34 | 04:03 |

### Mixability (0 - 5) - 0 is not mixable. Request Test ID 561489

**Mixability rating (0 - 5)**
5

### Crush Compressive Strength. Request Test ID 561487

| Curing Temp (°F) | Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 |
|---|---|---|---|---|
| 65 | 12 | 500 | 24 | 1,290 |
| Foamed to 14.5 ppg | | | | |

### UCA Comp. Strength. Request Test ID 561486

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 65 | 5,000 | 05:13 | 21:51 | 246 | 549 |

8 / 10

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_28 in Casing_Post Job Report.pdf (Attachment 8 of 8)

# HALLIBURTON
## *Lab Results: 28" Lead Cement*

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Lead**

### Job Information

| Request/Slurry | 49393/1 | Rig Name | TRANSOCEAN MARIANAS | Date | October 5th 2009 |
| Submitted By | Jesse Gagliano | Job Type | 28" Conductor Casing | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| Casing/Liner Size | 28" | Depth MD | 6275 ft | BHST | 65 F |
| Hole Size | 32 1/2" | Depth TVD | 6275 ft | BHCT | 60 F |

### Drilling Fluid Information

| Mud Company | Baroid | Type | WBM | Density | 12.5 PPG | PV/YP | |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|------|-----|-----------------|-------------|-------------|---------|-------------------|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Sep 29, 2009 | BULK BLEND | Water Requirement | 4.02 | GPS |
| 0.07 | % BWOC | EZ-FLO | Bulk | Sep 29, 2009 | | Total Mix Fluid | 4.28 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Sep 29, 2009 | | Foam Density | 13.503 | PPG |
| 0.07 | gps | ZoneSealant 2000 | Lab | Mar 15, 2009 | | Foam Quality | 19.01 | % |
| 0.26 | gps | CaCl2 (Calcium Chloride) Liquid | Lab | Aug 25, 2009 | | Water Source | Sea Water | |
| 4.02 | gps | Sea Water | Lab | Jan 02, 2009 | Pilot | Water Chloride | 21500 | ppm |

### Operation Test Results Request ID 49393/1
#### Thickening Time, Request Test ID:560575

| Temp (°F) | Pressure (psi) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|-----------|----------------|------------------|----------|---------------|---------------|---------------|---------------|
| 60 | 3,068 | 34 | 17 | 01:39 | 02:04 | 02:34 | 04:03 |

#### Mixability (0 - 5) - 0 is not mixable, Request Test ID:558261

Mixability rating (0 - 5)

5

#### Crush Compressive Strength, Request Test ID:558274

| Curing Temp (°F) | Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 |
|------------------|--------------|------------|--------------|------------|
| 65 | 12 | 390 | 24 | 780 |

Foamed to 13.5 ppg

#### Static Gel Strength (SGS), Request Test ID:563653

| Temp (°F) | Pressure (psi) | Time to 100 lb/100ft2 (hh:mm) | Time to 500 lb/100ft2 (hh:mm) | Test speed [deg/min] | Stirring time (min) | Transition time (hh:mm) |
|-----------|----------------|-------------------------------|-------------------------------|----------------------|---------------------|-------------------------|
| 60 | 3,068 | 00:01 | 01:28 | 0 | 174 | 01:27 |

6 / 10

MC 252_Macondo BoD_22 in Casing_Post Job Report.pdf (Attachment 7 of 8)



**Bp America Prod Co-sorac/gom Ebiz**
**PO Box 22024 - Do Not Mail**
**Tulsa, Oklahoma 74121-2024**

Macondo Prospect 1

United States of America

# 22" Casing Post Job Report

Prepared for: Mark Hafle, Brian Morel, & Trent Fleece

Version:
October 29, 2009

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

**HALLIBURTON**

1 / 27

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_22 in Casing_Post Job Report.pdf (Attachment 7 of 8)

