UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION:  J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

WHEREFORE, the Court having been advised that certain materials/components used by Halliburton Energy Services, Inc. (HESI) in the cementing jobs performed on the Deepwater Horizon project have been subpoenaed by the Joint Investigation (JIT) and the Office of Inspector General for the United States Department of the Interior;

WHEREFORE, the Court having been further advised by HESI that it has in its possession, custody or control the following items responsive to the subpoenas (collectively called Cementing Components):

1)  the physical samples from the Deepwater Horizon project listed on the document titled "Attachment "C" to Halliburton's Energy Service, Inc.'s Response to U. S. Chemical Safety & Hazard Investigation Board's Subpoena Hal-1SUBDOC8," which was attached to the JIT's subpoena as Attachment A,

2) 1 quart of ZoneSeal – 2000 from the same lot used in the cementing job completed on the Deepwater Horizon project on April 19, 2010, and

1

3) 2 gallons and one quart of the SCR-100 from the same lot used in the cementing job completed on the Deepwater Horizon project on April 19, 2010;

WHEREFORE, the Court having been further advised that HESI is willing to deliver to the JIT the Cementing Components and the JIT is willing to take custody of the Cementing Components and that chain of custody will be maintained in accordance with the JIT's Physical Evidence Collection protocol;

WHEREFORE, the Court having been further advised by HESI that the Cementing Components may be deteriorating over time and, therefore, the Court finds that it is in the interest of all parties for testing of the Cementing Components to be undertaken as soon as reasonably practicable;

IT IS ORDERED that to the extent necessary to amend and modify Paragraph 14 of the Court's Pretrial Order No. 1 to permit HESI to provide the Cementing Components to the JIT, Paragraph 14 of the Court's Pretrial Order No. 1 shall be, and the same is, so amended and modified;

IT IS FURTHER ORDERED that no destructive testing on the Cementing Components will be conducted without further order of the Court.

IT IS SO ORDERED this _____ day of October, 2010, at New Orleans, Louisiana.

> THE HONORABLE CARL J. BARBIER
> UNITED STATES DISTRICT JUDGE