# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE OF HEARING OF HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR RELIEF FROM PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1

PLEASE TAKE NOTICE that Halliburton Energy Services, Inc., shall bring its Motion for Relief From Preservation of Evidence Obligations of Pretrial Order No. 1 for hearing on October 27, 2010, at 9:30 a.m. before the Honorable Carl J. Barbier at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as this matter can be heard.

Dated October 7, 2010.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:** /s/ Donald E. Godwin
        Donald E. Godwin
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com

        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:713.595.8300
        Facsimile: 713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin

NOTICE OF HEARING OF HALLIBURTON ENERGY SERVICES, INC.'S MOTION
FOR RELIEF FROM PRESERVATION OF EVIDENCE OBLIGATIONS
OF PRETRIAL ORDER NO. 1                                                                                       Page 3

D  1585996 v1-24010/0002 PLEADINGS