UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | | |
| IN THE GULF OF MEXICO, § | | SECTION:  J |
| ON APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## HALLIBURTON ENERGY SERVICES, INC.'S
## MOTION FOR EXPEDITED HEARING OF MOTION FOR RELIEF FROM
## PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion for Expedited Hearing of Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and respectfully represents to the Court as follows:

1.    For the reasons more fully set forth in HESI's memorandum in support of this motion, HESI asks that the Court expeditiously hear and rule on its Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 and supporting memorandum.

2.    In compliance with the Local Rules for the Eastern Distrtict of Louisiana, HESI is contemporaneously filing a Notice of Hearing for its Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 to be set for October 27, 2010, at 9:30 a.m., but requests that the ruling be made before that date.

3. THEREFORE, HESI requests that this Honorable Court expeditiously rule on its Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and requests all other relief to which it may be entitled.

Dated October 7, 2010

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        By: /s/ Donald E. Godwin

        Donald E. Godwin
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com
        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        ayork@godwinronquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone: 713.595.8300
        Facsimile: 713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Expedited Hearing of Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin