UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**DEFENDANT HALLIBURTON ENERGY SERVICES INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF MOTION FOR RELIEF FROM PRESERVATION OF <u>EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1</u>**

Defendant Halliburton Energy Services, Inc. ("HESI") files this Memorandum in Support of Motion for Expedited Hearing of Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and respectfully represents to the Court as follows:

1. HESI has filed its Motion for Relief From Preservation of Evidence Obligations of Pretrial Order No. 1 ("Motion for Relief") and Memorandum in support thereof contemporaneously with its filing of this memorandum in support of expedited consideration of that Motion.

2. As set out in HESI's Motion for Relief, HESI has forwarded its Motion to all liaison counsel for review. All liaison counsel have indicated that they do not object to the relief requested in HESI's Motion for Relief.

3. As also set out in HESI's Motion for Relief, the Joint Investigation Team would like to take possession of the Cementing Components as soon as possible.

4. In compliance with the Local Rules for the Eastern Distrtict of Louisiana, HESI is contemporaneously filing a Notice of Hearing for its Motion For Relief to be set for October 27, 2010, at 9:30 a.m., but requests that the ruling be made before that date.

5. THEREFORE, HESI requests that this Honorable Court expeditiously hear and rule on its Motion For Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and requests all other relief to which it may be entitled.

Dated October 7, 2010.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

By: /s/ Donald E. Godwin

Donald E. Godwin
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010 a copy of the foregoing Halliburton Energy Services, Inc.'s Memorandum in Support of Motion to Expedite Hearing of Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

/s/ Donald E. Godwin