UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

After consideration of Defendants' Motion to Expedite Hearing of Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, and any response thereto, the Court finds the Motion to Expedite has merit and is supported by law. It is, therefore, ORDERED that:

Defendants' Motion to Expedite Hearing of Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 is hereby set on an expedited basis, to be heard on the ____ day of _____, 2010 at _____ o'clock a.m.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE