```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: 10/7/2010

Russell Avocato

vs.

BP P.L.C., et al.

Case No. 10-md-2179 Related to 10-2770   Section   J

Dear Sir:

Please ✓(issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)   BP Exploration & Production, Inc.
   (address) _____

2. (name)   BP America Production Company
   (address) _____

3. (name)   BP Products North America, Inc.
   (address) _____

4. (name)   BP America, Inc.
   (address) _____

Very truly yours,

*Kevin R. Dean*

"Signature"

Attorney for   Russell Avocato, Plaintiff

Address   Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464