OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __10/7/2010__

__Russell Avocato__

vs.

__BP P.L.C., et al.__

Case No. __10-md-2179 Related to 10-2770__  Section __J__

Dear Sir:

　　Please ✓(issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Transocean Holdings, LLC__
   (address) _____
2. (name) __Transocean Offshore Deepwater Drilling, Inc.__
   (address) _____
3. (name) __Transocean Deepwater, Inc.__
   (address) _____
4. (name) __Transocean Ltd.__
   (address) _____

Very truly yours,

_/s/ Kevin R. Dean_
"Signature"

Attorney for  __Russell Avocato, Plaintiff__

Address  __Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464__