OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 10/7/2010

Russell Avocato

vs.

BP P.L.C., et al.

Case No. 10-md-2179 Related to 10-2770     Section  J

Dear Sir:

    Please ✓(issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

    1. (name) Cameron International Corporation f/k/a Cooper Cameron Corporation
       (address) _____
    2. (name) M-I, LLC
       (address) _____
    3. (name) Triton Asset Leasing GmbH
       (address) _____
    4. (name) Halliburton Energy Services, Inc.
       (address) _____

                                        Very truly yours,

                                        [signature]
                                        "Signature"

                            Attorney for  Russell Avocato, Plaintiff

                            Address  Motley Rice LLC, 28 Bridgeside Blvd., Mt. Pleasant, SC 29464