UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL-2179 |
| | : : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| ALL ACTIONS | : | |

..................................................................................................................

### EX PARTE MOTION FOR HEARING ON MOTION FOR LEAVE AND RELATED MOTION FOR CREATION OF SEPARATE GOVERNMENT CASE TRACK

NOW INTO COURT comes the State of Louisiana ("Louisiana"), through James D. "Buddy" Caldwell, Louisiana Attorney General, and hereby respectfully moves for hearing on its Motion for Leave to Request Creation of Separate Government Case Track, and on the Motion for Creation of Separate Government Case Track and For Appointment of Liaison Counsel incorporated therein (previously filed on September 16, 2010, Record Document No. 248, with Attachment). Louisiana hereby requests that oral argument of the aforesaid issue be scheduled for Wednesday, October 27, 2010 at 9:30 am.

After preliminary discussions with Plaintiff Liaison Counsel in advance of this Court's initial September 16, 2010 Pretrial Conference for the MDL proceedings, Louisiana filed its Motion for Leave to Request Creation of Separate Government Case Track, with incorporated Motion for Creation of Separate Government Case Track and For Appointment of Liaison Counsel. (Record Doc 248). Following the MDL Initial Conference held on September 16, 2010, where the issue was briefly discussed, Louisiana conferred further with Plaintiff Liaison

Counsel regarding a potential government case track.  Unfortunately as described more fully in the attached Memorandum in Support, the discussions have not resulted in the resolution of this important issue, and the parties are at an impasse.

Wherefore, Louisiana hereby requests that oral argument of the aforesaid issue be undertaken on Wednesday, October 27, 2010 at 9:30 am.

Dated this 8th day of October, 2010.

    Respectfully submitted,

    James D. "Buddy" Caldwell
    Louisiana Attorney General

    James Trey Phillips
    First Assistant Attorney General
    Megan K. Terrell
    Assistant Attorney General
    Section Chief – Environmental
    State of Louisiana
    P.O. Box 94005
    Baton Rouge, Louisiana  70804-9005
    Tel: 225- 326-6708
    Fax: 225- 326-6797

    Kanner & Whiteley, L.L.C.

    _/s/ Allan Kanner_____
    Allan Kanner
    a.kanner@kanner-law.com
    Elizabeth B. Petersen
    e.petersen@kanner-law.com
    David A. Pote
    d.pote@kanner-law.com
    701 Camp Street
    New Orleans, Louisiana 70130
    Tel: 504-524-5777
    Fax: 504-524-5763

    Henry Dart, Attorneys at Law P.C.

    _/s/ Henry T. Dart_____
    Henry T. Dart, Esq.

hdart@dartlaw.com
Grady J. Flattmann, Esq.
gflattmann@dartlaw.com
510 N. Jefferson St.
Covington, LA 70433
Tel: 985-809-8093
Fax: 985-809-8094

Usry, Weeks, & Matthews, APLC

_/s/ T. Allen Usry_____
T. Allen Usry, Esq.
ausry@uwmlaw.com
1615 Poydras St., Ste. 12
New Orleans, LA  70112
Tel: 504-592-4600
Fax: 504-592-4641

Shows, Cali, Berthelot & Walsh, LLP.

_/s/ E. Wade Shows_____
E. Wade Shows
ews@scbllp.com
628 St. Louis Street
Baton Rouge, Louisiana 70802
Tel: 225-346-1461
Fax: 225-346-1467

Special Counsel to the Attorney General

Marten Law PLLC

_/s/ Bradley M. Marten_____
Bradley M. Marten
bmarten@martenlaw.com
Linda R. Larson
llarson@martenlaw.com
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, Washington  98101
Tel: 206-292-2600

Fax: 206-292-2601

Special Counsel to the Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has on this 8th day of October, 2010 been served on all counsel of record in this proceeding by CM/ECF electronic filing.

____/s/ Allan Kanner_____
ALLAN KANNER, ESQ.