UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| ALL ACTIONS | : | |

..............................................................................................................

### ORDER ON LOUISIANA'S EX PARTE MOTION FOR HEARING ON MOTION FOR LEAVE AND RELATED MOTION FOR CREATION OF SEPARATE GOVERNMENT CASE TRACK

CONSIDERING the foregoing Ex Parte Motion For Hearing On Motion For Leave And Related Motion For Creation Of Separate Government Case Track,

IT IS HEREBY ORDERED that Louisiana's aforesaid Ex Parte Motion for Hearing is GRANTED; and

IT IS FURTHER ORDERED that Louisiana's Motion for Leave to Request Creation of Government Case Track, and related Motion for Creation of Separate Government Case Track, are set for oral argument before the undersigned on Wednesday, the 27th day of October, 2010 at 9:30 a.m.

THUS DONE AND SIGNED this____day of October, 2010, New Orleans, Louisiana.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE