```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

In re:  OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010

This document relates to:
      2:10-cv-03001

Date: __October 8, 2010_____

__Barry Curtis, W. Byron Curtis,__ Jr., Lisa Curtis, Genevieve Curtis, et al.,

vs.

BP p.l.c., BP American Production Company, __BP Exploration & Production, Inc.__, et al.

Case No. __2:10-md-02179__ Section __J__

Dear Sir:

   Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) ___BP p.l.c._____
      (address) __1 Saint James's Square, London SW1Y 4PD, England, United Kingdom__
   2. (name) _____
      (address) _____
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

                    Very truly yours,

                    __/s/  Robert J. McKee_____
                            "Signature"
                    Florida Bar Number:  972614
                    Attorney for  __Plaintiff_____

                    Address  __12 Southeast Seventh__ Street, #801
                             Fort Lauderdale, FL 33301-3426
                             954-763-8181 telephone
                             954-763-8292 facsimile
                             rmckee@krupnicklaw.com