**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**MOTION FOR EXPEDITED CONSIDERATION**</u>
<u>**WITH RESPECT TO PLAINTIFFS'**</u>
<u>***EX PARTE* MOTION TO AMEND PRETRIAL ORDER #1**</u>
<u>**TO ALLOW PLAINTIFFS LEAVE TO SERVE**</u>
<u>**INITIAL OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS**</u>

**NOW INTO COURT** come Plaintiffs, though Plaintiffs' Co-Liaison Counsel, respectfully seeking expedited consideration of their motion to modify the stay on discovery contained within Paragraph 8 of Pretrial Order No. 1, to allow for the service of an initial set of Omnibus Discovery Requests on All Defendants, for the reasons that follow:

I.

Commencing on or around August 16, 2010, Plaintiffs' Liaison Counsel have conferred with Defense Liaison Counsel regarding the production of "Expanded Disclosures" to Plaintiffs in connection with their proposed Case Management Order ("CMO").

II.

Defendants have taken the position that such discovery requests should be made (and responded to) pursuant to Federal Rules 33 and 34, rather than incorporated within the CMO.

III.

In light of discussions with Defense Liaison Counsel, as well as the Status Conference held on September 29, 2010, Plaintiffs' Liaison Counsel agreed to serve such requests as initial Omnibus Discovery Requests on All Defendants, rather than as "Expanded Disclosures" contained within the proposed CMO.

IV.

Transocean had no objection to immediate service of the Requests.

V.

Having not heard definitively one way or the other from the Non-Transocean Defendants, Plaintiffs filed an *Ex Parte* Motion on October 5, 2010 [Doc 463] and also provided Defense Liaison Counsel with the Requests at that time.[1]

VI.

The appropriate timing of these discovery requests would now appear to be subject of Case Management Order No. 1,[2] which is scheduled to be considered at the next Status Conference, on Friday, October 15, 2010.

---

[1] *See* Exhibit "A".

[2] *Compare* PLAINTIFFS' PROPOSED CMO [Doc 474-1], Section V(A), p.7, *with* the NON-TRANSOCEAN DEFENDANTS' PROPOSED CMO [Doc 489-1], Sections V(B) and (C), pp.8-9.

**WHEREFORE** Plaintiffs respectfully pray for expedited consideration so that the timing of responses to Plaintiffs' Initial Omnibus Requests can be considered in conjunction with the rest of the CMO-related issues on or before the Status Conference Scheduled on October 15, 2010.

This 10th day of October, 2010.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Motion will be served, *via* E-MAIL, upon all known counsel of record with cases relating to the Deepwater Horizon explosion, fire and resulting oil spill, including those pending in, or subject to transfer to, the MDL.

This 10th day of October, 2010.

/s/  Stephen J.  Herman and James Parkerson Roy