UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

PRETRIAL ORDER NO. ____

**CONSIDERING** Plaintiffs' Motion for Expedited Consideration:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and that Plaintiffs' *Ex Parte* Motion to Amend Paragraph 8 of Pretrial Order No. 1 be and is hereby set to be heard at 9:30 am on the 15th day of October, 2010.

**SIGNED** this ___ day of October, 2010.

                                                                              _____
                                                                              **The Honorable Carl J. Barbier**
                                                                              **U.S. District Court Judge**