RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: Oil Spill by the Oil Rig ) MDL NO.. 2179
"Deepwater Horizon" in the )
Gulf of Mexico on ) SECTION: J
April 20, 2010 )
This Document Relates to: 10-2814, J(1) )
) Judge Barbier
) Mag. Judge Shushan

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HALLIBURTON ENERGY SERVICES
through their registered agent
CT Corporation System
5615 Corporate Blvd. Ste.400B
Baton Rouge, LA  70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George W. Healy, IV
(LA Bar No. 14991)
1323 28th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 575-4005
Telefax:    (228) 575-4006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Aug 25 2010___



Loretta G. White
Deputy clerk signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Halliburton Energy Services
was received by me on *(date)* 9-29-10 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julie Chism @ CT Corp , who is
designated by law to accept service of process on behalf of *(name of organization)* Halliburton
Energy Services on *(date)* 9-29-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/29/10
@ 3:30p.

*Server's signature*

Jeffery Brown /pps
*Printed name and title*

BOMBET, CASHIO & ASSOCIATES
11220 North Harrells Ferry Road
BATON ROUGE, LOUISIANA 70816-0801
(225) 275-0796 FAX (225) 272-3631

*Server's address*

Additional information regarding attempted service, etc: