AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010<br>This Document Relates to: 10-2814, J(1) | ) MDL NO.. 2179<br>)<br>) SECTION: J<br>)<br>)<br>) Judge Barbier<br>) Mag. Judge Shushan |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSOCEAN HOLDING, LLC,
4 Greenway Plaza
Houston, TX 77046
through the LA Long Arm Statute, LSA-RS-13-201
pursuant to §3204 of Title 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
George W. Healy, IV
(LA Bar No. 14991)
1323 28th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 575-4005
Telefax:   (228) 575-4006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Aug 25 2010__

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

FILE COPY

7d0 10leb 0001 7231 2746

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Transocean Holding, LLC__
was received by me on *(date)* __9/27/10__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Certified, Registered, return receipt or Restricted delivery Mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: __9/27/10__

Karen Diana Swaim
*Server's signature*

Karen Diana Swaim
*Printed name and title*

1323 28th Ave, Gulfport, MS 39501
*Server's address*

Additional information regarding attempted service, etc:

