THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "I" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |
| | * | |

**************************************************************************

## VOLUNTARY PARTIAL MOTION TO DISMISS

**NOW COMES** Plaintiff's, **Terry G. Robin et. al**, who through undersigned counsel, moves this Honorable Court that suit was filed against several defendants *in personam* and several vessels *in rem* including, **Tidewater Marine L.L.C**., the **PSV Damon B. Bankston** and the **PSV Pat Tillman**. Further suggesting to this Honorable Court that no responsive pleadings have been filed by any defendant and on discovering that **Tidewater Marine L.L.C**, the **PSV Damon B. Bankston** and the **PSV Pat Tillman**, were erroneously named defendants moves this Honorable Court to dismiss as of non-suit without prejudice **Tidewater Marine L.L.C,** *in personam* and the **PSV Damon B. Bankston** and the **PSV Pat Tillman,** *in rem* at plaintiff's cost.

Respectfully Submitted,

/s/Lloyd N. Frischhertz
LLOYD N. FRISCHHERTZ (#5749)
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

and

**/s/Gerald Maples**
**F. Gerald Maples, (#25960)**
Carl D. Todd Campbell, II, (#31084)
Carlos Zelaya, II, (# 22900 )
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed this 12$^h$ day of October, 2010.

**/s/Lloyd N. Frischhertz**_____
LLOYD N. FRISCHHERTZ