THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "1" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |
| | * | |

**************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Gulfmark Offshore Inc**., named a defendant *in personem* and the **MV Sailfish**, named a defendant *in rem*, be and the same is hereby dismissed, without prejudice at Plaintiff's cost.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**