UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**PROPOSED AGENDA**
**STATUS CONFERENCE**
**OCTOBER 15, 2010**

1. Proposed CMO No. 1

   a. Plaintiffs' Initial Omnibus Discovery Requests (separate motion also pending)

   b. Pleading Bundles (B3 and B4)

   b. Timing of third-party complaints and cross-claims

   c. Scope of any non-limitation trial discovery

   d. Discovery related to GCCF

   e. Discovery on plaintiffs

   f. OPA "test cases"

   g. Scheduling of damages trial(s)

2. Plaintiff Steering Committee

3. Defendant Steering Committee

4. Special Master

5. Lexis-Nexis File & Serve

6.  PTOs governing confidentiality, privilege, electronically-stored evidence and document production, direct filing, and deposition protocol.

7.  BOP testing

8.  Cement testing

9.  Third-party Discovery

10. Status of 10-MDL-2185

11. Status of GCCF

12. Status of CTOs

---

A Motion for the Creation of Separate Government Case Tracks is pending, and is scheduled for hearing on October 27, 2010. It is the understanding of both Plaintiff and Defense Liaison Counsel that this motion is not on the agenda to be considered during the October 15th Status Conference.

Plaintiffs Liaison Counsel have conferred with Don K. Haycraft, who represented that Defense Liaison Counsel were in agreement with the above and foregoing Proposed Agenda.

This 12th day of October, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/ James Parkerson Roy | /s/ Stephen J. Herman |
| James Parkerson Roy, Bar No. 11511 | Stephen J. Herman, Bar No. 23129 |
| Domengeaux Wright Roy & Edwards LLC | Herman Herman Katz & Cotlar LLP |
| 556 Jefferson Street, Suite 500 | 820 O'Keefe Avenue |
| Lafayette, Louisiana 70501 | New Orleans, Louisiana 70113 |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Fax No. (337) 233-2796 | Fax No. (504) 561-6024 |
| E-Mail: jimr@wrightroy.com | E-Mail: Sherman@hhkc.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

CERTIFICATE OF SERVICE

We Hereby Certify that the above and foregoing Proposed Agenda will be filed into the record using the Court's electronic filing system, thereby effecting service on Defense Liaison Counsel, and will be circulated to all known Plaintiffs' Counsel of Record, *via* E-Mail, this 12th day of October, 2010.

/s/ James Parkerson Roy and Stephen J. Herman