UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.:  2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to:  2:10-cv-02987 | Magistrate Judge Shushan |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, REEL STRIKE, INC., by and through the undersigned attorneys, and voluntarily dismisses without prejudice case number 2:10-cv-02987.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.

By:  /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff, REEL STRIKE, INC.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

                                     KRUPNICK, CAMPBELL, MALONE,
                                     BUSER, SLAMA, HANCOCK,
                                     LIBERMAN & McKEE, P.A.

                                     By: /s/   Robert J. McKee

                                   Robert J. McKee, Esquire
                                   Florida Bar Number:  972614
                                   rmckee@krupnicklaw.com
                                   12 Southeast Seventh Street, Suite 801
                                   Fort Lauderdale, Florida  33301-3426
                                   954-763-8181 telephone
                                   954-763-8292 facsimile