UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG           MDL No.:  2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010           Section "J"

                                           Judge Barbier

This Document Relates to:  2:10-cv-01512   Magistrate Judge Shushan


**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**


COMES NOW the Plaintiff, GRIFFITTS INVESTMENTS LIMITED PARTNERSHIP, by and through the undersigned attorneys, and voluntarily dismisses without prejudice case number 2:10-cv-01512.

Respectfully submitted.

                            KRUPNICK, CAMPBELL, MALONE,
                            BUSER, SLAMA, HANCOCK,
                            LIBERMAN & McKEE, P.A.


                            By:  /s/   Robert J. McKee

                            Robert J. McKee, Esquire
                            Florida Bar Number:  972614
                            rmckee@krupnicklaw.com
                            12 Southeast Seventh Street, Suite 801
                            Fort Lauderdale, Florida  33301-3426
                            954-763-8181 telephone
                            954-763-8292 facsimile

                            *Attorneys for Plaintiff,* GRIFFITTS
                            INVESTMENTS LIMITED PARTNERSHIP

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel.  I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

          KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.

By:  /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number:  972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile