IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to:<br>No. 10-1630 | ) ) ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## ORDER

Considering Federal Defendants' Motion for Leave to File Response to Plaintiffs' Response to Motion to Intervene Filed by BP Exploration & Production, Inc.,

IT IS ORDERED that the Defendants' Motion is hereby GRANTED.

New Orleans, Louisiana, this __12th__ day of October, 2010

_____
United States District Judge