IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010<br><br>This Document Relates to:<br>No. 10-1630 | )<br>)<br>)   MDL Docket No. 2179<br>)<br>)   Section: J<br>)<br>)   Judge Barbier<br>)   Mag. Judge Shushan<br>)<br>)<br>)<br>) |

**Federal Defendants' Response to Plaintiffs' Response to Motion to
Intervene Filed by BP Exploration & Production, Inc.**

BP Exploration & Production, Inc. ("BP") has moved to intervene as a defendant in <u>Gulf Restoration Network Inc. et al. v. Department of the Interior et al.</u> ("GRN II"), Case No. 1630, filed June 3, 2010.[1]  BP Exploration & Production, Inc.'s Motion to Intervene, filed Aug. 6, 2010. <u>In re: Oil Spill</u>, No. 10-1156 (E.D. La.), Dkt. # 475 ("motion to intervene").  Federal Defendants took no position on BP's motion.  Certificate of Compliance with Local Rule 7.6E, <u>In re: Oil Spill</u>, No. 10-1156 (E.D. La.), Dkt. # 475-2 at 2.  In a pleading filed on September 8, Plaintiffs consent to BP's motion to intervene, but ask the Court to attach conditions to BP's intervention.  Plaintiffs' Response to Motion to Intervene filed by BP Exploration & Production, Inc., filed Sept. 8, 2010, <u>In re: Oil Spill</u>, No. 10-2179 (E.D. La.), Dkt. #196.  Specifically, Plaintiffs request

---

[1] BP's motion does not pertain to a separate action brought by the same Plaintiffs that has also been consolidated with the MDL cases.  See <u>Gulf Restoration Network Inc. et al. v. Salazar et al.</u>, Case No. 1497, filed May 18, 2010 ("GRN I").

1

that "BP and the government be required to coordinate with the government [sic] to avoid duplicative briefing." Id. at 4.  Plaintiffs predict that other intervenors will join the action, and ask that the coordination requirement be extended to any such additional parties. Id. p. 4, n. 4.

Federal Defendants oppose any formal requirement for their counsel to coordinate with counsel for BP in the event that BP's motion to intervene is granted.  To the extent that the Court is inclined to entertain Plaintiffs' request, Federal Defendants request the opportunity to submit additional briefing on this issue.

Dated: September 16, 2010              Respectfully Submitted,

                                       IGNACIA S. MORENO
                                       Assistant Attorney General
                                       Environment and Natural Resources Division

                                       *s/ Stacey Bosshardt*
                                       STACEY BOSSHARDT, Trial Attorney
                                       D.C. Bar No. 458645
                                       United States Department of Justice
                                       Environment and Natural Resources Division
                                       Natural Resources Section
                                       P.O. Box 663
                                       Washington, D.C. 20044-0663
                                       (202) 514-2912/(fax)(202) 305-0506

                                       JIM LETTEN
                                       UNITED STATES ATTORNEY

                                       *s/Peter M. Mansfield*
                                       PETER M. MANSFIELD (28671)
                                       Assistant United States Attorney
                                       Hale Boggs Federal Building
                                       500 Poydras St., Ste. 210B
                                       New Orleans, LA 70130
                                       Tele: (504) 680-3047
                                       Fax: (504) 680-3184
                                       Peter.Mansfield@usdoj.gov

I hereby certify that on this 16th day of September, 2010, I electronically filed the foregoing FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE FILED BY BP EXPLORATION & PRODUCTION, INC., with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record: Alisa A. Coe, David G. Guest, and Monica K. Reimer.  The CM/ECF system will also send a notice of electronic filing to Interim Liaison Counsel for the consolidated cases: Stephen J. Herman, James Parkerson Roy, Don K. Haycraft, Donald Godwin, Deborah D. Kuchler, Phil Wittmann, and Kerry Miller.

             *s/ Stacey Bosshardt*
             STACEY BOSSHARDT