THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | DIVISION "I" |
| | * | JUDGE CARL J. BARBIER |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |

**************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Tidewater Marine L.L.C.**, named a defendant *in personem*, the **PSV Damon B. Bankston** and the **PSV Pat Tillman**, named a defendant *in rem*, be and the same is hereby dismissed, without prejudice at Plaintiff's cost.

New Orleans, Louisiana this  12th  day of    October   , 2010.

_____
United States District Judge