```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```

    Date: October 13, 2010

    CENTER FOR BIOLOGICAL DIVERSITY, INC.,
        vs.
    BP AMERICA, Inc., et al.,

    Case No. 2:10-cv-01768

Dear Clerk:

    Please issue summons on the complaint to the following:

1. Registered Agent, TransOcean, Ltd.
   Capitol Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, TX 78701

2. Registered Agent, TransOcean Offshore Deepwater Drilling, Inc.
   Capitol Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, TX 78701

    Summonses are attached.

    Very truly yours,

    <u>s/ Charles M. Tebbutt</u>
    Charles M. Tebbutt, *pro hac vice*
    Law Offices of Charles M. Tebbutt, P.C.
    P.O. Box 10112
    470 W. Broadway
    Eugene, Oregon 97440
    Tel: (541) 344-8312
    Fax: (541) 344-0188
    charlie.tebbuttlaw@gmail.com

    Attorney for Plaintiff Center for
    Biological Diversity, Inc.