THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * * | MDL NO. 2179<br><br><br><br><br><br>SECTION "J"<br><br>DIVISION "I"<br><br>JUDGE BARBIER |
| This document relates to: 10-CV-1986 | | * | MAG. SHUSHAN |

*************************************************************************

## VOLUNTARY PARTIAL MOTION TO DISMISS

**NOW COMES** Plaintiff's, **Terry G. Robin et. al**, who through undersigned counsel, moves this Honorable Court that suit was filed against several defendants *in personam* and several vessels *in rem* including, **Chouest Shore Base Services, LLC, Reel Pipe LLC**, **Offshore Service Vessels, LLC, Island Offshore, LLC,** the **MV Max Chouest, MV Ocean Interventions,** and the **MV C- Express**. Further suggesting to this Honorable Court that no responsive pleadings have been filed by any defendant and on discovering that **Chouest Shore Base Services, LLC, Reel Pipe LLC**, **Offshore Service Vessels, LLC, Island Offshore, LLC,** the **MV Max Chouest, MV Ocean Interventions,** and the **MV C- Express**, were erroneously named defendants moves this Honorable Court to dismiss as of non-suit without prejudice **Chouest Shore Base Services, LLC, Reel Pipe LLC**, **Offshore Service Vessels, LLC, Island Offshore, LLC,** *in personam* and the the **MV Max Chouest, MV Ocean Interventions,** and the **MV C- Express,** *in rem* at plaintiff's cost.

Respectfully Submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

and

**/s/Gerald Maples**
F. Gerald Maples, (#25960)
Carl D. Todd Campbell, II, (#31084)
Carlos Zelaya, II, (# 22900 )
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

### *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed this 13[h] day of October, 2010.

**/s/Lloyd N. Frischhertz**
   LLOYD N. FRISCHHERTZ

Page 3 of 3