THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * * | MDL NO. 2179 SECTION "J" DIVISION "I" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 10-CV-1986 | | * | MAG. SHUSHAN |

**************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Chouest Shore Base Services, LLC, Reel Pipe LLC**, **Offshore Service Vessels, LLC, Island Offshore, LLC,** named a defendant *in personem*, the **MV Max Chouest, MV Ocean Interventions,** and the **MV C- Express**, named a defendant *in rem*, be and the same is hereby dismissed, without prejudice at Plaintiff's cost.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**