```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                               MDL NO. 2179 "J"
                                 NEW ORLEANS, LOUISIANA
 7                               FRIDAY, SEPTEMBER 3, 2010, 9:30 A.M.

 8   THIS DOCUMENT RELATES TO
     ALL CASES
 9
     ******************************************************************
10

11                   TRANSCRIPT OF MOTION PROCEEDINGS
                 HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                    UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:        LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                BY:  PAUL M. STERBCOW, ESQUIRE
17                              PAN AMERICAN LIFE BUILDING
                                601 POYDRAS STREET, SUITE 2615
18                              NEW ORLEANS LA  70130

19                              WILLIAMS LAW GROUP
                                CONRAD S. P. WILLIAMS, ESQUIRE
20                              435 CORPORATE DRIVE, SUITE 101
                                HOUMA LA  70360
21

22                              MARTZELL & BICKFORD
                                BY:  SCOTT R. BICKFORD, ESQUIRE
23                              338 LAFAYETTE STREET
                                NEW ORLEANS LA  70130
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE DEFENDANTS:      LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQUIRE
 4                                R. KEITH JARRETT, ESQUIRE
                             ONE SHELL SQUARE
 5                           701 POYDRAS STREET
                             SUITE 5000
 6                           NEW ORLEANS, LA 70139

 7
                             FRILOT
 8                           BY:  KERRY J. MILLER, ESQUIRE
                             1100 POYDRAS STREET, SUITE 3700
 9                           NEW ORLEANS, LA  70163

10
                             KIRKLAND & ELLIS
11                           ROBERT R. GASAWAY, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
12                           WASHINGTON DC  20005

13
                             GODWIN RONQUILLO
14                           BY:  DONALD E. GODWIN, ESQUIRE
                                  R. ALAN YORK, ESQUIRE
15                           RENAISSANCE TOWER
                             1201 ELM STREET, SUITE 1700
16                           DALLAS, TX  75270

17
                             STONE PIGMAN WALTHER WITTMANN
18                           BY:  CARMELITE M. BERTAUT, ESQUIRE
                             546 CARONDELET STREET
19                           NEW ORLEANS LA 70130

20

21   ALSO PRESENT:           THE HONORABLE SALLY SHUSHAN

22
                             MICHAEL UNDERHILL, ESQUIRE
23                           LIEUTENANT COMMANDER JEFF BRAY
                             CAPTAIN STEVE MCCLEARY
24                           HEATHER KENNEALY

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                         SHARON SMITH, ESQUIRE
                           DUKE WILLIAMS, ESQUIRE
 4                         NEIL NAZARETH, ESQUIRE
                           HUGH P. LAMBERT, ESQUIRE
 5

 6

 7                         MICHAEL PALMINTIER, ESQUIRE
                           STEPHEN KUPPERMAN, ESQUIRE
                           JESSE GEORGE, ESQUIRE
 8                         FLOYD HARTLEY, ESQUIRE

 9

10                         GARY RUSSO, ESQUIRE
                           DAVID TOSCANO, ESQUIRE
                           GEOF BRACKEN, ESQUIRE
11                         DAVID JONES, ESQUIRE

12

13                         DAVID BAAY, ESQUIRE
                           THOMAS THORNHILL, ESQUIRE
                           CHRISTOPHER BINTCLIFFE, ESQUIRE
14                         PAUL THIBODEAUX, ESQUIRE

15

16   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
17                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA  70130
18                                (504) 589-7779

19   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
20

21

22

23

24

25
```

1                          **I N D E X**

2

3    EXAMINATIONS                                          PAGE

4

5    **DANIEL FARR**..........................................   17

6    DIRECT EXAMINATION BY MR. MILLER......................   18

7    CROSS-EXAMINATION BY MR. UNDERHILL....................   33

8    REDIRECT EXAMINATION BY MR. MILLER....................   46

9    **NEIL THOMPSON**........................................   50

10   DIRECT EXAMINATION BY MR. UNDERHILL...................   50

11   CROSS-EXAMINATION BY MR. MILLER.......................   62

12   REDIRECT EXAMINATION BY MR. UNDERHILL.................   71

13   **SUZANNE ENGLEBERT**.....................................   73

14   DIRECT EXAMINATION BY MR. MILLER......................   74

15   CROSS-EXAMINATION BY MR. BICKFORD.....................   93

16   REDIRECT EXAMINATION BY MR. UNDERHILL.................   94

17

18

19                        E X H I B I T S

20

21   DESCRIPTION                                          PAGE

22

23   TRANSOCEAN EXHIBITS 1 THROUGH 6 WERE ADMITTED.......... 106

24   GOVERNMENT EXHIBIT 101 WAS ADMITTED................... 107

25   BOP EXHIBITS 1 THROUGH 3 WERE ADMITTED................ 107

**P-R-O-C-E-E-D-I-N-G-S**

M O R N I N G   S E S S I O N

FRIDAY, SEPTEMBER 3, 2010

(COURT CALLED TO ORDER)

09:30AM 7      THE DEPUTY CLERK:  All rise.  Court is in session.

09:30AM 8      THE COURT:  Good morning, everyone.

09:31AM 9      VOICES:  Good morning, Your Honor.

09:31AM 10      THE COURT:  Be seated.  Small crowd today.  Man, it

09:31AM 11 looks like everybody is in a good mood, too.

09:31AM 12      VOICES:  It's Friday.

09:31AM 13      THE COURT:  I see a lot of smiles.  That's a good sign.

09:31AM 14   All right.  I invited Judge Shushan to sit in on some or all

09:31AM 15 of this, as she wishes, this morning since it may be relevant to

09:31AM 16 something she has to do down the line, I don't know.

09:31AM 17   But, in any event, I think what's before the Court this

09:31AM 18 morning is really, I guess, a continuation of the motion that

09:31AM 19 Transocean filed last week for protective order.

09:31AM 20   I know you all have met and conferred during this past week

09:31AM 21 or so, and I've received the written material that you all filed

09:32AM 22 yesterday, which I've looked at.  So maybe somebody wants to say

09:32AM 23 something about where we stand.

09:32AM 24      MR. UNDERHILL:  Do you mind if we do it jointly?

09:32AM 25      THE COURT:  Mr. Miller.

09:32AM 1        MR. MILLER:  Your Honor, Kerry Miller on behalf of

09:32AM 2  Transocean.

09:32AM 3        MR. UNDERHILL:  And Mike Underhill on behalf of the U.S.

09:32AM 4        MR. MILLER:  And, Your Honor, Mike and I talked before

09:32AM 5  you came out, and that's exactly where we thought we would start.

09:32AM 6      We've actually made progress during the week.  We've spent a

09:32AM 7  lot of time meeting and conferring.  At least for today, the

09:32AM 8  issues have been substantially narrowed, and we'd like to advise

09:32AM 9  the Court as to what the issue is so the table is set and we

09:32AM 10  don't waste any valuable court resources or attorney time because

09:32AM 11  we're all here busy on this project on issues that are just not

09:32AM 12  at issue today, Your Honor.

09:32AM 13      And I put on the ELMO a timeline that I drew up yesterday

09:32AM 14  afternoon, so I apologize for the low tech nature of it.

09:32AM 15      But, Your Honor, as we speak, the BOP is coming up.  I think

09:32AM 16  it's been latched on, and they are trying to lift it up.  The

09:33AM 17  lifting operation is likely going to occur today and tomorrow.

09:33AM 18  It's going to be a couple of days to get it up.

09:33AM 19      So, Your Honor, what I have as the first thing on the

09:33AM 20  timeline, September 2-7, is BOP recovery and short-term

09:33AM 21  preservation aboard the Q-4000.  That's the construction vessel

09:33AM 22  that is lifting the BOP and the BOP will be placed on.

09:33AM 23      There is also, Your Honor, with reference to the last couple

09:33AM 24  of words there, a short-term preservation plan in place for

09:33AM 25  preserving the BOP aboard the Q-4000.

09:33AM 1    Your Honor, that's signed off on.  No dispute about that.

09:33AM 2    We're fine with that short-term preservation plan.  It's been

09:33AM 3    signed off by the interested parties.  So we're not here to talk

09:33AM 4    about that.

09:33AM 5    Your Honor, the best faith estimate I think that we all have

09:33AM 6    is that the BOP is going to be aboard the Q-4000 for a couple of

09:33AM 7    days, and then it's going to be in transit probably

09:34AM 8    September 8-9, mid next week.

09:34AM 9    We talked last time we were here about the barge to nowhere.

09:34AM 10   It will be placed upon a barge and sent somewhere.

09:34AM 11   Your Honor, at the end of the time line, the final

09:34AM 12   preservation, storage and testing facility, I reference Michoud.

09:34AM 13   And, again, from Transocean's standpoint, if Michoud is

09:34AM 14   properly and timely built out, we don't have a problem with that.

09:34AM 15   We're not here to talk about that today.

09:34AM 16   In fact, Your Honor, one of the pieces of evidence that was

09:34AM 17   submitted to you was a draft interim term preservation plan.  I

09:34AM 18   know BP's opposition to that said it needs to be vetted.  It

09:34AM 19   needs to be discussed.  We completely agree.  We're not here to

09:34AM 20   talk about the interim preservation plan.  We think we have to

09:34AM 21   have meetings of the engineers, and they need to work through

09:34AM 22   those issues.

09:34AM 23   Really, what we're here to talk about today from our

09:34AM 24   standpoint, and I think it's mutually agreed upon, is what I call

09:34AM 25   a gap, interim preservation and where it goes and what happens to

09:35AM  1    the BOP once it hits the shore and before Michoud is ready to go.

09:35AM  2    And we're looking at a month or more, and there will be evidence

09:35AM  3    on that issue today.

09:35AM  4        And so the issues really are in this, can a short-term

09:35AM  5    preservation plan which is being done aboard the Q-4000

09:35AM  6    significantly, satisfactorily preserve the BOP if, in fact, it

09:35AM  7    has to sit outside on the yard at Michoud for a month or more

09:35AM  8    until you get the facility built out and you can move on to

09:35AM  9    long-term preservation.  And that's the nature of the dispute.

09:35AM 10             THE COURT:  Okay.

09:35AM 11             MR. UNDERHILL:  Thank you, Your Honor.  Thank you,

09:35AM 12    Kerry.

09:35AM 13        Your Honor, Kerry and I actually agree on the time line.  I

09:35AM 14    think Kerry was trying to see if I was sleeping about the

09:35AM 15    Michoud/Coast Guard yard not okay.

09:35AM 16        With the exclusion of that --

09:35AM 17             THE COURT:  I'm still having trouble with Michoud.

09:35AM 18             MR. UNDERHILL:  Michoud.

09:35AM 19             THE COURT:  Michoud.  That's better.

09:35AM 20             MR. UNDERHILL:  I'll take private lessons, Your Honor.

09:36AM 21        But with the exception of that, we agree that we've actually

09:36AM 22    narrowed down the issue significantly.  And the way I think we're

09:36AM 23    going to approach it today, Mr. Miller, Kerry, has a witness,

09:36AM 24    Mr. Farr, that he wants to put on as to their position why the

09:36AM 25    short-term, what we'll call the gap issues, that they need to do

09:36AM  1    things --

09:36AM  2            THE COURT:  We're talking about the period from the time

09:36AM  3    after the three or four days transported on the barge until the

09:36AM  4    final build-out of the facility at Michoud; that's what --

09:36AM  5            MR. UNDERHILL:  Exactly, Your Honor.

09:36AM  6            THE COURT:  -- that's what the plan is.

09:36AM  7            MR. UNDERHILL:  Exactly, Your Honor.

09:36AM  8            THE COURT:  So we're talking about roughly a month

09:36AM  9    period of time is the estimate.

09:36AM 10            MR. UNDERHILL:  Actually, probably closer to three

09:36AM 11    weeks, but close enough.  And that's what we're here to talk

09:36AM 12    about.

09:36AM 13        And Mr. Miller -- we've had a lot of meet and confers.  It's

09:36AM 14    been very productive.  All the parties have cooperated very well.

09:36AM 15        And it's agreed that once it gets to that, say, October 1st

09:36AM 16    date for the final testing, the forensic testing, that Michoud --

09:37AM 17    Michoud?

09:37AM 18            THE COURT:  Michoud.  You got it.  You got it.

09:37AM 19            MR. UNDERHILL:  -- if they get the equipment there and

09:37AM 20    we're prepared to say -- whatever equipment, whether it's ten

09:37AM 21    torque wrenches and five screws and ten people, whatever it

09:37AM 22    needs, the equipment will be there to do it.  So there is no

09:37AM 23    disagreement about that.

09:37AM 24        We're talking about what happens over the next three weeks

09:37AM 25    once the BOP hits shore.  Really, the question is where it hits

09:37AM 1    shore.  These folks want Texas.  We want Louisiana, specifically

09:37AM 2    the NASA facility.

09:37AM 3          THE COURT:  So what would be -- the current plan from

09:37AM 4    your side, your client's side, would be to do what?  Keep it

09:37AM 5    onboard the -- that's what I recalled from last week when we

09:37AM 6    had -- keep it aboard the barge at the dock, or keep it on the

09:37AM 7    dock, or what, until this is built out?

09:37AM 8          MR. UNDERHILL:  It actually, if I understand it, can be

09:37AM 9    done two ways, Your Honor.  It can be -- the -- may I put another

09:37AM 10   diagram?  This might be helpful.

09:37AM 11         THE COURT:  Sure.

09:37AM 12         MR. UNDERHILL:  This was marked as Exhibit U.S. 101,

09:38AM 13   submitted to all the parties in court yesterday.

09:38AM 14         THE COURT:  I didn't get a color copy of that.  That's a

09:38AM 15   much nicer copy than what I got.  I got the black and white

09:38AM 16   version.

09:38AM 17         MR. UNDERHILL:  I actually have a board over there, too.

09:38AM 18         THE COURT:  Maybe James got a color copy, but I got the

09:38AM 19   black and white copy.

09:38AM 20         MR. UNDERHILL:  Well, it wasn't my fault.  I'll blame my

09:38AM 21   assistant on that one, Your Honor.

09:38AM 22    I have to give credit to the *New York Times*.  This was

09:38AM 23   actually a good graphic from the *New York Times*.

09:38AM 24    And this area right here and above it is what's called the

09:38AM 25   lower marine riser package, the LMRP.  This area, from here

09:38AM 1    roughly down to here, is what people call the BOP itself.

09:38AM 2        And it's my understanding that those are going to be split.

09:38AM 3    They are designed to be taken apart.  That they will be separated

09:38AM 4    on Q-4000 now at sea.  They'll be transported separately on a

09:38AM 5    barge -- actually, I'd qualify that.  My understanding is it's

09:39AM 6    not going to be on a barge.  The -- I'm not sure of the technical

09:39AM 7    reasons for it, but I understand the Q-4000 is actually going to

09:39AM 8    get underway and transport it to shallow water --

09:39AM 9            THE COURT:  Is the Q-4000 a drilling vessel?

09:39AM 10           MR. UNDERHILL:  Negative.  I understand it's a

09:39AM 11   construction rig.

09:39AM 12       Is that correct?  Yes.

09:39AM 13           THE COURT:  Is that the vessel that's actually lifting

09:39AM 14   it?

09:39AM 15           MR. UNDERHILL:  Yes.

09:39AM 16           THE COURT:  It's got, what, a derrick on it or

09:39AM 17   something, cranes?

09:39AM 18           MR. UNDERHILL:  So she's going to have to get underway,

09:39AM 19   and these are not designed for high-speed attack boats.  Once she

09:39AM 20   gets into shallow water where they deem it safe to transfer it to

09:39AM 21   a barge, they will do that and then take it to a facility in two

09:39AM 22   pieces.  And they need to take it on the barge in two pieces

09:39AM 23   partly for stability reasons.  A five-story structure on a barge

09:39AM 24   might tip.

09:39AM 25           THE COURT:  I remember last week someone said this thing

09:39AM 1    is approximately five stories tall and weighs 350 tons.  Are we

09:39AM 2    talking about the entire apparatus including the LMRP, or just

09:40AM 3    the blowout preventer?

09:40AM 4             MR. UNDERHILL:  The entire stack, the LMRP and the BOP.

09:40AM 5         So they will then be taken to Michoud.  And there is

09:40AM 6    actually an alternative.  Since they will be split up, the LMRP

09:40AM 7    will be taken off and transported that way from the Q-4000, that

09:40AM 8    they can remain on the barge.

09:40AM 9         I understand that by September 15th, roughly September 15th,

09:40AM 10   they actually will be able to put those on the dock, if the

09:40AM 11   experts -- and I'm not one of those -- deem that that's a better

09:40AM 12   way to do it.

09:40AM 13        The problem with Michoud, if you were to put the whole stack

09:40AM 14   on there, you've got a huge amount of weight in a single point

09:40AM 15   source load on the dock.  And they wanted to strengthen it, so

09:40AM 16   they're actually fabricating a great big pad, steel pad, to

09:40AM 17   spread the weight out over the dock to distribute the weight so

09:40AM 18   it didn't punch through.

09:40AM 19        If they can separate them and put them separately on the

09:40AM 20   dock, I'm told that they can buy roughly -- more or less off the

09:40AM 21   shelf at a yard, shipyard, steel pads big enough to distribute

09:41AM 22   the weight for both of those.  That can be done by

09:41AM 23   September 15th.

09:41AM 24        So there is an alternative there if they can be kept on the

09:41AM 25   barge; or, alternatively, those two can be put separately on the

09:41AM  1    pier, according to what the experts think, and I think that's

09:41AM  2    best left to the technical people.

09:41AM  3         There, they will remain until roughly October 1st when the

09:41AM  4    testing actually starts, forensic testing starts.

09:41AM  5         So, again, we're back to what happens during that two- to

09:41AM  6    three-week gap.  And we have two witnesses -- we may only need

09:41AM  7    one -- from Det Norske Veritas, DNV is what they're called, one

09:41AM  8    of their facilities or companies.  And one is a corrosion expert,

09:41AM  9    and the other is a BOP expert, Mr. -- well, I'll leave their

09:41AM 10    names out for the moment.

09:41AM 11         And what they will tell the Court -- I anticipate they will

09:41AM 12    tell the Court is that the -- whatever that gap is, that not only

09:41AM 13    is our preservation efforts -- that whatever protocol

09:42AM 14    Mr. Miller's clients would eventually submit, not only are they

09:42AM 15    not necessary for that short a period, but actually they are

09:42AM 16    harmful to the forensic process; and, balancing the minimal

09:42AM 17    advantage of doing preservation in those three weeks against the

09:42AM 18    potential for significant harm to the evidence, that it's not

09:42AM 19    worth doing it.  I'll let them present that testimony themselves.

09:42AM 20         That's the nature of the dispute, Your Honor.

09:42AM 21         THE COURT:  All right.  Mr. Miller, your client wants to

09:42AM 22    send this to somewhere in Houston?

09:42AM 23         MR. MILLER:  Your Honor, our position is that you can't

09:42AM 24    wait very long between when it hits the shore and when you do

09:42AM 25    some additional preservation steps.  And if there was some

09:42AM 1   absolute assurance that Michoud could conduct those additional

09:42AM 2   preservation steps within a definite period of time, then we

09:43AM 3   might be okay with Michoud.

09:43AM 4      The risk, Your Honor, that my client faces, and I think that

09:43AM 5   all who want to preserve this evidence face, including this

09:43AM 6   Court, is the indefinite time period that it's going to take and

09:43AM 7   the Herculean effort that it's going to take to build up Michoud.

09:43AM 8      Your Honor, I think when you think of Michoud prior to a

09:43AM 9   week ago when I thought of Michoud, what I thought about was when

09:43AM 10  I went over the green bridge on Paris Road and I drove down the

09:43AM 11  Chef, the massive aluminum warehouse airplane hanger-type

09:43AM 12  buildings associated with NASA.

09:43AM 13      THE COURT:  Well, there is a building that they actually

09:43AM 14  can stand the rocket booster up vertically.  It's a huge

09:43AM 15  building.

09:43AM 16      MR. MILLER:  That's NASA Michoud.

09:43AM 17      THE COURT:  Yes.

09:43AM 18      MR. MILLER:  According to the plan that I've read,

09:43AM 19  that's not where the blowout preventer is going.  Your Honor,

09:43AM 20  it's going to what looks like a boat launch.  It is open to the

09:43AM 21  environment.  It's a cement pad out on the Chef with no

09:44AM 22  protection.

09:44AM 23      I don't know the details, but apparently, unfortunately,

09:44AM 24  they don't have access to that big hanger.  If it were in the big

09:44AM 25  hanger, we'd feel a lot better about it; but, that's not part of

09:44AM 1    the plan, at least the plan that I've read.

09:44AM 2        It's going out into the open environment, and it's going to

09:44AM 3    be left there indefinitely until a facility is built from the

09:44AM 4    ground up.

09:44AM 5        And, Your Honor, it's September 4th, I think, today --

09:44AM 6            THE COURT:  3rd.

09:44AM 7            MR. MILLER:  3rd.  I'm losing track of time.

09:44AM 8        You're talking about building a warehouse-like facility,

09:44AM 9    getting wrenches and cranes and pumps and all kind of pieces of

09:44AM 10   equipment, and we're going to do it in four weeks and be ready to

09:44AM 11   go.

09:44AM 12           THE COURT:  Well, the main thing would be getting the

09:44AM 13   building up and getting it inside the building.  They wouldn't

09:44AM 14   have to have all the equipment to do all the testing --

09:45AM 15           MR. MILLER:  Well, not the testing, but you need some of

09:45AM 16   the equipment to do some of the preservation.

09:45AM 17           THE COURT:  Well, okay.  Let me hear what you all have

09:45AM 18   to say.

09:45AM 19       I'll just say this at the outset.  I've got to tell you, my

09:45AM 20   -- I think I said this last time, I have a strong preference that

09:45AM 21   this thing be, first, kept in the jurisdiction of this Court;

09:45AM 22   and, secondly, that it be kept in the care, custody and control

09:45AM 23   of the United States.

09:45AM 24       And I'm really reluctant to -- and not to cast any

09:45AM 25   aspersions on any private party involved in this case, but there

09:45AM 1   are so many different interests here and parties; and, you know,

09:45AM 2   understandably, no one wants to have this thing -- have the --

09:45AM 3   allow something to happen that this thing could be tampered with

09:45AM 4   in any way, inadvertently or intentionally.

09:45AM 5        So I -- let me hear what the experts have to say.  I

09:46AM 6   don't -- I would hope that you all can keep this testimony as

09:46AM 7   brief as possible.  I have a good sense of what the issue is.

09:46AM 8              MR. MILLER:  I think so, Your Honor.  And I'll call my

09:46AM 9   witness.  But, you know, that's Transocean's preference, too;

09:46AM 10  but, that preference has to be weighed against the risk of the

09:46AM 11  deterioration of the evidence.

09:46AM 12             THE COURT:  Well, what I'm thinking of, it's like --

09:46AM 13  this thing, I mean, it's not like, you know, moving a generator

09:46AM 14  or an engine or a car even.  You all told me this thing can't

09:46AM 15  be -- essentially has to be barged.

09:46AM 16       And if we're talking about barging this thing to Houston and

09:46AM 17  putting it on land in Houston for a few weeks and then bringing

09:46AM 18  it back to Michoud, I just don't know if that makes a lot of

09:46AM 19  sense.

09:46AM 20       And I certainly want it here because -- for a lot of

09:46AM 21  reasons.  It's the convenience of, you know, the cases are here,

09:46AM 22  the Court is here, if I have to view it, if a jury has to view

09:47AM 23  it, experts who are here have to view this thing.  I think it's

09:47AM 24  more convenient to have it here rather than Houston.  That's all

09:47AM 25  I'm saying.

09:47AM  1        MR. MILLER:  I completely agree; and, if Michoud is

09:47AM  2   ready in a few weeks, we're all fine with that.  The issue is

09:47AM  3   will it be ready in a few weeks.

09:47AM  4        THE COURT:  I understand.

09:47AM  5        MR. MILLER:  Your Honor, one more point, and then I'll

09:47AM  6   call my first witness.  The issue here today has nothing to do

09:47AM  7   with the countervailing policy issue we've heard before.  And

09:47AM  8   that is, this has nothing to do with environmental safety or well

09:47AM  9   protection.

09:47AM 10        THE COURT:  No, I understand that.  That's over once

09:47AM 11   they bring this thing up.  Yes, it's a different ball game.  Yes.

09:47AM 12   Certainly.

09:47AM 13        MR. MILLER:  Your Honor, what we'd like to do is call

09:47AM 14   Mr. Dan Farr to the stand.

15        THE DEPUTY CLERK:  Please raise your right hand.  Do you

16   solemnly swear that the testimony which you are about to give

17   will be the truth, the whole truth and nothing but the truth, so

18   help you God?

19        THE WITNESS:  I do.

20                          **DANIEL FARR**

21   was called as a witness and, after being first duly sworn by the

22   Clerk, was examined and testified on his oath as follows:

23        THE DEPUTY CLERK:  Please speak directly into the

24   microphone.  State your name for the record, please, and spell

25   it.

09:48AM 1          THE WITNESS:  My name is Daniel Farr, F-A-R-R.

09:48AM 2                        DIRECT EXAMINATION

09:48AM 3  BY MR. MILLER:

09:48AM 4  Q.    Good morning, Mr. Farr.

09:48AM 5        Mr. Farr, for the record, please state your name, address

09:48AM 6  and current employment situation.

09:48AM 7  A.    My name is Daniel Farr, F-A-R-R.  My address is 2303 Lake

09:48AM 8  Gardens Drive, Kingwood, Texas.  I'm employed by Transocean.

09:48AM 9  Q.    Mr. Farr, just briefly, give the Court a quick summary of

09:49AM 10 your relevant education and experience.

09:49AM 11 A.    In this case, my education goes back to trade school days,

09:49AM 12 where I had four years of metallurgy; Maritime Academy as a

09:49AM 13 marine engineer; 10 years in the Coast Guard, marine inspector;

09:49AM 14 University of Michigan as a naval architect; Coast Guard

09:49AM 15 technical branch; and, working for drilling contractors from 1979

09:49AM 16 to present, with a four-year break where I worked for an

09:49AM 17 environmental company.

09:49AM 18 Q.    Mr. Farr, if you can tell the Court, I know lawyers

09:49AM 19 attempted to summarize it in open court this morning, but what's

09:49AM 20 your understanding of the current status of the BOP recovery?

09:49AM 21 A.    The status of the BOP recovery is Q-4000 is over the BOP

09:49AM 22 and, I understand, is latched on.  It should be in the process of

09:49AM 23 pulling the BOP to the surface shortly.

09:49AM 24 Q.    Mr. Farr, what has your involvement been, if any, in

09:50AM 25 recovery of the BOP and short-term preservation of the BOP?

09:50AM 1    A.   Myself and one other gentleman have worked with the

09:50AM 2    government and with BP to develop the short-term preservation

09:50AM 3    plan that would be accomplished on the Q-4000.

09:50AM 4         We attended a meeting approximately two weeks ago that was

09:50AM 5    supposed to be a preservation meeting, and preservation was not

09:50AM 6    discussed; at which time we were asked to provide information,

09:50AM 7    and we provided Transocean's short-term, long-term preservation

09:50AM 8    plans, plus Cameron's preservation plans for the HORIZON BOP.

09:50AM 9         We have since worked on summarizing a short-term

09:50AM 10   preservation plan that has been agreed by all parties.

09:50AM 11   Q.   Mr. Farr, Mr. Underhill, for the government, put up a

09:50AM 12   schematic of the BOP -- or of a BOP.  I'd like to go ahead and

09:51AM 13   approach and hand the witness a couple of pictures.

09:51AM 14        Actually, I'll put them on the ELMO, keep things moving.

09:51AM 15   And these are the exhibits that were identified by Transocean in

09:51AM 16   its submissions to the Court.

09:51AM 17        Mr. Farr, if you can, go ahead and identify what has been

09:51AM 18   put up on the screen.

09:51AM 19   A.   This is the DEEPWATER HORIZON BOP when it was being

09:51AM 20   assembled at Cameron's facility in Berwick.

09:51AM 21   Q.   So, Mr. Farr, just to be clear, this is the actual BOP

09:51AM 22   that's being recovered this morning?

09:51AM 23   A.   This is the actual BOP when it was new at the --

09:51AM 24   approximately 10 years ago.

09:51AM 25   Q.   And, Mr. Farr, if you --

09:51AM 1          THE COURT:  Is that the lower marine package, riser

09:51AM 2     package at the top?

09:51AM 3          THE WITNESS:  Yes, Your Honor.  It has the lower marine

09:51AM 4     riser package on top and the ram preventers on the lower portion.

09:51AM 5     There's five ram preventers that you can see.

09:51AM 6          MR. MILLER:  Your Honor, does he have the capacity to

09:51AM 7     identify the pieces and parts and kind of go through it quickly?

09:51AM 8          THE COURT:  He can touch the screen and mark it, or he

09:51AM 9     can use -- if he wants to use a laser.

09:52AM 10        If you touch the screen, you can --

09:52AM 11         THE WITNESS:  Okay.  Let's see if that works.  Okay.  I

09:52AM 12    understand.

09:52AM 13         THE COURT:  Do you want to start over?

09:52AM 14         THE WITNESS:  I would like to.  Thank you, sir.  Trying

09:52AM 15    to learn the technology.

09:52AM 16         THE COURT:  That thing is not easy to use.  You have to

09:52AM 17    use your finger.  It's very rough.

09:52AM 18         THE WITNESS:  The arrow represents the LMRP.  And the

09:52AM 19    lower arrow represents the ram blowout preventer, ram BOP.  The

09:52AM 20    lower preventer shows the five rams, with the larger diameter one

09:52AM 21    being the casing shear ram.

09:52AM 22                         EXAMINATION

09:52AM 23    BY MR. MILLER:

09:52AM 24    Q.  And, Mr. Farr, there was some lawyer talk about the size and

09:52AM 25    the weight of the BOP.  Why don't you give us testimony on the

09:53AM 1  size and the weight of the actual BOP.

09:53AM 2  A.    The BOP is approximately 14 feet by 17 feet by 60 feet tall.

09:53AM 3  It weighs approximately 380 tons.

09:53AM 4       THE COURT:  Is that just the BOP or the whole thing?

09:53AM 5       THE WITNESS:  The BOP and the LMRP.

09:53AM 6                    EXAMINATION

09:53AM 7  BY MR. MILLER:

09:53AM 8  Q.    And, Mr. Farr, in terms of the short-term recovery that's

09:53AM 9  happening aboard the Q-4000, how is that going to be implemented

09:53AM 10 with respect to this large piece of equipment?

09:53AM 11 A.    There is an adapter spool that has been bolted onto the top

09:53AM 12 of the flex joint.  The Q-4000 will come down with drill pipe

09:53AM 13 that has a wellhead connector, an HC connector on it, and that

09:53AM 14 will latch onto that adapter spool, at which time the wellhead

09:54AM 15 connector on the bottom of the BOP will be disconnected, and the

09:54AM 16 BOP will be raised on drill pipe to the surface on the Q-4000.

09:54AM 17       MR. MILLER:  Your Honor, what I'll do is I'll just, I'll

09:54AM 18 offer these into evidence after the witness is done, instead of

09:54AM 19 breaking it up.

09:54AM 20       THE COURT:  Okay.  Thank you.

09:54AM 21       MR. MILLER:  If that's okay with the Court.

09:54AM 22       THE COURT:  Sure.

09:54AM 23                    EXAMINATION

09:54AM 24 BY MR. MILLER:

09:54AM 25 Q.    Just as a point of reference, Mr. Farr, I'm going to go

09:54AM 1    ahead and put another picture up of the BOP, and you have some

09:54AM 2    workmen.  Why don't you go ahead and explain this upper section

09:54AM 3    and what those pieces are.

09:54AM 4    A.    All right.  What you're looking at is the installation of

09:54AM 5    one of the control pods.  There are two control pods.  They are

09:54AM 6    blue and yellow, one on each side of the LMRP.

09:54AM 7          The upper section, the series of small squares are solenoid

09:55AM 8    valves.  Below that are a series of, I'll say, slide valves.

09:55AM 9    They are called pod valves.  And inside, which you cannot see it

09:55AM 10   in this photo, is a sealed one atmosphere portion that contains

09:55AM 11   the electronics.

09:55AM 12   Q.    Mr. Farr, what are the different kinds of systems,

09:55AM 13   mechanical, electrical, you just referenced hydraulic, that are

09:55AM 14   involved in a BOP?  If you can explain the mechanical operation

09:55AM 15   or the breakdown of systems involved in a BOP.

09:55AM 16   A.    In simple terms, there is fiberoptics that go to the

09:55AM 17   electronic section of the BOP that go into what is known as a

09:55AM 18   SEM.  That SEM will take that signal and fire the pilot valves,

09:55AM 19   which are the small square items on the upper part.

09:56AM 20         Those pilot valves will direct hydraulic fluid to the slide

09:56AM 21   valves, various slide valves, which go to the functions of the

09:56AM 22   BOP, whether it be the annulars or the rams.

09:56AM 23         And since there are two pods, both of which operate

09:56AM 24   simultaneously, one is selected in line with hydraulic fluid.  As

09:56AM 25   it goes to the function it's going to operate, there is what's

09:56AM 1 called a shuttle valve, and that will direct the fluid from

09:56AM 2 whichever pod the hydraulic fluid is coming from, blue or yellow.

09:56AM 3 Q.   I'm just going to place on top a new exhibit.  This was

09:56AM 4 actually attached to BP's opposition.

09:56AM 5 Mr. Farr, if you can, are you familiar with -- I know I'm

09:56AM 6 just showing you the cover page, but the document that's been

09:56AM 7 placed on the screen?

09:56AM 8 A.   I am familiar with the document.

09:56AM 9 Q.   And what is it, Mr. Farr?

09:56AM 10 A.   It is the recovery of the BOP on the Macondo wellhead with a

09:57AM 11 drill pipe inside.

09:57AM 12 Q.   Flip to page 2, as they say, Mr. Farr.  And have you signed

09:57AM 13 off on this document?

09:57AM 14 A.   I have signed off on the care, custody and prevention

09:57AM 15 portion of this document.  It's a document that was developed by

09:57AM 16 a series of parties, and the responsible parties have signed off

09:57AM 17 on their various parts that they fully understand.

09:57AM 18 Q.   Now, Mr. Farr, we referenced the short-term preservation

09:57AM 19 plan for the BOP aboard the Q-4000.  Is that plan contained

09:57AM 20 within this document?

09:57AM 21 A.   There is a preservation plan contained in this document.

09:57AM 22 We're calling it short-term.  In the early days of the

09:57AM 23 development of this document, it was also called short-term, and

09:57AM 24 it's since been changed to preservation plan.

09:57AM 25 Q.   Does the preservation plan, as you call it, Mr. Farr, is

09:58AM  1    that set forth in attachment 15 to the document?

09:58AM  2    A.   Yes, it is.

09:58AM  3    Q.   And that, as I read it, Mr. Farr, is a 50-step plan?

09:58AM  4    A.   Yes, it is.

09:58AM  5    Q.   And that would be the last text page of the plan, Mr. Farr?

09:58AM  6    A.   Number 50 is the last number, yes.

09:58AM  7    Q.   So you see a reference to item 50; and, what does it state,

09:58AM  8    Mr. Farr?

09:58AM  9    A.   It says, "Preserve BOP and LMRP for transportation to

09:58AM 10    onshore location" -- or, "Prepare BOP and LMRP for transportation

09:58AM 11    to onshore location."

09:58AM 12    Q.   So is it true, Mr. Farr, that this plan ends at the point of

09:58AM 13    the BOP being transported?

09:58AM 14    A.   That's correct.  Once it is lifted from the Q-4000 to be put

09:58AM 15    onto the barge, yes, that's where this plan ends.

09:59AM 16    Q.   And is there any current plan in place for preservation of

09:59AM 17    the BOP after step 50 is identified on attachment 15?

09:59AM 18    A.   There is a draft plan that has been submitted for the

09:59AM 19    interim preservation that has not been vetted by any parties.

09:59AM 20    Q.   So there is no plan that's been approved by any of the other

09:59AM 21    parties with respect to what happens to the BOP after step 50?

09:59AM 22    A.   That's correct.

09:59AM 23    Q.   So now that we're here, Mr. Farr, what is your involvement

09:59AM 24    in the crafting of attachment 15?

09:59AM 25    A.   I've been in meetings with our subject matter expert

09:59AM 1 developing this plan.  Attending that meeting was representatives

09:59AM 2 from BP and the government.

09:59AM 3 Q.    Mr. Farr, the short-term preservation plan, I'm sorry,

10:00AM 4 that's up on the screen and which we have been discussing, can

10:00AM 5 that adequately preserve the BOP indefinitely while it sits out

10:00AM 6 in the environment at Michoud, either in a dock or on a yard?

10:00AM 7 A.    No, it cannot, not indefinitely.

10:00AM 8 Q.    Based on your experience, knowledge and expertise, Mr. Farr,

10:00AM 9 how long do you think the short-term preservation plan can

10:00AM 10 preserve the BOP without evidenced deterioration if the BOP is

10:00AM 11 sitting outside on a dock or in a yard at Michoud?

10:00AM 12 A.    There are two parts to be addressed to answer your question.

10:00AM 13 The short-term preservation plan addressed the BOP pods and the

10:00AM 14 hydraulic system of the BOP, and it is being preserved along the

10:01AM 15 lines for what is known as a long-term preservation plan with

10:01AM 16 Stack-Guard fluid.  And that portion of the preservation plan

10:01AM 17 that will be done on the Q-4000 is good for six months to a year.

10:01AM 18       The part that is to be discussed or the part that we're here

10:01AM 19 for is the wellbore portion of the BOP, which has not been, I'll

10:01AM 20 say, adequately preserved.  And it has been filled with

10:01AM 21 Stack-Guard fluid, but the areas behind the ram preventers and

10:01AM 22 the areas of the -- inside the annular preventers have not been

10:01AM 23 preserved at all.

10:01AM 24       The concern is that the hydrocarbons, water and other

10:02AM 25 substances that the BOP has been exposed to are acidic in nature;

10:02AM 1   and, while they will be somewhat diluted per the procedure that

10:02AM 2   has been agreed, they are still a diluted substance, and we're

10:02AM 3   worried about deterioration of those particular sections in the

10:02AM 4   wellbore.

10:02AM 5   Q.   And is that the concern you have, deterioration of the

10:02AM 6   wellbore sections while it sits at a yard or in a dock?

10:02AM 7   A.   The concern is that we have an acidic solution sitting now

10:02AM 8   exposed to air, in the heat, with saltwater, which that is a

10:02AM 9   position where it will have further corrosion.

10:02AM 10  Q.   And the environment in which it will be sitting, it will

10:02AM 11  be -- if it's at Michoud, it will be the New Orleans climate in

10:02AM 12  September, correct?

10:02AM 13  A.   For the purpose of this procedure, we were told by the

10:03AM 14  government that Michoud was the facility, and it is assumed that

10:03AM 15  it will be sitting on the barge in the sun, in the environment,

10:03AM 16  without any protection.

10:03AM 17  Q.   What information do you have on Michoud's capacity to store

10:03AM 18  the BOP if, in fact, it is delivered at Michoud on

10:03AM 19  September 8 or 9?

10:03AM 20  A.   Transocean has had one individual visit the Michoud yard,

10:03AM 21  and it has been described as an open facility with power and

10:03AM 22  water available.  That's all the information we have.

10:03AM 23  Q.   It may be known in engineering circles, but forgive me, I'm

10:03AM 24  not.  What does an open facility mean in laymen's terms?

10:03AM 25  A.   It's a slab of cement with power and water.  That's all we

10:03AM 1  know.

10:03AM 2  Q.   No overhead protection?

10:03AM 3  A.   There is -- no plan has been presented to us, so we have no

10:04AM 4  idea what the plan is.

10:04AM 5  Q.   Any protection from the rain?

10:04AM 6  A.   Other than mention, perhaps, of tarps, there is no plan that

10:04AM 7  we have seen to understand what will occur at the Michoud

10:04AM 8  facility.

10:04AM 9  Q.   Any protection from the other weather conditions that

10:04AM 10  New Orleans experiences in September and early October?

10:04AM 11  A.   Discussion about moving the barge, if the BOP is on the

10:04AM 12  barge, to the Stennis facility upriver.   That was the hurricane

10:04AM 13  contingency plan.

10:04AM 14  Q.   Mr. Farr, do you believe there is a need to create an

10:04AM 15  interim preservation plan for the BOP, assuming it is going to be

10:04AM 16  stored either at the dock or at an open facility yard at Michoud?

10:04AM 17  A.   There is a need for a preservation plan of the wellbore

10:04AM 18  sooner rather than later.   Time is of the essence, and that's why

10:05AM 19  we've raised the issue is the time issue.

10:05AM 20  Q.   Is the best way to preserve the wellbar -- wellbore, excuse

10:05AM 21  me, to leave it out in an exposed yard for an indefinite period

10:05AM 22  of weeks in September in New Orleans?

10:05AM 23  A.   Not without preservation.

10:05AM 24  Q.   And what preservation would you be referring to, Mr. Farr?

10:05AM 25  A.   Simply, it is opening the ram buttocks and removing the

10:05AM 1   acidic or hydrocarbon contaminants within the BOP bore.

10:05AM 2   Q.    In order to do that type of interim preservation, do you

10:05AM 3   need to have a final preservation plan or a final forensic

10:05AM 4   testing plan in place to implement the type of preservation of

10:05AM 5   the wellbore you just identified?

10:05AM 6   A.    There does not need to be a final plan.  There needs to be

10:05AM 7   an agreed plan to move forward to accomplish the goal of

10:05AM 8   preservation of the wellbore.

10:06AM 9   Q.    Can you focus on, in the short term, a wellbore preservation

10:06AM 10  plan?

10:06AM 11  A.    Yes, you can.

10:06AM 12  Q.    Mr. Farr, any opinion or belief as to how long it would

10:06AM 13  take, given the number of interested parties, to come up with a

10:06AM 14  wellbore preservation plan, if you save for a later date forensic

10:06AM 15  analysis and testing and measurements in final storage?

10:06AM 16  A.    Technically, the plan could be accomplished in a day or two.

10:06AM 17  The -- getting the plan ultimately approved could take

10:06AM 18  significantly more time.  Technically, it's possible.

10:06AM 19       The plan you've seen has taken two weeks to get there, and

10:06AM 20  it's essentially, from a technical point of view, relatively

10:06AM 21  unchanged.

10:06AM 22  Q.    Mr. Farr, are you and other engineers at Transocean prepared

10:07AM 23  to sit with other interested parties and work through a wellbore

10:07AM 24  preservation plan on an expedited basis?

10:07AM 25  A.    Yes, we are.

10:07AM 1   Q.   The wellbore preservation you identified, what I referred to

10:07AM 2   as interim preservation, could you implement that type of

10:07AM 3   preservation at the dock or at the open facility yard at Michoud,

10:07AM 4   given the current setup there as you understand it?

10:07AM 5   A.   You're -- understand, you're bringing the mountain to

10:07AM 6   Mohammed rather than Mohammed to the mountain.  It's a lot of

10:07AM 7   equipment to be moved and preparation to be done.  And for the

10:07AM 8   timeliness, that's why we recommended the facility in Houston,

10:07AM 9   which is outfitted and ready to start immediately on the BOP.

10:07AM 10  Q.   Mr. Farr, did you and others in your group prepare a site

10:08AM 11  specification plan, if you will, or proposal that lists the types

10:08AM 12  of equipment and machinery, other things that would need to be

10:08AM 13  there for the kind of wellbore preservation you described?

10:08AM 14  A.   Yes, we've done that twice.  We've done a -- after our first

10:08AM 15  meeting about two weeks ago with the government, we provided a

10:08AM 16  summary, and after the -- which also included the visit to

10:08AM 17  Michoud, what was required.  And then on Monday, we were also

10:08AM 18  requested to provide a more in-depth recommendation, which we've

10:08AM 19  done.

10:08AM 20       MR. MILLER:  Your Honor, may I approach?  I'm going to

10:08AM 21  hand the witness one of the exhibits.  It was in Transocean's

10:08AM 22  materials.  I'll put it up on the screen.

10:08AM 23                      EXAMINATION

10:08AM 24  BY MR. MILLER:

10:09AM 25  Q.   Mr. Farr, if you can identify for the record the exhibit I

10:09AM 1    just handed you and what's up on the screen.

10:09AM 2    A.   The exhibit is the site requirements for interim

10:09AM 3    preservation of DEEPWATER HORIZON BOP stack.  It is a 34-item

10:09AM 4    list of high-level requirements for -- or site requirements.

10:09AM 5    Q.   And is that a document that either you prepared or

10:09AM 6    participated in the preparation of?

10:09AM 7    A.   Yes, it is.

10:09AM 8    Q.   In summary, Mr. Farr, if you can go through this list and

10:09AM 9    point out quickly for the Court's reference the types of

10:09AM 10   equipment you would need to have to conduct the wellbore/interim

10:09AM 11   preservation of the BOP.

10:10AM 12   A.   Essentially all 34 items are required.  The big items are

10:10AM 13   the crane capacity, because we are lifting heavy loads, weather

10:10AM 14   protection for proper working environment for people and

10:10AM 15   equipment.  Security is obviously a need for whatever facility it

10:10AM 16   goes to.  Scaffolding, manlifts, pallet and tools for the people

10:10AM 17   to work.

10:10AM 18        The key is -- one of the keys is item 11, the accumulator

10:10AM 19   and hydraulic power unit, locating that unit, moving it to site.

10:10AM 20        The rest of the issues have to do with tooling and

10:10AM 21   facilities with regards to climate control, office facilities,

10:11AM 22   changing facilities, ways to make it safe for people to work.

10:11AM 23   That's a very high level summary of what this document contains.

10:11AM 24   Q.   Thank you, Mr. Farr.

10:11AM 25        Is the Michoud facility, as you understand it, that would

10:11AM 1   house or store the BOP beginning next week set up with this type

10:11AM 2   of equipment and machinery?

10:11AM 3   A.   It does not have this equipment as of last examination of

10:11AM 4   the site.

10:11AM 5   Q.   And do you have any knowledge as to whether or not any of

10:11AM 6   this equipment has been moved to the site and is ready for

10:11AM 7   receipt of the BOP next week?

10:11AM 8   A.   We have no information on what equipment is available at the

10:11AM 9   Michoud site.

10:11AM 10  Q.   Is this the kind of equipment, Mr. Farr, that you could go

10:11AM 11  out to Home Depot and acquire?

10:11AM 12  A.   Not at Home Depot.  It's -- is the equipment available?

10:11AM 13  Cranes are obviously rented, if you can find cranes large enough

10:12AM 14  immediately enough.  Trailer houses.  Hydraulic units have to

10:12AM 15  come from specialty equipment people, if they are available.

10:12AM 16  Q.   And so what would it take to acquire this type of equipment

10:12AM 17  and get it there from a ground-up site?

10:12AM 18  A.   Identification of the specific tools required or have that

10:12AM 19  identified by the contractor that's doing the work.  Some of it

10:12AM 20  is specialty tools.  Then finding the manufacturer and find out

10:12AM 21  what the lead time is for those tools and if those tools can be

10:12AM 22  rented or purchased.

10:12AM 23       And having the systems available for the operation of the

10:12AM 24  hydraulic tools, in particular, or the BOP test units to be able

10:12AM 25  to hook them up.  And hoses, slings, the design of all the

10:12AM 1    lifting gear, it all needs to be part of the process.

10:12AM 2    Q.    This process may take some time, Mr. Farr; is that correct?

10:13AM 3    A.    Each line item on this list will take -- will have to be

10:13AM 4    procured -- have to be identified, specified and procured, and

10:13AM 5    evaluated as to what is absolutely -- what is necessary to do the

10:13AM 6    work.

10:13AM 7         When you say tools, it's not Sears and Roebuck, it's

10:13AM 8    specialty hydraulic tools or specialty tools to remove pieces of

10:13AM 9    the BOP ram blocks safely, and how to operate the -- how to

10:13AM 10   operate the tools and the expertise to know how to use them.

10:13AM 11   Q.    Now, Mr. Farr, if you were to get these tools, what I would

10:13AM 12   call these pieces and parts in place, bring them to the yard at

10:13AM 13   Michoud that has been proposed by the government, would they

10:13AM 14   immediately be operational and ready to go and ready to work on

10:13AM 15   the BOP, or is there some design and engineering and

10:13AM 16   implementation into the facility that would need to be done?

10:13AM 17   A.    I think the tools would be the easy part.  I think the next

10:13AM 18   part would be the HSE requirements for the people that are doing

10:14AM 19   the work, that's understood what the rules are for the people

10:14AM 20   doing the work and how they could do it safely and efficiently.

10:14AM 21   And is the staging and control procedures, the process in place

10:14AM 22   so that the men can work safely and efficiently to get the work

10:14AM 23   done.

10:14AM 24        From a rather bare field third-party laborer standpoint,

10:14AM 25   it's something that has to be developed, and it will take time.

10:14AM  1   Q.   So in terms of getting the equipment on site, is it true

10:14AM  2   that it would do you no good until you have a facility at which

10:14AM  3   the actual equipment could be used to preserve the BOP?

10:14AM  4   A.   You have to bring the equipment to the facility, you have to

10:15AM  5   prepare the BOP to use the equipment, and you have to have the

10:15AM  6   HSE plan and trained personnel available to put the plan together

10:15AM  7   on how that equipment will be used to work on the BOP.

10:15AM  8   Q.   And that's going to involve, I might imagine, some

10:15AM  9   engineering and some design, given the fact that you're starting

10:15AM  10  with a concrete slab?

10:15AM  11  A.   That's correct.  And unknown personnel.

10:15AM  12          MR. MILLER:  Your Honor, give me one second.  I think

10:15AM  13  I'm about done.

10:15AM  14      Your Honor, that's all we have on our direct for Mr. Farr.

10:16AM  15          THE COURT:  Thank you.

10:16AM  16          MR. MILLER:  Like I said, I'll move the exhibits in

10:16AM  17  after the hearing to keep it going.

10:16AM  18          THE COURT:  Mr. Underhill.

10:16AM  19          MR. UNDERHILL:  Thank you, Your Honor.

10:16AM  20                          CROSS-EXAMINATION

10:16AM  21  BY MR. UNDERHILL:

10:16AM  22  Q.   Good morning, Mr. Farr.

10:16AM  23  A.   Good morning.

10:16AM  24  Q.   Pleasure to meet you, and thank you for coming and trying to

10:16AM  25  help us all out.

10:16AM 1      Mr. Farr, I've got some -- just a few brief background

10:16AM 2  questions on what you bring to the table here today, to the

10:16AM 3  Court.

10:16AM 4      If I understand it, in basic generic terms, you're concerned

10:16AM 5  about, generically, corrosion of this equipment between the time

10:16AM 6  it hits shore, wherever that might be, and when they start the

10:16AM 7  ultimate testing and forensic testing protocols, correct?

10:16AM 8  A.   It extends, perhaps, beyond that.  If the equipment is not

10:16AM 9  preserved, it depends when the forensic protocol for the wellbore

10:17AM 10 will occur.  So that's a timing issue, yes.

10:17AM 11 Q.   Fair enough.  So let's just, for a moment, on corrosion, I

10:17AM 12 jotted down some of your background, and perhaps Mr. Miller

10:17AM 13 didn't go into it in greater detail, but are you a corrosion

10:17AM 14 expert?

10:17AM 15 A.   I am not a corrosion expert.

10:17AM 16 Q.   Is there a type of a specialty, an expertise, that somebody

10:17AM 17 hangs out a shingle and says, I'm a corrosion expert?  I mean, is

10:17AM 18 that the kind of discipline that's out there?

10:17AM 19 A.   There are chemical engineering courses with regards to

10:17AM 20 corrosion, of which I've been exposed, and I suspect there are

10:17AM 21 corrosion experts.  Whether there's a degree in corrosion

10:17AM 22 engineering, I don't know.

10:17AM 23 Q.   And forensic, we've thrown around this word "forensic

10:17AM 24 testing," are you a forensic testing expert?

10:17AM 25 A.   I am not.

10:17AM 1   Q.   And you understand generally what it entails, that is, the

10:17AM 2   study of physical evidence, in this case, to determine such

10:17AM 3   things as causation, correct?

10:17AM 4   A.   You're telling me.  I don't understand.

10:17AM 5   Q.   Let's keep it simple, then.  Are you a forensic expert?  The

10:18AM 6   answer is no?

10:18AM 7   A.   That's correct.

10:18AM 8   Q.   Thank you very much.

10:18AM 9        Are you an expert in any type of chain of custody?  That's a

10:18AM 10  legal term, and I acknowledge it.  And I understand you're not an

10:18AM 11  attorney, but do you consider yourself to be an expert on chain

10:18AM 12  of custody?

10:18AM 13  A.   No, I do not.

10:18AM 14  Q.   In terms of any corrosion that might go on -- let's keep it,

10:18AM 15  again, simple so a guy like me can understand it -- I understand

10:18AM 16  oxidation.  You take an iron nail, dip it in some saltwater,

10:18AM 17  leave it outside, you're going to get rust on it; basic oxidation

10:18AM 18  process, right?

10:18AM 19  A.   Yes.

10:18AM 20  Q.   And there are other, I suspect, more complex forms of

10:18AM 21  oxidation.

10:18AM 22       In terms of any oxidation that you and Transocean might fear

10:18AM 23  would happen during that three-week interim, have you performed

10:18AM 24  any calculations as to how much -- and I'm talking about a

10:18AM 25  quantifiable amount, inches, feet, millimeters, whatever unit of

10:19AM 1    measurement you use -- have you folks done any calculations as to

10:19AM 2    how much corrosion will occur in a quantifiable amount?

10:19AM 3    A.    We have not.

10:19AM 4    Q.    You haven't even tried to do it, right?

10:19AM 5    A.    That's correct.

10:19AM 6    Q.    So, in other words, you would not be in a position to tell

10:19AM 7    His Honor between, say, September 9th or 10, whenever it hits the

10:19AM 8    shore, and October 1st or 5th or whenever it starts, the forensic

10:19AM 9    testing starts, you would not be in a position to tell His Honor

10:19AM 10   a quantifiable amount as to how much corrosion will occur,

10:19AM 11   correct?

10:19AM 12   A.    I don't believe anybody can quantify that based on the

10:19AM 13   information we have available today, and we are not prepared to

10:19AM 14   say how much corrosion will occur.

10:19AM 15   Q.    Well, it's my job to put a gentleman on to try to do that,

10:19AM 16   but that comes from my turn.

10:19AM 17         So if you have not yet tried to quantify the amount of

10:19AM 18   corrosion that would occur between -- let's take September 9th

10:19AM 19   into Mr. Miller's timeline, and let's take October 1st when

10:20AM 20   testing is supposed to start, you would not be able to determine

10:20AM 21   how much it would corrode and be able to balance that factor,

10:20AM 22   that quantifiable factor, in terms of how it would affect the

10:20AM 23   forensic evidence in this case that would be brought in as

10:20AM 24   evidence in a later trial, correct?

10:20AM 25               MR. MILLER:  Your Honor, objection to the extent -- it's

10:20AM 1  a trial of the legal testimony and evidence for a lay witness.

10:20AM 2          THE COURT:  All right.  I'll overrule the objection.

10:20AM 3  The witness can either answer it or tell us he can't answer it.

10:20AM 4          THE WITNESS:  Quantifiably, we cannot determine how much

10:20AM 5  corrosion there will be because we don't know the action of the

10:20AM 6  corrosion.  We understand that there will be corrosion, and we're

10:20AM 7  being held -- you know, the BOP is very much in our interest, the

10:20AM 8  condition of the BOP is very much in our interest, so our

10:20AM 9  preference is to preserve and take the high road and preserve it

10:21AM 10 sooner rather than later.

10:21AM 11                        EXAMINATION

10:21AM 12 BY MR. UNDERHILL:

10:21AM 13 Q.   Thank you.

10:21AM 14      Let's see if we can come to an agreement on some things that

10:21AM 15 you don't have concerns about.  As I understand it, with respect

10:21AM 16 to the electrical components of the BOP stack, including the

10:21AM 17 LMRP, largely we're talking about the pods, the yellow and the

10:21AM 18 blue pods, right?

10:21AM 19 A.   Yes.

10:21AM 20 Q.   So you don't have a problem with preserving those, if I

10:21AM 21 understand it, correct me if I am wrong; those are taken off and

10:21AM 22 then basically put in some type of water or solution to keep them

10:21AM 23 cooler?

10:21AM 24 A.   The electrical components will have had no intervention at

10:21AM 25 all.  They are sealed within the pod, so there is no issue on

10:21AM  1    those.

10:21AM  2    Q.   We can take that off the table?

10:21AM  3    A.   Yes, you can.

10:21AM  4    Q.   Thank you.

10:21AM  5         The procedures that are being done on the Q-4000, you folks,

10:21AM  6    in fact, you personally have signed off on that, so we can take

10:21AM  7    those off the table, as well?

10:21AM  8    A.   Yes, we can.

10:21AM  9    Q.   So when we're talking about -- and I don't have a schematic

10:21AM 10    that looks down the bore of the BOP, the hole inside -- what you

10:22AM 11    folks would propose -- well, first of all would be to take out --

10:22AM 12         Why don't we do it this way.  I don't know how much

10:22AM 13    Your Honor knows about the top, the annulars.  The annulars are

10:22AM 14    rubber packers -- and I'm going to greatly simplify here, sir --

10:22AM 15    rubber components that close on pipe, correct?

10:22AM 16    A.   They are essentially a donut that closes on pipe, that's

10:22AM 17    correct.

10:22AM 18    Q.   And if done properly, it would prevent any hydrocarbons from

10:22AM 19    escaping up through the bore, correct?

10:22AM 20    A.   That's correct.

10:22AM 21    Q.   And what you folks propose to do is take those rubber

10:22AM 22    packers, the donut, if you will, actually take them out of the

10:22AM 23    BOP for the procedure that you would favor; is that right?

10:22AM 24    A.   To preserve the annulars, that is what we have proposed.

10:22AM 25    However, it has not been discussed or agreed.  It's part of the

10:22AM 1   Cameron and Transocean procedures for preservation of the LMRP to

10:23AM 2   remove those packers and wash those fluids that might be trapped

10:23AM 3   behind them.

10:23AM 4   Q.   I didn't mean to cut you off.  Were you were finished?

10:23AM 5   A.   Yes, I am.

10:23AM 6   Q.   Have you folks, your client Transocean, your employer, have

10:23AM 7   you made any forensic analysis as to potential damage to the

10:23AM 8   forensic evidence that would be done by taking those rubber

10:23AM 9   packers out of the BOP?

10:23AM 10  A.   We have not.  Again, it was asked on Monday that we

10:23AM 11  provide -- we propose what the procedure would be for the

10:23AM 12  interim, and it was agreed at that time -- or discussed at that

10:23AM 13  time that the procedure would be agreed.

10:23AM 14       And so we put a draft, high level draft out -- actually, a

10:23AM 15  very detailed draft out of what the process would be for all

10:23AM 16  parties to review and discuss.  And in that, it includes removing

10:23AM 17  the packers, which is part of the normal preservation process

10:23AM 18  recommended by the -- Cameron, the manufacturer.

10:24AM 19       So, recognize, you're correct in the sense of forensics,

10:24AM 20  that has to be addressed jointly to agree on the procedure.

10:24AM 21  Q.   I appreciate your answer, but if I could sum it up, the

10:24AM 22  answer is no, you haven't factored into the present plan you

10:24AM 23  propose the effect on the forensic evidence in the case?

10:24AM 24  A.   I'm not a forensic expert.

10:24AM 25  Q.   There is another procedure, I think, that you folks intended

10:24AM 1   to do, and I might have lost you there.  It's my own lack of

10:24AM 2   technical expertise.

10:24AM 3        What else did you propose to do, I'm speaking very broadly

10:24AM 4   now, inside the wellbore?  Once you have the -- use your word --

10:24AM 5   donuts out, the rubber components, what else did you intend to

10:24AM 6   do?

10:24AM 7   A.   We intended to open the ram bonnets and remove the ram

10:24AM 8   blocks.

10:24AM 9   Q.   Could you do me a favor?  Could you, perhaps, take the ELMO

10:24AM 10  and, for His Honor's and, in fact, my benefit, when you say

10:24AM 11  remove the ram bonnets, could you point to those, please?

10:24AM 12  A.   Yes.

10:24AM 13  Q.   Actually, before we do that -- well, go ahead, and then

10:25AM 14  we'll come back to the annulars in a moment.  Go ahead.

10:25AM 15       And you're pointing to what, sir?

10:25AM 16  A.   I'm pointing to ram bonnets.  There are five -- or,

10:25AM 17  actually, there's ten ram bonnets on the BOP.  Excuse me.

10:25AM 18       And then there's --

10:25AM 19  Q.   You're never going to be a John Madden.

10:25AM 20  A.   No, I'm not an NFL person.

10:25AM 21  Q.   Go ahead.

10:25AM 22  A.   So, essentially, the two upper annulars is what we have been

10:25AM 23  talking about.  And then there are five ram BOP's, each ram BOP

10:25AM 24  has two bonnets.  And to get at the wellbore -- actually, the

10:25AM 25  concern is getting behind the ram blocks, those ram bonnets have

10:25AM 1    to be opened.

10:25AM 2    Q.   And I appreciate that.  And just for my own edification, the

10:25AM 3    annulars, those are those two -- the top two arrows, correct?

10:25AM 4    A.   That's correct.

10:25AM 5    Q.   And those are what you used -- referred to as the donuts,

10:25AM 6    the rubber parts?

10:25AM 7    A.   That's simplified, yes.

10:25AM 8    Q.   And there are how many bonnets down there below the LMRP?

10:26AM 9    A.   There are five rams, ten bonnets.

10:26AM 10   Q.   Basically, one on each side?

10:26AM 11   A.   That's correct.

10:26AM 12   Q.   If -- correct me if I am wrong, but what you propose to do

10:26AM 13   under the procedure you're talking about, you're actually talking

10:26AM 14   about disassembling parts of the BOP, correct?

10:26AM 15   A.   We're talking about opening the ram bonnets, which is part

10:26AM 16   of normal maintenance, yes.

10:26AM 17   Q.   Got it.  But you're opening and disassembling part of the

10:26AM 18   BOP, correct?

10:26AM 19   A.   That's correct.

10:26AM 20   Q.   Have you made any analysis -- I have to ask you the question

10:26AM 21   so I get it in the record, have you made any analysis on the

10:26AM 22   effect of that procedure on the forensic evidence in any

10:26AM 23   potential case?

10:26AM 24   A.   No, not with forensic.  It's something we normally do.

10:26AM 25   Q.   In other words, if you were going to -- can we agree that

10:26AM 1   this BOP is never going to go out in the ocean again to perform

10:27AM 2   its intended function?

10:27AM 3   A.   To the best of my knowledge.

10:27AM 4   Q.   So stipulated.

10:27AM 5       If I got the drift of what you just said, if you were to

10:27AM 6   perform maintenance on a BOP that was designed to go back out in

10:27AM 7   the field to do its work as a blowout preventer, you're talking

10:27AM 8   about these are the procedures that you would normally do,

10:27AM 9   correct?

10:27AM 10  A.   That's correct.  The procedures we have submitted that

10:27AM 11  you're referring to refer to what the manufacturer's

10:27AM 12  recommendations are to obtain access to the wellbore.

10:27AM 13  Q.   But in that example, that is, putting the BOP -- a BOP, a

10:27AM 14  generic BOP, doing whatever you need to do to maintain it and fix

10:27AM 15  it, putting it back on the ocean floor to do its job, that does

10:27AM 16  not involve forensic testing of the BOP as evidence in a

10:27AM 17  potential case, correct?

10:27AM 18  A.   Forensically, you're correct.  Technically, you'll have to

10:28AM 19  do the same things.  It's a matter of agreeing how you approach

10:28AM 20  that and how you do the work.

10:28AM 21  Q.   Almost done, sir.

10:28AM 22         THE COURT:  Let me inject myself and ask because I want

10:28AM 23  to make sure.  Are we talking about primarily a timing issue

10:28AM 24  here?  Are these things that this witness is proposing, things

10:28AM 25  that would have to be done at some point to do -- I understand

10:28AM 1   you said you're not a forensic expert, but to allow someone

10:28AM 2   access to inspect, test, analyze the BOP?

10:28AM 3           THE WITNESS:  Yes, Your Honor.

10:28AM 4           THE COURT:  So we're talking about when they are done?

10:28AM 5           THE WITNESS:  It's when they are done and to gain access

10:28AM 6   to the parts that we're talking about preserving.  Yes, it's a

10:29AM 7   matter of planning.

10:29AM 8           THE COURT:  All right.

10:29AM 9                            EXAMINATION

10:29AM 10  BY MR. UNDERHILL:

10:29AM 11  Q.   Are there -- did Transocean -- is it Transocean that

10:29AM 12  approached Oil States, the outfit in Houston, to be a possible

10:29AM 13  site?

10:29AM 14  A.   Transocean recommended Oil States as a possible site, yes.

10:29AM 15  Q.   Is Oil States, have they done work for Transocean on a

10:29AM 16  commercial relationship in the past?

10:29AM 17  A.   Yes, they have.

10:29AM 18  Q.   Leaving aside any of this matter, this BOP matter, do they

10:29AM 19  have any ongoing commercial relationship with Oil States?

10:29AM 20  A.   We have a BOP at Oil States currently, I believe.

10:29AM 21  Q.   I'm going to plumb your knowledge just for a moment on your

10:29AM 22  Coast Guard background.

10:29AM 23       Do you understand that the BOP, once she is brought up on

10:29AM 24  Q-4000, that she's going to be -- Q-4000 is going to take her in

10:29AM 25  transit to shallow water, whether that's Louisiana or Houston.

10:29AM 1    Do you understand that?

10:30AM 2    A.    Yes, I do.

10:30AM 3    Q.    And then she would be transferred to a barge?

10:30AM 4    A.    The BOP with two pieces would be transferred to a barge,

10:30AM 5    yes.

10:30AM 6    Q.    And do you understand that the Coast Guard's intent is to

10:30AM 7    put a security zone around either the Q-4000 or the barge,

10:30AM 8    basically around wherever the BOP is; do you understand that?

10:30AM 9    A.    We have been told that once.  I have not seen anything to

10:30AM 10   that effect.

10:30AM 11   Q.    What's the transit time, if -- you know, this might be an

10:30AM 12   unfair question.  If you can't answer it, please feel free to

10:30AM 13   tell me you don't know.

10:30AM 14         Do you know what the transit time would be to Houston,

10:30AM 15   factoring in the Q-4000's rough operating speed plus off-loading

10:30AM 16   to a barge and then taking her to shore?  To Houston, now?

10:30AM 17   A.    The barge would probably make ten knots.  It's by the

10:30AM 18   distance.  I don't know the distance.  Two days, roughly.

10:30AM 19   Q.    Thank you.

10:30AM 20         Are there other -- in terms of getting the equipment needed

10:30AM 21   to do the job, whether short-term stuff that you folks would like

10:31AM 22   to do or the long-term forensic testing protocols, are there

10:31AM 23   shipyards and other facilities in the New Orleans area that have

10:31AM 24   those kinds of -- that those kinds of equipment, torque

10:31AM 25   wrenches -- whatever the nature of the equipment used, is it

10:31AM 1 available in the New Orleans area?

10:31AM 2 A.   We would use Cameron's facility in Berwick, which is the

10:31AM 3 only place that I'm aware of in the New Orleans area that does

10:31AM 4 this type of work.

10:31AM 5 Q.   You're not aware of any other yards in this area?

10:31AM 6 A.   No, I'm not.

10:31AM 7 Q.   Do you know if Transocean has made any effort to contact any

10:31AM 8 of the yards to find out either their availability as a physical

10:31AM 9 location or, secondarily, their ability to provide whatever type

10:31AM 10 of equipment is needed to do both your procedure and the

10:31AM 11 long-term testing?

10:31AM 12 A.   BP suggested Versabar as an alternative.  And we've talked

10:32AM 13 to Versabar and understand the location that would be allocated

10:32AM 14 to us would be dirt with, basically, welding and grinding going

10:32AM 15 on in that area.  And as a result, we just discounted Versabar as

10:32AM 16 a facility.

10:32AM 17 Q.   I wasn't suggesting that it go there.  My second part was,

10:32AM 18 do you know if they have -- whether it's Versabar or any other

10:32AM 19 outfit in Louisiana, and exclude Cameron's facility in Berwick

10:32AM 20 because of -- I'll just phrase it this way, potential conflict

10:32AM 21 issues, you're not aware of any other facilities in Louisiana

10:32AM 22 other than Cameron that has the type of equipment needed to

10:32AM 23 perform whatever it is you folks propose?

10:32AM 24 A.   No, we're not.

10:32AM 25 Q.   Thank you.

10:32AM  1          MR. UNDERHILL:  That's all I have at this time,

10:32AM  2   Your Honor.

10:32AM  3          THE COURT:  Anybody else?  Anybody else, any other party

10:33AM  4   want to ask questions?  Okay, Mr. Miller.

10:33AM  5          MR. MILLER:  Two minutes of redirect.  Really, to get

10:33AM  6   down to Your Honor's comment to the witness earlier.

10:33AM  7                      REDIRECT EXAMINATION

10:33AM  8   BY MR. MILLER:

10:33AM  9   Q.   I'll put back up the preservation plan aboard the Q-4000.

10:33AM 10   And if you would, Mr. Farr, read into the record section A of the

10:33AM 11   Q-4000 preservation plan.

10:33AM 12          THE COURT:  Is this part of attachment 15?

10:33AM 13          MR. MILLER:  Yes.  It is attachment 15, correct.  It's

10:33AM 14   the first page.

10:33AM 15          THE WITNESS:  Section A?

10:33AM 16                        EXAMINATION

10:33AM 17   BY MR. MILLER:

10:33AM 18   Q.   Yes.

10:33AM 19   A.   Section A to attachment 15 says, "The goal of this procedure

10:33AM 20   is to displace sea water and contaminated BOP fluids within the

10:33AM 21   BOP control, hydraulic, operating system and wellbore to minimize

10:33AM 22   the effect of corrosion once the BOP is exposed to the

10:33AM 23   atmosphere.  This is accomplished by functioning the various BOP

10:34AM 24   components.  All fluids that can be captured during this

10:34AM 25   operation shall be considered evidence and transported to shore

10:34AM 1    and trucked to the NASA Michoud facility."

10:34AM 2    Q.   And this document has been signed off by all of the federal

10:34AM 3    parties at interest?

10:34AM 4    A.   Yes, it has.

10:34AM 5    Q.   And by BP?

10:34AM 6    A.   Yes, it has.

10:34AM 7    Q.   And in section A, doesn't this document contemplate

10:34AM 8    corrosion of the BOP, including the wellbore, when it hits the

10:34AM 9    open atmosphere?

10:34AM 10   A.   Yes, it does.

10:34AM 11   Q.   So as far as you understand this document, it's not disputed

10:34AM 12   that when the BOP hits the open atmosphere it's going to corrode,

10:34AM 13   and the corrosion will permeate into the wellbore?

10:34AM 14   A.   That's correct.  In particular, section B refers to that.

10:34AM 15   Q.   Go ahead and read section B into the record, Mr. Farr.

10:34AM 16   A.   It says, "This preservation procedure must be performed

10:34AM 17   immediately upon retrieval of the BOP to surface.  This procedure

10:35AM 18   does not address contamination of the annulars, ram blocks and

10:35AM 19   ram cavities that are not accessible without opening the

10:35AM 20   annulars, ram blocks and removing the ram blocks."

10:35AM 21   Q.   And the opening of the ram blocks, for example, is that

10:35AM 22   being done to prevent or minimize corrosion?

10:35AM 23   A.   It's being done to gain access to areas that are not

10:35AM 24   accessible so that corrosion can be minimized.

10:35AM 25   Q.   Mr. Farr, is any unnecessary or additional corrosion once

10:35AM  1   you get past the short-term preservation plan good for the

10:35AM  2   preservation of the evidence -- of the BOP and the wellbore?

10:35AM  3   A.    Would you repeat the question?

10:35AM  4   Q.    I sure would.   Once you get past the short-term preservation

10:35AM  5   plan that's on the screen right now, is any additional corrosion

10:35AM  6   caused by atmospheric conditions good for the preservation of the

10:35AM  7   BOP as a whole or the wellbore in particular?

10:36AM  8   A.    Additional corrosion is not good for the preservation of the

10:36AM  9   BOP, no.

10:36AM 10   Q.    And Mr. Farr, a final question.   The wellbore and the

10:36AM 11   annulus, are there engineering specifications on size and shape?

10:36AM 12   A.    Yes, there are.

10:36AM 13   Q.    Dimension?

10:36AM 14   A.    Yes.

10:36AM 15   Q.    And might those specifications be altered by atmospheric

10:36AM 16   corrosion?

10:36AM 17   A.    Yes, they will be altered.

10:36AM 18            MR. MILLER:  Thank you.  That's all I have.

10:36AM 19            MR. UNDERHILL:  No more, Your Honor, for the government.

10:36AM 20            THE COURT:  Thank you, sir.  You can step down.   Thank

10:36AM 21   you.

10:36AM 22            MR. MILLER:  Your Honor, the next witness Transocean

10:36AM 23   would like to call is Captain Suzanne Englebert.  She was listed

10:36AM 24   on the government's witness list.

10:36AM 25            THE COURT:  Is she here?

10:36AM 1    MR. UNDERHILL:  She's not in the courtroom, Your Honor.

10:36AM 2  We can get her.

10:36AM 3    THE COURT:  Is she present?

10:36AM 4    MR. UNDERHILL:  She's somewhere in the building.  I

10:36AM 5  don't know where.  We've got her tasking other stuff.  I can get

10:36AM 6  her later if Kerry would like.

10:36AM 7    I'm not sure I'm going to call her.  If you want to, I'll be

10:36AM 8  glad to do her.  What I suggest is our next witness from DNV is

10:37AM 9  in the courtroom, if you want to possibly take her after --

10:37AM 10    MR. MILLER:  That'd be fine.  It's very brief with her.

10:37AM 11    THE COURT:  Well, maybe you can be getting her over here

10:37AM 12  while you're doing that.

10:37AM 13    MR. UNDERHILL:  Thank you, Your Honor.

10:37AM 14    Your Honor, we would like to call Dr. Neil Thompson.

10:37AM 15    THE COURT:  So the lieutenant -- is it Lieutenant

10:37AM 16  Englebert, you said?

10:37AM 17    MR. MILLER:  Captain Englebert.

10:37AM 18    THE COURT:  Captain Englebert.  Is that going to be your

10:37AM 19  only other witness?

10:37AM 20    MR. MILLER:  Yes, Your Honor.

10:37AM 21    MR. UNDERHILL:  Your Honor, if you promise not to call

10:37AM 22  her lieutenant, I'll try to get Michoud right.

10:37AM 23    THE COURT:  Since I was never in the military, I have

10:37AM 24  trouble with rank.  You know, I have to -- I suppose a captain is

10:37AM 25  over a lieutenant, right?

10:37AM 1          MR. UNDERHILL:  You've got that right.

2          THE DEPUTY CLERK:  Please raise your right hand.  Do you

3    solemnly swear that the testimony which you are about to give

4    will be the truth, the whole truth and nothing but the truth, so

5    help you God?

6          THE WITNESS:  I do.

7                          **NEIL THOMPSON**

8    was called as a witness and, after being first duly sworn by the

10:37AM 9    Clerk, was examined and testified on his oath as follows:

10:37AM 10          MR. UNDERHILL:  May I approach, Your Honor?  I've got

10:37AM 11    copies of Dr. Thompson's CV.

10:38AM 12          THE DEPUTY CLERK:  State your name, sir.

10:38AM 13          THE WITNESS:  Neil, N-E-I-L, Thompson, T-H-O-M-P-S-O-N.

10:38AM 14                        DIRECT EXAMINATION

10:38AM 15    BY MR. UNDERHILL:

10:38AM 16    Q.   Good morning, Dr. Thompson.

10:38AM 17    A.   Good morning.

10:38AM 18    Q.   Dr. Thompson, by whom are you employed?

10:38AM 19    A.   DNV.

10:38AM 20    Q.   What does DNV stand for?

10:38AM 21    A.   It's Det Norske Veritas.

10:38AM 22    Q.   And what does at least your part of DNV do?

10:38AM 23    A.   We are an engineering and research firm.  My current role

10:38AM 24    within that is the head of the litigation support section for DNV

10:38AM 25    Columbus.

10:38AM  1   Q.   And could you briefly -- I put your CV, I think, before you.
10:38AM  2   I don't want you to read it into the record, please.  Just the
10:38AM  3   highlights, your basic education and your expertise, if you
10:38AM  4   would, please.
10:38AM  5   A.   I have a Bachelor's and Master's degree from the University
10:38AM  6   of Alabama Birmingham in engineering, with a specialty in
10:39AM  7   material science, and a Ph.D. from Vanderbilt University in
10:39AM  8   material science engineering.
10:39AM  9        I have worked in the field of corrosion and corrosion
10:39AM 10   science for 30-plus years doing research in various aspects of
10:39AM 11   corrosion.
10:39AM 12        And currently, like I said, I'm working in the forensic
10:39AM 13   investigation section and head that group within DNV Columbus.
10:39AM 14   Q.   And what does the forensic investigation section of DNV do?
10:39AM 15   A.   We do failure analysis that are associated with
10:39AM 16   litigation-type projects.  And in that failure analysis, it can
10:39AM 17   go all the way back to root cause failure, and these are usually
10:39AM 18   associated in with some sort of litigation.
10:39AM 19   Q.   And DNV has a section that does this?
10:40AM 20   A.   Yes.
10:40AM 21   Q.   And you're the head of that section?
10:40AM 22   A.   Yes.
10:40AM 23   Q.   DNV was awarded a contract yesterday, was it not, to do -- I
10:40AM 24   lost Mr. Miller's timeline, but the forensic examination and
10:40AM 25   analysis of the BOP in this case, correct?

10:40AM 1   A.    That's correct.

10:40AM 2   Q.    And do you intend to start that process on or about

10:40AM 3   October 1st?

10:40AM 4   A.    The project itself starts -- starts basically now, starting

10:40AM 5   next week, and we should -- our goal is to start the forensic

10:40AM 6   investigation portion of the testing on -- within four weeks of

10:40AM 7   that date, so on or about October 1st.

10:40AM 8         And in the meantime, we would be developing the testing

10:40AM 9   procedures and having those approved.

10:40AM 10  Q.    And let's kind of see if we can put one chunk of the issues

10:41AM 11  off the table.  You heard Mr. Farr talk about various facility

10:41AM 12  requirements.  You've got to have this many kinds of tools,

10:41AM 13  you've got to have this many kinds of that, this many kinds of

10:41AM 14  other things.

10:41AM 15        The contract that DNV was awarded, is it a time and

10:41AM 16  materials contract?

10:41AM 17  A.    Yes, it is.

10:41AM 18  Q.    And does that mean that you folks are going to get a fee,

10:41AM 19  but it doesn't come out of your pocket if you have to get more

10:41AM 20  expensive equipment that you, in your opinion, think is needed to

10:41AM 21  do the job?

10:41AM 22  A.    Yes.  The equipment is at a cost within that project.

10:41AM 23  Q.    And the cost isn't out of your pocket?

10:41AM 24  A.    Yes, that's the cost we would pass on to the government.

10:41AM 25  Q.    So if you, as the expert -- and do you welcome -- wrong

10:41AM  1  word, do you welcome suggestions from other parties in interest

10:41AM  2  as to what type of equipment might be needed, what kind of

10:42AM  3  personnel might be needed in order to do the testing plan?

10:42AM  4  A.   Yes.  Absolutely.

10:42AM  5  Q.   And, by the way, have you worked both in your corrosives

10:42AM  6  background and in your forensic background, have you performed

10:42AM  7  work for the oil industry?

10:42AM  8  A.   Yes, we have.

10:42AM  9  Q.   And so you've worked as -- I don't want to say there is a

10:42AM 10  fence, and one party is on one side, one side or the other, but

10:42AM 11  you've worked for the oil industry, you've worked for the

10:42AM 12  government?

10:42AM 13  A.   We've worked for both; and, in each case, we always will

10:42AM 14  work together on a team.  And we've always had testing procedures

10:42AM 15  that have been put together through a group, and welcome the

10:42AM 16  experience and expertise and suggestions from all the parties.

10:42AM 17  Q.   And so through that collaborative process, and I'm still

10:42AM 18  focused just on the physical equipment for the moment, through

10:42AM 19  that collaborative process if the experts -- and I'm excluding

10:42AM 20  the lawyers on that, trust me -- say that you need this kind of

10:43AM 21  crane or that kind of the torque wrench and those kinds of

10:43AM 22  screws, those kinds of hydraulic lines, it's not going to come

10:43AM 23  out of your, DNV's pocket, to go out and procure those, correct?

10:43AM 24  A.   No, we'll procure whatever equipment is necessary to perform

10:43AM 25  the testing program that's designed.

10:43AM 1   Q.   Thank you.

10:43AM 2        Let's move on to the testing aspects itself.  You were in

10:43AM 3   court when Mr. Farr testified, right?

10:43AM 4   A.   Yes.

10:43AM 5   Q.   And in terms of --

10:43AM 6        MR. UNDERHILL:  I think, in the context of this hearing,

10:43AM 7   Your Honor, I mean, we can spend 10 minutes on his corrosives

10:43AM 8   background.  Can we accept the fact that he's an expert on

10:43AM 9   corrosion?

10:43AM 10       THE WITNESS:  I will add to my -- I was just going to

10:43AM 11  add to my background that I was -- I've also been president of

10:43AM 12  the National Association of Corrosion Engineers within my

10:43AM 13  experience.  I'm currently president of the NACE foundation.

10:43AM 14       MR. MILLER:  I mean, Your Honor, I think we need to have

10:44AM 15  a *Daubert* hearing.  And I am not quite sure I'm willing to

10:44AM 16  stipulate that he's an expert in corrosion materials or corrosion

10:44AM 17  science.

10:44AM 18       THE COURT:  Well, he certainly has a great deal of

10:44AM 19  experience in it.

10:44AM 20       MR. MILLER:  I think that can be acknowledged by the

10:44AM 21  Court.

10:44AM 22       MR. UNDERHILL:  I'm satisfied with that, Your Honor.

10:44AM 23       THE COURT:  Go ahead.

10:44AM 24       MR. UNDERHILL:  Thank you.

10:44AM 25       MR. MILLER:  But for this particular hearing only,

10:44AM  1    Your Honor.  We haven't had the process to vet the issues.

10:44AM  2              THE COURT:  I understand.  Okay.

10:44AM  3                            EXAMINATION

10:44AM  4    BY MR. UNDERHILL:

10:44AM  5    Q.   Dr. Thompson, I asked Mr. Farr whether it was possible to

10:44AM  6    calculate the amount of corrosion.  I'll ask you the same

10:44AM  7    question:  Is it possible to calculate the amount of corrosion

10:44AM  8    that might occur on, say, a weekly, monthly, yearly basis,

10:44AM  9    whatever unit of time you want?

10:44AM 10    A.   Well, you can, and you can usually -- you do that by looking

10:44AM 11    at references and papers and what's been published.

10:44AM 12         And in the area of marine corrosion, you know, there is a

10:44AM 13    lot of values for corrosion that you can find depending on the

10:44AM 14    actual conditions.  But, in general, a corrosion rate in an

10:45AM 15    aqueous environment, in seawater, would be on the order -- in

10:45AM 16    oxygenated seawater would be on the order of 6 to 12 mils per

10:45AM 17    year would be the high end of the data that's out there available

10:45AM 18    that's been published.

10:45AM 19         And a mil is a thousandth of an inch, so 12 mils of

10:45AM 20    corrosion would translate to one mil per month.

10:45AM 21    Q.   So if we take this timeline, let's just say -- take

10:45AM 22    Mr. Miller's time, September 9th BOP hits shore Louisiana, and

10:45AM 23    until the forensic testing process starts about October 1st, can

10:45AM 24    you put a calculation on that based -- I understand you're

10:45AM 25    talking generalities here.  Can you put a calculation on that?

10:45AM 1    A.    Well, I think what you can do is kind of put a high level, a

10:45AM 2    high end number to that because we -- there will be preservation

10:45AM 3    procedures performed and such that -- you're talking at the high

10:46AM 4    end maybe one mil of corrosion during a one-month period.  So --

10:46AM 5    Q.    I'm sorry.

10:46AM 6    A.    -- so that's the -- that would be the average rate of

10:46AM 7    corrosion.  And, again, it's probably a high end value.

10:46AM 8    Q.    And do you have an opinion as to whether that high end of

10:46AM 9    corrosion, that conservative end that you've used, would affect

10:46AM 10   the ability of you and others, if it comes to that, to determine

10:46AM 11   the forensic evidence, whether -- let me phrase it, would that

10:46AM 12   amount of corrosion on the high end harm the ability to determine

10:46AM 13   the causation, that is, do the forensic analysis?

10:46AM 14   A.    In general, what you're looking at is trying to set a

10:46AM 15   balance between preserving from the standpoint of corrosion and

10:46AM 16   then the rest of the evidence, because it doesn't help to

10:46AM 17   preserve the corrosion -- the evidence from the attack of

10:47AM 18   corrosion and then actually compromise significant other

10:47AM 19   evidence.

10:47AM 20        So the whole purpose of preservation is to preserve the

10:47AM 21   evidence in general.  And the amount of corrosion that we would

10:47AM 22   expect to occur over a month period is something that we can

10:47AM 23   account for when we inspect the surfaces, and we do not believe

10:47AM 24   that that amount of corrosion is going to greatly affect our

10:47AM 25   ability to do a forensic investigation.

10:47AM 1    Q.   When you say account for it, that is, the corrosion that

10:47AM 2    might occur, what do you mean by that?

10:47AM 3    A.   We can -- we can accept that there is some value of

10:47AM 4    corrosion that has occurred and account for that in any of the

10:47AM 5    measurements that we make and in our inspections of the

10:47AM 6    services -- the surfaces that we're looking at.

10:47AM 7    Q.   And is there a term called flash rust?

10:47AM 8    A.   Well, we use flash rust as probably more from the

10:48AM 9    atmospheric side of corrosion, and the flash rust would just be a

10:48AM 10   layer -- a thin layer of rust.  And that's the kind of corrosion

10:48AM 11   that we can -- we can easily clean up, account for, and that just

10:48AM 12   doesn't have an effect on our ability to do a forensic study.

10:48AM 13   Q.   So in terms of striking that balance between the ideal of

10:48AM 14   preservation and the goal of forensic testing to be able to

10:48AM 15   determine root causes, where does that balance strike, doing what

10:48AM 16   these folks would like to do or not doing them?

10:48AM 17   A.   From the standpoint of preservation, I see no reason at all

10:48AM 18   to perform the procedures that they are looking to perform from a

10:48AM 19   preservation standpoint when -- with respect to the forensic

10:48AM 20   study.

10:48AM 21        Now, those procedures may be performed as part of the

10:48AM 22   testing that is performed during the forensic investigation; but,

10:49AM 23   they lend very little to our -- to the actual preservation of the

10:49AM 24   material until that forensic study is performed.

10:49AM 25        Matter of fact, it's my opinion that that would compromise

10:49AM 1    significant data or significant forensic evidence during the

10:49AM 2    performing of that if that was not performed as part of the

10:49AM 3    forensic study.

10:49AM 4    Q.   Now, my questions of Mr. Farr probably weren't the most

10:49AM 5    articulate in terms of --

10:49AM 6             THE COURT:  Wait.  Before you go there, your last

10:49AM 7    answer, explain that for me.  What would be the risk of

10:49AM 8    compromising the forensic evidence?

10:49AM 9             THE WITNESS:  You know, we're looking at the failure of

10:49AM 10   the BOP and its components to react to the blowout.  And that is

10:49AM 11   probably -- in large part, will be contained within the ram

10:49AM 12   cavities and -- or could possibly be within the rams, it could be

10:50AM 13   associated with the packing material, the donuts, as we called

10:50AM 14   them.  That could be critical to our -- to our forensic evidence,

10:50AM 15   and that should only be -- and the ram -- the ram cavities, that

10:50AM 16   should only be opened up during the forensic investigation where

10:50AM 17   we are paying attention to the forensic evidence, as opposed to

10:50AM 18   only being concerned with preservation standpoint of the surfaces

10:50AM 19   from corrosion.

10:50AM 20            MR. UNDERHILL:  Thank you, Your Honor.

10:50AM 21                              EXAMINATION

10:50AM 22   BY MR. UNDERHILL:

10:50AM 23   Q.   I was going to say that my questions to Mr. Farr probably

10:50AM 24   weren't the most articulate because I'm not an engineer,

10:50AM 25   certainly not a BOP expert.

10:50AM 1      To the best of your understanding, could you take us, just

10:50AM 2  very generically, the steps that you understood that he talked

10:50AM 3  about doing?  And I'm not talking about the fine detail.  Just

10:50AM 4  keep it on the broad scope.

10:50AM 5      First of all, did he talk about removing the annulars?

10:50AM 6  A.   Yes.  I mean, he's talking about removing the annulars, he's

10:51AM 7  talking about opening up the ram cavities where the -- you know,

10:51AM 8  the ram positioning, for instance, may be very important to us,

10:51AM 9  and just what the condition of those are.  And we want to be able

10:51AM 10 to look at that for the first time within our forensic

10:51AM 11 investigation.

10:51AM 12     So most of the activities that they want to perform within

10:51AM 13 this intermediate preservation step, I think they called it,

10:51AM 14 those are all things that have to be done under the context of a

10:51AM 15 forensic investigation and preserving the evidence that may be

10:51AM 16 contained within those areas.

10:51AM 17 Q.   Is it safe to assume that when the testing protocol -- I'm

10:51AM 18 talking about the forensic testing goes forward in October, that

10:51AM 19 these things will, in fact, be taken apart?

10:51AM 20 A.   Yes, that's correct.

10:51AM 21 Q.   And will it be done in some sort of methodical protocol, a

10:52AM 22 step-by-step-by-step-by-step process, so that you can approach it

10:52AM 23 in a scientific forensic manner?

10:52AM 24 A.   That's correct, documenting every step that we take during

10:52AM 25 that process.

10:52AM 1    Q.   And by documenting, could you give us a little detail on

10:52AM 2    that?

10:52AM 3    A.   Well, the documenting will both be video documenting, it'd

10:52AM 4    be photography; but, also, it's the -- it's the location of each

10:52AM 5    component within those areas.  It's looking at the amount of

10:52AM 6    torque that it takes to remove the bolts from these areas.

10:52AM 7         I mean, it's just documenting everything that is involved

10:52AM 8    with removing the casings and going into these -- into these

10:52AM 9    areas and the components within them.  Positioning, condition of

10:53AM 10   the components, it's all of that.

10:53AM 11   Q.   Almost on the home stretch here, sir.  Two general summary

10:53AM 12   questions, and we can, I think, finish.

10:53AM 13        Is it your opinion that the -- whatever we want to call

10:53AM 14   them, short-term procedures, that in that gap of time between

10:53AM 15   September 9th and October 1st, is it your opinion that those

10:53AM 16   procedures must be done in order to preserve the evidence for the

10:53AM 17   purposes of forensic testing?

10:53AM 18   A.   These -- these tests should be done as long as they don't

10:53AM 19   interfere with or compromise any other forensic information.

10:53AM 20        So the condition of the BOP stack as it is brought up to the

10:53AM 21   surface is very critical.  The positioning, if -- if there is a

10:53AM 22   pipe within the wellbore of the BOP, that's critical to note

10:53AM 23   that.  And we want to be very careful as to whether we -- that we

10:54AM 24   don't disturb that evidence even during those preservation

10:54AM 25   procedures.

10:54AM 1      And that -- the discussion is -- will go on with the team

10:54AM 2  that's onboard doing that, doing the preservation procedures.

10:54AM 3  And the procedures have, in fact, within them decision points

10:54AM 4  depending on what is found as they bring the -- when the BOP then

10:54AM 5  is retrieved.

10:54AM 6  Q.   Is it fair -- do you understand that there are at least two,

10:54AM 7  possibly three pieces of drill pipe inside the BOP?

10:54AM 8  A.   I understand that there could be multiple pieces, I don't

10:54AM 9  know how many.

10:54AM 10  Q.   And I don't mean to be facetious here, but would it be

10:54AM 11  correct to state that that's not the way it's designed to be; in

10:54AM 12  other words, you're supposed to have one pipe in there at a time,

10:54AM 13  not two or three, correct?

10:54AM 14  A.   Yeah, multiple pieces and the conditions of those pieces,

10:54AM 15  all of that is -- is something that is just critical to the -- to

10:54AM 16  the forensic evidence.

10:55AM 17  Q.   And is it your preference that as little as possible be done

10:55AM 18  to disturb that forensic evidence?

10:55AM 19  A.   That is my position, until the forensic investigation team

10:55AM 20  is involved during that testing process.

10:55AM 21  Q.   And do you understand that it might -- they might have to do

10:55AM 22  things for other operational reasons, but your ideal would be

10:55AM 23  that they not perform them?

10:55AM 24  A.   That's correct.

10:55AM 25      And, again, it's what the condition is when they bring --

10:55AM 1    when it is brought up.  So that's -- that's the key.

10:55AM 2         And there are things that have to be done.  They have to

10:55AM 3    remove the LMRP off of the BOP.  They have to divide those two

10:55AM 4    pieces.  And that, in itself, you know, may disturb some of the

10:55AM 5    evidence, but that's understood that that has to be done to

10:55AM 6    safely transport.

10:55AM 7    Q.   Final question.  Is it your opinion, sir, that any of the

10:55AM 8    short-term procedures proposed by Transocean would do more harm

10:56AM 9    to the forensic testing and analysis than benefit they might

10:56AM 10   provide?

10:56AM 11   A.   It is my opinion that performing the procedures that

10:56AM 12   Transocean has indicated in their -- in their -- I think they are

10:56AM 13   calling their interim preservation or intermediate preservation

10:56AM 14   steps would do more -- is very likely to do more harm to the

10:56AM 15   forensic evidence than the preservation of it will be beneficial.

10:56AM 16        MR. UNDERHILL:  Thank you very much, sir.

10:56AM 17        THE COURT:  All right, Mr. Miller.

10:56AM 18                     CROSS-EXAMINATION

10:56AM 19   BY MR. MILLER:

10:56AM 20   Q.   Good morning.

10:56AM 21   A.   Good morning.

10:56AM 22   Q.   Some follow-up questions.  Let's start where you left off,

10:56AM 23   and that is on preserving forensic evidence.

10:57AM 24        Sir, the ram bores, are you aware that they were open

10:57AM 25   subsea?

10:57AM 1   A.   I'm aware that there have been intervention processes

10:57AM 2   performed; but, once we get them up, we want -- we want to start

10:57AM 3   from that position.

10:57AM 4   Q.   So you are aware that the ram bores have been opened and

10:57AM 5   functioned subsea?

10:57AM 6   A.   I don't know what all -- I don't know the detailed processes

10:57AM 7   that have occurred.

10:57AM 8   Q.   Do you know that the ram bores are going to be functioned

10:57AM 9   aboard the Q-4000 as part of the government-signed-off short-term

10:57AM 10  preservation plan?

10:57AM 11  A.   I understand that those will be cycled as part of that plan

10:57AM 12  as long as the -- there is a decision point when -- with respect

10:57AM 13  to whether the -- with the drill pipe that's inside and whether

10:57AM 14  that they are even -- the ability -- there is ability to function

10:58AM 15  them, there is a question.

10:58AM 16  Q.   So let me make sure I understand your testimony.  The ram

10:58AM 17  bores were opened subsea, and that's not disturbing forensic

10:58AM 18  evidence, right?

10:58AM 19  A.   That's not what I said.

10:58AM 20  Q.   What did you say?  They were opened subsea.

10:58AM 21  A.   They were opened subsea, so there is nothing that we can do

10:58AM 22  concerning that anymore.  We have to take that as a fact, and we

10:58AM 23  have to deal with that through looking carefully at the video

10:58AM 24  documentation of exactly what was performed and looking at that

10:58AM 25  as our starting point now that we have it -- once we retrieve it.

10:58AM 1    Q.    Based on your education and experience, the opening of the

10:58AM 2    ram bore subsea, could that have disturbed the forensic evidence?

10:58AM 3    A.    That could have disturbed the forensic evidence.

10:58AM 4    Q.    The opening of the ram bores aboard the Q-4000, could that

10:58AM 5    disturb the forensic evidence?

10:58AM 6    A.    The ram bores will not be opened.  They are talking about

10:59AM 7    cycling or functioning them.

10:59AM 8    Q.    What about the functioning of the ram bores aboard the

10:59AM 9    Q-4000, could that disturb forensic evidence?

10:59AM 10   A.    That could, and that is being discussed now that we're

10:59AM 11   onboard as part of the team.

10:59AM 12   Q.    But as I recall, you've signed off on the short-term

10:59AM 13   preservation plan, correct?

10:59AM 14   A.    I have not signed off.  We've just now been contracted as of

10:59AM 15   yesterday for the forensic investigation work, and we were

10:59AM 16   contracted a few days -- about a week ago to be part of the

10:59AM 17   preservation team from the standpoint of just overseeing and

10:59AM 18   documenting the procedures that are being performed.

10:59AM 19   Q.    So is the preservation plan that's been signed off by the

10:59AM 20   government subject to change now; is that what I'm hearing?

10:59AM 21   A.    No, because there are parts of that preservation document

10:59AM 22   that says a decision will be made as to whether and just how

11:00AM 23   those functions will occur.

11:00AM 24   Q.    Attachment 15 that we showed in open court, have you studied

11:00AM 25   that document before?

11:00AM 1    A.   I have read through it, yes, but fairly recently.

11:00AM 2    Q.   Let's focus in on what starts at -- this is attachment 15 --

11:01AM 3    or a portion of attachment 15 that I have up on the screen,

11:01AM 4    correct?

11:01AM 5    A.   Again, I've only looked at it one time, but I think it is,

11:01AM 6    yes.

11:01AM 7    Q.   And I'm looking at paragraph 30, and in particular 30B.

11:01AM 8    Does that paragraph contemplate functioning the bore rams?

11:01AM 9    A.   It contemplates functioning the rams, yes.

11:01AM 10   Q.   Can you tell us -- can you quantify for the Court how much

11:01AM 11   forensic disturbance is going to be caused by the operation of

11:01AM 12   paragraph 30 and the following subsections to the bore rams of

11:01AM 13   the BOP?

11:01AM 14   A.   I cannot quantify that.  That's why it's critical to collect

11:02AM 15   that information, as much information on site that you can, and

11:02AM 16   which this procedure does.  And then -- but quantifying any --

11:02AM 17   any compromise of forensic evidence, you cannot do unless you're

11:02AM 18   there and you see what's going on.

11:02AM 19   Q.   Can you compare the amount of disturbance to forensic

11:02AM 20   evidence that might occur if you were to compare the functioning

11:02AM 21   that's going to be done under paragraph 30 compared to the

11:02AM 22   functioning of the bore rams on dry land pursuant to an interim

11:02AM 23   preservation plan?

11:02AM 24   A.   You know, what we're talking about on the intermediate

11:02AM 25   preservation plan is dismantling those rams.  And that can

11:02AM 1   compromise significantly more data or more forensic information

11:02AM 2   than just the cycling of them.  As you said, they've been cycled

11:03AM 3   before.

11:03AM 4   Q.   Have you quantified the amount of forensic disturbance that

11:03AM 5   might occur by virtue of minimum preservation?

11:03AM 6   A.   We have not.

11:03AM 7   Q.   Is DNV's contract with the government to build out the

11:03AM 8   Michoud facility?

11:03AM 9   A.   The contract includes the ability to rent/purchase any

11:03AM 10  equipment necessary to perform the testing.

11:03AM 11  Q.   So you have a provision in the contract for procurement of

11:03AM 12  equipment, correct?

11:03AM 13  A.   Yes.

11:03AM 14  Q.   Has DNV started that process?

11:03AM 15  A.   Have not.  The contract was just written yesterday.

11:03AM 16  Q.   And are you aware that the planned site at Michoud is an

11:03AM 17  open slab?

11:03AM 18  A.   I am aware -- I am aware of that.

11:03AM 19  Q.   Is DNV going to be charged with building out that open slab

11:03AM 20  to accommodate the equipment that you must procure and the

11:04AM 21  personnel to preserve and do the forensic analysis of the BOP?

11:04AM 22  A.   DNV will be working in conjunction with the Coast Guard to

11:04AM 23  be sure that the facility -- whatever facility is required will

11:04AM 24  be built out there at the Michoud facility.

11:04AM 25  Q.   Are you aware of any plans or specifications that have been

| 11:04AM | 1 | created for build-out of the Michoud facility? |
|---|---|---|

11:04AM 1    created for build-out of the Michoud facility?

11:04AM 2    A.   I am not at this date.

11:04AM 3    Q.   Do you know if any plans have been started?

11:04AM 4    A.   I don't know of any detailed plans that have been started.

11:04AM 5    Q.   How about any plans at all?

11:04AM 6    A.   There have been discussions as to what may be required, yes.

11:04AM 7    Q.   Can you assure this Court that the Michoud facility will be

11:04AM 8    built out and the tools will be procured to be able to preserve

11:04AM 9    and forensically analyze the BOP on October 1st, 2010?

11:05AM 10   A.   I see no reason that we could not acquire the equipment

11:05AM 11   necessary and have the facility necessary there to be able to

11:05AM 12   initiate testing.

11:05AM 13   Q.   On October 1, 2010?

11:05AM 14   A.   On -- on or about October 1st.

11:05AM 15   Q.   Is that what your contract calls for?  Is that what the DNV

11:05AM 16   contract calls for?

11:05AM 17   A.   Yes.  It may not have October 1st as the date, but that does

11:05AM 18   call for that.

11:05AM 19   Q.   It calls for the Michoud facility being ready to go to

11:05AM 20   preserve and for the testing of the BOP at some date certain; is

11:05AM 21   that correct?

11:05AM 22   A.   Yes.  And it calls for the initiation of the testing.

11:05AM 23   Q.   And in order to initiate the testing, the facility is going

11:05AM 24   to have to be built out, correct?

11:05AM 25   A.   That's correct.

11:05AM 1   Q.   And the tools are going to have to be there, correct?

11:05AM 2   A.   Correct.

11:05AM 3   Q.   And they are going to have to be operational, correct?

11:06AM 4   A.   Correct.

11:06AM 5   Q.   And your representation to this Court is that it can all be

11:06AM 6   done by October 1st, 2010?

11:06AM 7   A.   That's correct.

11:06AM 8   Q.   Sir, you gave some estimates about rates of corrosion in

11:06AM 9   aqueous environments.  Do you recall that testimony?

11:06AM 10  A.   Yes.

11:06AM 11  Q.   The environment the BOP will experience once it's raised to

11:06AM 12  the surface and shipped to Michoud until the facility is built

11:06AM 13  out won't be an aqueous environment, correct?

11:06AM 14  A.   It will be an environment that should have inhibitors.  And

11:06AM 15  I was saying that the aqueous environment, the seawater

11:06AM 16  environment, and the numbers we use should probably be high end

11:06AM 17  values, not -- so they should be at the higher end of the

11:06AM 18  corrosion rate.

11:06AM 19  Q.   So you think the rate of deterioration -- corrosion, rather,

11:06AM 20  is higher subsea than it is sitting in a yard in New Orleans for

11:07AM 21  the month of September, unairconditioned, unsheltered?

11:07AM 22  A.   The rates of corrosion that I was speaking of are those for

11:07AM 23  oxygenated seawater.

11:07AM 24  Q.   But would the rate be higher if the BOP is placed in an open

11:07AM 25  yard in September in New Orleans?  You estimated potentially six

11:07AM 1    to 12 mils a year in an aqueous environment.  That's a subsea

11:07AM 2    environment, correct?

11:07AM 3    A.   No, that's an oxygenated seawater environment.  That's not

11:07AM 4    subsea.

11:07AM 5    Q.   Well, what do you mean by an oxygenated --

11:07AM 6    A.   That would be surface -- that would be a surface -- a

11:07AM 7    seawater environment.

11:07AM 8    Q.   And what's a seawater environment?

11:07AM 9    A.   That's your -- that's just your basic seawater that is --

11:07AM 10   you know, a sodium chloride type environment.

11:07AM 11   Q.   So next Friday, after the Saints play the Vikings on

11:07AM 12   September 9th, when the BOP is sitting out in the yard at

11:08AM 13   Michoud, it's 93 degrees and 80 percent humidity, do you call

11:08AM 14   that a saltwater environment?

11:08AM 15   A.   The internal components that will be emersed in water, yes,

11:08AM 16   I do.

11:08AM 17   Q.   Is it your opinion, sir, that the ambient conditions of

11:08AM 18   93 degrees Farenheit and 80 percent humidity will have no

11:08AM 19   corrosive impact, for example, on the inner working parts such as

11:08AM 20   the wellbore of the BOP?

11:08AM 21   A.   They will not have any -- on any of the sealed areas, the

11:08AM 22   humidity will not play an effect.  The humidity would play an

11:08AM 23   effect on exposed surfaces to the atmosphere.

11:08AM 24   Q.   What about the ambient air temperature, the heat itself,

11:08AM 25   will that have an effect?

11:08AM 1   A.   The heat itself could increase the corrosion rate, but I

11:08AM 2   don't believe it will increase it beyond the 12-mil-per-year type

11:08AM 3   number.   And if it does increase it, we're still talking minimal

11:09AM 4   corrosion that will occur during a four-to-five-week period.

11:09AM 5   Q.   So a highly ambient environment will lead to faster

11:09AM 6   corrosion than a subsea aqueous environment, correct?

11:09AM 7   A.   That's correct.

11:09AM 8   Q.   Sir, what about -- would you agree with me that within the

11:09AM 9   inner working parts of the BOP, including the well bore sections

11:09AM 10   and the annulars, that there is the potential, given the ambient

11:09AM 11   environment, for acidic reactions to occur?

11:09AM 12   A.   No, I don't agree.

11:09AM 13   Q.   Why not?

11:09AM 14   A.   It just isn't.   The reactions probably are driven by the

11:09AM 15   presence of oxygen, not the presence of acid.   And the acid you

11:09AM 16   might be talking about could be generated due to carbon dioxide

11:10AM 17   being present in the air.

11:10AM 18   Q.   What about -- you've talked a lot about the seawater

11:10AM 19   environment.   The wellbore section of the BOP, even when it's in

11:10AM 20   the ambient environment at the Michoud yard, it's still going to

11:10AM 21   have on it, and this is a real nontechnical term, remnants or

11:10AM 22   residue of saltwater, correct?

11:10AM 23   A.   Correct.   It will be washed and cleaned, you know, as per

11:10AM 24   the preservation procedures.

11:10AM 25   Q.   What about remnants of petroleum hydrocarbons, will those be

11:10AM  1   present on the wellbore pieces and parts?

11:10AM  2   A.   They could be, yes.

11:10AM  3   Q.   The presence of saltwater and petroleum hydrocarbons, would

11:10AM  4   that not lead to sulfuric acid reactions on those parts,

11:10AM  5   particularly when exposed to the hot ambient air in New Orleans?

11:10AM  6   A.   I don't believe so, no.

11:11AM  7   Q.   Why not?

11:11AM  8   A.   Just won't.  I don't know what reaction -- I don't know what

11:11AM  9   the cause of that reaction would be.

11:11AM  10   Q.   But it just won't, right?

11:11AM  11   A.   That reaction is not -- is not likely, no.  I've seen --

11:11AM  12   I've seen no data at all that would indicate that sulfuric acid

11:11AM  13   would form in the presence of hydrocarbon and water.

11:11AM  14   Q.   How about hydrocarbon and saltwater in 90-degree Fahrenheit

11:11AM  15   ambient temperatures?

11:11AM  16   A.   No.

11:11AM  17   Q.   You're not aware of any literature that says that?

11:11AM  18   A.   No.

11:11AM  19            MR. MILLER:  Your Honor, we're done.

11:11AM  20            THE COURT:  Any redirect?

11:11AM  21            MR. UNDERHILL:  Only one.

11:11AM  22                       REDIRECT EXAMINATION

11:11AM  23   BY MR. UNDERHILL:

11:11AM  24   Q.   Dr. Thompson, with respect to that October 1st date, are you

11:11AM  25   able to get the things on -- when you said you were able to do it

11:12AM  1    by October 1st, was that assuming that there is no interference

11:12AM  2    from lawyers; in other words, technical people are dealing with

11:12AM  3    technical people to get the job done?

11:12AM  4         MR. MILLER:  Why don't you ask him about interference by

11:12AM  5    a judge, too, while we're at it?

11:12AM  6         THE WITNESS:  You know, the -- can I -- oh.

11:12AM  7         THE COURT:  Well, obviously, I have to assume he would

11:12AM  8    say assuming interference from no one.

11:12AM  9         MR. UNDERHILL:  Fair enough.

11:12AM 10         THE COURT:  Whoever that might be.

11:12AM 11                            EXAMINATION

11:12AM 12    BY MR. UNDERHILL:

11:12AM 13    Q.   Left to do your own job, with the collaboration of other

11:12AM 14    technical people giving input, do you intend to do it by

11:12AM 15    October 1st?

11:12AM 16    A.   Yes.  The schedule is we have 14 days to establish the

11:12AM 17    testing procedures, a week for a review of those procedures and

11:12AM 18    another week to mobilize and initiate testing.

11:12AM 19         MR. UNDERHILL:  Thank you very much.  Thank you, sir.

11:12AM 20    No more.

11:12AM 21         THE COURT:  Is there some plan to involve and seek input

11:13AM 22    from the interested parties who are involved in this litigation?

11:13AM 23         THE WITNESS:  Absolutely.  I see no problem.  I mean,

11:13AM 24    that's been going on --

11:13AM 25         THE COURT:  In terms of what you're going to do in

11:13AM   1    developing your protocol?

11:13AM   2                THE WITNESS:  Yes.

11:13AM   3                THE COURT:  All right.  Thank you, sir.

11:13AM   4                MR. UNDERHILL:  Captain Englebert is in the courtroom,

11:13AM   5    if counsel wishes.

11:13AM   6                THE COURT:  Do you want to call her, Mr. Miller?

11:13AM   7                MR. MILLER:  Yes.  Thank you, Your Honor.  Transocean

11:13AM   8    calls as its next witness Captain Suzanne Englebert.

11:13AM   9                THE COURT:  Even though you weren't here, I have to

11:13AM  10    apologize for calling you lieutenant.  Okay?

11:13AM  11                THE WITNESS:  Yes, Your Honor.

11:13AM  12                THE DEPUTY CLERK:  Please raise your right hand.  Do you

11:13AM  13    solemnly swear that the testimony which you are about to give

11:13AM  14    will be the truth, the whole truth and nothing but the truth, so

11:13AM  15    help you God?

11:13AM  16                THE WITNESS:  I do.

11:13AM  17                MR. UNDERHILL:  Captain, let it also be known that I

11:14AM  18    defended your rank.

11:14AM  19                THE COURT:  He did.  He did.

         20                              **SUZANNE ENGLEBERT**

         21    was called as a witness and, after being first duly sworn by the

         22    Clerk, was examined and testified on her oath as follows:

         23                THE DEPUTY CLERK:  Please speak directly into the

         24    microphone.  State your name for the record and spell it.

11:14AM  25                THE WITNESS:  I'm Captain Suzanne Englebert,

11:14AM 1    S-U-Z-A-N-N-E, E-N-G-L-E-B-E-R-T.

11:14AM 2                        DIRECT EXAMINATION

11:14AM 3    BY MR. MILLER:

11:14AM 4    Q.   Good morning, Captain Englebert.  Am I saying your name

11:14AM 5    correctly?

11:14AM 6    A.   Yes.

11:14AM 7    Q.   Captain Englebert, you're currently a captain in the

11:14AM 8    United States Coast Guard, correct?

11:14AM 9    A.   Correct.

11:14AM 10   Q.   And where are you permanently stationed, Captain Englebert?

11:14AM 11   A.   I'm permanently stationed here in New Orleans.

11:14AM 12   Q.   And how long have you been stationed here in New Orleans?

11:14AM 13   A.   I reported here August 1st -- July 31st, excuse me.

11:14AM 14   Q.   July 31st of which year?

11:14AM 15   A.   This year.

11:14AM 16   Q.   July 31st of 2010.

11:14AM 17        Where were you stationed before July 31, 2010,

11:14AM 18   Captain Englebert?

11:14AM 19   A.   I was stationed in Seattle, Washington.

11:14AM 20   Q.   And how long were you stationed there?

11:14AM 21   A.   Two years.

11:14AM 22   Q.   Have you ever been stationed in New Orleans prior to your

11:14AM 23   assignment beginning July 31, 2010?

11:14AM 24   A.   I have not.

11:15AM 25             MR. MILLER:  May I approach the witness, Your Honor?

11:15AM 1          THE COURT:  Yes.

11:15AM 2                        EXAMINATION

11:15AM 3   BY MR. MILLER:

11:15AM 4   Q.   Captain, I'm going to hand you what's been marked as

11:15AM 5   Exhibit U.S. 105.  Take a moment, look it over.  I'll put it up

11:15AM 6   on the screen.

11:15AM 7          MR. UNDERHILL:  Your Honor, could I interject, Ms. Smith

11:15AM 8   pointed out that we may have -- it was a two-sided document.

11:15AM 9   When we distributed it to counsel, I'm not sure that you got both

11:15AM 10  sides.  Did you?  If not, I have complete copies.

11:15AM 11         MR. MILLER:  I think I did.  And I think she's got the

11:15AM 12  two-sided version, but I don't --

11:15AM 13         THE COURT:  What is that document?

11:15AM 14         MR. UNDERHILL:  It's -- this doesn't have a number on

11:15AM 15  it, but I think it was U.S. 105, Your Honor.  That's a complete

11:15AM 16  copy.

11:15AM 17         THE COURT:  What is it?

11:15AM 18         MR. UNDERHILL:  I'm sorry.  It's the physical evidence

11:15AM 19  collection protocol.  It's actually referred to by name in

11:16AM 20  Your Honor's order of August 27th.

11:16AM 21         THE COURT:  Okay.

11:16AM 22                        EXAMINATION

11:16AM 23  BY MR. MILLER:

11:16AM 24  Q.   Captain Englebert, are you familiar with Exhibit 105?

11:16AM 25  A.   Yes.

11:16AM 1   Q.   And what is it, Captain Englebert?

11:16AM 2   A.   It's the physical evidence collection for the

11:16AM 3   DEEPWATER HORIZON joint investigation team.

11:16AM 4   Q.   And you are familiar with this document?

11:16AM 5   A.   Yes, I am.

11:16AM 6   Q.   And I know they are not paginated, Captain Englebert, but

11:16AM 7   close to the back before the sign-off pages, I'll put it up on

11:16AM 8   the screen, you're listed as a contact person with respect to

11:17AM 9   this document, correct?

11:17AM 10  A.   Correct.

11:17AM 11  Q.   Captain Englebert, how many times have you been to the

11:17AM 12  Coast Guard facility at Michoud?

11:17AM 13  A.   Since August 1st, I've been there approximately three times

11:17AM 14  a week.

11:17AM 15  Q.   Had you been there prior to August 1st?

11:17AM 16  A.   Yes.  I actually started work as a liaison for the

11:17AM 17  DEEPWATER investigation team at the end of June of this year.

11:17AM 18  Q.   So when was the first time you went to the Coast Guard

11:18AM 19  Michoud facility?

11:18AM 20  A.   The end of June.

11:18AM 21  Q.   And you've been there several times since?

11:18AM 22  A.   Yes.

11:18AM 23  Q.   Let me direct your attention to -- excuse me, I have to

11:18AM 24  sneeze.

11:18AM 25       Let me direct your attention to enclosure three to this

11:18AM 1    document.  It's up on the screen.  Let me know when you're there.

11:18AM 2    A.   I'm there.

11:18AM 3    Q.   I'm looking at section 4, transfer of the BOP to the

11:18AM 4    Coast Guard base; you see that?

11:18AM 5    A.   Yes.

11:18AM 6    Q.   And is this plan as set forth in Section 4, is this still in

11:18AM 7    operation as far as you know?  Is this still a plan?

11:18AM 8    A.   The plan has been changed for the BOP to be put on a barge

11:19AM 9    rather than an offshore supply vessel.

11:19AM 10   Q.   Let's go through this and see what changes have taken place

11:19AM 11   because I don't know what's current and what's the latest.

11:19AM 12        The first bullet point says, once the OSV -- that's offshore

11:19AM 13   supply vessel -- arrives at the Coast Guard base with the BOP;

11:19AM 14   now, any changes in that first section?

11:19AM 15   A.   Once the blowout preventer arrives at the Michoud

11:19AM 16   facility -- it's not going to be an offshore supply vessel, it's

11:19AM 17   going to be barge.

11:19AM 18   Q.   So it's coming in on a barge.

11:19AM 19   A.   Correct.

11:19AM 20   Q.   And it follows by saying a Coast Guard contracted crane

11:19AM 21   company will be standing by to remove the BOP.  Is that still the

11:19AM 22   plan?

11:19AM 23   A.   That is not the plan.  BP agreed to provide the heavy lift

11:19AM 24   capability.

11:19AM 25   Q.   Is there a more updated version of this document?  I hate to

11:20AM 1   work from an old document, but it was the government's exhibit

11:20AM 2   yesterday.  So is there a newer document?

11:20AM 3   A.    No.

11:20AM 4   Q.    So there is no new written document; this is the only

11:20AM 5   written document of the plan, correct?

11:20AM 6   A.    Correct.

11:20AM 7   Q.    Do you know if the crane is going to be ready on

11:20AM 8   September 8th to do the lifting?

11:20AM 9   A.    The crane will be there when we're prepared to lift.  Part

11:20AM 10  of this also says that we will have to have a lift plan that has

11:20AM 11  been preapproved.  This is on the next page, paragraph four.

11:20AM 12  Coast Guard-contracted crane company will be standing by to

11:20AM 13  remove the BOP using a lift plan that has been preapproved by the

11:20AM 14  joint investigation team, NASA and the DOJ criminal team.  That

11:20AM 15  lift plan has not been created yet.

11:20AM 16  Q.    Do you know the status of the creation of the lift plan?

11:20AM 17  A.    No.

11:20AM 18  Q.    Let's look at the next bullet point.  I just put a circle

11:21AM 19  around it on my version.

11:21AM 20        The next bullet point, the BOP will be placed on a transport

11:21AM 21  vehicle and taken to the secure evidence yard that has been

11:21AM 22  established for DEEPWATER HORIZON evidence.

11:21AM 23        Is that still the plan, Captain?

11:21AM 24  A.    No.  No, it is not.

11:21AM 25  Q.    What's the plan now?

11:21AM 1    A.   The plan right now is to support the pier and put the

11:21AM 2    blowout preventer right on the pier.

11:21AM 3    Q.   Is there any current plan to revise the plan that we're

11:21AM 4    looking at on the screen with another written document?

11:21AM 5    A.   Not that I know of, although you've given me an idea.

11:22AM 6    Q.   Have all the changes that you've just mentioned so far been

11:22AM 7    oral changes?

11:22AM 8    A.   Yes.

11:22AM 9    Q.   Is the BOP ever intended for the evidence yard that's

11:22AM 10   contemplated, at least in this written plan at bullet point two

11:22AM 11   under section 4?

11:22AM 12   A.   For the permanent storage of the BOP, depending on what

11:22AM 13   happens after testing and how large the parts are after it's

11:22AM 14   taken apart, it may go to the storage yard that we have, or it

11:22AM 15   may stay on the pier.

11:22AM 16   Q.   What's the current plan for the testing location of the BOP

11:22AM 17   at Michoud?

11:22AM 18   A.   Testing location will be done on the west pier of the

11:22AM 19   Michoud facility.

11:22AM 20   Q.   Is that a pier that abuts the Industrial Canal?

11:22AM 21   A.   No.

11:22AM 22   Q.   Where is this pier?

11:22AM 23   A.   The pier is in the harbor off the Industrial Canal.  There

11:22AM 24   is a private NASA-controlled harbor or basin, as you would say.

11:23AM 25   Q.   Am I right when I told -- well, you weren't in court, but

11:23AM 1   the Michoud facility we're talking about, that's a Coast Guard

11:23AM 2   facility, not to be confused with the NASA facility; is that

11:23AM 3   correct?

11:23AM 4   A.    That is not correct.  It is a NASA facility.  The

11:23AM 5   Coast Guard has a space agreement with NASA and leases a pier

11:23AM 6   there, and NASA is making us a new pier there.  But the primary

11:23AM 7   purpose for that basin is for the off-load of the assembly

11:23AM 8   plant's product, which is the space shuttle tanks.

11:23AM 9   Q.    And so that's the pier that's going to be used, correct?

11:23AM 10  A.    It's the pier right next to it.

11:23AM 11        THE COURT:  Is the plan to construct a building of some

11:23AM 12  sort there?

11:23AM 13        THE WITNESS:  Yes, Your Honor.

11:23AM 14                        EXAMINATION

11:23AM 15  BY MR. MILLER:

11:23AM 16  Q.    Let's talk about that.  That's actually where I was going.

11:23AM 17  What are the plans to construct a building to house and to store

11:24AM 18  and to test the BOP?  Where does that stand?

11:24AM 19  A.    We were waiting for the award of the contract for the

11:24AM 20  testing, which was awarded, and DNV and NASA and I will work

11:24AM 21  together to make a plan.  We have some -- some conceptual ideas

11:24AM 22  of how to do it, but we want to work as a team to make the final

11:24AM 23  plan.

11:24AM 24  Q.    You heard the doctor from DNV give his testimony.  Do you

11:24AM 25  believe that this facility --

11:24AM 1       THE COURT:  I don't know if she was here.  Was she here

11:24AM 2  then?

11:24AM 3                            EXAMINATION

11:24AM 4  BY MR. MILLER:

11:24AM 5  Q.    Were you here when the doctor from DNV gave his testimony?

11:24AM 6  A.    No, sir.

11:24AM 7  Q.    I'm sorry, I thought you were sitting in the courtroom.

11:24AM 8        Do you believe that the facility at NASA Michoud to house a

11:24AM 9  BOP where it will be tested can be built by October 1st?

11:24AM 10 A.    Yes.

11:24AM 11 Q.    And you're prepared to assure the Court it will be built by

11:24AM 12 October 1st?

11:24AM 13 A.    I'm prepared to say to the Court that whatever is needed for

11:24AM 14 the approved and agreed-to testing will be provided at the

11:25AM 15 Michoud site by October 1st when we start the testing.

11:25AM 16 Q.    Would you agree with me, Captain Englebert, that it would be

11:25AM 17 inappropriate and potentially damaging to the evidence if the

11:25AM 18 facility is not built, for example, until November 1st, and

11:25AM 19 testing can't commence until November 1st, 2010?

11:25AM 20       MR. UNDERHILL:  I object on the lack of foundation.

11:25AM 21 With all respect to the captain's abilities, I don't think she's

11:25AM 22 a corrosion expert.  If he would like to ask the question to a

11:25AM 23 corrosion expert, I have no problem.

11:25AM 24       THE COURT:  I think that's probably right.  Do you feel

11:25AM 25 that's something that you can testify about?

11:25AM  1          THE WITNESS:  No, Your Honor.

11:25AM  2                        EXAMINATION

11:25AM  3  BY MR. MILLER:

11:25AM  4  Q.   Let me rephrase the question.  What's the goal of having the

11:25AM  5  facility constructed and operational by October 1, 2010, with

11:25AM  6  respect to preservation of the BOP?

11:25AM  7  A.   I don't know what it is with respect to preservation of the

11:26AM  8  BOP.  What I do know is facilitating a joint investigation team's

11:26AM  9  requirement to do the investigation and to complete the

11:26AM 10  investigation on a timeline that they have from Congress.

11:26AM 11  Q.   My question was a bad one.  Is the goal of having a ready

11:26AM 12  facility by October 1, 2010, at Michoud to, in fact, best

11:26AM 13  preserve the BOP as evidence?

11:26AM 14  A.   Yes.  To best preserve it and to secure it in a -- in the

11:26AM 15  most secure manner possible.

11:26AM 16  Q.   Let's go down section 4 and see if any of these other

11:26AM 17  provisions are still in effect.

11:26AM 18          I just circled the sixth bullet point down.  The BOP will

11:27AM 19  remain in the evidence yard until the testing contract and

11:27AM 20  protocols are finalized.  My guess is, is that provision has been

11:27AM 21  changed, correct, Captain?

11:27AM 22  A.   Yes.

11:27AM 23  Q.   What's the current version of that provision?

11:27AM 24  A.   The current version is the BOP will remain on the barge on a

11:27AM 25  secure waterfront until the testing contract and protocols are

11:27AM  1  finalized and approved.

11:27AM  2  Q.    And then it would be moved to the facility that's going to

11:27AM  3  be built by October 1st, correct?

11:27AM  4  A.    Correct.  The facility is where the barge is moored.

11:27AM  5  Q.    The facility that's going to be built to accommodate tools

11:27AM  6  and the equipment?

11:27AM  7  A.    The testing platform that we will be constructing to

11:27AM  8  facilitate --

11:27AM  9  Q.    Where is that going to be built?

11:27AM 10  A.    On the west pier.

11:27AM 11  Q.    On the pier itself?

11:27AM 12  A.    Yes.

11:27AM 13  Q.    Not on dry Michoud land?

11:28AM 14  A.    Correct.

11:28AM 15  Q.    And so it's not going to be built on the old evidence yard

11:28AM 16  land?

11:28AM 17  A.    No, sir.

11:28AM 18  Q.    That was my wrong assumption.  I thought that's what it was.

11:28AM 19        THE COURT:  Is this the same -- I think earlier today it

11:28AM 20  was referred to as a dock, the same pier or dock, whatever it is,

11:28AM 21  where there was earlier testimony about some metal plates or

11:28AM 22  something being reinforced, to reinforce the pier?

11:28AM 23        THE WITNESS:  Correct, Your Honor.

11:28AM 24        THE COURT:  Is that to allow the construction of the

11:28AM 25  building and placement of the BOP, or is that an interim measure?

11:28AM  1          THE WITNESS:  It's not an interim measure, sir.

11:28AM  2          THE COURT:  Because I was under the --

11:28AM  3          THE WITNESS:  Right.

11:28AM  4          THE COURT:  I guess I had the wrong impression.  I

11:28AM  5  thought it was going from the barge to this dock or pier and

11:28AM  6  temporarily until a building was built, but apparently the

11:28AM  7  building is going to be built on the pier.

11:28AM  8          THE WITNESS:  Yes, Your Honor.

11:28AM  9          THE COURT:  All right.  I think I understand.

11:28AM 10          THE WITNESS:  The building we intend to build, whether

11:28AM 11  it be -- of whatever nature we build will be right on the pier.

11:29AM 12          THE COURT:  I've got you.  Thank you.

11:29AM 13                         EXAMINATION

11:29AM 14  BY MR. MILLER:

11:29AM 15  Q.   Moving down the list, Captain, the second to last bullet

11:29AM 16  point in section 4, it states, in the alternative to the above,

11:29AM 17  and the above refers to the evidence yard, correct?  "If timely

11:29AM 18  arrangements may be made, the JIT's preference is to have the BOP

11:29AM 19  transferred and housed on its testing stump in a secure,

11:29AM 20  restricted access hanger onboard the NASA Michoud facility where

11:29AM 21  testing of the BOP will be conducted."

11:29AM 22       What's the current status of this alternative plan, Captain?

11:29AM 23  A.   That the BOP will not be transferred, but will stay aboard

11:29AM 24  the barge until it's transferred onto the pier.

11:29AM 25  Q.   What happened to this alternative?  It seems if you had a

11:29AM 1    ready-built hanger -- and I think that's what this paragraph

11:30AM 2    contemplates -- it was a ready-built hanger, maybe part of the --

11:30AM 3    what us locals associate with NASA Michoud, these big facilities,

11:30AM 4    why wasn't the JIT able to get a ready-built hanger to store the

11:30AM 5    BOP in once it gets to the NASA Michoud facility?

11:30AM 6    A.   This option became not an appropriate option because the BOP

11:30AM 7    is so heavy that we would have actually destroyed the road on the

11:30AM 8    Michoud facility.

11:30AM 9        We worked with NASA for many different options of how to

11:30AM 10   actually transport it to the hanger that this is referring to.

11:30AM 11   And the hanger floor is not constructed for that heavy of a

11:30AM 12   weight.  Actually, the facility itself is not particularly

11:31AM 13   constructed, the roadway specifically, for moving 450 tons,

11:31AM 14   approximately, and then handling it in the hanger.

11:31AM 15       So NASA engineers and construction engineers and myself

11:31AM 16   discussed it at length, and, actually, the best alternative for

11:31AM 17   the weight was to put it on the west pier.

11:31AM 18       THE COURT:  So this thing is heavier than the rocket

11:31AM 19   boosters that they build out there?

11:31AM 20       THE WITNESS:  Yes, Your Honor.  As one of the engineers

11:31AM 21   described it to me, think beer can.  80,000 pounds is actually

11:31AM 22   what they typically handle, and they don't handle any more than

11:31AM 23   that.

11:31AM 24       MR. MILLER:  Your Honor, the tanks are hollow.  And so

11:31AM 25   this BOP, correct me if I'm wrong, Captain, is many, many times

11:31AM 1    heavier than an external tank.

11:31AM 2            THE WITNESS:  Correct.

11:31AM 3                          EXAMINATION

11:31AM 4    BY MR. MILLER:

11:31AM 5    Q.   Let's look at the last bullet point.  It says,

11:32AM 6    "Alternatively, if the BOP must be stored outside, it shall be

11:32AM 7    covered to minimize exposure to and corrosion from the

11:32AM 8    environment."  Do you see that provision?

11:32AM 9    A.   Yes.

11:32AM 10   Q.   What's the current status of the plan, to quote this

11:32AM 11   document, minimize exposure to and corrosion from the

11:32AM 12   environment?

11:32AM 13   A.   Our plan at present is once we get the barge -- we don't

11:32AM 14   particularly know what the barge is going to -- rigging is going

11:32AM 15   to be like, but our plan is to take tarps, and working with the

11:32AM 16   rigger, who has been working to rig the barge, to tarp it

11:32AM 17   appropriately.

11:32AM 18   Q.   And tarp it with what kind of tarp, like a blue roof tarp?

11:33AM 19   Any particular specifications to protect and preserve the BOP?

11:33AM 20   A.   We'll be discussing that with DNV and NASA.

11:33AM 21   Q.   It seems to me in this last bullet point, the governmental

11:33AM 22   entities that signed off on this evidence preservation document

11:33AM 23   obviously are acknowledging that the BOP will corrode faster,

11:33AM 24   more in the outside environment in New Orleans than it would

11:33AM 25   inside of a hanger; is that correct?

11:33AM 1   A.    I think the maritime environment and water -- more than

11:34AM 2   anything, I believe that this statement is saying keep it from

11:34AM 3   the elements for rain.

11:34AM 4        We're going to have containments on the barge in case the

11:34AM 5   hydraulics or whatever is in the barge would leak.  So we're

11:34AM 6   worried about environment, and we're worried about the condition

11:34AM 7   of the BOP, certainly.

11:34AM 8   Q.    When I read the last two bullet points together, what I get

11:34AM 9   out of the last two bullet points is, with respect to minimizing

11:34AM 10  corrosion from the environment, it would be better to store the

11:34AM 11  BOP inside of the secure access hanger, correct, as opposed to

11:34AM 12  having it on the pier or in the evidence yard?  Would you agree

11:34AM 13  with that reading of the last two bullet points of section 4?

11:34AM 14  A.    I don't believe that that's what it says.

11:34AM 15  Q.    Well, what's your understanding of the last two bullet

11:35AM 16  points of section 4 when you compare storing the BOP in a secure

11:35AM 17  access hanger -- which would be indoors, correct?

11:35AM 18  A.    No.  Security does not necessarily mean that something has

11:35AM 19  to be indoors to be secure.

11:35AM 20  Q.    But does access hanger mean indoors?

11:35AM 21  A.    Can you repeat the question?

11:35AM 22  Q.    Access hanger, that would be an indoor environment, correct?

11:35AM 23  A.    That they were referring to in that bullet is an indoor

11:35AM 24  environment, yes.

11:35AM 25  Q.    And, again, so my reading of the last two bullet points is

11:35AM 1    that with respect to minimizing corrosion and exposure, it would

11:35AM 2    be better, if possible, to house the BOP in the access hanger; is

11:35AM 3    that your understanding of the last two bullet points, as well,

11:35AM 4    Captain?

11:35AM 5    A.   They thought at this point when they were writing this

11:36AM 6    document that that was a physical and technical capability.  The

11:36AM 7    last bullet clearly indicates to me that it needs to be stored;

11:36AM 8    if it's stored outside, to be covered.

11:36AM 9    Q.   Well, it says must be stored outside, right?  The last

11:36AM 10   bullet point?

11:36AM 11   A.   Correct.

11:36AM 12   Q.   So you don't read the second to last bullet point as a

11:36AM 13   preferred option versus the last bullet point in this overall

11:36AM 14   section?

11:36AM 15   A.   At the time this document was made, they thought it was an

11:36AM 16   alternative.  We've since found out that it's not engineeringly

11:36AM 17   possible to put it in that hanger.

11:36AM 18   Q.   And that's due to the road conditions and to the weight of

11:36AM 19   the BOP vis-a-vis the access road and the cement slab itself

11:36AM 20   inside the access hanger, correct?

11:36AM 21   A.   Correct.

11:36AM 22   Q.   If the road could tolerate the weight and if the slab inside

11:37AM 23   the hanger could tolerate the weight, would inside the hanger

11:37AM 24   still be the preferred location for storage of the BOP at

11:37AM 25   Michoud?

11:37AM 1    A.    If that were the case, I would reconsult with the people

11:37AM 2    that wrote this document.

11:37AM 3    Q.    Let's just jump down real quick.  Go to section 5, the

11:37AM 4    second to last bullet point.  It says, "A JIT" -- that's a joint

11:37AM 5    investigative team, right?

11:37AM 6    A.    Yes.

11:37AM 7    Q.    -- "will also allow parties in interest in the investigation

11:37AM 8    to provide input into the testing procedures, but the JIT will

11:37AM 9    make the final decision on this matter."  Do you see that

11:37AM 10   statement?

11:37AM 11   A.    Yes.

11:37AM 12   Q.    Is that still the current plan, that the JIT will make the

11:37AM 13   final decision on testing procedures?

11:37AM 14   A.    That is my understanding, yes.

11:38AM 15   Q.    And would that provision also apply to preservation of the

11:38AM 16   BOP, that the JIT will make the final decision about BOP

11:38AM 17   preservation?

11:38AM 18   A.    I do not know.

11:38AM 19   Q.    And would you know with respect to storage; that is, a JIT

11:38AM 20   will make the final decision on storage of the BOP?

11:38AM 21   A.    That's my understanding, yes.

11:38AM 22           THE COURT:  Who exactly is on the joint -- that's joint

11:38AM 23   investigation team, right?  Who is on that?  Are they listed in

11:38AM 24   the document?

11:38AM 25           THE WITNESS:  Your Honor, yes, they are listed at the

11:38AM  1  very end of this, right before the signature page.

11:38AM  2          THE COURT:  So are these all United States Coast Guard

11:38AM  3  personnel?

11:38AM  4          THE WITNESS:  No, Your Honor.  They are not.  They

11:39AM  5  are -- the joint investigation is cochaired by Coast Guard and

11:39AM  6  BOEM.  The members listed here -- I apologize, the members listed

11:39AM  7  here are all Coast Guard.

11:39AM  8          THE COURT:  Captain Nguyen, he's Coast Guard?

11:39AM  9          THE WITNESS:  Yes, Your Honor.

11:39AM 10          THE COURT:  Is that the same person who is chairing the

11:39AM 11  MBI hearings?

11:39AM 12          MR. BICKFORD:  Yes, it's the same.

11:39AM 13          THE COURT:  And then there's a Mr. Wheatley.  Who is he?

11:39AM 14          THE WITNESS:  He's a Coast Guard civilian.

11:39AM 15          THE COURT:  And Lieutenant Butts?

11:39AM 16          THE WITNESS:  Is Coast Guard.

11:39AM 17          THE COURT:  Commander McClelland?

11:39AM 18          THE WITNESS:  Coast Guard.

11:39AM 19          THE COURT:  And I know Lieutenant Commander Bray is a

11:39AM 20  Coast Guard, right?

11:39AM 21          THE WITNESS:  Correct.  This list doesn't have the BOEM

11:39AM 22  personnel on it.  I'm not quite sure why.

11:39AM 23          THE COURT:  So there are other persons on this JIT other

11:39AM 24  than these five persons here?

11:40AM 25          THE WITNESS:  Yes, there are.

11:40AM 1        THE COURT:  And those are from -- that's the new name of

11:40AM 2   MMS.  What's it called?  Bureau of Ocean and Energy Management,

11:40AM 3   or something like that?

11:40AM 4        THE WITNESS:  Yes, sir.

11:40AM 5        THE COURT:  How many people from there, just

11:40AM 6   approximately, are on the JIT?

11:40AM 7        THE WITNESS:  I believe there is three, the cochair and

11:40AM 8   two others.

11:40AM 9        THE COURT:  Anybody else?  Does that comprise the joint

11:40AM 10  investigation team?

11:40AM 11       MR. GODWIN:  There is actually, Your Honor, a

11:40AM 12  Jason Matthews, who's with BOEM, also.  At all the hearings of

11:40AM 13  the JIT, there have been actually six members of the JIT seated

11:40AM 14  at the main table there.

11:40AM 15       THE COURT:  The JIT -- some of these terms, the JIT, the

11:40AM 16  joint investigative team, is the same board that's been

11:40AM 17  conducting these -- the investigation?

11:40AM 18       MR. BICKFORD:  That's correct, Your Honor.

11:40AM 19       MR. MILLER:  And it's a multiagency task force.

11:41AM 20       THE COURT:  All right.

11:41AM 21       MR. MILLER:  Can I resume, Your Honor?

11:41AM 22       THE COURT:  Yes.

11:41AM 23                         EXAMINATION

11:41AM 24  BY MR. MILLER:

11:41AM 25  Q.   Last question, Captain.  It relates to section 6 of the

11:41AM 1    preservation plan, long-term storage of the BOP.  I circled it on

11:41AM 2    the ELMO.

11:41AM 3          The first bullet point says that the BOP will be stored in a

11:41AM 4    secure area of the NASA Michoud facility.  The exact location is

11:41AM 5    to be determined.

11:41AM 6          Has that location been determined?  Has this bullet point

11:41AM 7    been acted on or changed in any way?

11:41AM 8    A.    The proposal that we -- we haven't made the proposal yet

11:41AM 9    because we're working on the engineering plan still, but the

11:41AM 10   proposal will be to build a permanent building on the pier.

11:41AM 11   Q.    So it's one and the same, the location that's contemplated

11:41AM 12   in this first bullet point for long-term storage is the location

11:41AM 13   that you're aiming to build on the pier and have operational by

11:42AM 14   October 1st?

11:42AM 15   A.    Correct.  The test platform will be operational by

11:42AM 16   October 1st.

11:42AM 17   Q.    The test platform as opposed to what?

11:42AM 18   A.    The long-term storage needs may change based on the tests,

11:42AM 19   so we'll determine the appropriate structure for the -- after the

11:42AM 20   tests are all complete.

11:42AM 21   Q.    Does the test platform include some type of overhead

11:42AM 22   coverage?

11:42AM 23   A.    Our initial designs have an overhead coverage.

11:42AM 24   Q.    The next bullet point says, "The Coast Guard will contract

11:42AM 25   with NASA to lease the necessary space and will work with DOJ on

11:42AM 1    the longer-term needs of the government."  Any status update on
11:42AM 2    that bullet point?
11:42AM 3    A.   It's still our intent to do that.
11:42AM 4         MR. MILLER:  No further questions, Your Honor.  Thank
11:43AM 5    you, Captain.
11:43AM 6         MR. BICKFORD:  Your Honor, I have one question, if I
11:43AM 7    may.
11:43AM 8         THE COURT:  All right.  Go ahead.
11:43AM 9                        CROSS-EXAMINATION
11:43AM 10   BY MR. BICKFORD:
11:43AM 11   Q.   Good morning, Captain.  I'm Scott Bickford.
11:43AM 12        Do you have a plan for hurricane preparedness with regard to
11:43AM 13   the BOP once it's lifted onto the dock?  Is that in place?
11:43AM 14   Because I haven't seen it.  I know there is a plan for the --
11:43AM 15   while it's on the barge; but, once it's moved from the barge to
11:43AM 16   the dock, is there a plan in place?
11:43AM 17   A.   We're working with NASA to actually include the BOP into
11:43AM 18   their plan directly.  So it won't be a separate plan.  It will be
11:43AM 19   a plan or an appendix to their hurricane plan for their facility.
11:43AM 20   Q.   For their facility, but not for -- I mean, I understand this
11:43AM 21   is sitting out on an exposed dock versus being in any kind of
11:44AM 22   assembly facility.  Is that the contemplation at this point?
11:44AM 23   A.   Well, by the time it's on its test platform, it won't be
11:44AM 24   exposed to the -- to what you are describing; but, it will also
11:44AM 25   be cabled and chained appropriately to withstand the wind

11:44AM 1   conditions that Michoud designs to for hurricanes.

11:44AM 2   Q.   And which begs my question, is there going to be a set out

11:44AM 3   plan for securing that against a storm of that nature?  I

11:44AM 4   understand you're from Seattle.  We have those down here.

11:44AM 5   A.   I'm actually not from Seattle.

11:44AM 6        Yes, we will have a plan.  It will be permanently chained

11:44AM 7   and strapped down.  We do not have that plan, that rigging plan

11:44AM 8   yet.

11:44AM 9        MR. BICKFORD:  Thank you, Judge.

11:44AM 10       THE COURT:  I'm wondering what kind of wind it would

11:44AM 11  take with force to move a 450-ton object.  If that happens,

11:45AM 12  probably none of us would be here.  We won't have to worry about

11:45AM 13  it.

11:45AM 14       MR. UNDERHILL:  Your Honor, I live in earthquake

11:45AM 15  country.  I'm not sure which one of us has it worse.  I've never

11:45AM 16  been through a hurricane, but I have been through earthquakes.

11:45AM 17                     REDIRECT EXAMINATION

11:45AM 18  BY MR. UNDERHILL:

11:45AM 19  Q.   Captain, a lot of us would probably like to get out of here,

11:45AM 20  so let me try to be as brief as I can, please.

11:45AM 21       Captain, just in terms of -- Mr. Miller didn't go into some

11:45AM 22  of your background.  I'd only like to focus on one aspect.

11:45AM 23       Do you have a background in maritime security?

11:45AM 24  A.   Yes, sir.  I have 23 years of working with the maritime

11:45AM 25  industry, and I have a particular specialty in maritime security.

11:45AM 1    Q.   And did you, in fact -- a leading question here, but to

11:45AM 2    speed it up, did you, in fact, help write the regulations for the

11:45AM 3    present existing maritime security plans across the country?

11:45AM 4    A.   Yes, for both ships and port facilities, I helped write the

11:45AM 5    regulations and I implemented them in some areas.

11:45AM 6    Q.   Now, before we go to Michoud, have you presented -- been

11:45AM 7    presented by Mr. Miller and his clients with any form of security

11:46AM 8    plan for Oil States in Houston?

11:46AM 9        Let me back up.  Perhaps you know or perhaps you don't know.

11:46AM 10   These gentlemen would like to take this BOP to Oil States, Inc.,

11:46AM 11   in Houston, to have procedures done.  And it's an existing

11:46AM 12   facility, site, whatever.  Have you been provided any security

11:46AM 13   plans for that facility, which I'll tell you is Oil States, Inc.?

11:46AM 14   A.   No.  I have not.

11:46AM 15   Q.   Have you worked -- have you gone through the security plan

11:46AM 16   for this BOP at NASA Michoud?

11:46AM 17   A.   Yes, I have.

11:46AM 18   Q.   When the BOP is on the Q-4000, she gets underway,

11:46AM 19   transferred to a barge, taken to Michoud, is the Coast Guard

11:46AM 20   going to provide an escort?

11:46AM 21   A.   Yes, they are.

11:46AM 22   Q.   And are they going to provide any form of security cordon

11:46AM 23   around this little entourage?

11:47AM 24   A.   Yes, they are.

11:47AM 25   Q.   Once it gets to Michoud, does the Coast Guard have any plans

11:47AM  1    to enforce a security zone, and, if so, could you describe it

11:47AM  2    briefly?

11:47AM  3    A.    The security zone and safety zone that will be put in place

11:47AM  4    is in complement to what NASA already has in place for their

11:47AM  5    basin.

11:47AM  6         NASA has a security zone waterside and shoreside for their

11:47AM  7    basin already.  It's very substantial.  It includes 24-hour by

11:47AM  8    seven monitoring by video, pan and scan monitoring, very good.

11:47AM  9         I am not going to get into all of the security details

11:47AM 10    because I think that's privileged information for national

11:47AM 11    security; however, you can be assured that it's very high level

11:47AM 12    security, the highest level of security that a waterfront

11:47AM 13    facility can have.

11:47AM 14         In addition, the Coast Guard will also be complementing

11:47AM 15    their security with oversight and working with the local parish

11:48AM 16    who has also agreed to add some maritime patrols.

11:48AM 17    Q.    Is the -- any of the security zone around it that either is

11:48AM 18    in place or the Coast Guard is going to put in place, does it

11:48AM 19    impose criminal penalties for violation of that security zone

11:48AM 20    while at Michoud?

11:48AM 21    A.    Yes, substantial penalties.

11:48AM 22    Q.    I'm not a criminal lawyer.  Is it a class D felony, whatever

11:48AM 23    that means?

11:48AM 24    A.    Correct.  And up to $30,000.

11:48AM 25    Q.    Thank you.  And is there anything -- are they going to do

11:48AM  1    anything there about a no fly zone?

11:48AM  2    A.    Yes, Michoud has agreed to extend their no fly zone to the

11:48AM  3    basin --

11:48AM  4    Q.    What does that mean --

11:48AM  5    A.    -- which is actually -- well, it means that the FAA will

11:48AM  6    issue a no-fly over the basin.

11:48AM  7    Q.    And in terms of just overall security, I think we've gone

11:48AM  8    over this earlier with another witness, but this is where NASA

11:49AM  9    puts boosters for its space shuttle, correct?

11:49AM 10    A.    Correct.

11:49AM 11    Q.    And it's sitting on either the same or an adjacent dock to

11:49AM 12    where the BOP will be?

11:49AM 13    A.    Yes, an adjacent dock.  They offload off of the east pier.

11:49AM 14    Q.    And is NASA's -- in your opinion as a maritime security

11:49AM 15    person, with that background, is NASA's security facilities,

11:49AM 16    whatever the panoply of things they have, is that considered

11:49AM 17    sufficient by NASA to protect the interests of the United States

11:49AM 18    Government both as to the physical asset of the booster rockets

11:49AM 19    and the safety and security of the space shuttle once she goes

11:49AM 20    aloft?

11:49AM 21    A.    Yes.

11:49AM 22    Q.    And in your experience, is that a higher level of security

11:49AM 23    than you would have at, say, a typical shipyard dock?

11:49AM 24    A.    Yes, it's the highest level of security that I've seen in a

11:49AM 25    maritime facility, with the exception of possibly the Navy.

11:50AM 1        MR. UNDERHILL:  May I take a moment to confer,

11:50AM 2 Your Honor?  I might be done.

11:50AM 3     For you gentlemen that need her, again, it's Englebert.

11:50AM 4 I've been corrected myself.  So Lieutenant/Captain,

11:50AM 5 Englebert/Englebert, we'll get it right.

11:50AM 6     Ma'am, I thank you very much for your time, and hopefully

11:50AM 7 you can go back to your day job.  That's all the questions I

11:50AM 8 have.

11:50AM 9        THE COURT:  Any other questions?

11:50AM 10     The address -- there is an address here, I see on this

11:50AM 11 document, United States Coast Guard Base Support Unit,

11:50AM 12 New Orleans, located at 1790 Saturn Boulevard.  Is that out --

11:50AM 13 where is that?

11:50AM 14        THE WITNESS:  That's on the Michoud facility.

11:50AM 15        THE COURT:  Is that the same Coast Guard property leased

11:50AM 16 from NASA?

11:51AM 17        THE WITNESS:  Yes, Your Honor.

11:51AM 18        THE COURT:  I suppose -- you don't really want this

11:51AM 19 thing delivered to 400 Poydras Street, which one of the subpoenas

11:51AM 20 that I got a copy of calls for, right?

11:51AM 21        THE WITNESS:  No, Your Honor.

11:51AM 22        THE COURT:  That's the Texaco building next door, isn't

11:51AM 23 it?  I think you would have a hard time fitting it in the lobby.

11:51AM 24        MR. UNDERHILL:  Make a heck of a sculpture for the

11:51AM 25 lobby, though.

11:51AM 1        THE COURT:  You may step down, ma'am.  Thank you.

11:51AM 2        MR. UNDERHILL:  Your Honor, we may be done.  I have only

11:51AM 3   one more witness I would call.  I only intend to do so if he's

11:51AM 4   necessary.  I'm going to kind of salt the pond here.

11:51AM 5      If Your Honor is inclined to deny the motion to send it to

11:51AM 6   Houston --

11:51AM 7        THE COURT:  Who is the other witness, and what would he

11:51AM 8   say?

11:51AM 9        MR. UNDERHILL:  He's another DNV witness.  He's actually

11:51AM 10  a BOP expert.  I could call him if Your Honor wants.  I don't

11:51AM 11  think he's necessary, but I'm able to.

11:51AM 12     What I was going to say is that I'm asking Your Honor for an

11:51AM 13  advisory ruling here.  If you're inclined to deny the motion I

11:52AM 14  have no need to call him, if you're inclined to grant it then I

11:52AM 15  would actually like to put him on; as candidly as I can put it.

11:52AM 16       MR. MILLER:  Your Honor, if I may sum up and maybe bring

11:52AM 17  this matter to close so we can go to lunch.  I think the Court

11:52AM 18  has made its desires clear, and so I would like to propose

11:52AM 19  something with respect to our motion.

11:52AM 20     I don't think all of the issues in our motion are mature.

11:52AM 21  They certainly haven't been brought up today; but, one aspect of

11:52AM 22  it was, and that is, you know, what happens to the BOP over the

11:52AM 23  next three or four weeks.  And that's what we're keyed up on, so

11:52AM 24  I think the right disposition of our motion is either continued

11:52AM 25  or denied without prejudice or continued in part and so on and so

11:52AM  1    forth.

11:52AM  2          But I think what I would like to ask the Court for is if the

11:52AM  3    BOP is going to be transported to Michoud and put on this pier,

11:53AM  4    and then by October 1st they are going to be operational to

11:53AM  5    further preserve it and test it, that there be regular judicial

11:53AM  6    oversight into the progress that's being made at Michoud to be

11:53AM  7    able to preserve and store the BOP on a regular basis.

11:53AM  8          I'm not looking to tie people up.  They've got better things

11:53AM  9    to do.  But, you know, it's September 3rd, Your Honor.  We're

11:53AM 10    talking about going operational four weeks from today on

11:53AM 11    October 1st, with a lot of equipment, a lot of build-out, and a

11:53AM 12    lot of planning.

11:53AM 13          What we heard was, there is a concept.  There are not

11:53AM 14    engineering plans, there are not engineering drawings, no

11:53AM 15    equipment has been ordered, no contractors have been hired.  The

11:53AM 16    first piling hasn't been drilled based on what I heard today.

11:53AM 17          And my client's position is if the BOP can be preserved and

11:53AM 18    protected beginning October 1st in the right facility, that's

11:54AM 19    okay.  But we want to make sure we stay on this timeline, because

11:54AM 20    if we get past that, you know, it becomes the proverbial slippery

11:54AM 21    slope.  Then it's October 15th, then it's November 1st, then it's

11:54AM 22    November the 15th, and you really start to see this evidence

11:54AM 23    deteriorate.

11:54AM 24          So if it, in fact, is going to go to Michoud when it comes

11:54AM 25    up next week and is transported, we want to have judicial

11:54AM  1   oversight over that process under this Court's jurisdiction to

11:54AM  2   make sure that the BOP -- I understand there is security issues

11:54AM  3   and that's very important, but I'm not quite sure security

11:54AM  4   issues -- they need to be reconciled with preservation issues,

11:54AM  5   too.  And I think they are equal masters, Your Honor.

11:54AM  6        And we want court involvement over the preservation of the

11:54AM  7   BOP from the point of when it gets to Michoud and to make sure

11:54AM  8   that we're on a timeline.  And as things get done, if the Court

11:55AM  9   wants to set some return dates for plans and specifications, we

11:55AM 10   really think there needs to be court oversight to make sure we

11:55AM 11   stay on task.  And that's the relief we're asking for,

11:55AM 12   Your Honor.

11:55AM 13        THE COURT:  All right.  Well, I'm not quite sure what

11:55AM 14   that would entail.  I don't think that my role should be to try

11:55AM 15   to be project manager over this, you know.

11:55AM 16        I certainly do think that it's reasonable that we have some

11:55AM 17   report in the sense, the interested parties, as I appreciate it,

11:55AM 18   are going to continue to be involved in discussions and allowed

11:55AM 19   input into what is clearly evolving, even with the testimony here

11:55AM 20   today from Lieutenant Englebert.

11:55AM 21        MR. UNDERHILL:  Captain.

11:55AM 22        THE COURT:  Captain Englebert.

11:55AM 23        MR. UNDERHILL:  I'm sorry.

11:55AM 24        THE COURT:  I don't know why I keep saying lieutenant.

11:55AM 25   Captain Englebert.  Maybe I should call you -- what's the highest

11:56AM  1    rank, admiral?  Lieutenant admiral is what I mean.  What would be

11:56AM  2    the rank right below admiral?

11:56AM  3             MR. UNDERHILL:  Admiral of the lower half.

11:56AM  4             THE COURT:  But, in any event, based on her testimony, I

11:56AM  5    mean, it's pretty clear, and actually based on every time we've

11:56AM  6    had a hearing in this, that this is an evolving process and

11:56AM  7    planning process in terms of well control, recovery, and now

11:56AM  8    preservation of the evidence.

11:56AM  9       And it's been a constant balancing act here in my mind.  You

11:56AM 10    know, during the recovery operation, I think I said, and I didn't

11:56AM 11    want to interject myself into the unified command's well control

11:56AM 12    activities because I thought that those were paramount in terms

11:57AM 13    of finally controlling this well and safety and environmental

11:57AM 14    concerns; but, once this device is brought up to the surface and

11:57AM 15    brought ashore, it's -- you know, the well control and

11:57AM 16    environmental issues are no longer a factor, and then we get into

11:57AM 17    evidence preservation.

11:57AM 18       And, again, though, we still have to balance these different

11:57AM 19    factors and concerns.  There are legitimate concerns about

11:57AM 20    whether the evidence would corrode, whether there would be

11:57AM 21    corrosion or deterioration of the evidence over some period of

11:57AM 22    time; but, it seems to me that from what I've heard here today,

11:57AM 23    we're talking about a relatively brief period of time between now

11:57AM 24    and October 1st.  And, you know, I don't sense, even if it goes a

11:57AM 25    little bit beyond that, it would be a great concern.

11:57AM 1       Obviously, we're not talking about something going six

11:58AM 2  months or a year sitting out on a dock unprotected.  But, from

11:58AM 3  what I've heard here today, I think it favors allowing the plan

11:58AM 4  to proceed as the joint investigation team has proposed, and I

11:58AM 5  hope that every effort is made to see that this is carried

11:58AM 6  through on a timely basis.

11:58AM 7       So I'm going to deny your motion, Mr. Miller.  It doesn't

11:58AM 8  mean that you can't file another motion if circumstances change

11:58AM 9  or some other issues arise pertaining to this.

11:58AM 10       I don't want to become the super or project manager over

11:58AM 11  this, as I said; but, I would like to get a status report

11:59AM 12  periodically, maybe in two weeks or something, and see where

11:59AM 13  things are in terms of where the progress is being or has been

11:59AM 14  made, and you all can just give me a letter or a memo or

11:59AM 15  something.

11:59AM 16       MR. MILLER:  Your Honor, I think we're before you on the

11:59AM 17  initial status conference September 16th, so maybe that would be

11:59AM 18  the appropriate time --

11:59AM 19       THE COURT:  That's good.

11:59AM 20       MR. MILLER:  -- and an agenda item that we give you an

11:59AM 21  update on the condition at Michoud and the status of the

11:59AM 22  build-out and the equipment at that point in time.

11:59AM 23       THE COURT:  Just make sure to suggest that.  James is

11:59AM 24  starting to work on putting together an agenda, so all interested

11:59AM 25  parties should give any suggestions for the agenda for that

11:59AM   1    meeting.

11:59AM   2         I was going to say something else.  Oh, well, just that in

11:59AM   3    terms of the longer-term issues of preservation, forensic testing

12:00PM   4    analysis and forensic examination, again, from what I've heard

12:00PM   5    here, there will be opportunity for consultation and input from

12:00PM   6    the interested parties.  And I know that the -- I do think

12:00PM   7    that -- I hope that you all will be able to agree on the testing,

12:00PM   8    forensic protocols and those things without court intervention;

12:00PM   9    but, obviously, again, if there is some major disagreement or

12:00PM  10    disagreements before that begins -- none of that should begin

12:00PM  11    until protocols have been put in place and everyone has had a

12:00PM  12    chance to weigh in -- and if there are some major disagreements,

12:00PM  13    that's something that obviously can be brought back to the

12:00PM  14    attention of this Court before any testing or certainly any

12:01PM  15    destructive testing has begun.  Okay?

12:01PM  16         MR. MILLER:  Thank you, Your Honor.

12:01PM  17         THE COURT:  Does anyone have anything else?

12:01PM  18         MR. GORDAN:  Your Honor, my name is Steve Gordan from

12:01PM  19    Houston, Texas.  And I was late, and I just wanted to apologize.

12:01PM  20    I represent a party in interest, Doug Brown of the Joint

12:01PM  21    Investigation Taskforce.

12:01PM  22         THE COURT:  Eileen, here is the sheet.  I think there

12:01PM  23    are some other people who haven't signed in.  If anyone is here

12:01PM  24    who has not signed in to show that you were here today, we'll put

12:01PM  25    this in the record, you can sign in with Eileen as soon as we

12:01PM  1    finish.

12:01PM  2              MR. GORDAN:  That was it.  I just wanted to apologize.

12:01PM  3              THE COURT:  Thank you, sir.

12:01PM  4              MR. MILLER:  Your Honor, we have the issue of filing and

12:01PM  5    introducing into evidence the six or seven exhibits that we

12:01PM  6    introduced during the testimony.  I can do this in open court --

12:01PM  7              THE COURT:  All exhibits that were used will be

12:01PM  8    admitted, and you all just make sure they are properly

12:02PM  9    identified, if you need to identify them on the record with

12:02PM 10    Cathy, and make sure you give them to Eileen.

12:02PM 11              MR. UNDERHILL:  Your Honor, Kerry's folks filed a motion

12:02PM 12    to strike two pieces of evidence.  We've worked that out.

12:02PM 13              THE COURT:  I don't think he even introduced them.

12:02PM 14              MR. UNDERHILL:  They weren't introduced.  You don't need

12:02PM 15    to address it.

12:02PM 16              MR. MILLER:  That can be denied as moot, Your Honor.

12:02PM 17         What I will do is Transocean Exhibit Number 1 is a

12:02PM 18    photograph of the BOP stack that we showed during Mr. Farr's

12:02PM 19    testimony.  I would like to mark -- I'll do them all at once.

12:02PM 20    Transocean Exhibit 2 is another actual photograph of the

12:02PM 21    DEEPWATER HORIZON BOP stack.  Transocean Exhibit Number 3 is the

12:02PM 22    signed-off contingency recovery BOP with DP inside plan.

12:02PM 23         Your Honor, I've separately marked --

12:02PM 24              THE COURT:  Which has attached the so-called

12:03PM 25    attachment 15 --

12:03PM 1        MR. MILLER:  What I did, Your Honor, is I separately

12:03PM 2  marked attachment 15 as Exhibit 4, so it has its own exhibit

12:03PM 3  reference.

12:03PM 4        THE COURT:  Very well.

12:03PM 5        MR. MILLER:  That would be attachment 15 to the plan,

12:03PM 6  which is the short-term preservation plan of the BOP aboard the

12:03PM 7  Q-4000.

12:03PM 8     Exhibit 5 is Transocean's site requirements for interim

12:03PM 9  preservation of the DEEPWATER HORIZON BOP stack.

12:03PM 10     Exhibit 6, Your Honor, is a DEEPWATER HORIZON joint

12:03PM 11  investigation team physical evidence collection document.

12:03PM 12        THE COURT:  That's a document that during the testimony

12:03PM 13  was actually referred to as Exhibit 105, I believe.

12:03PM 14        MR. MILLER:  Government Exhibit 105, correct.  It was a

12:03PM 15  document we used with the captain from the Coast Guard.

12:03PM 16     Your Honor, at this point in time, I'd like to offer,

12:03PM 17  introduce and file into evidence Transocean Exhibits 1 through 6.

12:03PM 18        MR. UNDERHILL:  No objection.

12:03PM 19        THE COURT:  They are admitted.

12:03PM 20        (WHEREUPON, at this point in the proceedings, Transocean

12:03PM 21  Exhibits 1 through 6 were admitted.)

12:03PM 22        THE COURT:  I don't think the government had any other

12:03PM 23  exhibits, right?

12:03PM 24        MR. UNDERHILL:  I think the only one that Kerry didn't

12:04PM 25  have in there was 101, which was that schematic of the BOP.

12:04PM 1          THE COURT:  Do you want that in?

12:04PM 2          MR. UNDERHILL:  Yes, please, Your Honor.

12:04PM 3          THE COURT:  That will be Government 1?  Mr. Underhill,

12:04PM 4     Government 1?

12:04PM 5          MR. UNDERHILL:  I think we had it 101.

12:04PM 6          THE COURT:  101, that's fine.

12:04PM 7          (WHEREUPON, at this point in the proceedings, Government

12:04PM 8     Exhibit 101 was admitted.)

12:04PM 9          MR. HAYCRAFT:  Your Honor, Don Haycraft for BP.  We

12:04PM 10    filed a memorandum into the record yesterday; but, as a separate

12:04PM 11    exhibit for this proceeding, I would like to mark the declaration

12:04PM 12    of Mr. Allen as BP Number 1, and then the two subpoenas

12:04PM 13    subpoenaing the drill pipe and the BOP as BP Number 2 and

12:04PM 14    BP Number 3, in addition.

12:04PM 15         THE COURT:  All right.  Very well.  Those are admitted.

12:04PM 16         (WHEREUPON, at this point in the proceedings, BOP

12:04PM 17    Exhibits 1 through 3 were admitted.)

12:04PM 18         THE COURT:  Does anybody have anything else?  All right,

12:04PM 19    everyone.  Have a good Labor Day weekend.

12:04PM 20         VOICES:  Thank you, Your Honor.

21         (WHEREUPON, at 12:04 p.m., the proceedings were

22    concluded.)

23                        *    *    *

24

25

1                        REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter of the State of Louisiana, Official Court Reporter for

6  the United States District Court, Eastern District of Louisiana,

7  do hereby certify that the foregoing is a true and correct

8  transcript, to the best of my ability and understanding, from the

9  record of the proceedings in the above-entitled and numbered

10 matter.

11

12

13                          *s/Cathy Pepper*_____

14                          Cathy Pepper, CRR, RMR, CCR

15                          Official Court Reporter

16                          United States District Court

17

18

19

20

21

22

23

24

25

## $

**$30,000** [1] - 96:24

## 1

**1** [12] - 4:23, 4:25, 67:13, 82:5, 82:12, 105:17, 106:17, 106:21, 107:3, 107:4, 107:12, 107:17
**10** [4] - 18:13, 19:24, 36:7, 54:7
**101** [7] - 1:20, 4:24, 10:12, 106:25, 107:5, 107:6, 107:8
**105** [5] - 75:5, 75:15, 75:24, 106:13, 106:14
**106** [1] - 4:23
**107** [2] - 4:24, 4:25
**11** [1] - 30:18
**1100** [1] - 2:8
**12** [3] - 55:16, 55:19, 69:1
**12-mil-per-year** [1] - 70:2
**1201** [1] - 2:15
**12:04** [1] - 107:21
**14** [2] - 21:2, 72:16
**15** [12] - 24:1, 24:17, 24:24, 46:12, 46:13, 46:19, 64:24, 65:2, 65:3, 105:25, 106:2, 106:5
**15th** [5] - 12:9, 12:23, 100:21, 100:22
**16th** [1] - 103:17
**17** [2] - 4:5, 21:2
**1700** [1] - 2:15
**1790** [1] - 98:12
**18** [1] - 4:6
**1979** [1] - 18:15
**1st** [31] - 9:15, 13:3, 36:8, 36:19, 52:3, 52:7, 55:23, 60:15, 67:9, 67:14, 67:17, 68:6, 71:24, 72:1, 72:15, 74:13, 76:13, 76:15, 81:9, 81:12, 81:15, 81:18, 81:19, 83:3, 92:14, 92:16, 100:4, 100:11, 100:18, 100:21, 102:24

## 2

**2** [3] - 23:12, 105:20, 107:13
**2-7** [1] - 6:20
**20** [1] - 1:5
**20005** [1] - 2:12
**2010** [12] - 1:5, 1:7, 5:3, 67:9, 67:13, 68:6, 74:16, 74:17, 74:23, 81:19, 82:5, 82:12
**2179-1222** [1] - 1:6
**23** [1] - 94:24
**2303** [1] - 18:7
**24-hour** [1] - 96:7
**2615** [1] - 1:17
**27th** [1] - 75:20

## 3

**3** [6] - 1:7, 4:25, 5:3, 105:21, 107:14, 107:17
**30** [3] - 65:7, 65:12, 65:21
**30-plus** [1] - 51:10
**30B** [1] - 65:7
**31** [2] - 74:17, 74:23
**31st** [3] - 74:13, 74:14, 74:16
**33** [1] - 4:7
**338** [1] - 1:23
**34** [1] - 30:12
**34-item** [1] - 30:3
**350** [1] - 12:1
**3700** [1] - 2:8
**380** [1] - 21:3
**3rd** [3] - 15:6, 15:7, 100:9

## 4

**4** [8] - 77:3, 77:6, 79:11, 82:16, 84:16, 87:13, 87:16, 106:2
**400** [1] - 98:19
**435** [1] - 1:20
**450** [1] - 85:13
**450-ton** [1] - 94:11
**46** [1] - 4:8
**4th** [1] - 15:5

## 5

**5** [2] - 89:3, 106:8
**50** [6] - 4:9, 4:10, 24:6,

24:7, 24:17, 24:21
**50-step** [1] - 24:3
**500** [1] - 3:17
**5000** [1] - 2:5
**504** [1] - 3:18
**546** [1] - 2:18
**589-7779** [1] - 3:18
**5th** [1] - 36:8

## 6

**6** [6] - 4:23, 55:16, 91:25, 106:10, 106:17, 106:21
**60** [1] - 21:2
**601** [1] - 1:17
**62** [1] - 4:11
**655** [1] - 2:11

## 7

**701** [1] - 2:5
**70130** [4] - 1:17, 1:23, 2:19, 3:17
**70139** [1] - 2:6
**70163** [1] - 2:9
**70360** [1] - 1:20
**71** [1] - 4:12
**73** [1] - 4:13
**74** [1] - 4:14
**75270** [1] - 2:16

## 8

**8** [1] - 26:19
**8-9** [1] - 78:8
**80** [2] - 69:13, 69:18
**80,000** [1] - 85:21
**8th** [1] - 78:8

## 9

**9** [1] - 26:19
**90-degree** [1] - 71:14
**93** [3] - 4:15, 69:13, 69:18
**94** [1] - 4:16
**9:30** [1] - 1:7
**9th** [5] - 36:7, 36:18, 55:22, 60:15, 69:12

## A

**A.M** [1] - 1:7
**abilities** [1] - 81:21
**ability** [9] - 45:9,

24:7, 24:17, 24:21
56:10, 56:12, 56:25, 57:12, 63:14, 66:9, 108:8
**able** [14] - 12:10, 31:24, 36:20, 36:21, 57:14, 59:9, 67:8, 67:11, 71:25, 85:4, 99:11, 100:7, 104:7
**aboard** [13] - 6:21, 6:25, 7:6, 8:5, 10:6, 21:9, 23:19, 46:9, 63:9, 64:4, 64:8, 84:23, 106:6
**above-entitled** [1] - 108:9
**ABRAMSON** [1] - 1:15
**absolute** [1] - 14:1
**absolutely** [3] - 32:5, 53:4, 72:23
**abuts** [1] - 79:20
**Academy** [1] - 18:12
**accept** [2] - 54:8, 57:3
**access** [13] - 14:24, 42:12, 43:2, 43:5, 47:23, 84:20, 87:11, 87:17, 87:20, 87:22, 88:2, 88:19, 88:20
**accessible** [2] - 47:19, 47:24
**accommodate** [2] - 66:20, 83:5
**accomplish** [1] - 28:7
**accomplished** [3] - 19:3, 28:16, 46:23
**according** [2] - 13:1, 14:18
**account** [4] - 56:23, 57:1, 57:4, 57:11
**accumulator** [1] - 30:18
**acid** [4] - 70:15, 71:4, 71:12
**acidic** [4] - 25:25, 26:7, 28:1, 70:11
**acknowledge** [1] - 35:10
**acknowledged** [1] - 54:20
**acknowledging** [1] - 86:23
**acquire** [3] - 31:11, 31:16, 67:10
**act** [1] - 102:9
**acted** [1] - 92:7
**action** [1] - 37:5
**activities** [2] - 59:12, 102:12
**actual** [7] - 19:21, 19:23, 21:1, 33:3, 55:14, 57:23, 105:20

**adapter** [2] - 21:11, 21:14
**add** [3] - 54:10, 54:11, 96:16
**addition** [2] - 96:14, 107:14
**additional** [5] - 13:25, 14:1, 47:25, 48:5, 48:8
**address** [6] - 18:5, 18:7, 47:18, 98:10, 105:15
**addressed** [3] - 25:12, 25:13, 39:20
**adequately** [2] - 25:5, 25:20
**adjacent** [2] - 97:11, 97:13
**admiral** [4] - 102:1, 102:2, 102:3
**admitted** [6] - 105:8, 106:19, 106:21, 107:8, 107:15, 107:17
**ADMITTED.........** [1] - 4:23
**ADMITTED...............** [1] - 4:25
**ADMITTED...............** [1] - 4:24
**advantage** [1] - 13:17
**advise** [1] - 6:8
**advisory** [1] - 99:13
**affect** [3] - 36:22, 56:9, 56:24
**afternoon** [1] - 6:14
**agenda** [3] - 103:20, 103:24, 103:25
**ago** [5] - 14:9, 19:4, 19:24, 29:15, 64:16
**agree** [11] - 7:19, 8:13, 8:21, 17:1, 39:20, 41:25, 70:8, 70:12, 81:16, 87:12, 104:7
**agreed** [12] - 7:24, 9:15, 19:10, 26:2, 28:7, 38:25, 39:12, 39:13, 77:23, 81:14, 96:16, 97:2
**agreed-to** [1] - 81:14
**agreeing** [1] - 42:19
**agreement** [2] - 37:14, 80:5
**ahead** [10] - 19:12, 19:17, 22:1, 22:2, 40:13, 40:14, 40:21, 47:15, 54:23, 93:8
**aiming** [1] - 92:13
**air** [4] - 26:8, 69:24, 70:17, 71:5

**airplane** [1] - 14:11
**Alabama** [1] - 51:6
**ALAN** [1] - 2:14
**ALL** [1] - 1:8
**Allen** [1] - 107:12
**allocated** [1] - 45:13
**allow** [4] - 16:3, 43:1, 83:24, 89:7
**allowed** [1] - 101:18
**allowing** [1] - 103:3
**almost** [2] - 42:21, 60:11
**aloft** [1] - 97:20
**ALSO** [1] - 2:21
**altered** [2] - 48:15, 48:17
**alternative** [8] - 12:6, 12:24, 45:12, 84:16, 84:22, 84:25, 85:16, 88:16
**Alternatively** [1] - 86:6
**alternatively** [1] - 12:25
**aluminum** [1] - 14:11
**ambient** [7] - 69:17, 69:24, 70:5, 70:10, 70:20, 71:5, 71:15
**AMERICAN** [1] - 1:16
**amount** [13] - 12:14, 35:25, 36:2, 36:10, 36:17, 55:6, 55:7, 56:12, 56:21, 56:24, 60:5, 65:19, 66:4
**analysis** [11] - 28:15, 39:7, 41:20, 41:21, 51:15, 51:16, 51:25, 56:13, 62:9, 66:21, 104:4
**analyze** [2] - 43:2, 67:9
**annular** [1] - 25:22
**annulars** [12] - 22:22, 38:13, 38:24, 40:14, 40:22, 41:3, 47:18, 47:20, 59:5, 59:6, 70:10
**annulus** [1] - 48:11
**answer** [8] - 25:12, 35:6, 37:3, 39:21, 39:22, 44:12, 58:7
**anticipate** [1] - 13:11
**apart** [3] - 11:3, 59:19, 79:14
**apologize** [5] - 6:14, 73:10, 90:6, 104:19, 105:2
**apparatus** [1] - 12:2
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appendix** [1] - 93:19

**apply** [1] - 89:15
**appreciate** [3] - 39:21, 41:2, 101:17
**approach** [7] - 8:23, 19:13, 29:20, 42:19, 50:10, 59:22, 74:25
**approached** [1] - 43:12
**appropriate** [3] - 85:6, 92:19, 103:18
**appropriately** [2] - 86:17, 93:25
**approved** [5] - 24:20, 28:17, 52:9, 81:14, 83:1
**APRIL** [1] - 1:5
**aqueous** [6] - 55:15, 68:9, 68:13, 68:15, 69:1, 70:6
**architect** [1] - 18:14
**area** [9] - 10:24, 10:25, 44:23, 45:1, 45:3, 45:5, 45:15, 55:12, 92:4
**areas** [9] - 25:21, 25:22, 47:23, 59:16, 60:5, 60:6, 60:9, 69:21, 95:5
**arise** [1] - 103:9
**arrangements** [1] - 84:18
**arrives** [2] - 77:13, 77:15
**arrow** [2] - 20:18, 20:19
**arrows** [1] - 41:3
**articulate** [2] - 58:5, 58:24
**ashore** [1] - 102:15
**aside** [1] - 43:18
**aspect** [2] - 94:22, 99:21
**aspects** [2] - 51:10, 54:2
**aspersions** [1] - 15:25
**assembled** [1] - 19:20
**assembly** [2] - 80:7, 93:22
**asset** [1] - 97:18
**assignment** [1] - 74:23
**assistant** [1] - 10:21
**associate** [1] - 85:3
**associated** [4] - 14:12, 51:15, 51:18, 58:13
**Association** [1] - 54:12
**assume** [2] - 59:17, 72:7

**assumed** [1] - 26:14
**assuming** [3] - 27:15, 72:1, 72:8
**assumption** [1] - 83:18
**assurance** [1] - 14:1
**assure** [2] - 67:7, 81:11
**assured** [1] - 96:11
**atmosphere** [5] - 22:10, 46:23, 47:9, 47:12, 69:23
**atmospheric** [3] - 48:6, 48:15, 57:9
**attached** [2] - 23:4, 105:24
**attachment** [12] - 24:1, 24:17, 24:24, 46:12, 46:13, 46:19, 64:24, 65:2, 65:3, 105:25, 106:2, 106:5
**attack** [1] - 11:19, 56:17
**attempted** [1] - 18:19
**attended** [1] - 19:4
**attending** [1] - 25:1
**attention** [4] - 58:17, 76:23, 76:25, 104:14
**attorney** [2] - 6:10, 35:11
**August** [4] - 74:13, 75:20, 76:13, 76:15
**availability** [1] - 45:8
**available** [6] - 26:22, 31:8, 31:12, 31:15, 31:23, 33:6, 36:13, 45:1, 55:17
**average** [1] - 56:6
**award** [1] - 80:19
**awarded** [3] - 51:23, 52:15, 80:20
**aware** [12] - 45:3, 45:5, 45:21, 62:24, 63:1, 63:4, 66:16, 66:18, 66:25, 71:17

**B**

**B406** [1] - 3:17
**BAAY** [1] - 3:12
**Bachelor's** [1] - 51:5
**background** [10] - 34:1, 34:12, 43:22, 53:6, 54:8, 54:11, 94:22, 94:23, 97:15
**bad** [1] - 82:11
**balance** [5] - 36:21, 56:15, 57:13, 57:15, 102:18

**balancing** [2] - 13:16, 102:9
**ball** [1] - 17:11
**BARBIER** [1] - 1:11
**bare** [1] - 32:24
**barge** [35] - 7:9, 7:10, 9:3, 10:6, 11:5, 11:6, 11:21, 11:22, 11:23, 12:8, 12:25, 24:15, 26:15, 27:11, 27:12, 44:3, 44:4, 44:7, 44:16, 44:17, 77:8, 77:17, 77:18, 82:24, 83:4, 84:5, 84:24, 86:13, 86:14, 86:16, 87:4, 87:5, 93:15, 95:19
**barged** [1] - 16:15
**barging** [1] - 16:16
**base** [2] - 77:4, 77:13
**Base** [1] - 98:11
**based** [8] - 25:8, 36:12, 55:24, 64:1, 92:18, 100:16, 102:4, 102:5
**basic** [4] - 34:4, 35:17, 51:3, 69:9
**basin** [6] - 79:24, 80:7, 96:5, 96:7, 97:3, 97:6
**basis** [4] - 28:24, 55:8, 100:7, 103:6
**became** [1] - 85:6
**become** [1] - 103:10
**becomes** [1] - 100:20
**beer** [1] - 85:21
**BEFORE** [1] - 1:11
**begin** [1] - 104:10
**beginning** [3] - 31:1, 74:23, 100:18
**begins** [1] - 104:10
**begs** [1] - 94:2
**begun** [1] - 104:15
**behalf** [2] - 6:1, 6:3
**behind** [3] - 25:21, 39:3, 40:25
**belief** [1] - 28:12
**below** [3] - 22:8, 41:8, 102:2
**beneficial** [1] - 62:15
**benefit** [2] - 40:10, 62:9
**BERTAUT** [1] - 2:18
**Berwick** [3] - 19:20, 45:2, 45:19
**best** [9] - 7:5, 13:2, 27:20, 42:3, 59:1, 82:12, 82:14, 85:16, 108:8
**better** [6] - 8:19,

12:11, 14:25, 87:10, 88:2, 100:8
**between** [8] - 13:24, 34:5, 36:7, 36:18, 56:15, 57:13, 60:14, 102:23
**beyond** [3] - 34:8, 70:2, 102:25
**Bickford** [1] - 93:11
**BICKFORD** [7] - 1:22, 1:22, 90:12, 91:18, 93:6, 93:10, 94:9
**BICKFORD................ .....** [1] - 4:15
**big** [6] - 12:16, 12:21, 14:24, 30:12, 85:3
**BINTCLIFFE** [1] - 3:13
**Birmingham** [1] - 51:6
**bit** [1] - 102:25
**black** [2] - 10:15, 10:19
**blame** [1] - 10:20
**blocks** [7] - 32:9, 40:8, 40:25, 47:18, 47:20, 47:21
**blowout** [7] - 12:3, 14:19, 20:19, 42:7, 58:10, 77:15, 79:2
**blue** [4] - 22:6, 23:2, 37:18, 86:18
**board** [2] - 10:17, 91:16
**boat** [1] - 14:20
**boats** [1] - 11:19
**BOEM** [3] - 90:6, 90:21, 91:12
**bolted** [1] - 21:11
**bolts** [1] - 60:6
**bonnets** [9] - 40:7, 40:11, 40:16, 40:17, 40:24, 40:25, 41:8, 41:9, 41:15
**booster** [2] - 14:14, 97:18
**boosters** [2] - 85:19, 97:9
**BOP** [176] - 4:25, 6:15, 6:20, 6:22, 6:25, 7:6, 8:1, 8:6, 9:25, 11:1, 12:4, 13:9, 18:20, 18:21, 18:23, 18:25, 19:8, 19:12, 19:19, 19:21, 19:23, 20:19, 20:25, 21:1, 21:2, 21:4, 21:5, 21:15, 21:16, 22:1, 22:14, 22:15, 22:17, 22:22, 23:10, 23:19, 24:9, 24:10, 24:13, 24:17, 24:21, 25:5, 25:10,

25:13, 25:14, 25:19, 25:25, 26:18, 27:11, 27:15, 28:1, 29:9, 30:3, 30:11, 31:1, 31:7, 31:24, 32:9, 32:15, 33:3, 33:5, 33:7, 37:7, 37:8, 37:16, 38:10, 38:23, 39:9, 40:17, 40:23, 41:14, 41:18, 42:1, 42:6, 42:13, 42:14, 42:16, 43:2, 43:18, 43:20, 43:23, 44:4, 44:8, 46:20, 46:21, 46:22, 46:23, 47:8, 47:12, 47:17, 48:2, 48:7, 48:9, 51:25, 55:22, 58:10, 58:25, 60:20, 60:22, 61:4, 61:7, 62:3, 65:13, 66:21, 67:9, 67:20, 68:11, 68:24, 69:12, 69:20, 70:9, 70:19, 77:3, 77:8, 77:13, 77:21, 78:13, 78:20, 79:9, 79:12, 79:16, 80:18, 81:9, 82:6, 82:8, 82:13, 82:18, 82:24, 83:25, 84:18, 84:21, 84:23, 85:5, 85:6, 85:25, 86:6, 86:19, 86:23, 87:7, 87:11, 87:16, 88:2, 88:19, 88:24, 89:16, 89:20, 92:1, 92:3, 93:13, 93:17, 95:10, 95:16, 95:18, 97:12, 99:10, 99:22, 100:3, 100:7, 100:17, 101:2, 101:7, 105:18, 105:21, 105:22, 106:6, 106:9, 106:25, 107:13, 107:16
**BOP's** [1] - 40:23
**bore** [8] - 28:1, 38:10, 38:19, 64:2, 65:8, 65:12, 65:22, 70:9
**bores** [7] - 62:24, 63:4, 63:8, 63:17, 64:4, 64:6, 64:8
**bottom** [1] - 21:15
**Boulevard** [1] - 98:12
**BP** [9] - 19:2, 25:2, 45:12, 47:5, 77:23, 107:9, 107:12, 107:13, 107:14
**BP's** [2] - 7:18, 23:4
**BRACKEN** [1] - 3:10
**branch** [1] - 18:15

**Bray** [1] - 90:19
**BRAY** [1] - 2:23
**break** [1] - 18:16
**breakdown** [1] - 22:15
**breaking** [1] - 21:19
**bridge** [1] - 14:10
**brief** [5] - 16:7, 34:1, 49:10, 94:20, 102:23
**briefly** [3] - 18:9, 51:1, 96:2
**bring** [7] - 17:11, 32:12, 33:4, 34:2, 61:4, 61:25, 99:16
**bringing** [2] - 16:17, 29:5
**broad** [1] - 59:4
**broadly** [1] - 40:3
**brought** [8] - 36:23, 43:23, 60:20, 62:1, 99:21, 102:14, 102:15, 104:13
**Brown** [1] - 104:20
**build** [11] - 9:4, 14:7, 66:7, 67:1, 84:10, 84:11, 85:19, 92:10, 92:13, 100:11, 103:22
**build-out** [4] - 9:4, 67:1, 100:11, 103:22
**building** [15] - 14:13, 14:15, 15:8, 15:13, 49:4, 66:19, 80:11, 80:17, 83:25, 84:6, 84:7, 84:10, 92:10, 98:22
**BUILDING** [1] - 1:16
**buildings** [1] - 14:12
**built** [20] - 7:14, 8:8, 10:7, 15:3, 66:24, 67:8, 67:24, 68:12, 81:9, 81:11, 81:18, 83:3, 83:5, 83:9, 83:15, 84:6, 84:7, 85:1, 85:2, 85:4
**bullet** [25] - 77:12, 78:18, 78:20, 79:10, 82:18, 84:15, 86:5, 86:21, 87:8, 87:9, 87:13, 87:15, 87:23, 87:25, 88:3, 88:7, 88:10, 88:12, 88:13, 89:4, 92:3, 92:6, 92:12, 92:24, 93:2
**bureau** [1] - 91:2
**busy** [1] - 6:11
**buttocks** [1] - 27:25
**Butts** [1] - 90:15
**buy** [1] - 12:20
**BY** [45] - 1:4, 1:16, 1:22, 2:3, 2:8, 2:14,

2:18, 3:19, 3:19, 4:6, 4:7, 4:8, 4:10, 4:11, 4:12, 4:14, 4:15, 4:16, 18:3, 20:23, 21:7, 21:24, 29:24, 33:21, 37:12, 43:10, 46:8, 46:17, 50:15, 55:4, 58:22, 62:19, 71:23, 72:12, 74:3, 75:3, 75:23, 80:15, 81:4, 82:3, 84:14, 86:4, 91:24, 93:10, 94:18

# C

**cabled** [1] - 93:25
**calculate** [2] - 55:6, 55:7
**calculation** [2] - 55:24, 55:25
**calculations** [2] - 35:24, 36:1
**CALLED** [1] - 5:4
**Cameron** [3] - 39:1, 39:18, 45:22
**Cameron's** [4] - 19:8, 19:20, 45:2, 45:19
**Canal** [2] - 79:20, 79:23
**candidly** [1] - 99:15
**cannot** [5] - 22:9, 25:7, 37:4, 65:14, 65:17
**capability** [2] - 77:24, 88:6
**capacity** [3] - 20:6, 26:17, 30:13
**CAPTAIN** [1] - 2:23
**Captain** [21] - 48:23, 73:8, 73:25, 74:4, 74:7, 74:10, 74:18, 76:1, 76:6, 76:11, 78:23, 81:16, 82:21, 84:15, 84:22, 85:25, 88:4, 91:25, 93:5, 93:11, 101:25
**captain** [14] - 49:17, 49:18, 49:24, 73:4, 73:17, 74:7, 75:4, 75:24, 90:8, 94:19, 94:21, 101:21, 101:22, 106:15
**captain's** [1] - 81:21
**captured** [1] - 46:24
**car** [1] - 16:14
**carbon** [1] - 70:16
**care** [2] - 15:22, 23:14
**careful** [1] - 60:23

**carefully** [1] - 63:23
**CARL** [1] - 1:11
**CARMELITE** [1] - 2:18
**CARONDELET** [1] - 2:18
**carried** [1] - 103:5
**case** [11] - 15:25, 18:11, 35:2, 36:23, 39:23, 41:23, 42:17, 51:25, 53:13, 87:4, 89:1
**CASES** [1] - 1:8
**cases** [1] - 16:21
**casing** [1] - 20:21
**casings** [1] - 60:8
**cast** [1] - 15:24
**Cathy** [3] - 105:10, 108:3, 108:14
**CATHY** [1] - 3:16
**causation** [2] - 35:3, 56:13
**caused** [2] - 48:6, 65:11
**causes** [1] - 57:15
**cavities** [4] - 47:19, 58:12, 58:15, 59:7
**CCR** [2] - 3:16, 108:14
**cement** [3] - 14:21, 26:25, 88:19
**certain** [1] - 67:20
**certainly** [8] - 16:20, 17:12, 54:18, 58:25, 87:7, 99:21, 101:16, 104:14
**CERTIFICATE** [1] - 108:1
**CERTIFIED** [1] - 3:16
**Certified** [2] - 108:3, 108:4
**certify** [1] - 108:7
**chain** [2] - 35:9, 35:11
**chained** [2] - 93:25, 94:6
**chairing** [1] - 90:10
**chance** [1] - 104:12
**change** [3] - 64:20, 92:18, 103:8
**changed** [4] - 23:24, 77:8, 82:21, 92:7
**changes** [4] - 77:10, 77:14, 79:6, 79:7
**changing** [1] - 30:22
**charged** [1] - 66:19
**Chef** [2] - 14:11, 14:21
**chemical** [1] - 34:19
**chloride** [1] - 69:10
**CHRISTOPHER** [1] - 3:13
**chunk** [1] - 52:10
**circle** [1] - 78:18

**circled** [2] - 82:18, 92:1
**circles** [1] - 26:23
**circumstances** [1] - 103:8
**civilian** [1] - 90:14
**class** [1] - 96:22
**clean** [1] - 57:11
**cleaned** [1] - 70:23
**clear** [3] - 19:21, 99:18, 102:5
**clearly** [2] - 88:7, 101:19
**CLERK** [7] - 5:7, 17:15, 17:23, 50:2, 50:12, 73:12, 73:23
**Clerk** [3] - 17:22, 50:9, 73:22
**client** [3] - 13:21, 14:4, 39:6
**client's** [2] - 10:4, 100:17
**clients** [2] - 13:14, 95:7
**climate** [2] - 26:11, 30:21
**close** [4] - 9:11, 38:15, 76:7, 99:17
**closer** [1] - 9:10
**closes** [1] - 38:16
**Coast** [30] - 18:13, 18:14, 43:22, 44:6, 66:22, 74:8, 76:12, 76:18, 77:4, 77:13, 77:20, 78:12, 80:1, 80:5, 90:2, 90:5, 90:7, 90:8, 90:14, 90:16, 90:18, 90:20, 92:24, 95:19, 95:25, 96:14, 96:18, 98:11, 98:15, 106:15
**cochair** [1] - 91:7
**cochaired** [1] - 90:5
**collaboration** [1] - 72:13
**collaborative** [2] - 53:17, 53:19
**collect** [1] - 65:14
**collection** [3] - 75:19, 76:2, 106:11
**color** [2] - 10:14, 10:18
**Columbus** [2] - 50:25, 51:13
**coming** [4] - 6:15, 23:2, 33:24, 77:18
**command's** [1] - 102:11
**COMMANDER** [1] - 2:23

**commander** [1] - 90:17

**Commander** [1] - 90:19

**commence** [1] - 81:19

**comment** [1] - 46:6

**commercial** [2] - 43:16, 43:19

**companies** [1] - 13:8

**company** [3] - 18:17, 77:21, 78:12

**compare** [3] - 65:19, 65:20, 87:16

**compared** [1] - 65:21

**complement** [1] - 96:4

**complementing** [1] - 96:14

**complete** [4] - 75:10, 75:15, 82:9, 92:20

**completely** [2] - 7:19, 17:1

**complex** [1] - 35:20

**component** [1] - 60:5

**components** [9] - 37:16, 37:24, 38:15, 40:5, 46:24, 58:10, 60:9, 60:10, 69:15

**comprise** [1] - 91:9

**compromise** [5] - 56:18, 57:25, 60:19, 65:17, 66:1

**compromising** [1] - 58:8

**COMPUTER** [1] - 3:19

**concept** [1] - 100:13

**conceptual** [1] - 80:21

**concern** [5] - 25:24, 26:5, 26:7, 40:25, 102:25

**concerned** [2] - 34:4, 58:18

**concerning** [1] - 63:22

**concerns** [4] - 37:15, 102:14, 102:19

**concluded** [1] - 107:22

**concrete** [1] - 33:10

**condition** [7] - 37:8, 59:9, 60:9, 60:20, 61:25, 87:6, 103:21

**conditions** [7] - 27:9, 48:6, 55:14, 61:14, 69:17, 88:18, 94:1

**conduct** [2] - 14:1, 30:10

**conducted** [1] - 84:21

**conducting** [1] - 91:17

**confer** [1] - 98:1

**conference** [1] - 103:17

**conferred** [1] - 5:20

**conferring** [1] - 6:7

**confers** [1] - 9:13

**conflict** [1] - 45:20

**confused** [1] - 80:2

**Congress** [1] - 82:10

**conjunction** [1] - 66:22

**connector** [3] - 21:13, 21:15

**CONRAD** [1] - 1:19

**conservative** [1] - 56:9

**consider** [1] - 35:11

**considered** [2] - 46:25, 97:16

**constant** [1] - 102:9

**construct** [2] - 80:11, 80:17

**constructed** [3] - 82:5, 85:11, 85:13

**constructing** [1] - 83:7

**construction** [4] - 6:21, 11:11, 83:24, 85:15

**consultation** [1] - 104:5

**contact** [2] - 45:7, 76:8

**contained** [4] - 23:19, 23:21, 58:11, 59:16

**containments** [1] - 87:4

**contains** [2] - 22:10, 30:23

**contaminants** [1] - 28:1

**contaminated** [1] - 46:20

**contamination** [1] - 47:18

**contemplate** [2] - 47:7, 65:8

**contemplated** [2] - 79:10, 92:11

**contemplates** [2] - 65:9, 85:2

**contemplation** [1] - 93:22

**context** [2] - 54:6, 59:14

**contingency** [2] - 27:13, 105:22

**continuation** [1] - 5:18

**continue** [1] - 101:18

**continued** [2] - 99:24, 99:25

**CONTINUED** [2] - 2:1, 3:1

**contract** [13] - 51:23, 52:15, 52:16, 66:7, 66:9, 66:11, 66:15, 67:15, 67:16, 80:19, 82:19, 82:25, 92:24

**contracted** [4] - 64:14, 64:16, 77:20, 78:12

**contractor** [1] - 31:19

**contractors** [2] - 18:15, 100:15

**control** [9] - 15:22, 22:5, 30:21, 32:21, 46:21, 102:7, 102:11, 102:15

**controlled** [1] - 79:24

**controlling** [1] - 102:13

**convenience** [1] - 16:21

**convenient** [1] - 16:24

**cooler** [1] - 37:23

**cooperated** [1] - 9:14

**copies** [2] - 50:11, 75:10

**copy** [6] - 10:14, 10:15, 10:18, 10:19, 75:16, 98:20

**cordon** [1] - 95:22

**CORPORATE** [1] - 1:20

**correct** [89] - 11:12, 24:14, 24:22, 26:12, 32:2, 33:11, 34:7, 35:3, 35:7, 36:5, 36:11, 36:24, 37:21, 38:15, 38:17, 38:19, 38:20, 39:19, 41:3, 41:4, 41:11, 41:12, 41:14, 41:18, 41:19, 42:9, 42:10, 42:17, 42:18, 46:13, 47:14, 51:25, 52:1, 53:23, 59:20, 59:24, 61:11, 61:13, 61:24, 64:13, 65:4, 66:12, 67:21, 67:24, 67:25, 68:1, 68:2, 68:3, 68:4, 68:7, 68:13, 69:2, 70:6, 70:7, 70:22, 70:23, 74:8, 74:9, 76:9, 76:10, 77:19, 78:5, 78:6, 80:3, 80:4, 80:9, 82:21, 83:3, 83:4, 83:14, 83:23, 84:17, 85:25, 86:2, 86:25, 87:11, 87:17, 87:22, 88:11, 88:20, 88:21, 90:21, 91:18, 92:15, 96:24,

97:9, 97:10, 106:14, 108:7

**corrected** [1] - 98:4

**correctly** [1] - 74:5

**corrode** [4] - 36:21, 47:12, 86:23, 102:20

**Corrosion** [1] - 54:12

**corrosion** [67] - 13:8, 26:9, 34:5, 34:11, 34:13, 34:15, 34:17, 34:20, 34:21, 35:14, 36:2, 36:10, 36:14, 36:18, 37:5, 37:6, 46:22, 47:8, 47:13, 47:22, 47:24, 47:25, 48:5, 48:8, 48:16, 51:9, 51:11, 54:9, 54:16, 55:6, 55:7, 55:12, 55:13, 55:14, 55:20, 56:4, 56:7, 56:9, 56:12, 56:15, 56:17, 56:18, 56:21, 56:24, 57:1, 57:4, 57:9, 57:10, 58:19, 68:8, 68:18, 68:19, 68:22, 70:1, 70:4, 70:6, 81:22, 81:23, 86:7, 86:11, 87:10, 88:1, 102:21

**corrosive** [1] - 69:19

**corrosives** [2] - 53:5, 54:7

**cost** [3] - 52:22, 52:23, 52:24

**counsel** [2] - 73:5, 75:9

**countervailing** [1] - 17:7

**country** [2] - 94:15, 95:3

**couple** [4] - 6:18, 6:23, 7:6, 19:13

**courses** [1] - 34:19

**court** [11] - 5:7, 6:10, 10:13, 18:19, 54:3, 64:24, 79:25, 101:6, 101:10, 104:8, 105:6

**COURT** [125] - 1:1, 3:16, 5:4, 5:8, 5:10, 5:13, 5:25, 8:10, 8:17, 8:19, 9:2, 9:6, 9:8, 9:18, 10:3, 10:11, 10:14, 10:18, 11:9, 11:13, 11:16, 11:25, 13:21, 14:13, 14:17, 15:6, 15:12, 15:17, 16:12, 17:4, 17:10, 20:1, 20:8, 20:13, 20:16, 21:4, 21:20, 21:22, 33:15,

33:18, 37:2, 42:22, 43:4, 43:8, 46:3, 46:12, 48:20, 48:25, 49:3, 49:11, 49:15, 49:18, 49:23, 54:18, 54:23, 55:2, 58:6, 62:17, 71:20, 72:7, 72:10, 72:21, 72:25, 73:3, 73:6, 73:9, 73:19, 75:1, 75:13, 75:17, 75:21, 80:11, 81:1, 81:24, 83:19, 83:24, 84:2, 84:4, 84:9, 84:12, 85:18, 89:22, 90:2, 90:8, 90:10, 90:13, 90:15, 90:17, 90:19, 90:23, 91:1, 91:5, 91:9, 91:15, 91:20, 91:22, 93:8, 94:10, 98:9, 98:15, 98:18, 98:22, 99:1, 99:7, 101:13, 101:22, 101:24, 102:4, 103:19, 103:23, 104:17, 104:22, 105:3, 105:7, 105:13, 105:24, 106:4, 106:12, 106:19, 106:22, 107:1, 107:3, 107:6, 107:15, 107:18

**Court** [27] - 5:17, 6:9, 13:11, 13:12, 14:6, 15:21, 16:22, 18:9, 18:18, 19:16, 21:21, 34:3, 54:21, 65:10, 67:7, 68:5, 81:11, 81:13, 99:17, 100:2, 101:8, 104:14, 108:4, 108:5, 108:6, 108:15, 108:16

**Court's** [2] - 30:9, 101:1

**courtroom** [4] - 49:1, 49:9, 73:4, 81:7

**cover** [1] - 23:6

**coverage** [2] - 92:22, 92:23

**covered** [2] - 86:7, 88:8

**crafting** [1] - 24:24

**crane** [6] - 30:13, 53:21, 77:20, 78:7, 78:9, 78:12

**cranes** [4] - 11:17, 15:9, 31:13

**create** [1] - 27:14

**created** [2] - 67:1, 78:15

**creation** [1] - 78:16
**credit** [1] - 10:22
**criminal** [3] - 78:14, 96:19, 96:22
**critical** [5] - 58:14, 60:21, 60:22, 61:15, 65:14
**CROSS** [6] - 4:7, 4:11, 4:15, 33:20, 62:18, 93:9
**CROSS-EXAMINATION** [6] - 4:7, 4:11, 4:15, 33:20, 62:18, 93:9
**crowd** [1] - 5:10
**CRR** [2] - 3:16, 108:14
**current** [14] - 10:3, 18:6, 18:20, 24:16, 29:4, 50:23, 77:11, 79:3, 79:16, 82:23, 82:24, 84:22, 86:10, 89:12
**custody** [4] - 15:22, 23:14, 35:9, 35:12
**cut** [1] - 39:4
**CV** [2] - 50:11, 51:1
**cycled** [2] - 63:11, 66:2
**cycling** [2] - 64:7, 66:2

## D

**DALLAS** [1] - 2:16
**damage** [1] - 39:7
**damaging** [1] - 81:17
**Dan** [1] - 17:14
**DANIEL** [2] - 4:5, 17:20
**Daniel** [2] - 18:1, 18:7
**data** [4] - 55:17, 58:1, 66:1, 71:12
**date** [7] - 9:16, 28:14, 52:7, 67:2, 67:17, 67:20, 71:24
**dates** [1] - 101:9
**Daubert** [1] - 54:15
**DAVID** [3] - 3:10, 3:11, 3:12
**days** [8] - 6:18, 7:7, 9:3, 18:11, 23:22, 44:18, 64:16, 72:16
**DC** [1] - 2:12
**deal** [2] - 54:18, 63:23
**dealing** [1] - 72:2
**decision** [7] - 61:3, 63:12, 64:22, 89:9, 89:13, 89:16, 89:20
**declaration** [1] - 107:11

**deem** [2] - 11:20, 12:11
**DEEPWATER** [9] - 1:4, 19:19, 30:3, 76:3, 76:17, 78:22, 105:21, 106:9, 106:10
**DEFENDANTS** [1] - 2:3
**defended** [1] - 73:18
**definite** [1] - 14:12
**degree** [2] - 34:21, 51:5
**degrees** [2] - 69:13, 69:18
**delivered** [2] - 26:18, 98:19
**denied** [2] - 99:25, 105:16
**deny** [3] - 99:5, 99:13, 103:7
**Depot** [2] - 31:11, 31:12
**depth** [1] - 29:18
**DEPUTY** [7] - 5:7, 17:15, 17:23, 50:2, 50:12, 73:12, 73:23
**derrick** [1] - 11:16
**describe** [1] - 96:1
**described** [3] - 26:21, 29:13, 85:21
**describing** [1] - 93:24
**DESCRIPTION** [1] - 4:21
**design** [3] - 31:25, 32:15, 33:9
**designed** [5] - 11:3, 11:19, 42:6, 53:25, 61:11
**designs** [2] - 92:23, 94:1
**desires** [1] - 99:18
**destroyed** [1] - 85:7
**destructive** [1] - 104:15
**Det** [2] - 13:7, 50:21
**detail** [3] - 34:13, 59:3, 60:1
**detailed** [3] - 39:15, 63:6, 67:4
**details** [2] - 14:23, 96:9
**deteriorate** [1] - 100:23
**deterioration** [6] - 16:11, 25:10, 26:3, 26:5, 68:19, 102:21
**determine** [7] - 35:2, 36:20, 37:4, 56:10, 56:12, 57:15, 92:19

**determined** [2] - 92:5, 92:6
**develop** [1] - 19:2
**developed** [2] - 23:15, 32:25
**developing** [3] - 25:1, 52:8, 73:1
**development** [1] - 23:23
**device** [1] - 102:14
**diagram** [1] - 10:10
**diameter** [1] - 20:20
**different** [5] - 16:1, 17:11, 22:12, 85:9, 102:18
**diluted** [2] - 26:1, 26:2
**dimension** [1] - 48:13
**dioxide** [1] - 70:16
**dip** [1] - 35:16
**DIRECT** [6] - 4:6, 4:10, 4:14, 18:2, 50:14, 74:2
**direct** [5] - 22:20, 23:1, 33:14, 76:23, 76:25
**directly** [4] - 17:23, 73:23, 93:18
**dirt** [1] - 45:14
**disagreement** [2] - 9:23, 104:9
**disagreements** [2] - 104:10, 104:12
**disassembling** [2] - 41:14, 41:17
**discipline** [1] - 34:18
**disconnected** [1] - 21:15
**discounted** [1] - 45:15
**discuss** [1] - 39:16
**discussed** [7] - 7:19, 19:6, 25:18, 38:25, 39:12, 64:10, 85:16
**discussing** [2] - 25:4, 86:20
**discussion** [2] - 27:11, 61:1
**discussions** [2] - 67:6, 101:18
**dismantling** [1] - 65:25
**displace** [1] - 46:20
**disposition** [1] - 99:24
**dispute** [3] - 7:1, 8:9, 13:20
**disputed** [1] - 47:11
**distance** [1] - 44:18
**distribute** [2] - 12:17, 12:21
**distributed** [1] - 75:9
**District** [3] - 108:6,

108:16
**DISTRICT** [3] - 1:1, 1:1, 1:12
**disturb** [5] - 60:24, 61:18, 62:4, 64:5, 64:9
**disturbance** [3] - 65:11, 65:19, 66:4
**disturbed** [2] - 64:2, 64:3
**disturbing** [1] - 63:17
**divide** [1] - 62:3
**DNV** [20] - 13:7, 49:8, 50:19, 50:20, 50:22, 50:24, 51:13, 51:14, 51:19, 51:23, 52:15, 66:14, 66:19, 66:22, 67:15, 80:20, 80:24, 81:5, 86:20, 99:9
**DNV's** [2] - 53:23, 66:7
**dock** [21] - 10:6, 10:7, 12:10, 12:15, 12:17, 12:20, 25:6, 25:11, 26:6, 27:16, 29:3, 83:20, 84:5, 93:13, 93:16, 93:21, 97:11, 97:13, 97:23, 103:2
**doctor** [2] - 80:24, 81:5
**document** [37] - 23:6, 23:8, 23:13, 23:15, 23:20, 23:21, 23:23, 24:1, 30:5, 30:23, 47:2, 47:7, 47:11, 64:21, 64:25, 75:8, 75:13, 76:4, 76:9, 77:1, 77:25, 78:1, 78:2, 78:4, 78:5, 79:4, 86:11, 86:22, 88:6, 88:15, 89:2, 89:24, 98:11, 106:11, 106:12, 106:15
**DOCUMENT** [1] - 1:8
**documentation** [1] - 63:24
**documenting** [6] - 59:24, 60:1, 60:3, 60:7, 64:18
**DOJ** [2] - 78:14, 92:25
**Don** [1] - 107:9
**DON** [1] - 2:3
**DONALD** [1] - 2:14
**done** [39] - 8:5, 10:9, 12:22, 21:18, 25:17, 29:7, 29:14, 29:19, 32:16, 32:23, 33:13, 36:1, 38:5, 38:18, 39:8, 42:21, 42:25, 43:4, 43:5, 43:15,

47:22, 47:23, 59:14, 59:21, 60:16, 60:18, 61:17, 62:2, 62:5, 65:21, 68:6, 71:19, 72:3, 79:18, 95:11, 98:2, 99:2, 101:8
**donut** [2] - 38:16, 38:22
**donuts** [3] - 40:5, 41:5, 58:13
**door** [1] - 98:22
**Doug** [1] - 104:20
**down** [17] - 5:16, 8:22, 11:1, 14:10, 21:12, 34:12, 38:10, 41:8, 46:6, 48:20, 82:16, 82:18, 84:15, 89:3, 94:4, 94:7, 99:1
**DP** [1] - 105:22
**Dr** [5] - 49:14, 50:11, 50:16, 50:18, 71:24
**dr** [1] - 55:5
**draft** [5] - 7:17, 24:18, 39:14, 39:15
**drawings** [1] - 100:14
**drew** [1] - 6:13
**drift** [1] - 42:5
**drill** [6] - 21:12, 21:16, 23:11, 61:7, 63:13, 107:13
**drilled** [1] - 100:16
**drilling** [2] - 11:9, 18:15
**DRIVE** [1] - 1:20
**Drive** [1] - 18:8
**driven** [1] - 70:14
**drove** [1] - 14:10
**dry** [2] - 65:22, 83:13
**due** [2] - 70:16, 88:18
**DUKE** [1] - 3:3
**duly** [3] - 17:21, 50:8, 73:21
**during** [17] - 5:20, 6:6, 13:5, 35:23, 46:24, 56:4, 57:22, 58:1, 58:16, 59:24, 60:24, 61:20, 70:4, 102:10, 105:6, 105:18, 106:12

## E

**E-N-G-L-E-B-E-R-T** [1] - 74:1
**early** [2] - 23:22, 27:10
**earthquake** [1] - 94:14
**earthquakes** [1] - 94:16
**easily** [1] - 57:11

east [1] - 97:13
Eastern [1] - 108:6
EASTERN [1] - 1:1
easy [2] - 20:16, 32:17
edification [1] - 41:2
education [4] - 18:10, 18:11, 51:3, 64:1
effect [9] - 39:23, 41:22, 44:10, 46:22, 57:12, 69:22, 69:23, 69:25, 82:17
efficiently [2] - 32:20, 32:22
effort [3] - 14:7, 45:7, 103:5
efforts [1] - 13:13
Eileen [3] - 104:22, 104:25, 105:10
either [9] - 25:6, 27:16, 30:5, 37:3, 44:7, 45:8, 96:17, 97:11, 99:24
electrical [3] - 22:13, 37:16, 37:24
electronic [1] - 22:17
electronics [1] - 22:11
elements [1] - 87:3
ELLIS [1] - 2:10
ELM [1] - 2:15
ELMO [4] - 6:13, 19:14, 40:9, 92:2
emersed [1] - 69:15
employed [2] - 18:8, 50:18
employer [1] - 39:6
employment [1] - 18:6
enclosure [1] - 76:25
end [13] - 7:11, 55:17, 56:2, 56:4, 56:7, 56:8, 56:9, 56:12, 68:16, 68:17, 76:17, 76:20, 90:1
ends [2] - 24:12, 24:15
Energy [1] - 91:2
enforce [1] - 96:1
engine [1] - 16:14
engineer [2] - 18:13, 58:24
engineering [12] - 26:23, 32:15, 33:9, 34:19, 34:22, 48:11, 50:23, 51:6, 51:8, 92:9, 100:14
engineeringly [1] - 88:16
Engineers [1] - 54:12
engineers [5] - 7:21, 28:22, 85:15, 85:20
ENGLEBERT [1] - 73:20

Englebert [20] - 48:23, 49:16, 49:17, 49:18, 73:4, 73:8, 73:25, 74:4, 74:7, 74:10, 74:18, 75:24, 76:1, 76:6, 76:11, 81:16, 98:3, 101:20, 101:22, 101:25
ENGLEBERT............. .......................[1] - 4:13
Englebert/Englebert [1] - 98:5
entail [1] - 101:14
entails [1] - 35:1
entire [2] - 12:2, 12:4
entities [1] - 86:22
entitled [1] - 108:9
entourage [1] - 95:23
environment [32] - 14:21, 15:2, 25:6, 26:10, 26:15, 30:14, 55:15, 68:11, 68:13, 68:14, 68:15, 68:16, 69:1, 69:2, 69:3, 69:7, 69:8, 69:10, 69:14, 70:5, 70:6, 70:11, 70:19, 70:20, 86:8, 86:12, 86:24, 87:1, 87:6, 87:10, 87:22, 87:24
environmental [4] - 17:8, 18:17, 102:13, 102:16
environments [1] - 68:9
equal [1] - 101:5
equipment [44] - 9:19, 9:20, 9:22, 15:10, 15:14, 15:16, 21:10, 29:7, 29:12, 30:10, 30:15, 31:2, 31:3, 31:6, 31:8, 31:10, 31:12, 31:15, 31:16, 33:1, 33:3, 33:4, 33:5, 33:7, 34:5, 34:8, 44:20, 44:24, 44:25, 45:10, 45:22, 52:20, 52:22, 53:2, 53:18, 53:24, 66:10, 66:12, 66:20, 67:10, 83:6, 100:11, 100:15, 103:22
escaping [1] - 38:19
escort [1] - 95:20
ESQUIRE [27] - 1:16, 1:19, 1:22, 2:3, 2:4, 2:8, 2:11, 2:14, 2:14, 2:18, 2:22, 3:3, 3:3, 3:4, 3:4, 3:6, 3:7,

3:7, 3:8, 3:9, 3:10, 3:10, 3:11, 3:12, 3:13, 3:13, 3:14
essence [1] - 27:18
essentially [5] - 16:15, 28:20, 30:12, 38:16, 40:22
establish [1] - 72:16
established [1] - 78:22
estimate [2] - 7:5, 9:9
estimated [1] - 68:25
estimates [1] - 68:8
evaluated [1] - 32:5
event [2] - 5:17, 102:4
eventually [1] - 13:14
evidence [61] - 7:16, 8:2, 13:18, 14:5, 16:11, 21:18, 35:2, 36:23, 36:24, 37:1, 39:8, 39:23, 41:22, 42:16, 46:25, 48:2, 56:11, 56:16, 56:17, 56:19, 56:21, 58:1, 58:8, 58:14, 58:17, 59:15, 60:16, 60:24, 61:16, 61:18, 62:5, 62:15, 62:23, 63:18, 64:2, 64:3, 64:5, 64:9, 65:17, 65:20, 75:18, 76:2, 78:21, 78:22, 79:9, 81:17, 82:13, 82:19, 83:15, 84:17, 86:22, 87:12, 100:22, 102:8, 102:17, 102:20, 102:21, 105:5, 105:12, 106:11, 106:17
evidenced [1] - 25:10
evolving [2] - 101:19, 102:6
exact [1] - 92:4
exactly [5] - 6:5, 9:5, 9:7, 63:24, 89:22
EXAMINATION [36] - 4:6, 4:7, 4:8, 4:10, 4:11, 4:12, 4:14, 4:15, 4:16, 18:2, 20:22, 21:6, 21:23, 29:23, 33:20, 37:11, 43:9, 46:7, 46:16, 50:14, 55:3, 58:21, 62:18, 71:22, 72:11, 74:2, 75:2, 75:22, 80:14, 81:3, 82:2, 84:13, 86:3, 91:23, 93:9, 94:17
examination [3] - 31:3, 51:24, 104:4

EXAMINATIONS [1] - 4:3
examined [3] - 17:22, 50:9, 73:22
example [4] - 42:13, 47:21, 69:19, 81:18
exception [2] - 8:21, 97:25
exclude [1] - 45:19
excluding [1] - 53:19
exclusion [1] - 8:16
excuse [4] - 27:20, 40:17, 74:13, 76:23
exhibit [6] - 23:3, 29:25, 30:2, 78:1, 106:2, 107:11
Exhibit [12] - 10:12, 75:5, 75:24, 105:17, 105:20, 105:21, 106:2, 106:8, 106:10, 106:13, 106:14, 107:8
EXHIBIT [1] - 4:24
Exhibits [1] - 106:17, 106:21, 107:17
EXHIBITS [2] - 4:23, 4:25
exhibits [6] - 19:15, 29:21, 33:16, 105:5, 105:7, 106:23
existing [2] - 95:3, 95:11
expect [1] - 56:22
expedited [1] - 28:24
expensive [1] - 52:20
experience [8] - 18:10, 25:8, 53:16, 54:13, 54:19, 64:1, 68:11, 97:22
experiences [1] - 27:10
expert [19] - 13:8, 13:9, 24:25, 34:14, 34:15, 34:17, 34:24, 35:5, 35:9, 35:11, 39:24, 43:1, 52:25, 54:8, 54:16, 58:25, 81:22, 81:23, 99:10
expertise [6] - 25:8, 32:10, 34:16, 40:2, 51:3, 53:16
experts [6] - 12:11, 13:1, 16:5, 16:23, 34:21, 53:19
explain [3] - 22:2, 22:14, 58:7
exposed [9] - 25:25, 26:8, 27:21, 34:20, 46:22, 69:23, 71:5, 93:21, 93:24

exposure [3] - 86:7, 86:11, 88:1
extend [1] - 97:2
extends [1] - 34:8
extent [1] - 36:25
external [1] - 86:1

## F

F-A-R-R [2] - 18:1, 18:7
FAA [1] - 97:5
fabricating [1] - 12:16
face [1] - 14:5
faces [1] - 14:4
facetious [1] - 61:10
facilitate [1] - 83:8
facilitating [1] - 82:8
facilities [9] - 13:8, 30:21, 30:22, 44:23, 45:21, 85:3, 95:4, 97:15
facility [66] - 7:12, 8:8, 9:4, 10:2, 11:21, 15:3, 15:8, 19:20, 26:14, 26:21, 26:24, 27:8, 27:12, 27:16, 29:3, 29:8, 30:15, 30:25, 32:16, 33:2, 33:4, 45:2, 45:16, 45:19, 47:1, 52:11, 66:8, 66:23, 66:24, 67:1, 67:7, 67:11, 67:19, 67:23, 68:12, 76:12, 76:19, 77:16, 79:19, 80:1, 80:2, 80:4, 80:25, 81:8, 81:18, 82:5, 82:12, 83:2, 83:4, 83:5, 84:20, 85:5, 85:8, 85:12, 92:4, 93:19, 93:20, 93:22, 95:12, 95:13, 96:13, 97:25, 98:14, 100:18
fact [15] - 7:16, 8:6, 26:18, 33:9, 38:6, 40:10, 54:8, 57:25, 59:19, 61:3, 63:22, 82:12, 95:1, 95:2, 100:24
factor [3] - 36:21, 36:22, 102:16
factored [1] - 39:22
factoring [1] - 44:15
factors [1] - 102:19
Fahrenheit [1] - 71:14
failure [4] - 51:15, 51:16, 51:17, 58:9
fair [3] - 34:11, 61:6,

72:9
**fairly** [1] - 65:1
**faith** [1] - 7:5
**familiar** [4] - 23:5, 23:8, 75:24, 76:4
**far** [3] - 47:11, 77:7, 79:6
**Farenheit** [1] - 69:18
**FARR** [1] - 17:20
**Farr** [52] - 8:24, 17:14, 18:1, 18:4, 18:5, 18:7, 18:9, 18:18, 18:24, 19:11, 19:17, 19:21, 19:25, 20:24, 21:8, 21:25, 22:12, 23:5, 23:9, 23:12, 23:18, 23:25, 24:3, 24:5, 24:8, 24:12, 24:23, 25:3, 25:8, 27:14, 27:24, 28:12, 28:22, 29:10, 29:25, 30:8, 30:24, 31:10, 32:2, 32:11, 33:14, 33:22, 34:1, 46:10, 47:15, 47:25, 48:10, 52:11, 54:3, 55:5, 58:4, 58:23
**Farr's** [1] - 105:18
**FARR.........................**
**...................** [1] - 4:5
**faster** [2] - 70:5, 86:23
**fault** [1] - 10:20
**favor** [2] - 38:23, 40:9
**favors** [1] - 103:3
**fear** [1] - 35:22
**federal** [1] - 47:2
**fee** [1] - 52:18
**feet** [4] - 21:2, 35:25
**felony** [1] - 96:22
**fence** [1] - 53:10
**few** [5] - 16:17, 17:2, 17:3, 34:1, 64:16
**fiberoptics** [1] - 22:16
**field** [3] - 32:24, 42:7, 51:9
**FIFTEENTH** [1] - 2:11
**file** [2] - 103:8, 106:17
**filed** [4] - 5:19, 5:21, 105:11, 107:10
**filing** [1] - 105:4
**filled** [1] - 25:20
**final** [14] - 7:11, 9:4, 9:16, 28:3, 28:6, 28:15, 48:10, 62:7, 80:22, 89:9, 89:13, 89:16, 89:20
**finalized** [2] - 82:20, 83:1
**finally** [1] - 102:13
**fine** [5] - 7:2, 17:2,

49:10, 59:3, 107:6
**finger** [1] - 20:17
**finish** [2] - 60:12, 105:1
**finished** [1] - 39:4
**fire** [1] - 22:18
**firm** [1] - 50:23
**first** [17] - 6:19, 15:21, 17:6, 17:21, 29:14, 38:11, 46:14, 50:8, 59:5, 59:10, 73:21, 76:18, 77:12, 77:14, 92:3, 92:12, 100:16
**fitting** [1] - 98:23
**five** [10] - 9:21, 11:23, 12:1, 20:5, 20:20, 40:16, 40:23, 41:9, 70:4, 90:24
**five-story** [1] - 11:23
**fix** [1] - 42:14
**flash** [1] - 57:7, 57:8, 57:9
**flex** [1] - 21:12
**flip** [1] - 23:12
**floor** [2] - 42:15, 85:11
**FLOYD** [1] - 3:8
**fluid** [6] - 22:20, 22:24, 23:1, 23:2, 25:16, 25:21
**fluids** [3] - 39:2, 46:20, 46:24
**fly** [3] - 97:1, 97:2, 97:3
**focus** [3] - 28:9, 65:2, 94:22
**focused** [1] - 53:18
**folks** [5] - 10:1, 36:1, 38:5, 38:11, 38:21, 39:6, 39:25, 44:21, 45:23, 52:18, 57:16, 105:11
**follow** [1] - 62:22
**follow-up** [1] - 62:22
**following** [1] - 65:12
**follows** [4] - 17:22, 50:9, 73:22, 77:20
**FOR** [2] - 1:15, 2:3
**force** [2] - 91:19, 94:11
**foregoing** [1] - 108:7
**forensic** [69] - 9:16, 13:4, 13:16, 28:3, 28:14, 34:7, 34:9, 34:23, 34:24, 35:5, 36:8, 36:23, 39:7, 39:8, 39:23, 39:24, 41:22, 41:24, 42:16, 43:1, 44:22, 51:12, 51:14, 51:24, 52:5, 53:6, 55:23, 56:11,

56:13, 56:25, 57:12, 57:14, 57:19, 57:22, 57:24, 58:1, 58:3, 58:8, 58:14, 58:16, 58:17, 59:10, 59:15, 59:18, 59:23, 60:17, 60:19, 61:16, 61:18, 61:19, 62:9, 62:15, 62:23, 63:17, 64:2, 64:3, 64:5, 64:9, 64:15, 65:11, 65:17, 65:19, 66:1, 66:4, 66:21, 104:3, 104:4, 104:8
**forensically** [2] - 42:18, 67:9
**forensics** [1] - 39:19
**forgive** [1] - 26:23
**form** [3] - 71:13, 95:7, 95:22
**forms** [1] - 35:20
**forth** [3] - 24:1, 77:6, 100:1
**forward** [2] - 28:7, 59:18
**foundation** [2] - 54:13, 81:20
**four** [9] - 9:3, 15:10, 18:12, 18:16, 52:6, 70:4, 78:11, 99:23, 100:10
**four-to-five-week** [1] - 70:4
**four-year** [1] - 18:16
**free** [1] - 44:12
**Friday** [2] - 5:12, 69:11
**FRIDAY** [2] - 1:7, 5:3
**FRILOT** [1] - 2:7
**fully** [1] - 23:17
**function** [3] - 22:25, 42:2, 63:14
**functioned** [2] - 63:5, 63:8
**functioning** [7] - 46:23, 64:7, 64:8, 65:8, 65:9, 65:20, 65:22
**functions** [2] - 22:21, 64:23

## G

**gain** [2] - 43:5, 47:23
**game** [1] - 17:11
**gap** [5] - 7:25, 8:25, 13:6, 13:12, 60:14
**Gardens** [1] - 18:8
**GARY** [1] - 3:9

**GASAWAY** [1] - 2:11
**gear** [1] - 32:1
**general** [4] - 55:14, 56:14, 56:21, 60:11
**generalities** [1] - 55:25
**generally** [1] - 35:1
**generated** [1] - 70:16
**generator** [1] - 16:13
**generic** [2] - 34:4, 42:14
**generically** [2] - 34:5, 59:2
**gentleman** [2] - 19:1, 36:15
**gentlemen** [2] - 95:10, 98:3
**GEOF** [1] - 3:10
**GEORGE** [1] - 3:7
**given** [5] - 28:13, 29:4, 33:9, 70:10, 79:5
**glad** [1] - 49:8
**goal** [6] - 28:7, 46:19, 52:5, 57:14, 82:4, 82:11
**God** [3] - 17:18, 50:5, 73:15
**GODWIN** [3] - 2:13, 2:14, 91:11
**GORDAN** [2] - 104:18, 105:2
**Gordan** [1] - 104:18
**government** [15] - 19:2, 19:11, 25:2, 26:14, 29:15, 32:13, 48:19, 52:24, 53:12, 63:9, 64:20, 66:7, 93:1, 106:14, 106:22
**GOVERNMENT** [1] - 4:24
**Government** [4] - 97:18, 107:3, 107:4, 107:7
**government's** [2] - 48:24, 78:1
**government-signed-off** [1] - 63:9
**governmental** [1] - 86:21
**grant** [1] - 99:14
**graphic** [1] - 10:23
**great** [3] - 12:16, 54:18, 102:25
**greater** [1] - 34:13
**greatly** [2] - 38:14, 56:24
**green** [1] - 14:10
**grinding** [1] - 45:14
**ground** [2] - 15:4, 31:17

**ground-up** [1] - 31:17
**group** [3] - 29:10, 51:13, 53:15
**GROUP** [1] - 1:19
**Guard** [32] - 8:15, 18:13, 18:14, 25:16, 25:21, 43:22, 66:22, 74:8, 76:12, 76:18, 77:4, 77:13, 77:20, 78:12, 80:1, 80:5, 90:2, 90:5, 90:7, 90:8, 90:14, 90:16, 90:18, 90:20, 92:24, 95:19, 95:25, 96:14, 96:18, 98:11, 98:15, 106:15
**Guard's** [1] - 44:6
**Guard-contracted** [1] - 78:12
**guess** [3] - 5:18, 82:20, 84:4
**GULF** [1] - 1:5
**guy** [1] - 35:15

## H

**half** [1] - 102:3
**hand** [6] - 17:15, 19:13, 29:21, 50:2, 73:12, 75:4
**handed** [1] - 30:1
**handle** [2] - 85:22
**handling** [1] - 85:14
**hanger** [20] - 14:11, 14:24, 14:25, 84:20, 85:1, 85:2, 85:4, 85:10, 85:11, 85:14, 86:25, 87:11, 87:17, 87:20, 87:22, 88:2, 88:17, 88:20, 88:23
**hanger-type** [1] - 14:11
**hangs** [1] - 34:17
**harbor** [2] - 79:23, 79:24
**hard** [1] - 98:23
**harm** [4] - 13:18, 56:12, 62:8, 62:14
**harmful** [1] - 13:16
**HARTLEY** [1] - 3:8
**hate** [1] - 77:25
**Haycraft** [1] - 107:9
**HAYCRAFT** [2] - 2:3, 107:9
**HC** [1] - 21:13
**head** [3] - 50:24, 51:13, 51:21
**hear** [2] - 15:17, 16:5
**HEARD** [1] - 1:11

8

**heard** [8] - 17:7,
52:11, 80:24,
100:13, 100:16,
102:22, 103:3, 104:4
**hearing** [6] - 33:17,
54:6, 54:15, 54:25,
64:20, 102:6
**hearings** [2] - 90:11,
91:12
**heat** [3] - 26:8, 69:24,
70:1
**HEATHER** [1] - 2:24
**heavier** [2] - 85:18,
86:1
**heavy** [4] - 30:13,
77:23, 85:7, 85:11
**heck** [1] - 98:24
**held** [1] - 37:7
**help** [6] - 17:18, 33:25,
50:5, 56:16, 73:15,
95:2
**helped** [1] - 95:4
**helpful** [1] - 10:10
**Herculean** [1] - 14:7
**hereby** [1] - 108:7
**high** [14] - 11:19, 30:4,
30:23, 37:9, 39:14,
55:17, 56:1, 56:2,
56:3, 56:7, 56:8,
56:12, 68:16, 96:11
**high-level** [1] - 30:4
**high-speed** [1] - 11:19
**higher** [4] - 68:17,
68:20, 68:24, 97:22
**highest** [3] - 96:12,
97:24, 101:25
**highlights** [1] - 51:3
**highly** [1] - 70:5
**hired** [1] - 100:15
**hits** [9] - 8:1, 9:25,
13:24, 34:6, 36:7,
47:8, 47:12, 55:22
**hole** [1] - 38:10
**hollow** [1] - 85:24
**Home** [2] - 31:11,
31:12
**home** [1] - 60:11
**Honor** [98] - 5:9, 6:1,
6:4, 6:12, 6:15, 6:19,
6:23, 7:1, 7:5, 7:11,
7:16, 8:11, 8:13,
8:20, 9:5, 9:7, 10:9,
10:21, 13:20, 13:23,
14:4, 14:8, 14:19,
15:5, 16:8, 17:5,
17:13, 20:3, 20:6,
21:17, 29:20, 33:12,
33:14, 33:19, 36:7,
36:9, 36:25, 38:13,
43:3, 46:2, 48:19,

48:22, 49:1, 49:13,
49:14, 49:20, 49:21,
50:10, 54:7, 54:14,
54:22, 55:1, 58:20,
71:19, 73:7, 73:11,
74:25, 75:7, 75:15,
80:13, 82:1, 83:23,
84:8, 85:20, 85:24,
89:25, 90:4, 90:9,
91:11, 91:18, 91:21,
93:4, 93:6, 94:14,
98:2, 98:17, 98:21,
99:2, 99:5, 99:10,
99:12, 99:16, 100:9,
101:5, 101:12,
103:16, 104:16,
104:18, 105:4,
105:11, 105:16,
105:23, 106:1,
106:10, 106:16,
107:2, 107:9, 107:20
**Honor's** [3] - 40:10,
46:6, 75:20
**HONORABLE** [2] -
1:11, 2:21
**hook** [1] - 31:25
**hope** [3] - 16:6, 103:5,
104:7
**hopefully** [1] - 98:6
**HORIZON** [9] - 1:4,
19:8, 19:19, 30:3,
76:3, 78:22, 105:21,
106:9, 106:10
**hoses** [1] - 31:25
**hot** [1] - 71:5
**HOUMA** [1] - 1:20
**house** [4] - 31:1,
80:17, 81:8, 88:2
**housed** [1] - 84:19
**houses** [1] - 31:14
**Houston** [13] - 13:22,
16:16, 16:17, 16:24,
29:8, 43:12, 43:25,
44:14, 44:16, 95:8,
95:11, 99:6, 104:19
**HSE** [2] - 32:18, 33:6
**huge** [2] - 12:14,
14:14
**HUGH** [1] - 3:4
**humidity** [4] - 69:13,
69:18, 69:22
**hurricane** [4] - 27:12,
93:12, 93:19, 94:16
**hurricanes** [1] - 94:1
**hydraulic** [1] - 22:13,
22:20, 22:24, 23:2,
25:14, 30:19, 31:14,
31:24, 32:8, 46:21,
53:22
**hydraulics** [1] - 87:5

**hydrocarbon** [3] -
28:1, 71:13, 71:14
**hydrocarbons** [4] -
25:24, 38:18, 70:25,
71:3

## I

**idea** [2] - 27:4, 79:5
**ideal** [2] - 57:13, 61:22
**ideas** [1] - 80:21
**identification** [1] -
31:18
**identified** [7] - 19:15,
24:17, 28:5, 29:1,
31:19, 32:4, 105:9
**identify** [4] - 19:17,
20:7, 29:25, 105:9
**imagine** [1] - 33:8
**immediately** [4] -
29:9, 31:14, 32:14,
47:17
**impact** [1] - 69:19
**implement** [1] - 28:4,
29:2
**implementation** [1] -
32:16
**implemented** [2] -
21:9, 95:5
**important** [2] - 59:8,
101:3
**impose** [1] - 96:19
**impression** [1] - 84:4
**IN** [2] - 1:4, 1:5
**in-depth** [1] - 29:18
**inadvertently** [1] -
16:4
**inappropriate** [1] -
81:17
**Inc** [2] - 95:10, 95:13
**inch** [1] - 55:19
**inches** [1] - 35:25
**inclined** [3] - 99:5,
99:13, 99:14
**include** [2] - 92:21,
93:17
**included** [1] - 29:16
**includes** [1] - 39:16,
66:9, 96:7
**including** [5] - 12:2,
14:5, 37:16, 47:8,
70:9
**increase** [3] - 70:1,
70:2, 70:3
**indefinite** [2] - 14:6,
27:21
**indefinitely** [3] - 15:3,
25:5, 25:7
**indicate** [1] - 71:12

**indicated** [1] - 62:12
**indicates** [1] - 88:7
**individual** [1] - 26:20
**indoor** [2] - 87:22,
87:23
**indoors** [3] - 87:17,
87:19, 87:20
**Industrial** [2] - 79:20,
79:23
**industry** [3] - 53:7,
53:11, 94:25
**information** [10] -
19:6, 26:17, 26:22,
31:8, 36:13, 60:19,
65:15, 66:1, 96:10
**inhibitors** [1] - 68:14
**initial** [2] - 92:23,
103:17
**initiate** [3] - 67:12,
67:23, 72:18
**initiation** [1] - 67:22
**inject** [1] - 42:22
**inner** [2] - 69:19, 70:9
**input** [5] - 72:14,
72:21, 89:8, 101:19,
104:5
**inside** [14] - 15:13,
22:9, 23:11, 25:22,
38:10, 40:4, 61:7,
63:13, 86:25, 87:11,
88:20, 88:22, 88:23,
105:22
**inspect** [2] - 43:2,
56:23
**inspections** [1] - 57:5
**inspector** [1] - 12:8
**installation** [1] - 22:4
**instance** [1] - 59:8
**instead** [1] - 21:18
**intend** [5] - 40:5, 52:2,
72:14, 84:10, 99:3
**intended** [4] - 39:25,
40:7, 42:2, 79:9
**intent** [2] - 44:6, 93:3
**intentionally** [1] - 16:4
**interest** [6] - 37:7,
37:8, 47:3, 53:1,
89:7, 104:20
**interested** [7] - 7:3,
28:13, 28:23, 72:22,
101:17, 103:24,
104:6
**interests** [2] - 16:1,
97:17
**interfere** [1] - 60:19
**interference** [3] - 72:1,
72:4, 72:8
**interim** [1] - 7:17,
7:20, 7:25, 24:19,
27:15, 28:2, 29:2,

30:2, 35:23, 39:12,
62:13, 65:22, 83:25,
84:1, 106:8
**interject** [2] - 75:7,
102:11
**intermediate** [3] -
59:13, 62:13, 65:24
**internal** [2] - 69:15
**intervention** [3] -
37:24, 63:1, 104:8
**introduce** [1] - 106:17
**introduced** [3] -
105:6, 105:13,
105:14
**introducing** [1] -
105:5
**investigation** [23] -
51:13, 51:14, 52:6,
56:25, 57:22, 58:16,
59:11, 59:15, 61:19,
64:15, 76:3, 76:17,
78:14, 82:8, 82:9,
82:10, 89:7, 89:23,
90:5, 91:10, 91:17,
103:4, 106:11
**Investigation** [1] -
104:21
**investigative** [2] -
89:5, 91:16
**invited** [1] - 5:14
**involve** [3] - 33:8,
42:16, 72:21
**involved** [7] - 15:25,
22:14, 22:15, 60:7,
61:20, 72:22, 101:18
**involvement** [3] -
18:24, 24:23, 101:6
**iron** [1] - 35:16
**issue** [15] - 6:9, 6:12,
8:3, 8:22, 16:7, 17:2,
17:6, 17:7, 27:19,
34:10, 37:25, 42:23,
97:6, 105:4
**issues** [16] - 6:8, 6:11,
7:22, 8:4, 8:25,
30:20, 45:21, 52:10,
55:1, 99:20, 101:2,
101:4, 102:16,
103:9, 104:3
**it'd** [1] - 60:3
**item** [4] - 24:7, 30:18,
32:3, 103:20
**items** [3] - 22:19,
30:12
**itself** [9] - 11:1, 52:4,
54:2, 62:6, 69:24,
70:1, 83:11, 85:12,
88:19

## J

**James** [2] - 10:18, 103:23
**JARRETT** [1] - 2:4
**Jason** [1] - 91:12
**JEFF** [1] - 2:23
**JESSE** [1] - 3:7
**JIT** [12] - 85:4, 89:4, 89:8, 89:12, 89:16, 89:19, 90:23, 91:6, 91:13, 91:15
**JIT's** [1] - 84:18
**job** [7] - 36:15, 42:15, 44:21, 52:21, 72:3, 72:13, 98:7
**John** [1] - 40:19
**Joint** [1] - 104:20
**joint** [12] - 21:12, 76:3, 78:14, 82:8, 89:4, 89:22, 90:5, 91:9, 91:16, 103:4, 106:10
**jointly** [2] - 5:24, 39:20
**JONES** [1] - 3:11
**jotted** [1] - 34:12
**JUDGE** [1] - 1:12
**Judge** [2] - 5:14, 94:9
**judge** [1] - 72:5
**judicial** [1] - 100:5, 100:25
**July** [5] - 74:13, 74:14, 74:16, 74:17, 74:23
**jump** [1] - 89:3
**June** [2] - 76:17, 76:20
**jurisdiction** [2] - 15:21, 101:1
**jury** [1] - 16:22

## K

**keep** [12] - 10:4, 10:6, 16:6, 19:14, 33:17, 35:5, 35:14, 37:22, 59:4, 87:2, 101:24
**KEITH** [1] - 2:4
**KENNEALY** [1] - 2:24
**kept** [3] - 12:24, 15:21, 15:22
**Kerry** [7] - 6:1, 8:12, 8:13, 8:14, 8:23, 49:6, 106:24
**KERRY** [1] - 2:8
**Kerry's** [1] - 105:11
**key** [2] - 30:18, 62:1
**keyed** [1] - 99:23
**keys** [1] - 30:18
**kind** [15] - 15:9, 20:7, 29:13, 31:10, 34:18,

52:10, 53:2, 53:20, 53:21, 56:1, 57:10, 86:18, 93:21, 94:10, 99:4
**kinds** [8] - 22:12, 44:24, 52:12, 52:13, 53:21, 53:22
**Kingwood** [1] - 18:8
**KIRKLAND** [1] - 2:10
**knots** [1] - 44:17
**knowledge** [4] - 25:8, 31:5, 42:3, 43:21
**known** [4] - 22:17, 25:15, 26:23, 73:17
**knows** [1] - 38:13
**KULLMAN** [1] - 1:15
**KUPPERMAN** [1] - 3:7

## L

**LA** [7] - 1:17, 1:20, 1:23, 2:6, 2:9, 2:19, 3:17
**Labor** [1] - 107:19
**laborer** [1] - 32:24
**lack** [2] - 40:1, 81:20
**LAFAYETTE** [1] - 1:23
**Lake** [1] - 18:7
**LAMBERT** [1] - 3:4
**land** [4] - 16:17, 65:22, 83:13, 83:16
**large** [4] - 21:10, 31:13, 58:11, 79:13
**largely** [1] - 37:17
**larger** [1] - 20:20
**laser** [1] - 20:9
**last** [25] - 5:19, 6:23, 7:9, 10:5, 11:25, 15:20, 24:5, 24:6, 31:3, 58:6, 84:15, 86:5, 86:21, 87:8, 87:9, 87:13, 87:15, 87:25, 88:3, 88:7, 88:9, 88:12, 88:13, 89:4, 91:25
**latch** [1] - 21:14
**latched** [2] - 6:16, 18:22
**late** [1] - 104:19
**latest** [1] - 77:11
**launch** [1] - 14:20
**LAW** [1] - 1:19
**lawyer** [2] - 20:24, 96:22
**lawyers** [3] - 18:18, 53:20, 72:2
**lay** [1] - 37:1
**layer** [1] - 57:10
**laymen's** [1] - 26:24

**lead** [3] - 31:21, 70:5, 71:4
**leading** [1] - 95:1
**leak** [1] - 87:5
**learn** [1] - 20:15
**lease** [1] - 92:25
**leased** [1] - 98:15
**leases** [1] - 80:5
**least** [5] - 6:7, 15:1, 50:22, 61:6, 79:10
**leave** [3] - 13:9, 27:21, 35:17
**leaving** [1] - 43:18
**left** [4] - 13:2, 15:3, 62:22, 72:13
**legal** [2] - 35:10, 37:1
**legitimate** [1] - 102:19
**lend** [1] - 57:23
**length** [1] - 85:16
**less** [1] - 12:20
**lessons** [1] - 8:20
**letter** [1] - 103:14
**level** [8] - 30:4, 30:23, 39:14, 56:1, 96:11, 96:12, 97:22, 97:24
**LEWIS** [2] - 1:15, 2:3
**liaison** [1] - 76:16
**LIEUTENANT** [1] - 2:23
**lieutenant** [4] - 49:15, 49:22, 49:25, 73:10, 101:24, 102:1
**Lieutenant** [4] - 49:15, 90:15, 90:19, 101:20
**Lieutenant/Captain** [1] - 98:4
**LIFE** [1] - 1:16
**lift** [7] - 6:16, 77:23, 78:9, 78:10, 78:13, 78:15, 78:16
**lifted** [2] - 24:14, 93:13
**lifting** [6] - 6:17, 6:22, 11:13, 30:13, 32:1, 78:8
**likely** [3] - 6:17, 62:14, 71:11
**line** [5] - 5:16, 7:11, 8:13, 22:24, 32:3
**lines** [2] - 25:15, 53:22
**LISKOW** [1] - 2:3
**list** [6] - 30:4, 30:8, 32:3, 48:24, 84:15, 90:21
**listed** [6] - 48:23, 76:8, 89:23, 89:25, 90:6
**lists** [1] - 29:11
**literature** [1] - 71:17
**litigation** [4] - 50:24, 51:16, 51:18, 72:22

**litigation-type** [1] - 51:16
**live** [1] - 94:14
**LMRP** [13] - 10:25, 12:2, 12:4, 12:6, 20:18, 21:5, 22:6, 24:9, 24:10, 37:17, 39:1, 41:8, 62:3
**load** [2] - 12:15, 80:7
**loading** [1] - 44:15
**loads** [1] - 30:13
**lobby** [2] - 98:23, 98:25
**local** [1] - 96:15
**locals** [1] - 85:3
**located** [1] - 98:12
**locating** [1] - 30:19
**location** [12] - 24:10, 24:11, 45:9, 45:13, 60:4, 79:16, 79:18, 88:24, 92:4, 92:6, 92:11, 92:12
**long-term** [8] - 8:9, 19:7, 25:15, 44:22, 45:11, 92:1, 92:12, 92:18
**longer-term** [1] - 93:1, 104:3
**look** [4] - 59:10, 75:5, 78:18, 86:5
**looked** [2] - 5:22, 65:5
**looking** [14] - 8:2, 22:4, 55:10, 56:14, 57:6, 57:18, 58:9, 60:5, 63:23, 63:24, 65:7, 77:3, 79:4, 100:8
**looks** [3] - 5:11, 14:20, 38:10
**losing** [1] - 15:7
**lost** [2] - 40:1, 51:24
**LOUISIANA** [2] - 1:1, 1:6
**Louisiana** [7] - 10:1, 43:25, 45:19, 45:21, 55:22, 108:5, 108:6
**low** [1] - 6:14
**lower** [7] - 10:25, 20:1, 20:3, 20:4, 20:19, 20:20, 102:3
**lunch** [1] - 99:17

## M

**Ma'am** [1] - 98:6
**ma'am** [1] - 99:1
**machinery** [2] - 99:12, 31:2
**Macondo** [1] - 23:10

**Madden** [1] - 40:19
**main** [2] - 15:12, 91:14
**maintain** [1] - 42:14
**maintenance** [2] - 41:16, 42:6
**major** [2] - 104:9, 104:12
**man** [1] - 5:10
**Management** [1] - 91:2
**manager** [2] - 101:15, 103:10
**manlifts** [1] - 30:16
**manner** [2] - 59:23, 82:15
**manufacturer** [2] - 31:20, 39:18
**manufacturer's** [1] - 42:11
**marine** [6] - 10:25, 18:13, 20:1, 20:3, 55:12
**maritime** [8] - 87:1, 94:23, 94:24, 94:25, 95:3, 96:16, 97:14, 97:25
**Maritime** [1] - 18:12
**mark** [3] - 20:8, 105:19, 107:11
**marked** [4] - 10:12, 75:4, 105:23, 106:2
**MARTZELL** [1] - 1:22
**massive** [1] - 14:11
**Master's** [1] - 51:5
**masters** [1] - 101:5
**material** [5] - 5:21, 51:7, 51:8, 57:24, 58:13
**materials** [3] - 29:22, 52:16, 54:16
**matter** [9] - 24:25, 42:19, 43:7, 43:18, 57:25, 89:9, 99:17, 108:10
**Matthews** [1] - 91:12
**mature** [1] - 99:20
**MBI** [1] - 90:11
**MCCLEARY** [1] - 2:23
**McClelland** [1] - 90:17
**MDL** [1] - 1:6
**mean** [20] - 16:13, 26:24, 34:17, 39:4, 52:18, 54:7, 54:14, 57:2, 59:6, 60:7, 61:10, 69:5, 72:23, 87:18, 87:20, 93:20, 97:4, 102:1, 102:5, 103:8
**means** [2] - 96:23, 97:5

meantime [1] - 52:8
measure [2] - 83:25, 84:1
measurement [1] - 36:1
measurements [2] - 28:15, 57:5
MECHANICAL [1] - 3:19
mechanical [2] - 22:13, 22:14
meet [2] - 9:13, 33:24
meeting [6] - 6:7, 19:4, 19:5, 25:1, 29:15, 104:1
meetings [2] - 7:21, 24:25
members [3] - 90:6, 91:13
memo [1] - 103:14
memorandum [1] - 107:10
men [1] - 32:22
mention [1] - 27:6
mentioned [1] - 79:6
Merit [1] - 108:4
met [1] - 5:20
metal [1] - 83:21
metallurgy [1] - 18:12
methodical [1] - 59:21
MEXICO [1] - 1:5
MICHAEL [2] - 2:22, 3:6
Michigan [1] - 18:14
Michoud [74] - 7:12, 7:13, 8:1, 8:7, 8:17, 8:18, 8:19, 9:4, 9:16, 9:17, 9:18, 12:5, 12:13, 14:1, 14:3, 14:7, 14:8, 14:9, 14:16, 16:18, 17:1, 25:6, 25:11, 26:11, 26:14, 26:18, 26:20, 27:7, 27:16, 29:3, 29:17, 30:25, 31:9, 32:13, 47:1, 49:22, 66:8, 66:16, 66:24, 67:1, 67:7, 67:19, 68:12, 69:13, 70:20, 76:12, 76:19, 77:15, 79:17, 79:19, 80:1, 81:8, 81:15, 82:12, 83:13, 84:20, 85:3, 85:5, 85:8, 88:25, 92:4, 94:1, 95:6, 95:16, 95:19, 95:25, 96:20, 97:2, 98:14, 100:3, 100:6, 100:24, 101:7, 103:21

Michoud's [1] - 26:17
Michoud/Coast [1] - 8:15
microphone [2] - 17:24, 73:24
mid [1] - 7:8
might [23] - 10:10, 11:24, 14:3, 33:8, 34:6, 35:14, 35:22, 39:2, 40:1, 44:11, 48:15, 53:2, 53:3, 55:8, 57:2, 61:21, 62:9, 65:20, 66:5, 70:16, 72:10, 98:2
Mike [2] - 6:3, 6:4
mil [3] - 55:19, 55:20, 56:4
military [1] - 49:23
MILLER [64] - 2:8, 6:1, 6:4, 13:23, 14:16, 14:18, 15:7, 15:15, 16:8, 17:1, 17:5, 17:13, 18:3, 20:6, 20:23, 21:7, 21:17, 21:21, 21:24, 29:20, 29:24, 33:12, 33:16, 36:25, 46:5, 46:8, 46:13, 46:17, 48:18, 48:22, 49:10, 49:17, 49:20, 54:14, 54:20, 54:25, 62:19, 71:19, 72:4, 73:7, 74:3, 74:25, 75:3, 75:11, 75:23, 80:15, 81:4, 82:3, 84:14, 85:24, 86:4, 91:19, 91:21, 91:24, 93:4, 99:16, 103:16, 103:20, 104:16, 105:4, 105:16, 106:1, 106:5, 106:14
Miller [12] - 5:25, 6:1, 8:23, 9:13, 13:21, 34:12, 46:4, 62:17, 73:6, 94:21, 95:7, 103:7
Miller's [4] - 13:14, 36:19, 51:24, 55:22
MILLER.................... [1] - 4:8
MILLER.................... . [2] - 4:6, 4:14
MILLER.................... .. [1] - 4:11
millimeters [1] - 35:25
mils [3] - 55:16, 55:19, 69:1
mind [2] - 5:24, 102:9
minimal [2] - 13:16, 70:3

minimize [4] - 46:21, 47:22, 86:7, 86:11
minimized [1] - 47:24
minimizing [2] - 87:9, 88:1
minimum [1] - 66:5
minutes [2] - 46:5, 54:7
MMS [1] - 91:2
mobilize [1] - 72:18
Mohammed [2] - 29:6
moment [7] - 13:10, 34:11, 40:14, 43:21, 53:18, 75:5, 98:1
monitoring [2] - 96:8
month [7] - 8:2, 8:7, 9:8, 55:20, 56:4, 56:22, 68:21
monthly [1] - 55:8
months [2] - 25:17, 103:2
mood [1] - 5:11
moored [1] - 83:4
moot [1] - 105:16
morning [15] - 5:8, 5:9, 5:15, 5:18, 18:4, 18:19, 19:22, 33:22, 33:23, 50:16, 50:17, 62:20, 62:21, 74:4, 93:11
most [4] - 58:4, 58:24, 59:12, 82:15
MOTION [1] - 1:11
motion [9] - 5:18, 99:5, 99:13, 99:19, 99:20, 99:24, 103:7, 103:8, 105:11
mountain [2] - 29:5, 29:6
move [5] - 8:8, 28:7, 33:16, 54:2, 94:11
moved [4] - 29:7, 31:6, 83:2, 93:15
moving [6] - 16:13, 19:14, 27:11, 30:19, 84:15, 85:13
MR [143] - 4:6, 4:7, 4:8, 4:10, 4:11, 4:12, 4:14, 4:15, 4:16, 5:24, 6:1, 6:3, 6:4, 8:11, 8:18, 8:20, 9:5, 9:7, 9:10, 9:19, 10:8, 10:12, 10:17, 10:20, 11:10, 11:15, 11:18, 12:4, 13:23, 14:16, 14:18, 15:7, 15:15, 16:8, 17:1, 17:5, 17:13, 18:3, 20:6,

20:23, 21:7, 21:17, 21:21, 21:24, 29:20, 29:24, 33:12, 33:16, 33:19, 33:21, 36:25, 37:12, 43:10, 46:1, 46:5, 46:8, 46:13, 46:17, 48:18, 48:19, 48:22, 49:1, 49:4, 49:10, 49:13, 49:20, 49:21, 50:1, 50:10, 50:15, 54:6, 54:14, 54:20, 54:22, 54:24, 54:25, 55:4, 58:20, 58:22, 62:16, 62:19, 71:19, 71:21, 71:23, 72:4, 72:9, 72:12, 72:19, 73:4, 73:7, 73:17, 74:3, 74:25, 75:3, 75:7, 75:11, 75:14, 75:18, 75:23, 80:15, 81:4, 81:20, 82:3, 84:14, 85:24, 86:4, 90:12, 91:11, 91:18, 91:19, 91:21, 91:24, 93:4, 93:6, 93:10, 94:9, 94:14, 94:18, 98:1, 98:24, 99:2, 99:9, 99:16, 101:21, 101:23, 102:3, 103:16, 103:20, 104:16, 104:18, 105:2, 105:4, 105:11, 105:14, 105:16, 106:1, 106:5, 106:14, 106:18, 106:24, 107:2, 107:5, 107:9
multiagency [1] - 91:19
multiple [2] - 61:8, 61:14
must [5] - 47:16, 60:16, 66:20, 86:6, 88:9
mutually [1] - 7:24

### N

N.W [1] - 2:11
NACE [1] - 54:13
nail [1] - 35:16
name [10] - 17:24, 18:1, 18:5, 18:7, 50:12, 73:24, 74:4, 75:19, 91:1, 104:18
names [1] - 13:10
narrowed [2] - 6:8, 8:22
NASA [27] - 10:2,

14:12, 14:16, 47:1, 78:14, 79:24, 80:2, 80:4, 80:5, 80:6, 80:20, 81:8, 84:20, 85:3, 85:5, 85:9, 85:15, 86:20, 92:4, 92:25, 93:17, 95:16, 96:4, 96:6, 97:8, 97:17, 98:16
NASA's [2] - 97:14, 97:15
NASA-controlled [1] - 79:24
national [1] - 96:10
National [1] - 54:12
nature [4] - 6:14, 8:9, 13:20, 25:25, 44:25, 84:11, 94:3
naval [1] - 18:14
Navy [1] - 97:25
NAZARETH [1] - 3:4
necessarily [1] - 87:18
necessary [9] - 13:15, 32:5, 53:24, 66:10, 67:11, 92:25, 99:4, 99:11
need [21] - 7:21, 8:25, 11:22, 13:6, 15:15, 27:14, 27:17, 28:3, 28:6, 29:12, 30:10, 30:15, 32:16, 42:14, 53:20, 54:14, 98:3, 99:14, 101:4, 105:9, 105:14
needed [7] - 44:20, 45:10, 45:22, 52:20, 53:2, 53:3, 81:13
needs [9] - 7:18, 7:19, 9:22, 28:6, 32:1, 88:7, 92:18, 93:1, 101:10
negative [1] - 11:10
Neil [2] - 49:14, 50:13
NEIL [4] - 3:4, 4:9, 50:7, 50:13
never [4] - 40:19, 42:1, 49:23, 94:15
NEW [1] - 1:6, 1:17, 1:23, 2:6, 2:9, 2:19, 3:17
new [5] - 19:23, 23:3, 78:4, 80:6, 91:1
New [10] - 10:22, 10:23, 26:11, 27:10, 27:22, 44:23, 45:1, 45:3, 68:20, 68:25, 71:5, 74:11, 74:12, 74:22, 86:24, 98:12
newer [1] - 78:2
next [18] - 7:8, 9:24,

31:1, 31:7, 32:17, 48:22, 49:8, 52:5, 69:11, 73:8, 78:11, 78:18, 78:20, 80:10, 92:24, 98:22, 99:23, 100:25
**NFL** [1] - 40:20
**Nguyen** [1] - 90:8
**nicer** [1] - 10:15
**NO** [1] - 1:6
**no-fly** [1] - 97:6
**none** [2] - 94:12, 104:10
**nontechnical** [1] - 70:21
**normal** [2] - 39:17, 41:16
**normally** [2] - 41:24, 42:8
**Norske** [2] - 13:7, 50:21
**note** [1] - 60:22
**nothing** [6] - 17:6, 17:8, 17:17, 50:4, 63:21, 73:14
**November** [4] - 81:18, 81:19, 100:21, 100:22
**nowhere** [1] - 7:9
**Number** [5] - 105:17, 105:21, 107:12, 107:13, 107:14
**number** [6] - 24:6, 28:13, 56:2, 70:3, 75:14
**numbered** [1] - 108:9
**numbers** [1] - 68:16

## O

**oath** [3] - 17:22, 50:9, 73:22
**object** [2] - 81:20, 94:11
**objection** [3] - 36:25, 37:2, 106:18
**obtain** [1] - 42:12
**obviously** [7] - 30:15, 31:13, 72:7, 86:23, 103:1, 104:9, 104:13
**occur** [15] - 6:17, 27:7, 34:10, 36:2, 36:10, 36:14, 36:18, 55:8, 56:22, 57:2, 64:23, 65:20, 66:5, 70:4, 70:11
**occurred** [2] - 57:4, 63:7
**Ocean** [1] - 91:2

**ocean** [2] - 42:1, 42:15
**October** [31] - 9:15, 13:3, 27:10, 36:8, 36:19, 52:3, 52:7, 55:23, 59:18, 60:15, 67:9, 67:13, 67:14, 67:17, 68:6, 71:24, 72:1, 72:15, 81:9, 81:12, 81:15, 82:5, 82:12, 83:3, 92:14, 92:16, 100:4, 100:11, 100:18, 100:21, 102:24
**OF** [3] - 1:1, 1:5, 1:11
**off-load** [1] - 80:7
**off-loading** [1] - 44:15
**offer** [2] - 21:18, 106:16
**office** [1] - 30:21
**Official** [2] - 108:5, 108:15
**OFFICIAL** [1] - 3:16
**offload** [1] - 77:9
**offshore** [3] - 77:9, 77:12, 77:16
**OIL** [2] - 1:4, 1:4
**oil** [2] - 53:7, 53:11
**Oil** [8] - 43:12, 43:14, 43:15, 43:19, 43:20, 95:8, 95:10, 95:13
**old** [2] - 78:1, 83:15
**ON** [1] - 1:5
**onboard** [4] - 10:5, 61:2, 64:11, 84:20
**once** [25] - 8:1, 9:15, 9:25, 11:19, 17:10, 24:14, 40:4, 43:23, 44:9, 46:22, 47:25, 48:4, 63:2, 63:25, 68:11, 77:12, 77:15, 85:5, 86:13, 93:13, 93:15, 95:25, 97:19, 102:14, 105:19
**ONE** [1] - 2:4
**one** [40] - 7:16, 10:21, 12:11, 13:7, 13:8, 16:2, 17:5, 19:1, 20:20, 22:5, 22:6, 22:10, 22:24, 26:20, 29:21, 30:18, 33:12, 41:10, 52:10, 53:10, 55:20, 56:4, 61:12, 65:5, 71:21, 72:8, 82:11, 85:20, 92:11, 93:6, 94:15, 94:22, 98:19, 99:3, 99:21, 106:24
**one-month** [1] - 56:4
**ongoing** [1] - 43:19
**onshore** [2] - 24:10,

24:11
**open** [16] - 14:20, 15:2, 18:19, 26:21, 26:24, 27:16, 29:3, 40:7, 47:9, 47:12, 62:24, 64:24, 66:17, 66:19, 68:24, 105:6
**opened** [7] - 41:1, 58:16, 63:4, 63:17, 63:20, 63:21, 64:6
**opening** [8] - 27:25, 41:15, 41:17, 47:19, 47:21, 59:7, 64:1, 64:4
**operate** [4] - 22:23, 22:25, 32:9, 32:10
**operating** [4] - 44:15, 46:21
**operation** [7] - 6:17, 22:14, 31:23, 46:25, 65:11, 77:7, 102:10
**operational** [8] - 32:14, 61:22, 68:3, 82:5, 92:13, 92:15, 100:4, 100:10
**opinion** [10] - 28:12, 52:20, 56:8, 57:25, 60:13, 60:15, 62:7, 62:11, 69:17, 97:14
**opportunity** [1] - 104:5
**opposed** [3] - 58:17, 87:11, 92:17
**opposition** [2] - 7:18, 23:4
**option** [3] - 85:6, 88:13
**options** [1] - 85:9
**oral** [1] - 79:7
**order** [8] - 5:19, 28:2, 53:3, 55:15, 55:16, 60:16, 67:23, 75:20
**ORDER** [1] - 5:4
**ordered** [1] - 100:15
**Orleans** [14] - 26:11, 27:10, 27:22, 44:23, 45:1, 45:3, 68:20, 68:25, 71:5, 74:11, 74:12, 74:22, 86:24, 98:12
**ORLEANS** [7] - 1:6, 1:17, 1:23, 2:6, 2:9, 2:19, 3:17
**OSV** [1] - 77:12
**outfit** [2] - 43:12, 45:19
**outfitted** [1] - 29:9
**outset** [1] - 15:19
**outside** [7] - 8:7, 25:11, 35:17, 86:6,

86:24, 88:8, 88:9
**overall** [2] - 88:13, 97:7
**overhead** [3] - 27:2, 92:21, 92:23
**overrule** [1] - 37:2
**overseeing** [1] - 64:17
**oversight** [4] - 96:15, 100:6, 101:1, 101:10
**own** [4] - 40:1, 41:2, 72:13, 106:2
**oxidation** [4] - 35:16, 35:17, 35:21, 35:22
**oxygen** [1] - 70:15
**oxygenated** [4] - 55:16, 68:23, 69:3, 69:5

## P

**p.m** [1] - 107:21
**package** [4] - 10:25, 20:1, 20:2, 20:4
**packers** [5] - 38:14, 38:22, 39:2, 39:9, 39:17
**packing** [1] - 58:13
**pad** [3] - 12:16, 14:21
**pads** [1] - 12:21
**PAGE** [2] - 4:3, 4:21
**page** [6] - 23:6, 23:12, 24:5, 46:14, 78:11, 90:1
**pages** [1] - 76:7
**paginated** [1] - 76:6
**pallet** [1] - 30:16
**PALMINTIER** [1] - 3:6
**PAN** [1] - 1:16
**pan** [1] - 96:8
**panoply** [1] - 97:16
**papers** [1] - 55:11
**paragraph** [6] - 65:7, 65:8, 65:12, 65:21, 78:11, 85:1
**paramount** [1] - 102:12
**Paris** [1] - 14:10
**parish** [1] - 96:15
**part** [24] - 14:25, 22:19, 25:18, 32:1, 32:17, 32:18, 38:25, 39:17, 41:15, 41:17, 45:17, 46:12, 50:22, 57:21, 58:2, 58:11, 63:9, 63:11, 64:11, 64:16, 78:9, 85:2, 99:25
**participated** [1] - 30:6
**particular** [8] - 26:3,

31:24, 47:14, 48:7, 54:25, 65:7, 86:19, 94:25
**particularly** [3] - 71:5, 85:12, 86:14
**parties** [20] - 7:3, 9:14, 10:13, 16:1, 19:10, 23:16, 24:19, 24:21, 28:13, 28:23, 39:16, 47:3, 53:1, 53:16, 72:22, 89:7, 101:17, 103:25, 104:6
**partly** [1] - 11:23
**parts** [13] - 20:7, 23:17, 25:12, 32:12, 41:6, 41:14, 43:6, 64:21, 69:19, 70:9, 71:1, 71:4, 79:13
**party** [5] - 15:25, 32:24, 46:3, 53:10, 104:20
**pass** [1] - 52:24
**past** [5] - 5:20, 43:16, 48:1, 48:4, 100:20
**patrols** [1] - 96:16
**PAUL** [2] - 1:16, 3:14
**paying** [1] - 58:17
**penalties** [2] - 96:19, 96:21
**people** [16] - 9:21, 11:1, 13:2, 30:14, 30:16, 30:22, 31:15, 32:18, 32:19, 72:2, 72:3, 72:14, 89:1, 91:5, 100:8, 104:23
**PEPPER** [1] - 3:16
**Pepper** [3] - 108:3, 108:13, 108:14
**per** [4] - 26:1, 55:16, 55:20, 70:23
**percent** [2] - 69:13, 69:18
**perform** [9] - 42:1, 42:6, 45:23, 53:24, 57:18, 59:12, 61:23, 66:10
**performed** [11] - 35:23, 47:16, 53:6, 56:3, 57:21, 57:22, 57:24, 58:2, 63:2, 63:24, 64:18
**performing** [2] - 58:2, 62:11
**perhaps** [6] - 27:6, 34:8, 34:12, 40:9, 95:9
**period** [11] - 9:2, 9:9, 13:15, 14:2, 14:6, 27:21, 56:4, 56:22, 70:4, 102:21, 102:23

**periodically** [1] - 103:12

**permanent** [2] - 79:12, 92:10

**permanently** [3] - 74:10, 74:11, 94:6

**permeate** [1] - 47:13

**person** [4] - 40:20, 76:8, 90:10, 97:15

**personally** [1] - 38:6

**personnel** [5] - 33:9, 33:11, 53:3, 66:21, 90:3, 90:22

**persons** [2] - 90:23, 90:24

**pertaining** [1] - 103:9

**petroleum** [2] - 70:25, 71:3

**Ph.D** [1] - 51:7

**photo** [1] - 22:10

**photograph** [2] - 105:18, 105:20

**photography** [1] - 60:4

**phrase** [2] - 45:20, 56:11

**physical** [8] - 35:2, 45:8, 53:18, 75:18, 76:2, 88:6, 97:18, 106:11

**picture** [1] - 22:1

**pictures** [1] - 19:13

**piece** [1] - 21:10

**pieces** [16] - 7:16, 11:22, 15:9, 20:7, 22:3, 32:8, 32:12, 44:4, 61:7, 61:8, 61:14, 62:4, 71:1, 105:12

**pier** [26] - 13:1, 79:1, 79:2, 79:15, 79:18, 79:20, 79:22, 79:23, 80:5, 80:6, 80:9, 80:10, 83:10, 83:11, 83:20, 83:22, 84:5, 84:7, 84:11, 84:24, 85:17, 87:12, 92:10, 92:13, 97:13, 100:3

**PIGMAN** [1] - 2:17

**piling** [1] - 100:16

**pilot** [2] - 22:18, 22:20

**pipe** [10] - 21:12, 21:16, 23:11, 38:15, 38:16, 60:22, 61:7, 61:12, 63:13, 107:13

**place** [15] - 6:24, 23:3, 24:16, 28:4, 32:12, 32:21, 45:3, 77:10, 93:13, 93:16, 96:3, 96:4, 96:18, 104:11

**placed** [5] - 6:22, 7:10, 23:7, 68:24, 78:20

**placement** [1] - 83:25

**PLAINTIFFS** [1] - 1:15

**plan** [106] - 6:24, 7:2, 7:17, 7:20, 8:5, 9:6, 10:3, 14:18, 15:1, 19:3, 19:10, 23:19, 23:21, 23:24, 23:25, 24:3, 24:5, 24:12, 24:15, 24:16, 24:18, 24:20, 25:1, 25:3, 25:9, 25:13, 25:15, 25:16, 27:3, 27:4, 27:6, 27:13, 27:15, 27:17, 28:3, 28:4, 28:6, 28:7, 28:10, 28:14, 28:16, 28:17, 28:19, 28:24, 29:11, 33:6, 39:22, 46:9, 46:11, 48:1, 48:5, 53:3, 63:10, 63:11, 64:13, 64:19, 65:23, 65:25, 72:21, 77:6, 77:7, 77:8, 77:22, 77:23, 78:5, 78:10, 78:13, 78:15, 78:16, 78:23, 78:25, 79:1, 79:3, 79:10, 79:16, 80:11, 80:21, 80:23, 84:22, 86:10, 86:13, 86:15, 89:12, 92:1, 92:9, 93:12, 93:14, 93:16, 93:18, 93:19, 94:3, 94:6, 94:7, 95:8, 95:15, 103:3, 105:22, 106:5, 106:6

**planned** [1] - 66:16

**planning** [3] - 43:7, 100:12, 102:7

**plans** [12] - 19:8, 66:25, 67:3, 67:4, 67:5, 80:17, 95:3, 95:13, 95:25, 100:14, 101:9

**plant's** [1] - 80:8

**plates** [1] - 83:21

**platform** [5] - 83:7, 92:15, 92:17, 92:21, 93:23

**play** [3] - 69:11, 69:22

**pleasure** [1] - 33:24

**plumb** [1] - 43:21

**plus** [2] - 19:8, 44:15

**pocket** [3] - 52:19, 52:23, 53:23

**pod** [3] - 22:9, 23:2, 37:25

**pods** [6] - 22:5, 22:23, 25:13, 37:17, 37:18

**point** [35] - 12:14, 17:5, 21:25, 24:12, 28:20, 30:9, 40:11, 42:25, 63:12, 63:25, 77:12, 78:18, 78:20, 79:10, 82:18, 84:16, 86:5, 86:21, 88:5, 88:10, 88:12, 88:13, 89:4, 92:3, 92:6, 92:12, 92:24, 93:2, 93:22, 101:7, 103:22, 106:16, 106:20, 107:7, 107:16

**pointed** [1] - 75:8

**pointing** [2] - 40:15, 40:16

**points** [7] - 61:3, 87:8, 87:9, 87:13, 87:16, 87:25, 88:3

**policy** [1] - 17:7

**pond** [1] - 99:4

**port** [1] - 95:4

**portion** [7] - 20:4, 22:10, 23:15, 25:16, 25:19, 52:6, 65:3

**position** [8] - 8:24, 13:23, 26:9, 36:6, 36:9, 61:19, 63:3, 100:17

**positioning** [3] - 59:8, 60:9, 60:21

**possible** [10] - 16:7, 28:18, 43:12, 43:14, 55:5, 55:7, 61:17, 82:15, 88:2, 88:17

**possibly** [4] - 49:9, 58:12, 61:7, 97:25

**potential** [6] - 13:18, 39:7, 41:23, 42:17, 45:20, 70:10

**potentially** [2] - 68:25, 81:17

**pounds** [1] - 85:21

**power** [5] - 26:21, 26:25, 30:19

**POYDRAS** [4] - 1:17, 2:5, 2:8, 3:17

**Poydras** [1] - 98:19

**preapproved** [2] - 78:11, 78:13

**preference** [6] - 15:20, 16:9, 16:10, 37:9, 61:17, 84:18

**preferred** [2] - 88:13, 88:24

**prejudice** [1] - 99:25

**preparation** [2] - 29:7, 30:6

**Prepare** [1] - 24:10

**prepare** [2] - 29:10, 33:5

**prepared** [7] - 9:20, 28:22, 30:5, 36:13, 78:9, 81:11, 81:13

**preparedness** [1] - 93:12

**presence** [4] - 70:15, 71:3, 71:13

**PRESENT** [1] - 2:21

**present** [6] - 13:19, 18:16, 39:22, 49:3, 70:17, 71:1, 86:13, 95:3

**presented** [3] - 27:3, 95:6, 95:7

**preservation** [94] - 6:21, 6:24, 7:2, 7:12, 7:17, 7:20, 7:25, 8:5, 8:9, 13:13, 13:17, 13:25, 14:2, 15:16, 18:25, 19:2, 19:5, 19:7, 19:8, 19:10, 23:18, 23:21, 23:24, 23:25, 24:16, 24:19, 25:3, 25:9, 25:13, 25:15, 25:16, 27:15, 27:17, 27:23, 27:24, 28:2, 28:3, 28:4, 28:8, 28:9, 28:14, 28:24, 29:1, 29:2, 29:3, 29:13, 30:3, 30:11, 39:1, 39:17, 46:9, 46:11, 47:16, 48:1, 48:2, 48:4, 48:6, 48:8, 56:2, 56:20, 57:14, 57:17, 57:19, 57:23, 58:18, 59:13, 60:24, 61:2, 62:13, 62:15, 63:10, 64:13, 64:17, 64:19, 64:21, 65:23, 65:25, 66:5, 70:24, 82:6, 82:7, 86:22, 89:15, 89:17, 92:1, 101:4, 101:6, 102:8, 102:17, 104:3, 106:6, 106:9

**preserve** [20] - 8:6, 14:5, 25:5, 25:10, 27:20, 33:3, 37:9, 38:24, 56:17, 56:20, 60:16, 66:21, 67:8, 67:20, 82:13, 82:14, 86:19, 100:5, 100:7

**Preserve** [1] - 24:9

**preserved** [5] - 25:14, 25:20, 25:23, 34:9, 100:17

**preserving** [6] - 6:25,

37:20, 43:6, 56:15, 59:15, 62:23

**president** [2] - 54:11, 54:13

**pretty** [1] - 102:5

**prevent** [2] - 38:18, 47:22

**preventer** [7] - 12:3, 14:19, 20:19, 20:20, 42:7, 77:15, 79:2

**preventers** [4] - 20:4, 20:5, 25:21, 25:22

**prevention** [1] - 23:14

**primarily** [1] - 42:23

**primary** [1] - 80:6

**private** [3] - 8:20, 15:25, 79:24

**privileged** [1] - 96:10

**problem** [5] - 7:14, 12:13, 37:20, 72:23, 81:23

**procedure** [14] - 26:1, 26:13, 38:23, 39:11, 39:13, 39:20, 39:25, 41:13, 41:22, 45:10, 46:19, 47:16, 47:17, 65:16

**procedures** [24] - 32:21, 38:5, 39:1, 42:8, 42:10, 52:9, 53:14, 56:3, 57:18, 57:21, 60:14, 60:16, 60:25, 61:2, 61:3, 62:8, 62:11, 64:18, 70:24, 72:17, 89:8, 89:13, 95:11

**proceed** [1] - 103:4

**proceeding** [1] - 107:11

**PROCEEDINGS** [3] - 1:11, 3:19, 5:1

**proceedings** [5] - 106:20, 107:7, 107:16, 107:21, 108:9

**process** [20] - 13:16, 18:22, 32:1, 32:2, 32:21, 35:18, 39:15, 39:17, 52:2, 53:17, 53:19, 55:1, 55:23, 59:22, 59:25, 61:20, 66:14, 101:1, 102:6, 102:7

**processes** [2] - 63:1, 63:6

**procure** [3] - 53:23, 53:24, 66:20

**procured** [3] - 32:4, 67:8

**procurement** [1] -

66:11
**PRODUCED** [1] - 3:19
**product** [1] - 80:8
**productive** [1] - 9:14
**Professional** [1] - 108:4
**program** [1] - 53:25
**progress** [3] - 6:6, 100:6, 103:13
**project** [5] - 6:11, 52:4, 52:22, 101:15, 103:10
**projects** [1] - 51:16
**promise** [1] - 49:21
**proper** [1] - 30:14
**properly** [3] - 7:14, 38:18, 105:8
**property** [1] - 98:15
**proposal** [4] - 29:11, 92:8, 92:10
**propose** [8] - 38:11, 38:21, 39:11, 39:23, 40:3, 41:12, 45:23, 99:18
**proposed** [4] - 32:13, 38:24, 62:8, 103:4
**proposing** [1] - 42:24
**protect** [2] - 86:19, 97:17
**protected** [1] - 100:18
**protection** [7] - 14:22, 17:9, 26:16, 27:2, 27:5, 27:9, 30:14
**protective** [1] - 5:19
**protocol** [6] - 13:13, 34:9, 59:17, 59:21, 73:1, 75:19
**protocols** [6] - 34:7, 44:22, 82:20, 82:25, 104:8, 104:11
**proverbial** [1] - 100:20
**provide** [9] - 19:6, 29:18, 39:11, 45:9, 62:10, 77:23, 89:8, 95:20, 95:22
**provided** [4] - 19:7, 29:15, 81:14, 95:12
**provision** [5] - 66:11, 82:20, 82:23, 86:8, 89:15
**provisions** [1] - 82:17
**published** [2] - 55:11, 55:18
**pulling** [1] - 18:23
**pumps** [1] - 15:9
**punch** [1] - 12:18
**purchased** [1] - 31:22
**purpose** [3] - 26:13, 56:20, 80:7
**purposes** [1] - 60:17

**pursuant** [1] - 65:22
**put** [39] - 6:13, 8:24, 10:9, 12:10, 12:13, 12:19, 12:25, 19:11, 19:14, 19:18, 22:1, 24:14, 29:22, 33:6, 36:15, 37:22, 39:14, 44:7, 46:9, 51:1, 52:10, 53:15, 55:24, 55:25, 56:1, 75:5, 76:7, 77:8, 78:18, 79:1, 85:17, 88:17, 96:3, 96:18, 99:15, 100:3, 104:11, 104:24
**puts** [1] - 97:9
**putting** [4] - 16:17, 42:13, 42:15, 103:24

## Q

**Q-4000** [27] - 6:21, 6:25, 7:6, 8:5, 11:4, 11:7, 11:9, 12:7, 18:21, 19:3, 21:9, 21:12, 21:16, 23:19, 24:14, 25:17, 38:5, 43:24, 44:7, 46:9, 46:11, 63:9, 64:4, 64:9, 95:18, 106:7
**Q-4000's** [1] - 44:15
**qualify** [1] - 11:5
**quantifiable** [4] - 35:25, 36:2, 36:10, 36:22
**quantifiably** [1] - 37:4
**quantified** [1] - 66:4
**quantify** [4] - 36:12, 36:17, 65:10, 65:14
**quantifying** [1] - 65:16
**questions** [9] - 34:2, 46:4, 58:4, 58:23, 60:12, 62:22, 93:4, 98:7, 98:9
**quick** [2] - 18:9, 89:3
**quickly** [2] - 20:7, 30:9
**quite** [4] - 54:15, 90:22, 101:3, 101:13
**quote** [1] - 86:10

## R

**rain** [2] - 27:5, 87:3
**raise** [3] - 17:15, 50:2, 73:12
**raised** [3] - 21:16, 27:19, 68:11
**ram** [36] - 20:4, 20:5, 20:19, 20:21, 25:21,

27:25, 32:9, 40:7, 40:11, 40:16, 40:17, 40:23, 40:25, 41:15, 47:18, 47:19, 47:20, 47:21, 58:11, 58:15, 59:7, 59:8, 62:24, 63:4, 63:8, 63:16, 64:2, 64:4, 64:6, 64:8
**rams** [9] - 20:20, 22:22, 41:9, 58:12, 65:8, 65:9, 65:12, 65:22, 65:25
**rank** [4] - 49:24, 73:18, 102:1, 102:2
**rate** [6] - 55:14, 56:6, 68:18, 68:19, 68:24, 70:1
**rates** [2] - 68:8, 68:22
**rather** [7] - 16:24, 27:18, 29:6, 32:24, 37:10, 68:19, 77:9
**RE** [1] - 1:4
**react** [1] - 58:10
**reaction** [3] - 71:8, 71:9, 71:11
**reactions** [3] - 70:11, 70:14, 71:4
**read** [9] - 14:18, 15:1, 24:3, 46:10, 47:15, 51:2, 65:1, 87:8, 88:12
**reading** [2] - 87:13, 87:25
**ready** [14] - 8:1, 15:10, 17:2, 17:3, 29:9, 31:6, 32:14, 67:19, 78:7, 82:11, 85:1, 85:2, 85:4
**ready-built** [3] - 85:1, 85:2, 85:4
**real** [2] - 70:21, 89:3
**really** [9] - 5:18, 7:23, 8:4, 9:25, 15:24, 46:5, 98:18, 100:22, 101:10
**REALTIME** [1] - 3:16
**Realtime** [1] - 108:3
**reason** [2] - 57:17, 67:10
**reasonable** [1] - 101:16
**reasons** [4] - 11:7, 11:23, 16:21, 61:22
**recalled** [1] - 10:5
**receipt** [1] - 31:7
**received** [1] - 5:21
**recently** [1] - 65:1
**recognize** [1] - 39:19
**recommendation** [1] -

29:18
**recommendations** [1] - 42:12
**recommended** [3] - 29:8, 39:18, 43:14
**reconciled** [1] - 101:4
**reconsult** [1] - 89:1
**record** [12] - 17:24, 18:5, 29:25, 41:21, 46:10, 47:15, 51:2, 73:24, 104:25, 105:9, 107:10, 108:9
**RECORDED** [1] - 3:19
**recovered** [1] - 19:22
**recovery** [9] - 6:20, 18:20, 18:21, 18:25, 21:8, 23:10, 102:7, 102:10, 105:22
**redirect** [2] - 46:5, 71:20
**REDIRECT** [6] - 4:8, 4:12, 4:16, 46:7, 71:22, 94:17
**refer** [1] - 42:11
**reference** [6] - 6:23, 7:12, 21:25, 24:7, 30:9, 106:3
**referenced** [2] - 22:13, 23:18
**references** [1] - 55:11
**referred** [5] - 29:1, 41:5, 75:19, 83:20, 106:13
**referring** [4] - 27:24, 42:11, 85:10, 87:23
**refers** [2] - 47:14, 84:17
**regard** [1] - 93:12
**regards** [2] - 30:21, 34:19
**Registered** [2] - 108:3, 108:4
**regular** [2] - 100:5, 100:7
**regulations** [2] - 95:2, 95:5
**reinforce** [1] - 83:22
**reinforced** [1] - 83:22
**relates** [1] - 91:25
**RELATES** [1] - 1:8
**relationship** [2] - 43:16, 43:19
**relatively** [1] - 28:20, 102:23
**relevant** [2] - 5:15, 18:10
**relief** [1] - 101:11
**reluctant** [1] - 15:24
**remain** [4] - 12:8, 13:3, 82:19, 82:24

**remember** [1] - 11:25
**remnants** [2] - 70:21, 70:25
**remove** [8] - 32:8, 39:2, 40:7, 40:11, 60:6, 62:3, 77:21, 78:13
**removing** [6] - 27:25, 39:16, 47:20, 59:5, 59:6, 60:8
**RENAISSANCE** [1] - 2:15
**rent/purchase** [1] - 66:9
**rented** [2] - 31:13, 31:22
**repeat** [2] - 48:3, 87:21
**rephrase** [1] - 82:4
**report** [2] - 101:17, 103:11
**reported** [1] - 74:13
**REPORTER** [2] - 3:16, 3:16
**Reporter** [6] - 108:3, 108:4, 108:5, 108:15
**REPORTER'S** [1] - 108:1
**represent** [1] - 104:20
**representation** [1] - 68:5
**representatives** [1] - 25:1
**represents** [2] - 20:18, 20:19
**requested** [1] - 29:18
**required** [5] - 29:17, 30:12, 31:18, 66:23, 67:6
**requirement** [1] - 82:9
**requirements** [6] - 30:2, 30:4, 32:18, 52:12, 106:8
**research** [2] - 50:23, 51:10
**residue** [1] - 70:22
**resources** [1] - 6:10
**respect** [14] - 21:10, 24:21, 37:15, 57:19, 63:12, 71:24, 76:8, 81:21, 82:6, 82:7, 87:9, 88:1, 89:19, 99:19
**responsible** [1] - 23:16
**rest** [2] - 30:20, 56:16
**restricted** [1] - 84:20
**result** [2] - 45:15
**resume** [1] - 91:21
**retrieval** [1] - 47:17

**retrieve** [1] - 63:25
**retrieved** [1] - 61:5
**return** [1] - 101:9
**review** [2] - 39:16, 72:17
**revise** [1] - 79:3
**rig** [2] - 11:11, 86:16
**RIG** [1] - 1:4
**rigger** [1] - 86:16
**rigging** [2] - 86:14, 94:7
**rise** [1] - 5:7
**riser** [3] - 10:25, 20:1, 20:4
**risk** [3] - 14:4, 16:10, 58:7
**RMR** [2] - 3:16, 108:14
**road** [5] - 37:9, 85:7, 88:18, 88:19, 88:22
**Road** [1] - 14:10
**roadway** [1] - 85:13
**ROBERT** [1] - 2:11
**rocket** [2] - 14:14, 85:18
**rockets** [1] - 97:18
**Roebuck** [1] - 32:7
**role** [2] - 50:23, 101:14
**RONQUILLO** [1] - 2:13
**roof** [1] - 86:18
**ROOM** [1] - 3:17
**root** [2] - 51:17, 57:15
**rough** [2] - 20:17, 44:15
**roughly** [6] - 9:8, 11:1, 12:9, 12:20, 13:3, 44:18
**rubber** [6] - 38:14, 38:15, 38:21, 39:8, 40:5, 41:6
**rules** [1] - 32:19
**ruling** [1] - 99:13
**RUSSO** [1] - 3:9
**rust** [5] - 35:17, 57:7, 57:8, 57:9, 57:10

## S

**s/Cathy** [1] - 108:13
**safe** [3] - 11:20, 30:22, 59:17
**safely** [4] - 32:9, 32:20, 32:22, 62:6
**safety** [4] - 17:8, 96:3, 97:19, 102:13
**Saints** [1] - 69:11
**SALLY** [1] - 2:21
**salt** [1] - 99:4

**saltwater** [6] - 26:8, 35:16, 69:14, 70:22, 71:3, 71:14
**satisfactorily** [1] - 8:6
**satisfied** [1] - 54:22
**Saturn** [1] - 98:12
**save** [1] - 28:14
**scaffolding** [1] - 30:16
**scan** [1] - 96:8
**schedule** [1] - 72:16
**schematic** [3] - 19:12, 38:9, 106:25
**school** [1] - 18:11
**science** [4] - 51:7, 51:8, 51:10, 54:17
**scientific** [1] - 59:23
**scope** [1] - 59:4
**Scott** [1] - 93:11
**SCOTT** [1] - 1:22
**screen** [13] - 19:18, 20:8, 20:10, 23:7, 25:4, 29:22, 30:1, 48:5, 65:3, 75:6, 76:8, 77:1, 79:4
**screws** [2] - 9:21, 53:22
**sculpture** [1] - 98:24
**sea** [2] - 11:4, 46:20
**sealed** [3] - 22:10, 37:25, 69:21
**Sears** [1] - 32:7
**seated** [2] - 5:10, 91:13
**Seattle** [3] - 74:19, 94:4, 94:5
**seawater** [9] - 55:15, 55:16, 68:15, 68:23, 69:3, 69:7, 69:8, 69:9, 70:18
**second** [5] - 33:12, 45:17, 84:15, 88:12, 89:4
**secondarily** [1] - 45:9
**secondly** [1] - 15:22
**section** [23] - 22:2, 22:7, 22:17, 46:10, 47:7, 47:14, 47:15, 50:24, 51:13, 51:14, 51:19, 51:21, 70:19, 77:3, 77:14, 79:11, 82:16, 84:16, 87:13, 87:16, 88:14, 89:3, 91:25
**Section** [3] - 46:15, 46:19, 77:6
**sections** [3] - 26:3, 26:6, 70:9
**secure** [9] - 78:21, 82:14, 82:15, 82:25, 84:19, 87:11, 87:16,

87:19, 92:4
**securing** [1] - 94:3
**security** [28] - 30:15, 44:7, 87:18, 94:23, 94:25, 95:3, 95:7, 95:12, 95:15, 95:22, 96:1, 96:3, 96:6, 96:9, 96:11, 96:12, 96:15, 96:17, 96:19, 97:7, 97:14, 97:15, 97:19, 97:22, 97:24, 101:2, 101:3
**see** [21] - 5:13, 8:14, 20:5, 20:11, 22:9, 24:7, 37:14, 52:10, 57:17, 65:18, 67:10, 72:23, 77:4, 77:10, 82:16, 86:8, 89:9, 98:10, 100:22, 103:5, 103:12
**seek** [1] - 72:21
**selected** [1] - 22:24
**SEM** [2] - 22:18
**send** [2] - 13:22, 99:5
**sense** [5] - 16:7, 16:19, 39:19, 101:17, 102:24
**sent** [1] - 7:10
**separate** [3] - 12:19, 93:18, 107:10
**separated** [1] - 11:3
**separately** [5] - 11:4, 12:19, 12:25, 105:23, 106:1
**SEPTEMBER** [2] - 1:7, 5:3
**September** [20] - 6:20, 7:8, 12:9, 12:23, 15:5, 26:12, 26:19, 27:10, 27:22, 36:7, 36:18, 55:22, 60:15, 68:21, 68:25, 69:12, 78:8, 100:9, 103:17
**series** [3] - 22:7, 22:8, 23:16
**services** [1] - 57:6
**session** [1] - 5:7
**set** [7] - 6:9, 24:1, 31:1, 56:14, 77:6, 94:2, 101:9
**setup** [1] - 29:4
**seven** [2] - 96:8, 105:5
**several** [1] - 76:21
**shall** [2] - 46:25, 86:6
**shallow** [3] - 11:8, 11:20, 43:25
**shape** [1] - 48:11
**SHARON** [1] - 3:3
**shear** [1] - 20:21
**sheet** [1] - 104:22

**shelf** [1] - 12:21
**SHELL** [1] - 2:4
**shingle** [1] - 34:17
**shipped** [1] - 68:12
**ships** [1] - 95:4
**shipyard** [2] - 12:21, 97:23
**shipyards** [1] - 44:23
**shore** [9] - 8:1, 9:25, 10:1, 13:24, 34:6, 36:8, 44:16, 46:25, 55:22
**shoreside** [1] - 96:6
**short** [26] - 6:20, 6:24, 7:2, 8:4, 8:25, 13:15, 18:25, 19:2, 19:7, 19:9, 21:8, 23:18, 23:22, 23:23, 25:3, 25:9, 25:13, 28:9, 44:21, 48:1, 48:4, 60:14, 62:8, 63:9, 64:12, 106:6
**short-term** [24] - 6:20, 6:24, 7:2, 8:4, 8:25, 18:25, 19:2, 19:7, 19:9, 21:8, 23:18, 23:22, 23:23, 25:3, 25:9, 25:13, 44:21, 48:1, 48:4, 60:14, 62:8, 63:9, 64:12, 106:6
**shortly** [1] - 18:23
**show** [1] - 104:24
**showed** [2] - 64:24, 105:18
**showing** [1] - 23:6
**shows** [1] - 20:20
**Shushan** [1] - 5:14
**SHUSHAN** [1] - 2:21
**shuttle** [4] - 23:1, 80:8, 97:9, 97:19
**side** [5] - 10:4, 22:6, 41:10, 53:10, 57:9
**sided** [2] - 75:8, 75:12
**sides** [1] - 75:10
**sign** [3] - 5:13, 76:7, 104:25
**sign-off** [1] - 76:7
**signal** [1] - 22:18
**signature** [1] - 90:1
**signed** [15] - 7:1, 7:3, 23:12, 23:14, 23:16, 38:6, 47:2, 63:9, 64:12, 64:14, 64:19, 86:22, 104:23, 104:24, 105:22
**signed-off** [1] - 105:22
**significant** [4] - 13:18, 56:18, 58:1
**significantly** [4] - 8:6,

8:22, 28:18, 66:1
**simple** [3] - 22:16, 35:5, 35:15
**simplified** [1] - 41:7
**simplify** [1] - 38:14
**simply** [1] - 27:25
**simultaneously** [1] - 22:24
**single** [1] - 12:14
**sit** [3] - 5:14, 8:7, 28:23
**site** [16] - 29:10, 30:2, 30:4, 30:19, 31:4, 31:6, 31:9, 31:17, 33:1, 43:13, 43:14, 65:15, 66:16, 81:15, 95:12, 106:8
**sits** [2] - 25:5, 26:6
**sitting** [10] - 25:11, 26:7, 26:10, 26:15, 68:20, 69:12, 81:7, 93:21, 97:11, 103:2
**situation** [1] - 18:6
**six** [5] - 25:17, 68:25, 91:13, 103:1, 105:5
**sixth** [1] - 82:18
**size** [3] - 20:24, 21:1, 48:11
**slab** [6] - 26:25, 33:10, 66:17, 66:19, 88:19, 88:22
**sleeping** [1] - 8:14
**slide** [3] - 22:8, 22:20, 22:21
**slings** [1] - 31:25
**slippery** [1] - 100:20
**slope** [1] - 100:21
**small** [3] - 5:10, 22:7, 22:19
**smiles** [1] - 5:13
**SMITH** [1] - 3:3
**Smith** [1] - 75:7
**sneeze** [1] - 76:24
**so-called** [1] - 105:24
**sodium** [1] - 69:10
**solemnly** [3] - 17:16, 50:3, 73:13
**solenoid** [1] - 22:7
**solution** [2] - 26:7, 37:22
**someone** [2] - 11:25, 43:1
**somewhat** [1] - 26:1
**somewhere** [3] - 7:10, 13:22, 49:4
**soon** [1] - 104:25
**sooner** [2] - 27:18, 37:10
**sorry** [5] - 25:3, 56:5, 75:18, 81:7, 101:23

**sort** [3] - 51:18, 59:21, 80:12
**source** [1] - 12:15
**space** [5] - 80:5, 80:8, 92:25, 97:9, 97:19
**speaking** [2] - 40:3, 68:22
**specialty** [7] - 31:15, 31:20, 32:8, 34:16, 51:6, 94:25
**specific** [1] - 31:18
**specifically** [2] - 10:1, 85:13
**specification** [1] - 29:11
**specifications** [5] - 48:11, 48:15, 66:25, 86:19, 101:9
**specified** [1] - 32:4
**speed** [3] - 11:19, 44:15, 95:2
**spell** [2] - 17:24, 73:24
**spend** [1] - 54:7
**spent** [1] - 6:6
**SPILL** [1] - 1:4
**split** [2] - 11:2, 12:6
**spool** [2] - 21:11, 21:14
**spread** [1] - 12:17
**SQUARE** [1] - 2:4
**square** [1] - 22:19
**squares** [1] - 22:7
**stability** [1] - 11:23
**Stack** [2] - 25:16, 25:21
**stack** [8] - 12:4, 12:13, 30:3, 37:16, 60:20, 105:18, 105:21, 106:9
**Stack-Guard** [2] - 25:16, 25:21
**staging** [1] - 32:21
**stand** [5] - 5:23, 14:14, 17:14, 50:20, 80:18
**standing** [2] - 77:21, 78:12
**standpoint** [8] - 7:13, 7:24, 32:24, 56:15, 57:17, 57:19, 58:18, 64:17
**start** [11] - 6:5, 20:13, 29:9, 34:6, 36:20, 52:2, 52:5, 62:22, 63:2, 81:15, 100:22
**started** [4] - 66:14, 67:3, 67:4, 76:16
**starting** [4] - 33:9, 52:4, 63:25, 103:24
**starts** [8] - 13:4, 36:8,

36:9, 52:4, 55:23, 65:2
**State** [1] - 108:5
**state** [6] - 17:24, 18:5, 24:7, 50:12, 61:11, 73:24
**statement** [2] - 87:2, 89:10
**STATES** [2] - 1:1, 1:12
**States** [15] - 15:23, 43:12, 43:14, 43:15, 43:19, 43:20, 74:8, 90:2, 95:8, 95:10, 95:13, 97:17, 98:11, 108:6, 108:16
**states** [1] - 84:16
**stationed** [7] - 74:10, 74:11, 74:12, 74:17, 74:19, 74:20, 74:22
**status** [9] - 18:20, 18:21, 78:16, 84:22, 86:10, 93:1, 103:11, 103:17, 103:21
**stay** [4] - 79:15, 84:23, 100:19, 101:11
**steel** [2] - 12:16, 12:21
**Stennis** [1] - 27:12
**STENOGRAPHY** [1] - 3:19
**step** [10] - 24:17, 24:21, 48:20, 59:13, 59:22, 59:24, 99:1
**step-by-step-by-step -by-step** [1] - 59:22
**STEPHEN** [1] - 3:7
**steps** [4] - 13:25, 14:2, 59:2, 62:14
**STERBCOW** [2] - 1:15, 1:16
**STEVE** [1] - 2:23
**Steve** [1] - 104:18
**still** [15] - 8:17, 26:2, 53:17, 70:3, 70:20, 77:6, 77:7, 77:21, 78:23, 82:17, 88:24, 89:12, 92:9, 93:3, 102:18
**stipulate** [1] - 54:16
**stipulated** [1] - 42:4
**STONE** [1] - 2:17
**storage** [10] - 7:12, 28:15, 79:12, 79:14, 88:24, 89:19, 89:20, 92:1, 92:12, 92:18
**store** [6] - 26:17, 31:1, 80:17, 85:4, 87:10, 100:7
**stored** [6] - 27:16, 86:6, 88:7, 88:8, 88:9, 92:3

**stories** [1] - 12:1
**storing** [1] - 87:16
**storm** [1] - 94:3
**story** [1] - 11:23
**strapped** [1] - 94:7
**STREET** [8] - 1:17, 1:23, 2:5, 2:8, 2:11, 2:15, 2:18, 3:17
**Street** [1] - 98:19
**strengthen** [1] - 12:15
**stretch** [1] - 60:11
**strike** [2] - 57:15, 105:12
**striking** [1] - 57:13
**strong** [1] - 15:20
**structure** [2] - 11:23, 92:19
**studied** [1] - 64:24
**study** [5] - 35:2, 57:12, 57:20, 57:24, 58:3
**stuff** [2] - 44:21, 49:5
**stump** [1] - 84:19
**subject** [2] - 24:25, 64:20
**submissions** [1] - 19:16
**submit** [1] - 13:14
**submitted** [4] - 7:17, 10:13, 24:18, 42:10
**subpoenaing** [1] - 107:13
**subpoenas** [2] - 98:19, 107:12
**subsea** [10] - 62:25, 63:5, 63:17, 63:20, 63:21, 64:2, 68:20, 69:1, 69:4, 70:6
**subsections** [1] - 65:12
**substance** [1] - 26:2
**substances** [1] - 25:25
**substantial** [2] - 96:7, 96:21
**substantially** [1] - 6:8
**sufficient** [1] - 97:17
**suggest** [2] - 49:8, 103:23
**suggested** [1] - 45:12
**suggesting** [1] - 45:17
**suggestions** [3] - 53:1, 53:16, 103:25
**SUITE** [5] - 1:17, 1:20, 2:5, 2:8, 2:15
**sulfuric** [2] - 71:4, 71:12
**sum** [2] - 39:21, 99:16
**summarize** [1] - 18:19
**summarizing** [1] - 19:9

**summary** [5] - 18:9, 29:16, 30:8, 30:23, 60:11
**sun** [1] - 26:15
**super** [1] - 103:10
**supply** [2] - 77:9, 77:13, 77:16
**Support** [1] - 98:11
**support** [2] - 50:24, 79:1
**suppose** [2] - 49:24, 98:18
**supposed** [3] - 19:5, 36:20, 61:12
**surface** [8] - 18:23, 21:16, 47:17, 60:21, 68:12, 69:6, 102:14
**surfaces** [4] - 56:23, 57:6, 58:18, 69:23
**suspect** [2] - 34:20, 35:20
**Suzanne** [3] - 48:23, 73:8, 73:25
**SUZANNE** [3] - 4:13, 73:20, 74:1
**swear** [3] - 17:16, 50:3, 73:13
**sworn** [3] - 17:21, 50:8, 73:21
**system** [2] - 25:14, 46:21
**systems** [3] - 22:12, 22:15, 31:23

# T

**T-H-O-M-P-S-O-N** [1] - 50:13
**table** [6] - 6:9, 34:2, 38:2, 38:7, 52:11, 91:14
**tall** [2] - 12:1, 21:2
**tampered** [1] - 16:3
**tank** [1] - 86:1
**tanks** [2] - 80:8, 85:24
**tarp** [4] - 86:16, 86:18
**tarps** [2] - 27:6, 86:15
**task** [2] - 91:19, 101:11
**Taskforce** [1] - 104:21
**tasking** [1] - 49:5
**team** [16] - 53:14, 61:1, 61:19, 64:11, 64:17, 76:3, 76:17, 78:14, 80:22, 89:5, 89:23, 91:10, 91:16, 103:4, 106:11
**team's** [1] - 82:8
**tech** [1] - 6:14

**technical** [9] - 11:6, 13:2, 18:15, 28:20, 40:2, 72:2, 72:3, 72:14, 88:6
**technically** [3] - 28:16, 28:18, 42:18
**technology** [1] - 20:15
**temperature** [1] - 69:24
**temperatures** [1] - 71:15
**temporarily** [1] - 84:6
**ten** [5] - 9:20, 9:21, 40:17, 41:9, 44:17
**term** [39] - 6:20, 6:24, 7:2, 7:17, 8:4, 8:9, 8:25, 18:25, 19:2, 19:7, 19:9, 21:8, 23:18, 23:22, 23:23, 25:3, 25:9, 25:13, 25:15, 28:9, 35:10, 44:21, 44:22, 45:11, 48:1, 48:4, 57:7, 60:14, 62:8, 63:9, 64:12, 70:21, 92:1, 92:12, 92:18, 93:1, 104:3, 106:6
**terms** [20] - 21:8, 22:16, 26:24, 33:1, 34:4, 35:14, 35:22, 36:22, 44:20, 54:5, 57:13, 58:5, 72:25, 91:15, 94:21, 97:7, 102:7, 102:12, 103:13, 104:3
**test** [8] - 31:24, 43:2, 80:18, 92:15, 92:17, 92:21, 93:23, 100:5
**tested** [1] - 81:9
**testified** [4] - 17:22, 50:9, 54:3, 73:22
**testify** [1] - 81:25
**testimony** [17] - 13:19, 16:6, 17:16, 20:25, 37:1, 50:3, 63:16, 68:9, 73:13, 80:24, 81:5, 83:21, 101:19, 102:4, 105:6, 105:19, 106:12
**testing** [57] - 7:12, 9:16, 13:4, 15:14, 15:15, 28:4, 28:15, 34:7, 34:24, 36:9, 36:20, 42:16, 44:22, 45:11, 52:6, 52:8, 53:3, 53:14, 53:25, 54:2, 55:23, 57:14, 57:22, 59:17, 59:18, 60:17, 61:20, 62:9, 66:10, 67:12, 67:20,

67:22, 67:23, 72:17, 72:18, 79:13, 79:16, 79:18, 80:20, 81:14, 81:15, 81:19, 82:19, 82:25, 83:7, 84:19, 84:21, 89:8, 89:13, 104:3, 104:7, 104:14, 104:15
**tests** [3] - 60:18, 92:18, 92:20
**Texaco** [1] - 98:22
**Texas** [3] - 10:1, 18:8, 104:19
**text** [1] - 24:5
**that'd** [1] - 49:10
**THE** [178] - 1:4, 1:5, 1:11, 1:15, 2:3, 2:21, 5:7, 5:8, 5:10, 5:13, 5:25, 8:10, 8:17, 8:19, 9:2, 9:6, 9:8, 9:18, 10:3, 10:11, 10:14, 10:18, 11:9, 11:13, 11:16, 11:25, 13:21, 14:13, 14:17, 15:6, 15:12, 15:17, 16:12, 17:4, 17:10, 17:15, 17:19, 17:23, 18:1, 20:1, 20:3, 20:8, 20:11, 20:13, 20:14, 20:16, 20:18, 21:4, 21:5, 21:20, 21:22, 33:15, 33:18, 37:2, 37:4, 42:22, 43:3, 43:4, 43:5, 43:8, 46:3, 46:12, 46:15, 48:20, 48:25, 49:3, 49:11, 49:15, 49:18, 49:23, 50:2, 50:6, 50:12, 50:13, 54:10, 54:18, 54:23, 55:2, 58:6, 58:9, 62:17, 71:20, 72:6, 72:7, 72:10, 72:21, 72:23, 72:25, 73:2, 73:3, 73:6, 73:9, 73:11, 73:12, 73:16, 73:19, 73:23, 73:25, 75:1, 75:13, 75:17, 75:21, 80:11, 80:13, 81:1, 81:24, 82:1, 83:19, 83:23, 83:24, 84:1, 84:2, 84:3, 84:4, 84:8, 84:9, 84:10, 84:12, 85:18, 85:20, 86:2, 89:22, 89:25, 90:2, 90:4, 90:8, 90:9, 90:10, 90:13, 90:14, 90:15, 90:16, 90:17, 90:18, 90:19, 90:21, 90:23,

90:25, 91:1, 91:4, 91:5, 91:7, 91:9, 91:15, 91:20, 91:22, 93:8, 94:10, 98:9, 98:14, 98:15, 98:17, 98:18, 98:21, 98:22, 99:1, 99:7, 101:13, 101:22, 101:24, 102:4, 103:19, 103:23, 104:17, 104:22, 105:3, 105:7, 105:13, 105:24, 106:4, 106:12, 106:19, 106:22, 107:1, 107:3, 107:6, 107:15, 107:18
**themselves** [1] - 13:19
**they've** [2] - 66:2, 100:8
**THIBODEAUX** [1] - 3:14
**thin** [1] - 57:10
**thinking** [1] - 16:12
**third** [1] - 32:24
**third-party** [1] - 32:24
**THIS** [1] - 1:8
**THOMAS** [1] - 3:13
**Thompson** [6] - 49:14, 50:13, 50:16, 50:18, 55:5, 71:24
**THOMPSON** [1] - 50:7
**Thompson's** [1] - 50:11
**THOMPSON..............
.............................** [1] - 4:9
**THORNHILL** [1] - 3:13
**thousandth** [1] - 55:19
**three** [12] - 9:3, 9:10, 9:24, 13:6, 13:17, 35:23, 61:7, 61:13, 76:13, 76:25, 91:7, 99:23
**three-week** [2] - 13:6, 35:23
**THROUGH** [2] - 4:23, 4:25
**thrown** [1] - 34:23
**tie** [1] - 100:8
**timeline** [8] - 6:13, 6:20, 36:19, 51:24, 55:21, 82:10, 100:19, 101:8
**timeliness** [1] - 29:8
**timely** [3] - 7:14, 84:17, 103:6
**timing** [2] - 34:10, 42:23

**tip** [1] - 11:24
**TO** [2] - 1:8, 5:4
**today** [20] - 5:10, 6:7, 6:12, 6:17, 7:15, 7:23, 8:3, 8:23, 15:5, 17:6, 34:2, 36:13, 83:19, 99:21, 100:10, 100:16, 101:20, 102:22, 103:3, 104:24
**together** [6] - 33:6, 53:14, 53:15, 80:21, 87:8, 103:24
**tolerate** [2] - 88:22, 88:23
**tomorrow** [1] - 6:17
**tons** [3] - 12:1, 21:3, 85:13
**tooling** [1] - 30:20
**tools** [16] - 30:16, 31:18, 31:20, 31:21, 31:24, 32:7, 32:8, 32:10, 32:11, 32:17, 52:12, 67:8, 68:1, 83:5
**top** [6] - 20:2, 20:4, 21:11, 23:3, 38:13, 41:3
**torque** [4] - 9:21, 44:24, 53:21, 60:6
**TOSCANO** [1] - 3:10
**touch** [2] - 20:8, 20:10
**TOWER** [1] - 2:15
**track** [1] - 15:7
**trade** [1] - 18:11
**trailer** [1] - 31:14
**trained** [1] - 33:6
**TRANSCRIPT** [2] - 1:11, 3:19
**transcript** [1] - 108:8
**transfer** [1] - 11:20, 77:3
**transferred** [6] - 44:3, 44:4, 84:19, 84:23, 84:24, 95:19
**transit** [4] - 7:7, 43:25, 44:11, 44:14
**translate** [1] - 55:20
**Transocean** [22] - 5:19, 6:2, 18:8, 19:15, 26:20, 28:22, 35:22, 39:1, 39:6, 43:11, 43:14, 43:15, 45:7, 48:22, 62:8, 62:12, 105:17, 105:20, 105:21, 106:17, 106:20
**transocean** [1] - 73:7
**TRANSOCEAN** [1] - 4:23

**Transocean's** [5] - 7:13, 16:9, 19:7, 29:21, 106:8
**transport** [4] - 11:8, 62:6, 78:20, 85:10
**transportation** [2] - 24:9, 24:10
**transported** [7] - 9:3, 11:4, 12:7, 24:13, 46:25, 100:3, 100:25
**trapped** [1] - 39:2
**trial** [2] - 36:24, 37:1
**tried** [2] - 36:4, 36:17
**trouble** [2] - 8:17, 49:24
**trucked** [1] - 47:1
**true** [3] - 24:12, 33:1, 108:7
**trust** [1] - 53:20
**truth** [9] - 17:17, 50:4, 73:14
**try** [4] - 36:15, 49:22, 94:20, 101:14
**trying** [5] - 6:16, 8:14, 20:14, 33:24, 56:14
**turn** [1] - 36:16
**twice** [1] - 29:14
**two** [38] - 10:9, 11:21, 11:22, 12:25, 13:5, 13:6, 19:4, 22:5, 22:23, 25:12, 28:16, 28:19, 29:15, 40:22, 40:24, 41:3, 44:4, 44:18, 46:5, 60:11, 61:6, 61:13, 62:3, 74:21, 75:8, 75:12, 79:10, 87:8, 87:9, 87:13, 87:15, 87:25, 88:3, 91:8, 103:12, 105:12, 107:12
**two-sided** [2] - 75:8, 75:12
**TX** [1] - 2:16
**type** [17] - 14:11, 28:2, 28:4, 29:2, 31:1, 31:16, 34:16, 35:9, 37:22, 45:4, 45:9, 45:22, 51:16, 53:2, 69:10, 70:2, 92:21
**types** [2] - 29:11, 30:9
**typical** [1] - 97:23
**typically** [1] - 85:22

# U

**U.S** [4] - 6:3, 10:12, 75:5, 75:15
**ultimate** [1] - 34:7
**ultimately** [1] - 28:17

**unairconditioned** [1] - 68:21
**unchanged** [1] - 28:21
**under** [6] - 41:13, 59:14, 65:21, 79:11, 84:2, 101:1
**UNDERHILL** [64] - 2:22, 5:24, 6:3, 8:11, 8:18, 8:20, 9:5, 9:7, 9:10, 9:19, 10:8, 10:12, 10:17, 10:20, 11:10, 11:15, 11:18, 12:4, 33:19, 33:21, 37:12, 43:10, 46:1, 48:19, 49:1, 49:4, 49:13, 49:21, 50:1, 50:10, 50:15, 54:6, 54:22, 54:24, 55:4, 58:20, 58:22, 62:16, 71:21, 71:23, 72:9, 72:12, 72:19, 73:4, 73:17, 75:7, 75:14, 75:18, 81:20, 94:14, 94:18, 98:1, 98:24, 99:2, 99:9, 101:21, 101:23, 102:3, 105:11, 105:14, 106:18, 106:24, 107:2, 107:5
**Underhill** [4] - 6:3, 19:11, 33:18, 107:3
**UNDERHILL..............
...** [2] - 4:12, 4:16
**UNDERHILL..............
.....** [1] - 4:10
**UNDERHILL..............
......** [1] - 4:7
**understandably** [1] - 16:2
**understood** [3] - 32:19, 59:2, 62:5
**underway** [3] - 11:8, 11:18, 95:18
**unfair** [1] - 44:12
**unfortunately** [1] - 14:23
**unified** [1] - 102:11
**unit** [4] - 30:19, 35:25, 55:9
**Unit** [1] - 98:11
**United** [7] - 15:23, 74:8, 90:2, 97:17, 98:11, 108:6, 108:16
**UNITED** [2] - 1:1, 1:12
**units** [2] - 31:14, 31:24
**University** [3] - 18:14, 51:5, 51:7
**unknown** [1] - 33:11
**unless** [1] - 65:17

unnecessary [1] - 47:25
unprotected [1] - 103:2
unsheltered [1] - 68:21
up [45] - 6:13, 6:15, 6:16, 6:18, 12:6, 14:7, 14:14, 15:4, 15:13, 17:11, 19:11, 19:18, 21:19, 22:1, 25:4, 28:13, 29:22, 30:1, 31:1, 31:17, 31:25, 38:19, 39:21, 43:23, 46:9, 57:11, 58:16, 59:7, 60:20, 62:1, 62:22, 63:2, 65:3, 75:5, 76:7, 77:1, 95:2, 95:9, 96:24, 99:16, 99:21, 99:23, 100:8, 100:25, 102:14
update [2] - 93:1, 103:21
updated [1] - 77:25
upper [4] - 22:2, 22:7, 22:19, 40:22
upriver [1] - 27:12

**V**

valuable [1] - 6:10
value [2] - 56:7, 57:3
values [2] - 55:13, 68:17
valve [1] - 23:1
valves [7] - 22:8, 22:9, 22:18, 22:20, 22:21
Vanderbilt [1] - 51:7
various [5] - 22:21, 23:17, 46:23, 51:10, 52:11
vehicle [1] - 78:21
Veritas [2] - 13:7, 50:21
Versabar [4] - 45:12, 45:13, 45:15, 45:18
version [6] - 10:16, 75:12, 77:25, 78:19, 82:23, 82:24
versus [2] - 88:13, 93:21
vertically [1] - 14:14
vessel [6] - 6:21, 11:9, 11:13, 77:9, 77:13, 77:16
vet [1] - 55:1
vetted [2] - 7:18, 24:19
video [3] - 60:3, 63:23,

96:8
view [4] - 16:22, 16:23, 28:20
Vikings [1] - 69:11
violation [1] - 96:19
virtue [1] - 66:5
vis [2] - 88:19
vis-a-vis [1] - 88:19
visit [2] - 26:20, 29:16
VOICES [3] - 5:9, 5:12, 107:20

**W**

wait [2] - 13:24, 58:6
waiting [1] - 80:19
WALTHER [1] - 2:17
wants [7] - 5:22, 8:24, 13:21, 16:2, 20:9, 99:10, 101:9
warehouse [2] - 14:11, 15:8
warehouse-like [1] - 15:8
WAS [1] - 4:24
wash [1] - 39:2
washed [1] - 70:23
Washington [1] - 74:19
WASHINGTON [1] - 2:12
waste [1] - 6:10
water [11] - 11:8, 11:20, 25:24, 26:22, 26:25, 37:22, 43:25, 46:20, 69:15, 71:13, 87:1
waterfront [2] - 82:25, 96:12
waterside [1] - 96:6
ways [2] - 10:9, 30:22
weather [2] - 27:9, 30:13
week [18] - 5:19, 5:20, 6:6, 7:8, 10:5, 11:25, 13:6, 14:9, 31:1, 31:7, 35:23, 52:5, 64:16, 70:4, 72:17, 72:18, 76:14, 100:25
weekend [1] - 107:19
weekly [1] - 55:8
weeks [15] - 9:11, 9:24, 13:17, 15:10, 16:17, 17:2, 17:3, 19:4, 27:22, 28:19, 29:15, 52:6, 99:23, 100:10, 103:12
weigh [1] - 104:12
weighed [1] - 16:10

weighs [2] - 12:1, 21:3
weight [11] - 12:14, 12:17, 12:22, 20:25, 21:1, 85:12, 85:17, 88:18, 88:22, 88:23
welcome [3] - 52:25, 53:1, 53:15
welding [1] - 45:14
wellbar [1] - 27:20
wellbore [26] - 25:19, 26:4, 26:6, 27:17, 27:20, 28:5, 28:8, 28:9, 28:14, 28:23, 29:1, 29:13, 34:9, 40:4, 40:24, 42:12, 46:21, 47:8, 47:13, 48:2, 48:7, 48:10, 60:22, 69:20, 70:19, 71:1
wellbore/interim [1] - 30:10
wellhead [3] - 21:13, 21:14, 23:10
WERE [2] - 4:23, 4:25
west [3] - 79:18, 83:10, 85:17
Wheatley [1] - 90:13
WHEREUPON [4] - 106:20, 107:7, 107:16, 107:21
whichever [1] - 23:2
white [2] - 10:15, 10:19
whole [7] - 12:13, 17:17, 21:4, 48:7, 50:4, 56:20, 73:14
WILLIAMS [3] - 1:19, 1:19, 3:3
willing [1] - 54:15
wind [2] - 93:25, 94:10
wishes [2] - 5:15, 73:5
withstand [1] - 93:25
WITNESS [43] - 17:19, 18:1, 20:3, 20:11, 20:14, 20:18, 21:5, 37:4, 43:3, 43:5, 46:15, 50:6, 50:13, 54:10, 58:9, 72:6, 72:23, 73:2, 73:11, 73:16, 73:25, 80:13, 82:1, 83:23, 84:1, 84:3, 84:8, 84:10, 85:20, 86:2, 89:25, 90:4, 90:9, 90:14, 90:16, 90:18, 90:21, 90:25, 91:4, 91:7, 98:14, 98:17, 98:21
witness [23] - 8:23, 16:9, 17:6, 17:21, 19:13, 21:18, 29:21,

37:1, 37:3, 42:24, 46:6, 48:22, 48:24, 49:8, 49:19, 50:8, 73:8, 73:21, 74:25, 97:8, 99:3, 99:7, 99:9
witnesses [1] - 13:6
WITTMANN [1] - 2:17
wondering [1] - 94:10
word [3] - 34:23, 40:4, 53:1
words [5] - 6:24, 36:6, 41:25, 61:12, 72:2
workmen [1] - 22:2
works [1] - 20:11
worried [2] - 26:3, 87:6
worry [1] - 94:12
worse [1] - 94:15
worth [1] - 13:19
wrench [1] - 53:21
wrenches [3] - 9:21, 15:9, 44:25
write [2] - 95:2, 95:4
writing [1] - 88:5
written [6] - 5:21, 66:15, 78:4, 78:5, 79:4, 79:10
wrote [1] - 89:2

**Y**

yard [22] - 8:7, 8:15, 12:21, 25:6, 25:11, 26:6, 26:20, 27:16, 27:21, 29:3, 32:12, 68:20, 68:25, 69:12, 70:20, 78:21, 79:9, 79:14, 82:19, 83:15, 84:17, 87:12
yards [2] - 45:5, 45:8
year [8] - 18:16, 25:17, 55:17, 69:1, 74:14, 74:15, 76:17, 103:2
yearly [1] - 55:8
years [6] - 18:12, 18:13, 19:24, 51:10, 74:21, 94:24
yellow [3] - 22:6, 23:2, 37:17
yesterday [8] - 5:22, 6:13, 10:13, 51:23, 64:15, 66:15, 78:2, 107:10
YORK [1] - 2:14
York [2] - 10:22, 10:23
yourself [1] - 35:11

**Z**

zone [9] - 44:7, 96:1, 96:3, 96:6, 96:17, 96:19, 97:1, 97:2