UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |

This Document Relates to EDLA 10-3243
  Adventure Sports II, Inc. v. BP, plc, et al

**PLAINTIFF'S CERTIFICATION OF SERVICE
ON BP, PLC**

  Respectfully submitted by,

          s/ Richard D. Stratton
          Richard D. Stratton
          BEASLEY, ALLEN, CROW,
          METHVIN, PORTIS & MILES, P.C.
          Post Office Box 4160
          Montgomery, AL 36103-4160
          (334) 269-2343
          (334) 954-7555 (facsimile)

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| Adventure Sports II, Inc.; individually and on behalf of themselves and all others similarly situated, <br> *Plaintiff* <br> v. <br> BP, plc, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:16cv 525-WKW) <br><br> EDLA 10-3243 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
> BP, plc
> International Headquarters
> 1 St. James Square
> London, SW1Y 4PD UK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jere L. Beasley
> Rhon E. Jones
> Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
> 218 Commerce Street
> Montgomery, Alabama 36104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: 6/22/2010

*Signature of Clerk or Deputy Clerk*

Ref:

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 25 August 2010**
**que le demande a ete executee        le (date)**

-at (place, street, number)     **BP PLC**
-a (localite, rue, numero)      **I ST JAMES SQUARE**
                                **LONDON**
                                **SW1Y 4PD**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

**- relationship to the addressee (family, business or other)**      Officer of the Company William John Francis Counsel
**- liens de parente de subordination ou autres avec le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 8 September, 2010
le

Signature and/or stamp:
Signature et/ou cachet:

