UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | | * * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | |

**RESPONSE TO PLAINTIFFS'** *EX PARTE* **MOTION
TO ALLOW PLAINTIFFS LEAVE TO SERVE INITIAL
OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS**

Cameron International Corporation ("Cameron") submits the following in response to plaintiffs' motion for leave to lift the stay of all discovery currently in place, pending the entry of a Case Management Order, to serve upon defendants certain interrogatories and requests for production.

Plaintiffs have demonstrated no good cause to accelerate discovery prior to the entry of the Case Management Order that will open discovery to all parties. The Court is on the verge of entering a CMO and the discovery plaintiffs seek---in defiance of the stay entered by Pre Trial Order #1-- can await the start of discovery opening for all parties. Both plaintiffs <u>and</u>

- 1 -

defendants have proposed in their respective CMO's the start of discovery in early November, 2010 (plaintiffs have proposed November 1 (Rec. d. 474-1, p. 10) and defendants have proposed November 2, 2010. (Rec. d. 498-1, p.9).  Thus, unless the Court disagrees with the parties on this point, the latest that discovery would be opened for *all* parties would be November 2, 2010.  And plaintiffs have shown no good cause why they are entitled to preferential treatment in advance of the start of discovery for *all* parties.

But if the Court agrees that plaintiffs may propound discovery in advance of a CMO that opens discovery to all parties, then Cameron respectfully requests the full 30 day period to respond to the proposed discovery, as established by the Federal Rules of Civil Procedure.

Thus, Cameron requests that the Court deny the plaintiffs' motion for leave or, in the alternative, allow defendants thirty (30) days to respond from the date of any order granting plaintiffs leave to serve the proposed discovery.

Respectfully submitted,

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

1034270v.1

- 3 -

        Howard L. Murphy, 9844
          *hmurphy@dkslaw.com*
        Bertrand M. Cass, Jr., 3984
          *bcass@dkslaw.com*
        Francis J. Barry, Jr., 2830
          *fbarry@dkslaw.com*
        Jonathan M. Walsh, 25922
          *jwalsh@dks.com*
        Paul D. Hale, 30539
          *phale@dkslaw.com*
        DEUTSCH, KERRIGAN & STILES
        755 Magazine Street
        New Orleans, Louisiana 70130
        Phone: 504-581-5141
        Fax: 504-566-4039

        and


        */s/ Phillip A. Wittmann*
        Phillip A. Wittmann, 13625
          *pwittmann@stonepigman.com*
        Carmelite S. Bertaut, 3054
          *cbertaut@stonepigman.com*
        Keith B. Hall, 24444
          *khall@stonepigman.com*
        Jared Davidson, 32419
          *jdavidson@stonepigman.com*
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax: 504-581-3361

        *Attorneys for Cameron International Corporation*

1034270v.1

- 4 -

## **CERTIFICATE**

I hereby certify that on October 14th, 2010 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Panel Attorney Service List pursuant to this Court's Pretrial Order No. 1, Rec. d. 2.

*/s/ Phillip A. Wittmann*

1034270v.1