# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DEFENDANTS' RECOMMENDATION FOR
## DEFENSE STEERING COMMITTEE AND LIAISON COUNSEL

Dated:  October 14, 2010

**Defendants' Recommendation for Defense Steering Committee and Liaison Counsel**

Pursuant to PTO #1, Defendants submit this Recommendation for Defense Steering Committee and Liaison Counsel.

**1.      Defendants' Proposed Defense Steering Committee**

Defendants propose the following Defense Steering Committee:

>J. Andrew Langan, P.C.
>andrew.langan@kirkland.com
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile:  (312) 862-2200
>
>*Attorneys for BP Exploration & Production Inc., BP America Inc., BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP Holdings North America Limited, BP Products North America Inc. and BP p.l.c.*
>
>
>David J. Beck, T.A.
>dbeck@brsfirm.com
>BECK, REDDEN & SECREST, L.L.P.
>One Houston Center
>1221 McKinney St., Suite 4500
>Houston, TX 77010
>Phone: (713) 951-3700
>Fax: (713) 951-3720
>
>*Attorneys for Cameron International Corporation*

Donald E. Godwin
dgodwin@godwinronquillo.com
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

***Attorneys for Halliburton Energy Services, Inc.***

Alan M. Weigel
AWeigel@BlankRome.com
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone:  (212) 885-5350
Facsimile:  (917) 332-3836

***Attorneys for Marine Spill Response Corporation***

Michael J. Lyle
michael.lyle@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C.  20005
Telephone:  (202) 682-7157
Facsimile:  (202) 857-0940

***Attorneys for Seacor Marine, LLC, Seacor Marine, Inc.***
***Seacor Marine International, Inc., O'Brien's Response***
***Management, Inc.***

Daniel O. Goforth
dangoforth@gorforthlewis.com
Goforth Lewis
4900 Woodway, Suite 750
Houston, TX  77056

*Attorneys  for Transocean Holdings LLC,*
*Transocean Offshore Deepwater Drilling Inc., and*
*Transocean Deepwater Inc.*

Don Jackson
donjackson@warejackson.com
Ware, Jackson, Lee & Chambers, L.L.P.
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019-7101
Telephone: (713) 659-6400
Facsimile: (713) 659-6262

*Attorneys for Dril-Quip, Inc.*

Ky E. Kirby
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

*Attorneys for Anadarko Petroleum Corporation,*
*Anadarko E&P Company LP,*
*MOEX USA Corporation, and MOEX Offshore 2007*
*LLC*


Deborah D. Kuchler
dkuchler@kuchlerpolk.com
KUCHLER POLK SCHELL
  WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone:   (504) 592-0691
Facsimile:  (504) 592-0697

*Attorneys for Anadarko Petroleum Corporation,*
*Anadarko E&P Company LP,*
*MOEX USA Corporation, and MOEX Offshore 2007*
*LLC*

Glenn G. Goodier
ggoodier@joneswalker.com
JONES WALKER
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone:  (504) 582-8174

*Attorneys for Weatherford U.S., L.P.*

Mary Rose Alexander
mary.rose.alexander@lw.com
LATHAM & WATKINS
233 South Wacker Drive, Suite 5800
Chicago IL  60606
Telephone: (312) 876-7700

*Attorneys for Nalco Company*

Frances E. Bivens
frances.bivens@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Hyundai Heavy Industries Co., Ltd.*

Hugh E. Tanner
htanner@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX  77002
Telephone:  (713) 890-5000
*Attorneys for M-I L.L.C*.

**2.     Defense Liaison Counsel**

Defendants propose the following liaison counsel:

>J. Andrew Langan, P.C.
>andrew.langan@kirkland.com
>Kirkland & Ellis LLP
>300 North LaSalle Street
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>Facsimile:  (312) 862-2200
>
>Don K. Haycraft (Bar #14361)
>dkhaycraft@liskow.com
>LISKOW & LEWIS
>One Shell Square
>701 Poydras Street, Suite 5000
>New Orleans, Louisiana  70139-5099
>Telephone:  (504) 581-7979
>Facsimile:  (504) 556-4108
>
>***Attorneys for BP Exploration & Production Inc., BP America Inc., BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP Holdings North America Limited, BP Products North America Inc. and BP p.l.c.***
>
>Deborah D. Kuchler
>dkuchler@kuchlerpolk.com
>KUCHLER POLK SCHELL
>  WEINER & RICHESON, LLC
>1615 Poydras Street, Suite 1300
>New Orleans, Louisiana 70112
>Telephone:   (504) 592-0691
>Facsimile:  (504) 592-0697
>
>Ky E. Kirby
>ky.kirby@bingham.com
>Bingham McCutchen
>2020 K Street, NW
>Washington, DC  20006-1806
>Telephone (202) 373-6000
>Facsimile (202) 373-6001
>
>***Attorneys for Anadarko Petroleum Corporation, Anadarko E&P Company LP,***

5

*MOEX USA Corporation, and MOEX Offshore 2007 LLC*

Michael J. Lyle
michael.lyle@weil.com
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C.  20005
Telephone:  (202) 682-7157
Facsimile:  (202) 857-0940

*Attorneys for Seacor Marine, LLC, Seacor Marine, Inc. Seacor Marine International, Inc., O'Brien's Response Management, Inc.*

David J. Beck, T.A.
dbeck@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

Phillip A. Wittmann, 13625
pwittman@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

*Attorneys for Cameron International Corporation*

Donald E. Godwin
dgodwin@godwinronquillo.com
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

*Attorneys for Halliburton Energy Services, Inc.*

Kerry J. Miller (No. 24562)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile:  (504) 599-8154
E-mail: kmiller@frilot.com

*Attorneys for Transocean Holdings LLC,*
*Transocean Offshore Deepwater Drilling Inc., and*
*Transocean Deepwater Inc*.

* * *

Dated:  October 14, 2010              Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

***Attorneys for BP Exploration & Production Inc., BP America Inc., BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP Holdings North America Limited, BP Products North America Inc. and BP p.l.c.***

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika D. Polk, (La. Bar No. 27608)
Robert E. Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone (504) 592-0691
        and
 Of Counsel:
James J. Dragna
Bingham McCutchen
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone (213)  680-6436
Facsimile (213) 680-8636

8

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001
***Attorneys for Anadarko Petroleum Corporation,
Anadarko E&P Company LP,
MOEX USA Corporation, and MOEX Offshore 2007
LLC***

David J. Beck, T.A.
Joe W. Redden, Jr.
David W. Jones
Geoffrey Gannaway
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720

  and
Phillip A. Wittmann, 13625
Carmelite S. Bertaut, 3054
Keith B. Hall, 24444
Jared Davidson, 32419
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
***Attorneys for Cameron International Corporation***

Kerry J. Miller (No. 24562)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile:  (504) 599-8154
E-mail: kmiller@frilot.com
***Attorneys for Transocean Holdings LLC, Transocean
Offshore Deepwater Drilling Inc., and Transocean
Deepwater Inc***.

9

        Donald E. Godwin
Bruce W. Bowman, Jr.
Jenny L. Martinez
Floyd Hartley
Gavin Hill
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332
    and
 R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594
***Attorneys for Halliburton Energy Services, Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

          /s/ Don K. Haycraft
          Don K. Haycraft