IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSAN |

**THIS DOCUMENT RELATES
TO MEMBER CASE 2:10-cv-02771**

## NOTICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

Consistent with the commitment Triton Asset Leasing GMbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc. ("Limitation Petitioners") made to Judge Keith P. Ellison in open court on August 3, 2010, the Limitation Petitioners provide notification to the Court that in certain circumstances they may discontinue payment of full wages and benefits to their employees sixty (60) days from this date.

Respectfully submitted:

By: _____
FRANK A. PICCOLO (02049)
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

[1]

**ATTORNEY-IN-CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

**OF COUNSEL:**

JOHN M. ELSLEY
S.D. Tex. Bar No.: 2828
Royston, Rayzor, Vickery & Williams L.L.P.
711 Louisiana Street, Suite 500
Houston TX 77002
(713)224-8380
(713)225-9945-facsimile
john.elsley@roystonlaw.com

INNES MACKILLOP
S.D. Tex. Bar No.: 444
RONALD L. WHITE
S.D. Tex. Bar No.: 234
WHITE MACKILLOP & GALLANT P.C.
2200 West Loop South, Suite 1000
Houston, TX 77027
(713) 599-0211
(713) 599-1355
imackillop@wmglegal.com
rwhite@wmglegal.com


EDWARD F. KOHNKE, IV (07824)
nkohnke@preisroy.com
EDWIN G. PREIS, JR. (10703)
epreis@preisroy.com
RICHARD J. HYMEL (20230)
CARL J. HEBERT (06724)
chebert@preisroy.com
PREIS & ROY, APLC
102 Versailles Blvd., Suite 400
Lafayette, Louisiana 70509
(377) 237-6062 – Telephone
(377) 237-9129 – Facsimile

[2]

GEORGE M. GILLY (6234)
gillyg@phelps.com
EVANS MARTIN MCLEOD (24846)
mcleodm@phelps.com
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
and
MARC G. MATTHEWS
S.D. Tex. Bar No.: 705809
marc.matthews@phelps.com
700 Louisiana, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System on this 15th day of October, 2010.

_____
Frank A. Piccolo