## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>2:10-cv-02639-CJB-SS<br>2:10-cv-02640-CJB-SS<br>2:10-cv-02641-CJB-SS<br>2:10-cv-02642-CJB-SS<br>2:10-cv-02643-CJB-SS<br>2:10-cv-02660-CJB-SS<br>2:10-cv-02662-CJB-SS<br>2:10-cv-02663-CJB-SS<br>2:10-cv-02664-CJB-SS<br>2:10-cv-02665-CJB-SS<br>2:10-cv-02666-CJB-SS<br>2:10-cv-02668-CJB-SS<br>2:10-cv-02670-CJB-SS<br>2:10-cv-02671-CJB-SS<br>2:10-cv-03075-CJB-SS<br>2:10-cv-03076-CJB-SS<br>2:10-cv-03087-CJB-SS<br>2:10-cv-03088-CJB-SS<br>2:10-cv-03100-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## NOTICE OF INTENT TO OPT OUT OF POTENTIAL CLASSES

The St. Joe Company ("St. Joe"), a corporation duly formed under the laws of Florida, respectfully submits this notice of its intent to opt out from inclusion in any and all certified classes, putative classes, settlement classes, or implied classes as described in Rules 23(b)(1), 23(b)(2), or Rule 23(b)(3) of the Federal Rules of Civil Procedure or applicable state law, that seek legal and/or equitable remedies arising out of the *Deepwater Horizon* oil spill incident in the Gulf of Mexico that occurred on or about April 20, 2010, and its subsequent cleanup.

In particular, although St. Joe has not been notified that it is or may be a member of any proposed or certified class, St. Joe hereby opts out of any such class that may be certified in the future in the above-captioned matter.

DATED: October 15, 2010

Respectfully submitted,

By: /s/ Robert W. Gifford
William A. Brewer III
Michael J. Collins
Kenneth N. Hickox, Jr.
Robert W. Gifford
Bickel & Brewer
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF
THE ST. JOE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of October, 2010, the undersigned caused all counsel of record to be served electronically with a copy of this document via the Court's ECF filing system.

/s/ Robert W. Gifford