UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| STATE OF LOUISIANA v. BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA, INC. AND BP AMERICA, INC. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 10-cv-1758 | |

## MOTION FOR RECONSIDERATION OR ALTERNATIVELY FOR CERTIFICATION UNDER 28 U.S.C §1292(b) AND STAY OF PROCEEDINGS PENDING APPEAL

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana, by and through, Charles J. Ballay, the Plaquemines Parish District Attorney ("Plaintiff"), and moves for reconsideration of this Court's October 6, 2010 ruling denying remand of the captioned action to state court, or alternatively, pursuant to28 U.S.C. §1292(b), for certification that the order warrants immediate appeal; it further moves pursuant to Rule 62(h) for a stay of the proceedings pending appeal, all for the reasons more fully set forth in the accompanying memorandum.

-1-

Respectfully submitted,

 /s/ *Stephen B. Murray*
Stephen B. Murray  (No. 9858)
Stephen B. Murray, Jr. (No. 23877)
Arthur M. Murray (No. 27694)
James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
T:  504.525.8100
F:  504.584.5249

Philip F. Cossich, Jr. (No. 1788)
David A. Parisola (No. 21005)
Christina Cossich de Young (No. 32407)
Darin S. Britt (No. 31639)
COSSICH SUMICH PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:  504.394.9000
F:  504.394.9110

Charles J. Ballay (No. 2719)
PLAQUEMINES PARISH DISTRICT ATTORNEY
301.A Main Street
Belle Chasse, Louisiana 70037
T:  504.297.5146
F:  504.297.5157

*OF COUNSEL*:
Robert E. Arceneaux (No. 1199)
ROBERT E. ARCENEAUX, LLC
47 Beverly Garden Drive
Metairie, Louisiana 70001
T: 504.833.7533
F: 504.833.7612

*OF COUNSEL*:
MARGARET E. WOODWARD (No. 13677)
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
T:  504.301.4333
F:  504.301.4365

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen B. Murray, do hereby certify that on October 15, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  The CM/ECF system will send notification of the filing to all counsel of record authorized to receive electronic servicing and the filing has also been served by USPS Regular Mail, properly addressed and first-class postage prepaid, on all counsel of record not authorized to receive electronic servicing.

/s/ *Stephen B. Murray*