UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| STATE OF LOUISIANA v.<br>BP EXPLORATION & PRODUCTION, INC.,<br>BP PRODUCTS NORTH AMERICA, INC. AND<br>BP AMERICA, INC. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 10-cv-1758 | |

### (Proposed) ORDER

CONSIDERING THE FOREGOING MOTION FOR RECONSIDERATION:

IT IS ORDERED that this Court's ruling of October 6, 2010 (Doc 7) be and is hereby recalled.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE