UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| STATE OF LOUISIANA v. BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA, INC. AND BP AMERICA, INC. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 10-cv-1758 | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the State of Louisiana, by and through, Charles J. Ballay, the Plaquemines Parish District Attorney ("Plaintiff") will bring its Motion for Reconsideration for hearing before the Honorable at 10:00 a.m. on Wednesday, November 10, 2010 at 500 Camp Street, New Orleans, Louisiana, without oral argument.

-1-

Respectfully submitted,

 /s/ *Stephen B. Murray*
Stephen B. Murray  (No. 9858)
Stephen B. Murray, Jr. (No. 23877)
Arthur M. Murray (No. 27694)
James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
T:  504.525.8100
F:  504.584.5249

Philip F. Cossich, Jr. (No. 1788)
David A. Parisola (No. 21005)
Christina Cossich de Young (No. 32407)
Darin S. Britt (No. 31639)
COSSICH SUMICH PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:  504.394.9000
F:  504.394.9110

Charles J. Ballay (No. 2719)
PLAQUEMINES PARISH DISTRICT ATTORNEY
301.A Main Street
Belle Chasse, Louisiana 70037
T:  504.297.5146
F:  504.297.5157

*OF COUNSEL*:
Robert E. Arceneaux (No. 1199)
ROBERT E. ARCENEAUX, LLC
47 Beverly Garden Drive
Metairie, Louisiana 70001
T: 504.833.7533
F: 504.833.7612

*OF COUNSEL*:
MARGARET E. WOODWARD (No. 13677)
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
T:  504.301.4333
F:  504.301.4365

**CERTIFICATE OF SERVICE**

      I, Stephen B. Murray, do hereby certify that on October 15, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. The CM/ECF system will send notification of the filing to all counsel of record authorized to receive electronic servicing and the filing has also been served by USPS Regular Mail, properly addressed and first-class postage prepaid, on all counsel of record not authorized to receive electronic servicing.

      /s/ *Stephen B. Murray*