UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA

****************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG *DEEPWATER HORIZON*
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              MDL NO. 2179 "J"
                              NEW ORLEANS, LOUISIANA
                              THURSDAY, SEPTEMBER 16, 2010, 2:30 P.M.

THIS DOCUMENT RELATES TO
ALL CASES

****************************************************************

                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
                       UNITED STATES DISTRICT JUDGE

<u>APPEARANCES:</u>

FOR THE PLAINTIFFS:        DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQUIRE
                           556 JEFFERSON STREET
                           LAFAYETTE, LA  70502


                           HERMAN HERMAN KATZ & COTLAR
                           BY:  STEPHEN J. HERMAN, ESQUIRE
                           820 O'KEEFE AVENUE
                           NEW ORLEANS, LA  70113


                           LEGER & SHAW
                           BY:  WALTER J. LEGER, JR., ESQUIRE
                           600 CARONDELET STREET, 9TH FLOOR
                           NEW ORLEANS, LA  70130

01:59PM

```
 1  APPEARANCES CONTINUED:

 2

 3                         SHER GARNER CAHILL RICHTER
                           KLEIN & HILBERT
 4                         BY:   JAMES M. GARNER, ESQUIRE
                           909 POYDRAS STREET, 28TH FLOOR
 5                         NEW ORLEANS, LA  70112

 6

 7

 8  FOR THE DEFENDANTS:    FRILOT
                           BY:   KERRY J. MILLER, ESQUIRE
 9                         ENERGY CENTRE, 36TH FLOOR
                           1100 POYDRAS STREET
10                         NEW ORLEANS, LA  70163

11

12                         LISKOW & LEWIS
                           BY:   DON K. HAYCRAFT, ESQUIRE
13                               R. KEITH JARRETT, ESQUIRE
                           ONE SHELL SQUARE
14                         701 POYDRAS STREET, SUITE 5000
                           NEW ORLEANS, LA  70139

15

16                         KIRKLAND & ELLIS
                           BY:   J. ANDREW LANGAN, ESQUIRE
17                         300 NORTH LASALLE
                           CHICAGO, IL  60654

18

19                         STONE PIGMAN WALTHER WITTMANN
                           BY:   PHILLIP A. WITTMANN, ESQUIRE
20                         546 CARONDELET STREET
                           NEW ORLEANS, LA 70130

21

22                         GODWIN RONQUILLO
                           BY:   DONALD E. GODWIN, ESQUIRE
23                         RENAISSANCE TOWER
                           1201 ELM STREET, SUITE 1700
24                         DALLAS, TX  75270

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            BINGHAM MCCUTCHEN
                             BY:  KY KIRBY, ESQUIRE
 4                           2020 K STREET
                             WASHINGTON, DC  20006
 5

 6                           BECK REDDEN & SECREST
                             BY:  DAVID J. BECK, ESQUIRE
 7                           ONE HOUSTON CENTER
                             1221 MCKINNEY STREET, SUITE 4500
 8                           HOUSTON, TX  77010

 9

10

11   FOR THE UNITED STATES
     DEPARTMENT OF JUSTICE:   U.S. DEPARTMENT OF JUSTICE
12                            TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                            450 GOLDEN GATE AVENUE
                              7TH FLOOR, ROOM 5395
14                            SAN FRANCISCO, CA  94102

15

16

17   FOR THE STATE OF
     LOUISIANA:               KANNER & WHITELEY
18                            BY:  ALLAN KANNER, ESQUIRE
                              701 CAMP STREET
19                            NEW ORLEANS, LA  70130

20

21

22   ALSO PRESENT:            THE HONORABLE SALLY SHUSHAN
                              LORETTA G. WHITE, CLERK OF COURT
23                            GENE R. SMITH, CHIEF DEPUTY CLERK

24
                              THOMAS HEIDEN, ESQUIRE
25                            ERNEST CANNON, ESQUIRE
                              LUAN TRAN
```

OFFICIAL COURT REPORTER:       CATHY PEPPER, CRR, RMR, CCR
                               500 POYDRAS STREET, ROOM B406
                               NEW ORLEANS LA   70130
                               (504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
PRODUCED BY COMPUTER.

I N D E X

EXAMINATIONS                                                    PAGE

CASE MANAGEMENT ORDER...................................  10

PLEADING BUNDLES.......................................  11

TIMING.................................................  12

INITIAL DISCLOSURES....................................  14

PLEADING BUNDLES.......................................  20

TIMING.................................................  21

DISCOVERY..............................................  23

LIMITATION MONITION DATE...............................  26

LIMITATION AND LIABILITY TRIAL.........................  26

TRIAL..................................................  37

TIMING.................................................  38

SCOPE OF DISCOVERY.....................................  38

TEST CASES.............................................  39

FILING AND SERVICE ISSUES..............................  49

DIRECT FILING..........................................  49

DISCUSSIONS REGARDING PROTECTIVE ORDERS, DOCUMENT, AND   50

E-DISCOVERY PROTOCOLS AND DEPOSITION PROTOCOL..........

TIME AND EXPENSE REPORTING AND ACCOUNTING..............  51

STATUS OF THE BOP INSPECTION AND TESTING...............  52

STATUS OF THIRD-PARTY DISCOVERY........................  59

THE NEXT STATUS CONFERENCE IS OCTOBER 15 AT 9:30.......  67

**P-R-O-C-E-E-D-I-N-G-S**

A F T E R N O O N   S E S S I O N

THURSDAY, SEPTEMBER 16, 2010

(IN OPEN COURT)

THE COURT:  Good afternoon, everyone.  Please be seated.

We have a lot of folks standing in the back.  I'm advised that we had arranged for one overflow courtroom, Judge Feldman's, and they tell me that's filled also, so they've now opened up Judge Berrigan's courtroom, where if anyone wants to go to be more comfortable and have a seat, those of you who are standing, you're welcome to go to Judge Berrigan's courtroom where you can listen to everything that's going on in here.

I apologize for not having a larger courtroom, but this is the biggest courtroom we have.  If I held it in mine, you all would be standing on each other's head right now.

So we're here today, obviously, on our first pretrial conference, status conference in the DEEPWATER HORIZON MDL case.  There has been a tentative agenda that was posted yesterday on the court's web site.

I assume everyone is familiar, but if you're not, you can pretty much follow everything that's going on in the case and anything scheduled in the case and anything of significance that happens in the case even, without going to the CM/ECF,

02:37PM 1    without being signed up for that, simply by going to the court's

02:37PM 2    free public web site at www.laed.uscourts.gov and clicking on the

02:37PM 3    little icon for this MDL case.

02:37PM 4         What I would like to do, first of all, is have

02:37PM 5    liaison counsel introduce themselves, identify themselves for the

02:37PM 6    record, and tell me who the primary speakers will be for each of

02:37PM 7    the parties here today.  Starting with the plaintiffs.

02:37PM 8         MR. ROY:  Your Honor, Jim Roy, along with Steve Herman,

02:37PM 9    co-liaison counsel for the plaintiffs, and we'll both be talking

02:37PM 10   today about different things.

02:37PM 11        THE COURT:  Very well.

02:37PM 12        MR. HAYCRAFT:  Judge, Don Haycraft with Liskow & Lewis

02:37PM 13   representing BP, and with me is Andy Langan with

02:37PM 14   Kirkland & Ellis, who will also be speaking today.

02:37PM 15        MR. LANGAN:  Good afternoon, Your Honor.

02:38PM 16        THE COURT:  Good afternoon.

02:38PM 17        MR. BECK:  Your Honor, David Beck representing Cameron.

02:38PM 18   I may or may not say anything.

02:38PM 19        MR. MILLER:  Your Honor, Kerry Miller on behalf of

02:38PM 20   Transocean.

02:38PM 21        MS. KIRBY:  Your Honor, Ky Kirby of Bingham McCutchen on

02:38PM 22   behalf of Anadarko and MOEX Offshore, and with me today is

02:38PM 23   Mr. Guidry of Kuchler Polk, also representing those entities.

02:38PM 24        MR. GODWIN:  Your Honor, Don Godwin of Godwin Ronquillo

02:38PM 25   on behalf of Halliburton.

02:38PM  1          MR. WITTMANN:  Your Honor, Phil Wittmann, Stone Pigman.

02:38PM  2   Representing Cameron International.

02:38PM  3          THE COURT:  Okay.  All right.

02:38PM  4          I had issued, about a month ago, the Court's first

02:38PM  5   pretrial order, Pretrial Order Number 1.  We've had several

02:38PM  6   subsequent pretrial orders, either supplementing or amending that

02:38PM  7   initial pretrial order, but that first pretrial order, of course,

02:39PM  8   talked about the fact that this litigation obviously

02:39PM  9   comprises -- at the moment, I'm not even sure how many cases we

02:39PM 10   currently have because a lot of the cases are in transition from

02:39PM 11   being transferred to this court as tagalongs to the initial MDL

02:39PM 12   transfer order, but we certainly have hundreds of cases.  And

02:39PM 13   there will be hundreds, perhaps thousands of more cases,

02:39PM 14   eventually consolidated in this court pursuant to the order of

02:39PM 15   the multidistrict litigation panel.

02:39PM 16          And, obviously, as I'm sure everyone here knows,

02:39PM 17   this litigation arises out of the April 20, 2010, casualty where

02:39PM 18   there was an explosion aboard the DEEPWATER HORIZON drilling

02:39PM 19   vessel, which resulted in its ultimate sinking and an oil spill.

02:40PM 20          We have an assortment of various different types of

02:40PM 21   claims and entities involved in this case.  We have, obviously,

02:40PM 22   claims for the workers aboard the rig who lost their lives, for

02:40PM 23   folks who were injured, an assortment of economic damage claims

02:40PM 24   under the Oil Pollution Act, and other environmental and

02:40PM 25   regulatory or civil penalty types of claims appear to be asserted

02:40PM  1    and comprise various aspects of this complex litigation.

02:40PM  2          One of the tasks we'll have to do, the lawyers and

02:40PM  3    the Court will have to find a way to not only organize and

02:40PM  4    structure this litigation but how to ensure it can be coordinated

02:40PM  5    with all the other related things that are going on in respect to

02:41PM  6    this casualty, the state and federal litigation, various

02:41PM  7    investigations, other entities which are involved, such as

02:41PM  8    Mr. Feinberg's claims facility, I think I mentioned state courts

02:41PM  9    and judges who are involved, and on top of all of that there are

02:41PM  10   the investigations by the federal government, criminal and civil,

02:41PM  11   which are pending.

02:41PM  12         So, as I said, and I'll just briefly mention

02:41PM  13   something I said in my initial pretrial order about a month ago,

02:41PM  14   that the just and efficient resolution of this litigation will

02:41PM  15   largely depend and measure on the way in which the attorneys in

02:41PM  16   this case comport themselves, and because of the added demands

02:42PM  17   and burdens on counsel and the Court in this type of litigation,

02:42PM  18   I think it places a premium on lawyers acting -- on advocates

02:42PM  19   acting in a manner fostering good working relationships among

02:42PM  20   themselves and with the Court.

02:42PM  21         Fortunately, in this case, it's been my experience,

02:42PM  22   my experience to date, without fail, that all of the lawyers that

02:42PM  23   I have encountered and dealt with in this case have exhibited not

02:42PM  24   only a high degree of competency and experience but also a

02:42PM  25   willingness and ability to cooperate and endeavor to have this

02:42PM  1    litigation proceed as efficiently as possible.

02:42PM  2              There are a number of issues that we need to

02:43PM  3    discuss here today.  The attorneys, liaison counsel have

02:43PM  4    submitted, in accordance with the Court's directive, submissions

02:43PM  5    from each side making various suggestions as to how the case

02:43PM  6    should be organized.

02:43PM  7              I'll point out, of course, that the Court has not

02:43PM  8    yet appointed any permanent members of any steering committees or

02:43PM  9    plaintiffs or defense steering committees or leadership

02:43PM 10    positions.  The deadline for applications for that is not for

02:43PM 11    another ten days or so.  So I will be doing that in short order,

02:43PM 12    and that's, obviously, another important part of organizing this

02:43PM 13    case.

02:43PM 14              So what I would like to do is start off by going

02:43PM 15    down the agenda that was circulated as proposed by the liaison

02:44PM 16    counsel and see where we have agreement, where we have

02:44PM 17    disagreement, or perhaps, and again, with the understanding I've

02:44PM 18    read everything that's been submitted, but I would like to have

02:44PM 19    the counsel briefly highlight what they see as the major areas of

02:44PM 20    agreement or disagreement.  And then we can talk about some

02:44PM 21    scheduling, some further scheduling issues.

02:44PM 22              Mr. Roy, Mr. Herman, who is going to go first?

02:44PM 23              The first issue on the agenda is talking about the

02:44PM 24    composition or what types of things should be included in the

02:44PM 25    first Case Management Order.  Each side has proposed, I guess you

02:44PM 1  could say, a competing version of the Case Management Order.

02:44PM 2          There are a lot of areas of agreement, obviously.

02:44PM 3  But there are some major disagreements, as I see it, particularly

02:44PM 4  with respect to timing of pleadings, issues related to pleadings,

02:45PM 5  discovery and perhaps setting trial dates.

02:45PM 6          Mr. Herman.

02:45PM 7      MR. HERMAN:  Yes, Your Honor, good afternoon.

02:45PM 8  Steve Herman for the plaintiffs.

02:45PM 9          The first item on the agenda fortunately the

02:45PM 10  defendants and the plaintiffs pretty much agree on.  I think

02:45PM 11  there might be a few tweaks in the language.  But the objective

02:45PM 12  here is really to provide the Court and the parties with a way of

02:45PM 13  effectively and efficiently managing really the touchstone

02:45PM 14  pleading issues and the legal issues that need to be addressed up

02:45PM 15  front.

02:45PM 16          And what we have come up with, working with defense

02:45PM 17  counsel, is a way of grouping.  We call them *bundles*, but they

02:45PM 18  are really just groupings of pleadings either because of legal

02:45PM 19  theories or the types of claims, some of which we believe

02:45PM 20  collectively -- and I don't think there is any disagreement --

02:45PM 21  are better presented to the Court, and with the eye towards

02:45PM 22  future filings, in a master or consolidated complaint format.

02:46PM 23  Others probably need to stand or fall on their own.

02:46PM 24          And so we've presented that to the Court, a set of

02:46PM 25  bundles.  And the purpose of that, again, is really just to

02:46PM 1   provide the Court with an effective way of managing the principal

02:46PM 2   legal issues.

02:46PM 3            Where there is a divergence, I think, and it

02:46PM 4   somewhat relates to the way that this is set up is with the

02:46PM 5   timing, which is the second issue, and the plaintiffs really are

02:46PM 6   not crucially concerned with the timing of the pleadings unless

02:46PM 7   the timing of the pleadings is tied to the discovery, because

02:46PM 8   some of the defendants, at least, take the position that until an

02:46PM 9   issue was joined in every case, which they don't expect to occur

02:46PM 10  until next April, there should be really no -- no merits

02:46PM 11  discovery.

02:46PM 12           And so a lot of the tinkering that we've tried to

02:46PM 13  do with the defense counsel in terms of the timing of the

02:46PM 14  pleadings is really centered around being able to give the Court

02:47PM 15  an opportunity to rule on the primary motions.

02:47PM 16           I would say the defense counsel have taken the

02:47PM 17  position, or at least some of them have, that they need to have

02:47PM 18  specific pleadings to tee up legal issues.  And one of the

02:47PM 19  compromises that we proposed was, well, look, we understand that

02:47PM 20  you want to have a Rule 12 motion on jurisdiction over OPA

02:47PM 21  claims.  Right off that bat that seems to be a touchstone issue.

02:47PM 22           That's a legal issue.  It seems to us it doesn't

02:47PM 23  need to be tethered to any specific pleadings.  Why don't you

02:47PM 24  guys brief the issue and we'll brief the issue and have the Court

02:47PM 25  decide.  So that might be one possibility.

02:47PM 1          But the way that it stands now, and the reason why

02:47PM 2   we would like a little bit more time for some of these pleadings

02:47PM 3   in particular, is that what we foresee is for the lion's share of

02:48PM 4   cases, which I think all the parties expect to be the greatest

02:48PM 5   number of cases -- and this is going to depend on how successful

02:48PM 6   Mr. Feinberg is -- but a number of cases for economic loss.  They

02:48PM 7   are grouped together in the proposed B-1, I think is the

02:48PM 8   subgrouping.

02:48PM 9          And what we foresee is a very extensive

02:48PM 10  comprehensive master complaint that can really be -- that will

02:48PM 11  really serve as a master administrative complaint for almost

02:48PM 12  every case that gets filed within that bundle.  And after

02:48PM 13  Your Honor rules on the initial Rule 12 motions, there would be

02:48PM 14  one master answer that would correspondence to those allegations.

02:48PM 15         And any plaintiff that came in, say they couldn't

02:48PM 16  settle their case with Mr. Feinberg and so they wanted to file a

02:48PM 17  suit, they could come in and there would be almost like a check

02:48PM 18  off of all of the different factual allegations that he or she

02:48PM 19  wanted to allege.  Depending on what state they were in, they

02:48PM 20  would allege the particular state law that might be at issue.

02:49PM 21  They either would or wouldn't make OPA claims.  They either would

02:49PM 22  or wouldn't have *Robins Dry Dock* standing to make general

02:49PM 23  maritime claims.  And then that would serve -- that kind of short

02:49PM 24  form check off would serve as his or her operative complaint.

02:49PM 25         In order to do a good job with that, we kind of

02:49PM 1   have to foresee every type of allegation that we would want to

02:49PM 2   make for *Iqbal* purposes, for *Twombly* purposes and everything, so

02:49PM 3   we would like time to do a really good job, and we want to have a

02:49PM 4   steering committee in place.  And I think what we proposed was

02:49PM 5   December 15th for that.

02:49PM 6           THE COURT:  You're talking about to file the so-called

02:49PM 7   *master complaint* for each of the separate pleading categories?

02:49PM 8           MR. HERMAN:  Exactly.  Particularly B-1, but also there

02:49PM 9   is a RICO one, which is B-2, which we see as a consolidated class

02:49PM 10  complaint.

02:49PM 11          And -- but the big hang up -- I don't think the

02:49PM 12  defendants in and of itself have any problem with that.  The big

02:49PM 13  hang up is in the meantime we believe that we should get about

02:49PM 14  the business of starting discovery.

02:49PM 15          And we've proposed what we've called kind of

02:50PM 16  enhanced or expanded *initial disclosures* on some what we consider

02:50PM 17  to be fairly rudimentary elements that are definitely going to be

02:50PM 18  produced over the course of the case, and let's get about the

02:50PM 19  business of starting that.

02:50PM 20          One of the defendants, Transocean, has effectively

02:50PM 21  agreed to that in principle, and the other defendants want to

02:50PM 22  wait until the issue is joined.

02:50PM 23          So our -- I guess our compromise is if they feel

02:50PM 24  that they need to have these touchstone legal issues addressed

02:50PM 25  right off the bat, maybe presentment issues or preemption issues

02:50PM 1  for OPA, why don't we just tee those up as legal issues and have

02:50PM 2  them addressed on the front end but really let us have time to

02:50PM 3  craft our allegations, make sure they are comprehensive so that

02:50PM 4  they can serve as operative administrative complaints for the

02:50PM 5  rest of the litigation no matter whether we get 100 more cases or

02:50PM 6  a 100,000 more cases.

02:50PM 7          We think that's going to be an effective way to

02:51PM 8  manage the case.  And that prevents the defendants -- because

02:51PM 9  they'll have their answer -- master answer on file, they will

02:51PM 10 have already responded to each and every allegation, and that

02:51PM 11 will prevent them from having to clutter the record with a bunch

02:51PM 12 of answers.  We won't have a bunch of pleadings on the

02:51PM 13 plaintiff's side.  And we talked with the Clerk's Office, and I

02:51PM 14 think that they, to some extent, endorse this method as well.

02:51PM 15         So that's kind of where we are in a nutshell.  I

02:51PM 16 think I may have jumped a couple points down the line, a couple

02:51PM 17 agenda items down the line, but I'm happy to answer any of the

02:51PM 18 Court's questions or let some of the defense attorneys --

02:51PM 19         THE COURT:  All right.  As I understand what the

02:51PM 20 proposal is, the so-called *pleading bundle* would be a means

02:51PM 21 merely of identifying and categorizing the various types of

02:51PM 22 claims involved in this wide-ranging litigation such that they

02:52PM 23 could be then subject to a master complaint for each such

02:52PM 24 category, but it would not in any way -- it's not creating any

02:52PM 25 separate tracts, litigation tracts otherwise or discovery tracts

02:52PM  1    or anything like that.

02:52PM  2         MR. HERMAN:  That's correct, Your Honor.

02:52PM  3              Initially we were kind of the mindset, and perhaps

02:52PM  4    the Court was too, that this might be analogous to kind of what

02:52PM  5    Judge Duval did in the Katrina litigation with these separate

02:52PM  6    tracts.

02:52PM  7              As we thought about it, and I think the defendants

02:52PM  8    agree with us on this, that most of the discovery is going to cut

02:52PM  9    across every single type of case.  No matter what type of case it

02:52PM  10   is, there is going to be a core amount of discovery that's going

02:52PM  11   to be common to everyone.

02:52PM  12             So while it may make sense to bundle the cases for

02:52PM  13   pleading purposes, we didn't think and the defense counsel didn't

02:52PM  14   think and the consensus of the plaintiffs attorneys, after we had

02:52PM  15   a meeting, seemed to believe that we should not follow those same

02:53PM  16   tracts all the way through litigation because the discovery

02:53PM  17   issues were much different than the pleading issues.

02:53PM  18             I noticed that there have been some filings

02:53PM  19   suggesting that there should be separate tracts all the way

02:53PM  20   through the litigation for discovery, for management purposes,

02:53PM  21   et cetera.  And, you know, we're happy to work as however the

02:53PM  22   Court directs us to.

02:53PM  23             But I would just make the observation that in every

02:53PM  24   case there are going to be common issues and there are going to

02:53PM  25   be unique, individual issues, whether you're talking about the

02:53PM 1  State of Louisiana or the United States or a fisherman or a

02:53PM 2  restaurant owner.  And as we see it, the mandate of the MDL is to

02:53PM 3  effectively manage the common issues, to allow for coordination

02:53PM 4  of the common issues.

02:53PM 5           Litigants are free to develop their individual

02:53PM 6  issues or their unique issues as they see fit, but the common

02:53PM 7  goal is to effectively coordinate and manage these common issues

02:54PM 8  that are going to be common to every type of case.

02:54PM 9           And we feel, for whatever it's worth, that the

02:54PM 10 Court and the parties are going to be able to do that more

02:54PM 11 effectively through one body than to try to separate that up and

02:54PM 12 chop it up into different tracts that might have different

02:54PM 13 strategies and different timelines and different personalities.

02:54PM 14          And I'll be happy to answer any other questions

02:54PM 15 or allow the defendants.

02:54PM 16     THE COURT:  You mentioned in your proposals that you

02:54PM 17 would be allowed until December 15th to file these administrative

02:54PM 18 master complaints.  How does that relate to what you propose for

02:54PM 19 the defendants' time for filing responsive pleadings?

02:54PM 20     MR. HERMAN:  I believe -- I'm thinking off the top of my

02:54PM 21 head -- I believe that they would respond by January 15th, and

02:55PM 22 then we would expect the Rule 12 motions to be resolved around

02:55PM 23 March.

02:55PM 24     THE COURT:  Actually, I'm looking at your proposal.  It

02:55PM 25 says, "Defendant shall file separate answers to the master

02:55PM 1   complaints and all other complaints or amended complaints not

02:55PM 2   previously answered by January 15, 2011, regardless of whether

02:55PM 3   any motions to dismiss were brought."

02:55PM 4        I'm not clear I understand what you're suggesting

02:55PM 5   here.  If they are going to file an answer to the administrative

02:55PM 6   master complaint, you still suggest they should file an answer to

02:55PM 7   each individual complaint at that time, the same time?

02:55PM 8        MR. HERMAN:  I apologize, Your Honor.  What we foresee

02:55PM 9   is that some of these bundles are amenable to having master

02:56PM 10  complaints or consolidated complaints; however, there are some

02:56PM 11  bundles, for lack of a better word, where, for some reason, we

02:56PM 12  don't see a master complaint as being the best course of action.

02:56PM 13       Principally among that are for the personal injury

02:56PM 14  and wrongful death cases, which are on file.  We think that they

02:56PM 15  should just be decided according to their own pleadings rather

02:56PM 16  than having a master complaint.  And I think the defendants are

02:56PM 17  in agreement on that.

02:56PM 18       The other issue --

02:56PM 19       THE COURT:  Does that mean, then, in the cases where you

02:56PM 20  have a master complaint for a particular category of cases,

02:56PM 21  you're not suggesting that they should have to immediately at the

02:56PM 22  same time file answers to each individual complaint, are you?

02:56PM 23       MR. HERMAN:  No, no.  And in the categories where there

02:56PM 24  is master complaints, they would only have to answer and respond

02:56PM 25  with Rule 12 motions.

02:56PM 1        THE COURT:  An answer to the administrative master

02:57PM 2   complaint.

02:57PM 3        MR. HERMAN:  Exactly.  And that would operate or apply

02:57PM 4   administratively, if not by operation of law.

02:57PM 5        THE COURT:  I understand that.

02:57PM 6        Now, what about your suggestion, if I'm reading

02:57PM 7   this right, that they answer regardless of whether they've filed

02:57PM 8   the Rule 12 motion?

02:57PM 9        MR. HERMAN:  We thought it would just be helpful to get

02:57PM 10  their answers on file.

02:57PM 11       We understand that if there is a defendant that's

02:57PM 12  raising a personal jurisdiction defense, that that defendant

02:57PM 13  wouldn't be able to file an answer because they would be waiving

02:57PM 14  jurisdiction, but for the defendants that are not filing personal

02:57PM 15  jurisdiction defenses that are just trying to dismiss some or all

02:57PM 16  of a claim or a theory of recovery or cause of action, it would

02:57PM 17  be helpful to get the answers on file early and also to know what

02:57PM 18  cross-claims and third-party demands would be asserted.

02:57PM 19       I know it's a little bit out of the ordinary, but,

02:57PM 20  you know, usually when you file a Rule 12 motion, you don't have

02:58PM 21  to file an answer.  We just thought it would be helpful for

02:58PM 22  everyone to kind of know where we going, so to speak.

02:58PM 23       THE COURT:  Okay.  Anything else you want to add on

02:58PM 24  those issues, Mr. Roy?

02:58PM 25       MR. ROY:  On the issue of third-party --

02:58PM 1          THE COURT:  Identify yourself for the record.

02:58PM 2          MR. ROY:  Jim Roy, Your Honor.

02:58PM 3              On the issue of filing third-party complaints,

02:58PM 4    cross-claims, whatnot, in light of the information that we

02:58PM 5    learned earlier this afternoon from counsel for Transocean of

02:58PM 6    their intent to forthwith file answers under 14(c) tendering the

02:58PM 7    remaining defendants, or least the major defendants to the

02:58PM 8    plaintiffs, it really brings it immediately in focus because

02:58PM 9    you're going to have them before the Court for all purposes

02:58PM 10   tendered as defendants to the plaintiffs and, effectively, to

02:58PM 11   each other once they do that.

02:59PM 12         THE COURT:  Okay.  Thank you.

02:59PM 13             Let me hear from --

02:59PM 14         MR. LANGAN:  Andrew Langan, Your Honor.

02:59PM 15         THE COURT:  Okay.

02:59PM 16         MR. LANGAN:  For BP Exploration and Production, Inc.

02:59PM 17             A couple of comments on counsel's proposal.  I

02:59PM 18   think there are some areas of agreement, but there are a couple

02:59PM 19   of areas that we do disagree that I think I need to point out.

02:59PM 20             No problem with the idea of pleading bundles in

02:59PM 21   general.  That's fine.  Something we agree to.

