UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
|  | : |  |
| IN RE: OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : | SECTION: J |
| APRIL 20, 2010 | : |  |
|  | : |  |
|  | : |  |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |
|  | : |  |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

**MEMORANDUM IN SUPPORT OF
MOTION FOR RECONSIDERATION OR
ALTERNATIVELY FOR CERTIFICATION UNDER
28 U.S.C. § 1292(b) AND STAY OF PROCEEDING PENDING APPEAL**

**MAY IT PLEASE THE COURT:**

The State of Louisiana by and through, John F. Rowley, the St. Bernard Parish District Attorney, pursuant to Fed. R. Civ. P. 10(c), hereby adopts and incorporates herein as if copied *in extenso*, the Memorandum in Support of Motion for Reconsideration or Alternatively for Certification Under 28 U.S.C. § 1292(b) and Stay of Proceeding Pending

160218.1

Appeal filed on behalf of the State of Louisiana *ex rel* Charles Ballay, District Attorney for the Parish of Plaquemines in support of its similar motion.

        Respectfully submitted,

        /s/ Peter J. Butler, Jr.
        Peter J. Butler, Jr. (Bar #18522)
        Richard G. Passler (Bar #21006)
        Barrett R. Stephens (Bar #31331)
        Justin W. Stephens (Bar #30987)
        **BREAZEALE, SACHSE & WILSON, L.L.P.**
        909 Poydras Street, Suite 1500
        New Orleans, Louisiana 70112
        Telephone: (504) 584-5454
        Facsimile: (504) 584-5452

        ***Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana***


        John F. Rowley (Bar #02245)
        1101 W. St. Bernard Highway
        P. O. Box 947
        Chalmette, Louisiana 70044-0947
        Telephone: (504) 271-1811
        Facsimile: (504) 279-2874

        ***District Attorney for the Parish of St. Bernard***

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J. Butler, Jr.