UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN<br>: |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the State of Louisiana by and through, John F. Rowley, the St. Bernard Parish District Attorney, will bring its Motion for Reconsideration or Alternatively for Certification Under 28 U.S.C. § 1292(b) and Stay of Proceedings Pending Appeal for hearing before the Honorable Carl J. Barbier, United States District Judge, Eastern District of Louisiana, at 10:00 a.m. on Wednesday, November 10, 2010 at 500 Camp Street, New Orleans, Louisiana, without oral argument.

160219.1

Respectfully submitted,

/s/ Peter J. Butler, Jr.
Peter J. Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Barrett R. Stephens (Bar #31331)
Justin W. Stephens (Bar #30987)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

***Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana***


John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

***District Attorney for the Parish of St. Bernard***

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J. Butler, Jr.