**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:**<br>**Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL No. 2179**<br>**SECTION "J"**<br>**JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |
| **This Document Relates To:**<br>**10-01516** | * | |

* * * * * * * * * * * * * * * * * * *

***EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Cajun Crab, et al., who respectfully requests that this Honorable Court enter an Order allowing Natalie K. Mitchell of Kinney & Ellinghausen, APLC, to enroll as additional counsel of record for plaintiffs in the action titled *Cajun Crab, et al. v. BP, PLC, et al.*, Civil Action 10-cv-01516. Natalie K. Mitchell is a member of good standing of the bar of the state of Louisiana and is admitted to practice in the United States District Court for the Eastern District of Louisiana. This action is among those consolidated actions which are currently pending before this Court in the action titled *In re: Oil Spill by the Oil Rig "Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*, Civil Action 10-md-2179.

WHEREFORE, Plaintiffs Cajun Crab, LLC, Bayouside Drive Seafood, LLC, and Eric Blanchard respectfully requests that this Motion to Enroll Additional Counsel of Record be Granted.

Dated: October 15, 2010.

**RESPECTFULLY SUBMITTED:**

**KINNEY & ELLINGHAUSEN**

_____/s/Michael L. DeShazo_________
**HENRY W. KINNEY (La. #7410)**
**MICHAEL L. DESHAZO (La. #29833)**
**1250 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70113**
**Telephone: 504.524.0206**
**Facsimile: 504.525.6216**
**Email: michaeld@kinneylaw.com**

**AND**

**DON M. RICHARD (La. #11226)**
**CHEHARDY, SHERMAN, ELLIS, MURRAY, GRIFFITH, STAKELUM, & HAYES, LLP**
**1 Galleria Boulevard, Suite 1100**
**Metairie, Louisiana 70001-2033**
**Telephone: (504) 833-5600**
**Facsimile: (504) 833-8080**

**AND**

**THOMAS K. WATKINS (La. #23358)**
**THOMAS K. WATKINS, JR., APLC**
**100 RAMEY ROAD**
**Houma, Louisiana, 70360**
**Telephone: (985) 851-5551**
**Facsimile: (985) 851-5051**