IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** | * | **MDL No. 2179** |
| **Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the** | * | **SECTION "J"** |
| **Gulf of Mexico, on** | * | |
| **April 20, 2010** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |
| | * | |
| **This Document Relates To:** | * | |
| <u>**10-01516**</u> | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED, this ___ day of October, 2010, that the motion to enroll Natalie K. Mitchell, of Kinney & Ellinghausen, APLC, as additional counsel of record, to represent Plaintiffs in the above action is GRANTED:

_____
UNITED STATES DISTRICT JUDGE