UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

<u>ORDER</u>

Considering the **Motion for Leave to File Reply Memorandum in Support of Motion to Remand filed by the State of Louisiana (Rec. Doc. 453)**, **IT IS ORDERED** that in the Motion is **DENIED as MOOT**.

New Orleans, Louisiana, this  15th  day of  October , 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE