UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DEEPWATER HORIZON | CIVIL ACTION |
| | NO. 10-2179 |
| PERTAINS TO:<br>*Curtis, et al. v. BP, plc, et al.*, 10-3001 | SECTION J-1 |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Barry Curtis, W. Byron Curtis, Jr., Lisa Curtis, Genevieve Curtis, Martha Curtis, David Boggs and REC Resources, LLC, through undersigned counsel, voluntarily dismiss their case (No. 2010-3001 in this consolidated matter) without prejudice against all defendants named in their complaint that was filed on, or about, September 10, 2010.  None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

 */s/ Al J. Robert, Jr*
**Al J. Robert, Jr., La. Bar. No. 29401**
AL J. ROBERT, JR., LLC
643 Magazine Street, Suite 402
New Orleans, LA 70130
(504) 309-4852

**Stuart H. Smith, La. Bar No.17805**
**Michael G. Stag, La. Bar No. 23314**
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**Robert J. McKee (Fl. Bar No. 975990)**
Krupnick, Campbell, Malone, Buser, Salma,
    Hancock, Liberman & McKee, P.A.
12 Southest 7th Street, Suite 801
Ft. Lauderdale, Florida 33301
(954) 763-8181

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on October 18, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ Al J. Robert, Jr.
      Al J. Robert, Jr.