**U.S. Department of Homeland Security**

**United States Coast Guard**

Commander
Eighth Coast Guard District

Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130-3396
Staff Symbol: (dl)
Phone: (504) 671-2331
FAX: (504) 671-2040

16732
May 12, 2010

Mrs. Tracy Kleppinger
c/o Kathleen Sills
306 Briarwood Road, Apt. 9B
Natchez, MS 39120

Subj: LETTER OF PRESUMED DEATH

Dear Mrs. Kleppinger:

In accordance with Title 46, United States Code, Section 6301, the U.S. Coast Guard is conducting an investigation into the explosion, fire and sinking of the mobile offshore drilling unit DEEPWATER HORIZON, in the Gulf of Mexico, on April 20-22, 2010. Mr. Karl Dale Kleppinger, a floorhand onboard the DEEPWATER HORIZON when it exploded, caught fire, and sank, was not found in the ensuing search and is presumed dead.

The United States Coast Guard does not issue death certificates. A death certificate can only be issued by a coroner or medical examiner after remains have been found or positively identified. Since no remains have been found, this letter documents the loss and presumptive death of Mr. Karl Dale Kleppinger, in lieu of a Death Certificate.

The U.S. Coast Guard activity number and case number for the investigation into the explosion, fire and sinking of DEEPWATER HORIZON are Activity #3721503/Case #497499. When the investigation is concluded, a copy of the investigation can be obtained by submitting a Freedom of Information Act Request to Commandant (CG-5453), 2100 Second Street SW Stop 7581, Washington, D.C. 20593-7581.

Sincerely,

*Mary E Landry*

MARY E. LANDRY
Rear Admiral, U.S. Coast Guard
Commander
Eighth Coast Guard District

EXHIBIT A