CAUSE NO. 2010-25245

| | | |
|---|---|---|
| TRACY KLEPPINGER, ET AL. | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § § | HARRIS COUNTY, TEXAS |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., ET AL. | § § § | 234TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

Defendant BP Products North America Inc. ("Defendant") files this Original Answer in response to Plaintiff's Original Petition filed by Tracy Kleppinger, Individually and as Representative of the Estate of Karl Kleppinger, Jr. and as next friend of Aaron Thomas Kleppinger, a minor child ("Plaintiffs").

Defendant asserts a general denial as authorized by Rule 92 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final hearing the Court enter judgment that Plaintiff take nothing and that Defendant be awarded its costs of court and such other and further relief to which it may be justly entitled.

HOU:3023310.1

EXHIBIT B

Respectfully submitted,

ANDREWS KURTH LLP

By: _____
Thomas W. Taylor
State Bar No. 19723875
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 FAX
ttaylor@andrewskurth.com

J. Andrew Langan, P.C.
Texas Bar No. 24066576
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: 312.862.2000
Fax: 312.862.2200
andrew.langan@kirkland.com

ATTORNEYS FOR DEFENDANT
BP PRODUCTS NORTH AMERICA INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to counsel of record pursuant to the Texas Rules of Civil Procedure on this __th day of May, 2010.

_____
Thomas W. Taylor