UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON' in the GULF OF MEXICO, on April 20, 2010 | MDL. NO. 2179 |
| | SECTION J |
| This Document Relates to: 10-3168 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Remand filed by and on behalf of Tracy Kleppinger, Christopher Choy, Douglas Harold Brown, Brent Mansfield, and Dominique Ussin will be heard on Wednesday, November 10, 2010 at 9:30 o'clock a.m. before the Honorable Carl J. Barbier, United States District Judge, at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**GORDON, ELIAS, & SEELY, L.L.P.**

By: /s/ Steve Gordon
**STEVE GORDON**
sgordon@geslawfirm.com
Texas Bar No. 08207980
**R. TODD ELIAS**
rtelias@gordon-elias.com
Texas Bar No. 00787427
**JEFFREY R. SEELY**
jseely@gordon-elias.com
Texas Bar No. 24033172
1811 Bering Drive, Suite 300
Houston, Texas 77057
(713) 668-9999
(713) 668-1980 (fax)

**CERTIFICATE OF SERVICE**

    I certify that on October 19, 2010, a copy of the foregoing Notice of Hearing was filed electronically with the clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic system.

_____
Steve Gordon