MINUTE ENTRY
BARBIER, J.
OCTOBER 15, 2010
JS-10: 1 hr, 35 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
      "DEEPWATER HORIZON" in the
      GULF OF MEXICO, on
      APRIL 20, 2010

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

COURTROOM DEPUTY:
EILEEN STENSRUD

COURT REPORTER:
JODI SIMCOX

FRIDAY, OCTOBER 15, 2010   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

Court begins at 9:30 a.m.
Case called.
Counsel make their appearance for the record.
Liaison counsel and steering committees are introduced.

Plaintiffs' Motion to Amend/Correct Pretrial Order No. 1 (to Serve Omnibus Discovery Requests) (#509): ORDERED GRANTED.

Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion to Amend Pretrial Order No. 1 (510): ORDERED DENIED as moot.

The Court adopts the defendants' position that there should be a B-3 and a B-4 bundle designation. B-3 shall be designated as "Post-Explosion Clean-Up

Claims," while B-4 shall be labeled "Post-Explosion Emergency Responder Claims."

IT IS ORDERED that the proposed scheduling order is revised with 14c tenders to be made by FEBRUARY 15, 2011 and third party and cross-claims due by MARCH 15, 2011.

Defendants' object to the discovery schedule as to non-limitation trial discovery: The court finds that discovery should proceed as scheduled and that Plaintiffs will be required to complete an agreed upon one-page "profile" form. The parties shall confer as to the contents of such form. Defendants shall be entitled to additional discovery with respect to any test case or bellwether plaintiffs.

IT IS ORDERED that BP instruct its contractors, including the Gulf Coast Claims Facility, to preserve all evidence relating to all claims filed or paid.

Oil Pollution Act test case trials will commence around June, 2011. Counsel for BP shall advise the court and all counsel in writing by OCTOBER 22, 2010 as to whether BP formally waives the $75 million OPA damages cap.

Counsel inform the court that a dispositive motion deadline was not included in the proposed Case Management Order. The Court ORDERS counsel to amend this document by 5 p.m. on OCTOBER 18, 2010.

The Court introduces Special Master Francis McGovern to all counsel.

The Court is informed that Lexis-Nexis File and Service should be up and running by OCTOBER 25, 2010.

A conference will be held shortly with Magistrate Judge Sally Shushan to resolve remaining issues in the Pre-Trial Orders governing confidentiality, privilege, electronically-stored evidence and document production, direct filing, and deposition protocol.

Mr. Underhill, representing the Department of Justice, reports on the Blow-Out Preventer testing facility and protocol. (Status Conference Exhibit 1 is admitted).

Halliburton's Motion for Relief from Preservation of Evidence Obligations of PTO No. 1 (494): ORDERED GRANTED.

Halliburton's Motion to Expedite Motion for Relief (496): ORDERED DENIED as MOOT.

An update is given on the status of 10-MDL-2185.

Counsel informed the Court of the status of the Gulf Coast Claims Facility.

A Translation Service has volunteered to translate the Court's orders, etc, into several languages.

Defendant Transocean invites plaintiffs' counsel to schedule settlement conferences with Magistrate Judge Shushan.

The next conference will be held on NOVEMBER 19, 2010 at 9 a.m.

Court adjourns at 11:05 a.m.


ATTORNEYS: See attached list