UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
DEPARTMENT OF THE INTERIOR
JOINT INVESTIGATION CONDUCTED BY
UNITED STATES COAST GUARD
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT

## In the Matter of the Fire & Explosion on the Deepwater Horizon

TO:  Parties-in-Interest

Below is a status update for the DEEPWATER HORIZON Macondo well Blowout Preventer system (BOP), which is currently located at the NASA Michoud Assembly Facility ("NASA/Michoud facility"), and is being prepared for continuation of the ongoing forensic testing process. As explained below, the phased forensic testing plan is proceeding expeditiously and in accordance with the JIT's goal of seeking technical input from the interested parties to the extent reasonably possible. In accordance with the foregoing collaborative process, the forensic testing design plan has included a technical workshop in Houston on September 14th; the receipt of technical input from interested parties on October 8th and 11th; and DNV will further confer with interested parties who submitted comments prior to the completion of the final BOP testing protocols. A brief outline of the ongoing BOP phased forensic testing process is set out below:

- September 11, 2010, the BOP and Lower Marine Riser Package (LMRP) arrived by barge at Coast Guard Base Support Unit (BSU) New Orleans, located on the NASA/Michoud facility.

- September 14, 2010, DNV Columbus Inc. (a subsidiary of Det Norske Veritas) the organization hired by the Board to conduct the BOP forensic testing, held a test plan design workshop in Houston, TX. The workshop, which was open to the Parties-in-Interest (PIIs) and Parties in the Multi-District Litigation (MDL), provided the opportunity for open and collaborative dialogue between the Parties and DNV about the comprehensive BOP testing procedures.

- September 23, 2010, Michoud Site preparations continued, testing platforms for the BOP and LMRP were completed and the equipment required identified. DNV continued to review maintenance records and other documents related to the BOP, to the extent provided by relevant PIIs, as well as video and photos of the intervention efforts associated with the BOP since the incident on April 20, 2010.

- September 28, 2010, the Board received the draft testing protocols from DNV, which incorporated input from the Parties who attended the BOP workshop.

- September 28, 2010, the Yellow and Blue Control Pods were lifted from the LMRP and moved to the West Dock in preparation of flushing the two control Pods.

10-15-10
Status Conf Ex 1
Filed 10-15-10   MDL 2179

- September 29, 2010, the Yellow and Blue Control Pods were flushed using recently manufactured and supplied hydraulic fluids (i.e. Stack Guard)

- September 30, 2010, the draft testing protocols were sent to all interested parties. In accordance with the goal of seeking collaborative input, the draft protocols requested comments and input from all PIIs. To allow adequate time to respond, submissions and comments were to be submitted by Friday, October 8, 2010.

- October 4, 2010, the BOP and LMRP were transferred from the barge to the test stands at the NASA/ Michoud facility.

- Last week, on October 8, 2010, the Board received input from four interested parties regarding the draft testing protocols.

- On Saturday October 11, 2010, the Board received input from another three interested parties regarding the draft testing protocols. This input is being analyzed by DNV and will be considered for incorporation into the final testing protocols.

The final testing protocols will be submitted to the JIT for final approval on or about October 15, 2010 and will be distributed to all interested parties upon the JIT's approval. The final testing protocols will include a technical work group who will be onsite and available as a resource for the DNV investigators. Work has been ongoing continuously at the Michoud facility in preparation for the physical testing procedures. As part of these preparations, critical work related to the forensic testing process started and has continued, including stabilization and preservation of evidence, as well as a structured review and mapping of the physical alterations or modifications made to the BOP and LMRP as part of the ROV interventions. A structure to house the BOP and the LMRP will be erected during the later phases of the forensic investigations when more of the technically advanced procedures and examinations are planned. Having a structure in place around the BOP in the earlier, break-down phases of the examination may actually impede the investigation.

The Board will receive an interim test report from DNV 35 days after the initial tests begin.

Please direct all comments or questions to the attorneys representing the Joint Investigation Board: Lieutenant Commander Jeff Bray, (202) 309-9559, jeff.r.bray@uscg.mil; and Silvia Murphy, (202) 219-3031, silvia.murphy@sol.doi.gov.

Dated this 12th day of October 2010.

NGUYEN.HUNG.M.1184496450
Digitally signed by NGUYEN.HUNG.M.1184496450
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USCG, cn=NGUYEN.HUNG.M.1184496450
Date: 2010.10.12 10:50:36 -10'00'

Captain Hung Nguyen
Co-Chair, Joint Investigation
1201 Elmwood Park Blvd.
New Orleans, Louisiana 70123-2394