# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Joey Dutz | 601 6073459 | *illegible* |
| CHRIS HANNAN | 504-566 8612 | DEEPWATER - UNDERWRITERS CLLOYD'S |
| JIMMY ROUSSEL | 504-566-5200 | " |
| MARY McFOD | 504-589-9212 | TRANSOCEAN ACCESS INSURANCE |
| GEORGE OILY | 504-589-9287 | " " " |
| IRMA ESPINO | 214 521 3605 | MDL/ Individuals |
| Jimmy Williamson | (713) 223-3330 | MDL / OPA |
| Mike Espy | 601/613-1617 | MDL/PSC |
| Frank Petosa | 954/318-0268 | MDL |
| GARY HEMPHILL | 504-584-9222 | SEACOR |
| Robin Greenwald | 212-558-5802 | Le |
| Douglas Kraus | 225-928-5753 | MDL/ересоеn plaintiff |
| *illegible* | (504) 581-1750 | TR |
| Dan W. Cox | (323) 929-7481 | Duet |
| Joe Walsh | 985 5736500 | Terr. Parish |
| Will Bethel | 5045853000 | ATC |
| Brett Powers | 337-494-7171 | TR |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Chris Coffin | 225-687-6396 | Dugas |
| David Toscano | 212-450-4000 | HHI |
| Dan Schubert | 212-450-4000 | HHI |
| David McLendon | 504-261-8860 | PSC |
| Phil Wittmann | 504/581-3200 | CAMERON |
| Scott Bickford | 581-9065 | TI |
| Lloyd Frischhertz | 504-523-1500 | Robin V. Secor |
| Jennifer Adam | 525-1979 | Self |
| Sabrina Canfield | 504 940 7294 | self |
| Robyn Lessinger | 404-281-8109 | |
| Ervin Gonzalez | 305-476-7400 | Tiki Hut |
| Greg Johnson | 504/556-4115 | BP |
| Aaron Ahlquist | 504-525-7272 | TI |
| Michael Palmintier | 225 344 3735 | GREGOIRE/JONES |
| James Dugan | 504.648.0180 | P |
| Phil Cossich | 504 394-9000 | P |
| Jerriel McCorvey | 337-291-2431 | Brondum, Richard, Harmon |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Pre-Trial Conference—October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| David A. Bagwell | 251-928-2970 | MDL |
| Gary Russo | 337-262-9000 | WFT Int'l |
| Monica Reimer | 850-681-0031 | Sierra Club |
| Michael Lyle | 202-682-7157 | Sea org + Drillers |
| Andrew Langan | 504-581-4892 | ? |
| Jenny Martin | 214-939-4620 | Halliburton |
| Rebecca Cunard | 228-925-2978 | TTS |
| Marcus Spagnoletti | 713-653-5600 | Babson |
| Elizabeth Cabraser | 415-806-2100 | Cajun Maid / PSC |
| Emily Jeffcott | 210-447-0500 | Nth |
| Mikal Watts | 210-447-0500 | Van |
| Michael Ecuyer | 504-595-3333 | Danford |
| Daniel Foley | 504-586-9395 | Galliano / Plaintiff |
| Calvin Fayard | 225-346-4195 | PSC |
| Fred Longer | 215-592-1500 | TTS |
| Jason R Bonnet | 504-585-7500 | Abadie, et al |
| Eric Verth | 504-234-2291 | Plaintiff |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Drew Bulahanian | 415 393-2170 | MOEX offshore |
| Jeffrey Grand | 912-428-2190 | BP |
| Denise Barrios | 504-524-3300 | T-pinuliver-Gallo |
| Matthew McDade | 228 214-0414 | Sarah Moore |
| Alan York | 713-595-8301 | Halliburton |
| Robert Cunningham | 251-471-6191 | PSC |
| Florian Bucaler | 504-920-6666 | BP x |
| Don Haycraft | 5817979 | BP Exp |
| Karen Gune | | BP Exp |
| Andy Langan | 312 862 2064 | BP Exp |
| Paul Sterbcow | 504 558 1500 | BC |
| Brian Barr | 6505722164 | PSC |
