UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO 10-1516**

<u>**ORDER**</u>

Considering the foregoing motion,

**IT IS ORDERED** that Plaintiffs' Motion to Enroll Natalie K. Mitchell, as additional counsel of record (Rec. Doc. 552), in the above action is hereby **GRANTED**.

New Orleans, Louisiana, this   19th   day of   October  , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE