```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                        :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG         :
       "DEEPWATER HORIZON" in the       :
       GULF OF MEXICO, on                :
       APRIL 20, 2010                    :    SECTION: J
                                        :
                                        :
                                        :    JUDGE BARBIER
                                        :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #10

The Court, having reviewed the submission of defense counsel in this matter, hereby **ORDERS** that the following individuals are appointed as members of the **Defense Steering Committee:**

J. Andrew Langan;

David Beck;

Donald E. Godwin;

Alan M. Weigel;

Michael J. Lyle;

Daniel O. Goforth;

Don Jackson;

Ky E. Kirby;

Deborah D. Kuchler;

Glenn G. Goodier;

Mary Rose Alexander;

Frances E. Bivens; and

Hugh E. Tanner.

**IT IS FURTHER ORDERED** that the following individuals are appointed as **Defense Liaison Counsel**:

J. Andrew Langan;

Don K. Haycraft;

Deborah D. Kuchler;

Ky E. Kirby;

Michael J. Lyle;

David J. Beck;

Phillip A. Wittmann;

Donald E. Godwin; and

Kerry J. Miller.

New Orleans, Louisiana, this  19th  day of   October  , 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE