AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, Inc., <br><br> *Plaintiff* <br><br> v. <br><br> BP AMERICA, Inc., et al., <br><br> *Defendant* | ) <br> ) <br> )  MDL 10-2179 J(1) <br> ) <br> )  Civil Action No. 2:10-cv-01768 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Registered Agent, TransOcean Offshore Deepwater Drilling, Inc.
Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Charles M. Tebbutt <br> Law Offices of C.M. Tebbutt, P.C. <br> P.O. Box 10112 <br> Eugene, Oregon 97440 <br> Tel: (541) 344-8312 <br> charlie.tebbuttlaw@gmail.com | Marc Fink <br> Center for Biological Diversity <br> 209 East 7th St. <br> Duluth, Minnesota 55805 <br> Tel: (218) 525-3884 <br> mfink@biologicaldiversity.org | Damon A. Kirin, LSBA 24729 <br> Diliberto & Kirin, L.L.C. <br> 3636 S. I 10 Service Rd., W. <br> Suite 210 <br> Metairie, LA 70001 <br> Tel: (504) 828-1600 <br> kirin@attorneys-louisiana.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED

AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

Date: Oct 13 2010

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

# UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 2:10-CV-01768

Plaintiff:
**Center for Biological Diversity, Inc.**
vs.
Defendant:
**BP America, Inc., et al.**

For:
Daniel Snyder
The Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112
Eugene, OR 97440

Received by Austin Process LLC on the 13th day of October, 2010 at 2:28 pm to be served on **TransOcean Offshore Deepwater Drilling, Inc. By Serving its Registered Agent, Capitol Corporate Services, Inc., 800 Brazos, Suite 400, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **13th day of October, 2010** at **3:20 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint; Amended Complaint; Exhibits A and B** with the date of service endorsed thereon by me, to: **Tony Ozen, Capitol Corporate Services** as **Registered Agent** at the address of: **800 Brazos, Suite 400, Austin, TX 78701** on behalf of **TransOcean Offshore Deepwater Drilling, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 13th day of October, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Mike Techow
SCH-1215

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2010002679
Ref: Center for Biological Diversity, Inc.



DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a