UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf * of Mexico, on April 20, 2010** | ***   MDL No. 2179*** <br> *** <br> *** SECTION: J** <br> *** |
| **Applies to:** *All Cases.* | *** JUDGE BARBIER** <br> *** <br> *** MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**TIMELINE**</u>

**Case Management Order No. 1**

**Exhibit "A"**

DATE | DEADLINE / EVENT
---|---

                Meet & Confer regarding Pre-Trial Orders (confidentiality, privilege, deposition protocol, document production protocol and e-discovery protocol, direct filing, etc)

                Meet & Confer regarding One-Page Plaintiff Profile Form (PPF) which may be submitted by Counsel in lieu of Rule 26(a) Disclosures.  Plaintiff and Defense Liaison Counsel may confer with GCCF Administrators Regarding Feasibility of Providing PPF Information

11-1-2010   Submit Proposed PTOs

11-1-2010   Plaintiffs' Initial Written Phase I Discovery including discovery relating to casualty and/or ensuing spill, as well as environmental sampling and testing, personal jurisdiction, MIS/IT/IS, and general proximate cause issues relating to OPA cases.  Defendants may serve written discovery upon other defendants relating to casualty and/or ensuing spill after this date.

11-1-2010   MIS 30(b)(6) Depositions May Begin (as necessary)

11-15-2010  Defendants Responses to Plaintiffs' Initial Omnibus Discovery Requests on All Defendants

11-15-2010  Counsel for Plaintiffs with Suits Filed Serve One-Page PPF in Lieu of Initial Disclosures
(Or 60 Days After Filing or Removal, whichever is Later)

12-1-2010   Defendants' Responses to Initial Written Discovery Served, Identification of the Sources of E-Data Not Produced Due to Alleged "Inaccessibility" or other Undue Burden or Cost, but Which May Include Evidence Relevant to these MDL Proceedings.

12-15-2010  File Master Complaints (Bundles B1, B3 and D)

12-15-2010  Status Conference relating to RICO cases and potential Master Complaint for RICO cases

12-31-2010  Defendants' Privilege Logs served on Plaintiffs

1-18-2011   Rule 12 Motions or Answers to Complaints (Bundles B, C and D) [1]

1-18-2011   Answers or Rule 12(b)(2) Motions (if any); Answers and Rule 12(b)(6) Motions

---

[1] Any jurisdictional discovery arising from Rule 12(b)(2) motions that may be filed will be expeditiously dealt with by the parties through Liaison Counsel.

|  |  |
|---|---|
|  | (if any) (Bundle A) |
| 1-18-2011 | Status conference, preceded by meet and confers to discuss identification of OPA Test Cases vs. BP and to discuss scheduling order/trial of same; in advance of such status conference, Defense Liaison will furnish a single memorandum and Plaintiffs Liaison shall furnish a single memorandum discussing their view of what the procedure and law would be for such OPA test cases. |
| 1-18-2011 | Fact Discovery Depositions on Casualty and/or Ensuing Spill Commence |
| 2-18-2011 | Oppositions to Rule 12 Motions to Dismiss |
| 2-18-2011 | Transocean Rule 14(c) Tenders or Claims in the Limitation |
| 3-18-2011 | Answer, Cross-Claims and Third-Party Complaints by 14(c) Defendants in the Limitation and/or Defendants in the Bundle A Cases |
| 3-18-2011 | Reply Briefs in Support of Motions to Dismiss |
| 4-20-2011 | Deadline for answers and responsive pleadings to cross-claims and third-party actions by Rule 14(c) Defendants in the Limitation Action and Defendants in the Bundle A Cases |
| 4-20-2011 | Monition Date (re Limitation) (including deadline for BP to file claim in Limitation and/or other cross-claim and/or third-party complaint seeking any subrogation, contribution and/or indemnity under OPA, per contract, or other applicable law) |
| 5-2-2011 | Identify one or more PI/Wrongful Death Limitation action cases and *Robins Dry Dock* cases filed in EDLA and designated for Bench trial under Rule 9(h) for February 2012 Trial of Liability, Limitation, Exoneration and Fault allocation, and July 2012 trial of Damages. |
| 8-15-2011 | Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness |
| 9-15-2011 | Expert Reports from Vessel Owner / Petitioner in Limitation |
| 10-17-2011 | All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports |
| 11-15-2011 | Rebuttal Expert Reports for the February 2012 Trial |

11-16-2011     Depositions of All Experts for February 2012 Trial
thru 1-15-2012

2-1-2012       *Daubert* Motions for February 2012 Trial (if any)

2-1-2012       Pre-Trial Stipulation, including Witness and Exhibit Lists, and Other Pre-Trial Motions for February 27, 2012 Trial

2-3-2012       Final Pre-Trial Conference for February 27, 2012 Trial

2-27-2012      Trial of Liability, Limitation, Exoneration and Fault Allocation

               Additional Discovery, Expert Discovery, and Motion Practice Relating to July 2012 Trial, as needed, and/or to be established under separate Scheduling Order

7-16-2012      Trial of Damages for selected Limitation / Test Case PI/Death and *Robins Dry Dock* Claimants, Entitlement to Punitive Damages,[2] and Amount of Punitive Damages, if available.

---

[2]Plaintiffs Liaison Counsel shall confer with Defense Liaison Counsel and the Court to determine whether the issue of entitlement to punitive damages should be included within the February 2012 trial.