UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| STATE OF LOUISIANA v.<br>BP EXPLORATION & PRODUCTION, INC.,<br>BP PRODUCTS NORTH AMERICA, INC. AND<br>BP AMERICA, INC. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 10-cv-1758 | |

**UNOPPOSED MOTION TO WITHDRAW
MOTION FOR RECONSIDERATION
OR ALTERNATIVELY FOR CERTIFICATION UNDER 28 U.S.C §1292(b)
AND STAY OF PROCEEDINGS PENDING APPEAL**

NOW INTO COURT, through undersigned counsel, comes the State of Louisiana, by and through, Charles J. Ballay, the Plaquemines Parish District Attorney ("Plaintiff"), who respectfully files this Motion to Withdraw its Motion for Reconsideration or Alternatively For Certification under 28 U.S.C. §1292(b) and Stay of Proceedings Pending Appeal (Doc. 549) for the following reasons:

-1-

Upon further reflection, Plaintiff has decided not to pursue the Motion for Reconsideration or Alternatively For Certification under 28 U.S.C. §1292(b) and Stay of Proceedings Pending Appeal (Doc. 549) and has decided to withdraw same.

WHEREFORE, premises considered, the State of Louisiana, by and through, Charles J. Ballay, the Plaquemines Parish District Attorney ("Plaintiff") pray that it be allowed to withdraw its previously filed Motion for Reconsideration or Alternatively For Certification under 28 U.S.C. §1292(b) and Stay of Proceedings Pending Appeal (Doc 549).

Respectfully submitted,

 /s/ *Stephen B. Murray*
Stephen B. Murray  (No. 9858)
Stephen B. Murray, Jr. (No. 23877)
Arthur M. Murray (No. 27694)
James R. Dugan, II (No. 24785)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
T:  504.525.8100
F:  504.584.5249

Philip F. Cossich, Jr. (No. 1788)
David A. Parisola (No. 21005)
Christina Cossich de Young (No. 32407)
Darin S. Britt (No. 31639)
COSSICH SUMICH PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
T:  504.394.9000
F:  504.394.9110

Charles J. Ballay (No. 2719)
PLAQUEMINES PARISH DISTRICT ATTORNEY
301.A Main Street
Belle Chasse, Louisiana 70037
T:  504.297.5146
F:  504.297.5157

*OF COUNSEL*:
Robert E. Arceneaux (No. 1199)
ROBERT E. ARCENEAUX, LLC
47 Beverly Garden Drive
Metairie, Louisiana 70001
T: 504.833.7533
F: 504.833.7612

*OF COUNSEL*:
MARGARET E. WOODWARD (No. 13677)
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
T:  504.301.4333
F:  504.301.4365

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Interim Counsel for Defendants were contacted via facsimile on October 18, 2010 and asked to notify the undersigned of any objections to the filing of this motion by 2:00 p.m. on October 19, 2010.  As of the time of this filing, undersigned has not received any objections from Interim Defense Counsel.

 *s/ Stephen B. Murray*
Stephen B. Murray

**CERTIFICATE OF SERVICE**

I, Stephen B. Murray, do hereby certify that on October 19, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  The CM/ECF system will send notification of the filing to all counsel of record authorized to receive electronic servicing and the filing has also been served by USPS Regular Mail, properly addressed and first-class postage prepaid, on all counsel of record not authorized to receive electronic servicing.

 */s/ Stephen B. Murray*