# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

    Brian Howard's Charter Fishing LLC, et al. v. Transocean, )
        Ltd., et al., S.D. Mississippi, C.A. No. 1:10-207    )    MDL No. 2179
    Cao Nguyen v. Transocean, Ltd., et al.,    )
        S.D. Mississippi, C.A. No. 1:10-236    )

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order ("CTO-4") was filed in these actions (*Brian Howard's* and *Nguyen*) on September 8, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to both actions on September 23, 2010. The Panel has now learned these actions were dismissed in the Southern District of Mississippi by the Honorable Halil Suleyman Ozerden in orders filed on September 9, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-4" filed on September 8, 2010, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel