**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
|  | : |  |
| IN RE:   OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : | SECTION: J |
| APRIL 20, 2010 | : |  |
|  | : |  |
|  | : |  |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |
|  | : |  |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

**EX PARTE MOTION FOR LEAVE TO WITHDRAW**
**MOTION FOR RECONSIDERATION OR**
**ALTERNATIVELY FOR CERTIFICATION UNDER**
**28 U.S.C. § 1292(b) AND STAY OF PROCEEDING PENDING APPEAL**

**NOW INTO COURT,** through undersigned counsel, comes the State of Louisiana ("Plaintiff") by and through, John F. Rowley, the St. Bernard Parish District Attorney and on suggesting to the Court that Plaintiff desires to withdraw from the record its previously filed Motion for Leave Motion for Reconsideration or Alternatively for Certification Under 28 U.S.C. § 1292(b) And Stay of Proceeding Pending Appeal (Rec. Doc. No. 551).

160312.1

**WHEREFORE**, Plaintiff prays for an order in accordance with the foregoing.

Respectfully submitted,

/s/ Peter J Butler, Jr.
Peter J Butler, Jr. (Bar #18522)
Richard G. Passler (Bar #21006)
Barrett R. Stephens (Bar #31331)
Justin W. Stephens (Bar #30987)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112
Telephone: (504) 584-5454
Facsimile: (504) 584-5452

*Appointed Counsel by District Attorney for the Parish of St. Bernard, State of Louisiana*

John F. Rowley (Bar #02245)
1101 W. St. Bernard Highway
P. O. Box 947
Chalmette, Louisiana 70044-0947
Telephone: (504) 271-1811
Facsimile: (504) 279-2874

*District Attorney for the Parish of St. Bernard*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Peter J Butler, Jr.

160312.1