IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
|    "DEEPWATER HORIZON: in the | * | |
|    GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
|    Civil Action No. 10-1245 | * | |
|    Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

<u>THIRD SUPPLEMENTAL COMPLAINT FOR DAMAGES</u>

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First and Second Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Robert P. Charbonnet, Linda Charbonnet, Everett and Beverly Davis, Grand Terre Plantation, L.L.C., Jack O'Neal and Bajrang, Inc. through its President Mahesh Mistry.

I.

Plaintiff adopts herein by reference all allegations contained in her original and First and Second Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her Original, First and Second Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

Robert P. Charbonnet, Linda Charbonnet, Everett and Beverly Davis, owners of property in Bay St. Louis, Mississippi that was contaminated with oil; Grand Terre Plantation, L.L.C.

represented by Robert P. Charbonnet, owner of property in Grand Isle, Louisiana that was contaminated with oil, Jack O'Neal, owner of property in Vermilion Parish that was contaminated with oil and Bajrang, Inc., through its President, Mahesh Mistry,. a motel who suffered business losses and vacancies as a result of the BP oil spill.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their original First and Second Supplemental and Amending Complaint pray that the additional plaintiffs be added and pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;

2. For punitive damages as permitted by law;

3. For all attorney's fees and cost of litigation;

4. For legal interest from the date of judicial demand until paid in full;

5. For class action certification and trial by jury; and

6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2010, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS