AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

SHUN Y. CHU, ET AL )
)
Plaintiff )
v. ) Civil Action No. 4:10-CV-01972
BP, P.L.C; BP EXPLORATION AND PRODUCTION, )
INC. ET AL )
Defendant )

*MDL 2179 JW*
*EDLA Case# 10-3174*

United States District Court
Southern District of Texas
FILED

OCT 8 2010

David J. Bradley, Clerk of Court

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP p.l.c.
1ST JAMES'S SQUARE
LONDON SW1Y 4 PD, ENGLAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MIKAL C WATTS
WATTS GUERRA CRAFT, LLP
2506 NORTH PORT AVENUE
CORPUS CHRISTI, TEXAS 78401
361-693-3100
FAX 361-882-1261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 4 2010

CLERK OF COURT     **DAVID J. BRADLEY**

Date: _____            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:10-CV-01972

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* William John Francis, In House Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* BP, PLC by and
through Hague Convention on *(date)* Aug. 25, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: See Certification and proof attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-6-2010

*Server's signature*

Ryan L. Thompson, Attorney at Law
*Printed name and title*

Watts Guerra Craft LLP
4 Dominion Drive
Building 1
San Antonio, TX 78257

*Server's address*

Additional information regarding attempted service, etc:

SFP: 2010-6454  
Ref:

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention  
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served  the (date) 25 August 2010**  
**que le demande a ete executee         le (date)**

**-at (place, street, number)**          BP PLC  
**-a (localite, rue, numero)**           1 ST JAMES SQUARE  
                                          LONDON  
                                          SW1Y 4PD

- in one of the following methods authorised by article 5:  
-dans une des formes suivantes prevues a l'article 5:  
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention  
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method  
selon la forme particuliere suivante

c) by delivery to the addressee, who accepted it voluntarily  
par remise simple  
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:  
- (identity and description of person)  
- (identite et qualite de la personne)

**- relationship to the addressee (family, business or other)**          Officer of the Company William John Francis In Housel Counsel  
**- liens de parente de subordination ou autres avec**  
**le desinataire de l'acts**

2) that the document has not been served, by reason of the following facts:  
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.  
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes  
Documents returned  
Pieces renvoyees



Done at London  
fait a

in appropriate cases, documents          the 9 September, 2010  
establishing the service:                le  
le cas echeant, les documents  
justicatifs de l'execution:              Signature and/or stamp:  
                                          Signature et/ou cachet:

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Indentité et adresse du requérant* | *Adrese de l'autorité destinataire* |
| L. Celeste Ingalls** <br> Crowe Foreign Services <br> 1020 SW Taylor Street, Suite 240 <br> Portland, Oregon 97205 <br> USA <br> Email: Lci@foreignservices.com <br> Fax Number: 1-503-222-3950 | Hague Central Authority for England and Wales <br> Senior Master, Queen's Bench Division <br> The Senior Courts of England and Wales <br> Royal Courts of Justice <br> Strand, London WC2A 2LL <br> England, U.K. |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

BP p.l.c.
1 St. James's Square
London SW1Y 4PD

[✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
 ~~b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b).*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
 ~~c) *le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Done at Portland, Oregon, USA, the 28 day of June, 2010.
*Fait à Portland, Oregon, USA, le...*

Signature and/or stamp.
*Signature et/ou cachet*

[SEAL: OFFICIAL SEAL / L CELESTE INGALLS / NOTARY PUBLIC-OREGON / COMMISSION NO. 446064 / MY COMMISSION EXPIRES FEBRUARY 05, 2014]

Executed "Summary" (2 pages)
Summons in a Civil Action
Civil Cover Sheet
Plaintiffs' Original Complaint, with Exhibit A
Case No. 4:10-CV-01972

[Signature]
L. Celeste Ingalls

* Delete if inappropriate
 *Rayer les mentions inutiles*

** Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462

*Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters,
signed at The Hague, the 15th of November 1965*
*(Article 5, fourth paragraph)*

**Identite et adresse du destinataire /** *Identity* **and address** *of the* **addressee** / --:

> BP p.l.c.
> 1 St. James's Square
> London SW1Y 4PD

Case No. 4:10-CV-01972

**IMPORTANT**

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE*

*SI VOS RESSOURCES SO NT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT*

*LES DEMAN DES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU lA CONSULTATION JURIDIQUE DANS lE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A:*

American Civil Liberties Union Of Texas - San Antonio Chapter
P.O. Box 120072
San Antonio, TX 78212
210-380-0191

**IMPORTANT**

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULL Y IT MAY BE NECESSARY TO SEEK LEGAL ADVICE*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

American Civil Liberties Union Of Texas - San Antonio Chapter
P.O. Box 120072
San Antonio, TX 78212
210-380-0191

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| SHUN Y. CHU, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:10-CV-01972 |
| BP, P.L.C; BP EXPLORATION AND PRODUCTION, INC. ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP p.l.c.
1ST JAMES'S SQUARE
LONDON SW1Y 4 PD, ENGLAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MIKAL C WATTS
WATTS GUERRA CRAFT, LLP
2506 NORTH PORT AVENUE
CORPUS CHRISTI, TEXAS 78401
361-693-3100
FAX 361-882-1261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN  4 2010

Date: _____

CLERK OF COURT

**DAVID J. BRADLEY**

*Signature of Clerk or Deputy Clerk*