UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG            MDL No.: 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010        Section "J"

This Document Relates to EDLA 10-2661
    Sea Eagle Fisheries, Inc. et al v. BP, PLC, et al       Judge Barbier

**PLAINTIFF'S CERTIFICATION OF SERVICE
ON TRANSOCEAN LTD**

Respectfully submitted by,

                    /s/ M. Stephen Dampier
                    M. Stephen Dampier
                    Law Offices of M. Stephen Dampier, P.C.
                    Post Office Box 161 (36533)
                    55 N. Section Street
                    Fairhope, AL 36532
                    Tel: (251) 929-0900
                    Fax: (251) 929-0800

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| Sea Eagle Fisheries, Inc., et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 10-cv-238 |
| BP, PLC, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Transocean, Ltd.
　　　　　　　　　　　　　　　　　　Turmstrasse 30
　　　　　　　　　　　　　　　　　　CH-6300 Zug
　　　　　　　　　　　　　　　　　　Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Zach Butterworth
　　　　　　　　　　　　　　　　　Smith & Fawer, L.L.C.
　　　　　　　　　　　　　　　　　201 Charles Avenue, Suite 3702
　　　　　　　　　　　　　　　　　New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　May 06, 2010　　　　　　　　　　　　　　　　　　　*Cathi Jennings*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.: 10-cv-238

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167<br><br>[Stamp: Obergericht des Kantons Zug  E  11. Aug. 2010  Postaufgabe:] | HAGUE CENTRAL AUTHORITY FOR THE CANTON OF ZUG<br>Obergericht des Kantons Zug<br>Rechtshilfe<br>6300 Zug<br>SWITZERLAND |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)   TRANSOCEAN LTD (No.: CH-170.3.032.555-9)
Turmstrasse 30, 6300 Zug
SWITZERLAND

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :   Personal (in-hand) service by a Judicial Officer in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).

List of documents
*Enumération des pièces*

Executed "Request," in duplicate
"Certificate" (unexecuted), in duplicate
"Summary," in duplicate
"Notice," in duplicate
Summons in a Civil Action, in English and German, in duplicate
Class Action Complaint, in English and German, in duplicate
Civil Cover Sheet, in English and German, in duplicate

Done at Leawood, Kansas, U.S.A., the 4 Aug. 2010
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

[Signature: Karina Shreefer]

*Delete if inappropriate

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

# CERTIFICATE
## ATTESTATION

IR 10 591

10-CV-238

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*  _25. August 2010_
- at (place, street, number)
- *à (localité, rue numéro)*

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

  ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

  ☐ (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante :*

  ☐ (c) by delivery to the addressee, who accepted it voluntarily. *
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  _Angestellte der Transocean_

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*

Documents returned:
*Piéces renvoyées:*

Done at _Zug_ , the _27.8.2010_
*Fait à* , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and / or stamp.
*Signature et / ou cachet.*

[Signature: Obrecht] [Stamp: OBERGERICHT]

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

