```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


                                       :    MDL NO. 2179
IN RE: OIL SPILL by the OIL RIG        :
       "DEEPWATER HORIZON" in the      :
       GULF OF MEXICO, on               :
       APRIL 20, 2010                   :    SECTION: J
                                       :
                                       :
                                       :    JUDGE BARBIER
                                       :    MAG. JUDGE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..
```

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

On October 21, 2010, the Court received the attached letter from Kenneth R. Feinberg, Claims Administrator, Gulf Coast Claims Facility ("GCCF"). In the letter, Mr. Feinberg assures the Court that the GCCF will fully comply with Pretrial Order #1 (Rec. Doc. 2) and preserve any relevant evidence related to MDL 2179.

The Court hereby **ORDERS** that the letter be filed into the record.

New Orleans, Louisiana, this   21st   day of   October  , 2010.

_[signature]_
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE