# GCCF    Gulf Coast Claims Facility

October 18, 2010

Judge Carl J. Barbier
500 Poydras Street, Room C 256
New Orleans, LA   70130

Dear Judge Barbier:

I have been apprised that a concern was raised in the conference before the Court on October 15, 2010 regarding the preservation by the Gulf Coast Claims Facility of evidence that may be relevant to the civil actions transferred to the Court by order of the Judicial Panel on Multi District Litigation pursuant to its order of August 10, 2010. I have reviewed the Court's Pretrial Order #1 dated August 10, 2010, including the Court's mandate regarding Preservation of Evidence (August 10, 2010, Pretrial Order # 1, Paragraph 14) and I hereby assure the Court that the GCCF is in full compliance with the Court's order regarding preservation of evidence.

Sincerely,

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility