UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|    "DEEPWATER HORIZON" in the | § | |
|    GULF OF MEXICO, on | § | SECTION: J |
|    APRIL 20, 2010 | § | |
| | § | |
| | § | JUDGE BARBIER |
| This Document Relates to: 10-3169 | § | MAG. JUDGE SHUSHAN |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Remand filed by and on behalf of Matthew Davis, Robert Hearn, Dennis Dewayne Martinez, Eugene Dewayne Moss, Samuel Wade Pigg, Micah Joseph Sandell, Stephen Davis and Christopher Haire will be heard on Wednesday, November 10, 2010 at 9:30 a.m. before the Honorable Carl J. Barbier, United States District Judge, at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: _/S/ Anthony G. Buzbee_
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas  77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010 a copy of the foregoing Motion to Remand was filed electronically with the clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic system.

                                                    */S/ Anthony Buzbee*
                                                  Anthony Buzbee

2