# EXHIBIT A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF MISSISSIPPI §
WALTHALL COUNTY §

I, Matthew Davis, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration. I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a 3rd Floor BR when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around October 2008.

4. As a 3rd Floor BR my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, supervising cleaning crews, cleaning and keeping the personnel quarters in order.

5. The above duties contributed to the *Deepwater Horizon's* functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Art Catering was performed aboard the *Deepwater Horizon*.

7. My hitch was 28 days on, 14 days off and I worked 12 hours per day.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 27, 2010.

*Matthew Davis*
MATTHEW DAVIS

STATE OF TEXAS §
BEXAR COUNTY §

I, Stephen Davis, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I am a resident of Bexar County, Texas and have lived in Bexar County for about four years.

3. On April 20, 2010, I was working aboard the *Deepwater Horizon*, a semi-submersible offshore drilling rig, as a regular member of the crew. I was working as a welder when the *Deepwater Horizon* caught fire and exploded. My supervisors were Jerry Isaac and Steve Bertone.

4. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* on or about April 16, 2010.

5. As a welder, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, maintaining and repairing any steel piping, handrails, decks and grating, platforms and any other projects aboard the rig that needed fit fabrication and welding.

6. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

7. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*. Prior to joining the crew of the *Deepwater Horizon*, my only other work with Transocean was one hitch aboard the *Transocean Marianas*, another semi-submersible offshore drilling rig owned by Transocean. My job responsibilities aboard the *Transocean Marianas* were essentially identical to those aboard the *Deepwater Horizon*.

8. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 27, 2010.

STEPHEN DAVIS

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
ORLEANS PARISH §

I, Christopher Ryan Haire, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I am a resident of Harris County, Texas and have lived in Harris County for all but a few years of my life.

3. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a service supervisor when the *Deepwater Horizon* caught fire and exploded. My supervisor was Vince Tabler.

4. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around November 2008.

5. As a service supervisor, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, pumping fluids/cement and monitoring pressures.

6. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

7. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Halliburton was performed aboard the *Deepwater Horizon*.

8. My hitch was 14 days on, 14 days off.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 28th, 2010.

_____
CHRISTOPHER RYAN HAIRE

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
JEFFERSON PARISH §

I, Robert Hearn, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a baker/cook when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around May 2004.

4. As a baker/cook, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, cooking, baking and unloading groceries.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Art Catering was performed aboard the *Deepwater Horizon*.

7. My hitch was 28 days on, 14 days off and I worked 12 hours per day.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 27, 2010.

_____
ROBERT HEARN

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
SABINE PARISH §

I, Dennis Dewayne Martinez, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a deck pusher when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around 2002.

4. As a deck pusher, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, supervising the crane operators and roustabouts and participating in safety meetings.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

7. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

8. Prior to starting exploration of this well, the *Deepwater Horizon* was floated and navigated in to position above the drill site.

9. Once the drilling job was completed, the *Deepwater Horizon* would be navigated away from the site and would not be involved in any production tasks.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on June __/__, 2010.

_____
DENNIS DEWAYNE MARTINEZ

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF MISSISSIPPI §
LAWRENCE COUNTY §

I, Eugene D. Moss, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a crane operator when the *Deepwater Horizon* caught fire and exploded. My supervisor was Dennis Martinez.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around November 2008.

4. As a crane operator, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, operating the cranes, unloading boats, moving equipment and supervising a crew of roustabouts.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

7. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

8. Prior to starting exploration of this well, the *Deepwater Horizon* was floated and navigated in to position above the drill site.

9. I was told that, once the drilling job was completed, the *Deepwater Horizon* would be navigated away from the site and would not be involved in any production tasks.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 27, 2010.

_____
EUGENE D. MOSS

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF TEXAS § 
HARRIS COUNTY §

I, Samuel Wade Pigg, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a roustabout when the *Deepwater Horizon* caught fire and exploded. My supervisor was Eugene Moss.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around May 2006.

4. As a roustabout, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, keeping the main deck clean and unloading and loading workboats and supplies.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

7. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on June 2, 2010.

_____
SAMUEL WADE PIGG

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
VERNON PARISH §

I, Micah Joseph Sandell, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a crane operator when the *Deepwater Horizon* caught fire and exploded. My supervisor was Dennis Martinez.

3. I was permanently assigned to the *Deepwater Horizon*. I had been working aboard the *Deepwater Horizon* for approximately eight or nine years.

4. As a crane operator, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, operating the cranes, unloading boats, moving equipment and supervising a crew of roustabouts.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

7. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

8. Prior to starting exploration and drilling of this well, the *Deepwater Horizon* was floated and navigated in to position above the drill site.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on May 22, 2010.

_____
MICAH JOSEPH SANDELL