UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on | § | SECTION: J |
| APRIL 20, 2010 | § | |
| | § | |
| | § | JUDGE BARBIER |
| This Document Relates to: 10-3184 | § | MAG. JUDGE SHUSHAN |

## BRAD JONES AND MICHAEL WAYNE BURRELL'S MOTION TO REMAND

Plaintiffs BRAD JONES and MICHAEL WAYNE BURRELL (collectively "Plaintiffs") move pursuant to 28 U.S.C. §1447(c) for the Court to remand this case on the following grounds:

1. Plaintiffs' claims do not fall within the purview of the Outer Continental Shelf Lands Act ("OCSLA"), because the situs of Plaintiffs' work was on a vessel in navigable waters and not on a fixed platform.

2. Plaintiffs' claims are maritime in nature. Maritime claims do not give rise to federal question jurisdiction for the purposes of removal because of the "saving to suitors" clause of 28 U.S.C. §1333(1).

3. To the extent that OCSLA could apply to Plaintiffs' claims, it cannot displace Plaintiffs' general maritime law claims.

4. Defendants cannot seek removal under 28 U.S.C. §1441(b) because they are citizens of Texas and there is not complete diversity of parties.

For the foregoing reasons, and those more fully set forth in the attached Memorandum in Support of Brad Jones and Michael Wayne Burrell's Motion to Remand, this matter should be remanded to the 113th Judicial District of Harris County, Texas.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: ____*/S/ Anthony G. Buzbee*____
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2010 a copy of the foregoing Motion to Remand was filed electronically with the clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic system.

                               ____*/S/ Anthony Buzbee*____
                               Anthony Buzbee