# DECLARATION UNDER PENALTY OF PERJURY

STATE OF MISSISSIPPI §
MADISON COUNTY §

I, Michael Wayne Burrell, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as an AB Seaman when the *Deepwater Horizon* caught fire and exploded. My supervisor was Steve Richards, Bosun.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around January, 2007.

4. As an AB Seaman, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, maintaining the safety equipment (fire extinguishers, life jackets, life boats, breathing devices, etc.) for the state of readiness.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

7. My hitch was 21 days on, 21 days off and I worked 12 hours per day.

8. Prior to starting exploration of this well, the *Deepwater Horizon* was floated and navigated in to position above the drill site.

9. I was told that, once the drilling job was completed, the *Deepwater Horizon* would be navigated away from the site and would not be involved in any production tasks.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on October 20, 2010.

*Michael Burrell*

MICHAEL WAYNE BURRELL