UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| STATE OF LOUISIANA v. BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA, INC. AND BP AMERICA, INC. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 10-cv-1758 | |

O R D E R

THE FOREGOING BEING CONSIDERED:

Plaintiff's Unopposed Motion to Withdraw Motion for Reconsideration or Alternatively for Certification under 28 U.S.C. §1292(b) and Stay of Proceedings Pending Appeal be and is hereby GRANTED.

IT IS HEREBY ORDERED that:

Plaintiff be allowed to withdraw its Motion for Reconsideration or Alternatively For Certification under 28 U.S.C. §1292(b) and Stay of Proceedings Pending Appeal (Doc. 549) previously filed into record.

New Orleans, Louisiana, this  20th  day of  October , 2010.

_____
United States District Judge