# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
|  | : |  |
| IN RE: OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : | SECTION: J |
| APRIL 20, 2010 | : |  |
|  | : |  |
|  | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |
|  | : |  |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**THIS DOCUMENT RELATES TO CASE NO. 10-2087**

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw Motion for Reconsideration or Alternatively for Certification Under 28 U.S.C. § 1292(b) And Stay of Proceeding Pending Appeal;

IT IS ORDERED that the Motion for Reconsideration or Alternatively for Certification Under 28 U.S.C. § 1292(b) And Stay of Proceeding Pending Appeal (Rec. Doc. 551) on Behalf of the State of Louisiana by and through, John F. Rowley, the St. Bernard Parish District Attorney, be and the same is hereby withdrawn.

New Orleans, Louisiana, this 20th day of _____October_____, 2010.

_____
United States District Judge