**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 21, 2010**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE** | **CIVIL ACTION** |
| **OIL RIG "DEEPWATER HORIZON"** | |
| **IN THE GULF OF MEXICO, on APRIL 20, 2010** | **NO: 10-MD-2179-CJB-SS** |

A discovery conference was held this date.

Participating were:

Steve Herman, Duke Williams, Anthony Irpino, Jeffrey Grand, James Roy, Jeffrey Breit, for the plaintiffs;
Don Haycraft, Andy Langan, Mark Nomellini, Rob Miller, for BP;
Don Godwin, Jenny Martinez, for Halliburton;
Phil Wittmann, for Cameron International;
Kerry Miller, for Transocean;
Deb Kuchler and Ky Kirby, for Anadarko & MOEX; and
Mike Lyle, for Seacor.

New Orleans, Louisiana, dated October 21, 2010.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**