UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>ORDER</u>

On October 22, 2010, the Court received the attached letter from Don K. Haycraft, Counsel for BP. In the letter, Mr. Haycraft states that BP acknowledges that presentment to the Gulf Coast Claims Facility ("GCCF") in accordance with the requirements of OPA 90 and GCCF procedures constitutes presentment to BP.

The Court hereby **ORDERS** that the letter be filed into the record.

New Orleans, Louisiana, this  22nd  day of  October , 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE