# LISKOW&LEWIS
A Professional Law Corporation

| | | |
|---|---|---|
| One Shell Square | 822 Harding Street | First City Tower |
| 701 Poydras Street, Suite 5000 | Post Office Box 52008 | 1001 Fannin Street, Suite 1800 |
| New Orleans, LA 70139 | Lafayette, LA 70505 | Houston, TX 77002 |
| (504) 581-7979 Main | (337) 232-7424 Main | (713) 651-2900 Main |
| (504) 556-4108 Fax | (337) 267-2399 Fax | (713) 651-2908 Fax |

www.Liskow.com

October 22, 2010

Don K. Haycraft

Direct: (504) 556-4128
dkhaycraft@liskow.com

**Via Email**
Honorable Carl J. Barbier
United States District Judge
United States District Court
Eastern District of Louisiana
500 Camp Street, Section "J"
New Orleans, LA  70130

In Re: Oil Spill By The Oil Rig "Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010
MDL-2179; Section J; Judge Barbier; Magistrate Shushan
Our File No. 10451.084

Dear Judge Barbier:

At the October 15 status conference, the Court asked BP's counsel to confirm that presentment to the Gulf Coast Claims Facility (GCCF) constitutes presentment to BP as a designated Responsible Party under OPA 90.  As we have stated previously, BP acknowledges that presentment to GCCF in accordance with the requirements of OPA 90 and GCCF procedures will be considered presentment under OPA 90, without any requirement that presentment be separately made to BP directly.  The Court will recall this re-confirms what I said in open court in response to Your Honor's question on this subject at a hearing regarding oil sampling issues on July 27, 2010.  For the Court's and the parties' convenience, I have enclosed an excerpt from that hearing.

Respectfully yours,

Don K. Haycraft

DKH/apf

Enclosure

cc:     Liaison Counsel (with enclosure)

SEVENTY-FIVE YEARS OF EXCELLENCE