```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
     IN RE:  DEEPWATER HORIZON          *  Docket 10-1156 "J"
 5                                      *
                                        *  July 27, 2010
 6   This Document Relates to:          *
                                        *  4:00 p.m.
 7   All cases.                         *
                                        *
 8   * * * * * * * * * * * * * * * * *
 9
                     PROCEEDINGS BEFORE THE
10                HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE
11
12   APPEARANCES:
13
     For the Plaintiffs:        Domengeaux, Wright, Roy & Edwards
14                              BY:  JAMES P. ROY, ESQ.
                                556 Jefferson Street
15                              Suite 500
                                Post Office Box 3668
16                              Lafayette, Louisiana 70502
17
     For the Plaintiffs:        Lambert & Nelson
18                              BY: HUGH LAMBERT, ESQ.
                                701 Magazine Street
19                              New Orleans, Louisiana 70130
20
21   For the Plaintiffs          Smith Stag
                                BY:  MICHAEL G. STAG, ESQ.
22                              365 Canal Street
                                Suite 2850
23                              New Orleans, Louisiana 70130
24
25
```

```
 1   APPEARANCES:
 2
 3   For the Defendant:          Liskow & Lewis
                                 BY:  DON K. HAYCRAFT, ESQ.
                                 BY:  RUSSELL K. JARRETT, ESQ.
 4                               701 Poydras Street
                                 Suite 5000
 5                               New Orleans, Louisiana 70130
 6
 7   Official Court Reporter:    Jodi Simcox, RMR, FCRR
                                 500 Poydras Street
 8                               Room HB-406
                                 New Orleans, Louisiana 70130
 9                               (504) 589-7780
10
11
12
     Proceedings recorded by mechanical stenography, transcript
13   produced by computer.
14
15
16
17
18
19
20
21
22
23
24
25
```

## PROCEEDINGS

(July 27, 2010)

THE DEPUTY CLERK: All rise.

THE COURT: Good afternoon, everyone. Please be seated.

THE DEPUTY CLERK: Civil Action 10-1156, *in re: DEEPWATER HORIZON*, for plaintiff's motion for collection and preservation of oil samples.

THE COURT: All right. Counsel, everyone who needs to sign in, we have a sign-in list up here, if you want to sign-in and show you were here, you can do that. If you haven't done that already, you can do that before you leave.

Okay. Who's going to speak on behalf of the plaintiffs, Mr. Roy?

MR. ROY: Your Honor, I'm going to introduce Skip Lambert and Mike Stag, who are actually handling the argument. Skip is going to speak to the Court and argue it.

THE COURT: Okay. Very well.

MR. LAMBERT: Good afternoon, Your Honor.

THE COURT: Good afternoon.

MR. LAMBERT: Hugh Lambert, also known as Skip, for the plaintiffs.

Your Honor, with regard to this motion, it's primarily intended to ensure the preservation of evidence that we know, or believe, strongly, has been collected since this --

Case 2:10-md-02179-CJB-DPC   Document 594-2   Filed 10/22/10   Page 4 of 5

22

1      THE COURT:  Okay.  Anybody have anything else?
2          Mr. Haycraft?
3      MR. HAYCRAFT:  Judge, I just wanted to give you a
4  brief status report as defense liaison counsel -- interim
5  counsel.
6          At each opportunity, when I take the podium, I
7  give an update on the amount of claims paid thus far.  Through
8  37 claims offices, 82,600 checks have been issued to date.
9  There have been 131,000 claims to date.  And as of yesterday, a
10 total of $251 million has been paid through the BP claims
11 process, which is part of the statutory responsibility that BP
12 has a responsible party under the Oil Pollution Act of 1990.
13         The Gulf Coast Claims Fund, the GCCF, under the
14 leadership of Mr. Feinberg, remains in a transition phase.  And
15 Mr. Feinberg and his partner Mr. Rosen continue to meet with
16 state, local, federal, as well as plaintiffs lawyers, as well
17 as BP in formulating the game plan for that transition and for
18 taking over the BP claims process.
19     THE COURT:  Just so it's clear, because there was
20 some confusion, at least expressed by -- I've seen reports or
21 comments by lawyers or other interested parties, claimants,
22 whatever, confusion as to the interaction -- or how does what
23 Mr. Feinberg's going to be doing relate to the OPA claims
24 process.
25         As I understand it, basically, when he is up and

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1  running, sometime in August, it's going to take the place of BP
2  running the OPA claims process; right?
3          MR. HAYCRAFT: That's correct, Your Honor.
4          THE COURT: So then anyone who presents a claim to
5  Mr. Feinberg will be considered as having made an OPA claim
6  under the statute.
7          MR. HAYCRAFT: That's correct, Your Honor.
8          THE COURT: Okay. All right.
9          MR. HAYCRAFT: Thank you.
10         THE COURT: All right. Thank you.
11         MR. JARRETT: Your Honor, I just -- just to make -- I
12 think I know the answer to the question, but just to make sure
13 that the record's completely clear: It's the Court's position,
14 and I think this is also BP's position, that with respect to
15 source oil, that we're free to continue analyzing it, but we
16 need to preserve enough quantity that the plaintiff might have
17 future samples.
18         THE COURT: Right. Right.
19         MR. JARRETT: But as to the weathered oil, those that
20 are in different sizes and shapes, we can continue to analyze
21 as we see appropriate, as long as the results of those are made
22 available at the appropriate time.
23         THE COURT: Yes.
24         MR. JARRETT: Thank you, Your Honor.
25         THE COURT: All right. Anybody have anything else?