IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the Oil Rig     *     MDL NO. 2179
      "DEEPWATER HORIZON: in the     *
      GULF OF MEXICO, on April 20, 2010     *
                                              *     SECTION: "J"
                                              *
                                              *
                                              *     JUDGE BARBIER
                                              *     MAG. JUDGE SHUSHAN
THIS DOCUMENT RELATES TO:     *
      Civil Action No. 10-1245     *
      Darleen Jacobs Levy vs. BP, PLC, et al     *

*******************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FOURTH SUPPLEMENTAL AND AMENDING COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff, Darleen Jacobs Levy, seeks to file this Fourth Supplemental and Amending

Complaint. Defendants have been consulted and there is no objection to the filing of the Third

Supplemental and Amending Complaint. In accordance with Rule 7/6(E) there is no objection to

this motion.

WHEREFORE, plaintiff, Darleen Jacobs Levy, moves this Honorable Court to grant the

Third Supplemental and Amending Complaint as outlined above.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2010, I caused the foregoing to

be served on all counsel of record via the Court's CM/ECF system.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS