IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the Oil Rig        *     MDL NO. 2179
      "DEEPWATER HORIZON: in the     *
      GULF OF MEXICO, on April 20, 2010    *
                                     *     SECTION: "J"
                                     *
                                     *
                                     *     JUDGE BARBIER
                                     *     MAG. JUDGE SHUSHAN
THIS DOCUMENT RELATES TO:         *
      Civil Action No. 10-1245           *
      Darleen Jacobs Levy vs. BP, PLC, et al   *

**********************************************

<u>RULE 7.6(E) CERTIFICATE</u>

ON MOTION OF Darleen Jacobs Levy, and upon suggesting to the Court the following:

This amendment corrects the original petition under rule 12(c). Considering the fact that there is

no objection to filing this Fourth Supplemental and Amending Complaint, plaintiff requests that

this lawsuit be supplemented and amended without objection.

WHEREFORE, Darleen Jacobs Levy moves this Honorable Court to allow her to

supplement and amend her Original, First, Second and Third Supplemental and Amending

complaint.

Respectfully submitted:

<u>S/Darleen M. Jacobs</u>
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
AL SARRAT, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiff