IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Action No. 10-1245 | * | |
| Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

## FOURTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First and Second Supplemental and Amending Complaint for Damages to add the following additional Plaintiff:

Paul Terrebonne d/b/a Pellerin's Trophy and Awards.

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second and Third Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her Original, First and Second Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

Paul Terrebonne d/b/a Pellerin's Trophy and Awards, a retail establishment furnishing trophies and awards to conventions and the hospitality industry.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second and Third Supplemental and Amending Complaint pray that the additional plaintiff be added and pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;

2. For punitive damages as permitted by law;

3. For all attorney's fees and cost of litigation;

4. For legal interest from the date of judicial demand until paid in full;

5. For class action certification and trial by jury; and

6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

    Respectfully submitted:

    *S/Darleen M. Jacobs*
    DARLEEN M. JACOBS, ESQ. (#7208)
    RICHARD MARTIN, ESQ.
    KENNETH CHARBONNET, ESQ.
    AL SARRAT, ESQ.
    823 St. Louis Street
    New Orleans, LA 70112
    (504) 522-0155
    Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2010, I caused the foregoing to be served on all counsel of record via the Court's CM/ECF system.

    *S/Darleen M. Jacobs*
    DARLEEN M. JACOBS