UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 02:10-CV-1196 | MAGISTRATE JUDGE SHUSHAN |

*****************************************************************************

### MOTION TO FILE SECOND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Michelle M. Jones,** individually and as personal representative of her minor sons, **Stafford Hess Jones and Maxwell Gordon Jones**, who moves this Honorable Court to file the Second Amending Complaint for the following reasons:

1.

Since the time of the First Amending Complaint, Gordon Jones has been declared presumed dead;

2.

Since the first Amending Complaint, Gordon Jones' second son, Maxwell Gordon Jones, was born.

3.

Undersigned counsel has contact counsel for all parties who have joined issue in this case and no one has expressed opposition.

WHEREFORE, Plaintiff, Michelle M. Jones, individually and as personal representative of her minor sons, Stafford Hess Jones and Maxwell Gordon Jones, prays that she be allowed to file the Second Amending Complaint.

K:\Public\JWD\JONES.GORDON\Pleadings\USDC-ED (LA) --- CA No 10-MD-02179 -- AFTER transfer by JPML\Complaint - 2nd Amd -- Motion.wpd

By attorneys:

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES** (#04808)
RANDOLPH W. HUNTER (#7084)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana  70801-1910
Telephone:  225/344-3735
Facsimile:  225/336-1146
jdegravelles@dphf-law.com
rhunter@dphf-law.com
ndegravelles@dphf-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2010, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system.

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES**

K:\Public\JWD\JONES.GORDON\Pleadings\USDC-ED (LA) --- CA No 10-MD-02179 -- AFTER transfer by JPML\Complaint - 2nd Amd -- Motion.wpd