IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig     "DEEPWATER HORIZON: in the     GULF OF MEXICO, on April 20, 2010 | * * * * * * * * | MDL NO. 2179   SECTION: "J"   JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:     Civil Action No. 10-1245     Darleen Jacobs Levy vs. BP, PLC, et al | * * * | |

*******************************************

ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Second Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Third Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this  22nd day of  October , 2010.

_____
United States District Judge