CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com



October 18, 2010

George W. Healy, IV
George W. Healy & Associates
1323 28th Avenue,
Gulfport, MS 39501

Re: Chadwick Murray, Pltf. vs. Transocean LTD., et al., Dfts.

Case No. 2:10-cv-02814      J/1

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that -- is not the agent
for an entity by the name of Transocean LTD.. Currently, the state lists Corporation Service Company as the
agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Anita Montez
Process Specialist

Log# 517455644

FedEx Tracking# 790728907329

cc:  United States District Court: Eastern District
     500 Poydras Street,
     Room C-151,
     New Orleans, LA 70130