**Registered No.**      **Date Stamp**

| | |
|---|---|
| Reg. Fee | $11.00 |
| Handling Charge | $9.00 |
| Return Receipt | |
| Postage | $5.40 |
| Restricted Delivery | |
| Received by | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☐ Without Postal Insurance |

Date Stamp: SEP 15 2010, U.S.P.S.

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Milam & Milam, LLC
P.O. Box 1454
Fairhope, AL 36533

TO: Triton Asset Leasing GmbH
Turmstrasse 30
Ch-6300 Zug, Switzerland

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

| Item Description (Nature de l'envoi) | Registered Article (Envol recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |
|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | |

Completed by the office of origin. (A remplir par le bureau d'origine.)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Triton Asset Leasing GmbH

Street and No. (Rue et No.)
Turmstrasse 30

Place and Country (Localité et pays)
Ch-3600 Zug, Switzerland

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or (3) by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 27-9-10

Signature of Addressee (Signature du destinataire)
27.9.10

Office of Destination Employee Signature
(Signature de l'agent du bureau du destination)

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775