OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                                    Date: October 27, 2010

                                    THOMAS "TOM" FAGO, et al.,

                                              vs.

                                    BP, PLC, et al.,

                                    Case No.: 2:10-cv-03084 Section J/1

Dear Sir:

      Please issue summons on the complaint to the following:

1. Transocean, Ltd.
   C/O Capitol Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, TX 78701

2. Transocean Deepwater, Inc.
   C/O Capitol Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, TX 78701

3. BP, PLC
   28100 Torch Parkway
   Warrenville, Illinois 60555

                                    Very truly yours,
                                    /s/ Raquel Y. Lao, Esq.
                                    Friedman, Rodman & Frank, P.A.
                                    3636 West Flagler Street
                                    Miami, Florida 33135
                                    Telephone: (305) 448-8585
                                    Facsimile: (305) 448-9818
                                    raquellao@gmail.com
                                    *Attorney for Plaintiff, Thomas "Tom" Fago, et al.*