## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF HEARING</u>

Pᴌᴇᴀsᴇ Tᴀᴋᴇ Nᴏᴛɪᴄᴇ that Plaintiffs will bring their Motion to Extend Deadlines for the

Service of PPFs for hearing at <u>9:30 am</u> on <u>Wednesday</u>, <u>November 24</u>, <u>2010</u>.


|  |  |
|---|---|
| _____/s/   Stephen J. Herman_____ | _____/s/ James Parkerson Roy_____ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| Hᴇʀᴍᴀɴ Hᴇʀᴍᴀɴ Kᴀᴛᴢ & Cᴏᴛʟᴀʀ **LLP** | Dᴏᴍᴇɴɢᴇᴀᴜx Wʀɪɢʜᴛ Rᴏʏ & Eᴅᴡᴀʀᴅs **LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |