UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** Plaintiffs' Motion to Extend Deadline for Service of Plaintiff Profile Forms:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and that Pretrial Order No. 11 be and is hereby modified and amended to extend the due date for Plaintiff Profile Forms until the later of: (a) 30 days from when a final Plaintiff Profile Form has been agreed to by the parties or approved by the Court, or (b) sixty days from the date of the Removal or the filing of the Plaintiff's Complaint.

**SIGNED** this ___ day of _____, 2010.

_____
**The Honorable Carl J. Barbier**
**U.S. District Court Judge**