UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig　　　　* | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf　　* | |
| of Mexico, on April 20, 2010　　　　* | SECTION: J |
| 　　　　　　　　　　　　　　　　　　　* | |
| Applies to: *All Cases.*　　　　　　　* | JUDGE BARBIER |
| 　　　　　　　　　　　　　　　　　　　* | MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | |

# ORDER

**CONSIDERING** Plaintiffs' Motion for Expedited Consideration:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and that Plaintiffs' Motion to Extend the Deadlines for the service of Plaintiff Profile Forms be and is hereby set to be heard at _____ am on the ___ day of _____, 2010.

**SIGNED** this ___ day of October, 2010.

_____
**The Honorable Carl J. Barbier**
**U.S. District Court Judge**