Civil Action No.   2:10-cv-2839

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for _____
was received by me on _____.

☐ I personally served the summons on the individual at _____
_____ on _____; or

☐ I left the summons at the individual's residence or usual place of abode with _____
_____, a person of suitable age and discretion who resides there,
on _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on _____, who is
designated by law to accept service of process on behalf of _____
_____ on _____; or

☐ I returned the summons unexecuted because _____ or;

☒ Other: Summons and Complaint were served on Mitsui & Company, (U.S.A.), Inc. on September 2, 2010 via Certified Mail. Domestic Return Receipt (green card) was received by Beasley Allen law firm on September 9, 2010 (see attached).

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   October 28, 2010                    s/John E. Tomlinson
                                             *Server's Signature*

                                            John E. Tomlinson
                                            *Printed name and title*
                                    Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                                    Post Office Box 4160
                                    Montgomery, Alabama 36103-4160
                                             *Server's address*

Additional information regarding attempted service, etc.

## UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| CJK Fab & Consulting,   )<br>    )<br>    *Plaintiff*   )<br>    )<br>v.   )<br>    )<br>BP, plc; BP Exploration & Production, Inc.;   )<br>BP Products North America, Inc.; BP America, Inc.;   )<br>BP Holdings, North America Limited;   )<br>Anadarko Petroleum Corporation; Anadarko E&P   )<br>Company LP; Mitsui & Co. (U.S.A.), Inc.; Halliburton   )<br>Energy Services, Inc.; Cameron International   )<br>Corporation f/k/a Cooper Cameron Corporation; and,   )<br>MOEX Offshore 2007, L.L.C.;_____)<br>    *Defendants* | **Certified Article Number**<br>7160 3901 9848 9619 4382<br>**SENDERS RECORD**<br><br>10-2839 "J" (1)<br><br>Civil Action No. _____ |

### SUMMONS IN A CIVIL ACTION

To:   Mitsui & Company, (U.S.A.), Inc.
      C T Corporation System
      5615 Corporate Boulevard, Ste 400B
      Baton Rouge, Louisiana 70808

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   John E. Tomlinson
   Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
   Post Office Box 4160
   Montgomery, Alabama 36103-4160

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Aug 27 2010__

*[signature]*
*Deputy clerk's signature*

