UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf  * | |
| of Mexico, on April 20, 2010  * | SECTION: J |
| * | |
| Applies to: *All Cases.*  * | JUDGE BARBIER |
| * | MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | |

## ORDER

**CONSIDERING** Plaintiffs' Motion to Extend Deadline for Service of Plaintiff Profile Forms:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and that Pretrial Order No. 11 be and is hereby modified and amended to extend the due date for Plaintiff Profile Forms until November 22, 2010, or sixty (60) days from the date of the filing or removal of the Plaintiff's Complaint, whichever is later.  IT IS FURTHER ORDERED that Liaison Counsel meet with Magistrate Judge Shushan during the week of November 1, 2010 to discuss the appropriate format for the Plaintiff Profile Forms.

**SIGNED** this 29th day of     October    , 2010.

_____
United States District Judge