UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 10-3891 | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc., BP America Inc., and BP Products North America Inc., who file this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's October 21, 2010 order:

1.

The parties remaining in this action are Lionel Serigne, Joan Serigne, BP Exploration & Production Inc., BP America Inc. and BP Products North America Inc. Additionally, Loupe Construction & Consulting Co., Inc. remains in this action, but Loupe is an improperly-joined defendant named only to defeat diversity jurisdiction and should be dismissed.

935972_1

2.

Copies of all pleadings filed in state court by the parties listed above are attached hereto as Exhibit "A."

3.

Copies of the returns on service of process of Plaintiffs' original Petition for Damages for Failing to Pay Rent, Failing to Pay Electricity, For Loss of Camper, and For Unfair Trade Practices are attached hereto as Exhibit "B." Copies of the returns on service of process of Plaintiffs' First Supplemental and Amending Petition/Order are attached hereto as Exhibit "C."

Respectfully submitted,

/s/ Katherine S. Roth
Shannon S. Holtzman, T.A. (Bar #19933)
Katherine S. Roth (#28224)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, Louisiana 70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

**Attorneys for BP Exploration & Production Inc., BP America Inc., and BP Products North America Inc.**

935972_1

-3-

935972_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic mail prior to mailing this 29th day of October, 2010.

/s/ Katherine S. Roth