# CITATION

**FOR RETURN**

| | | |
|---|---|---|
| LIONEL SERIGNE AND JOAN SERIGNE |  | Case: # 116-434 |
| | | Division: **D** |
| Versus | | 34th Judicial District Court |
| | | Parish of St. Bernard |
| LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC. | | State of Louisiana |

**FILED**

TO: LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC.
THRU ITS AGENT FOR SERVICE AND PROCESS:
ALVIN P. LOUPE
125 SHIRLEY LANE
RESERVE, LA 70084

SEP 20 2010

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES FOR FAILING TO PAY RENT, FAILING TO PAY ELECTRICITY, FOR LOSS OF CAMPER RENTALS AND FOR UNFAIR TRADE PRACTICES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 3RD day of SEPTEMBER, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

LLB/L. SERIGNE

By_____
Deputy Clerk

www.stbclerk.com

/S/Lisa L. Borden

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**EXHIBIT B**

Case 2:10-md-02179-CJB-DPC   Document 621-2   Filed 10/29/10   Page 2 of 4

# CITATION

**FOR RETURN**

---

**LIONEL SERIGNE AND JOAN SERIGNE**

**Versus**

**LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.**



*Case: # 116-434*

*Division:* **D**

*34th Judicial District Court*
*Parish of St. Bernard*
*State of Louisiana*

---

TO: **BP AMERICA, INC.**
**THRU ITS AGENT FOR SERVICE AND PROCESS:**
**CT CORPORATION SYSTEM**
**5615 CORPORATE BOULEVARD, SUITE 400B**
**BATON ROUGE, LA 70808**



**FILED**

SEP 24 2010

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES FOR FAILING TO PAY RENT, FAILING TO PAY ELECTRICITY, FOR LOSS OF CAMPER RENTALS AND FOR UNFAIR TRADE PRACTICES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 3RD day of SEPTEMBER, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

LLB/L. SERIGNE

By: _____
Deputy Clerk
/S/Lisa L. Border

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.

Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.

Sheriff

# CITATION

FOR RETURN



| | | |
|---|---|---|
| **LIONEL SERIGNE AND JOAN SERIGNE** | | **Case: # 116-434** |
| | | **Division: D** |
| **Versus** | | 34th Judicial District Court |
| | | Parish of St. Bernard |
| **LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.** | | State of Louisiana |

**FILED**

**SEP 24 2010**

CLERK OF COURT
ST. BERNARD PARISH

TO: **BP EXPLORATION & PRODUCTION, INC.
THRU ITS AGENT FOR SERVICE AND PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES FOR FAILING TO PAY RENT, FAILING TO PAY ELECTRICITY, FOR LOSS OF CAMPER RENTALS AND FOR UNFAIR TRADE PRACTICES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 3RD day of SEPTEMBER, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

LLB/L. SERIGNE

By: _____
Deputy Clerk
S/Lisa L. Borden

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ this Parish in the hands of _____ the same at _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on ____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____

_____
Sheriff

# CITATION



---

**LIONEL SERIGNE AND JOAN SERIGNE**

**Versus**

**LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.**



Case: # 116-434

Division: **D**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

---

TO: **BP PRODUCTS NORTH AMERICA, INC.**
**THRU ITS AGENT FOR SERVICE AND PROCESS:**
**THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
**320 SOMERULOS STREET**
**BATON ROUGE, LA 70802-6129**

**FILED**

SEP 29 2010

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES FOR FAILING TO PAY RENT, FAILING TO PAY ELECTRICITY, FOR LOSS OF CAMPER RENTALS AND FOR UNFAIR TRADE PRACTICES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 3RD day of SEPTEMBER, 2010.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

**LLB/L. SERIGNE**

By: _____
Deputy Clerk

www.stbclerk.com

/S/Lisa L. Border

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, _____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the _22_ day of _Sept_, _10_ and on the _22_ day of _Sept_, _10_ served a copy of the within _____ on Prentice Hall Corp on 9-22-10 at 320 Somerulos St this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____.

Sheriff