# CITATION

LIONEL SERIGNE AND JOAN SERIGNE

Versus

LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.




Case: # 116-434
Division: "D"
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

**FILED**

TO: LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC.
THROUGH ITS AGENT FOR SERVICE AND PROCESS:
ALVIN P. LOUPE
125 SHIRLEY LANE
RESERVE, LOUISIANA 70084

SEP 24 2010

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of <u>PLAINTIFFS' 1ST SUPPLEMENTAL AND AMENDING PETITION/ORDER</u>. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 13TH day of SEPTEMBER, 2010.
LIONEL--NL

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: /S/Norma Lovell
Deputy Clerk

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

**EXHIBIT C**

Leg 2  SEP 1 4 2010

# CITATION

23.12

LIONEL SERIGNE AND JOAN SERIGNE

Versus

LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.




Case: **#116-434**
Division: **"D"**
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

FILED
OCT 01 2010
CLERK OF COURT
ST BERNARD PARISH

TO: **BP PRODUCTS NORTH AMERICA, INC.**
THROUGH ITS AGENT FOR SERVICE AND PROCESS:
**THE PRENTICE-HALL CORPORATION SYSTEM, INC.**
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PLAINTIFFS' 1ST SUPPLEMENTAL AND AMENDING PETITION/ORDER____. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 13TH day of SEPTEMBER, 2010.
LIONEL--NL

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Norma Lovell

www.stbclerk.com

---

DOMICILIARY
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

Sheriff

RECEIVED

SEP 24 2010    SEP 14 2010

E.B.R. SHERIFF'S OFFICE

# CITATION

29.36

| | | |
|---|---|---|
| **LIONEL SERIGNE AND JOAN SERIGNE**<br><br>Versus<br><br>**LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.** |   | *Case:* **# 116-434**<br>*Division:* **"D"**<br>*34th Judicial District Court*<br>*Parish of St. Bernard*<br>*State of Louisiana* |

TO: **BP EXPLORATION & PRODUCTION, INC.**
*THROUGH ITS AGENT FOR SERVICE AND PROCESS:*
**C T CORPORATION SYSTEM**
*5615 CORPORATE BOULEVARD, SUITE 400B*
*BATON ROUGE, LA 70808*

FILED
SEP 30 2010
CLERK OF COURT
ST. BERNARD PARISH

  YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of PLAINTIFFS' 1ST SUPPLEMENTAL AND AMENDING PETITION/ORDER         . The Petition tells you what you are being sued for.

  You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

  If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

  This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 13TH day of SEPTEMBER , 2010.
LIONEL--NL

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By:_____
Deputy Clerk
/S/Norma Lovell

www.stbclerk.com

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
          Returned Parish of St. Bernard_____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
          Returned Parish of St. Bernard _____, _____.

_____
Sheriff

SEP 1 2 2010

# CITATION

29.36

| | | |
|---|---|---|
| LIONEL SERIGNE AND JOAN SERIGNE<br><br>Versus<br><br>LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC. |  | Case:  # 116-434<br>Division:  "D"<br>34th Judicial District Court<br>Parish of St. Bernard<br>State of Louisiana |

TO:  BP AMERICA , INC.
THROUGH ITS AGENT FOR SERVICE AND PROCESS:
C T CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

FILED
SEP 30 2010
CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of PLAINTIFFS' 1ST SUPPLEMENTAL AND AMENDING PETITION/ORDER____.  The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 13TH day of SEPTEMBER , 2010.
LIONEL--NL

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Norma Lovell

www.stbclerk.com

SEP 2 7 2010
Made service on the named party through the ... by tendering a copy of this document to ... CT Corporation ... Baton Rouge. By: E. Cummings, Deputy Sheriff, Parish of E. Baton Rouge

☐ LISA ...     ☐ RODERICK THOMAS     ☑ WALTER BASS     ☐ JULIE CHISM

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

SEP 1 _ 2010