UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases*. | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

### *EX PARTE* MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION FOR RELIEF FROM PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1

Defendant Anadarko Petroleum Corporation ("Anadarko") hereby respectfully moves this Honorable Court for limited relief from the preservation of evidence obligations of Pretrial Order No. 1 [Dkt. 2] in order to permit Anadarko to respond to a subpoena served on it by the Joint Investigation Team of the United States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement (" JIT") commanding the production of drill cuttings samples not later than November 4, 2010. All Defendants' liaison counsel consent to the requested relief. Plaintiffs' counsel have not responded to requests for confirmation of their consent.

**WHEREFORE**, and for the reasons set forth in the accompanying Memorandum, Anadarko requests that its Motion be granted and that the Court enter an Order permitting

Anadarko to release the drill cuttings samples to the JIT and otherwise relieving Anadarko from any contrary obligations as may be set forth in the Court's Pretrial Order No. 1.

        Respectfully Submitted,

        /s/ Deborah D. Kuchler
        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        Janika Polk (La. Bar No. 27608)
        Robert Guidry (La. Bar No. 28064)
        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC
        1615 Poydras Street, Suite 1300
        New Orleans, LA  70112
        Tel:  (504) 592-0691
        Fax:  (504) 592-0696

        Ky E. Kirby
        Ky.Kirby@bingham.com
        Warren Anthony Fitch
        Tony.Fitch@bingham.com
        BINGHAM MCCUTCHEN LLP
        2020 K Street, NW
        Washington, DC 20006-1806
        Telephone (202) 373-6000
        Facsimile (202) 373-6001

        James J. Dragna
        Jim.Dragna@bingham.com
        BINGHAM MCCUTCHEN LLP
        355 South Grand Avenue
        Suite 4400
        Los Angeles, California 90071-3106
        Telephone (213) 680-6436
        Facsimile (213) 680-8636

        **ATTORNEYS FOR DEFENDANT ANADARKO PETROLEUM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010 I caused a copy of the foregoing *EX PARTE* MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION FOR RELIEF FROM PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1 to be filed electronically with the Clerk of the Court and electronically served on all liaison counsel using the LexisNexis File & Serve system, pursuant to the Court's Pretrial Order No. 12.

/s/ Deborah D. Kuchler