UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | |
| of Mexico, on April 20, 2010 * | SECTION: J |
| * | |
| Applies to: *All Cases*. * | JUDGE BARBIER |
| * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

In consideration of the *Ex Parte* Consent Motion of Defendant Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, the Memorandum in Support thereof, and for good cause shown;

**IT IS HEREBY ORDERED**, that the *Ex Parte* Motion of Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 is GRANTED.

New Orleans, Louisiana this _____day of _____, 2010.

_____
**JUDGE**