# EXHIBIT 2

**Initial analyses proposed for USGS Denver laboratories. Subsequent analyses will depend or results from these analyses.***

**Representative portions of each sample will be kept for the record. No sample will be completely consumed during analyses. Some samples may be too small to perform all tests or analyses.**

| order | Analysis | Results | Purpose | Sample amount required | Sample requirements | Comment |
|---|---|---|---|---|---|---|
| **1** | Photograph and weigh | digital images - weight of sample | documentation | N/A | non-destructive | |
| **2** | Macro photography - Stereo microscopy | digital images - higher magnification | documentation - identify features for further analyses | N/A | non-destructive | |
| **3** | Visible-infrared reflectance spectroscopy | wavelength spectra | phase/component/contaminant identification | N/A | non-destructive | Using handheld reflectance spectrometer |
| **4** | Variable pressure SEM w/ x-ray microanalysis | high magnification images - chemical data - phase identification | determine components, structure, texture | N/A | non-destructive | Phase chemistry less accurate than 5. Resolution for x-ray analysis not optimum. Larger samples may not fit into the analysis chamber. |
| **5** | SEM and x-ray microanalysis - high vacuum mode. Optical petrography. | high magnification images - chemical data - phase identification | Determine components, structure, texture. Determine accurate phase chemistry. Identify trace phases. Identify and document distinctive textures and morphology | Portion of sample. Depends on sample homogeneity and grain/feature size. | Requires portion of sample to be removed and processed for analysis. Polished section and/or grain mount(s). Processed sample can be preserved for future analysis and for the record. | More accurate and precise phase chemistry. Ability to analyze grain texture. Ability to do fully quantitative analysis of textures and phase chemistry to the limits of the technique. Optical petrography can be done on same polished sections and grain mounts. |
| **6** | X-ray diffraction analysis (XRD) | x-ray diffractogram for phase identification of crystalline materials | Identify major and minor phases. Confirm SEM identification. Provide estimate of relative proportions of phases | 0.1 - 3 grams | Requires grinding of a portion of the sample. Prepared sample can be preserved for future analysis. | Some samples may be too small for this analysis or results may be less accurate if sample weight is not optimum. Results and time required for analysis will depend on amount of sample used. |
| **7** | Bulk chemistry - XRF and/or ICPMS | major and trace element bulk chemistry | Obtain accurate and precise bulk chemistry of sample | 0.5 grams | Requires dissolution of portion of sample. | Results will depend on homogeneity of sample. Some samples may be too small for this analysis |
| | | | | | | * Results from the above will allow us to determine if the samples are rock, cement (and possibly type), or other material. The results will also provide quantitative information on phases present, phase chemistry (major and trace), textures, grain size, and contaminants. Additional analyses required such as micropaleo, hydrocarbon, compressive strength, density, etc. can then be determined as appropriate based on results from above. All of the above may not be needed for each sample. |