# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

## *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION

Defendant Anadarko Petroleum Corporation ("Anadarko") respectfully requests that this Honorable Court consider Anadarko's *Ex Parte* Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 ("Motion") on an expedited basis. As discussed in the Memorandum accompanying the Motion, the federal Joint Investigation Team ("JIT") has served on Anadarko a subpoena commanding the production of drill cuttings samples, returnable on November 4, 2010. Anadarko is agreeable to producing the materials responsive to the JIT's subpoena, but has advised the JIT that it cannot do so without leave of the Court.

**WHEREFORE**, Anadarko requests that the *Ex Parte* Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 be considered on an expedited basis.

Respectfully Submitted,

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**ATTORNEYS FOR DEFENDANT
ANADARKO PETROLEUM
CORPORATION**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2010 I caused a copy of the foregoing EX PARTE

MOTION FOR EXPEDITED CONSIDERATION to be filed electronically with the Clerk of the

Court and electronically served on all liaison counsel using the LexisNexis File & Serve system,

pursuant to the Court's Pretrial Order No. 12.


/s/ Deborah D. Kuchler