UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases*. | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Consideration;

**IT IS HEREBY ORDERED**, that Defendant Anadarko Petroleum Corporation's *Ex Parte* Motion for Expedited Consideration is GRANTED.

New Orleans, Louisiana this _____day of _____, 2010.


_____
**JUDGE**


A/73544473.1