UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This document relates to: ALL ACTIONS | * | MAG. JUDGE SHUSHAN |
| ************************************** | * | |

### *EX PARTE* MOTION TO ADOPT DEFENDANTS' MEMORANDUM IN RESPONSE TO JOINT MOTION FOR PROTECTIVE ORDER BY ANADARKO E&P COMPANY, L.P., ANADARKO PETROLEUM CORPORAITON, MOEX OFFSHORE 2007 LLC, AND MOEX USA CORPORATION

**NOW INTO COURT**, come Defendants, Anadarko E&P, L.P., Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, and MOEX USA Corporation, who adopt as if copied herein *in extenso* Defendants' Memorandum in Responses to Joint Motion for Protective Order.

For the reasons stated in Defendants' Memorandum in Responses to Joint Motion for Protective Order, Anadarko E&P, L.P., Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, and MOEX USA Corporation, respectfully request that Defendants' proposed Plaintiff Profile Form be approved and required to be completed by Plaintiffs.

Respectfully submitted,

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika D. Polk (La. Bar No. 27608)
Robert E. Guidry (La. Bar No. 28064)
**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile:  (504) 592-0696

James J. Dragna
(Jim.Dragna@bingham.com)
**Bingham McCutchen**
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone: (213) 680-6436
Facsimile: (213) 680-8636

Ky E.Kirby
Michael B. Wigmore
Warren Anthony Fitch
**Bingham McCutchen**
2020 K Street, NW
Washington, DC 20006-1806
Telephone: (202) 373-6000
Facsimile: (202) 373-6001

**ATTORNEYS FOR ANADARKO E&P COMPANY, L.P., ANADARKO PETROLEUM CORPORATION, MOEX OFFSHORE 2007 LLC AND MOEX USA CORPORATION**