```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                              Date: November 1, 2010

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179

This Document Relates to: Defenders of Wildlife, et al. v. BP P.L.C., et al.

                              vs.

Case No. Document relates to: 10-3879   Section CJB-SS

Dear Sir:

    Please (issue) **(re-issue)** summons on the **(complaint)** (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP p.l.c.
   (address) International Headquarters, 1 St. James's Square, London SW1Y 4PD
2. (name) 
   (address) 
3. (name) 
   (address) 
4. (name) 
   (address) 

                              Very truly yours,

                              /s/ John Suttles
                              "Signature"

Attorney for Defenders of Wildlife, Gulf Restoration Network Inc., and Save the Manatee Club, Inc.

Address Southern Environmental Law Center, 200 West Franklin Street, Suite 330, Chapel Hill, NC 27156-2559