MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 1, 2010

**MJSTAR: 00:45**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

  A discovery conference was held this date. See attached sign-in sheet for those in attendance. Tad Tsckerides participated by telephone.