# CONFERENCE ATTENDANCE RECORD

DATE: 11-1-10    TIME: 10:00

CASE NAME: BP Status Confer

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

Disc.

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tad Tsekerides 212-310-8218 | Seacor |
| Deb Kuchler | Anaderko + MOEX |
| Don Haycraft | BP - Liskow |
| Wendy Bloom | BP - Kirkland |
| Andy Langan | BP - Kirkland |
| DON GODWIN | HALLIBURTON |
| Jenny Martinez | Halliburton |
| Phil Wittmann | Cameron |
| Carmelite Bertaut | Cameron |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| DUKE WILLIAMS | Π'S |
| ANTHONY IRPINO | Π'S |
| Steve Herman | Plaintiff Liaison Counsel |
| Jim Roy | " |
| William F. Large | ΠΤs |
| Chris Lainey | ΠΤs |
| | |
| | |
| | |