**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

Filed
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 OCT 29 PM 3: 14
LORETTA G. WHYTE
CLERK

October 27, 2010

David A. Hilleren
Hilleren & Hilleren, L.L.P.
Post Office Box 210,
Evergreen, LA 71333

Re: Kenneth Roberts, Complainant vs. BP, PLC, et al. including Transocean, Dfts.

Case No. 10-3815

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Transocean. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Lisa Uttech
Fulfillment Specialist

Log# 517510085

FedEx Tracking# --

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130

 **CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

Filed
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 OCT 29 PM 3: 14
LORETTA G. WHYTE
CLERK

October 27, 2010

David A. Hilleren
Hilleren & Hilleren, L.L.P.
Post Office Box 210,
Evergreen, LA 71333

Re: Kenneth Roberts, Complainant vs. BP, PLC, et al. including Weatherford International, Ltd., Dfts.

Case No. 10-3815

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Weatherford International, Ltd. is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 517510071

FedEx Tracking# --

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130

 **CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

Filed

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 OCT 29 PM 3: 14

LORETTA G. WHYTE
CLERK

October 27, 2010

David A. Hilleren
Hilleren & Hilleren, L.L.P.
Post Office Box 210,
Evergreen, LA 71333

Re: Kenneth Roberts, Complainant vs. BP, PLC, et al. including Weatherford International, Inc., Dfts.

Case No. 10-3815

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Weatherford International, Inc. is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 517510538

FedEx Tracking# --

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130