UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
|     GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| ALL CASES | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS

Pursuant to Local Rule 56.1, Plaintiffs respectfully submit the attached statement of undisputed facts in connection with their motion for partial summary judgment:

1.) Subject to various exceptions, the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. §2704(a)(3), provides for a cap on liability of $75 million, plus removal costs, for a designated responsible party.

2.) BP Exploration & Production, Inc., has been designated a responsible party under OPA with respect to the oil spill emanating from the Macondo well on or after April 20, 2010.

3.) Following an October 15, 2010 status conference, the Court directed BP to "advise the court and all counsel in writing by October 22, 2010 at to whether BP formally waives the $75 million OPA damages cap."[1]

4.) On October 18, 2010, BP filed a "Statement of BP Exploration & Production Inc. Re Applicability of limit of Liability Under Oil Pollution Act of 1990." (the "Statement") into the record.[2]

5.) In the Statement, BP declared the following:
   a. That "it would pay all legitimate claims, regardless of the OPA statutory limit of liability."[3]
   b. That it "will live up to its public commitment to pay all legitimate claims made in connection with the *Deepwater Horizon* incident and the resulting oil spill."[4]
   c. That it "has chosen to waive the statutory limitation on liability under OPA."[5]
   d. That other parties should "likewise" unequivocally waive this statutory cap.
   e. That, regardless of whether other parties elect to waive this damages cap, "it will not affect BP's pledge to step forward in the first instance to pay all legitimate claims in an efficient and fair manner."

This 1st day of November, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |

---

[1] R. 565.
[2] R. 559, attached as Exhibit A.
[3] *Id*., at ¶ 2.
[4] *Id*.
[5] *Id*.

Fax No. (504) 569-6024  
E-Mail: sherman@hhkc.com

Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel*          *Plaintiffs Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office:  (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail: bbarr@levinlaw.com<br><br>Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office:  (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com<br><br><br>Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Office:  (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail:  ecabraser@lchb.com<br><br>Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA  70037<br>Office:  (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail:  pcossich@cossichlaw.com<br><br>Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191 | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY  10003<br>Office:  (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail:  rgreenwald@weitzlux.com<br><br>Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS &<br>MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office:  (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail:  rhon.jones@beasleyallen.com<br><br><br>Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA  70601<br>Office:  (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail:  mlundy@lundylawllp.com<br><br>Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA  70801-1910<br>Office:  (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail:  mpalmintier@dphf-law.com<br><br>Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500 |

| | |
|---|---|
| Telefax: (251) 479-1031<br>E-Mail: rtc@cunninghambounds.com<br><br>Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail: mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office: (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail: calvinfayard@fayardlaw.com<br><br>Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail: ervin@colson.com | Telefax: (504) 588-1514<br>E-Mail: sterbcow@lksalaw.com<br><br>Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail: ssummy@baronbudd.com<br><br>Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail: mcwatts@wgclawfirm.com | |

**JAMES N. GARNER**, Bar No. 19589
**TIMOTHY B. FRANCIS**, Bar No. 14973
**JOSHUA S. FORCE**, Bar No. 21975
**SHONDRA R. WILLIAMS**, Bar No. 28809
**EMMA ELIZABETH ANTIN DASCHBACH**, Bar No. 27358
**Sher Garner Cahill Richter Klein & Hilbert, LLC**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
E-Mail: jgarner@shergarner.com

*On Brief.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Statement of Uncontested Facts has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was

4

electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of November, 2010.

                                                /s/  James Parkerson Roy and Stephen J. Herman