UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
|     GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| ALL CASES | * | MAG. JUDGE SHUSHAN |
| | * | |

******************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs will bring their Motion for Summary Judgment before the Honorable Carl J. Barbier at the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, at 9:30 a.m. on November 24, 2010.


  /s/   Stephen J. Herman                            /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129     James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR LLP    DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                                   556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                    Lafayette, Louisiana 70501

Telephone: (504) 581-4892  
Fax No. (504) 569-6024  
E-Mail: sherman@hhkc.com

*Plaintiffs Liaison Counsel*

Telephone: (337) 233-3033  
Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel*