UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig * | | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | | |
| of Mexico, on April 20, 2010 * | | SECTION: J |
| * | | |
| Applies to: *All Cases*. * | | JUDGE BARBIER |
| * | | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO FILE

**NOW INTO COURT**, through undersigned counsel, comes Defendant Anadarko Petroleum Corporation ("Anadarko"), who requests that this Honorable Court grant Anadarko leave to file the attached Supplemental Memorandum in Support of *Ex Parte* Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1.  Anadarko received Plaintiffs' consent to the relief requested in the Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 and seeks leave to supplement its motion with this information.

**WHEREFORE**, Defendant, Anadarko Petroleum Corporation, respectfully prays that this Motion for Leave to File Supplemental Memorandum in Support of *Ex Parte* Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 be Granted.

Dated: November 1, 2010                          Respectfully Submitted,

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**ATTORNEYS FOR DEFENDANT**
**ANADARKO PETROLEUM CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2010, I caused a copy of the foregoing MOTION FOR LEAVE TO FILE to be filed electronically with the Clerk of the Court and electronically served on all liaison counsel using the LexisNexis File & Serve system, pursuant to the Court's Pretrial Order No. 12.

/s/ Deborah D. Kuchler
DEBORAH D. KUCHLER