**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico, on April 20, 2010** * | **SECTION: J** |
| * | |
| **Applies to:** *All Cases.* * | **JUDGE BARBIER** |
| * | **MAGISTRATE SHUSHAN** |
| *  *  *  *  *  *  *  *  *  *  *  * | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION**
**OF DEFENDANT ANADARKO PETROLEUM CORPORATION FOR RELIEF FROM**
**PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1**

On October 29, 2010, Defendant Anadarko Petroleum Corporation ("Anadarko") moved for relief from the preservation of evidence requirements of Pretrial Order No. 1 [Dkt. 622]. At the time of filing, Plaintiffs' liaison counsel had not yet responded to Anadarko's request for confirmation of Plaintiffs' consent to the requested relief. On October 30, 2010, Plaintiffs' liaison counsel contacted counsel for Anadarko and confirmed Plaintiffs' consent. All Defendants' liaison counsel and Plaintiffs' liaison counsel have now consented to the relief requested in Anadarko's *Ex Parte* Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1.

Dated: November 1, 2010                            Respectfully Submitted,

/s/ Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Ky E. Kirby
Ky.Kirby@bingham.com
Warren Anthony Fitch
Tony.Fitch@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
Jim.Dragna@bingham.com
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

**ATTORNEYS FOR DEFENDANT
ANADARKO PETROLEUM CORPORATION**

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010, I caused a copy of the foregoing SUPPLEMENTAL MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION OF DEFENDANT ANADARKO PETROLEUM CORPORATION FOR RELIEF FROM PRESERVATION OF EVIDENCE OBLIGATIONS OF PRETRIAL ORDER NO. 1 to be filed electronically with the Clerk of the Court and electronically served on all liaison counsel using the LexisNexis File & Serve system, pursuant to the Court's Pretrial Order No. 12.

/s/ Deborah D. Kuchler
DEBORAH D. KUCHLER