UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          *   MDL NO. 2179
"DEEPWATER HORIZON" in the               *
GULF OF MEXICO, on                       *   SECTION J
APRIL 20, 2010                           *
                                         *   JUDGE BARBIER
This document relates to: ALL ACTIONS    *   MAG. JUDGE SHUSHAN
**************************************     *

## ORDER

Considering the foregoing Motion for Leave to File;

**IT IS HEREBY ORDERED** that Defendant, Anadarko Petroleum Corporation, is granted leave to file its Supplemental Memorandum in Support of *Ex Parte* Motion of Defendant Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
U.S. DISTRICT JUDGE