OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: November 2, 2010

Kenneth Roberts

vs.

BP, PLC et al

Case No. 10-3815  Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Weatherford International, Inc.
   (address) 1005 Mars Blvd, Shreveport, La 71107
2. (name) Weatherford International, Ltd.
   (address) 1005 Mars Blvd, Shreveport, La 71107
3. (name) Transocean
   (address) P.O. Box 2765, Houston, Tx 77252-2765
4. (name) _____
   (address) _____

Very truly yours,

David R. Allum
"Signature"

Attorney for Kenneth Roberts
Address P.O. Box 210, Evergreen, La 71333