UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG           MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on APRIL 20, 2010

                                                SECTION: J

                                                JUDGE BARBIER
                                                MAGISTRATE SHUSHAN

**ORDER REGARDING PLAINTIFF PROFILE FORM**

Pursuant to Pretrial Order #11 entered by Judge Barbier on October 19, 2010, the parties were required to agree on the contents of a plaintiff profile form (PPF).[1] Rec. doc. 569. The parties' submissions were reviewed. There was a further discovery conference with the undersigned on November 1, 2010.

The plaintiffs' one page PPF form will be modified to add six categories which indicate the nature of the claims asserted by a claimant. The PPF may be completed and signed by the attorney. In addition, where the personal injury/death category is checked, the claimant (not the attorney for the claimant) will have to: (a) identify all medical providers; (b) present signed medical release authorizations; and (c) present signed authorizations for employment information.

The PPF will be used to authorize release of all information in the possession of the Gulf Coast Claims Facility ("GCCF") and the BP Claims Office ("BPCO") pertaining to each claimant. All information obtained from GCCF and BPCO will be: (1) subject to the Court's protective order

---

[1] The form itself is title "plaintiff fact sheet."

(Pretrial Order No. 13); and (2) shared among all parties.

The deadline for completion of PPFs is November 22, 2010. The plaintiffs shall produce the forms to GCCF and BPCO on a rolling basis as they are completed.

It was reported that one attorney has approximately 23,000 claimants and inquiry was made as to whether the attorney may produce the information in the form in which it is maintained rather than complete individual PPFs. The PSC shall have that attorney contact a representative of the defendants to determine whether this will be satisfactory to the defendants.

The following issues were deferred: (1) costs incurred in sharing information received by defendants from GCCF; (2) what happens with persons who did not make a claim with GCCF or who provided incomplete information to it; and (3) whether a claimant who checked one of the first five categories but not the personal injury/death category will be required to provide authorizations for release of employment information.

After the conference, the parties submitted a revised form and it is satisfactory.

IT IS ORDERED that the attached copy of the plaintiff profile form is APPROVED.

New Orleans, Louisiana, this 2nd day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge