*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| **IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE, LLC AS BENEFICIAL OWNER, REGISTERED OWNERS, AND MANAGING OWNER OF THE M/V SEACOR VANGUARD PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NUMBER:** 10 - 3896<br><br>**SECTION:**<br><br>**JUDGE:** SECT. J MAG. 1<br><br>**MAGISTRATE:** |

## ORDER APPROVING PETITIONERS' DECLARATION OF VALUE AND DIRECTING THE ISSUANCE OF NOTICE TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS

WHEREAS, a Complaint has been filed herein on the 19th day of October, 2010, by Seacor Holdings, Inc., Seacor Offshore LLC and Seacor Marine LLC, as beneficial owner, registered owner and managing owner of M/V SEACOR VANGUARD for exoneration from or limitation of liability, pursuant to 46 U.S.C. §30505, *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury, or destruction caused by or resulting from her rendering assistance to DEEPWATER HORIZON on or about April 20-22, 2010, as more fully described by the facts and circumstances set forth in the Complaint and petitioners having filed security for costs, and a valuation Declaration and other evidence for the value of the vessel and her pending freight, and approved security thereon, all as required by the rules of this Court and the law.

1

**NOW THEREFORE,** upon motion of Phelps Dunbar, L.L.P., attorneys for petitioners,

(1)     IT IS ORDERED that the sum of $250.00 deposited in the Court's registry be accepted as security for petitioners' costs in this matter.

(2)     IT IS FURTHER ORDERED that the Declaration of Value of petitioners' interest in M/V SEACOR VANGUARD, and her pending freight in the total amount of $50,462,500.00 by petitioners, and the undertakings filed herein by Steamship Mutual Underwriting Association (Bermuda) Ltd. and Underwriters subscribing to Policy Nos. 10L1319/01, 10L1319/02 and SBS90X10-10 be accepted as stipulation for value for the purpose of the limitation proceedings and that they be approved as to form, quantum and surety.

(3)     IT IS FURTHER ORDERED that any claimant who may properly become a party hereto may contest the amount or value of petitioners' interest in M/V SEACOR VANGUARD and her pending freight, as fixed in said Declaration, and may move the Court for new appraisal of the said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court for the amount of value of said interest.

(4)     IT IS FURTHER ORDERED that notice shall be issued under the seal of this Court to all parties asserting claims with respect to which the Complaint seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, in writing, and to serve on the attorneys for petitioners a copy thereof on or before the 20th day of April, 201_1_, or be defaulted, and if any claimant desires to contest either the right to exoneration from or the right

to limitation of liability, he shall file and serve on attorneys for petitioners an answer to the Complaint on or before the said date, unless his claim has included an Answer to the Complaint, so designated, or be defaulted.

(5)    IT IS FURTHER ORDERED that the aforesaid notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure once a week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the City of New Orleans, State of Louisiana:  The New Orleans Times-Picayune; and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

(6)    IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against petitioners, any of their property, M/V SEACOR VANGUARD, her master and crew, and/or the underwriters for petitioners and M/V SEACOR VANGUARD with respect to any claim for which petitioners seek exoneration from or limitation of liability, including any claim arising out of or connected in any way with any loss, damage, injury, or destruction resulting from the matters described in the Complaint be and the same is hereby enjoined, stayed and restrained until the hearing of determination of this proceeding.

(7)    IT IS FURTHER ORDERED that petitioner may make service of this order as a restraining order through the United States Post Office by mailing or telefaxing a conformed copy thereof to the person or persons to be enjoined or restrained, or their respective attorneys, or alternatively, by hand delivery.

3

New Orleans, Louisiana, this _29th_ day of _October_, 2010.

_____
UNITED STATES DISTRICT JUDGE