UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE, LLC AS BENEFICIAL OWNER, REGISTERED OWNERS, AND MANAGING OWNER OF THE M/V SEACOR VANGUARD PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 10-3896<br><br>SECTION: SECT. J MAG. 1<br><br>JUDGE:<br><br>MAGISTRATE: |

### NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC and M/V SEACOR VANGUARD have filed a Complaint pursuant to 46 U.S.C. §30505, *et seq.*, claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activity of April 20-22, 2010, when M/V SEACOR VANGUARD assisted the DEEPWATER HORIZON at the direction of SMIT Salvage Americas, Inc., all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioners, Phelps Dunbar LLP, 365 Canal Street, Canal Place - Suite 2000, New Orleans, Louisiana, a copy

1

PD.4153885.1

thereof on or before the ___20th___ day of ___April___ 2011, at 5:00 p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

New Orleans, Louisiana, this ___1st___ day of ___November___, 2010.

_____
LORETTA G. WHYTE, CLERK OF COURT


RESPECTFULLY SUBMITTED,

PHELPS DUNBAR LLP

BY: _____
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners-in-Limitation,
Seacor Holdings, Inc., Seacor Offshore
LLC, and Seacor Marine LLC

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

2

PD.4153885.1

THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY   10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007