## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, SEACOR MARINE, LLC and SIEMENS FINANCIAL, INC. AS BENEFICIAL OWNER, REGISTERED OWNER, AND MANAGING OWNER OF THE M/V SEACOR WASHINGTON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br>NUMBER: 10-3897<br>SECTION:<br>JUDGE: SECT. J MAG. 1<br>MAGISTRATE: |

### NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, Siemens Financial, Inc. and M/V SEACOR WASHINGTON have filed a Complaint pursuant to 46 U.S.C. §30505, *et seq.*, claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activity of April 20-22, 2010, when M/V SEACOR WASHINGTON responded to the distress signals of the DEEPWATER HORIZON all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioners, Phelps Dunbar LLP, 365 Canal Street, Canal Place - Suite 2000, New Orleans, Louisiana, a copy thereof on or before the 20th day of April 2011, at 5:00 p.m., or be defaulted.

1

PD.4268828.1

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

New Orleans, Louisiana, this 2nd day of November, 2010.

_____
LORETTA G. WHYTE, CLERK OF COURT

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY: _____
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners-in-Limitation,
Seacor Holdings, Inc., Seacor Offshore
LLC, and Seacor Marine LLC

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

2

PD.4268828.1