UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases*. | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

### ORDER

In consideration of the *Ex Parte* Consent Motion of Defendant Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1, the Memorandum in Support thereof, and for good cause shown;

**IT IS HEREBY ORDERED**, that the *Ex Parte* Motion of Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1 is GRANTED.

New Orleans, Louisiana this 3rd day of November, 2010.

_____
United States District Judge