UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This document relates to: ALL ACTIONS | * | MAG. JUDGE SHUSHAN |
| ***************************************** | * | |

# ORDER

Considering the foregoing Motion for Leave to File;

**IT IS HEREBY ORDERED** that Defendant, Anadarko Petroleum Corporation, is granted leave to file its Supplemental Memorandum in Support of *Ex Parte* Motion of Defendant Anadarko Petroleum Corporation for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1.

New Orleans, Louisiana, this __3rd__ day of _____November_____, 2010.

_____
United States District Judge