UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** Plaintiffs' Motion for Expedited Consideration:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and that Plaintiffs' Motion to Extend the Deadlines for the service of Plaintiff Profile Forms be and is hereby set to be heard at _____ am on the ___ day of _____, 2010.

**MOOT**

New Orleans, Louisiana this 3rd day of November, 2010.

_____
United States District Judge