UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| **Applies to:** *All Cases.* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Ex Parte* Motion for Expedited Consideration;

**IT IS HEREBY ORDERED**, that Defendant Anadarko Petroleum Corporation's *Ex Parte* Motion for Expedited Consideration is GRANTED.

New Orleans, Louisiana this 3rd day of November, 2010.

_____
United States District Judge