# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | JUDGE CARL J. BARBIER |
| This document relates to 10-3169, 10-3184, and 10-3168 *Davis v. Cameron International Corp. et al.* and *Jones v. Cameron International Corp. et al.*, *Kleppinger v. Transocean Offshore Deepwater Drilling, Inc. et al.* | * * * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

Paul Matthew Jones and April Rolen-Ogden of the law firm Liskow & Lewis, on behalf of BP Exploration & Production Inc. ("BP") files this notice of appearance and requests notice of all pleadings, proceedings, hearings, and reports filed in the above-captioned proceedings be sent to Paul M. Jones and April Rolen-Ogden, Liskow & Lewis, 822 Harding Street, Lafayette, Louisiana 70503, mjones@liskow.com, arolen-ogden@liskow.com.

939943_1

Respectfully submitted,

/s/ Paul Matthew Jones
   Paul Matthew Jones   (Bar no. 19641)
   April Rolen-Ogden    (Bar no. 30698)
   **LISKOW & LEWIS**
   822 Harding Street
   Lafayette, La 70503
   Telephone: (337) 232-7424
   Facsimile:  (337) 267-2399
   mjones@liskow.com
   arolen-ogden@liskow.com

*Attorneys for BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I CERTIFY that on November 03, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.  I also certify that I have mailed this filing by U. S. Postal Service to all counsel of record are not registered to receive electronic service by operation of the Court's electronic filing system.

/s/ Paul Matthew Jones

-2-

939943_1