UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DEEPWATER HORIZON | MDL NO. 2179 |
| | SECTION J |
| PERTAINS TO: | JUDGE BARBIER |
| *Barisich v. BP, P.L.C., et al.*, 10-1316 | MAG. JUDGE SHUSHAN |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, George Barisich, individually and on behalf of the United Commercial Fisherman's Association, Inc., through undersigned counsel, voluntarily dismiss their case (No. 2010-1316 in this consolidated matter) without prejudice against all defendants named in their complaint that was filed on, or about, May 2, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Val P. Exnicios*
Val P. Exnicios, La. Bar. No. 19563
Liska, Exnicios & Nungesser
2216 Magazine Street
New Orleans, LA 70130
(504) 410-9611

Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314

SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of November 2010.

/s Val P. Exnicios
Val P. Exnicios