**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG      *       MDL NO. 2179
       "DEEPWATER HORIZON" IN THE    *
       GULF OF MEXICO, on APRIL 20, 2010*
                                               *
                                               *
THIS DOCUMENT RELATES TO:      *      JUDGE BARBIER
                                               *
ALL CASES                          *      MAG. JUDGE SHUSHAN
                                               *

**********************************************

**MOTION FOR EXPEDITED HEARING**

**NOW INTO COURT** come Plaintiffs, who respectfully submit this Motion for Expedited Hearing on Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 631) regarding the inapplicability of the cap on liability contained within 33 U.S.C. §2704(a)(3) to Expedite the hearing on their Motion from November 24, 2020 to November 19, 2010 and aver as follows:

1.      On October 22, 2010, this Court filed a letter into the Record from BP counsel in which BP counsel confirmed "that presentment to the Gulf Coast Claims Facility ("GCCF") constitutes presentment to BP as a designated responsible party under OPA-90."  (Rec. Doc 594-1.)

2.      Seeking to memorialize BP's statement into a final judgment, Plaintiffs filed their Motion for Partial Summary Judgment on November 1, 2010.

3.      The Motion for Partial Summary Judgment has been noticed for hearing on November 24, 2010.

4.      A status conference is currently scheduled in this matter for November 19, 2010 in which

counsel for Defendants and Plaintiffs are scheduled to appear in person.

5.      The status conference provides an efficient and cost-effective manner in which to have all

parties participate in person.

6.      Even by moving the hearing date up five days, Defendants will still have more than ten

(10) days to prepare and file any responsive pleadings.

7.      Counsel for BP has been consulted, has objected to re-scheduling the hearing, but has not

provided a basis for the objection.

WHEREFORE Plaintiffs respectfully request that the above requested relief be granted.


     /s/   Stephen J. Herman                          /s/ James Parkerson Roy


Stephen J. Herman, La. Bar No. 23129        James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR LLP      DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                          556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                Lafayette, Louisiana 70501
Telephone: (504) 581-4892                   Telephone: (337) 233-3033
Fax No. (504) 569-6024                      Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                    E-Mail: jimr@wrightroy.com

Plaintiffs Liaison Counsel                  Plaintiffs Liaison Counsel

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum has been served on All
Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with
Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the
United States District Court for the Eastern District of Louisiana by using the CM/ ECF System,
which will send a notice of electronic filing in accordance with the procedures established in MDL
2179, on this 4th day of November, 2010.


                                    /s/  James Parkerson Roy and Stephen J. Herman