UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

Considering the foregoing Motion for Expedited Hearing,

**IT IS ORDERED** that the motion is GRANTED and that the hearing on Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 631) is RESCHEDULED from November 24, 2010 to November 19, 2010 at 9:30 a.m.

Done this _____ Day of November, 2010

_____
UNITED STATES DISTRICT COURT JUDGE