UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF ISLAND VENTURES II, LLC, AS OWNER OF THE M/V JOE GRIFFIN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 10-4168<br><br>SECTION: J<br><br>JUDGE<br><br>MAGISTRATE JUDGE (1) |

## NOTICE OF COMPLAINT FOR EXONERATION FROM AND LIMITATION OF LIABILITY

**NOTICE IS GIVEN** that Island Ventures II, LLC has filed a Complaint pursuant to 46 USC §30505, *et seq.*, claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activities of April 21-22, 2010, when the M/V JOE GRIFFIN assisted the DEEPWATER HORIZON, all as is more fully set forth in the Complaint.

**ALL PERSONS ASSERTING CLAIMS** with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioner, Phelps Dunbar, LLP, 365 Canal Street, Canal Place, Suite 2000, New Orleans, Louisiana, a copy thereof on or before the 20th day of April, 2011, at 5:00 p.m., or be defaulted.

**PERSONAL ATTENDANCE** is not required.

PD.4389817.1

**ANY CLAIMANT DESIRING TO CONTEST** either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims

New Orleans, Louisiana, this 4th day of November, 2010.

_Julie Hanson, Deputy Clerk_
LORETTA G. WHYTE, CLERK OF COURT

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Robert P. McCleskey, Jr., (Bar #9151)
Raymond T. Waid, LA Bar No.: 31351
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mccleskb@phelps.com
raymond.waid@phelps.com

Attorneys for Petitioner in Limitation,
Island Ventures II, LLC

PD.4389817.1

2