IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) | MDL No. 2179 Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497 | ) ) ) | Judge Barbier Magistrate Judge Shushan |

**CHEVRON U.S.A. INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENT TO
MOTION FOR LEAVE TO INTERVENE**

Chevron U.S.A., Inc. ("Chevron") respectfully requests leave to file a short supplement in support of its motion for leave to intervene in this case. *See* MDL Doc. No. 100. The supplement addresses orders by two courts that have allowed Chevron to intervene in cases arising out of the *Deepwater Horizon* incident that involve similar parties and raise similar issues as this one. The supplement and a proposed order are attached to this motion.

Date: November 4, 2010

Respectfully submitted,

/s/ Reginald R. Smith
Reginald R. Smith
Tracey M. Robertson
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Charles J. Engel, III
Ashley C. Parrish
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

1

WDC_IMANAGE-1584143.1

Meredith P. Young
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Counsel for Chevron U.S.A. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Supplement to Motion for Leave to Intervene has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of November, 2010.

/s/ Tracey Robertson
Tracey Robertson