UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL ACTION

NUMBER: 10-2179
(C.A. 10-3261)

SECTION: J

ORDER

On October 27, 2010, the plaintiff filed a return on a summons issued on Triton Asset Leasing GmbH, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of November 5, 2010, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.