

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
    Patronis Brothers Inc v. Triton Asset Leasing GmbH,
    et al., N.D. Florida, C.A. No. 5:10-254 )    MDL No. 2179

EDLA# 10-4206 J/1

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order ("CTO-5") was filed in this action (*Patronis*) on October 27, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Patronis* on November 4, 2010. The Panel has now learned this action was dismissed in the Northern District of Florida by the Honorable Richard Smoak in an order filed on November 2, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on October 27, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.