```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```

Date: November 5, 2010

CENTER FOR BIOLOGICAL DIVERSITY, INC.,
           vs.
BP AMERICA, Inc., et al.,

Case No.  2:10-cv-02454-CJB-SS

Dear Clerk:

   Please issue summons on the complaint to the following:

1. Registered Agent, TransOcean Offshore USA, Inc.
   C T Corporation System
   5615 Corporate Blvd., Ste. 400b
   Baton Rouge, LA 70808

2. BP America, Inc.
   C T Corporation System
   5615 Corporate Blvd., Ste. 400b
   Baton Rouge, LA 70808

3. BP Exploration & Production, Inc.
   C T Corporation System
   5615 Corporate Blvd., Ste. 400b
   Baton Rouge, LA 70808

4. Registered Agent, TransOcean Offshore Deepwater Drilling, Inc.
   Capitol Corporate Services, Inc.
   800 Brazos, Suite 400
   Austin, TX 78701

5. BP America, Inc.
   4101 Winfield Road
   2E, 230P
   Warrenville, IL 60555

       Summonses are attached.

Very truly yours,

s/ Charles M. Tebbutt
Charles M. Tebbutt, *pro hac vice*
Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112, 470 W. Broadway
Eugene, Oregon 97440
Tel: (541) 344-8312, Fax: (541) 344-0188
charlie.tebbuttlaw@gmail.com

Attorney for Plaintiff Center for Biological Diversity, Inc.