AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, Inc., <br> *Plaintiff* <br> v. <br> BP AMERICA, Inc., et al., <br> *Defendant* | ) <br> ) MDL 10-2179 <br> ) <br> ) Civil Action No. 2:10-cv-02454-CJB-SS <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP America, Inc.
4101 Winfield Road
2E, 230P
Warrenville, IL  60555


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Charles M. Tebbutt <br> Law Offices of C.M. Tebbutt, P.C. <br> P.O. Box 10112 <br> Eugene, Oregon 97440 <br> Tel:  (541) 344-8312 <br> charlie.tebbuttlaw@gmail.com | Marc Fink <br> Center for Biological Diversity <br> 209 East 7th St. <br> Duluth, Minnesota  55805 <br> Tel: (218) 525-3884 <br> mfink@biologicaldiversity.org | Damon A. Kirin, LSBA 24729 <br> Diliberto & Kirin, L.L.C. <br> 3636 S. I 10 Service Rd., W. <br> Suite  210 <br> Metairie, LA 70001 <br> Tel: (504) 828-1600 <br> kirin@attorneys-louisiana.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Date:  **Nov 08 2010**                                      *Stephanie Kall*
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-02454-CJB-SS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: