AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, Inc., | ) | |
| ──────────────────────────── | ) | MDL 10-2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:10-cv-02454-CJB-SS |
| BP AMERICA, Inc., et al., | ) | |
| ──────────────────────────── | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Registered Agent, TransOcean Offshore USA, Inc.
C T Corporation System
5615 Corporate Blvd., Ste. 400b
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Charles M. Tebbutt | Marc Fink | Damon A. Kirin, LSBA 24729 |
| Law Offices of C.M. Tebbutt, P.C. | Center for Biological Diversity | Diliberto & Kirin, L.L.C. |
| P.O. Box 10112 | 209 East 7th St. | 3636 S. I 10 Service Rd., W. |
| Eugene, Oregon 97440 | Duluth, Minnesota  55805 | Suite  210 |
| Tel: (541) 344-8312 | Tel: (218) 525-3884 | Metairie, LA 70001 |
| charlie.tebbuttlaw@gmail.com | mfink@biologicaldiversity.org | Tel: (504) 828-1600 |
| | | kirin@attorneys-louisiana.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
*Name of clerk of court*

Date:   **Nov 08 2010**

*Deputy clerk's signature*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:10-cv-02454-CJB-SS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: