UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § § § | MDL No. 2179 SECTION: J |
| | § | Judge Carl J. Barbier |
| This Document Relates to: | § § | Magistrate Judge Sally Shushan |

| | |
|---|---|
| 2:10-cv-01741-CJB-SS | 2:10-cv-02991-CJB-SS |
| 2:10-cv-02673-CJB-SS | 2:10-cv-02992-CJB-SS |
| 2:10-cv-02674-CJB-SS | 2:10-cv-02993-CJB-SS |
| 2:10-cv-02675-CJB-SS | 2:10-cv-02994-CJB-SS |
| 2:10-cv-02676-CJB-SS | 2:10-cv-02995-CJB-SS |
| 2:10-cv-02677-CJB-SS | 2:10-cv-02998-CJB-SS |
| 2:10-cv-02678-CJB-SS | 2:10-cv-02999-CJB-SS |
| 2:10-cv-02679-CJB-SS | 2:10-cv-03077-CJB-SS |
| 2:10-cv-02680-CJB-SS | 2:10-cv-03078-CJB-SS |
| 2:10-cv-02681-CJB-SS | 2:10-cv-03079-CJB-SS |
| 2:10-cv-02682-CJB-SS | 2:10-cv-03080-CJB-SS |
| 2:10-cv-02683-CJB-SS | 2:10-cv-03081-CJB-SS |
| 2:10-cv-02709-CJB-SS | 2:10-cv-03082-CJB-SS |
| 2:10-cv-02712-CJB-SS | 2:10-cv-03083-CJB-SS |
| 2:10-cv-02713-CJB-SS | 2:10-cv-03084-CJB-SS |
| 2:10-cv-02715-CJB-SS | 2:10-cv-03085-CJB-SS |
| 2:10-cv-02716-CJB-SS | 2:10-cv-03086-CJB-SS |
| 2:10-cv-02749-CJB-SS | 2:10-cv-03089-CJB-SS |
| 2:10-cv-02750-CJB-SS | 2:10-cv-03091-CJB-SS |
| 2:10-cv-02834-CJB-SS | 2:10-cv-03092-CJB-SS |
| 2:10-cv-02976-CJB-SS | 2:10-cv-03093-CJB-SS |
| 2:10-cv-02984-CJB-SS | 2:10-cv-03097-CJB-SS |
| 2:10-cv-02985-CJB-SS | 2:10-cv-03101-CJB-SS |
| 2:10-cv-02986-CJB-SS | 2:10-cv-03103-CJB-SS |
| 2:10-cv-02989-CJB-SS | 2:10-cv-03105-CJB-SS |
| 2:10-cv-02990-CJB-SS | 2:10-cv-03106-CJB-SS |

## NOTICE OF INTENT TO OPT OUT OF POTENTIAL CLASSES

The St. Joe Company ("St. Joe"), a corporation duly formed under the laws of Florida, respectfully submits this notice of its intent to opt out from inclusion in any and all certified classes, putative classes, settlement classes, or implied classes as described in Rules 23(b)(1), 23(b)(2), or Rule 23(b)(3) of the Federal Rules of Civil Procedure or applicable state law, that

seek legal and/or equitable remedies arising out of the *Deepwater Horizon* oil spill incident in the Gulf of Mexico that occurred on or about April 20, 2010, and its subsequent cleanup.

In particular, although St. Joe has not been notified that it is or may be a member of any proposed or certified class, St. Joe hereby opts out of any such class that may be certified in the future in the above-captioned matter.

DATED: November 8, 2010

Respectfully submitted,

By:     /s/ Robert W. Gifford
        William A. Brewer III
        Michael J. Collins
        Kenneth N. Hickox, Jr.
        Robert W. Gifford
        Bickel & Brewer
        1717 Main Street, Suite 4800
        Dallas, Texas 75201
        Telephone: (214) 653-4000
        Facsimile: (214) 653-1015

        **ATTORNEYS FOR PLAINTIFF
        THE ST. JOE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of November, 2010, the undersigned caused all counsel of record to be served electronically with a copy of this document via the Court's ECF filing system.

/s/ Robert W. Gifford