UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BERT P. and KELSEY N. NOOJIN | § | |
| | § | |
| v. | § | |
| | § | MDL NO. 2179 |
| BP, PLC, BP EXPLORATION & PRODUCTION, | § | SECTION J |
| INC., BP AMERICA, INC., BP PRODUCTS | § | |
| NORTH AMERICA, INC., TRANSOCEAN | § | |
| HOLDINGS, INC., TRANSOCEAN OFFSHORE | § | |
| DEEPWATER DRILLING, INC., TRANSOCEAN | § | 10-3254 |
| DEEPWATER, INC., HALLIBURTON ENERGY | § | |
| SERVICES, INC., and CAMERON | § | Judge Barbier |
| INTERNATIONAL CORPORATION f/k/a | § | Mag. Judge Shushan |
| COOPER-CAMERON CORPORATION | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Comes now Plaintiffs in the above captioned matter and pursuant to Fed. R. Civ. P. 40 (a)(1), hereby dismisses without prejudice the above styled action.

Done this the 9th day of November, 2010.

Respectfully submitted,


*/s/ Frederick T. Kuykendall III*
**FREDERICK T. KUYKENDALL III**
**ASB-4462-A59F**
Kuykendall & Associates, L.L.C.
10 North Section Street, Suite 51
Fairhope, AL 36532
(205) 453-0060
FAX (205) 453-0042
ftkuykendall@yahoo.com
**ATTORNEY FOR PLAINTIFFS**

2

CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12. and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of November, 2010.


           */s/ Frederick T. Kuykendall III*
           **FREDERICK T. KUYKENDALL III**