**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) ) | MDL No. 2179<br><br>Section "J" |
| This Document Relates to:<br>Civil No. 2:10-cv-01497 | ) ) ) | Judge Barbier<br>Magistrate Judge Shushan |

## ORDER

On this day the Court considered Chevron, U.S.A., Inc.'s ("Chevron") Motion for Leave to File Supplement to Motion for Leave to Intervene (the "Motion"). After considering the Motion and any response thereto, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that Chevron's Supplement to Motion for Leave to Intervene is deemed filed as of the date of this Order.

New Orleans, Louisiana this 9th day of November, 2010.

_____
United States District Judge