UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: DEEPWATER HORIZON | * | |
| | * | MDL NO.: 2179 |
| | * | |
| ROY ODOM | * | SECTION: "J" |
| Plaintiff | * | |
| | * | |
| VS. | * | JUDGE BARBIER |
| | * | |
| BP, PLC, ET AL | * | |
| Defendants | * | MAGISTRATE |
| | * | JUDGE SHUSHAN |
| | * | |
| *THIS DOCUMENT IS RELATED TO:* | * | |
| *Odom vs. B.P., PLC, et al    2:10:2834* | * | |

*******************************************

**<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Roy Odom, through undersigned counsel, voluntarily dismisses his case (No.: 2:10-2834 in this consolidated matter) without prejudice against all defendants named in the complaint that was filed on August 26, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiff's complaint.

                              Respectfully Submitted:

                              /s/ Raul R. Bencomo
                              RAUL R. BENCOMO, LSBA 2932
                              Bencomo & Associates
                              639 Loyola Avenue, Suite 2110
                              New Orleans, Louisiana 70113
                              (504) 529-2929
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice has been served on all counsel by electronically uploading the same to Lexis Nexis & Serve in accordance with Pre-Trial Order 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 10th day of November, 2010.

                                              /s/ Raul R. Bencomo
                                              RAUL R. BENCOMO