IN THE UNITED STATE DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER R. SCHORR, ET. AL., | ) | |
| | ) | |
| Plaintiffs | ) | MDL No. 2179 |
| | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | FILE NO. 2:10-md-02179-CJB-SS |
| | ) | |
| BP, P.L.C., ET. AL., | ) | |
| | ) | |
| Defendants | ) | |

**This Document Relates to: Christopher Schorr, et al. v. BP, PLC, et al.**

**2:10-CV-02989-CJB-SS**

## AFFIDAVIT OF SERVICE

PERSONALLY APPEARED before me, the undersigned officer of the State of Georgia authorized to administer oaths, NANCY M. THRASH, who, upon being duly sworn and under oath states the following:

1.

I am over the age of eighteen years, am legally competent and able to make this affidavit and have never been convicted of a felony, which is based upon my own personal knowledge.

2.

I make this affidavit for use in the above-captioned action and for all legal purposes and have no interest in the outcome.

3.

On **NOVEMBER 8, 2010, at 2:22 p.m.,** I personally served BP CORPORATION NORTH AMERICA, INC., by and through its registered agent for

service, THE PRENTICE-HALL CORPORATION, 40 Technology Parkway, Suite 300, Norcross,, Georgia, with a true and correct copy of a SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT and FIRST AMENDED CLASS ACTION COMPLAINT (with exhibits attached) by hand delivery to SARA CHEN, Process Specialist, authorized to accept service for THE PRENTICE-HALL CORPORATION.

Further, affiant sayeth not this \_\_10\_\_ day of November, 2010.

NANCY M. THRASH

Sworn to and subscribed before me this
\_\_10\_\_ day of November, 2010.

Notary Public
My Commission Expires: