IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON: in the | * | |
|     GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
|     Civil Action No. 10-1245 | * | |
|     Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

## ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Fourth Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Fourth Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
DISTRICT JUDGE

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the above the above and foregoing Fourth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of November, 2010.

                                              *S/Darleen M. Jacobs*
                                              DARLEEN M. JACOBS