UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INAPPLICABILITY OF LIABILITY CAP UNDER THE OIL POLLUTION ACT

TO THE HONORABLE CARL J. BARBIER:

Halliburton Energy Services, Inc. (hereinafter "HESI") files this Response to Plaintiffs' Motion for Partial Summary Judgment Regarding Inapplicability of Liability Cap Under the Oil Pollution Act, and shows as follows:

Plaintiffs filed a Motion for Partial Summary Judgment seeking judicial enforcement of BP Exploration & Production Inc.'s ("BP") alleged judicial admission that it would "waive the statutory limitation under OPA."

HESI takes no position on Plaintiffs' Motion for Partial Summary Judgment as against BP. However, HESI files this Response to confirm and provide notice that by not otherwise

Page 1

responding to or opposing the Plaintiffs' Motion for Partial Summary Judgment, HESI has not waived: 1) the statutory damage limitations to the extent they may ever be directly applicable to HESI; nor, 2) its argument that BP's decision to waive the statutory damages cap does not impair HESI's right to argue that BP's OPA contribution claim against HESI, if any, is nonetheless limited by the statutory damages cap.

Dated November 11, 2010.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANTS HALLIBURTON ENERGY SERVICES, INC. AND HALLIBURTON COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing HALLIBURTON ENERGY SERVICES, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INAPPLICABILITY OF LIABILITY CAP UNDER THE OIL POLLUTION ACT has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of November, 2010.

                                                    /s/ Donald E. Godwin
                                                         Donald E. Godwin