IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| Civil Action No. 10-1245 | * | |
| Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

## FIFTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third and Fourth Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

David and Sharon Waddell, full age domiciliaries of Gulfport, Mississippi; William and Beverly Jay, full age domiciliaries of Metairie, Louisiana; Richard and Thelma Lambert, full age domiciliaries of Metairie, Louisiana, Ronald Ruiz, a full age domiciliary of Metairie, Louisiana; James R. Mitchell, a full domiciliary of Leesville, Louisiana; Joseph and Linda Galliano, Sr., full age domiciliaries of Gulfport, Mississippi; and Ronald Rizzuto, a domiciliary of Metairie, Louisiana.

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second, Third and Fourth Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her Original, First, Second Third and Fourth Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

1) David and Sharon Waddell; owners of a water front condominium in Gulfport, Mississippi;

2) William and Beverly Jay, owners of water front land in Jordan River Estates, Hancock County, Mississippi;

3) Richard and Thelma Lambert, owners of water front land in Ansley, Louisiana;

4) Ronald Ruiz, owner of a Tuscan Villa condo on Whiter's Bayou, Hancock County, Mississippi;

5) James R. Mitchell; owner of water front land in Leesville, Louisiana;

6) Joseph and Linda Galliano, owners of land and a condo in Gulfport, Mississippi;

7) Ronald Rizzuto, owner of water front land and condo at 6111 Kiona St., Kiln, Mississippi.

The property of all of the above landowners experienced British petroleum oil contamination and pollution.

III.

By supplementing Paragraph IV to read as follows:

IV.

In addition to being a landowner of Point Clear Island, Darleen Jacobs Levy owns extensive acreage on Jordan River, Big Biloxi River and Little Biloxi River and Tchoutacabouffa River in the state of Mississippi, all of which were polluted by the British Petroleum Oil Spill.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second. Third and Fourth Supplemental and Amending Complaint pray that the additional plaintiff be added and pray for a judgment against Defendants as follows:

1.  For all economic and compensatory damages sustained;

2.  For punitive damages as permitted by law;

3.  For all attorney's fees and cost of litigation;

4.  For legal interest from the date of judicial demand until paid in full;

5.  For class action certification and trial by jury; and

6.  For all other further relief to which Plaintiffs may be entitled in law and/or equity.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Fifth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2010.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS