# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN SUBPOENAED ITEMS AND AS TO CERTAIN NON-EVIDENTIARY ITEMS

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations as set forth in Pretrial Order No. 1 to certain evidentiary items subpoenaed by the Joint Investigation Team and certain non-evidentiary items, which have been or will be retrieved from the ocean floor.

For the reasons more fully set forth in the attached Memorandum in Support, BP respectfully submits that its Motion should be granted so that BP may comply without possibility of future controversy with the July 7, 2010 Subpoena of the Marine Board of Investigation and other governmental requests demanding that BP convey certain equipment associated with the Deepwater Horizon incident to the NASA Michoud facility.

Further, and as also more fully set forth in the attached Memorandum in Support, BP also should be permitted to reuse, recycle or otherwise dispose of items recovered from the ocean floor around the MC-252 site that lack significant evidentiary value.  BP proposes in its Motion that some such items be approved by the Court for immediate reuse, recycling or other disposition and that, out of an abundance of caution, other, less critical items be made available for inspection by each party to this litigation for a period of no less than five (5) business days prior to reuse, recycling or other disposition by BP.  Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkeithjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

-- and --

        Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000

***Attorneys for BP America Inc., BP America Production Company, and BP Exploration & Production Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft
Don K. Haycraft
