UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
DEPARTMENT OF THE INTERIOR
JOINT INVESTIGATION CONDUCTED BY
UNITED STATES COAST GUARD
BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
(Authority 43 U.S. Code 1348; 46 U.S. Code 6304)

# In the Matter of the Fire & Explosion on the Deepwater Horizon

TO:   **BP**
   C/o Mr. Antonio Rodriguez, Esq.
   Fowler Rodriguez Valdes-Fauli
   400 Poydras Street, 30th Floor
   New Orleans, Louisiana 70130

   You are hereby commanded to produce the listed items that are in your control:

   - All equipment removed from or associated with the MODU DEEPWATER HORIZON, whenever retrieved or recovered and brought to the surface.
     - These items must be delivered to the U.S. Coast Guard Base Support Unit New Orleans, located at 1790 Saturn Blvd, New Orleans, LA 70129-2218.

   The DEEPWATER HORIZON equipment must be delivered to the above listed address as soon as possible after recovery.

   If you have any questions related to this subpoena, please contact Lieutenant Commander Jeff Bray at (202) 309-9559 or e-mail to jeff.r.bray@uscg.mil.

   Subscribed at New Orleans, Louisiana this 7th day of July, 2010.

   NGUYEN.HUNG.M.1184496450
   Digitally signed by NGUYEN.HUNG.M.1184496450
   DN: c=US, o=U.S. Government, ou=DoD, ou=PKI, ou=USCG, cn=NGUYEN.HUNG.M.1184496450
   Date: 2010.07.08 02:04:32 -04'00'

   CAPT Hung M. Nguyen
   Co-Chairman, Marine Board of Investigation
   1201 Elmwood Park Blvd
   New Orleans, Louisiana 70123-2394