**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**ORDER**

CONSIDERING THE FOREGOING Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("BP's Confirmation Motion") filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that BP may convey each item described in Exhibit A to this Order to the Joint Investigation Team when and as it is recovered from the water column, the seabed, or topside on vessels without further notice to the Court or parties to this litigation;

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each item described in Exhibit B to this Order when and as it is recovered from the water column, the seabed, or topside on vessels without further notice to the Court or the parties to this litigation;

2

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each of each item described in Exhibit C to this Order when and as it is recovered from the water column, the seabed, or topside on vessels, provided that (i) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the recovery of such item; (ii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

THUS DONE AND SIGNED, this ____ day of _____, 2010, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**