UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Considering the foregoing Plaintiffs' Motion for Expedited Hearing (Rec. Doc. 660),

**IT IS ORDERED** that the Motion is **GRANTED** and that the hearing on Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 631) is **SET** for November 19th, 2010, at 9:00a.m., with oral argument at the next status conference. Opposition to Plaintiffs' Motion should be filed no later than Wednesday, November 17th, 2010.

New Orleans, Louisiana, this 12th day of November, 2010.

_____
**THE HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**