UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>Ocean Reef Realty, Inc., d/b/a Ocean Reef Resorts, Inc., v. Transocean Holdings, Inc., et al. 2:10-cv-02663-CJB-SS (E.D. La.) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DEMAND FOR JURY TRIAL

Plaintiff Ocean Reef Realty, Inc., d/b/a Ocean Reef Resorts, Inc., individually and as a representative of the class defined herein, respectfully demands a trial by jury.

/s/ Steven L. Nicholas
ROBERT T. CUNNINGHAM, JR.  (CUNNR6008)
STEVE OLEN  (OLENS7621)
STEVEN L. NICHOLAS  (NICHS2021)
WILLIAM E. BONNER  (BONNW5242)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)

DEFENDANTS BP CORPORATION NORTH AMERICA, INC., BP AMERICA PRODUCTION COMPANY, BP COMPANY NORTH AMERICA, INC., MOEX OFFSHORE 2007, LLC, ANADARKO E & P COMPANY, LP AND ANADARKO PETROLEUM CORPORATION TO BE SERVED AS FOLLOWS:

BP CORPORATION NORTH AMERICA, INC.
The Prentice-Hall Corporation System, Inc.
1201 Hays Street, Suite 105
Tallahassee, Florida 32301

BP AMERICA PRODUCTION COMPANY
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

BP COMPANY NORTH AMERICA, INC.
4101 Winfield Road, #200
Warrenville, Illinois 60555

MOEX OFFSHORE 2007, LLC
9 Greenway Plaza, Suite 1220
Houston, Texas 77046

ANADARKO E & P COMPANY, LP
Post Office Box 1330
Houston, Texas 77251-1330

ANADARKO PETROLEUM CORPORATION
1201 Lake Robbins Drive
The Woodlands, Texas 77380

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve the foregoing to the following:

James Riley Davis
Thomas Andrew Range
Akerman Senterfitt
106 East College Avenue, Suite 1200
Tallahassee, Florida 32301

Glenn T. Burhans, Jr.
Greenberg Traurig, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302-1838

Mark Monroe Barber
Broad & Cassel
100 North Tampa Street, Suite 3500
Tampa, Florida 33602

Ginger Lynne Barry
Broad & Cassel
200 Grand Boulevard, Suite 205A
Destin, Florida 32550

Natasha Karelia Alcivar
Damian Mark Fletcher
Arthur Joseph LaPlante
Hinshaw & Culbertson, LLP
One East Broward Boulevard, Suite 1010
Fort Lauderdale, Florida 33301

Jaime William Betbeze
Hand Arendall, LLC
RSA Tower
11 North Water Street, Suite 30200
Mobile, Alabama 33602

/s/ *Steven L. Nicholas*