IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the * | |
| GULF OF MEXICO, on April 20, 2010 * | |
| * | SECTION: "J" |
| * | |
| * | |
| * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: * | |
| Civil Action No. 10-1245 * | |
| Darleen Jacobs Levy vs. BP, PLC, et al * | |

*******************************************

ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Fourth Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Fourth Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this __12th__ day of _____November_____, 2010.

_____
United States District Judge