UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on April 20, 2010 | ) | Section: J |
| | ) | |
| This document relates to: | ) | Judge Barbier |
| | ) | Mag. Judge Shushan |
| 10-1768 & 10-2454 | ) | |
| | ) | |

**NOTICE OF ADDRESS CHANGE**

Counsel for plaintiff Center for Biological Diversity, Charles M. Tebbutt, hereby gives notice of change of address.  The electronic notice information has not changed, but the following address and telephone contact information should now be used to reach Mr. Tebbutt:

Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Boulevard
Eugene, OR 97402
(ph) 541-344-3505; (fax) 541-344-3516
charlie.tebbuttlaw@gmail.com

Respectfully submitted this 15th day of November, 2010.

            s/Charles M. Tebbutt
            Charles M. Tebbutt, *pro hac vice*
            Law Offices of Charles M. Tebbutt, P.C.
            451 Blair Blvd.
            Eugene, Oregon 97402
            Tel:  (541) 344-3505
            Fax: (541) 344-3516
            charlie.tebbuttlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2010.


s/Charles M. Tebbutt
Charles M. Tebbutt, *pro hac vice*
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Blvd.
Eugene, Oregon 97402
Tel:  (541) 344-3505
Fax: (541) 344-3516
charlie.tebbuttlaw@gmail.com