# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179** — **SECTION: J** — **JUDGE CARL BARBIER**

## PLAINTIFF FACT SHEET

| Field | Value |
|---|---|
| Last Name | Center for Biological Diversity |
| First Name | N/A |
| Middle Name/Maiden | |
| Suffix | |
| Phone Number | 520-623-5252 |
| E-mail Address | center@biologicaldiversity.org |
| Address | PO Box 710 |
| City / State / Zip | Tucson, AZ 85702 |

**INDIVIDUAL CLAIM** [ ]  **BUSINESS CLAIM** [ ]

| Field | Value |
|---|---|
| Employer name | N/A |
| Business Name | N/A |
| Job Title / Description | |
| Type of Business | |
| Address | |
| Address | |
| City / State / Zip | |
| City / State / Zip | |
| Social Security Number | |
| Tax ID Number | |
| Attorney Name | Charles M. Tebbutt |
| Firm Name | Law Offices of Charles M. Tebbutt, PC |
| Address | 451 Blair Blvd |
| City / State / Zip | Eugene, OR 97402 |
| Phone Number | 541-344-3505 |
| E-mail Address | charlie.tebbuttlaw@gmail.com |
| Original Case Caption | Center for Biological Diversity v. BP America, et al. |
| Originating Court | E.D. La. |
| Original EDLA Civil Action Number | 2:10-cv-01768 and 2:10-cv-02454 |

Claim Filed with BP?  Yes [ ]  No [ ]
If yes, BP Claim No: N/A

Claim Filed with GCCF?  Yes [ ]  No [ ]
If yes, GCCF Claimant Identification No: N/A

**Claim Type (Please check all that apply)**
- Damage or destruction to real or personal property [ ]
- Personal Injury/Death [ ]
- Removal and/or clean-up costs [✓]
- Earnings/Profit Loss [ ]
- Loss of Subsistence use of Natural Resources [✓]

**Brief Description/Primary Valuation of Claim** (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

This case does not really fit the Plaintiff claim forms, as the case is based on enforcement of federal environmental statutes pursuant to the citizen suit provisions of the Clean Water Act, Emergency Planning and Community Right-to-Know Act (EPCRA) and the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA). The above checked claims types do not fully and directly fit and are checked only because they represent elements of the civil penalty calculation factors. To some extent, all the boxes above apply as penalty factor influences. The primary claims are for civil penalties and injunctive and remedial relief. The forms requested by this section (health care providers and employers) are not applicable.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: *Charles M. Tebbutt* (signed)
Print Name: Charles M. Tebbutt
Date: 11/11/10

The contents of this form are "Confidential Access Restricted" and subject to PTO 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2010.

s/Charles M. Tebbutt
Charles M. Tebbutt, *pro hac vice*
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Blvd.
Eugene, Oregon 97402
Tel: (541) 344-3505
Fax: (541) 344-3516
charlie.tebbuttlaw@gmail.com