UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO ADD EXHIBITS OMITTED FROM RECORD

The BP Defendants, through their counsel Don K. Haycraft, hereby move to add to the record of this matter Exhibits A, B, and C, accidently omitted from Record Document No. 715-6 (Proposed Order), part of the filing of BP's Memorandum in Support of Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items on November 12, 2010 (Record Document No. 715). Accordingly, to correct this error, the undersigned respectfully requests leave to add these exhibits A, B, and C that should form a part of the Proposed Order that the BP Defendants have provided for the Court's consideration.

Plaintiffs' Liaison Counsel, Jim Roy and Steve Herman, have no objection to the entry of this Order.

117807908.

Dated:  November 15, 2010						Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkeithjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

-- and --

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000

***Attorneys for BP America Inc., BP America
Production Company, and
BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 15, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                          /s/ Don K. Haycraft
                                            Don K. Haycraft