# Exhibit A

| Number | Equipment List | Quantity | Categorization<br>1-Government Subpoenaed/Requested<br>2-Non-Evidence<br>3-Abandon in-Place |
|---|---|---|---|
| 1 | BOP (DWH Lower BOP) | 1 | 1 |
| 3 | Transition spool and DWH LMRP | 1 | 1 |
| 5 | 9-7/8" hanger and seal assembly with 20' casing | 1 | 1 |
| 8 | 9-7/8" 62.8 ppf Q-125, Hydril 523 Casing -- Subpoenaed Portions | approx. 300' | 1 |
| 10 | 16" 97 ppf P-110, Hydril 511 Casing -- Subpoenaed Portions | approx. 300' | 1 |
| 11 | Miscellaneous fishing debris | 1 | 1 |
| 12 | Segments from Annular Rubbers (if loose) | 1 | 1 |
| 13 | Pressure transducer PT-301 (PT-B) | 1 | 1 |
| 14 | Pressure transducer PT-K | 1 | 1 |
| 15 | Pressure transducer PT-C | 1 | 1 |
| 16 | Pressure transducer PT-3K1 | 1 | 1 |
| 17 | Pressure transducer PT-3K2 | 1 | 1 |
| 18 | Pressure transducer PT-3C | 1 | 1 |
| 19 | Pressure Transducers & associated equipment | TBD | 1 |
| 20 | ODI Splitter Panel | 1 | 1 |
| 21 | Sonardyne acoustic Compatts | TBD | 1 |
| 22 | Flanged Cormon transmitter | 1 | 1 |
| 23 | Bulkhead mounted ODI connector | 1 | 1 |
| 24 | Horizon BOP flanged transmitter | 1 | 1 |
| 41 | 600' x 1" hard plastic Dispersant hoses | 2 | 1 |
| 42 | 400' x 1" Dispersant Hoses | 2 | 1 |
| 43 | Dispersant Wands in Basket #10 | 6 | 1 |
| 44 | Dispersant Manifold #1 | 1 | 1 |
| 46 | 1100' x 1" hard plastic hose | 1 | 1 |
| 47 | Top Hat # 4 w/ Frame | 1 | 1 |
| 53 | RITT#1 (Riser Insertion Tube Tool) | 1 | 1 |
| 55 | 3 Ram Capping Stack | 1 | 1 |
| 56 | Subsea Choke Assembly | 3 | 1 |

| Number | Description | Item Tracking # | Quantity |
|---|---|---|---|
| 1 | 3" ANSI 600 Rotron meters (2 phase liquids off HP separators) | ENT-004 | 2 |
| 2 | Differential pressure transducers | ENT-005 | 2 |
| 3 | Static pressure transducers | ENT-006 | 2 |
| 4 | Temperature transmitters | ENT-007 | 2 |
| 5 | Vx Meter | Q4K-001 | 1 |
| 6 | Flow Meter - Liquid | Q4K-002 | 1 |
| 7 | Gas Metering Equipment | Q4K-003 | 1 |

