IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010<br><br>This Document Relates to: No. 10-1497, No. 10-1630 | MDL Docket No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Mag. Judge Shushan |

### FEDERAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Plaintiff Gulf Restoration Network ("Plaintiff") has filed two complaints, *Gulf Restoration Network Inc. et al. v. Salazar et al.*, No. 1497, on May 18, 2010, and *Gulf Restoration Network Inc. et al. v. Department of the Interior et al.*, No. 1630, on June 3, 2010 (collectively "GRN Cases"), using the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701-706, to challenge certain actions taken by the U.S. Department of Interior, the Secretary of the Department of Interior, the Assistant Secretary for Land and Minerals Management, and the Director and Regional Director of the Bureau of Ocean Energy Management, Regulation, and Enforcement ("Federal Defendants").

On August 13, 2010, these cases were consolidated with the above-captioned Multi-District Litigation proceeding ("MDL"), Dkt. #15, and as such, the Federal Defendants in these administrative record review cases are now subject to responding to discovery requests even though discovery is not authorized in APA cases absent extraordinary circumstances not demonstrated here. On October 10, 2010, plaintiffs in the MDL proceeding filed a motion to

1

amend Pretrial Order No. 1 to serve an omnibus discovery request on all defendants requiring production of documents and information and asserting interrogatories.  Dkt. #509.

However, given the statutorily-limited nature of APA review and established standards restricting the use of extra-record evidence and record supplementation, discovery is not appropriate in the GRN Cases.  In addition, MDL Plaintiffs did not intend for the United States to provide responses to the omnibus discovery request in the first place.  Therefore, Federal Defendants file this motion respectfully requesting the Court to issue a protective order barring the applicability of the discovery requests in the GRN Cases and limiting judicial review to the administrative records to be filed with the Court in these matters.[1]  A memorandum in support of this motion and a proposed order are attached.

Respectfully submitted this 15th day of November, 2010.

                IGNACIA S. MORENO
                Assistant Attorney General
                Environment and Natural Resources Division

                 *s/ Kristofor R. Swanson*
                STACEY M. BOSSHARDT
                JOANNA K. BRINKMAN
                BRIAN M. COLLINS
                GUILLERMO A. MONTERO
                KRISTOFOR R. SWANSON, Trial Attorney
                Col. Bar No. 39378
                United States Department of Justice
                Environment and Natural Resources Division
                Natural Resources Section
                P.O. Box 663
                Washington, D.C. 20044-0663
                (202) 514-2912/(fax)(202) 305-0506

                JIM LETTEN
                UNITED STATES ATTORNEY

---

[1] Federal Defendants also have a fully briefed Motion to Sever the GRN Cases from the MDL currently pending before the Court.  Dkt. #174.

*/s/ Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. 210B
New Orleans, LA 70130
Tele: (504) 680-3047
Fax: (504) 680-3184
Peter.Mansfield@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion for Protective Order and accompanying Memorandum in Support have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2010.

*/s/ Kristofor R. Swanson*
Kristofor R. Swanson