| | |
|---|---|
| **From:** | Steve Herman |
| **To:** | Collins, Brian M. (ENRD) |
| **Cc:** | jimr@wrightroy.com; Swanson, Kristofor (ENRD); Brinkman, Joanna (ENRD); Bosshardt, Stacey (ENRD); Montero, Guillermo (ENRD) |
| **Subject:** | In re Oil Spill by the Oil Rig Deepwater Horizon - Federal Defendants" Motion for Protective Order (Case nos. 10-1497; 10-1630) |
| **Date:** | Thursday, November 11, 2010 9:50:37 AM |

As Plaintiffs' Liaison Counsel, we take no position regarding the extent to which discovery may or may not be appropriate in these actions, but can confirm that it was not Plaintiff Liaison Counsel's intention, in drafting and serving the Initial Omnibus Discovery Requests, that responses to such requests would be furnished by any officers or agents of the United States.

---

**From:** Collins, Brian M. (ENRD) [mailto:Brian.M.Collins@usdoj.gov]
**Sent:** Wednesday, November 10, 2010 10:23 AM
**To:** Steve Herman; jimr@wrightroy.com
**Cc:** Swanson, Kristofor (ENRD); Brinkman, Joanna (ENRD); Bosshardt, Stacey (ENRD); Montero, Guillermo (ENRD)
**Subject:** In re Oil Spill by the Oil Rig Deepwater Horizon - Federal Defendants' Motion for Protective Order (Case nos. 10-1497; 10-1630)

Plaintiffs' Liaison Counsel,

As you are aware, on Oct. 15 Judge Barbier granted MDL plaintiffs' request to amend Pretrial Order #1 to allow service of an omnibus discovery request on all defendants. There are two cases filed by Gulf Restoration Network against the U.S. Department of Interior and Secretary Salazar (case nos. 10-1497 and 10-1630) that are Administrative Procedure Act cases, not tort actions. We have moved to sever these cases from the MDL (Docket #174), but the Court has not yet ruled on that motion. Given the fact that the discovery requests are directed at the defendants in the tort cases and does not relate to the claims asserted in either GRN case, and the fact that discovery is inappropriate in APA cases, we intend to move for a protective order to prevent the omnibus discovery request from applying to the federal defendants in 10-1497 and 10-1630.

Pursuant to local rule 37.1, we are writing to seek Plaintiffs' position on this motion for protective order. We have conferred directly with plaintiffs' counsel for the two GRN cases and they have indicated that they will oppose the motion, while intervenors in those cases do not oppose. Please let me know as soon as possible if Plaintiffs oppose the motion, and feel free to contact me with any questions.

Thank you,


Brian Collins
**Trial Attorney**
**U.S. Dept. of Justice ENRD**
**Natural Resources Section**
**P.O. Box 663**
**Washington, DC 20044-0663**

EXHIBIT A

**Tel: (202) 305-0428**
**Fax: (202) 305-0267**