IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 | ) ) ) ) ) ) | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 | ) ) ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## LOCAL RULE 37.1 CERTIFICATE OF COUNSEL

Pursuant to Local Rule 37.1, counsel for Federal Defendants state that they have conferred with both Plaintiffs' Liaison Counsel and counsel for Plaintiffs in Case Nos. 10-1497 and 10-1630 on Federal Defendants' motion for a protective order with respect to the omnibus discovery request. Plaintiffs' Liaison Counsel take no position on Federal Defendants' motion, but "confirm that it was not Plaintiff Liaison Counsel's intention, in drafting and serving the Initial Omnibus Discovery Requests, that responses to such requests would be furnished by any officers or agents of the United States." Plaintiffs in 10-1497 and 10-1630 oppose the protective order. Counsel for Federal Defendants also conferred with counsel for the Defendant-Intervenors in Case No. 10-1497, who do not oppose the protective order.

                                                            IGNACIA S. MORENO
                                                            Assistant Attorney General
                                                            Environment and Natural Resources Division

       */s/ Kristofor R. Swanson*
STACEY M. BOSSHARDT
JOANNA K. BRINKMAN
BRIAN M. COLLINS
GUILLERMO A. MONTERO
KRISTOFOR R. SWANSON, Trial Attorney
Col. Bar No. 39378
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-2912/(fax)(202) 305-0506

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. 210B
New Orleans, LA 70130
Tele: (504) 680-3047
Fax: (504) 680-3184
Peter.Mansfield@usdoj.gov

Attorneys for Federal Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion for Protective Order and accompanying Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2010.

       */s/ Kristofor R. Swanson*
       Kristofor R. Swanson