IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010<br><br>This Document Relates to: No. 10-1497, No. 10-1630 | MDL Docket No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Mag. Judge Shushan |

## ORDER

Before the Court is Federal Defendants' Motion for Protective Order. Having considered Federal Defendants' motion, Plaintiffs' response, and the memoranda written in support of both, it is HEREBY,

ORDERED that Federal Defendants' request for a protective order is GRANTED;

ORDERED that discovery requests are barred from applying to Federal Defendants, and the scope of judicial review in this matter will be limited to the Administrative Records to be filed with the Court in these matters.

New Orleans, Louisiana, this _____ day of November, 2010.

_____
United States District Judge