IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 ) ) ) ) ) | MDL Docket No. 2179  Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 ) ) ) ) ) ) ) | Judge Barbier  Mag. Judge Shushan |

## NOTICE OF HEARING

TO: ALISA A. COE
La. Bar No. 27999
MONICA K. REIMER
Fl. Bar. No. 0090069, Admitted Pro Hac Vice
DAVID G. GUEST
Fla. Bar. No. 267228, Admitted Pro Hac Vice
Earthjustice
111 S. Martin Luther King Jr. Blvd.
Tallahassee, FL 32302-1329
Phone: (850) 681-0031
Facsimile: (850) 681-0020
Email: acoe@earthjustice.org

JOEL WALTZER
La. Bar No. 19268
Waltzer & Associates
3715 Westbank Exprwy, Ste. 13
Harvey, LA 70058
Office: (504) 340-6300
Facsimile: (504) 340-6330
Email: joel@waltzerlaw.com

1

ROBERT WIYGUL
La. Bar No. 17411
Waltzer & Associates
1011 Iberville Drive
Ocean Springs, MS 39564
Office: (228) 872-1125
Fax: (228) 872-1128
Email: robert@waltzerlaw.com

ATTORNEYS FOR PLAINTIFFS, GULF RESTORATION NETWORK, and SIERRA CLUB, INC.

AND:

STEPHEN J. HERMAN
La. Bar No. 23129
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com

JAMES PARKERSON ROY
La. Bar No. 11511
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com

PLAINTIFFS' LIAISON COUNSEL

PLEASE TAKE NOTICE that Federal Defendants' Motion for Protective Order will be brought for hearing on the 7th day of December, 2010, at 9:30 a.m. before the Honorable Carl Barbier at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C268, New Orleans, Louisiana.

Respectfully submitted this 15th day of November, 2010.

IGNACIA S. MORENO
Assistant Attorney General
U.S. Dept. of Justice, Env't & Nat. Resources Div.

/s/ *Kristofor R. Swanson*
KRISTOFOR R. SWANSON (T.A.)
JOANNA K. BRINKMAN
GUILLERMO A. MONTERO
STACEY M. BOSSHARDT
BRIAN M. COLLINS
Natural Resources Section
PO Box 663
Washington, DC 20016
Tel: (202)305-0443

PETER MANSFIELD
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130
Tel: (504)680-3000