IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010 ) ) ) ) ) | MDL Docket No. 2179<br><br>Section: J |
| This Document Relates to: No. 10-1497, No. 10-1630 ) ) ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**FEDERAL DEFENDANTS' MOTION FOR EXCEPTION FROM COURT'S
CONTINUANCE ON PENDING MOTIONS**

Federal Defendants in Case Nos. 10-1497 and 10-1630 hereby request that the Court lift its continuance on all pending motions, as ordered in Pre-Trial Order No. 15, with respect to their Motion to Sever or, In the Alternative, to Assign Cases to Separate Tracks (Dkt. #174) and Motion for Protective Order (Dkt. #735). Given the premise of both motions—that, as cases brought under the Administrative Procedure Act, the two actions are not appropriate for inclusion in the MDL or for discovery—a ruling from the Court is necessary for the parties to proceed in both actions.

A determination from the Court on whether these two cases are properly part of the MDL is a procedural necessity, as the present schedule does not provide for the filing of administrative records or judicial review thereof, and a ruling is necessary to clarify Federal Defendants' obligations with respect to discovery. A memorandum in support of this motion and a proposed order are attached.

Respectfully submitted this 15th day of November, 2010.

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Kristofor R. Swanson*
STACEY M. BOSSHARDT
JOANNA K. BRINKMAN
BRIAN M. COLLINS
GUILLERMO A. MONTERO
KRISTOFOR R. SWANSON, Trial Attorney
Col. Bar No. 39378
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 514-2912/(fax)(202) 305-0506

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras St., Ste. 210B
New Orleans, LA 70130
Tele: (504) 680-3047
Fax: (504) 680-3184
Peter.Mansfield@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Protective Order and accompanying Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2010.

                                                  */s/ Kristofor R. Swanson*
                                                  Kristofor R. Swanson