# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **In re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico on April 20, 2010** | **MDL Docket No. 2179**<br><br>**Section: J** |
| **This Document Relates to: No. 10-1497, No. 10-1630** | **Judge Barbier**<br>**Mag. Judge Shushan** |

## ORDER

Before the Court is Federal Defendants' Motion for Exception from Court's Continuance on Pending Motions.  Having considered Federal Defendants' motion, Plaintiffs' response, and the memoranda written in support of both, it is HEREBY,

ORDERED that Federal Defendants' request for exception is GRANTED.

New Orleans, Louisiana, this _____ day of November, 2010.


_____
United States District Judge