UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|         "DEEPWATER HORIZON" in the | * | |
|         GULF OF MEXICO, on April 20, 2010 | * | |
| | * | Section "J" |
| | * | |
| This Document Relates to: Civil No. 2:10-cv-01497, | * | |
| *Gulf Restoration Network, et al. v. Salazar, et al.* | * | Judge Barbier |
| | * | Mag. Judge Shushan |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## INTERVENORS' MOTION FOR PROTECTIVE ORDER

Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") hereby respectfully move for a protective order barring the applicability of the discovery requests in *Gulf Restoration Network, et al. v. Salazar, et al.*, Civil No. 2:10-cv-01497, and limiting judicial review to the administrative records to be filed with the Court in this case. In support of this Motion, the Associations state:

1. On August 13, 2010, Civil No. 2:10-cv-01497 was consolidated with MDL No. 2179 (Dkt. #15).

2. On August 23, 2010, the Associations moved to deconsolidate Civil No. 2:10-cv-01497 from MDL No. 2179 and transfer the action back to Judge Engelhardt (Dkt. #59). The Associations demonstrated that Civil No. 2:10-cv-01497 arises under the Administrative

Procedure Act ("APA") and is thus significantly unrelated from the tort actions that largely comprise MDL No. 2179. *See* Dkt. #59-1, at 5–8; Dkt. #267. The briefing on the Associations' motion to deconsolidate and transfer is complete, and the motion is currently pending before this Court.

3. Similarly, on September 7, 2010, the Federal Defendants moved to sever Civil No. 2:10-cv-01497—as well as a second APA action—from MDL No. 2179 (Dkt. #174). The Federal Defendants' motion further establishes the significant differences between this APA action and the remaining cases in MDL No. 2179, and is also fully briefed and pending before this Court.

4. By Order dated October 15, 2010, this Court granted the motion of plaintiffs in MDL No. 2179 to serve an omnibus discovery request on all defendants (Dkt. #565).

5. On November 15, 2010, the Federal Defendants filed a motion for protective order under Federal Rule of Civil Procedure 26(c), demonstrating that judicial review in this APA action—and another APA action in which the Associations have not intervened—is statutorily-limited to the administrative record compiled by the agency. Because discovery is not appropriate in this APA action, the Federal Defendants requested that a protective order issue and bar the applicability of discovery requests in Civil No. 2:10-cv-01497. *See* Dkts. # 735, 735-1.

6. For the same reasons discussed in the Federal Defendants motion, (*see* Dkt. #735-1), the Associations respectfully request a protective order barring the applicability of discovery requests to Civil No. 2:10-cv-01497 (and the Associations as Intervenors in Civil No. 2:10-cv-01497), and limiting judicial review to the administrative records to be filed with the Court in Civil No. 2:10-cv-01497.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
909 Poydras St. 24th Floor
New Orleans, La. 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
& Gas Association, and International
Association of Drilling Contractors

November 15, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

/s/ Judy Y. Barrasso