**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|         "DEEPWATER HORIZON" in the | * | |
|         GULF OF MEXICO, on April 20, 2010 | * | |
| | * | Section "J" |
| | * | |
| This Document Relates to: Civil No. 2:10-cv-01497, | * | |
| *Gulf Restoration Network, et al. v. Salazar, et al.* | * | Judge Barbier |
| | * | Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon the Motion for Protective Order filed by Intervenors American Petroleum Institute,

Independent Petroleum Association of America, US Oil & Gas Association, and International

Association of Drilling Contractors (the "Associations"), the Court having considered the

submissions of the parties, it is HEREBY,

ORDERED that the Associations' request for a protective order is GRANTED; and it is

further;

ORDERED that discovery requests are barred from applying to Civil No. 2:10-cv-01497

(and the Associations as Intervenors in Civil No. 2:10-cv-01497), and the scope of review in this

matter will be limited to the administrative records to be filed with the Court.

Dated this _____ day of _____, 2010.


_____
United States District Judge