# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | Section "J" |
| | * | |
| This Document Relates to: Civil No. 2:10-cv-01497, | * | |
| *Gulf Restoration Network, et al. v. Salazar, et al.* | * | Judge Barbier |
| | * | Mag. Judge Shushan |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING ON MOTION OF THE AMERICAN PETROLEUM INSTITUTE, INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA, US OIL & GAS ASSOCIATION, AND INTERNATIONAL ASSOCIATION OF DRILLING CONTRACTORS FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors' motion for protective order will be heard in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, before the Honorable Judge Barbier, on December 7, 2010, at 9:30 a.m.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
909 Poydras St. 24th Floor
New Orleans, La. 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
& Gas Association, and International
Association of Drilling Contractors

November 15, 2010

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of November 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

<i>/s/ Judy Y. Barrasso</i>