UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * | Judge Barbier<br>Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 37.1 CERTIFICATE OF COUNSEL

Pursuant to Local Rule 37.1, counsel for Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") state that they have conferred with both counsel for Plaintiffs and counsel for the Federal Defendants in Civil No. 2:10-cv-01497.  The Federal Defendants do not oppose the Associations' motion for protective order.  Plaintiffs in Civil No. 2:10-cv-01497 have indicated that they oppose the Associations' motion for protective order.

                                Respectfully submitted,

                                */s/ Judy Y. Barrasso*
                                Judy Y. Barrasso, 2814
                                John W. Joyce, 27525
                                Andrea Mahady Price, 30160
                                Barrasso Usdin Kupperman
                                Freeman &  Sarver, L.L.C.
                                909 Poydras St. 24th Floor
                                New Orleans, La.  70112
                                Telephone: (504) 589-9720
                                Facsimile: (504) 589-9701
                                jbarrasso@barrassousdin.com

                                Steven J. Rosenbaum
                                Bradley K. Ervin
                                COVINGTON & BURLING LLP
                                1201 Pennsylvania Avenue N.W.
                                Washington, D.C. 20004
                                Telephone:  (202) 662-5568
                                Facsimile:  (202) 778-5568
                                srosenbaum@cov.com

                                Counsel for Defendant-Intervenors
                                American Petroleum Institute, Independent
                                Petroleum Association of America, US Oil
                                & Gas Association, and International
                                Association of Drilling Contractors

November 15, 2010

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

*/s/ Judy Y. Barrasso*