# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | * | Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## INTERVENORS' MOTION FOR EXCEPTION FROM COURT'S CONTINUANCE OF PENDING MOTIONS

Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") hereby respectfully request that the Court lift its continuance on all pending motions, as ordered in Pretrial Order No. 15 (Dkt. No. 676), with respect to their Motion to Deconsolidate Civil No. 2:10-cv-01497 and Transfer the Case Back to its Original Judge (Dkt. #59), and Motion for Protective Order (filed today). In support of this Motion, the Associations state:

1. On August 13, 2010, *Gulf Restoration Network, et al. v. Salazar, et al.*, Civil No. 2:10-cv-01497 was consolidated with MDL No. 2179 (Dkt. #15).

2. On August 23, 2010, the Associations moved to deconsolidate Civil No. 2:10-cv-01497 from MDL No. 2179 and transfer the action back to Judge Engelhardt (Dkt. #59). The

Associations demonstrated that Civil No. 2:10-cv-01497 arises under the Administrative Procedure Act ("APA") and is thus significantly unrelated from the tort actions that largely comprise MDL No. 2179. *See* Dkt. #59-1, at 5–8; Dkt. #267. The briefing on the Associations' motion to deconsolidate and transfer is complete, and the motion is currently pending before this Court.

3. Similarly, on September 7, 2010, the Federal Defendants moved to sever Civil No. 2:10-cv-01497—as well as a second APA action—from MDL No. 2179 (Dkt. #174). The Federal Defendants' motion further establishes the significant differences between this APA action and the remaining cases in MDL No. 2179, and is also fully briefed and pending before this Court.

4. On November 15, 2010, the Federal Defendants filed a motion for protective order under Federal Rule of Civil Procedure 26(c), demonstrating that judicial review in this APA action—and another APA action in which the Associations have not intervened—is statutorily-limited to the administrative record compiled by the agency. Because discovery is not appropriate in this APA action, the Federal Defendants requested that a protective order issue and bar the applicability of discovery requests in Civil No. 2:10-cv-01497. *See* Dkts. # 735, 735-1.

5. The Associations similarly moved for a protective order on November 15, 2010 barring the applicability of discovery requests to Civil No. 2:10-cv-01497 (and the Associations as Intervenors in Civil No. 2:10-cv-01497), and limiting judicial review to the administrative records to be filed with the Court in Civil No. 2:10-cv-01497.

6. On November 15, 2010, the Federal Defendants filed a motion for exception from the Court's continuance on pending motions (Dkt. #736). The Federal Defendants demonstrated

that the exception was a procedural necessity because, as illustrated in its motion to sever and motion for protective order, APA actions are not appropriate for inclusion in MDL No. 2179 or for discovery (Dkt. #736-1).

7. For the same reasons discussed in the Federal Defendants' motion for exception, (*see* Dkt. #736-1), the Associations respectfully request an exception from the Court's continuance on pending motions with respect to their Motion to Deconsolidate and Motion for Protective Order.

    Respectfully submitted,

    */s/ Judy Y. Barrasso*
    Judy Y. Barrasso, 2814
    John W. Joyce, 27525
    Andrea Mahady Price, 30160
    Barrasso Usdin Kupperman
    Freeman & Sarver, L.L.C.
    909 Poydras St. 24th Floor
    New Orleans, La. 70112
    Telephone: (504) 589-9720
    Facsimile: (504) 589-9701
    jbarrasso@barrassousdin.com

    Steven J. Rosenbaum
    Bradley K. Ervin
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue N.W.
    Washington, D.C. 20004
    Telephone: (202) 662-5568
    Facsimile: (202) 778-5568
    srosenbaum@cov.com

    Counsel for Defendant-Intervenors
    American Petroleum Institute, Independent
    Petroleum Association of America, US Oil
    & Gas Association, and International
    Association of Drilling Contractors

November 15, 2010

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2010, a true and accurate copy of the foregoing was filed via the Court's CM/ECF system and served via the Court's CM/ECF system upon all counsel of record.

*/s/ Judy Y. Barrasso*