UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | * | Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon the Motion for Exception from the Court's Continuance of Pending Motions filed by Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations"), the Court having considered the submissions of the parties, it is HEREBY,

ORDERED that the Associations' request for exception is GRANTED.

Dated this _____ day of _____, 2010.

_____
United States District Judge