# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Add Exhibits Omitted From Record;

IT IS HEREBY ORDERED that Exhibits A, B, and C, attached hereto, be added to Record Doc. No. 715-6 (Proposed Order).  These exhibits were omitted from the Proposed Order that accompanied BP's Memorandum in Support of Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items on November 12, 2010 (Record Document No. 715).

New Orleans, Louisiana, this __15th__ day of November, 2010.

_____
United States District Judge