MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 15, 2010

**MJSTAR: 00:54**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**MONDAY, NOVEMBER 15, 2010 AT 9:30 A.M.**

CASE MANAGER: Tanya Lee

COURT REPORTER: Jodi Simcox

A discovery status conference was held this date before the undersigned. See separate order.

PRESENT: See attached sign-in sheet.