# CONFERENCE ATTENDANCE RECORD

DATE: 11-15-10   TIME: 9:30

CASE NAME: In Re: Oil Spill - Deep Water Horizon

DOCKET NUMBER & SECTION: 10-md-2179-CJB-SS

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

Conf. Call-In: 877-873-8017, code # 2676846

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Haycraft | BP Liskow |
| Andy Langan | BP Kirkland |
| Ted Tsekerides | Seacor & O'Brien's |
| Deb Kuchler | Anadarko + MOEX |
| William Large | plaintiffs/PSC |
| Duke Williams | π's/PSC |
| Steve Herman | PSC |
| Chris Zainey | π's/PSC |
| Carmelite Bertaut | Cameron |

# CONFERENCE ATTENDANCE RECORD

DATE: 11-15-10          TIME: 9:30

CASE NAME: In Re: Oil Spill - Deep Water Horizon

DOCKET NUMBER & SECTION: 10-md-2179-CJB-SS

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Michael Faycr | π |
| Don Dekinis | Halliburton |
| R. Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Steve Herman | Plaintiffs |
| Sharon Smith | specially appearing for the United States |
| Kerry Miller | Transocean Deepwater |
|  |  |
|  |  |