UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179 Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### INTERVENORS' MOTION FOR PROTECTIVE ORDER

Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") hereby respectfully move for a protective order barring the applicability of the discovery requests in *Gulf Restoration Network, et al. v. Salazar, et al.*, Civil No. 2:10-cv-01497, and limiting judicial review to the administrative records to be filed with the Court in this case. A memorandum in support of this motion is attached.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
Freeman &  Sarver, L.L.C.
909 Poydras St. 24th Floor
New Orleans, La.  70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

2

        Steven J. Rosenbaum
        Bradley K. Ervin
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue N.W.
        Washington, D.C. 20004
        Telephone:  (202) 662-5568
        Facsimile:  (202) 778-5568
        srosenbaum@cov.com

        Counsel for Defendant-Intervenors
        American Petroleum Institute, Independent
        Petroleum Association of America, US Oil
        & Gas Association, and International
        Association of Drilling Contractors

November 16, 2010

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Intervenor's Motion for Protective Order has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November, 2010.

        /s/ Judy Y. Barrasso
            Judy Y. Barrasso