UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier<br>Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INTERVENORS' MEMORANDUM OF SUPPORT IN SUPPORT FOR PROTECTIVE ORDER UNDER FED. R. CIV. P. 26(c)**

In support of their Motion for Protective Order, Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations") hereby respectfully state:

1. On August 13, 2010, *Gulf Restoration Network, et al. v. Salazar, et al.*, Civil No. 2:10-cv-01497 was consolidated with MDL No. 2179 (Dkt. #15).

2. On August 23, 2010, the Associations moved to deconsolidate Civil No. 2:10-cv-01497 from MDL No. 2179 and transfer the action back to Judge Engelhardt (Dkt. #59). The Associations demonstrated that Civil No. 2:10-cv-01497 arises under the Administrative Procedure Act ("APA") and is thus significantly unrelated from the tort actions that largely comprise MDL No. 2179. *See* Dkt. #59-1, at 5–8; Dkt. #267. The briefing on the Associations' motion to deconsolidate and transfer is complete, and the motion is currently pending before this Court.

3. Similarly, on September 7, 2010, the Federal Defendants moved to sever Civil No. 2:10-cv-01497—as well as a second APA action—from MDL No. 2179 (Dkt. #174). The Federal Defendants' motion further establishes the significant differences between this APA action and the remaining cases in MDL No. 2179, and is also fully briefed and pending before this Court.

4. By Order dated October 15, 2010, this Court granted the motion of plaintiffs in MDL No. 2179 to serve an omnibus discovery request on all defendants (Dkt. #565).

5. On November 15, 2010, the Federal Defendants filed a motion for protective order under Federal Rule of Civil Procedure 26(c), demonstrating that judicial review in this APA action—and another APA action in which the Associations have not intervened—is statutorily-limited to the administrative record compiled by the agency. Because discovery is not appropriate in this APA action, the Federal Defendants requested that a protective order issue and bar the applicability of discovery requests in Civil No. 2:10-cv-01497. *See* Dkts. # 735, 735-1.

6. For the same reasons discussed in the Federal Defendants motion, (*see* Dkt. #735-1), the Associations respectfully request a protective order barring the applicability of discovery requests to Civil No. 2:10-cv-01497 (and the Associations as Intervenors in Civil No. 2:10-cv-01497), and limiting judicial review to the administrative records to be filed with the Court in Civil No. 2:10-cv-01497.

Respectfully submitted,

/s/Judy Y. Barrasso
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
909 Poydras St. 24th Floor
New Orleans, La. 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
& Gas Association, and International
Association of Drilling Contractors

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Intervenor's Memorandum in Support of Motion for Protective Order nder Federal Rule of Civil Procedure 26(c) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November, 2010.

/s/Judy Y. Barrasso
Judy Y. Barrasso
