UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * * | Judge Barbier<br>Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING ON MOTION OF THE AMERICAN
PETROLEUM INSTITUTE, INDEPENDENT PETROLEUM ASSOCIATION
OF AMERICA, US OIL & GAS ASSOCIATION, AND INTERNATIONAL
ASSOCIATION OF DRILLING CONTRACTORS FOR PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors' motion for protective order will be heard in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, before the Honorable Judge Barbier, on December 7, 2010, at 9:30 a.m.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
John W. Joyce, 27525
Andrea Mahady Price, 30160
Barrasso Usdin Kupperman
Freeman & Sarver, L.L.C.
909 Poydras St. 24th Floor
New Orleans, La. 70112
Telephone: (504) 589-9720
Facsimile: (504) 589-9701
jbarrasso@barrassousdin.com

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
srosenbaum@cov.com

Counsel for Defendant-Intervenors
American Petroleum Institute, Independent
Petroleum Association of America, US Oil
& Gas Association, and International
Association of Drilling Contractors

November 16, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November, 2010.

/s/ Judy Y. Barrasso