UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>Section "J" |
| This Document Relates to: Civil No. 2:10-cv-01497, *Gulf Restoration Network, et al. v. Salazar, et al.* | * * * | Judge Barbier<br>Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the Motion for Protective Order filed by Intervenors American Petroleum Institute, Independent Petroleum Association of America, US Oil & Gas Association, and International Association of Drilling Contractors (the "Associations"), the Court having considered the submissions of the parties, it is HEREBY,

ORDERED that the Associations' request for a protective order is GRANTED; and it is further;

ORDERED that discovery requests are barred from applying to Civil No. 2:10-cv-01497 (and the Associations as Intervenors in Civil No. 2:10-cv-01497), and the scope of review in this matter will be limited to the administrative records to be filed with the Court.

Dated this _____ day of _____, 2010.

_____
United States District Judge