UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER  MAG. JUDGE SHUSHAN |
| Ocean Reef Realty, Inc., d/b/a Ocean Reef Resorts, Inc., v. Transocean Holdings, Inc., et al. 2:10-cv-02663-CJB-SS (E.D. La.) | |

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of November, 2010, served a copy of the Summons and First Amended Class Action Complaint on BP Corporation North America, Inc., The Prentice-Hall Corporation System, Inc., 1201 Hays Street, Suite 105, Tallahassee, Florida 32301; BP America, CT Corporation System, 200 South Pine Island Road, Plantation, Florida 33324; BP Company North America, Inc., 4101 Winfield Road, #200, Warrenville, Illinois 60555; MOEX Offshore 2007, LLC, 9 Greenway Plaza, Suite 1220, Houston, Texas 77046; Anadarko E & P Company, LP, Post Office Box 1330, Houston, Texas 77251-1330; and Anadarko Petroleum Corporation, 1201 Lake Robbins Drive, The Woodlands, Texas 77380, by mailing same by United States certified mail, properly addressed, and first class postage prepaid.

/s/ *Steven L. Nicholas*
STEVEN L. NICHOLAS (NICHS2021)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of November, 2010 electronically filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve the foregoing to the following:

James Riley Davis
Thomas Andrew Range
Akerman Senterfitt
106 East College Avenue, Suite 1200
Tallahassee, Florida 32301

Glenn T. Burhans, Jr.
Greenberg Traurig, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302-1838

Mark Monroe Barber
Broad & Cassel
100 North Tampa Street, Suite 3500
Tampa, Florida 33602

Ginger Lynne Barry
Broad & Cassel
200 Grand Boulevard, Suite 205A
Destin, Florida 32550

Natasha Karelia Alcivar
Damian Mark Fletcher
Arthur Joseph LaPlante
Hinshaw & Culbertson, LLP
One East Broward Boulevard, Suite 1010
Fort Lauderdale, Florida 33301

Jaime William Betbeze
Hand Arendall, LLC
RSA Tower
11 North Water Street, Suite 30200
Mobile, Alabama 33602

/s/ Steven L. Nicholas