UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON

CIVIL ACTION

NO. 10-2179

PERTAINS TO:
*Vath, et al. v. BP, P.L.C., et al.*, 10-1273

SECTION J-1

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Ray Vath, through undersigned counsel, voluntarily dismisses his case (part of no. 2010-1316 in this consolidated matter) without prejudice against all defendants named in his complaint that was filed on, or about, April 30, 2010. This notice of dismissal does **NOT** apply to the claims of the Louisiana Environmental Action Network, Inc., which remain pending and are expressly reserved in the multi-district litigation. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Michael G. Stag*
Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ___ day of November, 2010.

/s Mike G. Stag
Mike G. Stag