UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that BP Defendants' Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and as to Certain Non-Evidentiary Items (Rec. Doc. 715) is **SET** for hearing during the status conference scheduled for **Friday, November 19th, 2010**, at **9:00a.m. CST**. Opposition to Defendants' Motion should be filed no later than Thursday, November 18th, 2010, at 12:00p.m. CST.

New Orleans, Louisiana, this 16th day of November, 2010.

_____
THE HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE