UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only to *Karl W. Rhodes v. Transocean, Ltd., et al* No. 10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### Rule 7.6(E) Certificate

Claimant's undersigned counsel certifies that he has consulted with defense counsel regarding his filing his Second Amended Complaint and none has objected. Claimant therefore moves that his Honorable Court allow his to file his Second Amended Complaint.

Lafayette, Louisiana this 17th day of November, 2010.

           Respectfully submitted,

            */s/Richard R. Kennedy*
           RICHARD R. KENNEDY (#7788), T.A.
           RICHARD R. KENNEDY III
           309 Polk Street
           P.O. Box 3243
           Lafayette, LA 70502-3243
           Phone: (337) 232-1934
           Fax: (337) 232-9720
           E-Mail: ken309@richardkennedy.com
           *Attorneys for Karl W. Rhodes*