UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates Only to *Karl W. Rhodes v. Transocean, Ltd., et al,* No. 10-CV-01502 | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**Order**

Considering the above and foregoing and that there is no objection to the filing of this Second Supplemental and Amending Complaint.

IT IS ORDERED that the motion by the plaintiff, Karl W. Rhodes, to file this Second Supplemental and Amending Complaint is GRANTED.

New Orleans, Louisiana this _____ day of _____, 2010.

THE HON. CARL J. BARBIER
DISTRICT JUDGE