UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only to *Karl W. Rhodes v. Transocean, Ltd., et al*, No. 10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Supplemental and Amended Complaint**
**(Second)**

Karl W. Rhodes, appearing through his undersigned counsel, upon advising the Court that no defendant has answered his Complaint as supplemented and amended in this captioned matter, files this Second Supplemental and Amended Complaint as follows:

**Additional Defendants**

1.

Petitioner amends his Complaint to add the following defendants:

A.  BP Company North America, Inc. (BP Entity) is a Delaware corporation with its principal place of business in Warrenville, Illinois, does business in the State of Louisiana and this district and is a subsidiary of BP Corporation North America, Inc.

-1-

B. All "BP" defendants named in the Complaint, as now supplemented and amended, are hereafter together referred to as "BP Entity."

C. BP Entity holds the lease granted by the United States Minerals and Management Service ("MMS") that allows BP to drill for oil and to perfom oil-production-related operations at the Macondo site in the Mississippi Canyon Block 252 section of the outer Continental Shelf in the Gulf of Mexico ("Macondo oil well"). As of April 20, 2010, BP operated the Macondo oil well that is the source of the current oil spill. BP owns a 65% interest in the Macondo oil well.

D. Anadarko Petroleum Corp. ("Anadarko") is a Delaware corporation with its principal place of business in The Woodlands, Texas, does business in the State of Louisiana and this district and is an oil and gas exploration and production company that owns a 25% interest in the Macondo oil well.

E. MOEX Offshore 2007, LLC ("MOEX") is incorporated in Delaware and has its principal place of business in Houston, Texas.

F. Defendant MOEX holds a 10% interest in the Macondo oil well.

G. All "Transocean" defendants named in the Complaint, as now supplemented and amended, are hereafter together referred to as "Transocean Entity."

H. M-I L.L.C. ("M-I") is a Delaware corporation with its principal place of business in Houston, Texas. M-I, also known as M-I SWACO, supplies drilling and completion fluids and additives to oil and gas companies, providing pressure control, rig instrumentation and drilling waste management products and services. M-I provided the drilling fluids for the Deepwater Horizon at the time of the explosion.

**Other Statements**

3.

Petitioner otherwise supplements and amends his Original and First Supplemental and Amended Complaints and prayer to add the additional defendants named above.

4.

Petitioner incorporates the allegations of his Original and First Supplemental and Amended Complaints as though set forth at length herein.

WHEREFORE, petitioner, Karl W. Rhodes, prays that after due proceedings are had, the Court render judgment in his favor and against the defendants and their respective liability insurers for compensatory, punitive, exemplary, and other appropriate damages, together with prejudgment interest from date of loss until paid, and for all costs of these proceedings. Petitioner also prays that the Court permit him to file and prosecute this action under 28 U.S.C. § 1916.  Finally, petitioner prays for such further orders and relief to which he is entitled, whether at law, in admiralty, or in equity.

  Respectfully submitted,

  */s/Richard R. Kennedy*
  RICHARD R. KENNEDY (#7788), T.A.
  RICHARD R. KENNEDY III
  309 Polk Street
  P.O. Box 3243
  Lafayette, LA   70502-3243
  Phone:   (337) 232-1934
  Fax:       (337) 232-9720
  E-Mail:  ken309@richardkennedy.com
  *Attorneys for Karl W. Rhodes*

> **Certified Mail**
>
> I hereby certify that the above and foregoing Pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of November, 2010.
>
>                            */s/ Richard R. Kennedy*
>                            RICHARD R. KENNEDY