AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTOPHER R. SCHORR, ET. AL <br> *Plaintiff* <br> v. <br> BP, P.L.C., ET. AL <br> *Defendant* | ) ) ) ) ) ) ) | MDL No. 2179 <br><br> Civil Action No. <br> 2:10-md-02179-CJB-SS |

This Document Relates to: CHRISTOPHER R. SCHORR, et al
Reference Case No.: 2:10-cv-02989-CJB-SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
M-1, LLC
C/O Capitol Corporate Services, Inc.
155 Office Plz Suite A
Tallahassee, FL 32301

Certified Process Server - J. Lee Vause
Judicial Circuit, Leon, Florida ID # 81
11/8/10 Time 12-20

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gregory G. Schultz
> TAYLOR ENGLISH DUMA, LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, GA 30339
> 770-434-7394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Stephanie Hall
Deputy clerk's signature

Date: Nov 05 2010

# RETURN OF SERVICE

| State of Louisiana | County of | Eastern District Court |

Case Number: 2:10-MD-02179-CJB-SS

Plaintiff:
**Christopher R. Schorr, et al.,**

vs.

Defendant:
**BP, P.L.C., et al.,**

For:
Dahianna Soris-Becerril
Taylor English
1600 Parkwood Cir.
Suite 400
Atlanta, GA 30339

Received by Vause's Process Service on the 8th day of November, 2010 at 10:30 am to be served on **M-1, LLC c/o Capitol Corporate Services, Inc., 155 Office Plaza Dr., Suite A, Tallahassee, FL 32301**.

I, J. Lee Vause, Jr., do hereby affirm that on the **8th day of November, 2010** at **12:20 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons & Complaint, Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Leslie Ballard** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Capitol Corporate Services, Inc.** as **Registered Agent for M-1, LLC**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2). I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

J. Lee Vause, Jr.
D. #81 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2010013785