AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Louisiana

| | |
|---|---|
| CHRISTOPHER R. SCHORR, ET. AL *Plaintiff* | ) MDL No. 2179 ) ) Civil Action No. ) 2:10-md-02179-CJB-SS ) ) |
| v. | |
| BP, P.L.C., ET. AL *Defendant* | |

This Document Relates to: CHRISTOPHER R. SCHORR, et al
Reference Case No.: 2:10-cv-02989-CJB-SS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Transocean, Inc.
Corporate Headquarters
4 Greenway Plz
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory G. Schultz
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-434-7394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Stephanie Hall*
Deputy clerk's signature

Date: Nov 08 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRANSOCEAN LTD. Inc. (Corporate Headquarters)

was received by me on *(date)* 11-9-10 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Robbie Pratt , who is designated by law to accept service of process on behalf of *(name of organization)* Transocean INC on *(date)* 11-10-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/10/10

*Server's signature* SCH 7324

Todd Padgett
*Printed name and title*

10924 Grant Rd STE 325 Houston TX 77070
*Server's address*

Additional information regarding attempted service, etc:

TROY KENT HUTCHESON
Notary Public, State of Texas
My Commission Expires
February 10, 2014

Notary Public of Texas

# AFFIDAVIT OF SERVICE

**State of LOUISIANA**     **County of**     United States District Court For The Eas Court

Case Number: 2:10-MD-02179-CJB-SS

Plaintiff:
**CHRISTOPHER R. SCHORR, ET. AL**

vs.

Defendant:
**BP,P.L.C., ET. AL**

For:
Schultz Greg
TAYLOR ENGLISH DUMA. LLP
1600 Parkwood Circle Ste 400
Atlanta, GA  30339

Received by ASI Process Service & Investigations LLC on the 9th day of November, 2010 at 6:39 pm to be served on **TRANSOCEAN INC. BY SERVING ROBBIE PRATT MANAGER OF RECORDS, 4 GREENWAY PLAZA, HOUSTON, TX 77046**.

I, Todd Padgett, being duly sworn, depose and say that on the **10th day of November, 2010 at 9:51 am, I:**

served a **CORPORATION** by delivering a true copy of the **CLASS ACTION COMPLAINT: FIRST AMENDED CLASS ACTION COMPLAINT AND SUMMONS** with the date and hour of service endorsed thereon by me, to: **ROBBIE PRATT** as **MANAGER OF RECORDS** for **TRANSOCEAN INC. BY SERVING**, at the address of: **4 GREENWAY PLAZA, HOUSTON, TX 77046**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 58+,  Sex: F,  Race/Skin Color: White,  Height: 5-8,  Weight: 160,  Hair: Gray,  Glasses: Y

I, the undersigned, individually, make the following representations for the purpose to meet the requirements set out in the Pre-approved Order for Private Process Service in District, County and Justice Courts of Texas. All representations are true and correct to my personal knowledge.  I am an authorized process server under this provision.  I am over the age of 18 and not a party to nor interested in the outcome of this suit. I have personal knowledge of the matters stated herein.



TROY KENT HUTCHESON
Notary Public, State of Texas
My Commission Expires
February 10, 2014

Subscribed and Sworn to before me on the 10th day of November, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Todd Padgett SCH 7324
**Todd Padgett**
Process Server SCH# 7324

**ASI Process Service & Investigations LLC**
**10924 Grant Road, Suite 325**
**Houston, TX  77070**
**(281) 256-6349**

Our Job Serial Number: 2010003331

Service Fee: _____