IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL Docket No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>Civil No. 2:10-cv-02671-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### NOTICE OF VOLUNTARY DISMISSAL OF THE CLAIMS OF JOHN S. "STAN" GRANT

COMES NOW John S. "Stan" Grant, one of the named Plaintiffs in the class action, *Water Street Seafood, Inc., et al. v. BP, PLC, et al.*, Case No. 2:10-cv-02671, through undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and voluntarily dismisses all of his claims (which are part of said Case No. 2:10-cv-02671) against all named Defendants in said case, without prejudice. For the avoidance of doubt, this notice ***does not*** dismiss any claim of the remaining named Plaintiffs — Water Street Seafood, Inc., Greg Abrams Seafood Inc., Blue Parrot Oceanfront Cafe Inc., Tarpon Dock Seafood, Market, G.A. Fish, Inc., WJ2 LLC, SGI Rentals, Inc., and Steve Lima a/k/a Captain Shelley Seafood — made by them individually or on behalf of those similarly situated, against any of the named Defendants, and those claims in Case No. 2:10-cv-02671 remain pending and expressly reserved in MDL-2179. None of the Defendants have filed an answer or moved for summary judgment in said case, and the potential class(es) have not been certified.

DATED:  November 17, 2010

Respectfully submitted,

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 Northeast 2nd Avenue, Suite 201
Miami, Florida 33137
Telephone:     (305) 571-8550
Facsimile:       (305) 571-8558

**ALTERS LAW FIRM, P.A.**

Miami Design District, 4141 Northeast 2nd Avenue, Suite 201, Miami, FL  33137 • Telephone: 305-571-8550  Fax: 305-571-8558 • www.alterslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of November, 2010.

/s David C. Rash
David C. Rash (Fla. Bar No. 0977764)
david@alterslaw.com
ALTERS LAW FIRM, P.A.
Miami Design District
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Telephone:    (305) 571-8550
Facsimile:    (305) 571-8558