UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 NO: 2-10-cv-3891 SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 10-3891 | * * * | JUDGE BARBIER MAG. JUDGE SHUSAN |

* * * * * * * * * * * * * *

## MOTION TO REMAND

AND NOW into court to undersigned counsel comes, Lionel Serigne and Joan Serigne (hereinafter referred to as "plaintiffs"), and file their motion to remand this matter back to the 34th Judicial District Court for the Parish of St. Bernard. Wherefore, after due proceedings have had, plaintiffs respectfully pray that their Motion to Remand be granted, and for attorney's fees and costs associated with the filing of the Motion to Remand as well as other relief that the court deems appropriate under the circumstances.

Respectfully submitted, this 17th day of November, 2010.

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Attorney for Lionel Serigne and Joan Serigne
Bar Roll Number 08210
LeBlanc8210@aol.com
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA   70011
Phone: (504)834-3772
Fax: (504)834-3791

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through electronic service by the Eastern District of Louisiana Electornic Filing System on the 27th day of November, 2010.

Metairie, Louisiana

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC