UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 NO: 2-10-cv-3891 SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 10-3891 | * * * | JUDGE BARBIER MAG. JUDGE SHUSAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   Shannon S. Holtzman
LISCOW & LOUIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099

Randy Nunez, Esq.
LICCIARDI & NUNEZ
1019 East Judge Perez Drive, Ste B
Chalmette, LA  70043

Please take notice that plaintiffs' Motion to Remand will be heard before the Honorable District Judge Carl Barbier on the 8th day of December 2010 at 9:30 AM.

Respectfully submitted this 17 day of November, 2010.

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Attorney for Lionel Serigne and Joan Serigne
Bar Roll Number 08210
LeBlanc8210@aol.com
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA   70011
Phone:  (504)834-3772
Fax:  (504)834-3791

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record through electronic service by the Eastern District of Louisiana Electornic Filing System on the 17th day of November, 2010.

Metairie, Louisiana.

/s/Wayne M. LeBlanc
WAYNE M. LeBLANC