State of Louisiana
Parish of Jefferson

## Affidavit of Plaintiff

**BEFORE ME, THE UNDERSIGNED NOTARY, personally came and appeared, Lionel Serigne, who, after being duly sworn, did depose and state:**

1. That he and Joan Serigne, since 1987, owned Serigne's Boat Launch in Delacroix, Louisiana which includes facilities for fueling, back down ramps, wharfs for docking and approximately 4 acres of land for parking recreational and commercial cars, trucks, trailers, in addition to 15 camper sites.

2. That he was approached by Paul Loupe for the use and lease of their facilities to be a staging area for the placement of boom for the BP oil cleanup.

3. That Paul Loupe stated that he wanted to negotiate the lease, but that BP wanted to handle the negotiation.

4. That Paul Loupe and Harland Ross walked the property, inspected the facilities and had a meeting of several men on the property deciding whether to lease.

5. That Paul Loupe said he wanted this property, and specifically said, "what are we going to do?"

EXHIBIT 2

6. That Harland Ross said we want the lease.

7. That the terms were discussed between Paul Loupe and Harland Ross, after this discussion, Harland Ross appearing to represent the group begin negotiating with affiant Lionel Serigne for a lease of the facility and land, affiant Serigne requested terms of $5,000 per day, Harland Ross offered $2500 per day, Serigne countered with $3,000 per day, Harland Ross said he didn't have the authority for $3000 per day and he had to make a phone call.

8. That Harland Ross returned to the group which included Paul Loupe, they had a discussion, Harland Ross made the phone call and returned and said we had a deal at $3000 per day and gave a hand shake on it.

9. That doing this negotiation, affiant was under the impression that Paul Loupe was a decision maker and in charge of leasing my property, but that Harland Ross had to have BP's approval to go forward.

10. That affiant was under the impression that Paul Loupe was either leasing my property for himself or his company, or a co-contractor / co-lessee with BP for the use my property.

11. That Paul Loupe and several employees of Loupe Construction and Consulting Company maintained a physical present on my property after the lease was agreed to, Paul Loupe appeared and acted as if he was the big boss from day one.

12. That affiant subsequently learned that Paul Loupe was representing Loupe Construction and Consulting Company, and that Harland Ross was employed and representing BP.

13. That representatives of BP and Loupe Construction and Consulting Company would refer to terms in the lease that I needed to comply with such as providing fuel, having back up fuel pumps and the removal of the fifteen campers from my property.

14. That Paul Loupe and /or his employees stated that they wanted to remove and replace wharf and docking area.

15. That representatives of Loupe Construction and Consulting and BP requested that we help them get electricity, facilitate their having a meter installed.

16. That invoices for the fuel, oil and electricity were provided to employees of Loupe Construction and Consulting Company, most fuel and oil bills were paid by Loupe, however the Entergy bills were not paid nor was an explanation given for not paying.

17. That affiant feels that BP and Paul Loupe were playing a shell game, neither disclosing their full relationship and responsibilities concerning the oral lease, requirements under the lease nor a confirmation of the agreed rent for the land and facility.

18. That affiant has still not received the alleged written lease that was alluded to by all Defendants.

19. That affiant has not received any compensation for the lease of his property from any of the defendants, nor has he been re-imbursed for the Entery bills that he submitted to Loupe Construction and Consulting Company, nor has he been paid for all fuel sold.

**THIS DONE AND SIGNED BEFORE ME NOTARY**, this ___16___ OF NOVEMBER, 2010

_____
Lionel Serigne, Plaintiff

_____
Wayne M. LeBlanc, Notary Public Bar #8210
Parish of Jefferson State of Louisiana

WAYNE M. LeBLANC
Louisiana Notary Public
Parishes of Jefferson & Orleans
My Commission Is For Life
Bar #08210