34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 116 434                                                                                    DIVISION "D"

**LIONEL SERIGNE AND JOAN SERIGNE**

VERSUS

**LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC.,
BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC.
AND BP PRODUCTS NORTH AMERICA INC.**

FILED: _____SEP 1 3 2010_____   DEPUTY CLERK: __/S/Elizabeth A. Ruiz__

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED PETITION

NOW INTO COURT, through undersigned counsel, come plaintiffs, Lionel Serigne and Joan Serigne, who with respect, represent that:

1.

Plaintiffs request that this supplemental and amended petition be filed and served on defendants; that at this time, answers to the original petition have not been filed on behalf of any of the defendants.

2.

Plaintiffs supplement and amend Paragraph 11 of the original petition, to read as follows:

All the defendants occupied the land, put various types of equipment and trailers on the land, received services from plaintiffs, Lionel Serigne and Joan Serigne, all without a written lease but a firm, gentlemen's handshake, that Loupe, BP1, BP2 and BP3 would live up to the agreements made, as designated herein.

3.

Plaintiffs supplement and amend Paragraph 12 of the original petition, to read as follows:

Shortly prior to filing this lawsuit, defendants, Loupe, BP1, BP2 and BP3 were $74,000.00 behind on reimbursing plaintiffs for the fuel costs. Since demand letters were written and faxed to attorneys for BP and Alvin P. Loupe of Loupe Construction and Consulting Company, Inc., on August 27, 2010, this amount has been paid in separate payments of $60,000.00 and $14,000.00, all occurring after demand was made. Although these payments were made, bringing the account up to date, for the amount due on August 27, 2010, Alvin P. Loupe of Loupe Construction and Consulting Company, Inc., and BP1, BP2 and BP3, have continued to buy fuel from plaintiffs and have noticed plaintiffs that they do not intend to pay for the fuel because of the original pleadings

EXHIBIT 3

that were filed. Accordingly, at this time, plaintiffs make demand, under Louisiana Open Accounts Law, for the amount of $46,713.14 against all defendants, including court costs and attorney's fees.

4.

Plaintiffs supplement and amend Paragraph 14 of the original petition, to read as follows:

Because of the breach of the oral lease between the defendants and the Serignes, the Serignes claim damages, as follows:

1. Failing to pay $372,000.00 for the verbal lease from May 1, 2010 to September 2, 2010, a period of 124 days at $3,000.00 per day;

2. Failing to pay for the providing of electricity, approximately $4,000.00 during the same time period;

3. Failing to pay under Louisiana Open Accounts Law, the sum of $46,713.14 for gasoline and diesel fuel provided by plaintiffs from August 27, 2010 through September 8, 2010;

4. Any damage to their property as a result of removing items that are fixed and permanently installed to the Serigne property.

5.

Plaintiffs supplement and amend Paragraph 15 of the original petition, to read as follows:

Defendants, Loupe, BP1, BP2 and BP3, have set upon a course of conduct to deprive many individuals, like and similarly situated as the Serignes, such as, Amigo Enterprises, Inc., d/b/a the Breton Sound Marina, Campo Marina in Shell Beach, and others in Louisiana.

6.

Plaintiffs supplement and amend Paragraph 19 of the original petition, to read as follows:

On information and belief, plaintiffs understand that defendants have been put on notice by the Executive Assistant to the Governor in charge of Consumer Affairs and/or the State Attorney General for the unfair practices that are complained of herein. Because of the course of conduct taken by the defendants as to other similarly situated plaintiffs, such as, Amigo Enterprises, Inc. and Campo's in Shell Beach, this conduct all in violation of the Louisiana Unfair Trade Practices and Consumer Protection Law, allows plaintiffs to recover treble damages because of the complained of practice of the defendants is immoral, unethical, oppressive, unscrupulous and substantially injurious to plaintiffs with full knowledge of the defendants that same would cause damages to plaintiffs and further that the said defendants knew of their corporate policy, up and down the corporate ladder and have done nothing to curtail the practice, nor make good on the obligations despite demands from plaintiffs, Lionel Serigne and Joan Serigne, owners of Amigo Enterprises, Inc. and owners of Campo's at Shell Beach.

WHEREFORE, plaintiffs, Lionel Serigne and Joan Serigne, pray that this First Supplemental and Amended Petition be filed; and that after service and due proceedings are had herein, there be judgment in their favor and against the defendants, Loupe Construction and Consulting Company, Inc., BP Exploration & Production, Inc., BP America, Inc. and BP Products North America, Inc., jointly, severally and in solido, for damages and treble damages together with interest from the date of judicial demand, for expert fees, for all costs of these proceedings, for attorney's fees and for all general and equitable relief.

_____
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Bar Roll Number 08210
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA 70011
Phone: (504)834-3772
Fax: (504)834-3791

FILED 1250pm
SEP 08 2010
/S/Jennifer L. Matlock
DEPUTY CLERK
ST. BERNARD PARISH

## ORDER

LET the foregoing First Supplemental and Amended Petition be filed.

Chalmette, Louisiana, this 13 day of September, 2010.

_____
DISTRICT JUDGE

PLEASE SERVE:

LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC.
through its agent for service and process:
ALVIN P. LOUPE
125 Shirley Lane
Reserve, Louisiana 70084

BP EXPLORATION & PRODUCTION, INC.
Through is agent for service and process:
CT CORPORATION SYSTEM
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

BP AMERICA, INC.
Through its agent for service and process:
CT CORPORATION SYSTEM
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

BP PRODUCTS NORTH AMERICA, INC.
Through its agent for service and process:
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

A TRUE COPY
Lena R. Torres
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
/S/Norma Lovell

-3-