34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 116 434                                                                                           DIVISION "D"

## LIONEL SERIGNE AND JOAN SERIGNE

VERSUS

## LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA INC.

FILED:_____                    DEPUTY CLERK:_____

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC.
      Through its attorney of record:
      RANDY NUNEZ
      LICCIARDI & NUNEZ
      1019 West Judge Perez Drive, Suite B
      Chalmette, LA  70043

Plaintiffs request that the above named party produce the following for inspection and performing related acts, including photocopying, pursuant to Article 1461 of the Louisiana Code of Civil Procedure, at the Law Office of Wayne M. LeBlanc, 3016-19th Street, Suite A, Metairie, Louisiana 70002, within thirty days after service hereof. **These requests are deemed to be continuing and responses shall be supplemented or amended if further information becomes known to the responding party prior to the trial of this case**.

**REQUEST NO. 1:**

Any and all contracts between Loupe Construction and Consulting Company, Inc. and BP Exploration and Production, Inc., BP America, Inc., and/or BP Products North America, Inc. concerning the staging area leased by Lionel Serigne and Joan Serigne, d/b/a Serigne's Boat Launch.

**REQUEST NO. 2:**

Any and all contracts between Loupe Construction and Consulting Company, Inc. and BP Exploration and Production, Inc., BP America, Inc., and/or BP Products North America, Inc. concerning fuel sold by Lionel Serigne and Joan Serigne, d/b/a Serigne's Boat Launch.

**REQUEST NO. 3:**

Any un-executed, proposed contracts by Loupe Construction and Consulting Company, Inc. BP Exploration and Production, Inc., BP America, Inc., and/or BP Products North America, Inc. with lessors, Lionel Serigne and Joan Serigne, d/b/a Serigne's Boat Launch.


EXHIBIT 4

**REQUEST NO. 4:**

Any writings, including correspondence, memorandum, electronic e-mails, or otherwise, of Loupe Construction and Consulting Company, Inc. concerning the leasing of plaintiffs' property and sale of gasoline by plaintiffs to Loupe Construction and Consulting Company, Inc. and BP Exploration and Production, Inc., BP America, Inc., and/or BP Products North America, Inc.

Respectfully submitted,

_____
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Bar Roll Number 08210
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA  70011
Phone: (504)834-3772
Fax: (504)834-3791

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties by facsimile transmission and by placing same in the U.S. Mail, postage prepaid and properly addressed.

Metairie, Louisiana, October 5, 2010.

_____
WAYNE M. LeBLANC