AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTOPHER R. SCHORR, ET. AL | ) | MDL No. 2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:10-md-02179-CJB-SS |
| BP, P.L.C., ET. AL | ) | |
| *Defendant* | ) | |

This Document Relates to: CHRISTOPHER R. SCHORR, et al
Reference Case No.: 2:10-cv-02989-CJB-SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BP, PLC
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory G. Schultz
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-434-7394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

Date: Nov 05 2010

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Christopher R. Schorr, et al.,

        Plaintiff(s),

vs.

BP, P.L.C., et al.,

        Defendant(s).

Case No.: 2:10-md-02179-CJB-SS

**AFFIDAVIT OF ATTEMPTED SERVICE**

I, **Galen Heidrich**, being first duly sworn on oath, depose and say the following:

I have been unable to effect service of the within **Summons in a Civil Case, Class Action Complaint and First Amended Class Action Complaint** on **BP, PLC North American Headquarters** for the reason(s) indicated below:

| Date/Time | Address | Remarks |
|---|---|---|
| 11/08/2010-4:20 PM | 28100 Torch Parkway Warrenville, IL 60555 | I spoke to a security guard who told me that they do not accept service of process at this location. He stated to call CSS at 888-690-2882 and that they are the agent to accept service. |

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit are true and correct.

FURTHER AFFIANT SAYETH NOT.

X _____
Galen Heidrich

Subscribed and Sworn to before me on
this 9 day of November, 2010.

_____
Notary Public

Elite Process Serving & Investigations, Inc.
13242 South Route 59, Suite 104
Plainfield, IL 60585
(630) 299-4600

OFFICIAL SEAL
ASHLEY HOUSMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/20/14

*48741*