AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTOPHER R. SCHORR, ET. AL | ) | MDL No. 2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:10-md-02179-CJB-SS |
| BP, P.L.C., ET. AL | ) | |
| *Defendant* | ) | |

This Document Relates to: CHRISTOPHER R. SCHORR, et al
Reference Case No.: 2:10-cv-02989-CJB-SS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
BP, PLC
North American Headquarters
c/o CT Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gregory G. Schultz
        TAYLOR ENGLISH DUMA, LLP
        1600 Parkwood Circle, Suite 400
        Atlanta, GA 30339
        770-434-7394

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Stephanie Kall
*Deputy clerk's signature*

Date: Nov 10 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Christopher R. Schorr, et al.
              Plaintiff(s),

vs.

BP, P.L.C., et al.
              Defendant(s),

Case No.: 2:10-md-02179-CJB-SS

**AFFIDAVIT OF SERVICE**

I, **Kyle Eilers**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations (#117-001199). I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case. I was contracted to serve process in the above captioned case.

3. I served the within **Summons in a Civil Action and Class Action Complaint** in the above captioned matter on **BP, PLC North American** Headquarters c/o **CT Corporation** System at its usual place of business located at **208 South LaSalle Street, Suite 814, Chicago, IL 60604** by serving its authorized agent and/or employee **Lourdes Vina, Process Specialist** on November 10, 2010 at 2:30 PM.

Description: Sex: **Female** – Skin: **Hispanic** – Hair: **Black** – Approx. Age: **30-35** – Height: **5'6"** – Weight: **140**

4. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
    Kyle Eilers

Subscribed and Sworn to before me on this
___ day of ___NOV___, 20_10_

_____ Notary Public

```
OFFICIAL SEAL
ASHLEY HOUSMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/20/14
```

*48983*