UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This document relates to: ALL ACTIONS | * | MAG. JUDGE SHUSHAN |
| ************************************** | * | |

**ORDER**

Considering the above and foregoing *Ex Parte* Motion to Adopt Defendants' Memorandum in Response to Joint Motion for Protective Order by Anadarko E&P, L.P., Anadarko Petroleum Corporation, MOEX Offshore 2007 LLC, and MOEX USA Corporation,;

**IT IS HEREBY ORDERED** that Defendants' *Ex Parte* Motion to Adopt is GRANTED.

New Orleans, Louisiana this 17th day of November, 2010.

United States District Judge