UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates To: Civil Action No. 10-3188 - *Nguyen, et al. v. BP Exploration and Production, et al.* | § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

MAY IT PLEASE THE COURT plaintiffs, Cuch Nguyen, et al. seek to file this Second Amended Complaint. Defendants have been consulted and there is no objection to the filing of the Second Amended Complaint. In accordance with Rule 7.6(E) we did not receive a response from counsel when we attempted to confer regarding objection to this motion.

WHEREFORE, plaintiffs, Cuch Nguyen, et al. move this Honorable Court to grant the Second Amended Complaint as outlined above.

Respectfully submitted:

/s/ Mikal C. Watts

_____
Mikal C. Watts
ATTORNEY IN CHARGE
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott

1

2

>State Bar No. 24069993
>Federal Bar No. 1069933
>EJeffcott@wgclawfirm.com

WATTS GUERRA CRAFT LLP

>Robert C. Hilliard
>State Bar No. 09677700
>Federal Bar No. 5912
>Bobh@hmglawfirm.com

HILLIARD MUNOZ GONZALES, LLP

**ATTORNEYS FOR PLAINTIFFS**

>OF COUNSEL:
>
>WATTS GUERRA CRAFT LLP
>2506 North Port Avenue
>Corpus Christi, Texas 78401
>Phone:  361-693-3100
>Fax:     361-882-1261
>
>HILLIARD MUNOZ GONZALES, LLP
>719 S. Shoreline Boulevard, Suite 500
>Corpus Christi, Texas 78401
>Telephone: 361-882-1612
>Fax: 361-882-3015

2 - Texas Commercial Fisherman – Memo

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Second Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of November, 2010.

/s/ Mikal C. Watts
_____