UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: "J" |
| of Mexico, on April 20, 2010 | * | |
| | * | |
| Applies to: *All Cases* | * | JUDGE: BARBIER |
| | * | MAGISTRATE: SHUSHAN |

\*   \*   \*   \*   \*   \*   \*   \*

**WEATHERFORD U.S. L.P.'S**
**INITIAL DISCLOSURE STATEMENT**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Weatherford U.S., L.P. and makes its initial disclosure statement pursuant to Federal Rules of Civil Procedure article 7.1(a) as follows:

Weatherford U.S., L.P. is a limited partnership, having two partners. Neither partner is a publicly held corporation. The two partners are Weatherford Limited Partner, L.L.C. and WUS Holding, L.L.C.

{N2228904.1}                              1

This 18th day of November, 2010.

Respectfully submitted,

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130) – Lead Counsel
RICHARD D. BERTRAM (#17881)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
Place St. Charles – 48th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174; Fax: (504) 589-8174
Email: ggoodier@joneswalker.com;
rbertram@joneswalker.com


MICHAEL G. LEMOINE (#8308)
GARY J. RUSSO (#10828)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
600 Jefferson Street – Suite 1600
Lafayette, Louisiana 70501
Telephone: (337) 262-9101
Fax: (337) 262-9001
Email: mlemoine@joneswalker.com;
grusso@joneswalker.com
*Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

    WE DO HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for The Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of November, 2010.


*/s/ Glenn G. Goodier*
GLENN G. GOODIER

{N2228904.1}                                    2