## MDL 2179 Transfer Order and Conditional Transfer Order Status

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 1 | 8/24/10 | 26 cases conditionally transferred | Became final on 9/8/10 | Includes cases from N. Cal., S. Fla., N. Ga., S. Ga., E. Ky., W. Ky, , M. La., W. La, E. Tenn., M. Tenn., and E. Va. |
| 2 | 8/31/10 | 45 cases conditionally transferred | One objection was filed, staying the order as to that case. Order became final as to all remaining cases on September 14, 2010. | Includes cases from M. Fla., N. Fla., S. Fla., E. Tex., S. Tex., and E. Va. |
| 3 | 9/2/10 | 33 cases conditionally transferred | Two objections were filed, staying the order as to those cases. Order became final as to all remaining cases on September 16, 2010. | Includes cases from S. Tex. |
| 4 | 9/8/10 | 38 cases conditionally transferred | Became final on 9/22/2010 | Includes cases from M. Ala., S. Ala., S. Miss., D. S.C., and E. Tex. |
| 5 | 10/27/10 | 58 cases conditionally transferred | Seven objections were filed, staying the order as to those cases. Order became final as to all remaining cases | Includes cases from M. Ala., S. Ala., Del., N. Fla., S. Fla., S. Ind., W. La., S. Miss., S. Tex., W. Tex. and E. |

|   |   |   | on November 4, 2010. | Va. |
|---|---|---|---|---|
| 6 | 11/10/10 | 4 cases conditionally transferred | One objection was filed, staying the order as to that case. Order became final as to all remaining cases on November 17, 2010. | Includes cases from N. Fla., S. Fla. and S. Tex. |