UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" § <br> in the GULF OF MEXICO, § <br> on APRIL 20, 2010 § <br> § | MDL NO. 2179 <br><br> SECTION: J |
| This Document Relates To: | § § | JUDGE BARBIER |
| Civil Action No. 10-3188 - *Nguyen, et al. v.* <br> *BP Exploration and Production, et al.* | § § § | MAG. JUDGE SHUSHAN |

## ORDER GRANTING LEAVE

Considering the above and foregoing Motion for Leave to File Second Amended Complaint.

IT IS HEREBY ORDERED that plaintiffs, Cuch Nguyen, et al. be allowed to file this their Second Amended Complaint as prayed for herein.

New Orleans, Louisiana this  18th  day of      November      , 2010.

_____
United States District Judge

1