UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates to: 10-3165 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S NOTICE OF DISMISSAL, WITHOUT PREJUDICE

Plaintiff files her notice of dismissal, without prejudice, against all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i).

1. Plaintiff is DORA GASTIAN TODD.

2. Defendants are TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., TRANSOCEAN DEEPWATER, INC., BP EXPLORATION AND PRODUCTION, INC., BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION, ANDARKO E&P COMPANY LP, ANADARKO PETROLEUM CORPORATION, MOEX OFFSHORE 2007, LLC, and M-I, L.L.C.

3. On June 2, 2010, Plaintiff sued all defendants in the Galveston Division of the United States District Court for the Southern District of Texas. On July 12, 2010, all proceedings in this matter were stayed pending transfer of the case by the Judicial Panel on

Multidistrict Litigation.

4. On September 22, 2010, this case was transferred to the United States District Court for the Eastern District of Louisiana.

5. Some of the above defendants have been served with process but, as of the filing of this notice, no defendant has filed an answer or a motion for summary judgment nor served either instrument on Plaintiff.

6. This case is not a class action.

7. A receiver has not been appointed in this action.

8. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

9. This dismissal is without prejudice to refiling.

Respectfully submitted:

THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee, Texas #24001820