UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: 10-3167 | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

Plaintiffs file their notice of voluntary dismissal, without prejudice, as to all Defendants pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i).

1. Plaintiffs are ABEL ROJAS RODRIGUEZ, JUAN CARLOS GALAVIZ, GUSTAVO GALLO DURAN, JOSE A. TORRES, ALBERTO TORRES, JOSE L. RODRIGUEZ, SANDRA GUADALUPE PADRON, IGNACIO PADRON, BERNARDINO CARRENA GONZALEZ, ROGELIO ROBLES SAINEZ, MARIA ROBLES SAINEZ, ANGELICA MARIA ROBLES, SANTIAGO RODRIGUEZ, JOSE VENTURA ROBLES, ALICIA TORRES, TERESA MEZA, EFRAIN RODRIGUEZ TOVAR, ANA CARRILLO, ERNESTO DURAN, GUILLERMINA GONZALEZ SANDOVAL, and JUAN ROBLES SAINS.

2. Defendants are TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., TRANSOCEAN DEEPWATER, INC., BP EXPLORATION AND PRODUCTION, INC., BP, PLC, BP AMERICA, INC., BP PRODUCTS NORTH

AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION a/k/a CAMERON SYSTEMS CORPORATION, ANDARKO E&P COMPANY LP, ANADARKO PETROLEUM CORPORATION, MOEX OFFSHORE 2007, LLC, and M-I, L.L.C.

3. On June 10, 2010, Plaintiffs sued all defendants in the Galveston Division of the United States District Court for the Southern District of Texas. On July 27, 2010, all proceedings in this matter were stayed pending transfer of the case by the Judicial Panel on Multidistrict Litigation.

4. On September 22, 2010, this case was transferred to the United States District Court for the Eastern District of Louisiana.

5. Some of the above defendants have been served with process but, as of the filing of this notice, no defendant has filed an answer or a motion for summary judgment nor served either instrument on Plaintiffs.

6. This case is not a class action.

7. A receiver has not been appointed in this action.

8. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

9. This dismissal is without prejudice to refiling.

...

Respectfully submitted:

### THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*

_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:   (713) 223-5909

**ATTORNEY FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of November, 2010.

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee, Texas #24001820