UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to: 10-1515 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF MIKE HAYES' NOTICE OF
VOLUNTARY DISMISSAL, WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Produce 41(a)(1)(A)(i), Plaintiff Mike Hayes, *only*, hereby dismisses, without prejudice, his claims against all Defendants.

None of the defendants have filed answers, nor motions for summary judgment, as of the date of filing this notice.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORIATION

s/ SIDNEY D. TORRES, III
SIDNEY D. TORRESS, III, Bar No. 12869
ROBERTA L. BURNS, Bar. No. 14945
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone:     (504) 271-8422
Electronic Mail:     stores@torres-law.com
                                rburns@torres-law.com

And

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

s/ Gerald E. Meunier
GERALD E. MEUNIER, #9471
IRVING J. WARSHAUER, #13252
STEVAN C. DITTMAN, #12688
MICHAEL J. ECUYER, #23050
JUSTIN I. WOODS, #24713
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9913
Electronic mail:      gmeunier@gainsbenj.com

And

## THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
_____
Anthony G. Buzbee
Texas Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tel.:   (713) 223-5393
Fax.:  (713) 223-5909
Email: tbuzbee@txattorneys.com

And

LEGER & SHAW

s/ Walter J. Leger, Jr.
WALTER J. LEGER, JR. (La. Bar No. 8278)
600 Carondelet St., 9th Floor
New Orleans, Louisiana 70130
Telephone:    (504) 588-9043
Electronic mail:      wleger@legershaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff Mike Hayes' Notice of Voluntary Dismissal, Without Prejudice, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of November, 2010.

/s/ Anthony G. Buzbee
Anthony G. Buzbee, Texas #24001820