**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("BP's Confirmation Motion") filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that BP may convey each item described in Exhibit A to this Order to the Joint Investigation Team when and as it is recovered from the water column, the seabed, or topside on vessels without further notice to the Court or parties to this litigation;

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each item described in Exhibit B to this Order when and as it is recovered from the water column, the seabed, or topside on vessels without further notice to the Court or the parties to this litigation;

2

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each item described in Exhibit C to this Order when and as it is recovered from the water column, the seabed, or topside on vessels, provided that (i) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the recovery of such item; (ii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

THUS DONE AND SIGNED, this 19th day of November, 2010, at New Orleans, Louisiana.

_____
United States District Judge

# Exhibit A

| Number | Equipment List | Quantity | Categorization<br>1-Government Subpoenaed/Requested<br>2-Non-Evidence<br>3-Abandon in-Place |
|---|---|---|---|
| 1 | BOP (DWH Lower BOP) | 1 | 1 |
| 3 | Transition spool and DWH LMRP | 1 | 1 |
| 5 | 9-7/8" hanger and seal assembly with 20' casing | 1 | 1 |
| 8 | 9-7/8" 62.8 ppf Q-125, Hydril 523 Casing -- Subpoenaed Portions | approx. 300' | 1 |
| 10 | 16" 97 ppf P-110, Hydril 511 Casing -- Subpoenaed Portions | approx. 300' | 1 |
| 11 | Miscellaneous fishing debris | 1 | 1 |
| 12 | Segments from Annular Rubbers (if loose) | 1 | 1 |
| 13 | Pressure transducer PT-301 (PT-B) | 1 | 1 |
| 14 | Pressure transducer PT-K | 1 | 1 |
| 15 | Pressure transducer PT-C | 1 | 1 |
| 16 | Pressure transducer PT-3K1 | 1 | 1 |
| 17 | Pressure transducer PT-3K2 | 1 | 1 |
| 18 | Pressure transducer PT-3C | 1 | 1 |
| 19 | Pressure Transducers & associated equipment | TBD | 1 |
| 20 | ODI Splitter Panel | 1 | 1 |
| 21 | Sonardyne acoustic Compatts | TBD | 1 |
| 22 | Flanged Cormon transmitter | 1 | 1 |
| 23 | Bulkhead mounted ODI connector | 1 | 1 |
| 24 | Horizon BOP flanged transmitter | 1 | 1 |
| 41 | 600' x 1" hard plastic Dispersant hoses | 2 | 1 |
| 42 | 400' x 1" Dispersant Hoses | 2 | 1 |
| 43 | Dispersant Wands in Basket #10 | 6 | 1 |
| 44 | Dispersant Manifold #1 | 1 | 1 |
| 46 | 1100' x 1" hard plastic hose | 1 | 1 |
| 47 | Top Hat # 4 w/ Frame | 1 | 1 |
| 53 | RITT#1 (Riser Insertion Tube Tool) | 1 | 1 |
| 55 | 3 Ram Capping Stack | 1 | 1 |
| 56 | Subsea Choke Assembly | 3 | 1 |
| 25 | 17H hot stab in choke & kill in gooseneck jumpers | TBD | At Michoud |
| 48 | Top Hat # 5 | 1 | At Michoud |

| Number | Description | Item Tracking # | Quantity |
|---|---|---|---|
| 1 | 3" ANSI 600 Rotron meters (2 phase liquids off HP separators) | ENT-004 | 2 |
| 2 | Differential pressure transducers | ENT-005 | 2 |
| 3 | Static pressure transducers | ENT-006 | 2 |
| 4 | Temperature transmitters | ENT-007 | 2 |
| 5 | Vx Meter | Q4K-001 | 1 |
| 6 | Flow Meter - Liquid | Q4K-002 | 1 |
| 7 | Gas Metering Equipment | Q4K-003 | 1 |

