AO 440 (Rev. 12/09) Summons in a Civil Action

Certified Mail # 7009 1410 0000 7093 1783

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

CHADWICK MURRAY )
)
*Plaintiff* )
v. ) Civil Action No. 10-2814, J(1)
TRANSOCEAN, LTD, ET AL )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSOCEAN, LTD
4 Greenway Plaza
Houston, TX 77046
through the Louisiana Long Arm Statute, LSA-RS 13-3201
pursuant to Section 3204 of Title 13

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   George W. Healy, IV
(LA Bar No. 14991)
1323 28th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 575-4005
Telefax:     (228) 575-4006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Aug 25 2010__    _/s/ Stephanie Kall_
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Transocean, Ltd**
was received by me on *(date)* **November 15, 2010**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified, Return Receipt Mail**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11-19-10**

*Chuck McDaniel*
Server's signature

**Chuck McDaniel, Paralegal**
Printed name and title

George W. Healy, IV & Associates
1323 28th Ave, Gulfport, MS 39501
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transocean, Ltd
   4 Greenway Plaza
   Houston, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tony_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Tony Hess                    11/17/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7009 1410 0000 7093 1785

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7009 1410 0000 7093 1785

| | | |
|---|---|---|
| Postage | $ 0.61 | |
| Certified Fee | 2.80 | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.71 | |

Postmark: GULFPORT MS, 2:50PM 15 2010, USPS

Sent To: Transocean, Ltd.
Street, Apt. No.; or PO Box No. 4 Greenway Plaza
City, State, ZIP+4 Houston, TX 77046

PS Form 3800, August 2006   See Reverse for Instructions