UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
   "DEEPWATER HORIZON" in the :
   GULF OF MEXICO, on :
   APRIL 20, 2010 : SECTION: J
  :
  :
  : JUDGE BARBIER
  : MAG. JUDGE SHUSHAN

.. .. .. .. .. .. .. .. .. .. .. ... . .. .. .. .. .. .. ..


FRIDAY, NOVEMBER 19, 2010   9 A.M.
JUDGE CARL J. BARBIER PRESIDING

| CASE MANAGER: | COURT REPORTER: |
| EILEEN STENSRUD | CATHY PEPPER |

STATUS CONFERENCE

Plaintiffs' Liaison Counsel and Defense Liaison Counsel introduced themselves to the Court. The matters listed below were discussed.

The Court briefly discussed the filing of Pre-Trial Orders (Rec. Docs. #600, #641, #642, #655, #686 and #740). A Pre-Trial Order regarding direct filing may be issued by December 15, 2010.

Defense Liaison Counsel reported on the numbers of cases presently pending in the MDL, and as well as those being transferred.

Defense Liaison Counsel provided a report on the status of state court cases.

The deadline for submission of Plaintiff Profile Forms is November 22, 2010. Defendants will then coordinate with GCCF to access information submitted by the claimants.

Defense Liaison Counsel briefly discussed the issue of presentment to GCCF.

The Court summarized Mr. Feinberg's response to the Court, regarding GCCF's Preservation Obligation, which was filed into the record as Rec. Doc. #587.

Defense Liaison Counsel reported on the status of 10-MDL-2185. Parties are discussing the need to coordinate overlapping discovery.

Defense Liaison Counsel reported that GCCF has paid out nearly $1.9 billion in claims. Special Master McGovern explained that November 23, 2010, marks the deadline for the emergency payment program. Two types of claims will then be available: 1) interim claims, where three months would be paid after which claimant could apply for an additional three months; and 2) final claims, where the claimant would be paid in full and would sign a full release.

Plaintiff Profile Forms may be used by Defendants in identifying OPA test cases; the matter of OPA test cases was not discussed further.

The parties reported that written and deposition discovery will begin in January. The Court will schedule Friday morning status conferences into the next year and post those dates on the Court's web page.

Counsel for the Department of Justice reported that forensic testing has begun on the Blow Out Preventer. The Government's anticipated schedule is to complete the testing by the end of January, with a report available by March, 2011.

Counsel for the Department of Justice also reported that the sample of cement used in the well has been turned over to the Marine Board and is being held in an appropriate climate controlled area. The Marine Board is working with the parties to submit protocols for testing at which time it will proceed with the physical testing of the cement.

Parties have agreed to stipulate that the new version (effective December 1, 2010) of Rule 26(b)(4) will apply to MDL discovery. Parties will meet and confer to submit an agreed-upon order to the Court.

Defendant Counsel for BP reported that the parties have agreed upon an Order which will address Defendant BP's Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and as to Certain Non-Evidentiary Items (Rec. Doc. #715). The Order will address different categories of items, which have varying degrees of evidentiary worth. The Court will sign this agreed-upon Order later today.

Plaintiffs' Liaison Counsel explained that the Government Pleading Bundle will not have a Master Complaint, and that the RICO Pleading Bundle, should it remain in this MDL, will have a master complaint.

As to all limitation cases, Plaintiffs' Liaison Counsel suggest that limitation trial scheduled for February 2010 be the vehicle to resolve all liability and limitation

issues. Defense counsel in the relevant limitation member cases agree. Defense Liaison Counsel note that they have not formally agreed to a single limitation trial, but may be willing to do so in the future.

Attorney Stephen Murray, representing certain Plaintiffs in the MDL, raised a concern that certain information disclosed by clients to the GCCF was protected from discovery–arguing that information was part of privileged settlement discussions. Defense Liaison Counsel responded that the Plaintiff Profile Forms address this because the forms constitute authorized waivers to receive information given to the GCCF. No motions on this issue have been filed. The parties were instructed to meet and confer in an attempt to address these concerns.

The next status conference will be held on DECEMBER 17, 2010 at 9:30 a.m.

Liaison counsel are to submit a proposed agenda and a brief status report by noon, DECEMBER 14, 2010.

JS-10: 1 hr, 5 min.