# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Paul Sterbcow | 586-1500 | PSC |
| Rebecca Culotta | 585-7500 | PSC |
| Tom Thornhill | 985-641-5010 | PSC - Stake |
| Sabrina Canfield | 940-7294 | BNA Self |
| David Beck | 713-951-3700 | Cameron |
| Walter J. Leger | 504-588-5043 | PSC |
| Frank Lamothe | 985-24_____ | PSC |
| Anthony Creek | 124 181-8800-444 | Verdin |
| ___ Sinco | 525-1335 | Alex |
| Ellen Terry | 572-4600 | Estate of _____ |
| _____ | 674-358-2543 | |
| David Bagwell | 251-928-2970 | Plaintiff |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Robin Greenwald | 212-558-5802 | Le/TT |
| George Trilly | 504-584-9289 | Transocean's insurers |
| Robert Holden | 504-556-4120 | BP |
| Frank Petosa | 954/218-0268 | PSC |
| Rhon Jones | 334/202-2343 | TT/PSC |
| Gary Hemphill | 566-1311 | SEACOR |
| Brett Powers | 337-494-7171 | TT |
| Brenda Fulmer | 561-686-6300 | Water Street - P |
| Daryl ??? | 409-215-5948 | |
| Ted Rohrke | 451-8161 | TransOcean |
| Mitchell Brent | (212) 505-3484 | West (Plaintiff) |
| Chris Kaul | (504) 648-1844 | — |
| Erin Gonzalez | 305-476-7400 | TT Tiki Hut |
| Jeff Grand | 212-584-0700 | P |
| James R. Roy | 337-278-7892 | PL Co-Liaison |
| Phil Wittmann | 504/581-3200 | Cameron |
| Larry Centola | 504-581-9065 | Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| MEKEL ALVAREZ | 599-3385 | Isadore Creppel |
| MORRIS BART | 525-8000 | Isadore Creppel |
| Samuel M. Rosamand | 568-1933 | |
| Calvin Fayard | 294 3382 | PSC |
| Doug Kraus | 228-8687 | various plaintiffs |
| James Neath | 847-366-9726 | BP |
| Matthew McDade | 228-214-0414 | Sarah Moore, et al. |
| JAMES NICOLL | 206-276-2038 | US |
| (illegible) | 713 650 0022 | TO |
| Jayne Conroy | 212 784 6402 | NWF |
| Blayne Honeycutt | 225-921-9925 | PSC |
| Brian Barr | 850-572-2164 | PSC |
| (illegible) | | |
| Jimmy Williamsen | 713-223-3336 | PS |
| Emily Jeffcott | 713-540-7349 | BL/WS |
| Dennis Reich | 713-622-7271 | P/S |
| William Large | 337 593 4166 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Karen Gase | 281 366-4294 | BP |
| Robert Gasaway | (202) 879-5175 | BP |
| Matt Lundy | 337-439-0707 | TTS |
| Chris Hannan | 504-966-8612 | As |
| Jimmy Roussel | 504-966-9200 | As |
| Glenn L. M. Swetman | 504-799-0500 | NALCO |
| Scott Summy | 314-384-1913 | TS |
| Debra Broussard | 7135210343 | APC |
| Dennis Barrow | 7136596400 | Dril-Quip |
| Don Jackson | 713 659 6400 | Dril-Quip |
| Parker Miller | 800 898 1034 | TK |
| Justin Bloom | 917 991 7583 | T |
| Robert Cunningham | 2514716191 | T |
| Willie Singleton | 318-631-5200 | T |
| Mike Paquintier | 225 485228 | T |
| Phil Cossich | (504) 394-9000 | Self |
| Jennifer Adam | 525-1929 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| David Balabanian | 415 393-2170 | Moex Offshore 2007 |
| HENRY DART | 985-809-8093 | LA A.G. |
| Richard Bertram | 504-582-8334 | Weatherford |
| Jeff Breit | 757-6158382 | PSC - Plstean |
| KATHRYN KRONHAUP | 212 353-3810 | BP |
| Carmelite Bertaut | 504-593-0898 | Cameron |
| Steve O'Rourke | 202 514 2779 | UNITED STATES |
| Elizabeth Cabraser | 415 806 2100 | Gallo Plupp / PSC |
| DAVID POTE | 504-524-5777 | LA. AG |
| Steve Fineman | 212-355-980 | PSC |
| J.R. Whaley | 800-756-1050 | TTS |
| R. Keith Jarrett | 504-581-7979 | BP |
| Hugh Tanner | 713-890-5180 | MI L.L.C. |
| Heather S. Kennedy | 202-341-0247 | US. Coast Guard |
| CARLA BURKE | 214-524-3605 | PLAINTIFFS |
| Jeff Bray | 202-309-9559 | USCG |
| John Andry | 504-586-8099 | Plaintiffs |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mike Espy | 601 613 1627 | PSC |
| Chris Searcy | 561 686 6300 | PSC |
| Anthony Irpino | 617-413-5565 | Am. Gulf et al |
| Aaron Ahlquist | 352-2700 | PSC |
| Robyn Esdney | 404-281-8109 | PSC |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-845-8301 | " " |
| Jenny Martinez | 214-939-4620 | " " |
| Gerald Meunier | 504-522-2304 | PSC |
| Devin Reid | 504-581-7979 | BP |
| Stephen Byers | — | — |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Stephen Murray, Sr. | 504 525-8100 | Plntg. D.A. |
| Stephen Murray, Jr. | 504 525-8100 | Plag. DA |
| Mike Underhill | 415-436-6648 | USDOJ |
| Jesse S. George | 504-525-8100 | Plaintiffs |
| Gerald Maples | 228 263 9100 | '' |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Andrew Lemmon | 9757836789 | TI |
| Joey Dirtz | 800 459 2222 | Mo Sovty Sinclair |
| David Parris | 504-524-3300 | TI – Gallo |
| Natalie Mitchell | 504-524-0206 | Cajun Club et al |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Deb Kuchler | 592-0691 | Anadarko + MOEX |
| Ky Kirby | 202-373-6795 | " " |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-745-8301 | Halliburton |
| Jenny Martinez | 214-939-4620 | " " |
| Phil Wittmann | 504/581-3200 | Cameron |
| Mike Underhill | 415-436-6048 | DoJ |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| James P. Roy | 337-278-7892 | Plaintiff Co-Liason |
| Don Haycraft | 581-7979 | BP - Liskow |
| Andy Langan | | BP - Kirkland |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Bryant Coon | 409 835-2666 | Steve et al |
| Allan Kanner | 524-5777 | LA |
| Joe Rausch | 832-3000 | PARKER |
| Eric Veith | (504) 234-3791 | Pro Marine |
| David McLendon | 501 261-8660 | PSC |
| Deniel McCorvey | 337-291-2431 | Danzig, etc. |
| Walter Leger IV | 504 588-9043 | TIs |
| Roy Hmeler | 582-3222 | π |
| (signature) | 504 581-1770 | π |
| Carlos Zelaya | 504 569-8732 | π |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| | | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Pre-Trial Conference–November 19, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| | | |