UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| PERTAINS TO: | JUDGE BARBIER |
| DUDENHEFER'S FISHING CHARTERS, INC. V. BP, PLC, ET AL, CIVIL ACTION NO. 10-01506 | MAG. JUDGE SHUSHAN |

*************************************************************************

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Dudenhefer's Fishing Charters, Inc., through undersigned counsel, voluntarily dismisses its case without prejudice against all defendants named in its complaint that was filed on May 19, 2010. None of the defendants have filed answers, nor motions for summary judgment in response to Plaintiff's complaint.

**RESPECTFULLY SUBMITTED BY:**

BY:  /s/J. R. Whaley
Richard J. Arsenault (LA Bar No. 2563)
John Randall Whaley (LA Bar No. 25930)
Jennifer M. Hoekstra (LA Bar No. 31476)
NEBLETT, BEARD & ARSENAULT
Post Office Box 1190
2220 Bonaventure Court
Alexandria, LA  71309-1190
Telephone:  (318) 487-9874
Facsimile:  (318) 561-2591
rarsenault@nbalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of November, 2010.

/s/J.R. Whaley
  J.R. WHALEY