UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This Document Relates to:<br>*T & D Fishery, LLC, et al. v. B P, PLC, et al.;* Case No. 10-cv-1332<br><br>[As to Plaintiff Nguyen Din Loc only] | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE
OF PLAINTIFF NGUYEN DIN LOC

NOW INTO COURT, through undersigned counsel, comes Plaintiff Nguyen Din Loc, a named plaintiff in *T & D Fishery, LLC, et al. v. B P, PLC, et al.;* Case No. 10-cv-1332, who submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Rule 41(A)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action "without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…"

The rule further provides that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice..." Fed. Rules Civ. Proc. R 41(B).

The record reflects that Defendants have not filed or served an answer or a motion for summary judgment in the above referenced action.

902002.2

**WHEREFORE**, Plaintiff Nguyen Din Loc submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure and requests that the Clerk of Court enter a dismissal without prejudice dismissing Plaintiff Nguyen Din Loc from these proceedings and that said dismissal be entered into the record of the Court.

DATED:  November 22, 2010		Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


    */s/ Elizabeth A. Alexander*
Elizabeth A. Alexander

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965

Steven E. Fineman
sfineman@lchb.com
Wendy R. Fleishman
wfleishman@lchb.com
Annika K. Martin
akmartin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

902002.2

Charles Barrett
charles@cfbfirm.com
CHARLES BARRETT, P.C.
6518 Hwy. 100, Suite 210
Nashville, TN  37205
Telephone:  (615) 515-3393
Facsimile:   (615) 515-3395

Dewitt M. "Sparky" Lovelace
dml@lovelacelaw.com
Alex Peet
alex@lovelacelaw.com
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL  32550
Telephone:  (850) 837-6020
Facsimile:   (850) 837-4093

Don Barrett
dbarrett@barrettlawgroup.com
David M. McMullan, Jr.
dmcmullan@barrettlawgroup.com
Brian Herrington
bherrington@barrettlawgroup.com
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS  39095
Telephone:  (662) 834-9168
Facsimile:   (662) 834-2628

Richard R. Barrett
rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R. BARRETT
1223 Jackson Avenue, East, Suite 203
Oxford, MS  38655
Telephone:  (662) 834-4960
Facsimile:   (866) 430-5459

902002.2

Zach Butterworth
zbutterworthlaw@bellsouth.net
Gary Yarborough, Jr.
garyyarborough@bellsouth.net
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS  39520
Telephone:  (228) 466-0020
Facsimile:   (228) 466-0550

Larry D. Moffett
lmoffett@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS  38655-1396
Telephone:  (662) 232-8979
Facsimile:   (662) 232-8940

Edward C. Taylor
etaylor@danielcoker.com
Brenda G. Long
blong@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS  39502-0416
Telephone:  (228) 864-8117
Facsimile:   (228) 864-6331

Randall A. Smith  (LA Bar Roll # 2117)
rasmith@smithfawer.com
Zach Butterworth  (LA Bar Roll # 32377)
zbutterworth@smithfawer.com
J. Geoffrey Ormsby  (LA Bar Roll # 24183)
gormsby@smithfawer.com
Hiawatha Northington, II
hnorthington@smithfawer.com
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA  70170
Telephone:  (504) 525-2200
Facsimile:   (504) 525-2205

902002.2

        M. Stephen Dampier
        stevedampier@bellsouth.net
        LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
        55 North Section Street
        Fairhope, AL  36532
        Telephone:  (251) 929-0900
        Facsimile:   (251) 929-0800

        Dawn M. Barrios  (LA Bar Roll # 2821)
        barrios@bkc-law.com
        Bruce S. Kingsdorf  (LA Bar Roll # 7403)
        kingsdorf@bkc-law.com
        Zachary L. Wool  (LA Bar Roll # 32778)
        zwool@bkc-law.com
        BARRIOS, KINGSDORF & CASTEIX, LLP
        701 Poydras Street, Suite 3650
        New Orleans, LA  70139-3650
        Telephone:  (504) 524-3300
        Facsimile:   (504) 524-3313

        *Attorneys for Plaintiffs and the Class and/or Subclasses*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that I have this 22nd day of November, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                          /s/ *Elizabeth A. Alexander*