UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>This Document Relates to:<br>*Le Discount Seafood, et al. v. BP, plc, et al.*<br>Case No. 10-cv-3101<br><br>[As to Plaintiff Tom Wade only] | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE
OF PLAINTIFF TOM WADE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Tom Wade, a named plaintiff in *Le Discount Seafood, et al. v. BP, plc, et al.*, Case No. 10-cv-3101, who submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Rule 41(A)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action "without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…"

The rule further provides that "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice..." Fed. Rules Civ. Proc. R 41(B).

The record reflects that Defendants have not filed or served an answer or a motion for summary judgment in the above referenced action.

902004.2

**WHEREFORE**, Plaintiff Tom Wade submits this Notice of Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure and requests that the Clerk of Court enter a dismissal without prejudice dismissing Plaintiff Tom Wade from these proceedings and that said dismissal be entered into the record of the Court.

DATED:  November 22, 2010        Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

        /s/ Elizabeth A. Alexander
            Elizabeth A. Alexander

Elizabeth A. Alexander
ealexander@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:   (615) 313-9965

Steven E. Fineman
sfineman@lchb.com
Wendy R. Fleishman
wfleishman@lchb.com
Annika K. Martin
akmartin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592

Elizabeth J. Cabraser
ecabraser@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

902004.2

Charles Barrett
charles@cfbfirm.com
CHARLES BARRETT, P.C.
6518 Hwy. 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393
Facsimile: (615) 515-3395

Dewitt M. "Sparky" Lovelace
dml@lovelacelaw.com
Alex Peet
alex@lovelacelaw.com
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Don Barrett
dbarrett@barrettlawgroup.com
David M. McMullan, Jr.
dmcmullan@barrettlawgroup.com
Brian Herrington
bherrington@barrettlawgroup.com
DON BARRETT, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-9168
Facsimile: (662) 834-2628

Richard R. Barrett
rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R. BARRETT
1223 Jackson Avenue, East, Suite 203
Oxford, MS 38655
Telephone: (662) 834-4960
Facsimile: (866) 430-5459

902004.2

Zach Butterworth
zbutterworthlaw@bellsouth.net
Gary Yarborough, Jr.
garyyarborough@bellsouth.net
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS  39520
Telephone:  (228) 466-0020
Facsimile:   (228) 466-0550

Larry D. Moffett
lmoffett@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS  38655-1396
Telephone:  (662) 232-8979
Facsimile:   (662) 232-8940

Edward C. Taylor
etaylor@danielcoker.com
Brenda G. Long
blong@danielcoker.com
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS  39502-0416
Telephone:  (228) 864-8117
Facsimile:   (228) 864-6331

Randall A. Smith  (LA Bar Roll # 2117)
rasmith@smithfawer.com
Zach Butterworth  (LA Bar Roll # 32377)
zbutterworth@smithfawer.com
J. Geoffrey Ormsby  (LA Bar Roll # 24183)
gormsby@smithfawer.com
Hiawatha Northington, II
hnorthington@smithfawer.com
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA  70170
Telephone:  (504) 525-2200
Facsimile:   (504) 525-2205

902004.2

>M. Stephen Dampier
>stevedampier@bellsouth.net
>LAW OFFICES OF M. STEPHEN DAMPIER, P.C.
>55 North Section Street
>Fairhope, AL  36532
>Telephone:  (251) 929-0900
>Facsimile:   (251) 929-0800
>
>Dawn M. Barrios  (LA Bar Roll # 2821)
>barrios@bkc-law.com
>Bruce S. Kingsdorf  (LA Bar Roll # 7403)
>kingsdorf@bkc-law.com
>Zachary L. Wool  (LA Bar Roll # 32778)
>zwool@bkc-law.com
>BARRIOS, KINGSDORF & CASTEIX, LLP
>701 Poydras Street, Suite 3650
>New Orleans, LA  70139-3650
>Telephone:  (504) 524-3300
>Facsimile:   (504) 524-3313
>
>*Attorneys for Plaintiffs and the Class and/or Subclasses*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 22nd day of November, 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

>         /s/ *Elizabeth A. Alexander*

902004.2