UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON          CIVIL ACTION

                                 NO. 10-MD-2179

PERTAINS TO INSURANCE:           SECTION J-1
*LEAN v. BP, plc, et al.*, 10-1273

## EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Louisiana Environmental Action Network ("LEAN"), Docket No. 2010-cv-1273, who respectfully moves this Honorable Court for an order substituting Al J. Robert, Jr. of the Law Office of Al J. Robert, Jr., LLC as Plaintiff's counsel for Stuart H. Smith and Michael G. Stag, of the law firm Smith Stag, LLC and Robert McKee and Michael Ryan of the law firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, P.A..

**ACCORDINGLY**, Plaintiff respectfully prays that an Order be issued enrolling Al J. Robert, Jr. of the Law Office of Al J. Robert, Jr., LLC as Plaintiff's counsel for LEAN and removing Stuart H. Smith and Michael G. Stag, of the law firm Smith Stag, LLC and Robert McKee and Michael Ryan of the law firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, P.A. be removed as counsel of record for LEAN in this matter.

Respectfully submitted,

/s/Michael G. Stag
**STUART H. SMITH (# 17805)**
**MICHAEL G. STAG (# 23314)**
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

/s/Al J. Robert, Jr.
AL J. ROBERT, JR. (# 29401)
Al J. Robert, Jr., LLC
643 Magazine Street, Suite 402
New Orleans, LA 70130
Telephone: (504) 309-4852
Facsimile: (877) 765-2529

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/Michael G. Stag
Michael G. Stag