UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON             CIVIL ACTION

                                     NO. 10-MD-2179

PERTAINS TO INSURANCE:               SECTION J-1
*LEAN v. BP, plc, et al.*, 10-1273

## ORDER

**CONSIDERING THE FOREGOING** Motion to Substitute Counsel of Record;

**IT IS ORDERED** that Al J. Robert, Jr. be enrolled to participate fully as counsel of record for Plaintiff in the above entitled and numbered action.

**IT IS FURTHER ORDERED** that Stuart H. Smith and Michael G. Stag, of the law firm Smith Stag, LLC and Robert McKee and Michael Ryan of the law firm of Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, P.A. be removed as counsel of record for LEAN in this matter

New Orleans, Louisiana, this _____ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE