UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § | MDL No. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| *Ben Nelson and Jeri Nelson d/b/a Jeri's Seafood Inc, et al. v. Transocean, Ltd., et al* SDTX C.A. No. 3:10-cv-00172 | § § § | MAGISTRATE SHUSHAN |

**PLAINTIFFS BEN NELSON AND JERI NELSON D/B/A JERI'S SEAFOOD, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE, PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs BEN NELSON AND JERI NELSON D/B/A JERI'S SEAFOOD, INC. submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and, in support, would show:

1. This case was filed on April 30, 2010.

2. On August 12, 2010, it was transferred to this MDL action.

3. Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss an action, "without order of court (i) by filing a notice of dismissal at any time before service of the adverse party of an answer or of a motion for summary judgment……"

4. Rule 41(a)(1) of the Federal Rules of Civil Procedure further provides, that "[u]nless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice…"

5. The record reflects that Defendants have not filed or served an answer or a motion for summary judgment in the above referenced action and, accordingly, pursuant

to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, BEN NELSON AND JERI NELSON D/B/A JERI'S SEAFOOD, INC. submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

6. This dismissal does not affect the claims of Plaintiffs Roy Tips and Ned Baron, whose claims remain pending in this suit.

**WHEREFORE**, Plaintiffs, BEN NELSON AND JERI NELSON D/B/A JERI'S SEAFOOD, INC. (only) submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and requests that said dismissal be entered into the record of the Court.

>Respectfully submitted,
>
>**THE BUZBEE LAW FIRM**
>
>*/s/ Anthony G. Buzbee*
>Anthony G. Buzbee
>State Bar No. 24001820
>JPMorgan Chase Tower
>600 Travis, Suite 7300
>Houston, Texas 77002
>Telephone: 713-223-5393
>Facsimile: 713-223-5909
>Email: tbuzbee@txattorneys.com
>
>**ATTORNEYS FOR PLAINTIFFS**

CO-COUNSEL:
A. Craig Eiland
State Bar No. 06502380
LAW OFFICES OF A. CRAIG EILAND, P.C.
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: 409-763-3260
Facsimile: 409-763-8154

-AND-

K. Tommy Fibich
tfibich@fhl-law.com
Michael Leebron
mleebron@fhl-law.com
Michael Josephson
mjosephson@fhl-law.com
Joseph Melugin
jmelugin@fhl-law.com
**FIBICH, HAMPTON & LEEBRON, LLP**
1401 McKinney, Suite 1800
Houston, Texas 77010
Telephone: 713-751-0025
Facsimile: 713-751-0030

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by CM/ECF this 22nd day of November, 2010.

<u>/s/Anthony G. Buzbee</u>
Anthony G. Buzbee