# PLAINTIFF FACT SHEET

| | | |
|---|---|---|
| Last Name: Joannou | First Name: Cynthia | Middle Name/Maiden: M.    Suffix: |
| Phone Number: (239) 273-0666 | E-mail Address: cynthiajoannou@gmail.com | |
| Address: P.O. Box 770730 | City / State / Zip: Naples, FL 34107 | |

**INDIVIDUAL CLAIM** [X]          **BUSINESS CLAIM** [ ]

| Individual | Business |
|---|---|
| Employer name: Self-employed | Business Name: |
| Job Title / Description: Independent Contractor | Type of Business: |
| Address: P.O. Box 770730 | Address: |
| City / State / Zip: Naples, FL 34107 | City / State / Zip: |
| Social Security Number: 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 | Tax ID Number: |

| | |
|---|---|
| Attorney Name: Chris Polaszek / Elizabeth Metcalf / Victoria J. Maniatis | Firm Name: Milberg LLP |
| Address: One Pennsylvania Plaza, 48th Floor | City / State / Zip: New York, NY 10016 |
| Phone Number: (212) 594-5300 | E-mail Address: cpolaszek@milberg.com / emetcalf@milberg.com / vmaniatis@milberg.com |

Original Case Caption: THE CYNTHIA JOANNOU REVOCABLE TRUST, BY ITS TRUSTEE CYNTHIA M. JOANNOU, individually and on behalf of all others similarly situated v. BP et al.

Originating Court: UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT. MYERS DIVISION         Original EDLA Civil Action Number: 10-3075

Claim Filed with BP?  Yes [ ]  No [X]          Claim Filed with GCCF?  Yes [ ]  No [X]

If yes, BP Claim No:          If yes, GCCF Claimant Identification No:

**Claim Type (Please check all that apply)**

- Damage or destruction to real or personal property [X]
- Earnings/Profit Loss [X]
- Personal Injury/Death [ ]
- Removal and/or clean-up costs [ ]
- Loss of Subsistence use of Natural Resources [ ]

**Brief Description/Primary Valuation of Claim** (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

Plaintiff, The Cynthia Joannou Revocable Trust, By Its Trustee Cynthia M. Joannou, individually and on behalf of a class action brought pursuant to the Federal Rule of Civil Procedure 23 on behalf of all Florida homeowners and Florida lessees of real property, the value of which has potentially been negatively affected by the impairment of the enjoyment of the property as a result of the April 20, 2010, Deepwater Horizon oil rig explosion, fire and resultant oil spill. The spill has caused, and will likely continue for some time to cause, severe environmental and economic damage, including devaluation and invasion of real property.

Plaintiff and Class Members were subjected to a substantial and unreasonable invasion of the use and enjoyment of their property as a result of the smell and fumes emanating from the massive oil spill and chemical dispersants used off the coast of Florida.

Plaintiff, The Cynthia Joannou Revocable Trust, By Its Trustee Cynthia M. Joannou, is a Gulf of Mexico beachfront property homeowner located in Collier County, Barefoot Beach, Florida. Plaintiff was prevented from the quiet use and enjoyment of her property due to the smell and fumes from the oil.

Plaintiff faces a potential devaluation of her property due to the oil that has washed ashore in the Florida coastal zones.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: /s/ Christopher S. Polaszek          Date: November 22, 2010

Print Name: Christopher S. Polaszek

The contents of this form are "Confidential Access Restricted" and subject to PTO No. 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).