# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**  **SECTION: J**  **JUDGE CARL BARBIER**

## PLAINTIFF FACT SHEET

| | | | |
|---|---|---|---|
| Last Name: Millson | First Name: John | Middle Name/Maiden: W. | Suffix: Jr. |
| Phone Number: (251) 747-5002 | E-mail Address: | | |
| Address: PO Box 591 | City / State / Zip: Orange Beach, AL 36561 | | |

INDIVIDUAL CLAIM [ ]   BUSINESS CLAIM [✓]

| | |
|---|---|
| Employer name: | Business Name: John W. Millson, Jr./ Hey Boy II |
| Job Title / Description: | Type of Business: Charterboat Captain/Owner |
| Address: | Address: PO Box 591 |
| City / State / Zip: | City / State / Zip: Orange Beach, AL 36561 |
| Social Security Number: | Tax ID Number: |
| Attorney Name: Soren Gisleson | Firm Name: Herman, Herman, Katz & Cortlar, LLP |
| Address: 820 O'Keefe Avenue | City / State / Zip: New Orleans, LA 70113 |
| Phone Number: (504) 581-4892 | E-mail Address: sgisleson@hhkc.com |

| | |
|---|---|
| Original Case Caption: John W. Millson, Jr. v. Transocean, et. al | |
| Originating Court: S. Dist. of Ala. South. Div. | Original EDLA Civil Action Number: ALS 1 10-354 |

Claim Filed with BP? Yes [ ] No [✓]    Claim Filed with GCCF? Yes [✓] No [ ]

If yes, BP Claim No:    If yes, GCCF Claimant Identification No:

**Claim Type (Please check all that apply)**

- Damage or destruction to real or personal property [ ]
- Earnings/Profit Loss [✓]
- Personal Injury/Death [ ]
- Removal and/or clean-up costs [ ]
- Loss of Subsitence use of Natural Resources [ ]

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

John W. Millson, Jr. is a charterboat captain and owner of the m/v Heyboy II. He is based out of Orange Beach, AL. He suffered a loss of income from the fishing closure and a decrease in business from the lack of tourism, etc. He will continue to suffer these damages in the future.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: *[signature]*    Date: 11/22/2010

Print Name: Edward P. Rowan

The contents of this form are "Confidential Access Restricted" and subject to PTO 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).