UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO.: 2179 SECTION: J JUDGE BARBIER MAGISTRATE SUSHAN |
| This document relates to: CV No. 10-3246 Fishburn, et al. v. BP, et al. | : : | |

## NOTICE OF APPEARANCE

**COMES NOW**, M. Shane Lucado, Esq. and enters his appearance as the Lead Attorney for the Plaintiffs in the above styled cause.

Respectfully submitted this the 22nd day of November, 2010.

/s/ M. Shane Lucado
M. Shane Lucado, Esq.
ASB No. ASB-7936-A53M
Attorney for Plaintiff
Shelby Lucado, Esq. Oil & Gas Litigation, LLC
1 Perimeter Park South, Suite 125 South
Birmingham, Alabama 35243
Phone: (205)278-0025
Facsimile: (205)278-0030
Email: slucado.bpclaims@lucadolaw.com
Website: www.bpoilspillattorney.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this the 22nd day of November, 2010.

/s/ M. Shane Lucado