AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTOPHER R. SCHORR, ET. AL | ) | MDL No: 2179 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:10-md-02179-CJB-SS |
| BP, P.L.C., ET. AL | ) | |
| *Defendant* | ) | |

This Document Relates to: CHRISTOPHER R. SCHORR, et al
Reference Case No.: 2:10-cv-02989-CJB-SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Anadarko Petroleum Corporation
C/O CT Corporation System, R.A.
2 N. Jackson Street, Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory G. Schultz
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
770-434-7394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 05 2010

Loretta G. Whyte
Name of clerk of court

*Stephanie Kull*
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANADARKO PETROLEUM CORPORATION
was received by me on *(date)* 11-8-10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shannon Robertson , who is
designated by law to accept service of process on behalf of *(name of organization)* Anadarko Petroleum Corp. / CT Corp. System on *(date)* 11-8-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 5.00 for travel and $ 15.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 11-8-10

_____
*Server's signature*

James E. Barnes, Jr.
*Printed name and title*

3245 Capitol Parkway, Montgomery, AL 36107
*Server's address*

Additional information regarding attempted service, etc: