

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
    Blue Dolphin Fishing, Inc. v. BP, P.L.C. et al.,
        S.D. Texas, C.A. No. 3:10-301     )
                                       )      MDL No. 2179

EDLA
2:10-4221 J/1

### ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order ("CTO-5") was filed in this action (*Blue Dolphin Fishing*) on October 27, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Blue Dolphin Fishing* on November 4, 2010. The Panel has now be advised that this action was dismissed in the Southern District of Texas by the Honorable Kenneth M. Hoyt in an order filed on October 27, 2010.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on October 27, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____