UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Related to: *Joe Patti Seafood Company, et al* No. 2:10-cv-02667 | Judge Barbier<br>Mag. Judge Shushan |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) (1), Plaintiffs, by and though their undersigned counsel, hereby voluntarily dismiss, without prejudice, **Southern Seafood of Pace, Inc.**, **Benjamin Marvin Nichols**, **Mega-Bite Inshore Charters**, **Rooks Marina, Inc.**, **Phan Tran and Tony Lynn, LLC** as plaintiffs in the above styled case. The other plaintiffs shall remain plaintiffs for all purposes as stated in the complaint.

Dated: November 23, 2010

Respectfully submitted,


s/    Brian H. Barr
Brian H. Barr (FL Bar No. : 0493041)
J. Michael Papantonio (FL Bar No.:335924)
Amanda R. Slevinski (FL Bar No.: 0027041)
Neil E. McWilliams, Jr. (FL Bar No.: 0016174)
Benjamin W. Gordon, Jr.  (FL Bar No.: 882836) (AL Bar No.: ASB0677045B)
William F. Cash, III (FL Bar No.: 68443)
Levin, Papantonio, Thomas, Mitchell, Rafferty
& Proctor P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7074
(850) 436-6034 (fax)

Robert F. Kennedy, Jr. (NY Bar No. 1999994)
Kevin J. Madonna (NY Bar No. 2981181)
Kennedy & Madonna, LLP
46 Dewitt Mills Rd.
Hurley, NY 12443
(845) 514-2912
(845) 230-3111 (fax)
kmadonna@kennedymadonna.com

and

Daniel E. Becnel Jr. (T.A. #24567)
Matthew B. Moreland (# 24567)
Salvadore Christina, Jr. (# 27198)
Robert M. Becnel (# 14072)
P. O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (fax)
dbecnel@becnellaw.com

mmoreland@becnellaw.com
schristina@becnellaw.com

and

Russ Herman, La. Bar No. 6819
Stephen J. Herman, La. Bar No. 23129
James C. Klick La. Bar No. 7451
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 569-6024 (fax)
sherman@hhkc.com

and

Camilo Salas, III (#11657)
Salas & Co., L.C.
650 Poydras Street
Suite 1650
New Orleans, LA 70130
(504) 799-3080
(504) 799-3085 (fax)

and

Richard J. Arsenault (#02563)
NEBLETT, BEARD & ARSENAULT
Post Office Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190
(318) 487-9874
(318) 561-2591 (fax)
rarsenault@nbalawfirm.com

and

Robin Greenwald (IL6183798)
Weitz & Luxenberg P.C.
700 Broadway, 5th Floor
New York, NY 10003
(212) 558-5802

(212) 344-5461 (fax)
rgreenwald@weitzlux.com

and

R. Edison Hill (WV Bar I.D.#1734)
Hill, Peterson, Carper, Bee
& Deitzer, Pllc
500 Tracy Way
Charleston, West Virginia 25311-1261
(304) 345-5667
(304) 345-1519 (fax)

and

J. Keith Givens (AL 5897-S82J)
J. Farrest Taylor (AL 5755-R54J)
Angela J. Mason (AL 8428-S80-A)
Joseph D. Lane (AL 9991-N75J)
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
163 W. Main Street
Dothan, AL 36302
(334) 793-1555
(334) 793-8280 (fax)

and

Jerrold S. Parker, Esq. (NY Bar No. 1894666)
Andres F. Alonso, Esq. (NY Bar No. 2679231)
Parker Waichman Alonso, LLP
6 Harbor Park Drive
Port Washington, NY 11050
516-466-6500
516-466-6665 (fax)

and

Hugh P. Lambert, Esq. (La Bar # 9938)
Linda J. Nelson, Esq. (La Bar # 7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750

(504) 529-2931 (fax)

and

Mary Ann Patti (FL Bar No.: 037087)
Mary Ann Patti, LLC
2005 W. Garden Street
Pensacola, FL 32502
(850) 437-3700
(850) 437-3535 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of November 2010.

Respectfully submitted,

s/   Brian H. Barr
Brian H. Barr (FL Bar No. : 0493041)