# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | Section "J" |
| This document relates to: Civil No. 2:10-cv-01984 | * * | |
| *Whittinghill v. Abdon Callais Offshore, L.L.C.* | * | Judge Barbier |
| | * * | Mag. Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Be advised that Plaintiff's Motion to Deconsolidate is set for hearing on December 8, 2010, at 9:30 a.m.

                Respectfully Submitted,

                **MARTZELL & BICKFORD, A.P.C.**

                /s/ *Spencer R. Doody*
                _____
                Scott R. Bickford, T. A. (#1165)
                Spencer R. Doody (#27795)
                Neil F. Nazareth (#28969)
                338 Lafayette Street
                New Orleans, LA 70130
                Telephone:   504-581-9065
                Facsimile:    504-581-7635
                **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of November, 2010.

                                        /s/ *Spencer R. Doody*
                                        SPENCER R. DOODY

F:\Clients\Whittinghill, Clay\PLEADINGS\Motion to Deconsolidate Hearing.wpd