## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## EX PARTE MOTION TO EXTEND DEADLINE FOR DISCOVERY RESPONSES

Defendant BP Exploration and Production Inc., through its counsel Don K. Haycraft, hereby moves to extend the deadline for written discovery responses (including without limitation interrogatories, requests for production, and requests for admission) set forth in CMO #1 (Record Doc. No. 569) at ¶ V(D) by seven days, or until December 8, 2010. This extension is necessitated in part by the Thanksgiving holiday. Although BP Exploration and Production Inc. is making this motion, it is joined by, and the Proposed Order will be applicable to, other BP entities served with discovery and also Cameron, Halliburton, Anadarko, MOEX, Seacor, and O'Brien's.

Plaintiffs' Liaison Counsel, Jim Roy and Steve Herman, have no objection to the entry of this Order.

117807908.

Dated: November 23, 2010      Respectfully submitted,

                                              /s/Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
***Attorneys for BP America Inc., BP America Production Company, BP Company North America Inc., BP Corporation North America Inc., BP Exploration & Production Inc., BP Holdings North America Limited, BP Products North America Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

        /s/ Don K. Haycraft
        Don K. Haycraft