# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

## PLAINTIFF FACT SHEET

| Last Name | SEVIN | First Name | ROXANNE | Middle Name/Maiden | MARIE | Suffix |
|---|---|---|---|---|---|---|

Phone Number: (985) 790-6610
E-mail Address: ROXANNESEVIN@HOTMAIL.COM
Address:
City / State / Zip:

**INDIVIDUAL CLAIM** ✓     **BUSINESS CLAIM** ☐

Employer name: SELF
Business Name:
Job Title / Description: SAME AS ABOVE
Type of Business:
Address:
Address:
City / State / Zip:
City / State / Zip:
Social Security Number: 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
Tax ID Number:

Attorney Name: DAVID W. ARDOIN
Firm Name: NAQUIN LAW FIRM
Address: P.O. BOX 127
City / State / Zip: THIBODAUX, LA 70302
Phone Number: (985) 447-9554
E-mail Address: davidardoin@ardoinlaw.net

Original Case Caption: Roxanne Sevin Vs. No. 160958 BP America, et al
Originating Court: 32nd JDC, Louisiana
Original EDLA Civil Action Number: 2:10-cv-01864

Claim Filed with BP? Yes ☐ No ✓
Claim Filed with GCCF? Yes ☐ No ✓
If yes, BP Claim No:
If yes, GCCF Claimant Identification No:

**Claim Type (Please check all that apply)**
Damage or destruction to real or personal property ☐
Earnings/Profit Loss ☐
Personal Injury/Death ☐
Removal and/or clean-up costs ☐
Loss of Subsistence use of Natural Resources ☐

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)
BREACH OF CONTRACT $200,000 - $250,000.00

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: [signed]
Date: Nov 23, 2010
Print Name: David W. Ardoin

The contents of this form are "Confidential Access Restricted" and subject to PTO 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).