| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9844 2502 6139 | A. Received by (Please Print Clearly) / B. Date of Delivery |
| 3. Service Type  **CERTIFIED MAIL** | C. Signature  X  ☐ Agent  ☐ Addressee |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | D. Is delivery address different from Item 1?  ☐ Yes  ☐ No  If YES, enter delivery address below: |
| 1. Article Addressed to:  **Anadarko Petroleum Corporation**  **1201 Lake Robbins Drive**  **The Woodlands, Texas  77380** | |

PS Form 3811, July 2001         Domestic Return Receipt



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7160 3901 9844 2502 6139**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:47 am on November 18, 2010 in SPRING, TX 77387.

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA