AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-02663 (MDL 10-2179)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   MOEX Offshore 2007, LLC
was received by me on *(date)*     11/16/2010      .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   MOEX Offshore 2007, LLC    , who is
designated by law to accept service of process on behalf of *(name of organization)*   MOEX Offshore 2007, LLC
by Certified Mail, Return Receipt           on *(date)*    11/18/2010    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: 11/24/10                          _____
                                                    *Server's signature*

                                        Steven L. Nicholas, Attorney for Plaintiff
                                                    *Printed name and title*

                                                Cunningham Bounds, LLC
                                                  1601 Dauphin Street
                                                Mobile, Alabama  36604
                                                    *Server's address*

Additional information regarding attempted service, etc: