**2. Article Number**

7160 3901 9844 2502 6153

**3. Service Type**  CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

MOEX Offshore 2007, LLC
9 Greenway Plaza, Suite 1220
Houston, Texas 77046

COMPLETE THIS SECTION ON DELIVERY

**A.** Received by (Please Print Clearly)

**B.** Date of Delivery: 11-18-20

**C.** Signature
X  *N. Moebius*  ☐ Agent  ☐ Addressee

**D.** Is delivery address different from item 1?
If YES, enter delivery address below:  ☐ Yes  ☐ No

PS Form 3811, July 2001          Domestic Return Receipt