AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:10-cv-02663 (MDL 10-2179)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BP Corporation North America, Inc.

was received by me on *(date)*            11/16/2010        .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*    Prentice-Hall Corporation System            , who is

designated by law to accept service of process on behalf of *(name of organization)*    BP Corporation North

America, Inc. by Certified Mail, Return Receipt            on *(date)*    11/18/2010    ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  11/24/10

_____
*Server's signature*

Steven L. Nicholas, Attorney for Plaintiff
*Printed name and title*

Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
*Server's address*

Additional information regarding attempted service, etc: