| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 7160 3901 9844 2502 6184 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature: *Kara Stover* <br> X  *Kara Stover* | ☐ Agent <br> ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? <br> If YES, enter delivery address below: | ☐ Yes <br> ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: <br><br> **BP Corporation North America, Inc.** <br> **Prentice-Hall Corporation System** <br> **1201 Hays Street, Suite 105** <br> **Tallahassee, Florida  32301** | | |
| PS Form 3811, July 2001 | Domestic Return Receipt | |


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7160 3901 9844 2502 6184
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:15 am on November 18, 2010 in TALLAHASSEE, FL 32314.

**Track & Confirm**
Enter Label/Receipt Number.

[  Go >  ]

Detailed Results:
- Delivered, November 18, 2010, 9:15 am, TALLAHASSEE, FL 32314
- Arrival at Unit, November 18, 2010, 8:50 am, TALLAHASSEE, FL 32301

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**
Verify who signed for your item by email. ( Go > )

---

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA