

2. Article Number

7160 3901 9844 2502 6146

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**Anadarko E & P Company, LP**
**Post Office Box 1330**
**Houston, Texas  77251-1330**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   JAMES FELDER   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

PS Form 3811, July 2001          Domestic Return Receipt