AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-02663 (MDL 10-2179)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP America Production Company**
was received by me on *(date)* **11/16/2010**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **CT Corporation System** , who is
designated by law to accept service of process on behalf of *(name of organization)* **BP America Production
Company by Certified Mail, Return Receipt** on *(date)* **11/19/2010** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/24/10**

*Server's signature*

**Steven L. Nicholas**
*Printed name and title*

Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
*Server's address*

Additional information regarding attempted service, etc: