| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9844 2502 6177 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  X | ☐ Agent  ☐ Addressee |
| | D. Is delivery address different from item 1?  If YES, enter delivery address below: | ☐ Yes  ☐ No |

3. Service Type   **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**BP America Production Company**
**CT Corporation System**
**1200 South Pine Island Road**
**Plantation, Florida 33324**

PS Form 3811, July 2001          Domestic Return Receipt