# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Extend Deadline for Discovery Responses;

IT IS HEREBY ORDERED that the defendants' deadline for responses to the plaintiffs' set of written discovery requests served on or about November 1, 2010, shall be extended to Wednesday, December 8, 2010.

New Orleans, Louisiana, this __24th__ day of November, 2010.

_____
United States District Judge