OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

DATE:        November 30, 2010

Nicholas J. Dinet

vs.

B.P. plc, *et al.*

Case No. 10-1615 "J" (1)

Dear Sir/Madam

Please re-issue summons on the Complaint to the following:

1.    BP, plc
      International Headquarters
      1 St. James's Square
      London SW1Y 4PD, England

Very truly yours,

/s/ Korey A. Nelson

Attorney for Plaintiff

Murray Law Firm
650 Poydras Street Suite 2150
New Orleans, Louisiana 70130