UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig   "Deepwater Horizon" in the Gulf   Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179   SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER   MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

UNOPPOSED MOTION TO ENTER
STIPULATED ORDER GOVERNING THE
<u>DISCOVERY OF EXPERTS</u>

Defendant Cameron International Corporation, through its undersigned counsel, respectfully requests that the Court enter the attached stipulated pretrial order to govern the discovery of expert work product in these proceedings. Plaintiffs' Liaison Counsel and other Defense Liaison Counsel have no opposition to the motion.

Respectfully submitted,

By:
    David J. Beck
    Federal I.D. No. 16605;
    Texas State Bar No. 00000070
    BECK, REDDEN & SECREST, L.L.P.
    1221 McKinney, Suite 4500
    Houston, Texas 77010-2010
    Telephone: (713) 951-3700
    Telecopier: (713) 951-3720

           */s/ Phillip A. Wittmann*
Phillip A. Wittmann, Bar No. 13625
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3200
Telecopier:  (504) 581-3361

**ATTORNEYS FOR
CAMERON INTERNATIONAL
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion to Enter Stipulated Order Governing the Discovery of Experts has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of November, 2010.

           */s/ Phillip A. Wittmann*
              Phillip A. Wittmann