UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 : SECTION: J

:
:

: JUDGE BARBIER

: MAG. JUDGE SHUSHAN

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ORDER

On November 18, 2010, a reply to Response to Motion filed by Plaintiff re 631 MOTION for Partial Summary Judgment Re OPA Liability Cap was filed (770), which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of November 30, 2010, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

