IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the | * | |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION: "J" |
| | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| **Civil Action No. 10-1245** | * | |
| Darleen Jacobs Levy vs. BP, PLC, et al | * | |

*******************************************

## SIXTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third , Fourth and Fifth Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Barbara Charbonnet, Jack Charbonnet, Jane Charbonnet, Kenny Charbonnet, Patrick Deffes, Homefinders International through its President, Darleen Levy, Mark Kurka, Michelle Kurka and James March

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint for Damages.

II.

Plaintiff supplements her Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint for Damages by adding the following to Paragraph 4 thereof:

1)  Barbara Charbonnet; owner of a water front land in Louisiana;

2)  Jack Charbonnet, owner of water front property in Louisiana;

3)  Jane Charbonnet, owner of water front property in Louisiana;

4)  Kenny Charbonnet, owner of water front property in Louisiana;

5)  Patrick Deffes; owner of land in Plaquemines Parish;

6)  Homefinders International, a Louisiana real estate corporation whose tenants work in the seafood and tourism industry;

7)  Mark Kurka, owner of two lots at 5428 Lambert Lane, Bay St. Louis, Mississippi

8)  Michelle Kurka, owner of two lots at 5428 Lambert Lane, Bay St. Louis, Mississippi;

9)  James March, owner of land at Jourdan River Estates, Lot 3, Sq. 3, 139 Janelle Street, Bay St. Louis, Mississippi.

The property of all of the above landowners experienced British petroleum oil contamination and pollution. Homefinders suffered a business loss due to rental vacancies.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second, Third, Fourth and Fifth Supplemental and Amending Complaint pray that the additional plaintiff be added and pray for a judgment against Defendants as follows:

1.  For all economic and compensatory damages sustained;

2.  For punitive damages as permitted by law;

3.  For all attorney's fees and cost of litigation;

4.  For legal interest from the date of judicial demand until paid in full;

5.  For class action certification and trial by jury; and

6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

        Respectfully submitted:

        *S/Darleen M. Jacobs*
        DARLEEN M. JACOBS, ESQ. (#7208)
        RICHARD MARTIN, ESQ.
        KENNETH CHARBONNET, ESQ.
        823 St. Louis Street
        New Orleans, LA 70112
        (504) 522-0155
        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Sixth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of November, 2010.

        *S/Darleen M. Jacobs*
        DARLEEN M. JACOBS