OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                        DATE: 12/01/2010

                        WINNIE'S ARTSY CAFÉ

                              vs.

                        BP, PLC, ET AL.

                        Case No. 10-2820 Section "J"

Dear Sir:

Please re-issue summons on the complaint to the following:

BP, plc
International Headquarters
1 St. James's Square
London, SW1Y 4PD England

                        Very truly yours,

                        /s/Jesse S. George

                        Attorney for Winnie's Artsy Café
                        650 Poydras Street, Suite 2150
                        New Orleans, Louisiana 70130