OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                                                DATE: 12/01/2010

                                                WINNIE'S ARTSY CAFÉ

                                                         vs.

                                                BP, PLC, ET AL.

                                              Case No. 10-2820 Section "J"

Dear Sir:

Please re-issue summons on the complaint to the following:

MOEX OFFSHORE 2007 LLC
Through its registered agent:
Naoki Ishii
9 Greenway Plaza
Suite 1220
Houston, TX 77046

                                              Very truly yours,

                                              /s/Jesse S. George

                                              Attorney for Winnie's Artsy Café
                                              650 Poydras Street, Suite 2150
                                              New Orleans, Louisiana 70130