OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

        DATE: 12/01/2010

        WINNIE'S ARTSY CAFÉ

            vs.

        BP, PLC, ET AL.

        Case No. 10-2820 Section "J"

Dear Sir:

Please re-issue summons on the complaint to the following:

BP EXPLORATION & PRODUCTION, INC.
Through its registered agent:
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

        Very truly yours,

        /s/Jesse S. George

        Attorney for Winnie's Artsy Café
        650 Poydras Street, Suite 2150
        New Orleans, Louisiana 70130