OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                                          DATE: 12/01/2010

                                          WINNIE'S ARTSY CAFÉ

                                                    vs.

                                          BP, PLC, ET AL.

                                          Case No. 10-2820 Section "J"

Dear Sir:

Please re-issue summons on the complaint to the following:

BP AMERICA PRODUCTION COMPANY
Through its registered agent:
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

                                          Very truly yours,

                                          /s/Jesse S. George

                                          Attorney for Winnie's Artsy Café
                                          650 Poydras Street, Suite 2150
                                          New Orleans, Louisiana 70130