2. Article Number

7160 3901 9844 2502 6160

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

**BP Company North America, Inc.**
**4101 Winfield Road, #200**
**Warrenville, Illinois  60555**

PS Form 3811, July 2001     Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): N. Faustich
B. Date of Delivery: 11/22/10
C. Signature: X Neil Faustich
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below: