OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                DATE: 12/01/2010

                WINNIE'S ARTSY CAFÉ

                      vs.

                BP, PLC, ET AL.

                Case No. 10-2820 Section "J"

Dear Sir:

Please re-issue summons on the complaint to the following:

ANADARKO E&P COMPANY LP
Through its registered agent:
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

                Very truly yours,

                /s/Jesse S. George

                Attorney for Winnie's Artsy Café
                650 Poydras Street, Suite 2150
                New Orleans, Louisiana 70130