UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br>Member Case: 10-4397<br><br>SECTION: J(1) |

**ORDER**

**IT IS ORDERED** that Petitioner's, United States of America, **First Amended Petition for Summary Enforcement of Administrative Subpoena (Rec. Doc. 6 in 10-4397)** is hereby **SET** for hearing on **Friday, December 17, 2010** during the Court's status conference at 9:30 a.m. Any opposition shall be filed no later than Thursday, December 9, 2010.

New Orleans, Louisiana this 1st day of December, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1