

2. Article Number

7160 3901 9844 2502 6146

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

**Anadarko E & P Company, LP**
**Post Office Box 1330**
**Houston, Texas  77251-1330**

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)  B. Date of Delivery
Nov 19 2010

C. Signature
X _____ JAMES FELDER  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

PS Form 3811, July 2001    Domestic Return Receipt