| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9844 2502 6184 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature: *Kara Stover* X *Kara Stover* | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to:<br><br>**BP Corporation North America, Inc.**<br>**Prentice-Hall Corporation System**<br>**1201 Hays Street, Suite 105**<br>**Tallahassee, Florida 32301** | | |

PS Form 3811, July 2001        Domestic Return Receipt



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7160 3901 9844 2502 6184
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:15 am on November 18, 2010 in TALLAHASSEE, FL 32314.

**Track & Confirm**
Enter Label/Receipt Number.

[ Go > ]

Detailed Results:
- Delivered, November 18, 2010, 9:15 am, TALLAHASSEE, FL 32314
- Arrival at Unit, November 18, 2010, 8:50 am, TALLAHASSEE, FL 32301

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Return Receipt (Electronic)**

Verify who signed for your item by email. ( Go > )