| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9844 2502 6153<br><br>3. Service Type   **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | COMPLETE THIS SECTION ON DELIVERY<br>A. Received by (Please Print Clearly)   B. Date of Delivery 11-18, 20<br>C. Signature  X *N Moebius*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below: |

1. Article Addressed to:

**MOEX Offshore 2007, LLC**
**9 Greenway Plaza, Suite 1220**
**Houston, Texas  77046**

PS Form 3811, July 2001            Domestic Return Receipt