| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9844 2502 6139 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature X | ☐ Agent ☐ Addressee |
| 3. Service Type  **CERTIFIED MAIL** | D. Is delivery address different from Item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |

1. Article Addressed to:

**Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, Texas  77380**

PS Form 3811, July 2001          Domestic Return Receipt


**UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9844 2502 6139
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 9:47 am on November 18, 2010 in SPRING, TX 77387.

**Track & Confirm**

Enter Label/Receipt Number.

( **Go >** )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

**Return Receipt (Electronic)**

Verify who signed for your item by email.  ( **Go >** )

Site Map    Customer Service    Forms    Gov't Services    Careers    Privacy Policy    Terms of Use    Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA