**2. Article Number**

7160 3901 9844 2502 6177

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

**BP America Production Company**
**CT Corporation System**
**1200 South Pine Island Road**
**Plantation, Florida 33324**

PS Form 3811, July 2001          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

**A. Received by** (Please Print Clearly)

**B. Date of Delivery**

**C. Signature**
X ☐ Agent  ☐ Addressee

**D. Is delivery address different from item 1?**  ☐ Yes  ☐ No
If YES, enter delivery address below: