AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Ocean Reef Realty, Inc., d/b/a Ocean Reef Resorts, Inc. | ) | |
| *Plaintiff* | ) ) | MDL 10-2179 |
| v. | ) | Civil Action No. 2:10-cv-02663-CJB-SS |
| Transocean Holdings, Inc., et al. | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BP Company North America, Inc.
4101 Winfield Road, #200
Warrenville, Illinois 60555

**Certified Article Number**
7160 3901 9844 2502 6160
**SENDERS RECORD**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Nov 15 2010__

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-02663 (MDL 10-2179)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BP Company North America, Inc.
was received by me on *(date)*  11/16/2010  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  BP Company North America, Inc.  , who is designated by law to accept service of process on behalf of *(name of organization)*  BP Company North America, Inc. by Certified mail, return receipt  on *(date)*  11/22/2010  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 12/1/10

*Server's signature*

Steven L. Nicholas, Attorney for Plaintiff
*Printed name and title*

Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
*Server's address*

Additional information regarding attempted service, etc: