| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9844 2502 6160 | A. Received by (Please Print Clearly): N. Faulstich  B. Date of Delivery: 11/22/10<br>C. Signature: X Neil Faulstich  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |

3. Service Type   **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

**BP Company North America, Inc.**
**4101 Winfield Road, #200**
**Warrenville, Illinois 60555**

PS Form 3811, July 2001            Domestic Return Receipt