UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

PRE-TRIAL ORDER NO. 19

The Court hereby sets status conferences for **9:30a.m. CST** for the following dates:

- **Friday, December 17, 2010**

- **Friday, January 28, 2011**

- **Friday, February 25, 2011**

- **Friday, March 25, 2011**

- **Friday, April 29, 2011**

- **Friday, June 3, 2011**

- **Friday, July 8, 2011**

- **Friday, August 12, 2011**

- **Friday, September 16, 2011**

- **Friday, October 21, 2011**

- **Friday, November 18, 2011**

- **Friday, December 16, 2011**

- **Friday, January 20, 2012**

- **Friday, February 3, 2012 (Pre-Trial Conference)**

Unless otherwise noted, status conferences will be held in the Courtroom of Judge Carl J. Barbier at 500 Poydras Street, Room C-268, New Orleans, Louisiana, 70130.

Liaison counsel are to submit a proposed agenda and brief status report three business days prior to each status conference.

New Orleans, Louisiana, this 2nd day of December, 2010.

_____
**THE HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE**