```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE OIL SPILL BY THE OIL              CIVIL ACTION
RIG "DEEPWATER HORIZON" IN
THE GULF OF MEXICO ON APRIL,
20, 2010
                                        MDL 2179
                                        MEMBER CASES:
                                        10-1497 and 10-
                                        1630

                                        SECTION: J(1)
                        ORDER
```

Before the Court in the MDL are two member cases, 10-1497 and 10-1630, in which Plaintiffs, Gulf Restoration Network Inc. and Sierra Club, Inc., have brought suit against multiple federal entities[1] under the Administrative Procedure Act. Federal Defendants moved to deconsolidate (Rec. Doc. 59) in member case, 10-1497, and moved to sever (Rec. Doc. 174) in both member cases, 10-1497 and 10-1630. Both of these motions are fully briefed before the Court.

After reviewing the memoranda before the Court, the Court finds that these matters are not sufficiently related to the MDL and therefore should be deconsolidated. Accordingly,

**IT IS ORDERED** that Federal Defendants' **Motion to Deconsolidate (Rec. Doc. 59, member case 10-1497)** and Federal

---

[1] The named Federal Defendants in these two actions include the Secretary of the Interior, the Assistant Secretary for Land and Minerals Management, and the Director and Regional Director of the Bureau of Ocean Energy Management, Regulation, and Enforcement, and the United States Department of the Interior.

Defendants' **Motion to Sever (Rec. Doc. 174)** with respect to member case 10-1630 are hereby **GRANTED**.

Because the Court grants the Motion to Deconsolidate (Rec. Doc. 59), **IT IS FURTHER ORDERED** Federal Defendants' Motion to Sever with respect to member case 10-1497 is **DENIED** as **MOOT**.

Because the lower-numbered member case was originally allotted to Judge Kurt D. Engelhardt, and because both cases are related, **IT IS FURTHER ORDERED** both 10-1497 and 10-1630 are hereby **TRANSFERRED** to Judge Engelhardt.

Also before the Court are two **Motions for Protective Order (Rec. Docs. 735 and 742)**, accompanied by two **Motions for Expedited Hearing (Rec. Docs. 736 and 738)**.

Because the Court is deconsolidating these member cases, **IT IS FURTHER ORDERED** that these four motions are hereby **DENIED** as **MOOT**.

New Orleans, Louisiana this 2nd day of December, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE