## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: "J" |
| of Mexico, on April 20, 2010 | * | |
| | * | |
| Applies to:  10-01502, 10-01222, 10-01243 | * | JUDGE: BARBIER |
| 10-01561, 10-01556, 10-01560, | * | * |
| 10-01573, 10-01574, 10-01156, | * | MAGISTRATE: SHUSHAN |
| 10-03274, 10-01752, 10-01850, | * | |
| 10-01852, 10-01855, 10-01857, | * | |
| 10-01920, 10-01935, 10-01908, | * | |
| 10-02114, 10-02116, 10-02654, | * | |
| 10-02770, 10-02669, 10-02984, | * | |
| 10-02985, 10-02986, 10-03066, | * | |
| 10-03085, 10-03095, 10-03100, | * | |
| 10-03105, 10-03112, 10-03113, | * | |
| 10-03114, 10-03115, 10-03269, | * | |
| 10-03272, 10-03815, 10-04188, | * | |
| 10-04207, 10-04203, 10-04359, | * | |
| | * | |

*    *    *    *    *    *    *    *

### WEATHERFORD U.S. L.P.'S
### STATEMENT OF CORPORATE DISCLOSURE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Weatherford U.S., L.P. and makes its corporate disclosure statement pursuant to Federal Rules of Civil Procedure article 7.1(a) as follows:

Weatherford U.S., L.P. is a limited partnership, having two partners. Neither partner is a publicly held corporation. The two partners are Weatherford Limited Partner, L.L.C. and WUS Holding, L.L.C.

{N2228904.1}                                            1

This 3rd day of December, 2010.

        Respectfully submitted,

        */s/ Glenn G. Goodier*
        GLENN G. GOODIER (#06130) – Lead Counsel
        RICHARD D. BERTRAM (#17881)
        Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
        Place St. Charles – 48th Floor
        201 St. Charles Avenue
        New Orleans, Louisiana 70170-5100
        Telephone: (504) 582-8174; Fax: (504) 589-8174
        Email: ggoodier@joneswalker.com;
        rbertram@joneswalker.com

        MICHAEL G. LEMOINE (#8308)
        GARY J. RUSSO (#10828)
        Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
        600 Jefferson Street – Suite 1600
        Lafayette, Louisiana 70501
        Telephone: (337) 262-9101
        Fax: (337) 262-9001
        Email: mlemoine@joneswalker.com;
        grusso@joneswalker.com
        *Counsel for Weatherford U.S., L.P.*

## **CERTIFICATE OF SERVICE**

    WE DO HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for The Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of December, 2010.

        */s/ Glenn G. Goodier*
        GLENN G. GOODIER

{N2228904.1}    2