## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: "J" |
| Applies to: 10-01502, 10-01573, 10-01574, 10-01156, 10-01850, 10-01852, 10-01855, 10-01857, 10-01920, 10-02654, 10-02770, 10-02669, 10-02986, 10-03085, 10-03095, 10-03100, 10-03105, 10-03114, 10-03115, 10-03272, 10-04188, 10-04207, 10-04203, 10-04359 | * * * * * * * * * * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |

\* \* \* \* \* \* \* \*

### WEATHERFORD U.S. L.P.'S
### STATEMENT OF CORPORATE DISCLOSURE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Weatherford U.S., L.P. and makes its corporate disclosure statement pursuant to Federal Rules of Civil Procedure article 7.1(a) as follows:

Weatherford U.S., L.P. is a limited partnership, having two partners. Neither partner is a publicly held corporation. The two partners are Weatherford Limited Partner, L.L.C. and WUS Holding, L.L.C.

{N2228904.1}                                               1

This 7th day of December, 2010.

> Respectfully submitted,
>
> */s/ Glenn G. Goodier*
> GLENN G. GOODIER (#06130) – Lead Counsel
> RICHARD D. BERTRAM (#17881)
> Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
> Place St. Charles – 48th Floor
> 201 St. Charles Avenue
> New Orleans, Louisiana 70170-5100
> Telephone: (504) 582-8174; Fax: (504) 589-8174
> Email: ggoodier@joneswalker.com;
> rbertram@joneswalker.com
>
> MICHAEL G. LEMOINE (#8308)
> GARY J. RUSSO (#10828)
> Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
> 600 Jefferson Street – Suite 1600
> Lafayette, Louisiana 70501
> Telephone: (337) 262-9101
> Fax: (337) 262-9001
> Email: mlemoine@joneswalker.com;
> grusso@joneswalker.com
> *Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

    WE DO HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for The Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of December, 2010.

> */s/ Glenn G. Goodier*
> GLENN G. GOODIER

{N2228904.1}      2