UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases*. | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On October 19, 2010, the Court issued Pre-Trial Order No. 11 (Case Management Order No 1, Rec Doc. 569), which included a timeline (Exhibit A). The timeline included a Status Conference relating to RICO cases and a potential Master Complaint for RICO cases on December 15, 2010. Additionally, the timeline included a Status Conference scheduled for January 18, 2011, before which parties were instructed to "meet and confer[] to discuss identification of OPA Test Cases vs. BP and to discuss scheduling order/trial of the same" and Plaintiffs' and Defense liaison counsel to each "furnish a single memorandum discussing their view of what the procedure and law would be for the test cases."

On December 2, 2010, the Court issued Pre-Trial Order No. 19 (Rec. Doc. 841), which set the dates for status conferences through February 2012. In particular, Pre-Trial Order No. 19 scheduled a status conference on Friday, December 17, 2010, and on Friday, January 28, 2011.

**IT IS ORDERED** that the dates of the status conferences scheduled in Pre-Trial Order No. 11 are **CHANGED** to the dates for status conferences scheduled in Pre-Trial Order No. 19. Specifically, the status conference scheduled for December 15, 2010 in Pre-Trial Order No. 11 is superceded by the status conference scheduled for December 17, 2010 in Pre-Trial Order No. 19,

and status conference scheduled for January 18, 2011 in Pre-Trial Order No. 11 is superceded by the status conference scheduled for January 28, 2011 in Pre-Trial Order No. 19. **All other dates and deadlines in Pre-Trial Order No. 11, including all other items with a January 18, 2011 deadline, remain unaffected.**

    New Orleans, Louisiana, this 7th day of December, 2010.

                                                      **THE HONORABLE CARL J. BARBIER**
                                                      **U.S. DISTRICT COURT JUDGE**