UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 NO: 2-10-cv-3891 SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 10-3891 | * * * | JUDGE BARBIER MAG. JUDGE SHUSAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DECONSOLIDATE

Plaintiffs, Lionel Serigne and Joan Serigne (hereinafter referred to as "plaintiffs"), respectfully move the court to deconsolidate their case from MDL-2179. This is an action stemming from a lease agreement between plaintiffs and defendants, Loupe Construction and Consulting Company, Inc., a Louisiana Corporation, (hereinafter referred to as "Loupe") and BP Exploration and Production Company, Inc., BP America, Inc., and BP Products North America, Inc. (hereinafter referred to as "BP"). There are no other defendants in this action and the position of the parties is that plaintiff was a lessor and defendants were lessees.

This is not a case arising from any tortuous conduct that would be a part of Deepwater Horizon class action but only a verbal lease where defendants leased the property formerly known as Serigne's Boat Launch in Delacroix. The theories of recovery in plaintiffs' pleadings stem from a verbal lease which is recognized under Louisiana law and the actions of the defendants that plaintiffs' plead violated the Louisiana Unfair Trade Practices and Consumer Protection Law.

Continued by this court is plaintiffs' Motion to Remand this lease dispute to St. Bernard.

The Motion to Remand is referenced as Dkt. No. 754, filed on 11/17/10. Petitioner requests that this matter be deconsolidation from the class action.

For the above reasons, expressed more fully in the attached memorandum, plaintiffs' Motion to Deconsolidate should be granted.

                                      Respectfully submitted:

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Attorney for Lionel Serigne and Joan Serigne
Bar Roll Number 08210
LeBlanc8210@aol.com
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA 70011
Phone: (504)834-3772
Fax: (504)834-3791

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Deconsolidate has been served on All Counsel by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _____ day of December, 2010.

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC