UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 NO: 2-10-cv-3891 SECTION "J" |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 10-3891 | * * * | JUDGE BARBIER MAG. JUDGE SHUSAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION TO DECONSOLIDATE**

MAY IT PLEASE THE COURT:

This is an action brought by plaintiffs, Lionel Serigne and Joan Serigne, when they leased the Serigne's Boat Launch in Delacroix, Louisiana to defendants, Loupe Construction and Consulting Company, Inc. (hereinafter "Loupe") and BP Exploration and Production Company, Inc., BP America, Inc., and BP Products North America, Inc. (hereinafter "BP").  The defendants, Loupe and BP, by verbal lease, took possession plaintiffs' property but have failed to pay any rent for this taking.  This litigation came from a verbal lease, the purpose of using the property as a staging area, to place boom and perform other cleanup of the oil spill from the Deepwater Horizon disaster, it was one of a lease contract and not one under any of the MDL-2179 damages from the explosion from the Deepwater Horizon rig.

The discovery produced by the MDL which the Serignes would be presumably be taxed would be mostly irrelevant to this action subjecting their case to the MDL process and would

needlessly retard the progress of this litigation. For instance the plaintiffs must comply with numerous pretrial orders that are related to the class issues and not to plaintiffs' lease agreement nor to plaintiffs' request for remand.

Consolidation is inappropriate where the actions---"involve parties, facts and theories different from those in the...MDL." *In re: Gaiam, Inc., Water Bottle Mktg., Sales Practices & Products Liability Litig.*, 672 F. Supp. 2d 1373, 1375 (J.P.M.L. 2010).

This case was removed from state court after the creation of the MDL. It was assigned to Division "J", therefore plaintiffs are requesting that this matter be deconsolidated from MDL-2179.

For all of these reasons, plaintiffs' Motion to Deconsolidate should be granted.

Respectfully submitted

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC
A PROFESSIONAL LAW CORPORATION
Attorney for Lionel Serigne and Joan Serigne
Bar Roll Number 08210
LeBlanc8210@aol.com
3016 19th Street, Suite A
P. O. Box 8573
Metairie, LA   70011
Phone:  (504)834-3772
Fax:  (504)834-3791

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Plaintiffs' Motion to Deconsolidate has been served on All Counsel by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _____ day of December, 2010.

/s/WAYNE M. LeBLANC
WAYNE M. LeBLANC