OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __December 8, 2010_____

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" MDL No. 2179
__This Document Relates Only to 10-cv-01502, Karl W. Rhodes__

vs.

__Transocean, Ltd., et al_____

Case No. __2:10-cv-01502__ Section __J__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( __2nd__ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __M-I L.L.C., through its registered agent, Capitol Corporate Services, Inc.__
   (address) __8550 United Plaza Building II, Ste. 305, Baton Rouge, LA 70809__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

__/s/ Richard R. Kennedy_____
"Signature"

Attorney for __Karl W. Rhodes_____
            P.O. Box 3243
Address __Lafayette, LA 70502-3243___