UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MISCELLANEOUS |
| | * | DOCKET NO.: 10-CV-04397 |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE: BARBIER |
| | * | |
| TRANSOCEAN HOLDINGS, LLC, | * | |
| TRANSOCEAN OFFSHORE DEEPWATER | * | MAGISTRATE: CHASEZ |
| DRILLING, INC., TRANSOCEAN | * | |
| DEEPWATER, INC. and TRITON ASSET | * | Action for Summary Enforcement |
| LEASING GmbH | * | of Administrative Subpoena |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF PAGE LIMITS OF MEMORANDUM IN OPPOSITION TO PETITION AND FIRST AMENDED PETITION FOR SUMMARY ENFORCEMENT OF ADMINISTRATIVE SUBPOENA

NOW INTO COURT, through undersigned counsel, come Respondents, TRANSOCEAN

HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,

TRANSOCEAN DEEPWATER, INC. and TRITON ASSET LEASING GmbH ("hereinafter

collectively referred to as "Transocean"), who respectfully move for an extension of page limits

for its Memorandum in Opposition to Petition and First Amended Petition for Summary

Enforcement of Administrative Subpoena.

Transocean avers that the above captioned cause involves complex issues of

administrative, domestic and international law, which require a lengthy and detailed explanation

of the legal standards governing Petitioner(s)' demands and Respondent's defenses.  As a result,

Transocean respectfully requests that the Court grant an Order allowing it to extend the page limit of its Memorandum in Opposition by nine (9) pages, for a total page count of nineteen (19) pages.

This is Transocean's first request for such an extension, which will cause no undue delay or prejudice to Petitioner(s).

WHEREFORE, Transocean respectfully moves for an extension of page limits of its Memorandum in Opposition to the Petition and First Amended Petition filed in the above-captioned matter.

Respectfully Submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: _s/Richard J. Hymel_
   EDWIN G. PREIS, JR. (#10703)
   RICHARD J. HYMEL (#20230)
   102 Versailles Blvd., Ste. 400
   Post Office Drawer 94-C
   Lafayette, LA 70509
   Tel: (337) 237-6062
   Fax: (337) 237-9129

COUNSEL FOR TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRITON ASSET LEASING GmbH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( ) Hand Delivery          ( ) Prepaid U.S. Mail

( ) Facsimile              ( ) Federal Express

( ) E-mail

Lafayette, Louisiana, this 8th day of December, 2010.

_s/Richard J. Hymel_
RICHARD J. HYMEL