UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MISCELLANEOUS |
| | * | DOCKET NO.: 10-CV-04397 |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE: BARBIER |
| | * | |
| TRANSOCEAN HOLDINGS, LLC, | * | |
| TRANSOCEAN OFFSHORE DEEPWATER | * | MAGISTRATE: CHASEZ |
| DRILLING, INC., TRANSOCEAN | * | |
| DEEPWATER, INC. and TRITON ASSET | * | Action for Summary Enforcement |
| LEASING GmbH | * | of Administrative Subpoena |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Extension of Page Limits of Memorandum in Opposition to Petition and First Amended Petition for Summary Enforcement of Administrative Subpoena;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRITON ASSET LEASING GmbH's Motion is hereby GRANTED, increasing the page limit for its Memorandum in Opposition to Petition and First Amended Petition for Summary Enforcement of Administrative Subpoena by nine (9) pages, for a total page count of nineteen (19) pages.

Thus done this _____ day of December, 2010, New Orleans, Louisiana.

_____
DISTRICT JUDGE