UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | MDL 2179 J(1)<br>Reference: 10-4397<br><br>JUDGE: BARBIER<br><br><br>Action for Summary Enforcement of Administrative Subpoena |

## ORDER

Considering the foregoing Motion for Extension of Page Limits of Memorandum in Opposition to Petition and First Amended Petition for Summary Enforcement of Administrative Subpoena;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRITON ASSET LEASING GmbH's Motion is hereby GRANTED, increasing the page limit for its Memorandum in Opposition to Petition and First Amended Petition for Summary Enforcement of Administrative Subpoena by nine (9) pages, for a total page count of nineteen (19) pages.

New Orleans, Louisiana this 9th day of December, 2010.

_____
United States District Judge