UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on | * | SECTION: "J" |
| April 20, 2010 | * | |
| | * | Judge Barbier |
| This Document Relates to: 10-1345 | * | Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Joseph A. Kunstler, Bay E. Ingram, and Harold H. Cummins, individually and on behalf of all other similarly situated individuals in the case styled *Kunstler, et al. v. BP, PLC, et al.*, Civil Action No. 10-1345 ("Kunstler") which has been consolidated in the above-referenced matter, who respectfully requests that this Court withdraw as counsel of record **William R. DeJean, Louisiana Bar No. 22762,** as he is no longer an employee of the law firm Orrill, Cordell & Beary, L.L.C., 330 Carondelet Street, New Orleans, Louisiana 70130, and substitute as additional counsel of record **Alex L.M. Ducros, Louisiana Bar No. 32128**, of the law firm Orrill, Cordell & Beary, L.L.C., 330 Carondelet, New Orleans, Louisiana 70130.

**WHEREFORE,** the Parish prays that this Motion be granted and that William R. DeJean be withdrawn as counsel of record and that Alex L.M. Ducros, of the law firm of Orrill, Cordell & Beary, L.L.C., be enrolled as additional counsel of record on behalf of Kunstler in this matter.

Respectfully submitted,

*/s/ W. Christopher Beary* _____
W. CHRISTOPHER BEARY (Bar #22253)
R. RAY ORRILL, JR. (Bar # 10239)
ALEX L.M. DUCROS (Bar #32128)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 299-8724
Facsimile:  (504) 299-8735

**Counsel for Joseph A. Kunstler, Bay E. Ingram, and Harold H. Cummins, individually and on behalf of all other similarly situated individuals in the case styled *Kunstler, et al. v. BP, PLC, et al.*, Civil Action No. 10-1345**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Motion to Enroll Additional Counsel* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of December, 2010.

*/s/ W. Christopher Beary* _____
W. CHRISTOPHER BEARY