UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | MDL. 2179 |
| | | SECTION: J |
| This Document Relates To: 10-CV-04397 | * | |
| | * * | Judge Barbier Mag. Judge Shushan |

\* \* \*

**REQUEST FOR ORAL ARGUMENT**
**PURSUANT TO LOCAL RULE 78.1E**

Petitioner, the United States of America, on behalf of the Joint Board of Investigation of the United States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement convened under the authority of 46 U.S.C. §6301, et seq. and 43 U.S.C. §1348, respectfully requests oral argument in the captioned subpoena enforcement proceeding which has

been set for hearing by the Court during the status conference scheduled for Friday, December 17, 2010.

                                                  Respectfully submitted,

                                                  JIM LETTEN
                                                  UNITED STATES ATTORNEY

                                                  ***s/ SHARON D. SMITH***
                                                  SHARON D. SMITH (17146)
                                                  Assistant United States Attorney
                                                  Hale Boggs Federal Building
                                                  500 Poydras Street, Room B210
                                                  New Orleans, Louisiana 70130
                                                  Telephone:  (504) 680-3004