IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to: 2:10-cv-02661-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

## PLAINTIFF SOUKSAVANH PHASADAVONG'S NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41 (a)

**COMES NOW** Plaintiff Souksavanh Phasadavong, by and through counsel of record, and file this his *Notice of Voluntary Dismissal*, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses his action against all Defendants, without prejudice. In support thereof, Plaintiff states as follows:

1. Plaintiff filed his Complaint in the Southern District of Alabama on or about May 5, 2010.

2. This action was removed to the Eastern District of Louisiana on or about August 18, 2010.

3. None of the Defendants in this action has filed an answer or a motion for summary judgment.

4. Plaintiff Souksavanh Phasadavong files his notice of dismissal with the intention of dismissing his case under FRCP 41(a)(1)(A)(i) without prejudice to refiling.

5. The claims of the other Plaintiffs in this action remain pending against Defendants.

RESPECTFULLY SUBMITTED on this the 10th day of December, 2010.

1

PLAINTIFF SOUKSAVANH PHASADAVONG

By: /s/Dewitt M. Lovelace
Dewitt M. "Sparky" Lovelace (MSB # 1449)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

OF COUNSEL:

Don Barrett(MBN 2063)
David McMullan (MSB #8494)
Brian Herrington (MSB # 10204)
BARRETT LAW GROUP
404 Court Square North
P.O. Box 987
Lexington, MS 39095
Tel. (662) 834-2376
Fax. (662) 834-2628

Richard R. Barrett (MSB # 99108)
LAW OFFICES OF RICHARD R. BARRETT
P.O. Box 339
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-4960

Charles Barrett (*pro hac vice* to be filed)
BARRETT & ASSOCIATES, P.A.
6518 Hwy. 100, Suite 210
Nashville, TN 37205
Telephone: (615) 515-3393

Randall A. Smith (*pro hac vice* to be filed)
Zach Butterworth (*pro hac vice* to be filed)
Hiawatha Northington, II (MSB # 10831)
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200

Larry D. Moffett (MSB #3401)
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS 38655-1396
Telephone: (662) 232-8979
Facsimile: (662) 232-8940

Edward C. Taylor (MSB #9043)
Brenda Long (MSB #8663)
DANIEL COKER HORTON & BELL, P.A.
1712 15th Street, Suite 400
Post Office Box 416
Gulfport, MS 39502-0416
Tel: 228-864-8117
Fax: 228-864-6331

Dewitt M. "Sparky" Lovelace (MSB # 1449)
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway, 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Elizabeth A. Alexander (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650
Nashville, TN 37219
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

Steven E. Fineman (*pro hac vice* to be filed)
Wendy R. Fleishman (*pro hac vice* to be filed)
Annika K. Martin (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Elizabeth J. Cabraser (*pro hac vice* to be filed)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

3

Dawn M. Barrios (pro hac vice to be filed)
Bruce S. Kingsdorf (pro hac vice to be filed)
Zachary L. Wool (pro ha vice to be filed)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel. (504) 524-3300
Fax. (504) 524-3313

Zach Butterworth (MSB # 9946)
Gary Yarborough, Jr. (MSB # 102310)
HESSE & BUTTERWORTH, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Tel. (228) 466-0020
Fax. (228) 466-0550

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 10th day of December, 2010.

/s/Dewitt M. Lovelace
Dewitt M. "Sparky" Lovelace (MSB #1449)

4