UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO | * * | MDL. 2179 |
| | | SECTION: J |
| This Document Relates To: 10-CV-04397 | * | |
| | * | Judge Barbier |
| | | Mag. Judge Shushan |
| | * | |

\* \* \*

## REQUEST FOR ORAL ARGUMENT
## PURSUANT TO LOCAL RULE 78.1

Respondents, TRANSOCEAN HOLDINGS, LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., TRANSOCEAN DEEPWATER, INC. and TRITON ASSET LEASING GmbH, respectfully request oral argument in the captioned subpoena enforcement proceeding, also captioned as "United States of America v. Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc. and Triton Asset Leasing GmbH", bearing Docket No.: 10-CV-04397, which has been set for hearing by the Court during the status conference scheduled for Friday, December 17, 2010 as per Rec. Doc. 830.

Respectfully Submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: *s/Richard J. Hymel*
    EDWIN G. PREIS, JR. (#10703)
    RICHARD J. HYMEL (#20230)
    102 Versailles Blvd., Ste. 400
    Post Office Drawer 94-C
    Lafayette, LA 70509
    Tel: (337) 237-6062
    Fax: (337) 237-9129

    COUNSEL FOR TRANSOCEAN HOLDINGS,
    LLC, TRANSOCEAN OFFSHORE DEEPWATER
    DRILLING, INC., TRANSOCEAN DEEPWATER,
    INC. and TRITON ASSET LEASING GmbH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail

( ) Facsimile                ( ) Federal Express

(✓) E-mail

Lafayette, Louisiana, this 10th day of December, 2010.

                            *s/Richard J. Hymel*
                            RICHARD J. HYMEL