UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: 10-4226 | § | MAG. JUDGE SHUSHAN |

**PLAINTIFFS OLEANDER BENTON AND GREGORY MECHE'S
<u>MOTION TO REMAND</u>**

Plaintiffs Oleander Benton and Gregory Meche move, pursuant to 28 U.S.C. §1447(c), for the Court to remand this case on the following grounds:

1. Plaintiffs' claims do not fall within the purview of the Outer Continental Shelf Lands Act ("OCSLA"), because the situs of Plaintiffs' work was on a vessel in navigable waters and not on a fixed platform.

2. Plaintiffs' claims are maritime in nature. Maritime claims do not give rise to federal question jurisdiction for the purposes of removal because of the "saving to suitors" clause of 28 U.S.C. §1333(1).

3. To the extent that OCSLA could apply to Plaintiff's claims, it cannot displace Plaintiff's general maritime law claims.

4. Defendants cannot seek removal under 28 U.S.C. §1441(b) because some of them are citizens of Texas, the forum state.

For the foregoing reasons, and those more fully set forth in the attached Memorandum in Support of Plaintiffs Oleander Benton and Gregory Meche's Motion to Remand, this matter should be remanded to the 215th Judicial District of Harris County, Texas.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: /S/ Anthony G. Buzbee
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs Oleander Benton and Gregory Meche's Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of December, 2010.

/S/ Anthony Buzbee
Anthony Buzbee