# EXHIBIT

# A

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
ORLEANS PARISH §

I, Oleander Benton, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon*, a semi-submersible offshore drilling rig, as a regular member of the crew. I was working as a prep cook when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* in or around January 2010.

4. As a prep cook, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, preparing meals and assisting the cook.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Art Catering was performed aboard the *Deepwater Horizon*.

7. My hitch was 28 days on, 14 days off and I worked 12 hours per day.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on December 8, 2010.

*Oleander Benton*
OLEANDER BENTON

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
LAFAYETTE PARISH          §

I, Gregory Meche, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon*, a semi-submersible offshore drilling rig, as a regular member of the crew. I was working as a compliance specialist when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* on or about March 18, 2007.

4. As a compliance specialist, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, monitoring vessel discharge and sampling, analyzing and monitoring drill cuttings to test for retained drilling fluids.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for MI SWACO, with the exception of a combined two to three weeks in January 2008 and January 2009, was performed aboard the *Deepwater Horizon*. The two to three weeks not spent aboard the *Deepwater Horizon* were two short-term temporary assignments on two other offshore installations.

7. My normal hitch was 14 days on, 14 days off.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on December 10, 2010.

_____
GREGORY MECHE