# EXHIBIT

# B

## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA §
VERNON PARISH §

I, Micah Joseph Sandell, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration. I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a crane operator when the *Deepwater Horizon* caught fire and exploded. My supervisor was Dennis Martinez.

3. I was permanently assigned to the *Deepwater Horizon*. I had been working aboard the *Deepwater Horizon* for approximately eight or nine years.

4. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Transocean was performed aboard the *Deepwater Horizon*.

5. The *Deepwater Horizon* is a semisubmersible drilling rig. During my assignment, the *Deepwater Horizon* was only involved in drilling operations and was never used as a production rig.

6. During my assignment, the *Deepwater Horizon* moved to many different drilling locations. On average, the *Deepwater Horizon* moved to a different location approximately every two to three months.

7. On April 20, 2010, prior to the explosion, the crew of the *Deepwater Horizon* were preparing to cap the well, which is one of the procedures performed in preparation for moving to another location.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on July 2nd, 2010.

_____
MICAH JOSEPH SANDELL