UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, on | § | SECTION: J |
|     APRIL 20, 2010 | § | |
| | § | |
| | § | JUDGE BARBIER |
| This Document Relates to: 10-4226 | § | MAG. JUDGE SHUSHAN |

## NOTICE OF HEARING

TO: ALL COUNSEL OF RECORD

IT IS HEREBY ORDERED that Plaintiffs Oleander Benton and Gregory Meche's Motion to Remand in the above-captioned matter is hereby set for hearing on the 5th of January, 2011, at 9:30 o'clock a.m.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By: /S/ *Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Ste. 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of December, 2010.

                                      */S/ Anthony Buzbee*
                                      Anthony Buzbee