# EXHIBIT

# A

## DECLARATION UNDER PENALTY OF PERJURY

| | |
|---|---|
| STATE OF LOUISIANA | § |
| LAFAYETTE PARISH | § |

I, Lance John, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On April 20, 2010, I was working aboard the *Deepwater Horizon* as a regular member of the crew. I was working as a rig system specialist when the *Deepwater Horizon* caught fire and exploded.

3. I was permanently assigned to the *Deepwater Horizon*. I started working aboard the *Deepwater Horizon* on or about February 1, 2001.

4. As a rig system specialist, my job responsibilities aboard the *Deepwater Horizon* included, but were not limited to, making up drill pipe offline, running casing, making the bottom hole assembly, racking pipe and handling the casing tally.

5. The above duties contributed to the *Deepwater Horizon*'s functioning, operation, mission and/or welfare.

6. Since being assigned to the *Deepwater Horizon*, all of the work that I performed for Weatherford was performed aboard the *Deepwater Horizon*.

7. My hitch was 14 days on, 14 days off.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on December 07, 2010.

_____
LANCE JOHN