UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION: "J" |
| | | |
| | | Judge Barbier |
| This Document Relates to: 10-1345 | * | Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that the Motion is granted, and that William R. DeJean be withdrawn as counsel of record in the above-referenced proceeding.

**IT IS HEREBY FURTHER ORDERED** that Alex L.M. Ducros of the law firm Orrill, Cordell & Beary, L.L.C., be enrolled as additional counsel of record in this matter on behalf of the Plaintiffs, Joseph A. Kunstler, Bay E. Ingram, and Harold H. Cummins, individually and on behalf of all other similarly situated individuals in the case styled *Kunstler, et al. v. BP, PLC, et al.*, Civil Action No. 10-1345.

      **ALEX L.M. DUCROS (Louisiana Bar No. 32128)**
      ald@ocblaw.com

New Orleans, Louisiana this 10th day of December, 2010.

_____
United States District Judge