UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF OF
MEXICO, ON APRIL 20, 2010
 Michael Chatman, et al., v. BP Exploration & Production, )
  Inc., et al., S.D. Texas, C.A. No. 4:10-4329 ) MDL No. 2179

## ORDER VACATING CONDITIONAL TRANSFER ORDER

 A conditional transfer order was filed in this action (*Chatman*) on November 30, 2010. In the absence of any opposition, the conditional transfer order was finalized with respect to *Chatman* on December 8, 2010. The Panel has now been advised that *Chatman* was dismissed by the Honorable Kenneth M. Hoyt in an order filed on December 2, 2010.

 IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-7" filed on November 30, 2010, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel