UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>Micah Wright v. BP, PLC, et al.<br>2:10-cv-03177 (E.D. La.) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiff in the above-styled cause and further respectfully requests that all correspondence, pleadings, orders, etc. be directed to him.

*/s/ Steven L. Nicholas*
STEVEN L. NICHOLAS (NICHS2021)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiff Micah Wright

## CERTIFICATE OF SERVICE

I hereby certify that on this the ___ day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and by electronically uploading the same to Lexis Nexis File & Serve, which will send a notice of electronic filing to all counsel and parties in accordance with the procedures established in MDL 2179.

*/s/ Steven L. Nicholas*
STEVEN L. NICHOLAS