## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on April 20, 2010 | MDL-NO: 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: 10-CV-01767-CJBS-SS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*******************************************

### *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

**NOW INTO COURT** come Plaintiffs, who respectfully request leave to submit the attached First Amended Complaint for Damages and Declaratory and Injunctive Relief to correct the name of the owner of the Cotton Exchange Hotel as reflected therein.

Dated: December 13, 2010

                            By:    /s/James M. Garner
                                    JAMES M. GARNER (# 19589)
                                    TIMOTHY B. FRANCIS (#14973)
                                    EMMA E. ANTIN DASCHBACH (#27358)
                                    Sher Garner Cahill Richter
                                          Klein & Hilbert, L.L.C.
                                    909 Poydras Street, 28th Floor
                                    New Orleans, Louisiana 70112-1033
                                    Telephone:    (504) 299-2100
                                    Facsimile:    (504) 299-2300

**GLADSTONE N. JONES (#22221)**
**LYNN E. SWANSON (#22650)**
**EBERHARD D. GARRISON (#22058)**
**KEVIN E. HUDDELL (#26930)**
**H.S. BARTLETT, III (#26795)**
**JAQUELINE A. STUMP (#31981)**
Jones Swanson Huddell & Garrison, L.L.C.
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**JAMES R. SWANSON (#18455)**
**JOSEPH C. PFEIFFER (#26459)**
**LANCE C. McCARDLE (#29970)**
**JASON W. BURGE (#30420)**
**ALYSSON L. MILLS (#32904)**
Fishman Haygood Phelps Walmsley
    Willis & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel of record via LexisNexis *File & Serve*, this 14th day of December, 2010.

/s/James M. Garner