UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on April 20, 2010 | * * * * | MDL-NO: 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: 10-CV-01767-CJBS-SS | * * * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

Plaintiffs hereby amend their Complaint for Damages and Declaratory and Injunctive Relief Cotton Exchange Hotel, L.L.C. as follows:

I.

Paragraph 1(a) of Plaintiff's Complaint for Damages and Declaratory and Injunctive Relief shall read as follows:

#### The Parties

1.  Appearing as Plaintiffs herein are:

***

b)  <u>Cotton Exchange Hotel Operating Company, L.L.C.</u>, a Louisiana limited liability company that owns the Cotton Exchange Hotel in New Orleans, Louisiana in close proximity to the coast of the Gulf of Mexico and in the Coastal Zone, and, as a result of the events described below, has suffered damages that are more fully described below;

1

Dated: December 14, 2010

By: /s/James M. Garner
**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (#14973)**
**EMMA E. ANTIN DASCHBACH (#27358)**
Sher Garner Cahill Richter
    Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:   (504) 299-2300


**GLADSTONE N. JONES (#22221)**
**LYNN E. SWANSON (#22650)**
**EBERHARD D. GARRISON (#22058)**
**KEVIN E. HUDDELL (#26930)**
**H.S. BARTLETT, III (#26795)**
**JAQUELINE A. STUMP (#31981)**
Jones Swanson Huddell & Garrison, L.L.C.
Pan American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:   (504) 523-2500
Facsimile:   (504) 523-2508


**JAMES R. SWANSON (#18455)**
**JOSEPH C. PFEIFFER (#26459)**
**LANCE C. McCARDLE (#29970)**
**JASON W. BURGE (#30420)**
**ALYSSON L. MILLS (#32904)**
Fishman Haygood Phelps Walmsley
    Willis & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600
Telephone:   (504) 586-5252
Facsimile:   (504) 586-5250