## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL-NO:   2179 |
| GULF OF MEXICO, on April 20, 2010 | * | |
| | * | SECTION:   J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| 10-CV-01767-CJBS-SS | * | |
| | * | MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File First Amended Complaint for Damages and Declaratory and Injunctive Relief;

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
**JUDGE CARL J. BARBIER**