UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## LIAISON COUNSEL MEMORANDUM PROVIDING REPORT FOR 12/17/10 STATUS CONFERENCE

Liaison Counsel submits this report for the status conference on December 17, 2010.

**1. Pre-Trial Orders:**

Since the last conference on November 19, the Court has entered PTO #18 (Expert Discovery, Record Doc. No. 825) and PTO #19 (Status Conference Schedule through February 2012, Record Doc. No. 841). Pending is the parties' proposal of a Direct Filing Order.

**2. Master Complaints:**

By the time of the status conference on Friday, Master Complaints will have been filed as per CMO #1 Section IV.

–1–

417652124.

**3. The Status of the JPML Proceedings:**

Since the parties submitted the last status report on November 17, 2010, the JPML has issued one new Conditional Transfer Order transferring 7 additional cases, one of which has already been voluntarily dismissed, to this Court. On November 30, the JPML issued a final Transfer Order resolving the objections of three plaintiffs to CTOs 2 and 3, and ordering those cases transferred to this judicial district for inclusion in MDL 2179. To date, a total of seven CTOs have been issued. The transfer of 289 cases has become final and when added with those originally filed in the Eastern District of Louisiana, there are approximately 379 cases. The following issues remain undecided.

- Objections have been filed as to seven of the cases identified in CTO-5 and one of the cases identified in CTO-6. The objections are subject to briefing schedules that extend into December 2010, and it is unlikely that they will be resolved until January 2011.

- Three cases subject to CTO-6 became subject to final transfer on November 17, 2010; one party has objected to transfer of the 4th case.

- One case subject to CTO-7 was voluntarily dismissed and therefore not transferred. Plaintiffs have objected to transfer in two other cases subject to CTO-7. Briefing on the objections to CTO-7 will not conclude until mid-January 2011, and a decision is not expected until late January or early February.

- Currently, there are 5 actions that have been identified to the JPML as potentially related tag-along actions in MDL 2179 for which no CTO has been issued.[1]

---

1   Attached is a chart showing the status of the Conditional Transfer Orders.

4. **<u>Status of State-Filed Lawsuits</u>:**

At least 13 Deepwater Horizon-related lawsuits are currently pending in various state courts, including Baldwin County, Alabama (one case); Harris County, Texas (four cases); Galveston County, Texas (four cases); Plaquemines Parish, Louisiana (one case); Hillsborough County, Florida (one case); Gwinnett County, Georgia (one case); and Jackson County, Mississippi (one case). These cases include:

- Seven personal injury suits, including (1) three suits brought by plaintiffs alleging injuries sustained in the April 20, 2010 incident and (2) four suits brought by oil spill response workers;
- One breach of contract suit filed by the manufacturer of containment boom;
- Four lawsuits alleging commercial losses and/or diminished real property value as a result of the oil spill; and
- One suit alleging property damage resulting from oil spill response staging operations conducted on plaintiff's property.
- Motion practice is proceeding in some state court cases.
- Trials are currently scheduled to begin in two of the oil spill response worker cases in Texas state court on October 17, 2011, and February 6, 2012.

In addition to the above, there are eight or more shareholder derivative lawsuits related to the Deepwater Horizon incident currently pending in at least four state jurisdictions, including Louisiana, Delaware, Texas (consolidated litigation), and Alaska (consolidated litigation).

5. **Status of 10-mdl-2185:**

   Derivative cases: Judge Ellison has entered an order consolidating the derivatives cases, appointing a lead plaintiff and a leadership structure of plaintiffs counsel as agreed by the plaintiffs. He also endorsed a stipulated agreement by the parties that the plaintiffs will file an amended consolidated complaint with responsive pleadings due 45 days thereafter; plaintiffs have been given access to the BP web-based document repository. The MDL 2179 PSC has expressed willingness to negotiate directly with the plaintiff groups in MDL 2185 regarding access to the MDL 2179 PSC document repository and discovery responses since discovery in this matter is more advanced.

   Securities cases: the issue of lead plaintiff and lead counsel remain unresolved with two plaintiff groups filing separate motions seeking to be appointed. The issue has now been fully briefed and Judge Ellison has set a hearing on December 16 on the matter. Once the leadership structure has been resolved, it is expected that plaintiffs will seek consolidation and that they will file an amended consolidated complaint, with responsive pleadings due 45-60 days thereafter.

   ERISA cases: the ERISA plaintiffs have agreed to consolidate and the Court has endorsed an order consolidating the cases but the issue of lead plaintiff and lead counsel has not been resolved with two plaintiff groups competing for the leadership. Again, once the leadership issue has been resolved, it is expected that plaintiffs will file an amended consolidated complaint and that responsive pleadings will be due 45-60 days thereafter.

