UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| 10-CV-3059 | : | |

……………………………………………………………………………………………………

### EX PARTE MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF, OR EXEMPTION FROM, CERTAIN PARTY-PLAINTIFF REQUIREMENTS

NOW INTO COURT comes the State of Louisiana ("Louisiana"), through James D. "Buddy" Caldwell, Louisiana Attorney General, and hereby files its Ex Parte Motion for Confirmation of Non-Applicability of or Exemption from Certain Party-Plaintiff Requirements. Louisiana requests that this Honorable Court confirm the non-applicability of, or in the alternative exemption from, certain provisions contained within Pretrial Orders No. 11 and No. 8.

As more fully set forth in its Memorandum in Support of this Motion, Louisiana, a plaintiff in these coordinated proceedings through the filing of its Complaint for Declaratory Judgment (Rec. Doc. No. 1, Docket No. 10-CV-3059), seeks confirmation of several matters with respect to various provisions in certain Pretrial Orders issued by the Court. Specifically, Louisiana seeks to confirm:

1.  That it is exempt from the amended complaint deadline found in Provision IV(A) of Pre-Trial Order No. 11/Case Management Order No. 1 (Rec. Doc. 569). While there is no

"Master Complaint" for government entities, there is also no present need for Louisiana to be held to an amended complaint deadline.  Louisiana believes it is not and should not be obligated to amend or add claims by a deadline meant to pertain to non-state plaintiffs, particularly in light of the fundamentally different nature of its case from that of other plaintiffs in these proceedings.

2. That the requirement for one-page "Plaintiff Profile Forms," as required by Provision V(C) of Pretrial Order No. 11/Case Management Order No. 1, does not apply to the State of Louisiana.  (Out of an abundance of caution, however, the State of Louisiana submitted on November 22, 2010, a "Plaintiff Profile Form" whereby Louisiana indicates the Form's non-applicability to the State.)

3. That no member of the Plaintiff Steering Committee, ("PSC") is authorized to negotiate regarding or resolve claims of the State of Louisiana, and that the settlement authority of the PSC excludes any claims of the State, notwithstanding the general language of Miscellaneous Subparagraph 3 of Pretrial Order No. 8 (Rec. Doc. 506), which purports to authorize the members of the PSC to "[e]xplore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation."

Further, Louisiana hereby asserts that by filing this Motion, it does not waive its right to object to, or seek further confirmation or clarifications regarding, any existing or future Order in this MDL, in whole or in part, including but not limited to the Orders addressed herein, and expressly reserving such rights.  Further, Louisiana hereby asserts that nothing in this Motion or related Memorandum affects any of the arguments or issues raised in Louisiana's still-pending Motion for Creation of Government Separate Case Track (Rec. Doc. 248) and related Ex Parte Motion for Hearing (Rec. Doc. 505).

WHEREFORE, Plaintiff State of Louisiana seeks confirmation that the above-referenced provisions are inapplicable to the State of Louisiana.

Dated this 15th day of December, 2010.

        Respectfully submitted,

        James D. "Buddy" Caldwell
        Louisiana Attorney General

        James Trey Phillips
        First Assistant Attorney General
        Megan K. Terrell
        Assistant Attorney General
        Section Chief – Environmental
        State of Louisiana
        P.O. Box 94005
        Baton Rouge, Louisiana  70804-9005
        Tel: 225- 326-6708
        Fax: 225- 326-6797


        Kanner & Whiteley, L.L.C.


         /s/ Allan Kanner_____
        Allan Kanner
        a.kanner@kanner-law.com
        Elizabeth B. Petersen
        e.petersen@kanner-law.com
        Rebecca J. Davis
        r.davis@kanner-law.com
        701 Camp Street
        New Orleans, Louisiana 70130
        Tel: 504-524-5777
        Fax: 504-524-5763


        Henry Dart, Attorneys at Law P.C.


         /s/ Henry T. Dart_____
        Henry T. Dart, Esq.
        hdart@dartlaw.com
        Grady J. Flattmann, Esq.

gflattmann@dartlaw.com
510 N. Jefferson St.
Covington, LA 70433
Tel: 985-809-8093
Fax: 985-809-8094


Usry, Weeks, & Matthews, APLC


_/s/ T. Allen Usry_____
T. Allen Usry, Esq.
ausry@uwmlaw.com
1615 Poydras St., Ste. 12
New Orleans, LA  70112
Tel: 504-592-4600
Fax: 504-592-4641


Shows, Cali, Berthelot & Walsh, LLP.


_/s/ E. Wade Shows_____
E. Wade Shows
ews@scbllp.com
628 St. Louis Street
Baton Rouge, Louisiana 70802
Tel: 225-346-1461
Fax: 225-346-1467

Special Counsel to the Attorney General


Marten Law PLLC


_/s/ Bradley M. Marten_____
Bradley M. Marten
bmarten@martenlaw.com
Linda R. Larson
llarson@martenlaw.com
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, Washington  98101
Tel: 206-292-2600
Fax: 206-292-2601

Special Counsel to the Attorney General