# IN RE: OIL SPILL by "Deepwater Horizon"

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |

## PLAINTIFF FACT SHEET

| Last Name: State of Louisiana | First Name: N/A | Middle Name/Maiden: | Suffix: |
|---|---|---|---|
| Phone Number: | E-mail Address: | | |
| Address: | City / State / Zip: | | |

INDIVIDUAL CLAIM ☐    BUSINESS CLAIM ☐

| Employer name: N/A | Business Name: N/A |
| Job Title / Description: | Type of Business: |
| Address: | Address: |
| City / State / Zip: | City / State / Zip: |
| Social Security Number: | Tax ID Number: |

| Attorney Name: Allan Kanner, Esq. | Firm Name: Kanner & Whiteley, L.L.C. |
| Address: 701 Camp Street | City / State / Zip: New Orleans, Louisiana |
| Phone Number: (504) 524-5777 | E-mail Address: a.kanner@kanner-law.com |

Original Case Caption: *State of Louisiana vs. Triton Asset Leasing, GMbH, et.al.*

Originating Court: EDLA    Original EDLA Civil Action Number: 10-CV-3059

Claim Filed with BP? Yes ☐ No ☐    Claim Filed with GCCF? Yes ☐ No ☐
If yes, BP Claim No: N/A    If yes, GCCF Claimant Identification No: N/A

**Claim Type (Please check all that apply)**
- Damage or destruction to real or personal property ☐
- Personal Injury/Death ☐
- Removal and/or clean-up costs ☐
- Earnings/Profit Loss ☐
- Loss of Subsistence use of Natural Resources ☐

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

The Plaintiff Profile Form does not apply to this case. The State of Louisiana files this form only in an abundance of caution.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

Attorney Signature: [signed]    Date: 11-22-10

Print Name: Allan Kanner, Special Counsel to LA AG

The contents of this form are "Confidential Access Restricted" and subject to PTO No. 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).