Special Counsel to the Attorney General

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| 10-CV-3059 | : | |

·······················································································

**ORDER**

CONSIDERING THE FOREGOING Ex Parte Motion for Confirmation of Non-Applicability of, or Exemption from, Certain Party-Plaintiff Requirements, filed by the State of Louisiana ("Louisiana");

IT IS ORDERED THAT THE MOTION IS GRANTED;

IT IS FURTHER ORDERED THAT Pre-Trial Order No. 11/Case Management Order No. 1, Provision IV(A) regarding deadlines for amending of complaints, does not apply to Louisiana, which is exempt from the requirements therein;

IT IS FURTHER ORDERED THAT Provision V(C) of Pretrial Order No. 11/Case Management Order No. 1, requiring the submission of a one-page Plaintiff Profile Form, does not apply to Louisiana, which is exempt from the requirements therein;

IT IS FURTHER ORDERED THAT to the extent Pretrial Order No. 8 authorizes the members of the PSC to "[e]xplore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation," this authority does not apply to any claims of the State of Louisiana. No member of the Plaintiff Steering Committee or Plaintiff Liaison Counsel is authorized to negotiate regarding or resolve claims of the State of Louisiana.

IT IS FURTHER ORDERED THAT Louisiana retains the right to raise objections to, or seek confirmation or clarification regarding, any existing or future Orders in this MDL, including but not limited to those Orders addressed herein.

THUS DONE AND SIGNED, this __ day of December, 2010, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**

# IN RE: OIL SPILL by "Deepwater Horizon"

**MDL 2179**                    **SECTION: J**                    **JUDGE CARL BARBIE**

LEXISNEXIS® FILE & SERVE
34489779
E-SERVICE

## PLAINTIFF FACT SHEET

Nov 22 2010
5:32PM

| Last Name State of Louisiana | First Name N/A | Middle Name/Maiden | Suffix |
|---|---|---|---|

| Phone Number | E-mail Address |
|---|---|

| Address | City / State / Zip |
|---|---|

| **INDIVIDUAL CLAIM** ☐ | **BUSINESS CLAIM** ☐ |
|---|---|

| Employer name N/A | Business Name N/A |
|---|---|
| Job Title / Description | Type of Business |
| Address | Address |
| City / State / Zip | City / State / Zip |
| Social Security Number | Tax ID Number |

| Attorney Name Allan Kanner, Esq. | Firm Name Kanner & Whiteley, L.L.C. |
|---|---|
| Address 701 Camp Street | City / State / Zip New Orleans, Louisiana |
| Phone Number (504) 524-5777 | E-mail Address a.kanner@kanner-law.com |

Original Case Caption *State of Louisiana vs. Triton Asset Leasing, GMbH, et.al.*

| Originating Court EDLA | Original EDLA Civil Action Number 10-CV-3059 |
|---|---|

| Claim Filed with BP?   Yes ☐   No ☐ | Claim Filed with GCCF?   Yes ☐   No ☐ |
|---|---|
| If yes, BP Claim No: N/A | If yes, GCCF Claimant Identification No: N/A |

**Claim Type (Please check all that apply)**

| Damage or destruction to real or personal property ☐ | Earnings/Profit Loss ☐ |
|---|---|
| Personal Injury/Death ☐   Removal and/or clean-up costs ☐ | Loss of Subsistence use of Natural Resources ☐ |

Brief Description/Primary Valuation of Claim (for personal injury claims, identify all health care providers and employers 2008 to present and complete authorization forms for each.)

The Plaintiff Profile Form does not apply to this case.   The State of Louisiana files this form only in an abundance of caution.

Both BP and the Gulf Coast Claims Facility ("GCCF") are hereby authorized to release to the Defendants in MDL 2179 all information and documents submitted by above-named Plaintiff and information regarding the status of any payment on the claim, subject to such information being treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Record Doc. No. 269/Roshto), and subject to full copies of same being made available to Plaintiffs through Liaison Counsel.

_____    11-22-10
**Attorney Signature**                          **Date**
Allan Kanner, Special Counsel to LA AG
**Print Name**

The contents of this form are "Confidential Access Restricted" and subject to PTO No. 13 (Order Protecting Confidentiality) and are submitted pursuant to PTO No. 11, Section V(C).