UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on April 20, 2010 | * MDL-NO:  2179 <br> * <br> * SECTION:  J <br> * |
| THIS DOCUMENT RELATES TO: <br> 10-CV-01767-CJBS-SS | * JUDGE BARBIER <br> * <br> * MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File First Amended Complaint for Damages and Declaratory and Injunctive Relief;

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

New Orleans, Louisiana this 15th day of December, 2010.

_____
United States District Judge