UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *Pleading Bundles B1 and B3.* | * * | JUDGE BARBIER |
| Applies to: No 10-2771 | * * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## PLAINTIFFS' *EX PARTE* MOTION FOR THE ADOPTION OF SHORT-FORM PLEADINGS

**NOW INTO COURT** come Plaintiffs, who respectfully pray for an Order allowing for the submission of short-form pleadings, pursuant to Section III(B)(1) and III(B)(3) of Case Management Order No. 1 [PTO No. 11] and the provisions of the Direct Filing Order [PTO No. ___].

This 15th day of December, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of December, 2010.

/s/ Stephen J. Herman and James Parkerson Roy