UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *Pleading Bundles B1 and B3.* | * * | JUDGE BARBIER |
| Applies to: No 10-2771 | * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING Plaintiffs' *Ex Parte* Motion for Adoption of Short-Form Pleadings:

IT IS ORDERED that the submission to the Clerk of Court for the United States District Court for the Eastern District of Louisiana of the CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS, attached hereto as Exhibit "A", shall be filed by the Clerk's Office into the record of both Civil Action No. 10-2771 and 10-md-2179;

IT IS FURTHER ORDERED that such filing shall constitute a claim *In the Matter of: Complaint and Petition of Triton Asset Leasing GmbH, et al,* No. 10-2771; constitute an answer to the *Complaint and Petition of Triton Asset Leasing GmbH, et al,* in No. 10-2771 consistent with the answer and defenses asserted in the MASTER ANSWER [Doc 244]; constitute an intervention into the MASTER COMPLAINT [Doc 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179; and constitute an intervention into the MASTER COMPLAINT [Doc 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179;

IT IS FURTHER ORDERED that, upon the filing of said short-form pleading within Civil Action No. 10-md-2179, the intervention shall be assigned a unique number by the Clerk of Court for administrative purposes.

SIGNED this ____ day of December, 2010, New Orleans, Louisiana.

                                                                                                           _____
                                                                                                            Hon. Carl J. Barbier
                                                                                                            U.S. District Court Judge