**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL. 2179** |
| **"DEEPWATER HORIZON" IN THE** | | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To: 10-CV-04397** | * | |
| | | |
| | * | **Judge Barbier** |
| | | **Mag.  Judge Shushan** |
| | * | |
| | | |
| | *      *      * | |

**MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM OF THE UNITED STATES**

The United States of America, on behalf of the Joint Board of Investigation of the United

States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement[1]

convened under the authority of 46 U.S.C. §6301, et seq. and 43 U.S.C. §1348, respectfully moves

the Court for leave to file the attached reply memorandum to Transocean's opposition in the

captioned subpoena enforcement proceeding.  The United States offers this memorandum in

---

[1]For brevity sake, the Joint Board of Investigation of the United States Coast Guard and the
Bureau of Ocean Energy Management, Regulation and Enforcement will sometimes be referred
to as the Joint Board of Investigation or the Board.

order to address two discreet issues discussed by Transocean in its opposition to the United States'

petition for enforcement.  A proposed order is attached for the Court's consideration.

<div style="margin-left: 50%;">

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


*s/ SHARON D. SMITH*
SHARON D. SMITH (17146)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room B210
New Orleans, Louisiana 70130
Telephone:  (504) 680-3004

</div>