UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL. 2179 |
| This Document Relates To: 10-CV-04397 | * | SECTION: J |
| | * | Judge Barbier Mag. Judge Shushan |
| | * | |

\* \* \*

## O R D E R

CONSIDERING THE MOTION of the United States of America for leave to file the attached reply memorandum to Transocean's opposition in the captioned subpoena enforcement proceeding, the motion be and is hereby granted and the Clerk of Court is ordered to file the attached reply memorandum into the record in the captioned case.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE