UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL                CIVIL ACTION
RIG "DEEPWATER HORIZON" IN
THE GULF OF MEXICO ON APRIL,
20, 2010

                                      MDL 2179
                                      MEMBER CASE:
                                      10-3891

                                      SECTION: J(1)

**ORDER**

Before the Court is Plaintiffs' **Motion to Deconsolidate (Rec. Doc. 855).**

**IT IS ORDERED** that Plaintiffs' **Motion to Deconsolidate (Rec. Doc. 855)** is hereby **GRANTED** and that member case 10-3891, <u>Serigne et al. v. Loupe Construction and Consulting Company, Inc. et al.</u>, is **DECONSOLIDATED** from MDL 2179 because this case is not sufficiently related to the MDL.

New Orleans, Louisiana this 15th day of December, 2010.

                                      _____
                                      CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE