**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL BY THE OIL RIG          *          MDL. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010          *

This Document Relates To: 10-CV-04397          *          SECTION: J

                                               *          **Judge Barbier**
                                                          **Mag.  Judge Shushan**
                                               *

          *          *          *

## O R D E R

    CONSIDERING THE MOTION of the United States of America for leave to file the attached

reply memorandum to Transocean's opposition in the captioned subpoena enforcement proceeding,

the motion be and is hereby granted and the Clerk of Court is ordered to file the attached reply

memorandum into the record in the captioned case.

    New Orleans, Louisiana this 16th day of December, 2010.


_____
United States District Judge