UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|    "Deepwater Horizon" in the | * | |
|    Gulf of Mexico, on | * | SECTION: "J" |
|    April 20, 2010 | * | |
| | * | Judge Barbier |
| This Document Relates to: 10:3185 | * | Mag. Judge Shusham |

## ORDER

The Court, having considered the Motion to Withdraw as Counsel filed by Stephen D. Susman and Harry P. Susman of Susman Godfrey, L.L.P., is of the opinion that same should be GRANTED. It is therefore

ORDERED that Stephen D. Susman and Harry P. Susman of the law firm of Susman Godfrey, L.L.P. are withdrawn as attorneys for Kurt Satchfield. It is further

ORDERERD that Paul Sizemore and Gerald B. Taylor of Sizemore Taylor LLP will continue to represent Plaintiff in this action.

 

_____
United States District Judge

1384094v1/012030