UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on | * | SECTION: "J" |
| April 20, 2010 | * | |
| | * | Judge Barbier |
| This Document Relates to: 10:3177 | * | Mag. Judge Shusham |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Stephen D. Susman and Harry P. Susman of Susman Godfrey, L.L.P. respectfully move the court to withdraw as counsel for Plaintiff, Micah Wright, in the above captioned action. Plaintiff consents to this withdrawal. Paul Sizemore and Gerald B. Taylor of Sizemore Taylor LLP will continue to represent Plaintiff.

Respectfully submitted,

/s/ Stephen D. Susman
Stephen D. Susman
Harry P. Susman
Susman Godfrey, L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
(713) 651-9366
Attorneys for Micah Wright

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served via electronic service on counsel of record, this 16th day of December, 2010.

/s/ Stephen D. Susman
Stephen D. Susman

1384414v1/012030