Case 2:10-md-02179-CJB-DPC   Document 890   Filed 12/17/10   Page 1 of 2
Case 2:10-cv-04271-CJB-SS   Document 3-2   Filed 11/10/10

RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SCOTTY KERSHAW and SANDRA KERSHAW )
_____ )
         Plaintiff                )    MDL 10-2179 J (1)
                                  )
         v.                       )    Civil Action No. 10-4271
BP AMERICA PRODUCTION COMPANY, ET AL )
                                  )
_____ )
         Defendant                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP EXPLORATION & PRODUCTION INC.
Through its registered agent:
CT Corporation System,
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA. 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian C. Colomb
556 Jefferson St., Ste 500
Lafayette, LA 70501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

Date: Nov 10 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP Exploration & Production**
was received by me on *(date)* **11-17-10**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lynette Bass**, who is
designated by law to accept service of process on behalf of *(name of organization)* **CT Corp as agent for BP Exploration** on *(date)* **11-17-10** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **11/17/10**

*Server's signature*

**Jeffery Brown / PPS**
*Printed name and title*

**BOMBET, CASHIO & ASSOCIATES**
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

*Server's address*

Additional information regarding attempted service, etc: