AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

SCOTTY KERSHAW and SANDRA KERSHAW

)
)
*Plaintiff*                                                 )                 MDL 10-2179 J(1)
)
v.                                              )   Civil Action No.
)                 10-4271
BP AMERICA PRODUCTION COMPANY, ET AL            )
)
*Defendant*                                              )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP COMPANY NORTH AMERICA, INC.
Through their registered agent:
The Prentice Hall Corporation System, Inc.
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian C. Colomb
556 Jefferson St., Ste. 500
Lafayette, LA 70501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Loretta G. Whyte**
Name of clerk of court

Date: ____Nov 10 2010____

Deputy clerk's signature

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❐ I personally served the summons on the individual at *(place)*

on *(date)*                                   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                                            , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                     ; or

❐ I returned the summons unexecuted because                                              ; or

☑ Other *(specify)*  Certified Mail Receipt # 7007 0710 0003 4197 1108
Received on 11-20-10 by their registered agent The Prentice Hall Corp.

My fees are $              for travel and $              for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:   12-16-10

Kathy Arnaud
Server's signature

Kathy Arnaud
Printed name and title

P.O. Box 3668, Lafayette, LA 70502
Server's address

Additional information regarding attempted service, etc:

Re: BP-Kershaw

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7007 0710 0003 4197 1108

Postage | $ .78
Certified Fee | 2.80
Return Receipt Fee (Endorsement Required) | 2.30
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 5.88

Postmark Here

Sent To _The Prentice Hall Corp._
Street, Apt. No.; or PO Box No. _2711 Centerville Rd., Ste. 400_
City, State, ZIP+4 _Wilmington  DE  19808_

PS Form 3800, August 2006                    See Reverse for Instructions

BP: Kershaw          BP North America, Inc.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Prentice Hall Corp.
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

NOV 20 2010

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7007 0710 0003 4197 1108

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540