UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DEEPWATER HORIZON | CIVIL ACTION |
| | MDL NO. 10-2179 |
| PERTAINS TO: | SECTION J-1 |

*Doanh Tran, et al vs. BP Exploration and Production, Inc., et al.* EDLA: 10-4228

### PLAINTIFF DAVID PHAM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, David Pham, through undersigned counsel, voluntarily dismisses his case (No. 2010-4228 in this consolidated matter) without prejudice against all defendants named in the complaint that was filed on, or about, July 23, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted:

/s/ Mikal C. Watts

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFFS
OF COUNSEL:

WATTS GUERRA CRAFT
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100

Fax: 361-882-1261

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

                                                 /s/ Mikal C. Watts
                                                Mikal C. Watts