**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, On April 20, 2010 | § § § § § | MDL No. 2179<br><br>Section: J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| *Doanh Tran, et al vs. BP Exploration and Production, Inc., et al.* **EDLA: 10-4228** | § § § | |

**PLAINTIFF DAVID PHAM'S CORRECTED NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, David Pham, through undersigned counsel, voluntarily dismisses his case (No. 2010-4228 in this consolidated matter) without prejudice against all defendants named in the complaint that was filed on, or about, July 23, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted:

Mikal C. Watts
State Bar No. 20981820
Federal Bar No. 12419
MCWatts@wgclawfirm.com

ATTORNEY IN CHARGE

J. Hunter Craft
State Bar No. 24012466
Federal Bar No. 24377
HCraft@wgclawfirm.com

/s/ Emily C. Jeffcott
_____
Emily C. Jeffcott
State Bar No. 24069993
Federal Bar No. 1069933
EJeffcott@wgclawfirm.com

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL:

WATTS GUERRA CRAFT
2506 North Port Avenue
Corpus Christi, Texas 78401
Phone: 361-693-3100
Fax: 361-882-1261

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFF"S CORRECTED NOTICE OF VOLUNTARY DISMISSAL WITOUT PREJUDICE has been served on All Counsel by electronically uploading the same to Lexis Nexis & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the Procedures established in MDL 2179, on this the 17th day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Emily C. Jeffcott
　　　　　　　　　　　　　　　　　　　　　　　　Emily C. Jeffcott