UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *Member Case 10-4397* | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

### ORDER

This matter is before the Court on the Petition of the United States of America for judicial enforcement of an administrative subpoena issued by the Joint Board of Investigation of the United States Coast Guard and the Bureau of Energy Management, Regulation and Enforcement (Rec. Doc. 6 in member case 10-4397). The Court, having reviewed all pleadings in support of the United States' petition and all pleadings in opposition thereto, finds that the petition is well founded and supported by law, and therefore,

**IT IS ORDERED** that Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Triton Asset Leasing GmbH shall, within fifteen (15) business days of the date of this Order, produce to the Joint Board of Investigation:

(1)   all documents relating to the last ISM audit report for all Transocean vessels that operated in the Gulf of Mexico at the time of the casualty, and

(2)   the external audit(s) of the Safety Management System (ISM), including but not limited to an initial audit in 1998, two 5-year recertification audits in 2003 and 2008, and four interim audits in 2001, 2004, 2007, and 2010.

**IT IS FURTHER ORDERED** that, upon completion of the production, confirm in writing that all such documents have been produced.

**IT IS FURTHER ORDERED** that, to the extent that Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and Triton Asset Leasing GmbH claim that any document ordered be produced is subject to privilege, then such respondent claiming privilege shall produce, within 15 days of the date of this Order, to the Joint Board of Investigation a privilege log, describing each document over which it claims a privilege and identifying the date, author, and recipient(s) of the document and stating the legal basis for the assertion of privilege.

New Orleans, Louisiana, this 17th day of December, 2010.

**THE HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**