UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * SECTION: J <br> * <br> * <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |

******************************************************

FRIDAY, DECEMBER 17, 2010, 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

CASE MANAGER:            COURT REPORTER:
CESYLE NELSON            CATHY PEPPER

STATUS CONFERENCE

Plaintiffs' Liaison Counsel and Defense Liaison Counsel introduced themselves to the Court. The matters listed below were discussed:

1. Pre-Trial Order 18 was issued on December 1, 2010, and at the request of counsel, the Court issued Pre-Trial Order 19, which scheduled status conferences through February 2012. Counsel should review the dates and inform the Court of any conflicts. The pending Pre-Trial Order regarding direct filing was agreed upon by all counsel.

2. Liaison Counsel will agree on a date to meet with the Court for assistance on resolving issues with respect to the recently filed Master Complaints.

3. Liaison Counsel provided a report regarding the seven Conditional Transfer Orders issued by the Panel for Multi-District Litigation. There are objections in approximately seven cases, and counsel expect that the Panel will resolve these issues soon.

4. A Master Complaint addressing RICO claims will be filed by January 18, 2011. Responsive pleadings will be filed 30 days thereafter.

5, 6. Counsel reported on the status of MDL 2185, and of cases pending in state courts, and of their efforts to coordinate discovery.

7. Discussions concerning amendments to deposition protocol are ongoing.

8. Defense Liaison Counsel gave a status report on the Gulf Coast Claims Facility.

9. Plaintiffs' Liaison Counsel advised the Court that a joint proposed order would be submitted to the Court to address issues relating to BP/OPA 90 Liability Limit and Waiver.

10. Liaison Counsel reported on the status of plaintiff profile forms. Review of these forms is ongoing.

11. Responses on two sets of written discovery have been made, and counsel are working to establish the initial deposition discovery that will begin on January 18, 2011, with ten days of depositions in January and fifteen days per month thereafter.

12. Counsel will review current deadlines and advise the Court of same.

13. Counsel from the Department of Justice advised the Court that the forensic testing of the BOP was proceeding according to schedule.

14. The United States has requested proposed cement testing protocols from Halliburton, whose counsel said it would comply with this request by early January. The United States may submit a proposed order to the Court to permit destructive testing once the appropriate protocols have been agreed upon.

15. Oral arguments were heard on the United States' First Amended Petition for Enforcement of Administrative Subpoena (Rec. Doc. 6 in member case 10-4397). Following argument, the Court granted the United States' Petition and will issue an order enforcing the administrative subpoena.

16. Attorney Scott Bickford, representing Plaintiff Clay Whittinghill, presented argument on the Plaintiff's Motion to Deconsolidate (Rec. Doc. 802). Following argument, the Court took the Motion under advisement.

17. Defense Liaison Counsel gave a follow-up report on the recovery of physical evidence.

18. Attorney Brent Coons, representing certain Plaintiffs in the MDL, voiced concerns about inconsistent payments made by the GCCF. He also tendered to Plaintiffs' Liaison Counsel litigation documents regarding the BP Texas City oil spill. Multiple Defense Liaison Counsel objected to this form of discovery. All counsel agreed that any confidentiality orders that applied to these newly proffered documents would be adhered to.

19. The next status conference will be held on Friday, January 28, 2011 at 9:30 a.m. CST. Liaison Counsel are to submit a proposed agenda and brief status report by noon on January 25, 2011.

JS-10: 1 hr., 7 min.