# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference – December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ky Kirby | 202-373-6725 | Anadarko & MOEX |
| Deb Kuchler | 504-592-0691 | Anadarko + MOEX |
| Theodore Tsekerides | 212-310-8218 | Seacor |
| David Beck | 713-951-6209 | Cameron |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " " |
| Jenny Martinez | 214-939-4620 | " " |
| Mike Underhill | 415-436-6648 | US |
| Steve Herman | 504-581-4892 | Plaintiffs |
| James P. Roy | 337-278-7892 | PLC's |
| Don Haycraft | 504 581-7979 | BP |
| Andy Langan | " " | BP |
| Phil Wittman | 581-3200 | Cameron |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeffrey P Berniard | 504-458-6005 | James Filoux et al |
| Elizabeth Peterson | 504-524-5777 | AG Louisiana |
| Ned Kohnke | 504-581-6062 | Transocean |
| Natalie DeJean | 504-525-8100 | Dinet/Mahoney's |
| Carla Burke | 214.213.0168 | MDL |
| Mike Palmintier | 225-344-3755 | PSC |
| Blayne Honeycutt | 225-664-0304 | PSC |
| Walter Leger | 504-855-9045 | PSC |
| Patrick Montoya | 305-476-7400 | PSC |
| William J Riviere | 504-584-9343 | Gulf Offshore Logistics/GOL INTL |
| Phil Cossich | (504) 394-9000 | BC |
| Mitchell Breit | (212) 784-6422 | Plaintiffs |
| Madison Lemaire | 985 7936789 | T |
| Daniel O Sherrill | 713 450 0072 | Transocean |
| Tom Thornhill | 385.641.5010 | State/TTs |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Kerry Miller | 599-8194 | TO |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeff Breit | 757-615-8582 | Pl PSC |
| Elizabeth Cabraser | 415 806 2100 | Pl PSC |
| Dawn Barrios | 504-524-3300 | Co-Coord of Work Group |
| Carmelite Bertaut | 593-0858 | Cameron |
| Matt Lundy | 337-439-0707 | Pl PSC |
| Andrew Brown | 504-523-2600 | — |
| Jack Lynch | 281 366 1500 | BP |
| Alan Weigel | 212-885-5350 | MSRC |
| Bill Williams | (850) 227-8338 | Gulf County, FL |
| Scott Galante | 501 648 1858 | Plaintiffs |
| Brent Coon | 4096560839 | TC |
| Heather S Kenneally | 202-372-3241 | Coast Guard/US |
| Josh Wilson | 205-314-0566 | Plaintiffs |
| Mary Rose Alexander | 312-876-7672 | Nalco |
| Dennis Barrow | 713 659-6400 | Drill-Quip |
| Mike Espy | 601 613-1617 | PSC |
| George Gill | 504-584-9284 | Transocean's Insurers |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Deb Kuchler | 504-592-0691 | Anadarko & MOEX |
| David J. Beck | 713-951-6209 | Cameron |
| David Cannon | 815-393-2192 | MOEX Offshore |
| Julie Brock | 334-799-5948 | — |
| Christina Soileau | 504-586-8899 | Plaintiffs |
| Phil Wittmann | 504/581-3200 | Cameron |
| Douglas Curtis | 212-230-5802 | BP |
| Tripp Segars | 803-486-0440 | Mid South Seafood |
