UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig           * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf   * | |
| of Mexico, on April 20, 2010         * | SECTION: J |
|                                                              * | |
| Applies to: *All Cases.*                       * | JUDGE BARBIER |
|                                                              * | |
|                                                              * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | |

### MEMORANDUM IN SUPPORT OF
### MOTION TO COMPEL
### RETURN OF SAMPLES AND PRODUCTION OF TEST RESULTS

The Plaintiffs' Steering Committee, through Liaison Counsel, respectfully submit the following Memorandum in support of their Motion to Compel:

**MAY IT PLEASE THE COURT:**

On or around July 3, 2010, BP agreed to provide Interim Liaison Counsel with oil and dispersant samples. These samples were to be shipped, with full chain-of-custody documentation, to two testing laboratories. Robin Greenwald, Esq. was designated as the coordinating attorney with respect to the oil samples, while James C. Klick, Esq., was designated as the coordinating attorney for the dispersants.[1]

---

[1] *See* JOINT STATUS REPORT, Section VI [No.10-1156, Doc 223] (July 7, 2010); *and,* LETTER FROM STEPHEN J. HERMAN TO R. KEITH JARRETT, July 3, 2010 [Exhibit "C" to Joint Status Report] [No.10-1156 Doc 223-3].

After the delivery of the samples to the designated testing labs, attorney Stuart H. Smith apparently, (surreptitiously), had one of his experts or consultants direct the labs to perform testing and/or analysis on some or all of the samples, and/or to send some or all of the samples to some other expert, consultant or testing lab.

While Mr. Smith, through counsel, has apparently agreed to return at least some of the oil samples, he refuses to provide any test results.

In further support of the present Motion, Plaintiffs Liaison Counsel respectfully submit three series of E-Mail communications, as EXHIBITS 1, 2 and 3.

## Conclusion

For the above and foregoing reasons, Stuart H. Smith, Esq. hould be compelled to appear and show cause why any and all samples, test results and/or analyses should not be immediately returned and/or otherwise produced to the Plaintiffs Steering Committee.

This 18th day of December, 2010.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |

Fax No. (504) 569-6024  
E-Mail: sherman@hhkc.com  
*Plaintiffs Liaison Counsel*

Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com  
*Plaintiffs Liaison Counsel*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum will be served on the following Counsel for Stuart H. Smith, Esq., *via* E-MAIL and by FAX, this 18th day of December, 2010, and will be served BY HAND on Monday, December 20th:

> Kyle Schonekas, Esq.
> Ellie T. Schilling, Esq.
> SCHONEKAS EVANS MCGOEY & MCEACHIN
> 650 Poydras Street, Suite 2105
> New Orleans, Louisiana 70130
> Fax No. (504) 680-6051
> E-Mail: kyle@semmlaw.com
> E-Mail: ellie@semmlaw.com

    /s/  Stephen J.  Herman and James Parkerson Roy