UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf * | |
| of Mexico, on April 20, 2010 * | SECTION: J |
| * | |
| Applies to: *All Cases.* * | JUDGE BARBIER |
| * | |
| * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | |

## NOTICE OF MOTION

Subject to PRE-TRIAL ORDER NO. 15, the proposed ORDER TO SHOW CAUSE, or other Order of the Court, hearing is tentatively noticed, out of an abundance of caution, for January 5, 2011, at 9:30 am.

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |