UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All Cases.* | * * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the PSC's Motion to Compel:

**IT IS ORDERED** that Stuart H. Smith appear and show cause on the _____ day of December, 2010, at _____ o'clock ___.m., why he should not be compelled to return and/or otherwise produce oil samples, dispersant samples and/or associated test results or analyses to the Plaintiff Steering Committee.

**Signed** this _____ day of December, 2010, New Orleans, Louisiana.

_____
Hon. Carl J. Barbier
U.S. District Court Judge