**From:** Steve Herman
**Sent:** Thursday, December 09, 2010 3:29 PM
**To:** 'Kyle Schonekas'; 'ellie@semmlaw.com'

Dear Kyle and Ellie,

I have received and appreciate your letter dated today.

Please find attached:
    1. My E-Mail of December 5, 2010; as well as:
        a. The July 3rd Letter Agreement with BP
        b. Paragraph VI of the July 7th Joint Status Report confirming BP's assent
    2. An E-Mail String from June 23, 2010, in which Stuart:
        a. Admits that the samples were and are not his [7:11 AM]
        b. Promises to share any and all results [8:41 am]

We expect the remaining oil, dispersants and/or any and all test results and/or analyses, with full chain-of-custody documentation, to be delivered by the close of business tomorrow.

Thanks and best wishes, - Steve