# Steve Herman

| | |
|---|---|
| **From:** | Steve Herman |
| **Sent:** | Sunday, December 05, 2010 8:48 PM |
| **To:** | 'Stuart H. Smith' |
| **Cc:** | 'Brian Barr'; Jim Roy; SSummy@baronbudd.com; mlundy@lundylawllp.com; Steve Murray; Gladstone Jones; Robert J. McKee |
| **Subject:** | BP Oil - Samples / Analyses |
| **Attachments:** | Ex C [No 1156 - Doc 223-3].pdf; Status Report 7-7-2010 [No 1156 - Doc 223].pdf |

Dear Stuart,

Please stop playing games and wasting everyone's time.

This is really quite simple:

As to the oil and/or the dispersants referenced in the attached letter dated July 3, 2010 - and/or any (unauthorized) test results or other analysis you have obtained with respect to same - please direct your counsel to **(i)** the letter agreement; **(ii)** Paragraph VI of the attached Joint Status Report (evidencing BP's consent) (which is also, of course, evidenced by the fact that the oil and dispersants were, in fact, delivered in accordance with the provisions outlined in the letter); and **(iii)** Rule of Professional Conduct 3.4(a). As to your time (if any) and/or expenses (if any) incurred in having the oil and/or dispersants tested, analyzed and/or preserved, please direct your counsel to PTO No. 9, which should provide guidance in that regard.

To the extent that you and/or your clients have other work product which you believe may provide a common benefit to the litigants in the MDL, and for which you and/or your clients would like to be credited or reimbursed pursuant to PTO No. 9, you have been asked to provide a description of what you believe to be common benefit work product, along with the paid and/or outstanding invoices, to Matt Lundy. If you – or your clients, or your counsel - want to do that, great. If you and/or your clients don't want to share that work product, fine.

Thanks and best wishes, - Steve

---

**From:** Stuart H. Smith
**Sent:** Sat Dec 04 13:35:38 2010

I understand your legal theory but it appears to be a matter of first impression. I am not sure exactly what you want here. Do you want the oil and all of my comprehensive testing data? If so we can discuss that as part of a settlement of this issue. What you don't understand is that this data was generated by my experts on behalf of my clients before the MDL. The testing is personal property of my clients. Much money was expended and would have to be reimbursed before any voluntary transfer of the data. My lawyer will be happy to discuss this with you.

1