From: Ellie Schilling [mailto:ellie@semmlaw.com]
Sent: Friday, December 17, 2010 11:13 AM
To: Brian Barr; Steve Herman; Regina Valenti

Our client has always taken the position that you are not entitled to the test results. The oil will be delivered on Saturday and if no one is there to sign for it, FedEx will reattempt delivery on Monday.

---

From: Brian Barr [mailto:BBarr@levinlaw.com]
Sent: Friday, December 17, 2010 10:52 AM
To: Ellie Schilling; sherman@hhkc.com; regina@hhkc.com

Please send for Saturday delivery.
I want to be clear, are you taking the position that you will not be producing the results of tests Stuart and/or his agents, employees or experts conducted on samples obtained through liaison counsel?

---

From: Ellie Schilling <ellie@semmlaw.com>
Sent: Fri Dec 17 09:24:31 2010

I never told you that we were sending the test results. I told you we were sending you the oil. In that regard, I received the following message from our expert:

We've been notified that the crude oil shipment is being held at the Boston area Fed Ex depot. Strongbear is heading over there now to see why it is being held up. The material was packaged as a dangerous good and may not have cleared security. I will let you know what's up when I know. Will someone be in the Cossich Law Office to pick up the package Saturday, or should we send it out on Monday?

We are expecting a major snowstorm on Monday, which may ground flights, so I think that Saturday delivery would be better.

---

From: Steve Herman [mailto:SHERMAN@hhkc.com]
Sent: Thursday, December 16, 2010 7:13 PM

Where are the test results? I thought they were being FedEx'd to me for Monday delivery?

---

Ellie Schilling <ellie@semmlaw.com> wrote:

Thank you. I will pass the information along to Dr. Kaltofen and the oil will be shipped tomorrow.

---

From: Brian Barr [mailto:BBarr@levinlaw.com]
Sent: Wednesday, December 15, 2010 3:23 PM

Cossich, Sumich, Parsiola & Taylor, LLC
ATT: Anton Falcon
8397 Highway 23
Suite 100

Belle Chasse, LA 70037

The samples need to be shipped frozen in a cooler.  The cooler should be sealed with evidence tape to ensure no tampering during transport.

---

From: "Ellie Schilling" <ellie@semmlaw.com>
Date: Wed, Dec 15, 2010 3:09 pm

Brian,

I have no idea what you are talking about. I have been waiting since last week for you to get me the shipping contact information for your expert, Dr. Short, and I have yet to receive it.  I just got off the phone with Dr. Marco Kaltofen who has confirmed, once again, that he has spoken to Dr. Lu and Dr. McLeod and collected oil samples to be sent to your expert.  It must be sent under the proper authority and signed for because oil is a highly dangerous material. It is, therefore, too late for the shipment to meet the FedEx deadline today. If you send me Dr. Short's shipping information this afternoon, the oil will go out tomorrow morning for next day delivery.

---

From: Brian Barr [mailto:BBarr@levinlaw.com]
Sent: Wednesday, December 15, 2010 2:50 PM

Ellie,
We have yet to receive either the samples or the results of any of the testing on the samples. We have spoken with Dr. Lu at Zymax and the information from him is distressing.  First, he has refused to send us the results of the testing he has done saying he doesn't have authority. Please contact him and let him know that he is authorized to send us the results. After all, the samples were produced to liaison counsel. The second thing he informed us of is even more concerning. He shipped the remainder of the samples to ALS Environmental in Canada. This was done at Stuart's request without the authority of liaison counsel. Dr. Lu sent the samples to Dr. McLeod  at ALS. It is imperative that the samples be produced to the PSC immediately.

---

From: Steve Herman
Sent: Friday, December 10, 2010 9:15 AM
To: Ellie Schilling; Regina Valenti

Regina - Please provide information. Thanks.

Ellie - Thanks. - If you are referring to test results, Monday at my office is fine. If you are referring to actual oil and/or dispersants, I believe that Brian had asked Stuart to arrange delivery (and chain of custody) with our consultant, Short. Thanks.

From: Ellie Schilling <ellie@semmlaw.com> wrote:

Dear Steve,

As you know, we have just been retained regarding this dispute and have not had a chance to look into the matter in much detail. However, Stuart has asked me to request your FedEx shipping account information. Please provide that information to me as soon as possible, along with an address where you would like materials to be shipped, and whether you would prefer delivery tomorrow or next week. Thank you.

Regards,

Ellie

Ellie T. Schilling
Schonekas, Evans, McGoey & McEachin, L.L.C.
Poydras Center
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: (504) 680-6058
Fax: (504) 680-6051
ellie@semmlaw.com


From: Steve Herman
Sent: Thursday, December 09, 2010 3:29 PM
To: 'Kyle Schonekas'; 'ellie@semmlaw.com'

Dear Kyle and Ellie,

I have received and appreciate your letter dated today.

Please find attached:
    1. My E-Mail of December 5, 2010; as well as:
        a. The July 3rd Letter Agreement with BP
        b. Paragraph VI of the July 7th Joint Status Report confirming BP's assent
    2. An E-Mail String from June 23, 2010, in which Stuart:
        a. Admits that the samples were and are not his [7:11 AM]
        b. Promises to share any and all results [8:41 am]

We expect the remaining oil, dispersants and/or any and all test results and/or analyses, with full chain-of-custody documentation, to be delivered by the close of business tomorrow.

Thanks and best wishes, - Steve