UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All Cases.* | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** the PSC's Motion to Compel:

**IT IS ORDERED** that Stuart H. Smith appear and show cause on the 22nd day of December, 2010, at 9:00 o'clock a.m., why he should not be compelled to return and/or otherwise produce oil samples, dispersant samples and/or associated test results or analyses to the Plaintiff Steering Committee. Any opposition shall be filed no later than December 21, 2010, at 12:00p.m.

New Orleans, Louisiana this 20th day of December, 2010.

_____
United States District Judge