UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: "J" |
| | * | Judge Barbier |
| This Document Relates to: 10:3177 | * | Mag. Judge Shusham |

### ORDER

The Court, having considered the Motion to Withdraw as Counsel filed by Stephen D. Susman and Harry P. Susman of Susman Godfrey, L.L.P., is of the opinion that same should be GRANTED. It is therefore

ORDERED that Stephen D. Susman and Harry P. Susman of the law firm of Susman Godfrey, L.L.P. are withdrawn as attorneys for Micah Wright. It is further

ORDERERD that Paul Sizemore and Gerald B. Taylor of Sizemore Taylor LLP will continue to represent Plaintiff in this action.

New Orleans, Louisiana this 17th day of December, 2010.

_____
United States District Judge