UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br>MEMBER CASE: 10-1984<br><br>SECTION: J(1) |

**ORDER**

Before the Court is Plaintiff's **Motion to Deconsolidate (Rec. Doc. 802)**. After considering Plaintiff's Motion and oral argument at the MDL Status Conference today,

**IT IS ORDERED** that Plaintiff's **Motion to Deconsolidate (Rec. Doc. 802)** is hereby **DENIED** and that member case 10-1984, <u>Whittinghill v. Abdon Callais Offshore, L.L.C.</u>, remain in MDL 2179, as it is sufficiently related to the MDL.

New Orleans, Louisiana this 17th day of December, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1