IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' ' | MDL NO. 2179  SECTION: J   JUDGE BARBIER |
| This document relates to: *Joshua Kritzer, et al. v. Transocean, Ltd., et al.* S.D. Texas C.A. 4:10-1854 | ' ' ' | MAG. JUDGE SHUSHAN |

## Plaintiffs' Motion to Remand

NOW INTO COURT, through undersigned counsel, comes Plaintiffs and submits this Motion to Remand because:

1. it is axiomatic that Jones Act cases cannot be removed to federal court – even when a seaman also sues non-Jones Act employers;

2. Cameron removed this case on the basis of OCSLA even though OCSLA does not apply; and

3. Cameron impermissibly failed to obtain the written consent of its co-defendants before removing the case.

Plaintiffs pray that the Court grants their Motion to Remand for the reasons outlined in the accompanying memorandum.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
Robert P. Wynne, # 30123
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
rwynne@arnolditkin.com
pskrabanek@arnolditkin.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 20, 2010.

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold