IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER |
| This document relates to:<br>*Joshua Kritzer, et al. v. Transocean, Ltd., et al.*<br>S.D. Texas C.A. 4:10-1854 | ' '  ' | <br><br>MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Plaintiffs' Motion to Remand, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiffs' motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion to Remand is in all things granted and this case shall be remanded to Galveston County Court at Law #3.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**