UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : : : |
| | | MDL NO. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to <u>All Cases</u> | | MAG. JUDGE SHUSHAN |

## DECLARATION OF JOSHUA WOOD

1. I, Joshua Wood, make the following declaration in lieu of an affidavit as permitted by Section 1746 of title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the Eastern District of Louisiana, and that it is the legal equivalent of a statement under oath.

2. I am Chief of the Office of Litigation Technology and Information Assurance Branch, Office of Litigation Support, Office Management Programs, Civil Division, United States Department of Justice. I am well acquainted with the Civil Division's and some of the Department's structure and IT systems, including the Department's voice mail systems. This declaration is a summary of the Justice Department's Voice mail system.

The Justice Department's voice mail is a locally managed Avaya system.

3. The voice mail system is a POTS (Plain Old Telephone System), relying on

1

1980's technology. Voice mails are stored on a closed hard drive system and there is no capability for external backup of any messages. The only way to access messages is via the telephone user interface.

4. The voice mail system is configured to retain voice messages for 20 days. Users can elect to re-save messages for an additional 20 days. Mailbox users are required to delete messages to keep their mailbox from filling up, which would prevent them from receiving any new messages.

5. Retaining voice messages longer than 20 days within the voice mail system would require an investment to support an upgrade in the voice mail system (both hardware and software), an upgrade in storage space and modification in contract support for operations and maintenance of the required service and the associated infrastructure.

6. Under the current system, searching, retrieving and transcribing voice message is a manual process by which one would have to manually listen to every voice message to determine whether or not it was relevant to a specific search criterion. The retrieval of those identified messages would have to be recorded using an external recording device, at which time someone would have to manually transcribe the voice to text.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief, based upon the information available to me after diligent inquiry. Executed this 17, day of December, 2010.

_____
Joshua Wood

2