UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

DECLARATION OF VAUGHN W. NOGA

1. I, Vaughn W. Noga, make the following declaration in lieu of an affidavit as permitted by Section 1746 of title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the Eastern District of Louisiana, and that it is the legal equivalent of a statement under oath.

2. I am Director of the Office of Technology Operations and Planning ("OTOP"), Office of Environmental Information, United States Environmental Protection Agency ("EPA") Headquarters ("HQ"). I am well acquainted with the Agency's structure and IT systems, including the Agency's HQ voice mail systems. This declaration is a summary of the Headquarters Metropolitan Area Network (HQ-MAN).

3. The HQ-MAN voice mail is a locally managed Avaya Voice over Internet Protocol (VOIP) system.

4. The voice mail system is configured to retain voice messages for 20 days without backup and restore capabilities for those messages deleted by the user. The Avaya system can support voice message retention for up to 120 days.

1

5. Retaining voice messages longer than 20 days within the HQ-MAN would require an investment to support an upgrade in the voice mail system (both hardware and software), an upgrade in storage space and modification in contract support for operations and maintenance of the required service and the associated infrastructure.

6. Under the current system, searching, retrieving and transcribing voice message is a manual process by which one would have to manually listen to every voice message to determine whether or not it was relevant to a specific search criterion. The retrieval of those identified messages would have to be transferred to another mailbox created for this activity at which time someone would have to manually transcribe the voice to text.

7. I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief, based upon the information available to me after diligent inquiry. Executed this  16  day of December, 2010.

_____
Vaughn W. Noga