UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:      Oil Spill by the Oil Rig         :    MDL NO. 2179
            "Deepwater Horizon" in the  :
            Gulf of Mexico, on               :    SECTION: J
            April 20, 2010                      :
                                                      :    JUDGE BARBIER
This Document Relates to <u>All Cases</u>    :    MAG. JUDGE SHUSHAN

DECLARATION OF
LAURA K. FURGIONE

I, Laura K. Furgione, do state and declare, **under penalty of perjury, in accord with 28 U.S.C. 1746**, the following to be true and accurate to the best of my personal knowledge:

1.      I, Laura K. Furgione, am the National Oceanic and Atmospheric Administration (NOAA) Deputy Assistant Administrator for Weather Services and Deputy Director of the National Weather Service (NWS). I am responsible for the day-to-day civilian weather operations for the United States, its territories, adjacent waters and ocean areas. I have served in my current position since July 2010. I have been employed with NOAA since May 15, 1993. Previously, I served as the Assistant Administrator for the NOAA Office of Program Planning and Integration in Silver Spring, Maryland, beginning August 2008. From October 2004 to August 2008, I served as Director of NOAA's National Weather Service, Alaska Region, in Anchorage, Alaska. The other positions I have held within the NWS include: meteorological intern at the Kodiak, Alaska, Weather Service Office; intern at the Fairbanks, Alaska, Weather Forecast Office (WFO); aviation meteorologist at the Alaska Aviation Weather Unit; warning coordination meteorologist at WFO Morehead City, North Carolina; Meteorologist-in-Charge of WFO Juneau, Alaska; and Alaska Deputy Regional Director. I hold a Bachelor of Science Degree in Atmospheric Science from the University of Missouri-Columbia and a Masters Degree in Public Administration from the University of Alaska-Southeast.

1

2. The National Oceanic and Atmospheric Administration (NOAA) has been a major participant among the ten federal agencies involved in the response of the United States Government to the unprecedented *Deepwater Horizon* oil spill event that is the subject of this Multi-District Litigation.

3. In fulfilling its mission to understand and predict changes in the Earth's environment, from the depths of the ocean to the surface of the sun, and to conserve and manage the nation's coastal and marine resources, NOAA routinely generates large volumes of observational data and other information.

4. NOAA's involvement in response to the *Deepwater Horizon* oil spill event has significantly increased the volume and scope of information the agency is generating. For example, the NWS Slidell, Louisiana, WFO issued its first "spot-weather" forecast within hours of the explosion. Since these early moments, NWS has issued more than 3,000 spot weather forecasts which provide tailored, detailed weather information to the Unified Command in mission critical areas.

5. Retention in the active environment of the large volume of additional information generated as part of the specific activities undertaken in the response to the *Deepwater Horizon* oil spill event has the potential to cause significant operational difficulties for NOAA if it is precluded from moving the data from their active environment to a centralized repository.

6. During hurricanes and major weather events the National Weather Service accumulates and uses voluminous data in order to track and predict storms.

7. The presence in the active data environment of the National Weather Service of large amounts of data subject to the Deepwater Horizon litigation hold could tax the information storage capacity of the active environment and has the potential to cause the loss of data and could lead to insufficient resources to conduct the agency's essential mission

activities. In ordinary circumstances, the agency addresses these concerns by moving data not immediately needed to archives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of December, 2010.


_Laura K. Furgione_  12/16/10
Laura K. Furgione