UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*******************************************

## MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN BP DEFENDANTS AND PUTATIVE CLASS MEMBERS

**NOW INTO COURT** come Plaintiffs, who respectfully pray for an order governing *ex parte* communication between the BP Defendants and putative class members, for the reasons that follow:

I.

Plaintiffs do not ask the Court to dictate, enjoin or otherwise interfere with the processing or payment of claims by BP thru the Gulf Coast Claims Facility ("GCCF").

II.

Plaintiffs, rather, seek to ensure that the proposed Release and associated communications with putative classmembers are neither confusing nor misleading.

III

BP has been playing a "Shell Game" with the GCCF from the very beginning. When BP wants to rely on the GCCF's presentment process, or take credit for what the GCCF is doing, then BP freely invokes and adopts the activities of the Claims Facility. When, on the other hand, BP wants to avoid responsibility for the GCCF, or to shield the GCCF from legal or professional responsibilities, then the Claims Facility becomes "independent" from BP.

IV.

The GCCF should either be a truly separate and independent trust or other juridical entity, with full access and transparency, and attendant fiduciary or other duties to a defined set of beneficiaries, based on a defined set of criteria; or, if, in the alternative, the GCCF is nothing more than an *alter ego* of the BP Defendants, Mr. Feinberg and the Claims Facility should be required to operate under the attendant legal, ethical and professional duties and responsibilities.

V.

It is important to note, in this regard, that:

- The GCCF is not an independent juridical entity.

- BP is paying Mr. Feinberg and his law firm $850,000 monthly.

- Mr. Feinberg has not been appointed by any Court, by mutual agreement of the Parties, nor by any official Governmental Act or authority.

- Neither Mr. Feinberg nor the law firm Feinberg Rozen LLP is a Trustee.

- By all appearances, Mr. Feinberg – in his approach towards the timing and nature of settlement offers; in the protection of his deliberative process from disclosure; and in securing full releases and assignments in BP's favor – seems indistinguishable

from a defense attorney attempting to settle cases on behalf of BP.[1]

## VI.

Mr. Feinberg has, in various ways, communicated the following messages to both represented parties and putative class members:

- Don't seek the advice of a lawyer

- If you litigate, it will take years;

- If you hire a lawyer, he or she will take 40% of your recovery,

- I, and the GCCF, are "independent";

- We are making "independent" findings or determinations regarding the merits of your claims;

- I will give you more money than you will get (with another lawyer) in litigation; and,

- My offer will be based upon the best available independent scientific evidence.

## VII.

In making these communications, Mr. Feinberg has **not** generally made it clear that:

- I am hired by BP;

- You should get independent legal advice;

- We are paying you what we think you will take to release BP, (*not* making an independent, objective, legal decision regarding the merits of your claim);

- There is a trial date in the MDL of February 2012;

---

[1] *See* DECLARATION OF BASILE UDDO (Exhibit "B"), ¶7.

Page 3

- You could get significantly more in litigation than we are offering you;

- You may have the right to punitive damages, claims preparation expenses and/or attorneys' fees, (which we are *not* considering, offering or paying);

- Many scientists and other experts disagree with our assessment regarding the lack of long-term environmental and/or economic effects; or,

- You may have a claim for additional damages from Transocean, Halliburton or the other Defendants, which BP wants to take from you so that BP can use for its own purposes.

VIII.

Plaintiffs, therefore, in accordance with Judge Fallon's Order in the *Murphy Oil* case,[2] respectfully request the Court to ensure that the Release and associated communications are clear, accurate and fair to the members of the putative class.

IX.

Plaintiffs' Motion is further supported by their MEMORANDUM and EXHIBITS, which are incorporated fully herein.

---

[2] Turner v. Murphy Oil, No.05-4206 (E.D. La. 11/14/05) (Fallon, J.) [Doc. 39] (Exhibit "A").

WHEREFORE Plaintiffs respectfully pray for an Order supervising the Release and associated communications from the BP Defendants and their agents, Mr. Feinberg and the Claims Facility, to Plaintiffs and Putative Class Members.

This 21st day of December, 2010.

