UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf  * | |
| of Mexico, on April 20, 2010  * | SECTION: J |
| * | |
| Applies to: *All Cases.*  * | JUDGE BARBIER |
| * | |
| * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | |

## NOTICE OF MOTION

Subject to P<small>RE</small>-T<small>RIAL</small> O<small>RDER</small> N<small>O</small>. 15, hearing on Plaintiffs' Motion to Supervise *Ex Parte* Communication Between the BP Defendants and Putative Class Members is tentatively noticed to be heard on January 5, 2011, at 9:30 am.


   /s/   Stephen J. Herman                                    /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129          **James Parkerson Roy**, La. Bar No. 11511
H<small>ERMAN</small> H<small>ERMAN</small> K<small>ATZ</small> & C<small>OTLAR</small> LLP                D<small>OMENGEAUX</small> W<small>RIGHT</small> R<small>OY</small> & E<small>DWARDS</small> LLC
820 O'Keefe Avenue                                           556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                           Lafayette, Louisiana 70501
Telephone: (504) 581-4892                                Telephone: (337) 233-3033
Fax No. (504) 569-6024                                     Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                             E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*                                *Plaintiffs Liaison Counsel*