UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG             * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE      * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
|                                                                          * | |
| THIS DOCUMENT RELATES TO:               * | JUDGE BARBIER |
|                                                                          * | |
| ALL CASES                                                       * | MAG. JUDGE SHUSHAN |
|                                                                          * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** Plaintiffs' Motion to Supervise Ex Parte Communications Between the BP Defendants and Putative Class Members:

**IT IS ORDERED** that:

1. The Release release only the BP entities providing payments thru the GCCF.

2. The Release reserve General Maritime Law or other claims for punitive damages, which the GCCF does not consider, offer, or pay.

3. The Release clearly define bodily injury claims to include (and therefore exclude from the Release) medical monitoring and mental anguish claims.

4. The Release exclude spouses, minors, relatives, and business interests from the definition of "Claimant."

5. The Release inform the putative class members of the MDL Litigation, the right to counsel, and the February 2012 trial date.

6. The Release inform putative class members that the GCCF was created by BP, and that Mr. Feinberg is a lawyer hired and paid by BP to fulfill BP's legal obligations and to resolve BP's liabilities.

7. BP, Mr. Feinberg and the GCCF are instructed to refrain from making representations that Mr. Feinberg or the GCCF is "independent."

8. BP, Mr. Feinberg and the GCCF are instructed to refrain from offering putative classmembers "free legal advice" or retaining the services of non-lawyer "respected local citizens" to provide legal advice to plaintiffs or putative class members regarding their claims.

9. BP, Mr. Feinberg and the GCCF are instructed to refrain from advising putative class members that they should not retain counsel.

SIGNED this ____ day of _____, 201___, New Orleans, Louisiana.

                                        **Hon. Carl J. Barbier**
                                        **U.S. District Court Judge**