TAB A

## IMPORTANT INFORMATION ABOUT THE ATTACHED RELEASE AND COVENANT NOT TO SUE

THE ATTACHED RELEASE AND COVENANT NOT TO SUE ("RELEASE") IS A BINDING LEGAL DOCUMENT. BY SIGNING THIS DOCUMENT, YOU ARE FOREVER WAIVING AND RELEASING ALL CLAIMS THAT YOU MAY HAVE AGAINST BP OR ANY OTHER PARTY (OTHER THAN CLAIMS FOR BODILY INJURY) IN CONNECTION WITH THE APRIL 20, 2010 BLOWOUT OF THE MACONDO WELL, THE SINKING OF TRANSOCEAN'S DEEPWATER HORIZON DRILLING RIG, AND THE SUBSEQUENT OIL SPILL IN THE GULF OF MEXICO. (THE "INCIDENT"). DO NOT SIGN THIS DOCUMENT UNLESS YOU UNDERSTAND AND AGREE TO ALL OF ITS TERMS.

YOU ARE UNDER NO OBLIGATION TO ACCEPT THE FINAL PAYMENT OFFERED TO YOU BY THE GULF COAST CLAIMS FACILITY. YOU ARE FREE TO REJECT THE FINAL PAYMENT OFFERED BY THE GULF COAST CLAIMS FACILITY AND TO PURSUE OTHER MEANS OF COMPENSATION. IF YOU WANT TO FILE A LAWSUIT REGARDING THE INCIDENT OR MAKE A CLAIM AGAINST THE OIL SPILL LIABILITY TRUST FUND, DO NOT SIGN THIS RELEASE.

BY SIGNING THE ATTACHED RELEASE, YOU ARE FOREVER GIVING UP AND DISCHARGING ANY RIGHTS WHICH YOU MAY HAVE FOR ANY COSTS, DAMAGES OR OTHER RELIEF RELATED TO OR ARISING FROM THE INCIDENT (EXCEPTING CLAIMS FOR BODILY INJURY), EVEN IF YOU ARE NOT CURRENTLY AWARE OF SUCH COSTS OR DAMAGES AND EVEN IF SUCH COSTS OR DAMAGES ARISE IN THE FUTURE (*i.e.*, ADDITIONAL OIL IMPACTS) OR DO NOT MANIFEST THEMSELVES UNTIL THE FUTURE.

BY SIGNING THE ATTACHED RELEASE, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS OF THE RELEASE, AND THAT YOU EXECUTE THE RELEASE VOLUNTARILY AND WITHOUT BEING PRESSURED OR INFLUENCED BY, AND WITHOUT RELYING UPON, ANY STATEMENT OR REPRESENTATION MADE BY ANY PERSON ACTING ON BEHALF OF BP OR ANY OTHER RELEASED PARTY.

IF YOU ARE MARRIED, BOTH YOU AND YOUR SPOUSE MUST SIGN THE RELEASE. YOU AND YOUR SPOUSE SHOULD NOT SIGN THE RELEASE UNLESS YOU BOTH INTEND TO RELEASE ALL CLAIMS.

I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THIS INFORMATION SHEET.

_____   _____   _____
Print Name of Claimant         Claimant's Signature          Date

_____   _____   _____
Print Name of Claimant's Spouse   Spouse's Signature         Date

EXHIBIT H

Initials of Claimant _____

Initials of Claimant's Spouse _____

## RELEASE AND COVENANT NOT TO SUE

1. In consideration of payment in the amount of [insert], Claimant individually and on behalf of Claimant's spouse, heirs, beneficiaries, agents, estates, executors, administrators, personal representatives, subsidiaries, parents, affiliates, partners, limited partners, members, joint venturers, shareholders, predecessors, successors, assigns, insurers, and attorneys (collectively, "Affiliates"), hereby releases and forever discharges, and covenants not to sue BP Exploration & Production Inc. ("BP") and the other Released Parties for any losses, damages, costs, expenses, injuries, claims, causes of actions, liabilities, or other relief that Claimant and Claimant's Affiliates have or may have, whether known or unknown, whether present or future, whether direct or indirect, whether legal or equitable, arising from or relating in any way to the April 20, 2010 blowout of the Macondo Well, the sinking of Transocean's Deepwater Horizon drilling rig, and the subsequent oil spill in the Gulf of Mexico (the "Incident") (collectively, "Claims"), provided however that this Release does not apply to claims for bodily injury.

2. This Release applies to all Claims regardless of the legal or equitable theory (including legal and equitable theories under federal, state, local, and international law, and including without limitation statutory law, regulation, common law, maritime law, strict liability, negligence, gross negligence, punitive damages, nuisance, trespass, and all other legal and equitable theories), whether existing now or arising in the future, arising out of or in any way relating to the Incident, provided however that this Release does not apply to claims for bodily injury.

3. Released Parties means anyone who is or could be responsible or liable in any way for the Incident or any damages related thereto, whether a person, company or governmental entity, including (but not limited to) BP, other potentially responsible or liable parties, the federal Oil Spill Liability Trust Fund and any state or local fund, and each of their respective Affiliates as defined above.

4. Claimant represents and warrants that Claimant (i) has authority to execute this Release; (ii) has not received any payment from any insurer or other party (other than BP or the GCCF) in connection with the Incident, other than payments disclosed on the Claim Form for Final Payment, and (iii) has not sold or otherwise transferred or assigned any of the Claims, or any interests in such Claims.

5. Claimant will dismiss with prejudice within 10 days of executing this Release any litigation concerning the Incident filed by or on behalf of Claimant against BP or any other Released Parties. Claimant also will withdraw from any existing and will not join any new class actions or similar procedural devices concerning or relating to the Incident.

6. This Release is not intended to prevent any of the Released Parties from exercising their respective rights of contribution, subrogation, or indemnity under the Oil Pollution Act of 1990 ("OPA") or any other law. As this Release is fully and completely resolving, together with all other Claims, Claimant's claim under OPA, BP is hereby subrogated to any and all rights that Claimant has arising from the Incident.

7. The payment to Claimant is made without any admission of liability or wrongdoing by BP or any other Released Party.

8. The provisions of this Release and all questions with respect to the construction and enforcement thereof and the rights and liabilities hereto shall be governed by, and construed and enforced in accordance with, the laws of [INSERT GULF STATE WHERE UNDERLYING LOSS OCCURRED], without regard to conflicts of laws principles.

9. This Release supersedes any and all other agreements, written or oral, between BP and Claimant with respect to such subject matter of this Release.

10. If there is no signature on the line below for Claimant's Spouse, Claimant represents and warrants that Claimant is not married.

_____    _____    _____
Print Name of Claimant         Claimant's Signature           Date

_____
Claimant's Address

_____    _____    _____
Print Name of Claimant's Spouse   Spouse's Signature          Date

_____
Spouse's Address

Initials of Claimant _____

Initials of Claimant's Spouse _____