# Feinberg: BP 'Trying to Do the Right Thing' But Claims Need Expedited

http://www.pbs.org/newshour/bb/politics/jan-june10/oil2_06-18.html

PBS Interview in Baton Rouge, LA - June 18 2010

"We have got to get quick money out to eligible claimants much quicker, with a minimum amount of bureaucracy and corroboration. BP started to do that. I give them credit. We have got to do it quicker. And then we have got to develop over the next couple of week, not months, a claim form and a system to come up with a comprehensive amount, a certain amount, that will be paid promptly to all eligible claimants."

"…one way we may do this is look and see, what would the state courts of Louisiana say about the legitimacy of that claim?

But I don't want to get hung up on just those claims. They may be in the thousands. Much more importantly right away is the president's admonition to me, prompt payment on an emergency basis to individuals and small businesses that have legitimate claims."

"I make the same argument I do with all of these claims facilities: You will get money quicker. You will get money with a certainty. You don't have to give 40 percent to your lawyer. Come in and get a check."



## Gulf Coast Claims Facility - Are Promises About BP Claims Process Being Kept? Pt 1/3

http://www.youtube.com/watch?v=wG_WtyRyTgs&feature=mfu_in_order&list=UL

**June 25, 2010**

[*Additional notes were super-imposed on early part of video]

**0:46\*** - "A program like this cannot be designed or administered by Washington."

**2:33\*** - "You guys need certainty."

**3:47\*** - "I am not a government official. I am not a BP official."

**4:11\*** - "I will keep the people that are actually working on this program."

**4:18\*** - "But the additional people must come from the region. They've got to be people, they have to be people, local people that are trusted, that know their neighbors that understand better than I ever could exactly what the needs and wants are of the people in the locale."

**4:55\*** - "I have to make sure that the people on the ground evaluating the claims are local, diverse, understand, and are sensitive to those needs." "I PLEDGE I WILL DO THAT."

**5:47** – "20 Billion – 5 Billion a year for four years." "If 20 Billion is insufficient, BP has agreed to replenish this fund." "The 20 Billion is not all there is if more is needed."

**6:28** – "I can't help any of you if you don't file a claim. I can only get involved if you see the wisdom and have the foresight to file a claim with this program."

**7:47** – "Here is my evidence, minimal, minimal corroboration; you don't have to be an accountant. **Minimal corroboration of your claim. That claim, I assure you, will be immediately processed.** Maybe on the spot, maybe a few days, not weeks."

**8:32** – "We will accelerate the process not only for wages, but where we really need to accelerate the process is for business interruption. For small businesses who haven't been able to be paid as quickly as they should."

**9:08** – "Those claims will be processed in a matter of days."

**10:08** – "There is no obligation that you forfeit by accepting this emergency money."

**10:48** – "The important point is that these emergency payments will be available with minimal, but necessary, minimal corroboration without any obligation on your part."

**13:31** – "We will give you a choice, a choice, you can either take this check from the Gulf Coast Facility in the amount of 28,000 - 92,000 - 68,000 dollars, you can take that check, if you take that check, think it over. **You can take this check, but if you take the check, you sign this piece of paper that's full satisfaction of the claim, you can't sue BP. That's your voluntary choice.**"

14:46 – "But if you want this check, here it is and in return, now unlike the emergency payments, **now you sign you will not sue.**"

## BP Claims - Are BP Claims Promises Being Kept? Pt 2/3

http://www.youtube.com/watch?v=mOvdywgsVJ0&list=UL&playnext=1

Note: The first part of this video is duplicated from the BP Claims – Are BP Claims Promises Being Kept?  (Pt1/3)

9:10 – "**My objective here is to convince everybody to enter the fund.** There is no obligation, get emergency funding. There is no obligation, ultimately, down the road, sixty, ninety days, one hundred twenty days, six months from now, take this check. We think it is fair. Think it over. Talk to your lawyer, your accountant, your priest, your rabbi. Take the check and only then give up your right to litigate."

10:05 – "**Should you litigate? Is it a good idea? Absolutely not, it's a mistake; it's a mistake to litigate, but that's your choice. If you litigate, years of litigation, years! You may not win in your litigation against BP, and if you do win, wonderful, give forty percent to your lawyer.**"

10:57 – "I believe what BP has done, with this administration, is absolutely the right way to go."

## BP - Kenneth Feinberg - BP Claims - Promises & Praise - Pt 3/3

http://www.youtube.com/watch?v=SwIUiguw3Hk&list=UL&playnext=2

2:20 – Develop a methodology for determining loss that is applicable to all fishermen, all shrimpers, all motels. Come up with a cluster, an approach that would include all of a type of a profession.

4:21 – "Wanted to provide everyone with some degree of certainty as to how this program, in the next thirty days, is likely going to work."

4:40 – "There would be no sense at all driving BP into bankruptcy. That would be a disaster, a disaster."

