UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CIVIL ACTION |
| | NO: 10-md-2179 |
| | SECTION: J(1) |

ATTACHMENTS TO DOCUMENT NO. 912

    DESCRIPTION: Exhibit M Disk

    FILED BY:  Plaintiffs

    FILE DATE:   12/21/10

ARE LOCATED IN THE CLERK'S OFFICE.

# Exhibit M

*(in globo)*

Feinberg Video Clips

- *Miami Sun Herald* Video, "Feinberg Speaks With Group in Biloxi, MS" http://video.aol.ca/video-detail/bp-oil-spill-claims-administrator-kenneth-feinberg/72057659721243609/?icid=VIDURVNWS07
  ("I would urge everybody: File with this program..... If I'm not going to pay you, I am dubious that you'll go to court and get paid.")

- C-Span Video (10/26/10), http://www.c-spanarchives.org/program/id/236406.
  ("I am now seeking the very best independent science I can find on the likely future in the Gulf.")

- "Kenneth Feinberg Talks About the Oil Spill Claim Process" *Times Picayune* (9/29/10), http://www.nola.com/news/gulf-oil-spill/index.ssf/2010/09/kenneth_feinberg_talks_about_t.html
  ("If I've done my job, and the number one objective is: Let's corral the claims and pay them. I've got the money. Why litigate? Why flood the federal and state courts of Louisiana? You'll litigate for years. You'll be paying all sorts of expenses. Who says you'll win? If I won't pay you, I urge, no one will pay you. The law is much more rigorous than I will be.")

- "Feinberg: BP Trying to Do the Right Thing But Claims Need to Be Expedited" PBS INTERVIEW IN BATON ROUGE, LA (6/18/10), http//www.pbs.org/newshour/bb/politics/jan-jun10/oil2_06-18.html
  ("You will get money quicker. You will get money with a certainty. You don't have to give forty percent to your lawyer. Come in and get a check.")

- "Gulf Coast Claims Facility – Are Promises About BP Claims Process Being Kept?" (Pt 2/3) (6/25/10), http://www.youtube.com/watch?v=mOvdywgsVJ0&list=UL&playnext=1.
  ("Should you litigate? Is it a good idea? Absolutely not. It's a mistake. It's a mistake to litigate. But that's your choice. If you litigate, years of litigation. Years. You may not win in your litigation against BP. And if you do win, wonderful, give forty percent to your lawyer.")

- Feinberg Speech at Florida Restaurant and Lodging Association (9/22/10), http//www.youtube.com/watch?v=fqOWuVUFoX0&feature=related
  ("I don't suspect that the scientists will ever agree, that there will ever be a uniform consensus. It will not happen and I think we'll have to do the best we can with the most credible scientific assessment moving forward with the final payments.")

- "Gulf Coast Claims Facility – Are Promises About BP Claims Process Being Kept?" (Pt 1/3) (6/25/10), http://www.youtube.com/watch?v=wGWtyRyTgs&feature=mfu_in_order&list=UL.
  ("I am not a Government official. I am not a BP official.")

IN RE: DEEPWATER HORIZON
MDL No. 2179

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
2010 DEC 21  PM 4: 16
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **JAMES PARKERSON ROY** | **STEPHEN J. HERMAN** |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Avenue |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhkc.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Fax No. (337) 233-2796 | Fax No. (504) 561-6024 |

December 21, 2010

**VIA HAND DELIVERY**

The Honorable Loretta G. Whyte
Clerk of Court, Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

      Re: *In re: Oil Spill by the Oil Rig "Deepwater Horizon"*
           **Civ. Action No. 2:10-md-02179**

Dear Ms. Whyte,

      Please find enclosed a disk containing the video clips identified as EXHIBIT M [Doc 912-13] to Plaintiffs' MOTION FOR SUPERVISION OF *EX PARTE* COMMUNICATIONS WITH PUTATIVE CLASSMEMBERS [Doc 912], filed earlier today.

                                       Respectfully submitted,

                                       JAMES P. ROY, ESQ.
                                       STEPHEN J. HERMAN, ESQ.

Enclosures
cc: The Honorable Carl J. Barbier (By Hand)
    Don K. Haycraft, Esq. (By Hand)
    Kenneth R. Feinberg, Esq. (*Via* Federal Express)