```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                                    MDL NO. 2179 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    FRIDAY, NOVEMBER 19, 2010, 9:00 A.M.

 8   THIS DOCUMENT RELATES TO:

 9   ALL ACTIONS

10
     ****************************************************************
11

12            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
13                   UNITED STATES DISTRICT JUDGE

14
     APPEARANCES:
15

16   FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQUIRE
17                          P. O. BOX 3668
                            556 JEFFERSON STREET
18                          LAFAYETTE, LA  70502

19

20                          HERMAN HERMAN KATZ & COTLAR
                            BY:  STEPHEN J. HERMAN, ESQUIRE
21                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
22

23                          LEGER & SHAW
                            BY:  WALTER J. LEGER, JR., ESQUIRE
24                          600 CARONDELET STREET, 9TH FLOOR
                            NEW ORLEANS, LA 70130
25
```

EXHIBIT O

1   complicated than I envisioned, frankly, because an attorney is
2   going to have to review this on a case-by-case basis?
3            MR. LANGAN:  Yes, Your Honor.  And the reason for that
4   is that the way, as we understand it, the GCCF keeps their files,
5   there may be not only the plaintiff's submission, but also sort
6   of internal deliberative material, the claim evaluation.  And so
7   there's a lot of sort of hand sorting that will have to be done.
8            Now, it will get done.  We're working and trying to
9   put a plan in place; but, there is a fair amount of effort that
10  will be involved, and it's sort of dependent on how many forms we
11  get.
12           THE COURT:  Right.  Okay.  Thank you.
13           Anybody on the plaintiffs' side want to speak to
14  this?
15           MR. HERMAN:  Good morning, Your Honor.  Steve Herman.
16           Just very briefly, we got their filing yesterday.
17  I understood the issue to be more a mechanical database issue.  I
18  didn't understand that they were going to be redacting things.
19           I'm not sure what the claim is, if there is a work
20  product claim or what it is, but we'll confer with BP or whoever
21  we need to confer with to try to work things out with them.
22           THE COURT:  And with Mr. Feinberg.
23           MR. HERMAN:  Or maybe Mr. Feinberg.
24           THE COURT:  Well, the report that I got from the
25  defendants' liaison says that the GCCF has advised that once it