Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼       Web History | Search settings | Sign in



| gccf claims      ✕ | Search |

Instant is on ▼

About 15,700 results (0.30 seconds)       Advanced search

**Everything**

Images

Videos

Realtime

News

More

**New Orleans, LA**

Change location

**Any time**

Latest

Past 2 months

More search tools

▶ **Official BP Claims Site**        Ad
Visit BP's Claims Page & Learn How To Make A **Claim**
Without A Lawyer
   Show map of BP.com locations near New Orleans, LA
www.BP.com/**claims**

**Gulf Coast Claims Facility**
The Gulf Coast **Claims** Facility ("**GCCF**") is the official way
for Individuals and Businesses to file **claims** for costs and
damages incurred as a result of the **...**
www.gulfcoast**claims**facility.com/ - Cached

| Check Claim Status | Important Notices and |
| File a Claim Form Online | Information |
| Contact Us | Claims Site Offices |
| Frequently Asked | File a Paper Claim Form |
| Questions | GCCF Program Statistics |

   More results from gulfcoastclaimsfacility.com »

**Check Claim Status - Welcome to the Gulf Coast
Claims Facility ...**
To check on the status of your **claim**, please enter your
**GCCF** Claimant **...**
https://cert.gulfcoast**claims**facility.com/icf/fs/status - Cached

**File a Claim Form Online - Welcome to the Gulf
Coast Claims ...**
If you have already started your **GCCF Claim** online and
wish to complete and **...**
https://cert.gulfcoast**claims**facility.com/icf/fs/**claim** - Cached

**File a Claim Form Online - Welcome to the Gulf
Coast Claims ...**
The online **claim** filing process is currently being updated. **...**
https://cert.gulfcoast**claims**facility.com/icf/fs/resetPass -
Cached
   Show more results from gulfcoastclaimsfacility.com

**News for gccf claims**



MyFox
Washington DC

**Thousands of claims denied as Feinberg
and GCCF set sights on ...** - 5 days ago
The **GCCF**, which received an influx of last
minute **claims** prior to the November 23rd
deadline have now shifted focus to the final
**claims**. **...**
News Vindication - 233 related articles
**Gulf Claims Final Payment Instructions To
Be Released Tomorrow**
Z6Mag - 399 related articles

**gccf claims - AOL News Search Results**
Related Searches: is bp processing final claims for oil spill,
bp oil spill, bp oil spill claims, bp oil, bp gulf coast claims,
**gccf claims**, . **...**
aolnews.search.aol.com/search?
s_it=relsearch&q=**gccf**+**claims** - Cached



EXHIBIT

___X___

**GCCF claim** denied? please read.. - The Hull Truth

I have found evidence that there has been a blanket denial of **claims** that were filed before the deadline of nov. 23 with there supporting.

www.thehulltruth.com/gulf.../320940-**gccf**-**claim**-denied-please-read.html

**GCCF Claims** Office Locations | RestoreTheGulf.gov

**GCCF Claims** Office Locations. September 17, 2010 | 11:40:26 AM EDT. Alabama; Florida; Louisiana; Mississippi; Texas **...**

www.restorethegulf.gov/release/2010/.../**gccf**-**claims**-office-locations - Cached

Feinberg's **GCCF Claims** Protocol

Aug 20, 2010 **...** Kenneth Feinberg's document detailing the protocols for the Gulf Coast **Claims** Facility, the independent fund to compensate victims of the **...**

www.docstoc.com › Business › Other - Cached

For Some Oil Spill Victims, **Claims** Have Been 'Under Review' for **...**

Oct 15, 2010 **...** I've also asked several times if there have been **GCCF** employees assigned to **claims** that have been "under review" for weeks or months. **...**

washingtonindependent.com/.../for-some-oil-spill-victims-**claims**-have-been-under-review-for-months - Cached

Deadline Newsroom...News That Really Hits Home!: **GCCF claims ...**

Sep 22, 2010 **...** 9, the vast majority of **GCCF claims** filed for lost earnings or profits went unpaid, according to GCCF's own statistics. **...**

deadlinenewsroom.blogspot.com/.../**gccf**-**claims**-process-deteriorates-since.html - Cached

**1** 2 3 4 5 6 7 8 9 10     **Next**

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     About Google