IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Document Relates To: ALL ACTIONS | § | |

. . . . . . . . . . . . . . . . . . . . . . . . . .

## AFFIDAVIT OF LEE HUDSON

**STATE OF FLORIDA:**
**COUNTY OF SANTA ROSA:**

Before me, the undersigned official appeared Mr. Lee Hudson, who is known by me, first being duly sworn according to law, upon his oath, deposed and said:

1. My name is Lee Hudson. I am over the age of eighteen years, of sound mind, having never been convicted of a felony or a crime of moral turpitude, and suffer from no legal disabilities. I am fully competent and duly qualified in all respects to make this Affidavit. I have personal knowledge of the facts state herein, and they are true and correct.

2. I am a claims adjuster by profession.

3. Subsequent to April 20, 2010, Worley Catastrophe Response, a well-known claims agency, was retained by BP to assist in handling the review and processing of claims submitted by individuals and entities affected by the Deepwater Horizon Oil Spill.

4. On or about July 6, 2010, I was retained by the Worley Catastrophe Response to handle claims pursuant to the terms of Worley's agreement with BP.



EXHIBIT Y

5. Beginning on July 6, 2010, I did in fact work as a claims adjustor reviewing claims made by those affected by the by Deepwater Horizon Oil Spill.

6. During my term as a claims adjuster handling Oil Spill claims, I worked not only under the auspices of BP's claims process, but also that of the Gulf Coast Claims Facility ("GCCF"), the claims entity that took over the process on or about August 23, 2010.

7. During my employment as Deepwater Horizon Oil Spill claims adjuster, I obtain significant knowledge about the criteria requirements employed by BP and the GCCF in determining whether to honor claims.

8. On or about September 19, 2010, I was laid off from my claims adjuster position as I was told that my services were no longer needed.

9. In order to receive my last paycheck, I was forced to sign a non-disclosure agreement to prevent disclosing my knowledge of the BP/GCCF claims process. *See* Attachment 1.

10. But for the existence of this non-disclosure agreement, I would be willing to provide this Court and the attorneys involved in this litigation with pertinent information I believe would be of interest to the Court and any other investigate authorities that address various issues related to processing of claimants, as well as criteria and standards utilized by the BP/GCCF for the claims process.

Further Affiant sayeth naught.

_____
LEE HUDSON

SWORN to before me this the 13th day of Dec, 2010 and has produced a FL Driver's License as identification.

State of FL
County of Santa Rosa

Notary Public State of Florida
Traci L Somerlade
My Commission EE030974
Expires 09/29/2014

_____
Notary Public - State of FL

## AUTHORIZATION FOR RELEASE OF INFORMATION

**TO WHOM IT MAY CONCERN:**

I, <u>LEE FRANCIS HUDSON</u>, hereby authorize the release of information between <u>Gregory B. Wilhelm, Esq., Gulf Coast Law Center, PLLC</u> and <u>Kevin R. Dean, Esq., Motley Rice LLC</u>. This authorization specifically includes the following:

1. The Worley Catastrophe Response Confidentiality Agreement

2. Affidavit of Lee Hudson, Case No: MDL No. 2179, Section J, IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010.

A copy or facsimile transmission of this authorization has the same force and effect as an original.

_____
LEE FRANCIS HUDSON
Social Security Number: 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
Date of Birth: 03/30/56

**STATE OF FLORIDA**          )
                              )
**COUNTY OF SANTA ROSA**      )

Sworn to (or affirmed) and subscribed before me on <u>December 13, 2010</u> by LEE FRANCIS HUDSON.



NOTARY PUBLIC - STATE OF FLORIDA

Traci L. Somerlade
Printed Name of Notary

Notary Public State of Florida
Traci L. Somerlade
My Commission EE030974
Expires 09/29/2014

____ Personally known
_X__ Produced identification
    Type of identification produced ___FL Driver's License___

9971



# CONFIDENTIALITY AGREEMENT

Employee agrees that the documents, exhibits, photographs and other material and information, however described or recorded concerning (1) Worley, (2) any insurance company or other entity for whom he/she has provided services while employed or associated with Worley, (3) the business matters of Worley or (4) any other matter made known to Employee as a result of Employee's employment and/or association with Worley shall be considered to be confidential and proprietary information of Worley. Employee agrees not to, directly or indirectly, loan, use, disseminate, sell, give or otherwise reveal or release any such information to any person; except with the express written permission of authorized corporate officers of Worley. Employee agrees that all files contained within any computer owned or leased by Worley (or any person or entity affiliated with Worley) or stored on any computer disc, tape or drive owned by or leased by Worley (or any person or entity affiliated with Worley) are to be considered the property of Worley. In the event that Employee ceases employment or association with Worley, whether by resignation, termination or otherwise, Employee covenants and agrees that Employee will not, directly or indirectly, destroy, damage, alter, copy, photograph, use, disseminate, sell, give, loan, or otherwise release or reveal said information to any person, for any reason, whether said conduct occurs before or after the event of termination or cessation of employment or association with Worley. Employee agrees to surrender to Worley all such property and any and all work product of such property promptly and to retain no such property or work product after termination of employment without the express written consent of Worley authorized officers.

I have read and understand the above-mentioned Worley Catastrophe Response, LLC Confidentiality Agreement.

_____          _Lee F. Hudson_____
Employee's Signature                      Employee's Name (Printed)

Signed this __7__ day of __July__, 2010.

Worley Catastrophe Response
_____
By: Its Authorized Representative