- En Español
- ເສກຂກຂສຂຂກຂ
- Bằng Tiếng Việt

# Information Regarding Pro Bono Assistance

If you cannot afford a lawyer and would like to speak with a pro bono attorney regarding the Release required to be signed and submitted for a Quick Final Payment Claim or a Full Final Review Claim you may contact us as listed below.

If you cannot afford a lawyer and you would like a pro bono attorney to represent you for the Interim or Final Claims Process you may also contact us as listed below. Please make sure to leave your full name and contact information and a brief description of the reason why you are seeking Pro Bono assistance. The Pro Bono assistance program for representation for the Interim and Final Claims Process, administered by the Mississippi Center for Justice, will be fully operational within the next two weeks. Once you register and request the services of a pro bono attorney, you will receive a call back from a pro bono attorney regarding your request for assistance for the Interim and Final Claims Process at that time. The pro bono assistance program will not be providing assistance for litigation or claims filed with the Coast Guard.

If you would like to request that a Pro Bono attorney contact you now regarding the Release required to be signed, please contact us by email at ProBonoRequests@gccf-claims.com or call the toll-free number 1-800-916-4893 and ask for the **Pro Bono Escalation Team**. You may also download the attached Pro Bono Request Form and return that completed Form to us via fax, email or regular mail (as per the contact information on the top of that Form).

- Privacy Policy |
- All Rights Reserved

- Home
- Important Notices
  and Information
- Frequently Asked Questions
- Town Hall Meetings / Events
- Press and News Releases
- Protocol for Interim
  and Final Claims
- Summary of Options
  for Filing Claims

- File a Quick Payment Final Claim Form

- File a Full Review Final
  Claim Form Online

- File an Interim
  Claim Form Online

- File a Paper Interim or Full Review Final Claim Form
- Required Forms for Claimant Representatives



EXHIBIT

AA

Case 2:10-md-02179-CJB-DPC   Document 912-22   Filed 12/21/10   Page 2 of 2

- Claims Site Offices
- Check Claim Status
- GCCF Program Statistics
- Pro Bono Assistance
- To Report Fraud
- Contact Us