UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF MARCO KALTOFEN

I **MARCO KALTOFEN** declare as follows:

1. I am a Massachusetts registered professional civil engineer and President of the Boston Chemical Data Corp. Since 2007 I have been a doctoral program researcher in Civil Engineering at the Department of Civil and Environmental Engineering at Worcester Polytechnic Institute in Worcester, MA.

2. On May 12, 2010, Stuart Smith hired me to perform expert analysis of both oil samples to be provided by BP ("BP Oil Samples") and samples of oil and oil-contaminated material found on or near Mr. Smith's clients' properties ("Mr. Smith's Clients' Samples").



3. In July of 2010, I personally coordinated the receipt of the BP Oil Samples by ZymaX Forensics of San Luis Obispo, California and the distribution of the BP Oil Samples to other testing laboratories.

4. Steve Herman and James Parkinson Roy's allegation that Stuart H. Smith "surreptitiously" had his experts perform test analysis on BP Oil Samples is inaccurate. I personally told Mr. Herman, Mr. Roy, and/or their representatives where our team was performing its laboratory analyses, prior to receipt of the BP oil samples. All transfers of material were fully documented and properly recorded. All tests performed were standardized, scientifically accepted methods which are generally understood to be appropriate for the characterization of crude oil.

5. As of December 21, 2010, I have sent via FedEx the BP Oil Samples that I had, along with chain of custody documentation to the Cossich, Sumich, Parsiola & Taylor law firm. I have directed laboratory personnel to forward any remaining aliquots of the ZymaX/BP oil samples which they possess to the same firm.

6. I personally coordinated the taking of 487 oil, dispersant, and environmental samples for Mr. Smith's Clients' claims.

7. The tests that I have done on Mr. Smiths' Clients' Oil Samples are not finalized. Furthermore, all of the work that I have done for Mr. Smith's clients was solely at Mr. Smith's direction and is confidential. I do not have authority from Mr. Smith or from Mr. Smith's Clients to release any

of their oil samples or my draft analyses. Nor have I been served with a subpoena to produce any of my records.

8. The cost for transportation, performing and coordinating the fingerprint analysis on the BP Oil Samples total approximately $11,940.

*[signature]*

**MARCO KALTOFEN**