UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010

MDL No.: 2179

Section "J"

Judge Barbier

This Document Relates to: 2:10-cv-02987

Magistrate Judge Shushan

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, REEL STRIKE, INC., by and through the undersigned attorneys, and voluntarily dismisses without prejudice case number 2:10-cv-02987.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.

By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff, REEL STRIKE, INC.*



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

                                                KRUPNICK, CAMPBELL, MALONE,
                                                BUSER, SLAMA, HANCOCK,
                                                LIBERMAN & McKEE, P.A.

                                                By: /s/ Robert J. McKee

                                                Robert J. McKee, Esquire
                                                Florida Bar Number: 972614
                                                rmckee@krupnicklaw.com
                                                12 Southeast Seventh Street, Suite 801
                                                Fort Lauderdale, Florida 33301-3426
                                                954-763-8181 telephone
                                                954-763-8292 facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179 |
| | Section "J" |
| | Judge Barbier |
| This Document Relates to: 2:10-cv-02988 | Magistrate Judge Shushan |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, KRISTIN LEE, INC., by and through the undersigned attorneys, and voluntarily dismisses without prejudice case number 2:10-cv-02988.

Respectfully submitted.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.


By: /s/   Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3426
954-763-8181 telephone
954-763-8292 facsimile

*Attorneys for Plaintiff, KRISTIN LEE, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN & McKEE, P.A.

By: /s/ Robert J. McKee

Robert J. McKee, Esquire
Florida Bar Number: 972614
rmckee@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3426
954-763-8181 telephone
954-763-8292 facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No.: 2179<br><br>Section "J"<br><br>Judge Barbier |
| This Document Relates to: 2:10-cv-01512 | Magistrate Judge Shushan |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, GRIFFITTS INVESTMENTS LIMITED PARTNERSHIP, by and through the undersigned attorneys, and voluntarily dismisses without prejudice case number 2:10-cv-01512.

Respectfully submitted.

                KRUPNICK, CAMPBELL, MALONE,
                BUSER, SLAMA, HANCOCK,
                LIBERMAN & McKEE, P.A.

                By: /s/   Robert J. McKee

                Robert J. McKee, Esquire
                Florida Bar Number: 972614
                rmckee@krupnicklaw.com
                12 Southeast Seventh Street, Suite 801
                Fort Lauderdale, Florida 33301-3426
                954-763-8181 telephone
                954-763-8292 facsimile

                *Attorneys for Plaintiff,* GRIFFITTS
                INVESTMENTS LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing with the Clerk of court by using the EM/ECF system which will send a notice of electronic filing to the Interim Liaison Counsel. I further certify that I served by e-mail and by U.S. mail all attorneys listed on the Panel Service List as provided in Pretrial Order #1 and by U.S. mail to all attorneys on the manual notice list.

        KRUPNICK, CAMPBELL, MALONE,
        BUSER, SLAMA, HANCOCK,
        LIBERMAN & McKEE, P.A.

        By: /s/ Robert J. McKee

        Robert J. McKee, Esquire
        Florida Bar Number: 972614
        rmckee@krupnicklaw.com
        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida 33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE DEEPWATER HORIZON | MDL NO. 10-2179 |
| | SECTION "J" |
| PERTAINS TO: | JUDGE BARBIER |
| *Barisich v. BP, P.L.C., et al.*, 10-1324 | MAG. JUDGE SHUSHAN |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, George Barisich, individually and on behalf all others similarly situated and the United Commercial Fisherman's Association, Inc., individually and behalf of all others similarly situated, through undersigned counsel, voluntarily dismiss their case (No. 2010-1324 in this consolidated matter) without prejudice against all defendants named in their complaint that was filed on, or about, May 3, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Val P. Exnicios*
Val P. Exnicios, La. Bar. No. 19563
Liska, Exnicios & Nungesser
2216 Magazine Street
New Orleans, LA 70130
(504) 410-9611

Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of November 2010.

*/s Val P. Exnicios*
Val P. Exnicios

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON

MDL NO. 2179

SECTION J

PERTAINS TO:
*Barisich v. BP, P.L.C., et al.*, 10-1316

JUDGE BARBIER
MAG. JUDGE SHUSHAN

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, George Barisich, individually and on behalf of the United Commercial Fisherman's Association, Inc., through undersigned counsel, voluntarily dismiss their case (No. 2010-1316 in this consolidated matter) without prejudice against all defendants named in their complaint that was filed on, or about, May 2, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Val P. Exnicios*
Val P. Exnicios, La. Bar. No. 19563
Liska, Exnicios & Nungesser
2216 Magazine Street
New Orleans, LA 70130
(504) 410-9611

Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314

SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of November 2010.

/s Val P. Exnicios
Val P. Exnicios

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON                    MDL NO. 2179

                                           SECTION "J"

PERTAINS TO:                               JUDGE BARBIER
*Robin v. BP, P.L.C., et al.*, 10-1295     MAG. JUDGE SHUSHAN

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Charles and Lisa Robin, III, through undersigned counsel, voluntarily dismiss their case (No. 2010-1295 in this consolidated matter) without prejudice against all defendants named in their complaint that was filed on, or about, April 30, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Val P. Exnicios*
Val P. Exnicios, La. Bar. No. 19563
Liska, Exnicios & Nungesser
2216 Magazine Street
New Orleans, LA 70130
(504) 410-9611

Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130

(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of November 2010.

*/s Val P. Exnicios*
Val P. Exnicios

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON

CIVIL ACTION

NO. 10-2179

PERTAINS TO:
*Vath, et al. v. BP, P.L.C., et al.*, 10-1273

SECTION J-1

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Ray Vath, through undersigned counsel, voluntarily dismisses his case (part of no. 2010-1316 in this consolidated matter) without prejudice against all defendants named in his complaint that was filed on, or about, April 30, 2010. This notice of dismissal does **NOT** apply to the claims of the Louisiana Environmental Action Network, Inc., which remain pending and are expressly reserved in the multi-district litigation. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Michael G. Stag*
Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this ___ day of November, 2010.

/s Mike G. Stag
Mike G. Stag

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON                                       CIVIL ACTION

                                                              NO. 10-2179

PERTAINS TO:                                                  SECTION J-1
*Vath, et al. v. BP, P.L.C., et al.*, 10-1273

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff, Louisiana Environmental Action Network, Inc. ("LEAN"), through undersigned counsel, voluntarily dismisses its case (part of no. 2010-1273 in this consolidated matter) without prejudice against all defendants named in his complaint that was filed on, or about, April 30, 2010. None of the defendants have filed answers, nor motions for summary judgment, in response to Plaintiffs' complaint.

Respectfully submitted,

*/s Michael G. Stag*
Stuart H. Smith, La. Bar No.17805
Michael G. Stag, La. Bar No. 23314
SMITH STAG, L.L.C.
365 Canal St., Suite 2850
New Orleans, LA 70130
(504) 593-9600

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of December, 2010.

/s Mike G. Stag
Mike G. Stag