IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| This document relates to:  *Joshua Kritzer, et al. v. Transocean, Ltd., et al.*  (No. 2:10-cv-04427, E.D. La) | ' ' | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Plaintiffs' Motion to Remand, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiffs' motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion to Remand is in all things granted and this case shall be remanded to Galveston County Court at Law #3.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**