IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 Section: J |
| This Document relates to: Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § § § | Judge Barbier Magistrate Judge Shushan |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW, Plaintiffs, Sarah H. Moore, Tommy Henderson, S.J. Henderson, Tim Henderson, Hettie Harrington, Mobile Management, LLC, William Henderson, Bruce Henderson, Lorraine Lee, Laura Woddail, Marilyn Roberts, Newell Robinson, Kathryn Steinemann, Kathryn Dexter Fillippeli, Mary H. Waite, Robert S. Waite III, Mary Ellen Dumas, William Berry Dumas, Jessica Dexter Taylor, Roderick B. Dexter, Helen Dexter McDavid, and William Dexter, individually and as representatives of the classes defined more precisely in the proposed First Amended Complaint (the "Classes" and/or "Class Members" or "Plaintiffs"), who are owners and/or lessees of real property on the Gulf Coast bays, and estuaries, including oyster beds and associated marshlands that are and continue to be adversely and negatively impacted and damaged as a result of the explosion, burning and sinking of the semi-submersible drilling vessel *Deepwater Horizon* on or about April 20, 2010, on the outer Continental Shelf off the Gulf coast, that resulted in the release of unprecedented amounts of crude oil into the waters of the Gulf of Mexico, by and through undersigned counsel of record, Balch & Bingham LLP,

and files this their Motion for Leave to File First Amended Complaint, and would show unto this Honorable Court the following:

1. Plaintiffs filed their Complaint on June 9, 2010 in the United States District Court for the Southern District of Alabama, Southern Division, Civil Action No. 1:10-cv-00293.

2. This case was subsequently transferred to this Honorable Court pursuant to Conditional Transfer Order No. 4 ("CTO-4") in *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In the Gulf of Mexico, on April 20, 2010*, Civil Action No. 2:10-md-02179, issued by the United States Judicial Panel on Multidistrict Litigation on September 8, 2010.

3. Prior to the issuance of CTO-4, two party Defendants, Cameron International Corporation and Halliburton Energy Services, Inc., filed responsive motions in the Southern District of Alabama; however, no rulings were made on those motions prior to the transfer to this Honorable Court.

4. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, leave to amend shall be freely given.

5. The Fifth Circuit outlined the federal policy for amendment. In *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.*, the court stated that leave to amend "should be granted absent some justification for refusal." *U.S. ex rel. Willard v. Humana Health Plan of Texas, Inc.*, 336 F.3d 375, 386 (5th Cir. 2003) (quoting *Forman v. Davis*, 371 U.S. 178, 181 (1962). The court held further that "[t]he liberal amendment policy underlying Rule 15(a) affords the court broad discretion in granting leave to amend and, consequently, a motion for leave to amend should not be denied unless there is undue

6.      The proposed First Amended Complaint does not change the nature of Plaintiffs' claims. The amendment would include additional plaintiffs to the class action Complaint. These Plaintiffs are additional owners of the real property or property interest that is the basis of the claims in the original Complaint. Further, the proposed First Amended Complaint restates the facts giving rise to the claim due to events that have occurred or knowledge that has been acquired since the filing of the original Complaint.

7.      Nothing in Plaintiffs' proposed First Amended Complaint will divest this Court of jurisdiction in this matter.

8.      Plaintiffs' proposed First Amended Complaint is attached hereto as Exhibit "1".

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that an Order be entered granting it leave of Court to file the First Amended Complaint attached hereto as Exhibit 1, that the proposed First Amended Complaint be deemed filed.

RESPECTFULLY SUBMITTED this the 15th day of December, 2010.

   /s Michael D. Freeman
Michael D. Freeman (ASB-6065-F44M)
P. Stephen Gidiere III (ASB-0476-R53P)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

and

Jonathan P. Dyal (MS Bar No. 99146)
Matthew W. McDade (LSB – 32899)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 15th day of December, 2010.

       /s Michael D. Freeman
      Of Counsel