**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
|     **"DEEPWATER HORIZON" in the** | * | |
|     **GULF OF MEXICO, on** | * | |
|     **APRIL 20, 2010** | * | **SECTION: J** |
| | * | |
| **Relates to:** *All Cases.* | * | |
| | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Having been advised by the parties that they are close to an agreement on this issue,

**IT IS ORDERED** that the Order to Show Cause Hearing scheduled for Wednesday,

December 22, 2010, at 9:00a.m., regarding Plaintiffs' Steering Committee's Motion to Compel

(Rec. Doc. 906) is **CANCELLED**.

**IT IS FURTHER ORDERED** that the Court's ruling on the Motion to Compel (Rec.

Doc. 906) is **DEFERRED**.

New Orleans, Louisiana, this 22nd day of December, 2010.

**Carl J. Barbier**
**U.S. District Court Judge**