OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                            Date: __December 22, 2010__
                            In re: Oil Spill by the Oil Rig
                            "D__eepwater Horizon" in the Gulf__
                            of Mexico, on April 20, 2010

                                     vs.
                            These Pleadings apply to:
                            All __Cases in Pleading Bundle Section__ iii.B(3)

                            Case No. _MDL 2179_ Section _J_

Dear Sir:             JUDGE BARBIER          MAGISTRATE SHUSHAN

     Please _(issue)_ (re-issue) summons on the _(complaint)_ (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

     1. (name) _____
        (address) _____
     2. (name) _____
        (address) _____
     3. (name) _____
        (address) _____
     4. (name) _____
        (address) _____

                            Very truly yours,

                            _____Stephen J. Herman_____
                                   "Signature"

                            Attorney for  __Plaintiffs__

                            Address  HERMAN HERMAN KATZ & COTLAR, LLP

                                   820 O'Keefe Ave
                                   New Orleans, LA 70113

## ATTACHMENT A

**Tiger Safety LLC**
through their Registered Agent
C/O HERBERT P. MELANCON
156 EAST 53RD ST.
CUT OFF, LA 70345

**National Response Corporation**
through their Registered Agent
National Registered Agents, Inc.
160 GREENTREE DRIVE SUITE 101
Dover, DE 19904

**LYNDEN INCORPORATED**
through their Registered Agent
DOUGLAS MANAGEMENT
COMPANY
18000 INTERNATIONAL BLVD, Suite 800
SeaTac, WA 98188-4263

**Lane Aviation Inc.**
through their Registered Agent
Grant E. Lane
3205 FM 2218 Road
Rosenberg, TX 77471-5696

**INTERNATIONAL AIR RESPONSE, INC.**
through their Registered Agent
L AND R SERVICE CO
40 N CENTRAL AVE #1500
PHOENIX, AZ 85004-4429

**Dynamic Aviation Group**
through their Registered Agent
Pacific Registered Agents
9942 Windemere Dr. NW
Salem, OR 97304-2722

**Dynamic Aviation Group**
Corporate Headquarters
1402 Airport Rd
Bridgewater, VA 22812

**DRC Emergency Services, LLC**
through their Registered Agent
ISAKSON, ROBERT J
740 MUSEUM DR
MOBILE, AL 36608

**AIRBORNE SUPPORT INTERNATIONAL, INC.**
through their Registered Agent
HOWARD BARKER
3626 THUNDERBIRD ROAD
HOUMA, LA 70363

**Airborne Support Inc.**
through their Registered Agent
HOWARD BARKER
3626 THUNDERBIRD RD.
HOUMA, LA 70363

**LYNDEN AIR CARGO, LLC**
through their Registered Agent
DOUGLAS MANAGEMENT
COMPANY
18000 INTERNATIONAL BLVD, Suite 800
SeaTac, WA 98188-4263