## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE SHUSHAN** |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

### REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument on their Motion to Supervise *Ex Parte* Communication Between the BP Defendants and Putative Class Members.  Plaintiffs believe that oral argument may assist the Court in evaluating the legal and factual issue raised by the Motion.

| | |
|---|---|
| _/s/   Stephen J. Herman_ | _/s/ James Parkerson Roy_ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |