# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER RE APPLICABILITY OF LIMIT OF LIABILITY UNDER OIL POLLUTION ACT OF 1990 TO BP EXPLORATION & PRODUCTION INC. (AND ITS AFFILIATES)

Defendant BP Exploration & Production Inc. ("BP") has filed a statement with the Court on October 18, 2010 (Doc. 559) regarding the applicability of the $75 million limit of liability under the Oil Pollution Act, 33 U.S.C. § 2704(a)(3).  With the agreement of BP (and its affiliates) and liaison counsel for plaintiffs, the Court hereby orders as follows:

1. Under the Oil Pollution Act of 1990, BP Exploration & Production Inc. is a "Responsible Party" in connection with the *Deepwater Horizon* incident and the resulting oil spill.  Subject to certain statutory exceptions, a Responsible Party has a statutory limit of liability under OPA.  33 U.S.C. § 2704(a)-(b).

2. BP (and its affiliates) have chosen to waive the statutory limitation on liability under OPA; however, the Court acknowledges that by making this statement, BP and its affiliates are not admitting anything about their conduct and, indeed, the Court acknowledges

117807908.

that BP (and its affiliates) specifically deny that they have engaged in any gross negligence in connection with the *Deepwater Horizon* incident and the resulting oil spill.

      3.    It is ordered that BP (and its affiliates) are hereby barred from raising as a defense to any claims by plaintiffs in this multidistrict litigation the statutory limit of liability under OPA.  33 U.S.C. § 2704(a)-(b).  This order does not affect whatever rights (if any) BP (and its affiliates) may have to seek contribution from other parties that may share responsibility under law for the *Deepwater Horizon* incident and the resulting oil spill.   This order does not address any other party's claims or defenses regarding the OPA statutory limit on liability.

      4.    Plaintiffs' Motion for Partial Summary Judgment (Doc. 631) is denied as moot.

Dated:  December 23, 2010

                                                                     _____
                                                                    Honorable Carl J. Barbier
                                                                     United States District Judge

Approved:
By: /s/ J. Andrew Langan, P.C.
Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

**Attorneys for BP Exploration & Production Inc.**