MINUTE ENTRY
SHUSHAN, M.J.
DECEMBER 22, 2010

**MJSTAR: 2:03**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                       CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010      NUMBER: 10-MDL-2179

SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**WEDNESDAY, DECEMBER 22, 2010 AT 10:00 A.M.**

CASE MANAGER: Tanya Lee

COURT REPORTER: Jodi Simcox

A discovery status conference was held this date before the undersigned.

PRESENT:     See attached sign-in sheet.
             Attorneys Brooke Georen, Glenn Goodier, Allen Weigle, Tony Fitch and Tom
             Heiden participated by telephone.