## CONFERENCE ATTENDANCE RECORD

DATE: 12-22-10   TIME: 10:00

CASE NAME: BP

DOCKET NUMBER & SECTION: MDL –

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Dan Goforth | Transocean |
| Deb Kuchler | Anadarko & MOEX |
| Ky Kirby | " " " |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Ted Tsekerides | Seacor/O'Brien's |
| Carmelite Bertant | Cameron |
| [signature] | United States |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Andrew Langan | BP Exploration + Production Co |
| Don Haycraft | '' |
| Anthony Irpino | PSC |
| Phil Wittmann | Cameron |
| Soren Gisleson | PSC |
| John Elsley | Transocean |
| Steve Herman | Plaintiffs |
| Elizabeth Cabraser | Plaintiffs |
| Duke Williams | '' |

# CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Lion Roy | PSC/PL. co-liason |
| Kerry Miller | TODDI |
| Maery McLeod | To VWRS |
| Brian Barr | PSC |
| William Large | PSC |
| | |
| | |
| | |