UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *Pleading Bundles B1 and B3.* | * * | JUDGE BARBIER |
| Applies to: No 10-2771 | * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### CLAIM IN LIMITATION / JOINDER IN MASTER ANSWER / INTERVENTION AND JOINDER IN MASTER COMPLAINTS

I HEREBY, to the full extent permitted by law, assert a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al,* No.10-2771; adopt and incorporate the MASTER ANSWER [Doc 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al,* in No. 10-2771; intervene into, join and otherwise adopt the MASTER COMPLAINT [Doc 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179; and/or intervene into, join and otherwise adopt the MASTER COMPLAINT [Doc 881] for post-explosion injuries ("B3 Bundle") filed in MDL No. 2179.

**CLAIMANT:**

_____
Person or Business Making Claim

_____
Primary Address

_____
City / State / Zip

_____
E-Mail Address

_____
Phone Number

_____
Nature of Business / Property

_____
Signature of Claimant / Authorized Representative
*(Signature Not Required if Represented by Counsel)*

**ATTORNEY** (*if any*) (*attorney not required*):

_____
Signature of Attorney

_____
Print Attorney Name, State Bar No.

_____
Firm Name

_____
Address

_____
City / State / Zip

_____
E-Mail Address

_____
Phone Number

Additional information regarding the nature and scope of the claim(s) will be provided, if and as necessary, upon order of the Court, in the form of a Plaintiff Fact Sheet, and/or in the form of case-specific discovery, if and when it becomes appropriate. To the extent necessary, Plaintiffs' Liaison Counsel will coordinate with the Claimant or Claimant's Counsel, and Defense Liaison Counsel, to determine whether the claim(s) fall within the B1 Pleading Bundle or the B3 Pleading Bundle, (or both).