UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO.: 05-4182<br><br>SECTION "K" (2) |

FILED IN:   05-4181, 05-4182, 05-4191, 05-4568, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-1885,
06-0225, 06-0886, 06-11208, 06-2278, 06-2287, 06-2346,
06-2545, 06-3529, 06-4065, 06-4389, 06-4634, 06-4931,
06-5032, 06-5042, 06-5159, 06-5163, 06-5367, 06-5471,
06-5771, 06-5786, 06-5937, 06-7682, 07-0206, 07-0647,
07-0993, 07-1284, 07-1286, 07-1288, 07-1289

**PERTAINS TO: LEVEE**

_____

**SUPERSEDING MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

NOW COMES THE LEVEE PLAINTIFFS' SUBGROUP LITIGATION COMMITTEE ("LEVEE PSLC"), pursuant to Case Management Order No. 4 and for the purpose of filing this Superseding Master Consolidated Class Action Complaint:

**INTRODUCTION**

1.

This Complaint arises out of catastrophic failures of, and deficiencies in, the hurricane protection system surrounding the Parish of Orleans, State of Louisiana, which occurred on and after August 29, 2005. These failures and deficiencies caused and substantially contributed to the flooding and inundation of approximately 80% of the City of New Orleans, causing extensive harm and loss of life, and destroying or rendering uninhabitable approximately 160,000 residences and

-1-

buildings.

2.

Numerous actions, including class actions, have been brought as a result of this disaster, which was one of the worst, but most predictable and preventable, human tragedies in the history of this country. A number of defendants have been named in these proceedings. The instant Complaint, mandated by Case Management Order No. 4 entered on March 1, 2007, is intended to supersede and replace all class action complaints arising from the catastrophe which previously have been filed in or transferred to this Section of Court, and placed within the "Levee" category of cases.

**PARTIES**

3.

Named plaintiffs, **MICHELLE HENNESSEY**, **LAURIE CONIGLIO, LEO MITCHELL, LENNIECE MORRELL, CHARLES MOSES, ALICE MEYER**, **LAURA GREER, GARY GREER, GERTRUDE ESTEVES, STELLA WASHINGTON, JOHN B. WILLIAMS, EMANUEL WILSON, LUCINDA COCO, LESLIE DORANTES, ANITA HARRISON, TRENISE JACKSON, DWAYNE MALLET, DONNA AUGUSTINE, GLADYS LA BEAUD, DAISY INNIS, BETTY JONES, DENISE MEADE, JOELLA CEPHAS, BEATRICE DREW, EDDIE KNIGHTEN, CALVIN LEVY, and NICOLA McCATHEN,** are all majors and citizens of the United States who reside within the jurisdiction of this Court, who, for themselves individually and on behalf of others similarly-situated, seek damages resulting from the above-referenced catastrophe. The definitions of the proposed class and subclasses to which these named plaintiffs belong and which they seek to represent, are specified *infra* under the heading **CLASS ACTION ALLEGATIONS**.