**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-4" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ADMINISTRATIVE MASTER COMPLAINT

This Complaint of certain persons of the full age of majority, more specifically referred to herein, who appear both individually and on behalf of all others similarly situated, through undersigned counsel, respectfully represent that:

## I. INTRODUCTION

1. Named Plaintiffs and Putative Class Members (alternatively "plaintiffs" and "class members") submit this Administrative Master Complaint (hereinafter "AMC") pursuant to the Court's direction and request.

2. This AMC is being filed pursuant to the Court's Pretrial Order No. 2.

1

3. This AMC incorporates the factual and legal allegations being presented on behalf of plaintiffs herein, in order to streamline motion practice and facilitate the disposition of common issues. This AMC only supersedes the allegations in other actions filed in, or transferred into, this MDL to the extent these allegations present common issues which now will be disposed of through the AMC.

4. This AMC otherwise does not merge the actions in this MDL into a single cause, or alter the substantive rights of any party to these actions.

5. As to previously-named and served defendants, this AMC therefore shall not be given the same effect as a traditional complaint, but shall be considered as an administrative device to aid efficiency and economy, as provided for in Rule 42(a) of the Federal Rules of Civil Procedure.

## II. **PARTIES**

6. All plaintiffs Named in any complaint or petition whose suits have been consolidated or cumulated herein ("Named Plaintiffs"), seek the certification of a class action consisting of: "All individuals who resided for any length of time in FEMA-provided housing units within the states of Louisiana, Mississippi, Alabama, and Texas after Hurricanes Katrina and Rita." Plaintiffs will further refine the definition of the class to incorporate certain subclasses under the section entitled "**CLASS ACTION ALLEGATIONS**" below.

7. The Named Plaintiffs herein are:

   a. The following plaintiffs, who have exhausted the requirements under the Federal Tort Claims Procedure, 28 U.S.C. 2671, *et seq.*, to submit their claims against the United

States of America through the Federal Emergency Management Agency ("FEMA") for administrative review and adjustment, to no avail, and who now assert all claims enumerated below against all defendants named herein:

i.      Jessica R. Pujol, a minor and a resident of the Parish of Jefferson, State of Louisiana, through her natural tutors, Joseph M. Pujol and Stephanie G. Pujol;

ii.     Jill N. Pujol, a minor and a resident of the Parish of Jefferson, State of Louisiana, through her natural tutors, Joseph M. Pujol and Stephanie G. Pujol;

iii.    Joseph M. Pujol, a person of the full age of majority and resident of the Parish of Jefferson, State of Louisiana;

iv.     Stephanie G. Pujol, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana.;

v.      Elizabeth Lisa Nguyen, a minor and a resident of the Parish of St. Tammany, State of Louisiana, through her natural tutrix, Phuong Kim Thomas;

vi.     Isabella Nichole Thomas, a minor and a resident of the Parish of St. Tammany, State of Louisiana, through her natural tutors Sean Gary Thomas and Phuong Kim Thomas;

vii.    Phuong Kim Thomas, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana; and,

viii.   Sean Gary Thomas, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana.

b.  The following plaintiffs, who have not yet exhausted the above requirements under the Federal Tort Claims Procedure to submit their claims for administrative review and adjustment, and who now specifically assert all claims enumerated below against the Manufacturing Defendants named herein, reserving their rights to supplement this petition to include their claims, enumerated below, against **THE UNITED STATES OF AMERICA** through **FEMA** if their claims have not been administratively adjusted:

    i.  Duran Battie, Sr., individually and on behalf of minors Duran Battie, Jr., and Diamond Battie, and as representative of the Estate of Duronte Battie, a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana;

    ii.  Joycelyn Beasley, individually and on behalf of a minor Heavenly Beasley, a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana;

    iii.  Steven Beasley, individually and on behalf of a minor Heavenly Beasley, a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana;

    iv.  Thomas Anthony Bergens, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

    v.  L. C. Bingham, a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana;

    vi.  Barry Bourgeois, a person of the full age of majority and a resident of the

4

Parish of Jefferson, State of Louisiana;

vii.  Jesse Brown, individually and on behalf of a minor Tiesha Brown, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

viii.  Trina Brown, individually and on behalf of a minor Tiesha Brown, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

ix.  Anthony Bruno, Jr., a person of the full age of majority and a resident of the Parish of Calcasieu, State of Louisiana;

x.  Patricia A. Burr, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana;

xi.  LaRay Maurice Carey, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xii.  Jerome Culler, individually and as representative of the Estate of Joan Culler, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xiii.  Dionne Davis, individually and on behalf of a minor Trinity Guernon, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xiv.  Dorothy Deal, individually and on behalf of the Estate of Edward Deal Edward Deal, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xv.      Heather Robertson-Durand, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

xvi.     Matthew Durand, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

xvii.    Teresa Certoma Femia, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

xviii.   Renay Marie Gardner, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xix.     Damon Gordon, individually and on behalf of minor Angel Gordon, a resident of the Parish of St. Charles, State of Louisiana;

