FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 17 PM 2:47

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: PROPULSID PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 1355 |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | NO. 01-2161 |
| MARCELL ACHORD, ET AL | * * | SECTION: L |
| Plaintiffs, | * * | JUDGE FALLON |
| vs. | * * | MAG. JUDGE AFRICK |
| JOHNSON AND JOHNSON AND JANSSEN PHARMACEUTICA, INC., | * * * | |
| Defendants. | * * | |
| * * * * * * * * * * * * * * | | |

## THIRD SUPPLEMENTAL AND AMENDED MASTER COMPLAINT OF LOUISIANA PROPULSID CLAIMANTS

NOW INTO COURT, through undersigned counsel, comes Plaintiffs Marcell Achord, et al, who hereby supplement and amend the Master Complaint of Louisiana Propulsid Claimants filed in this matter against Johnson & Johnson and Janssen Pharmaceutica, Inc. on July 13, 2001, the First Supplemental and Amended Master Complaint of Louisiana Propulsid Claimants filed July 16, 2001, and the Second Supplemental and Amended Master Complaint of Louisiana Propulsid Claimants filed July 26, 2001.

I.

By amending Paragraph 3 of the original Master Complaint of Louisiana Propulsid Claimants to add and supplement to Exhibit "A," Exhibit "A Supplemental," Exhibit "A Supplemental 2," another exhibit entitled "Exhibit A Supplemental 3," and to add and supplement to Exhibit "B," Exhibit "B Supplemental," Exhibit "B Supplemental 2," another exhibit entitled

- 1 -



"Exhibit B Supplemental 3."

## II.

By deleting any and all references to the fictious Louisiana Claimants listed as "Jane Doe" and "John Doe" in the caption, body and exhibits attached to the Master Complaint of Louisiana Propulsid Claimants and any amending or supplementing complaints, thereby removing all "Jane Doe"s and "John Doe"s as claimants.

## III.

Plaintiffs re-allege and assert all prior allegations and prayers for relief set forth in the Maser Complaint of Louisiana Propulsid Claimants and all of its amendments and supplements.

## PRAYER AND REQUEST FOR RELIEF

WHEREFORE, Plaintiffs pray that after due proceedings had there be judgment herein in favor of all Plaintiffs (except the fictious "Jane Doe"s and "John Doe"s) named on Exhibit "A," Exhibit "A Supplemental," Exhibit "A Supplemental 2," Exhibit "A Supplemental 3," Exhibit "B," Exhibit "B Supplemental," Exhibit "B Supplemental 2," and Exhibit "B Supplemental 3," awarding the relief described for the causes of action set forth in the Master Complaint of Louisiana Propulsid Claimants, and all other relief, in law or in equity, to which plaintiffs may be justly entitled.

Respectfully submitted:

_____
**RUSS M. HERMAN, T.A. (La. Bar #6819)**
LEONARD A. DAVIS, #14190
JAMES C. KLICK, #7451
HERMAN, MATHIS, CASEY & KITCHENS, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax:    (504) 561-6024
**LIAISON COUNSEL FOR PLAINTIFFS**
**On Behalf of All Attorneys Identified For Each Claimant Listed on Exhibits "A," "A Supplemental," "A Supplemental 2," "A Supplemental 3," "B," "B Supplemental," "B**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, James Irwin, by hand delivery or electronically, and upon all plaintiffs counsel of record electronically and will be electronically uploaded to Verilaw in accordance with Pretrial Order No. 4, this 17th day of August, 2001.

RUSS M. HERMAN, T.A. (La. Bar #6819)
LEONARD A. DAVIS, #14190
JAMES C. KLICK, #7451
HERMAN, MATHIS, CASEY & KITCHENS, LLP

Supplemental 2," and "B Supplemental 3."

DANIEL E. BECNEL, JR
106 W. Seventh Street
Reserve, LA 70084-0508
Phone. (504) 536-1186
Fax: (504) 536-6445

WENDELL H. GAUTHIER
3600 North Hullen Street
Metairie, LA 70002
Phone. (504) 456-8600
Fax: (504) 456-8624

ARNOLD LEVIN
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3875
Phone: (215) 592-1500
Fax (215) 592-4663

STEPHEN B. MURRAY
909 Poydras Street, Suite 2550
New Orleans, LA 70112
Phone: (504) 525-8100
Fax: (504) 584-5249

J. MICHAEL PAPANTONIO
316 S. Baylen Street, Suite 600
P.O. Box 12308
Pensacola, FL 32581
Phone: (850) 435-7000
Fax: (850) 435-7020

CHRISTOPHER A. SEEGER
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799

BOB F. WRIGHT
556 Jefferson Street, Suite 500
Lafayette, LA 70502-3668
Phone: (337) 233-3033
Fax: (337) 232-8213

CHARLES S. ZIMMERMAN
901 North Third Street, Suite 100
Minneapolis, MN 55401-1016
Phone: (612) 341-0400
Fax: (612) 341-0844

