

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAR 10 PM 4:48

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | EDUCATIONAL TESTING SERVICE PRAXIS PRINCIPLES OF LEARNING AND TEACHING: GRADES 7-12 LITIGATION | MDL NO: 1643<br><br>SECTION: R(5)<br><br>JUDGE VANCE<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT RELATES TO ALL CASES**

### PLAINTIFFS' ADMINISTRATIVE MASTER COMPLAINT

### INTRODUCTION

1. Plaintiffs submit this Administrative Master Complaint (hereinafter "AMC") pursuant to the Court's Pretrial Order No. 2, paragraph 3, entered on January 24, 2005.

2. This AMC is purely an administrative device to streamline pleadings and motion practice, and is done solely for the convenience of the Court and the parties.

3. This AMC shall not affect any substantive or legal rights and does not supplant or supercede any complaint subject to these Multidistrict litigation ("MDL") proceedings. This AMC incorporates all parties subject to this MDL proceeding, including those named in any and all subsequently-filed "tag-along" actions which are transferred to this Court. See Exhibit A attached hereto for a list of all actions subject to this MDL proceeding.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

## EXHIBIT A

**Cases Originally Transferred to MDL:**

**Eastern District of Louisiana**

*Lois Adams, et al. v. Educational Testing Service,* C.A. No. 2:04-1997

*Christal Aguillard, et al. v. Educational Testing Service,* C.A. No. 2:04-2122

*James Johnson v. Educational Testing Service,* C.A. No. 2:04-2291

*Rolanda Thigpen v. Educational Testing Service,* C.A. No. 2:04-2305

**Middle District of Louisiana**

*Steven G. Miller v. Educational Testing Service, et al,* C.A. No. 3:04-563

**Western District of Louisiana**

*Shawn M. Gary, et al. v. Educational Testing Service,* C.A. No. 2:04-1583

*Ian Cohen et al. v. Educational Testing Service, Inc.,* C.A. No. 2:04-1686

**Northern District of Ohio**

*Katherine J. Brouse v. Educational Testing Service,* C.A. No. 1:04-1599

*Janet Riehle v. Educational Testing Service,* C.A. No. 3:-4-7430

**Southern District of Ohio**

*Paul A. Perrea, et al. v. Educational Testing Service,* C.A. No. 1:04-492

**Eastern District of Pennsylvania**

*Eric Rutledge, et al. v. Educational Testing Service,* C.A. No. 2:04-3465

*Michelle T. Kochensky v. Educational Testing Service,* C.A. No. 2:04-3794

*Raffael M. Billet v. Educational Testing Service,* C.A. No. 2:0403785

**Cases Considered "Tag-Along Actions" in the MDL:**

Eastern District of Kentucky

*Sarah Hash v. Educational Testing Service, Inc.*, C.A. No.7:04-359

**Western District of Kentucky**

*Joan Beckwith, et al. v. Educational Testing Service, Inc.*, C.A. No. 3:04-534

**Middle District of Louisiana**

*Paul Vidrine v. Educational Testing Service, Inc.*, C.A. No. 3:04-574

*Damon Rachal v. Educational Testing Service, Inc.*, C.A. No. 3:04-687

**Western District of Louisiana**

*Lurlene Stratton, et al. v. Educational Testing Service, Inc.*, C.A. No. 3:04-1914

**Southern District of Mississippi**

*Laura Bass, et al. v. Educational Testing Service, Inc.*, C.A. No. 3:04-726

**New Jersey**

*Traman LaDon Thibodeaux v. Educational Testing Service, Inc.*, C.A. No. 3:04-3957

*Danielle Wainwright v. Educational Testing Service, Inc.*, C.A. No. 3:04-4299

**Northern District of Ohio**

*Sheila Dorris v. Educational Testing Service, Inc.*, C.A. No. 1:04-1887

*Melissa Wilthew v. Educational Testing Service, Inc.*, C.A. No. 4:04-2319

**Middle District of Tennessee**

*Andra M. Bullock, et al. v. Educational Testing Service, Inc.*, C.A. No. 1:04-107