UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

Before the Court is Plaintiffs' **Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members (Rec. Doc. 912).**

**IT IS ORDERED** any opposition to this Motion shall be filed no later than January 7, 2011. At that time, the Court will take the matter under advisement and will determine whether to schedule oral argument on the Motion.

New Orleans, Louisiana this 23rd day of December, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1