IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>Section: J |
| This Document relates to:<br><br>Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § § § | Judge Barbier<br>Magistrate Judge Shushan |

## ORDER

Having considered Plaintiffs' foregoing Motion for Leave to File First Amended Complaint in this matter and finding it to be meritorious:

IT IS ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint is hereby GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Proposed First Amended Complaint, attached to their Motion for Leave to File First Amended Complaint as Exhibit "1", is hereby filed into the record and shall relate back to the filing of their Complaint filed in the Southern District of Alabama, Southern Division, Civil Action No. 10-293, prior to being transferred to this Court.

New Orleans, Louisiana this 23rd day of December, 2010.

_____
United States District Judge