# Exhibit 2



"Himmelhoch, Sarah (ENRD)"
<Sarah.Himmelhoch@usdoj.gov>

12/15/2010 11:10 AM

To "Mark Nomellini" <mnomellini@kirkland.com>

cc "DOD -- Herrington, Mark" <Mark.Herrington@osd.mil>, "Andrew Genser" <AGenser@kirkland.com>, "Stanton, Allison (CIV)" <Allison.Stanton@usdoj.gov>, "Lanagan, Andrew" <andrew.langan@kirkland.com>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "AGR -- Young, Benny " <Benjamin.young@ogc.usda.gov>, "Brian Kavanaugh" <bkavanaugh@kirkland.com>, "DOD -- Downey, Brett" <brett.downey@pentagon.as.mil>, "HHS -- Butler, Benjamin" <butlerben@mail.nih.gov>, "DOD -- Ballew, Charles" <charles.ballew@us.army.mil>, "HHS -- Mahler, Christian" <christian.mahler@hhs.gov>, "CG -- Coutu, Christopher F. " <Christopher.F.Coutu@uscg.mil>, "Abramidis, Clarisse (CIV)" <Clarisse.Abramidis@usdoj.gov>, "HHS -- Foster, Constance" <constance.foster@hhs.gov>, "DOD -- Poling, Daniel" <daniel.poling@dla.mil>, "AGR -- Gaston, David" <David.Gaston@OGC.USDA.GOV>, "Mota, David (ENRD)" <David.Mota@usdoj.gov>, "Beck, David J." <dbeck@brsfirm.com>, "Chang, Deanna (ENRD)" <Deanna.Chang@usdoj.gov>, "DOD -- Romig, Devon" <devon.romig@dtra.mil>, "Godwin, Donald E." <dgodwin@godwinronquillo.com>, "HHS -- Canzano, Julie" <diane.canzano@hhs.gov>, "HHS -- Rozendale, Dirk" <dirk.rozendale@hhs.gov>, "Haycraft, Don K." <dkhaycraft@liskow.com>, "Kuchler, Deborah D." <dkuchler@kuchlerpolk.com>, "NOAA -- Siani, Gail E." <Gail.E.Siani@noaa.gov>, "DOD -- Birkenstock, Gregory" <gregory.birkenstock@navy.mil>, "EPA -- Gregory, John" <Gregory.John@epamail.epa.gov>, "ENRD, GulfOilSpill (ENRD)" <GulfOilSpill.ENRD@usdoj.gov>, "HHS -- Wixon, Henry" <henry.wixon@NIST.GOV>, "HHS -- Levine, Howard" <howard.levine@fda.hhs.gov>, "NOAA -- Schratwiser, Hugh" <Hugh.C.Schratwieser@noaa.gov>, "Stanko, James (CIV)" <James.Stanko@usdoj.gov>, "COM -- Ehrenwerth, Justin " <JEhrenwerth@doc.gov>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov>, "HHS -- Foster, Joe" <jfoster@cdc.gov>, "Roy, James Parkerson" <jimr@wrightroy.com>, "HHS -- Brumer, Jonathan" <jonathan.brumer@hhs.gov>, "EPA -- Jonesi, Gary" <jonesi.gary@epa.gov>, "HHS -- Hudzik, Joseph" <joseph.hudzik@oig.hhs.gov>, "Wood, Joshua (CIV)" <Joshua.Wood@usdoj.gov>, "HHS -- Sammons, Julie A." <julie.sammons@hhs.gov>, "Miller, Kerry J." <kmiller@frilot.com>, "Kirby, Ky E." <ky.kirby@bingham.com>, "HHS -- Lankford, David" <lankfordd@mail.nih.gov>, "STATE - Lewis, Oliver" <LewisOM@state.gov>, "Nasberg, Lisa (ENRD)" <Lisa.Nasberg@usdoj.gov>, "DOI -- Toussaint, Lisa " <Lisa.Toussaint@sol.doi.gov>, "DOI -- Kasischke, Marc" <marc.kasischke@hq.doe.gov>, "NOAA -- Matera,



