# Exhibit 3



"Himmelhoch, Sarah (ENRD)"
<Sarah.Himmelhoch@usdoj.gov>

12/18/2010 02:13 PM

To "Grand, Jeff" <jgrand@seegerweiss.com>, <mark.nomellini@kirkland.com>

cc <BillL@wrightroy.com>

Subject RE: Deepwater Horizon: Additional Changes to Preservation Order

We understand that the order, from your perspective, should not apply to any party other than the US. We will propose a US only order

We have been negotiating with the defendants because we want to represent that the only objection they have is that it doesn't apply to them as well. We think that makes it easier for the court to decide.

We don't have any references to tangible things in the order, but Mr. Nomellini was correct that there's no harm in making this particular point very very clear, given Plaintiffs' and Defendants' agreement on excluding tangible things from the order.

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Saturday, December 18, 2010 3:11 PM
**To:** Himmelhoch, Sarah (ENRD); 'mark.nomellini@kirkland.com'
**Cc:** 'BillL@wrightroy.com'
**Subject:** Re: Deepwater Horizon: Additional Changes to Preservation Order


**From**: Grand, Jeff
**To**: 'Sarah.Himmelhoch@usdoj.gov' <Sarah.Himmelhoch@usdoj.gov>; 'mark.nomellini@kirkland.com' <mark.nomellini@kirkland.com>
**Sent**: Sat Dec 18 15:10:14 2010
**Subject**: Re: Deepwater Horizon: Additional Changes to Preservation Order
In the draft I negotiated with Deanna, there's no references to tangible things at all. While we're happy to look at Mark's suggestions, I just want to make sure that the PSC's position is clear that we are vehemently opposed to this order applying to anyone other than the United States.

**From**: Himmelhoch, Sarah (ENRD) <Sarah.Himmelhoch@usdoj.gov>
**To**: Grand, Jeff; mark.nomellini@kirkland.com <mark.nomellini@kirkland.com>
**Sent**: Sat Dec 18 15:05:27 2010
**Subject**: Deepwater Horizon: Additional Changes to Preservation Order
Jeff ---

My apologies for additional comments before you've had a chance to review, but Mark Nomelini (counsel for BP) requested two additional changes that we would like to accept:

In the definition of Information (Paragraph 2) add a final sentence: "For purposes of this Order only, Information does not include tangible things other than paper documents."
In paragraph 14 f and g, delete the word notes (we discovered the default is not to synch notes)

Please consider these as you are reviewing our latest draft. I may hear additional comments from defendants and will advise you of any additional changes they request.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)