

"Himmelhoch, Sarah (ENRD)"
<Sarah.Himmelhoch@usdoj.gov>

12/20/2010 01:05 PM

To "Grand, Jeff" <jgrand@seegerweiss.com>, "Mark Nomellini" <mnomellini@kirkland.com>
cc "Stanton, Allison (CIV)" <Allison.Stanton@usdoj.gov>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, <BillL@wrightroy.com>, "Chang, Deanna (ENRD)" <Deanna.Chang@usdoj.gov>, "Lili Petersen" <e.petersen@kanner-law.com>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov>, <liaison2179@liskow.com>, "Nasberg, Lisa (ENRD)" <Lisa.Nasberg@usdoj.gov>, "Delemarre, Michelle (CIV)" <Michelle.Delemarre@usdoj.gov>, "Gross, Robert (CIV)" <Robert.Gross@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Walmsley, Tammy (CIV)" <Tammy.Walmsley@usdoj.gov>, <terrellm@ag.state.la.us>, "S Herman" <sherman@hhkc.com>, <jimr@wrightroy.com>
Subject RE: Deepwater Horizon: Preservation Order

The US will not be attaching the all parties order. But will not object to it if the Defendants will to submit it as an alternative order to the court.

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Monday, December 20, 2010 1:39 PM
**To:** 'Mark Nomellini'; Himmelhoch, Sarah (ENRD)
**Cc:** Stanton, Allison (CIV); Chakeres, Aristide (ENRD); BillL@wrightroy.com; Chang, Deanna (ENRD); Lili Petersen; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); liaison2179@liskow.com; Nasberg, Lisa (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Shutler, Sharon (CIV); Walmsley, Tammy (CIV); terrellm@ag.state.la.us; S Herman; jimr@wrightroy.com
**Subject:** RE: Deepwater Horizon: Preservation Order

I am not aware of an "all parties" version of this order and the PSC vehemently object to such a submission—particularly in light of the fact that the PSC has never been contacted by any party other than the United States to confer on a revised preservation order. Nor has any party other than the United States sought to request or provide any explanation as to why it seeks relief from its present preservation obligations. Thus, to the extent any party seeks to submit an "all parties" version of this Order, it should make very clear to the Court that the submitting party has not conferred with the PSC on such an order nor has the PSC been involved in its negotiations.

**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Monday, December 20, 2010 1:22 PM
**To:** Himmelhoch, Sarah (ENRD)

**Cc:** Stanton, Allison (CIV); Chakeres, Aristide (ENRD); BillL@wrightroy.com; Chang, Deanna (ENRD); Lili Petersen; McClellan, Jessica L. (CIV); Sullivan, Jessica (CIV); Grand, Jeff; liaison2179@liskow.com; Nasberg, Lisa (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Shutler, Sharon (CIV); Walmsley, Tammy (CIV); terrellm@ag.state.la.us
**Subject:** Re: Deepwater Horizon: Preservation Order

Sarah,

Attached are some minor changes:

Also, for everyone's convenience, could you please submit the "all parties" version of the order as an exhibit to your motion, with whatever statement is accurate about the United States' position, plaintiffs' position, and defendants' position on the "all parties" version?

Thank you.

| | |
|---|---|
| "Himmelhoch, Sarah (ENRD)" <Sarah.Himmelhoch@usdoj.gov><br><br>12/19/2010 02:52 PM | To <liaison2179@liskow.com>, "Grand, Jeff" <jgrand@seegerweiss.com>, <BillL@wrightroy.com><br>cc Lili Petersen <e.petersen@kanner-law.com>, <terrellm@ag.state.la.us>, "Chakeres, Aristide (ENRD)" <Aristide.Chakeres@usdoj.gov>, "Chang, Deanna (ENRD)" <Deanna.Chang@usdoj.gov>, "Delemarre, Michelle (CIV)" <Michelle.Delemarre@usdoj.gov>, "Gross, Robert (CIV)" <Robert.Gross@usdoj.gov>, "McClellan, Jessica L. (CIV)" <Jessica.L.McClellan@usdoj.gov>, "Nasberg, Lisa (ENRD)" <Lisa.Nasberg@usdoj.gov>, "Shutler, Sharon (CIV)" <Sharon.Shutler@usdoj.gov>, "Stanton, Allison (CIV)" <Allison.Stanton@usdoj.gov>, "Sullivan, Jessica (CIV)" <Jessica.Sullivan@usdoj.gov>, "Walmsley, Tammy (CIV)" <Tammy.Walmsley@usdoj.gov><br>Subject Deepwater Horizon: Preservation Order |

Counsel –

Please find attached the "final" draft of the proposed order we intend to attach to our motion tomorrow. Please advise me by noon eastern tomorrow if you need any additional changes made to the order. Unless I hear otherwise, I will represent in the motion as follows:

The United States has met and conferred with Liaison Counsel. Plaintiffs' Liaison Counsel do not object to the entry of the proposed order attached to this motion. Defense Liaison Counsel and the State of Louisiana object to the entry of this order only to the extent its provisions are limited to the United States. The United States does not object to the application of the proposed order to the State of Louisiana and the Defendants.

Thank you all for your review and negotiation of this order.

Sarah Himmelhoch
Senior Attorney
Environmental Enforcement Section

Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
<u>Overnight Deliveries:</u>
601 D Street NW
Washington, DC 20004
202-514-0180 (phone)
202-514-4180 (fax)
Sarah.himmelhoch@usdoj.gov[attachment "ENV_ENFORCEMENT-#1835327-v1-Deepwater_Horizon_Preservation_Order_Motion_Ex__1_Proposed_Order.docx" deleted by Mark Nomellini/Chicago/Kirkland-Ellis]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*