1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6                                  CIVIL ACTION #10-MD-2179 "J"
                                   NEW ORLEANS, LOUISIANA
7                                  FRIDAY, DECEMBER 17, 2010, 9:30 A.M.

8    THIS DOCUMENT RELATES TO:

9    ALL ACTIONS

10   ****************************************************************

11
                   TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12             HEARD BEFORE THE HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15

16   FOR THE PLAINTIFFS:
                                   DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  JAMES P. ROY, ESQUIRE
17                                 P. O. BOX 3668
                                   556 JEFFERSON STREET
18                                 LAFAYETTE, LA  70502

19
                                   HERMAN HERMAN KATZ & COTLAR
20                                 BY:  STEPHEN J. HERMAN, ESQUIRE
                                        SOREN E. GISLESON, ESQUIRE
21                                 820 O'KEEFE AVENUE
                                   NEW ORLEANS, LA  70113
22

23                                 BREIT DRESCHER IMPREVENTO & WALKER
                                   BY:  JEFFREY A. BREIT, ESQUIRE
24                                 1000 DOMINION TOWER,
                                   999 WATERSIDE DRIVE
25                                 NORFOLK, VA  23510

```
 1  APPEARANCES CONTINUED:

 2

 3                        LEVIN PAPANTONIO THOMAS MITCHELL
                          RAFFERTY & PROCTOR
 4                        BY:  BRIAN H. BARR, ESQUIRE
                          316 SOUTH BAYLEN STREET, SUITE 600
 5                        PENSACOLA, FL 32502

 6

 7                        LIEFF CABRASER HEIMANN & BERNSTEIN
                          BY:  ELIZABETH J. CABRASER, ESQUIRE
                          275 BATTERY STREET, 29TH FLOOR
 8                        SAN FRANCISCO, CA 94111

 9

10                        COSSICH, SUMICH, PARSIOLA & TAYLOR
                          BY:  PHILIP F. COSSICH, JR., ESQUIRE
                          8397 HIGHWAY 23, SUITE 100
11                        BELLE CHASSE, LA 70037

12

13                        CUNNINGHAM BOUNDS
                          BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                          1601 DAUPHIN STREET
14                        MOBILE, AL 36604

15

16                        MORGAN & MORGAN
                          BY:  ALPHONSO M. ESPY, ESQUIRE
                          188 EAST CAPITOL STREET, SUITE 777
17                        JACKSON, MISSISSIPPI 39201

18

19                        FAYARD & HONEYCUTT
                          BY:  CALVIN C. FAYARD, JR., ESQUIRE
                          519 FLORIDA AVENUE SW
20                        DENHAM SPRINGS, LA 70726

21

22                        WEITZ & LUXENBERG
                          BY:  ROBIN L. GREENWALD, ESQUIRE
                          700 BROADWAY
23                        NEW YORK CITY, NY 10003

24

25
```

1  APPEARANCES CONTINUED:

2

3                    BEASLEY, ALLEN, CROW, METHVIN,
                     PORTIS & MILES
4                    BY:  RHON E. JONES, ESQUIRE
                     POST OFFICE BOX 4160
5                    MONTGOMERY, AL 36013

6

7                    LUNDY, LUNDY, SOILEAU & SOUTH
                     BY:  MATTHEW E. LUNDY, ESQUIRE
                     501 BROAD STREET
8                    LAKE CHARLES, LA 70601

9

10                   DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
                     BY:  MICHAEL C. PALMINTIER, ESQUIRE
                     618 MAIN STREET
11                   BATON ROUGE, LA 70801

12

13                   LEWIS, KULLMAN, STERBCOW & ABRAMSON
                     BY:  PAUL M. STERBCOW, ESQUIRE
                     2615 PAN AMERICAN LIFE CENTER
14                   601 POYDRAS STREET
                     NEW ORLEANS, LOUISIANA 70130

15

16                   BARON & BUDD
                     BY:  SCOTT SUMMY, ESQUIRE
17                   3102 OAK LAWN AVENUE, SUITE 1100
                     DALLAS, TX 75219

18

19                   SHER, GARNER CAHILL RICHTER
                     KLEIN & HILBERT, LLC
20                   BY:  JAMES M. GARNER, ESQUIRE
                     909 POYDRAS STREET, 28TH FLOOR
21                   NEW ORLEANS, LA  70112

22

23                   LEGER & SHAW
                     BY:  WALTER J. LEGER, JR., ESQUIRE
                     600 CARONDELET STREET, 9TH FLOOR
24                   NEW ORLEANS, LA 70130

25

4

1  APPEARANCES CONTINUED:

2

3                                        GAINSBURGH BENJAMIN DAVID
                                         MEUNIER & WARSHAUER
4                                        BY:  GERALD E. MEUNIER, ESQUIRE
                                         ENERGY CENTRE
5                                        1100 POYDRAS STREET, SUITE 2800
                                         NEW ORLEANS, LA 70163
6

7                                        THE ANDRY LAW FIRM
                                         BY:  JONATHAN B. ANDRY, ESQUIRE
8                                        610 BARONNE STREET
                                         NEW ORLEANS, LA  70113
9

10                                       MARTZELL & BICKFORD
                                         BY:  SCOTT R. BICKFORD, ESQUIRE
11                                       338 LAFAYETTE STREET
                                         NEW ORLEANS, LA  70130
12

13
    FOR BP AMERICA INC.,
14  BP AMERICA PRODUCTION
    COMPANY, BP COMPANY
15  NORTH AMERICA INC.,
    BP CORPORATION NORTH
16  AMERICA INC.,
    BP EXPLORATION &
17  PRODUCTION INC.,
    BP HOLDINGS NORTH
18  AMERICA LIMITED,
    BP PRODUCTS NORTH
19  AMERICA INC.:            LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQUIRE
20                                R. KEITH JARRETT, ESQUIRE
                             ONE SHELL SQUARE
21                           701 POYDRAS STREET
                             SUITE 5000
22                           NEW ORLEANS, LA 70139

23
                             KIRKLAND & ELLIS
24                           BY:  J. ANDREW LANGAN, ESQUIRE
                             300 N. LASALLE
25                           CHICAGO, IL 60654

```
 1  APPEARANCES CONTINUED:

 2

 3                              KIRKLAND & ELLIS
                                BY:  ROBERT R. GASAWAY, ESQUIRE
 4                              655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
 5

 6
     FOR TRANSOCEAN HOLDINGS
 7   LLC, TRANSOCEAN
     OFFSHORE DEEPWATER
 8   DRILLING INC., AND
     TRANSOCEAN DEEPWATER
 9   INC.:                      FRILOT
                                BY:  KERRY J. MILLER, ESQUIRE
10                              ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
11                              NEW ORLEANS, LA  70163

12

13   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
14                              BY:  PHILLIP A. WITTMANN, ESQUIRE
                                     CARMELITE M. BERTAUT, ESQUIRE
15                              546 CARONDELET STREET
                                NEW ORLEANS, LA 70130
16

17                              BECK REDDEN & SECREST
                                BY:  DAVID J. BECK, ESQUIRE
18                              ONE HOUSTON CENTER
                                1221 MCKINNEY STREET, SUITE 4500
19                              HOUSTON, TX  77010

20
     FOR HALLIBURTON
21   ENERGY SERVICES, INC.:     GODWIN RONQUILLO
                                BY:  DONALD E. GODWIN, ESQUIRE
22                                   R. ALAN YORK, ESQUIRE
                                     JENNY L. MARTINEZ, ESQUIRE
23                              RENAISSANCE TOWER
                                1201 ELM STREET, SUITE 1700
24                              DALLAS, TX  75270

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
 5   AND MOEX OFFSHORE 2007
     LLC:                      KUCHLER POLK SCHELL WEINER & RICHESON
 6                             BY:  DEBORAH D. KUCHLER, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
 7                             NEW ORLEANS, LA  70112

 8
                               BINGHAM MCCUTCHEN
 9                             BY:  KY KIRBY, ESQUIRE
                               2020 K STREET
10                             WASHINGTON, DC  20006

11

12   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                               BY:  HUGH E. TANNER, ESQUIRE
13                             1000 LOUISIANA ST., SUITE 4000
                               HOUSTON, TX 77002
14

15
     FOR THE UNITED STATES
16   DEPARTMENT OF JUSTICE:    U.S. DEPARTMENT OF JUSTICE
                               TORTS BRANCH, CIVIL DIVISION
17                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
                               450 GOLDEN GATE AVENUE
18                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
19

20   ATTORNEYS FOR THE
     UNITED STATES OF
21   AMERICA:                  ENVIRONMENTAL ENFORCEMENT SECTION
                               U.S. DEPARTMENT OF JUSTICE
22                             BY:  STEVEN O'ROURKE, ESQUIRE
                               P.O. BOX 7611
23                             WASHINGTON, D.C. 20044

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   ATTORNEYS FOR THE
     UNITED STATES OF
 4   AMERICA:                    JIM LETTEN, UNITED STATES ATTORNEY
                                 SHARON D. SMITH
 5                               ASSISTANT UNITED STATES ATTORNEY
                                 EASTERN DISTRICT OF LOUISIANA
 6                               HALE BOGGS FEDERAL BUILDING
                                 500 POYDRAS STREET, SUITE B-210
 7                               NEW ORLEANS, LA 70130

 8
     FOR THE STATE OF
 9   LOUISIANA:                  KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQUIRE
10                               701 CAMP STREET
                                 NEW ORLEANS, LA  70130
11

12   FOR DRIL-QUIP,
     INC.:                       WARE, JACKSON, LEE & CHAMBERS
13                               BY: C. DENNIS BARROW, JR., ESQUIRE
                                 2929 ALLEN PARKWAY, 42ND FLOOR
14                               HOUSTON, TEXAS 77019

15

16   ALSO PRESENT:              MAGISTRATE JUDGE SALLY SHUSHAN
                                 PROFESSOR FRANCIS MCGOVERN, SPECIAL MASTER
17

18                               BRENT COON, ESQUIRE
                                 WALTER CHRISTY, ESQUIRE
19                               RICHARD HYMEL, ESQUIRE

20                               THEODORE TSEKERIDES, ESQUIRE
                                 DAWN BARRIOS, ESQUIRE
21                               STEPHAN MURRAY, ESQUIRE

22
                                 CARL BURKE, ESQUIRE
23                               MARY ROSE ALEXANDER, ESQUIRE
                                 ALAN WEIGEL, ESQUIRE
24
                                 GLENN GOODIER, ESQUIRE
25                               DAN GOFORTH, ESQUIRE
```

1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                    500 POYDRAS STREET, ROOM B406

4                                      NEW ORLEANS, LA  70130
                                    (504) 589-7779

5

6   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3

4

5   <u>AGENDA ITEMS</u>                                        <u>PAGE</u>

6

7   PRETRIAL ORDERS NUMBER 18 AND NUMBER 19................   14

8   REPORT ON THE MASTER COMPLAINT FILINGS................   15

9   CONDITIONAL TRANSFER ORDER REPORT AND TRANSFER STATUS..  16

10  DEADLINES FOR MASTER COMPLAINT IN THE RICO CASES AND     17

11  RESPONSIVE PLEADINGS..................................

12  STATUS OF THE CASES FILED OR CURRENTLY PENDING IN        17

13  STATE COURT..........................................

14  MDL 2185.............................................   19

15  AMENDMENT TO DEPOSITION PROTOCOL AND PRETRIAL ORDER 17   21

16  TO ALLOW COORDINATION OF DEPOSITIONS BETWEEN THE TWO

17  MDLS.................................................

18  STATUS OF THE GULF COAST CLAIMS FACILITY..............   21

19  BP/OPA LIABILITY LIMIT...............................   22

20  PLAINTIFF PROFILE FORM STATUS........................   22

21  WRITTEN AND DEPOSITION DISCOVERY.....................   24

22  MASTER COMPLAINTS/RESPONSIVE PLEADINGS, REVIEW OF        26

23  DEADLINES...........................................

24  BOP TESTING.........................................   26

25  CEMENT TESTING STATUS...............................   28

1   MR.   WHITTINGHILL'S MOTION TO DECONSOLIDATE............   33

2   PETITION FOR ENFORCEMENT OF THE ADMINISTRATIVE          36

3   SUBPOENAS...........................................

4   OTHER MATTERS.......................................   50

5   NEXT STATUS CONFERENCE IS FRIDAY, JANUARY 28, 2011, AT   59

6   9:30 A.M. CENTRAL STANDARD TIME.....................

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                M O R N I N G   S E S S I O N

3              FRIDAY, DECEMBER 17, 2010

4              (COURT CALLED TO ORDER)

5

6

09:35AM  7          THE DEPUTY CLERK:  All rise.

09:35AM  8          THE COURT:  Good morning, everyone.  Please be seated.

09:35AM  9          I want to remind everyone, first of all, if you

09:36AM 10   haven't already done so, to please turn off your cellular

09:36AM 11   devices, electronic devices, whatever you might have.

09:36AM 12          Also, we had a little problem during the last

09:36AM 13   conference that there were a few times when people got up to

09:36AM 14   speak but did not speak near the podium or microphone, and they

09:36AM 15   couldn't be heard by the folks who were on the phone line.  We

09:36AM 16   have some folks, I don't know how many, but we have some folks

09:36AM 17   who are listening in to these proceedings on a 1-800 call-in line

09:36AM 18   where they can't speak but they can listen.

09:36AM 19          So in consideration of them, I would ask you if

09:36AM 20   you're going to speak, each time, please approach the podium --

09:36AM 21   and we do have a new fancy microphone there, which you can see,

09:36AM 22   like I have up here, which doesn't stick up.  So that is a

09:36AM 23   microphone right at the top of the podium, and it's supposedly

09:37AM 24   better than the ones that stand up.  You don't have to be as

09:37AM 25   close to it, but you have to be somewhere in the vicinity of it.

09:37AM 1   So if you can do that, I would appreciate it.

09:37AM 2            All right.  We're here, of course, in MDL 2179, the

09:37AM 3   *DEEPWATER HORIZON* case, and we have a proposed agenda that we

09:37AM 4   will go down in a minute.

09:37AM 5            I would ask counsel who are present, liaison and/or

09:37AM 6   steering committee members who are present, to please identify

09:37AM 7   themselves, and then we'll proceed from there.

09:37AM 8            MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:37AM 9   the plaintiffs.

09:37AM 10           THE COURT:  Good morning.

09:37AM 11           MR. ROY:  Jim Roy for the plaintiffs.

09:37AM 12           MR. PALMINTIER:  Good morning, Judge.  Mike Palmintier

09:37AM 13   for plaintiffs.

09:37AM 14           MR. UNDERHILL:  Mike Underhill for the United States.

09:37AM 15           MR. FAYARD:  Calvin Fayard for the plaintiffs,

09:37AM 16   Your Honor.

09:37AM 17           MS. CABRASER:  Good morning, Your Honor.

09:37AM 18   Elizabeth Cabraser for the plaintiffs.

09:37AM 19           THE COURT:  Good morning.

09:37AM 20           MR. BARR:  Good morning, Your Honor.  Brian Barr for the

09:37AM 21   plaintiffs.

09:37AM 22           MR. SUMMY:  Good morning, Your Honor.  Scott Summy for

09:37AM 23   the plaintiffs.

09:38AM 24           MR. COSSICH:  Phil Cossich for the plaintiffs.

09:38AM 25           MR. O'ROURKE:  Steven O'Rourke from the Justice

09:38AM 1 Department for the United States.

09:38AM 2         MR. BREIT:  Jeffrey Breit for the plaintiffs.

09:38AM 3         MR. STERBCOW:  Paul Sterbcow for the plaintiffs.

09:38AM 4         MR. ESPY:  Mike Espy for the plaintiffs.

09:38AM 5         MR. CUNNINGHAM:  Robert Cunningham for the plaintiffs.

09:38AM 6         MR. LUNDY:  Matt Lundy for the plaintiffs.

09:38AM 7         MS. BURKE:  Carla Burke for the plaintiffs.

09:38AM 8         MR. JONES:  Ron Jones for the plaintiffs.

09:38AM 9         MS. GREENWALD:  Good morning, Your Honor.

09:38AM 10 Robin Greenwald for the plaintiffs.

09:38AM 11         MS. MARTINEZ:  Jenny Martinez for Halliburton.

09:38AM 12         MS. ALEXANDER:  Good morning, Your Honor.

09:38AM 13 Mary Rose Alexander for defendant Nalco Company.

09:38AM 14         MS. BERTAUT:  Carmelite Bertaut for Cameron.

09:38AM 15         MR. WEIGEL:  Alan Weigel for defendant Marine Spill

09:38AM 16 Response Corporation.

09:38AM 17         MR. GOODIER:  Glenn Goodier, Weatherford US, LP.

09:38AM 18         MR. GOFORTH:  Dan Goforth, Transocean.

09:38AM 19         MR. TANNER:  Hugh Tanner, M-I, L.L.C.

09:38AM 20         MR. BARROW:  Dennis Barrow, Dril-Quip.

09:38AM 21         MR BECK:  David Beck representing Cameron.

09:38AM 22         MR. WITTMANN:  Good morning, Your Honor.  Phil Wittmann

09:38AM 23 representing Cameron International.

09:38AM 24         MR. LANGAN:  Andrew Langan for BP.

09:38AM 25         MR. HAYCRAFT:  Don Haycraft, BP.

09:39AM 1          MR. GASAWAY:  Good morning.  Rob Gasaway, BP.

09:39AM 2          MR. TSEKERIDES:  Ted Tsekerides, Seacor Holdings.

09:39AM 3          MS. KIRBY:  Ky Kirby, Anadarko and MOEX.

09:39AM 4          MS. KUCHLER:  Deb Kuchler, Anadarko and MOEX.

09:39AM 5          MR. GODWIN:  Don Godwin for Halliburton.

09:39AM 6          THE COURT:  All right.  Item Number 1, following the

09:39AM 7   last in-court status conference, I believe it was, we issued two

09:39AM 8   additional pretrial orders, Number 18, which is an agreed upon

09:39AM 9   order dealing with discovery of experts that the Court signed, it

09:39AM 10  looks like on December 1st, and then at the request of counsel, I

09:39AM 11  issued pretrial order number 19, which scheduled our regular

09:39AM 12  status conferences for the next year or so.

09:39AM 13         I would ask counsel to, if you haven't already done

09:40AM 14  so, liaison and committee members, to look at those dates for the

09:40AM 15  next year, and if you all see any particular problems with some

09:40AM 16  particular date, let us know.  We could always try to move them,

09:40AM 17  if we had to.  I wanted to make sure we don't conflict with any

09:40AM 18  important holidays or religious days or anything else that might

09:40AM 19  be an issue, okay?

09:40AM 20         I understand, is this an agreed-upon order, the

09:40AM 21  direct filing proposed pretrial order?

09:40AM 22         MR. HERMAN:  I believe so, Your Honor.  I believe all of

09:40AM 23  the defense liaison counsel have agreed to it.

09:40AM 24         THE COURT:  By the way, that was Mr. Herman.

09:40AM 25         MR. HERMAN:  Sorry.

09:40AM 1      THE COURT:  In addition to speaking near the microphone,

09:40AM 2  please identify yourself each time you speak.

09:40AM 3      MR. HERMAN:  I apologize.

09:40AM 4      THE COURT:  Okay.  Is that correct; on the defense side,

09:40AM 5  this is an agreed upon order?

09:41AM 6      MR. BECK:  That is correct, Your Honor.

09:41AM 7      David Beck.

09:41AM 8      THE COURT:  Very well.  So I will issue that and sign

09:41AM 9  that pretrial order dealing with direct filing.

09:41AM 10     Number 2 is a report on the master complaint

09:41AM 11  filings.  I know that several master complaints were filed

09:41AM 12  two days ago on the 15th.  I have not had a chance to review

09:41AM 13  those in any depth.  At least one or two of them are very

09:41AM 14  lengthy, but from discussions earlier this morning with liaison

09:41AM 15  counsel, I know that there are some issues that are going to have

09:41AM 16  to be worked out with respect to these master complaints.

09:41AM 17     The suggestion was made -- and I think it's a good

09:41AM 18  idea -- that the liaison counsel get together, work out a date to

09:42AM 19  one day next week to get together with either myself or with

09:42AM 20  Judge Shushan -- there she is -- with Judge Shushan, whichever,

09:42AM 21  either or both of us, whoever is available, depending on when you

09:42AM 22  all can get together next week, and we'll try to assist you

09:42AM 23  working through those issues, okay?

09:42AM 24     Does anybody need to say anything else about the

09:42AM 25  master complaints right now?

09:42AM 1        Okay.  Number 3, conditional transfer order report

09:42AM 2   and transfer status.

09:42AM 3        Mr. Langan.

09:42AM 4        MR. LANGAN:  Your Honor, Andrew Langan for BP.

09:42AM 5        We filed a report on December 14th with the Court

09:42AM 6   by liaison counsel.  Just to hit the summary, there are now seven

09:42AM 7   conditional transfer orders, and we believe that, including the

09:42AM 8   case as originally filed here, there are about 379 cases now

09:42AM 9   before Your Honor in this MDL.

09:42AM 10        There are some objections to transfer and about

09:43AM 11   seven cases identified in CTO 5 and one case in CTO 6.  Those

09:43AM 12   objections are being briefed.  And we expect them to be resolved

09:43AM 13   by the panel on the pleadings, on the briefs without oral

09:43AM 14   argument; although, the panel does meet here in New Orleans on

09:43AM 15   January 27th, but apparently the *DEEPWATER HORIZON* matter has

09:43AM 16   been taken up without argument.

09:43AM 17        THE COURT:  Do you have any sense of the basis of any of

09:43AM 18   those objections?

09:43AM 19        MR. LANGAN:  They vary.  Some of them are objections

09:43AM 20   brought by individual counsel for individual personal injury

09:43AM 21   plaintiffs from other states that are objecting to the transfer

09:43AM 22   of their personal injury cases to this Court.

09:43AM 23        Those kinds of objections have normally been

09:43AM 24   overruled by the panel, and we expect them to be overruled here,

09:43AM 25   but that captures most of them.

09:43AM 1          THE COURT:  Are you aware or has the panel sustained any

09:44AM 2  of the objections?

09:44AM 3          MR. LANGAN:  No, not objections of that nature.  The

09:44AM 4  only objections that have been sustained had to do with switching

09:44AM 5  the RICO cases from MDL 2185 in Texas to sending them over here

09:44AM 6  in 2179.

09:44AM 7          THE COURT:  All right.  Thank you.

09:44AM 8          Does anybody else, Mr. Herman, anyone else need to

09:44AM 9  say anything else on that issue?

09:44AM 10         MR. HERMAN:  No, Your Honor.

09:44AM 11         THE COURT:  Number 4, deadlines for master complaint in

09:44AM 12 the RICO cases and responsive pleadings.

09:44AM 13         MR. LANGAN:  Andrew Langan again.

09:44AM 14         Your Honor, I believe that we have an understanding

09:44AM 15 that given the late arrival of the RICO cases to this Court, that

09:44AM 16 we're expecting a master complaint addressing those allegations

09:44AM 17 on January 18th.

09:44AM 18         MR. HERMAN:  Steve Herman for plaintiffs.

09:44AM 19         That's correct.

09:44AM 20         MR. LANGAN:  And I guess we can have a responsive

09:44AM 21 pleading date 30 days or something.

09:44AM 22         THE COURT:  30 days thereafter.

09:44AM 23         MR. LANGAN:  Yeah.

09:44AM 24         THE COURT:  Okay, very well.

09:45AM 25         Number 5, status of the cases filed or currently

09:45AM 1    pending in state court.

09:45AM 2         MR. LANGAN:  Andrew Langan, Your Honor.

09:45AM 3            We now think there are about 13 of these as set

09:45AM 4    forth in our December 14th report.  And as we talked about the

09:45AM 5    last time, two of those cases have trial dates, one in Galveston

09:45AM 6    County, Texas, the *Young* case of October 17, 2011, and the *Hebert*

09:45AM 7    case in Harris County for February 6, 2012.

09:45AM 8         THE COURT:  Is there any kind of scheduling order in

09:45AM 9    place?  I know there is a trial date, but have the state courts

09:45AM 10   issued any kind of case management order or discovery schedule or

09:45AM 11   anything like that?

09:45AM 12        MR. LANGAN:  Yes, in some cases they have.  It's very

09:45AM 13   typical practice in Texas state courts to issue an order calling

09:45AM 14   for discovery to commence, and in some of the cases, discovery is

09:46AM 15   commencing.

