**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | **MDL 2179** |
| **"DEEPWATER HORIZON" IN THE** | |
| **GULF OF MEXICO ON** | |
| **APRIL 20, 2010** | **SECTION "J"** |
| | |
| | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO: 10-1615** | **MAG. JUDGE SHUSHAN** |

<u>**ORDER**</u>

Considering the foregoing Motion to Substitute;

**IT IS ORDERED** that the motion is **GRANTED** and that Jesse S. George, La. Bar No.

31738 is withdrawn as counsel of record in the above referenced proceeding.

**IT IS FURTHER ORDERED** that Natalie M. DeJean, La. Bar No. 32423 and Robin M.

Myers, La. Bar No. 32613, of the Murray Law Firm are substituted as additional counsel of record

in this matter on behalf of the Plaintiff, Nicholas J. Dinet.

New Orleans, Louisiana, on this _____ day of _____, 2010.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**