AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Gregory John Guindon  <br>*Plaintiff*  <br>v.  <br>BP PLC, et al  <br>*Defendant* | MDL 10-2179 J(1)  <br>Civil Action No. 2:10-cv-04222 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP Exploration and Production, Inc.
c/o CT Corporation Systems
350 North St. Paul Street
Dallas, Dallas County, Texas 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jimmy Williamson
Williamson & Rusnak
4310 Yoakum Boulvard
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Dec 07 2010

Stephanie Kall
Deputy clerk's signature

[Stamp: 2010 DEC 14  AM 8:35  7201 S. POLK ST. DALLAS, TEXAS  RECEIVED  CONSTABLE PCT. 1  DERICK EVANS]

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-04222

DEC 14 2010   Rec'd at 8:35a

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Exploration and Production, Inc
was received by me on *(date)* December 14, 2010

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Megan Nichols, Oper Specialist who is
designated by law to accept service of process on behalf of *(name of organization)* C.T. Corporation System
Registered Agent on *(date)* December 15, 2010 at 11:00am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: by delivering to the defendant's registered agent; C.T. Corporation, through their registered agent, Oper Specialist Megan Nichols at 350 N. St. Paul Street, 29th floor, Dallas County, Dallas, Texas 75201.

My fees are $ 70.00 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: December 15, 2010

P. Clark 130
*Server's signature*

P. Clark
*Printed name and title*

7201 So. Polk Ste. 100, Dallas TX 75235
*Server's address*

DERICK EVANS, CONSTABLE
Dallas County Precinct 1

Additional information regarding attempted service, etc: