UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | :MDL NO. 2179<br>: (C.A. 10-3185)<br>:<br>:<br>:SECTION: J<br>:<br>:<br>:JUDGE BARBIER<br>:MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

On December 16, 2010, a motion to withdraw as counsel of record (888) was filed, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of January 3, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

