UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: 10-1615 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion to Substitute;

**IT IS ORDERED** that the motion is **GRANTED** and that Jesse S. George, La. Bar No. 31738 is withdrawn as counsel of record in the above referenced proceeding.

**IT IS FURTHER ORDERED** that Natalie M. DeJean, La. Bar No. 32423 and Robin M. Myers, La. Bar No. 32613, of the Murray Law Firm are substituted as additional counsel of record in this matter on behalf of the Plaintiff, Nicholas J. Dinet.

New Orleans, Louisiana this 30th day of December, 2010.

_____
United States District Judge