**From:** Daniel Becnel
**Sent:** Friday, May 07, 2010 5:44 PM
**To:** 'Owens, Jennifer'
**Subject:** RE: Deepwater Horizon Explosion Call Follow-up
**Attachments:** Protective Order - Oil Spill.pdf; Interrogatories - Oil Spill.pdf; Request for Admission - Oil Spill.pdf; Request for Admission - Oil Spill.pdf; Contact Info - Calvin Fayard.pdf

Dear Jennifer:

Attached please find a copy of the documents you have requested.

Please be advised the list of experts is as follows:

1. Dr. Mehdy Sabbaghian – Professor at LSU, phone: (225) 766-0267
2. Prof. Robert G. Bea – Professor at Stanford, phone: (510) 642-0967, cell: (925) 699-3503, email: bea@ce.berkeley.edu
3. Dr. Erno Sajo – Prof. at University of Massachusetts, phone: (978) 934-3288, cell: (225) 205-2111, email: nserno@lsu.edu
4. Dr. Vasilis Fthenakis – Prof. at Columbia, Brookhaven National Laboratory, phone: (631) 344-2830, email: vasilis@fthenakis.org
5. Dr. Frank Willis –Willis and Company Engineering and Surveying, email: frank@willisandcompany.net
6. Marco Kaltofen – Boston Chemical Data Corp., phone (508) 651-1661, email: Kaltofen@aol.com
7. John Jacobus – Jacobus and Associates, phone (404) 257-2277, email: jacobus1@bellsouth.net

I am sending this information to you today. We will send more tomorrow, along with a copy of the CV's.

---

**From:** Owens, Jennifer [mailto:Jennifer.Owens@mail.house.gov]
**Sent:** Friday, May 07, 2010 4:43 PM
**To:** Daniel Becnel
**Subject:** Deepwater Horizon Explosion Call Follow-up

Per our telephone conversation, this email contains a list of items we would like you to send.

1) Protective Order approved by Judge Englehart to prevent BP from destroying documents.

2) Relevant interrogatories

3) List of experts with contact information and affiliation

4) Contact information for Calvin Fayard

5) Images of Deepwater Horizon and those recently taken by geologists overhead

My contact information is below.

**Jennifer Owens**

Committee on Energy & Commerce

(202)226-2223

Jennifer.Owens@mail.house.gov

Ex. 4