# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010<br><br>**This Document Relates to:**<br>**10-cv-1332, 10-cv-2661, 10-cv-2675, 10-cv-2795, 10-cv-2999, 10-cv-3076, 10-cv-3089, 10-cv-3101, 10-cv-3103 and 10-cv-3251** | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |

## NOTICE OF APPEARANCE

Notice is hereby given that Jason Lichtman of Lieff, Cabraser, Heimann & Bernstein, LLP is entering his appearance in this matter as additional counsel for the following Plaintiffs: Cajun Maid LLC; Robert Barnett; James Ferguson; Constance Ferguson; Corliss Gallo; Tight Lines Fishing Charters LLC; Red Hot Fishing Charters LLC; Ernest J. Browne, Jr.; Gulf Coast Assets LLC d/b/a Breath's Boats & Motors; Lawrence Simpson; Judy Simpson; Retreat, Inc.; Dave Phelps; Hao Van Le d/b/a Bluewater Seafood; Le Discount Seafood, Inc.; Namthi Le; Morgan Kirkland; Eddie Burger d/b/a H2O Outfitters; Vickie Nobles; Sea Eagle Fisheries, Inc.; Integrity Fisheries, Inc.; Charles V. Rodriguez, Sr.; Harley D. Bates; Souksavanh Phasadavong; Carden Simcox; Smiling Fish Café, Inc. and Reel Peace, LLC.

It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's Pre-trial Order #1, Jason Lichtman certifies that he is currently a member in good standing and admitted to practice in the United States District Court for the Northern District of Illinois. Jason Lichtman further certifies that no disciplinary proceedings have been instituted against him.

902393.1

Dated:  January 4, 2011						LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   s/  Elizabeth A. Alexander
Elizabeth A. Alexander
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965
Email:  ealexander@lchb.com

By:   s/  Jason Lichtman
Jason Lichtman
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
Email:  jlichtman@lchb.com

Attorneys for Plaintiffs Cajun Maid LLC; Robert Barnett; James Ferguson; Constance Ferguson; Corliss Gallo; Tight Lines Fishing Charters LLC; Red Hot Fishing Charters LLC; Ernest J. Browne, Jr.; Gulf Coast Assets LLC d/b/a Breath's Boats & Motors; Lawrence Simpson; Judy Simpson; Retreat, Inc.; Dave Phelps; Hao Van Le d/b/a Bluewater Seafood; Le Discount Seafood, Inc.; Namthi Le; Morgan Kirkland; Eddie Burger d/b/a H2O Outfitters; Vickie Nobles; Sea Eagle Fisheries, Inc.; Integrity Fisheries, Inc.; Charles V. Rodriguez, Sr.; Harley D. Bates; Souksavanh Phasadavong; Carden Simcox; Smiling Fish Café, Inc. and Reel Peace, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the that foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2011.

                                              s/ Elizabeth A. Alexander
                                              Elizabeth A. Alexander

902393.1