| | |
|---|---|
| From: | Daniel Becnel |
| Sent: | Wednesday, May 19, 2010 11:27 AM |
| To: | 'jlerner@who.eop.gov' |
| Cc: | 'AJR@FRVF-LAW.com'; 'atc@frvf-law.com'; 'lllvan@frvf-law.com'; 'richard.godfrey@kirkland.com'; 'andrew.langan@kirkland.com'; 'matthew.regan@kirkland.com'; 'egp@preisroy.com'; 'ekf@preisroy.com'; 'kmiller@frilot.com'; 'gilleyg@phelps.com'; 'mcleodm@phelps.com'; 'hmurphy@dkslaw.com' |
| Subject: | Oil Spill in the Gulf of Mexico |

Jeffrey,

I am sorry that you and I have not been able to connect via phone other than in reference to the President's visit.

I have discussed with some of the defendants a proposal I think could serve the President, the Oil Industry, and all of the victims in connection with the BP disaster well:

1) The President should call for a conference at the White House of all defendants and a team of lawyers representing the plaintiffs.
2) The President should ask the defendants to put up a fund of $1 billion and appoint a Special Master or team of Special Masters to allow people who have suffered economic injury such as fishermen, oystermen, seafood businesses, condo owners, etc., to be compensated pending the litigation, with a credit being given to the defendants should the case not settle on a global basis.
3) The President should appoint a Commission to investigate the actions of all parties who can be held responsible, including MMS because numerous suits have now been brought against that federal agency by environmental groups, as well as on behalf of individual plaintiffs.
4) That the criminal investigation into who might be responsible for this tragedy be stayed pending a proposed final resolution acceptable to all parties.
5) That the plaintiffs' lawyers on the negotiating team be weighted between the five states now affected; Louisiana, Texas, Alabama, Mississippi and Florida and/or States that become adversely affected by wind currents or the gulfstream.
6) That the future of the oil industries on the Louisiana and Texas coasts not be threatened by a cessation of all drilling activities and/or production activities insofar as Louisiana and Texas depend on these industries probably one-third of their income in terms of taxation and/or job related to the oil industry.
7) That the President remove "the blame game" from this litigation and be the architect of the solution, weighing the interest of all of the parties involved; oil industry being affected, fishermen, the hospitality industry, and those who have lost loved ones.
8) That the President should immediately attempt to get resolved by settlement and/or mediation through the use of Special Master, the eleven cases of the families who lost loved ones so they can move on, within 90 days. All sides could recommend mediators to be appointed by the Attorney General and/or a Bipartisan Committee of Congress to make recommendation.
9) Lastly, that lawyers be compensated through the use of a separate fund, not out of the proceeds of the economic damage of the people affected.

This is a creative idea of how to handle this case on an expedited basis.

These are my thoughts. I urge you and the President to give immediate consideration to this proposal.

DANIEL E. BECNEL, JR.
Becnel Law Firm, L.L.C.
P.O. Drawer H

1

