## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| 10-1986 (*Robin v. Seacor*) | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## EX-PARTE MOTION TO DISMISS

NOW COME Plaintiffs, Terry G. Robin, *et al*, who through undersigned counsel, moves this Honorable Court to dismiss A.I.G. Insurance Company without prejudice as of non-suit. The named defendant was inadvertently and mistakenly sued in both Plaintiffs' original Complaint and their Supplemental Complaint, and on representing to this Honorable Court that, no responsive pleadings have been filed on behalf of A.I.G. Insurance Company.

Respectfully submitted:

**/s/Lloyd N. Frischhertz**
LLOYD N. FRISCHHERTZ (#5749)
Fritschhertz & Associates
1130 St. Charles Ave.
New Orleans, LA 70130
Telephone: 504-523-1500
Facsimile:   504-581-1670
E-Mail: lfrischhertz@frischhertzlaw.com
Attorneys for Plaintiffs, Terry G. Robin, *et al*,

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

None.

**/s/Lloyd N. Frischhertz**