UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

**ORDER DENYING PLAINTIFFS' MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN DEFENDANT AND PUTATIVE CLASS MEMBERS**

Plaintiffs' Motion to Supervise Ex Parte Communications between Defendant and Putative Class Members Is Denied.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
United States District Judge