UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179 2:10-md-02179 SECTION J |
| PETER TRAN, Plaintiff | § § | Associated Case: 10-3280 |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, LANCE P. BRADLEY and KELLY J. STEWART of the law firm of McPHERSON, HUGHES, BRADLEY, WIMBERLEY, STEELE & CHATELAIN, attorneys of record for PETER TRAN, Plaintiff in the above styled and numbered cause, and file this Motion to Withdraw as Counsel, and would respectfully show unto the Court as follows:

I.

Movants, LANCE P. BRADLEY and KELLY J. STEWART, would show that Plaintiff PETER TRAN no longer wishes to continue the attorney-client relationship with Movants and desires to seek other counsel and has requested that Movants discontinue their representation in the above referenced matter. Therefore, Movants would show that it would be in the best interest of this litigation and of both Plaintiff and Movants to allow said Movants to withdraw as attorney of record for Plaintiff herein.

II.

Movants would show that Movants' last known address for Plaintiff, PETER TRAN, was:

Mr. Peter Ken Tran
7600 Springmeadow
Port Arthur, TX 77642

III.

It is Movants' understanding that Plaintiff has or will be hiring separate counsel; however, Movant has not been notified of who may be undertaking Plaintiff's representation in the instant litigation. Therefore, Movant is providing to Plaintiff, along with a copy of this Motion, copies of the Court's instructions regarding MDL procedures and filing for unrepresented parties.

IV.

This Motion is not filed for the purpose of delay, but in order that justice be done.

WHEREFORE, PREMISES CONSIDERED, LANCE P. BRADLEY and KELLY J. STEWART, attorneys of record for Plaintiff, PETER TRAN, pray that the Court approve this Motion in all things and allow LANCE P. BRADLEY and KELLY J. STEWART to withdraw as counsel for Plaintiff in the above case.

Respectfully submitted,

McPHERSON, HUGHES, BRADLEY,
WIMBERLEY, STEELE & CHATELAIN, L.L.P.
3120 Central Mall Drive
Port Arthur, Texas 77642
Phone: (409) 724-6644
Fax: (409) 724-7585

By: *Kelly Stewart*
KELLY J. STEWART
Texas Bar No. 24056383

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of January, 2011.

*Kelly Stewart*
KELLY J. STEWART