## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN | § | 2:10-md-02179 |
| THE GULF OF MEXICO, | § | |
| ON APRIL 20, 2010 | § | SECTION J |
| | § | |
| PETER TRAN, | § | Associated Case: |
| Plaintiff | § | 10-3280 |

### O R D E R

On this, the _____ day of _____, 2011, came on to be heard the Motion to Withdraw as Counsel in the above entitled and numbered cause; and such Motion having been presented to the Court in due time, manner and form, and it appearing to the Court that such Motion should be granted.

It is accordingly, ORDERED, ADJUDGED and DECREED that the same be and is hereby granted and that LANCE P. BRADLEY and KELLY J. STEWART are hereby withdrawn as counsel of record for Plaintiff, PETER TRAN, 7600 Springmeadow, Port Arthur, TX 77642.

It is further ORDERED, ADJUDGED and DECREED that neither LANCE P. BRADLEY, KELLY J. STEWART, nor the law firm of McPHERSON, HUGHES, BRADLEY, WIMBERLEY, STEELE & CHATELAIN, shall henceforth be responsible for the Plaintiff's representation herein and such attorney and law firm are forevermore relieved from any further obligations to Plaintiff or any other person regarding this case.

SIGNED this the _____ day of _____, 2011.