## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| 10-1986 (*Robin v. Seacor*) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering Plaintiffs' Motion to Dismiss, 10-1986,

IT IS ORDERED that the Motion is **GRANTED**.

Accordingly, Defendant, A.I.G. Insurance Company, is hereby **DISMISSED as of Non-Suit**, without prejudice, with respect to both Plaintiffs' Original Complaint and Supplemental Complaint; each party to bear its own costs.

New Orleans, Louisiana, this __6th__ day of _____January_____, 2011.

_____
United States District Judge