UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on
APRIL 20, 2010

MDL NO. 2179

SECTION J

THIS DOCUMENT RELATES TO
ALL CASES

JUDGE BARBIER
MAG. JUDGE SHUSHAN

\

## OPPOSITION TO MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN BP DEFENDANTS AND PUTATIVE CLASS MEMBERS

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff in the following case, to submit this Opposition Brief:

1. Key West Tiki Charters, Inc. (S.D. Fla., 4:10-cv-10039).

### 1. Introduction, Facts, Law and Conclusion:

The undersigned has received and reviewed the Memorandum in Opposition, filed by attorney Daniel E. Becnel, Jr, dated January 4th, 2011, in related cases: *Bill's Oyster House, LLC, et al* (E.D. La., 10-cv-1308); *Howard Buras* (M.D. La., 10-cv-369 and 10-cv-2994); *Armand's Bristo* (W.D. La., 10-cv-1007 and 10-cv-4489); *Faye Loupe, et al* (E.D. La., 10-cv-2764); *Laura Gautreaux* (E.D. La., 10-cv-1539); *Brent Rodrigue, Sr., et al* (E.D. La., 10-cv-1325); and *Issadore Creppel* (E.D. La., 10-cv-1346); in opposition to the PSC's motion seeking an Order supervising the Release and associated communications from the BP Defendants and their agents, Mr. Feinberg and the Claims Facility, to Plaintiffs and Putative Class Members.

The undersigned, on behalf of its clients, Key West Tiki Charters, Inc., hereby adopts and incorporates the Introduction, Facts, Law and Conclusion, as set forth in attorney Becnel's aforementioned Memorandum in Opposition.

Accordingly, its is respectfully submitted that the "Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members" be, in all respects, denied.

Dated: January 7, 2011

_____
Peter J. Cambs, Sr., Esquire
Parker Waichman Alonso LLP
Florida Bar No. 0084053
3301 Bonita Beach Road
Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 293-9095
Facsimile: (239) 390-0055
E-Mail:  pcambs@yourlawyer.com
Attorney for Key West Tiki Charters, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretial Order No. 12 and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __7th__ day of January, 2011.

_____
Peter J. Cambs, Sr., Esquire