MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 6, 2011

**MJSTAR: 02:03**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**THURSDAY, JANUARY 6, 2011 AT 1:30 P.M.**

CASE MANAGER: Tanya Lee
COURT REPORTER: Toni Tusa

A discovery status conference was held this date before the undersigned.

PRESENT:  See attached sign-in sheet.
Wendy Bloom, Esq. And Theodore Tsekerides, Esq. participated by telephone.