## CONFERENCE ATTENDANCE RECORD

DATE: 1-6-11                               TIME: 1:30

CASE NAME: MDL-2179 "Deepwater Horizon"

DOCKET NUMBER & SECTION: 10-2179-GJB; SS

(STATUS) PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Keith Jarrett | BPXP |
| Andrew Langan | BP XP |
| Carrie Karis | BPXP |
| Deb Kuchler | Anadarko + MOEX |
| Ky Kirby | "            " |
| Dennis Barrow | Dril-Quip |
| Dan Goforth | Transocean |
| Jeff Brett | PSC |
| Jim Roy | PSC /PLC Liason |

## CONFERENCE ATTENDANCE RECORD

DATE: _1-6-11_     TIME: _1:30_

CASE NAME: _MDL-2179 "Deepwater Horizon"_

DOCKET NUMBER & SECTION: _10-2179 - CJB; SS_

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Edwin Preis | Transocean |
| Kerry Miller | Transocean Deepwater |
| Don Godwin | Halliburton |
| Jenny Martinez | Halliburton |
| Alan York | Halliburton |
| Steve Herman | Plaintiffs |
| Soren Gisleson | Plaintiffs |
| Carmelite Bertaut | Cameron |
| Philip Wittmann | Cameron |
| Elizabeth Cabraser | PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: 1-6-11                          TIME: 1:30

CASE NAME: MDL-2179  "Deepwater Horizon"

DOCKET NUMBER & SECTION: 10-2179-CJB;SS

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Duke Williams | IT's |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Pg 3 of 3