**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . .

**UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION**
**MEMORANDUM IN EXCESS OF PAGE LIMITATION**

NOW INTO COURT, through undersigned counsel, come Defendants, BP Exploration & Production Inc., BP Products North America Inc., and BP America Inc. (collectively the "BP Defendants"), who respectfully request leave of this Honorable Court to file the attached Memorandum in Opposition to Plaintiffs' Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members, which exceeds the page limitation established by local rule.  Local Rule 7.8.1E establishes a page limitation of twenty-five (25) pages, and the BP Defendants respectfully request five (5) additional pages, for a total of thirty (30) pages, excluding exhibits.  The length of the pleading is necessary so that the BP Defendants may fully address the complex legal issues raised by Plaintiffs in their Motion.

Undersigned Counsel for the BP Defendants represents that he has spoken with counsel for the Plaintiffs, and that Plaintiffs do not object to the relief sought in this Motion.

WHEREFORE, the BP Defendants respectfully request that this Honorable Court grant them leave to file the attached Memorandum in Opposition to Plaintiffs' Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members, which exceeds the page limitation established by local rule by a total of five (5) pages.

Dated:  January 7, 2011

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

*Attorneys for BP Exploration & Production Inc.,*
*BP Products North America Inc., and*
*BP America Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on January 7, 2011, a copy of the foregoing pleading was served upon all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.


                                            _____/s/Don K. Haycraft_____
                                                 Don K. Haycraft