# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: DEEPWATER HORIZON                        CIVIL ACTION

                                                NO: 10-1156

This order applies to 10-1926                   SECTION: J(1)

## ORDER

Considering Plaintiffs' **Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision or Alternatively, Appointment of a Special Master (Rec. Doc. 328)**, the Court finds that Plaintiffs have not established their factual or legal burden of proving that a temporary restraining order or a preliminary injunction should be issued at this time.

Accordingly, **IT IS ORDERED** that Plaintiffs' **Motion for Temporary Restraining Order and Preliminary Injunction, and for Court Supervision or Alternatively, Appointment of a Special Master (Rec. Doc. 328)** is hereby **DENIED**.

New Orleans, Louisiana, this 23rd day of  July , 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE