# EXHIBIT 9

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:   OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                              MDL NO. 2179 "J"
                                NEW ORLEANS, LOUISIANA
 7                              FRIDAY, NOVEMBER 19, 2010, 9:00 A.M.

 8   THIS DOCUMENT RELATES TO:

 9   ALL ACTIONS

10
     ****************************************************************
11

12           TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
           HEARD BEFORE THE HONORABLE CARL J. BARBIER
13                   UNITED STATES DISTRICT JUDGE

14
     APPEARANCES:
15

16   FOR THE PLAINTIFFS:    DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQUIRE
17                          P. O. BOX 3668
                            556 JEFFERSON STREET
18                          LAFAYETTE, LA  70502

19

20                          HERMAN HERMAN KATZ & COTLAR
                            BY:  STEPHEN J. HERMAN, ESQUIRE
21                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
22

23                          LEGER & SHAW
                            BY:  WALTER J. LEGER, JR., ESQUIRE
24                          600 CARONDELET STREET, 9TH FLOOR
                            NEW ORLEANS, LA 70130
25
```

1  receives this electronic data, it will need to undertake an
2  attorney review of the claims information for each plaintiff
3  received from its database to identify responsive material.
4         So, apparently, the GCCF feels that there is some
5  sort of materials, as described by Mr. Langan, that would not
6  necessarily be responsive or discoverable.
7         MR. LANGAN:  Your Honor, that is correct.
8         MR. HERMAN:  I'm not sure what privilege or immunity
9  would attach, but I guess we'll have to explore that.
10         THE COURT:  Well, I think maybe what he's separating out
11  is their internal deliberations as opposed to the information,
12  the claim and the supporting documentation that the claimant
13  provided.
14         MR. HERMAN:  I think that's --
15         MR. LANGAN:  That is correct, Your Honor.  In other
16  words, the claimant submits his form and any documentation.
17  That's going to be produced.
18         THE COURT:  Right.
19         MR. LANGAN:  But if a claim adjuster in the GCCF is
20  making notes about this, that or the other thing, I mean, that's
21  certainly not something that is subject to discovery.
22         MR. HERMAN:  Why not?  I don't know why it wouldn't be
23  subject to discovery.  I mean, it's not attorney work product.
24  It's not privileged that I know of.  It's an independent review.
25         THE COURT:  Well, what would it be relevant to?