# EXHIBIT 11

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  **04-21542-CIV-MORENO**

FLAGLER AUTOMOTIVE, INC., individually,
and on behalf of all others similarly situated,

     Plaintiffs,

vs.

EXXON MOBIL CORPORATION,

     Defendant.

_____/



FILED by ___ D.C.

AUG 1 4 2006

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING PLAINTIFFS' MOTION TO LIMIT DEFENDANT'S CONDUCT WITH PUTATIVE CLASS MEMBERS

     THIS CAUSE came before the Court upon Plaintiffs' Motion to Limit Defendant's Contact with Putative Class Members  **(D.E. No. 157)**, filed on **December 13, 2005**.

     THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

     **ADJUDGED** that the motion is DENIED.  Simply stated, this Court will not issue an order prior to certifying a class prohibiting the Defendant from contacting non-party witnesses.  Of course, the attorneys shall always abide by the cannons of ethics regarding contact with clients.

     DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of August, 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

The Honorable Magistrate Judge Barry L. Garber

Robert C. Josefsberg, Esq.
Steven A. Medina, Esq.
Frederic G. Levin, Esq.
Troy A. Rafferty, Esq.
Matthew D. Schultz, Esq.
David T. Bright, Esq.
Mikal C. Watts, Esq.
James P. Roy, Esq.
Bob F. Wright, Esq.
Walter C. Thompson, Jr., Esq.
James M. White, III, Esq.
Lloyd W. Gathings, II, Esq.
William Denton, Esq.
Spencer Hosie, Esq.
Bruce Wecker, Esq.
John B. McArthur, Esq.
William F. Large, Esq.
William E. Hoese, Esq.
Ander A Kassof, Esq.
Richard C. Godfrey, Esq.
Leonid Feller, Esq.
Mark S. Lillie, Esq.

Edward Soto, Esq.