UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 2-10-CF-01472-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Omega Protein, Inc. ("Omega"), who moves this honorable Court to quash the Subpoena to Produce Documents, Information, or Objects served by James Kirk Mitchell, et al, represented by Curt D. Marshall with Weitz & Luxenberg, P.C., 700 Broadway, New York, New York 10003. (A copy of the Subpoena Duces Tecum with associated Attachment "A" is attached hereto as "Exhibit 1".)

**GENERAL OBJECTION:**

The information sought in the Subpoena Duces Tecum is considered confidential and proprietary and, to a large extent, is not generally distributed to the public. Accordingly, Omega seeks to have any and all information produced in response to the Subpoena Duces Tecum marked "CONFIDENTIAL", not be used for any purpose other than this litigation, not distributed nor published for the benefit of non-involved third parties, nor distributed to either expert witnesses, lay witnesses, or other parties in this litigation without their agreeing to a Confidentiality and/or Protective Order.

Referencing Attachment "A", the following documents are specifically subject to this Motion:

1. Gross Fish Catch Reports for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 – will be produced upon execution of a Confidentiality and Protective Order;

2. Per Port, Fish Catch Reports for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 – will be produced upon execution of a Confidentiality and Protective Order;

3. Per Captain, Fish Catch Reports for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 - will be produced upon execution of a Confidentiality and Protective Order;

4. Per Boat, Fish Catch Reports for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 - will be produced upon execution of a Confidentiality and Protective Order;

5. Per dock discharge numbers for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 - will be produced upon execution of a Confidentiality and Protective Order;

6. Weekly Fish Catch Reports, per dock and per vessel, for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010.

    **OBJECTION.** Omega does not keep its records on a "weekly" basis. Its fish catch reports are kept on a monthly basis. Accordingly, this Request seeks information not kept in the regular course of business by Omega and Omega should not be caused to create documents to respond to this Request.

7. Gulf of Mexico, Fish Catch Reports, for the years 2005, 2006, 2007, 2008, 2009 and 2010 - will be produced upon execution of a Confidentiality and Protective Order;

    (Second No. 7):
7. Projections for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010 - will be produced upon execution of a Confidentiality and Protective Order;

8. Annual salaries, plus bonuses, for all Omega employees, with the exception of administrative personnel for the years 2005, 2006, 2007, 2008, 2009 and 2010.

    **OBJECTION.** The salaries and wage information of employees of Omega is confidential and protected under the privacy laws of the United States and the State of Louisiana. Furthermore, employees who are not a party to this litigation are not represented and have not been interpled with respect to this request for their individual wage information. Omega employees who may be parties in this litigation have already received their wage information, receiving their regular payroll checks and W-2 statements at the end of each fiscal year. Accordingly, each employee has already received ample documentation of their wage earnings for each of the years set forth.

9. Itemized payroll reports for each Omega employee, with the exception of administrative personnel for the years 2005, 2006, 2007, 2008, 2009 and 2010.

**OBJECTION.** The salaries and wage information of employees of Omega is confidential and protected under the privacy laws of the United States and the State of Louisiana. Furthermore, employees who are not a party to this litigation are not represented and have not been interpled with respect to this request for their individual wage information. Omega employees who may be parties in this litigation have already received their wage information, receiving their regular payroll checks and W-2 statements at the end of each fiscal year. Accordingly, each employee has already received ample documentation of their wage earnings for each of the years set forth.

10. W-2 forms for each Omega employee, with the exception of administrative personnel for the years 2005, 2006, 2007, 2008, 2009 (and 2010, when available).

**OBJECTION.** The salaries and wage information of employees of Omega is confidential and protected under the privacy laws of the United States and the State of Louisiana. Furthermore, employees who are not a party to this litigation are not represented and have not been interpled with respect to this request for their individual wage information. Omega employees who may be parties in this litigation have already received their wage information, receiving their regular payroll checks and W-2 statements at the end of each fiscal year. Accordingly, each employee has already received ample documentation of their wage earnings for each of the years set forth.

Omega Protein, Inc. requests that this honorable Court quash and limit the Subpoena addressed herein, as prayed for, protecting the confidential and private information of employees who have elected not to engage in this litigation nor have any involvement or stake in the outcome of the litigation. Those employees' confidential and private payroll earnings and information should not be published without their specific consent. Omega Protein, Inc. has no way of obtaining that consent, nor has an interest in obtaining said consent, with all employees being laid off at this time during Omega's off-season.

Respectfully Submitted:

BREAUD & MEYERS

*s/Alan K. Breaud*

ALAN K. BREAUD, T.A. No. 3420
Post Office Box 3448
Lafayette, Louisiana 70502
(337) 266-2200
FAX (337) 266-2204
alan@breaudlaw.com
Attorney for Omega Protein, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 2-10-CF-01472-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2011, a copy of the above and foregoing Motion to Quash Subpoena Duces Tecum and for Protective Order, along with the associated Memorandum in Support and Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Alan K. Breaud*

ALAN K. BREAUD