UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MASON MINOR | CIVIL ACTION |
| VS. | NO. 07-3819 "J" |
| ENSCO OFFSHORE COMPANY | MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the parties' Joint Motion for Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be dismissed, with prejudice, with each party bearing its own costs.

THIS ORDER READ AND SIGNED IN CHAMBERS, in New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2009.

_____
DISTRICT JUDGE