UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 2-10-CF-01472-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION TO QUASH SUBPOENA DUCES TECUM AND FOR PROTECTIVE ORDER

MAY IT PLEASE THE COURT:

Movant, Omega Protein, Inc. ("Omega"), submits this Memorandum in Support of the accompanying Motion to Quash Subpoena Duces Tecum and for Protective Order.

Omega has been served with a Subpoena Duces Tecum by Plaintiffs, James Kirk Mitchell, et al, to produce documentation regarding the amounts of Omega's fish catch and the earnings and wages of all of Omega's employees.

Due to the fact that the requested documentation regarding Omega's fish catch (Requests Nos. 1 – 5 and 7 on Plaintiff's Subpoena Duces Tecum) is considered confidential and proprietary and, to a large extent, is not generally distributed to the public, Omega seeks an Order from this Court dictating that the yearly fish catch documentation will be produced upon execution of a Confidentiality and Protective Order by Plaintiff's counsel, agreeing that said documentation shall not be used for any purpose other than this litigation, that the documentation will not be distributed nor published for the benefit of non-involved third parties, nor will it be

distributed to either expert witnesses, lay witnesses or other parties in this litigation without their first agreeing to a Confidentiality and/or Protective Order.

With regard to the requested documentation in item No. 6 of Plaintiffs' Subpoena Duces Tecum, "Weekly Fish Catch Reports, per dock and per vessel, for the years 2005, 2006, 2007, 2008, 2009, up through the end of 2010", Omega does not generate records of "weekly" fish catches and therefore it should not be required to create such documentation for the sole purpose of responding to Plaintiffs' Request.

Finally, with respect to Plaintiffs' Request for documentation referable to the annual salaries, bonuses, payroll reports, and W-2 forms for all Omega employees other than administrative personnel (Requests Nos. 8, 9, and 10 of Plaintiff's Subpoena Duces Tecum), Omega contends that the salaries and wage information of employees of Omega is confidential and protected under the privacy laws of the United States and the State of Louisiana. Employees who are not parties to this litigation are also not represented and have not been interpled with respect to Plaintiffs' request for their individual wage information. Furthermore, Omega employees who may be parties in this litigation have already received their wage information from Omega, having received their regular payroll checks and W-2 statements at the end of each fiscal year. Accordingly, each employee has already received ample documentation of their wage earnings for each of the years set forth and said information may be obtained directly from those employees who are parties in this litigation.

For the reasons set out above, Omega Protein, Inc. prays that its Motion to Quash Subpoena Duces Tecum and for Protective Order be granted, and that the Subpoena Duces Tecum issued by Plaintiffs, James Kirk Mitchell, et al, to Omega Protein, Inc. be quashed,

relieving Omega Protein, Inc. from any obligation related thereto and a Protective Order issued with regard to production of Omega's fish catch documentation.

Respectfully Submitted:

BREAUD & MEYERS

*s/Alan K. Breaud*
_____
ALAN K. BREAUD, T.A. No. 3420
Post Office Box 3448
Lafayette, Louisiana 70502
(337) 266-2200
FAX (337) 266-2204
alan@breaudlaw.com
Attorney for Omega Protein, Inc.
