UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO 2-10-CF-01472-CJB-SS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that undersigned counsel for Omega Protein, Inc., will bring for Hearing Omega Protein, Inc.'s Motion to Quash Subpoena Duces Tecum and for Protective Order on the 2nd day of February, 2011, at 9:30 o'clock a.m.

Respectfully Submitted:

BREAUD & MEYERS

*s/Alan K. Breaud*

_____
ALAN K. BREAUD, T.A. No. 3420
Post Office Box 3448
Lafayette, Louisiana 70502
(337) 266-2200
FAX (337) 266-2204
alan@breaudlaw.com
Attorney for Omega Protein, Inc.