UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Unopposed *Ex Parte* Motion for Leave to File Opposition Memorandum in Excess of Page Limitation, filed by BP Exploration & Production Inc., BP Products North America Inc., and BP America Inc. (collectively the "BP Defendants"),

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the BP Defendants are granted leave to exceed the page limitation requirement by five (5) pages or for a total of thirty (30) pages, exclusive of exhibits; **IT IS FURTHERED ORDERED** that the attached Opposition to Plaintiffs' Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members shall hereby be filed into the record.

New Orleans, Louisiana, this __10th__ day of January, 2011.

_____
United States District Judge