UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION J |
| This document relates to: | JUDGE CARL J. BARBIER |
| WINNIE'S ARTSY CAFÉ, L.L.C. V. BP, PLC, ET AL. | MAG. JUDGE SALLY SHUSHAN |
| CIVIL ACTION NUMBER: 2:10-cv-02820 | |

**O R D E R**

Considering the foregoing Motion to Withdraw and Substitute;

**IT IS ORDERED** that the motion is **GRANTED**, and that Jesse S. George, La. Bar No. 31738 is withdrawn as counsel of record in the above referenced proceeding.

**IT IS HEREBY FURTHER ORDERED** that Natalie M. DeJean, La. Bar No. 32423 and Robin M. Myers, La. Bar No. 32613, of the Murray Law Firm are substituted as additional counsel of record in this matter on behalf of the Plaintiff, Winnie's Artsy Café, L.L.C. d/b/a Mahony's Po-Boy Shop.

New Orleans, Louisiana this 10th day of January, 2011.

_____
United States District Judge