UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*******************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes certain plaintiffs, who respectfully represent that considering the delicate nature of this issue and all of the persons and businesses currently involved in the settlement process, that oral argument will assist in the Court's resolution of the pending Motion to Supervise (Rec. Doc. No. 912) and the several oppositions filed including that of the undersigned counsel (Rec. Doc. No. 948).

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Motion to Supervise set for hearing before this Court.

Respectfully submitted,

this 10th day of January, 2011.

_/s/ Daniel E. Becnel, Jr._____
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)

> BECNEL LAW FIRM, LLC
> P. O. Drawer H
> 106 West Seventh Street
> Reserve, Louisiana 70084
> Telephone: (985) 536-1186
> Facsimile: (985) 536-6445
> E-mail: dbecnel@becnellaw.com
> **Attorneys for Plaintiffs Bill's Oyster House, LLC; Howard Buras, Armand's Bistro, Faye Loup et al.; Laura Gautreaux, Brent Rodrigue, Sr., et al.; and Issadore Creppel**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON January 10, 2011, I electronically served all persons registered with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

  /s/ Daniel E. Becnel, Jr.