AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Gregory John Guindon <br> *Plaintiff* <br> v. <br> BP PLC, et al <br> *Defendant* | MDL 10-2179 <br> Civil Action No. 2:10-cv-04222 J(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP, PLC
c/o CT Corporation Systems
350 North St. Paul Street
Dallas, Dallas County, Texas 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jimmy Williamson
Williamson & Rusnak
4310 Yoakum Boulevard
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 07 2010

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

DALLAS, TEXAS
7201 S. POLK ST.
2010 DEC 14 AM 8:35
CONSTABLE PCT. 1
DERRICK EVANS
RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-04222

Rec'd at 8:35AM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

DEC 1 4 2010

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Return to Court unexecuted Dec. 15, 2010 at 11:00 am. Paper not accepted by C.T. Dill Service of Process. (Not posted at the state) Reason Return See attachment

My fees are $ 70.00 (Attempt for travel and $ _____ for services, for a total of $ 0.00

Service

I declare under penalty of perjury that this information is true.

Date: December 15, 2010

P. Clark - 130
*Server's signature*

P. Clark
*Printed name and title*

1201 So. Polk Ste. 100, Dallas TX 75235
*Server's address*

Additional information regarding attempted service, etc:

DERICK EVANS, CONSTABLE
Dallas County Precinct 1