UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO.2179<br>SECTION J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG.JUDGE SHUSHAN |

### LYONS AND FARRAR LAW FIRM'S OBJECTION TO PLAINTIFFS' MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN DEFENDANT AND PUTATIVE CLASS MEMBERS

The Law Firm of Lyons and Farrar, P.A. ("L&F"), which together with other firms represents hundreds of individuals and business entities affected by the BP Deep Oil Well catastrophe, joins the Becnel Law Firm, Buzbee Law Firm, and others in filing this Objection to Plaintiffs' Motion to Supervise Ex Parte Communications between Defendant and Putative Class Members (Dkt. Entry No. 912).

Lyons and Farrar adopts and incorporates by this reference all of the objections and arguments set forth in support of the Becnel and Buzbee Firms and other objections.

For all of the reasons set forth therein, Lyons and Farrar respectfully requests that the Court deny the Plaintiffs' motion and, alternatively, if the Court enters an order governing the Defendants' or the GCCF's communications with claimants or the general public, that the order exclude claimants represented by counsel from such protection, and that any order simply set basic ground rules for GCCF's communications with unrepresented fund claimants or to the general public.

Respectfully submitted,

_____
DOUGLAS S. LYONS, ESQUIRE
Lyons & Farrar
Fla. Bar No.: 128277
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing LYONS AND FARRAR LAW FIRM'S OBJECTION TO PLAINTIFFS' MOTION TO SUPERVISE EX PARTE COMMUNICATIONS BETWEEN DEFENDANT AND PUTATIVE CLASS MEMBERS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of January, 2011.

Respectfully submitted,

_____
Douglas S. Lyons