UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO.2179 |
| | | SECTION J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG.JUDGE SHUSHAN |

## OBJECTION TO MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN THE BP DEFENDANTS AND PUTATIVE CLASS MEMBERS

NOW INTO COURT, through undersigned counsel, come the following Plaintiffs in case no. 2:10-cv-04204-CJB-SS to submit this objection:

1. Heather Clark
2. Kenneth Clark
3. Derek Payne
4. Mary Gifford Walton
5. Roger Barnhardt

and join the other Plaintiffs represented by Becnel Law Firm, Buzbee Law Firm, and others in filing this Objection to Motion to Supervise *Ex Parte* Communications between the BP Defendants and Putative Class Members (Dkt. Entry No. 912).

Plaintiffs adopt and incorporate by reference all of the objections and arguments set forth in support of the Becnel and Buzbee Firms and other objections.

For all of the reasons set forth therein, Plaintiffs respectfully request that the Court deny the subject motion and, alternatively, if the Court enters an order governing the Defendants' or the GCCF's communications with claimants or the general public, that the order exclude claimants represented by counsel from such order, and that any order simply set basic ground

rules for communications with unrepresented fund claimants and to the general public.

Respectfully submitted,

*/s/ Samuel T. Adams*

SAMUEL T. ADAMS  
Post Office Box 191  
Panama City, Florida 32402-0191  
(850) 785-3469 - office  
(850) 640-1562 - facsimile  
Florida Bar No. 160184

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection to Motion to Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of January, 2011.

*/s/ Samuel T. Adams*

SAMUEL T. ADAMS