UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179<br>2:10-md-02179<br><br>SECTION J |
| PETER TRAN,<br>Plaintiff | § § | Associated Case:<br>10-3280 |

## ORDER

It is accordingly, ORDERED, ADJUDGED and DECREED that the same be and is hereby granted and that LANCE P. BRADLEY and KELLY J. STEWART are hereby withdrawn as counsel of record for Plaintiff, PETER TRAN, 7600 Springmeadow, Port Arthur, TX 77642.

It is further ORDERED, ADJUDGED and DECREED that neither LANCE P. BRADLEY, KELLY J. STEWART, nor the law firm of McPHERSON, HUGHES, BRADLEY, WIMBERLEY, STEELE & CHATELAIN, shall henceforth be responsible for the Plaintiff's representation herein and such attorney and law firm are forevermore relieved from any further obligations to Plaintiff or any other person regarding this case.

New Orleans, Louisiana this 7th day of January, 2011.

_____
United States District Judge