UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | § | MDL Docket No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on April 20, 2010 | § | Section "J" |
| | § | |
| Pleading Applies to: | § | Judge Barbier |
| *Gary Paul, et al. v. BP, PLC, et al* | § | |
| *Case No. 10-cv-3245* | § | Magistrate Shushan |
| | § | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, Plaintiffs Gary Paul and L&H Enterprises, Inc., d/b/a Tackle This Shoot That hereby voluntarily dismiss all claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 12, 2011              Respectfully submitted,

  /s/ Scott E. Poynter
**EMERSON POYNTER LLP**
Scott E. Poynter
AR Bar No. 90077
Christopher D. Jennings
AR Bar. No. 2006306
The Museum Center
500 President Clinton Ave., Ste 305
Little Rock, AR 72201
Phone: (501) 907-2555
Fax: (501) 907-2556

John G. Emerson,
EMERSON POYNTER LLP
TX Bar # 06602600
830 Apollo Lane
Houston, TX 77058

Phone: (281) 488-8854
Fax: (281) 488-8867

M. Clay Ragsdale
517 Beacon Parkway West
Birmingham, AL 35209
Phone: 205-290-6800
Fax: 205-290-6810

D. Michael Chesser
Chesser & Barr
1201 Eglin Parkway
Shalimar, FL 32579
Phone: 850-651-9944
Fax: 850-651-6084

Ken McConnico
Law Offices of Ken McConnico
830 Apollo Lane
Houston, TX 77058
Phone:  281-286-7779
Fax:  713-286-9990

Joe R. Whatley, Jr.
Edith M. Kallas
Whatley, Drake, and Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Phone:  212-447-7070
Fax:    212-447-7077

*Counsel for Plaintiffs Gary Paul, et al*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 12, 2011.

/s/ Scott E. Poynter_____
Scott E. Poynter

2