UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179; CA 10-2771; and CA 10-8888 |
| | SECTION J |
| Applies to: *All Cases in B1 and B3 Pleading Bundles* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

PRE-TRIAL ORDER NO. 24

[Deeming Short-Form Joinders to be filed within the MDL and Limitation]

To facilitate the efficient and effective management and prosecution of the coordinated actions herein, the Clerk of Court has created:

a. Civil Action no. 10-8888 for the **sole** purpose of filing the Claim in Limitation/Short Claim Forms ("Short-Form Joinder").

b. A separate page on the MDL website:

http://www.laed.uscourts.gov/OilSpill/OilSpill.htm entitled FORMS, which provides necessary forms for all claimants.

IT IS ORDERED as follows:

1. Any Short-Form Joinder filed in CA 10-8888 may be filed without payment of a filing fee and shall be deemed to be a simultaneous filing of an answer and claim in CA 10-2771 (the Limitation Action), and an intervention into one or more of the Master Complaints (Rec. Docs. 879 and/or 881) in MDL 2179.

2. Any Short-Form Joinder submitted to the Clerk of Court by April 20, 2011 or postmarked

    by April 20, 2011 shall be deemed filed by the April 20, 2011 monition date set in CA 10-2771 (the Limitation Action) (Rec. doc. 569, p.7).

3. All B1 and B3 claimants shall complete **either** a Short-Form Joinder **or** a Plaintiff Profile Form. If a claimant completes a Short-Form Joinder, the claimant is not required to complete a Plaintiff Profile Form.

4. If a claimant mistakenly files: a Short-Form Joinder or Plaintiff Profile Form for a B1 claim when the claim is a B3 claim or vice versa, the claimant shall not be barred from seeking appropriate relief.

5. Subject to Court approval, the Plaintiffs' Steering Committee ("PSC") will allocate Short-Form Joinders and Plaintiff Profile Forms into appropriate Pleading Bundles.

6. By April 1, 2011, the PSC shall report to the Court on procedures it will employ to facilitate litigation updates to pro se claimants using the Short-Form Joinder.

7. The **only** pleadings to be filed in CA 10-8888 shall be Short-Form Joinders. **No responses or motions shall be filed in CA 10-8888.** All responses and motions regarding Short-Form Joinders shall be filed in response to the appropriate Master Complaints (B1 and B3 Bundles in MDL 2179), and in the Limitation Action, CA 10-2771.

8. Any attorney filing Short-Form Joinders on behalf of more than one claimant must file them separately so that each Short-Form Joinder receives a separate record docket number.

New Orleans, Louisiana, this 12th day of January, 2011.

                                         **CARL J. BARBIER**
                                         **United States District Judge**