IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | C.A. NO. 2:10-mdl-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES
TO MEMBER CASE 2:10-CV-03168

### AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, Tracey Sills Kleppinger, individually, as duly qualified representative of the Estate of Karl Dale Kleppinger, deceased, and as natural mother and next friend of Aaron Thomas Kleppinger, a minor child, as well as all Defendants and Intervening Defendants, and file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Tracey Sills Kleppinger, individually, as duly qualified representative of the Estate of Karl Dale Kleppinger, deceased, and as natural mother and next friend of Aaron Thomas Kleppinger, a minor child, as well as all Defendants

[1]

and Intervening Defendants jointly pray that the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

By: __/s/ *Steve Gordon*__
    STEVE GORDON (Texas Bar No. 08207980)
    GORDON, ELIAS & SEELY, LLP
    sgordon@geslawfirmc.om
    5821 Southwest Freeway
    Suite 422
    Houston, Texas 77057
    (713) 668-9999 – Telephone
    (713) 668-1980 – Facsimile

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

By: __/s/ *Frank A. Piccolo*__
    FRANK A. PICCOLO (02049)
    PREIS & ROY, PLC
    fpiccolo@preisroy.com
    Wesleyan Tower
    24 Greenway Plaza
    Suite 2050
    Houston, Texas 77046
    (713) 355-6062 – Telephone
    (713) 572-9129 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**OF COUNSEL:**

JOHN M. ELSLEY
S.D. Tex. Bar No.: 2828
Royston, Rayzor, Vickery & Williams L.L.P.
711 Louisiana Street, Suite 500
Houston TX 77002
(713)224-8380
(713)225-9945-facsimile
john.elsley@roystonlaw.com

[2]

INNES MACKILLOP
S.D. Tex. Bar No.: 444
RONALD L. WHITE
S.D. Tex. Bar No.: 234
WHITE MACKILLOP & GALLANT P.C.
2200 West Loop South, Suite 1000
Houston, TX 77027
(713) 599-0211
(713) 599-1355
imackillop@wmglegal.com
rwhite@wmglegal.com

EDWARD F. KOHNKE, IV (07824)
nkohnke@preisroy.com
EDWIN G. PREIS, JR. (10703)
epreis@preisroy.com
RICHARD J. HYMEL (20230)
CARL J. HEBERT (06724)
chebert@preisroy.com
PREIS & ROY, APLC
102 Versailles Blvd., Suite 400
Lafayette, Louisiana 70509
(377) 237-6062 -- Telephone
(377) 237-9129 -- Facsimile

GEORGE M. GILLY (6234)
gillyg@phelps.com
EVANS MARTIN MCLEOD (24846)
mcleodm@phelps.com
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
And
MARC G. MATTHEWS
S.D. Tex. Bar No.: 705809
700 Louisiana, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
marc.matthews@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 12 and the procedures established in MDL 2179 on this 12th day of January, 2011.

/s/ *Frank A. Piccolo*
Frank A. Piccolo