IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § C.A. NO. 2:10-MDL-02179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES
TO MEMBER CASE 2:10-CV-03168

### ORDER OF DISMISSAL

BE IT REMEMBERED that on this day came on to be heard before the Court the Agreed Motion to Dismiss with Prejudice. The Court after considering the Motion, evidence, and argument of counsel is of the opinion that same should be granted. It is therefore,

ORDERED that the Agreed Motion to Dismiss with Prejudice is granted and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Tracey Sills Kleppinger, individually, as duly qualified representative of the Estate of Karl Dale Kleppinger, deceased, and as natural mother and next friend of Aaron Thomas Kleppinger, a minor child, are hereby dismissed, with prejudice. Each party is to bear their own respective costs.

SIGNED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT
JUDGE PRESIDING