UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL                CIVIL ACTION
RIG "DEEPWATER HORIZON" IN                 MDL 2179
THE GULF OF MEXICO ON APRIL,
20, 2010

SECTION: J(1)

**ORDER**

Pretrial Order No. 11 (Case Management Order No. 1, Rec. Doc. 569 in MDL 2179) provides that Plaintiffs Liaison Counsel and Defense Liaison Counsel shall meet and confer by January 18, 2011 regarding the potential identification of one or more cases brought against BP as the designated "responsible party" under the Oil Pollution Act of 1990 to serve as test cases for liability and damage issues.

Liaison Counsel for the parties advised the Court that they have met and conferred and together request that the Court move this date from January 18, 2011 to March 15, 2011. The Court grants this request.

Accordingly, **IT IS ORDERED** that Liaison Counsel shall meet and confer regarding OPA test cases by March 15, 2011, and provide an update to the Court at the Status Conference set for March 25, 2011.

New Orleans, Louisiana this 13th day of January, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE