UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL-2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| All Cases | : | |

**STATE OF LOUISIANA'S RENEWED EX PARTE MOTION FOR HEARING ON MOTION TO CREATE GOVERNMENT TRACK**

COMES NOW the State of Louisiana, by and through its Attorney General, James D. "Buddy" Caldwell ("Louisiana"), and hereby states as follows:

1. Louisiana brings this Renewed Ex Parte Motion for Hearing to ask this Honorable Court to allow and set a date certain for oral argument before the Court regarding Louisiana's efforts to establish a separate "Government Track" of cases in this multidistrict litigation. Louisiana's position regarding this very important issue is supported by a wide range of government entities, as addressed below. A swift resolution of this matter is needed at the earliest juncture, particularly considering the implications of the "common benefit fee" issue, whereby the Plaintiffs' Steering Committee ("PSC") stands to obtain a monetary assessment against State recoveries.

2. Louisiana hereby adopts and incorporates its previous and pending filings in this regard. These include Louisiana's Motion for Leave to Request Creation of Separate Government Case Track and the Motion for Creation of Separate Government Case Track and For Appointment of Liaison Counsel incorporated therein (Rec. Doc. 248 with Attachment); and Louisiana's "Ex Parte Motion For Hearing On Motion For Leave And Related Motion For

Creation Of Separate Government Case Track" and incorporated Memorandum in Support thereof (Rec. Doc. 505). Although these issues have been raised to the Court, they have not been resolved to date.

3. In further support, Louisiana refers the Court to those arguments made by the United States (Rec. Doc. 222) and the State of Mississippi (Rec. Doc. 465) in their respective filings supporting the concept of a separate government case track.

4. The Amicus Brief filed by the State of Arkansas and supported by fifteen additional sovereign States in this MDL further supports Louisiana's request (Rec. Doc. 959). A filing along the same lines was recently made by the State of Florida (Rec. Doc. 985). These Amicus Briefs and the arguments set forth therein underscore both the importance of these issues as well as the breadth of their potential legal impact.

5. In addition, the Tenth and Eleventh Amendments of the United States Constitution lend further support to Louisiana's position as set forth in its request.

6. Louisiana further clarifies and amends its previously-filed Motion for Leave to Request Creation of Separate Government Case Track and Motion for Creation of Separate Government Case Track and For Appointment of Liaison Counsel incorporated therein (Rec. Doc. 248 with Attachment) as follows: It is Louisiana's position that each sovereign State should be entitled to designate its own Liaison counsel, rather than there being a singular Government Liaison. At the time of Louisiana's previous filings in this matter, Louisiana was the only sovereign State in this MDL. However, just as the Court has allowed each Defendant to have its own Liaison, each sovereign State should be permitted to represent its own interests. To the extent that prior and pending filings by Louisiana differ from this position, those requests for liaison counsel appointment are hereby clarified such that Louisiana seeks appointment of Allan Kanner, Esq. as Liaison Counsel for Louisiana only.

7. Although this matter has been pending for some time, it has reached a critical juncture because formal discovery, including deposition discovery, is about to commence or is in its opening stages. This Motion thus seeks an expeditious resolution of the matter, so that all parties can move forward with full participation in discovery and motion practice under an arrangement that is free of any lingering questions or confusion about the roles of the various parties and counsel involved.

8. The most recent example of the unfairness of the present arrangement is illustrated by the recent Pre Trial Order #25 clarifying the "Pleading Bundles." The subject of this Order goes to the very heart of this issue. But while the Order was crafted with both the input of the Plaintiff Steering Committee and Defense Liaison Counsel, the input of the State of Louisiana was never solicited and the State was unaware of the ongoing efforts to modify the Pleading Bundle rules.

9. Louisiana hereby requests that this Court specifically except this Motion and the related Motions addressed herein from the requirements of Pre-Trial Order 15 (Rec. Doc. 676), which operates to continue pending motions generally, and that the Court enter an Order setting this matter for hearing and oral argument. A Proposed Order in this regard is attached hereto setting this matter for oral argument on Wednesday, February 2nd, 2011 at 9:30 a.m.

Dated this 13th day of January, 2011.

Respectfully submitted,

James D. "Buddy" Caldwell
Louisiana Attorney General

James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief – Environmental
State of Louisiana
P.O. Box 94005

[K&W Doc 5025]

3

Baton Rouge, Louisiana 70804-9005
Tel: 225- 326-6708
Fax: 225- 326-6797

Kanner & Whiteley, L.L.C.

 /s/ Allan Kanner
Allan Kanner
a.kanner@kanner-law.com
Elizabeth B. Petersen
e.petersen@kanner-law.com
Rebecca J. Davis
r.davis@kanner-law.com
701 Camp Street
New Orleans, Louisiana 70130
Tel: 504-524-5777
Fax: 504-524-5763

Henry Dart, Attorneys at Law P.C.

 /s/ Henry T. Dart
Henry T. Dart, Esq.
hdart@dartlaw.com
Grady J. Flattmann, Esq.
gflattmann@dartlaw.com
510 N. Jefferson St.
Covington, LA 70433
Tel: 985-809-8093
Fax: 985-809-8094

Usry, Weeks, & Matthews, APLC
 /s/ T. Allen Usry
T. Allen Usry, Esq.
ausry@uwmlaw.com
1615 Poydras St., Ste. 12
New Orleans, LA 70112
Tel: 504-592-4600
Fax: 504-592-4641

Shows, Cali, Berthelot & Walsh, LLP.
 /s/ E. Wade Shows
E. Wade Shows
ews@scbllp.com
628 St. Louis Street
Baton Rouge, Louisiana 70802
Tel: 225-346-1461

[K&W Doc 5025]                                  4

[K&W Doc 5025]

Fax: 225-346-1467

Special Counsel to the Attorney General

Marten Law PLLC
/s/ Bradley M. Marten
Bradley M. Marten
bmarten@martenlaw.com
Linda R. Larson
llarson@martenlaw.com
Marten Law PLLC
1191 Second Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206-292-2600
Fax: 206-292-2601

Special Counsel to the Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Renewed Ex Parte Motion For Hearing On Motion To Create Government Track has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2011.

Kanner & Whiteley, L.L.C.

/s/ Allan Kanner
Allan Kanner
a.kanner@kanner-law.com