UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| All Cases | : | |

**ORDER**

CONSIDERING the foregoing State of Louisiana's Renewed Ex Parte Motion For Hearing On Motion To Create Government Track,

IT IS HEREBY ORDERED that Louisiana's aforesaid Motion, and the previous Ex Parte Motion for Hearing on this matter filed by Louisiana (Rec. Doc. 505) are hereby GRANTED; and that as such

IT IS FURTHER ORDERED that Louisiana's Motion for Leave to Request Creation of Government Case Track, and related Motion for Creation of Separate Government Case Track, are set for oral argument before the undersigned on Wednesday the 2nd day of February, 2011 at 9:30 am.

THUS DONE AND SIGNED this____ day of _____ 2011, New Orleans, Louisiana.

HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

[K&W Doc 5025]                                    12