# CONFERENCE ATTENDANCE RECORD

DATE: 1-14-10     TIME: 11:00

CASE NAME: MDL-2179

DOCKET NUMBER & SECTION: In Re: Deepwater Horizons

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Henry T. Dart | State of LA (AG) |
| Jeffry Breit | PSC |
| Jim Roy | PSC - Co-Liaison |
| Steve Herman | " |
| Allan Kanner | State of LA |
| Don Godwin | Halliburton |
| R. Alan York | " " |
| Jenny Martinez | " " |
| Don Haycraft | BP |

# CONFERENCE ATTENDANCE RECORD

DATE: 1-14-2010         TIME: 11am

CASE NAME: MDL-2179

DOCKET NUMBER & SECTION: In Re: DWH

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko + MOEX |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |