# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | x | |
| IN RE:   OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" | : | |
| in the GULF OF MEXICO, | : | SECTION: J |
| on APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| This Document Relates To: | : | MAG. JUDGE SHUSHAN |
| *The Cynthia Joannou Revocable Trust, By Its* | : | |
| *Trustee Cynthia M. Joannou v. BP, PLC, et al.* | : | |
| *Cause No. 10-3075* | : | |
| | x | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, The Cynthia Joannou Revocable Trust, By Its Trustee Cynthia M. Joannou, through undersigned counsel, voluntarily dismisses without prejudice her action (Cause No. 10-3075 in this consolidated matter) against all defendants named in the complaint that was filed on, or about, June 16, 2010. No defendants have filed answers or motions for summary judgment in response to Plaintiffs' complaint, and therefore, stipulation by all defendants is not required. Fed. R. Civ. Proc. 41(a)(1)(A)(i).  Plaintiff does not intend by this voluntary dismissal to waive her right to participate and recover as a class member in any action. No prejudice to any party or class member will result from this dismissal.

DATED:  January 17, 2011                    Respectfully submitted,

                                            **MILBERG LLP**


                                            By: _/s/ Christopher Polaszek__
                                                Christopher Polaszek
                                                cpolaszek@milberg.com
                                                201 North Franklin Street,
                                                Suite 3200,
                                                Tampa, FL 33602
                                                Tel: (813) 637-5713
                                                Fax: (561) 892-8164

                                                  - and -

                                                Andrei V. Rado
                                                Elizabeth S. Metcalf
                                                **MILBERG LLP**
                                                One Pennsylvania Plaza
                                                49th Floor
                                                New York, NY 10119-0165
                                                Tel: (212) 594-5300
                                                Fax: (212) 868-1229

                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2011, I electronically filed the foregoing Plaintiff's

Notice Of Voluntary Dismissal Without Prejudice, with the Clerk of the Court using CM/ECF

system, , and provided notice by and through Lexis Nexis to all counsel of record..


By:  /s/ Christopher Polaszek
Christopher Polaszek