## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG      * | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE      * | | |
| GULF OF MEXICO, on APRIL 20, 2010* | | |
| * | | |
| * | | |
| THIS DOCUMENT RELATES TO:      * | | JUDGE BARBIER |
| * | | |
| ALL CASES      * | | MAG. JUDGE SHUSHAN |
| * | | |

******************************************

### MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMIT

     **NOW INTO COURT** come Plaintiffs, who respectfully submit the instant Motion for Leave to File their Reply Memorandum in Support of their Motion to Supervise *Ex Parte* Communication Between Defendant and Putative Class Members in excess of the page limit. Motions for leave to file replies are routinely granted.  Plaintiff further maintains that leave should be granted to file the Reply in excess of the 10 page limit established by Local Rule 7.8.1E because the exhibits, argument, and law cited by Defendants in their Opposition – as well as the additional issues which have developed or surfaced since the plaintiffs' motion was originally filed – require a lengthier than normal response.  Moreover, Defendant's 30 page Opposition exceeded the 25 page limit.   Finally, Plaintiffs have made a good faith effort to keep the Reply as short as practicable given the subject matter.

**WHEREFORE** Plaintiffs respectfully request that the above requested relief be granted.

This 17th day of January, 2011.

Respectfully submitted.

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Soren E. Gisleson,** La. Bar No. 26302 | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2011.

/s/ James Parkerson Roy and Stephen J. Herman