Case 2:10-md-02179-CJB-DPC   Document 993   Filed 01/17/11   Page 1 of 2
Case 2:10-cv-04272-CJB-SS   Document 3-4   Filed 11/10/10

RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

OCTA J. BONIN and NORMA JEAN BONIN )
)
_Plaintiff_ )
) MDL 10-2179 J(1)
v. )
) Civil Action No. 10-4272
BP AMERICA PRODUCTION COMPANY, ET AL )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BP AMERICA PRODUCTION COMPANY
through their registered agent:
CT Corporation System,
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA, 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian C. Colomb
556 Jefferson St., Ste. 500
Lafayette, LA 70501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

_Stephanie Kall_
Deputy clerk's signature

Date: __Nov 10 2010__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America Prod Co.
was received by me on *(date)* 11-17-10.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Baso , who is
designated by law to accept service of process on behalf of *(name of organization)* CT Corp, agent
for BP America on *(date)* 11-17-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/17/10

*Server's signature*

Jeffrey Brown / PPS
*Printed name and title*

BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

*Server's address*

Additional information regarding attempted service, etc: