OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 01/17/2011

Troy Wetzel, et al

vs.

Transocean, et al

Case No. 10-md-2179 Applies To: 10-1222   Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Anadarko Petroleum Corporation thru their Registered Agent, CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
2. (name) Weatherford International, LTD
   (address) 515 Post Oak Blvd., #600, Houston, TX 77027
3. (name) Weatherford International, Inc.
   (address) 515 Post Oak Blvd., #600, Houston, TX 77027
4. (name) Dril-Quip, thru their Registered Agent: Jerry M. Brooks
   (address) 701 Poydras St., Ste. 375, New Orleans, LA 70139

Very truly yours,

James M. Garner

"Signature"

Attorney for  Mark S. Tayamen, Sr.

Address  909 Poydras St., 28th Floor, New Orleans, LA 70112

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 01/17/2011

Troy Wetzel, et al

vs.

Transocean, et al

Case No. 10-md-2179 Applies To: 10-1222   Section J

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Triton Asset Leasing GMBH, thru their Registered Agent: Frank A. Piccolo, Preis & Roy
   (address) Weslyan Tower, 24 Greenway Plaza, Ste. 2050, Houston, TX 77046
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

James M. Garner
Digitally signed by James M. Garner
DN: cn=James M. Garner, o=Sher Garner Cahill Richter Klein and Hilbert, ou, email=jgarner@shergarner.com, c=US
Date: 2011.01.17 14:30:29 -06'00'

"Signature"

Attorney for   Mark S. Tayamen, Sr.

Address   909 Poydras St., 28th Floor, New Orleans, LA 70112