```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: **01/17/2011**

**Phillips**

vs.

**BP America Production Company, et al**

Case No. **10-md-2179 Applies To: 10-1620**   Section **J**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Anadarko Petroleum Corporation thru their Registered Agent, CT Corporation System**
   (address) **5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808**
2. (name) **Anadarko E & P Company LP  thru their Registered Agent, CT Corporation System**
   (address) **5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808**
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

**James M. Garner**
*Digitally signed by James M. Garner*
*DN: cn=James M. Garner, o=Sher Garner Cahill Richter Klein and Hilbert, ou, email=jgarner@shergarner.com, c=US*
*Date: 2011.01.17 14:30:20 -06'00'*

"Signature"

Attorney for **Mark S. Tayamen, Sr.**

Address **909 Poydras St., 28th Floor, New Orleans, LA 70112**