OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 01/17/2011

Decatur Hotels, L.L.C.

vs.

BP, plc et al

Case No. 10-md-2179 Applies To: 10-1767    Section J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Anadarko Petroleum Corporation thru their Registered Agent, CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
2. (name) Anadarko E & P Company LP thru their Registered Agent, CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

James M. Garner
"Signature"

Attorney for  Mark S. Tayamen, Sr.

Address  909 Poydras St., 28th Floor, New Orleans, LA 70112