OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 01/17/2011

Boettner

vs.

BP, plc et al

Case No. 10-md-2179 Applies To: 10-1764   Section  J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint)[1] (other : _____ ) to the following:

1. (name) Anadarko Petroleum Corporation thru their Registered Agent, CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808

2. (name) Anadarko E & P Company LP thru their Registered Agent, CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

James M. Garner
Digitally signed by James M. Garner
DN: cn=James M. Garner, o=Sher Garner Cahill Richter Klein and Hilbert, ou, email=jgarner@shergarner.com, c=US
Date: 2011.01.17 14:30:20 -06'00'

"Signature"

Attorney for   Mark S. Tayamen, Sr.

Address   909 Poydras St., 28th Floor, New Orleans, LA 70112