AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Gregory John Guindon | ) | |
| *Plaintiff* | ) | MDL 10-2179 J(1) |
| v. | ) | Civil Action No. 2:10-cv-04222 |
| BP PLC, et al | ) | |
| *Defendant* | ) | |

RECEIVED 2010 DEC 17 AM 9:12 CONSTABLE PRECINCT 5 TRAVIS COUNTY, TEXAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean Offshore Deepwater Drilling, L.L.C.
c/o Capitol Corporate Services, Inc.
800 Brazos, Suite 400
Austin, Travis County, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jimmy Williamson
Williamson & Rusnak
4310 Yoakum Boulevard
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Dec 07 2010__

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

210/70

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-04222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

CONSTABLE BRUCE ELFANT
P. O. BOX 1748
AUSTIN TEXAS 78767

Date: _____      _____
                           *Server's signature*

                           _____
                           *Printed name and title*

                           _____
                           *Server's address*

Additional information regarding attempted service, etc:

Cause No.: 210CV04222    { }   United States District Court for the
                         { }   EASTERN DISTRICT of LOUISIANA
Plaintiff:               { }
GREGORY JOHN GULINDON

Defendant:
BP PLC ET
AL

## Officer's Return

Came to hand December 17, 2010 at 9:12 A.M. and UNEXECUTED in Travis County, Texas, on December 20, 2010 at 3:25 P.M. BY ATTEMPTING TO DELIVER to TRANSOCEAN OFFSHORE DEEPWATER BY ATTEMPTING TO DELIVER to its registered agent, Capitol Services, at 800 Brazos St., 4th floor, Austin, Travis County, Texas 78701, BY ATTEMPTING TO DELIVER to LIZ GRAHAM, designated agent for service, a true copy of the SUMMONS IN A CIVIL ACTION together with an accompanying true copy of the Plaintiff's COMPLAINT.

UNEXECUTED – PER LIZ GRAHAM AT CAPITOL SERVICE ABOVE DEFENDANT IS NOT THEIR REGISTERED AGENT. – RETURNED TO COURT UNEXECUTED

Bruce Elfant,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Lydia M. Barron, Deputy