UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

In light of Pretrial Orders 24 and 25 (Rec. Docs. 982 and 983 in MDL 2179) which announced an agreed-upon Short-Form Joinder Form (Pretrial Order 25, Exhibit 3),

**IT IS ORDERED** that Plaintiffs' Motion to Adopt Short-Form Pleading (Rec. Doc. 882) be **DENIED AS MOOT**.

New Orleans, Louisiana this 18th day of January, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE