UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*******************************************

## ORDER

**Considering** the plaintiffs' Motion for Leave to File Reply in Excess of Page Limit,

**IT IS ORDERED** that the motion be and is hereby GRANTED, and that the Clerk of Court is directed to accept for filing Plaintiffs' Reply Memorandum in Support of their Motion to Supervise *Ex Parte* Communication Between Defendant and Putative Class Members.

**Signed** this 18th day of January, 2011, in New Orleans, Louisiana.

_____
United States District Judge