UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG   * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE   * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
| * | |
| *Relates to All Cases in Pleading Bundle B2*   * | JUDGE BARBIER |
| * | |
| * | MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

Upon stipulation of the Plaintiff Steering Committee, through Plaintiffs Liaison Counsel, and Counsel for the BP Defendants, and to facilitate the efficient management of the above-captioned litigation:

**IT IS ORDERED** that:

1. The deadline for the filing of Plaintiffs' Consolidated Class Action Complaint and RICO Case Statement asserting claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") (Pleading Bundle "B2") is extended until Monday, January 24, 2011.

2. Defendants who are named in the Consolidated Class Action Complaint shall have until Monday, February 28, 2011, to answer or otherwise respond.[1]  In the event that a defendant files a

---

[1] Claims against other persons or entities who may have been previously named as defendants in any pre-existing complaints subject to transfer, consolidation and/or coordination within the above-captioned MDL shall be stayed as to those previously named defendants with respect to any RICO claims.

Rule 12 Motion, the Memorandum in Support shall be no more than fifty (50) pages.

      3. Any Opposition to a Motion to Dismiss shall be due on or before Monday, March 28, 2011, and shall be no more than fifty (50) pages.

      4. Any Reply Brief shall be due by Monday, April 25, 2011, and shall be no more than twenty-five (25) pages.

      SIGNED this 18th day of January, 2011, in New Orleans, Louisiana.

_____
United States District Judge