UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | SECTION: "J" |
| of Mexico, on April 20, 2010 | * | |
| | * | |
| Applies to: *10-1502* | * | JUDGE: BARBIER |
| | * | MAGISTRATE: SHUSHAN |
| *    *    *    *    *    *    *    * | | |

### ANSWER OF WEATHERFORD U.S., L.P. TO COMPLAINT AND AMENDED COMPLAINT OF KARL W. RHODES

**NOW INTO** COURT, through undersigned counsel, comes Weatherford U.S., L.P. ("WUS") and who for purposes of responding to the Complaint of Karl W. Rhodes as amended by plaintiff's First Supplemental and Amended Complaint, on information and belief avers as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

And now answering more particularly the numbered allegations of the Complaint:

**I.**

The allegations contained in Paragraphs 1, 4, 5, 7, 8, 10, 13, 15, 16, 17, and 19 are denied for lack of sufficient information upon which to base a belief therein.

**II.**

The allegations contained in Paragraphs 11, 14, and 20 are denied.

**III.**

With respect to the allegations contained in Paragraph 2, it is admitted, that as plaintiff has stated his case, the Court has subject matter jurisdiction as alleged by plaintiff.

**IV.**

With respect to the allegations contained in Paragraph 3, it is admitted, that plaintiff has attempted to name the parties as listed in the paragraph as defendants. The allegations contained in subparagraphs (A) – (M) and (O) are denied for lack of sufficient information upon which to base a belief therein. With respect to the allegations contained in subparagraph (N) it is denied, that WUS is a foreign corporation. It is admitted that WUS does business within the State of Louisiana.

**V.**

The allegations contained in Paragraph 6 of the Complaint call for a legal conclusion, and as such, this defendant should not be required to answer. However, should a answer be deemed necessary, then they are denied for lack of sufficient information upon which to base a belief therein.

**VI.**

The allegations contained in Paragraphs 9 and 12 are denied as they might apply to WUS, and otherwise are denied for lack of sufficient information upon which to base a belief therein.

**VII.**

The allegations contained in Paragraph 18 lack specificity and are ambiguous and are denied for lack of sufficient information upon which to base a belief therein.

**THIRD DEFENSE**

Nothing that WUS did or failed to do in any way caused or contributed to plaintiff's accident and injuries, but rather, his accident and injuries were caused by his own fault or neglect which acts as a bar and/or mitigation of any damages that he might be entitled to recover.

**FOURTH DEFENSE**

If, in fact, plaintiff was injured as complained of, which is denied, then those injuries and his accident were caused by the acts or omissions of third parties, or unseaworthy conditions attributable to third parties over whom this defendant has no control nor for whom this defendant can have any responsibility in law or in fact.

WHEREFORE, WUS prays that its answer be deemed good and sufficient and after due proceedings had, there be judgment in its favor, dismissing plaintiff's claims and for all costs of these proceedings.

Respectfully submitted:

*/s/  Glenn G. Goodier*

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8174
Facsimile:  (504) 589-8174
E-mail:  ggoodier@joneswalker.com;
rbertram@joneswalker.com;
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone:  (337) 262-9024
E-mail:  mlemoine@joneswalker.com;
grusso@joneswalker.com;
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*
GLENN G. GOODIER