UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: "J" |
| Applies to: *10-03815* | * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |
| *  *  *  *  *  *  * | * | |

### ANSWER OF WEATHERFORD U.S., L.P. TO COMPLAINT OF KENNETH ROBERTS

**NOW INTO** COURT, through undersigned counsel, comes Weatherford International, Inc. ("WII") and who for purposes of responding to the Complaint filed by Kenneth Roberts, on information and belief avers as follows:

#### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

#### SECOND DEFENSE

And now answering more particularly the numbered allegations of the Complaint:

{N2250982.1}   1

**I.**

The allegations contained in Paragraph 1, subparagraph (a) – (e) and (g) – (j) are denied for lack of sufficient information upon which to base a belief therein.  With respect to the allegations contained in subparagraph (f), they are ambiguous as the term "and/or" is disjunctive.  However, It is admitted that WII is a foreign corporation.  The remaining allegations of the subparagraph are denied.

**II.**

The allegations contained in Paragraphs 2, 3, 4, 5, 6, 7, 9, 10, 12, 13, 15, and 17 are denied for lack of sufficient information upon which to base a belief therein.

**III.**

The allegations contained in Paragraphs 8, 14, 16, 18, and 19 are denied.

**THIRD DEFENSE**

Nothing that WII did or failed to do in any way caused or contributed to plaintiff's accident and injuries, but rather, plaintiff's accident and injuries were caused by his own fault and neglect which acts as a bar and/or mitigation of any damages that plaintiff might be entitled to recover.

**FOURTH DEFENSE**

If, in fact, plaintiff was injured as complained of, which is denied, then those injuries and the accident were caused by the acts or omissions of third parties, or unseaworthy conditions attributable to third parties over whom this defendant has no control nor for whom this defendant can have any responsibility in law or in fact.

WHEREFORE, WII prays that its answer be deemed good and sufficient and after due proceedings had, there be judgment in its favor, dismissing plaintiff's claims and for all costs of these proceedings.

Respectfully submitted:

*/s/ Glenn G. Goodier*

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8174
Facsimile:  (504) 589-8174
E-mail:  ggoodier@joneswalker.com;
rbertram@joneswalker.com;
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana  70501-5100
Telephone:  (337) 262-9024
E-mail:  mlemoine@joneswalker.com;
grusso@joneswalker.com;
dlongman@joneswalker.com

*Counsel for Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*
GLENN G. GOODIER