# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: "J" |
| Applies to: *10-03066* | * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |
| *   *   *   *   *   *   * | * | |

## WEATHERFORD INTERNATIONAL, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR INSUFFICIENCY OF PROCESS AND SERVICE OF PROCESS OF THE COMPLAINT OF MELINDA ANNE BECNEL

**NOW INTO COURT**, through undersigned counsel, comes Weatherford International, Ltd. ("WIL"), who moves this Honorable Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss this action on the grounds that this Court lacks personal jurisdiction over defendant, WIL. WIL also moves this Honorable Court, pursuant to Rules 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure, to dismiss this action on the grounds that plaintiff has failed to properly effect service of process on WIL via the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. The reasons supporting this Motion are more fully set forth in the attached Memorandum in support and, the supporting declaration.

{N2251348.1}

1

Respectfully submitted:

*/s/ Glenn G. Goodier*

GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
E-mail: ggoodier@joneswalker.com;
rbertram@joneswalker.com;
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
600 Jefferson Street, Suite 1600
Lafayette, , Louisiana 70501-5100
Telephone: (337) 262-9024
E-mail: mlemoine@joneswalker.com;
grusso@joneswalker.com;
dlongman@joneswalker.com

*Counsel for Weatherford International, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*
GLENN G. GOODIER