UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: "J" |
| | Applies to: *10-03066* | * * | JUDGE: BARBIER MAGISTRATE: SHUSHAN |

\* \* \* \* \* \* \* \*

### NOTICE OF HEARING

Pursuant to the Pretrial Order No. 11 (Case Management Order No. 1) (R.Doc. 569), the Court will set a date for hearing of this Motion when the Court deems appropriate.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174
E-mail: ggoodier@joneswalker.com;
rbertram@joneswalker.com;
lsannino@joneswalker.com

        MICHAEL G. LEMOINE, T.A. (#8308)
        GARY J. RUSSO (#10828)
        DOUGLAS C. LONGMAN, JR. (#8719)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre
        600 Jefferson Street, Suite 1600
        Lafayette, , Louisiana  70501-5100
        Telephone:  (337) 262-9024
        E-mail:  mlemoine@joneswalker.com;
        grusso@joneswalker.com;
        dlongman@joneswalker.com

        *Counsel for Weatherford International, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on November 1, 2010.

        */s/ Glenn G. Goodier*
        GLENN G. GOODIER