

**HERMAN HERMAN KATZ & COTLAR**
L.L.P.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

Weatherford International Ltd.
515 Post Coast Blvd.
Houston, TX 77027

7007 1490 0003 3112 1700

Exhibit "A"