## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 USC § 1746

My name is Joseph C. Henry and I hold the position of Vice President with Weatherford International Ltd and make this Declaration pursuant to my personal knowledge.

Weatherford International Ltd. ("WIL") is a corporation organized under the laws of Switzerland. Its registered address and principal office is located at Rue Bartholoni 4-6, Geneva 1204, Switzerland.

WIL is a holding company and has no employees in the United States of America. WIL pays no taxes in the United States of America. WIL is not registered or qualified to do business in any state of the United States of America.

WIL does not sell products or perform services in the United States of America. WIL does not advertise or solicit business in the United States of America. WIL has no office in the United States of America from which it conducts commercial business operations nor any telephone numbers in the United States of America for conducting commercial business operations.

WIL provided no products, equipment or services with respect to the Macondo Well.

Weatherford International, Inc. and Weatherford U.S., L.P. are separate legal entities from WIL. WIL is not a partner in the limited partnership, Weatherford U.S., L.P. WIL does not own directly any of the stock of Weatherford International, Inc. WIL has no agent for service of process at 515 Post Oak Boulevard, Houston, Texas 77027. WIL has no agent for service of process in the United States authorized to accept service of the pleadings filed in connection with any of litigation arising out of or related to the Deepwater Horizon incident that

Exhibit "B"

occurred on April 20, 2010. Neither Weatherford International Inc. nor Weatherford U.S. LP are authorized to accept service of process for WIL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 17th day of January, 2011.

_____