

**Exhibit "A"**