

## Anh 'Joseph' Cao helping Vietnamese with oil spill claims

Published: Wednesday, January 12, 2011, 9:30 AM

 By **The Associated Press**

Former U.S. Rep. **Joseph Cao** of New Orleans is back in the public eye, accompanying the administrator of **the $20 billion BP oil spill compensation fund** along the Gulf Coast where **Kenneth Feinberg** is facing **questions and complaints about the claims process**.



**View full size**

Patrick Semansky, The Associated Press

Former U.S. Rep. Anh 'Joseph' Cao, center, speaks with BP oil spill fund claimant Kim Chauvin, left, and Cao aide Murray Nelson, right, after a town hall meeting in Houma on Tuesday.

After losing his re-election bid last year, Cao is practicing law again. However, he emphasized Tuesday that he is not acting as legal counsel for the fund or for claimants. Rather, he will be **a liaison for Vietnamese** who are having trouble understanding or dealing with collecting on claims.

Slow payment is one problem he has been hearing about so far. Another is that some who are directly affected by the spill -- commercial fishers, for example -- have been getting little or no money, while those who aren't directly affected, such as nail salon owners or hair dressers, are getting paid more money more quickly.

"There is still a problem of language, obviously," said Cao, who fled Vietnam when he was 8 years old as Saigon was falling to the communists. He said he plans to post news articles and speak on radio and television stations that cater to the Vietnamese community in order to help get information out.

He declined to discuss his fee.

An unexpected winner in the hurricane-delayed fall elections of 2008, Cao, a Republican, defeated longtime incumbent Democrat William Jefferson, who was facing federal corruption charges at the time and was later convicted. He was defeated for re-election in November by Cedric Richmond, a state representative and a

EXHIBIT 7

Democrat who was endorsed by President Barack Obama.

Cao first rose to prominence in Louisiana as an activist in a Vietnamese community in eastern New Orleans that was hit hard by Hurricane Katrina in 2005. The Gulf oil spill brought more hardship for that community and southeast Asians all along the Gulf coast.

He made clear Tuesday that he's still interested in public office.

"I do foresee myself running for future offices. When and what at this point remains uncertain," he said.

*Kevin McGill of The Associated Press wrote this report.*

© 2011 NOLA.com. All rights reserved.