UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) Civil Action No. 10-4182 ) STATE OF ALABAMA *ex rel.* Troy King, ) Attorney General vs. BP, PLC, et al. ) | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

## ORDER

It is accordingly, ORDERED, ADJUDGED AND DECREED that the same be and is hereby granted and that Attorney General Luther Strange is substituted for Attorney General Troy King and the caption of this action should be amended to identify "State of Alabama *ex rel.* Luther Strange, Attorney General" as Plaintiff.

Dated this _____ day of January 2011.

_____
United State District Judge