**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the GULF  OF MEXICO, ON APRIL 20, 2010 | )  )  )  )  ) |

MDL NO. 2179

SECTION: "J"

JUDGE CARL J. BARBIER

MAG. JUDGE SALLY SHUSHAN

THIS DOCUMENT RELATES TO:
    Civil Action No. 10-4183
    STATE OF ALABAMA *ex rel.* Troy King,
    Attorney General vs. TRANSOCEAN, LTD,
    et al.

**MOTION TO SUBSTITUTE PARTIES AND AMEND CAPTION**

COMES NOW Plaintiff State of Alabama, ex rel. Troy King, Attorney General, by its attorneys, who move the Court for an Order to Substitute Parties and Amend Caption.

Attorney General Luther Strange was inaugurated into office on Monday, January 17th, 2010. Attorney General King ceases to hold office. According to Fed. R. Civ. P. 25(d), Attorney General Strange should be substituted as party, and later proceedings should be in his name.

Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties to the action. Accordingly, if the motion to substitute plaintiffs is granted as according to Fed. R. Civ. P. 25(d), the caption of this action should be amended to identify, "State of Alabama ex rel. Luther Strange, Attorney General" as the Plaintiff, in compliance with Fed. R. Civ. P. 10(a).

For the foregoing reasons, Plaintiff respectfully requests that this Court grant its (1) motion to substitute Plaintiff's derivative party Attorney General Luther Strange for Attorney

General Troy King and (2) motion to amend caption accordingly and grant such other and further

relief as the Court deems just and proper.

Dated this <u>19th</u> day of <u>January</u>, 2011.

Respectfully submitted by,

*s/Rhon E. Jones*
Jere L. Beasley (ASB-1981-A35J)
Rhon E. Jones (ASB-7747-E52R)
David B. Byrne, III (ASB-2198N77D)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of January, 2011.

*s/Rhon E. Jones*