**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: "J"  JUDGE CARL J. BARBIER  MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: Civil Action No. 10-4182 STATE OF ALABAMA *ex rel.* Troy King, Attorney General vs. BP, PLC, et al. | | |

<u>**MOTION TO WITHDRAW**</u>

COMES NOW, Jere L. Beasley, Rhon E. Jones, David B. Byrne, Robert F. Prince, and Joshua P. Hayes, attorneys, and respectfully request this Court for its Order allowing them to withdraw as counsel for Plaintiff State of Alabama *ex rel.* Troy King, Attorney General.  As grounds for this Motion, attorneys state the following:

Attorney General Luther Strange was inaugurated into office on Monday, January 17th, 2010.  Attorney General Strange has instructed that outside counsel will not be needed and that Attorney General Strange will appear on behalf of the State.

WHEREFORE, Attorneys Jere L. Beasley, Rhon E. Jones, David B. Byrne, Robert F. Prince, and Joshua P. Hayes respectfully request that the Court allow them to withdraw as counsel for Plaintiff State of Alabama.

Dated this 19th day of January, 2011.

Respectfully submitted by,

*s/Rhon E. Jones*
Jere L. Beasley (ASB-1981-A35J)

Rhon E. Jones (ASB-7747-E52R)
David B. Byrne, III (ASB-2198-N77D)
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (facsimile)


*s/Robert F. Prince*
Robert F. Prince (ASB-2570-C56R)
Joshua P. Hayes (ASB-4868-H68H)
Prince Glover Law
Post Office Box 20149
Tuscaloosa, AL 35402-0149
(205) 345-1234
(205) 752-6313 (facsimile)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of January, 2011.


*s/Rhon E. Jones*