**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**SECOND MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN SUBPOENAED ITEMS AND AS TO CERTAIN NON-EVIDENTIARY ITEMS**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations set forth in Pretrial Order No. 1 to certain non-evidentiary items of equipment.

This Motion is a follow-on and a close cousin to the motion brought by BP (without objection) that produced this Court's November 19, 2010, Order.  *See* Record Doc. No. 780.  The November 19 Order governs the disposition of various equipment items that were deployed to and then recovered from the seabed and the water column near the site of Mississippi Canyon Block #252 well #2.  BP now brings this motion to govern similarly two separate categories of equipment that were formerly associated in some fashion with BP's spill response:

    (1)       equipment items BP never used or even moved offshore in its response to the *Deepwater Horizon* incident; and

    (2)       equipment items that represent installation aids, rigging, tooling or the like associated with the *Deepwater Horizon* incident only because of their use as aids in deploying and/or retrieving one or more equipment items addressed in the Court's November 19, 2010, Order.

For the reasons more fully set forth in the attached Memorandum in Support, BP respectfully submits that its Motion should be granted so that BP may reuse, recycle, or otherwise dispose of these equipment items that lack significant evidentiary value. BP proposes in its Motion that, out of an abundance of caution all such items be photographed and made available for inspection by each party to this litigation for a period of no less than five (5) business days prior to reuse, recycling, or other disposition by BP. Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000

***Attorneys for BP America Inc., BP America
Production Company, and BP Exploration &
Production Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft

Don K. Haycraft