# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 1 | PART NO.: H205593-1 LATCH CAP TEST FIXTURE | Test Fixture for Latch Cap and Flange Transition Spool | 1 | N/A | ASCO |
| 2 | PART NO.: H204412-1 LATCH CAP ASSEMBLY | GE Latch Cap Assembly | 1 | N/A | ASCO |
| 3 | 21 1/2" OD QUALITEE HOT TAP ASSEMBLY (SPECIAL) | QCS Saddle Clamp | 1 | N/A | ASCO |
| 4 | SHIPPING SKID | GE Latch Cap Shipping Skid | 1 | N/A | ASCO |
| 5 | SPREADER BAR | GE Latch Cap Spreader Bar | 1 | N/A | ASCO |
| 6 | RING | GE Latch Cap Lifting Frame | 1 | N/A | ASCO |
| 7 | PALLET OF SLINGS | GE Latch Cap Slings | Multi | N/A | ASCO |
| 8 | FLEX JOINT | Flex Joint Overshot (FJO) | 1 | N/A | ASCO |
| 9 | VALVE SERIAL NO.: 111663797-01 | 3" Cameron 15k gate valves with actuators | 1 | N/A | ASCO |
| 10 | VALVE SERIAL NO.: 111628757-01 | 3" Cameron 15k gate valves with actuators | 1 | N/A | ASCO |
| 11 | PN# 963100A10 - SADI SKID | Dispersant Pump Unit and Battery Charger (Skid) | 1 | N/A | ASCO |
| 12 | CRATE WITH THE FOLLOWING ITEMS:  1 - MAZZEI INJECTOR 5 - HOT STUBS  3 - PIPE SPOOLS WITH FLANGES 1 - SMALL CARDBOARD BOX OF SPARES 3 - STAINLESS STEEL TUBING | SADI System Crate w/ Venturi and Parts | 1 | N/A | ASCO |
| 13 | 55 GALLON DRUM - COREXIT EC9500A - NALCO, NALCO LOT NO: SLOF1240 OIL SPILL DISPERSANT AO | 55 Gal Drum with dispersant | 1 | N/A | ASCO |
| 14 | REEL W/DISPERSANT HOSE | CVI (Italian Hoses) | 1 | N/A | ASCO |
| 15 | REEL W/DISPERSANT HOSE | CVI (Italian Hoses) | 1 | N/A | ASCO |
| 16 | REEL W/DISPERSANT HOSE | CVI (Italian Hoses) | 1 | N/A | ASCO |
| 17 | REEL W/DISPERSANT HOSE | CVI (Italian Hoses) | 1 | N/A | ASCO |
| 18 | REEL W/DISPERSANT HOSE | CVI (Italian Hoses) | 1 | N/A | ASCO |
| 19 | 170" DIA. SFL REEL & CRADLE W/STANDED COILED TUBING DRIVE HUB S/N# OII-OPG-SFL-02 ON REEL IS 3 - 400 SECTIONS BLACK HOSE 2 - 100 SECTIONS GREEN HOSE | 15' Diameter Reel with Dispersant Hose | 1 | N/A | ASCO |
| 20 | PN# 0963-320-10400 - VALVE ACCTUATOR | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 21 | PN# FM400DCAF25 - FACE SHIELD | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 22 | PN# VCHSW2400VC - CHECK VALVE | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 23 | 24XL - SAFETY GLOVES | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 24 | PN# 963-340-A1000 - WINCH WITH FRAME | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 25 | ALUMINUM SUPPORTS | Wooden Box Labeled "SADI SYSTEM" | 9 | N/A | ASCO |
| 26 | PN# 0963620D11031 - BEAD RING SIXE 28 BELLOWS | Wooden Box Labeled "SADI SYSTEM" | 9 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 27 | PN# VCHSCKS150VTNCPV - CHECK VALVE PVC, VIT SEAL 1.5" NPT COATED SS SPIRAL PLAST-O-MATIC | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 28 | PN# FF1924448 - HYDRAULIC FILTER ELEMENT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 29 | PN# FSP-924452Q - 5Q ELEMENT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 30 | PN# FSP-924453Q - 10Q ELEMENT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 31 | PN# 0963-620-D11007 - COMPENSATOR GASKET | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 32 | PN# 0963-620-D11004 - END CAP GASKET | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 33 | PN# EE-9162 - CABLE SM 7 THRUSTER EXTENSION | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 34 | HOSE ASSY 1/4 X 180" CUT ASSY C/W 316SS-4 FEMALE J/C SWIVEL END | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 35 | HOSE ASSY 1/4 X 42" CUT ASSY C/W 316SS-4 FEMALE J/C SWIVEL END | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 36 | PN# MI-32924 - SEAL CASE FOR S935 PUMP ALLOY C/P TFC SEAL | Wooden Box Labeled "SADI SYSTEM" | 4 | N/A | ASCO |
