# Exhibit B

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 171 | PALLET OF SLINGS | N/A | 1 | N/A | ASCO |
| 172 | BOUY | N/A | 1 | N/A | ASCO |
| 173 | BOUY | N/A | 1 | N/A | ASCO |
| 174 | BOUY | N/A | 1 | N/A | ASCO |
| 175 | BOUY | N/A | 1 | N/A | ASCO |
| 176 | BOUY | N/A | 1 | N/A | ASCO |
| 177 | BOUY | N/A | 1 | N/A | ASCO |
| 178 | BOUY | N/A | 1 | N/A | ASCO |
| 179 | BOUY | N/A | 1 | N/A | ASCO |
| 180 | SPREADER BAR | N/A | 1 | N/A | ASCO |
| 181 | PULLED FROM GATOR BASKET #524 (NOT OPENED OR CHECKED) SLING KIT | N/A | 1 | N/A | ASCO |
| 182 | PULLED FROM GATOR BASKET #524 (NOT OPENED OR CHECKED) SLING KIT | N/A | 1 | N/A | ASCO |
| 183 | 25 TON SWIVEL (2 PCS = 1 UNIT) | N/A | 2 | N/A | ASCO |
| 184 | 1016969 CROSBY SWIVEL HOIST RING - HR-125 1-8 10000 LBS WLL" | N/A | 4 | N/A | ASCO |
| 185 | SPREADER BAR | N/A | 1 | N/A | ASCO |
| 186 | 1 3/4" X 6' 4" SLINGS | N/A | 4 | N/A | ASCO |
| 187 | 3" 85 TON SAFETY SHACKLE | N/A | 1 | N/A | ASCO |
| 188 | 1 3/4" X 25 TON SAFETY SHACKLES | N/A | 12 | N/A | ASCO |
| 189 | 15,000# LIFTING RING | N/A | 1 | N/A | ASCO |
| 190 | 1 3/4" MASTER LINK ASSEMBLY | N/A | 4 | N/A | ASCO |
| 191 | 30 TON ROV HOOKS | N/A | 4 | N/A | ASCO |
| 192 | 1/2" X 10' WIRE SLINGS | N/A | 4 | N/A | ASCO |
| 193 | 3/4" X 10' WIRE SLINGS | N/A | 2 | N/A | ASCO |
| 194 | PECKEDHALE D" HANDLES" | N/A | 12 | N/A | ASCO |
| 195 | CROSBY 1W 5KB LINKS | N/A | 3 | N/A | ASCO |
| 196 | 5/8" CROSBY SHACKLES | N/A | 5 | N/A | ASCO |
| 197 | 3/4" CROSBY SHACKLES | N/A | 3 | N/A | ASCO |
| 198 | 1" CROSBY SHACKLES | N/A | 1 | N/A | ASCO |
| 199 | 1 3/4" CROSBY SHACKLE | N/A | 4 | N/A | ASCO |
| 200 | 2 1/2" CROSBY SHACKLE | N/A | 3 | N/A | ASCO |
| 201 | TRELLEBORG BUOYS 641111-105-177 641111-105-176 | N/A | 1 | N/A | ASCO |
| 202 | TRELLEBORG BUOYS 641111-105-175 641111-105-174 | N/A | 1 | N/A | ASCO |
| 203 | TRELLEBORG BUOYS 641111-105-178 641111-105-172 | N/A | 1 | N/A | ASCO |
| 204 | TRELLEBORG BUOYS 641111-105-188 641111-105-183 | N/A | 1 | N/A | ASCO |
| 205 | TRELLEBORG BUOYS 641111-105-181 641111-105-182 | N/A | 1 | N/A | ASCO |
| 206 | GATOR BASKET #609 WITH 5 TRELLEBORG BUOYS | N/A | 1 | N/A | ASCO |
| 207 | TRELLEBORG BUOYS 6222-053 6222-050 | N/A | 1 | N/A | ASCO |
| 208 | TRELLEBORG BUOYS 6222-001 6222-050 | N/A | 1 | N/A | ASCO |
| 209 | TRELLEBORG BUOYS 6222-049 6222-039 | N/A | 1 | N/A | ASCO |
| 210 | TRELLEBORG BUOYS 6222-041 6222-052 | N/A | 1 | N/A | ASCO |
| 211 | TRELLEBORG BUOYS 6222-003 6222-0** | N/A | 1 | N/A | ASCO |
