# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## LOCAL RULE 37.1(E) CERTIFICATE

Counsel for BP first forwarded these pleadings and exhibits to counsel on December 27, 2010. Counsel for the United States provided its notice of "no objection" a few days later. No defendants raised any objections or questions. Counsel acting on behalf of the PSC raised some questions. Counsel for BP engaged in conference calls thereafter and provided explanatory emails for questions raised by the Plaintiffs. Despite these extensive meet-and-confers, BP has been unable thus far to secure the consent to this motion from the PSC, and therefore files this motion more than three weeks after we circulated it in draft form.

.

                                                                       Respectfully submitted,

|  |  |
|---|---|
|  | By: /s/ Don K. Haycraft<br>Don K. Haycraft (Bar #14361)\ |
| Robert R. Gasaway<br>(robert.gasaway@kirkland.com)<br>Joseph A. Eisert<br>(joseph.eisert@kirkland.com) | (dkhaycraft@liskow.com)<br>R. Keith Jarrett (Bar #16984)<br>(rkjarrett@liskow.com)<br>LISKOW & LEWIS |

1

| | |
|---|---|
| KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W., Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000 | One Shell Square<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone: (504) 581-7979<br>Facsimile: (504) 556-4108 |

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

***Attorneys for BP America Inc., BP America Production Company, and BP Exploration & Production Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                              /s/ Don K. Haycraft
                                Don K. Haycraft