# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned parties shall bring on for hearing their Motion to Dismiss before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 16th day of February, 2011, or as soon thereafter as counsel may be heard

.

                                            Respectfully submitted,

                                            By: /s/ Don K. Haycraft
                                            Don K. Haycraft (Bar #14361)\

| | |
|---|---|
| Robert R. Gasaway | (dkhaycraft@liskow.com) |
| (robert.gasaway@kirkland.com) | R. Keith Jarrett (Bar #16984) |
| Joseph A. Eisert | (rkjarrett@liskow.com) |
| (joseph.eisert@kirkland.com) | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | One Shell Square |
| 655 Fifteenth Street, N.W., Suite 1200 | 701 Poydras Street, Suite 5000 |
| Washington, D.C. 20005 | New Orleans, Louisiana 70139-5099 |
| Telephone: (202) 879-5000 | Telephone: (504) 581-7979 |
| | Facsimile: (504) 556-4108 |

        Richard C. Godfrey, P.C.
        (richard.godfrey@kirkland.com)
        J. Andrew Langan, P.C.
        (andrew.langan@kirkland.com)
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, Illinois  60654
        Telephone: (312) 862-2000

*Attorneys for BP America Inc., BP America Production Company, and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 19, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

          /s/ Don K. Haycraft
          Don K. Haycraft