# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### BP'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON BP's SECOND MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN SUBPOENAED ITEMS AND CERTAIN NON-EVIDENTIARY ITEMS

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an expedited hearing on their Second Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("Second Confirmation Motion").

For reasons also set forth in the attached Memorandum in Support, BP respectfully submits that its Second Confirmation Motion should be given immediate consideration so that BP can reuse or otherwise dispose of these items lacking any evidentiary value and permit the items to be used to further future offshore activities that are the economic lifeblood of the Gulf Region, or else be used to protect the environment in the event of future offshore oil spills or

other inadvertent releases of hydrocarbons. Accordingly, BP respectfully requests that this Court grant an expedited hearing on BP's Second Confirmation Motion.

|  | Respectfully submitted, |
|---|---|
|  | By: /s/ Don K. Haycraft |
|  | Don K. Haycraft (Bar #14361)\ |
| Robert R. Gasaway | (dkhaycraft@liskow.com) |
| (robert.gasaway@kirkland.com) | R. Keith Jarrett (Bar #16984) |
| Joseph A. Eisert | (rkjarrett@liskow.com) |
| (joseph.eisert@kirkland.com) | LISKOW & LEWIS |
| KIRKLAND & ELLIS LLP | One Shell Square |
| 655 Fifteenth Street, N.W., Suite 1200 | 701 Poydras Street, Suite 5000 |
| Washington, D.C. 20005 | New Orleans, Louisiana  70139-5099 |
| Telephone:  (202) 879-5000 | Telephone:  (504) 581-7979 |
|  | Facsimile:  (504) 556-4108 |

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

*Attorneys for BP America Inc., BP America Production Company, and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

        /s/ Don K. Haycraft
        Don K. Haycraft