# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**BP'S MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR EXPEDITED HEARING ON BP's SECOND MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN SUBPOENAED ITEMS AND CERTAIN NON-EVIDENTIARY ITEMS**

**MAY IT PLEASE THE COURT:**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully submit this memorandum in support of their *Ex Parte* Motion for Expedited Hearing on BP's Second Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("Second Confirmation Motion").

BP respectfully submits that immediate confirmation that the preservation-of-evidence obligations of Paragraph 14 of Pretrial Order No. 1 do not apply to the relevant enumerated items is in order. Providing such confirmation will allow BP to reuse or otherwise dispose of these items lacking any evidentiary value and will permit such items to be used to further future

offshore activities that are the economic lifeblood of the Gulf Region, or else be used to protect the environment in the event of future offshore oil spills or other inadvertent releases of hydrocarbons. An expedited hearing on BP's Second Confirmation Motion will thus benefit the Gulf Region. Moreover, given that BP, after extensive good faith efforts, has not obtained plaintiffs' consent to the Second Confirmation Motion (as explained in the supporting memorandum to the Second Confirmation Motion); given that no other party is objecting to BP's Second Confirmation Motion; given that BP's Second Confirmation Motion proposes procedures for equipment releases that were previously approved by this Court in its November 19, 2010 Confirmation Order, no party will be surprised or prejudiced by the expedited hearing required herein.

Accordingly, BP respectfully seeks an expedited hearing on BP's Confirmation Motion on either January 21, 2011 or another expedited hearing date to be determined by this Court.

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone: (312) 862-2000

3

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone:  (202) 879-5000

**Attorneys for BP America Inc., BP America Production Company, and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 19, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                           s/ Don K. Haycraft
                                                            Don K. Haycraft