| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *C. Fenton Rutledge*  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Fenton Rutledge   C. Date of Delivery |
| 1. Article Addressed to:<br><br>CT Corp Sys.<br>5615 Corporate Blvd<br>Suite 400 (B)<br>Baton Rouge, LA<br>70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Express Courier<br>OCT 27 REC'D<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0001 5657 9816 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HILLEREN & HILLEREN, LLP.
P.O. BOX 210
EVERGREEN, LA 71333

*Kenneth Roberts*