UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HILLEREN & HILLEREN, LLP.
P.O. BOX 210
EVERGREEN, LA 71333

*Kenneth Roberts*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *J. Parker*   ☐ Agent   ☒ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery <br> *Parker*  RECEIVED NOV - 4 2010 |
| 1. Article Addressed to: <br> *BP, PLC* <br> *501 Westlake Park Blvd.* <br> *Houston, TX.* <br> *77079* | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br><br> 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7007 1490 0001 5657 9717 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540