AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | |
|---|---|
| Kenneth Roberts | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP, PLC, et al | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No. **10-3815**

**SECT. J MAG. 1**

MDL 2179

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANADARKO PETROLEUM CO., LTD., CORP.
through their agent of service for process:
CT Corp. Sys.
5615 Corporate Blvd.
Suite 400 (B)
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David A. Hilleren
Hilleren & Hilleren
P.O. Box 210
Evergreen, Louisiana 71333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte
*Name of clerk of court*

Date: ___Oct 20 2010___

_____
*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corp Sys. _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Anadarko
Petroleum Co, Ltd., Corp on *(date)* 10/27/10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/17/11

_____
Server's signature

David A. Hilleren
Printed name and title

P.O. Box 210, Evergreen, La 71333
Server's address

Additional information regarding attempted service, etc: