| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. Fenton Rutledge    ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>C. Fenton Rutledge |
| 1. Article Addressed to:<br><br>C.T. Corp Sys.<br>5615 Corporate Blvd<br>Suite 400 (B)<br>Baton Rouge, LA<br>70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>Express Courier<br>OCT 27 REC'D<br><br>3. Service Type<br>☐ Certified Mail  ☑ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0001 5657 9724 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HILLEREN & HILLEREN, LLP.
P.O. BOX 210
EVERGREEN, LA 71333

Kenneth Roberts