UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: PAUL LAVIGNE, and all others similarly situated v. BP, plc, et al.  No: 10-02654 | Judge Barbier  Mag. Judge Shushan |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure, Plaintiff Paul Lavigne, through the undersigned counsel, voluntarily dismisses his case (No. 10-02654) without prejudice against all Defendants named in the Second Amended Complaint filed on or about June 22, 2010. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's Second Amended Complaint.

**HOLLAND GROVES SCHNELLER & STOLZE**, LLC

By: /s/Eric D. Holland
Eric D. Holland (39935MO)
300 N. Tucker Blvd., Ste. 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 facsimile
eholland@allfela.com
*Attorney for Plaintiffs Paul Lavigne, et al. and Stacey Walsh, et al.*

J. Knox Boteler, III (BOTEJ8489)
BOTELER & WOLFE, PC
1252 Dauphin Street
Mobile, AL 36604
(257) 433-7766
(257) 433-0112 facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January, 2011.

                                       /s/Eric D. Holland