UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>Stacey P. Walsh, individually and on behalf of all others similarly situated v. BP, plc, et al., 10-02669 | Judge Barbier<br>Mag. Judge Shushan |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, Stacey P. Walsh, through the undersigned counsel, voluntarily dismisses her case (No. 2:10-cv-02669) without prejudice against all defendants named in the Second Amended Complaint that was filed on or about June 22, 2010. None of the defendants have filed answers, nor motions for summary judgment in response to Plaintiffs' Second Amended Complaint.

HOLLAND GROVES SCHNELLER &
STOLZE, LLC

By:     /s/Eric D. Holland
         Eric D. Holland
         300 N. Tucker Blvd., Ste. 801
         St. Louis, MO 63101
         (314) 241-8111
         (314) 241-5554 facsimile
         eholland@allfela.com
         *Attorney for Plaintiffs Stacey Walsh, et al.*

**NEWSOME LAW FIRM**
Andrew F. Knopf, Esquire
Florida Bar No: 658871
knopf@newsomelaw.com
20 N. Orange Ave., Ste. 800
Orlando, FL 32801
Phone: (407) 648-5977
Facsimile: (407) 648-5282

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Plaintiffs' Notice of Voluntary Dismissal Without Prejudice* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of January, 2011.

/s/Eric D. Holland