# GEORGE W. HEALY, IV & ASSOCIATES
## LAW OFFICES

GEORGE W. HEALY, IV*
*LICENSED IN MISSISSIPPI AND LOUISIANA

CASSIDY LEE ANDERSON***
***LICENSED IN MISSISSIPPI, AND ALABAMA

1323 28TH AVENUE
SUITE A
GULFPORT, MISSISSIPPI 39501
(228) 575-4005
(800) 858-4549
FAX: (228) 575-4006
E-MAIL: gwhealyiv@aol.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 19  AM 11: 02

LORETTA G. WHYTE
CLERK

NEW ORLEANS OFFICE****
201 ST. CHARLES AVENUE
NEW ORLEANS, LA 70170
(504) 524-3223

CATHERINE LEARY*
OF COUNSEL
*LICENSED IN LOUISIANA ONLY

January 11, 2010

Office of the Clerk
United States District Court Eastern District of
Louisiana 500 Poydras Street
New Orleans, Louisiana 70130

  RE: MDL No. 2179
     Relates to:
     *Murray v. Transocean, Ltd. Et al.*
     No. 2:10-cv-02814

Dear Sir/Madam:

  Enclosed please find the following summons and one copy for the following defendant:

  Cameron International Corporation
  through its registered agent
  CT Corporation System
  5615 Corporate Blvd., Ste. 400B
  Baton Rouge, LA 70808

  Please issue and return to this office in the envelope provided.

  Thank you for your assistance in this matter.

           Sincerely,

           George W. Healy, IV

GWH/cm
Enclosure
1. Summons and one copy to Cameron International Corporation

_Fee _____
_Process _____
x Dktd _____
_ CtRmDep _____
_ Doc. No. _____

****PLEASE DIRECT ALL CORRESPONDENCE TO THE GULFPORT OFFICE