UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL NO. 2179 ) ) SECTION: "J" ) ) JUDGE CARL J. BARBIER ) ) MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: Civil Action No. 10-4182 STATE OF ALABAMA *ex rel.* Troy King, Attorney General vs. BP, PLC, et al. | ) ) ) |

## ORDER

It is accordingly, ORDERED, ADJUDGED AND DECREED that the same be and is hereby granted and that Attorney General Luther Strange is substituted for Attorney General Troy King and the caption of this action should be amended to identify "State of Alabama *ex rel.* Luther Strange, Attorney General" as Plaintiff.

New Orleans, Louisiana this 20th day of January, 2011.

_____
United States District Judge