UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL NO. 2179 )<br>) SECTION: "J" )<br>) JUDGE CARL J. BARBIER )<br>) MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>  Civil Action No. 10-4182<br>  STATE OF ALABAMA *ex rel.* Troy King, Attorney General vs. BP, PLC, et al. | )<br>)<br>) |

## ORDER

It is accordingly, ORDERED, ADJUDGED AND DECREED that the same be and is hereby granted and that JERE L. BEASLEY, RHON E. JONES, DAVID B. BYRNE, III, ROBERT F. PRINCE, and JOSHUA P. HAYES are hereby withdrawn as counsel of record for Plaintiff, STATE OF ALABAMA *ex rel.* Troy King, Attorney General.

It is further ORDERED, ADJUDGED AND DECREED that neither granted and that JERE L. BEASLEY, RHON E. JONES, AND DAVID B. BYRNE, III, nor the law firm of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., nor ROBERT F. PRINCE and JOSHUA P. HAYES, nor the law firm of PRINCE GLOVER LAW shall henceforth be responsible for the Plaintiff's representation herein and such attorney and law firm are forevermore relieved from any further obligations to Plaintiff or any other person regarding this case.

New Orleans, Louisiana this 20th day of January, 2011.

_____
United States District Judge