AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Anthony Distefano, et al | ) | |
| *Plaintiff* | ) | MDL 10-2179 J(1) |
| v. | ) | Civil Action No. 11-54 |
| BP America Production Company and BP Exploration and Production, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP Exploration and Production Company
(through its registered agetn for service)
CT Corporation System
5615 Corporate Blvd., Suite 400 B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Carrigee
Bernard H. Ticer
BALDWIN HASPEL BURKE & MAYER, LLC
1100 Poydras Street, Suite 2200
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jan 13 2011

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-54

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America Production Company
was received by me on *(date)* 01-19-2011.

☒ I personally served the summons on the individual at *(place)* [Ms. Jacie Chism] CT CORPORATION LOCATED AT 5615 CORPORATE BLVD., SUITE-400-B, BATON ROUGE, LA 70808 on *(date)* 01-19-2011; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 01-19-2011

*Server's signature*

**CORY N. GREEN**
*Printed name and title*

**PERSONAL SERVICE**

**CORY GREEN INVESTIGATIONS, LLC**
P.O. Box 813
Slidell, LA 70459-0813
*Server's address*

Additional information regarding attempted service, etc: