MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 21. 2011

**MJSTAR: 00:56**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**FRIDAY, JANUARY 21, 2011 AT 9:30 A.M.**

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

    A discovery status conference was held this date before the undersigned.

PRESENT:    See attached sign-in sheet.
                  Attorney David Beck participated by telephone.