## CONFERENCE ATTENDANCE RECORD

**DATE:** 1-21-11          **TIME:** 9:30

**CASE NAME:** In Re: Deepwater Horizon

**DOCKET NUMBER & SECTION:** MDL - 2179

**STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT**

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Stefanie Major | Halliburton |
| ROBERT CUNNINGHAM | PSC |
| MIKE UNDERHILL | DOJ |
| Deb Kuchler | Anadarko + MOEX |
| DUKE WILLIAMS | PSC |
| Melinda Nicholson | MDL 2185 Derivative Plaintiffs |

## CONFERENCE ATTENDANCE RECORD

**DATE:**_____     **TIME:**_____

**CASE NAME:**_____

**DOCKET NUMBER & SECTION:**_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Carmelite Bertaut | Cameron |
| Jeff Breit | PSC. |
| Corey Maze | Alabama |
| Steve Herman | PSC |
| Soren Gisleson | TI |
| James P. Roy | PSC |
| HENRY T. DART | La AG |
| Allan Kanner | La AG |
|  |  |

## CONFERENCE ATTENDANCE RECORD

**DATE:**_____   **TIME:**_____

**CASE NAME:**_____

**DOCKET NUMBER & SECTION:**_____

### STATUS   PRELIMINARY     PRE-TRIAL      SETTLEMENT

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Haycraft | BP |
| Carrie Karis | BP |
| Andy Langan | BP |
| Rob Gasaway | BP |
| Paul Thibodeaux | TO |
| Kerry Miller | TO |
|  |  |
|  |  |
|  |  |