UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO on APRIL 20, 2010 | )  MDL NO. 2179 )  )  SECTION: J )  ) JUDGE BARBIER ) MAG. JUDGE SHUSHAN |
| **This Document Relates to:**  **ALL CASES** | )  )  )  ) |

**CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO RESET REQUEST OF HEARING DATE**

COMES NOW the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity, Inc. v. BP America Inc. et al.*, 2:10-cv-01768 and 2:10-cv-02454, and respectfully submits this Motion to Reset Request of Hearing Date.  The Center agrees with the State of Louisiana that this Court should set a date for hearing and oral argument regarding the creation of a separate government track in MDL No. 2179.  The Center requests, however, that the Court set a hearing date for a time that would make it possible for *all* interested parties to be involved.  The Center's lead counsel, Charles M. Tebbutt, is currently out of the country and will be unable to attend the proposed February 2nd, 2011 hearing date.  As such, the Center respectfully requests that the Court reset the hearing date on this matter to Wednesday, February 9th, 2011, or any other suitable date during the week of February 7th-11th, 2011.  Considering that this issue has been pending before the Court for over four months, it would not be prejudicial to delay a hearing for one additional week.

.

**CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO RESET REQUEST OF HEARING DATE**                                                                                    **1**

Respectfully submitted this 23rd day of January, 2011.

s/ Daniel C. Snyder
Daniel C. Snyder, *pro hac vice*
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Blvd.
Eugene, OR 97402
Tel:  (541) 344-3505
Fax:  (541) 344-3516
dan.tebbuttlaw@gmail.com

Marc Fink, *pro hac vice*
Center for Biological Diversity
209 East 7th St.
Duluth, Minnesota 55805
Tel:  (218) 525-3884
Fax:  (817) 582-3884
mfink@biologicaldiversity.org

Damon A. Kirin, LSBA 24729
Diliberto & Kirin, L.L.C.
3636 S. I 10 Service Rd., W., Ste 210
Metairie, LA 70001
Tel: (504) 828-1600
Fax: (504) 828-1555
kirin@attorneys-louisiana.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23rd, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

s/ Daniel C. Snyder
Daniel C. Snyder, OSB #105127
Law Offices of Charles M. Tebbutt, P.C

**CENTER FOR BIOLOGICAL DIVERSITY'S MOTION TO RESET**
**REQUEST OF HEARING DATE** 2