UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**ALL CASES** | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER**

IT IS HEREBY ORDERED that the Center for Biological Diversity's Motion to Reset Request of Hearing Date, Doc. No. 1057, is GRANTED.

IT IS FURTHER ORDERED that the State of Louisiana's Motion for Leave to Request Creation of Government Case Track and related Motion for Creation of Separate Government Case Track are set for oral argument before the undersigned on Wednesday, the 9th of February, 2011 at 9:30 am.

THUS DONE AND SIGNED this ____ day of _____ 2011, New Orleans, Louisiana.

_____
HON. CARL J. BARBIER
UNITED STATES DISTRICT JUDGE