UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*********************************************

## MOTION FOR LEAVE TO SUPPLEMENT RECORD

**NOW INTO COURT** come Plaintiffs, who respectfully submit the instant Motion for Leave to Supplement Record in support of their Motion to Supervise *Ex Parte* Communication Between Defendant and Putative Class Members.  Plaintiffs submit that leave should be granted to include two important developments that only now came to Plaintiffs' attention.

First are the writings of renowned legal ethics scholar Monroe H. Freedman, professor of law at Hofstra Law School.[1]  In two writings dated January 15 and January 19, 2011, Professor Freedman addresses the BP-Feinberg Rozen Law Firm Contract and concludes that the "BP-Feinberg matter raises an issue that goes well beyond that case."[2] MONROE FREEDMAN, Claims

---

[1] See Curriculum Vitae of Monroe H. Freedman, attached as Exhibit "1."  Professor Freedman has not been retained, paid, contracted, or promised anything by the plaintiffs. Professor Freedman is what is known as "independent."

[2] Professor Freedman's January 15, 2011 writing is attached as Exhibit "3."

<u>Facilities and Nullification of Ethical Duties</u>, at 1 (1/19/11), attached as Exhibit "2." Professor Freedman wrote that this new model could be used by future defendants to avoid the safeguards of the ethical rules. <u>Id.</u> In fact, the BP-Feinberg model "can effectively nullify ethical duties, as well as seriously impair access to justice on the part of claimants." <u>Id.</u> Professor Freedman concludes: "Shouldn't something be done about it?" <u>Id.</u>

The second development is the publication in a local Vietnamese-American periodical which announces a former congressman's foray into the claims process and is translated as follows:

> Joseph Cao Law Firm
>
> Announcement
>
> Effective January 10, 2011, Attorney/Congressman "Joseph" Cao Quang Anh, officially works as "Advisor" for Mr. Ken Feinberg, the administrator of the 20 billion dollar fund to compensate for damages due to the oil spill that was caused by BP.
>
> Commercial fisherman, business owners, individuals, and anybody in the Gulf Coast area whose occupation has been affected, whose claim has been denied, or has not been reviewed, and anyone with other issues, <u>Attorney/Congressman Anh will guide, explain any concerns, and personally reflect with Mr. Feinberg to resolve all issues fairly and quickly without you paying any fees</u>.

<u>The Little Saigon News of New Orleans</u>, attached as Exhibit to Affidavit of Tuan Tran (emphasis supplied), attached as Exhibit "4."

This newspaper announcement is emblematic of the professional and ethical problems put forth by BP and the Feinberg Rozen Law Firm which lead to the deception, misleading statements, and prejudice to the putative class members. Here, a Feinberg Rozen Law Firm hired lawyer is soliciting putative class members to engage him in the Feinberg claims process

so that he "will guide" them to settle BP oil spill claims without the need to "pay fees" (i.e., hire a lawyer).  Equally disturbing is the lawyer's implicit representation that as Mr. Feinberg's "Advisor" he will be able to obtain a better outcome than if the putative class member sought the assistance of his own lawyer.

      **WHEREFORE** Plaintiffs respectfully request that the above requested relief be granted.

This 24th day of January, 2011.

Respectfully submitted.

| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Soren E. Gisleson,** La. Bar No. 26302 | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of January, 2011.

      /s/  James Parkerson Roy and Stephen J. Herman