**MONROE H. FREEDMAN**

The Wyndham, 804W
111Cherry Valley Avenue
Garden City NY 11530
Telephone: 516-873-6622

See also listings in WHO'S WHO IN AMERICA
WHO'S WHO IN AMERICAN LAW
WHO'S WHO IN THE WORLD

## EDUCATION

A.B., 1951, Harvard College (cum laude; honors thesis, magna cum laude)
LL.B., 1954, Harvard Law School
LL.M., 1956, Harvard Law School (Faculty Fellowship)

## FACULTY POSITIONS

Hofstra Law School, Dean, 1973-1977; Professor of Law, 1973-present
Hofstra Law School, Lichtenstein Distinguished Professor of Legal Ethics, 1989-2003
Georgetown Law Center, Visiting Professor of Law, 2007-2010
George Washington Law Center, Professor of Law, 1958-1973
Cleveland-Marshall Law School, Baker-Hostetler Professor of Law, 1992
Harvard Law School, Faculty Assistant and Faculty Fellow, 1954-1956
Harvard Law School, Lecturer on Legal Ethics and Trial Instructor, Trial Advocacy Workshop, 1978-present

## GOVERNMENT POSITIONS

Executive Director, United States Holocaust Memorial Council, 1980-1982 (Presidential appointment, under the chairmanship of The Honorable Elie Wiesel)
Consultant, United States Commission on Civil Rights, 1960-1964
Legislative Consultant, Senator John L. McClellan, 1959 (drafted major part of Landrum-Griffin Act)

[Continued]

EXHIBIT 1

**LAW PRACTICE AND PROFESSIONAL ACTIVITIES (SELECTED)**

Qualified as an expert witness in state and federal court proceedings and before Judiciary Committees of United States Senate and House of Representatives
Expert on legal ethics for the United States Department of Justice, 1978
Senior Fact-Finder, Rochester Institute of Technology (to investigate and report on CIA involvement at RIT) (1991)
Reporter, American Lawyer's Code of Conduct, 1979-1981
Associate, Wolf, Block, Schorr & Solis-Cohen, Philadelphia, 1956-1958
Director, Stern Community Law Firm, Washington, D.C., 1970-1971
Director, Criminal Trial Institute, 1965-1966
Special Litigation Counsel, ACLU, 1971-1973
Consultant (litigation), Neighborhood Legal Services Program, 1970
Consultant, Association of the Bar of the City of New York, Special Committee on Courtroom Conduct, 1972
Arbitrator, American Arbitration Association, 1964-present (Service Award, 1986)
Associate Director, Institute for the Study of Legal Ethics, 1995-present
Columnist ("Cases and Controversies"), American Lawyer newspapers, 1990-1996 (over 60 columns published)
Martindale Hubbell rating: a v
Television: CBS 60 Minutes, CNN Moneyline, C-Span, CNN Late Edition, CNN Burden of Proof, CBS News/Dan Rather, Donahue, Court TV, The O'Reilly Factor, Hannity & Colmes

Bar Admissions (Selected)

Massachusetts, 1954
Pennsylvania, 1957
District of Columbia, 1960
New York, 1978
United States Court of Appeals for the District of Columbia Circuit, 1960
Second Circuit, 1968
Ninth Circuit, 1982
Eleventh Circuit, 1986
Federal Circuit, 1987
Supreme Court of the United States, 1960

[Continued]

**OFFICES IN PROFESSIONAL AND CIVIC ASSOCIATIONS (SELECTED)**

Governing Board, District of Columbia of Bar, 1972-1973 (resigned upon moving to New York)
Chairman, Legal Ethics Committee, D.C. Bar, 1974-1976; member, 1974-1980
Chairman, Committee on Professional Responsibility, Society of American Law Teachers, 1974-1980
Chairman, Committee on Professional Disciplinary Standards and Procedures, Federal Bar Association, 1969-1970
Vice Chairman, Ethical Considerations Committee, ABA Criminal Justice Section, 1987-1990
Co-Chair, Ethics Advisory Committee, National Association of Criminal Defense Lawyers, 1991-1993
National Board, American Civil Liberties Union, 1971-1980
National Advisory Council, American Civil Liberties Union, 1980-present
Committee on Professional Responsibility, Association of the Bar of the City of New York, 1986-1990
Committee on Professional and Judicial Ethics, Association of the Bar of the City of New York, 1991-1992
Ethics Committee, Criminal Justice Section, New York State Bar Association, 1990-1992
Committee on Legal Education and Admission to the Bar, New York State Bar Association, 1987-1989
Committee on Model Rules of Professional Conduct, D.C. Bar, 1983-1986
Executive Committee and Governing Board, Society of American Law Teachers, 1976-1979
Associate Director, Institute for the Study of Legal Ethics, 1995-present
Ethics Advisory Committee, United States District Court for the Eastern District of New York, 1994-1996
Ethics Advisor to the Chair, ABA Criminal Justice Section, 1993-1995
Advisory Council, The Appleseed Foundation, 1996-present
Panel of Acadmic Contributors, Black's Law Dictionary, 2002-present
Members Consultative Group, ALI, Restatement of the Law Governing Lawyers, 1989-1999
American Law Institute, 1973-1977 (Ex officio), 1989-present (Elected) (Life Member)