# HALLIBURTON

## *Lab Results: 22" Lead 1 Cement*

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS – Lead 1**

### Job Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Request/Slurry | 49408/3 | Rig Name | TRANSOCEAN MARIANAS | Date | | October 5th 2009 |
| Submitted By | Jesse Gagliano | Job Type | 22" Surface Casing | Bulk Plant | | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 22" | Depth MD | 8000 ft | BHST | 89 F |
| Hole Size | 26" | Depth TVD | 8000 ft | BHCT | 77 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | Baroid | Type | WBM | Density | 12.5 PPG | PV/YP |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Sep 29, 2009 | BULK BLEND | Slurry Yield | 1.05 | FT3 |
| 0.07 | % BWOC | EZ-FLO | Bulk | Sep 29, 2009 | | Water Requirement | 4.2 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Sep 29, 2009 | | Foam Density | 13.503 | PPG |
| 0.07 | gps | ZoneSealant 2000 | Lab | Oct 23, 2008 | | Foam Quality | 19.01 | % |
| 4.20 | gps | Sea Water | Rig | Oct 07, 2009 | | Water Source | Sea Water | |
| | | | | | | Water Chloride | N/A | ppm |

### Operation Test Results Request ID 49408/3

#### Thickening Time, Request Test ID 565171

| Temp (°F) | Pressure (psi) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|
| 77 | 4,215 | 41 | 21 | 02:13 | 02:32 | 04:04 | 05:22 |

#### Mixability (0 - 5) - 0 is not mixable, Request Test ID 565174

Mixability rating (0 - 5)

5

#### Crush Compressive Strength, Request Test ID 565172

| Curing Temp (°F) | Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 | Foam quality |
|---|---|---|---|---|---|
| 89 | 12 | 278 | 24 | 800 | 0 |

Foamed to 13.5 ppg

#### Static Gel Strength (SGS), Request Test ID 566014

| Temp (°F) | Pressure (psi) | Time to 100 lb/100ft2 (hh:mm) | Time to 500 lb/100ft2 (hh:mm) | Test speed [deg/min] | Stirring time (min) | Transition time (hh:mm) |
|---|---|---|---|---|---|---|
| 77 | 4,215 | 00:01 | 00:08 | 0 | 206 | 00:07 |

Good Test.

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_22 in Casing_Post Job Report.pdf (Attachment 7 of 8)

# HALLIBURTON

## _Lab Results: 22" Lead 2 Cement_

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS – Lead 2**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| **Request/Slurry** | 49411/1 | **Rig Name** | TRANSOCEAN MARIANAS | **Date** | October 5th 2009 |
| **Submitted By** | Jesse Gagliano | **Job Type** | 22" Surface Casing | **Bulk Plant** | Fourchon-C-Port I, La, USA |
| **Customer** | BP | **Location** | Mississippi Cny | **Well** | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| **Casing/Liner Size** | 22" | **Depth MD** | 8000 ft | **BHST** | 89 F |
| **Hole Size** | 26" | **Depth TVD** | 8000 ft | **BHCT** | 77 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Mud Company** | Baroid | **Type** | WBM | **Density** | 12.5 PPG | **PV/YP** |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | | | | Water Requirement | 4.11 | GPS |
| 0.07 | % BWOC | EZ-FLO | | | | Total Mix Fluid | 4.24 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | | | | Foam Density | 13.503 | PPG |
| 0.07 | gps | ZoneSealant 2000 | | | | Foam Quality | 19.01 | % |
| 0.13 | gps | CaCl2 (Calcium Chloride) Liquid | | | | Water Source | Sea Water | |
| 4.11 | gps | Sea Water | | | | Water Chloride | N/A | ppm |

### Operation Test Results Request ID 49411/1

#### Thickening Time: Request Test ID 558496

| Temp (°F) | Pressure (psi) | Reached in (min) | 70 Bc (hh:mm) |
|---|---|---|---|
| 77 | 4,215 | 41 | 04:02 |

#### Mixability (0 - 5): 0 is not mixable. Request Test ID 558499

Mixability rating (0 - 5)

4

#### Crush Compressive Strength: Request Test ID 558497

| Curing Temp (°F) | Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 | Foam quality |
|---|---|---|---|---|---|
| 89 | 12 | 495 | 24 | 520 | 0 |

Foamed to 13.5 ppg

#### Static Gel Strength (SGS): Request Test ID 558498

| Temp (°F) | Pressure (psi) | Time to 100 lb/100ft2 (hh:mm) | Time to 500 lb/100ft2 (hh:mm) | Test speed [deg/min] | Stirring time (min) | Transition time (hh:mm) |
|---|---|---|---|---|---|---|
| 77 | 4,215 | 00:03 | 00:10 | 0 | 151 | 00:07 |