02:59PM 22             I would note that our definition of the pleading

02:59PM 23   bundles probably are a little more precise and capture it a

02:59PM 24   little bit better.  For instance, the B-3 bundle we propose is

02:59PM 25   claims related to the post April 20th cleanup efforts.

02:59PM 1          THE COURT:  You're talking about now identifying more

02:59PM 2     specifically the individual bundle of categories?

02:59PM 3          MR. LANGAN:  Correct.  We don't have a great deal of

02:59PM 4     disagreement, but if you want to hear where we differ --

02:59PM 5          THE COURT:  You don't disagree with the concept?

02:59PM 6          MR. LANGAN:  That is correct, Your Honor.

02:59PM 7          THE COURT:  Okay.

02:59PM 8          MR. LANGAN:  So that's the first thing.

02:59PM 9          The second thing in terms of timing, we want them

03:00PM 10    to file their master complaints or consolidated complaints, if

03:00PM 11    it's December 15th, okay, that's fine, but we want to file legal

03:00PM 12    motions directly to a pleading they are going to stand on.

03:00PM 13         I think Mr. Herman was talking about, well, can't

03:00PM 14    we just brief the motions before the complaints are actually on

03:00PM 15    file, and we differ with them on that.  We would like to direct

03:00PM 16    our legal motions to the consolidated or master complaints that

03:00PM 17    they are going to stand on.

03:00PM 18         We had suggested in the course of things that if

03:00PM 19    they wanted to do that sooner, if they wanted to do that, say, in

03:00PM 20    October or November, to move things along, that we were open to

03:00PM 21    that.

03:00PM 22         But we respect the fact that they need to organize

03:00PM 23    themselves, that there has to be a steering committee, and if

03:00PM 24    that means it takes until December 15th for them to file their

03:00PM 25    consolidated or master complaints, that is perfectly fine with

03:00PM 1  us.

03:00PM 2       I would say this, given the fact that they are not

03:00PM 3  going to do that until mid December, our proposed order talks

03:01PM 4  about January 31st of 2011, as a responsive pleading date as

03:01PM 5  opposed to January 15th.  We think that's reasonable under the

03:01PM 6  circumstances.

03:01PM 7       But a more fundamental difference we would have is

03:01PM 8  that, to the extent there are legal motions filed, Rule 12

03:01PM 9  motions directed to these master and consolidated complaints, a

03:01PM 10  party bringing such a motion should not be required to answer.  I

03:01PM 11  mean, that's not what the Federal Rules say.  And that would be

03:01PM 12  an unusual thing, and Rule 12 says a motion is a responsive

03:01PM 13  pleading.  So we disagree with that aspect of their proposed

03:01PM 14  order.

03:01PM 15       We think that if you bring a Rule 12 motion no

03:01PM 16  answer should be required unless and until the Rule 12 motion is

03:01PM 17  ruled on.  Maybe there will never be an answer required for some

03:01PM 18  defendants or on some claims.

03:01PM 19       And so we would like until January 31st for those

03:01PM 20  responsive pleadings.  There will be legal motions.  Your Honor

03:02PM 21  has mentioned in prior conferences the presentment issue under

03:02PM 22  OPA, and there are legal issues like that and there will be

03:02PM 23  others.

03:02PM 24       And, Your Honor, the next point I would like to

03:02PM 25  make is that, and perhaps Mr. Roy's comments moot this to a

03:02PM 1    degree, but we don't think an early date for cross-claims or

03:02PM 2    third-party practice should be established.  Their proposed order

03:02PM 3    talked about January 15th for that, and the defendants are of a

03:02PM 4    unanimous view that any such pleading deadline should be tabled

03:02PM 5    for now.

03:02PM 6            Now, in the limitation action, if Transocean brings

03:02PM 7    on claims, then we can deal with that.  But there shouldn't be a

03:02PM 8    general requirement for third-party practice and cross-claims

03:02PM 9    before answers are even filed.  That would be unusual and not

03:02PM 10   something we should do.

03:02PM 11           And then the last point I wanted to make on this

03:02PM 12   topic is that -- sort of where we are on discovery in the

03:02PM 13   meantime.  And Mr. Herman touched on this, but I want to make our

03:02PM 14   position very clear.  We believe that our proposal provides for

03:03PM 15   ample discovery, even while these pleadings are being settled.

03:03PM 16   We think it's important to settle the pleadings and to have legal

03:03PM 17   motions decided and to see what the scope of the case is going to

03:03PM 18   be.

03:03PM 19           But even while that's occurring, as Your Honor

03:03PM 20   knows, five or six of the defendants have already made hundreds

03:03PM 21   of thousands of pages available at the behest of Your Honor in

03:03PM 22   document depositories that are available to the entire MDL 2179

03:03PM 23   plaintiffs bar, if they agree to abide by the confidentiality

03:03PM 24   order.

03:03PM 25           So since last July my client has added to a

03:03PM 1    depository that now has over 250,000 pages in it, and we think,

03:03PM 2    for all the defendants, there are now more 600,000 pages.

03:03PM 3         And beyond that, beyond those documents, these

03:03PM 4    plaintiffs have access to the proceedings of the Marine Board of

03:03PM 5    Investigation.  They have access to testimony there.  And we've

03:04PM 6    agreed to provide additional information in our proposed order in

03:04PM 7    the nature of standard Rule 26(a)(1) disclosures.

03:04PM 8         So it's absolutely not the case we're taking the

03:04PM 9    view there should be no discovery pending the settling of the

03:04PM 10   pleadings.  That's not a fair characterization.

03:04PM 11        Now, could there be a uniquely positioned defendant

03:04PM 12   or defendants that's only involved in spill response that wants

03:04PM 13   to take a position of no discovery?  That's possible.  But for my

03:04PM 14   client and the clients involved allegedly in the casualty, we are

03:04PM 15   not taking the position that discovery should be halted pending

03:04PM 16   the settlement of the pleadings.

03:04PM 17        Thank you.

03:04PM 18        THE COURT:  Thank you, Mr. Langan.

03:04PM 19        Anybody else over here need to speak on any of

03:04PM 20   those issues?  Okay.

03:04PM 21        MR. HEIDEN:  Your Honor, may I speak for a moment?

03:04PM 22        Good afternoon.  Judge, my name is Tom Heiden,

03:05PM 23   H-E-I-D-E-N.  I'm from Latham and Watkins.  I live in Michigan.

03:05PM 24   I'm here on behalf of Nalco.

03:05PM 25        And Nalco is not on the tentative defendants

03:05PM 1    liaison committee, Your Honor.  Nalco provided the dispersants

03:05PM 2    used under the National Contingency Plan as directed by the

03:05PM 3    national incident commander after the spill.

03:05PM 4            And, Your Honor, when the call went out for help,

03:05PM 5    many answered that call.  Some of them, like Nalco and O'Briens

03:05PM 6    and Marine Spill Response Corporation and Seacor stand here today

03:05PM 7    as defendants because they answered that call for help.  And the

03:06PM 8    reason that I say that is that these responder defendants, we

03:06PM 9    believe, are situated different from the main event or casualty

03:06PM 10   defendants.

03:06PM 11           What do I mean by that?  Different on the facts,

03:06PM 12   Your Honor.  These responder defendants had no role in the events

03:06PM 13   leading up to or causing the blowout or the explosion or the fire

03:06PM 14   or the release of one drop of oil.

03:06PM 15           THE COURT:  Mr. Heiden, I don't want to interrupt you,

03:06PM 16   but we only have a limited amount of time this afternoon.  And I

03:06PM 17   understand what you're saying.  I'm well aware of that.  What are

03:06PM 18   you suggesting or proposing in relation to what we just talked

03:06PM 19   about?

03:06PM 20           MR. HEIDEN:  Absolutely.  Your Honor and others used

03:06PM 21   phrases like *setting up bundles* to categorize and manage each set

03:07PM 22   of claims, and we're absolutely in support of that.  But we think

03:07PM 23   because the responder defendants are situated differently on the

03:07PM 24   facts and have defenses uniquely applicable to them, defenses set

03:07PM 25   up to encourage responders to respond, that there should be a

03:07PM 1   separate basket or a separate master pleading bundle.

03:07PM 2         THE COURT:  Well, that's the kind of thing, sir, you can

03:07PM 3   talk to liaison counsel, these other folks.  We haven't set up

03:07PM 4   any bundles yet, so that's a thing we can take into account.

03:07PM 5   Okay?

03:07PM 6         MR. HEIDEN:  Thank you, Judge.

03:07PM 7         THE COURT:  Thank you.

03:07PM 8         Let's move on to the next matter.  I think we've

03:07PM 9   basically covered 1-A and B and probably some of the other things

03:07PM 10  here, maybe D.

03:07PM 11        What about, let's talk about the limitation

03:07PM 12  monition date.  I think there is agreement that that needs to be

03:07PM 13  modified.

03:07PM 14        Mr. Miller.

03:08PM 15        MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

03:08PM 16  Transocean.  I'm one of those kind of people that kind of need to

03:08PM 17  figure out where they are headed in order to figure out how to

03:08PM 18  get there.

03:08PM 19        And with respect to the monition date, agreement

03:08PM 20  has been reached that that date would be extended.  I think the

03:08PM 21  current deadline is November 15th of this year.  I think the

03:08PM 22  agreement is to extend it to April 20th of 2011, which would be

03:08PM 23  the one-year anniversary of the incident.

03:08PM 24        Your Honor, that's also in connection with what we

03:08PM 25  understand to be a late 2011 limitation and liability trial in

03:08PM 1    which the Transocean limiting parties would Rule 14(c) tender

03:08PM 2    some of the nonlimiting defendants into the case and then have

03:08PM 3    both a limitation and a liability trial, and so I'm working

03:08PM 4    backwards in time.

03:08PM 5                If that trial is to occur in late 2011, as

03:08PM 6    Your Honor has suggested, then I think April 20, 2011, would be a

03:09PM 7    proper monition date.

03:09PM 8                THE COURT:  Does anybody have any strong objection to

03:09PM 9    that?

03:09PM 10                Mr. Roy.

03:09PM 11                MR. CANNON:  Yes, Your Honor.

03:09PM 12                THE COURT:  Mr. Roy.  Is your name Roy?  I said Mr. Roy.

03:09PM 13                MR. ROY:  Your Honor, personal feelings aside, I feel

03:09PM 14    compelled to at least advise the Court there is a substantial

03:09PM 15    number of people handling plaintiff personal injury and death

03:09PM 16    cases that do have strong reservations about delaying.

03:09PM 17                THE COURT:  The date should be earlier rather than

03:09PM 18    later.

03:09PM 19                MR. ROY:  Exactly.

03:09PM 20                THE COURT:  I'll be happy to hear from -- if one person

03:09PM 21    wants to speak.  I thought there was a group that has that

03:09PM 22    position.  I'll be happy to hear from them right now.  Who is

03:09PM 23    that?

03:09PM 24                MR. BUZBEE:  Tony Buzbee, we'll have Ernest Cannon speak

03:10PM 25    for us.

03:10PM 1          THE COURT:  Are you Mr. Cannon?

03:10PM 2          MR. CANNON:  Yes, Your Honor.  May I?

03:10PM 3          THE COURT:  Come forward.  Yes, sir.  I didn't mean to

03:10PM 4   cut you off before, but I had called for Mr. Roy.

03:10PM 5          MR. CANNON:  Judge, I was back there in the dark, and I

03:10PM 6   can't hear that good anyway.  And it's getting selective,

03:10PM 7   Your Honor.

03:10PM 8              My name is Ernest Cannon, Your Honor.  C-A-N-N-O-N.

03:10PM 9   I hail from outside of Fort Worth, Texas, a place call Glen Rose.

03:10PM 10  I'm here speaking on behalf of -- with the authority to speak on

03:10PM 11  behalf of 46 of the injured people, and five of the death cases.

03:10PM 12             Judge, a lot of emotions come to hand here if

03:10PM 13  you've encountered, which I'm sure you have in your practice, but

03:10PM 14  if you've encountered the depth of the grief and the torture

03:10PM 15  that's been suffered by primarily these widows and some of these

03:10PM 16  grievously hurt people.  My words seem inadequate to express to

03:11PM 17  you their feeling, their immense need to have their situation

03:11PM 18  addressed.

03:11PM 19             Your Honor, as you well know, having practiced in

03:11PM 20  this field, you and I are duty bound to jealously protect their

03:11PM 21  rights.  I reviewed the proposed orders, and the emotions that I

03:11PM 22  see reflected in those proposed orders do not reflect the emotion

03:11PM 23  of being jealous about the rights of these seamen and their

03:11PM 24  survivors.

03:11PM 25             What we would like for you to do, Your Honor, and

03:11PM 1   what we're proposing is that you allow the steering committee to

03:11PM 2   have something to say about this Case Management Order.

03:11PM 3           And, Judge, I know there is a precedent here in the

03:11PM 4   way you fellows -- that all of this is handled, and I'm somewhat

03:11PM 5   naive about it.  And I'm just giving you the concerns of the

03:11PM 6   clients that I'm speaking on behalf of.

03:11PM 7           We would like --

03:12PM 8           THE COURT:  I believe you belong to part of a group, I

03:12PM 9   forget the exact name, something coalition?

03:12PM 10          MR. CANNON:  We're a moving target, Your Honor, on the

03:12PM 11  name of it.  It's a coalition, Your Honor.  There is lawyers from

03:12PM 12  Texas, Louisiana, and Mississippi.

03:12PM 13          THE COURT:  My point was I wanted to make sure it's the

03:12PM 14  same group that you're speaking on behalf of.  I read that you

03:12PM 15  all submitted a separate, rather detailed proposal that I have

03:12PM 16  read.  I just wanted you to know that.

03:12PM 17          MR. CANNON:  I appreciate that, Your Honor, and I know

03:12PM 18  there is an immense amount of work that goes into this and it's

03:12PM 19  been done by the Court and the liaison counsel.

03:12PM 20          What we're proposing, Judge, is seven to nine

03:12PM 21  depositions on the issue of limitation and liability.  As you

03:12PM 22  know, Your Honor, all we're involved with is, is the vessel

03:12PM 23  unseaworthy?  It caught fire.  It exploded.  It sank.  It's

03:12PM 24  unseaworthy.  The burden shifts to them.  Was there privity and

03:13PM 25  knowledge?  Privity and knowledge is of the agent, the master --

03:13PM 1          THE COURT:  I'm well aware of the law in this area,

03:13PM 2   Mr. Cannon, I assure you.  I'm not trying to cut you off, but I

03:13PM 3   do need to move this along.  Just get to the bottom line of what

03:13PM 4   you're proposing.

03:13PM 5          MR. CANNON:  The bottom line is we would like to be able

03:13PM 6   to get our discovery done way yonder before up into next year on

03:13PM 7   these limited -- limitation and liability issues, take the

03:13PM 8   depositions, that we would be involved in taking the depositions.

03:13PM 9   We got capable, competent lawyers to assist these people.  We'll

03:13PM 10  pay the expenses for it, have the limitations heard, and then

03:13PM 11  separate us out from these cases in which we have nothing to do

03:13PM 12  with.  That's what our proposal is, Your Honor.

03:13PM 13         THE COURT:  Thank you, sir.

03:13PM 14         MR. CANNON:  Thank you, Your Honor.

03:13PM 15         THE COURT:  Where were we?

03:13PM 16             Mr. Roy, did you have anything further you wanted

03:13PM 17  to say?

03:13PM 18         MR. ROY:  I did, Your Honor.  It's important for us to

03:14PM 19  know, as Mr. Miller suggested, where we're going in order to

03:14PM 20  decide how we get there.

03:14PM 21             And if, in fact, it is the Court's preference to

03:14PM 22  actually have a limitation trial at some point in time, 12, 15

03:14PM 23  months from now, whatever it is that the Court sets, if that,

03:14PM 24  indeed, is the Court's preference and if, indeed, the Court

03:14PM 25  determines that it wants to simultaneously hear the issue of

03:14PM  1   liability, especially in light of Transocean's expressed intent

03:14PM  2   to 14(c) the major defendants into the case, then it becomes

03:14PM  3   doubly critical for us as plaintiffs to ask the Court for

03:14PM  4   expedited discovery on the front end.

03:14PM  5        While all the legal motions are going on, this,

03:15PM  6   that and the other deal, we would submit and we would submit that

03:15PM  7   we have submitted as authority to Your Honor that under Rule 26

03:15PM  8   and under the *Manual of Complex Litigation*, you very much have

03:15PM  9   the authority to decide what Rule 26 will mean in the context of

03:15PM 10   what initial disclosures will have to be made.  And there is

03:15PM 11   nothing being asked that won't ultimately be discoverable, we

03:15PM 12   think, with no exceptions.

03:15PM 13        That being said, it's important to remind the Court

03:15PM 14   that in the months following April 20th, repeated requests were

03:15PM 15   made for extensive discovery against the defendants.  And the

03:15PM 16   compromised position which Your Honor melded between conferences

03:15PM 17   of defense and plaintiff lawyers was a production on an ongoing

03:16PM 18   basis through various document depositories of documents that

03:16PM 19   have been produced to Congress and committees and the

03:16PM 20   Marine Board of Inquiry by the defendants in the form that it had

03:16PM 21   been produced to those entities.

03:16PM 22        And we would ask Your Honor to recall that both in

03:16PM 23   discussions in chambers with defense liaison counsel at the time,

03:16PM 24   Mr. Haycraft and others, as well as in open court, the plaintiffs

03:16PM 25   repeatedly took the position that in acquiescing to that

03:16PM 1   compromise we in no way were waiving or agreeing in the future to

03:16PM 2   accept that production in lieu of or in place of a full Rule 26

03:16PM 3   production, including our rights to electronic discovery.

03:16PM 4          And that's basically where the disconnect, I think,

03:16PM 5   really comes down as much as anything.  What the -- what BP

03:16PM 6   really wants the plaintiffs to be satisfied with for the next six

03:17PM 7   or eight months is a revised production, if you will, of what

03:17PM 8   they would say has already been put into their document

03:17PM 9   depository.  And we want more focus to that and we want the

03:17PM 10  electronic angle on it, too, which, under Rule 26, as revised

03:17PM 11  three years ago, we're clearly entitled to.  So we just wanted to

03:17PM 12  point that out, that it is important, in order for us to be able

03:17PM 13  to focus on how we get there, to know what you expect of us at

03:17PM 14  the end of the day.

03:17PM 15         Mr. Miller has indicated from Transocean's

03:17PM 16  standpoint they're okay with a full-blown trial of the limitation

03:17PM 17  proceeding and the apportionment of fault among all of the

03:17PM 18  parties at that trial.  Mr. Herman and I agree with that, but to

03:17PM 19  agree with that we've got to have the means to get there

03:18PM 20  intelligently, which means aggressive discovery against all of

03:18PM 21  the defendants while all these legal issues are being sorted out.

03:18PM 22         Thank you, Your Honor.

03:18PM 23      THE COURT:  All right.  Thank you.

03:18PM 24         All right.  Well, let me just say this:  I've

03:18PM 25  considered everything that's been said here today and everything

03:18PM  1    that's been submitted in advance of today.

03:18PM  2               First of all, I would say with respect to the

03:18PM  3    proposal, I think, of the coalition, as expressed by Mr. Cannon,

03:19PM  4    I certainly am sympathetic to your clients and their need to get

03:19PM  5    some resolution of their claims, but I don't think what you

03:19PM  6    proposed is realistic.  I just don't think it is.

03:19PM  7               In what was submitted to me, you propose a

03:19PM  8    limitation trial in six months, and what you propose would be a

03:19PM  9    very abbreviated discovery schedule of taking some seven

03:19PM 10    depositions.  I don't see any way we could try or should try or

03:19PM 11    attempt to try the limitation issue in isolation.

03:19PM 12               First of all, the liability issues cut across most,

03:19PM 13    if not all, of the various types of claims in this case -- not

03:19PM 14    all, but most of them -- and the common liability issues, and, as

03:20PM 15    I appreciate what you all are proposing, would essentially

03:20PM 16    require multiple trials on liability issues, the same liability

03:20PM 17    issues.

03:20PM 18               For example, if we just had a limitation trial

03:20PM 19    involving Transocean without the other parties being a party to

03:20PM 20    it, any result, any verdict would not be binding on the other

03:20PM 21    parties who were not a party to the trial, obviously.

03:20PM 22               If the other parties do become parties to it, as

03:20PM 23    it's been indicated will happen, then the discovery and the

03:20PM 24    timing will need to be beyond six months.

03:20PM 25               It's just not realistic to think that all of the

03:20PM 1  discovery related to the liability in this case can be

03:20PM 2  accomplished, expert testimony, *Daubert* hearings, anything and

03:20PM 3  everything you could imagine, not the least of which is, one of

03:21PM 4  the critical pieces of evidence in this case, as everyone knows,

03:21PM 5  is the blowout preventer, which was only, I think, a week or two

03:21PM 6  ago recovered from the ocean floor is now sitting at the NASA

03:21PM 7  facility at Michoud waiting for a facility to be built out so it

03:21PM 8  can be disassembled and analyzed and tested and so forth for

03:21PM 9  forensic testing to occur.  That's going to take at least several

03:21PM 10  months to accomplish all of that.  So I just don't think your

03:21PM 11  proposal is realistic.

03:21PM 12          I do want to move this case along as expeditiously

03:21PM 13  as I can, considering the complexity of it, and, again, trying to

03:21PM 14  take all the various interests into account.  I do think that a

03:21PM 15  trial, as has been suggested by other parties, a limitation and

03:22PM 16  liability trial occurring late next year, which would be sometime

03:22PM 17  in October, probably.  I'm thinking of looking at maybe October

03:22PM 18  or thereabouts beginning the trial.

03:22PM 19          If we do that, that seems to be doable.  It's going

03:22PM 20  to take a lot of hard work on behalf of the parties, the lawyers

03:22PM 21  and the Court to get there.  There is a lot of discovery to be

03:22PM 22  done, motion practice and so forth, but I think it's doable if

03:22PM 23  everybody cooperates, continues to cooperate.

03:22PM 24          With that type of schedule, I don't know why

03:22PM 25  anybody would object to extending the monition date, the date for

03:22PM 1    filing of claims to one year, exactly one year from the date of

03:23PM 2    the casualty, which would be April 20, 2011.

03:23PM 3              So that's what I intend to do.  I'm going to extend

03:23PM 4    the monition date.  November 15th was set by Judge Ellison.  So

03:23PM 5    I'm extending that, what is that, six more months, I guess, five

03:23PM 6    or six months, whatever that is, to April 20, 2011.

03:23PM 7              We need to pick a particular date or week to begin

03:23PM 8    the trial.  I have no idea at this time, and we don't need to

03:23PM 9    talk about it today, how much time we might all have to set aside

03:23PM 10   for this trial.  That's something you all can be talking about in

03:23PM 11   the next few weeks and we can give some further thought to.

03:23PM 12             Having said that, what I would suggest with regard

03:23PM 13   to the notion of, first of all, the pleading bundles -- which I

03:24PM 14   was intrigued by that term when I heard it because I had never

03:24PM 15   heard of pleading bundles before, and so I had my law clerk,

03:24PM 16   James, who just walked out to get something else, I said, "James,

03:24PM 17   see if you can find out what they are talking about when they

03:24PM 18   mention *pleading bundles*."

03:24PM 19             We looked in the *Manual for Complex Litigation* and

03:24PM 20   found absolutely nothing on it.  He looked at Westlaw or

03:24PM 21   something and found nothing.  Then he Googled it and found a

03:24PM 22   reference to our agenda here today.  So we came back full circle

03:24PM 23   to ourselves.  We have met the enemy and it is us, I guess.  So I

03:24PM 24   guess we are creating something here.

03:24PM 25             I do like the concept.  I think the concept makes

03:24PM 1  sense, and the mechanics have to be, obviously, worked out.

03:24PM 2  Liaison counsel and myself met with our Clerk of Court for a few

03:24PM 3  minutes before the session started today and tried to flesh out

03:25PM 4  this concept, and that's when I found out that Mr. Herman

03:25PM 5  admitted he had just made it all up.

03:25PM 6       In any event, I told them that it is something

03:25PM 7  that's doable, after talking to the clerk.  I was concerned that,

03:25PM 8  again, about the mechanics of it.  I wanted to make sure that

03:25PM 9  what I was envisioning and our Clerk's Office was envisioning is

03:25PM 10 what counsel for both sides were envisioning, and it seems like

03:25PM 11 we are.  I was concerned about how that would interface with our

03:25PM 12 electronic filing system and case management system, but I've

03:25PM 13 been told today that this can all be worked out.

03:25PM 14      I'm going to suggest that liaison counsel and

03:25PM 15 counsel for the parties, if y'all just want to designate

03:25PM 16 representatives for each side, whatever limited number of people

03:25PM 17 need to be involved, continue to meet and discuss the mechanics

03:26PM 18 with our Clerk's Office, with Gene Smith, our Chief Deputy

03:26PM 19 Clerk -- there is Gene right there -- and Loretta Whyte, our

03:26PM 20 Clerk of Court.

03:26PM 21      I failed to introduce one of the most important

03:26PM 22 persons in the courtroom here.  Stand up Sally.  You are

03:26PM 23 standing.  Stand on your chair, Sally.

03:26PM 24      Sally Shushan, one of our magistrate judges, who is

03:26PM 25 the designated magistrate judge on this case.  Of course, she

03:26PM 1   will be available to help all of us through this proceeding, and

03:26PM 2   I thank her for her assistance.

03:26PM 3               I now have my calendar.  Ad I doubt that I have

03:27PM 4   anything scheduled that far out.  I would be surprised if I did.

03:27PM 5   You all will be pleased to know that the very last trial I have

03:27PM 6   scheduled on my calendar, I have one in July and one in August

03:27PM 7   and nothing after the first week of August.  So my calendar is

03:27PM 8   completely open.

03:27PM 9               I think we should set aside a block of time is what

03:27PM 10  we should do now.  We can talk about the exact dates in terms of

03:27PM 11  starting and the mechanics of that, but I see that Yom Kippur is

03:27PM 12  October 7th and 8th of 2011, so I guess we should avoid that.

03:27PM 13              Mr. Miller, since you're going to be intimately

03:27PM 14  involved in this, do you want to venture an estimate now when

03:27PM 15  we're talking about trial, how much time should we plan to set

03:28PM 16  aside?

03:28PM 17       MR. MILLER:  I think it's going to be several weeks,

03:28PM 18  Your Honor.

03:28PM 19       THE COURT:  We're talking about liability and limitation

03:28PM 20  with severing damages, right?

03:28PM 21       MR. MILLER:  Your Honor, I think it ought to take

03:28PM 22  counsel amongst this group, but it's going to be several weeks is

03:28PM 23  kind of the signals I'm getting, I would imagine.

03:28PM 24       THE COURT:  Why don't we say this:  For the time being

03:28PM 25  I'm going to set aside, at least temporarily, the entire month of

03:28PM 1    October and the entire month of November of 2011.  Then we can

03:28PM 2    talk further between now and when we finalize the first Case

03:28PM 3    Management Order.  Okay?

03:28PM 4         MR. MILLER:  Would it be after the 8th of October?

03:28PM 5         THE COURT:  Well, I just noted that that Jewish holiday

03:28PM 6    falls on that weekend and I certainly wouldn't hold trial at that

03:28PM 7    time, and I would have to talk to counsel to work that out,

03:28PM 8    whether we start before and recess and come back or whatever.  We

03:28PM 9    can work that out.

03:29PM 10        Here is the next thing I want to say:  Taking that

03:29PM 11   time frame for a trial on limitation and liability, I want

03:29PM 12   liaison counsel, in consulting with other interested parties, to

03:29PM 13   go back and meet and confer within the next week to ten days and

03:29PM 14   report back to the Court to continue to see if you can work out

03:29PM 15   some of these issues relating to timing and scope of discovery

03:29PM 16   because that's where it seems to be where the main rub is going

03:29PM 17   to be right now.

03:29PM 18        I do think that discovery needs to begin moving

03:29PM 19   forward.  I think the scope of discovery is something we can

03:29PM 20   discuss, but I do think discovery needs to begin moving forward

03:29PM 21   if we have any hope of holding to that trial date 13 or 14 months

03:30PM 22   from now, whatever.  13, 14 months from now.