| Roy Amedee | 504 123-3222 | Mallinckrodt |
| Gary Mason | 202-429-2290 | Hayward/Dugas |
| Troy Barrasso | 504-589-9720 | HHI |
| Keith Jarrett | 504-581-7979 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Gerald Maples | 2282639180 | Robin VS Seacor |
| Tom W. Thornhill | 985.641.5010 | State of LA/DH/Rob. |
| David Pote | 524-5777 | State of LA |
| Allan Kanner | 524-5777 | State of LA |
| Hugh Tanner | 713-6390-5180 | M-I L.L.C. |
| Jeff Breit | 757-615-8382 | Pl PSC |
| [illegible] | 713 650 0011 | Transocean |
| [illegible] Kuchler | 592-0691 | Anadarko + MOEX |
| [illegible] | [illegible] | [illegible] |
| Mike [illegible] | 599-3385 | Theodore Creppel |
| [illegible] Grunna | 207-73[illegible] | O'Brien's |
| Russell Budd | 2147296265 | PL |
| William Large | 2142067881 | Plaintiffs Liaison |
| Cory Itkin | 713-222-3800 | Plaintiffs |
| Soren Gisleson | 504-581-4892 | Plaintiffs |
| Stevi Herman | 504-581-4892 | Plaintiffs |
| Debra [illegible] | 8326362858 | APC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Alan Weigel | 212-885-5350 | MSRC |
| Eduard Preis | 337-237-6062 | TRANSOCEAN |
| Emily E. Gebhardt | 504-638-0392 | Plaintiff |
| Morris Kent | 504-599-3224 | " |
| John An Dry | 504-586 899 | Plaintiff |
| Lance Lubel | 832-283-7535 | P |
| Tom Heiden | 312 876 6564 | NALCO |
| Max Swetman | 504-799-0500 | NALCO |
| (illegible) | 504-680-3004 | USAO |
| Mike Underhill | 415-436-6648 | US DOJ |
| Walter J. Leger Jr. | 504-588-9043 | Plaintiffs |
| Kerry Miller | 599 8194 | Transocean Offshore |
| (illegible) | (illegible) | Eagle Cliff |
| James Ray | 337-233033 | PL. LIAISON/PSC |
| Kevin Dean | 843-216-9152 | Shemper et al PltS |
| Billy Bonner | 281-471-6191 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference--October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| KY Kirby | 202-373-6795 | ANADARKO & MOEX OFFSHORE |
| Cheryl Lumens | 678-358-2543 | |
| Janna Mead | 321 213 1971 | |
| NED KOHNKE | 581-6062 | TRANSOCEAN |
| Scott Summy | 214-384-1913 | PSC/PL |
| Brent Coon | 409-835-2666 | TC |
| Rhon Jones | 334 219 2343 | TIS |
| Dan Godwin | 214-939-4412 | HALLIBURTON |
| David Beck | 713-951-6209 | CAMERON |
| BEN CARRIER | 541-578-0108 | |
| (illegible) | 504 525 1315 | Alex |
| Matt Lundy | 337-439-0101 | PSC |
| Stephen Murray Sr. | 504 525 8100 | PLG |
| Carlos Zelaya | 504 569 8732 | TC |
| Allan Kanner | 504 524-5777 | LA AG |
| Dennis Barrow | 713.659.6400 | Dril-Quip |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| JORDAN TORRY | 713-622-7221 | Plaintiffs |
| LANNY ZATZKIS | 504 523 2266 | Plaintiffs |
| Jesse George | 504-525-8100 | Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference—October 15, 2010

## PLEASE PRINT

| Name | Telephone | CLIENT NAME |
|---|---|---|
| Justin Bloom | 917-991-7593 | |
| Jeff Benick | 504-527-6205 | 10-1246 - Friloux et al |
| Dennis Reid | 213-622-7271 | TS |
| Kirk Kamolle | 985-249-6800 | TS |
| Magali Puente | 504 524-5824 | |