# Exhibit B

| Number | Equipment List | Quantity | Categorization 1-Government Subpoenaed/Requested 2-Non-Evidence 3-Abandon in-Place |
|---|---|---|---|
| 8 | 9-7/8" 62.8 ppf Q-125, Hydril 523 Casing -- Non-Subpoenaed Portions | approx. 3,800' | 2A |
| 10 | 16" 97 ppf P-110, Hydril 511 Casing -- Non-Subpoenaed Portions | approx. 1,900' | 2A |
| 27 | Stack Manifold | 1 | 2A |
| 2 | LMRP Basket | 1 | 2B |
| 4 | MUX Line to BOP SCM | 1 | 2B |
| 25 | 17H hot stab in choke & kill in gooseneck jumpers | TBD | 2B |
| 26 | Helix Producer 1 Offloading Hose | 1 | 2B |
| 32 | 1200 Gallon Subsea Bladders | 2 | 2B |
| 33 | Accumulator Skid | 1 | 2B |
| 34 | MeOH Skid | 1 | 2B |
| 37 | Misc. Thermoplastic Hose / Whips | TBD | 2B |
| 39 | Tooling / Work Baskets | ~6 | 2B |
| 40 | Misc. Tooling on BOP Stack | TBD | 2B |
| 45 | Dispersant Manifold #2 (Mudmat) | 1 | 2B |
| 48 | Top Hat # 5 | 1 | 2B |
| 49 | LDIS Parking Pile | 1 | 2B |
| 50 | H4 Yellow Debris Cap | 1 | 2B |
| 51 | H4 Debris Cap | 1 | 2B |
| 52 | Flex Joint Blocks, Panels, Inclinometer | Various | 2B |
| 65 | Dril-Quip Aircan Assembly  - FSR 1 | 1 | 2B |
| 66 | SBM Aircan Assembly (Rental)  - FSR 1 | 1 | 2B |
| 67 | Upper Assembly  - FSR 1 | 1 | 2B |
| 68 | Lower Assembly  - FSR 1 | 1 | 2B |
| 70 | Outer Casing  - FSR 1 | 1 | 2B |
| 71 | Inner Casing  - FSR 1 | 1 | 2B |
| 73 | PIP FSR Tension Monitoring  - FSR 1 | TBD | 2B |
| 75 | Positioning Beacon Clamp  - FSR 1 | TBD | 2B |
| 76 | LRA Pup Assembly  - FSR 1 | 1 | 2B |
| 78 | Hydraulic Umbilical  - FSR 1 | 1 | 2B |
| 80 | Dril-Quip Aircan Assembly - FSR 2 | 1 | 2B |
| 81 | SBM Aircan Assembly (Rental) - FSR 2 | 1 | 2B |
| 82 | Upper Assembly - FSR 2 | 1 | 2B |
| 83 | Lower Assembly - FSR 2 | 1 | 2B |
| 85 | Outer Casing - FSR 2 | 1 | 2B |
| 86 | Inner Casing - FSR 2 | 1 | 2B |
| 88 | PIP FSR Tension Monitoring - FSR 2 | TBD | 2B |
| 90 | Positioning Beacon Clamp - FSR 2 | TBD | 2B |
| 91 | Lifting Aid Load Test Assembly - FSR 2 | 1 | 2B |
| 92 | LRA Pup Assembly - FSR 2 | TBD | 2B |
| 93 | LRA Burst Disc Assembly - FSR 2 | TBD | 2B |
| 94 | URA Installation Platform - FSR 2 | TBD | 2B |
| 95 | Hydraulic Umbilical - FSR 2 | 1 | 2B |
| 97 | IWOCS Umbilical and Umbilical Distribution Box | 1 | 2B |
| 98 | Hot Stab Patch Panel (HSPP) | 1 | 2B |
| 99 | Flying Lead Deployment Frame (EMPTY) | 1 | 2B |
| 100 | Flying Lead Deployment Frame (750 ft Flying Lead) | 1 | 2B |
| 104 | 250 ft x 1/2" 10K Flying Lead | 3 | 2B |

# Exhibit C

| Number | Equipment List | Quantity | Categorization 1-Government Subpoenaed/Requested 2-Non-Evidence 3-Abandon in-Place |
|---|---|---|---|
| 29 | Choke/Kill Manifold (aka Junk Shot Manifold) | 1 | 2C |
| 35 | BOP HDS (Hydraulic Distribution Skid) | 1 | 2C |
| 36 | HDS | 1 | 2C |
| 38 | LBL Array (Compatts) | ~45 | 2C |
| 57 | Buoyancy Modules | TBD | 2C |
| 59 | Marker Buoys | TBD | 2C |
| 60 | CDP Manifold | 1 | 2C |
| 61 | Burst Disc Assembly | 1 | 2C |
| 62 | Environmental Dispersant Connector | 1 | 2C |
| 63 | 1350ft x 6in flexible jumper | 1 | 2C |
| 64 | 1200ft x 6in flexible jumper | 1 | 2C |
| 69 | Suction Pile Assembly  - FSR 1 | 1 | 2C |
| 72 | Flexible Jumper Clamp  - FSR 1 | TBD | 2C |
| 74 | Upper Flexible Jumper Pull-in Head Interface  - FSR 1 | TBD | 2C |
| 77 | DTS buoy Clump Weight Assembly Helix Producer 1  - FSR 1 | TBD | 2C |
| 79 | 1060ft x 6in flexible jumper - FSR 1 | 1 | 2C |
| 84 | Suction Pile Assembly - FSR 2 | 1 | 2C |
| 87 | Flexible Jumper Clamp - FSR 2 | TBD | 2C |
| 89 | Upper Flexible Jumper Pull-in Head Interface - FSR 2 | TBD | 2C |
| 96 | 1060ft x 6in flexible jumper - FSR 2 | 1 | 2C |