# Exhibit B

| Number | Equipment List | Quantity | Categorization 1-Government Subpoenaed/Requested 2-Non-Evidence 3-Abandon in-Place |
|---|---|---|---|
| 8 | 9-7/8" 62.8 ppf Q-125, Hydril 523 Casing -- Non-Subpoenaed Portions | approx. 3,800' | 2A |
| 10 | 16" 97 ppf P-110, Hydril 511 Casing -- Non-Subpoenaed Portions | approx. 1,900' | 2A |
| 27 | Stack Manifold | 1 | 2A |
| 2 | LMRP Basket | 1 | 2B |
| 4 | MUX Line to BOP SCM | 1 | 2B |
| 26 | Helix Producer 1 Offloading Hose | 1 | 2B |
| 32 | 1200 Gallon Subsea Bladders | 2 | 2B |
| 33 | Accumulator Skid | 1 | 2B |
| 34 | MeOH Skid | 1 | 2B |
| 37 | Misc. Thermoplastic Hose / Whips | TBD | 2B |
| 39 | Tooling / Work Baskets | ~6 | 2B |
| 40 | Misc. Tooling on BOP Stack | TBD | 2B |
| 45 | Dispersant Manifold #2 (Mudmat) | 1 | 2B |
| 49 | LDIS Parking Pile | 1 | 2B |
| 50 | H4 Yellow Debris Cap | 1 | 2B |
| 51 | H4 Debris Cap | 1 | 2B |
| 52 | Flex Joint Blocks, Panels, Inclinometer | Various | 2B |
| 65 | Dril-Quip Aircan Assembly - FSR 1 | 1 | 2B |
| 66 | SBM Aircan Assembly (Rental) - FSR 1 | 1 | 2B |
| 67 | Upper Assembly - FSR 1 | 1 | 2B |
| 68 | Lower Assembly - FSR 1 | 1 | 2B |
| 70 | Outer Casing - FSR 1 | 1 | 2B |
| 71 | Inner Casing - FSR 1 | 1 | 2B |
| 73 | PIP FSR Tension Monitoring - FSR 1 | TBD | 2B |
| 75 | Positioning Beacon Clamp - FSR 1 | TBD | 2B |
| 76 | LRA Pup Assembly - FSR 1 | 1 | 2B |
| 78 | Hydraulic Umbilical - FSR 1 | 1 | 2B |
| 80 | Dril-Quip Aircan Assembly - FSR 2 | 1 | 2B |
| 81 | SBM Aircan Assembly (Rental) - FSR 2 | 1 | 2B |
| 82 | Upper Assembly - FSR 2 | 1 | 2B |
| 83 | Lower Assembly - FSR 2 | 1 | 2B |
| 85 | Outer Casing - FSR 2 | 1 | 2B |
| 86 | Inner Casing - FSR 2 | 1 | 2B |
| 88 | PIP FSR Tension Monitoring - FSR 2 | TBD | 2B |
| 90 | Positioning Beacon Clamp - FSR 2 | TBD | 2B |
| 91 | Lifting Aid Load Test Assembly - FSR 2 | 1 | 2B |
| 92 | LRA Pup Assembly - FSR 2 | TBD | 2B |
| 93 | LRA Burst Disc Assembly - FSR 2 | TBD | 2B |
| 94 | URA Installation Platform - FSR 2 | TBD | 2B |
| 95 | Hydraulic Umbilical - FSR 2 | 1 | 2B |
| 97 | IWOCS Umbilical and Umbilical Distribution Box | 1 | 2B |
| 98 | Hot Stab Patch Panel (HSPP) | 1 | 2B |
| 99 | Flying Lead Deployment Frame (EMPTY) | 1 | 2B |
| 100 | Flying Lead Deployment Frame (750 ft Flying Lead) | 1 | 2B |
| 104 | 250 ft x 1/2" 10K Flying Lead | 3 | 2B |

# Exhibit C

| Number | Equipment List | Quantity | Categorization<br>1-Government Subpoenaed/Requested<br>2-Non-Evidence<br>3-Abandon in-Place |
|---|---|---|---|
| 29 | Choke/Kill Manifold (aka Junk Shot Manifold) | 1 | 2C |
| 35 | BOP HDS (Hydraulic Distribution Skid) | 1 | 2C |
| 36 | HDS | 1 | 2C |
| 38 | LBL Array (Compatts) | ~45 | 2C |
| 57 | Buoyancy Modules | TBD | 2C |
| 59 | Marker Buoys | TBD | 2C |
| 60 | CDP Manifold | 1 | 2C |
| 61 | Burst Disc Assembly | 1 | 2C |
| 62 | Environmental Dispersant Connector | 1 | 2C |
| 63 | 1350ft x 6in flexible jumper | 1 | 2C |
| 64 | 1200ft x 6in flexible jumper | 1 | 2C |
| 69 | Suction Pile Assembly  - FSR 1 | 1 | 2C |
| 72 | Flexible Jumper Clamp  - FSR 1 | TBD | 2C |
| 74 | Upper Flexible Jumper Pull-in Head Interface  - FSR 1 | TBD | 2C |
| 77 | DTS buoy Clump Weight Assembly Helix Producer 1  - FSR 1 | TBD | 2C |
| 79 | 1060ft x 6in flexible jumper - FSR 1 | 1 | 2C |
| 84 | Suction Pile Assembly - FSR 2 | 1 | 2C |
| 87 | Flexible Jumper Clamp - FSR 2 | TBD | 2C |
| 89 | Upper Flexible Jumper Pull-in Head Interface - FSR 2 | TBD | 2C |
| 96 | 1060ft x 6in flexible jumper - FSR 2 | 1 | 2C |