**6. Gulf Coast Claims Facility Update:**

The Gulf Coast Claims Facility posts to its website, www.gulfcoastclaimsfacility.com, a daily status report providing an update on its processing of individual and business claims. As of December 13, 2010, the GCCF reported the following statistics: A total of 465,912 claimants have submitted one or more claims to the GCCF of which 384,398 are individuals and 81,514 are businesses. Claimants have received a total of $2,499,378,890.88, including $41,500,000 in payments from the separate fund for real estate brokers and agents.[2]

Individuals and businesses may file claims with the GCCF via the internet at www.gulfcoastclaimsfacility.com, by calling a toll free hotline, or by visiting a Claims Site Office. The GCCF currently has 35 Claims Site Offices -- 6 in Alabama, 13 in Florida, 12 in Louisiana, 3 in Mississippi and 1 in Texas. See www.gulfcoastclaimsfacility.com.

**7. BP/OPA Liability Limit**:

The parties are working on an agreed order regarding BP's waiver of the statutory limit and are hopeful they will be able to present this to the Court in the near future.

**8. Plaintiff Profile Forms Status:**

1859 PPFs have been served as of December 8 by plaintiffs' counsel. Texas counsel Mikal Watts' firm has served an additional 22,533 forms (in Excel file format). BP is able to provide the Court with some aggregate information.

All 22,533 Watts-firm claimants identify themselves as self-employed individuals in the commercial fishing industry. All 22,533 Watts-firm claimants check the "earnings/profit loss" box. Of the 1859 non-Watts-firm claimants, 462 checked the "business claim" box and 1419

---

2   See www.gulfcoastclaimsfacility.com/GCCF_Overall_Status_Report.pdf (last viewed Dec. 14, 2010).

checked the "individual claim" box. 29 claimants failed to check either box. Of the 1859 non-Watts-firm claimants, 213 checked the box marked "damage or destruction to real or personal property" 93 checked the box marked "removal and/or clean-up costs." Of the 1859 non-Watts-firm claimants, 69 checked the box marked "personal injury/death."

With respect to the Watts-firm claimants, 13,082 declared that they had filed claims with the GCCF. The rest checked "No" for claims presented to either BP or GCCF.

Of the 1859 non-Watts-firm claimants, 906 stated they had filed a claim with BP and 1201 stated they had filed a claim with GCCF.

Many who state they have filed a claim with BP or GCCF fail to identify a claim number.

BP has recently provided GCCF with the PPFs both in the original as-submitted PDF form and in usable Excel file formats. (Putting the original form information in usable Excel format has been labor-intensive and time-consuming). Now that the GCCF is in receipt of the Excel files and PPFs, it can assess what will be required to respond to the PPF authorizations as per the Court's Order Regarding Plaintiff Profile Forms (Record Doc. No. 642).

In sum, BP reports that analysis not only of the PPF information itself is time-consuming but in addition, the claims facilities themselves will need time to intake the claimant information and provide the released material. Obviously, there will then be time required to review and assess the released material once it becomes available.

## 9. BOP Status:

The blowout preventer testing commenced on November 15 at the Michoud/NASA facility.

10. **Cement Testing Status:**

On November 16, at the direction of the Department of Justice, the Environmental Protection Agency, took possession of the Cementing Components identified in Halliburton Energy Services, Inc.'s Memorandum in Support of Motion for Relief from Preservation of Evidence Obligations of Pretrial Order No. 1. (Docket 494-1) The DOJ requested all interested parties to submit any testing protocols to be considered. There is currently no deadline for the submission of testing protocols.

11. **Written and Deposition Discovery:**

The Plaintiffs Steering Committee has submitted two sets of written discovery to Defendants (on October 15 and November 1). Deposition discovery is set to begin on January 18, 2011, with 10 days scheduled for depositions in January. Thereafter, the parties will conduct depositions on 15 days of each month. A New Orleans-based court reporting firm has been selected by the parties. The parties are discussing the location of depositions in accordance with PTO #17 Section II(C), and it may be necessary to seek clarification from Magistrate Judge Shushan on this issue.

12. **Deadlines for RICO cases:**

A Master Complaint, per the parties' agreement, will be filed on January 18, 2011. Responsive pleadings are due on February 18, 2011.

If the Court has any questions, all parties will be prepared to address them at Friday's conference.

        Respectfully submitted,

        /s/ Don K. Haycraft
        Don K. Haycraft (Bar #14361)
        R. Keith Jarrett (Bar #16984)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139-5099
        Telephone: (504) 581-7979
        Facsimile: (504) 556-4108

        and

        Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Wendy Bloom, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL 60654
        312-862-2000 (Tel)
        312-862-2200 (Fax)

        **Attorneys for BP America Production Company and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on December 14, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                    /s/ Don K. Haycraft

417652124.