| Karen Gase | 281-366-4294 | BP |
| Brett Powers | 337-494-0599 | TH |
| Sam Rosamond | 704-568-1933 | |
| Doug Kium | 504-228-8687 | TFS |
| Rhon Jones | 3342692343 | PSC |
| Parker Miller | 334 269 2343 | TO |
| Frank Petrino | 954/318-0068 | PSC |
| Sharon Smith | 504/680-3004 | USAO - Clayton Stobs |
| Glenn Goodier | 504-582-8174 | Weatherford |
| | | US, LA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| William Large | 214-206-7881 | Plaintiffs |
| Ky Kirby | 202-373-6795 | Anadarko & MOEX |
| Ingram Lee | 713-805-0206 | " " |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " " |
| Jenny Martinez | 214-939-4620 | " " |
| John Andry | 504-586-9899 | Plaintiffs |
| Calvin Fayard | 225-664-4193 | PSC |
| Robyn Lessinger | 404-281-8189 | TT |
| Robert Gasaway | 202-879-5175 | BP |
| Jay Du | 601-807-3456 | MW S___ |
| Samuel Rees | 213-220-9988 | Tobatex + MRM Energy |
| RC Godly | 312-862-2391 | Kirkland |
| Jeremy Novak | 850-229-4700 | Gulf County, FL |
| David McLendon | 504-261-8660 | PSC/WGC |
| Silvia Murphy | 202 219 3031 | DOI |
| Jeff Bray | 202-309-9559 | USCG |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Theodore Tsekerides | 212-310-8218 | Seacor |
| Mike Underhill | 415-436-6648 | US DOJ |
| Jeff Grand | 917-428-7190 | P |
| Stephen Murray Sr. | 504 525 8100 | P's |
| Kathryn Clanton | 212 335 5810 | BP |
| Hugh Tanner | 713-990-5180 | M-I |
| Keith Jarrett | 504-556-4133 | BP |
| Brian Pfleeger | 985-641-6400 | P's |
| Glenn L.M. Swetman | 504-799-0500 | Nalco |
| Chris Hannan | 504-566-8612 | Insurers |
| Jimmy Roussel | | |
| Meyer Alvarez | 599-3385 | Isadore Creppel |
| Morris Bart | 525-8000 | Isadore Creppel |
| Steve O'Rourke | 202/514-2779 | United States |
| Robert Holden | 504 556-9130 | BP |
| Allain Gautier | 504 524 5777 | State of LA |
| Kevin Dean | 843-216-9152 | Shomper, et al |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Gary Hemphill | 584-9222 | SEACOR |
| David Pote | 524-5777 | LA AG |
| Shane Roshto (?) | 713-420-6192 | Transocean |
| John Elsley | 713-224-8380 | Transocean |
| Brian Barr | 850 435 7000 | PSC |
| Robin Greenwald | 212-558-5802 | PSC |
| Edwin Theis | 337-237-6062 | Theis (?) |
| T. Espin | 04-521-3605 | vauuro TTS |
| Christine Sevin | 782-2287 | plaintiffs |
| Eric Veith | 234-3791 | TT's |
| Jayne Conroy | 212 784 6402 | TTS |
| Julia Jago | 949-715-500 | B |
| Arenk Rapotto | 985-249-680 | TT/S |
| Walter Christy | 504-299-3073 | Abdon Callais |
| Jacob Cudum | 504-299-3095 | Abdon Calais |
| Sabrina Canfield | 504-940-7294 | reporter |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–December 17, 2010