Respectfully submitted,

| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA | WEITZ & LUXENBERG, PC |
| | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C. |
| BREIT DRESCHER & IMPREVENTO | |
| 999 Waterside Drive, Suite 1000 | 218 Commerce St., P.O. Box 4160 |
| Norfolk, VA 23510 | Montgomery, AL 36104 |

| | |
|---|---|
| Office: (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com<br><br>Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Office: (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail: ecabraser@lchb.com<br><br>Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037<br>Office: (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail: pcossich@cossichlaw.com<br><br>Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL 36660<br>Office: (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail: rtc@cunninghambounds.com<br><br>Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail: mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA 70726<br>Office: (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail: calvinfayard@fayardlaw.com | Office: (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail: rhon.jones@beasleyallen.com<br><br>Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601<br>Office: (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail: mlundy@lundylawllp.com<br><br>Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA 70801-1910<br>Office: (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail: mpalmintier@dphf-law.com<br><br>Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA 70130<br>Office: (504) 588-1500<br>Telefax: (504) 588-1514<br>E-Mail: sterbcow@lksalaw.com<br><br>Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Office: (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail: ssummy@baronbudd.com<br><br>Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail: mcwatts@wgclawfirm.com |

| | |
|---|---|
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | |

**SOREN E. GISLESON**
**KEVIN R. DEAN**
**GARY E. MASON**
**KEVIN GOLDBERG**
**JULIA LEMENSE**

*On Brief.*

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and will be provided as a courtesy to Kenneth R. Feinberg, Esq., *via* E-Mail and by U.S. Mail, this 21st day of December, 2010.

    Kenneth R. Feinberg, Esq.
    FEINBERG ROZEN LLP
    1455 Pennsylvania Ave., NW
    Washington, DC 20004
    E-Mail: kfeinberg@feinbergrozen.com

                                      /s/  James Parkerson Roy and Stephen J. Herman

# Exhibits

A. *Turner v. Murphy Oil,* No.05-4206, ORDER AND REASONS [Doc 39] (E.D. La. Nov. 14, 2005).

B. DECLARATION OF BASILE UDDO (Dec. 15, 2010)

C. White House Press Release (June 16, 2010)

D. BP Press Release: Establishment of Escrow Fund and Claims Facility (June 16, 2010)

E. GCCF: Frequently Asked Questions

F. Deepwater Horizon Oil Spill Trust (Aug. 6, 2010) ("TRUST AGREEMENT")

G. Letter from Michael Mukasey to Kenneth Feinberg (Oct. 7, 2010) ("MUKASEY REPORT")

H. RELEASE AND COVENANT NOT TO SUE

I. GCCF Website: "Claims Racket"

J. GCCF Website: New York Times Editorial

K. GCCF Press Release: Providing Free Legal Advice to Claimants (Dec. 13, 2010)

L (*in globo*) Feinberg Media Quotes

M (*in globo*) Video Clips of Ken Feinberg regarding the GCCF

N. TRANSCRIPT, Status Conference (Oct. 15, 2010), pp.22-29.

O. TRANSCRIPT, Status Conference (Nov. 19, 2010), p.14.

P. GARSIDE AFFIDAVIT [No.10-1324, Doc 45-4] (May 20, 2010).

Q. GOLDBERG DECLARATION (Dec. 13, 2010).

R. GREEN AFFIDAVIT (Nov. 16, 2010).

S (*in globo*) CORRESPONDENCE AND AFFIDAVITS REGARDING COMMUNICATIONS WITH CLAIMANTS

T. Letter from Attorney General Troy King to Kenneth Feinberg (Nov. 16, 2010).

U. Vietnamese American Volunteer Law Corporation Letter to Feinberg (Aug. 13, 2010).

V. Public Citizen Concerns (Aug. 12, 2010)

W. AAJ List of Principles (June 22, 2010)

X. BP GOOGLE AD: Learn How to Make a Claim Without a Lawyer (Dec. 16, 2010)

Y. LEE HUDSON AFFIDAVIT (Dec. 13, 2010)

Z. Murtaugh, "Playing the Oil Spill Claims Game" *Press-Register* (Dec. 20, 2010)

AA. GCCF Website: Information Regarding *Pro Bono* Assistance

BB. Hess, "Succeeding in the GCCF Process" *Risk and Insurance Online* (Dec. 1, 2010)