# BP Fund Official: 'No Need for Individuals to Sue'

http://www.local15tv.com/news/local/story/BP-Fund-Official-No-Need-for-Individuals-to-Sue/3bhyJYiMDEq7qysfB5-82w.cspx

Reported by: Associated Press
Email: local15@local15tv.com

Published: 7/12 5:35 pm
Updated: 7/12 6:13 pm

(PENSACOLA BEACH, Fla.) (AP) - The head of the $20 billion Gulf oil spill compensation fund urged individuals and businesspeople not to sue BP - at least not yet - and said emergency payments would soon be increased.

Fund administrator Kenneth Feinberg said those who've suffered losses from the spill should wait and see how much he could settle their claim for before suing.

"There's no reason to litigate. Don't file a lawsuit, at least not yet," he said. "Take the emergency payments to stay in business, consider the final check that I will offer. If you think it's reasonable, it's fair, take it and then and only then sign off."

He added: "You will not get a better deal filing a lawsuit and litigating for five years."

More than 200 lawsuits have been filed by fisherman and others against BP PLC and Transocean Ltd., which leased the Deepwater Horizon drilling rig that exploded April 20.

Feinberg, appearing at a beachside restaurant with Gov. Charlie Crist and a host of local officials, said emergency payments, which are being issued in monthly checks, would begin to be handed out in six-month sums in the next couple weeks.

"The oil's still spilling. It doesn't make any sense to make people come back a second month and a third month," he said.

In the hour long meeting, Feinberg sought to clear up confusion among those filing claims. He said claims can still be filed even if businesses are not located directly on the beach.

Corroboration of losses is needed, but he said he would "bend over backwards to find corroboration." And once the amount of loss was determined by him, he said, it would be paid out at 100 percent.

Feinberg said his biggest challenge is getting people to file claims. He said many worry their information would be turned over to the IRS or immigration officials.

"I don't work for BP and I don't work for the Obama administration," he said. "I work for the people of the Gulf."

(Copyright 2010 by The Associated Press. All Rights Reserved.)

# Feinberg on paying the BP disaster victims

http://vodpod.com/watch/4113216-feinberg-on-paying-the-bp-disaster-victims

**July 27 2010**

 **0:25** – "Facility will be up and running nest month in August."

 **0:36** – "We will assume that obligation next month to pay all legitimate claims. Now the is going to be two fold. What constitutes an eligible claim?"

**1:38** – "One problem is going to be how you use proximity to the beach, to the gulf and proximity use of natural resources."   The second issue is going to be proving your claim."

**3:03** – "I anticipate taking much less documentation than otherwise would be required."

**3:22** – "Those are the issues, eligibility, proving your claim."

# Feinberg on paying the BP disaster victims

http://vodpod.com/watch/4113216-feinberg-on-paying-the-bp-disaster-victims

**Appearance at Public Citizen**
**Video through www.Citizen.org**

**July 27 2010**

**0:25** – "Facility will be up and running nest month in August."

**0:36** – "We will assume that obligation next month to pay all legitimate claims. Now the is going to be two fold. What constitutes an eligible claim?"

**1:38** – "One problem is going to be how you use proximity to the beach, to the gulf and proximity use of natural resources."   The second issue is going to be proving your claim."

**3:03** – "I anticipate taking much less documentation than otherwise would be required."

**3:22** – "Those are the issues, eligibility, proving your claim."

## Independent Claims Administrator Kenneth Feinberg speaks with group in Biloxi, MS with three AGs from LA, MS & AL.

Miami Sun Herald video  (not sure of date but before GCCF opened in August.)

http://video.aol.ca/video-detail/bp-oil-spill-claims-administrator-kenneth-feinberg/72057659721243609/?icid=VIDURVNWS07

**36:00** – "..sale of a boat or property at a loss is a claim.  Diminished value is not a claim.  Because you still have equity in the property."

**39:40** – "I would urge everybody to file with this program and get your emergency payments if you're eligible.  If I'm not going to pay you, I am dubious that you'll go to court and get paid."

# Feinberg v. BP

http://www.wkrg.com/gulf_oil_spill/article/feinberg-v.-bp/912918/Aug-11-2010_5-43-pm/

August 11 2010

**0:46** – "I will bend over backwards to find eligibility, within reason, in order to maximize the dollars that can be sent to people that have suffered as a result of this spill"

**1:21** – A man saying – "I've got a house for sale for sixteen months, well before this thing started, and it's down about fifty percent in value."

**1:26** – Feinberg's response – "That's not a claim. Just diminished property value. That wouldn't be a claim."

**1:39** – "People are skeptical. They are not convinced I am independent. They don't understand how this whole system was set up."

**WKRG.com News Mobile-Pensacola**
by Debbie Williams
Published: Wed. August 11, 2010 - 3:58 pm CST Last Updated: Wed. August 11. 2010 - 5:43 pm CST

**A large part of the economic future for many people along the gulf coast will shift from BP to Ken Feinberg in less than two weeks. But a lot of questions still surround the takeover, like, what is a legitimate claim? While many people feel they have suffered because of the spill that doesn't mean they are going to get paid.**

GULF SHORES, Alabama - In just days claims centers along the gulf coast will no longer be known as BP claims centers but Ken Feinberg's Gulf Coast Claims Facility. Feinberg says he will keep the same basic infrastructure but his process will be more consistent and more efficient. That's welcome news to business owner Mike Pinzone. "I'm ready to settle. I'm done. I can't keep calling and begging for money. I'm ready for somebody to write me a check."