xx.      Shelia Gordon, individually and on behalf of minor Angel Gordon, a resident of the Parish of St. Charles, State of Louisiana;

xxi.     Latonya London, individually and on behalf of minors Edbony London, Mary London, Darrell Madison, Darren Madison, and Derrell Madison, a person of the full age of majority and a resident of the Parish of East Baton Rouge, State of Louisiana;

xxii.    Lakeesha Lightell, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxiii.   Lois Perkinson, a person of the full age of majority and a resident of the Parish of Calcasieu, State of Louisiana;

xxiv.   Ashley Peters, individually and on behalf of minors Kam'Ren Zeno and Korey James, a person of the full age of majority and a resident of the Parish

of Orleans, State of Louisiana;

xxv. Joyce Peters, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxvi. Salvador Peters, Jr., a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxvii. Salvador Peters, Sr., a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxviii. Trevor Raphiel, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxix. Lawrence Robertston, individually and on behalf of minors Gavan Robertson, Jack Robertson, and Mercedes Robinson, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

xxx. Penny Robertston, individually and on behalf of minors Gavan Robertson, Jack Robertson, and Mercedes Robinson, a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana;

xxxi. Carol Eleanor Salassi, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana;

xxxii. David Semien, Jr., a person of the full age of majority and a resident of the Parish of Calcasieu, State of Louisiana;

xxxiii. Sandra Semien, individually and on behalf of a minor Danielle Semien, a person of the full age of majority and a resident of the Parish of Calcasieu, State of Louisiana;

7

xxxiv.  Eric Albert Smith, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxxv.  Margaret Thomas, a person of the full age of majority and a resident of the Parish of Calcasieu, State of Louisiana;

xxxvi.  Alvin Williby, Sr., individually and as representative of the Estate of Sandra Williby, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana;

xxxvii.  Luann Workman, a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana;

xxxviii.  Letecheia Acker, individually and on behalf of minors Gyanni Smith and Dakyre Smith, a person of the full age of majority and a resident of Hancock County, State of Mississippi;

xxxix.  Sandra Anderson, a person of the full age of majority and a resident of the State of Mississippi;

xl.  Keena Magee, individually and on behalf of a minor Kierra Wilson, and as legal representative of the Estate of Khaliah Magee, a person of the full age of majority and a resident of Jackson County, State of Mississippi;

xli.  Charles Meschack, a person of the full age of majority and a resident of the State of Mississippi;

xlii.  George Posey, a person of the full age of majority and a resident of the State of Mississippi;

xliii.  Jerry Stewart, a person of the full age of majority and a resident of the State

of Mississippi;

xliv. Angela Wilkerson, individually and on behalf of minors Christopher Wilkerson and Bridgete Wilkerson, and as representative of the Estate of Cedric Wilkerson, Jr., a person of the full age of majority and a resident of Hancock County, State of Mississippi;

xlv. Cedric Wilkerson, Sr., individually and on behalf of minors Christopher Wilkerson and Bridgete Wilkerson, a minor, and as representative of the Estate of Cedric Wilkerson, Jr., a person of the full age of majority and a resident of Hancock County, State of Mississippi;

xlvi. Sylvia Keyes, a person of the full age of majority and a resident of the State of Alabama;

xlvii. Betty White, individually and on behalf of her minor child Erin McConnel, a person of the full age of majority and a resident of the State of Alabama;

xlviii. Kellina Biddle, a person of the full age of majority and a resident of Liberty County, State of Texas;

xlix. Adrina McCray, on behalf of minor Kody Wood, a person of the full age of majority and a resident of Bexar County, State of Texas;

l. Ronald Morgan, a person of the full age of majority and a resident of Liberty County, State of Texas;

li. Terra Morgan, a person of the full age of majority and a resident of Liberty County, State of Texas;

lii. David Semien, Sr., a person of the full age of majority and a resident of

Brazoria County, State of Texas;

liii.   Brittney Stephens, a person of the full age of majority and a resident of Polk County, State of Texas;

liv.   Cherish Stephens, a person of the full age of majority and a resident of Polk County, State of Texas; and,

lv.   Sherry Trollinger, individually and on behalf of minors Michael Shawn Davis and Susette Stephens, a person of the full age of majority and a resident of Polk County, State of Texas.

8.   Made defendants herein are:

a.   **THE UNITED STATES OF AMERICA** through the **Federal Emergency Management Agency** (FEMA), referred to, interchangeably as the "Federal Government," "Government" and "FEMA".

b.   Plaintiffs reserve their rights to supplement and amend this AMC to assert claims against the United States of America and FEMA under the laws of Alabama, Mississippi and Texas as additional plaintiffs become eligible to pursue their claims against the Federal Government under the provisions of the Federal Tort Claims Act.

c.   The "Manufacturing Defendants," designated below, are:

i.   **American Camper Manufacturing, LLC d/b/a AMERI-CAMP** is upon information and belief an Indiana limited liability company which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

10