**PLAINTIFFS' STEERING COMMITTEE**

Service Accepted
All Rights Reserved,
This ___ day of August, 2001

_____
**James B. Irwin**
*Irwin, Fritchie, Urquhart & Moore, L.L.C.*
**400 Poydras Street, Suite 2700
New Orleans, LA 70130
Defendant's Liaison Counsel,
Counsel of Record for Johnson & Johnson and
Janssen Pharmaceutica, Inc.**

# LA Master Complaint
# Exhibit "A Supplemental 3"

*Propulsid Products Liability Litigation - MDL No. 1355*

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Ardoin, David | Evangeline | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Babineaux, Troy | Lafayette | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Beavers, Dorothy, as next friend of Elwin Beavers | Grant | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Book, Wilford | Catahoula | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Borden, Martha | Catahoula | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Brannan, Melinda | Iberville | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Brantley, Rhonda | Union | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Broome, Adella S. | Calcasieu | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Carol, Annette | Avoyelles | Name: | Russ Herman |
| | | Employer: | Herman, Mathis, Casey & Kitchens |
| | | | 820 O'Keefe Avenue |
| | | | New Orleans, LA 70113 |
| | | Phone: | (504) 581-4892 |
| | | Bar No.: | LA 6819 |
| Copeland, Ricky L. | Claiborne | Name: | Bob Wright |
| | | Employer: | Domengeaux, Wright, Roy & Edwards |
| | | | 556 Jefferson Street |
| | | | Lafayette, LA 70501 |
| | | Phone: | (800) 375-3106 |
| | | Bar No.: | LA 13691 |
| Crooks, Leonard | Orleans | Name: | Bryan Jefferson |
| | | Employer: | Barker, Boudreaux, Lamy & Foley |
| | | | 210 Baronne Street, Suite 1122 |
| | | | New Orleans, LA 70112 |
| | | Phone: | (504) 586-9395 |
| | | Bar No.: | LA 23143 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Dauzat, Amy | Avoyelles | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Dauzat, Norma | Avoyelles | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Exnicious, Irma | St. Tammany | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Gordon, Linda | St. Landry | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Harris, Voncellie | Bossier | *Name:* | Russ Herman |
| | | *Employer:* | Herman, Mathis, Casey & Kitchens |
| | | | 820 O'Keefe Avenue |
| | | | New Orleans, LA 70113 |
| | | *Phone:* | (504) 581-4892 |
| | | *Bar No.:* | LA 6819 |
| Kapke, Josephine | Rapides | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Keck, Tommy | Ouachita | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Marchard, Paula | Ouachita | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Marshall, Charlene Scott | Caddo | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Millet, Michael | Ouachita | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Nelson, Phoebe, on behalf of Ida Anding, deceased | Ouachita | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Nichols, Wanda | Natchitoches | *Name:* | Russ Herman |
| | | *Employer:* | Herman, Mathis, Casey & Kitchens |
| | | | 820 O'Keefe Avenue |
| | | | New Orleans, LA 70113 |
| | | *Phone:* | (504) 581-4892 |
| | | *Bar No.:* | LA 6819 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Pierre, Henry | St. Landry | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Richard, Celeste, as next friend of Julie Richard | Lafayette | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Riggs, Cora | East Baton Rouge | *Name:* | Charles Taylor |
| | | *Employer:* | Law Office of Charles V. Taylor |
| | | | 5700 Florida Boulevard, Suite 710 |
| | | | Baton Rouge, LA 70806 |
| | | *Phone:* | (225) 929-6080 |
| | | *Bar No.:* | LA 20612 |
| Rivers, Cleve | Calcasieu | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Rivers, Jerry | Calcasieu | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Robertson, Nettie | Calcasieu | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Roy, Wanda | St. Martin | Name: | Gano Lemoine, Jr. |
| | | Employer: | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | Phone: | (337) 233-3075 |
| | | Bar No.: | LA 8305 |
| Shelburne, Linda, as next friend of Jesse Shelburne | Ouachita | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Shell, Diana Lynn | Winn | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Shular, Jacqueline | Caddo | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Spivey, Betty | Iberia | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |
| Thompson, Jerry | Claiborne | Name: | Jack Baldwin |
| | | Employer: | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | Phone: | (903) 935-4131 |
| | | Bar No.: | TX 01625330 |

| Claimant Name | Parish of Residence | Claimant's Counsel | |
|---|---|---|---|
| Thornton, Charlesa | Union & Lincoln | *Name:* | Jack Baldwin |
| | | *Employer:* | Baldwin & Baldwin |
| | | | 400 West Houston Street |
| | | | Marshall, TX 75671 |
| | | *Phone:* | (903) 935-4131 |
| | | *Bar No.:* | TX 01625330 |
| Wilson, James | Avoyelles | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |
| Wilson, Ruth | Avoyelles | *Name:* | Gano Lemoine, Jr. |
| | | *Employer:* | Andrus, Boudreaux, Lemoine & Tonore |
| | | | 416 West Main Street |
| | | | Lafayette, LA 70501 |
| | | *Phone:* | (337) 233-3075 |
| | | *Bar No.:* | LA 8305 |