|   |   |
|---|---|
|   | Marguerite (NOAA)" <Marguerite.Matera@noaa.gov>, "HHS -- McGinnis, Mark" <mark.mcginnis@hhs.gov>, <mark.nomellini@kirkland.com>, "Polston, Mark" <mark.polston@hhs.gov>, "DOI -- Taylor, Mary Lynn" <mary.taylor@sol.doi.gov>, "HHS -- Armstrong, Mary M." <mfa9@cdc.gov>, "HHS -- Goulding, Michael" <michael.goulding@hhs.gov>, "Lyle, Michael J." <michael.lyle@weil.com>, "HHS -- Wolf, Michael" <michael.wolf@ihs.gov>, "Delemarre, Michelle (CIV)" <Michelle.Delemarre@usdoj.gov>, "DOE -- Franklin, Monekia" <monekia.franklin@hq.doe.gov>, "HHS -- Kashdan, Mark S." <mtk6@cdc.gov>, <MWOOD@ago.state.ms.us>, <Nicholas.Canaday@oag.state.tx.us>, "DOE -- Airhiavbere, Osasumwen " <osasumwen.airhiavbere@nnsa.doe.gov>, "DOI -- Cortelyou-Hamilton, Patricia" <PATRICIA.CORTELYOU-HAMILTON@sol.doi.gov>, "NOAA -- Erdenberger, Pat" <Pat.Erdenberger@noaa.gov>, "DOL -- Plick, Joseph" <plick.joseph@dol.gov>, "Wittman, Phillip A." <pwittman@stonepigman.com>, "DOI -- Spector, Rachel" <Rachel.Spector@sol.doi.gov>, "Sutton, Richard (ENRD)" <Richard.Sutton@usdoj.gov>, "Sutton, Richard (BOP)" <Richard.Sutton2@usdoj.gov>, "DOD -- Drone, Robert" <robert.drone@northcom.mil>, "Gross, Robert (CIV)" <Robert.Gross@usdoj.gov>, "DOD -- Smith, Robert" <robert.j.smith2@navy.mil>, "CG -- Trabocchi, Rosanne" <Rosanne.trabocchi@uscg.mil>, <RTambling@ago.state.al.us>, <russell.kent@myfloridalegal.com>, "Smith, Sharon D. (USALAE)" <Sharon.D.Smith@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Herman, Stephen J." <sherman@hhk.com>, "DOL -- Stone, Princina" <Stone.Princina@dol.gov>, "STATE -- Sullivan, David" <sullivandj1@state.gov>, "HHS -- Sherman, Susan" <susan.sherman@hhs.gov>, "DOL -- Swain, Robert" <Swain.Robert@dol.gov>, "Walmsley, Tammy (CIV)" <Tammy.Walmsley@usdoj.gov>, <terrellm@ag.state.la.us>, "Chuang, Theodore (DHS)" <theodore.chuang@dhs.gov>, "TRAN -- Mahoney, Tom" <tom.mahoney@dot.gov>, "DOD -- Gruis, Tracy" <Tracy.N.Gruis@usace.army.mil>, "HHS -- Rivera, William" <william.rivera@hhs.gov>, "DOL -- Wilson, Lisa" <Wilson.Lisa2@dol.gov>, "STATE -- Zbrozek, Alex" <ZbrozekAS@state.gov>, "Grand, Jeff" <jgrand@seegerweiss.com>, <BillL@wrightroy.com> |
| Subject | RE: Deepwater Horizon:  Preservation Order |

Mark – I thought it was just me, but others have also indicated that they didn't see any additional changes in the drafts attached to your email. Can you please resend the mark-up with your changes?

Counsel for Plaintiffs and Defendants: Could you advise how I get a response from the Liaison Counsel. We intend to file our motion for a preservation order tomorrow and want to be accurate in our representation regarding the position of the Liaison Counsel. My current intention is to state:

The United States proposed a draft of the proposed order to Liaison Counsel. That draft extended the clarifications and exclusions to the United States and the Defendants. Plaintiffs

objected to entry of that order. After negotiations, however, the Plaintiffs agreed to entry of the attached proposed order, which applies only to the United States and the State of Louisiana.
Defendants indicated that they would not object to the Order if it applied to all parties, but object to the order as drafted because it applies to only the United States and the State of Louisiana. The United States does not object to entry of an order applicable to all parties.