09:46AM 16        THE COURT:  Okay.  Because obviously our concern, or my

09:46AM 17   concern would be, to the extent we are able to, to try to

09:46AM 18   coordinate discovery so that the same witnesses don't have to be

09:46AM 19   deposed multiple times.

09:46AM 20        MR. LANGAN:  We appreciate that, Your Honor.  And

09:46AM 21   obviously we share that goal.  We intend to address that working

09:46AM 22   with the Special Master McGovern as well as cross noticing

09:46AM 23   depositions where appropriate.

09:46AM 24        THE COURT:  Right.  I told liaison counsel earlier this

09:46AM 25   morning that I have made attempt, and I will continue to make an

09:46AM 1   attempt personally, to contact them, to the extent I'm able to,

09:46AM 2   and I've asked Professor McGovern to try to facilitate that

09:46AM 3   coordination with everyone.

09:46AM 4          MR. LANGAN:  Thank you, Your Honor.

09:46AM 5          THE COURT:  Does anybody have any other comments on the

09:46AM 6   state cases?

09:46AM 7             Okay, thank you.

09:46AM 8             MDL 2185, the related MDL that's before

09:47AM 9   Judge Ellison in Houston.

09:47AM 10         MR. LANGAN:  Your Honor, Andrew Langan for BP again.

09:47AM 11            In addition to the points we made in our written

09:47AM 12  submission on December 14th, I just want to report that

09:47AM 13  Judge Ellison had a hearing yesterday afternoon, and I believe

09:47AM 14  the primary topic of that was to resolve the issue of plaintiffs'

09:47AM 15  leadership in one of the three groups of cases, a securities

09:47AM 16  cases.  And I do not think he has issued an order yet, but we

09:47AM 17  expect one in the very near future.

09:47AM 18            And other than that, there are -- discovery has not

09:47AM 19  really started in those cases other than access to BP's document

09:47AM 20  depository, and we do intend to work hard to coordinate any

09:47AM 21  discovery that occurs here to avoid duplicate depositions of BP

09:47AM 22  witnesses in that case as well.

09:47AM 23         THE COURT:  Within MDL 2185, there are securities cases,

09:48AM 24  ERISA cases, and derivative cases; is that right?

09:48AM 25         MR. LANGAN:  That is correct.

09:48AM  1      THE COURT:  Tell me again, only in one of those three

09:48AM  2  categories of cases has Judge Ellison so far appointed lead or

09:48AM  3  steering committees?

09:48AM  4      MR. LANGAN:  He has appointed a plaintiffs' leadership

09:48AM  5  structure in the derivative cases, and we expect him to do so

09:48AM  6  shortly in the securities cases.

09:48AM  7      THE COURT:  Okay.  That was the subject of the hearing

09:48AM  8  yesterday.

09:48AM  9      MR. LANGAN:  That is my understanding, yes.

09:48AM 10      THE COURT:  I'll state for the record, I advised liaison

09:48AM 11  counsel that I had a brief conversation myself with Judge Ellison

09:48AM 12  yesterday afternoon, and I just thought it would be a good idea

09:48AM 13  for me to, again, reach out to him and let him know that from the

09:48AM 14  perspective of myself and counsel in our MDL, that we wanted to

09:49AM 15  try to do whatever was necessary and whatever could be done to

09:49AM 16  coordinate the discovery, and he's well aware of that.

09:49AM 17      He's in full agreement, and he did indicate to me,

09:49AM 18  without in any way giving me any hint -- and I didn't ask him for

09:49AM 19  any -- as to who he intended to appoint, but he said he felt

09:49AM 20  confident that whichever group of lawyers he appointed, that

09:49AM 21  would not be an issue or a problem.

09:49AM 22      The only issue might be that they'll need to catch

09:49AM 23  up with where we are because we're a little ahead of them in

09:49AM 24  terms of moving the case down the line.

09:49AM 25      MR. LANGAN:  It will be helpful to have the right people

09:49AM  1   to deal with so we can work out some of these issues.

09:49AM  2            THE COURT:  Sure.  I've asked Professor McGovern to work

09:49AM  3   on that.  I know he's already made contact with Judge Ellison,

09:49AM  4   also.

09:49AM  5            MR. LANGAN:  Our understanding as well, Your Honor.

09:49AM  6            THE COURT:  Thank you.

09:49AM  7            Mr. Herman, does anybody on the plaintiffs' side,

09:49AM  8   anybody want to say anything about the other MDL coordination of

09:49AM  9   discovery or anything?

09:49AM 10            MR. HERMAN:  No, Your Honor.

09:50AM 11            THE COURT:  Okay.  This is really related.  Number 7,

09:50AM 12   amendment to deposition protocol and pretrial order 17 to allow

09:50AM 13   coordination of depositions between the two MDLs.

09:50AM 14            I don't know if we need to say anything further,

09:50AM 15   Mr. Langan, on that.

09:50AM 16            MR. LANGAN:  I don't think it's necessary, Your Honor.

09:50AM 17   It's something we had proposed.  It's still under discussion.  It

09:50AM 18   will be one way to advance the kind of coordination that yourself

09:50AM 19   and Special Master McGovern have been working on, and if we need

09:50AM 20   to come to Your Honor with the suggested proposed amendment, we

09:50AM 21   will.  It's under discussion.

09:50AM 22            THE COURT:  Very well.

09:50AM 23            All right.  Number 8, status of the Gulf Coast

09:50AM 24   claims facility.

09:50AM 25            MR. HAYCRAFT:  Yes, Your Honor, Don Haycraft for BP.

09:50AM 1          I'm assuming my usual role of giving a monthly

09:50AM 2   report on the Gulf Coast claims facility.  Very briefly,

09:50AM 3   Your Honor, the numbers continue to increase.  465,912 claimants

09:51AM 4   have come forward with claims on the GCCF.  To date, or as of

09:51AM 5   Wednesday, actually as of Tuesday, two-and-a-half billion dollars

09:51AM 6   has been paid out to claimants by the GCCF.

09:51AM 7          Since our last status conference, the GCCF issued a

09:51AM 8   final protocol on November 22nd, and recently announced a program

09:51AM 9   to expedite payments to claimants.  So I expect, again, to report

09:51AM 10  a robust payment program next month, but things are going well

09:51AM 11  with the GCCF.

09:51AM 12          THE COURT:  Okay.  Does anybody want to comment?

09:51AM 13          MR. HERMAN:  No, Your Honor.

09:51AM 14          THE COURT:  Okay.  Thank you.

09:51AM 15          Number 7, the BP/OPA liability limit.  I think this

09:51AM 16  is a follow-up from a matter that was on the agenda for the last

09:52AM 17  conference.

09:52AM 18          MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

09:52AM 19  plaintiffs.  We're working with BP on an order, and we expect to

09:52AM 20  have it to you shortly.

09:52AM 21          THE COURT:  Number 8, Plaintiff Profile Form status.

09:52AM 22          MR. LANGAN:  Your Honor, Andrew Langan.  We so far have

09:52AM 23  received about 1,860 PPFs as of December 8th.  And on top of

09:52AM 24  that, one lawyer, Mr. Watts, a member of the PSC, has served us,

09:52AM 25  I believe, with an additional 22,533 forms in an Excel file

09:52AM 1   format, and so we have about 24 or 25,000 of these things in

09:52AM 2   hand.  And we're going through them.

09:52AM 3          It's a time-consuming, people-intensive, labor-

09:53AM 4   intensive task to go through them and get them downloaded into a

09:53AM 5   database, and as Your Honor knows, we eventually hope to be able

09:53AM 6   to, with the authorizations provided, obtain information from the

09:53AM 7   GCCF and the BP claims facility about information that these

09:53AM 8   claimants have previously provided to those claims facilities to

09:53AM 9   enable us to get some initial discovery.  And that task is

09:53AM 10  proving to be a bit of a challenge, and it's going to take some

09:53AM 11  time, but we're working on it.

09:53AM 12         THE COURT:  Okay.  You've worked out some sort of a

09:53AM 13  protocol for that with Mr. Feinberg's office?

09:53AM 14         MR. LANGAN:  We have -- I believe, the state of play is,

09:53AM 15  is we have provided him with a database that has all the PPFs on

09:53AM 16  it, and we are currently in discussions with the GCCF and

09:53AM 17  Mr. Feinberg about how best to access that information.  It's an

09:53AM 18  arm's length discussion.

09:53AM 19         THE COURT:  Okay.  Thank you.

09:53AM 20         Mr. Herman?

09:54AM 21  MR. HERMAN:  Steve Herman for the plaintiffs.

09:54AM 22         I'm not aware of any issues, but we're perfectly

09:54AM 23  happy to work through any questions or concerns that the

09:54AM 24  defendants may have with the PPFs and the authorizations.  There

09:54AM 25  were some snags with some people that were trying to serve

09:54AM  1   through LexisNexis on the deadline, but they hadn't been

09:54AM  2   authorized yet, and I tried to provide those as best as I could

09:54AM  3   via e-mail to defense counsel, and if the defense counsel have

09:54AM  4   any problems or questions, we're happy to try to work through

09:54AM  5   those --

09:54AM  6           THE COURT:  They're being served on you, and then you're

09:54AM  7   providing them to defense liaison?

09:54AM  8           MR. HERMAN:  No, they were being served just as pieces

09:54AM  9   of discovery through the LexisNexis filing system, but there is a

09:54AM 10   couple day turnaround from when you register to when you get your

09:54AM 11   password, and so for some people who were trying to do it at the

09:54AM 12   last minute, they couldn't serve it through LexisNexis, so they

09:54AM 13   sent them to me, and I tried to get them to defense counsel as

09:54AM 14   best I could.

09:54AM 15           THE COURT:  All right.  Thank you.

09:55AM 16               Number 11, written and deposition discovery.  Does

09:55AM 17   somebody want to give us an update on that?

09:55AM 18           MR. HAYCRAFT:  Your Honor, both the plaintiffs have

09:55AM 19   served two sets of written discovery on defendants and responses

09:55AM 20   have been made, and the parties are working together to establish

09:55AM 21   the initial deposition discovery that will begin on January 18th,

09:55AM 22   with 10 days of depositions in January and then 15 days per month

09:55AM 23   thereafter.  And we're working cooperatively in getting those

09:55AM 24   scheduled.

09:55AM 25           THE COURT:  I don't need necessarily the names, but what

09:55AM 1    sort of depositions are you going to start with in January?

09:55AM 2         MR. HAYCRAFT:  Well, among the depositions would be

09:55AM 3    several BP witnesses, members of the investigative team that

09:55AM 4    investigated this casualty, and some other hands on the rig as

09:56AM 5    well, but those are just the initial eight or so depositions.

09:56AM 6    The 30(b)(6) deposition of a couple of third parties will be

09:56AM 7    included in January, early February.

09:56AM 8         THE COURT:  I saw something that, I forget where this

09:56AM 9    was, somewhere I read that -- it's on file -- saying that there

09:56AM 10   was some issue about the location of some of these depositions.

09:56AM 11   Has that been worked out?

09:56AM 12        MR. HAYCRAFT:  Probably most depositions, at least

09:56AM 13   starting out, are either in Houston or New Orleans, and then we

09:56AM 14   are continuing to talk about other potential deposition locations

09:56AM 15   where, for the convenience of the witnesses, there may be others

09:56AM 16   than Houston and New Orleans.  But most depositions will probably

09:56AM 17   take place in those two spots.

09:56AM 18        THE COURT:  Okay.  Thank you.

09:56AM 19            Mr. Roy.

09:56AM 20        MR. ROY:  Thank you, Your Honor.  Jim Roy.

09:56AM 21            From the plaintiffs' perspective, we'll report that

09:57AM 22   all of the omnibus discovery has been responded to, the initial

09:57AM 23   sets have been responded to.  We're in the process of scheduling

09:57AM 24   meet and confers to flesh out accuracies of responses.  From an

09:57AM 25   ESI standpoint, there are some issues that are pending that we'll

09:57AM 1  be taking up along with the discovery side with

09:57AM 2  Magistrate Shushan in short order.

09:57AM 3          And on the depositions, the only other issue that

09:57AM 4  might remain is we may need to consult with Magistrate Shushan on

09:57AM 5  some logistical issues regarding venue of depositions, but

09:57AM 6  otherwise, liaison on both sides are cooperating to get the job

09:57AM 7  done.

09:57AM 8          THE COURT:  All right.  Thank you.

09:57AM 9          Number 12 is listed as master complaints/responsive

09:57AM 10 pleadings, review of deadlines.  Is there anything to talk about

09:58AM 11 there, or this is going to be, I guess, subject to discussions

09:58AM 12 next week, right, when you all get together?

09:58AM 13         MR. WITTMANN:  Phil Wittmann, Your Honor, for Cameron.

09:58AM 14 I think that's correct.  We've got to work through these master

09:58AM 15 complaints after we've had a chance to digest them and maybe

09:58AM 16 coming back to Your Honor for a change in schedule.

09:58AM 17         THE COURT:  Right.  Okay.

09:58AM 18         Number 13, Mr. Underhill.  BOP testing.  Now that

09:58AM 19 you're officially a party to this litigation.

09:58AM 20         MR. UNDERHILL:  Note that I tried to split it right down

09:58AM 21 the middle there, friends on both sides, Your Honor.

09:58AM 22         THE COURT:  Not that that ever stopped you from speaking

09:58AM 23 before.

09:58AM 24         MR. UNDERHILL:  Is that a compliment or not?

09:58AM 25         THE COURT:  Take it either way.

09:58AM 1      MR. UNDERHILL:  I knew that was going to be the answer.

09:58AM 2           Thank you, Your Honor.  So I've been welcomed to

09:58AM 3  the party by everyone.  I thank everyone.  We've given

09:59AM 4  invitations to some, not others.  Some people were happy, some

09:59AM 5  maybe not, but that's the way life goes.

09:59AM 6           On the BOP testing status, Your Honor, it's going

09:59AM 7  slowly but surely, very painstakingly.  It's forensic testing, so

09:59AM 8  they are literally thinking out everything before they do it,

09:59AM 9  measuring.  I'm told if it was a movie, it probably wouldn't win

09:59AM 10 an academy award.  We have approached Angelina Jolie and

09:59AM 11 Brad Pitt to spice it up, and so far the agents haven't returned

09:59AM 12 any phone calls.

09:59AM 13          But we're on schedule, hopefully to complete the

09:59AM 14 testing, hopefully by end of February, early March, and if it

09:59AM 15 changes, we'll certainly advise the Court.  But the parties are

09:59AM 16 getting along.  There are some bumps in the road every once in a

09:59AM 17 while, but we're trying to cooperatively, both in the JIT and

09:59AM 18 counsel at this table and out in the courtroom, are trying to

09:59AM 19 work it out, and we're working through some of those things as we

09:59AM 20 speak.

09:59AM 21      THE COURT:  Okay, very well.  I assume you know or

09:59AM 22 realize that if you encounter any obstacle that you all have

10:00AM 23 trouble or cannot work through, I wouldn't want you to

10:00AM 24 necessarily have to wait a month until our next status

10:00AM 25 conference.  Bring that to my attention, Judge Shushan's

28

10:00AM 1    attention, and we can try to accommodate you as soon as we are

10:00AM 2    able to.

10:00AM 3              MR. UNDERHILL:  I appreciate that, Your Honor.

10:00AM 4              THE COURT:  Does anybody else want to weigh in on the

10:00AM 5    BOP issue?

10:00AM 6              I think you've covered --

10:00AM 7              MR. UNDERHILL:  Cement testing status.

10:00AM 8              THE COURT:  Do you want to talk about that?

10:00AM 9              Mr. Godwin may want to --

10:00AM 10             MR. UNDERHILL:  I want some buy-in on this, so I want

10:00AM 11   him on the record here.

10:00AM 12             As Your Honor knows, that the JIT subpoenaed the

10:00AM 13   cement samples that Halliburton had held.  They were turned over

10:00AM 14   to us pursuant to a motion that Mr. Godwin cooperated in, and his

10:00AM 15   office.  Where it stands now is we -- we, I should say the JIT,

10:00AM 16   the Marine Board, has requested testing protocols from all the

10:01AM 17   interested parties, as well as they've gone, outreached to even

10:01AM 18   the Presidential Commission and others.  They've received

10:01AM 19   comments from some people, not others.

10:01AM 20             One that we have been waiting for, my friend

10:01AM 21   Mr. Godwin's client, Halliburton, and he's promised us that his

10:01AM 22   client will get back to us after the New Year either with

10:01AM 23   protocols, suggested protocols, or telling us that they choose

10:01AM 24   not to, one way or the other.  So we're waiting on that.

10:01AM 25             Once we get those, the intent is to try to see if

10:01AM  1  we can get an agreed set of protocols, then -- that's what we're

10:01AM  2  working for at least -- and then to submit those to the Court for

10:01AM  3  an order allowing destructive testing to be done -- if, in fact,

10:01AM  4  it's destructive testing -- in accordance with Your Honor's

10:01AM  5  evidence preservation order.

10:01AM  6       THE COURT:  That is under the auspices of the EPA?

10:01AM  7       MR. WITTMANN:  No.

10:01AM  8       MR. UNDERHILL:  No, this would be under the JIT, under

10:01AM  9  the Joint Board --

10:02AM 10       THE COURT:  I thought I saw something that it was in the

10:02AM 11  custody of the EPA.

10:02AM 12       MR. UNDERHILL:  The EPA picked it up.  I think that was

10:02AM 13  their evidence recovery team, but the JIT is holding it.  And the

10:02AM 14  testing would be done under their auspices, that is, the Joint

10:02AM 15  Marine Board.

10:02AM 16       MR. GODWIN:  This is correct.

10:02AM 17            Don Godwin for Halliburton.

10:02AM 18            All samples and additives in the possession of

10:02AM 19  Halliburton were turned over on November 16th, and we have

10:02AM 20  assured the JIT representatives that right after the first of the

10:02AM 21  year, we'll get back to them with Halliburton's position

10:02AM 22  regarding the protocols, if it decides either to participate in

10:02AM 23  or not, but we will tell them our position shortly after the

10:02AM 24  first of the year, and they have said that's acceptable.

10:02AM 25       THE COURT:  Okay.  I think at some point, though,

10:02AM   1    Mr. Underhill, they need to set a deadline for people to either

10:02AM   2    offer a suggested protocol or not so that they can then move on.

10:02AM   3         MR. UNDERHILL:  I was sort of issuing a polite way to

10:02AM   4    Mr. Godwin's client to say that.  Although we didn't use the word

10:02AM   5    *deadline,* right after the first of the year is a deadline.

10:03AM   6         THE COURT:  I'm not suggesting it needs to be next week,

10:03AM   7    but some reasonable deadline.  If you don't have a deadline, then

10:03AM   8    there is no incentive for people to necessarily weigh in.

10:03AM   9         MR. UNDERHILL:  I think that we're delivering the

10:03AM  10    message to Halliburton.  They've got the idea that we're looking

10:03AM  11    for it after the first of the year.

10:03AM  12         THE COURT:  All right.  Very well.

10:03AM  13         MR. GODWIN:  Thank you, Your Honor.

10:03AM  14         MR. UNDERHILL:  Thank you, Your Honor.

10:03AM  15         THE COURT:  I want to take up the matter of the

10:03AM  16    administrative subpoena, but briefly, before I get to that, let

10:03AM  17    me take up Number 16, just to mention it briefly.

10:03AM  18              There are issues relating to some cases, different

10:03AM  19    types of cases that are related more indirectly, I guess, to the

10:03AM  20    DEEPWATER HORIZON casualty, and this is one.  This does not

10:04AM  21    necessarily have to be on the agenda for this in-court status

10:04AM  22    conference, but this case is a motion by someone who was on a

10:04AM  23    vessel that was working in the response or cleanup, and the

10:04AM  24    plaintiff, as I recall, alleges that he was injured by exposure

10:04AM  25    to the chemicals in the oil that was dispersed or in the water,

10:04AM 1    but he did not sue BP or Transocean, for that matter.  It's only

10:04AM 2    against his employer.

10:04AM 3            There have been a couple other cases.  There is one

10:04AM 4    we had where there was a contract issue over someone who had

10:04AM 5    leased some land to BP or some other party after the casualty so

10:04AM 6    they could use a dock or something, and there is a claim that

10:04AM 7    they had not been paid.

10:04AM 8            Then there was a third case I recall where someone,

10:05AM 9    again, was on a response vessel, but the allegation has nothing

10:05AM 10   to do with exposure to chemicals.  It has to do with the fact

10:05AM 11   that something fell off a wall and caused people to run or

10:05AM 12   something and get injured.

10:05AM 13           Again, we're working through the issues as to what

10:05AM 14   really belongs in the MDL.  Of course, we've got different types

10:05AM 15   of cases.  Some of the cases were filed here in federal court, so

10:05AM 16   it's just a matter of -- it's not necessarily a matter of whether

10:05AM 17   they stay in federal court, it's a matter of whether they belong

10:05AM 18   inside the MDL or not.  Then the other cases, if they come as a

10:05AM 19   tagalong or transfer, they may have to go back if I decide they

10:05AM 20   are not sufficiently related to the MDL, but we'll have to look

10:05AM 21   at those on a case-by-case basis.

10:05AM 22           I don't know, Mr. Langan, did you want to comment

10:05AM 23   on this at all?

10:06AM 24        MR. LANGAN:  Your Honor, just as I think you just

10:06AM 25   alluded to, in some cases, there may be cases that were filed

10:06AM 1   outside this district or removed to federal courts outside this

10:06AM 2   district, and in the first instance, I guess, the panel will

10:06AM 3   decide about whether they are suitable or not.  And I understand

10:06AM 4   Your Honor's discretion.

10:06AM 5         Other than that, we understand that some line

10:06AM 6   drawing has to occur, and we'll respect whatever decisions

10:06AM 7   Your Honor makes along that, understanding that our preference on

10:06AM 8   the edges would be to have a more expansive view of what's

10:06AM 9   properly here and what's not.

10:06AM 10        THE COURT:  I know in our meeting with liaison counsel,

10:06AM 11  I don't know if Mr. Haycraft wants to say anything, or you, about

10:06AM 12  another category.

10:06AM 13        MR. LANGAN:  The Vessels of Opportunity cases, the

10:06AM 14  contract cases, BP charter cases, yes, we think they are properly

10:06AM 15  here.  And we're --

10:06AM 16        THE COURT:  I personally don't recall seeing one of

10:06AM 17  those yet, but some of those will be.

10:07AM 18        MR. LANGAN:  We expect there is at least one that's here

10:07AM 19  now, if I'm not mistaken.

10:07AM 20        THE COURT:  Okay.

10:07AM 21        Does anybody on the plaintiffs' side want to speak

10:07AM 22  on that?

10:07AM 23        MR. HERMAN:  No, Your Honor.

10:07AM 24        THE COURT:  I think Mr. Bickford does.

10:07AM 25        MR. BICKFORD:  Yes, Your Honor.

10:07AM 1          Yeah, I represent Mr. Whittinghill.  I'll just

10:07AM 2   point out to the Court -- Your Honor, Scott Bickford -- that this

10:07AM 3   case isn't procedurally in the MDL.  It was never transferred

10:07AM 4   here.  It basically was transferred from Judge Zainey to this

10:07AM 5   Court, and somehow just got lumped into the MDL.  And it's never

10:07AM 6   been sent by the panel or referred to the Court, so there has

10:07AM 7   been no opportunity for me to object.  On that count --

10:07AM 8          THE COURT:  Well, no, but there actually are now three

10:07AM 9   different ways a case can become part of the MDL.  Obviously if

10:07AM 10  it's filed somewhere else, it can be transferred here by the MDL

10:07AM 11  panel, or it can be direct filed here.  My original order, I

10:08AM 12  think, consolidated all of the cases that were filed here, too.

10:08AM 13  So it is part of the MDL now.

10:08AM 14         MR. BICKFORD:  Assuming, then, and we would, you know,

10:08AM 15  point out to the Court, where the Court has already stated it,

10:08AM 16  that this is a Jones Act seaman, a relief captain, who made claim

10:08AM 17  against the vessel.  There is no other parties involved in this

10:08AM 18  case, except the vessel -- except his employer on particular

10:08AM 19  counts, which really don't have anything to do with the issues --

10:08AM 20         THE COURT:  Except I read the complaint, I read it

10:08AM 21  yesterday, and your complaint references the casualty, references

10:08AM 22  the oil spill, references the chemical contaminants and all of

10:08AM 23  this, and said that's what caused his injury, his exposure to all

10:08AM 24  of that, right?