| 37 | PN# ZIN-5408 - 3 AMP MEDIUM POWE SILICONE | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 38 | PN# EE4101 - RELAY | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 39 | PN# EE10381 - PADLOCK | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 40 | PN# EE1073 - 2A SLO-BLO 5MM X 20MM | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 41 | PN# EE578175 - 1 X 750-20 CONFIGURATION CABLE | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 42 | PN# EE4102 - RELAY | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 43 | PN# EE-10381 - FUSE 30A 600V HCI .5 TIME DELAY | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 44 | PN# EE-37351 - DC CURRENT TRANSDUCER | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 45 | PN# EE-373414 - ELECTRICAL VOLTAGE SENSOR | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 46 | PN# EE37351 - KNOBS | Wooden Box Labeled "SADI SYSTEM" | 5 | N/A | ASCO |
| 47 | PN# 963-420-DI-0040 SN04 WATER RESISTANT CALE WITH TERMINAL BLOCK | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 48 | PN# 963-420-DI-0040 SN07 WATER RESISTANT CALE WITH TERMINAL BLOCK | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 49 | 1 - FGA-9776877 - PRESSURE GAUGE 4.50 DIA 60 PSI 1 - 4-7284 - DIAPHRAGM PVC TEFLON 1/2" FNPT X 1/2" FNPT PROC MODEL # 990-31-506 (ASSY AS ONE PIECE) | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 50 | PN# FPU-591793JD - PUMP HSE: PK GR, PED,MINT, ALC SHAFT & SEAL CASE PTFE SEAL RV, BRG 10GPM 50 PSI | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 51 | PN# FPU-593563JB - PUMP, HSE, PKG. FR. PED. MNT 316SS SHAFT 316 SEAL  CASE VITOL SEAL RUBRG 23 GPM 50 PSI | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 52 | PN# EE40282 - BATTERY CHARGER 24VDC 10A LEAD ACID 220 VAC | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 53 | PN# EE11082 - FUSE 15A 500VOC TIME DELAY | Wooden Box Labeled "SADI SYSTEM" | 15 | N/A | ASCO |
| 54 | PN# EE10383 - FUSE 40A 600V HCIJ TIME DELAY | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 55 | PN# EE10382 - 15A 600V HCIJ TIME DELAY | Wooden Box Labeled "SADI SYSTEM" | 5 | N/A | ASCO |
| 56 | PN# EE1106 - 10A 450V 6.3 X 32MM | Wooden Box Labeled "SADI SYSTEM" | 18 | N/A | ASCO |
| 57 | PN# EE422206 - SWITCH CONTRACT ASSY. NC RO. OR SWITCH HOUSING | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 58 | PN# EE422201 - SWITCH CONTACT ASSY. | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 59 | PN# 0963-320-D10204 - COUPLING PUMP SHAFT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 60 | PN# 0963-320-D10202 - TAPPERED COUPLING MOTOR SHAFT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 61 | PN# ST2366N70 - O-RING, 2-366, NITRILE 70 DURO PARKER | Wooden Box Labeled "SADI SYSTEM" | 13 | N/A | ASCO |
| 62 | PN# ME-94729A255 - ROUND SPACER 1/2" OD X 0.252" ID X 3/4" LONG POLYPROPALENE | Wooden Box Labeled "SADI SYSTEM" | 12 | N/A | ASCO |
| 63 | PN# ME-HJ-112657 - DISC ZINC ANODE 3# 1-1/2" OD 3/8" HOLE 1" THICK | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 64 | PN# ST2-259N70 - O-RING NITRILE 70 | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 65 | PN# PLQ-SS-QC4-D-400 - QUICK CONECT STEM W/VALVE 1/4" SWAGELOK TUBE FITTING, SS | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 66 | PN# VRL-704-00006 - PRESSURE RELIEF VALVE | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 67 | PN# ME-2410K19 - URETHANE SPIDER 3 3/4" HUB | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 68 | PN# PLS-SS-6M5-4N - TUBE INSERT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 69 | PN# 0963-420-A100400 - MAGNETIC INDICATOR | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 70 | PN# ME-7751K22 - PLASTIC NEEDLE VALVE 1/8" FEMALE NPT X 1/8" MALE NPT | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 71 | PN# FA-95649A256 - 3/4" FLAT WASHER UHMW | Wooden Box Labeled "SADI SYSTEM" | 40 | N/A | ASCO |