| 212 | TRELLEBORG BUOYS 6222-027 6222-036 | N/A | 1 | N/A | ASCO |
| 213 | TRELLEBORG BUOYS 6222-011 6222-*** | N/A | 1 | N/A | ASCO |
| 214 | TRELLEBORG BUOYS 6222-035 6222-055 | N/A | 1 | N/A | ASCO |
| 215 | GATOR BASKET #782 WITH 8 TRELLEBORG BUOYS | N/A | 1 | N/A | ASCO |
| 216 | TRELLEBORG BUOYS 6222-037 & 6222-043 | N/A | 1 | N/A | ASCO |
| 217 | TRELLEBORG BUOYS 6222-016 & 6222-*** | N/A | 1 | N/A | ASCO |
| 218 | TRELLEBORG BUOYS 6222-012 & 6222-056 | N/A | 1 | N/A | ASCO |
| 219 | TRELLEBORG BUOYS 6222-023 & 6222-021 | N/A | 1 | N/A | ASCO |
| 220 | TRELLEBORG BUOYS 6222-033 & 6222-026 | N/A | 1 | N/A | ASCO |
| 221 | TRELLEBORG BUOYS 6222-026 & 6222-015 | N/A | 1 | N/A | ASCO |

# Exhibit B

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 222 | TRELLEBORG BUOYS 6222-029 & 6222-028 | N/A | 1 | N/A | ASCO |
| 223 | TRELLEBORG BUOYS 6222-044 & 6222-002 | N/A | 1 | N/A | ASCO |
| 224 | TRELLEBORG BUOYS 6222-030 & 6222-006 | N/A | 1 | N/A | ASCO |
| 225 | TRELLEBORG BUOYS 6222-024 & 6222-*** | N/A | 1 | N/A | ASCO |
| 226 | TRELLEBORG BUOYS 6222-046 & 6222-032 | N/A | 1 | N/A | ASCO |
| 227 | TRELLEBORG BUOYS 6222-038 & 6222-009 | N/A | 1 | N/A | ASCO |
| 228 | TRELLEBORG BUOYS 6222-025- & 6222-004 | N/A | 1 | N/A | ASCO |
| 229 | TRELLEBORG BUOYS 6222-018 & 6222-022 | N/A | 1 | N/A | ASCO |
| 230 | TRELLEBORG BUOYS 6222-043 & 6222-037 | N/A | 1 | N/A | ASCO |
| 231 | TRELLEBORG BUOYS 6222-014 & 6222-013 | N/A | 1 | N/A | ASCO |
| 232 | TRELLEBORG BUOYS 6222-034 & 6222-010 | N/A | 1 | N/A | ASCO |
| 233 | TRELLEBORG BUOYS 6222-017 & 6222-005 | N/A | 1 | N/A | ASCO |
| 234 | TRELLEBORG BUOYS 6222-019 & 6222-07* | N/A | 1 | N/A | ASCO |
| 235 | TRELLEBORG BUOYS 6222-047 & 6222-*** | N/A | 1 | N/A | ASCO |
| 236 | FLOATATION TECHNOLOGIES FOOTBALL FLOAT | N/A | 6 | N/A | ASCO |
| 237 | SLINGS SECTIONS | N/A | 4 | N/A | ASCO |
| 238 | BUOYS W/2 SHACKLE & SLINGS (TRELLEBORG) | N/A | 1 | N/A | ASCO |
| 239 | BUOYS W/2 SHACKLE & SLING | N/A | 1 | N/A | ASCO |
| 240 | WIRE ROPE SLING 10' BLP-196415-06 | N/A | 2 | N/A | ASCO |
| 241 | LIFTING HOOKS | N/A | 6 | N/A | ASCO |
| 242 | SLING TUPE 69EE4 L30' W6" | N/A | 4 | N/A | ASCO |
| 243 | SLING TYPE E2-93P L20' W 3" | N/A | 4 | N/A | ASCO |
| 244 | SLING TYPE EE2-93P W3" L8' | N/A | 8 | N/A | ASCO |
| 245 | SLING TYPE EE2-93P W3"L12' | N/A | 8 | N/A | ASCO |
| 246 | SLING TYPE EE2-93P W3" L20' | N/A | 4 | N/A | ASCO |
| 247 | SLING TYPE EE2-94P W4" L20' | N/A | 2 | N/A | ASCO |