[Continued]

**HONORS, GRANTS, AND LECTURESHIPS (SELECTED)**

ABA Michael Franck Award for Professional Responsibility (1998), for "outstanding contributions to the field of professional responsibility" and "a lifetime of original and influential scholarship in the field of lawyers' ethics."
Howard Lichtenstein Distinguished Professor of Legal Ethics, Hofstra University (1989-2003)
Martin Luther King Humanitarian Award (1986) (for "decades of work to advance human dignity and social justice")
Lehman-Laguardia Award for Civic Achievement (1996)
Baker-Hostetler Chair in Law, Cleveland-Marshall Law School (1992)
Annual Award, Black Law Students Association (1987)
Award of Merit, District of Columbia Bar (1979) (for "exceptional performance as a member of the Legal Ethics Committee")
First Annual Wickwire Lecturer on Legal Ethics and Professional Responsibility, Dalhousie Law School, Canada (1992)
President's Commendation Award, National Association of Criminal Defense Lawyers (1992)
Pope John XXIII Lecture, Catholic University Law School (1978)
Dedication of Symposium Issue of Hofstra Law Review, vol. 6, no. 3, part II (1978)
Dedication of Crystal, Professional Responsibility (2d ed., 2000) (Aspen Law & Business): "To Monroe Freedman, who has so often led the way."
Certificate of Merit, American Bar Association (1976) (for "distinguished contribution to public understanding of the American legal system")
Certificate of Special Acknowledgment, Wisconsin Department of Justice (1988)
Ford Foundation grant to establish and direct the Criminal Trial Institute, Washington, D.C. (1965-1966)
Stern Family Fund grant to establish and direct the Stern Community Law Firm, a public interest law firm, Washington, D.C. (1970-1971)
Ford Foundation Research Fellowship in Legal Ethics (1973)
Life Fellow, American Bar Foundation
Honorary Fellow, American Board of Criminal Lawyers (2003–)
Faculty Fellowship, Harvard Law School (1954-1956)

[Continued]

**HONORS (Continued)**

New York State Bar Association Sanford D. Levy Award "in recognition of your extraordinary contribution to the field of professional ethics through a body of work that spans four decades" (2005)
New York State Bar Association Award for Dedication to Legal Scholarship and Public Service (1997)
New York State Bar Association Award for Outstanding Contributions to Criminal Law Education (2006)
Distinguished Faculty Award, Hofstra University (2007)

**PUBLICATIONS**

**Books**

LAWYERS' ETHICS IN AN ADVERSARY SYSTEM (1975) (ABA Gavel Award Certificate of Merit as an "outstanding" contribution to the field, 1976)
UNDERSTANDING LAWYERS' ETHICS (1st ed., 1990)
UNDERSTANDING LAWYERS' ETHICS (3rd ed., 2004) (with Abbe Smith)
CONTRACTS (West Pub. Co., 1973)
TEACHER'S MANUAL, CONTRACTS (265 pp.) (West, 1978) (with Professor Alan Resnick)
CONTRACTS: AN INTRODUCTION TO LAW AND LAWYERING (photocopied, 2006)
GROUP DEFAMATION AND FREEDOM OF SPEECH (Greenwood, 1995) (ed., with Professor Eric Freedman)

**Articles Published In (Selected)**

ABA Journal
Georgetown Law Journal
George Washington Law Review
Hofstra Law Review
Journal of Legal Education
Journal of the Legal Profession
Michigan Law Review
NYU Law Review
Ohio State Law Review
Pennsylvania Law Review
Stanford Law Review
Texas Law Review
Yale Law Journal

**PEER EVALUATIONS**

David Luban, THE GOOD LAWYER 10 (1984):

> [O]ne cannot emphasize too strongly [Freedman's] influence on discussions of legal ethics.

Lawrence Fox, Email to the ABA Board of Governors (2008)

> Monroe Freedman [is] the conscience of our profession.

Ralph Temple, 13 Jour. of the Legal Profession 233 (1988):

> [Monroe Freedman's] thinking, writing and lectures ... have been the primary creative force in legal ethics today, both in the practice of law and in legal education.

William Simon, 27 Hofstra L. Rev. 1 (1998):

> Suppose you had to pick the two most influential events in the recent emergence of ethics as a subject of serious reflection by the bar. Most likely, you would name the Watergate affair of 1974 and the appearance a few years earlier of an article by Monroe Freedman.... Of the two events, Watergate is the most famous, but ... the least important.

Steven Lubet, 34 Hofstra L. Rev. 673 (2006):

> Monroe Freedman ... is one of the few people, maybe the only person, who has actually managed to change the entire discourse in a field of legal studies.

Alan Dershowitz, 34 Hofstra L. Rev. 748 (2006):

> I regard [Monroe Freedman] as the Holmes and Brandeis of Legal Ethics.

Frank H. Armani (lawyer in the Buried Bodies Case), The Professional Lawyer, 2007 Symposium Issue, 19, 25:

> [M]y guiding light and only ray of hope was the writings of Monroe Freedman. He was the only one that made any sense....

Ronald Rotunda, 34 Hofstra L. Rev. 1337 (2006):

> If we had to pick the one person who first created modern legal ethics as a serious academic specialty, it would be Monroe Freedman.