JPT = 2:31

8 / 27

# HALLIBURTON

## *Lab Results: 22" Tail Cement*

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Tail**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 49414/1 | Rig Name | TRANSOCEAN MARIANAS | Date | October 5th 2009 |
| Submitted By | Jesse Gagliano | Job Type | 22" Surface Casing | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 22" | Depth MD | 8000 ft | BHST | 89 F |
| Hole Size | 26" | Depth TVD | 8000 ft | BHCT | 77 F |

### Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | Baroid | Type | WBM | Density | 12.5 PPG | PV/YP | |

### Cement Information - Tail Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | | | | Water Requirement | 4.11 | GPS |
| 0.07 | % BWOC | EZ-FLO | | | | Total Mix Fluid | 4.24 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | | | | Foam Density | 14.496 | PPG |
| 0.07 | gps | ZoneSealant 2000 | | | | Foam Quality | 13.05 | % |
| 0.13 | gps | CaCl2 (Calcium Chloride) Liquid | | | | Water Source | Sea Water | |
| 4.11 | gps | Sea Water | | | | Water Chloride | N/A | ppm |

### Operation Test Results Request ID 49414/1

#### Thickening Time: Request Test ID-558406

| Temp (°F) | Pressure (psi) | Reached in (min) | 70 Bc (hh:mm) |
|---|---|---|---|
| 77 | 4,215 | 41 | 04:02 |

#### Mixability (0 - 5) - 0 is not mixable: Request Test ID-558409

Mixability rating (0 - 5)
4

#### Crush Compressive Strength: Request Test ID-558407

| Curing Temp (°F) | Time 1 (hrs) | Strength 1 | Time 2 (hrs) | Strength 2 | Foam quality |
|---|---|---|---|---|---|
| 89 | 12 | 435 | 24 | 1,270 | 0 |
| Foamed to 14.5 ppg | | | | | |

#### UCA Comp. Strength: Request Test ID-558413

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 89 | 5,000 | 04:16 | 07:39 | 1,114 | 2,232 |

#### Static Gel Strength (SGS): Request Test ID-558408

| Temp (°F) | Pressure (psi) | Time to 100 lb/100ft2 (hh:mm) | Time to 500 lb/100ft2 (hh:mm) | Transition time (hh:mm) |
|---|---|---|---|---|
| 77 | 4,215 | 00:16 | 00:29 | 00:13 |

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_22 in Casing_Post Job Report.pdf (Attachment 7 of 8)

# HALLIBURTON
## _Lab Results: 22" Squeeze_

# HALLIBURTON
## Cementing Gulf of Mexico, Broussard

**LAB RESULTS – 22" Squeeze**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 50385/3 | Rig Name | TRANSOCEAN MARIANAS | Date | October 13th 2009 |
| Submitted By | Jesse Gagliano | Job Type | 22" Shoe Squeeze | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 22" | Depth MD | 7947 ft | BHST | 89 F |
| Hole Size | 26" | Depth TVD | 7947 ft | BHCT | 79 F |

### Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | Baroid | Type | SOBM | Density | 10.5 PPG | PV/YP | |

### Cement Information - Squeeze Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.08 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Sep 29, 2009 | BULK BLEND | Water Requirement | 4.33 | GPS |
| 0.07 | % BWOC | EZ-FLO | Bulk | Sep 29, 2009 | | Total Mix Fluid | 4.43 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Sep 29, 2009 | | | | |
| 0.06 | gps | HALAD-344EXP | Lab | Jul 27, 2009 | | | | |
| 0.04 | gps | HR-6L | Lab | Sep 18, 2009 | 162 | Water Source | Fresh Water | |
| 4.33 | gps | Fresh Water | Lab | Sep 22, 2009 | | Water Chloride | N/A | ppm |

### Operation Test Results Request ID 50385/3

#### Thickening Time  Request Test ID 57128

| Temp (°F) | Pressure (psi) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|
| 79 | 6,835 | 19 | 19 | 03:25 | 03:43 | 03:59 | 04:20 |