03:30PM 23        Does anybody want to say anything else on those

03:30PM 24   issues that we've discussed so far?

03:30PM 25        Okay.  The next sort of related issue is whether we

03:30PM 1   should talk about perhaps maybe in the spring trying to start

03:30PM 2   identifying what are listed on the agenda as test cases.  I take

03:30PM 3   this to mean what we all know as *bellwether trials*.

03:30PM 4           It's been suggested that perhaps we could identify,

03:30PM 5   counsel and the Court could identify a limited number of perhaps

03:30PM 6   the more difficult, if you will, complex or complicated economic

03:30PM 7   damage type claims for bellwether trials under OPA and/or if

03:30PM 8   there is a feeling or belief that it would make sense to even do

03:31PM 9   bellwethers on maybe a death case or a personal injury case or a

03:31PM 10  psychological injury case or whatever.

03:31PM 11          Do you all want to talk about that, Mr. Herman or

03:31PM 12  Mr. Roy?

03:31PM 13          MR. ROY:  Your Honor, we believe that --

03:31PM 14          THE COURT:  Talking about a trial to try to get a sense

03:31PM 15  of the value of a similar type claim, not that it would be

03:31PM 16  binding on any other claims, obviously.

03:31PM 17          MR. ROY:  Sure.  I hesitate to use the phrase *a pure OPA

03:31PM 18  claim*, because Mr. Langan and I have different visions of what a

03:31PM 19  pure OPA claim is, but to the extent there is such a non-maritime

03:31PM 20  claim that is a pure OPA --

03:32PM 21          THE COURT:  We haven't discussed this, I don't think, in

03:32PM 22  any prior hearings or meetings, but as I appreciate it, what we

03:32PM 23  have here, we have obviously the maritime limitation, casualty,

03:32PM 24  Jones Act, personal injury, maritime death cases and those, and

03:32PM 25  then we have all the economic, various types of economic damage

03:32PM 1    claims, starting with the fishermen, suppliers, dealers,

03:32PM 2    restaurants, hotels, condo owners, property owners, states, so

03:32PM 3    forth, parishes.

03:32PM 4          You all know as much or more about this than I do,

03:32PM 5    but my appreciation has always been that before OPA, going back

03:32PM 6    to the *Exxon VALDEZ* case, that when it came to purely economic

03:33PM 7    damage claims, you were often faced with the *Robin Dry Dock* rule

03:33PM 8    which essentially said you can't bring a pure economic damage

03:33PM 9    claim unless you have physical injury to your property.  That was

03:33PM 10   the state of the law still at the time of *Exxon VALDEZ*.

03:33PM 11         Fishermen have sort of been carved out as sort of

03:33PM 12   sui generis, it seems.  Apparently in response to *Exxon VALDEZ*,

03:33PM 13   the Congress passed this new animal called OPA, Oil Pollution Act

03:33PM 14   of 1990, which appears to be intended to broaden the scope of who

03:33PM 15   can bring claims for purely economic damages.

03:33PM 16         I think you're alluding to, maybe the rub here or

03:33PM 17   the dispute is, does that displace maritime law or not?  Is that

03:33PM 18   what you are alluding to?

03:33PM 19         MR. ROY:  That's exactly it.  Mr. Langan can speak for

03:34PM 20   what their position will be and I know we'll see it in Rule 12

03:34PM 21   motion practice, but I suspect very strongly that their position

03:34PM 22   is if it's an economic damage, OPA preempts it.

03:34PM 23         THE COURT:  Strictly OPA and you can't resort to pre-OPA

03:34PM 24   law.

03:34PM 25         MR. ROY:  I suspect that will be their position.

03:34PM 1      MR. LANGAN:  It's Andy Langan, Your Honor.  Yes.

03:34PM 2      THE COURT:  He stated your argument well, right?

03:34PM 3      MR. LANGAN:  It's displaced.  I would use the term

03:34PM 4  *displace* rather than *preempt*.

03:34PM 5      MR. ROY:  Your Honor, we would suggest that there is no

03:34PM 6  dispositive law that binds this Court.  There are very few

03:34PM 7  decisions that have been interpreted, but it's going to be the

03:34PM 8  subject of some spirited argument from both sides, and Your Honor

03:34PM 9  is going have to bell that cat one way or the other and give us

03:34PM 10  guidance.

03:34PM 11      We would suggest that at worst it establishes the

03:34PM 12  possibility of a parallel administrative requirement but that at

03:34PM 13  the end of the day, once you get into court, at worst you still

03:35PM 14  have never forfeited your maritime law rights through *Baker v.*

03:35PM 15  *Exxon*, punitive damages and so forth and so on.  That will all be

03:35PM 16  the subject of spirited motion practice.

03:35PM 17      That being said, there are people that, under any

03:35PM 18  construction of the law reasonable, would not have a *Robins Dry*

03:35PM 19  *Dock* type case that would have a pure economic loss.

03:35PM 20      THE COURT:  Hotels, people like that.

03:35PM 21      MR. ROY:  Exactly.

03:35PM 22      THE COURT:  Restaurant owners.

03:35PM 23      MR. ROY:  A wholesale processor, for example.

03:35PM 24      There is no way under General Maritime Law they

03:35PM 25  would have had a claim because of *Robin Dry Dock* and whatnot.

03:35PM 1    And that these OPA-type cases, to the extent they come out of the

03:35PM 2    BP/Feinberg claims facility without being paid in full or being

03:35PM 3    rejected, to the extent that happens or to the extent 90 days

03:35PM 4    goes by without satisfaction and these cases are before this

03:35PM 5    Court, that it would be appropriate to have some of them set for

03:35PM 6    trial even earlier than the fall of 2011 because they are strict

03:36PM 7    liability cases.  All that would be required is to establish

03:36PM 8    causation and amount of damages.

03:36PM 9         And some of the -- I believe Your Honor used either

03:36PM 10   in court or in chambers with liaison counsel the phrase *some of*

03:36PM 11   *the more problematic or difficult cases.*  I think you were

03:36PM 12   alluding to issues such as proximity to the water, if you will,

03:36PM 13   distance, the spatial and temporal distances involved.  All these

03:36PM 14   things can be teed up in these cases with real, honest-to-God

03:36PM 15   facts and not legal theory.  Same thing, was there adequate

03:36PM 16   presentment or this, that and the other deal.

03:36PM 17        We have proposed in the plaintiffs' submission that

03:36PM 18   there be some of these type of cases that are actually identified

03:36PM 19   and tried early on.

03:36PM 20        THE COURT:  The timing of that that you suggest is what?

03:37PM 21        MR. ROY:  Well, I don't recall, to be honest with you,

03:37PM 22   whether we suggested specific timing for those, but we did

03:37PM 23   suggest --

03:37PM 24        THE COURT:  I had the impression that you suggested

03:37PM 25   identifying -- maybe I will recall this wrong, identifying them

03:37PM 1    sometime in the spring, maybe?

03:37PM 2         MR. ROY:  Yes, sir, that we did suggest that they be

03:37PM 3    identified sometime in the spring.  I suggest mid to late spring

03:37PM 4    of this coming year.  And that Your Honor, then, depending on the

03:37PM 5    type of cases involved and the nature and extent of everything

03:37PM 6    involved, actually set test trial dates for those test cases.

03:37PM 7              And then separately --

03:37PM 8         THE COURT:  Obviously, there would have to be some

03:37PM 9    targeted discovery with respect to that particular case.

03:37PM 10        MR. ROY:  Absolutely, Your Honor.  Limited on damages

03:37PM 11   and causation.

03:37PM 12             And then separately we had also proposed that, at

03:37PM 13   that same time frame, that some PI cases actually be identified

03:38PM 14   for targeted trial date and specific Trial Plan, discovery plans

03:38PM 15   for those cases.

03:38PM 16        THE COURT:  This is what I'm not clear on.  Are you

03:38PM 17   suggesting that any of the PI or death cases, the damages be

03:38PM 18   bellwethered before the limitation and liability trial?

03:38PM 19        MR. ROY:  No.  In light of the discussion we've had

03:38PM 20   today, absolutely not, and I think that reflects the spirit of

03:38PM 21   Mr. Miller's concessions that Transocean has made on that issue.

03:38PM 22             But we would envision that whatever trial happens

03:38PM 23   with the limitation, first of all, while the limitation or

03:38PM 24   nonlimitation would be binding on all potential claimants, with

03:38PM 25   all due respect, I don't think that the actual liability finding

03:38PM 1   of the apportionment of that, whichever is the plaintiff in that

03:38PM 2   case, would be binding on future claimants who may want a jury

03:39PM 3   trial, or whatever the case may be, at a later date.

03:39PM 4          Be that as it may --

03:39PM 5          THE COURT:  Wait.  You have to repeat that, what you

03:39PM 6   just said.  Repeat that.

03:39PM 7          MR. ROY:  Right.  The limitation, if the Court upholds

03:39PM 8   their limitation defense, clearly there is going to be a fund

03:39PM 9   that's a limited fund for all the claimants to proceed against.

03:39PM 10         On the other hand, if you, after the monition date,

03:39PM 11  have your limitation trial and rule that limitation is not

03:39PM 12  available as a defense because of privity of knowledge and so

03:39PM 13  forth, then as to all claimants, there is no limitation defense.

03:39PM 14  People can proceed with their individual trials.

03:39PM 15         I'm merely pointing out to the Court that the

03:39PM 16  actual trial of the limitation --

03:39PM 17         THE COURT:  You're not suggesting that there would be

03:39PM 18  multiple liability trials?

03:39PM 19         MR. ROY:  I'm suggesting that that may be an issue,

03:40PM 20  Your Honor, that we need to address.  And I don't have the answer

03:40PM 21  for you right here, but in terms of the need --

03:40PM 22         THE COURT:  That's not what I envision.  Because I

03:40PM 23  envision that that was the whole idea of holding the trial would

03:40PM 24  be to not only deal with limitation, but it's connected, you

03:40PM 25  know, inexplicably with -- with liability issues and allocation

03:40PM   1   of fault between the parties.  And the way Mr. Miller explained,

03:40PM   2   he's going to 14(c) in the other allegedly responsible parties

03:40PM   3   and we'd decide that once and for all.

03:40PM   4           Is that what you envision, Mr. Miller?

03:40PM   5       MR. MILLER:  That's what I understand, Your Honor.  Yes.

03:40PM   6   It's a 14(c) tender and that trial would involve that, allocation

03:40PM   7   of fault determination.

03:40PM   8       THE COURT:  Right.

03:40PM   9       MR. ROY:  If I misspoke, I misspoke, and I apologize.

03:40PM  10   The issue here is that we all want to see that happen one time if

03:41PM  11   it's possible.

03:41PM  12       THE COURT:  I understand.  Okay.

03:41PM  13       MR. WITTMANN:  Your Honor, could I say just one thing?

03:41PM  14       THE COURT:  Yes.

03:41PM  15       MR. WITTMANN:  Phil Wittmann representing Cameron.

03:41PM  16           In view particularly with what Jim just said, it

03:41PM  17   may be premature at this meeting to start talking about test

03:41PM  18   cases.  We've got a lot on our plate and we're going to have a

03:41PM  19   master complaint filed in the various bundles and Rule 12 motions

03:41PM  20   dealing with those.

03:41PM  21           Once that settles down, then I think we can talk

03:41PM  22   about what's left.  But to try and select test trials at this

03:41PM  23   point with a limitation proceeding going forward --

03:41PM  24       THE COURT:  Maybe I overstated it.  I wasn't intending

03:41PM  25   to select test cases here today.  I was just talking about

03:41PM 1 scheduling basically, that we look to some date.

03:41PM 2    I was under the impression that the plaintiffs were

03:41PM 3 suggesting at least that it might be appropriate to consider

03:41PM 4 giving them or the parties a date sometime in the spring, March,

03:41PM 5 whatever, to identify a selected number of bellwether trials of

03:42PM 6 various categories.

03:42PM 7    If there is some dispute as to whether that is

03:42PM 8 appropriate or not, we can take that up once they are identified.

03:42PM 9 The trials will obviously occur at some point beyond that.

03:42PM 10    MR. WITTMANN:  Yes.  Okay.  Thank you, Your Honor.

03:42PM 11    MR. LANGAN:  Andy Langan, Your Honor.

03:42PM 12    One other point on the test trial I thing, and I

03:42PM 13 echo Mr. Wittmann's comments, one other point I want to make.  I

03:42PM 14 didn't hear counsel talk about how the OPA test trials work with

03:42PM 15 class certification.

03:42PM 16    In other words, many of the cases have been brought

03:42PM 17 as purported class actions.  And it seems to me that there has to

03:42PM 18 be some consideration given to class certification before you

03:42PM 19 have a test trial of a case that's subject to a purported case.

03:42PM 20    Needless to say, we don't think any class is

03:42PM 21 properly certified, but that would also have to be part of the

03:42PM 22 mix here in terms of figuring out how this is all going to work.

03:43PM 23 Another reason why, frankly, it's premature in our view.

03:43PM 24    THE COURT:  All right.  I think Mr. Herman wants to

03:43PM 25 respond.

03:43PM  1          MR. HERMAN:  Yes, Your Honor.  Thank you.  Steve Herman

03:43PM  2     for the plaintiffs.

03:43PM  3              It's my understanding that all of the parties were

03:43PM  4     in agreement that the class action certification motions and

03:43PM  5     issues should be deferred.  If I'm wrong about that, we can

03:43PM  6     certainly confer over the next few weeks about that.  But I would

03:43PM  7     say as a legal matter, certainly an individual has the right not

03:43PM  8     to participate in the class action, and as long as that

03:43PM  9     individual is not a class representative, there will be no

03:43PM 10     problem with having a test case and also going forward on some

03:43PM 11     other basis with class actions.

03:43PM 12          THE COURT:  In other words, it would have to be clear

03:43PM 13     that this is not in any way binding on any putative class

03:43PM 14     members.

03:43PM 15          MR. HERMAN:  Exactly.  It would be a bellwether or a

03:43PM 16     test case binding only in that case.

03:43PM 17          THE COURT:  I think that's not uncommon to do that.

03:43PM 18     That's been done.  In fact, it can even aid the Court and the

03:44PM 19     parties in looking down the road on whether the case is

03:44PM 20     manageable as a class action or not.

03:44PM 21          MR. HERMAN:  It would be very helpful because it would

03:44PM 22     illustrate what defenses come up and how those can be managed or

03:44PM 23     not managed on a class action basis.

03:44PM 24          MR. GODWIN:  May I, Your Honor?

03:44PM 25          THE COURT:  Yes.  Mr. Godwin.

03:44PM 1      MR. GODWIN:  Your Honor, Don Godwin on behalf of

03:44PM 2  Halliburton.

03:44PM 3          Your Honor, to clarify, I understood you to say

03:44PM 4  that perhaps in the spring of 2011 there would be discussion

03:44PM 5  about possible test cases, and then that the trials would be

03:44PM 6  sometime thereafter.  I just wanted to make certain that any

03:44PM 7  trials that would be set on those test cases would be after the

03:44PM 8  one that's started in October of 2011.

03:44PM 9      THE COURT:  Well, obviously, we don't have to decide

03:44PM 10  that today.

03:44PM 11          I think what Mr. Roy suggested is that perhaps it

03:44PM 12  would be feasible to try a couple of what he reluctantly called

03:45PM 13  *pure economic, pure OPA claims* as opposed to maritime claims.

03:45PM 14  Pure OPA claims, maybe even prior to the limitation trial,

03:45PM 15  because those claims are not subject to limitation to begin with,

03:45PM 16  I believe.  He agreed that it would not be appropriate to try

03:45PM 17  death or personal injury claims prior to that.  I think that's

03:45PM 18  what he said.

03:45PM 19      MR. GODWIN:  And this is something we would talk about

03:45PM 20  with the liaison as we go along.

03:45PM 21      THE COURT:  Sure.

03:45PM 22      MR. GODWIN:  The second point, Your Honor, with regard

03:45PM 23  to certification, my understanding was that we weren't going to

03:45PM 24  address it for the foreseeable future, not that we've agreed to

03:45PM 25  it.  I know Halliburton did not agree not to have it addressed,

03:45PM 1   but we respected Your Honor's position that let's table that for

03:45PM 2   right now, we'll look at it later and do some of these other

03:46PM 3   things.

03:46PM 4        THE COURT:  That's exactly right.

03:46PM 5        MR. GODWIN:  Thank you, Your Honor.

03:46PM 6        THE COURT:  Thank you.

03:46PM 7             All right.  Let's move on.  What is the current

03:46PM 8   thought from counsel on the filing and service issues, which is

03:46PM 9   Item Number 2 of the agenda?

03:46PM 10       MR. HAYCRAFT:  Very briefly, Your Honor, yes, we've all

03:46PM 11  conferred and we are going to use the LexisNexis File & Serve

03:46PM 12  vendor with terms and conditions to be worked out.  So that's a

03:46PM 13  decided issue and we appreciate it.

03:46PM 14       THE COURT:  You all will be able to propose appropriate

03:46PM 15  language to include in our Case Management Order for that?

03:46PM 16       MR. HAYCRAFT:  Yes, Your Honor.

03:46PM 17       THE COURT:  Okay.  Thank you.

03:46PM 18            What about direct filing?  Did you all discuss

03:46PM 19  that?

03:46PM 20       MR. ROY:  We have conceptually discussed it, Your Honor,

03:46PM 21  but have not yet come to a consensus.

03:46PM 22       THE COURT:  Identify yourself, Mr. Roy.  We have people

03:47PM 23  listening who don't know what you look like necessarily.

03:47PM 24       MR. ROY:  I'm sorry, Jim Roy.

03:47PM 25            They are blessed.  For those of you listening,

03:47PM 1    short, fat, bald.  Anyway -- with glasses.

03:47PM 2         But we did discuss it, Your Honor, and the

03:47PM 3    plaintiffs' proposed concept is one that we think would further

03:47PM 4    judicial economy of time and the clerk's resources.

03:47PM 5         Our concept is that a master complaint with

03:47PM 6    basically a menu of options, if you will, available, if, in fact,

03:47PM 7    someone comes out of the BP/Feinberg claims machine unsatisfied,

03:47PM 8    unpaid and ripe for suit, and the suit ends up here, that rather

03:47PM 9    than having to generate a 25- or a 35-page lawsuit each and every

03:47PM 10   time and kill trees and send them to the Clerk's Office, or

03:48PM 11   whatever, there would be a simple one-page or two-page menu that

03:48PM 12   one of those could simply check off.  We adopt paragraphs 13, 19,

03:48PM 13   27, whatever the claims are.

03:48PM 14        THE COURT:  Kind of a simplified complaint form, in

03:48PM 15   other words.

03:48PM 16        MR. ROY:  Exactly.  The tradeoff would be, of course,

03:48PM 17   that in order to have them filed here directly, all right, that

03:48PM 18   the defendants, I presume, would have to agree to accept service,

03:48PM 19   waive the formality of service or whatnot.  All of that has got

03:48PM 20   to be worked out.  The concept is on the table.  We have nothing

03:48PM 21   definitive.

03:48PM 22        THE COURT:  Well, you all need to continue.  I know I've

03:48PM 23   done it in at least one other MDL, so you all need to continue to

03:48PM 24   discuss that and decide what you want to do with it.

03:48PM 25        Do we need to talk today about further discussions

03:49PM 1  regarding protective orders, document, and e-discovery protocols

03:49PM 2  and deposition protocol, or can that await our next meeting with

03:49PM 3  you all continuing to discuss that and incorporate it in the

03:49PM 4  final Case Management Order that we will be issuing?

03:49PM 5       MR. HERMAN:  Steve Herman for the plaintiffs,

03:49PM 6  Your Honor.

03:49PM 7       We're conferring with defendants and we would hope

03:49PM 8  to have something within the next 30 days on those issues.

03:49PM 9       THE COURT:  Okay.  Thank you.

03:49PM 10      Number 5, "Time and Expense Reporting and

03:49PM 11 Accounting."

03:49PM 12      I think this is something that, to my recollection,

03:49PM 13 as plaintiffs' liaison suggested, that that be deferred until the

03:49PM 14 Plaintiffs' Steering Committee is put together and that you all

03:49PM 15 would come back with some proposal or suggestion.  Did I recall

03:49PM 16 that right?

03:49PM 17      MR. ROY:  Yes, sir.  Jim Roy.

03:50PM 18      We're going to come back with a proposal that

03:50PM 19 largely mirrors what Judge Fallon has done in *Vioxx*.

03:50PM 20      THE COURT:  Yes, because that's definitely what I want

03:50PM 21 to do.  I want regular reporting.  Ad we'll have to designate or

03:50PM 22 appoint a CPA to track those, because I don't want to have the

03:50PM 23 situation which, unfortunately, in the first major case I was

03:50PM 24 involved in as a judge here, which I inherited from another judge

03:50PM 25 here, at the end of the case, it was kind of a mess because this

03:50PM 1    hadn't been done all along.  It's better to do it as you go

03:50PM 2    rather than at the end.

03:50PM 3                MR. ROY:  That's the plan, Your Honor.

03:50PM 4                THE COURT:  Okay.  Great.

03:50PM 5                All right.  Six, "Status of the BOP Inspection and

03:50PM 6    Testing."

03:50PM 7                Mr. Miller, I think you have something to say about

03:50PM 8    that.

03:50PM 9                MR. MILLER:  I always do, Your Honor.  Kerry Miller on

03:50PM 10   behalf of Transocean.

03:51PM 11               And I didn't bring a *Times-Picayune* from yesterday

03:51PM 12   with a picture of the BOP on it sitting by itself on the dock at

03:51PM 13   Michoud, but I would like the Court to take judicial notice of

03:51PM 14   yesterday's *Times-Picayune*.

03:51PM 15               Your Honor, the BOP is at Michoud, as you

03:51PM 16   mentioned, and there was an issue in connection with the

03:51PM 17   preservation of the BOP.  Your Honor, there was a physical

03:51PM 18   evidence preservation protocol that had been worked out.  It was

03:51PM 19   presented to Your Honor as evidence in a motion for a protective

03:51PM 20   order hearing we had, I think, on September 3rd.  Attachment 15

03:51PM 21   pertained to the BOP itself in terms of that preservation.

03:51PM 22               As Your Honor will recall, the BOP was lifted from

03:51PM 23   the sea floor, put on top of a construction vessel, then moved to

03:51PM 24   a barge, and then pushed to Michoud.  Your Honor, under that

03:51PM 25   protocol, the pods of the BOP were supposed to be flushed aboard

03:51PM  1    the construction vessel.

03:51PM  2                Over Transocean's objection -- we were out there;

03:51PM  3    we work with them on a regular basis working together with the

03:51PM  4    government and BP and other parties -- the pods were not flushed.

03:52PM  5           THE COURT:  I read in your memorandum that somebody with

03:52PM  6    the joint investigative team decided not to do.  Who was it and

03:52PM  7    what was the reason why that decision was made?  Do you know?

03:52PM  8           MR. MILLER:  I'm not quite clear on that.  I think the

03:52PM  9    good news, though, Your Honor, is it's at Michoud now, and they

03:52PM 10    are going to flush the pods, I think, Friday or Saturday, so

03:52PM 11    hopefully not too much damage was done to the pods.

03:52PM 12           THE COURT:  Okay.

03:52PM 13           MR. MILLER:  Your Honor, there is also work being done

03:52PM 14    on the capping stack of the BOP.  Disassembly is occurring.  And

03:52PM 15    I understand the parties are working together on that.

03:52PM 16                I do not know the status of the construction of the

03:52PM 17    facility at Michoud, but I understand that the government's

03:52PM 18    expert, DNV, is working on engineering documents and working on

03:52PM 19    the facility to permanently house the BOP and also working on the

03:52PM 20    testing protocol.  But I don't have the details on where that

03:52PM 21    stands.

03:52PM 22           THE COURT:  All right.  So then it sounds like it would

03:53PM 23    be appropriate for me to deny your present motion.  You have a

03:53PM 24    Motion to Compel enforcement, Record Document 243.  I'm going to

03:53PM 25    deny that without prejudice at this time.

03:53PM 1              Obviously, you can refile it or ask for an

03:53PM 2      expedited hearing if something changes again.

03:53PM 3              MR. MILLER:  Thank you, Your Honor.

03:53PM 4              MR. UNDERHILL:  Mike Underhill.

03:53PM 5              THE COURT:  You won, Mr. Underhill.

03:53PM 6              MR. UNDERHILL:  I was just going to say --

03:53PM 7              THE COURT:  I didn't see you standing there and I ruled

03:53PM 8      in your favor.

03:53PM 9              MR. UNDERHILL:  The first thing I learned, unfortunately

03:53PM 10     the hard way, is never snatch -- is it victory from the jaws of

03:53PM 11     defeat or vice versa?

03:53PM 12             THE COURT:  The first argument I made before the

03:53PM 13     Louisiana Supreme Court, Justice Tate, I got up to make a

03:53PM 14     rebuttal argument, and he said, "Mr. Barbier, you know the

03:53PM 15     trouble with some of you young lawyers is you never know when to

03:53PM 16     sit down and shut up when you're ahead."

03:53PM 17             MR. UNDERHILL:  Your Honor, you're still looking at me

03:53PM 18     when you're saying that.  I appreciate the young part.

03:53PM 19             Just very briefly, may I make a suggestion, Your

03:54PM 20     Honor.  It's obvious -- we've had three or four or five hearings,

03:54PM 21     I've lost track, about this BOP issue.  If I could make a

03:54PM 22     suggestion to Mr. Miller, and I extend that to any counsel,

03:54PM 23     plaintiff or defendant --

03:54PM 24             THE COURT:  By the way, I don't know, did you identify

03:54PM 25     yourself and who you represent?

03:54PM 1          MR. UNDERHILL:  Mike Underhill on behalf of the U.S.,

03:54PM 2   Department of Justice.

03:54PM 3          THE COURT:  Go ahead.

03:54PM 4          MR. UNDERHILL:  -- is that they all know my phone

03:54PM 5   number.  I guarantee they know my e-mail.  If there is a problem

03:54PM 6   that arises, I've made the offer and I make it again in open

03:54PM 7   court for the record, call me.  I will call my client.

03:54PM 8          Apparently there was a meeting of the technical

03:54PM 9   people on Tuesday, lawyers were attempted to be excluded so they

03:54PM 10  could get productive work done.  I think a few lawyers raided the

03:54PM 11  proceedings.  They still made good progress.

03:54PM 12         And this dispute that Mr. Miller brought to the

03:54PM 13  Court's attention last night was discussed by the technical

03:54PM 14  people and the DNV people, one of whom you had in court,

03:54PM 15  Dr. Thompson, said, "If you have a suggestion, give us a

03:54PM 16  proposal."  Well, they got the proposal a half hour after the

03:55PM 17  motion was filed.

03:55PM 18         So in the spirit of Pretrial Order Number 1 and in

03:55PM 19  the spirit of getting along with everybody, I suggest that we --

03:55PM 20  counsel talk to each other, find out if there is a dispute

03:55PM 21  because, in fact, there is no dispute.  And, in fact, the DNV

03:55PM 22  people want to move the testing faster than I think Mr. Miller's

03:55PM 23  people.

03:55PM 24         THE COURT:  Now, you want to give everyone your phone

03:55PM 25  number, your cell number, your home number?

03:55PM 1     MR. UNDERHILL:  Work number will do, Your Honor, and

03:55PM 2  they've got my card.

03:55PM 3          So I hope that that solves this immediate issue in

03:55PM 4  the BOP.

03:55PM 5          I'm told, as far as construction, that they are, in

03:55PM 6  fact, building it out, and they are on schedule.  I think

03:55PM 7  Transocean, with Cameron's assistance, are providing, I forget

03:55PM 8  the name of it, but I call it the *giant dumpsters* that the BOP

03:55PM 9  pods were put in.

03:55PM 10         So I think people are trying to work cooperatively

03:55PM 11 to get this job done and I hope that we can keep coming back to

03:55PM 12 Court, if we have to, to give that same report.