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mary McLeod | TB Underwriters | 504-589-9212 |
| Robt Myers | 525-8100 | Diner Mahoney |
| Scott Summy | 214-384-1913 | PLA. |
| David Baswell | 251-928-2970 | PHC |
| Becky Mowbray | 504-826-3417 | Times-Picayune |
| Jerony Meunier | 522-2304 | Plaintiffs |
| Soren Gisleson | 581-4892 | TTS |
| Robert Cunningham | 251-471-6191 | TT |
| Eddy Hayes | 585-7500 | Abadie TTS |
| Rey McIlee | 592-322 | ? |
| Bob Foote | 630 650-8177 | TTs |
| Paul Sterbcow | 604-586-1500 | TTS |
| (illegible) | 504 581-1750 | TT |
| Scott Bickford | 504 581-9065 | TT |
| Joe Rice | 843-216-9158 | TT |
| Richard Hymel | 332-237-6062 | Transocean |

## at&t
## AT&T TeleConference Services
### Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
## Conference Participant List

| | |
|---|---|
| **To:** | KAT SHEA |
| **E-mail Address:** | kat_shea@laed.uscourts.gov |
| **Conference ID #:** | 184197 |
| **Company Name:** | US COURTS |
| **Host's Name:** | CARL BARBIER |
| **Name of Conference:** | OIL SPILL STATUS CONFERENCE |
| **Date of Conference:** | FRIDAY, DECEMBER 17, 2010 9:30AM CENTRAL |

| NAME | AFFILIATION / INTEREST |
|---|---|
| 1. BARBIER, JUDGE CARL - HOST | |
| 2. BAILEY, ANN | BALCH BINGHAM |
| 3. BARRY, ELLEN | TRANS OCEAN |
| 4. BELL, JULIE | MOUNT KELLETT |
| 5. BENNETT, MARY | NEBLETT BEARD & ARSENALRT |
| 6. BONO, JOHN | REFERRING COUNCIL |
| 7. BOWLER, EMILY | F. GERALD MAPLES |
| 8. CHRISTINA, SALVADORE | BECNEL LAW FIRM |
| 9. CLARK, MARK | REPRESENTATIVE FOR INSURANCE CO FOR A D |
| 10. DAVIS, GARY | PLANTIFF ATTORNEY |
| 11. DAVIS, JERRY | LAWYER |
| 12. DUVAL, STAN | DUVAL LAW FIRM |
| 13. EBERLE, GREG | BANK OF AMERICA MERLE LYNCH |
| 14. FITCH, WARREN | BINGHAM MCCUTCHEN |
| 15. FLOWERS, JODY | COUNCIL OF PLANTIFFS |
| 16. GEREN, BROOK | TRANS OCEAN |
| 17. GRAVILL, JEREMY | WEIL GOTSHAL & MANGES |
| 18. HAYS, KRISTEN | REUTERS |
| 19. HERBST, MOIRA | THOMPSON REUTERS |
| 20. IRVINE, GEORGE | PLAINTIFF'S LAWYER |
| 21. KANE, KARA | MEMBER OF THE PUBLIC |
| 22. KATZ, ALLEN | ATTORNEY |
| 23. KUPPERMAN, STEPHEN | REPRESENT HHI |
| 24. LACOUR, CLIFF | REPRESENT TIDEWATER MARINE |
| 25. MANIATIS, VICTORIA | NORBERG |
| 26. MCCLELLAN, JESSICA | DEPT. OF JUSTICE |
| 27. MCDANIEL, CHUCK | PLAINTIFF'S ATTORNEY'S PARALEGAL |
| 28. METCALF, ELIZABETH | ATTORNEY MILBERG |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.
Thank you for using AT&T Executive TeleConference Service.

# at&t
## AT&T TeleConference Services
### Special Services Center
### 800 932-1100    E-mail: teleconference@att.com
## Conference Participant List

| | | |
|---|---|---|
| 29. | MINER, CURTIS | PLAINTIFF'S COUNCIL |
| 30. | MOORE, DANIEL | TRANSOCEAN |
| 31. | NELSON, AMY | KONGSBERG |
| 32. | NGUYEN, TOM | US DISTRICT COURT |
| 33. | NILSEN, AMY | KONGSBERG |
| 34. | PAGANO, SUSANNE | BUREAU OF NATIONAL AFFAIRS |
| 35. | PERCY, WILL | BECNEL LAW FIRM |
| 36. | PETERS, JOE | INHOUSE COUNCIL FOR SIMON PROPERTIES |
| 37. | PETRY, ANGELA | PARALEGAL FOR DARREL MCORVEY |
| 38. | PFEFFER, DAVID | DEPT OF JUSTICE |
| 39. | REED, KEVIN | ATTORNEY |
| 40. | ROBBINS, TINA | GALLAGHER LAW FIRM |
| 41. | SIMMS, THOMAS | BARON AND BUD |
| 42. | SNYDER, JENNIFER | RODA NANSE |
| 43. | SULLIVAN, JESSICA | REPRESENT USA |
| 44. | SUMMERS, JUSTIN | COUNSEL FOR DEFENDENT |
| 45. | TAYLOR, IAN | LEWIS KULLMAN STERBCHOW & ABRAMSON |
| 46. | TRAPANI, PAUL | SHER GARNER LAW FIRM |
| 47. | WILLIAMS, BRANDY | INTERESTED PARTY |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance. Thank you for using AT&T Executive TeleConference Service.*

Page 2