How the transition will take place is anyone's guess. Folks working in the BP claims offices say they have been told very little. They don't even know if they'll have a job. Feinberg will only say, "we're confident we'll be ready August 23rd."

**At public meetings around the coast he encourages people to file a claim.** "I will bend over backwards to find eligibility, within reason, in order to maximize the dollars that can be sent to people who have suffered as a result of this spill."

Although what will be considered a legitimate claim seems to still be undetermined. "I can't be entertaining claims 90 miles away. I mean you've got to be along the gulf somewhere," he says. State and local government claims will not be paid out of the escrow account. Money will be set aside for realtors and brokers but other property owners could be left out. Diminished property value will not be considered a legitimate claim.
**According to Feinberg, some claims will be easy. What could be more difficult is determining whether the Feinberg system is any better than BP's.**

**The Washington Independent**

http://washingtonindependent.com/95489/more-details-on-feinbergs-oil-spill-compensation-process

# More Details on Feinberg's Oil Spill Compensation Process

By Andrew Restuccia 8/23/10 11:31 AM

Yesterday afternoon, Kenneth Feinberg, who takes over as independent administrator of BP's $20 billion oil spill compensation fund, briefed reporters on how the claims process will work.

I wrote a story today on that process, but there were a number of things Feinberg said during the briefing that didn't fit into the story.

**Right to sue.** Feinberg will require all claimants who accept a final, lump-sum payment (not the interim emergency payments) to waive their right to sue BP, but he has not yet decided whether he will require claimants to also waive their right to sue the other parties involved with the spill, including Transocean and Halliburton.

"That issue has not been resolved. The question of whether or not a final payment will release one defendant, BP, or all defendants has not yet been resolved by me," Feinberg said. "You hear arguments on both sides. The simple answer is that the issue has not been resolved."

**Compensation for realtors.** Feinberg said he has negotiated an agreement with the National Association of Realtors to set aside no more than $60 million to compensate Gulf realtors' for losses from the spill.

"I do not believe that it will be necessary to set aside that much money," he said, adding that he plans to finalize the agreement today. The money will be distributed outside of Feinberg's compensation process by real estate associations in the Gulf.

**His own compensation.** Feinberg said **there is no written contract between him and BP laying out his responsibilities and compensation.** Responding to a question from a reporter, Feinberg said, "There is no document. I absolutely agree with the thrust of your questions that my contract and payment terms be made public." He said he would be releasing in the coming weeks a "fully transparent, open budget" that will outline the how the program will be run, the amount of money required to run the program and how much he is being paid.

**Volume.** He expects a "flood of early emergency claims" now that he has taken over the process and has hired additional staff to handle process the filings.

## Ken Feinberg speech to Florida Restaurant and Lodging Association (Q&A Segment 1)

http://www.youtube.com/watch?v=fqOWuVUFoX0&feature=related

September 22, 2010

**3:10** – "I don't suspect that the scientists will ever agree, that there will ever be a uniform consensus." " It will not happen and I think we'll have to do the best we can with the most credible scientific assessment moving forward with the final payments."

**3:55** – For those in an expanded distance – he's not looking for emergency payments – looking for "trued up" final payment. "I would propose as to pending claims" - (Florida Lodging Industry) – "putting them in this box and truing them up."

**7:12** - Protocol to pay quickly in order for people not to go to court

**8:43** - Release the facility / reserve the right to come back later.  Offer made is so generous release can be given.  Scope of release to be determined.

## Ken Feinberg speech to Florida Restaurant and Lodging Association (Q&A Segment 2)

http://www.youtube.com/watch?v=-NwVx_dhjAI&feature=related

September 22, 2010

**0:37** – Fishermen, shrimpers, oystermen – " Those people eligibility is not an issue."  "The issue I have with those people is proof."

**0:39** – Regarding litigation over the next few years – "Doesn't serve my goal and it certainly doesn't serve the administration's goal of trying to corral and pay as many claims as possible within the facility."

**2:38** – "Acknowledge that we want to keep the Florida tourism, lodging, restaurants out of the courtroom if we can. We want to do that."

**5:25** – Regarding the restaurant and lodging issue related to distance from the spill. "We decide if these should come into the facility or just be settled outside of the facility."  Similar as to how he set up the Real Estate Fund.

**5:39** – "Goal to avoid lawsuits."

**6:30** – (if I say no) "what have I done but drive you into the court system which is something that the facility is designed to avoid."

**7:10** – "Decide claim eligibility so you won't file a lawsuit."

**7:26** – "I'll try and find a way where we can avoid the courtroom and we can find a way to pay claims in a manner that will be viewed as equitable and fair."

**8:17** – "I view claims from forty-eight states as far, far different as claims from the Florida Lodging and Restaurant Association members."