The United States' original proposed order also addressed the issue of retaining the remains of samples collected and analyzed by the United States as part of the response activities and post-incident investigation. Many of these samples, even if properly stored, will degrade after time. Decl. N. Jones (DATE) (Exhibit 1). For these reasons, EPA's laboratories initially disposed of some of the left over sample materials after the analysis and quality assurance/quality control had been completed. Since issuance of specific guidance instructing the contract laboratories to cease disposing of the left-over sample material, the laboratories have resumed preservation of the samples, despite the fact that the samples are beyond the maximum holding time (rendering any further analysis of these samples unreliable). *See id* . At the request of both Plaintiffs and Defendants, the United States removed the provisions authorizing disposal of these materials from the proposed order. Counsel for Plaintiffs, Defendants and the United States have agreed to develop a separate proposed order addressing this category of potentially relevant information.
Are these statements regarding the respective positions of Plaintiffs' and Defense Liaison accurate?


**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Tuesday, December 14, 2010 12:04 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** DOD -- Herrington, Mark; Andrew Genser; Stanton, Allison (CIV); Lanagan, Andrew; Chakeres, Aristide (ENRD); AGR -- Young, Benny ; Brian Kavanaugh; DOD -- Downey, Brett; HHS -- Butler, Benjamin; DOD -- Ballew, Charles; HHS -- Mahler, Christian; CG -- Coutu, Christopher F. ; Abramidis, Clarisse (CIV); HHS -- Foster, Constance; DOD -- Poling, Daniel; AGR -- Gaston, David; Mota, David (ENRD); Beck, David J.; Chang, Deanna (ENRD); DOD -- Romig, Devon; Godwin, Donald E.; HHS -- Canzano, Julie; HHS -- Rozendale, Dirk; Haycraft, Don K.; Kuchler, Deborah D.; NOAA -- Siani, Gail E.; DOD -- Birkenstock, Gregory; EPA -- Gregory, John; ENRD, GulfOilSpill (ENRD); HHS -- Wixon, Henry; HHS -- Levine, Howard; NOAA -- Schratwiser, Hugh; Stanko, James (CIV); COM -- Ehrenwerth, Justin ; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); HHS -- Foster, Joe; Roy, James Parkerson; HHS -- Brumer, Jonathan; EPA -- Jonesi, Gary; HHS -- Hudzik, Joseph; Wood, Joshua (CIV); HHS -- Sammons, Julie A.; Miller, Kerry J.; Kirby, Ky E.; HHS -- Lankford, David; STATE - Lewis, Oliver; Nasberg, Lisa (ENRD); DOI -- Toussaint, Lisa ; DOI -- Kasischke, Marc; NOAA -- Matera, Marguerite (NOAA); HHS -- McGinnis, Mark; mark.nomellini@kirkland.com; Polston, Mark; DOI -- Taylor, Mary Lynn; HHS -- Armstrong, Mary M.; HHS -- Goulding, Michael; Lyle, Michael J.; HHS -- Wolf, Michael; Delemarre, Michelle (CIV); DOE -- Franklin, Monekia; HHS -- Kashdan, Mark S.; MWOOD@ago.state.ms.us; Nicholas.Canaday@oag.state.tx.us; DOE -- Airhiavbere, Osasumwen ; DOI -- Cortelyou-Hamilton, Patricia; NOAA -- Erdenberger, Pat; DOL -- Plick, Joseph; Wittman, Phillip A.; DOI -- Spector, Rachel; Sutton, Richard (ENRD); Sutton, Richard (BOP); DOD -- Drone, Robert; Gross, Robert (CIV); DOD -- Smith, Robert; CG -- Trabocchi, Rosanne; RTambling@ago.state.al.us; russell.kent@myfloridalegal.com; Smith, Sharon D. (USALAE); Shutler, Sharon (CIV); Herman, Stephen J.; DOL -- Stone, Princina; STATE -- Sullivan, David; HHS -- Sherman, Susan; DOL -- Swain, Robert; Walmsley, Tammy (CIV); terrellm@ag.state.la.us; Chuang, Theodore (DHS); TRAN -- Mahoney, Tom; DOD -- Gruis, Tracy; HHS -- Rivera, William; DOL -- Wilson, Lisa; STATE -- Zbrozek, Alex

**Subject:** Re: Deepwater Horizon: Preservation Order

Sarah,

Thanks for circulating this. Attached are additional comments for consideration. We believe that the order should apply to all parties, including defendants and plaintiffs. Thus, in addition to the changes reflected in the attached, our draft would also reflect changing the parties to whom the order applies to the way that language appeared in our earlier comments (we have not re-made those changes in the attached to avoid confusion).