10:08AM 25         MR. BICKFORD:  Yes.  Correct.

10:08AM 1      THE COURT:  That's part of our MDL, all the respondent
10:08AM 2 claims, so to speak.
10:08AM 3      MR. BICKFORD:  Well, I understand, but from a procedural
10:08AM 4 standpoint and being within the MDL, my plaintiff gets consumed
10:09AM 5 in an MDL, and I'm happy to be in the MDL, and I certainly am in
10:09AM 6 other cases, but in this particular case, I have an individual
10:09AM 7 seaman with an individual case against an individual vessel
10:09AM 8 owner/employer that isn't a party to anything.  And the discovery
10:09AM 9 isn't relevant here.  You know, as you see, it's, you know,
10:09AM 10 tangentially, yes, he was in the wrong place at the wrong time on
10:09AM 11 a vessel, but his suit is completely separate.
10:09AM 12      THE COURT:  All right.  I'll take a look at it.
10:09AM 13          Does anybody want to weigh in on that at all?
10:09AM 14      MR. LANGAN:  Your Honor, it's Andy Langan.
10:09AM 15          I will tell you that I'm not familiar exactly with
10:09AM 16 the facts of the case.  I will say this, if it involved
10:09AM 17 allegations that acts taken in response to the spill, including
10:09AM 18 use of dispersants caused injury, it clearly belongs here.  I
10:09AM 19 don't know if it does or doesn't.  I haven't looked at the
10:09AM 20 complaint.
10:09AM 21      THE COURT:  It does, but I think what Mr. Bickford is
10:10AM 22 arguing is he didn't sue BP or anybody else other than the vessel
10:10AM 23 owner.
10:10AM 24      MR. LANGAN:  I think the panel might have a different
10:10AM 25 view on it.  In other words, if the facts are uncommon, if the

10:10AM 1    facts of the parties in the case are not identical, I'm not sure

10:10AM 2    it carries the day.

10:10AM 3            THE COURT:  Okay.  We'll take another look at it.

10:10AM 4            MR. BICKFORD:  Thank you, Your Honor.

10:10AM 5            THE COURT:  I think somebody else wants to speak on

10:10AM 6    this.

10:10AM 7            MR. CHRISTY:  Good morning, I'm Walter Christy.  I

10:10AM 8    represent the defendant in the case, Abdon Callais.

10:10AM 9            We agree with Mr. Bickford and we have joined in

10:10AM 10   his motion and submit that our case, we don't belong here today,

10:10AM 11   and we shouldn't be coming here every month about things that

10:10AM 12   have nothing to do with this matter.  It's strictly a Jones Act

10:10AM 13   case, and we would ask the Court --

10:10AM 14           THE COURT:  Well, it's not mandatory that you show up

10:10AM 15   here.  You could even be listening on the phone.

10:10AM 16           MR. CHRISTY:  Well, we were on your docket today,

10:10AM 17   Your Honor, so we did show up.

10:10AM 18           THE COURT:  Well, you're right, I did it this month.  I

10:10AM 19   apologize.  You're right about that.  Frankly, I don't know why I

10:11AM 20   put that on the agenda, and then I thought, Well, I can use it as

10:11AM 21   the purpose I just did, which is to kind of illustrate that there

10:11AM 22   may be some cases, although tangentially related, maybe should

10:11AM 23   not be in the MDL.  I'm going to take another look at this one,

10:11AM 24   okay?

10:11AM 25           MR. CHRISTY:  Thank you.

10:11AM 1          THE COURT:  Thank you.

10:11AM 2               Petition for enforcement of the administrative

10:11AM 3     subpoenas.

10:11AM 4          MS. SMITH:  Good morning, Your Honor.  Sharon Smith with

10:11AM 5     the U.S. Attorney's Office appearing here on behalf of the

10:11AM 6     United States representing the Joint Board of Investigations.

10:11AM 7          THE COURT:  Good morning.

10:11AM 8          MR. HYMEL:  Richard Hymel representing Transocean.

10:11AM 9          THE COURT:  All right.

10:11AM 10         MS. SMITH:  So, Your Honor, really what is at issue here

10:11AM 11    are a couple of requests that were contained within a subpoena

10:11AM 12    issued on October 21st of 2010.  I can go through the requests.

10:12AM 13              The first -- I'm going to take the second one

10:12AM 14    first, which are external audits of the safety management system,

10:12AM 15    including, but not limited to, the initial audit of 1998, two

10:12AM 16    five-year recertification audits in 2003 and 2008, and for

10:12AM 17    interim audits in 2001, 4, 7 and 10, I think the request is

10:12AM 18    not -- is not intended to limit it to those particular audits and

10:12AM 19    audit reports, but for any external audit that might have been

10:12AM 20    generated as a result of the ISM for SOLAS.

10:12AM 21              So what is required under the ISM are -- well,

10:12AM 22    perhaps in addition to other things, but the main things are the

10:12AM 23    document of compliance, which is good for five years, and then an

10:12AM 24    annual verification of that document of compliance, and then a

10:12AM 25    safety management code certificate, which is pertinent to each,

10:12AM 1     vessel, and it's good for five years.  And then there has to be

10:13AM 2     at least -- at least one, there might be more, at least one

10:13AM 3     intermediate verification of that certificate during that

10:13AM 4     five-year period.  And it has to be between the years two and

10:13AM 5     three.

10:13AM 6              There can also be an interim document of compliance

10:13AM 7     if a ship -- not an interim document, an interim safety

10:13AM 8     management code certificate that can be issued if a ship changes

10:13AM 9     flags.  In this case, the DEEPWATER HORIZON, as it turns out, did

10:13AM 10    change flags.  So there might be one of those out there, too, for

10:13AM 11    the DEEPWATER HORIZON.

10:13AM 12             So what has been produced by Transocean is the

10:13AM 13    document of compliance for Transocean offshore deep water

10:13AM 14    drilling.  That is B4.  The reason I'm explaining this is because

10:13AM 15    it was a little bit difficult for me, even in drafting the brief

10:13AM 16    and reading the brief, reading the opposition, to figure out

10:13AM 17    exactly what's been produced and what hasn't been produced, but

10:13AM 18    the production so far, in response to this request, has been

10:13AM 19    extremely limited.  They have produced one document of

10:14AM 20    compliance.  That one was issued on April 13th of 2007.  That's

10:14AM 21    at B4.

10:14AM 22             They did produce an annual audit report.  It's the

10:14AM 23    only annual audit report that they produced, and we're looking

10:14AM 24    for those audit documents that support these certificates.  And

10:14AM 25    so they produced one for 2010.  That, as it turns out, was

10:14AM 1  conducted on April 20th and 21st of 2010, about the time the

10:14AM 2  DEEPWATER HORIZON was burning and sinking.

10:14AM 3          They did produce a verification document also dated

10:14AM 4  April 21, 2010.  So basically, the document of compliance, the

10:14AM 5  latest annual audit report, and the latest verification report.

10:14AM 6  They have not produced any of the other --

10:14AM 7          THE COURT:  You want the previous ones, too?

10:14AM 8          MS. SMITH:  Yes, exactly.  Exactly.  Yes, sir.

10:14AM 9          THE COURT:  And --

10:14AM 10          MS. SMITH:  And that's as to the document of compliance.

10:15AM 11          The safety management code certificate, that's a

10:15AM 12  different type of document.  Those are particular to vessels out

10:15AM 13  of -- and what is required there is a certificate, an audit

10:15AM 14  report, and those audits are supposed to be done every

10:15AM 15  five years, and then one, at least one, there might be more, at

10:15AM 16  least one interim audit between the years of two and three for

10:15AM 17  each vessel.

10:15AM 18          So there what they've produced is a safety

10:15AM 19  management -- a safety management code certificate for the

10:15AM 20  DEEPWATER HORIZON.  It's dated September 11, 2007.  It's the only

10:15AM 21  one they've produced.  It shows that an intermediate audit was

10:15AM 22  due between May 16th of 2009 and May 16th of 2010.  That audit

10:15AM 23  report was not produced.  I don't know whether it's been done.

10:15AM 24  You know, we just don't know.  But we want those documents.

10:16AM 25          And then there was an intermediate verification

10:16AM  1   certificate, not the report, you know, not the audit report that

10:16AM  2   supports it, that was -- for the DEEPWATER HORIZON that was dated

10:16AM  3   June 29th of 2005.

10:16AM  4          So what we're really looking for is all the other

10:16AM  5   certificates that pertain to the DEEPWATER HORIZON, all the audit

10:16AM  6   reports that support those certificates, all the documents of

10:16AM  7   compliances for Transocean, all of the audit reports that support

10:16AM  8   those, and then in addition to that, we want the same thing, the

10:16AM  9   same safety management code certificates for the other vessels

10:16AM 10   that were operating in the Gulf of Mexico at the time this

10:16AM 11   casualty occurred.

10:16AM 12          THE COURT:  Other Transocean vessels?

10:16AM 13          MS. SMITH:  Other Transocean vessels, yes, sir.

10:16AM 14          That has been the source of some contention between

10:16AM 15   the parties.  As I perceived it, that is something that

10:16AM 16   Transocean has argued is not relevant.

10:16AM 17          Let me just address that for a minute, and I did in

10:16AM 18   my reply brief.  If you don't need me to, I won't.

10:17AM 19          THE COURT:  Go ahead.

10:17AM 20          MS. SMITH:  So one thing that the Board is tasked to

10:17AM 21   do -- and their investigative obligations under the statute are

10:17AM 22   extremely broad.  It's both retrospectively looking at the cause

10:17AM 23   of the casualty itself, and there might be multiple causes, and

10:17AM 24   the statute says to determine as closely as possible.  So it's

10:17AM 25   not just sort of broad brushing what caused it, they are supposed

10:17AM 1    to determine as closely as possible what caused this, or if there

10:17AM 2    are multiple causes, there are multiple causes.

10:17AM 3            In addition to that, they are supposed to be

10:17AM 4    looking prospectively to determine whether or not whatever went

10:17AM 5    wrong could be corrected in the future by the creation of new

10:17AM 6    laws, by amendments to existing laws.  That would include

10:17AM 7    regulations that govern every player that might have impacted

10:17AM 8    what happened, which would include the Coast Guard, so they are

10:18AM 9    looking at what the Coast Guard did and didn't do and what it

10:18AM 10   should and shouldn't have done.  They are looking at the flag

10:18AM 11   states under which the vessel operated, what that state did and

10:18AM 12   didn't do in terms of this ISM and its responsibilities under the

10:18AM 13   international code.  They are looking at what the vessel operator

10:18AM 14   did as well.

10:18AM 15           And so one thing that that leads to is a question

10:18AM 16   of whether what went wrong is systemic?  Is it something that

10:18AM 17   could be across the board affecting other vessels in the Gulf?

10:18AM 18   And that is a question that they are tasked to answer.

10:18AM 19           THE COURT:  Systemic within this company, you mean?

10:18AM 20           MS. SMITH:  Well, systemic within this company.  And

10:18AM 21   frankly, indications about this company may indicate that there

10:18AM 22   are other problems.  But certainly looking within this company

10:18AM 23   will give them a good view of whether or not there are regulatory

10:18AM 24   things that can be changed, statutory things that can be changed,

10:18AM 25   should they go to the IMC and determine whether or not the SOLAS

10:19AM 1    code itself needs to have some modifications to it.  All of this

10:19AM 2    for the purpose, the forward-looking purpose of trying to make

10:19AM 3    sure that this never happens again.

10:19AM 4         And Transocean seems to sort of downplay that

10:19AM 5    statutory obligation, but that statutory obligation is at least

10:19AM 6    as important as determining what caused this occurrence, and I

10:19AM 7    would argue more important, to make sure it doesn't happen again.

10:19AM 8         So that's basically the sum and substance of it,

10:19AM 9    Your Honor.

10:19AM 10        THE COURT:  Okay.  Thank you.

10:19AM 11        Mr. Hymel.

10:19AM 12        MS. SMITH:  If I may add one thing, and this is in my

10:19AM 13   brief, but if I might add one thing, it seems to me that

10:19AM 14   Transocean would like the Court to sort of be diverted to other

10:20AM 15   regulations and other codes and other things, I guess, in an

10:20AM 16   effort to try to persuade the Court that these other things limit

10:20AM 17   the statutory authority of the Board.

10:20AM 18        But really, the Court's inquiry is fairly narrow

10:20AM 19   here.  It doesn't fall within the statutory purpose.  I think it

10:20AM 20   clearly does within 6301, and are the documents being requested

10:20AM 21   relevant to that statutory purpose?

10:20AM 22        Thank you.

10:20AM 23        THE COURT:  Okay.  Thank you.

10:20AM 24        MR. HYMEL:  Richard Hymel, H-Y-M-E-L, representing

10:20AM 25   Transocean.

10:20AM  1          Judge, in our conversations before the motion was

10:20AM  2  filed -- and there were a number of conversations -- we committed

10:20AM  3  to produce all documents related to the DEEPWATER HORIZON for the

10:20AM  4  safety management certificate and the audits and any documents

10:20AM  5  related to Transocean, which is the document of compliance and

10:20AM  6  the audits, from 2005 to current.  And I'm pretty sure we've done

10:21AM  7  that.

10:21AM  8          Sharon, we made a production on 11/24 that had a

10:21AM  9  number of documents, and they were not the documents that you

10:21AM 10  said have been produced, so you may have missed some of those

10:21AM 11  things.

10:21AM 12          And Jeff may be able to comment on that --

10:21AM 13  Jeff Bray is here -- but I believe we have produced the audits of

10:21AM 14  Transocean from 2005 and then the audits of the safety management

10:21AM 15  system of the HORIZON.

10:21AM 16          Is that correct?

10:21AM 17      THE COURT:  You need the come forward and identify

10:21AM 18  yourself, please.

10:21AM 19      MR.  BRAY:  Jeff Bray representing the

10:21AM 20  Joint Investigation Team.

10:21AM 21          There are, you know, we went through -- Sharon went

10:21AM 22  through the list.  The things that were produced on 11/24,

10:21AM 23  there's a lot of things that we didn't ask for.  They're sort of

10:21AM 24  internal audits and things like that, not the external audits.

10:21AM 25  We received a lot of documents from Transocean that were not what

10:22AM 1    we were asking for.  They were internal audits.  There is

10:22AM 2    external audits and underlying documents that I think are still

10:22AM 3    outstanding.

10:22AM 4          MR. HYMEL:  Well, Judge, we will produce documents

10:22AM 5    related to the HORIZON.

10:22AM 6          THE COURT:  What is it that you do not wish to produce?

10:22AM 7    That's what I need to get a clear understanding on.

10:22AM 8          MR. HYMEL:  And that's where I was going.  The documents

10:22AM 9    regarding the audits of the safety management system of other

10:22AM 10   Transocean vessels in the Gulf of Mexico.  And then also --

10:22AM 11         THE COURT:  You think those are not relevant?

10:22AM 12         MR. HYMEL:  That's correct.

10:22AM 13         THE COURT:  In other words, it seems to me the real

10:22AM 14   dispute here, the main nub of the dispute here is that you think

10:22AM 15   the investigation and the documents that they are entitled to are

10:22AM 16   limited solely to this vessel in this investigation of this

10:22AM 17   casualty.  That's what your position is?

10:22AM 18         MR. HYMEL:  Well, my position is that because the

10:22AM 19   standard is relevancy, and they have to prove that the documents

10:23AM 20   are relevant and --

10:23AM 21         THE COURT:  Relevant to what?

10:23AM 22         MR. HYMEL:  Relevant to their charge.

10:23AM 23         THE COURT:  Don't they have a pretty broad authority

10:23AM 24   under the statute, under 46 U.S.C. § 6301?  Obviously, they are

10:23AM 25   investigating the cause of this casualty and whether there was

any misconduct or negligence and so forth to take appropriate

remedial action, whether any Coast Guard or government officer,

employee was negligent in any way which contributed or caused the

accident, whether there is evidence that a criminal act has been

committed so they may be referred to the appropriate authorities,

and then the last one, whether there is a need for new laws or

regulations or an amendment or appeal of existing laws or

regulations to prevent the recurrence of the casualty.

I don't interpret that as limiting them to strictly

getting documents pertaining to this vessel and this casualty.

It seems like they have a broader scope of responsibility here.

MR. HYMEL:  I agree with you.  I agree that that section

is broad, but you have to go back to there are two standards.

They have to -- they have to be within their statutory authority,

and that's just what you read, was their statutory authority, but

the documents have to be relevant, Judge.

THE COURT:  Wait, wait, wait.  I think this is a correct

statement of law.  An administrative subpoena -- it's a pretty

narrow function here of the Court enforcing or not enforcing the

subpoena like this, an administrative subpoena.  An

administrative subpoena is summarily enforceable if the subpoena

was, one, issued for a lawful purpose within the agency statutory

authority.

Sounds like you concede this is, right?

MR. HYMEL:  That's correct.

10:25AM  1      THE COURT:  Number 2, seeks information that is relevant

10:25AM  2  to the agency's purpose.

10:25AM  3          It sounds to me like if they have the statutory

10:25AM  4  authority, these documents are relevant to the agency's purpose.

10:25AM  5          Three is reasonable and not unduly burdensome.

10:25AM  6          You haven't made any arguments that this is unduly

10:25AM  7  burdensome in any way, right?

10:25AM  8      MR. HYMEL:  We have not made that argument.

10:25AM  9      THE COURT:  So your only argument is on Number 2, that

10:25AM 10  somehow this is not information which is relevant to the agency's

10:25AM 11  purpose.

10:25AM 12          By the way, I'm reading from *Winters Ranch*

10:25AM 13  *Partnership v. Viadero*, 123 F. 3d 327, 329 (5th Cir. 1997)

10:25AM 14      MR. HYMEL:  We agree with that, Judge.

10:25AM 15          Let me explain my position.  The position is that

10:25AM 16  for the audits of other Transocean rigs to be relevant to this

10:25AM 17  case, there has to be evidence that those audits found

10:26AM 18  noncompliance with the ISM code, and in addition, that --

10:26AM 19      THE COURT:  How would they know that unless they saw the

10:26AM 20  audits?

10:26AM 21      MR. HYMEL:  Well, they have to have evidence that a

10:26AM 22  noncompliance had anything to do with this accident, and that's

10:26AM 23  what they would know.  If they have some evidence that leads them

10:26AM 24  to believe that there is some failure with the safety management

10:26AM 25  code that would then give them the issue that they think these

10:26AM 1    documents would be relevant.

10:26AM 2                They've not alleged that, Judge.  They have not

10:26AM 3    said -- we produced our -- we produced our ISM designated

10:26AM 4    representative at the last Coast Guard hearing.  They questioned

10:26AM 5    him for hours.  They did not come up with anything that they put

10:26AM 6    in their brief where they said, this issue concerns us.  We

10:26AM 7    believe there is a systematic failure or systematic problem here;

10:26AM 8    therefore, we believe looking at these documents is something we

10:26AM 9    need to do.

10:26AM 10               Instead, what they say, Judge, in their brief, what

10:27AM 11   they say is, "Since the ISM code contemplates commitment to

10:27AM 12   safety from the top, shortcomings in ISM compliance aboard one

10:27AM 13   Transocean vessel may indicate shortcomings aboard other

10:27AM 14   Transocean vessels.  Systemic problems existing within a fleet

10:27AM 15   may, in turn, indicate that existing laws and regulations

10:27AM 16   pertaining to the ISM code or the other applicable laws may need

10:27AM 17   to be amended."

10:27AM 18               So what they are saying here is they don't have any

10:27AM 19   evidence.  They want to go look.  And the problem is, Judge, is

10:27AM 20   that the Board is made up half by the Coast Guard.  They have

10:27AM 21   already looked.  They have inspected each one of these vessels,

10:27AM 22   and when they do an inspection, they confirm that there is ISM

10:27AM 23   compliance.  That's what the Coast Guard does every year, and

10:27AM 24   they issue a letter of compliance to Transocean for every one of

10:27AM 25   these rigs, and they have done that.

10:27AM 1          So what they are telling this Court is that, Judge,

10:27AM 2   we've already looked, okay, and we've issued a letter to this

10:28AM 3   company saying that everything was fine; however, we want to go

10:28AM 4   back and look to see maybe if there is something that was found

10:28AM 5   that didn't lead to a noncompliance but something that we can

10:28AM 6   find.  That's the definition of a fishing expedition.  It has to

10:28AM 7   be relevant for an agency subpoena.  It can't -- it's not just

10:28AM 8   that it leads to relevant information.

10:28AM 9          What we have here is the Coast Guard, they've

10:28AM 10  inspected these vessels already.  Marshall Islands has issued a

10:28AM 11  document of compliance for the company, and Marshall Islands has

10:28AM 12  issued a document of compliance for the -- I'm sorry, a safety

10:28AM 13  management certificate for the HORIZON.  These vessels have been

10:28AM 14  confirmed that they have complied with ISM.  Now, the Coast Guard

10:28AM 15  wants to go back and look.

10:28AM 16         And I think where this comes from is is

10:28AM 17  Captain Nguyen, in one of the hearings, basically said, he wasn't

10:29AM 18  happy with some of the audits that he saw that DNV did.  That's

10:29AM 19  the third-party auditing company hired by Marshall Islands.

10:29AM 20  Well, if he has a problem with DNV, that may be for another --

10:29AM 21  another forum, or he could subpoena information from DOV -- DNV

10:29AM 22  or from the Marshall Islands.  We don't believe that they can go

10:29AM 23  back and relook at the documents that they've already looked at

10:29AM 24  on those vessels.

10:29AM 25         THE COURT:  Well, if they've already looked at them, I

10:29AM 1   don't know why you're fighting this battle.

10:29AM 2        MR. HYMEL:  Well, they haven't looked at the audits

10:29AM 3   underneath --

10:29AM 4        THE COURT:  So there are documents they have not looked

10:29AM 5   at?

10:29AM 6        MR. HYMEL:  Right.  They have looked at the vessels to

10:29AM 7   ensure ISM compliance, and they convinced themselves at that

10:29AM 8   point that there was ISM compliance.

10:29AM 9        THE COURT:  All right.  Thank you.

10:29AM 10        Ms. Smith.

10:29AM 11        MS. SMITH:  Yes, sir.  I just want to address a couple

10:29AM 12   of points, Your Honor, and while I'm at it -- I neglected to do

10:29AM 13   this earlier -- I would like to introduce into the record the

10:29AM 14   documents that were attached to my memorandum in support and my

10:30AM 15   reply memorandum.

10:30AM 16        THE COURT:  Okay.  They will be in the record.

10:30AM 17        MS. SMITH:  Thank you.

10:30AM 18        So just to address a couple of points that were

10:30AM 19   raised.

10:30AM 20        THE COURT:  What you're asking for are the documents,

10:30AM 21   the audit reports behind the certificates, so to speak?

10:30AM 22        MS. SMITH:  Yes, that's exactly right.  And it's

10:30AM 23   interesting that Transocean is arguing that the Coast Guard was

10:30AM 24   allowed to board these vessels and determine whether or not there

10:30AM 25   is ISM compliance when they argued in their memo that the

10:30AM  1   Coast Guard, when it does these kind of routine inspections, has

10:30AM  2   to facially accept the safety management code certificate if it

10:30AM  3   looks likes it's valid on its face.

10:30AM  4        So what we simply want to do is look behind those

10:30AM  5   documents, which is what he's arguing against, and so we haven't

10:30AM  6   been able to see those things, and he argues that we shouldn't be

10:30AM  7   able to see those things.  So his statement that -- Transocean's

10:30AM  8   statement that we've already had a chance to see this stuff is

10:30AM  9   just incorrect.

10:30AM 10        Also, I'll point out a document that was produced

10:31AM 11   by Transocean in support of its opposition.  And in that -- and

10:31AM 12   I'm referring to, it's Exhibit D, which was a transcript that was

10:31AM 13   generated during the October 5, 2010 Joint Board of Investigation

10:31AM 14   hearing, and in there, Captain Nguyen was talking about some of

10:31AM 15   the concerns that he had with respect to ISM compliance aboard

10:31AM 16   Transocean vessels, and he commented, and this was produced by

10:31AM 17   Transocean, he noted that it cited that the Transocean

10:31AM 18   DISCOVERER DEEP SEAS was operating with an overdue

10:31AM 19   intermediate safety management code certificate audit.