| 72 | PN# EE235902 - CONNECTOR CALBE PBDF 6 PIN GRN | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 73 | FASB-SSUA025-20-037 - 1/4" 20 UNC 3A X 3/8" SET SCREW CUP PAINT 316 SS | Wooden Box Labeled "SADI SYSTEM" | 13 | N/A | ASCO |
| 74 | PN# EE371512 - 900V, 500A, SPST-NC 24V COIL PANEL MOUNT (GIGAVAC) | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 75 | PN# EE235904 - DUMMY PLUG FOR XSEE CCP | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 76 | 1 - PN#PLH-50315K241 - POLYURETHANE TUBING CLEAR, 4MM ID, 6MM OD, 1MM WALL THICKNESS 1 - PN#PLQ-SS-QC4-B-4PM - SWAGELOK, SS, QC4-4-B-4PM QD FEMALE QC4 QD TO 1/4" NPT MALE (BOTH PIECES ARE ASSEMBLY TOGETHER) | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 77 | PN# EE-235903 - DUMMY PLUG FOR XSEE BCR/CCR | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 78 | PN# EE91507 - SM5 THRUSTER SPARE - BANJO M5 | Wooden Box Labeled "SADI SYSTEM" | 5 | N/A | ASCO |
| 79 | PN# EE-1106 - FUSE 10A 450V 6.3 X 32MM | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 80 | PN# EE-10838 - FUSE, 1A 400VAC TIME DELAY | Wooden Box Labeled "SADI SYSTEM" | 4 | N/A | ASCO |
| 81 | PN# EE-1108 - FUSE, 15A 150V 10X38MM | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 82 | PN# EE-4115 - RELAY 15A 24VDC CONTACT 24 VAC COIL | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 83 | PN# EE-16010 - BULKHEAD SIZE 2 7-WAY FEMALE 5/8" (FOR SMS/SM7 THRUSTER) | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 84 | PN# EE-356602 - PACKING ASSEMBLY FOR GLAND RANGE 0.275 TO 0.325 INCH USE WITH EE-356601 | Wooden Box Labeled "SADI SYSTEM" | 8 | N/A | ASCO |
| 85 | PN# EE-915019 - SM5 THRUSTER SPARE - BOLT BANJO M5 | Wooden Box Labeled "SADI SYSTEM" | 5 | N/A | ASCO |
| 86 | PN# EE-84542 - LED DPM +5V 20V 3.5 DIGIT RED | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 87 | PN# EE-620920 - REGULATOR SWITCH 5VDC 0.5A SIP, 7.5-36V INPUT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 88 | PN# VRL-1-5RVI05-15T-10 - RELIEF VALVE PVC BODY & PISTON VIT SCAL 1.5" NPT 316 SPRING 5-15PSI 10PSI SET | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 89 | PN# EE-22300 - DIN RAIL MNT, TERMINAL BLOCK SAK 4EN R RED  36A 600V 47.5MM/40.0MM L/6.5MMW | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 90 | PN# EE-9150111 - SM5 THRUSTER SPARE SEAL DOWTY M5 | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 91 | PN# EE-22304 - DIN RAIL MNT TERMINAL BLK, SAK, 4EB ORANGE,  36A, 600V 47.5MM h/40.0 mm I /6.5mm W | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 92 | PN# EE-22309 - DIN RAIL MNT EARTHING BLK EK 4/35 800V, 720A SHORT 44mm h/46.5mm l/6.5mm w | Wooden Box Labeled "SADI SYSTEM" | 2 | N/A | ASCO |
| 93 | PN# EE-12151 - LED 5mm 639 NM RED WATER CLEAR | Wooden Box Labeled "SADI SYSTEM" | 6 | N/A | ASCO |
| 94 | PN# EE-12152 - HOLDER LED PANEL 5mm BLACK NYLON | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 95 | PN3 EE-84541 - CABLE ASSEMBLY 10-PIN CONN FOR LED DISPLAY | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 96 | PN# ME-51080 - 1" NYLON HOSE CLAMP (1-1/16 TO 1-1/2 RANGE) HAS 16 SERIES (ALL STAINLESS) | Wooden Box Labeled "SADI SYSTEM" | 10 | N/A | ASCO |
| 97 | PN# EE-422222 - LED LAMP AND HOLDER GREEN REPLACES COMBO OF EE-422204 & EE422213 | Wooden Box Labeled "SADI SYSTEM" | 3 | N/A | ASCO |