| 248 | SLING TYPE EEZ-92P W2 L6'" | N/A | 6 | N/A | ASCO |
| 249 | SLING TYPE EE2-93P W2" L4' | N/A | 4 | N/A | ASCO |
| 250 | SLING TYPE EE2-92P W2" L8' | N/A | 4 | N/A | ASCO |
| 251 | BISHOP LIFTING 5/8" DIAMX10' LENGTH SINGLE LEG WIRE ROPE SLING SERIES 100/BLP-100-11010109 | N/A | 6 | N/A | ASCO |
| 252 | WIRE ROPE SLING 3/4" DIAMX30'L BLP-100-11010110 | N/A | 2 | N/A | ASCO |
| 253 | WIRE ROPE SLING 7/8" X 10' LENGTH BLP-100-1101011 | N/A | 4 | N/A | ASCO |
| 254 | WIRE ROPE SLING 3/4" X 10' LENGTH BLP-100-11010110 | N/A | 5 | N/A | ASCO |
| 255 | WIRE ROPE SLING 7/8" X 15' LENGTH BLP-100-11010111 | N/A | 4 | N/A | ASCO |
| 256 | WIRE ROPE SLING 3/4" DIAM X 15' LENGTH | N/A | 6 | N/A | ASCO |
| 257 | WIRE ROPE SLING 3/4" DIAM X 20' LENGTH BLP-100-11010110 | N/A | 6 | N/A | ASCO |
| 258 | WIRE ROPE SLING W/ALLOY MASTER LINK & 1" DIAM X 10' TIMBLE ON TOP & THIMBLE EYE & AUTO LOCKING HOOK ON BOTTOM BLP-105--11213112 | N/A | 1 | N/A | ASCO |
| 259 | WIRE ROPE SLING W/ALLOY MASTER LINK & THIMBLE ON TOP & THIMBLE EYE & AUTOLOCKING HOOK ON BOTTOM BLP-105-11213112 | N/A | 2 | N/A | ASCO |
| 260 | WIRE ROPE SLING 5/8" X 10'L W/ALLOY MASTER LINK 7 THIMBLES ON TOP W/THIMBLES ONLY ON BOTTOM BLP-201-21210609 | N/A | 6 | N/A | ASCO |
| 261 | WIRE ROPE SLING 3/4" X 15'L W/ALLOY MASTER LINK & THIMBLES ON TOP W/THIMBLES ONLY ON BOTTOM BLP-401-41210610 | N/A | 3 | N/A | ASCO |
| 262 | 85 TE SHACKLE | N/A | 4 | N/A | ASCO |
| 263 | 1" MASTERLINK | N/A | 32 | N/A | ASCO |
| 264 | 4" MASTERLINK | N/A | 1 | N/A | ASCO |
| 265 | 49T ROV HOOK | N/A | 1 | N/A | ASCO |
| 266 | 35T SHACKLE | N/A | 1 | N/A | ASCO |
| 267 | 25T SHACKLE | N/A | 1 | N/A | ASCO |

# Exhibit B

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 268 | 85T ROV SHACKLE | N/A | 1 | N/A | ASCO |
| 269 | 300 TON SHACKLE | N/A | 2 | N/A | ASCO |
| 270 | 400T HYDRAULIC SHACKLE | N/A | 1 | N/A | ASCO |
| 271 | 200T SHACKLE | N/A | 3 | N/A | ASCO |
| 272 | 2" X 12m AMSTEEL SLING | N/A | 2 | N/A | ASCO |
| 273 | 15 LINKS OF CHAIN | N/A | 2 | N/A | ASCO |
| 274 | SHACKLE 4 3/4 200T - BOX 16 -MC252 | N/A | 10 | N/A | ASCO |
| 275 | 1" X 112ST WIRE SLINGS | Pallets w/ Misc. Eq. for the Sadi Skids | 2 | N/A | ASCO |
| 276 | 22 TON NOV HOOK | Pallets w/ Misc. Eq. for the Sadi Skids | 16 | N/A | ASCO |
| 277 | 1000# NOV HOOK | Pallets w/ Misc. Eq. for the Sadi Skids | 13 | N/A | ASCO |