#### Mixability (0 - 5) - 0 is not mixable  Request Test ID 57128

Mixability rating (0 – 5)

5

#### Mud Balance Density  Request Test ID 57129

Density (ppg)

16.4

#### UCA Comp. Strength  Request Test ID 57330

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 89 | 6,835 | 06:18 | 09:24 | 1,151 | 2,116 |

Proprietary and Confidential - Do Not Copy

Macondo_MC 252 #1_11 875 in Liner_Post Job Report.pdf (Attachment 3 of 8)

# HALLIBURTON

***Bp America Prod Co-sorac/gom Ebiz***
***PO Box 22024 - Do Not Mail***
***Tulsa, Oklahoma 74121-2024***

Macondo #1
MISSISSIPPI CANYON Blk: 252

United States of America

# 11 7/8" Liner Post Job Report

Prepared for:     Brian Morel

April 25, 2010
Version: 1

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

# HALLIBURTON

1 / 8

Proprietary and Confidential - Do Not Copy

Macondo_MC 252 #1_11 875 In Liner_Post Job Report.pdf (Attachment 3 of 8)

# HALLIBURTON
## _Lab Results: 11 7/8" Liner_

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Lead**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 70793/2 | Rig Name | TRANSOCEAN HORIZON | Date | March 22nd 2010 |
| Submitted By | Jesse Gagliano | Job Type | 11 7/8" Drilling Liner | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 11 7/8" | Depth MD | 15300 ft | BHST | 133 F |
| Hole Size | 14 1/2" | Depth TVD | 15300 ft | BHCT | 93 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 13,8 PPG | PV/YP |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Rig | Mar 08, 2010 | Blend | Water Requirement | 4.24 | GPS |
| 0.07 | % BWOC | EZ-FLO | Rig | Mar 08, 2010 | Blended | Total Mix Fluid | 4.37 | GPS |
| 0.08 | gps | HALAD-344EXP | Lab | Feb 14, 2010 | | | | |
| 0.05 | gps | HR-6L | Lab | Nov 04, 2009 | 165 | | | |
| 4.24 | gps | Field (Fresh) Water | Rig | Mar 04, 2010 | LOCATION | | | |
| | | | | | | Water Source | Field (Fresh) Water | |
| | | | | | | Water Chloride | 0 | ppm |

### Operation Test Results Request ID 70793/2
#### Thickening Time

| Temp (°F) | Pressure (psi) | Batch Mix (min) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|---|
| 93 | 12,116 | 0 | 53 | 14 | 03:27 | 03:31 | 03:34 | 03:36 |

#### Mud Balance Density

| Density (ppg) |
|---|
| 16.4 |

#### Mixability (0 - 5) - 0 is not mixable

| Mixability rating (0 - 5) |
|---|
| 5 |

#### UCA Comp. Strength

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 133 | 12,116 | 02:56 | 03:55 | 1,892 | 2,176 |

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_16 in Liner_Post Job Report.pdf (Attachment 5 of 8)



## *Bp America Prod Co-sorac/gom Ebiz*
## *PO Box 22024 - Do Not Mail*
## *Tulsa, Oklahoma 74121-2024*

Macondo Prospect 1

United States of America

# 16" Liner Post Job Report

Prepared for: Brian Morel

March 27, 2010
Version: 1

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

## HALLIBURTON

Proprietary and Confidential - Do Not Copy

MC 252_Macondo BoD_16 in Liner_Post Job Report.pdf (Attachment 5 of 8)

# HALLIBURTON

## *Lab Results: 16" Liner Lead Slurry*

# HALLIBURTON

### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Primary**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 66259/3 | **Rig Name** | TRANSOCEAN HORIZON | **Date** | February 18th 2010 |
| Submitted By | Jesse Gagliano | **Job Type** | 16" Intermediate Liner | **Bulk Plant** | Fourchon-C-Port I, La, USA |
| Customer | BP | **Location** | Mississippi Cny | **Well** | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 16" | **Depth MD** | 12250 ft | **BHST** | 135 F |
| Hole Size | 20" | **Depth TVD** | 12250 ft | **BHCT** | 84 F |

### Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | MI | **Type** | SOBM | **Density** | 11.8 PPG | **PV/YP** | |