03:55PM 13         THE COURT:  Thank you, Mr. Underhill.

03:55PM 14         MR. UNDERHILL:  Your Honor, can I add one thing?

03:56PM 15         THE COURT:  Sure.

03:56PM 16         MR. UNDERHILL:  If Mr. Kanner can come up, very briefly,

03:56PM 17 if that's permissible with the Court, representing the State of

03:56PM 18 Louisiana?  Just a very brief -- just brief, I promise --

03:56PM 19 observations on just the general discussions today on behalf of

03:56PM 20 the state and federal government, if possible?

03:56PM 21         THE COURT:  I don't have any problem with that.  Go

03:56PM 22 ahead, let Mr. Kanner come up.

03:56PM 23         MR. UNDERHILL:  All it appeared to us, or at least me,

03:56PM 24 Your Honor, is that a lot of the major decisions are being

03:56PM 25 deferred, with the exception of the limitation trial date, that

03:56PM 1  you've requested counsel for plaintiffs' liaison, defendants'

03:56PM 2  liaison and all other counsel to get together and try to work out

03:56PM 3  a schedule.

03:56PM 4          What I suggest is that we, since I presume we will

03:56PM 5  eventually be in this court, I can't promise, but I presume we

03:56PM 6  likely will be -- Mr. Kanner's client already is -- that we will

03:56PM 7  make ourselves, me and my colleagues from the Department of

03:56PM 8  Justice, available to plaintiffs' and defendants' liaison, to the

03:57PM 9  Court, if appropriate, to try to work out so that if we have

03:57PM 10 particular concerns, they can be addressed on the front end

03:57PM 11 rather than having to redesign the animal after it's already gone

03:57PM 12 through the production factory.

03:57PM 13         So that's our offer, and we make it sincerely.  We

03:57PM 14 have a few concerns, but we think that we can hopefully, with

03:57PM 15 everybody's cooperation, work that into a combined plan that will

03:57PM 16 work for everybody and the Court.

03:57PM 17         THE COURT:  Thank you, Mr. Underhill.

03:57PM 18         MR. MILLER:  Your Honor, I'm Kerry Miller.

03:57PM 19         Just back on the BOP.  Your Honor, when you issued

03:57PM 20 your minute entry on September 3rd, what it said was we would

03:57PM 21 agree when we met today to talk about how we periodically update

03:57PM 22 the Court on preservation of the BOP and other evidence.  I don't

03:57PM 23 know if you want to do it in connection with our status

03:57PM 24 conferences, if we're going to do it monthly or biweekly, you

03:57PM 25 know, twice a month.

03:57PM 1    THE COURT:  I would suggest for now, unless something

03:57PM 2  urgent comes up, we can just do it in connection with our

03:57PM 3  regular -- I intend to set another conference in about a month.

03:58PM 4    MR. MILLER:  So if we do monthly conferences, we'll do

03:58PM 5  monthly reports on the evidence preservation.  Thank you.

03:58PM 6    THE COURT:  Mr. Kanner, did you want to speak?

03:58PM 7    MR. KANNER:  Allan Kanner for the State of Louisiana,

03:58PM 8  K-A-N-N-E-R.

03:58PM 9    We would like an opportunity --

03:58PM 10    THE COURT:  I'm sorry, Mr. Kanner, you represent the

03:58PM 11  state and tell me in what capacity?  As plaintiffs?

03:58PM 12    MR. KANNER:  Currently we have a dec action filed before

03:58PM 13  Your Honor, as against Transocean on a particular issue that we

03:58PM 14  would like to see get resolved fairly early, but I realize you

03:58PM 15  have a very busy docket today, Your Honor, and I don't want to

03:58PM 16  burden it at all.

03:58PM 17    We have been working very well with the U.S.

03:58PM 18  government and a couple of the other states.  We would like an

03:58PM 19  opportunity, if it works for Your Honor, to maybe meet with

03:58PM 20  Your Honor, a couple of the liaison counsel, see if we can't work

03:58PM 21  out a way to handle, say, the bundle of government cases that are

03:59PM 22  out there, and, frankly, that are anticipated.

03:59PM 23    THE COURT:  Well, I would suggest before you meet with

03:59PM 24  me meet with them.  You know who all the players are here.  Meet

03:59PM 25  with them and give them your input and thoughts and see what

03:59PM 1    response you get, and if there is something that I need to
03:59PM 2    address or help out with, I'll be happy to try to do that.
03:59PM 3             MR. KANNER:  We have spoken to them.  I candidly think
03:59PM 4    we have hit a brick wall, Your Honor, but I'm happy to try again.
03:59PM 5             THE COURT:  Okay.  All right.  Thank you, Mr. Kanner.
03:59PM 6             Okay.  Number 7 on our agenda was "Status of
03:59PM 7    Third-Party Discovery."  I'm not sure exactly what that
03:59PM 8    encompasses.  Does somebody want to speak to that?
03:59PM 9             MR. HERMAN:  Yes, Your Honor.  Steve Herman, very
03:59PM 10   briefly, for the plaintiffs.
03:59PM 11            In the PTO 1, Your Honor just kind of extended the
04:00PM 12   blanket stay on discovery.  And in the meantime, we feel that we
04:00PM 13   really have a duty to assess efficiently and effectively the
04:00PM 14   environmental issues that are out there, the sampling that has
04:00PM 15   been done in particular.
04:00PM 16            THE COURT:  Does this relate to the --
04:00PM 17            MR. HERMAN:  Proposed order.
04:00PM 18            THE COURT:  -- proposed motion for leave to amend to
04:00PM 19   allow plaintiffs to serve third-party subpoenas on governmental
04:00PM 20   bodies relative to environmental sample collection testing,
04:00PM 21   Document Number 211?
04:00PM 22            MR. HERMAN:  Exactly, Your Honor.
04:00PM 23            THE COURT:  All right.  Go ahead.
04:00PM 24            MR. HERMAN:  And we just want to leave from PTO so the
04:00PM 25   plaintiffs will be able to serve third-party subpoenas on some

04:00PM 1   governmental agencies so we could appropriately evaluate what

04:00PM 2   sampling and testing has been done to date and prudently what

04:00PM 3   needs to be done from a preservation standpoint, and then also to

04:00PM 4   make sure that we do it cost effectively and efficiently.

04:00PM 5          I understand that maybe some of the governmental

04:00PM 6   entities have some objection, but it would seem appropriate that

04:01PM 7   they would raise that in a motion to quash or something of that

04:01PM 8   nature.

04:01PM 9          THE COURT:  Okay.  From what your motion represents, and

04:01PM 10  I'll hear from defense liaison, if they care to weigh in on this,

04:01PM 11  but it's represented that plaintiffs liaison confer with defense

04:01PM 12  liaison, who have no objection, with the condition that

04:01PM 13  plaintiffs provide defense liaison with copies of the subpoenas

04:01PM 14  when they are issued and provide defense liaison with copies of

04:01PM 15  any and all documents received at the time of the return.

04:01PM 16         Is that accurate, Counsel?

04:01PM 17         MR. HAYCRAFT:  Yes, Don Haycraft.

04:01PM 18         And the only clarification that may or may not be

04:01PM 19  --

04:01PM 20         THE COURT:  You're not speaking for the government.

04:01PM 21         MR. HAYCRAFT:  No, I'm not.  I'm speaking on behalf of

04:01PM 22  defense and the defense liaison as a group.  And as Mr. Herman

04:01PM 23  said, we have no objection.

04:01PM 24         These third-party subpoenas to the governmental

04:01PM 25  agencies are for documents, not for information, and I think

04:01PM 1   that's clear in the moving paper and proposed order, but I want

04:02PM 2   to clarify if it isn't.

04:02PM 3            But I understand, as Mr. Underhill and Mr. Kanner

04:02PM 4   have suggested, they want to be sure they have input, and I know

04:02PM 5   that Mr. Underhill at least has told me that the government does

04:02PM 6   have an objection or at least wants to be heard on that.

04:02PM 7        THE COURT:  He's right behind you and I'm going to let

04:02PM 8   him be heard.

04:02PM 9        MR. UNDERHILL:  Your Honor, I feel like the guy whose

04:02PM 10  estate is being divvied up before he dies.

04:02PM 11       THE COURT:  Wait.  You're 1 and 0 here this afternoon.

04:02PM 12  I don't know what you're complaining about.  You may not have a

04:02PM 13  perfect record after you finish here now.

04:02PM 14       MR. UNDERHILL:  I'm on a roll.  I'm on a roll.

04:02PM 15           What I suggest, Your Honor, is that I'm not -- I'm

04:02PM 16  not on that technical side of the case.  I think the

04:02PM 17  environmental samples you're talking about.  What our concern is

04:02PM 18  that, and I hope I speak correctly about this, is that it's not

04:02PM 19  as simple as it seems in terms of preserving that evidence.

04:02PM 20           What I suggest is that before the subpoena issue,

04:02PM 21  that my colleagues who actually know what they are talking about

04:03PM 22  on this, that they talk with these folks who seem to want to

04:03PM 23  divvy up our estate, see if we can work out a protocol as far as

04:03PM 24  preservation.

04:03PM 25           If they can agree on preservation and how that

04:03PM 1    proceeds to protect the interests that they want to represent, we

04:03PM 2    might be able to solve that problem.  If we don't, then --

04:03PM 3         THE COURT:  Have you seen their subpoena?

04:03PM 4         MR. UNDERHILL:  No.  But what I read was the language of

04:03PM 5    the proposed order, which was to -- for, as I read it, samples of

04:03PM 6    environmental samples of air, fish, you name it.

04:03PM 7         THE COURT:  How about if I grant their motion with the

04:03PM 8    condition that they first serve a copy informally on the

04:03PM 9    government, whatever governmental agencies that might be, and

04:03PM 10   allow 15 days for you to look at it, talk to them and confer

04:04PM 11   about it before they formally serve the subpoena.  Then if there

04:04PM 12   is still disagreement, which I suspect there might be, you can

04:04PM 13   file a motion for protective order or whatever.

04:04PM 14        That would give you all some time to do what you're

04:04PM 15   suggesting, but it would make them put something in writing,

04:04PM 16   specifically this is what we're asking for.

04:04PM 17        MR. UNDERHILL:  It sounds like I just won half and lost

04:04PM 18   half on that one.

04:04PM 19        It's a good suggestion.  We'll take it forward to

04:04PM 20   see if we can work it out.  I would prefer that the order not

04:04PM 21   issue, but I -- again, as I told Your Honor before, I can read

04:04PM 22   the tea leaves.  So if that's the way you wish to proceed, we

04:04PM 23   will honor that and we will work with counsel to try to see.

04:04PM 24        THE COURT:  Mr. Herman, would that be satisfactory to

04:04PM 25   your side of this?

04:04PM 1          MR. HERMAN:  Yes, we're happy to do that.

04:04PM 2          THE COURT:  Do you have the subpoenas prepared already?

04:04PM 3          MR. HERMAN:  Yes.

04:04PM 4          THE COURT:  Drafted or whatever?

04:04PM 5          MR. HERMAN:  Yes, Your Honor.  We'll be happy to provide

04:04PM 6     those to Mr. Underhill and Mr. Kanner.

04:05PM 7          THE COURT:  Mr. Kanner, is this something you want to

04:05PM 8     weigh in on?

04:05PM 9          MR. KANNER:  This is a classic example, Your Honor, of

04:05PM 10    why we feel the governmental tracts aren't really represented.

04:05PM 11    Private plaintiffs liaison and defendants all agree, they have no

04:05PM 12    objections, but nobody is talking to us.  We're happy to

04:05PM 13    cooperate.

04:05PM 14         THE COURT:  Well, that's what my plan is, to make them

04:05PM 15    talk to you.  That's what I just said.

04:05PM 16         MR. KANNER:  Okay.  Thank you, Your Honor.

04:05PM 17         THE COURT:  They will be talking to you.

04:05PM 18              So I'm going to grant the motion for leave to amend

04:05PM 19    Pretrial Order Number 1 to allow plaintiffs to serve third-party

04:05PM 20    subpoenas on governmental bodies relative to environmental sample

04:05PM 21    collection and testing with the conditions as stated.

04:05PM 22              Number 1, that plaintiffs liaison counsel will

04:05PM 23    provide defense liaison counsel and counsel for involved

04:06PM 24    governmental agencies with copies of the subpoenas -- first of

04:06PM 25    all, will provide defense liaison counsel and interested

04:06PM 1   governmental agencies with informal copies of the subpoenas not

04:06PM 2   less than 15 days in advance of when the subpoenas are formally

04:06PM 3   served.

04:06PM 4           I'm going to order that counsel meet and confer

04:06PM 5   with respect to the subpoenas within that 15-day period.  That if

04:06PM 6   the issues are not resolved, that the plaintiffs are then allowed

04:06PM 7   to go ahead and go forward and serve the subpoenas, following

04:06PM 8   which the defendants, the governmental defendants -- the

04:06PM 9   governmental third parties will be -- obviously, I don't have to

04:06PM 10  tell them how to practice law -- they will be allowed to file

04:06PM 11  whatever protective orders they think may be required, and we'll

04:07PM 12  deal with it at that time.

04:07PM 13          Does everybody understand that?

04:07PM 14      VOICES:  Yes.

04:07PM 15      THE COURT:  Okay.  Does anybody have anything else to

04:07PM 16  talk about briefly before we talk about scheduling our next

04:07PM 17  in-court status conference?

04:07PM 18      MR. TRAN:  Good afternoon, Your Honor.  My name is

04:07PM 19  Luan Tran.  L-U-A-N, T-R-A-N.  Luan Tran.  Myself along with my

04:07PM 20  colleague Tammy Tran, and all of our colleagues here represent a

04:07PM 21  large number of Vietnamese-American plaintiffs in this

04:07PM 22  litigation, and I would like to make a suggestion.

04:07PM 23      THE COURT:  Fishermen?

04:07PM 24      MR. TRAN:  Fishermen or dependents of people who are

04:07PM 25  depending on the fishing industry.

04:07PM  1          I would like to make a suggestion to the Court

04:07PM  2     today to improve access to these obviously important legal

04:07PM  3     proceedings to the community, minority communities, the

04:08PM  4     Vietnamese communities, Cambodians and other Spanish-speaking

04:08PM  5     communities.

04:08PM  6          I would like to request and -- suggest and

04:08PM  7     respectfully request the Court to translate all the court orders

04:08PM  8     into these languages, Vietnamese, Cambodian and Spanish so that

04:08PM  9     these members of these communities can follow these proceedings.

04:08PM 10     And we'll be more than happy to work with the Court in connection

04:08PM 11     with that endeavor.

04:08PM 12          I would like to point out, Your Honor, that

04:08PM 13     BP and -- both BP and Mr. Feinberg's Gulf Coast claim facilities

04:08PM 14     and both of their web sites have Vietnamese, Cambodian and

04:08PM 15     Spanish versions, which were very helpful to all these members of

04:08PM 16     these communities.

04:08PM 17          THE COURT:  I understand.  Have you spoken to any of

04:08PM 18     these gentlemen, either the plaintiff or the defense liaison?

04:08PM 19          MR. TRAN:  I just spoke to Mr. Herman and Mr. Roy, and

04:08PM 20     they seem to be in agreement with that.  I would expect --

04:09PM 21          THE COURT:  I suspect that there is a way to address

04:09PM 22     this.  If you could just continue to talk to them and hopefully

04:09PM 23     we can work that out.  If the Court needs to be involved, I will,

04:09PM 24     but I think that can be worked out.

04:09PM 25          MR. TRAN:  I appreciate it, Your Honor.  Thank you very

04:09PM 1   much for your time.

04:09PM 2           THE COURT:  Thank you, Mr. Tran.

04:09PM 3           By the way, I should mention, I know Judge Shushan

04:09PM 4   left some time ago, but I've been led to believe that there may

04:09PM 5   be an interest or an opportunity, perhaps, it's never too early

04:09PM 6   to consider settling.

04:09PM 7           I'm not naive enough to think that this whole case

04:09PM 8   is going to be settled very quickly or easily, but there may be

04:09PM 9   individual claims, types of claims that can be addressed fairly

04:09PM 10  and more promptly by some sort of mediation or settlement

04:10PM 11  conferences whether it be individual, personal injury and death

04:10PM 12  claims or other type claims, for that matter.

04:10PM 13          We do have the facility of our United States

04:10PM 14  magistrate judges here who pretty much are trained and are

04:10PM 15  excellent mediators, and Judge Shushan in particular.  Since

04:10PM 16  she's not here, I can honestly say she's really good at it.  I

04:10PM 17  wouldn't tell her that to her face.  In all seriousness, she and

04:10PM 18  our other magistrates here are very good at doing these

04:10PM 19  settlement conferences and trying to facilitate settlement

04:10PM 20  discussions if the parties are interested.

04:10PM 21          We have six magistrate judges here.  I don't think

04:10PM 22  all of them would be available to do this.  I think a couple of

04:10PM 23  them have been conflicted out for a couple of different reasons.

04:11PM 24  But any of them that are available.  I'll be happy to facilitate

04:11PM 25  settlement conferences for any party or parties that would like

04:11PM 1    to pursue that route earlier rather than later.

04:11PM 2                Mr. Miller.

04:11PM 3                MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

04:11PM 4    Transocean.

04:11PM 5                We mentioned this at the earlier meeting with

04:11PM 6    counsel and the Court:  Transocean stands ready, is very

04:11PM 7    sympathetic to the widow and survivors and those issues that

04:11PM 8    Mr. Cannon brought up in his presentation.  And anytime anybody

04:11PM 9    wants to meet in a settlement conference with Judge Shushan or on

04:11PM 10   other matters for a judge, we stand ready to do so and we are

04:11PM 11   prepared to do it beginning next week if anybody has any

04:11PM 12   interest.

04:11PM 13               THE COURT:  Okay.  Thank you.

04:11PM 14               All that would require would be a letter or a phone

04:11PM 15   call to the court or something and we'll set that up.

04:11PM 16               Okay.  We need to look at a date about a month out.

04:12PM 17   I guess exactly a month out would be somewhere around October 14

04:12PM 18   or 15.  I'm trying to see if I have anything else on my calendar

04:12PM 19   at that time that might cause me a problem.  I'm going to suggest

04:12PM 20   that we do it on Friday morning, October 15 at 9:30 in the

04:12PM 21   morning.

04:13PM 22               Liaison counsel should submit a status report to

04:13PM 23   the Court three working days, that would be about the 12th, in

04:13PM 24   advance of that status conference, and a proposed tentative

04:13PM 25   agenda for that conference.

04:13PM   1          Obviously, if any more urgent issues arise that

04:13PM   2  someone feels can't await that date, I've tried to make myself as

04:13PM   3  available as possible to counsel, either in court or in

04:13PM   4  conferences or by phone or whatever, and I'll continue to try to

04:13PM   5  do that.

04:13PM   6          Okay.  I think Mr. Haycraft wanted to announce

04:13PM   7  something to everyone.

04:13PM   8          MR. HAYCRAFT:  Yes, Your Honor.  Thank you very much.

04:13PM   9  Actually, Mr. Herman and I.

04:13PM  10          THE COURT:  And Mr. Herman, too.  This is bipartisan.

04:14PM  11          MR. HAYCRAFT:  Yes.  And I have a captive audience here

04:14PM  12  today, Your Honor.

04:14PM  13          THE COURT:  Lock the doors.  No one can leave until this

04:14PM  14  is finished.

04:14PM  15          MR. HAYCRAFT:  In fact, I think there is an audience in

04:14PM  16  the other courtroom, which this is a first for me, at any rate.

04:14PM  17          I just wanted to let everybody know that the ideal

04:14PM  18  occasion to talk about what just happened in the last couple of

04:14PM  19  hours is over at Mike's on the Avenue, just a block away, an

04:14PM  20  event that the Pro Bono Project of New Orleans is hosting.  We

04:14PM  21  invite all of the lawyers who are involved in these proceedings

04:14PM  22  to come and enjoy a refreshment and also learn about the Pro Bono

04:14PM  23  Project and have a potential to support the project.

04:14PM  24          So everyone is invited.  Many of you should have

04:14PM  25  Evites through the e-mail over the last few days.  But again,

04:14PM   1   Mike's on the Avenue, five o'clock to six o'clock or thereabouts,

04:14PM   2   and we'll be very eager to meet all of these people.

04:15PM   3          THE COURT:  Are you the president of the group?

04:15PM   4          MR. HAYCRAFT:  No.  Justin Woods of the Gainsburgh

04:15PM   5   Benjamin firm is the president.  I'm on the board of directors.

04:15PM   6   Mr. Herman is a prominent board member on the Southeast Louisiana

04:15PM   7   Legal group and is assisting with this project as well.

04:15PM   8          THE COURT:  All right.  Very well.  Okay.

04:15PM   9          MR. HAYCRAFT:  Your Honor, one business question.  Some

04:15PM  10   motions are set for hearing on September 29th, and I don't know

04:15PM  11   if someone could let us know whether those are with or without

04:15PM  12   oral argument.  I'm not aware that oral argument has been

04:15PM  13   requested.

04:15PM  14          THE COURT:  James, do you know offhand?

04:15PM  15          James and I will look at those tomorrow and try to let

04:15PM  16   you know.

04:15PM  17          MR. HAYCRAFT:  Thank you.  Your Honor.

04:15PM  18          THE COURT:  All right.  Everyone have a good evening.

04:15PM  19   Thank you all for your cooperation.

         20          (WHEREUPON, at 4:15 p.m. the proceedings were

         21   concluded.)

         22                    *    *    *

         23

         24

         25

<pre>
 1                        REPORTER'S CERTIFICATE

 2

 3       I, Cathy Pepper, Certified Realtime Reporter, Registered

 4   Merit Reporter, Registered Professional Reporter, Certified Court

 5   Reporter of the State of Louisiana, Official Court Reporter for

 6   the United States District Court, Eastern District of Louisiana,

 7   do hereby certify that the foregoing is a true and correct

 8   transcript, to the best of my ability and understanding, from the

 9   record of the proceedings in the above-entitled and numbered

10   matter.

11

12

13                           s/Cathy Pepper
                             _____
14                           Cathy Pepper, CRR, RMR, CCR

15                           Official Court Reporter

16                           United States District Court

17

18

19

20

21

22

23

24

25
</pre>

**0**

**0** [1] - 61:11

**1**

**1** [6] - 8:5, 55:18, 59:11, 61:11, 63:19, 63:22
**1-A** [1] - 26:9
**10** [1] - 5:5
**100** [1] - 15:5
**100,000** [1] - 15:6
**11** [1] - 5:6
**1100** [1] - 2:9
**12** [14] - 5:7, 12:20, 13:13, 17:22, 18:25, 19:8, 19:20, 22:8, 22:12, 22:15, 22:16, 30:22, 40:20, 45:19
**1201** [1] - 2:23
**1221** [1] - 3:7
**12th** [1] - 67:23
**13** [3] - 38:21, 38:22, 50:12
**14** [4] - 5:8, 38:21, 38:22, 67:17
**14(c** [5] - 20:6, 27:1, 31:2, 45:2, 45:6
**15** [8] - 5:25, 18:2, 30:22, 52:20, 62:10, 64:2, 67:18, 67:20
**15-day** [1] - 64:5
**15th** [9] - 14:5, 17:17, 17:21, 21:11, 21:24, 22:5, 23:3, 26:21, 35:4
**16** [2] - 1:7, 6:3
**1700** [1] - 2:23
**19** [1] - 50:12
**1990** [1] - 40:14

**2**

**2** [1] - 49:9
**20** [6] - 1:5, 5:9, 8:17, 27:6, 35:2, 35:6
**20006** [1] - 3:4
**2010** [4] - 1:5, 1:7, 6:3, 8:17
**2011** [13] - 18:2, 22:4, 26:22, 26:25, 27:5, 27:6, 35:2, 35:6, 37:12, 38:1, 42:6, 48:4, 48:8
**2020** [1] - 3:4
**20th** [3] - 20:25, 26:22, 31:14

**21** [1] - 5:10
**211** [1] - 59:21
**2179** [2] - 1:6, 23:22
**23** [1] - 5:11
**243** [1] - 53:24
**25** [1] - 50:9
**250,000** [1] - 24:1
**26** [6] - 5:12, 5:13, 31:7, 31:9, 32:2, 32:10
**26(a)(1** [1] - 24:7
**27** [1] - 50:13
**28TH** [1] - 2:4
**29th** [1] - 69:10
**2:30** [1] - 1:7

**3**

**30** [1] - 51:8
**300** [1] - 2:16
**31st** [2] - 22:4, 22:19
**35-page** [1] - 50:9
**36TH** [1] - 2:9
**37** [1] - 5:14
**38** [2] - 5:15, 5:16
**39** [1] - 5:17
**3rd** [2] - 52:20, 57:20

**4**

**450** [1] - 3:13
**4500** [1] - 3:7
**46** [1] - 28:11
**49** [2] - 5:18, 5:19
**4:15** [1] - 69:20

**5**

**5** [1] - 51:10
**50** [1] - 5:20
**500** [1] - 4:1
**5000** [1] - 2:13
**504** [1] - 4:2
**51** [1] - 5:22
**52** [1] - 5:23
**5395** [1] - 3:13
**546** [1] - 2:19
**556** [1] - 1:17
**589-7779** [1] - 4:2
**59** [1] - 5:24

**6**

**600** [1] - 1:23
**600,000** [1] - 24:2
**60654** [1] - 2:17
**67** [1] - 5:25

**7**

**7** [1] - 59:6
**701** [2] - 2:13, 3:18
**70112** [1] - 2:5
**70113** [1] - 1:21
**70130** [4] - 1:24, 2:20, 3:19, 4:2
**70139** [1] - 2:14
**70163** [1] - 2:10
**70502** [1] - 1:18
**75270** [1] - 2:23
**77010** [1] - 3:8
**7th** [1] - 37:12
**7TH** [1] - 3:13

**8**

**820** [1] - 1:20
**8th** [2] - 37:12, 38:4

**9**

**90** [1] - 42:3
**909** [1] - 2:4
**94102** [1] - 3:14
**9:30** [1] - 67:20
**9:30......** [1] - 5:25
**9TH** [1] - 1:23

**A**

**abbreviated** [1] - 33:9
**abide** [1] - 23:23
**ability** [2] - 9:25, 70:8
**able** [6] - 12:14, 17:10, 19:13, 30:5, 32:12, 49:14, 59:25, 62:2
**aboard** [3] - 8:18, 8:22, 52:25
**above-entitled** [1] - 70:9
**absolutely** [6] - 24:8, 25:20, 25:22, 35:20, 43:10, 43:20
**accept** [2] - 32:2, 50:18
**access** [3] - 24:4, 24:5, 65:2
**accomplish** [1] - 34:10
**accomplished** [1] - 34:2
**accordance** [1] - 10:4
**according** [1] - 18:15
**account** [2] - 26:4, 34:14

**Accounting** [1] - 51:11
**ACCOUNTING...........** [1] - 5:22
**accurate** [1] - 60:16
**acquiescing** [1] - 31:25
**Act** [3] - 8:24, 39:24, 40:13
**acting** [2] - 9:18, 9:19
**action** [8] - 18:12, 19:16, 23:6, 47:4, 47:8, 47:20, 47:23, 58:12
**actions** [2] - 46:17, 47:11
**actual** [2] - 43:25, 44:16
**ad** [2] - 37:3, 51:21
**add** [2] - 19:23, 56:14
**added** [2] - 9:16, 23:25
**additional** [1] - 24:6
**address** [4] - 44:20, 48:24, 59:2, 65:21
**addressed** [7] - 11:14, 14:24, 15:2, 28:18, 48:25, 57:10, 66:9
**adequate** [1] - 42:15
**administrative** [6] - 13:11, 15:4, 17:17, 18:5, 19:1, 41:12
**administratively** [1] - 19:4
**admitted** [1] - 36:5
**adopt** [1] - 50:12
**advance** [3] - 33:1, 64:2, 67:24
**advise** [1] - 27:14
**advised** [1] - 6:9
**advocates** [1] - 9:18
**afternoon** [9] - 6:7, 7:15, 7:16, 11:7, 20:5, 24:22, 25:16, 61:11, 64:18
**agencies** [5] - 60:1, 60:25, 62:9, 63:24, 64:1
**agenda** [10] - 6:20, 10:15, 10:23, 11:9, 15:17, 35:22, 39:2, 49:9, 59:6, 67:25
**agent** [1] - 29:25
**aggressive** [1] - 33:20
**ago** [5] - 8:4, 9:13, 32:11, 34:6, 66:14
**agree** [11] - 11:10, 16:8, 20:21, 23:23, 32:18, 32:19, 48:25, 50:18, 57:21, 61:25,