**8:46** – "I want everybody paid, don't want lawsuits. Work within next weeks, not months, to settle claims."

**8:48** – "Can the people prove their claim? Not an easy hurdle."

# Wall Street Journal

September 27  2010, 5:30 PM ET

## Feinberg Catches Flak From Justice

http://blogs.wsj.com/washwire/2010/09/27/feinberg-catches-flak-from-justice/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+wsj%2Fwashwire%2Ffeed+%28WSJ.com%3A+Washington+Wire%29

Feinberg has been assuring his critics that he's stepping up the pace. "We have heard and we understand the criticisms, and we are responding," he said in a press release. **"We will be sending out more generous checks more quickly."**

# Kenneth Feinberg talks about the oil spill claim process: see the video

http://www.nola.com/news/gulf-oil-spill/index.ssf/2010/09/kenneth_feinberg_talks_about_t.html

**Times - Picayune        9-29-10**

**2:55** - No eligible claim is more than four days from being approved and paid   -- emergency payment "no brainer"

**10:50** - After November 23rd 2010 - all payments final - no lawsuits - final release may include all potential defendants - BP - Halliburton - TransOcean - etc

**17:00** - 80 - 90,000 emergency claims and expects the same amount of final claims (same people)

**25:38** - Not working for BP

**26:00** - Paid business claims to 10M - 85% of individual claims are 50K or less 95% of business claims are 200K or less

**28:15** - Proximity claims discussion - says law would limit claims

**30:40** – "*Parking*" hotel claims -- thinking about settling with BP later

**34:10** – "Will not supply info to IRS other than sending a 1099 " information is proprietary and sealed with me"

**35:50** - Indian Tribes - loss of subsistence because of damaged area in Gulf    ** "absolutely I will pay a loss of subsistence"

**37:56** - "*let's corral the claims*" - "*why litigate*" - "*If I won't pay you, I urge, no one will pay you*" -  "*the law is much more rigorous than I will be*"

**45:10** - "right now it's found money"

**46:00** - explains the 20B$ fund - saying BP has already spent 4B on cleanup which leave 16B that is also supposed to include government claims

# Claims to BP Fund Attract Scrutiny - Summary

**The New York Times _ Published: October 2, 2010**

http://www.nytimes.com/2010/10/03/us/03feinberg.html?pagewanted=2&_r=1&ref=kenneth_r_feinberg

JOHN SCHWARTZ

<u>Kenneth R. Feinberg</u> spent part of his summer barnstorming towns near the Gulf of Mexico, urging people who felt they had suffered financial hardship because of the <u>oil spill</u> to apply for a share of the $20 billion BP fund he was overseeing. **The point of the fund was to pay claims rather than litigate them in court.**

Enlarge This Image



Kenneth R. Feinberg is overseeing the $20 billion BP fund to compensate victims of the oil spill.

**"It's my opinion you are crazy if you don't participate,"** Mr. Feinberg told a crowd at one stop in Louisiana.

"They're not just sitting there," he said. "We can't pay them without more documentation — **minimal documentation, but enough to process the claim."**

Some plaintiffs' lawyers are rankled by complaints about claims because they lack documentation. **Stephen J. Herman, a New Orleans lawyer, called it "kind of ironic" to have Mr. Feinberg complaining about lack of documentation when he all but discouraged people from using lawyers to pursue their claims.**

**"If you'd had lawyers helping people fill out their claims forms, you'd probably have better documentation,"** he said.

**"I don't want to chill people from applying,"** he said.

# BP's Victims Fund: Kenneth Feinberg's Tough Task

## CBS News: Morley Safer Profiles The Man Tasked With Dispensing The $20 Billion Fund

### October 3 2010

http://www.cbsnews.com/stories/2010/09/30/60minutes/main6915445.shtml

Feinberg may be perceived by most Americans as the fairest in the land, if not for looks then surely for his judgment. But to the shrimpers, oystermen, boat captains, restaurant and hotel owners and their employees, all of whose lives and livelihoods have been completely upended, he is seen as a penny-pinching scrooge, when they wanted a beneficent Santa Claus.

The idea behind the fund is similar to 9/11: **persuade people to accept payment for their losses upfront instead of engaging in long and costly and uncertain lawsuits against BP.**

"It's a free country. If you wanna come into the fund, with all the benefits of the fund, come on in. You're welcome. We'll give you a fair shake. We'll process your claim. We'll pay what you're due. If you don't like what we're paying you, if you think we're nickel and diming you, if you think we're not being fair, opt out and go the other route. Now, in 9/11, 97 percent of all eligible claimants entered the fund. Only 94 people out of 3,000 decided to litigate," Feinberg explained.

"And then, after that comes the so-called final payments?" Safer asked.

"That's right. That's more controversial because with the final payment will come the requirement that the claimant release BP from any suit, any lawsuit," Feinberg replied.

And that is a tough call. Though scientific studies are underway, no one can predict the full effects of the Deepwater Horizon spill.

How do the fishermen calculate what future losses they may suffer? "We won't know what to file for until we find out what the scientists say really happened out there," one fisherman pointed out.

"What I'll try and do is work with you to make sure that the payment I'm giving you will minimize the risk that you're worried about," Feinberg said.