| | |
|---|---|
| "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov><br><br>12/10/2010 04:23 PM | To <mark.nomellini@kirkland.com>, "Andrew Genser" <AGenser@kirkland.com>, "Brian Kavanaugh" <bkavanaugh@kirkland.com>, "Beck, David J." <dbeck@brsfirm.com>, "Godwin, Donald E." <dgodwin@godwinronquillo.com>, "Haycraft, Don K." <dkhaycraft@liskow.com>, "Kirby, Ky E." <ky.kirby@bingham.com>, "Kuchler, Deborah D." <dkuchler@kuchlerpolk.com>, "Lanagan, Andrew" <andrew.langan@kirkland.com>, "Lyle, Michael J." <michael.lyle@weil.com>, "Miller, Kerry J." <kmiller@frilot.com>, "Wittman, Phillip A." <pwittman@stonepigman.com>, "Herman, Stephen J." <sherman@hhk.com>, "Roy, James Parkerson" <jimr@wrightroy.com> |
| | cc <Nicholas.Canaday@oag.state.tx.us>, <MWOOD@ago.state.ms.us>, <terrellm@ag.state.la.us>, <RTambling@ago.state.al.us>, <russell.kent@myfloridalegal.com>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "Chang, Deanna (ENRD)" <Deanna.Chang@usdoj.gov>, "Delemarre, Michelle (CIV)" <Michelle.Delemarre@usdoj.gov>, "Gross, Robert (CIV)" <Robert.Gross@usdoj.gov>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Nasberg, Lisa (ENRD)" <Lisa.Nasberg@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Stanton, Allison (CIV)" <Allison.Stanton@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov>, "Walmsley, Tammy (CIV)" <Tammy.Walmsley@usdoj.gov>, "Abramidis, Clarisse (CIV)" <Clarisse.Abramidis@usdoj.gov>, "AGR -- Gaston, David" <David.Gaston@OGC.USDA.GOV>, "AGR -- Young, Benny " <Benjamin.young@ogc.usda.gov>, "CG -- Coutu, Christopher F. " <Christopher.F.Coutu@uscg.mil>, "CG -- Trabocchi, Rosanne" <Rosanne.trabocchi@uscg.mil>, "Chuang, Theodore (DHS)" <theodore.chuang@dhs.gov>, "COM -- Ehrenwerth, Justin " <JEhrenwerth@doc.gov>, "DOD -- Ballew, Charles" <charles.ballew@us.army.mil>, "DOD -- Birkenstock, Gregory" <gregory.birkenstock@navy.mil>, "DOD -- Downey, Brett" <brett.downey@pentagon.as.mil>, "DOD -- Drone, Robert" <robert.drone@northcom.mil>, "DOD -- Gruis, Tracy" <Tracy.N.Gruis@usace.army.mil>, "DOD -- Herrington, Mark" <'Mark.Herrington@osd.mil'>, "DOD -- Poling, Daniel" <daniel.poling@dla.mil>, "DOD -- Romig, Devon" <devon.romig@dtra.mil>, "DOD -- Smith, Robert" <robert.j.smith2@navy.mil>, "DOE -- Airhiavbere, Osasumwen " <osasumwen.airhiavbere@nnsa.doe.gov>, "DOE -- Franklin, Monekia" <monekia.franklin@hq.doe.gov>, "DOI -- Cortelyou-Hamilton, Patricia" <PATRICIA.CORTELYOU-HAMILTON@sol.doi.gov>, "DOI -- Kasischke, Marc" <marc.kasischke@hq.doe.gov>, "DOI -- Spector, Rachel" <Rachel.Spector@sol.doi.gov>, "DOI -- Taylor, Mary Lynn" <mary.taylor@sol.doi.gov>, "DOI -- Toussaint, Lisa " <Lisa.Toussaint@sol.doi.gov>, "DOL -- Plick, Joseph" <plick.joseph@dol.gov>, "DOL -- Stone, Princina" <Stone.Princina@dol.gov>, "DOL -- Swain, Robert" <Swain.Robert@dol.gov>, "DOL -- Wilson, Lisa" <Wilson.Lisa2@dol.gov>, "ENRD, GulfOilSpill (ENRD)" <GulfOilSpill.ENRD@usdoj.gov>, "EPA -- Gregory, John" <Gregory.John@epamail.epa.gov>, "EPA -- Jonesi, Gary" <jonesi.gary@epa.gov>, "HHS -- Armstrong, Mary M." <mfa9@cdc.gov>, "HHS -- Brumer, Jonathan" <jonathan.brumer@hhs.gov>, "HHS -- Butler, Benjamin" <butlerben@mail.nih.gov>, "HHS -- Canzano, Julie" <diane.canzano@hhs.gov>, "HHS -- Foster, Constance" <constance.foster@hhs.gov>, "HHS -- Foster, Joe" <jfoster@cdc.gov>, "HHS -- Goulding, Michael" <michael.goulding@hhs.gov>, "HHS -- Hudzik, Joseph" <joseph.hudzik@oig.hhs.gov>, "HHS -- Kashdan, Mark S." <mtk6@cdc.gov>, "HHS -- Lankford, David" <lankfordd@mail.nih.gov>, "HHS -- Levine, Howard" <howard.levine@fda.hhs.gov>, "HHS -- Mahler, Christian" <christian.mahler@hhs.gov>, "HHS -- McGinnis, Mark" <mark.mcginnis@hhs.gov>, "HHS -- Rivera, William" <william.rivera@hhs.gov>, "HHS -- Rozendale, Dirk" <dirk.rozendale@hhs.gov>, "HHS -- Sammons, Julie A." <julie.sammons@hhs.gov>, "HHS -- Sherman, Susan" <susan.sherman@hhs.gov>, "HHS -- Wixon, Henry" <henry.wixon@NIST.GOV>, "HHS -- Wolf, Michael" <michael.wolf@ihs.gov>, "Mota, David (ENRD)" <David.Mota@usdoj.gov>, "NOAA -- Erdenberger, Pat" <Pat.Erdenberger@noaa.gov>, "NOAA -- Matera, Marguerite (NOAA)" <Marguerite.Matera@noaa.gov>, "NOAA -- Schratwiser, Hugh" <Hugh.C.Schratwieser@noaa.gov>, "NOAA -- Siani, Gail E." <Gail.E.Siani@noaa.gov>, "Polston, Mark" <mark.polston@hhs.gov>, "Smith, Sharon D. (USALAE)" <Sharon.D.Smith@usdoj.gov>, "Stanko, James (CIV)" |