10:31AM 20        So I think right there, there is obviously

10:31AM 21   indications that aboard other vessels this may be a systemic

10:31AM 22   problem that might have to be addressed by regulations, statutes,

10:31AM 23   changes to laws, changes to existing laws.

10:31AM 24        I'll also note, as long as we're talking about the

10:31AM 25   testimony last week, which has not been introduced into the

10:32AM 1    record, the ISM rep that testified last week also testified that

10:32AM 2    he had not been aboard any Transocean vessel.  So his

10:32AM 3    knowledge -- and he was the ISM representative produced to the

10:32AM 4    Board.  So you know, obviously his information was a little

10:32AM 5    limited.

10:32AM 6         THE COURT:  Okay.  Thank you.

10:32AM 7         MS. SMITH:  Thank you.

10:32AM 8         THE COURT:  Okay.  I'm going to grant the government's

10:32AM 9    motion to enforce these administrative subpoenas.

10:32AM 10         Ms. Smith, I think you submitted a proposed order?

10:32AM 11         MS. SMITH:  Yes, sir, I did.

10:32AM 12         THE COURT:  I'll look at that and sign that.  I think

10:32AM 13   the government has met its burden to show that the subpoena was

10:32AM 14   issued for a proper statutory purpose and that the requested

10:32AM 15   documents are relevant to its investigation.  As I said, there

10:32AM 16   has been no showing and no argument even that the requests are in

10:32AM 17   any way unreasonable or unduly burdensome.

10:32AM 18         MR. HYMEL:  Judge, we would just like to make sure the

10:32AM 19   entire record is offered into evidence.  She offered her portion.

10:33AM 20         THE COURT:  Sure.  Yes.  Absolutely.  Everything that

10:33AM 21   y'all submitted is in the record.

10:33AM 22         MS. SMITH:  Thank you, Your Honor.

10:33AM 23         THE COURT:  Other matters.

10:33AM 24         Anything else?

10:33AM 25         MR. LANGAN:  Your Honor, Andrew Langan.

10:33AM 1        I'm going to introduce Mr. Gasaway, who is here to

10:33AM 2 give a follow-up report about the recovery of physical evidence

10:33AM 3 that Your Honor addressed in November.

10:33AM 4        THE COURT:  Okay.  Very well.

10:33AM 5        MR. GASAWAY:  Good morning, Your Honor.  Robert Gasaway,

10:33AM 6 and I will be brief.  This is a follow-up on the last month, your

10:33AM 7 November 19th order, as you recall, that governs subsea equipment

10:33AM 8 that was not subpoenaed by the government.  There's an entire

10:33AM 9 schedule for that, and we agreed to make that available for

10:33AM 10 inspection.

10:33AM 11        The inspection process is going well.  We issued

10:33AM 12 our first notice on December 9th.  Inspections started this week.

10:33AM 13 Pictures have been provided.  Second notice went out just

10:33AM 14 two days ago on December 15th, and a second group of equipment is

10:33AM 15 going to be available for inspection next week and the following

10:33AM 16 week.

10:33AM 17        We did want to note, Your Honor, that in the

10:34AM 18 retrieval process, there was damage to one item of equipment.

10:34AM 19 This is item Number 79 on Exhibit Schedule C to this Court's

10:34AM 20 November 19th order.  And because of that damage to that --

10:34AM 21        THE COURT:  What is item 79?

10:34AM 22        MR. GASAWAY:  Item 79, Your Honor --

10:34AM 23        THE COURT:  I know I should know that, but somehow it

10:34AM 24 escapes me.

10:34AM 25        MR. GASAWAY:  It's a 1200-foot, six-inch diameter

10:34AM  1   flexible hose for carrying oil.  And it carried oil from the

10:34AM  2   wellhead over to a freestanding riser and then up.  And it was

10:34AM  3   damaged in the retrieval process.  There was a gash put in the

10:34AM  4   outer casing of that, about a two-foot by three-inch gash.

10:34AM  5          We don't know if it can be repaired, Your Honor,

10:34AM  6   but if it can be repaired, it's going have to be repaired

10:34AM  7   immediately.

10:34AM  8          THE COURT:  As I remember, there were three categories

10:34AM  9   of evidence.

10:34AM  10         MR. GASAWAY:  Correct.

10:34AM  11         THE COURT:  One category, it was agreed, was relevant to

10:34AM  12   the investigation; one category, it was agreed, was not relevant

10:35AM  13   to any investigation, and the third was kind in the middle where

10:35AM  14   somebody could take the time to look at it, if they wanted to.

10:35AM  15   Is that --

10:35AM  16         MR. GASAWAY:  That's exactly right.  That middle

10:35AM  17   category where we've agreed to let people take a look at it, if

10:35AM  18   they want to.

10:35AM  19         And, Your Honor, the implicit part of that

10:35AM  20   agreement was obviously, we have them look at it in its original

10:35AM  21   condition.

10:35AM  22         THE COURT:  Sure.

10:35AM  23         MR. GASAWAY:  And so the reason I'm here before you is

10:35AM  24   just to say we want to put a little asterisks as to this

10:35AM  25   one piece of equipment because instead of keeping it in its

10:35AM 1   original condition, we want to repair it immediately.  It's just

10:35AM 2   a small section of a 1200-foot hose, but if the people want to

10:35AM 3   look at that damaged section, I wanted everybody here and

10:35AM 4   Your Honor to know that that equipment is coming ashore over the

10:35AM 5   weekend.  It will be available --

10:35AM 6           THE COURT:  You're giving them like a five-day notice or

10:35AM 7   something?

10:35AM 8           MR. GASAWAY:  Well, we told them on Wednesday about

10:35AM 9   this, but we sent it out over e-mail, I just wanted everybody in

10:35AM 10  open court to know.

10:35AM 11          It is going to arrive on Monday as we had expected.

10:35AM 12  That was contingent on weather conditions.  It is going to arrive

10:36AM 13  on Monday as expected.  If we can repair it, we're going to start

10:36AM 14  repairs immediately as expected.  And if anybody wants to come

10:36AM 15  and watch the repairs, they are welcome to do so.

10:36AM 16          THE COURT:  Mr. Underhill might be interested.

10:36AM 17          This might be another movie, Mr. Underhill.

10:36AM 18          MR. GASAWAY:  I'm going to huddle with Mr. Underhill.

10:36AM 19          MR. UNDERHILL:  I'm awaiting for a starring role, but it

10:36AM 20  hasn't been offered.

10:36AM 21          THE COURT:  Thank you.

10:36AM 22          MR. GASAWAY:  Thank you very much, Your Honor.

10:36AM 23          THE COURT:  All right, Mr. Herman.

10:36AM 24          MR. HERMAN:  Yes, Steve Herman.

10:36AM 25          I think Mr. Breit for the PSC addressed this issue

10:36AM 1   with the defense counsel.

10:36AM 2          THE COURT:  I understand you used to work at one time in

10:36AM 3   this very courtroom, this very chambers.

10:36AM 4          MR. BREIT:  Your Honor, I believe I stacked your books

10:36AM 5   in your library.

10:36AM 6          THE COURT:  I hate to tell you, but those books are

10:36AM 7   likely gone now.  They don't even know what books are now.

10:36AM 8          MR. BREIT:  Back then, Judge Sear made me reach them for

10:37AM 9   him.  So I did turn on the lights in this building, though.

10:37AM 10             Jeffrey Breit.

10:37AM 11             Your Honor, I have been in contact with the defense

10:37AM 12  over this physical evidence issues.  We had reached an agreement

10:37AM 13  as to the damaged goods, and we have an expert today seeing the

10:37AM 14  physical evidence at Fourchon.  This new evidence, which they had

10:37AM 15  offered up sometime around Christmas Eve, there had been a timing

10:37AM 16  issue.  They are, I believe, giving me a written statement of

10:37AM 17  what they are going to pull up, what's going to be photographed,

10:37AM 18  and specifications.  And as long as I get a letter confirming

10:37AM 19  what they are going to take photographs of and specifications of

10:37AM 20  the particular items, then we're happy.

10:37AM 21         THE COURT:  Very well.  Thank you.

10:37AM 22             Anyone else?

10:37AM 23         MR. COON:  Good morning, Your Honor.  Brent Coon on

10:37AM 24  behalf of plaintiffs.

10:37AM 25             I have the pleasure of serving on some of the

10:37AM 1  discovery committees in the case, Your Honor, and I was asked by

10:38AM 2  Mr. Roy and Mr. Herman to produce the documents that we had

10:38AM 3  obtained in the Texas City BP explosion case in 2005.  I brought

10:38AM 4  that case with me today.  There is about seven million documents

10:38AM 5  here, and with that -- and with that, I am tendering them to

10:38AM 6  Mr. Herman.

10:38AM 7            MR. HERMAN:  Thank you.

10:38AM 8            MR. COON:  A lot of hard work went into that.

10:38AM 9            But I did want to make sure that we had a record

10:38AM 10 today, Your Honor, of some conditions that were associated with

10:38AM 11 the production of the documents originally.

10:38AM 12            In that case, which was before Judge Criss, I

10:38AM 13 served as the steering committee --

10:38AM 14            THE COURT:  This was the case arising out of some

10:38AM 15 explosion at a BP refinery in Texas a few years ago?

10:38AM 16            MR. COON:  Yes, sir.  This was the infamous Texas City

10:38AM 17 explosion.  15 people were killed.  Hundreds injured.  Resulted

10:38AM 18 in many of the same type of investigations we see here.  I worked

10:38AM 19 closely with the Department of Justice, Chemical Safety Hazard

10:38AM 20 Investigation Board, Attorney General and others as the liaison

10:39AM 21 for all of the discovery in that case.  About seven million

10:39AM 22 documents were produced related to BP and their corporate

10:39AM 23 entities.  There were several hundred corporate officers'

10:39AM 24 deposition.  Those were all archived and databased.

10:39AM 25            A condition of the settlement was that the

10:39AM 1   documents could be released to the public so long as we provided

10:39AM 2   BP advanced notice of which ones we were releasing.  Some of them

10:39AM 3   did have some allegedly confidential information that needed to

10:39AM 4   be vetted with them prior to release.

10:39AM 5           I do not know if there are any of them that are

10:39AM 6   still of that category since that litigation has now been closed.

10:39AM 7   So the caveat to the documents that we produced today is that we

10:39AM 8   not release those publicly in this litigation until such time as

10:39AM 9   we've heard from counsel for BP in this case that we have the

10:39AM 10  green light to do so.

10:39AM 11          Again, I don't know what the Court's position will

10:39AM 12  be with respect to the confidentiality of the documents produced

10:39AM 13  in this litigation and how that may be dovetailed into this, but

10:40AM 14  again, this is released, generally speaking, to the public.

10:40AM 15          I would like to comment briefly on one other thing,

10:40AM 16  if I may.  I served as general counsel to the United Steel

10:40AM 17  Workers throughout the south, many industrial facilities,

10:40AM 18  including BP facilities.  And we represent several thousand

10:40AM 19  claimants who were rig workers in this case on the casualty, on

10:40AM 20  the deep water, restaurant owners and others, and I would

10:40AM 21  disagree with comments made as to the success of the GCCF.

10:40AM 22          In representing thousands of claimants who have

10:40AM 23  submitted their claims, it is our position from review of those

10:40AM 24  that it has been a very erratically handled process, even with

10:40AM 25  Mr. Feinberg, and that there are a lot discrepancies in terms of

10:40AM 1   who they pay and how they pay.  I represent shrimp processors and

10:40AM 2   I will see GCCF pay the shrimper but not the processing plant

10:40AM 3   whose losses are much greater than the shrimper.  I'll represent

10:40AM 4   two shrimpers, and they will pay one and not the other.

10:41AM 5           So again, while we understand and appreciate the

10:41AM 6   fact they are distributing some significant monies to the public,

10:41AM 7   the manners in which they are doing it and the erratic nature of

10:41AM 8   how they are doing it are perplexing, to say the least.  We'll

10:41AM 9   have cases that are denied and then the check comes in for them.

10:41AM 10  Those types of exemplars are prevalent, not only with my firm,

10:41AM 11  but the many firms of counsel here today.

10:41AM 12          THE COURT:  Thank you, Mr. Coon.

10:41AM 13          MS. KUCHLER:  Judge.

10:41AM 14          THE COURT:  Yes.

10:41AM 15          MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

10:41AM 16          We're not aware of the discovery mechanism by which

10:41AM 17  these documents are being produced to the plaintiffs, but on

10:41AM 18  behalf of my clients and, I suspect, the other defendants, if the

10:41AM 19  documents are produced to the plaintiffs, we would like the

10:41AM 20  ability to have a copy of them as well.

10:41AM 21          THE COURT:  Yes.  I have no idea what these documents

10:41AM 22  are.

10:41AM 23          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:41AM 24          First I'm hearing of this.

10:41AM 25          THE COURT:  Me too.

10:41AM 1        MR. LANGAN:  It wasn't on the agenda.  Mr. Coon didn't

10:41AM 2   talk to us in advance until about five seconds ago, so I would

10:42AM 3   say this:  There is a confidentiality order in this case that's

10:42AM 4   negotiated, was entered by Your Honor.  I'm assuming that the

10:42AM 5   parties are going to abide by that.  If there is a

10:42AM 6   confidentiality order that applies to these documents from a

10:42AM 7   Texas court, I'm assuming that the parties are going to abide by

10:42AM 8   that.  And I don't know what else to say given --

10:42AM 9        THE COURT:  Well, that was going to be my comment, to

10:42AM 10  the extent I intended to make one, was that in the first

10:42AM 11  instance, if these documents which Mr. Coon represents arise out

10:42AM 12  of this earlier case and it was subject to some sort of

10:42AM 13  confidentiality or protective order or whatever -- I don't know;

10:42AM 14  I have no idea -- and if that order is still in effect, then

10:42AM 15  obviously everybody has to comply with that order.

10:42AM 16       MR. LANGAN:  And I don't know what just happened here in

10:42AM 17  terms of one lawyer handing, that doesn't look like discovery to

10:42AM 18  me.

10:42AM 19       THE COURT:  It's called a *handoff.*

10:42AM 20       MR. LANGAN:  Anyway, so we're not agreeing that this is

10:42AM 21  an appropriate procedure.

10:42AM 22       THE COURT:  Okay.

10:42AM 23       MR. HERMAN:  Steve Herman for the plaintiffs.

10:43AM 24       We will maintain confidentiality over these

10:43AM 25  documents and endeavor to communicate further with Mr. Coon and

10:43AM 1  BP's counsel and defense counsel until we figure out the proper

10:43AM 2  way to either review or not review, or produce or not produce the

10:43AM 3  documents.  Thank you.

10:43AM 4          THE COURT:  All right.  Very well.  Thank you.

10:43AM 5              Okay.  Does anybody else need to say anything else

10:43AM 6  about anything?

10:43AM 7              The next status conference is Friday, January 28,

10:43AM 8  2011, at 9:30 a.m. central standard time.

10:43AM 9              Meanwhile, everyone have a great holiday, and we'll

10:43AM 10 see you next month, if not earlier.

11          (WHEREUPON, at 10:43 a.m., the proceedings were

12  concluded.)

13                      *    *    *

14

15                  REPORTER'S CERTIFICATE

16

17     I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Registered Professional Reporter, Certified Court
    Reporter of the State of Louisiana, Official Court Reporter for
18  the United States District Court, Eastern District of Louisiana,
    do hereby certify that the foregoing is a true and correct
19  transcript, to the best of my ability and understanding, from the
    record of the proceedings in the above-entitled and numbered
20  matter.

21

                              *s/Cathy Pepper*
22                            Cathy Pepper, CRR, RMR, CCR
                              Official Court Reporter
23                            United States District Court

10:43AM
24

25

## #

**#10-MD-2179** [1] - 1:6

## 1

**1** [1] - 14:6
**1,860** [1] - 22:23
**1-800** [1] - 11:17
**10** [2] - 24:22, 36:17
**100** [1] - 2:10
**1000** [2] - 1:24, 6:13
**10003** [1] - 2:23
**10:43** [1] - 59:11
**11** [2] - 24:16, 38:20
**11/24** [2] - 42:8, 42:22
**1100** [3] - 3:17, 4:5, 5:10
**12** [1] - 26:9
**1200-foot** [2] - 51:25, 53:2
**1201** [1] - 5:23
**1221** [1] - 5:18
**123** [1] - 45:13
**13** [2] - 18:3, 26:18
**1300** [1] - 6:6
**13th** [1] - 37:20
**14** [1] - 9:7
**14th** [3] - 16:5, 18:4, 19:12
**15** [3] - 9:8, 24:22, 55:17
**15th** [2] - 15:12, 51:14
**16** [2] - 9:9, 30:17
**1601** [1] - 2:13
**1615** [1] - 6:6
**16th** [3] - 29:19, 38:22
**17** [7] - 1:7, 9:10, 9:12, 9:15, 11:3, 18:6, 21:12
**1700** [1] - 5:23
**18** [2] - 9:7, 14:8
**188** [1] - 2:16
**18th** [2] - 17:17, 24:21
**19** [2] - 9:14, 14:11
**19.............** [1] - 9:7
**1997** [1] - 45:13
**1998** [1] - 36:15
**19th** [2] - 51:7, 51:20
**1st** [1] - 14:10

## 2

**2** [3] - 15:10, 45:1, 45:9
**20** [1] - 1:5
**20005** [1] - 5:4

**20006** [1] - 6:10
**2001** [1] - 36:17
**2003** [1] - 36:16
**20044** [1] - 6:23
**2005** [4] - 39:3, 42:6, 42:14, 55:3
**2007** [3] - 6:5, 37:20, 38:20
**2008** [1] - 36:16
**2009** [1] - 38:22
**2010** [9] - 1:5, 1:7, 11:3, 36:12, 37:25, 38:1, 38:4, 38:22, 49:13
**2011** [3] - 10:5, 18:6, 59:8
**2012** [1] - 18:7
**2020** [1] - 6:9
**20th** [1] - 38:1
**21** [3] - 9:15, 9:18, 38:4
**2179** [2] - 12:2, 17:6
**2185** [3] - 17:5, 19:8, 19:23
**2185.........................
.................** [1] - 9:14
**21st** [2] - 36:12, 38:1
**22** [2] - 9:19, 9:20
**22,533** [1] - 22:25
**22nd** [1] - 22:8
**23** [1] - 2:10
**23510** [1] - 1:25
**24** [2] - 9:21, 23:1
**25,000** [1] - 23:1
**26** [2] - 9:22, 9:24
**2615** [1] - 3:13
**275** [1] - 2:7
**27th** [1] - 16:15
**28** [3] - 9:25, 10:5, 59:7
**2800** [1] - 4:5
**28TH** [1] - 3:20
**2929** [1] - 7:13
**29th** [1] - 39:3
**29TH** [1] - 2:7

## 3

**3** [1] - 16:1
**30** [2] - 17:21, 17:22
**30(b)(6** [1] - 25:6
**300** [1] - 4:24
**3102** [1] - 3:17
**316** [1] - 2:4
**32502** [1] - 2:5
**327** [1] - 45:13
**329** [1] - 45:13
**33** [1] - 10:1

**338** [1] - 4:11
**36** [1] - 10:2
**36013** [1] - 3:5
**36604** [1] - 2:14
**3668** [1] - 1:17
**36TH** [1] - 5:10
**379** [1] - 16:8
**39201** [1] - 2:17
**3d** [1] - 45:13

## 4

**4** [2] - 17:11, 36:17
**4000** [1] - 6:13
**4160** [1] - 3:4
**42ND** [1] - 7:13
**450** [1] - 6:17
**4500** [1] - 5:18
**46** [1] - 43:24
**465,912** [1] - 22:3

## 5

**5** [3] - 16:11, 17:25, 49:13
**50** [1] - 10:4
**500** [2] - 7:6, 8:3
**5000** [1] - 4:21
**501** [1] - 3:7
**504** [1] - 8:4
**519** [1] - 2:19
**5395** [1] - 6:18
**546** [1] - 5:15
**556** [1] - 1:17
**589-7779** [1] - 8:4
**59** [1] - 10:5
**5th** [1] - 45:13

## 6

**6** [2] - 16:11, 18:7
**600** [2] - 2:4, 3:23
**601** [1] - 3:14
**60654** [1] - 4:25
**610** [1] - 4:8
**618** [1] - 3:10
**6301** [2] - 41:20, 43:24
**655** [1] - 5:4

## 7

**7** [3] - 21:11, 22:15, 36:17
**700** [1] - 2:22
**70037** [1] - 2:11
**701** [2] - 4:21, 7:10
**70112** [2] - 3:21, 6:7

**70113** [2] - 1:21, 4:8
**70130** [7] - 3:14, 3:24, 4:11, 5:15, 7:7, 7:10, 8:4
**70139** [1] - 4:22
**70163** [2] - 4:5, 5:11
**70502** [1] - 1:18
**70601** [1] - 3:8
**70726** [1] - 2:20
**70801** [1] - 3:11
**75219** [1] - 3:17
**75270** [1] - 5:24
**7611** [1] - 6:22
**77002** [1] - 5:19
**77010** [1] - 5:19
**77019** [1] - 7:14
**777** [1] - 2:16
**79** [3] - 51:19, 51:21, 51:22
**7TH** [1] - 6:18

## 8

**8** [2] - 21:23, 22:21
**820** [1] - 1:21
**8397** [1] - 2:10
**8th** [1] - 22:23

## 9

**909** [1] - 3:20
**94102** [1] - 6:18
**94111** [1] - 2:8
**999** [1] - 1:24
**9:30** [3] - 1:7, 10:6, 59:8
**9th** [1] - 51:12
**9TH** [1] - 3:23

## A

**A.M** [2] - 1:7, 10:6
**a.m** [2] - 59:8, 59:11
**Abdon** [1] - 35:8
**abide** [2] - 58:5, 58:7
**ability** [2] - 57:20, 59:19
**able** [7] - 18:17, 19:1, 23:5, 28:2, 42:12, 49:6, 49:7
**aboard** [5] - 46:12, 46:13, 49:15, 49:21, 50:2
**above-entitled** [1] - 59:19
**ABRAMSON** [1] - 3:12
**absolutely** [1] - 50:20
**academy** [1] - 27:10

**accept** [1] - 49:2
**acceptable** [1] - 29:24
**access** [2] - 19:19, 23:17
**accident** [2] - 44:4, 45:22
**accommodate** [1] - 28:1
**accordance** [1] - 29:4
**accuracies** [1] - 25:24
**act** [1] - 44:4
**Act** [2] - 33:16, 35:12
**action** [1] - 44:2
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**acts** [1] - 34:17
**add** [2] - 41:12, 41:13
**addition** [6] - 15:1, 19:11, 36:22, 39:8, 40:3, 45:18
**additional** [2] - 14:8, 22:25
**additives** [1] - 29:18
**address** [4] - 18:21, 39:17, 48:11, 48:18
**addressed** [3] - 49:22, 51:3, 53:25
**addressing** [1] - 17:16
**administrative** [6] - 30:16, 36:2, 44:18, 44:20, 44:21, 50:9
**ADMINISTRATIVE** [1] - 10:2
**advance** [2] - 21:18, 58:2
**advanced** [1] - 56:2
**advise** [1] - 27:15
**advised** [1] - 20:10
**affecting** [1] - 40:17
**afternoon** [2] - 19:13, 20:12
**agency** [2] - 44:22, 47:7
**agency's** [3] - 45:2, 45:4, 45:10
**AGENDA** [1] - 9:5
**agenda** [5] - 12:3, 22:16, 30:21, 35:20, 58:1
**agents** [1] - 27:11
**ago** [4] - 15:12, 51:14, 55:15, 58:2
**agree** [4] - 35:9, 44:12, 45:14
**agreed** [9] - 14:8, 14:20, 14:23, 15:5, 29:1, 51:9, 52:11, 52:12, 52:17
**agreed-upon** [1] - 14:20