| 98 | PN# EE-7222032 - PILOT LIGHT W/HOLDER GREEN SIEMENS | Wooden Box Labeled "SADI SYSTEM" | 4 | N/A | ASCO |
| 99 | PN# EE-371300 - CONTACTOR 24VDC COIL WITH ND AUX CONTACT | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 100 | WOODEN CRATE CONSISTING OF THE FOLLOWING: 10 - TEAR DROP ANEDES  116 EA - 1/2" GR8 LOCK NUTS 1/2 X 2'4" BOLTS 26 EA - S/S FLAT WASHERS 7 EA - 5" PIPE PLUGS 42 EA - ROU IT FLOATS  10 EA - CLAMPS W/ANODES PLUS 4 EA - CLAMPS W/ANODES W/OUT ANODES 3 EA - 1/2" X 40' WIRE ROPE SLINGS | Wooden Box Labeled "SADI SYSTEM" | 1 | N/A | ASCO |
| 101 | TOP HAT # 6 | Top Hat #6 | 1 | N/A | ASCO |
| 102 | STEEL GRATING DECK & SLING ASSYS | LMRP Basket (Never Deployed) | 1 | N/A | ASCO |
| 103 | VALVE STACK MANIFOLD WITH FMG CONNECTOR | Single Valve Manifold | 1 | N/A | ASCO |
| 104 | BLADDER | Extra bladder (Summit) | 1 | N/A | ASCO |
| 105 | BLADDER | Extra bladder (Summit) | 1 | N/A | ASCO |
| 106 | 4" HOSE W/CAMLOCKS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 107 | 1" HYDRAULIC HOSE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|-----|-------------|------------------------|------|-------------------------------------------------------------------------------------|------------------|
| 108 | 2" HYDRAULIC HOSE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 109 | 3" HYDRAULIC HOSE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 110 | 5" RUBBER STOPPER | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 111 | ROVITS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 112 | 17 H SINGLE PORT HIGH GLOW HOT STAB | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 113 | 199 - 3/8"-16 NYLOCK HEX NUTS 107 - 1/2"-13 NYLOCK HEX NUTS  6 - 0-15 PSI GAUGES  50 - 28" CABLE TIES (BLACK) 500 - 22 1/4" CABLE TIES (WHITE)  38 - 15" CABLE TIES (BLACK) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 114 | MISC HEX BOLTS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 115 | 29 - 1/2" X 3 1/2" STUD W/2 HEX NUTS & 2 FLAT WASHERS 26 - WR 4 150 316 FG SPRING GASKET | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 116 | 207 - 3/8"-16 X 1 3/4" HEX HEAD SCREW CAP 250 - 1/2"-13 X 2 1/4" HEX HEAD SCREW CAP   4 - GRAYLOC HUB P/N:H90687-6   8 - GRAYLOC SEAL RINGS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 117 | VALVE HANDLES | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 118 | 2" X 360 YARD DUCT TAPE (GREY) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 119 | 3/4" X 66 FT ELECTRICAL TAPE (BLACK) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 120 | PARTIAL ROLL 1/2" WIRE CABLE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 121 | 7.25 OZ RTV SILICONE (CANS) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 122 | 3/4" X 520" TEFLON TAPE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 123 | 8" CABLE TIES (BLACK) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 124 | 22 1/4" CABLE TIES (WHITE) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 125 | PLASTIC FUNNEL (YELLOW) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 126 | CAM-LOCK FITTINGS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 127 | 4" RUBBER GASKETS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 128 | BV SHELL TOOL PULL | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 129 | 2" HYDRAULIC HOSE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 130 | BAGS MISC CALBE WIRE HARDWARE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 131 | MISC HYDRAULIC HOSE FITTINGS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 132 | RUBBER