| 278 | 1000# ROV HOOK | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 279 | 1 - 1000# ROV HOOK 1 - 3/4" X 8 FT WIRE ROPE 1 - 3/4" MASTER LINK | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 280 | 1 - 1-1/4" 5000# MASTER LINK 4 - 1/2" Y 110' WIRE ROPE 4 - 7/8" 1/2 TON SHACKLES | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 281 | 7/8" 1/2 TON SHACKLE | Pallets w/ Misc. Eq. for the Sadi Skids | 3 | N/A | ASCO |
| 282 | 1/2" Y 600 FT NYLON ROPE (YELLOW) | Pallets w/ Misc. Eq. for the Sadi Skids | 2 | N/A | ASCO |
| 283 | R/S 1/4" X 600 FT NYLON ROPE (YELLOW) | Pallets w/ Misc. Eq. for the Sadi Skids | 2 | N/A | ASCO |
| 284 | 1/4" X 600 FT NYLON ROPE (BLACK) | Pallets w/ Misc. Eq. for the Sadi Skids | 1 | N/A | ASCO |
| 285 | 2 1/4" X 20' WIRE ROPE SLINGS W/THIMBLE ON ONE END | N/A | 1 | N/A | ASCO |
| 286 | 2 1/4" X 20' WIRE ROPE SLINGS W/THIMBLE ON ONE END | N/A | 1 | N/A | ASCO |
| 287 | 2 1/4" X 20' WIRE ROPE SLINGS W/THIMBLE ON ONE END | N/A | 1 | N/A | ASCO |
| 288 | SHACKLE 1-1/2" 17TON GALVANIZED | N/A | 4 | N/A | ASCO |
| 289 | SPREADER BAR | N/A | 1 | N/A | ASCO |
| 290 | CHAIN (2 PART O-RING W/ HOOK ENDS) | N/A | 1 | N/A | ASCO |
| 291 | FSR-MISC-RIGGER | N/A | 1 | N/A | ASCO |
| 292 | FSR-MISC-RIGGING AND SHACKLES | N/A | 1 | N/A | ASCO |
| 293 | 120 TON HYDRAULIC SHACKLES | N/A | 1 | N/A | ASCO |
| 294 | 120 TON HYDRAULIC SHACKLES | N/A | 1 | N/A | ASCO |
| 295 | 120T SHACKLE | N/A | 1 | N/A | ASCO |
| 296 | SBM MOONPOOL HANG-OFF AND/OR TRANSFER RIGGING | N/A | 4 | N/A | ASCO |
| 297 | PALLET OF WIRE ROPE | N/A | 1 | N/A | ASCO |
| 298 | KIP FLOTATION BUOYS S/N:0018-102 | N/A | 1 | N/A | ASCO |
| 299 | KIP FLOTATION BUOYS S/N:0018-110 | N/A | 1 | N/A | ASCO |
| 300 | KIP FLOTATION BUOYS S/N:0018-111 | N/A | 1 | N/A | ASCO |
| 301 | KIP FLOTATION BUOYS S/N:0018-110 | N/A | 1 | N/A | ASCO |
| 302 | WIRE ROPE SLINGS W/SHACKLES | N/A | 2 | N/A | ASCO |
| 303 | RED NYLON SLINGS W/HOOK AND SHACKLE | N/A | 1 | N/A | ASCO |
| 304 | 1/2 X 50 FT GR 70 CHAIN | N/A | 4 | N/A | ASCO |
| 305 | WHITE NYLON SLINGS ASSY W/LINE AS DNE PC | N/A | 4 | N/A | ASCO |
| 306 | VERSABAR ID 18-008 SPREADER BAR W/ CABLES | N/A | 1 | N/A | ASCO |
| 307 | VERSABAR ASSY-AS-1PC SPRADER BAR SYSTEM 3 PCS ASSY W/ CABLES | N/A | 1 | N/A | ASCO |
| 308 | 11.5Te SHANK HOOK, SER# BIP009622 | N/A | 1 | N/A | ASCO |
| 309 | SUCTION PILE O-RING STINGER | N/A | 1 | N/A | ASCO |
| 310 | SUCTION PILE BLADDER STINGER | N/A | 1 | N/A | ASCO |
| 311 | 45Te SHANK HOOK, SER# BIP009796 & SER# BIP009797 | N/A | 2 | N/A | ASCO |

# Exhibit B

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 312 | 125Te SHACKLE, SER# BIP0097936 | N/A | 1 | N/A | ASCO |