### Cement Information - Primary Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.09 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Rig | Feb 05, 2010 | LOCATION | Water Requirement | 4.29 | GPS |
| 0.07 | % BWOC | EZ-FLO | Rig | Feb 05, 2010 | LOCATION | Total Mix Fluid | 4.43 | GPS |
| 0.25 | % BWOC | D-Air 3000 | Rig | Feb 05, 2010 | LOCATION | | | |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Rig | Feb 05, 2010 | LOCATION | Water Source | Field (Fresh) Water | |
| 0.08 | gps | HALAD-344EXP | Lab | Feb 14, 2010 | | Water Chloride | 999 | ppm |
| 0.06 | gps | HR-6L | Lab | Nov 04, 2009 | 165 | | | |
| 4.29 | gps | Field (Fresh) Water | Rig | Feb 11, 2010 | | | | |

### Operation Test Results Request ID 66259/3

#### Thickening Time Request Test ID 73624

| Temp (°F) | Pressure (psi) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|
| 84 | 8,428 | 44 | 9 | 04:06 | 04:50 | 05:00 | 05:16 |

#### Mud Balance Density Request Test ID 73628

Density (ppg)

16.4

#### Mixability (0 - 5): 0 is not mixable Request Test ID 73626

Mixability rating (0 - 5)

5

4 / 16

Proprietary and Confidential - Do Not Copy



***Bp America Prod Co-sorac/gom Ebiz***
***PO Box 22024 - Do Not Mail***
***Tulsa, Oklahoma 74121-2024***

Macondo Prospect 1

United States of America

# 18" Liner Post Job Report

Prepared for: Brian Morel

Version: 2
March 22, 2010

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

**HALLIBURTON**

1 / 20

Proprietary and Confidential - Do Not Copy

MC 252_Macondo_18 Liner_Post Job Report ver 2.pdf (Attachment 6 of 8)

# HALLIBURTON
## *Lab Results: 18" Liner*

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Tail**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 51879/1 | Rig Name | TRANSOCEAN MARIANAS | Date | October 26th 2009 |
| Submitted By | Jesse Gagliano | Job Type | 18" Drilling Liner | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 18" | Depth MD | 8970 ft | BHST | 105 F |
| Hole Size | 22" | Depth TVD | 8970 ft | BHCT | 93 F |

### Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | Baroid | Type | SOBM | Density | 9.8 PPG | PV/YP | |

### Cement Information - Tail Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Oct 16, 2009 | | Slurry Yield | 1.08 | FT3 |
| 0.07 | % BWOC | EZ-FLO | Bulk | Oct 16, 2009 | | Water Requirement | 4.33 | GPS |
| 0.25 | % BWOC | D-Air 3000 | Bulk | Oct 16, 2009 | | Total Mix Fluid | 4.42 | GPS |
| 1.88 | lb/sk | KCl (Potassium Chloride) Salt | Bulk | Oct 16, 2009 | | | | |
| 0.08 | gps | HALAD-344EXP | Lab | Jul 27, 2009 | | Water Source | Fresh Water | |
| 0.01 | gps | HR-6L | Lab | Sep 18, 2009 | 162 | Water Chloride | N/A | ppm |
| 4.33 | gps | Fresh Water | Lab | Sep 22, 2009 | | | | |

### Operation Test Results Request ID 51879/1

#### Thickening Time: Request Test ID:583975

| Temp (°F) | Pressure (psi) | Batch Mix (min) | Reached In (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|---|
| 93 | 5,289 | 0 | 35 | 11 | 03:14 | 03:34 | 03:41 | 03:50 |

#### Mixability (0 - 5) - 0 is not mixable: Request Test ID:583975

Mixability rating (0 - 5)

5

#### Mud Balance Density: Request Test ID:583994

Density (ppg)

16.4

#### UCA Comp. Strength: Request Test ID:583974

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 105 | 5,289 | 04:31 | 06:32 | 1,723 | 2,571 |

5 / 20

Proprietary and Confidential – Do Not Copy

MC 252_Macondo_18 Liner_Post Job Report ver 2.pdf (Attachment 6 of 8)