63:11
**agreed** [4] - 14:21, 24:6, 48:16, 48:24
**agreeing** [1] - 32:1
**agreement** [10] - 10:16, 10:20, 11:2, 18:17, 20:18, 26:12, 26:19, 26:22, 47:4, 65:20
**ahead** [5] - 54:16, 55:3, 56:22, 59:23, 64:7
**aid** [1] - 47:18
**air** [1] - 62:6
**ALL** [1] - 1:9
**ALLAN** [1] - 3:18
**Allan** [1] - 58:7
**allegation** [2] - 14:1, 15:10
**allegations** [3] - 13:14, 13:18, 15:3
**allege** [2] - 13:19, 13:20
**allegedly** [2] - 24:14, 45:2
**allocation** [2] - 44:25, 45:6
**allow** [6] - 17:3, 17:15, 29:1, 59:19, 62:10, 63:19
**allowed** [3] - 17:17, 64:6, 64:10
**alluding** [3] - 40:16, 40:18, 42:12
**almost** [2] - 13:11, 13:17
**ALSO** [1] - 3:22
**amenable** [1] - 18:9
**amend** [2] - 59:18, 63:18
**amended** [1] - 18:1
**amending** [1] - 8:6
**American** [1] - 64:21
**amount** [4] - 16:10, 25:16, 29:18, 42:8
**ample** [1] - 23:15
**Anadarko** [1] - 7:22
**analogous** [1] - 16:4
**analyzed** [1] - 34:8
**AND** [7] - 5:13, 5:18, 5:20, 5:21, 5:22, 5:23
**Andrew** [1] - 20:14
**ANDREW** [1] - 2:16
**Andy** [3] - 7:13, 41:1, 46:11
**angle** [1] - 32:10
**animal** [2] - 40:13, 57:11
**anniversary** [1] -

26:23
**announce** [1] - 68:6
**answer** [16] - 13:14,
  15:9, 15:17, 17:14,
  18:5, 18:6, 18:24,
  19:1, 19:7, 19:13,
  19:21, 22:10, 22:16,
  22:17, 44:20
**answered** [3] - 18:2,
  25:5, 25:7
**answers** [7] - 15:12,
  17:25, 18:22, 19:10,
  19:17, 20:6, 23:9
**anticipated** - 58:22
**anytime** [1] - 67:8
**anyway** [2] - 28:6,
  50:1
**apologize** [3] - 6:15,
  18:8, 45:9
**appear** [1] - 8:25
**APPEARANCES** [3] -
  1:15, 2:1, 3:1
**appeared** [1] - 56:23
**applicable** [1] - 25:24
**applications** [1] -
  10:10
**apply** [1] - 19:3
**appoint** [1] - 51:22
**appointed** [1] - 10:8
**apportionment** [2] -
  32:17, 44:1
**appreciate** [6] - 29:17,
  33:15, 39:22, 49:13,
  54:18, 65:25
**appreciation** [1] - 40:5
**appropriate** [8] - 42:5,
  46:3, 46:8, 48:16,
  49:14, 53:23, 57:9,
  60:6
**appropriately** [1] -
  60:1
**April** [8] - 8:17, 12:10,
  20:25, 26:22, 27:6,
  31:14, 35:2, 35:6
**APRIL** [1] - 1:5
**area** [1] - 30:1
**areas** [4] - 10:19, 11:2,
  20:18, 20:19
**argument** [6] - 41:2,
  41:8, 54:12, 54:14,
  69:12
**arise** [1] - 68:1
**arises** [2] - 8:17, 55:6
**arranged** [1] - 6:9
**aside** [5] - 27:13, 35:9,
  37:9, 37:16, 37:25
**aspect** [1] - 22:13
**aspects** [1] - 9:1
**asserted** [2] - 8:25,
  19:18

**assess** [1] - 59:13
**assist** [1] - 30:9
**assistance** [2] - 37:2,
  56:7
**assisting** [1] - 69:7
**assortment** [2] - 8:20,
  8:23
**assume** [1] - 6:22
**assure** [1] - 30:2
**AT** [1] - 5:25
**attachment** [1] - 52:20
**attempt** [1] - 33:11
**attempted** [1] - 55:9
**attention** [1] - 55:13
**attorneys** [4] - 9:15,
  10:3, 15:18, 16:14
**audience** [2] - 68:11,
  68:15
**August** [2] - 37:6, 37:7
**authority** [3] - 28:10,
  31:7, 31:9
**available** [9] - 23:21,
  23:22, 37:1, 44:12,
  50:6, 57:8, 66:22,
  66:24, 68:3
**Avenue** [2] - 68:19,
  69:1
**AVENUE** [2] - 1:20,
  3:13
**avoid** [1] - 37:12
**await** [2] - 51:2, 68:2
**aware** [3] - 25:17,
  30:1, 69:12

## B

**B-1** [2] - 13:7, 14:8
**B-2** [1] - 14:9
**B-3** [1] - 20:24
**B406** [1] - 4:1
**backwards** [1] - 27:4
**Baker** [1] - 41:14
**bald** [1] - 50:1
**bar** [1] - 23:23
**Barbier** [1] - 54:14
**BARBIER** [1] - 1:12
**barge** [1] - 52:24
**basis** [4] - 31:18,
  47:11, 47:23, 53:3
**basket** [1] - 26:1
**bat** [2] - 12:21, 14:25
**BECK** [3] - 3:6, 3:6,
  7:17
**Beck** [1] - 7:17
**become** [1] - 33:22
**becomes** [1] - 31:2
**BEFORE** [1] - 1:12
**begin** [4] - 35:7,
  38:18, 38:20, 48:15

**beginning** [2] - 34:18,
  67:11
**behalf** [16] - 7:19,
  7:22, 7:25, 24:24,
  26:15, 28:10, 28:11,
  29:6, 29:14, 34:20,
  48:1, 52:10, 55:1,
  56:19, 60:21, 67:3
**behest** [1] - 23:21
**behind** [1] - 61:7
**belief** [1] - 39:8
**bell** [1] - 41:9
**bellwether** [4] - 39:3,
  39:7, 46:5, 47:15
**bellwethered** [1] -
  43:18
**bellwethers** [1] - 39:9
**belong** [1] - 29:8
**Benjamin** [1] - 69:5
**Berrigan's** [2] - 6:11,
  6:13
**best** [2] - 18:12, 70:8
**better** [4] - 11:21,
  18:11, 20:24, 52:1
**between** [3] - 31:16,
  38:2, 45:1
**beyond** [4] - 24:3,
  33:24, 46:9
**big** [2] - 14:11, 14:12
**biggest** [1] - 6:16
**binding** [6] - 33:20,
  39:16, 43:24, 44:2,
  47:13, 47:16
**binds** [1] - 41:6
**Bingham** [1] - 7:21
**BINGHAM** [1] - 3:3
**bipartisan** [1] - 68:10
**bit** [3] - 13:2, 19:19,
  20:24
**biweekly** [1] - 57:24
**blanket** [1] - 59:12
**blessed** [1] - 49:25
**block** [2] - 37:9, 68:19
**blown** [1] - 32:16
**blowout** [2] - 25:13,
  34:5
**Board** [2] - 24:4, 31:20
**board** [2] - 69:5, 69:6
**bodies** [1] - 59:20,
  63:20
**body** [1] - 17:11
**Bono** [2] - 68:20,
  68:22
**BOP** [15] - 5:23, 52:5,
  52:12, 52:15, 52:17,
  52:21, 52:22, 52:25,
  53:14, 53:19, 54:21,
  56:4, 56:8, 57:19,
  57:22
**bottom** [2] - 30:3, 30:5

**bound** [1] - 28:20
**BP** [6] - 7:13, 20:16,
  32:5, 53:4, 65:13
**BP/Feinberg** [2] -
  42:2, 50:7
**BRANCH** [1] - 3:12
**brick** [1] - 59:4
**brief** [5] - 12:24,
  21:14, 56:18
**briefly** [7] - 9:12,
  10:19, 49:10, 54:19,
  56:16, 59:10, 64:16
**bring** [4] - 22:15, 40:8,
  40:15, 52:11
**bringing** [1] - 22:10
**brings** [2] - 20:8, 23:6
**broaden** [1] - 40:14
**brought** [4] - 18:3,
  46:16, 55:12, 67:8
**building** [1] - 56:6
**built** [1] - 34:7
**bunch** [2] - 15:11,
  15:12
**bundle** [7] - 13:12,
  15:20, 16:12, 20:24,
  21:2, 26:1, 58:21
**bundles** [1] - 11:17,
  11:25, 18:9, 18:11,
  20:20, 20:23, 25:21,
  26:4, 35:13, 35:15,
  35:18, 45:19
**BUNDLES.................**
  **................** [2] -
  5:6, 5:9
**burden** [2] - 29:24,
  58:16
**burdens** [1] - 9:17
**business** [3] - 14:14,
  14:19, 69:9
**busy** [1] - 58:15
**BUZBEE** [1] - 27:24
**Buzbee** [1] - 27:24
**BY** [16] - 1:4, 1:17,
  1:20, 1:23, 2:4, 2:8,
  2:12, 2:16, 2:19,
  2:22, 3:3, 3:6, 3:12,
  3:18, 4:3, 4:4
**cases** [35] - 8:9, 8:10,
  8:12, 8:13, 13:4,
  13:5, 13:6, 15:5,
  15:6, 16:12, 18:14,
  18:19, 18:20, 27:16,
  28:11, 30:11, 39:2,
  39:24, 42:1, 42:4,
  42:7, 42:11, 42:14,
  42:18, 43:5, 43:6,
  43:13, 43:15, 43:17,
  45:18, 45:25, 46:16,
  48:5, 48:7, 58:21
**CASES** [1] - 1:9
**CASES...................**
  **......................** [1] -
  5:17

65:4
**Cameron** [3] - 7:17,
  8:2, 45:15
**Cameron's** [1] - 56:7
**CAMP** [1] - 3:18
**candidly** [1] - 59:3
**CANNON** [8] - 3:25,
  27:11, 28:2, 28:5,
  29:10, 29:17, 30:5,
  30:14
**Cannon** [4] - 27:24,
  28:8, 33:3, 67:8
**cannon** [2] - 28:1,
  30:2
**capable** [1] - 30:9
**capacity** [1] - 58:11
**capping** [1] - 53:14
**captive** [1] - 68:11
**capture** [1] - 20:23
**card** [1] - 56:2
**care** [1] - 60:10
**CARL** [1] - 1:12
**CARONDELET** [2] -
  1:23, 2:19
**carved** [1] - 40:11
**CASE** [1] - 5:5
**Case** [6] - 10:25, 11:1,
  29:2, 38:2, 49:15,
  51:4
**case** [48] - 6:20, 6:23,
  6:24, 6:25, 7:3, 8:21,
  9:16, 9:21, 9:23,
  10:5, 10:13, 12:9,
  13:12, 13:16, 14:18,
  15:8, 16:9, 16:24,
  17:8, 23:17, 24:8,
  27:2, 31:2, 33:13,
  34:1, 34:4, 34:12,
  36:12, 36:25, 39:9,
  39:10, 40:6, 41:19,
  43:9, 44:2, 44:3,
  46:19, 47:10, 47:16,
  47:19, 51:23, 51:25,
  61:16, 66:7

## C

**C-A-N-N-O-N** [1] -
  28:8
**CA** [1] - 3:14
**CAHILL** [1] - 2:3
**calendar** [4] - 37:3,
  37:6, 37:7, 67:18
**Cambodian** [2] - 65:8,
  65:14
**Cambodians** [1] -

**casualty** [6] - 8:17, 9:6, 24:14, 25:9, 35:2, 39:23
**cat** [1] - 41:9
**categories** [4] - 14:7, 18:23, 21:2, 46:6
**categorize** [1] - 25:21
**categorizing** [1] - 15:21
**category** [2] - 15:24, 18:20
**Cathy** [2] - 70:3, 70:14
**CATHY** [1] - 4:1
**caught** [1] - 29:23
**causation** [2] - 42:8, 43:11
**causing** [1] - 25:13
**CCR** [2] - 4:1, 70:14
**cell** [1] - 55:25
**CENTER** [1] - 3:7
**centered** [1] - 12:14
**CENTRE** [1] - 2:9
**certain** [1] - 48:6
**certainly** [5] - 8:12, 33:4, 38:6, 47:6, 47:7
**CERTIFICATE** [1] - 70:1
**certification** [4] - 46:15, 46:18, 47:4, 48:23
**Certified** [2] - 70:3, 70:4
**certified** [1] - 46:21
**certify** [1] - 70:7
**cetera** [1] - 16:21
**chair** [1] - 36:23
**chambers** [2] - 31:23, 42:10
**changes** [1] - 54:2
**characterization** [1] - 24:10
**check** [3] - 13:17, 13:24, 50:12
**CHICAGO** [1] - 2:17
**Chief** [1] - 36:18
**CHIEF** [1] - 3:23
**chop** [1] - 17:12
**circle** [1] - 35:22
**circulated** [1] - 10:15
**circumstances** [1] - 22:6
**CIVIL** [1] - 3:12
**civil** [2] - 8:25, 9:10
**claim** [8] - 19:16, 39:15, 39:18, 39:19, 39:20, 40:9, 41:25, 65:13
**claimants** [4] - 43:24, 44:2, 44:9, 44:13

**claims** [38] - 8:21, 8:22, 8:23, 8:25, 9:8, 11:19, 12:21, 13:21, 13:23, 15:22, 19:18, 20:4, 20:25, 22:18, 23:1, 23:7, 23:8, 25:22, 33:5, 33:13, 35:1, 39:7, 39:16, 40:1, 40:7, 40:15, 42:2, 48:13, 48:14, 48:15, 48:17, 50:7, 50:13, 66:9, 66:12
**clarification** [1] - 60:18
**clarify** [2] - 48:3, 61:2
**class** [12] - 14:9, 46:15, 46:17, 46:18, 46:20, 47:4, 47:8, 47:9, 47:11, 47:13, 47:20, 47:23
**classic** [1] - 63:9
**cleanup** [1] - 20:25
**clear** [6] - 18:4, 23:14, 43:16, 47:12, 53:8, 61:1
**clearly** [2] - 32:11, 44:8
**CLERK** [2] - 3:22, 3:23
**clerk** [2] - 35:15, 36:7
**Clerk** [3] - 36:2, 36:19, 36:20
**clerk's** [1] - 50:4
**Clerk's** [4] - 15:13, 36:9, 36:18, 50:10
**clicking** [1] - 7:2
**client** [4] - 23:25, 24:14, 55:7, 57:6
**clients** [3] - 24:14, 29:6, 33:4
**clutter** [1] - 15:11
**CM/ECF** [1] - 6:25
**co** [1] - 7:9
**co-liaison** [1] - 7:9
**coalition** [3] - 29:9, 29:11, 33:3
**Coast** [1] - 65:13
**colleague** [1] - 64:20
**colleagues** [3] - 57:7, 61:21, 64:20
**collection** [2] - 59:20, 63:21
**collectively** [1] - 11:20
**combined** [1] - 57:15
**comfortable** [1] - 6:12
**coming** [2] - 43:4, 56:11
**commander** [1] - 25:3
**comments** [3] - 20:17, 22:25, 46:13
**committee** [4] - 14:4,

21:23, 25:1, 29:1
**Committee** [1] - 51:14
**committees** [3] - 10:8, 10:9, 31:19
**common** [8] - 16:11, 16:24, 17:3, 17:4, 17:6, 17:7, 17:8, 33:14
**communities** [5] - 65:3, 65:4, 65:5, 65:9, 65:16
**community** [1] - 65:3
**Compel** [1] - 53:24
**compelled** [1] - 27:14
**competency** [1] - 9:24
**competent** [1] - 30:9
**competing** [1] - 11:1
**complaining** [1] - 61:12
**complaint** [17] - 11:22, 13:10, 13:11, 13:24, 14:7, 14:10, 15:23, 18:6, 18:7, 18:12, 18:16, 18:20, 18:22, 19:2, 45:19, 50:5, 50:14
**complaints** [15] - 15:4, 17:18, 18:1, 18:10, 18:24, 20:3, 21:10, 21:14, 21:16, 21:25, 22:9
**completely** [1] - 37:8
**complex** [2] - 9:1, 39:6
**Complex** [2] - 31:8, 35:19
**complexity** [1] - 34:13
**complicated** [1] - 39:6
**comport** [1] - 9:16
**composition** [1] - 10:24
**comprehensive** [2] - 13:10, 15:3
**comprise** [1] - 9:1
**comprises** [1] - 8:9
**compromise** [2] - 14:23, 32:1
**compromised** [1] - 31:16
**compromises** [1] - 12:19
**COMPUTER** [1] - 4:4
**concept** [7] - 21:5, 35:25, 36:4, 50:3, 50:5, 50:20
**conceptually** [1] - 49:20
**concern** [1] - 61:17
**concerned** [3] - 12:6, 36:7, 36:11

**concerns** [3] - 29:5, 57:10, 57:14
**concessions** [1] - 43:21
**concluded** [1] - 69:21
**condition** [2] - 60:12, 62:8
**conditions** [2] - 49:12, 63:21
**condo** [1] - 40:2
**confer** [5] - 38:13, 47:6, 60:11, 62:10, 64:4
**conference** [7] - 6:19, 58:3, 64:17, 67:9, 67:24, 67:25
**CONFERENCE** [2] - 1:12, 5:25
**conferences** [8] - 22:21, 31:16, 57:24, 58:4, 66:11, 66:19, 66:25, 68:4
**conferred** [1] - 49:11
**conferring** [1] - 51:7
**confidentiality** [1] - 23:23
**conflicted** [1] - 66:23
**Congress** [2] - 31:19, 40:13
**connected** [1] - 44:24
**connection** [5] - 26:24, 52:16, 57:23, 58:2, 65:10
**consensus** [2] - 16:14, 49:21
**consider** [3] - 14:16, 46:3, 66:6
**consideration** [1] - 46:18
**considered** [1] - 32:25
**considering** [1] - 34:13
**consolidated** [8] - 8:14, 11:22, 14:9, 18:10, 21:10, 21:16, 21:25, 22:9
**construction** [5] - 41:18, 52:23, 53:1, 53:16, 56:5
**consulting** [1] - 38:12
**context** [1] - 31:9
**Contingency** [1] - 25:2
**continue** [7] - 36:17, 38:14, 50:22, 50:23, 65:22, 68:4
**CONTINUED** [2] - 2:1, 3:1
**continues** [1] - 34:23
**continuing** [1] - 51:3

**cooperate** [3] - 9:25, 34:23, 63:13
**cooperates** [1] - 34:23
**cooperation** [2] - 57:15, 69:19
**cooperatively** [1] - 56:10
**coordinate** [1] - 17:7
**coordinated** [1] - 9:4
**coordination** [1] - 17:3
**copies** [4] - 60:13, 60:14, 63:24, 64:1
**copy** [1] - 62:8
**core** [1] - 16:10
**Corporation** [1] - 25:6
**correct** [4] - 16:2, 21:3, 21:6, 70:7
**correctly** [1] - 61:18
**correspondence** [1] - 13:14
**cost** [1] - 60:4
**COTLAR** [1] - 1:19
**counsel** [39] - 7:5, 7:9, 9:17, 10:3, 10:16, 10:19, 11:17, 12:13, 12:16, 16:13, 20:5, 26:3, 29:19, 31:23, 36:2, 36:10, 36:14, 36:15, 37:22, 38:7, 38:12, 39:5, 42:10, 46:14, 49:8, 54:22, 55:20, 57:1, 57:2, 58:20, 62:23, 63:22, 63:23, 63:25, 64:4, 67:6, 67:22, 68:3
**Counsel** [1] - 60:16
**counsel's** [1] - 20:17
**couple** [10] - 15:16, 20:17, 20:18, 48:12, 58:18, 58:20, 66:22, 66:23, 68:18
**course** [2] - 8:7, 10:7, 14:18, 18:12, 21:18, 36:25, 50:16
**COURT** [119] - 1:1, 3:22, 4:1, 6:4, 6:7, 7:11, 7:16, 8:3, 14:6, 15:19, 17:16, 17:24, 18:19, 19:1, 19:5, 19:23, 20:1, 20:12, 20:15, 21:1, 21:5, 21:7, 24:18, 25:15, 26:2, 26:7, 27:8, 27:12, 27:17, 27:20, 28:1, 28:3, 29:8, 29:13, 30:1, 30:13, 30:15, 32:23, 37:19, 37:24, 38:5, 39:14, 39:21, 40:23, 41:2,

41:20, 41:22, 42:20, 42:24, 43:8, 43:16, 44:5, 44:17, 44:22, 45:8, 45:12, 45:14, 45:24, 46:24, 47:12, 47:17, 47:25, 48:9, 48:21, 49:4, 49:6, 49:14, 49:17, 49:22, 50:14, 50:22, 51:9, 51:20, 52:4, 53:5, 53:12, 53:22, 54:5, 54:7, 54:12, 54:24, 55:3, 55:24, 56:13, 56:15, 56:21, 57:17, 58:1, 58:6, 58:10, 58:23, 59:5, 59:16, 59:18, 59:23, 60:9, 60:20, 61:7, 61:11, 62:3, 62:7, 62:24, 63:2, 63:4, 63:7, 63:14, 63:17, 64:15, 64:23, 65:17, 65:21, 66:2, 67:13, 68:10, 68:13, 69:3, 69:8, 69:14, 69:18

**court** [12] - 8:11, 8:14, 31:24, 41:13, 42:10, 55:7, 55:14, 57:5, 64:17, 65:7, 67:15, 68:3

**Court** [48] - 9:3, 9:17, 9:20, 10:7, 11:12, 11:21, 11:24, 12:1, 12:14, 12:24, 16:4, 16:22, 17:10, 20:9, 27:14, 29:19, 30:23, 30:24, 31:3, 31:13, 34:21, 36:2, 36:20, 38:14, 39:5, 41:6, 42:5, 44:7, 44:15, 47:18, 52:13, 54:13, 56:12, 56:17, 57:9, 57:16, 57:22, 65:1, 65:7, 65:10, 65:23, 67:6, 67:23, 70:4, 70:5, 70:6, 70:15, 70:16

**court's** [2] - 6:21, 7:1
**Court's** [6] - 8:4, 10:4, 15:18, 30:21, 30:24, 55:13
**courtroom** [7] - 6:9, 6:11, 6:13, 6:15, 6:16, 36:22, 68:16
**courts** [1] - 9:8
**covered** [1] - 26:9
**CPA** [1] - 51:22
**craft** [1] - 15:3
**creating** [2] - 15:24, 35:24

**criminal** [1] - 9:10
**critical** [2] - 31:3, 34:4
**cross** [1] - 19:18, 20:4, 23:1, 23:8
**cross-claims** [4] - 19:18, 20:4, 23:1, 23:8
**CRR** [2] - 4:1, 70:14
**crucially** [1] - 12:6
**current** [2] - 26:21, 49:7
**cut** [4] - 16:8, 28:4, 30:2, 33:12

# D

**DALLAS** [1] - 2:23
**damage** [7] - 8:23, 39:7, 39:25, 40:7, 40:8, 40:22, 53:11
**damages** [6] - 37:20, 40:15, 41:15, 42:8, 43:10, 43:17
**dark** [1] - 28:5
**date** [23] - 9:22, 22:4, 23:1, 26:12, 26:19, 26:20, 27:7, 27:17, 34:25, 35:1, 35:4, 35:7, 38:21, 43:14, 44:3, 44:10, 46:1, 46:4, 56:25, 60:2, 67:16, 68:2
**DATE** ........................
..... [1] - 5:12
**dates** [3] - 11:5, 37:10, 43:6
**Daubert** [1] - 34:2
**David** [1] - 7:17
**DAVID** [1] - 3:6
**days** [8] - 10:11, 38:13, 42:3, 51:8, 62:10, 64:2, 67:23, 68:25
**DC** [1] - 3:4
**deadline** [3] - 10:10, 23:4, 26:21
**deal** [6] - 21:3, 23:7, 31:6, 42:16, 44:24, 64:12
**dealers** [1] - 40:1
**dealing** [1] - 45:20
**dealt** [1] - 9:23
**death** [8] - 18:14, 27:15, 28:11, 39:9, 39:24, 43:17, 48:17, 66:11
**dec** [1] - 58:12
**December** [5] - 14:5, 17:17, 21:11, 21:24,
22:3
**decide** [6] - 12:25, 30:20, 31:9, 45:3, 48:9, 50:24
**decided** [4] - 18:15, 23:17, 49:13, 53:6
**decision** [1] - 53:7
**decisions** [2] - 41:7, 56:24
**DEEPWATER** [3] - 1:4, 6:19, 8:18
**defeat** [1] - 54:11
**Defendant** [1] - 17:25
**defendant** [4] - 19:11, 19:12, 24:11, 54:23
**defendants** [34] - 11:10, 12:8, 14:12, 14:20, 14:21, 15:8, 16:7, 17:15, 18:16, 19:14, 20:7, 20:10, 22:18, 23:3, 23:20, 24:2, 24:12, 24:25, 25:7, 25:8, 25:10, 25:12, 25:23, 27:2, 31:2, 31:15, 31:20, 32:21, 50:18, 51:7, 63:11, 64:8
**DEFENDANTS** [1] - 2:8
**defendants'** [3] - 17:19, 57:1, 57:8
**defense** [21] - 10:9, 11:16, 12:13, 12:16, 15:18, 16:13, 19:12, 31:17, 31:23, 44:8, 44:12, 44:13, 60:10, 60:11, 60:13, 60:14, 60:22, 63:23, 63:25, 65:18
**defenses** [4] - 19:15, 25:24, 47:22
**deferred** [3] - 47:5, 51:13, 56:25
**definitely** [2] - 14:17, 51:20
**definition** [1] - 20:22
**definitive** [1] - 50:21
**degree** [2] - 9:24, 23:1
**delaying** [1] - 27:16
**demands** [2] - 9:16, 19:18
**deny** [2] - 53:23, 53:25
**Department** [2] - 55:2, 57:7
**DEPARTMENT** [2] - 3:11
**dependents** [1] - 64:24
**DEPOSITION** [1] - 5:21

**deposition** [1] - 51:2
**depositions** [4] - 29:21, 30:8, 33:10
**depositories** [2] - 23:22, 31:18
**depository** [2] - 24:1, 32:9
**depth** [1] - 28:14
**Deputy** [1] - 36:18
**DEPUTY** [1] - 3:23
**designate** [2] - 36:15, 51:21
**designated** [1] - 36:25
**detailed** [1] - 29:15
**details** [1] - 53:20
**determination** [1] - 45:7
**determines** [1] - 30:25
**develop** [1] - 17:5
**dies** [1] - 61:10
**differ** [2] - 21:4, 21:15
**difference** [1] - 22:7
**different** [12] - 7:10, 8:20, 13:18, 16:17, 17:12, 17:13, 25:9, 25:11, 39:18, 86:23
**differently** [1] - 25:23
**difficult** [2] - 39:6, 42:11
**DIRECT** [1] - 5:19
**direct** [2] - 21:15, 49:18
**directed** [2] - 22:9, 25:2
**directive** [1] - 10:4
**directly** [2] - 21:12, 50:17
**directors** [1] - 69:5
**directs** [1] - 16:22
**disagree** [2] - 20:19, 21:5, 22:13
**disagreement** [5] - 10:17, 10:20, 11:20, 21:4, 62:12
**disagreements** [1] - 11:3
**disassembled** [1] - 34:8
**disassembly** [1] - 53:14
**disclosures** [3] - 14:16, 24:7, 31:10
**DISCLOSURES** .........
......................... [1] - 5:8
**disconnect** [1] - 32:4
**discoverable** [1] - 31:11
**DISCOVERY** [1] - 5:21
**discovery** [31] - 11:5,