"But is your most powerful weapon your reputation?" Safer asked.

"No. Definitely not. My most powerful weapon are the checks going out. That's all that matters here," he replied.

"Show me the money?" Safer asked.

"Show me the money. Show me the money," Feinberg agreed.

And he will: under increased pressure from both victims and the administration, **Ken Feinberg announced this past week that he would make the program more efficient, more accessible, and more generous.**

# Rejected by BP? New Oil Spill Claims Rules Give Businesses Another Shot at the Money

By Kirsten Korosec | **October 5, 2010**



**Claims that were once rejected by BP have been given new life thanks to new, more lenient rules issued Monday by oil spill claims czar Kenneth Feinberg. Now claims from businesses and individuals located outside the coastal spill zone will be reviewed and not automatically dismissed, as they were before.** That means more claimants — with both frivolous and legitimate requests — will be vying for compensation from BP's $20 billion escrow fund.

The $20 billion escrow fund, established by BP earlier this year, is now under the control of the **Gulf Coast Claims Facility**, or GCCF.  This means that BP can no longer give businesses, say in Florida, short shrift just because oil didn't hit the beach they're located on. Heck, now a person or business located far inland has a chance to cash in, if they can prove they lost income because of the spill.

Here's GCCF's description of the rules.

Do I have to live in the Gulf region to make a claim? No. Any individual or Business may submit a claim to the GCCF for costs and damages incurred as a result of the oil discharges from the Spill. However, to receive payment from the GCCF, your costs and damages must have been proximately caused by the Spill and must not be too remote in time of place from the Spill.

As more businesses, especially those with large claims, jump into the fray, the chance that the escrow fund will be tapped increases. Legitimate claims from Florida businesses will likely be a huge new drain on the fund. Take for example, TradeWinds Island Resorts on St. Pete Beach in Florida, which had its claim rejected by BP. But the company's chief operating officer Keith Overton received a call from Feinberg saying its $1.05 million emergency claim would be processed, according to a St. Petersburg Times report.

## The Washington Independent - Summary

## A Q&A With Compensation Fund Administrator Kenneth Feinberg

http://washingtonindependent.com/99710/no-stranger-to-thankless-tasks-oil-spill-compensation-chief-admits-mistakes-and-confronts-new-hurdles

October 6 2010

**Can you tell me what was behind your decision to no longer determine the eligibility of claims based on a claimant's geographic proximity to the oil spill?** ...So I decided, "Look, I ought to at least give these tourism-related industries a chance to demonstrate their damage." I'm not saying that the damage is proven, but I don't think proximity alone should bar the claims.

**And so, in other words, you wouldn't necessarily take the claim out of consideration because of proximity to the spill, but a claimant still has to prove damages.**
That's right. Unlike last week when I was on the fence, I'll agree to process the claim. Whether you can demonstrate that your damage was sufficiently causally connected to the spill, as opposed to the recession or a hurricane or a rainy weekend, that is something that you're going to have to demonstrate to my satisfaction.

**How different will the level of proof be?** I think for a final payment we'll want a little bit more proof. But that remains to be seen.

**If you had to give advice to people who were preparing to file a claim, what would that be?** File an emergency claim. You're not waiving any rights. Document it as best you can and we'll work with you on this.

**You've mentioned that you're going to start to group some of these claims by industry. Can you explain that?** It makes it easier. It means if you take all of the shrimpers from Louisiana and you group them together and you notice that their documentation is all basically the same and their assumptions about damages are the same, you can much more quickly assess their claim collectively than you would if you had to use an accountant to go assumption by assumption and claim by claim.

**What does "completed" mean?**
That we can process the claim and pay it because it's proven. But I think that I oversold my ability to do it in 48 hours or seven days. Now we are current. I want to emphasize that.

**One of the big questions going forward is this: In final payments, when a claimant accepts a final claim and they sign a waiver saying they can't sue BP, are they also waiving their right to sue other companies involved in the spill?** That remains to be seen. I'm inclined to do that. **Total peace. Let's end the litigation.** But I haven't made a decision yet on that.

**How long would those interim payments last?** As long as they want. Three months, six months. they could come back again and again if they want.

**What's the difference between emergency and interim payments?** There's none really, except that emergency payments weren't required by the law. I just set that up. But there's no real difference.

## Feinberg Interview – Bloomberg

http://www.bloomberg.com/video/63565932/

October 7 2010

**0 :31** – In response to – "The pace of claims under your watch is unacceptable. What happened?"   Feinberg's response: "A lot of claims. It took longer than I thought it would. I admitted right away that we had to do some mid course corrections. We've done that. The pace is now appropriate. We've doled out over one billion dollars to fifty-five thousand people and businesses and I believe now that we have made the right corrections. The program is moving now and I am confident it is working well, and can work even better, but it is working well now."

**1:25** – "Until November twenty-third we're still paying emergency payments, no obligation on the part of any individual or business to take these claims or this money or to waive any rights. It is after November twenty-third, as you point out, there will be an opportunity for a final payment if a claimant wants to take it. If not they don't have to. This is a voluntary program.