<James.Stanko@usdoj.gov>, "STATE - Lewis, Oliver" <LewisOM@state.gov>, "STATE -- Sullivan, David" <sullivandj1@state.gov>, "STATE -- Zbrozek, Alex" <ZbrozekAS@state.gov>, "Sutton, Richard (BOP)" <Richard.Sutton2@usdoj.gov>, "Sutton, Richard (ENRD)" <Richard.Sutton@usdoj.gov>, "TRAN -- Mahoney, Tom" <tom.mahoney@dot.gov>, "Wood, Joshua (CIV)" <Joshua.Wood@usdoj.gov>

Subject: Deepwater Horizon: Preservation Order

Counsel –

I have spoken briefly with counsel for Transocean and in depth with counsel for BP, but have not yet heard from Defense Liaison Counsel on the United States' proposed preservation order. In the meantime, we had lengthy discussions with Plaintiffs' Liaison counsel this morning. Here is my understanding of the parties' respective positions:

Plaintiffs – Are willing to agree to a US only order with some specific changes to language, which they will propose. Among those changes are to delete subparagraph 15.m. (excluding metadata other than the file and application metadata) and replace with language saying metadata other than that identified in the production PTO and to make clear than if de-duplication is done, that custodian based information (to the extent it exists) is retained. They also request that Paragraph 17 be addressed in a separate order. Plaintiffs oppose the application of this order to Defendants.

Defendants – Are opposed to a US only order. Would agree to an order along the lines proposed if it applied to all parties and if some changes were made, including removal of paragraph 17 (to be addressed elsewhere); clarifying that the order did not apply to tangible things addressed in prior orders; and clarification of some language.

A redline draft of the order reflecting my understanding of these requested changes is attached.

I have consulted with my co-counsel and principles and we are willing to propose a United States only order with a statement that the Plaintiffs agree to this order and the Defendants would agree if it applied to them as well and that the United States has no objection to the order applying to the Defendants. What additional changes (if any) would be necessary for the United States to be able to make such a representation?

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************