**agreeing** [1] - 58:20
**agreement** [3] - 20:17, 52:20, 54:12
**ahead** [2] - 20:23, 39:19
**AL** [2] - 2:14, 3:5
**ALAN** [2] - 5:22, 7:23
**Alan** [1] - 13:15
**ALEXANDER** [2] - 7:23, 13:12
**Alexander** [1] - 13:13
**ALL** [1] - 1:9
**ALLAN** [1] - 7:9
**allegation** [1] - 31:9
**allegations** [2] - 17:16, 34:17
**alleged** [1] - 46:2
**allegedly** [1] - 56:3
**alleges** [1] - 30:24
**ALLEN** [2] - 3:3, 7:13
**allow** [1] - 21:12
**ALLOW** [1] - 9:16
**allowed** [1] - 48:24
**allowing** [1] - 29:3
**alluded** [1] - 31:25
**ALPHONSO** [1] - 2:16
**ALSO** [1] - 7:16
**amended** [1] - 46:17
**amendment** [3] - 21:12, 21:20, 44:7
**AMENDMENT** [1] - 9:15
**amendments** [1] - 40:6
**AMERICA** [8] - 4:13, 4:14, 4:15, 4:16, 4:18, 4:19, 6:21, 7:4
**AMERICAN** [1] - 3:13
**ANADARKO** [2] - 6:3, 6:4
**Anadarko** [2] - 14:3, 14:4, 57:15
**AND** [7] - 5:8, 6:5, 9:7, 9:9, 9:10, 9:15, 9:21
**Andrew** [7] - 13:24, 16:4, 17:13, 18:2, 19:10, 22:22, 50:25
**ANDREW** [1] - 4:24
**ANDRY** [2] - 4:7, 4:7
**Andy** [2] - 34:14, 57:23
**Angelina** [1] - 27:10
**announced** [1] - 22:8
**annual** [4] - 36:24, 37:22, 37:23, 38:5
**answer** [2] - 27:1, 40:18
**anyway** [1] - 58:20
**apologize** [2] - 15:3,

35:19
**appeal** [1] - 44:7
**APPEARANCES** [8] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**appearing** [1] - 36:5
**applicable** [1] - 46:16
**applies** [1] - 58:6
**appoint** [1] - 20:19
**appointed** [3] - 20:2, 20:4, 20:20
**appreciate** [4] - 12:1, 18:20, 28:3, 57:5
**approach** [1] - 11:20
**approached** [1] - 27:10
**appropriate** [4] - 18:23, 44:1, 44:5, 58:21
**APRIL** [1] - 1:5
**April** [3] - 37:20, 38:1, 38:4
**archived** [1] - 55:24
**argue** [1] - 41:7
**argued** [2] - 39:16, 48:25
**argues** [1] - 49:6
**arguing** [1] - 34:22, 48:23, 49:5
**argument** [5] - 16:14, 16:16, 45:8, 45:9, 50:16
**arguments** [1] - 45:6
**arise** [1] - 58:11
**arising** [1] - 55:14
**arm's** [1] - 23:18
**arrival** [1] - 17:15
**arrive** [2] - 53:11, 53:12
**ashore** [1] - 53:4
**assist** [1] - 15:22
**ASSISTANT** [1] - 7:5
**associated** [1] - 55:10
**assume** [1] - 27:23
**assuming** [4] - 22:1, 33:14, 58:4, 58:7
**assured** [1] - 29:20
**asterisks** [1] - 52:24
**AT** [1] - 10:5
**attached** [1] - 48:14
**attempt** [2] - 18:25, 19:1
**attention** [2] - 27:25, 28:1
**Attorney** [1] - 55:20
**ATTORNEY** [2] - 7:4, 7:5
**Attorney's** [1] - 36:5
**ATTORNEYS** [2] -

6:20, 7:3
**audit** [16] - 36:15, 36:19, 37:22, 37:23, 37:24, 38:5, 38:13, 38:16, 38:21, 38:22, 39:1, 39:5, 39:7, 48:21, 49:19
**auditing** [1] - 47:19
**audits** [19] - 36:14, 36:16, 36:17, 36:18, 38:14, 42:4, 42:6, 42:13, 42:14, 42:24, 43:1, 43:2, 43:9, 45:16, 45:17, 45:20, 47:18, 48:2
**auspices** [2] - 29:6, 29:14
**authorities** [1] - 44:5
**authority** [6] - 41:17, 43:23, 44:14, 44:15, 44:23, 45:4
**authorizations** [2] - 23:6, 23:24
**authorized** [1] - 24:2
**available** [4] - 15:21, 51:9, 51:15, 53:5
**AVENUE** [4] - 1:21, 2:19, 3:17, 6:17
**avoid** [1] - 19:21
**awaiting** [1] - 53:19
**award** [1] - 27:10
**aware** [4] - 17:1, 20:16, 23:22, 57:16

## B

**B-210** [1] - 7:6
**B4** [2] - 37:14, 37:21
**B406** [1] - 8:3
**BARBIER** [1] - 1:12
**BARON** [1] - 3:16
**BARONNE** [1] - 4:8
**Barr** [1] - 12:20
**BARR** [2] - 2:4, 12:20
**BARRIOS** [1] - 7:20
**Barrow** [1] - 13:20
**BARROW** [2] - 7:13, 13:20
**basis** [2] - 16:17, 31:21
**BATON** [1] - 3:11
**BATTERY** [1] - 2:7
**battle** [1] - 48:1
**BAYLEN** [1] - 2:4
**BEASLEY** [1] - 3:3
**BECK** [4] - 5:17, 5:17, 13:21, 15:6
**Beck** [2] - 13:21, 15:7
**become** [1] - 33:9

**BEFORE** [1] - 1:12
**begin** [1] - 24:21
**behalf** [3] - 36:5, 54:24, 57:18
**behind** [2] - 48:21, 49:4
**BELLE** [1] - 2:11
**belong** [2] - 31:17, 35:10
**belongs** [1] - 31:14, 34:18
**BENJAMIN** [1] - 4:3
**BERNSTEIN** [1] - 2:6
**BERTAUT** [2] - 5:14, 13:14
**Bertaut** [1] - 13:14
**best** [4] - 23:17, 24:2, 24:14, 59:19
**better** [1] - 11:24
**between** [5] - 21:13, 37:4, 38:16, 38:22, 39:14
**BETWEEN** [1] - 9:16
**Bickford** [4] - 32:24, 33:2, 34:21, 35:9
**BICKFORD** [7] - 4:10, 4:10, 32:25, 33:14, 33:25, 34:3, 35:4
**billion** [1] - 22:5
**BINGHAM** [1] - 6:8
**bit** [2] - 23:10, 37:15
**Board** [10] - 28:16, 29:9, 29:15, 36:6, 39:20, 41:17, 46:20, 49:13, 50:4, 55:20
**board** [2] - 40:17, 48:24
**BOCKIUS** [1] - 6:12
**BOGGS** [1] - 7:6
**books** [3] - 54:4, 54:6, 54:7
**BOP** [4] - 9:24, 26:18, 27:6, 28:5
**BOUNDS** [1] - 2:12
**BOX** [3] - 1:17, 3:4, 6:22
**BP** [28] - 4:13, 4:14, 4:14, 4:15, 4:16, 4:17, 4:18, 13:24, 13:25, 14:1, 16:4, 19:10, 19:21, 21:25, 22:19, 23:7, 25:3, 31:1, 31:5, 32:14, 34:22, 55:3, 55:15, 55:22, 56:2, 56:9, 56:18, 57:23
**BP's** [2] - 19:19, 59:1
**BP/OPA** [2] - 9:19, 22:15
**Brad** [1] - 27:11

**BRANCH** [1] - 6:16
**Bray** [2] - 42:13, 42:19
**BRAY** [1] - 42:19
**BREIT** [5] - 1:23, 1:23, 13:2, 54:4, 54:8
**Breit** [3] - 13:2, 53:25, 54:10
**Brent** [1] - 54:23
**BRENT** [1] - 7:18
**Brian** [1] - 12:20
**BRIAN** [1] - 2:4
**brief** [8] - 20:11, 37:15, 37:16, 39:18, 41:13, 46:6, 46:10, 51:6
**briefed** [1] - 16:12
**briefly** [4] - 22:2, 30:16, 30:17, 56:15
**briefs** [1] - 16:13
**bring** [1] - 27:25
**BROAD** [1] - 3:7
**broad** [4] - 39:22, 39:25, 43:23, 44:13
**broader** [1] - 44:11
**BROADWAY** [1] - 2:22
**brought** [2] - 16:20, 55:3
**brushing** [1] - 39:25
**BUDD** [1] - 3:16
**building** [1] - 54:9
**BUILDING** [1] - 7:6
**bumps** [1] - 27:16
**burden** [1] - 50:13
**burdensome** [2] - 45:5, 45:7, 50:17
**Burke** [1] - 13:7
**BURKE** [2] - 7:22, 13:7
**burning** [1] - 38:2
**buy** [1] - 28:10
**buy-in** [1] - 28:10
**BY** [37] - 1:4, 1:16, 1:20, 1:23, 2:4, 2:7, 2:10, 2:13, 2:16, 2:19, 2:22, 3:4, 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 4:4, 4:7, 4:10, 4:19, 4:24, 5:3, 5:9, 5:14, 5:17, 5:21, 6:6, 6:9, 6:12, 6:17, 6:22, 7:9, 7:13, 8:5, 8:6

## C

**CA** [2] - 2:8, 6:18
**Cabraser** [1] - 12:18
**CABRASER** [3] - 2:6, 2:7, 12:17

**CAHILL** [1] - 3:19
**call-in** [1] - 11:17
**Callais** [1] - 35:8
**CALLED** [1] - 11:4
**CALVIN** [1] - 2:19
**Calvin** [1] - 12:15
**CAMERON** [1] - 5:13
**Cameron** [4] - 13:14, 13:21, 13:23, 26:13
**CAMP** [1] - 7:10
**cannot** [1] - 27:23
**CAPITOL** [1] - 2:16
**Captain** [2] - 47:17, 49:14
**captain** [1] - 33:16
**captures** [1] - 16:25
**CARL** [2] - 1:12, 7:22
**Carla** [1] - 13:7
**CARMELITE** [1] - 5:14
**Carmelite** [1] - 13:14
**CARONDELET** [2] - 3:23, 5:15
**carried** [1] - 52:1
**carries** [1] - 35:2
**carrying** [1] - 52:1
**case** [34] - 12:3, 16:8, 16:11, 18:6, 18:7, 18:10, 19:22, 20:24, 30:22, 31:8, 31:21, 33:3, 33:9, 33:18, 34:6, 34:7, 34:16, 35:1, 35:8, 35:10, 35:13, 37:9, 45:17, 55:1, 55:3, 55:4, 55:12, 55:14, 55:21, 56:9, 56:19, 58:3, 58:12
**case-by-case** [1] - 31:21
**cases** [35] - 16:8, 16:11, 16:22, 17:5, 17:12, 17:15, 17:25, 18:5, 18:12, 18:14, 19:6, 19:15, 19:16, 19:19, 19:23, 19:24, 20:2, 20:5, 20:6, 30:18, 30:19, 31:3, 31:15, 31:18, 31:25, 32:13, 32:14, 33:12, 34:6, 35:22, 57:9
**CASES** [2] - 9:10, 9:12
**casing** [1] - 52:4
**casualty** [11] - 25:4, 30:20, 31:5, 33:21, 39:11, 39:23, 43:17, 43:25, 44:8, 44:10, 56:19
**catch** [1] - 20:22
**categories** [2] - 20:2, 52:8

**category** [5] - 32:12, 52:11, 52:12, 52:17, 56:6
**Cathy** [2] - 59:16, 59:22
**CATHY** [1] - 8:3
**caused** [7] - 31:11, 33:23, 34:18, 39:25, 40:1, 41:6, 44:3
**causes** [3] - 39:23, 40:2
**caveat** [1] - 56:7
**CCR** [2] - 8:3, 59:22
**cellular** [1] - 11:10
**cement** [2] - 28:7, 28:13
**CEMENT** [1] - 9:25
**CENTER** [2] - 3:13, 5:18
**central** [1] - 59:8
**CENTRAL** [1] - 10:6
**CENTRE** [2] - 4:4, 5:10
**certainly** [3] - 27:15, 34:5, 40:22
**certificate** [11] - 36:25, 37:3, 37:8, 38:11, 38:13, 38:19, 39:1, 42:4, 47:13, 49:2, 49:19
**CERTIFICATE** [1] - 59:15
**certificates** [5] - 37:24, 39:5, 39:6, 39:9, 48:21
**Certified** [2] - 59:16, 59:17
**certify** [1] - 59:18
**challenge** [1] - 23:10
**chambers** [1] - 54:3
**CHAMBERS** [1] - 7:12
**chance** [3] - 15:12, 26:15, 49:8
**change** [2] - 26:16, 37:10
**changed** [2] - 40:24
**changes** [4] - 27:15, 37:8, 49:23
**charge** [1] - 43:22
**CHARLES** [1] - 3:8
**charter** [1] - 32:14
**CHASSE** [1] - 2:11
**check** [1] - 57:9
**Chemical** [1] - 55:19
**chemical** [1] - 33:22
**chemicals** [2] - 30:25, 31:10
**CHICAGO** [1] - 4:25
**choose** [1] - 28:23
**Christmas** [1] - 54:15

**CHRISTY** [4] - 7:18, 35:7, 35:16, 35:25
**Christy** [1] - 35:7
**Cir** [1] - 45:13
**cited** [1] - 49:17
**CITY** [1] - 2:23
**City** [2] - 55:3, 55:16
**CIVIL** [2] - 1:6, 6:16
**claim** [2] - 31:6, 33:16
**claimants** [6] - 22:3, 22:6, 22:9, 23:8, 56:19, 56:22
**CLAIMS** [1] - 9:18
**claims** [7] - 21:24, 22:2, 22:4, 23:7, 23:8, 34:2, 56:23
**cleanup** [1] - 30:23
**clear** [1] - 43:7
**clearly** [2] - 34:18, 41:20
**CLERK** [1] - 11:7
**client** [3] - 28:21, 28:22, 30:4
**clients** [1] - 57:18
**close** [1] - 11:25
**closed** [1] - 44:6
**closely** [3] - 39:24, 40:1, 55:19
**COAST** [1] - 9:18
**Coast** [12] - 21:23, 22:2, 40:8, 40:9, 44:2, 46:4, 46:20, 46:23, 47:9, 47:14, 48:23, 49:1
**code** [13] - 36:25, 37:8, 38:11, 38:19, 39:9, 40:13, 41:1, 45:18, 45:25, 46:11, 46:16, 49:2, 49:19
**codes** [1] - 41:15
**coming** [2] - 26:16, 35:11, 53:4
**commence** [1] - 18:14
**commencing** [1] - 18:15
**comment** [5] - 22:12, 31:22, 42:12, 56:15, 58:9
**commented** [1] - 49:16
**comments** [3] - 19:5, 28:19, 56:21
**Commission** [1] - 28:18
**commitment** [1] - 46:11
**committed** [1] - 42:2, 44:5
**committee** [3] - 12:6, 14:14, 55:13

**committees** [2] - 20:3, 55:1
**communicate** [1] - 58:25
**company** [7] - 40:19, 40:20, 40:21, 40:22, 47:3, 47:11, 47:19
**COMPANY** [3] - 4:14, 6:4
**Company** [1] - 13:13
**complaint** [6] - 15:10, 17:11, 17:16, 33:20, 33:21, 34:20
**COMPLAINT** [2] - 9:8, 9:10
**complaints** [4] - 15:11, 15:16, 15:25, 26:15
**complaints/ responsive** [1] - 26:9
**COMPLAINTS/ RESPONSIVE** [1] - 9:22
**complete** [1] - 27:13
**completely** [1] - 34:11
**compliance** [17] - 36:23, 36:24, 37:6, 37:13, 37:20, 38:4, 38:10, 42:5, 46:12, 46:23, 46:24, 47:11, 47:12, 48:7, 48:8, 48:25, 49:15
**compliances** [1] - 39:7
**complied** [1] - 47:14
**compliment** [1] - 26:24
**comply** [1] - 58:15
**COMPUTER** [1] - 8:6
**concede** [1] - 44:24
**concern** [2] - 18:16, 18:17
**concerns** [3] - 23:23, 46:6, 49:15
**concluded** [1] - 59:12
**condition** [5] - 52:21, 53:1, 55:25
**conditional** [2] - 16:1, 16:7
**CONDITIONAL** [1] - 9:9
**conditions** [2] - 53:12, 55:10
**conducted** [1] - 38:1
**CONFERENCE** [2] - 1:11, 10:5
**conference** [7] - 11:13, 14:7, 22:7, 22:17, 27:25, 30:22, 59:7

**conferences** [1] - 14:12
**confers** [1] - 25:24
**confident** [1] - 20:20
**confidential** [1] - 56:3
**confidentiality** [5] - 56:12, 58:3, 58:6, 58:13, 58:24
**confirm** [1] - 46:22
**confirmed** [1] - 47:14
**confirming** [1] - 54:18
**conflict** [1] - 14:17
**consideration** [1] - 11:19
**consolidated** [1] - 33:12
**consult** [1] - 26:4
**consumed** [1] - 34:4
**consuming** [1] - 23:3
**contact** [3] - 19:1, 21:3, 54:11
**contained** [1] - 36:11
**contaminants** [1] - 33:22
**contemplates** [1] - 46:11
**contention** [1] - 39:14
**contingent** [1] - 53:12
**continue** [2] - 18:25, 22:3
**CONTINUED** [7] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**continuing** [1] - 25:14
**contract** [2] - 31:4, 32:14
**contributed** [1] - 44:3
**convenience** [1] - 25:15
**conversation** [1] - 20:11
**conversations** [2] - 42:1, 42:2
**convinced** [1] - 48:7
**COON** [4] - 7:18, 54:23, 55:8, 55:16
**Coon** [5] - 54:23, 57:12, 58:1, 58:11, 58:25
**cooperated** [1] - 28:14
**cooperating** [1] - 26:6
**cooperatively** [2] - 24:23, 27:17
**coordinate** [3] - 18:18, 19:20, 20:16
**COORDINATION** [1] - 9:16
**coordination** [4] - 19:3, 21:8, 21:13, 21:18

**copy** [1] - 57:20
**corporate** [2] - 55:22, 55:23
**Corporation** [1] - 13:16
**CORPORATION** [4] - 4:15, 5:13, 6:3, 6:4
**correct** [13] - 15:4, 15:6, 17:19, 19:25, 26:14, 29:16, 33:25, 42:16, 43:12, 44:17, 44:25, 52:10, 59:18
**corrected** [1] - 40:5
**COSSICH** [3] - 2:9, 2:10, 12:24
**Cossich** [1] - 12:24
**COTLAR** [1] - 1:19
**counsel** [22] - 12:5, 14:10, 14:13, 14:23, 15:15, 15:18, 16:6, 16:20, 18:24, 20:11, 20:14, 24:3, 24:13, 27:18, 32:10, 54:1, 56:9, 56:16, 57:11, 59:1
**count** [1] - 33:7
**counts** [1] - 33:19
**County** [2] - 18:6, 18:7
**couple** [6] - 24:10, 25:6, 31:3, 36:11, 48:11, 48:18
**course** [2] - 12:2, 31:14
**COURT** [117] - 1:1, 8:3, 11:4, 11:8, 12:10, 12:19, 14:6, 14:24, 15:1, 15:4, 15:8, 16:17, 17:1, 17:7, 17:11, 17:22, 17:24, 18:8, 18:16, 18:24, 19:5, 19:23, 20:1, 20:7, 20:10, 21:2, 21:6, 21:11, 21:22, 22:12, 22:14, 22:21, 23:12, 23:19, 24:6, 24:15, 24:25, 25:8, 25:18, 26:8, 26:17, 26:22, 26:25, 27:21, 28:4, 28:8, 29:6, 29:10, 29:25, 30:6, 30:12, 30:15, 32:10, 32:16, 32:20, 32:24, 33:8, 33:20, 34:1, 34:12, 34:21, 35:3, 35:5, 35:14, 35:18, 36:1, 36:7, 36:9, 38:7, 38:9, 39:12, 39:19, 40:19, 41:10, 41:23, 42:17, 43:6, 43:11, 43:13,

43:21, 43:23, 44:17, 45:1, 45:9, 45:19, 47:25, 48:4, 48:9, 48:16, 48:20, 50:6, 50:8, 50:12, 50:20, 50:23, 51:4, 51:21, 51:23, 52:8, 52:11, 52:22, 53:6, 53:16, 53:21, 53:23, 54:2, 54:6, 54:21, 55:14, 57:12, 57:14, 57:21, 57:25, 58:9, 58:19, 58:22, 59:4
**court** [1] - 14:7, 18:1, 30:21, 31:15, 31:17, 53:10, 58:7
**Court** [21] - 14:9, 16:5, 16:22, 17:15, 27:15, 29:2, 33:2, 33:5, 33:6, 33:15, 35:13, 41:14, 41:16, 44:19, 47:1, 59:17, 59:17, 59:18, 59:22, 59:23
**Court's** [3] - 41:18, 51:19, 56:11
**COURT......................**
**...........................** [1] - 9:13
**courtroom** [2] - 27:18, 54:3
**courts** [3] - 18:9, 18:13, 32:1
**covered** [1] - 28:6
**creation** [1] - 40:5
**criminal** [1] - 44:4
**Criss** [1] - 55:12
**cross** [1] - 18:22
**CROW** [1] - 3:3
**CRR** [2] - 8:3, 59:22
**CTO** [2] - 16:11
**CUNNINGHAM** [3] - 2:12, 2:13, 13:5
**Cunningham** [1] - 13:5
**current** [1] - 42:6
**CURRENTLY** [1] - 9:12
**custody** [1] - 29:11

**D**

**D.C** [1] - 6:23
**DALLAS** [2] - 3:17, 5:24
**damage** [2] - 51:18, 51:20
**damaged** [3] - 52:3, 53:3, 54:13
**Dan** [1] - 13:18

**DAN** [1] - 7:25
**database** [2] - 23:5, 23:15
**databased** [1] - 55:24
**date** [5] - 14:16, 15:18, 17:21, 18:9, 22:4
**dated** [3] - 38:3, 38:20, 39:2
**dates** [2] - 14:14, 18:5
**DAUPHIN** [1] - 2:13
**DAVID** [2] - 4:3, 5:17
**David** [2] - 13:21, 15:7
**DAWN** [1] - 7:20
**days** [7] - 14:18, 15:12, 17:21, 17:22, 24:22, 51:14
**DC** [2] - 5:4, 6:10
**deadline** [6] - 24:1, 30:1, 30:5, 30:7
**DEADLINES** - 9:10
**deadlines** [2] - 17:11, 26:10
**DEADLINES..............**
**..........................**
[1] - 9:23
**deal** [1] - 21:1
**dealing** [2] - 14:9, 15:9
**Deb** [2] - 14:4, 57:15
**DEBORAH** [1] - 6:6
**December** [7] - 14:10, 16:5, 18:4, 19:12, 22:23, 51:12, 51:14
**DECEMBER** [2] - 1:7, 11:3
**decide** [2] - 31:19, 32:3
**decides** [1] - 29:22
**decisions** [1] - 32:6
**DECONSOLIDATE....**
**deep** [2] - 37:13, 56:20
**DEEP** [1] - 49:18
**DEEPWATER** [13] - 1:4, 5:7, 5:8, 12:3, 16:15, 30:20, 37:9, 37:11, 38:2, 38:20, 39:2, 39:5, 42:3
**defendant** [3] - 13:13, 13:15, 35:8
**defendants** [3] - 23:24, 24:19, 57:18
**defense** [9] - 14:23, 15:4, 24:3, 24:7, 24:13, 54:1, 54:11, 59:1
**definition** [1] - 47:6
**DEGRAVELLES** [1] - 3:9
**delivering** [1] - 30:9

**DENHAM** [1] - 2:20
**denied** [1] - 57:9
**Dennis** [1] - 13:20
**DENNIS** [1] - 7:13
**DEPARTMENT** [3] - 6:16, 6:21
**Department** [2] - 13:1, 55:19
**deposed** [1] - 18:19
**DEPOSITION** [2] - 9:15, 9:21
**deposition** [6] - 21:12, 24:16, 24:21, 25:6, 25:14, 55:24
**depositions** [12] - 18:23, 19:21, 21:13, 24:22, 25:1, 25:2, 25:5, 25:10, 25:12, 25:16, 26:3, 26:5
**DEPOSITIONS** [1] - 9:16
**depository** [1] - 19:20
**depth** [1] - 15:13
**DEPUTY** [1] - 11:7
**derivative** [2] - 19:24, 20:5
**designated** [1] - 46:3
**destructive** [2] - 29:3, 29:4
**determine** [5] - 39:24, 40:1, 40:4, 40:25, 48:24
**determining** [1] - 41:6
**devices** [2] - 11:11
**diameter** [1] - 51:25
**different** [5] - 30:18, 31:14, 33:9, 34:24, 38:12
**difficult** [1] - 37:15
**digest** [1] - 26:15
**direct** [3] - 14:21, 15:9, 33:11
**disagree** [1] - 56:21
**DISCOVERER** [1] - 49:18
**discovery** [21] - 14:9, 18:10, 18:14, 18:18, 19:18, 19:21, 20:16, 21:9, 23:9, 24:9, 24:16, 24:19, 24:21, 25:22, 26:1, 34:8, 55:1, 55:21, 57:16, 58:17
**DISCOVERY..............**
**.........** [1] - 9:21
**discrepancies** [1] - 56:25
**discretion** [1] - 32:4
**discussion** [3] - 21:17, 21:21, 23:18