SEALS | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 133 | 1" VALVE ASSY W/0-30 PSI GAUGE | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 134 | 1" VALVE ASSY | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 135 | 4" CAM-LOCK W/1" VALVE ASSY | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 136 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 137 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 138 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 139 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 140 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 141 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 142 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 143 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 144 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 145 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 146 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 147 | SADI SKIDS APPROX: 14'9" X 8' X 11" W X 11'3" LONG | SADI Skids | 1 | N/A | ASCO |
| 148 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 149 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 150 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 151 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 152 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 153 | MANIFOLD FOR SADI SKIDS | Frame,hardware,hoses,panels(Oceaneering) | 1 | N/A | ASCO |
| 154 | SADI SKIDS | Dispersant Panel | 1 | N/A | ASCO |
| 155 | WELL JUMPER, PRESSURE CONTAINING WELDMENT FLEXIBLE, HORIZONTAL SECTION 5 KSI WP, 6.625 OD X 0.75 WT, AA, PSL2, 5 1/8-10K FLANGE X 7 1/16-5K FLANGE W/45 DEG ELBOW | Well Jumper | 2 | N/A | ASCO |
| 156 | RING GASKET API BX-169 INCO 825 - 73-062-169 | Ring Gasket API BX-169 | 4 | N/A | ASCO |
| 157 | JUMPER PIPE CLAMP ASSY. 6.63 ID, SWL 11.0 TONNE - P1000006405 | Jumper Pipe Clamp | 4 | N/A | ASCO |

# Exhibit A

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 158 | STUD W/NUTS, 1.125-8UN-2A X 9.25 IN LG, A320 GR L7S, NON-EXP, PTFE - P153812 | Stud w/ Nuts | 48 | N/A | ASCO |
| 159 | CUSTOMER PROVIDED ITEM API 17H MODIFIED HOT MANIFOLD W/ 9/16 AUTOCLAVE PORTS | Modified Hot Stab Manifold - 17H | 2 | N/A | ASCO |
| 160 | CUSTOMER PROVIDED ITEM API 17H MODIFIED DUMMY HOT STAB - P1000074085 | Modified Dummy Hot Stab - 17H | 2 | N/A | ASCO |
| 161 | FITTING, HYDRAULIC ADAPTER STRAIGHT 3/8 IN M/P MALE X 1/4 IN NPT MALE 15K, SUPPLIED BY AUTOCLAVE, P/N 15MAM6P4 - P1000014965 | Fitting, Hydraulic, Adapter | 4 | N/A | ASCO |
| 162 | FITTING, HYDRAULIC, CONNECTOR ASSY 1/4 IN NPT FEM X 3/8 TUBE FEM 5K, SUPPLIED BY PARKER, P/N 6FSC4N-316 MATERIAL 316 SS | Fitting, Hydraulic, Connector Assy | 4 | N/A | ASCO |
| 163 | CUSTOMER PROVIDE ITEM, ADAPTER FITTING, 3/8 SWAGELOK TUBE FITTING X 3/8 BSP PARALLED MALE, OIE PN HN041-092-01 - P1000074369 | Adapter Fitting | 4 | N/A | ASCO |
| 164 | CUSTOMER PROVIDED ITEM, DUAL ACTING CHECK VALVE W/ 9/16 MP AUTOCLAVE ADAPTER, OIE PN 0312265 - P1000074371 | Dual Acting Check Valve | 4 | N/A | ASCO |
| 165 | STUD W/NUTS, 1.375-BUN-2A X 11.25 IN LG, A320 GR L7M, EXP-LOW STR, PTFE | Stud w/ Nuts | 24 | N/A | ASCO |
| 166 | RING GASKET API BX-156 INCO 825 - 73-062-156 | Ring Gasket API BX-156 | 4 | N/A | ASCO |
| 167 | MOUNTING KIT 1 QUART ACCUMULATOR BOTTLES, 316 SS HARDWARE - P130446-0000 | Mounting Kit | 6 | N/A | ASCO |
| 168 | CUSTOMER PROVIDED ITEM, FITTING GASKET, OIE PN - P1000074370 | Fitting Gasket | 4 | N/A | ASCO |
| 169 | TRANSITION SPOOL | Transition Spool (SPARE), Incomplete | 1 | N/A | ASCO |
| 170 | SUCTION PILE - IM09315496 | PBR Pile | 1 | N/A | ASCO |