| 313 | 55Te SHACKLE | N/A | 1 | N/A | ASCO |
| 314 | 19.9Te SLING 10FT SER# BIP202742-05/SER# BIP202742-04 | N/A | 3 | N/A | ASCO |
| 315 | 40Te SWIVEL HOOK | N/A | 1 | N/A | ASCO |
| 316 | 1" SLING MODEL# BLP-100 S/N: BLP-202742-11 | N/A | 1 | N/A | ASCO |
| 317 | 8 1/2 TON SHACKLES | N/A | 2 | N/A | ASCO |
| 318 | MASTER LINKS | N/A | 2 | N/A | ASCO |
| 319 | CHAIN 3" X 45 FT | N/A | 1 | N/A | ASCO |
| 320 | 300FT AMSTEEL ROPE | N/A | 1 | N/A | ASCO |
| 321 | 55 TE CROSBY HHOK/ROV | N/A | 2 | N/A | ASCO |
| 322 | 9TE ROV COME-ALONG/SER# 129626 | N/A | 1 | N/A | ASCO |
| 323 | 6Te ROV COME-ALONG | N/A | 2 | N/A | ASCO |
| 324 | 2" 55 TON SHACKLE #6-8 | N/A | 3 | N/A | ASCO |
| 325 | 2 -1/2" 55 TON SHACKLE #9 | N/A | 1 | N/A | ASCO |
| 326 | 3/4 X 25' SLING | N/A | 2 | N/A | ASCO |
| 327 | 1/2 X 5' SLING | N/A | 1 | N/A | ASCO |
| 328 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 329 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 330 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 331 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 332 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 333 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 334 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 335 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 336 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 337 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 338 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 339 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 340 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 341 | FOOTBALL FLOATS | N/A | 1 | N/A | ASCO |
| 342 | 55TE SHACKLES | N/A | 1 | N/A | ASCO |
| 343 | 55TE SHACKLES | N/A | 1 | N/A | ASCO |
| 344 | 55TE SHACKLES | N/A | 1 | N/A | ASCO |
| 345 | 12 TON SHACKLE | N/A | 1 | N/A | ASCO |
| 346 | 12 TON SHACKLE | N/A | 1 | N/A | ASCO |
| 347 | 7/8 X 10' 7.6 TON SLING | N/A | 1 | N/A | ASCO |
| 348 | SWIVEL MOORING LINKS SER# 2813045 | N/A | 1 | N/A | ASCO |
| 349 | 3 3/4" KENDER LINK SER# 2591 | N/A | 1 | N/A | ASCO |
| 350 | 200TE HOOK | N/A | 1 | N/A | ASCO |
| 351 | PIGTAIL CHAIN 12 LINKS EACH | N/A | 2 | N/A | ASCO |
| 352 | SWIVEL TAG# 198 | N/A | 1 | N/A | ASCO |
| 353 | 250Te SHACKLE | N/A | 1 | N/A | ASCO |
| 354 | 3 1/2" KENDER LINK SER# 3001, 905-159 NO# | N/A | 3 | N/A | ASCO |
| 355 | 175TE SHACKLE | N/A | 4 | N/A | ASCO |
| 356 | SWIVEL MOORING LINKS SER# 673113 | N/A | 1 | N/A | ASCO |