# HALLIBURTON

## _Lab Results: 18" Squeeze_

# HALLIBURTON
## Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Squeeze**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 65503/1 | Rig Name | TRANSOCEAN HORIZON | Date | February 13th 2010 |
| Submitted By | Jesse Gagliano | Job Type | 18" Shoe Squeeze | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 18" | Depth MD | 9085 ft | BHST | 130 F |
| Hole Size | 22" | Depth TVD | 9085 ft | BHCT | 100 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 10,6 PPG | PV/YP |

### Cement Information - Squeeze Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.09 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Rig | Feb 05, 2010 | LOCATION | Water Requirement | 4.3 | GPS |
| 0.07 | % BWOC | EZ-FLO | Rig | Feb 05, 2010 | LOCATION | Total Mix Fluid | 4.43 | GPS |
| 0.25 | % BWOC | D-Air 3000 | Rig | Feb 05, 2010 | LOCATION | | | |
| 1.88 | lb/sk | KCI (Potassium Chloride) Salt | Rig | Feb 05, 2010 | LOCATION | Water Source | Field (Fresh) Water | |
| 0.08 | gps | HALAD-344EXP | Lab | Dec 29, 2009 | | Water Chloride | 999 | ppm |
| 0.05 | gps | HR-6L | Lab | Oct 14, 2008 | 153 | | | |
| 4.30 | gps | Field (Fresh) Water | Rig | Feb 11, 2010 | | | | |

### Operation Test Results Request ID 65503/1

#### Thickening Time. Request Test ID: 723504

| Temp (°F) | Pressure (psi) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|
| 100 | 7,503 | 22 | 13 | 04:15 | 04:20 | 04:23 | 04:28 |

#### Mud Balance Density. Request Test ID: 723507

**Density (ppg)**
16.2

#### Mixability (0 - 5) - 0 is not mixable. Request Test ID: 723506

**Mixability rating (0 - 5)**
4

#### UCA Comp. Strength. Request Test ID: 723505

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 130 | 7,503 | 05:43 | 06:31 | 2,659 | 3,220 |

Circulate before pouring C.S. for 1 Hrs

18 / 20

Proprietary and Confidential - Do Not Copy

Macondo_MC 252_13.625 in Liner_Post Job Report.pdf (Attachment 4 of 8)

# HALLIBURTON

### *Bp America Prod Co-sorac/gom Ebiz*
### *PO Box 22024 - Do Not Mail*
### *Tulsa, Oklahoma 74121-2024*

Macondo 1
MISSISSIPPI CANYON Blk: 252

United States of America

# 13 5/8" Liner Post Job Report

Prepared for: Brian Morel

April 25, 2010
Version: 1

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

# HALLIBURTON

Proprietary and Confidential - Do Not Copy

Macondo_MC 252_13.625 in Liner_Post Job Report.pdf (Attachment 4 of 8)

# HALLIBURTON

## _Lab Results: 13 5/8" Liner_

# HALLIBURTON
### Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Lead**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 70309/2 | Rig Name | TRANSOCEAN HORIZON | Date | March 19th 2010 |
| Submitted By | Jesse Gagliano | Job Type | 13 5/8" Drilling Liner | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 13 5/8" | Depth MD | 13150 ft | BHST | 145 F |
| Hole Size | 16 1/2" | Depth TVD | 13150 ft | BHCT | 121 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 12,4 PPG | PV/YP |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Rig | Mar 08, 2010 | Blend | Water Requirement | 4.23 | GPS |
| 0.07 | % BWOC | EZ-FLO | Rig | Mar 08, 2010 | Blended | Total Mix Fluid | 4.37 | GPS |
| 0.08 | gps | HALAD-344EXP | Lab | Feb 14, 2010 | | | | |
| 0.06 | gps | HR-6L | Lab | Nov 04, 2009 | 165 | | | |
| 4.23 | gps | Field (Fresh) Water | Rig | Mar 04, 2010 | 64833 | | | |
| | | | | | | Water Source | Field (Fresh) Water | |
| | | | | | | Water Chloride | 504 | ppm |

### Operation Test Results Request ID 70309/2

#### Thickening Time Request Test ID 773461

| Temp (°F) | Pressure (psi) | Batch Mix (min) | Reached In (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|---|
| 121 | 9,457 | 0 | 46 | 18 | 02:47 | 02:52 | 02:53 | 02:55 |