**deposition** [1] - 51:2
12:7, 12:11, 14:14, 15:25, 16:8, 16:10, 16:16, 16:20, 23:12, 23:15, 24:9, 24:13, 24:15, 30:6, 31:4, 31:15, 32:3, 32:20, 33:9, 33:23, 34:1, 34:21, 38:15, 38:18, 38:19, 38:20, 43:9, 43:14, 51:1, 59:12
**Discovery** [1] - 59:7
**DISCOVERY** .............
......... [1] - 5:24
**DISCOVERY** .............
....................... [1] -
5:16
**DISCOVERY** .............
....
[1] - 5:11
**discuss** [7] - 10:3, 36:17, 38:20, 49:18, 50:2, 50:24, 51:3
**discussed** [3] - 38:24, 39:21, 49:20, 55:13
**discussion** [2] - 43:19, 48:4
**DISCUSSIONS** [1] - 5:20
**discussions** [4] - 31:23, 50:25, 56:19, 66:20
**dismiss** [2] - 18:3, 19:15
**dispersants** [1] - 25:1
**displace** [2] - 40:17, 41:4
**displaced** [1] - 41:3
**dispositive** [1] - 41:6
**dispute** [5] - 40:17, 46:7, 55:12, 55:20, 55:21
**distance** [1] - 42:13
**distances** [1] - 42:13
**District** [3] - 70:6, 70:16
**DISTRICT** [3] - 1:1, 1:1, 1:13
**divergence** [1] - 12:3
**DIVISION** [1] - 3:12
**divvied** [1] - 61:10
**divvy** [1] - 61:23
**DNV** [3] - 53:18, 55:14, 55:21
**doable** [3] - 34:19, 34:22, 36:7
**Dock** [4] - 13:22, 40:7, 41:19, 41:25
**dock** [1] - 52:12
**docket** [1] - 58:15
**document** [4] - 23:22,

31:18, 32:8, 51:1
**Document** [2] - 53:24, 59:21
**DOCUMENT** [2] - 1:8, 5:20
**documents** [5] - 24:3, 31:18, 53:18, 60:15, 60:25
**DOMENGEAUX** [1] - 1:16
**Don** [4] - 7:12, 7:24, 48:1, 60:17
**DON** [1] - 2:12
**DONALD** [1] - 2:22
**done** [14] - 29:19, 30:6, 34:22, 47:18, 50:23, 51:19, 52:1, 53:11, 53:13, 55:10, 56:11, 59:15, 60:2, 60:3
**doors** [1] - 68:13
**doubly** [1] - 31:3
**doubt** [1] - 37:3
**down** [7] - 10:15, 15:16, 15:17, 32:5, 45:21, 47:19, 54:16
**Dr** [1] - 55:15
**drafted** [1] - 63:4
**drilling** [1] - 8:18
**drop** [1] - 25:14
**Dry** [4] - 13:22, 40:7, 41:18, 41:25
**due** [1] - 43:25
**dumpsters** [1] - 56:8
**duty** [2] - 28:20, 59:13
**Duval** [1] - 16:5

**E**

**E-DISCOVERY** [1] - 5:21
**e-discovery** [1] - 51:1
**e-mail** [2] - 55:5, 68:25
**eager** [1] - 69:2
**early** [5] - 19:17, 23:1, 42:19, 58:14, 66:5
**easily** [1] - 66:8
**EASTERN** [1] - 1:1
**Eastern** [1] - 70:6
**echo** [1] - 46:13
**economic** [11] - 8:23, 13:6, 39:6, 39:25, 40:6, 40:8, 40:15, 40:22, 41:19, 48:13
**economy** [1] - 50:4
**EDWARDS** [1] - 1:16
**effective** [2] - 12:1, 15:7
**effectively** [8] - 11:13,

14:20, 17:3, 17:7, 17:11, 20:10, 59:13, 60:4
**efficient** [1] - 9:14
**efficiently** [4] - 10:1, 11:13, 59:13, 60:4
**efforts** [1] - 20:25
**eight** [1] - 32:7
**either** [7] - 8:6, 11:18, 13:21, 42:9, 65:18, 68:3
**electronic** [3] - 32:3, 32:10, 36:12
**elements** [1] - 14:17
**ELLIS** [2] - 2:15
**Ellis** [1] - 7:14
**Ellison** [1] - 35:4
**ELM** [1] - 2:23
**emotion** [1] - 28:22
**emotions** [2] - 28:12, 28:21
**encompasses** [1] - 59:8
**encountered** [3] - 9:23, 28:13, 28:14
**encourage** [1] - 25:25
**end** [7] - 15:2, 31:4, 32:14, 41:13, 51:25, 52:2, 57:10
**endeavor** [2] - 9:25, 65:11
**endorse** [1] - 15:14
**ends** [1] - 50:8
**enemy** [1] - 35:23
**ENERGY** [1] - 2:9
**enforcement** [1] - 53:24
**engineering** [1] - 53:18
**enhanced** [1] - 14:16
**enjoy** [1] - 68:22
**ensure** [1] - 9:4
**entire** [3] - 23:22, 37:25, 38:1
**entities** [5] - 7:23, 8:21, 9:7, 31:21, 60:6
**entitled** [2] - 32:11, 70:9
**entry** [1] - 57:20
**environmental** [6] - 8:24, 59:14, 59:20, 61:17, 62:6, 63:20
**envision** [4] - 43:22, 44:22, 44:23, 45:4
**envisioning** [3] - 36:9, 36:10
**Ernest** [2] - 27:24, 28:8
**ERNEST** [1] - 3:25

especially [1] - 31:1
**ESQUIRE** [16] - 1:17, 1:20, 1:23, 2:4, 2:8, 2:12, 2:12, 2:16, 2:19, 2:22, 3:3, 3:6, 3:12, 3:18, 3:24, 3:25
**essentially** [2] - 33:15, 40:8
**establish** [1] - 42:7
**established** [1] - 23:2
**establishes** [1] - 41:11
**estate** [2] - 61:10, 61:23
**estimate** [1] - 37:14
**et** [1] - 16:21
**evaluate** [1] - 60:1
**evening** [1] - 69:18
**event** [3] - 25:9, 36:6, 68:20
**events** [1] - 25:12
**eventually** [2] - 8:14, 57:5
**evidence** [6] - 34:4, 52:18, 52:19, 57:22, 58:5, 61:19
**Evites** [1] - 68:25
**exact** [2] - 29:9, 37:10
**exactly** [12] - 14:8, 19:3, 27:19, 35:1, 40:19, 41:21, 47:15, 49:4, 50:16, 59:7, 59:22, 67:17
**EXAMINATIONS** [1] - 5:3
**example** [3] - 33:18, 41:23, 63:9
**excellent** [1] - 66:15
**exception** [1] - 56:25
**exceptions** [1] - 31:12
**excluded** [1] - 55:9
**exhibited** [1] - 9:23
**expanded** [1] - 14:16
**expect** [5] - 12:9, 13:4, 17:22, 32:13, 65:20
**expedited** [2] - 31:4, 54:2
**expeditiously** [1] - 34:12
**Expense** [1] - 51:10
**EXPENSE** [1] - 5:22
**expenses** [1] - 30:10
**experience** [3] - 9:21, 9:22, 9:24
**expert** [2] - 34:2, 53:18
**explained** [1] - 45:1
**exploded** [1] - 29:23
**Exploration** [1] -

20:16
**explosion** [2] - 8:18, 25:13
**express** [1] - 28:16
**expressed** [2] - 31:1, 33:3
**extend** [3] - 26:22, 35:3, 54:22
**extended** [2] - 26:20, 59:11
**extending** [2] - 34:25, 35:5
**extensive** [2] - 13:9, 31:15
**extent** [7] - 15:14, 22:8, 39:19, 42:1, 42:3, 43:5
**Exxon** [4] - 40:6, 40:10, 40:12, 41:15
**eye** [1] - 11:21

**F**

**face** [1] - 66:17
**faced** [1] - 40:7
**facilitate** [2] - 66:19, 66:24
**facilities** [1] - 65:13
**facility** [7] - 9:8, 34:7, 42:2, 53:17, 53:19, 66:13
**fact** [10] - 8:8, 21:22, 22:2, 30:21, 47:18, 50:6, 55:21, 56:6, 68:15
**factory** [1] - 57:12
**facts** [3] - 25:11, 25:24, 42:15
**factual** [1] - 13:18
**fail** [1] - 9:22
**failed** [1] - 36:21
**fair** [1] - 24:10
**fairly** [3] - 14:17, 58:14, 66:9
**fall** [2] - 11:23, 42:6
**Fallon** [1] - 51:19
**falls** [1] - 38:6
**familiar** [1] - 6:22
**far** [4] - 37:4, 38:24, 56:5, 61:23
**faster** [1] - 55:22
**fat** [1] - 50:1
**fault** [3] - 32:17, 45:1, 45:7
**favor** [1] - 54:8
**feasible** [1] - 48:12
**federal** [3] - 9:6, 9:10, 56:20
**Federal** [1] - 22:11

feelings [1] - 27:13
**Feinberg** [2] - 13:6, 13:16
**Feinberg's** [2] - 9:8, 65:13
**Feldman's** [1] - 6:10
**fellows** [1] - 29:4
**few** [8] - 11:11, 35:11, 36:2, 41:6, 47:6, 55:10, 57:14, 68:25
**field** [1] - 28:20
**figure** [2] - 26:17
**figuring** [1] - 46:22
**file** [21] - 13:16, 14:6, 15:9, 17:17, 17:25, 18:5, 18:6, 18:14, 18:22, 19:10, 19:13, 19:17, 19:20, 19:21, 20:6, 21:10, 21:11, 21:15, 21:24, 62:13, 64:10
**File** [1] - 49:11
**filed** [8] - 13:12, 19:7, 22:8, 23:9, 45:19, 50:17, 55:17, 58:12
**FILING** [1] - 5:18
**filing** [7] - 17:19, 19:14, 20:3, 35:1, 36:12, 49:8, 49:18
**FILING.....................
..................** [1] - 5:19
**filings** [2] - 11:22, 16:18
**filled** [1] - 6:10
**final** [1] - 51:4
**finalize** [1] - 38:2
**fine** [3] - 20:21, 21:11, 21:25
**finish** [1] - 61:13
**finished** [1] - 68:14
**fire** [2] - 25:13, 29:23
**firm** [1] - 69:5
**first** [21] - 6:18, 7:4, 8:4, 8:7, 10:22, 10:23, 10:25, 11:9, 21:8, 33:2, 33:12, 35:13, 37:7, 38:2, 43:23, 51:23, 54:9, 54:12, 62:8, 63:24, 68:16
**fish** [1] - 62:6
**fisherman** [1] - 17:1
**fishermen** [4] - 40:1, 40:11, 64:23, 64:24
**fishing** [1] - 64:25
**fit** [1] - 17:6
**five** [5] - 23:20, 28:11, 35:5, 54:20, 69:1
**flesh** [1] - 36:3
**FLOOR** [4] - 1:23, 2:4,

2:9, 3:13
**floor** [2] - 34:6, 52:23
**flush** [1] - 53:10
**flushed** [2] - 52:25, 53:4
**focus** [3] - 20:8, 32:9, 32:13
**folks** [4] - 6:8, 8:23, 26:3, 61:22
**follow** [3] - 6:23, 16:15, 65:9
**following** [2] - 31:14, 64:7
**FOR** [4] - 1:16, 2:8, 3:11, 3:17
**foregoing** [1] - 70:7
**forensic** [1] - 34:9
**foresee** [4] - 13:3, 13:9, 14:1, 18:8
**foreseeable** [1] - 48:24
**forfeited** [1] - 41:14
**forget** [2] - 29:9, 56:7
**form** [3] - 13:24, 31:20, 50:14
**formality** [1] - 50:19
**formally** [2] - 62:11, 64:2
**format** [1] - 11:22
**Fort** [1] - 28:9
**forth** [5] - 34:8, 34:22, 40:3, 41:15, 44:13
**forthwith** [1] - 20:6
**fortunately** [2] - 9:21, 11:9
**forward** [7] - 28:3, 38:19, 38:20, 45:23, 47:10, 62:19, 64:7
**fostering** [1] - 9:19
**four** [1] - 54:20
**frame** [2] - 38:11, 43:13
**FRANCISCO** [1] - 3:14
**frankly** [4] - 46:23, 58:22
**free** [2] - 7:2, 17:5
**Friday** [2] - 53:10, 67:20
**FRILOT** [1] - 2:8
**front** [4] - 11:15, 15:2, 31:4, 57:10
**full** [4] - 32:2, 32:16, 35:22, 42:2
**full-blown** [1] - 32:16
**fund** [2] - 44:8, 44:9
**fundamental** [1] - 22:7
**future** [4] - 11:22, 32:1, 44:2, 48:24

# G

**Gainsburgh** [1] - 69:4
**GARNER** [2] - 2:3, 2:4
**GATE** [1] - 3:13
**Gene** [2] - 36:18, 36:19
**GENE** [1] - 3:23
**General** [1] - 41:24
**general** [4] - 13:22, 20:21, 23:8, 56:19
**generate** [1] - 50:9
**generis** [1] - 40:12
**gentlemen** [1] - 65:18
**giant** [1] - 56:8
**given** [2] - 22:2, 46:18
**glasses** [1] - 50:1
**Glen** [1] - 28:9
**goal** [1] - 17:7
**God** [1] - 42:14
**GODWIN** [8] - 2:21, 2:22, 7:24, 47:24, 48:1, 48:19, 48:22, 49:5
**Godwin** [4] - 7:24, 47:25, 48:1
**GOLDEN** [1] - 3:13
**Googled** [1] - 35:21
**government** [8] - 9:10, 53:4, 56:20, 58:18, 58:21, 60:20, 61:5, 62:9
**government's** [1] - 53:17
**governmental** [11] - 59:19, 60:1, 60:5, 60:24, 62:9, 63:10, 63:20, 63:24, 64:1, 64:8, 64:9
**grant** [2] - 62:7, 63:18
**great** [1] - 21:3
**Great** [1] - 52:4
**greatest** [1] - 13:4
**grief** [1] - 28:14
**grievously** [1] - 28:16
**group** [7] - 27:21, 29:8, 29:14, 37:22, 60:22, 69:3, 69:7
**grouped** [1] - 13:7
**grouping** [1] - 11:17
**groupings** [1] - 11:18
**guarantee** [1] - 55:5
**guess** [7] - 10:25, 14:23, 35:5, 35:23, 35:24, 37:12, 67:17
**guidance** [1] - 41:10
**Guidry** [1] - 7:23
**Gulf** [1] - 65:13
**GULF** [1] - 1:5

**guy** [1] - 61:9
**guys** [1] - 12:24

# H

**H-E-I-D-E-N** [1] - 24:23
**hail** [1] - 28:9
**half** [3] - 55:16, 62:17, 62:18
**Halliburton** [3] - 7:25, 48:2, 48:25
**halted** [1] - 24:15
**hand** [2] - 28:12, 44:10
**handle** [1] - 58:21
**handled** [1] - 29:4
**handling** [1] - 27:15
**hang** [2] - 14:11, 14:13
**happy** [12] - 15:17, 16:21, 17:14, 27:20, 27:22, 59:2, 59:4, 63:1, 63:5, 63:12, 65:10, 66:24
**hard** [2] - 34:20, 54:10
**HAYCRAFT** [12] - 2:12, 7:12, 49:10, 49:16, 60:17, 60:21, 68:8, 68:11, 68:15, 69:4, 69:9, 69:17
**Haycraft** [7] - 7:12, 31:24, 60:17, 68:6
**head** [2] - 6:17, 17:21
**headed** [1] - 26:17
**hear** [8] - 20:13, 21:4, 27:20, 27:22, 28:6, 30:25, 46:14, 60:10
**HEARD** [1] - 1:12
**heard** [5] - 30:10, 35:14, 35:15, 61:6, 61:8
**hearing** [3] - 52:20, 54:2, 69:10
**hearings** [3] - 34:2, 39:22, 54:20
**Heiden** [2] - 24:22, 25:15
**HEIDEN** [3] - 3:24, 24:21, 25:20, 26:6
**held** [1] - 6:16
**help** [4] - 25:4, 25:7, 37:1, 59:2
**helpful** [5] - 19:9, 19:17, 19:21, 47:21, 65:15
**hereby** [1] - 70:7
**Herman** [19] - 7:8, 10:22, 11:6, 11:8,

21:13, 23:13, 32:18, 36:4, 39:11, 46:24, 47:1, 51:5, 59:9, 60:22, 62:24, 65:19, 68:9, 68:10, 69:6
**HERMAN** [22] - 1:19, 1:20, 11:7, 14:8, 16:2, 17:20, 18:8, 18:23, 19:3, 19:9, 47:1, 47:15, 47:21, 51:5, 59:9, 59:17, 59:22, 59:24, 63:1, 63:3, 63:5
**hesitate** [1] - 39:17
**high** [1] - 9:24
**highlight** [1] - 10:19
**HILBERT** [1] - 2:3
**hit** [1] - 59:4
**hold** [1] - 38:6
**holding** [2] - 38:21, 44:23
**holiday** [1] - 38:5
**home** [1] - 55:25
**honest** [2] - 42:14, 42:21
**honest-to-God** [1] - 42:14
**honestly** [1] - 66:16
**honor** [1] - 62:23
**Honor** [108] - 7:8, 7:15, 7:17, 7:19, 7:21, 7:24, 8:1, 11:7, 13:13, 16:2, 18:8, 20:2, 20:14, 21:6, 22:20, 22:24, 23:19, 23:21, 24:21, 25:1, 25:4, 25:12, 25:20, 26:15, 26:24, 27:6, 27:11, 27:13, 28:2, 28:7, 28:8, 28:19, 28:25, 29:10, 29:11, 29:17, 29:22, 30:12, 30:14, 30:18, 31:7, 31:16, 31:22, 32:22, 37:18, 37:21, 39:13, 41:1, 41:5, 41:8, 42:9, 43:4, 43:10, 44:20, 45:5, 45:13, 46:10, 46:11, 47:1, 47:24, 48:1, 48:3, 48:22, 49:5, 49:10, 49:16, 49:20, 50:2, 51:6, 52:3, 52:9, 52:15, 52:17, 52:19, 52:22, 52:24, 53:9, 53:13, 54:3, 54:17, 54:20, 56:1, 56:14, 56:24, 57:18, 57:19, 58:13, 58:15, 58:19, 58:20, 59:4, 59:9,

59:11, 59:22, 61:9, 61:15, 62:21, 63:5, 63:9, 63:16, 64:18, 65:12, 65:25, 67:3, 68:8, 68:12, 69:9, 69:17
**Honor's** [1] - 49:1
**HONORABLE** [2] - 1:12, 3:22
**hope** [5] - 38:21, 51:7, 56:3, 56:11, 61:18
**hopefully** [1] - 53:11, 57:14, 65:22
**HORIZON** [3] - 1:4, 6:19, 8:18
**hosting** [1] - 68:20
**hotels** [2] - 40:2, 41:20
**hour** [1] - 55:16
**hours** [1] - 68:19
**house** [1] - 53:19
**HOUSTON** [2] - 3:7, 3:8
**hundreds** [3] - 8:12, 8:13, 23:20
**hurt** [1] - 28:16

# I

**icon** [1] - 7:3
**idea** [3] - 20:20, 35:8, 44:23
**ideal** [1] - 68:17
**identified** [4] - 42:18, 43:3, 43:13, 46:8
**identify** [7] - 7:5, 20:1, 39:4, 39:5, 46:5, 49:22, 54:24
**identifying** [5] - 15:21, 21:1, 39:2, 42:25
**IL** [1] - 2:17
**illustrate** [1] - 47:22
**imagine** [2] - 34:3, 37:23
**immediate** [1] - 56:3
**immediately** [2] - 18:21, 20:8
**immense** [2] - 28:17, 29:18
**important** [7] - 10:12, 23:16, 30:18, 31:13, 32:12, 36:21, 65:22
**impression** [2] - 42:24, 46:2
**improve** [1] - 65:2
**IN** [3] - 1:4, 1:5, 6:4
**in-court** [1] - 64:17
**inadequate** [1] - 28:16
**Inc** [1] - 20:16

**incident** [2] - 25:3, 26:23
**include** [1] - 49:15
**included** [1] - 10:24
**including** [1] - 32:3
**incorporate** [1] - 51:3
**indeed** [1] - 30:24
**indicated** [2] - 32:15, 33:23
**individual** [10] - 16:25, 17:5, 18:7, 18:22, 21:2, 44:14, 47:7, 47:9, 66:9, 66:11
**industry** [1] - 64:25
**inexplicably** [1] - 44:25
**informal** [1] - 64:1
**informally** [1] - 62:8
**information** [3] - 20:4, 24:6, 60:25
**inherited** [1] - 51:24
**initial** [6] - 8:7, 8:11, 9:13, 13:13, 14:16, 31:10
**INITIAL** [1] - 5:8
**injured** [2] - 8:23, 28:11
**injury** [8] - 18:13, 27:15, 39:9, 39:10, 39:24, 40:9, 48:17, 66:11
**input** [2] - 58:25, 61:4
**Inquiry** [1] - 31:20
**INSPECTION** [1] - 5:23
**Inspection** [1] - 52:5
**instance** [1] - 20:24
**intelligently** [1] - 32:20
**intend** [2] - 35:3, 58:3
**intended** [1] - 40:14
**intending** [1] - 45:24
**intent** [2] - 20:6, 31:1
**interest** [2] - 66:5, 67:12
**interested** [3] - 38:12, 63:25, 66:20
**interests** [2] - 34:14, 62:1
**interface** [1] - 36:11
**International** [1] - 8:2
**interpreted** [1] - 41:7
**interrupt** [1] - 25:15
**intimately** [1] - 37:13
**intrigued** [1] - 35:14
**introduce** [2] - 7:5, 36:21
**Investigation** [1] - 24:5
**investigations** [2] -

9:7, 9:10
**investigative** [1] - 53:6
**invite** [1] - 68:21
**invited** [1] - 68:24
**involve** [1] - 45:6
**involved** [17] - 8:21, 9:7, 9:9, 15:22, 24:12, 24:14, 29:22, 30:8, 36:17, 37:14, 42:13, 43:5, 43:6, 51:24, 63:23, 65:23, 68:21
**involving** [1] - 33:19
**Iqbal** [1] - 14:2
**IS** [1] - 5:25
**isolation** [1] - 33:11
**issue** [27] - 10:23, 12:5, 12:9, 12:21, 12:22, 12:24, 13:20, 14:22, 18:18, 19:25, 20:3, 22:21, 29:21, 30:25, 33:11, 38:25, 43:21, 44:19, 45:10, 49:13, 52:16, 54:21, 56:3, 58:13, 61:20, 62:21
**issued** [3] - 8:4, 57:19, 60:14
**issues** [40] - 10:2, 10:21, 11:4, 11:14, 12:2, 12:18, 14:24, 14:25, 15:1, 16:17, 16:24, 16:25, 17:3, 17:4, 17:6, 17:7, 17:24, 22:22, 24:20, 30:7, 32:21, 33:12, 33:14, 33:16, 33:17, 38:15, 38:24, 42:12, 44:25, 47:5, 49:8, 51:8, 59:14, 64:6, 67:7, 68:1
**ISSUES....................
......** [1] - 5:18
**issuing** [1] - 51:4
**item** [1] - 11:9
**Item** [1] - 49:9
**items** [1] - 15:17
**itself** [3] - 14:12, 52:12, 52:21

**J**

**James** [4] - 35:16, 69:14, 69:15
**JAMES** [2] - 1:17, 2:4
**January** [6] - 17:21, 18:2, 22:4, 22:5, 22:19, 23:3

**JARRETT** [1] - 2:12
**jaws** [1] - 54:10
**jealous** [1] - 28:23
**jealously** [1] - 28:20
**JEFFERSON** [1] - 1:17
**Jewish** [1] - 38:5
**Jim** [5] - 7:8, 20:2, 45:16, 49:24, 51:17
**job** [3] - 13:25, 14:3, 56:11
**joined** [2] - 12:9, 14:22
**joint** [1] - 53:6
**Jones** [1] - 39:24
**JR** [1] - 1:23
**JUDGE** [1] - 1:13
**Judge** [14] - 6:10, 6:11, 6:13, 7:12, 16:5, 24:22, 26:6, 29:3, 29:20, 35:4, 51:19, 66:3, 66:15, 67:9
**judge** [6] - 28:5, 28:12, 36:25, 51:24, 67:10
**judges** [4] - 9:9, 36:24, 66:14, 66:21
**judicial** [2] - 50:4, 52:13
**July** [2] - 23:25, 37:6
**jumped** [1] - 15:16
**jurisdiction** [4] - 12:20, 19:12, 19:14, 19:15
**jury** [1] - 44:2
**Justice** [3] - 54:13, 55:2, 57:8
**JUSTICE** [2] - 3:11
**Justin** [1] - 69:4

**K**

**K-A-N-N-E-R** [1] - 58:8
**KANNER** [7] - 3:17, 3:18, 58:7, 58:12, 59:3, 63:9, 63:16
**Kanner** [9] - 56:16, 56:22, 58:6, 58:7, 58:10, 59:5, 61:3, 63:6, 63:7
**Kanner's** [1] - 57:6
**Katrina** [1] - 16:5
**KATZ** [1] - 1:19
**keep** [1] - 56:11
**KEITH** [1] - 2:12
**Kerry** [5] - 7:19, 26:15, 52:9, 57:18, 67:3
**KERRY** [1] - 2:8

**kill** [1] - 50:10
**kind** [14] - 13:23, 13:25, 14:15, 15:15, 16:3, 16:4, 19:22, 26:2, 26:16, 37:23, 50:14, 51:25, 59:11
**Kippur** [1] - 37:11
**Kirby** [1] - 7:21
**KIRBY** [2] - 3:3, 7:21
**KIRKLAND** [1] - 2:15
**Kirkland** [1] - 7:14
**KLEIN** [1] - 2:3
**knowledge** [3] - 29:25, 44:12
**knows** [3] - 8:16, 23:20, 34:4
**Kuchler** [1] - 7:23
**KY** [1] - 3:3
**Ky** [1] - 7:21

**L**

**LA** [9] - 1:18, 1:21, 1:24, 2:5, 2:10, 2:14, 2:20, 3:19, 4:2
**lack** [1] - 18:11
**LAFAYETTE** [1] - 1:18
**LANGAN** [10] - 2:16, 7:15, 20:14, 20:16, 21:3, 21:6, 21:8, 41:1, 41:3, 46:11
**Langan** [7] - 7:13, 20:14, 24:18, 39:18, 40:19, 41:1, 46:11
**language** [3] - 11:11, 49:15, 62:4
**languages** [1] - 65:8
**large** [1] - 64:21
**largely** [2] - 9:15, 51:19
**larger** [1] - 6:15
**LASALLE** [1] - 2:16
**last** [8] - 23:11, 23:25, 37:5, 55:13, 68:18, 68:25
**late** [4] - 26:25, 27:5, 34:16, 43:3
**Latham** [1] - 24:23
**Law** [1] - 41:24
**law** [11] - 13:20, 19:4, 30:1, 35:15, 40:10, 40:17, 40:24, 41:6, 41:14, 41:18, 64:10
**lawsuit** [1] - 50:9
**lawyers** [11] - 9:2, 9:18, 9:22, 29:11, 30:9, 31:17, 34:20, 54:15, 55:9, 55:10, 68:21