**2:18** – In response to – "Are you happy with fifty percent?" (receiving payment)  Feinberg's response – "No I'm not happy, but we're not falling behind."

**3:41** – "Well right now, **this program that I am administering is scheduled to run for three years** and I am hoping that within that three year period the scientists will get a pretty good indication of any long term impact so that we can offer lump sum payments to those individuals and businesses who are concerned about the future."

**4:14** – "First of all, you've got to understand what the final protocol will read. If somebody doesn't want to take a lump sum payment because they don't know about the future, don't take it. I will agree to make interim payments as long as they want to wait, as long as they have damage and they don't want to make a final payment request. I'll be glad to make those interim payments to them. They can wait until they have a comfort level. **And after three years if the facility that I am administering is no longer in existence, those individuals and businesses can still go to BP and seek interim payments or a final payment.** They are protected.

## Feinberg Interview – Bloomberg

http://www.bloomberg.com/video/63565932/

October 7 2010

**0 :31** – In response to Q – "The pace of claims under your watch is unacceptable. What happened?"   Feinberg's response: "A lot of claims. It took longer than I thought it would. I admitted right away that we had to do some mid course corrections. We've done that. The pace is now appropriate. We've doled out over one billion dollars to fifty-five thousand people and businesses and I believe now that we have made the right corrections. The program is moving now and I am confident it is working well, and can work even better, but it is working well now."

**1:25** – "Until November twenty-third we're still paying emergency payments, no obligation on the part of any individual or business to take these claims or this money or to waive any rights. It is after November twenty-third, as you point out, there will be an opportunity for a final payment if a claimant wants to take it. If not they don't have to. This is a voluntary program.

**2:18** – In response to – "Are you happy with fifty percent?" (receiving payment)  Feinberg's response – "No I'm not happy, but we're not falling behind."

**3:41** – "Well right now, **this program that I am administering is scheduled to run for three years** and I am hoping that within that three year period the scientists will get a pretty good indication of any long term impact so that we can offer lump sum payments to those individuals and businesses who are concerned about the future."

**4:14** – "First of all, you've got to understand what the final protocol will read. If somebody doesn't want to take a lump sum payment because they don't know about the future, don't take it. I will agree to make interim payments as long as they want to wait, as long as they have damage and they don't want to make a final payment request. I'll be glad to make those interim payments to them. They can wait until they have a comfort level. **And after three years if the facility that I am administering is no longer in existence, those individuals and businesses can still go to BP and seek interim payments or a final payment.** They are protected.

The Ledger.com

# Gulf Oil Well Rupture: Claims Against BP Take Time

(at end of story: "...Feinberg has pledged the process will improve and, at the end of the day, "people will feel that the fund treated them fairly.")

Published: **Monday, October 11, 2010** at 12:01 a.m.
Last Modified: Saturday, October 9, 2010 at 12:42 a.m.

The images shown and stories told by the media, including this publication have been heartbreaking.

Residents of the Gulf Coast, their lives, fortunes and dreams shattered by the effects of the BP oil well rupture, are pleading their cases to anyone who will listen. There are stories of bankruptcies, of mental problems brought on by stress, of once-successful business owners reduced to living in cars.

And there's a universal question: Why is it taking so long for BP to pay off claims from a $20 billion fund set up to compensate oil victims for their losses?

Kenneth Feinberg, the government-appointed administrator for the BP fund and nearly a decade ago oversaw claims from 9/11 victims, has tried to answer that question.

His response probably won't satisfy those who are struggling to stay solvent and who want to see BP have to answer for the oil well rupture, but it's hard not to say "the man has a point."

As of one week ago, 104,000 claim applications had been submitted. The sheer number has bogged down the process, and it's unrealistic to think BP will start cutting checks without thoroughly investigating every case.

### INFLATED, EGREGIOUS CLAIMS

About 39,000 of the applications, according to Feinberg, were submitted with insufficient - or no - documentation of losses.

Feinberg said some claims have been inflated far beyond the actual losses, multiple applications have been filed for the same loss and "scores" of claim applications have been so egregious that they have been sent to the Justice Department for possible criminal fraud investigation.

The sad reality is there also are people, just as in the aftermath of Hurricane Katrina and other disasters, who see "big corporation" and "$20 billion," and start scheming how to get a share of the loot, whether they deserve one or not.

They are the ones who delay aid to and, basically, steal from the people who are hurting. They are the reason the people who are hurting are having to account for every decimal point to get help.

At the same time, we're not naive enough to think BP doesn't need oversight. The Justice Department is prodding it to pick up the pace of payouts. **Feinberg has pledged the process will improve and, at the end of the day, "people will feel that the fund treated them fairly."**

We'll see.

## The Wall Street Journal

October 20, 2010, 11:52 AM ET

http://blogs.wsj.com/law/2010/10/20/bp-claims-process-moves-forward-but-not-without-grumbling/?KEYWORDS=feinberg

### BP Claims Process Moves Forward, But Not Without Grumbling



Making the Gulf whole again after a massive oil spill isn't an easy task on any level. Washington attorney Kenneth Feinberg (pictured) has been charged with one of the most dicey elements: deciding on behalf of BP how to compensate businesses and individuals.