**discussions** [3] - 15:14, 23:16, 26:11
**dispersants** [1] - 34:18
**dispersed** [1] - 30:25
**dispute** [2] - 43:14
**distributing** [1] - 57:6
**district** [2] - 32:1, 32:2
**DISTRICT** [4] - 1:1, 1:1, 1:12, 7:5
**District** [2] - 59:18, 59:23
**diverted** [1] - 41:14
**DIVISION** [1] - 6:16
**DNV** [3] - 47:18, 47:20, 47:21
**dock** [1] - 31:6
**docket** [1] - 35:16
**document** [15] - 19:19, 36:23, 36:24, 37:6, 37:7, 37:13, 37:19, 38:3, 38:4, 38:10, 38:12, 42:5, 47:11, 47:12, 49:10
**DOCUMENT** [1] - 1:8
**documents** [39] - 37:24, 38:24, 39:6, 41:20, 42:3, 42:4, 42:9, 42:25, 43:2, 43:4, 43:8, 43:15, 43:19, 44:10, 44:16, 45:4, 46:1, 46:8, 47:23, 48:4, 48:14, 48:20, 49:5, 50:15, 55:2, 55:4, 55:11, 55:22, 56:1, 56:7, 56:12, 57:17, 57:19, 57:21, 58:6, 58:11, 58:25, 59:3
**dollars** [1] - 22:5
**DOMENGEAUX** [1] - 1:16
**DOMINION** [1] - 1:24
**DON** [1] - 4:19
**Don** [4] - 13:25, 14:5, 21:25, 29:17
**DONALD** [1] - 5:21
**done** [11] - 11:10, 14:13, 20:15, 26:7, 29:3, 29:14, 38:14, 38:23, 40:10, 42:6, 46:25
**DOV** [1] - 47:21
**dovetailed** [1] - 56:13
**down** [3] - 12:4, 20:24, 26:20
**downloaded** [1] - 23:4
**downplay** [1] - 41:4
**drafting** [1] - 37:15
**drawing** [1] - 32:6

**DRESCHER** [1] - 1:23
**DRIL** [1] - 7:12
**Dril** [1] - 13:20
**DRIL-QUIP** [1] - 7:12
**Dril-Quip** [1] - 13:20
**drilling** [1] - 37:14
**DRILLING** [1] - 5:8
**DRIVE** [1] - 1:24
**due** [1] - 38:22
**duplicate** [1] - 19:21
**during** [3] - 11:12, 37:3, 49:13

# E

**E&P** [1] - 6:4
**e-mail** [2] - 24:3, 53:9
**early** [2] - 25:7, 27:14
**EAST** [1] - 2:16
**EASTERN** [2] - 1:1, 7:5
**Eastern** [1] - 59:18
**edges** [1] - 32:8
**EDWARDS** [1] - 1:16
**effect** [1] - 58:14
**effort** [1] - 41:16
**eight** [1] - 25:5
**either** [8] - 15:19, 15:21, 25:13, 26:25, 28:22, 29:22, 30:1, 59:2
**electronic** [1] - 11:11
**ELIZABETH** [1] - 2:7
**Elizabeth** [1] - 12:18
**ELLIS** [2] - 4:23, 5:13
**Ellison** [5] - 19:9, 19:13, 20:2, 20:11, 21:3
**ELM** [1] - 5:23
**employee** [1] - 44:3
**employer** [2] - 31:2, 33:18
**enable** [1] - 23:9
**encounter** [1] - 27:22
**end** [1] - 27:14
**endeavor** [1] - 58:25
**ENERGY** [3] - 4:4, 5:10, 5:21
**enforce** [1] - 50:9
**enforceable** [1] - 44:21
**enforcement** [1] - 36:2
**ENFORCEMENT** [2] - 6:21, 10:2
**enforcing** [2] - 44:19
**ensure** [1] - 48:7
**entered** [1] - 58:4
**entire** [2] - 50:19, 51:8
**entities** [1] - 55:23

**entitled** [2] - 43:15, 59:19
**ENVIRONMENTAL** [1] - 6:21
**EPA** [3] - 29:6, 29:11, 29:12
**equipment** [5] - 51:7, 51:14, 51:18, 52:25, 53:4
**ERISA** [1] - 19:24
**erratic** [1] - 57:7
**erratically** [1] - 56:24
**escapes** [1] - 51:24
**ESI** [1] - 25:25
**Espy** [1] - 13:4
**ESPY** [2] - 2:16, 13:4
**ESQUIRE** [50] - 1:16, 1:20, 1:20, 1:23, 2:4, 2:7, 2:10, 2:13, 2:16, 2:19, 2:22, 3:4, 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 4:4, 4:7, 4:10, 4:19, 4:20, 4:24, 5:3, 5:9, 5:14, 5:14, 5:17, 5:21, 5:22, 5:22, 6:6, 6:9, 6:12, 6:17, 6:22, 7:9, 7:13, 7:18, 7:18, 7:19, 7:20, 7:20, 7:21, 7:22, 7:23, 7:23, 7:24, 7:25
**establish** [1] - 24:20
**Eve** [1] - 54:15
**eventually** [1] - 23:5
**evidence** [13] - 29:5, 29:13, 44:4, 45:17, 45:21, 45:23, 46:19, 50:9, 51:2, 52:9, 54:12, 54:14
**exactly** [6] - 34:15, 37:17, 38:8, 48:22, 52:16
**Excel** [1] - 22:25
**except** [3] - 33:18, 33:20
**exemplars** [1] - 57:10
**Exhibit** [2] - 49:12, 51:19
**existing** [5] - 40:6, 44:7, 46:14, 46:15, 49:23
**expansive** [1] - 32:8
**expect** [7] - 16:12, 16:24, 19:17, 20:5, 22:9, 22:19, 32:18
**expected** [3] - 53:11, 53:13, 53:14
**expecting** [1] - 17:16
**expedite** [1] - 22:9
**expedition** [1] - 47:6

**expert** [1] - 54:13
**experts** [1] - 14:9
**explain** [1] - 45:15
**explaining** [1] - 37:14
**EXPLORATION** [1] - 4:16
**explosion** [3] - 55:3, 55:15, 55:17
**exposure** [3] - 30:24, 31:10, 33:23
**extent** [3] - 18:17, 19:1, 58:10
**external** [4] - 36:14, 36:19, 42:24, 43:2
**extremely** [2] - 37:19, 39:22

# F

**face** [1] - 49:3
**facially** [1] - 49:2
**facilitate** [1] - 19:2
**facilities** [3] - 23:8, 56:17, 56:18
**facility** [3] - 21:24, 22:2, 23:7
**FACILITY.............** [1] - 9:18
**fact** [3] - 29:3, 31:10, 57:6
**facts** [3] - 34:16, 34:25, 35:1
**failure** [2] - 45:24, 46:7
**fairly** [1] - 41:18
**fall** [1] - 41:19
**familiar** [1] - 34:15
**fancy** [1] - 11:21
**far** [4] - 20:2, 22:22, 27:11, 37:18
**Fayard** [1] - 12:15
**FAYARD** [3] - 2:18, 2:19, 12:15
**February** [3] - 18:7, 25:7, 27:14
**FEDERAL** [1] - 7:6
**federal** [3] - 31:15, 31:17, 32:1
**Feinberg** [2] - 23:17, 56:25
**Feinberg's** [1] - 23:13
**fell** [1] - 31:11
**felt** [1] - 20:19
**few** [2] - 11:13, 55:15
**FIFTEENTH** [1] - 5:4
**fighting** [1] - 48:1
**figure** [2] - 37:16, 59:1
**file** [2] - 22:25, 25:9
**filed** [10] - 15:11, 16:5,

16:8, 17:25, 31:15, 31:25, 33:10, 33:11, 33:12, 42:2
**FILED** [1] - 9:12
**filing** [3] - 14:21, 15:9, 24:9
**filings** [1] - 15:11
**FILINGS...............** [1] - 9:8
**final** [1] - 22:8
**fine** [1] - 47:3
**FIRM** [1] - 4:7
**firm** [1] - 57:10
**firms** [1] - 57:11
**first** [11] - 11:9, 29:20, 29:24, 30:5, 30:11, 32:2, 36:13, 36:14, 51:12, 57:24, 58:10
**fishing** [1] - 47:6
**five** [7] - 36:16, 36:23, 37:1, 37:4, 38:15, 53:6, 58:2
**five-day** [1] - 53:6
**five-year** [2] - 36:16, 37:4
**FL** [1] - 2:5
**flag** [1] - 40:10
**flags** [2] - 37:9, 37:10
**fleet** [1] - 46:14
**flesh** [1] - 25:24
**flexible** [1] - 52:1
**FLOOR** [6] - 2:7, 3:20, 3:23, 5:10, 6:18, 7:13
**FLORIDA** [1] - 2:19
**folks** [2] - 11:15, 11:16
**follow** [3] - 22:16, 51:2, 51:6
**follow-up** [3] - 22:16, 51:2, 51:6
**following** [2] - 14:6, 51:15
**foot** [1] - 52:4
**FOR** [14] - 1:15, 4:13, 5:6, 5:13, 5:20, 6:3, 6:12, 6:15, 6:20, 7:3, 7:8, 7:12, 9:10, 10:2
**foregoing** [1] - 59:18
**forensic** [1] - 27:7
**forget** [1] - 25:8
**FORM** [1] - 9:20
**Form** [1] - 22:21
**format** [1] - 23:1
**forms** [1] - 22:25
**forth** [2] - 18:4, 44:1
**forum** [1] - 47:24
**forward** [3] - 22:4, 41:2, 42:17
**forward-looking** [1] - 41:2

**Fourchon** [1] - 54:14
**FRANCIS** [1] - 7:16
**FRANCISCO** [2] - 2:8, 6:18
**frankly** [2] - 35:19, 40:21
**freestanding** [1] - 52:2
**FRIDAY** [3] - 1:7, 10:5, 11:3
**Friday** [1] - 59:7
**friend** [1] - 28:20
**friends** [1] - 26:21
**FRILOT** [1] - 5:9
**FRUGE** [1] - 3:9
**full** [1] - 20:17
**function** [1] - 44:19
**future** [2] - 19:17, 40:5

# G

**GAINSBURGH** [1] - 4:3
**Galveston** [1] - 18:5
**GARNER** [2] - 3:19, 3:20
**Gasaway** [3] - 14:1, 51:1, 51:5
**GASAWAY** [11] - 5:3, 14:1, 51:5, 51:22, 51:25, 52:10, 52:16, 52:23, 53:8, 53:18, 53:22
**gash** [2] - 52:3, 52:4
**GATE** [1] - 6:17
**GCCF** [8] - 22:4, 22:6, 22:7, 22:11, 23:7, 23:16, 56:21, 57:2
**General** [1] - 55:20
**general** [1] - 56:16
**generally** [1] - 56:14
**generated** [2] - 36:20, 49:13
**GERALD** [1] - 4:4
**GISLESON** [1] - 1:20
**given** [3] - 17:15, 27:3, 58:8
**GLENN** [1] - 7:24
**Glenn** [1] - 13:17
**goal** [1] - 18:21
**GODWIN** [5] - 5:21, 5:21, 14:5, 29:16, 30:13
**Godwin** [4] - 14:5, 28:9, 28:14, 29:17
**Godwin's** [2] - 28:21, 30:4
**Goforth** [1] - 13:18
**GOFORTH** [2] - 7:25,

13:18
**GOLDEN** [1] - 6:17
**Goodier** [1] - 13:17
**GOODIER** [2] - 7:24, 13:17
**goods** [1] - 54:13
**govern** [1] - 40:7
**government** [3] - 44:2, 50:13, 51:8
**government's** [1] - 50:8
**governs** [1] - 51:7
**grant** [1] - 50:8
**great** [1] - 59:9
**greater** [1] - 57:3
**green** [1] - 56:10
**GREENWALD** [2] - 2:22, 13:9
**Greenwald** [1] - 13:10
**group** [2] - 20:20, 51:14
**groups** [1] - 19:15
**Guard** [10] - 40:8, 40:9, 44:2, 46:4, 46:20, 46:23, 47:9, 47:14, 48:23, 49:11
**guess** [5] - 17:20, 26:11, 30:19, 32:2, 41:15
**Gulf** [5] - 21:23, 22:2, 39:10, 40:17, 43:10
**GULF** [2] - 1:5, 9:18

# H

**HALE** [1] - 7:6
**half** [2] - 22:5, 46:20
**HALLIBURTON** [1] - 5:20
**Halliburton** [7] - 13:11, 14:5, 28:13, 28:21, 29:17, 29:19, 30:10
**Halliburton's** [1] - 29:21
**hand** [1] - 23:2
**handing** [1] - 58:17
**handled** [1] - 56:24
**handoff** [1] - 58:19
**hands** [1] - 25:4
**happy** [6] - 23:23, 24:4, 27:4, 34:5, 47:18, 54:20
**hard** [2] - 19:20, 55:8
**Harris** [1] - 18:7
**hate** [1] - 54:6
**Haycraft** [3] - 13:15, 21:25, 32:11
**HAYCRAFT** [6] - 4:19,

13:25, 21:25, 24:18, 25:2, 25:12
**Hazard** [1] - 55:19
**heard** [2] - 11:15, 56:9
**HEARD** [1] - 1:12
**hearing** [5] - 19:13, 20:7, 46:4, 49:14, 57:24
**hearings** [1] - 47:17
**Hebert** [1] - 18:6
**HEIMANN** [1] - 2:6
**held** [1] - 28:13
**helpful** [1] - 20:25
**hereby** [1] - 59:18
**HERMAN** [18] - 1:19, 1:20, 12:8, 14:22, 14:25, 15:3, 17:10, 17:18, 21:10, 22:13, 22:18, 23:21, 24:8, 32:23, 53:24, 55:7, 58:23
**Herman** [13] - 12:8, 14:24, 17:8, 17:18, 21:7, 22:18, 23:20, 23:21, 53:23, 53:24, 55:2, 55:6, 58:23
**HIGHWAY** [1] - 2:10
**HILBERT** [1] - 3:19
**hint** [1] - 20:18
**hired** [1] - 47:19
**hit** [1] - 16:6
**holding** [1] - 29:13
**HOLDINGS** [2] - 4:17, 5:6
**Holdings** [1] - 14:2
**holiday** [1] - 59:9
**holidays** [1] - 14:18
**HOLTHAUS** [1] - 3:9
**HONEYCUTT** [1] - 2:18
**Honor** [68] - 12:8, 12:16, 12:17, 12:20, 12:22, 13:9, 13:12, 13:22, 14:22, 15:6, 16:4, 16:9, 17:10, 17:14, 18:2, 18:20, 19:4, 19:10, 21:5, 21:10, 21:16, 21:20, 21:25, 22:3, 22:13, 22:18, 22:22, 23:5, 24:18, 25:20, 26:13, 26:16, 26:21, 27:2, 27:6, 28:3, 28:12, 30:13, 30:14, 31:24, 32:7, 32:23, 32:25, 33:2, 34:14, 35:4, 35:17, 36:4, 36:10, 41:9, 48:12, 50:22, 50:25, 51:3, 51:5, 51:17, 51:22, 52:5,

52:19, 53:4, 53:22, 54:4, 54:11, 54:23, 55:1, 55:10, 57:23, 58:4
**Honor's** [2] - 29:4, 32:4
**HONORABLE** [1] - 1:12
**hope** [1] - 23:5
**hopefully** [2] - 27:13, 27:14
**HORIZON** [14] - 1:4, 12:3, 16:15, 30:20, 37:9, 37:11, 38:2, 38:20, 39:2, 39:5, 42:3, 42:15, 43:5, 47:13
**hose** [2] - 52:1, 53:2
**hours** [1] - 46:5
**Houston** [3] - 19:9, 25:13, 25:16
**HOUSTON** [4] - 5:18, 5:19, 6:13, 7:14
**huddle** [1] - 53:18
**Hugh** [1] - 13:19
**HUGH** [1] - 6:12
**hundred** [1] - 55:23
**hundreds** [1] - 55:17
**Hymel** [3] - 36:8, 41:11, 41:24
**HYMEL** [17] - 7:19, 36:8, 41:24, 43:4, 43:8, 43:12, 43:18, 43:22, 44:12, 44:25, 45:8, 45:14, 45:21, 48:2, 48:6, 50:18

# I

**idea** [5] - 15:18, 20:12, 30:10, 57:21, 58:14
**identical** [1] - 35:1
**identified** [1] - 16:11
**identify** [3] - 12:6, 15:2, 42:17
**IL** [1] - 4:25
**illustrate** [1] - 35:21
**IMC** [1] - 40:25
**immediately** [3] - 52:7, 53:1, 53:14
**impacted** [1] - 40:7
**implicit** [1] - 52:19
**important** [3] - 14:18, 41:6, 41:7
**IMPREVENTO** [1] - 1:23
**IN** [4] - 1:4, 1:5, 9:10, 9:12
**in-court** [2] - 14:7,

30:21
**INC** [9] - 4:13, 4:15, 4:16, 4:17, 4:19, 5:8, 5:9, 5:21, 7:12
**incentive** [1] - 30:8
**inch** [2] - 51:25, 52:4
**include** [2] - 40:6, 40:8
**included** [1] - 25:7
**including** [4] - 16:7, 34:17, 36:15, 56:18
**incorrect** [1] - 49:9
**increase** [1] - 22:3
**indicate** [2] - 20:17, 40:21, 46:13, 46:15
**indications** [2] - 40:21, 49:21
**indirectly** [1] - 30:19
**individual** [5] - 16:20, 34:6, 34:7
**industrial** [1] - 56:17
**infamous** [1] - 55:16
**information** [9] - 23:6, 23:7, 23:17, 45:1, 45:10, 47:8, 47:21, 50:4, 56:3
**initial** [2] - 23:9, 24:21, 25:5, 25:22, 36:15
**injured** [2] - 30:24, 31:12, 55:17
**injury** [4] - 16:20, 16:22, 33:23, 34:18
**inquiry** [1] - 41:18
**inside** [1] - 31:18
**inspected** [2] - 46:21, 47:10
**inspection** [4] - 46:22, 51:10, 51:11, 51:15
**inspections** [2] - 49:1, 51:12
**instance** [2] - 32:2, 58:11
**instead** [2] - 46:10, 52:25
**intend** [2] - 18:21, 19:20
**intended** [2] - 20:19, 36:18, 58:10
**intensive** [2] - 23:3, 23:4
**intent** [1] - 28:25
**interested** [2] - 28:17, 53:16
**interesting** [1] - 48:23
**interim** [5] - 36:17, 37:6, 37:7, 38:16
**intermediate** [4] - 37:3, 38:21, 38:25, 49:19
**internal** [2] - 42:24,

43:1
**INTERNATIONAL** [1] - 5:13
**International** [1] - 13:23
**international** [1] - 40:13
**interpret** [1] - 44:9
**introduce** [2] - 48:13, 51:1
**introduced** [1] - 49:25
**investigated** [1] - 25:4
**investigating** [1] - 43:25
**Investigation** [3] - 42:20, 49:13, 55:20
**investigation** [5] - 43:15, 43:16, 50:15, 52:12, 52:13
**investigations** [1] - 55:18
**Investigations** [1] - 36:6
**investigative** [2] - 25:3, 39:21
**invitations** [1] - 27:4
**involved** [2] - 33:17, 34:16
**IS** [1] - 10:5
**Islands** [3] - 47:10, 47:11, 47:19, 47:22
**ISM** [16] - 36:20, 36:21, 40:12, 45:18, 46:3, 46:11, 46:12, 46:16, 46:22, 47:14, 48:7, 48:8, 48:25, 49:15, 50:1, 50:3
**issue** [17] - 14:19, 15:8, 17:9, 18:13, 19:14, 20:21, 20:22, 25:10, 26:3, 28:5, 31:4, 36:10, 45:25, 46:6, 46:24, 53:25, 54:16
**issued** [14] - 14:7, 14:11, 18:10, 19:16, 22:7, 36:12, 37:8, 37:20, 44:22, 47:2, 47:10, 47:12, 50:14, 51:11
**issues** [10] - 15:15, 15:23, 21:1, 23:22, 25:25, 26:5, 30:18, 31:13, 33:19, 54:12
**issuing** [1] - 30:3
**item** [5] - 14:6, 51:18, 51:19, 51:21, 51:22
**ITEMS** [1] - 9:5
**items** [1] - 54:20
**itself** [2] - 39:23, 41:1

**J**

JACKSON [2] - 2:17, 7:12
JAMES [2] - 1:16, 3:20
JANUARY [1] - 10:5
January [7] - 16:15, 17:17, 24:21, 24:22, 25:1, 25:7, 59:7
JARRETT [1] - 4:20
Jeff [3] - 42:12, 42:13, 42:19
JEFFERSON [1] - 1:17
JEFFREY [1] - 1:23
Jeffrey [2] - 13:2, 54:10
JENNY [1] - 5:22
Jenny [1] - 13:11
Jim [2] - 12:11, 25:20
JIM [1] - 7:4
JIT [6] - 27:17, 28:12, 28:15, 29:8, 29:13, 29:20
job [1] - 26:6
joined [1] - 35:9
Joint [5] - 29:9, 29:14, 36:6, 42:20, 49:13
Jolie [1] - 27:10
JONATHAN [1] - 4:7
JONES [2] - 3:4, 13:8
Jones [3] - 13:8, 33:16, 35:12
JR [4] - 2:10, 2:19, 3:23, 7:13
judge [2] - 42:1, 57:13
JUDGE [2] - 1:12, 7:16
Judge [20] - 12:12, 15:20, 19:9, 19:13, 20:2, 20:11, 21:3, 27:25, 33:4, 43:4, 44:16, 45:14, 46:2, 46:10, 46:19, 47:1, 50:18, 54:8, 55:12
June [1] - 39:3
JUSTICE [3] - 6:16, 6:21
Justice [2] - 12:25, 55:19

**K**

KANNER [2] - 7:9, 7:9
KATZ [1] - 1:19
keeping [1] - 52:25
KEITH [1] - 4:20
KERRY [1] - 5:9
killed [1] - 55:17

kind [6] - 18:8, 18:10, 21:18, 35:21, 49:1, 52:13
kinds [1] - 16:23
KIRBY [2] - 6:9, 14:3
Kirby [1] - 14:3
KIRKLAND [4] - 4:23, 5:3
KLEIN [1] - 3:19
knowledge [1] - 50:3
knows [2] - 23:5, 28:12
KUCHLER [5] - 6:5, 6:6, 14:4, 57:13, 57:15
Kuchler [2] - 14:4, 57:15
KULLMAN [1] - 3:12
Ky [1] - 14:3
KY [1] - 6:9

**L**

L.L.C [2] - 6:12, 13:19
LA [18] - 1:18, 1:21, 2:11, 2:20, 3:8, 3:11, 3:21, 3:24, 4:5, 4:8, 4:11, 4:22, 5:11, 5:15, 6:7, 7:7, 7:10, 8:4
labor [1] - 23:3
LAFAYETTE [2] - 1:18, 4:11
LAKE [1] - 3:8
land [1] - 31:5
LANGAN [31] - 4:24, 13:24, 16:4, 16:19, 17:3, 17:13, 17:20, 17:23, 18:2, 18:12, 18:20, 19:4, 19:10, 19:25, 20:4, 20:9, 20:25, 21:5, 21:16, 22:22, 23:14, 31:24, 32:13, 32:18, 34:14, 34:24, 50:25, 57:23, 58:1, 58:16, 58:20
Langan [12] - 13:24, 16:3, 16:4, 17:13, 18:2, 19:10, 21:15, 22:22, 31:22, 34:14, 50:25, 57:23
LASALLE [1] - 4:24
last [11] - 11:12, 14:7, 18:5, 22:7, 22:16, 24:12, 44:6, 46:4, 49:25, 50:1, 51:6
late [1] - 17:15
latest [1] - 38:5
law [1] - 44:18