| 357 | 3 1/2" KENDER LINK SER# 2681" | N/A | 1 | N/A | ASCO |
| 358 | 125Te SHACKLE SER# 661258 - 1030005 | N/A | 1 | N/A | ASCO |
| 359 | 200TE SHACKLE | N/A | 2 | N/A | ASCO |
| 360 | LIFTING SHACKLES 65 TON, | N/A | 3 | N/A | ASCO |
| 361 | SHACKLE 12 TON | N/A | 4 | N/A | ASCO |
| 362 | SHACKLES 55 TON | N/A | 2 | N/A | ASCO |
| 363 | CROSBY LIFTING HOOKS W/EYE ON END | N/A | 3 | N/A | ASCO |
| 364 | ORANGE LINKS | N/A | 2 | N/A | ASCO |
| 365 | 60 TON LIFTING HOOKS (WHITE) | N/A | 2 | N/A | ASCO |
| 366 | 10 TON ELEPHANT CHAIN BLOCK | N/A | 2 | N/A | ASCO |

# Exhibit B

| No. | Description | Additional Description | Qty. | Categorization 1-Government Subpoenaed/ Requested 2-Non-Evidence 3-Abandon in-Place | Current Location |
|---|---|---|---|---|---|
| 367 | WHITE TRIANGLE LIFTING SWIVEL | N/A | 1 | N/A | ASCO |
| 368 | 55 TON PN:83120-03-01 | N/A | 2 | N/A | ASCO |
| 369 | 150 TON SHACKLES | N/A | 3 | N/A | ASCO |
| 370 | SHACKLES 55 TON | N/A | 2 | N/A | ASCO |
| 371 | 150 TON SHACKLE & LIFTING HOOK | N/A | 1 | N/A | ASCO |
| 372 | GREEN LIFTING SLING'S | N/A | 2 | N/A | ASCO |
| 373 | 10'SLING YELLOW (SP900 | N/A | 9 | N/A | ASCO |
| 374 | 16.5' BLUE SLINGS (SP2200) | N/A | 4 | N/A | ASCO |
| 375 | GREEN SLINGS (TPYC-16,500) | N/A | 2 | N/A | ASCO |
| 376 | MISCELLANEOUS EQUIP, LANYARD KIT, 1/8-IN STAINLESS STEEL CABLE, 3-FT LONG (EYE-TO-EYE) - P154854 | Misc Equip | 2 | N/A | ASCO |
| 377 | BLOCK WEIGHTS | N/A | 22 | N/A | ASCO |
| 378 | 1" X 15' STINGERS W/HOOKS & D-RINGS | N/A | 2 | N/A | ASCO |
| 379 | PELICAN HOOKS | N/A | 2 | N/A | ASCO |
| 380 | 6" BUOYS (TO FLOAT MUD HOSES UN-USED) (HALVES) | N/A | 12 | N/A | ASCO |
| 381 | 6" BUOYS (TO FLOAT MUD HOSES UN-USED) (HALVES) | N/A | 12 | N/A | ASCO |
| 382 | 6" BUOYS (TO FLOAT MUD HOSES  UN-USED) (HALVES) | N/A | 12 | N/A | ASCO |
| 383 | 25 OR 30 TON SHACKLES | N/A | 8 | N/A | ASCO |
| 384 | 30 OR 35 TON SHACKLES | N/A | 4 | N/A | ASCO |
| 385 | EXTRA COTTER KEYS | N/A | 87 | N/A | ASCO |
| 386 | CROSBY 5/8" ALLOY SCEW PIN SHACKLES G-209-A/1017516 | N/A | 19 | N/A | ASCO |
| 387 | CROSBY 3/4" ALLOY SCREW PIN SHACKLES G-209-A/1017538 | N/A | 15 | N/A | ASCO |
| 388 | CROSBY 7/8" ALLOY SCREW PIN SHACKLES G-209-A/1017560 | N/A | 15 | N/A | ASCO |
| 389 | CROSBY 1" ALLOY SCREW PIN SHACKLES G-209-A/1017582 | N/A | 15 | N/A | ASCO |
| 390 | CROSBY 1-1/4" ALLOY SCREW PIN SHACKLES G-209-A/1017626 | N/A | 20 | N/A | ASCO |
| 391 | CROSBY 1/2" ALLOY SCREW PIN SHACKLES G-209-A/1017494 | N/A | 19 | N/A | ASCO |