Need 3 - 4 Hrs., HR-6L. Lot #165 Ok'd by Jesse

#### Mud Balance Density Request Test ID 773435

Density (ppg)

16.4

#### Mixability (0 - 5) - 0 is not mixable, Request Test ID 773435

Mixability rating (0 - 5)

5

#### UCA Comp. Strength Request Test ID 773461

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 145 | 9,457 | 05:04 | 06:40 | 1,232 | 1,610 |

5 / 8

Proprietary and Confidential - Do Not Copy

Macondo_MC 252 #1_9 58 Liner_Post Job Report.pdf (Attachment 2 of 8)

# HALLIBURTON

*Bp America Prod Co-sorac/gom Ebiz*
*PO Box 22024 - Do Not Mail*
*Tulsa, Oklahoma 74121-2024*

Macondo 1
MISSISSIPPI CANYON Blk: 252

United States of America

# 9 7/8" Liner Post Job Report

Prepared for: Brian Morel

April 25, 2010
Version: 1

Submitted by:
Jesse Gagliano
Halliburton
10200 Bellaire Blvd
Houston, Texas 77072-5299

# HALLIBURTON

Proprietary and Confidential - Do Not Copy

Macondo_MC 252 #1_9 58 Liner_Post Job Report.pdf (Attachment 2 of 8)

# HALLIBURTON

## *Lab Test: 9 7/8" Liner Cement*

# HALLIBURTON
## Cementing Gulf of Mexico, Broussard

**LAB RESULTS – Lead**

### Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 71774/1 | Rig Name | TRANSOCEAN HORIZON | Date | March 29th 2010 |
| Submitted By | Jesse Gagliano | Job Type | 9 7/8" Drilling Liner | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

### Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 9 7/8" | Depth MD | 17200 ft | BHST | 134 F |
| Hole Size | 12 1/2" | Depth TVD | 17200 ft | BHCT | 106 F |

### Drilling Fluid Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 14,1 PPG | PV/YP |

### Cement Information - Lead Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | | Cement Properties | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.399 | PPG |
| | | | | | | Slurry Yield | 1.06 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Bulk | Mar 04, 2010 | | Water Requirement | 4.23 | GPS |
| 0.07 | % BWOC | EZ-FLO | Bulk | Mar 04, 2010 | | Total Mix Fluid | 4.37 | GPS |
| 0.08 | gps | HALAD-344EXP | Lab | Feb 14, 2010 | | | | |
| 0.06 | gps | HR-6L | Lab | Nov 04, 2009 | 165 | | | |
| 4.23 | gps | Field (Fresh) Water | Rig | Mar 04, 2010 | LOCATION | Water Source | Field (Fresh) Water | |
| | | | | | | Water Chloride | 0 | ppm |

### Operation Test Results Request ID 71774/1

#### Thickening Time Request Test ID:786668

| Temp (°F) | Pressure (psi) | Batch Mix (min) | Reached in (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|---|
| 106 | 13,859 | 0 | 59 | 18 | 03:07 | 03:31 | 03:34 | 03:37 |

Need 3 - 4 Hrs

#### Mud Balance Density Request Test ID:786667

**Density (ppg)**

16.4

Composited from 68819

#### Mixability (0 – 5) – 0 is not mixable Request Test ID:786648

**Mixability rating (0 – 5)**

5

#### UCA Comp. Strength Request Test ID:786805

| End Temp (°F) | Pressure (psi) | 50 psi (hh:mm) | 500 psi (hh:mm) | 12 hr CS (psi) | 24 hr CS (psi) |
|---|---|---|---|---|---|
| 134 | 13,859 | 07:26 | 08:15 | 1,782 | 2,523 |

Circulate before pouring C.S. for 1 1/2 Hrs

5 / 10

Proprietary and Confidential - Do Not Copy

BP_M.C. 252_Macondo #1 - 9.875 x 7 in Foamed Casing Post Job Summary ver 2.pdf (Attachment 1 of 8)