**leadership** [1] - 10:9
**leading** [1] - 25:13
**learn** [1] - 68:22
**learned** [2] - 20:5, 54:9
**least** [12] - 12:8, 12:17, 20:7, 27:14, 34:3, 34:9, 37:25, 46:3, 50:23, 56:23, 61:5, 61:6
**leave** [4] - 59:18, 59:24, 63:18, 68:13
**leaves** [1] - 62:22
**led** [1] - 66:4
**left** [2] - 45:22, 66:4
**Legal** [1] - 69:7
**legal** [18] - 11:14, 11:18, 12:12, 12:18, 12:22, 14:24, 15:1, 21:11, 21:16, 22:8, 22:20, 22:22, 23:16, 31:5, 32:21, 42:15, 47:7, 65:2
**LEGER** [2] - 1:22, 1:23
**less** [1] - 64:2
**letter** [1] - 67:14
**Lewis** [1] - 7:12
**LEWIS** [1] - 2:11
**LexisNexis** [1] - 49:11
**liability** [18] - 26:25, 27:3, 29:21, 30:7, 31:1, 33:12, 33:14, 33:16, 34:1, 34:16, 37:19, 38:11, 42:7, 43:18, 43:25, 44:18, 44:25
**LIABILITY** [1] - 5:13
**liaison** [30] - 7:5, 7:9, 10:3, 10:15, 25:1, 26:3, 29:19, 31:23, 36:2, 36:14, 38:12, 42:10, 48:20, 51:13, 57:1, 57:2, 57:8, 58:20, 60:10, 60:11, 60:12, 60:13, 60:14, 60:22, 63:11, 63:22, 63:23, 63:25, 65:18, 67:22
**lieu** [1] - 32:2
**lifted** [1] - 52:22
**light** [3] - 20:4, 31:1, 43:19
**likely** [1] - 57:6
**limitation** [29] - 23:6, 26:11, 26:25, 27:3, 29:21, 30:7, 30:22, 32:16, 33:8, 33:11, 33:18, 34:15, 37:19, 38:11, 39:23, 43:18, 43:23, 44:7, 44:8,

44:11, 44:13, 44:16, 44:24, 45:23, 48:14, 48:15, 56:25
LIMITATION [2] - 5:12, 5:13
limitations [1] - 30:10
limited [6] - 25:16, 30:7, 36:16, 39:5, 43:10, 44:9
limiting [1] - 27:1
line [4] - 15:16, 15:17, 30:3, 30:5
lion's [1] - 13:3
LISKOW [1] - 2:11
Liskow [1] - 7:12
listed [1] - 39:2
listen [1] - 6:14
listening [2] - 49:23, 49:25
litigants [1] - 17:5
Litigation [2] - 31:8, 35:19
litigation [16] - 8:8, 8:15, 8:17, 9:1, 9:4, 9:6, 9:14, 9:17, 10:1, 15:5, 15:22, 15:25, 16:5, 16:16, 16:20, 64:22
live [1] - 24:23
lives [1] - 8:22
lock [1] - 68:13
look [7] - 12:19, 46:1, 49:2, 49:23, 62:10, 67:16, 69:15
looked [2] - 35:19, 35:20
looking [4] - 17:24, 34:17, 47:19, 56:14
Loretta [1] - 36:19
LORETTA [1] - 3:22
loss [2] - 13:6, 41:19
lost [3] - 8:22, 54:21, 62:17
LOUISIANA [3] - 1:1, 1:7, 3:17
Louisiana [8] - 17:1, 29:12, 54:13, 56:18, 58:7, 69:6, 70:5, 70:6
Luan [2] - 64:19
LUAN [2] - 3:25, 64:19

## M

machine [1] - 50:7
magistrate [4] - 36:24, 36:25, 66:14, 66:21
magistrates [1] - 66:18

mail [2] - 55:5, 68:25
main [2] - 25:9, 38:16
major [6] - 10:19, 11:3, 20:7, 31:2, 51:23, 56:24
manage [4] - 15:8, 17:3, 17:7, 25:21
manageable [1] - 47:20
managed [2] - 47:22, 47:23
MANAGEMENT [1] - 5:5
management [2] - 16:20, 36:12
Management [6] - 10:25, 11:1, 29:2, 38:3, 49:15, 51:4
managing [2] - 11:13, 12:1
mandate [1] - 17:2
manner [1] - 9:19
Manual [2] - 31:8, 35:19
March [2] - 17:23, 46:4
Marine [3] - 24:4, 25:6, 31:20
maritime [7] - 13:23, 39:19, 39:23, 39:24, 40:17, 41:14, 48:13
Maritime [1] - 41:24
master [24] - 11:22, 13:10, 13:11, 13:14, 14:7, 15:9, 15:23, 17:18, 17:25, 18:6, 18:9, 18:12, 18:16, 18:20, 18:24, 19:1, 21:10, 21:16, 21:25, 22:9, 26:1, 29:25, 45:19, 50:5
matter [6] - 15:5, 16:9, 26:8, 47:7, 66:12, 70:10
matters [1] - 67:10
McCutchen [1] - 7:21
MCCUTCHEN [1] - 3:3
MCKINNEY [1] - 3:7
MDL [7] - 1:6, 6:20, 7:3, 8:11, 17:2, 23:22, 50:23
mean [6] - 18:19, 22:11, 25:11, 28:3, 31:9, 39:3
means [4] - 15:20, 21:24, 32:19, 32:20
meantime [3] - 14:13, 23:13, 59:12
measure [1] - 9:15
MECHANICAL [1] - 4:3

mechanics [4] - 36:1, 36:8, 36:17, 37:11
mediation [1] - 66:10
mediators [1] - 66:15
meet [9] - 36:17, 38:13, 58:19, 58:23, 58:24, 64:4, 67:9, 69:2
meeting [5] - 16:15, 45:17, 51:2, 55:8, 67:5
meetings [1] - 39:22
melded [1] - 31:16
member [1] - 69:6
members [4] - 10:8, 47:14, 65:9, 65:15
memorandum [1] - 53:5
mention [3] - 9:12, 35:18, 66:3
mentioned [5] - 9:8, 17:16, 22:21, 52:16, 67:5
menu [2] - 50:6, 50:11
merely [2] - 15:21, 44:15
Merit [1] - 70:4
merits [1] - 12:10
mess [1] - 51:25
met [3] - 35:23, 36:2, 57:21
method [1] - 15:14
MEXICO [1] - 1:5
MICHAEL [1] - 3:12
Michigan [1] - 24:23
Michoud [6] - 34:7, 52:13, 52:15, 52:24, 53:9, 53:17
mid [2] - 22:3, 43:3
might [11] - 11:11, 12:25, 13:20, 16:4, 17:12, 35:9, 46:3, 62:2, 62:9, 62:12, 67:19
Mike [2] - 54:4, 55:1
Mike's [2] - 68:19, 69:1
Miller [15] - 7:19, 26:14, 26:15, 30:19, 32:15, 37:13, 45:1, 45:4, 52:7, 52:9, 54:22, 55:12, 57:18, 67:2, 67:3
MILLER [14] - 2:8, 7:19, 26:15, 37:17, 37:21, 38:4, 45:5, 52:9, 53:8, 53:13, 54:3, 57:18, 58:4, 67:3
Miller's [2] - 43:21,

55:22
mindset [1] - 16:3
mine [1] - 6:16
minority [1] - 65:3
minute [1] - 57:20
minutes [1] - 36:3
mirrors [1] - 51:19
Mississippi [1] - 29:12
misspoke [2] - 45:9
mix [1] - 46:22
modified [1] - 26:13
MOEX [1] - 7:22
moment [2] - 8:9, 24:21
MONITION [1] - 5:12
monition [6] - 26:12, 26:19, 27:7, 34:25, 35:4, 44:10
month [8] - 8:4, 9:13, 37:25, 38:1, 57:25, 58:3, 67:16, 67:17
monthly [3] - 57:24, 58:4, 58:5
months [10] - 30:23, 31:14, 32:7, 33:8, 33:24, 34:10, 35:5, 35:6, 38:21, 38:22
moot [2] - 22:25
morning [2] - 67:20, 67:21
most [4] - 16:8, 33:12, 33:14, 36:21
Motion [1] - 53:24
motion [19] - 12:20, 19:8, 19:20, 22:10, 22:12, 22:15, 22:16, 34:22, 40:21, 41:16, 52:19, 53:23, 55:17, 59:18, 60:7, 60:9, 62:7, 62:13, 63:18
motions [16] - 12:15, 13:13, 17:22, 18:3, 18:25, 21:12, 21:14, 21:16, 22:8, 22:9, 22:20, 23:17, 31:5, 45:19, 47:4, 69:10
move [6] - 21:20, 26:8, 30:3, 34:12, 49:7, 55:22
moved [1] - 52:23
moving [4] - 29:10, 38:18, 38:20, 61:1
MR [122] - 7:8, 7:12, 7:15, 7:17, 7:19, 7:24, 8:1, 11:7, 14:8, 16:2, 17:20, 18:8, 18:23, 19:3, 19:9, 19:25, 20:2, 20:14, 20:16, 21:3, 21:6, 21:8, 24:21, 25:20,

26:6, 26:15, 27:11, 27:13, 27:19, 27:24, 28:2, 28:5, 29:10, 29:17, 30:5, 30:14, 30:18, 37:17, 37:21, 38:4, 39:13, 39:17, 40:19, 40:25, 41:1, 41:3, 41:5, 41:21, 41:23, 42:21, 43:2, 43:10, 43:19, 44:7, 44:19, 45:5, 45:9, 45:13, 45:15, 46:10, 46:11, 47:1, 47:15, 47:21, 47:24, 48:1, 48:19, 48:22, 49:5, 49:10, 49:16, 49:20, 49:24, 50:16, 51:5, 51:17, 52:3, 52:9, 53:8, 53:13, 54:3, 54:4, 54:6, 54:9, 54:17, 55:1, 55:4, 56:1, 56:14, 56:16, 56:23, 57:18, 58:4, 58:7, 58:12, 59:3, 59:9, 59:17, 59:22, 59:24, 60:17, 60:21, 61:9, 61:14, 62:4, 62:17, 63:1, 63:3, 63:5, 63:9, 63:16, 64:18, 64:24, 65:19, 65:25, 67:3, 68:8, 68:11, 68:15, 69:4, 69:9, 69:17
MS [1] - 7:21
multidistrict [1] - 8:15
multiple [2] - 33:16, 44:18

## N

naive [2] - 29:5, 66:7
Nalco [4] - 24:24, 24:25, 25:1, 25:5
name [8] - 24:22, 27:12, 28:8, 29:9, 29:11, 56:8, 62:6, 64:18
NASA [1] - 34:6
National [1] - 25:2
national [1] - 25:3
nature [3] - 24:7, 43:5, 60:8
necessarily [1] - 49:23
need [24] - 10:2, 11:14, 11:23, 12:17, 12:23, 14:24, 20:19, 21:22, 24:19, 26:16, 28:17, 30:3, 33:4, 33:24, 35:7, 35:8, 36:17, 44:20, 44:21,

50:22, 50:23, 50:25, 59:1, 67:16
**needless** [1] - 46:20
**needs** [5] - 26:12, 38:18, 38:20, 60:3, 65:23
**never** [6] - 22:17, 35:14, 41:14, 54:10, 54:15, 66:5
**New** [1] - 68:20
**NEW** [9] - 1:7, 1:21, 1:24, 2:5, 2:10, 2:14, 2:20, 3:19, 4:2
**new** [1] - 40:13
**news** [1] - 53:9
**next** [15] - 12:10, 22:24, 26:8, 30:6, 32:6, 34:16, 35:11, 38:10, 38:13, 38:25, 47:6, 51:2, 51:8, 64:16, 67:11
**NEXT** [1] - 5:25
**night** [1] - 55:13
**nine** [1] - 29:20
**NO** [1] - 1:6
**nobody** [1] - 63:12
**non** [1] - 39:19
**non-maritime** [1] - 39:19
**nonlimitation** [1] - 43:24
**nonlimiting** [1] - 27:2
**NORTH** [1] - 2:16
**note** [1] - 20:22
**noted** [1] - 38:5
**nothing** [6] - 30:11, 31:11, 35:20, 35:21, 37:7, 50:20
**notice** [1] - 52:13
**noticed** [1] - 16:18
**notion** [1] - 35:13
**November** [4] - 21:20, 26:21, 35:4, 38:1
**number** [13] - 10:2, 13:5, 13:6, 27:15, 36:16, 39:5, 46:5, 55:5, 55:25, 56:1, 64:21
**Number** [8] - 8:5, 49:9, 51:10, 55:18, 59:6, 59:21, 63:19, 63:22
**numbered** [1] - 70:9
**nutshell** [1] - 15:15

**O**

**O'Briens** [1] - 25:5
**o'clock** [2] - 69:1

**O'KEEFE** [1] - 1:20
**object** [1] - 34:25
**objection** [6] - 27:8, 53:2, 60:6, 60:12, 60:23, 61:6
**objections** [1] - 63:12
**objective** [1] - 11:11
**observation** [1] - 16:23
**observations** [1] - 56:19
**obvious** [1] - 54:20
**obviously** [17] - 6:18, 8:8, 8:16, 8:21, 10:12, 11:2, 33:21, 36:1, 39:16, 39:23, 43:8, 46:9, 48:9, 54:1, 64:9, 65:2, 68:1
**occasion** [1] - 68:18
**occur** [4] - 12:9, 27:5, 34:9, 46:9
**occurring** [3] - 23:19, 34:16, 53:14
**ocean** [1] - 34:6
**October** [7] - 21:20, 34:17, 37:12, 38:1, 38:4, 48:8, 67:17, 67:20
**OCTOBER** [1] - 5:25
**OF** [10] - 1:1, 1:5, 1:12, 3:11, 3:17, 3:22, 5:16, 5:23, 5:24
**offer** [2] - 55:6, 57:13
**offhand** [1] - 69:14
**Office** [4] - 15:13, 36:9, 36:18, 50:10
**OFFICIAL** [1] - 4:1
**Official** [2] - 70:5, 70:15
**Offshore** [1] - 7:22
**often** [1] - 40:7
**oil** [2] - 8:19, 25:14
**Oil** [2] - 8:24, 40:13
**OIL** [2] - 1:4, 1:4
**ON** [1] - 1:5
**once** [5] - 20:11, 41:13, 45:3, 45:21, 46:8
**one** [34] - 6:9, 9:2, 12:18, 12:25, 13:14, 14:9, 14:20, 17:11, 25:14, 26:16, 26:23, 27:20, 34:3, 35:1, 36:21, 36:24, 37:6, 41:9, 45:10, 45:13, 46:12, 46:13, 48:8, 50:3, 50:11, 50:12, 50:23, 55:14, 56:14,

62:18, 68:13, 69:9
**ONE** [2] - 2:13, 3:7
**one-page** [1] - 50:11
**one-year** [1] - 26:23
**ongoing** [1] - 31:17
**OPA** [17] - 12:20, 13:21, 15:1, 22:22, 39:7, 39:17, 39:19, 39:20, 40:5, 40:13, 40:22, 40:23, 42:1, 46:14, 48:13, 48:14
**OPA-type** [1] - 42:1
**OPEN** [1] - 6:4
**open** [4] - 21:20, 31:24, 37:8, 55:6
**opened** [1] - 6:11
**operate** [1] - 19:3
**operation** [1] - 19:4
**operative** [2] - 13:24, 15:4
**opportunity** [4] - 12:15, 58:9, 58:19, 66:5
**opposed** [2] - 22:5, 48:13
**options** [1] - 50:6
**oral** [2] - 69:12
**order** [24] - 8:5, 8:7, 8:12, 8:14, 9:13, 10:11, 13:25, 22:3, 22:14, 23:2, 23:24, 24:6, 26:17, 30:19, 32:12, 50:17, 52:20, 59:17, 61:1, 62:5, 62:13, 62:20, 64:4
**Order** [9] - 8:5, 10:25, 11:1, 29:2, 38:3, 49:15, 51:4, 55:18, 63:19
**ORDER.....................
........... [1] - 5:5
**ORDERS** [1] - 5:20
**orders** [6] - 8:6, 28:21, 28:22, 51:1, 64:11, 65:7
**ordinary** [1] - 19:19
**organize** [2] - 9:3, 21:22
**organized** [1] - 10:6
**organizing** [1] - 10:12
**ORLEANS** [7] - 1:7, 1:21, 1:24, 2:5, 2:10, 2:14, 2:20, 3:19, 4:2
**Orleans** [1] - 68:20
**otherwise** [1] - 15:25
**ought** [1] - 37:21
**ourselves** [2] - 35:23, 57:7
**outside** [1] - 28:9
**overflow** [1] - 6:9

**overstated** [1] - 45:24
**own** [2] - 11:23, 18:15
**owner** [1] - 17:2
**owners** [2] - 40:2, 41:22

**P**

**p.m** [1] - 69:20
**P.M** [1] - 1:7
**page** [2] - 50:11
**PAGE** [1] - 5:3
**pages** [3] - 23:21, 24:1, 24:2
**paid** [1] - 42:2
**panel** [1] - 8:15
**paper** [1] - 61:1
**paragraphs** [1] - 50:12
**parallel** [1] - 41:12
**parishes** [1] - 40:3
**part** [4] - 10:12, 29:8, 46:21, 54:18
**participate** [1] - 47:8
**particular** [9] - 13:3, 13:20, 18:20, 35:7, 43:9, 57:10, 58:13, 59:15, 66:15
**particularly** [3] - 11:3, 14:8, 45:16
**parties** [24] - 7:7, 11:12, 13:4, 17:10, 27:1, 32:18, 33:19, 33:21, 33:22, 34:15, 34:20, 36:15, 38:12, 45:1, 45:2, 46:4, 47:3, 47:19, 53:4, 53:15, 64:9, 66:20, 66:25
**PARTY** [1] - 5:24
**Party** [1] - 59:7
**party** [13] - 19:18, 19:25, 20:3, 22:10, 23:2, 23:8, 33:19, 33:21, 59:19, 59:25, 60:24, 63:19, 66:25
**passed** [1] - 40:13
**pay** [1] - 30:10
**penalty** [1] - 8:25
**pending** [3] - 9:11, 24:9, 24:15
**people** [18] - 26:16, 27:15, 28:11, 28:16, 30:9, 36:16, 41:17, 41:20, 44:14, 49:22, 55:9, 55:14, 55:22, 55:23, 56:10, 64:24, 69:2
**PEPPER** [1] - 4:1
**Pepper** [3] - 70:3,

70:13, 70:14
**perfect** [1] - 61:13
**perfectly** [1] - 21:25
**perhaps** [11] - 8:13, 10:17, 11:5, 16:3, 22:25, 39:1, 39:4, 39:5, 48:4, 48:11, 66:5
**period** [1] - 64:5
**periodically** [1] - 57:21
**permanent** [1] - 10:8
**permanently** [1] - 53:19
**permissible** [1] - 56:17
**person** [1] - 27:20
**personal** [9] - 18:13, 19:12, 19:14, 27:13, 27:15, 39:9, 39:24, 48:17, 66:11
**personalities** [1] - 17:13
**persons** [1] - 36:22
**pertained** [1] - 52:21
**Phil** [2] - 8:1, 45:15
**PHILLIP** [1] - 2:19
**phone** [4] - 55:4, 55:24, 67:14, 68:4
**phrase** [2] - 39:17, 42:10
**phrases** [1] - 25:21
**physical** [2] - 40:9, 52:17
**PI** [2] - 43:13, 43:17
**Picayune** [2] - 52:11, 52:14
**pick** [1] - 35:7
**picture** [1] - 52:12
**pieces** [1] - 34:4
**Pigman** [1] - 8:1
**PIGMAN** [1] - 2:18
**place** [3] - 14:4, 28:9, 32:2
**places** [1] - 9:18
**plaintiff** [6] - 13:15, 27:15, 31:17, 44:1, 54:23, 65:18
**plaintiff's** [1] - 15:13
**PLAINTIFFS** [1] - 1:16
**plaintiffs** [28] - 7:7, 7:9, 10:9, 11:8, 11:10, 12:5, 16:14, 20:8, 20:10, 23:23, 24:4, 31:3, 31:24, 32:6, 46:2, 47:2, 51:5, 58:11, 59:10, 59:19, 59:25, 60:11, 60:13, 63:11, 63:19, 63:22, 64:6, 64:21

**plaintiffs'** [5] - 42:17, 50:3, 51:13, 57:1, 57:8
**Plaintiffs'** [1] - 51:14
**plan** [4] - 37:15, 52:3, 57:15, 63:14
**Plan** [2] - 25:2, 43:14
**plans** [1] - 43:14
**plate** [1] - 45:18
**players** [1] - 58:24
**pleading** [15] - 11:14, 14:7, 15:20, 16:13, 16:17, 20:20, 20:22, 21:12, 22:4, 22:13, 23:4, 26:1, 35:13, 35:15, 35:18
**PLEADING** [2] - 5:6, 5:9
**pleadings** [17] - 11:4, 11:18, 12:6, 12:7, 12:14, 12:18, 12:23, 13:2, 15:12, 17:19, 18:15, 22:20, 23:15, 23:16, 24:10, 24:16
**pleased** [1] - 37:5
**pods** [5] - 52:25, 53:4, 53:10, 53:11, 56:9
**point** [13] - 10:7, 20:19, 22:24, 23:11, 29:13, 30:22, 32:12, 45:23, 46:9, 46:12, 46:13, 48:22, 65:12
**pointing** [1] - 44:15
**points** [1] - 15:16
**Polk** [1] - 7:23
**Pollution** [2] - 8:24, 40:13
**position** [12] - 12:8, 12:17, 23:14, 24:13, 24:15, 27:22, 31:16, 31:25, 40:20, 40:21, 40:25, 49:1
**positioned** [1] - 24:11
**positions** [1] - 10:10
**possibility** [2] - 12:25, 41:12
**possible** [6] - 10:1, 24:13, 45:11, 48:5, 56:20, 68:3
**post** [1] - 20:25
**posted** [1] - 6:20
**potential** [2] - 43:24, 68:23
**POYDRAS** [4] - 2:4, 2:9, 2:13, 4:1
**practice** [7] - 23:2, 23:8, 28:13, 34:22, 40:21, 41:16, 64:10
**practiced** [1] - 28:19
**pre** [1] - 40:23

**pre-OPA** [1] - 40:23
**precedent** [1] - 29:3
**precise** [1] - 20:23
**preempt** [1] - 41:4
**preemption** [1] - 14:25
**preempts** [1] - 40:22
**prefer** [1] - 62:20
**preference** [2] - 30:21, 30:24
**prejudice** [1] - 53:25
**premature** [2] - 45:17, 46:23
**premium** [1] - 9:18
**prepared** [2] - 63:2, 67:11
**PRESENT** [1] - 3:22
**present** [1] - 53:23
**presentation** [1] - 67:8
**presented** [3] - 11:21, 11:24, 52:19
**presentment** [3] - 14:25, 22:21, 42:16
**preservation** [8] - 52:17, 52:18, 52:21, 57:22, 58:5, 60:3, 61:24, 61:25
**preserving** [1] - 61:19
**president** [2] - 69:3, 69:5
**presume** [3] - 50:18, 57:4, 57:5
**Pretrial** [3] - 8:5, 55:18, 63:19
**pretrial** [6] - 6:19, 8:5, 8:6, 8:7, 9:13
**pretty** [3] - 8:21, 11:10, 66:14
**prevent** [1] - 15:11
**preventer** [1] - 34:5
**prevents** [1] - 15:8
**previously** [1] - 18:2
**primarily** [1] - 28:15
**primary** [2] - 7:6, 12:15
**principal** [1] - 12:1
**principally** [1] - 18:13
**principle** [1] - 14:21
**private** [1] - 63:11
**privity** [3] - 29:24, 29:25, 44:12
**Pro** [2] - 68:20, 68:22
**problem** [7] - 14:12, 20:20, 47:10, 55:5, 56:21, 62:2, 67:19
**problematic** [1] - 42:11
**proceed** [4] - 10:1, 44:9, 44:14, 62:22

**proceeding** [3] - 32:17, 37:1, 45:23
**PROCEEDINGS** [3] - 1:12, 4:3, 6:1
**proceedings** [7] - 24:4, 55:11, 65:3, 65:9, 68:21, 69:20, 70:9
**proceeds** [1] - 62:1
**processor** [1] - 41:23
**PRODUCED** [1] - 4:3
**produced** [3] - 14:18, 31:19, 31:21
**production** [5] - 31:17, 32:2, 32:3, 32:7, 57:12
**Production** [1] - 20:16
**productive** [1] - 55:10
**Professional** [1] - 70:4
**progress** [1] - 55:11
**Project** [2] - 68:20, 68:23
**project** [2] - 68:23, 69:7
**prominent** [1] - 69:6
**promise** [2] - 56:18, 57:5
**promptly** [1] - 66:10
**proper** [1] - 27:7
**properly** [1] - 46:21
**property** [2] - 40:2, 40:9
**proposal** [12] - 15:20, 17:24, 20:17, 23:14, 29:15, 30:12, 33:3, 34:11, 51:15, 51:18, 55:16
**proposals** [1] - 17:16
**propose** [5] - 17:18, 20:24, 33:7, 33:8, 49:14
**proposed** [21] - 10:15, 10:25, 12:19, 13:7, 14:4, 14:15, 22:3, 22:13, 23:2, 24:6, 28:21, 28:22, 33:6, 42:17, 43:12, 50:3, 59:17, 59:18, 61:1, 62:5, 67:24
**proposing** [5] - 25:18, 29:1, 29:20, 30:4, 33:15
**protect** [2] - 28:20, 62:1
**protective** [4] - 51:1, 52:19, 62:13, 64:11
**PROTECTIVE** [1] - 5:20
**protocol** [5] - 51:2,

52:18, 52:25, 53:20, 61:23
**PROTOCOL.........** [1] - 5:21
**protocols** [1] - 51:1
**PROTOCOLS** [1] - 5:21
**provide** [8] - 11:12, 12:1, 24:6, 60:13, 60:14, 63:5, 63:23, 63:25
**provided** [1] - 25:1
**provides** [1] - 23:14
**providing** [1] - 56:7
**proximity** [1] - 42:12
**prudently** [1] - 60:2
**psychological** [1] - 39:10
**PTO** [2] - 59:11, 59:24
**public** [1] - 7:2
**punitive** [1] - 41:15
**pure** [8] - 39:17, 39:19, 39:20, 40:8, 41:19, 48:13, 48:14
**purely** [2] - 40:6, 40:15
**purported** [2] - 46:17, 46:19
**purpose** [1] - 11:25
**purposes** [5] - 14:2, 16:13, 16:20, 20:9
**pursuant** [1] - 8:14
**pursue** [1] - 67:1
**pushed** [1] - 52:24
**put** [5] - 32:8, 51:14, 52:23, 56:9, 62:15
**putative** [1] - 47:13

**Q**

**quash** [1] - 60:7
**questions** [2] - 15:18, 17:14
**quickly** [1] - 66:8
**quite** [1] - 53:8

**R**

**raided** [1] - 55:10
**raise** [1] - 60:7
**raising** [1] - 19:12
**ranging** [1] - 15:22
**rate** [1] - 68:16
**rather** [8] - 18:15, 27:17, 29:15, 41:4, 50:8, 52:2, 57:11, 67:1
**RE** [1] - 1:4