Feinberg is running BP's $20 billion fund to which anyone with a financial claim against the oil company can make a claim. The task is anything but simple. More than 200,000 claims have been filed, many of them from people whose businesses are hanging by a thread after oil lapped the Gulf's beaches and bayous. Emotions are running high.

We detail in a story today that the lengths Feinberg has gone to in paying claims that are anything but straightforward. He's had to sift through fraudulent claims and those where business owners use complicated projections in an uncertain economic climate to estimate what they think they're owed. Feinberg has sped up the pace of paying claims and is working to institute more transparency in the process so claimants know, for instance, where they are in line in terms of getting checks in the mail.

But on the ground, there's lots of grumbling. Some claims have been stalled for weeks – likely because of documentation issues, says Feinberg. Some business owners say they've been strung along, misinformed and had hopes dashed, then fulfilled by fund administrators. Furniture store owner Keith Lee in Orange Beach, Ala., for instance, was told his $205,700 claim was denied, then told it was being re-evaluated, then told he'd be paid in full, then told it was denied before finally being paid in full.

"That is the most sublime form of human cruelty I had ever experienced," he told the WSJ. He says he is pleased he was paid, but calls Feinberg's office "the big castle in the sky" where no one really knows how decisions are made. For the plight of fishermen see this Washington Post story.

While **claimants who accept final claims from the fund must waive their right to sue,** many of them have turned to lawyers such as Joe Rice of Motley Rice, Rhon Jones of Beasley Allen and Richard Arsenault of Neblett, Beard & Arsenault for help compiling their claims. Those and dozens of other attorneys are also handling civils suits against BP.

Despite the bumpy start to the fund process, **Mr. Feinberg's point that making claims to the fund will result in a faster payout than lawsuits seems apparent.** New Orleans federal judge Carl Barbier scheduled the first trial for next summer. Click here for a story from the Houston Chronicle on that.

# The Wall Street Journal   - Summary

OCTOBER 20, 2010

## Bumpy Start to BP Fund Puzzles Gulf

By DIONNE SEARCEY

ORANGE BEACH, Ala.—

(Audio) Listen: Business owners are struggling to make heads or tails about how the BP fund is being distributed.

Washington lawyer Kenneth Feinberg, who administers the fund, had promised that emergency payments would be a fast way for anyone hurt financially by the spill to stay afloat—much faster than lawsuits, which anyone receiving a final claims payment is ineligible to file. **"You will always be able to find the claimant who has been misled or misunderstood or given the runaround. It's inevitable."**

**"Overall, I think the program has been very generous."**

What he found when he took over the BP fund on Aug. 23, he says, was staggering: **data in disarray, duplicate claims, identical claims under different names and thousands of claims with inadequate or no documentation.**

On Sept. 17, the Justice Department, sent a letter expressing concern about the slow pace of payments.

**Mr. Feinberg says he decided to become more generous.**

**He began processing claims from businesses without regard to their proximity to the shore.**

Mr. Feinberg says the pace of claims has picked up as a result.

Mr. Feinberg declines to comment on specific cases. **He says inadequate documentation is a major reason for claims being stalled.**

Thus far, **he hasn't detailed the formulas used to decide how much money to pay out.**

"That issue is legitimate, the issue of transparency," Mr. Feinberg says. **"We are instituting more sunshine."**

The varying payout rates have generated some hard feelings among friends here. **Some business owners said they are making smaller claims than they think they deserve, on the theory they'll be paid quicker if they do so.**

## C-SPAN VIDEO

http://www.c-spanarchives.org/program/id/236406

C-Spann dated **10.26.2010** - Video is about his speech related and focused toward the US Chamber Institute for Legal Reform

Talks about conceptual design and implementing alternative programs to litigation.

Some examples are his involvement in the Agent Orange Program - 911 Payout - Virginia Tech – Asbestos and now BP

**42:30** takes questions

911 -- *get people out of the court / tort system*

VTech -- small fund (8M) did not require people to waive their right to sue

**48:30** -- can his approach (conceptual alternative to legal system) be successful in other areas ??

It's so unique and rare that these programs exist --- only in large tragedies

**52:20** -- seeking best independent science that he can find of Gulf's future

**54:30** -- his business is to try on merits -- take check or not --- free market will decide that

**57:30** -- any geographical location can file *** can they document loss*** -- appears the checks and balances will be more stringent due to distance

**58:00** -- Applies his own standards publicly using Oil Pollution Control Act as floor

**58:38** --- Goal /Challenge is to develop a system that will attract claimants in a manner to make them whole and avoid the specter of so many thousand potential lawsuits