LAW [1] - 4:7
lawful [1] - 44:22
LAWN [1] - 3:17
laws [8] - 40:6, 44:6, 44:7, 46:15, 46:16, 49:23
lawyer [2] - 22:24, 58:17
lawyers [1] - 20:20
lead [2] - 20:2, 47:5
leadership [2] - 19:15, 20:4
leads [3] - 40:15, 45:23, 47:8
leased [1] - 31:5
least [11] - 15:13, 25:12, 29:2, 32:18, 37:2, 38:15, 38:16, 41:5, 57:8
LEE [1] - 7:12
LEGER [3] - 3:22, 3:23
length [1] - 23:18
lengthy [1] - 15:14
LETTEN [1] - 7:4
letter [3] - 46:24, 47:2, 54:18
LEVIN [1] - 2:3
LEWIS [3] - 3:12, 4:19, 6:12
LexisNexis [3] - 24:1, 24:9, 24:12
liability [1] - 22:15
LIABILITY [1] - 9:19
liaison [12] - 12:5, 14:14, 14:23, 15:14, 15:18, 16:6, 18:24, 20:10, 24:7, 26:6, 32:10, 55:20
library [1] - 54:5
LIEFF [1] - 2:6
LIFE [1] - 3:13
life [1] - 27:5
light [1] - 56:10
lights [1] - 54:9
likely [1] - 54:7
limit [2] - 22:15, 36:18, 41:16
LIMIT..........................
........ [1] - 9:19
limited [4] - 36:15, 37:19, 43:16, 50:5
LIMITED [1] - 4:18
limiting [1] - 44:9
line [4] - 11:15, 11:17, 20:24, 32:5
LISKOW [1] - 4:19
list [1] - 42:22
listed [1] - 26:9
listen [1] - 11:18

listening [2] - 11:17, 35:15
literally [1] - 27:8
litigation [4] - 26:19, 56:6, 56:8, 56:13
LLC [3] - 3:19, 5:7, 6:5
location [1] - 25:10
locations [1] - 25:14
logistical [1] - 26:5
look [15] - 14:14, 31:20, 34:12, 35:3, 35:23, 46:19, 47:4, 47:15, 49:4, 50:12, 52:14, 52:17, 52:20, 53:3, 58:17
looked [8] - 34:19, 46:21, 47:2, 47:23, 47:25, 48:2, 48:4, 48:6
looking [11] - 30:10, 37:23, 39:4, 39:22, 40:4, 40:9, 40:10, 40:13, 40:22, 41:2, 46:8
looks [2] - 14:10, 49:3
losses [1] - 57:3
Louisiana [2] - 59:17, 59:18
LOUISIANA [6] - 1:1, 1:6, 3:14, 6:13, 7:5, 7:9
LP [2] - 6:4, 13:17
lumped [1] - 33:5
Lundy [1] - 13:6
LUNDY [4] - 3:6, 3:7, 13:6
LUXENBERG [1] - 2:21

**M**

MAGISTRATE [1] - 7:16
Magistrate [2] - 26:2, 26:4
mail [2] - 24:3, 53:9
main [2] - 36:22, 43:14
MAIN [1] - 3:10
maintain [1] - 58:24
management [15] - 18:10, 36:14, 36:25, 37:8, 38:11, 38:19, 39:9, 42:4, 42:14, 43:9, 45:24, 47:13, 49:2, 49:19
mandatory [1] - 35:14
manners [1] - 57:7
March [1] - 27:14
Marine [3] - 13:15,

28:16, 29:15
Marshall [4] - 47:10, 47:11, 47:19, 47:22
MARTINEZ [2] - 5:22, 13:11
Martinez [1] - 13:11
MARTZELL [1] - 4:10
MARY [1] - 7:23
Mary [1] - 13:13
MASTER [4] - 7:16, 9:8, 9:10, 9:22
master [8] - 15:10, 15:11, 15:16, 15:25, 17:11, 17:16, 26:9, 26:14
Master [2] - 18:22, 21:19
Matt [1] - 13:6
matter [9] - 16:15, 22:16, 30:15, 31:1, 31:16, 31:17, 35:12, 59:20
matters [1] - 50:23
MATTERS..................
...................... [1] - 10:4
MATTHEW [1] - 3:7
MCCUTCHEN [1] - 6:8
McGovern [4] - 18:22, 19:2, 21:2, 21:19
MCGOVERN [1] - 7:16
MCKINNEY [1] - 5:18
MDL [22] - 9:14, 12:2, 16:9, 17:5, 19:8, 19:23, 20:14, 21:8, 31:14, 31:18, 31:20, 33:3, 33:5, 33:9, 33:10, 33:13, 34:1, 34:4, 34:5, 35:23
MDLS [1] - 21:13
MDLS..........................
...................... [1] - 9:17
mean [1] - 40:19
meanwhile [1] - 59:9
measuring [1] - 27:9
MECHANICAL [1] - 8:5
mechanism [1] - 57:16
meet [2] - 16:14, 55:24
meeting [1] - 32:10
member [1] - 22:24
members [2] - 12:6, 14:14, 25:3
memo [1] - 48:25
memorandum [2] - 48:14, 48:15
mention [1] - 30:17
Merit [1] - 59:17

**message** [1] - 30:10
**met** [1] - 50:13
**METHVIN** [1] - 3:3
**MEUNIER** [2] - 4:3, 4:4
**Mexico** [2] - 39:10, 43:10
**MEXICO** [1] - 1:5
**MI** [2] - 6:12, 13:19
**MICHAEL** [2] - 3:10, 6:17
**microphone** [4] - 11:14, 11:21, 11:23, 15:1
**middle** [3] - 26:21, 52:13, 52:16
**might** [15] - 11:11, 14:18, 20:22, 26:4, 34:24, 36:19, 37:2, 37:10, 38:15, 39:23, 40:7, 41:13, 49:22, 53:16, 53:17
**Mike** [3] - 12:12, 12:14, 13:4
**MILES** [1] - 3:3
**MILLER** [1] - 5:9
**million** [2] - 55:4, 55:21
**minute** [3] - 12:4, 24:12, 39:17
**misconduct** [1] - 44:1
**missed** [1] - 42:10
**MISSISSIPPI** [1] - 2:17
**mistaken** [1] - 32:19
**MITCHELL** [1] - 2:3
**MOBILE** [1] - 2:14
**modifications** [1] - 41:1
**MOEX** [5] - 6:4, 6:5, 14:3, 14:4, 57:15
**Monday** [2] - 53:11, 53:13
**monies** [1] - 57:6
**MONTGOMERY** [1] - 3:5
**month** [7] - 22:10, 24:22, 27:24, 35:11, 35:18, 51:6, 59:10
**monthly** [1] - 22:1
**MORGAN** [3] - 2:15, 6:12
**morning** [19] - 11:8, 12:8, 12:10, 12:12, 12:17, 12:19, 12:20, 12:22, 13:9, 13:12, 13:22, 14:1, 15:14, 18:25, 35:7, 36:4, 36:7, 51:5, 54:23
**most** [3] - 16:25, 25:12, 25:16

**motion** [5] - 28:14, 30:22, 35:10, 42:1, 50:9
**MOTION** [1] - 10:1
**move** [2] - 14:16, 30:2
**movie** [2] - 27:9, 53:17
**moving** [1] - 20:24
**MR** [131] - 10:1, 12:8, 12:11, 12:12, 12:14, 12:15, 12:20, 12:22, 12:24, 12:25, 13:2, 13:3, 13:4, 13:5, 13:6, 13:8, 13:15, 13:17, 13:18, 13:19, 13:20, 13:21, 13:22, 13:24, 13:25, 14:1, 14:2, 14:5, 14:22, 14:25, 15:3, 15:6, 16:4, 16:19, 17:3, 17:10, 17:13, 17:18, 17:20, 17:23, 18:2, 18:12, 18:20, 19:4, 19:10, 19:25, 20:4, 20:9, 20:25, 21:5, 21:10, 21:16, 21:25, 22:13, 22:18, 22:22, 23:14, 23:21, 24:8, 24:18, 25:2, 25:12, 25:20, 26:13, 26:20, 26:24, 27:1, 28:3, 28:7, 28:10, 29:7, 29:8, 29:12, 29:16, 30:3, 30:9, 30:13, 30:14, 31:24, 32:13, 32:18, 32:23, 32:25, 33:14, 33:25, 34:3, 34:14, 34:24, 35:4, 35:7, 35:16, 35:25, 36:8, 41:24, 42:19, 43:4, 43:8, 43:12, 43:18, 43:22, 44:12, 44:25, 45:8, 45:14, 45:21, 48:2, 48:6, 50:18, 50:25, 51:5, 51:22, 51:25, 52:10, 52:16, 52:23, 53:8, 53:18, 53:19, 53:22, 53:24, 54:4, 54:8, 54:23, 55:7, 55:8, 55:16, 57:23, 58:1, 58:16, 58:20, 58:23
**MS** [24] - 12:17, 13:7, 13:9, 13:11, 13:12, 13:14, 14:3, 14:4, 36:4, 36:10, 38:8, 38:10, 39:13, 39:20, 40:20, 41:12, 48:11, 48:17, 48:22, 50:7, 50:11, 50:22, 57:13, 57:15

**multiple** [4] - 18:19, 39:23, 40:2
**MURRAY** [1] - 7:21

# N

**N.W** [1] - 5:4
**Nalco** [1] - 13:13
**names** [1] - 24:25
**narrow** [2] - 41:18, 44:19
**nature** [2] - 17:3, 57:7
**near** [3] - 11:14, 15:1, 19:17
**necessarily** [5] - 24:25, 27:24, 30:8, 30:21, 31:16
**necessary** [2] - 20:15, 21:16
**need** [15] - 15:24, 17:8, 20:22, 21:14, 21:19, 24:25, 26:4, 30:1, 39:18, 42:17, 43:7, 44:6, 46:9, 46:16, 59:5
**needed** [1] - 56:3
**needs** [2] - 30:6, 41:1
**neglected** [1] - 48:12
**negligence** [1] - 44:1
**negligent** [1] - 44:3
**negotiated** [1] - 58:4
**never** [4] - 16:14, 25:13, 25:16, 28:22
**New** [4] - 16:14, 25:13, 25:16, 28:22
**NEW** [16] - 1:6, 1:21, 2:23, 3:14, 3:21, 3:24, 4:5, 4:8, 4:11, 4:22, 5:11, 5:15, 6:7, 7:7, 7:10, 8:4
**new** [4] - 11:21, 40:5, 44:6, 54:14
**NEXT** [1] - 10:5
**next** [11] - 14:12, 14:15, 15:19, 15:22, 22:10, 26:12, 27:24, 30:6, 51:15, 59:7, 59:10
**Nguyen** [2] - 47:17, 49:14
**noncompliance** [3] - 45:18, 45:22, 47:5
**NORFOLK** [1] - 1:25
**normally** [1] - 16:23
**NORTH** [4] - 4:15, 4:15, 4:17, 4:18
**note** [1] - 30:2
**noted** [1] - 49:17

**nothing** [2] - 31:9, 35:12
**notice** [4] - 51:12, 51:13, 53:6, 56:2
**noticing** [1] - 18:22
**November** [5] - 22:8, 29:19, 51:3, 51:7, 51:20
**nub** [1] - 43:14
**Number** [14] - 14:6, 14:8, 16:1, 17:11, 17:25, 21:11, 21:23, 22:15, 22:21, 26:9, 30:17, 45:1, 45:9, 51:19
**NUMBER** [2] - 9:7
**number** [6] - 14:11, 15:10, 24:16, 26:18, 42:2, 42:9
**numbered** [1] - 59:19
**numbers** [1] - 22:3
**NY** [1] - 2:23

# O

**O'KEEFE** [1] - 1:21
**O'Rourke** [1] - 12:25
**O'ROURKE** [2] - 6:22, 12:25
**OAK** [1] - 3:17
**object** [1] - 33:7
**objecting** [1] - 16:21
**objections** [8] - 16:10, 16:12, 16:18, 16:19, 16:23, 17:2, 17:3, 17:4
**obligation** [2] - 41:5
**obligations** [1] - 39:21
**obstacle** [1] - 27:22
**obtain** [1] - 23:6
**obtained** [1] - 55:3
**obviously** [8] - 18:16, 18:21, 33:9, 43:24, 49:20, 50:4, 52:20, 58:15
**occur** [1] - 32:6
**occurred** [1] - 39:11
**occurrence** [1] - 41:6
**occurs** [1] - 19:21
**October** [3] - 18:6, 36:12, 49:13
**OF** [15] - 1:1, 1:5, 1:11, 6:16, 6:20, 6:21, 7:3, 7:5, 7:8, 9:12, 9:16, 9:18, 9:22, 10:2
**offer** [1] - 30:2
**offered** [4] - 50:19, 53:20, 54:15

**OFFICE** [1] - 3:4
**office** [2] - 23:13, 28:15
**Office** [1] - 36:5
**officer** [1] - 44:2
**officers'** [1] - 55:23
**Official** [2] - 59:17, 59:22
**OFFICIAL** [1] - 8:3
**officially** [1] - 26:19
**OFFSHORE** [2] - 5:7, 6:5
**offshore** [1] - 37:13
**OIL** [4] - 1:4, 1:4
**oil** [4] - 30:25, 33:22, 52:1
**omnibus** [1] - 25:22
**ON** [2] - 1:5, 9:8
**once** [2] - 27:16, 28:25
**ONE** [2] - 4:20, 5:18
**one** [46] - 15:13, 15:19, 16:11, 18:5, 19:15, 19:17, 20:1, 21:18, 22:24, 28:20, 28:24, 30:20, 31:3, 32:16, 32:18, 35:23, 36:13, 37:2, 37:10, 37:19, 37:20, 37:25, 38:15, 38:16, 38:21, 39:20, 40:15, 41:12, 41:13, 44:6, 44:22, 46:12, 46:21, 46:24, 47:17, 51:18, 52:11, 52:12, 52:25, 54:2, 56:15, 57:4, 58:10, 58:17
**ones** [3] - 11:24, 38:7, 56:2
**open** [1] - 53:10
**operated** [1] - 40:11
**operating** [2] - 39:10, 49:18
**operator** [1] - 40:13
**opportunity** [1] - 33:7
**Opportunity** [1] - 32:13
**opposition** [2] - 37:16, 49:11
**OR** [1] - 9:12
**oral** [1] - 16:13
**order** [25] - 14:9, 14:11, 14:20, 14:21, 15:5, 15:9, 16:1, 18:8, 18:10, 18:13, 19:16, 21:12, 22:19, 26:2, 29:3, 29:5, 33:11, 50:10, 51:7, 51:20, 58:3, 58:6, 58:13, 58:14, 58:15
**ORDER** [3] - 9:9, 9:15,

11:4
**orders** [2] - 14:8, 16:7
**ORDERS** [1] - 9:7
**original** [3] - 33:11, 52:20, 53:1
**originally** [2] - 16:8, 55:11
**ORLEANS** [15] - 1:6, 1:21, 3:14, 3:21, 3:24, 4:5, 4:8, 4:11, 4:22, 5:11, 5:15, 6:7, 7:7, 7:10, 8:4
**Orleans** [3] - 16:14, 25:13, 25:16
**OTHER** [1] - 10:4
**otherwise** [1] - 26:6
**outer** [1] - 52:4
**outreached** [1] - 28:17
**outside** [2] - 32:1
**outstanding** [1] - 43:3
**overdue** [1] - 49:18
**overruled** [2] - 16:24
**owner** [1] - 34:23
**owner/employer** [1] - 34:8
**owners** [1] - 56:20

**P**

**P.O** [1] - 6:22
**PAGE** [1] - 9:5
**paid** [2] - 22:6, 31:7
**painstakingly** [1] - 27:7
**PALMINTIER** [3] - 3:9, 3:10, 12:12
**Palmintier** [1] - 12:12
**PAN** [1] - 3:13
**panel** [8] - 16:13, 16:14, 16:24, 17:1, 32:2, 33:6, 33:11, 34:24
**PAPANTONIO** [1] - 2:3
**PARKWAY** [1] - 7:13
**PARSIOLA** [1] - 2:9
**part** [4] - 33:9, 33:13, 34:1, 52:19
**participate** [1] - 29:22
**particular** [7] - 14:15, 14:16, 33:18, 34:6, 36:18, 38:12, 54:20
**parties** [9] - 24:20, 25:6, 27:15, 28:17, 33:17, 35:1, 39:15, 58:5, 58:7
**Partnership** [1] - 45:13
**party** [5] - 26:19, 27:3,

31:5, 34:8, 47:19
**password** [1] - 24:11
**Paul** [1] - 13:3
**PAUL** [1] - 3:13
**pay** [4] - 57:1, 57:2, 57:4
**payment** [1] - 22:10
**payments** [1] - 22:9
**PENDING** [1] - 9:12
**pending** [2] - 18:1, 25:25
**PENSACOLA** [1] - 2:5
**people** [13] - 11:13, 20:25, 23:3, 23:25, 24:11, 27:4, 28:19, 30:1, 30:8, 31:11, 52:17, 53:2, 55:17
**people-intensive** [1] - 23:3
**Pepper** [3] - 59:16, 59:21, 59:22
**PEPPER** [1] - 8:3
**per** [1] - 24:22
**perceived** [1] - 39:15
**perfectly** [1] - 23:22
**perhaps** [1] - 36:22
**period** [1] - 37:4
**perplexing** [1] - 57:8
**personal** [2] - 16:20, 16:22
**personally** [2] - 19:1, 32:16
**perspective** [2] - 20:14, 25:21
**persuade** [1] - 41:16
**pertain** [1] - 39:5
**pertaining** [2] - 44:10, 46:16
**pertinent** [1] - 36:25
**petition** [1] - 36:2
**PETITION** [1] - 10:2
**PETROLEUM** [1] - 6:3
**Phil** [3] - 12:24, 13:22, 26:13
**PHILIP** [1] - 2:10
**PHILLIP** [1] - 5:14
**phone** [3] - 11:15, 27:12, 35:15
**photographed** [1] - 54:17
**photographs** [1] - 54:19
**physical** [3] - 51:2, 52:12, 54:14
**picked** [1] - 29:12
**pictures** [1] - 51:13
**piece** [1] - 52:25
**pieces** [1] - 24:8
**PIGMAN** [1] - 5:13

**Pitt** [1] - 27:11
**place** [3] - 18:9, 25:17, 34:10
**Plaintiff** [1] - 22:21
**plaintiff** [2] - 30:24, 34:4
**PLAINTIFF** [1] - 9:20
**plaintiffs** [25] - 12:9, 12:11, 12:13, 12:15, 12:18, 12:21, 12:23, 12:24, 13:2, 13:3, 13:4, 13:5, 13:6, 13:7, 13:8, 13:10, 16:21, 17:18, 22:19, 23:21, 24:18, 54:24, 57:17, 57:19, 58:23
**PLAINTIFFS** [1] - 1:15
**plaintiffs'** [5] - 19:14, 20:4, 21:7, 25:21, 32:21
**plant** [1] - 57:2
**play** [1] - 23:14
**player** [1] - 40:7
**pleading** [1] - 17:21
**PLEADINGS** [1] - 9:22
**pleadings** [3] - 16:13, 17:12, 26:10
**PLEADINGS.............
.................... [1] -
9:11
**pleasure** [1] - 54:25
**podium** [3] - 11:14, 11:20, 11:23
**point** [5] - 29:25, 33:2, 33:15, 48:8, 49:10
**points** [3] - 19:11, 48:12, 48:18
**polite** [1] - 30:3
**POLK** [1] - 6:5
**portion** [1] - 50:19
**PORTIS** [1] - 3:3
**position** [8] - 29:21, 29:23, 43:17, 43:18, 45:15, 56:11, 56:23
**possession** [1] -
29:18
**possible** [2] - 39:24, 40:1
**POST** [1] - 3:4
**potential** [1] - 25:14
**POYDRAS** [8] - 3:14, 3:20, 4:5, 4:21, 5:10, 6:6, 7:6, 8:3
**PPFs** [3] - 22:23, 23:15, 23:24
**practice** [1] - 18:13
**preference** [1] - 32:7
**present** [2] - 12:5, 12:6
**PRESENT** [1] - 7:16

**preservation** [1] - 29:5
**Presidential** [1] -
28:18
**pretrial** [5] - 14:8, 14:11, 14:21, 15:9, 21:12
**PRETRIAL** [2] - 9:7, 9:15
**pretty** [3] - 42:6, 43:23, 44:18
**prevalent** [1] - 57:10
**prevent** [1] - 44:8
**previous** [1] - 38:7
**previously** [1] - 23:8
**primary** [1] - 19:14
**problem** [6] - 11:12, 12, 20:21, 46:7, 46:19, 47:20, 49:22
**problems** [4] - 14:15, 24:4, 40:22, 46:14
**procedural** [1] - 34:3
**procedurally** [1] - 33:3
**procedure** [1] - 58:21
**proceed** [1] - 12:7
**PROCEEDINGS** [3] - 1:11, 8:5, 11:1
**proceedings** [3] - 11:17, 59:11, 59:19
**process** [5] - 25:23, 51:11, 51:18, 52:3, 56:24
**processing** [1] - 57:2
**processors** [1] - 57:1
**PROCTOR** [1] - 2:3
**produce** [8] - 37:22, 38:3, 42:3, 43:4, 43:6, 55:2, 59:2
**PRODUCED** [1] - 8:6
**produced** [23] - 37:12, 37:17, 37:19, 37:23, 37:25, 38:6, 38:18, 38:21, 38:23, 42:10, 42:13, 42:22, 46:3, 49:10, 49:16, 50:3, 55:22, 56:7, 56:12, 57:17, 57:19
**PRODUCTION** [2] - 4:14, 4:17
**production** [3] - 37:18, 42:8, 55:11
**PRODUCTS** [1] - 4:18
**Professional** [1] - 59:17
**PROFESSOR** [1] - 7:16
**Professor** [2] - 19:2, 21:2
**PROFILE** [1] - 9:20
**Profile** [1] - 22:21
**program** [2] - 22:8,

22:10
**promised** [1] - 28:21
**proper** [2] - 50:14, 59:1
**properly** [2] - 32:9, 32:14
**proposed** [5] - 12:3, 14:21, 21:17, 21:20, 50:10
**prospectively** [1] -
40:4
**protective** [1] - 58:13
**protocol** [4] - 21:12, 22:8, 23:13, 30:2
**PROTOCOL** [1] - 9:15
**protocols** [5] - 28:16, 28:23, 29:1, 29:22
**prove** [1] - 43:19
**provide** [1] - 24:2
**provided** [5] - 23:6, 23:8, 23:15, 51:13, 56:1
**providing** [1] - 24:7
**proving** [1] - 23:10
**PSC** [2] - 22:24, 53:25
**public** [5] - 56:1, 56:14, 57:6
**publicly** [1] - 56:8
**pull** [1] - 54:17
**purpose** [10] - 35:21, 41:2, 41:19, 41:21, 44:22, 45:2, 45:4, 45:11, 50:14
**pursuant** [1] - 28:14
**put** [4] - 35:20, 46:5, 52:3, 52:24

**Q**

**questioned** [1] - 46:4
**questions** [2] - 23:23, 24:4
**Quip** [1] - 13:20
**QUIP** [1] - 7:12

**R**

**RAFFERTY** [1] - 2:3
**raised** [1] - 48:19
**Ranch** [1] - 45:12
**RE** [1] - 1:4
**reach** [2] - 20:13, 54:8
**reached** [1] - 54:12
**read** [4] - 25:9, 33:20, 44:15
**reading** [3] - 37:16, 45:12
**real** [1] - 43:13