# HALLIBURTON

**BP America
PO Box 22024
Tulsa, Oklahoma  74121-2024**

**OCS-G-32306 , Macondo #1
Mississippi Canyon Block 252
Offshore Gulf of Mexico
United States of America**

**Rig Name:  Transocean Horizon**

# 9.875" x 7" Foamed Production Casing Post Job Report

Prepared for: Jesse Gagliano

April 20, 2010

Submitted by:
Nathaniel Chaisson
Technical Professional
100 Capital Dr Ste 200
Lafayette, LA 70508

Proprietary and Confidential - Do Not Copy

# HALLIBURTON
## Cementing Gulf of Mexico, Broussard

**LAB RESULTS - Primary**

## Job Information

| | | | | | |
|---|---|---|---|---|---|
| Request/Slurry | 73909/2 | Rig Name | TRANSOCEAN HORIZON | Date | April 12th 2010 |
| Submitted By | Jesse Gagliano | Job Type | 9 7/8" X 7" Prod Casing | Bulk Plant | Fourchon-C-Port I, La, USA |
| Customer | BP | Location | Mississippi Cny | Well | Mississippi Canyon 252 OCS-G-32306 Macondo #1 |

## Well Information

| | | | | | |
|---|---|---|---|---|---|
| Casing/Liner Size | 7" | Depth MD | 18360 ft | BHST | 210 F |
| Hole Size | 9 7/8" | Depth TVD | 18360 ft | BHCT | 135 F |

## Drilling Fluid Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mud Company | MI | Type | SOBM | Density | 14.1 PPG | PV/YP | |

## Cement Information - Primary Design

| Conc | UOM | Cement/Additive | Sample Type | Sample Date | Lot No. | Cement Properties | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Slurry Density | 16.741 | PPG |
| | | | | | | Slurry Yield | 1.37 | FT3 |
| 100.00 | % BWOC | Lafarge Class H | Rig | Apr 05, 2010 | Tank # 8 | Water Requirement | 4.93 | GPS |
| 0.07 | % BWOC | EZ-FLO | Rig | Apr 05, 2010 | | Total Mix Fluid | 5.02 | GPS |
| 0.25 | % BWOC | D-Air 3000 | Rig | Apr 05, 2010 | | Foam Density | 14.496 | PPG |
| 1.88 | lb/sk | KCI (Potassium Chloride) Salt | Rig | Apr 05, 2010 | | Foam Quality | 12.98 | % |
| 20.00 | % BWOC | SSA-1 (Silica Flour) - PB | Rig | Apr 05, 2010 | | Water Source | Fresh Water | |
| 15.00 | % BWOC | SSA-2 (100 Mesh) - PB | Rig | Apr 05, 2010 | | Water Chloride | N/A | ppm |
| 0.20 | % BWOC | SA-541 | Rig | Apr 05, 2010 | | | | |
| 0.11 | gps | ZoneSealant 2000 | Lab | Mar 15, 2009 | | | | |
| 0.09 | gps | SCR-100L | Lab | Oct 22, 2009 | 6264 | | | |
| 4.93 | gps | Fresh Water | Lab | Apr 12, 2010 | FRESH WATER | | | |

## Operation Test Results Request ID 73909/2
### Thickening Time Request Test ID 812338

| Temp (°F) | Pressure (psi) | Reached In (min) | Start BC | 30 Bc (hh:mm) | 40 Bc (hh:mm) | 50 Bc (hh:mm) | 70 Bc (hh:mm) |
|---|---|---|---|---|---|---|---|
| 135 | 14,458 | 83 | 14 | 07:25 | 07:34 | 07:36 | 07:37 |

### Mud Balance Density Request Test ID 811529

**Density (ppg)**

16.7

from part 1

### Mixability (0 - 5): 0 is not mixable Request Test ID 811524

**Mixability rating (0 - 5)**

4

This report is the property of Halliburton Energy Services and neither it nor any part thereof, nor a copy thereof, is to be published or disclosed without first securing the expressed written approval of Halliburton. It may however be used in the course of regular business operations by any person or concern receiving such report from Halliburton. This report is for information purposes only and the content is limited to the sample described. Halliburton makes no warranties, expressed or implied, as to the accuracy of the contents or results. Any user of this report agrees Halliburton shall not be liable for any loss or damage regardless of cause, including any act or omission of Halliburton, resulting from the use hereof.