**reached** [1] - 26:20
**read** [7] - 10:18, 29:14, 29:16, 53:5, 62:4, 62:5, 62:21
**reading** [1] - 19:6
**ready** [2] - 67:6, 67:10
**real** [1] - 42:14
**realistic** [3] - 33:6, 33:25, 34:11
**realize** [1] - 58:14
**really** [17] - 11:12, 11:13, 11:18, 11:25, 12:5, 12:10, 12:14, 13:10, 13:11, 14:3, 15:2, 20:8, 32:5, 32:6, 59:13, 63:10, 66:16
**Realtime** [1] - 70:3
**reason** [5] - 13:1, 18:11, 25:8, 46:23, 53:7
**reasonable** [2] - 22:5, 41:18
**reasons** [1] - 66:23
**rebuttal** [1] - 54:14
**received** [1] - 60:15
**recess** [1] - 38:8
**recollection** [1] - 51:12
**record** [6] - 7:6, 15:11, 20:1, 55:7, 61:13, 70:9
**Record** [1] - 53:24
**RECORDED** [1] - 4:3
**recovered** [1] - 34:6
**recovery** [1] - 19:16
**REDDEN** [1] - 3:6
**redesign** [1] - 57:11
**reference** [1] - 35:22
**refile** [1] - 54:1
**reflect** [1] - 28:22
**reflected** [1] - 28:22
**reflects** [1] - 43:20
**refreshment** [1] - 68:22
**regard** [2] - 35:12, 48:22
**regarding** [1] - 51:1
**REGARDING** [1] - 5:20
**regardless** [2] - 18:2, 19:7
**Registered** [2] - 70:3, 70:4
**regular** [3] - 51:21, 53:3, 58:3
**regulatory** [1] - 8:25
**rejected** [1] - 42:3
**relate** [2] - 17:18, 59:16

**related** [5] - 9:5, 11:4, 20:25, 34:1, 38:25
**RELATES** [1] - 1:8
**relates** [1] - 12:4
**relating** [1] - 38:15
**relation** [1] - 25:18
**relationships** [1] - 9:19
**relative** [2] - 59:20, 63:20
**release** [1] - 25:14
**reluctantly** [1] - 48:12
**remaining** [1] - 20:7
**remind** [1] - 31:13
**RENAISSANCE** [1] - 2:22
**repeat** [2] - 44:5, 44:6
**repeated** [1] - 31:14
**repeatedly** [1] - 31:25
**report** [3] - 38:14, 56:12, 67:22
**REPORTER** [1] - 4:1
**Reporter** [6] - 70:3, 70:4, 70:5, 70:15
**REPORTER'S** [1] - 70:1
**Reporting** [1] - 51:10
**REPORTING** [1] - 5:22
**reporting** [1] - 51:21
**reports** [1] - 58:5
**represent** [4] - 54:25, 58:10, 62:1, 64:20
**representative** [1] - 47:9
**representatives** [1] - 36:16
**represented** [2] - 60:11, 63:10
**representing** [6] - 7:13, 7:17, 7:23, 8:2, 45:15, 56:17
**represents** [1] - 60:9
**request** [2] - 65:6, 65:7
**requested** [2] - 57:1, 69:13
**requests** [1] - 31:14
**require** [2] - 33:16, 67:14
**required** [5] - 22:10, 22:16, 22:17, 42:7, 64:11
**requirement** [2] - 23:8, 41:12
**reservations** [1] - 27:16
**resolution** [2] - 9:14, 33:5
**resolved** [3] - 17:22, 58:14, 64:6

**resort** [1] - 40:23
**resources** [1] - 50:4
**respect** [8] - 9:5, 11:4, 21:22, 26:19, 33:2, 43:9, 43:25, 64:5
**respected** [1] - 49:1
**respectfully** [1] - 65:7
**respond** [4] - 17:21, 18:24, 25:25, 46:25
**responded** [1] - 15:10
**responder** [2] - 25:8, 25:12, 25:23
**responders** [1] - 25:25
**response** [3] - 24:12, 40:12, 59:1
**Response** [1] - 25:6
**responsible** [1] - 45:2
**responsive** [4] - 17:19, 22:4, 22:12, 22:20
**rest** [1] - 15:5
**restaurant** [2] - 17:2, 41:22
**restaurants** [1] - 40:2
**result** [1] - 33:20
**resulted** [1] - 8:19
**return** [1] - 60:15
**reviewed** [1] - 28:21
**revised** [2] - 32:7, 32:10
**RICHTER** [1] - 2:3
**RICO** [1] - 14:9
**RIG** [1] - 1:4
**rig** [1] - 8:22
**rights** [4] - 28:21, 28:23, 32:3, 41:14
**ripe** [1] - 50:8
**RMR** [2] - 4:1, 70:14
**road** [1] - 47:19
**Robin** [2] - 40:7, 41:25
**Robins** [2] - 13:22, 41:18
**role** [1] - 25:12
**roll** [2] - 61:14
**Ronquillo** [1] - 7:24
**RONQUILLO** [1] - 2:21
**ROOM** [2] - 3:13, 4:1
**Rose** [1] - 28:9
**route** [1] - 67:1
**ROY** [27] - 1:16, 1:17, 7:8, 19:25, 20:2, 27:13, 27:19, 30:18, 39:13, 39:17, 40:19, 40:25, 41:5, 41:21, 41:23, 42:21, 43:2, 43:10, 43:19, 44:7, 44:19, 45:9, 49:20, 49:24, 50:16, 51:17, 52:3

**Roy** [16] - 7:8, 10:22, 19:24, 20:2, 27:10, 27:12, 28:4, 30:16, 39:12, 48:11, 49:22, 49:24, 51:17, 65:19
**Roy's** [1] - 22:25
**rub** [2] - 38:16, 40:16
**rudimentary** [1] - 14:17
**rule** [3] - 12:15, 40:7, 44:11
**Rule** [18] - 12:20, 13:13, 17:22, 18:25, 19:8, 19:20, 22:8, 22:12, 22:15, 22:16, 24:7, 27:1, 31:7, 31:9, 32:2, 32:10, 40:20, 45:19
**ruled** [2] - 22:17, 54:7
**rules** [1] - 13:13
**Rules** [1] - 22:11

## S

**s/Cathy** [1] - 70:13
**SALLY** [1] - 3:22
**Sally** [3] - 36:22, 36:23, 36:24
**sample** [2] - 59:20, 63:20
**samples** [3] - 61:17, 62:5, 62:6
**sampling** [2] - 59:14, 60:2
**SAN** [1] - 3:14
**sank** [1] - 29:23
**satisfaction** [1] - 42:4
**satisfactory** [1] - 62:24
**satisfied** [1] - 32:6
**Saturday** [1] - 53:10
**schedule** [4] - 33:9, 34:24, 56:6, 57:3
**scheduled** [3] - 6:24, 37:4, 37:6
**scheduling** [4] - 10:21, 46:1, 64:16
**scope** [4] - 23:17, 38:15, 38:19, 40:14
**SCOPE** [1] - 5:16
**sea** [1] - 52:23
**Seacor** [1] - 25:6
**seamen** [1] - 28:23
**seat** [1] - 6:12
**seated** [1] - 6:7
**second** [3] - 12:5, 21:9, 48:22
**SECREST** [1] - 3:6
**see** [23] - 10:16, 10:19,

11:3, 14:9, 17:2, 17:6, 18:12, 23:17, 28:22, 33:10, 35:17, 37:11, 38:14, 40:20, 45:10, 54:7, 58:14, 58:20, 58:25, 61:23, 62:20, 62:23, 67:18
**seem** [4] - 28:16, 60:6, 61:22, 65:20
**select** [2] - 45:22, 45:25
**selected** [1] - 46:5
**selective** [1] - 28:6
**send** [1] - 50:10
**sense** [4] - 16:12, 36:1, 39:8, 39:14
**separate** [10] - 14:7, 15:25, 16:5, 16:19, 17:11, 17:25, 26:1, 29:15, 30:11
**separately** [2] - 43:7, 43:12
**September** [3] - 52:20, 57:20, 69:10
**SEPTEMBER** [2] - 1:7, 6:3
**seriousness** [1] - 66:17
**serve** [10] - 13:11, 13:23, 13:24, 15:4, 59:19, 59:25, 62:8, 62:11, 63:19, 64:7
**Serve** [1] - 49:11
**served** [1] - 64:3
**SERVICE** [1] - 5:18
**service** [3] - 49:8, 50:18, 50:19
**session** [1] - 36:3
**set** [11] - 11:24, 12:4, 25:21, 25:24, 26:3, 35:4, 35:9, 37:9, 37:15, 37:25, 42:5, 43:6, 48:7, 58:3, 67:15, 69:10
**sets** [1] - 30:23
**setting** [2] - 11:5, 25:21
**settle** [2] - 13:16, 23:16
**settled** [2] - 23:15, 66:8
**settlement** [6] - 24:16, 66:10, 66:19, 66:25, 67:9
**settles** [1] - 45:21
**settling** [2] - 24:9, 66:6
**seven** [2] - 29:20, 33:9
**several** [4] - 8:5, 34:9, 37:17, 37:22

**severing** [1] - 37:20
**shall** [1] - 17:25
**share** [1] - 13:3
**SHAW** [1] - 1:22
**SHELL** [1] - 2:13
**SHER** [1] - 2:3
**shifts** [1] - 29:24
**short** [3] - 10:11, 13:23, 50:1
**Shushan** [4] - 36:24, 66:3, 66:15, 67:9
**SHUSHAN** [1] - 3:22
**shut** [1] - 54:16
**side** [6] - 10:5, 10:25, 15:13, 36:16, 61:16, 62:25
**sides** [2] - 36:10, 41:8
**signals** [1] - 37:23
**signed** [1] - 7:1
**significance** [1] - 6:24
**similar** [1] - 39:15
**simple** [2] - 50:11, 61:19
**simplified** [1] - 50:14
**simply** [2] - 7:1, 50:12
**simultaneously** [1] - 30:25
**sincerely** [1] - 57:13
**single** [1] - 16:9
**sinking** [1] - 8:19
**sit** [1] - 54:16
**site** [2] - 6:21, 7:2
**sites** [1] - 65:14
**sitting** [2] - 34:6, 52:12
**situated** [2] - 25:9, 25:23
**situation** [2] - 28:17, 51:23
**six** [9] - 23:20, 32:6, 33:8, 33:24, 35:5, 35:6, 52:5, 66:21, 69:1
**SMITH** [1] - 3:23
**Smith** [1] - 36:18
**snatch** [1] - 54:10
**so-called** [2] - 14:6, 15:20
**solve** [1] - 62:2
**solves** [1] - 56:3
**someone** [3] - 50:7, 68:2, 69:11
**sometime** [5] - 34:16, 43:1, 43:3, 46:4, 48:6
**somewhat** [2] - 12:4, 29:4
**somewhere** [1] - 67:17

**sooner** [1] - 21:19
**sorry** [2] - 49:24, 58:10
**sort** [5] - 23:12, 38:25, 40:11, 66:10
**sorted** [1] - 32:21
**sounds** [2] - 53:22, 62:17
**Southeast** [1] - 69:6
**Spanish** [3] - 65:4, 65:8, 65:15
**Spanish-speaking** [1] - 65:4
**spatial** [1] - 42:13
**speakers** [1] - 7:6
**speaking** [7] - 7:14, 28:10, 29:6, 29:14, 60:20, 60:21, 65:4
**specific** [4] - 12:18, 12:23, 42:22, 43:14
**specifically** [2] - 21:2, 62:16
**Spill** [1] - 25:6
**spill** [3] - 8:19, 24:12, 25:3
**SPILL** [1] - 1:4
**spirit** [3] - 43:20, 55:18, 55:19
**spirited** [2] - 41:8, 41:16
**spoken** [2] - 59:3, 65:17
**spring** [6] - 39:1, 43:1, 43:3, 46:4, 48:4
**SQUARE** [1] - 2:13
**stack** [1] - 53:14
**stand** [7] - 11:23, 21:12, 21:17, 25:6, 36:22, 36:23, 67:10
**standard** [1] - 24:7
**standing** [6] - 6:8, 6:13, 6:17, 13:22, 36:23, 54:7
**standpoint** [2] - 32:16, 60:3
**stands** [3] - 13:1, 53:21, 67:6
**start** [4] - 10:14, 38:8, 39:1, 45:17
**started** [2] - 36:3, 48:8
**starting** [5] - 7:7, 14:14, 14:19, 37:11, 40:1
**State** [4] - 17:1, 56:17, 58:7, 70:5
**state** [7] - 9:6, 9:8, 13:19, 13:20, 40:10, 56:20, 58:11
**STATE** [1] - 3:17
**STATES** [3] - 1:1,

1:13, 3:11
**states** [2] - 40:2, 58:18
**States** [4] - 17:1, 66:13, 70:6, 70:16
**Status** [2] - 52:5, 59:6
**status** [6] - 6:19, 53:16, 57:23, 64:17, 67:22, 67:24
**STATUS** [4] - 1:12, 5:23, 5:24, 5:25
**stay** [1] - 59:12
**Steering** [1] - 51:14
**steering** [5] - 10:8, 10:9, 14:4, 21:23, 29:1
**STENOGRAPHY** [1] - 4:3
**STEPHEN** [1] - 1:20
**Steve** [5] - 7:8, 11:8, 47:1, 51:5, 59:9
**still** [6] - 18:6, 40:10, 41:13, 54:17, 55:11, 62:12
**STONE** [1] - 2:18
**Stone** [1] - 8:1
**strategies** [1] - 17:13
**STREET** [11] - 1:17, 1:23, 2:4, 2:9, 2:13, 2:19, 2:23, 3:4, 3:7, 3:18, 4:1
**strict** [1] - 42:6
**strictly** [1] - 40:23
**strong** [2] - 27:8, 27:16
**strongly** [1] - 40:21
**structure** [1] - 9:4
**subgrouping** [1] - 13:8
**subject** [5] - 15:23, 41:8, 41:16, 46:19, 48:15
**submission** [1] - 42:17
**submissions** [1] - 10:4
**submit** [3] - 31:6, 67:22
**submitted** [6] - 10:4, 10:18, 29:15, 31:7, 33:1, 33:7
**subpoena** [3] - 61:20, 62:3, 62:11
**subpoenas** [11] - 59:19, 59:25, 60:13, 60:24, 63:2, 63:20, 63:24, 64:1, 64:2, 64:5, 64:7
**subsequent** [1] - 8:6
**substantial** [1] - 27:14
**successful** [1] - 13:5

**suffered** [1] - 28:15
**suggest** [17] - 18:6, 35:12, 36:14, 41:5, 41:11, 42:20, 42:23, 43:2, 43:3, 55:19, 57:4, 58:1, 58:23, 61:15, 61:20, 65:6, 67:19
**suggested** [10] - 21:18, 27:6, 30:19, 34:15, 39:4, 42:22, 42:24, 48:11, 51:13, 61:4
**suggesting** [9] - 16:19, 18:4, 18:21, 25:18, 43:17, 44:17, 44:19, 46:3, 62:15
**suggestion** [8] - 19:6, 51:15, 54:19, 54:22, 55:15, 62:19, 64:22, 65:1
**suggestions** [1] - 10:5
**sui** [1] - 40:12
**suit** [3] - 13:17, 50:8
**SUITE** [3] - 2:13, 2:23, 3:7
**supplementing** [1] - 8:6
**suppliers** [1] - 40:1
**support** [2] - 25:22, 68:23
**supposed** [1] - 52:25
**Supreme** [1] - 54:13
**surprised** [1] - 37:4
**survivors** [2] - 28:24, 67:7
**suspect** [4] - 40:21, 40:25, 62:12, 65:21
**sympathetic** [2] - 33:4, 67:7
**system** [2] - 36:12

# T

**T-R-A-N** [1] - 64:19
**table** [2] - 49:1, 50:20
**tabled** [1] - 23:4
**tagalongs** [1] - 8:11
**talks** [1] - 22:3
**Tammy** [1] - 64:20
**target** [1] - 29:10
**targeted** [2] - 43:9, 43:14
**tasks** [1] - 9:2
**Tate** [1] - 54:13
**tea** [1] - 62:22
**team** [1] - 53:6
**technical** [2] - 55:8, 55:13, 61:16

**tee** [2] - 12:18, 15:1
**teed** [1] - 42:14
**temporal** [1] - 42:13
**temporarily** [1] - 37:25
**ten** [2] - 10:11, 38:13
**tender** [2] - 27:1, 45:6
**tendered** [1] - 20:10
**tendering** [1] - 20:6
**tentative** [3] - 6:20, 24:25, 67:24
**term** [2] - 35:14, 41:3
**terms** [8] - 12:13, 21:9, 37:10, 44:21, 46:22, 49:12, 52:21, 61:19
**test** [13] - 39:2, 43:6, 45:17, 45:22, 45:25, 46:12, 46:14, 46:19, 47:10, 47:16, 48:5, 48:7
**TEST** [1] - 5:17
**tested** [1] - 34:8
**testimony** [2] - 24:5, 34:2
**Testing** [1] - 52:6
**testing** [6] - 34:9, 53:20, 55:22, 59:20, 60:2, 63:21
**TESTING.............** [1] - 5:23
**tethered** [1] - 12:23
**Texas** [2] - 28:9, 29:12
**THE** [125] - 1:4, 1:5, 1:12, 1:16, 2:8, 3:11, 3:17, 3:22, 5:23, 5:25, 6:7, 7:11, 7:16, 8:3, 14:6, 15:19, 17:16, 17:24, 18:19, 19:1, 19:5, 19:23, 20:1, 20:12, 20:15, 21:1, 21:5, 21:7, 24:18, 25:15, 26:2, 26:7, 27:8, 27:12, 27:17, 27:20, 28:1, 28:3, 29:8, 29:13, 30:1, 30:13, 30:15, 32:23, 37:19, 37:24, 38:5, 39:14, 39:21, 40:23, 41:2, 41:20, 41:22, 42:20, 42:24, 43:8, 43:16, 44:5, 44:17, 44:22, 45:8, 45:12, 45:14, 45:24, 46:24, 47:12, 47:17, 47:25, 48:9, 48:21, 49:4, 49:6, 49:14, 49:17, 49:22, 50:14, 50:22, 51:9, 51:20, 52:4, 53:5, 53:12, 53:22, 54:5, 54:7,

54:12, 54:24, 55:3, 55:24, 56:13, 56:15, 56:21, 57:17, 58:1, 58:6, 58:10, 58:23, 59:5, 59:16, 59:18, 59:23, 60:9, 60:20, 61:7, 61:11, 62:3, 62:7, 62:24, 63:2, 63:4, 63:7, 63:14, 63:17, 64:15, 64:23, 65:17, 65:21, 66:2, 67:13, 68:10, 68:13, 69:3, 69:8, 69:14, 69:18
**themselves** [5] - 7:5, 9:16, 9:20, 21:23
**theories** [1] - 11:19
**theory** [2] - 19:16, 42:15
**thereabouts** [2] - 34:18, 69:1
**thereafter** [1] - 48:6
**they've** [3] - 6:10, 19:7, 56:2
**thinking** [2] - 17:20, 34:17
**Third** [1] - 59:7
**third** [10] - 19:18, 19:25, 20:3, 23:2, 23:8, 59:19, 59:25, 60:24, 63:19, 64:9
**THIRD** [1] - 5:24
**Third-Party** [1] - 59:7
**THIRD-PARTY** [1] - 5:24
**third-party** [9] - 19:18, 19:25, 20:3, 23:2, 23:8, 59:19, 59:25, 60:24, 63:19
**THIS** [1] - 1:8
**THOMAS** [1] - 3:24
**Thompson** [1] - 55:15
**thoughts** [1] - 58:25
**thousands** [2] - 8:13, 23:21
**three** [3] - 32:11, 54:20, 67:23
**THURSDAY** [2] - 1:7, 6:3
**tied** [1] - 12:7
**TIME** [1] - 5:22
**timelines** [1] - 17:13
**Times-Picayune** [2] - 52:11, 52:14
**timing** [10] - 11:4, 12:5, 12:6, 12:7, 12:13, 21:9, 33:24, 38:15, 42:20, 42:22
**TIMING.....................
..........................** [3] -

5:7, 5:10, 5:15
**tinkering** [1] - 12:12
**TO** [1] - 1:8
**today** [22] - 6:18, 7:7, 7:10, 7:14, 7:22, 10:3, 25:6, 32:25, 33:1, 35:9, 35:22, 36:3, 36:13, 43:20, 45:25, 48:10, 50:25, 56:19, 57:21, 58:15, 65:2, 68:12
**together** [5] - 13:7, 51:14, 53:3, 53:15, 57:2
**Tom** [1] - 24:22
**tomorrow** [1] - 69:15
**Tony** [1] - 27:24
**took** [1] - 31:25
**top** [3] - 9:9, 17:20, 52:23
**topic** [1] - 23:12
**TORTS** [1] - 3:12
**torture** [1] - 28:14
**touched** [1] - 23:13
**touchstone** [3] - 11:13, 12:21, 14:24
**towards** [1] - 11:21
**TOWER** [1] - 2:22
**track** [2] - 51:22, 54:21
**tracts** [8] - 15:25, 16:6, 16:16, 16:19, 17:12, 63:10
**tradeoff** [1] - 50:16
**trained** [1] - 66:14
**Tran** [4] - 64:19, 64:20, 66:2
**TRAN** [5] - 3:25, 64:18, 64:24, 65:19, 65:25
**transcript** [1] - 70:8
**TRANSCRIPT** [2] - 1:12, 4:3
**transfer** [1] - 8:12
**transferred** [1] - 8:11
**transition** [1] - 8:10
**translate** [1] - 65:7
**Transocean** [13] - 7:20, 14:20, 20:5, 23:6, 26:16, 27:1, 33:19, 43:21, 52:10, 56:7, 58:13, 67:4, 67:6
**Transocean's** [3] - 31:1, 32:15, 53:2
**trees** [1] - 50:10
**Trial** [1] - 43:14
**trial** [35] - 11:5, 26:25, 27:3, 27:5, 30:22, 32:16, 32:18, 33:8, 33:18, 33:21, 34:15,

34:16, 34:18, 35:8, 35:10, 37:5, 37:15, 38:6, 38:11, 38:21, 39:14, 42:6, 43:6, 43:14, 43:18, 43:22, 44:3, 44:11, 44:16, 44:23, 45:6, 46:12, 46:19, 48:14, 56:25
**TRIAL**........................ [1] - 5:13
**TRIAL**........................ ........................ [1] - 5:14
**trials** [11] - 33:16, 39:3, 39:7, 44:14, 44:18, 45:22, 46:5, 46:9, 46:14, 48:5, 48:7
**tried** [4] - 12:12, 36:3, 42:19, 68:2
**trouble** [1] - 54:15
**true** [1] - 70:7
**try** [15] - 17:11, 33:10, 33:11, 39:14, 45:22, 48:12, 48:16, 57:2, 57:9, 59:2, 59:4, 62:23, 68:4, 69:15
**trying** [7] - 19:15, 30:2, 34:13, 39:1, 56:10, 66:19, 67:18
**Tuesday** [1]: 55:9
**tweaks** [1] - 11:11
**twice** [1] - 57:25
**two** [2] - 34:5, 50:11
**two-page** [1] - 50:11
**Twombly** [1] - 14:2
**TX** [2] - 2:23, 3:8
**type** [13] - 9:17, 14:1, 16:9, 17:8, 34:24, 39:7, 39:15, 41:19, 42:1, 42:18, 43:5, 66:12
**types** [8] - 8:20, 8:25, 10:24, 11:19, 15:21, 33:13, 39:25, 66:9

## U

**U.S** [3] - 3:11, 55:1, 58:17
**ultimate** [1] - 8:19
**ultimately** [1] - 31:11
**unanimous** [1] - 23:4
**uncommon** [1] - 47:17
**under** [13] - 8:24, 20:6, 22:5, 22:21, 25:2, 31:7, 31:8, 32:10, 39:7, 41:17, 41:24, 46:2, 52:24

**UNDERHILL** [15] - 3:12, 54:4, 54:6, 54:9, 54:17, 55:1, 55:4, 56:1, 56:14, 56:16, 56:23, 61:9, 61:14, 62:4, 62:17
**Underhill** [8] - 54:4, 54:5, 55:1, 56:13, 57:17, 61:3, 61:5, 63:6
**understood** [1] - 48:3
**unfortunately** [2] - 51:23, 54:9
**unique** [2] - 16:25, 17:6
**uniquely** [2] - 24:11, 25:24
**UNITED** [3] - 1:1, 1:13, 3:11
**United** [4] - 17:1, 66:13, 70:6, 70:16
**unless** [4] - 12:6, 22:16, 40:9, 58:1
**unpaid** [1] - 50:8
**unsatisfied** [1] - 50:7
**unseaworthy** [2] - 29:23, 29:24
**unusual** [2] - 22:12, 23:9
**up** [31] - 6:11, 7:1, 11:14, 11:16, 12:4, 12:18, 14:11, 14:13, 15:1, 17:11, 17:12, 25:13, 25:21, 25:25, 26:3, 30:6, 36:5, 36:22, 42:14, 46:8, 47:22, 50:8, 54:13, 54:16, 56:16, 56:22, 58:2, 61:10, 61:23, 67:8, 67:15
**update** [1] - 57:21
**upholds** [1] - 44:7
**urgent** [2] - 58:2, 68:1

## V

**VALDEZ** [3] - 40:6, 40:10, 40:12
**value** [1] - 39:15
**various** [11] - 8:20, 9:1, 9:6, 10:5, 15:21, 31:18, 33:13, 34:14, 39:25, 45:19, 46:6
**vendor** [1] - 49:12
**venture** [1] - 37:14
**verdict** [1] - 33:20
**versa** [1] - 54:11
**version** [1] - 11:1
**versions** [1] - 65:15

**vessel** [4] - 8:19, 29:22, 52:23, 53:1
**vice** [1] - 54:11
**victory** [1] - 54:10
**Vietnamese** [4] - 64:21, 65:4, 65:8, 65:14
**Vietnamese-American** [1] - 64:21
**view** [4] - 23:4, 24:9, 45:16, 46:23
**Vioxx** [1] - 51:19
**visions** [1] - 39:18
**VOICES** [1] - 64:14

## W

**wait** [3] - 14:22, 44:5, 61:11
**waiting** [1] - 34:7
**waive** [1] - 50:19
**waiving** [2] - 19:13, 32:1
**walked** [1] - 35:16
**wall** [1] - 59:4
**WALTER** [1] - 1:23
**WALTHER** [1] - 2:18
**wants** [8] - 6:11, 24:12, 27:21, 30:25, 32:6, 46:24, 61:6, 67:9
**WASHINGTON** [1] - 3:4
**water** [1] - 42:12
**Watkins** [1] - 24:23
**web** [3] - 6:21, 7:2, 65:14
**week** [5] - 34:5, 35:7, 37:7, 38:13, 67:11
**weekend** [1] - 38:6
**weeks** [4] - 35:11, 37:17, 37:22, 47:6
**weigh** [2] - 60:10, 63:8
**welcome** [1] - 6:13
**Westlaw** [1] - 35:20
**whatnot** [2] - 20:4, 41:25, 50:19
**WHEREUPON** [1] - 69:20
**whichever** [1] - 44:1
**WHITE** [1] - 3:22
**WHITELEY** [1] - 3:17
**whole** [2] - 44:23, 66:7
**wholesale** [1] - 41:23
**Whyte** [1] - 36:19
**wide** [1] - 15:22
**wide-ranging** [1] - 15:22
**widow** [1] - 67:7

**widows** [1] - 28:15
**willingness** [1] - 9:25
**wish** [1] - 62:22
**Wittmann** [2] - 8:1, 45:15
**WITTMANN** [6] - 2:18, 2:19, 8:1, 45:13, 45:15, 46:10
**Wittmann's** [1] - 46:13
**won** [2] - 54:5, 62:17
**Woods** [1] - 69:4
**word** [1] - 18:11
**words** [4] - 28:16, 46:16, 47:12, 50:15
**workers** [1] - 8:22
**works** [1] - 58:19
**worst** [2] - 41:11, 41:13
**worth** [1] - 17:9
**Worth** [1] - 28:9
**WRIGHT** [1] - 1:16
**writing** [1] - 62:15
**wrongful** [1] - 18:14
**www.laed.uscourts. gov** [1] - 7:2

## Y

**y'all** [1] - 36:15
**year** [7] - 26:21, 26:23, 30:6, 34:16, 35:1, 43:4
**years** [1] - 32:11
**yesterday** [2] - 6:21, 52:11
**yesterday's** [1] - 52:14
**Yom** [1] - 37:11
**yonder** [1] - 30:6
**young** [2] - 54:15, 54:18
**yourself** [3] - 20:1, 49:22, 54:25