10/27/2010

## Feinberg at the U.S. Chamber Institute for Legal Reform Summit:

"Until November 23rd, any eligible claimant who can document their damage will receive compensation without any requirement that they waive a subsequent right. **Now, after November 23rd, a claimant will be given a choice. Here is a final payment for all of your damage that has not yet been compensated now and forevermore, but in return you've gotta give up your right to sue.** If you don't want to do that, if you think 'Geez, I don't know about the future of the Gulf. The oil may still be in the floor of the Gulf ocean floor. I'm .. I'm .. the Shrimp and the oysters ... I'm not sure.' Alright, here are quarterly interim payments that don't require you to take a lump sum payment and waive your right to sue. We'll continue to give you interim payments while you decide over the next three years for this facility when and whether you want to sue ... or you want a final payment. And you have another option. If you don't want the interim payments and you don't want the final payment and you'd rather litigate in court, that is your choice. That is up to you. **But I will, as I have in the past, urge those claimants: Stay in this fund. Don't roll the dice."**

# Institute for Legal Reform

http://www.instituteforlegalreform.com/component/ilr_media/30/pressrelease/2010/514.html

FOR IMMEDIATE RELEASE - October 27, 2010
Contact: Justin Hakes  202-463-3156

# Feinberg Headlines ILR Summit to Address Alternatives to Lawsuits Following Major National Disasters

**WASHINGTON, D.C.**—At the U.S. Chamber Institute for Legal Reform's 11th Annual Legal Reform Summit, Kenneth R. Feinberg today presented an alternative model to traditional litigation for settling claims resulting from major disasters such as the Gulf of Mexico oil spill.

Drawing from his roles as Independent Claims Adjuster for the BP Deepwater Horizon Spill Disaster Victim Compensation Fund and former manager of the 9/11 Victims Compensation Fund, **Feinberg headlined the day-long Summit that focused on lawsuit abuse during a major economic downturn.**

"The case is clear: lawsuit abuse is a major problem that threatens the ability of American businesses, large and small, to recover from the current economic situation and create jobs," said ILR President Lisa Rickard.

Throughout the day, ILR featured speakers and panels on key topics and unveiled a number of new research pieces which promise to advance the legal reform debate, including:

- "Cy Pres: A Not So Charitable Contribution to Class Action Practice," a paper outlining how *Cy pres* awards in class actions engender a multitude of ethical and conflict-of-interest problems for judges, defendants, plaintiffs and absent class members;
- "Litigating in the Field of Dreams: Asbestos Cases in Madison County, Illinois," a paper analyzing asbestos litigation trends in the perennially problematic jurisdiction of Madison County, Illinois;
- "Restoring Balance: Proposed Amendments to the Foreign Corrupt Practices Act," a paper presenting a series of amendments that would improve the FCPA.

The Chamber also honored key individuals and organizations who are working to improve America's litigation environment with the ILR Legal Reform Awards. The 2010 recipients include State Sen. John Thrasher and State Rep. Eric Eisnaugle, both of Florida, for legislative achievement, as well as the law firm of Forman, Perry, Watkins, Krutz & Tardy for organizational achievement. The Civil Justice Association of California won the alliance award, while Robert P. Hartwig, Ph.D., president of the Insurance Information Institute, won an award for his important research accomplishments.

ILR seeks to promote civil justice reform through legislative, political, judicial, and educational activities at the national, state, and local levels.

The U.S. Chamber of Commerce is the world's largest business federation representing the interests of more than 3 million businesses of all sizes, sectors, and regions, as well as state and local chambers and industry associations.

**CBS News _ November 4, 2010**

BP has Paid Feinberg's Firm $3.5 M in Fees...Gulf Residents Say Lawyers Are Lowballing Victims While Making Huge Profits for Handling Claims Against Oil Giant

http://www.cbsnews.com/stories/2010/11/04/business/main7023496.shtml

# Feinberg Claims Nearing Deadline

Feinberg Claims Nearing Deadline

**November 5, 2010**

Reported by: James Gordon
Email: jgordon@local15tv.com
Updated: 11/05 5:43 pm

(MOBILE, Ala.) - Claims centers are still busy as a November 23rd deadline approaches to file emergency claims.

Claims Czar Ken Feinberg met with Alabama Governor Bob Riley and other officials at the Battle House Hotel today. He says he is considering options to help claimants beyond the deadline.

"Beginning November 23rd the final payment program will also include the opportunity for businesses or individuals to continue to take in instead of the final payment ongoing interim emergency payments," says Feinberg.

Local leaders are also demanding a case manager second to Feinberg be assigned to the area.

- Video

## BIG NEWS NETWORK.com

**Wednesday 10th November, 2010**

Fraud mentioned in BP spill fund payments

http://feeds.bignewsnetwork.com/?sid=698410



The administrator of a $20 billion fund which compensates victims of the BP oil spill has said fraudulent claims are becoming an issue.

Kenneth Feinberg has said he will ensure those who receive payments from the fund are checked to ensure the integrity of the fund remains intact.

While about $1.3 billion has already been paid out in emergency payments, Mr Feinberg has said there had been indications that some citizens believed the program was a generous cash cow which could be taken advantage of.

He pledged each application would be carefully examined, saying fraud and ineligible claims would simply "undercut the credibility of the fund."

The BP-established fund is to reimburse Gulf of Mexico residents and businesses for lost wages, personal injuries and clean-up claims.