**realize** [1] - 27:22
**really** [7] - 19:19, 21:11, 31:14, 33:19, 36:10, 39:4, 41:18
**Realtime** [1] - 59:16
**reason** [2] - 37:14, 52:23
**reasonable** [2] - 30:7, 45:5
**received** [3] - 22:23, 28:18, 42:25
**recently** [1] - 22:8
**recertification** [1] - 36:16
**record** [9] - 20:10, 28:11, 48:13, 48:16, 50:1, 50:19, 50:21, 55:9, 59:19
**RECORDED** [1] - 8:5
**recovery** [2] - 29:13, 51:2
**recurrence** [1] - 44:8
**REDDEN** [1] - 5:17
**references** [3] - 33:21, 33:22
**referred** [2] - 33:6, 44:5
**referring** [1] - 49:12
**refinery** [1] - 55:15
**regarding** [3] - 26:5, 29:22, 43:9
**register** [1] - 24:10
**Registered** [2] - 59:16, 59:17
**regular** [1] - 14:11
**regulations** [6] - 40:7, 41:15, 44:7, 44:8, 46:15, 49:22
**regulatory** [1] - 40:23
**related** [9] - 19:8, 21:11, 30:19, 31:20, 35:22, 42:3, 42:5, 43:5, 55:22
**RELATES** [1] - 1:8
**relating** [1] - 30:18
**release** [2] - 56:4, 56:8
**released** [2] - 56:1, 56:14
**releasing** [1] - 56:2
**relevancy** [1] - 43:19
**relevant** [18] - 34:9, 39:16, 41:21, 43:11, 43:20, 43:21, 43:22, 44:16, 45:1, 45:4, 45:10, 45:16, 46:1, 47:7, 47:8, 50:15, 52:11, 52:12
**relief** [1] - 33:16
**religious** [1] - 14:18
**relook** [1] - 47:23

**remain** [1] - 26:4
**remedial** [1] - 44:2
**remember** [1] - 52:8
**remind** [1] - 11:9
**removed** [1] - 32:1
**RENAISSANCE** [1] - 5:23
**rep** [1] - 50:1
**repair** [2] - 53:1, 53:13
**repaired** [3] - 52:5, 52:6
**repairs** [2] - 53:14, 53:15
**reply** [2] - 39:18, 48:15
**report** [17] - 15:10, 16:1, 16:5, 18:4, 19:12, 22:2, 22:9, 25:21, 37:22, 37:23, 38:5, 38:14, 38:23, 39:1, 51:2
**REPORT** [2] - 9:8, 9:9
**Reporter** [6] - 59:16, 59:17, 59:17, 59:22
**REPORTER** [1] - 8:3
**REPORTER'S** [1] - 59:15
**reports** [4] - 36:19, 39:6, 39:7, 48:21
**represent** [5] - 33:1, 35:8, 56:18, 57:1, 57:3
**representative** [2] - 46:4, 50:3
**representatives** [1] - 29:20
**representing** [7] - 13:21, 13:23, 36:6, 36:8, 41:24, 42:19, 56:22
**represents** [1] - 58:11
**request** [3] - 14:10, 36:17, 37:18
**requested** [3] - 28:16, 41:20, 50:14
**requests** [3] - 36:11, 36:12, 50:16
**required** [2] - 36:21, 38:13
**resolve** [1] - 19:14
**resolved** [1] - 16:12
**respect** [4] - 15:16, 32:6, 49:15, 56:12
**responded** [2] - 25:22, 25:23
**respondent** [1] - 34:1
**Response** [1] - 13:16
**response** [4] - 30:23, 31:9, 34:17, 37:18
**responses** [2] - 24:19, 25:24

**responsibilities** [1] - 40:12
**responsibility** [1] - 44:11
**responsive** [2] - 17:12, 17:20
**RESPONSIVE** [1] - 9:11
**restaurant** [1] - 56:20
**result** [1] - 36:20
**resulted** [1] - 55:17
**retrieval** [2] - 51:18, 52:3
**retrospectively** [1] - 39:22
**returned** [1] - 27:11
**REVIEW** [1] - 9:22
**review** [5] - 15:12, 26:10, 56:23, 59:2
**RHON** [1] - 3:4
**Richard** [2] - 36:8, 41:24
**RICHARD** [1] - 7:19
**RICHESON** [1] - 6:5
**RICHTER** [1] - 3:19
**RICO** [4] - 9:10, 17:5, 17:12, 17:15
**rig** [2] - 25:4, 56:19
**RIG** [1] - 1:4
**rigs** [2] - 45:16, 46:25
**rise** [1] - 11:7
**riser** [1] - 52:2
**RMR** [2] - 8:3, 59:22
**road** [1] - 27:16
**Rob** [1] - 14:1
**ROBERT** [2] - 2:13, 5:3
**Robert** [2] - 13:5, 51:5
**ROBIN** [1] - 2:22
**Robin** [1] - 13:10
**robust** [1] - 22:10
**role** [2] - 22:1, 53:19
**Ron** [1] - 13:8
**RONQUILLO** [1] - 5:21
**ROOM** [2] - 6:18, 8:3
**ROSE** [1] - 7:23
**Rose** [1] - 13:13
**ROUGE** [1] - 3:11
**routine** [1] - 49:1
**Roy** [4] - 12:11, 25:19, 25:20, 55:2
**ROY** [4] - 1:16, 1:16, 12:11, 25:20
**run** [1] - 31:11

**S**

**s/Cathy** [1] - 59:21

**safety** [15] - 36:14, 36:25, 37:7, 38:11, 38:18, 38:19, 39:9, 42:4, 42:14, 43:9, 45:24, 46:12, 47:12, 49:2, 49:19
**Safety** [1] - 55:19
**SALLY** [1] - 7:16
**samples** [2] - 28:13, 29:18
**SAN** [2] - 2:8, 6:18
**saw** [4] - 25:8, 29:10, 45:19, 47:18
**Schedule** [1] - 51:19
**schedule** [4] - 18:10, 26:16, 27:13, 51:9
**scheduled** [2] - 14:11, 24:24
**scheduling** [2] - 18:8, 25:23
**SCHELL** [1] - 6:5
**scope** [1] - 44:11
**SCOTT** [2] - 3:16, 4:10
**Scott** [2] - 12:22, 33:2
**Seacor** [1] - 14:2
**seaman** [2] - 33:16, 34:7
**Sear** [1] - 54:8
**SEAS** [1] - 49:18
**seated** [1] - 11:8
**second** [2] - 36:13, 51:13, 51:14
**seconds** [1] - 58:2
**SECREST** [1] - 5:17
**SECTION** [1] - 6:21
**section** [3] - 44:12, 53:2, 53:3
**securities** [3] - 19:15, 19:23, 20:6
**see** [11] - 11:21, 14:15, 28:25, 34:9, 47:4, 49:6, 49:7, 49:8, 55:18, 57:2, 59:10
**seeing** [2] - 32:16, 54:13
**seeks** [1] - 45:1
**sending** [1] - 17:5
**sense** [1] - 16:17
**sent** [3] - 24:13, 33:6, 53:9
**separate** [1] - 34:11
**September** [1] - 38:20
**serve** [2] - 23:25, 24:12
**served** [6] - 22:24, 24:6, 24:8, 24:19, 55:13, 56:16
**SERVICES** [1] - 5:21
**serving** [1] - 54:25
**set** [3] - 18:3, 29:1,

30:1
**sets** [2] - 24:19, 25:23
**settlement** [1] - 55:25
**seven** [4] - 16:6, 16:11, 55:4, 55:21
**several** [4] - 15:11, 25:3, 55:23, 56:18
**share** [1] - 18:21
**SHARON** [1] - 7:4
**Sharon** [3] - 36:4, 42:8, 42:21
**SHAW** [1] - 3:22
**SHELL** [1] - 4:20
**SHER** [1] - 3:19
**ship** [2] - 37:7, 37:8
**short** [1] - 26:2
**shortcomings** [2] - 46:12, 46:13
**shortly** [3] - 20:6, 22:20, 29:23
**show** [3] - 35:14, 35:17, 50:13
**showing** [1] - 50:16
**shows** [1] - 38:21
**shrimp** [1] - 57:1
**shrimper** [2] - 57:2, 57:3
**shrimpers** [1] - 57:4
**Shushan** [4] - 15:20, 26:2, 26:4
**SHUSHAN** [1] - 7:16
**Shushan's** [1] - 27:25
**side** [4] - 15:4, 21:7, 26:1, 32:21
**sides** [2] - 26:6, 26:21
**sign** [2] - 15:8, 50:12
**signed** [1] - 14:9
**significant** [1] - 57:6
**simply** [1] - 49:4
**sinking** [1] - 38:2
**six** [1] - 51:25
**six-inch** [1] - 51:25
**slowly** [1] - 27:7
**small** [1] - 53:2
**Smith** [3] - 36:4, 48:10, 50:10
**SMITH** [15] - 7:4, 36:4, 36:10, 38:8, 38:10, 39:13, 39:20, 40:20, 41:12, 48:11, 48:17, 48:22, 50:7, 50:11, 50:22
**snags** [1] - 23:25
**SOILEAU** [1] - 3:6
**SOLAS** [2] - 36:20, 40:25
**solely** [1] - 43:16
**someone** [3] - 30:22, 31:4, 31:8

**sometime** [1] - 54:15
**somewhere** [3] - 11:25, 25:9, 33:10
**soon** [1] - 28:1
**SOREN** [1] - 1:20
**sorry** [2] - 14:25, 47:12
**sort** [8] - 23:12, 25:1, 30:3, 39:25, 41:4, 41:14, 42:23, 58:12
**sounds** [2] - 44:24, 45:3
**source** [1] - 39:14
**SOUTH** [2] - 2:4, 3:6
**south** [1] - 56:17
**speaking** [3] - 15:1, 26:22, 56:14
**Special** [2] - 18:22, 21:19
**SPECIAL** [1] - 7:16
**specifications** [2] - 54:18, 54:19
**spice** [1] - 27:11
**SPILL** [1] - 1:4
**Spill** [1] - 13:15
**spill** [2] - 33:22, 34:17
**split** [1] - 26:20
**spots** [1] - 25:17
**SPRINGS** [1] - 2:20
**SQUARE** [1] - 4:20
**ST** [1] - 6:13
**stacked** [1] - 54:4
**stand** [1] - 11:24
**standard** [2] - 43:19, 59:8
**STANDARD** [1] - 10:6
**standards** [1] - 44:13
**standpoint** [2] - 25:25, 34:4
**stands** [1] - 28:15
**starring** [1] - 53:19
**start** [2] - 25:1, 53:13
**started** [2] - 19:19, 51:12
**starting** [1] - 25:13
**State** [1] - 59:17
**STATE** [2] - 7:8, 9:13
**state** [7] - 18:1, 18:9, 18:13, 19:6, 20:10, 23:14, 40:11
**statement** [4] - 44:18, 49:7, 49:8, 54:16
**States** [5] - 12:14, 13:1, 36:6, 59:18, 59:23
**STATES** [7] - 1:1, 1:12, 6:15, 6:20, 7:3, 7:4, 7:5
**states** [2] - 16:21,

40:11
**status** [12] - 14:7, 14:12, 16:2, 17:25, 21:23, 22:7, 22:21, 27:6, 27:24, 28:7, 30:21, 59:7
**STATUS** [4] - 1:11, 9:12, 9:18, 10:5
**STATUS.** - 9:9
**STATUS.................. ..... [1] - 9:20
**STATUS.................. ............. [1] - 9:25
**statute** [3] - 39:21, 39:24, 43:24
**statutes** [1] - 49:22
**statutory** [11] - 40:24, 41:5, 41:17, 41:19, 41:21, 44:14, 44:15, 44:22, 45:3, 50:14
**stay** [1] - 31:17
**Steel** [1] - 56:16
**steering** [3] - 12:6, 20:3, 55:13
**STENOGRAPHY** [1] - 8:5
**STEPHAN** [1] - 7:21
**STEPHEN** [1] - 1:20
**Sterbcow** [1] - 13:3
**STERBCOW** [3] - 3:12, 3:13, 13:3
**Steve** [6] - 12:8, 17:18, 22:18, 23:21, 53:24, 58:23
**STEVEN** [1] - 6:22
**Steven** [1] - 12:25
**stick** [1] - 11:22
**still** [4] - 21:17, 43:2, 56:6, 58:14
**STONE** [1] - 5:13
**stopped** [1] - 26:22
**STREET** [24] - 1:17, 2:4, 2:7, 2:13, 2:16, 3:7, 3:10, 3:14, 3:20, 3:23, 4:5, 4:8, 4:11, 4:21, 5:4, 5:10, 5:15, 5:18, 5:23, 6:6, 6:9, 7:6, 7:10, 8:3
**strictly** [2] - 35:12, 44:9
**structure** [1] - 20:5
**stuff** [1] - 49:8
**subject** [3] - 20:7, 26:11, 58:12
**submission** [1] - 19:12
**submit** [2] - 29:2, 35:10
**submitted** [3] - 50:10, 50:21, 56:23

**subpoena** [10] - 30:16, 36:11, 44:18, 44:20, 44:21, 47:7, 47:21, 50:13
**subpoenaed** [2] - 28:12, 51:8
**subpoenas** [2] - 36:3, 50:9
**SUBPOENAS............ ................................ . [1] - 10:3
**subsea** [1] - 51:7
**substance** [1] - 41:8
**success** [1] - 56:21
**sue** [2] - 31:1, 34:22
**sufficiently** [1] - 31:20
**suggested** [3] - 21:20, 28:23, 30:2
**suggesting** [1] - 30:6
**suggestion** [1] - 15:17
**suit** [1] - 34:11
**suitable** [1] - 32:3
**SUITE** [11] - 2:4, 2:10, 2:16, 3:17, 4:5, 4:21, 5:18, 5:23, 6:6, 6:13, 7:6
**sum** [1] - 41:8
**SUMICH** [1] - 2:9
**summarily** [1] - 44:21
**summary** [1] - 16:6
**SUMMY** [2] - 3:16, 12:22
**Summy** [1] - 12:22
**support** [5] - 37:24, 39:6, 39:7, 48:14, 49:11
**supports** [1] - 39:2
**supposed** [3] - 38:14, 39:25, 40:3
**supposedly** [1] - 11:23
**surely** [1] - 27:7
**suspect** [1] - 57:18
**sustained** [2] - 17:1, 17:4
**SW** [1] - 2:19
**switching** [1] - 17:4
**system** [4] - 24:9, 36:14, 42:15, 43:9
**systematic** [2] - 46:7
**systemic** [5] - 40:16, 40:19, 40:20, 46:14, 49:21

## T

**table** [1] - 27:18
**tagalong** [1] - 31:19
**tangentially** [2] -

34:10, 35:22
**TANNER** [2] - 6:12, 13:19
**Tanner** [1] - 13:19
**task** [2] - 23:4, 23:9
**tasked** [2] - 39:20, 40:18
**TAYLOR** [1] - 2:9
**team** [2] - 25:3, 29:13
**Team** [1] - 42:20
**Ted** [1] - 14:2
**tendering** [1] - 55:5
**terms** [4] - 20:24, 40:12, 56:25, 58:17
**testified** [2] - 50:1
**testimony** [1] - 49:25
**TESTING** [1] - 9:25
**testing** [9] - 26:18, 27:6, 27:7, 27:14, 28:7, 28:16, 29:3, 29:4, 29:14
**TESTING.................. ....................... [1] - 9:24
**TEXAS** [1] - 7:14
**Texas** [7] - 17:5, 18:6, 18:13, 55:3, 55:15, 55:16, 58:7
**THE** [130] - 1:4, 1:5, 1:12, 1:15, 4:7, 6:15, 6:20, 7:3, 7:8, 9:8, 9:10, 9:12, 9:16, 9:18, 10:2, 11:7, 11:8, 12:10, 12:19, 14:6, 14:24, 15:1, 15:4, 15:8, 16:17, 17:1, 17:7, 17:11, 17:22, 17:24, 18:8, 18:16, 18:24, 19:5, 19:23, 20:1, 20:7, 20:10, 21:2, 21:6, 21:11, 21:22, 22:12, 22:14, 22:21, 23:12, 23:19, 24:6, 24:15, 24:25, 25:8, 25:18, 26:8, 26:17, 26:22, 26:25, 27:21, 28:4, 28:8, 29:6, 29:10, 29:25, 30:6, 30:12, 30:15, 32:10, 32:16, 32:20, 32:24, 33:8, 33:20, 34:1, 34:12, 34:21, 35:3, 35:5, 35:14, 35:18, 36:1, 36:7, 36:9, 38:7, 38:9, 39:12, 39:19, 40:19, 41:10, 41:23, 42:17, 43:6, 43:11, 43:13, 43:21, 43:23, 44:17, 45:1, 45:9,

45:19, 47:25, 48:4, 48:9, 48:16, 48:20, 50:6, 50:8, 50:12, 50:20, 50:23, 51:4, 51:21, 51:23, 52:8, 52:11, 52:22, 53:6, 53:16, 53:21, 53:23, 54:2, 54:6, 54:21, 55:14, 57:12, 57:14, 57:21, 57:25, 58:9, 58:19, 58:22, 59:4
**themselves** [2] - 12:7, 48:7
**THEODORE** [1] - 7:20
**thereafter** [2] - 17:22, 24:23
**therefore** [1] - 46:8
**they've** [2] - 28:17, 28:18, 30:10, 38:18, 38:21, 46:2, 47:9, 47:23, 47:25
**thinking** [1] - 27:8
**third** [4] - 25:6, 31:8, 47:19, 52:13
**third-party** [1] - 47:19
**THIS** [1] - 1:8
**THOMAS** [1] - 2:3
**thousand** [1] - 56:18
**thousands** [1] - 56:22
**three** [8] - 19:15, 20:1, 33:8, 37:5, 38:16, 45:5, 52:4, 52:8
**three-inch** [1] - 52:4
**throughout** [1] - 56:17
**time-consuming** [1] - 23:3
**TIME..................... [1] - 10:6
**timing** [1] - 54:15
**TO** [5] - 1:8, 9:15, 9:16, 10:1, 11:4
**today** [7] - 35:10, 35:16, 54:13, 55:4, 55:10, 56:7, 57:11
**together** [5] - 15:18, 15:19, 15:22, 24:20, 26:12
**top** [3] - 11:23, 22:23, 46:12
**topic** [1] - 19:14
**TORTS** [1] - 6:16
**TOWER** [1] - 1:24, 5:23
**TRANSCRIPT** [2] - 1:11, 8:5
**transcript** [2] - 49:12, 59:19
**TRANSFER** [2] - 9:9
**transfer** [6] - 16:1, 16:2, 16:7, 16:10,

16:21, 31:19
**transferred** [3] - 33:3, 33:4, 33:10
**TRANSOCEAN** [3] - 5:6, 5:7, 5:8
**Transocean** [26] - 13:18, 31:1, 36:8, 37:12, 37:13, 39:7, 39:12, 39:13, 39:16, 41:4, 41:14, 41:25, 42:5, 42:14, 42:25, 43:10, 45:16, 46:13, 46:14, 46:24, 48:23, 49:11, 49:16, 49:17, 50:2
**Transocean's** [1] - 49:7
**trial** [2] - 18:5, 18:9
**tried** [3] - 24:2, 24:13, 26:20
**trouble** [1] - 27:23
**true** [1] - 59:18
**try** [9] - 14:16, 15:22, 18:17, 19:2, 20:15, 24:4, 28:1, 28:25, 41:16
**trying** [5] - 23:25, 24:11, 27:17, 27:18, 41:2
**TSEKERIDES** [2] - 7:20, 14:2
**Tsekerides** [1] - 14:2
**Tuesday** [1] - 22:5
**turn** [3] - 11:10, 46:15, 54:9
**turnaround** [1] - 24:10
**turned** [2] - 28:13, 29:19
**turns** [2] - 37:9, 37:25
**two** [15] - 14:7, 15:12, 15:13, 18:5, 21:13, 22:5, 24:19, 25:17, 36:15, 37:4, 38:16, 44:13, 51:14, 52:4, 57:4
**TWO** [1] - 9:16
**two-and-a-half** [1] - 22:5
**two-foot** [1] - 52:4
**TX** [4] - 3:17, 5:19, 5:24, 6:13
**type** [2] - 38:12, 55:18
**types** [3] - 30:19, 31:14, 57:10
**typical** [1] - 18:13

## U

**U.S** [3] - 6:16, 6:21,

36:5
**U.S.C** [1] - 43:24
**uncommon** [1] - 34:25
**under** [12] - 21:17, 21:21, 29:6, 29:8, 29:14, 36:21, 39:21, 40:11, 40:12, 43:24
**Underhill** [6] - 12:14, 26:18, 30:1, 53:16, 53:17, 53:18
**UNDERHILL** [14] - 6:17, 12:14, 26:20, 26:24, 27:1, 28:3, 28:7, 28:10, 29:8, 29:12, 30:3, 30:9, 30:14, 53:19
**underlying** [1] - 43:2
**underneath** [1] - 48:3
**unduly** [3] - 45:5, 45:6, 50:17
**United** [6] - 12:14, 13:1, 36:6, 56:16, 59:18, 59:23
**UNITED** [7] - 1:1, 1:12, 6:15, 6:20, 7:3, 7:4, 7:5
**unless** [1] - 45:19
**unreasonable** [1] - 50:17
**up** [21] - 11:13, 11:22, 11:24, 16:16, 20:23, 22:16, 26:1, 27:11, 29:12, 30:15, 30:17, 35:14, 35:17, 46:5, 46:20, 51:2, 51:6, 52:2, 54:15, 54:17
**update** [1] - 24:17
**US** [1] - 13:17
**USA** [1] - 6:4
**usual** [1] - 22:1

## V

**VA** [1] - 1:25
**valid** [1] - 49:3
**vary** [1] - 16:19
**venue** [1] - 26:5
**verification** [5] - 36:24, 37:3, 38:3, 38:5, 38:25
**vessel** [15] - 30:23, 31:9, 33:17, 33:18, 34:7, 34:11, 34:22, 37:1, 38:17, 40:11, 40:13, 43:16, 44:10, 46:13, 50:2
**vessels** [15] - 38:12, 39:9, 39:12, 39:13, 40:17, 43:10, 46:14,

46:21, 47:10, 47:13, 47:24, 48:6, 48:24, 49:16, 49:21
**Vessels** [1] - 32:13
**vetted** [1] - 56:4
**via** [1] - 24:3
**Viadero** [1] - 45:13
**vicinity** [1] - 11:25
**view** [3] - 32:8, 34:25, 40:23

## W

**wait** [4] - 27:24, 44:17
**waiting** [2] - 28:20, 28:24
**WALKER** [1] - 1:23
**wall** [1] - 31:11
**WALTER** [2] - 3:23, 7:18
**Walter** [1] - 35:7
**WALTHER** [1] - 5:13
**wants** [4] - 32:11, 35:5, 47:15, 53:14
**WARE** [1] - 7:12
**WARSHAUER** [1] - 4:3
**WASHINGTON** [3] - 5:4, 6:10, 6:23
**watch** [1] - 53:15
**water** [3] - 30:25, 37:13, 56:20
**WATERSIDE** [1] - 1:24
**Watts** [1] - 22:24
**ways** [1] - 33:9
**weather** [1] - 53:12
**Weatherford** [1] - 13:17
**Wednesday** [2] - 22:5, 53:8
**week** [9] - 15:19, 15:22, 26:12, 30:6, 49:25, 50:1, 51:12, 51:15, 51:16
**weekend** [1] - 53:5
**Weigel** [1] - 13:15
**WEIGEL** [2] - 7:23, 13:15
**weigh** [3] - 28:4, 30:8, 34:13
**WEINER** [1] - 6:5
**WEITZ** [1] - 2:21
**welcome** [1] - 53:15
**welcomed** [1] - 27:2
**wellhead** [1] - 52:2
**WHEREUPON** [1] - 59:11
**whichever** [2] - 15:20, 20:20

**WHITELEY** [1] - 7:9
**whittinghill** [1] - 33:1
**WHITTINGHILL'S** [1] - 10:1
**win** [1] - 27:9
**Winters** [1] - 45:12
**wish** [1] - 43:6
**witnesses** [4] - 18:18, 19:22, 25:3, 25:15
**WITTMANN** [5] - 5:13, 5:14, 13:22, 26:13, 29:7
**Wittmann** [2] - 13:22, 26:13
**word** [1] - 30:4
**words** [2] - 34:25, 43:13
**Workers** [1] - 56:17
**workers** [1] - 56:19
**WRIGHT** [1] - 1:16
**written** [4] - 19:11, 24:16, 24:19, 54:16
**WRITTEN** [1] - 9:21

## Y

**y'all** [1] - 50:21
**Year** [1] - 28:22
**year** [9] - 14:12, 14:15, 29:21, 29:24, 30:5, 30:11, 36:16, 37:4, 46:23
**years** [6] - 36:23, 37:1, 37:4, 38:15, 38:16, 55:15
**yesterday** [4] - 19:13, 20:8, 20:12, 33:21
**YORK** [2] - 2:23, 5:22
**Young** [1] - 18:6
**yourself** [3] - 15:2, 21:18, 42:18

## Z

**Zainey** [1] - 33:4

## §

**§** [1] - 43:24