STATE OF LOUISIANA
PARISH OF ORLEANS

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public personally came and appeared:

TUAN TRAN

Who, after being duly sworn, did state as follows:

1. The attached is an accurate copy of Issue 858 of the Little Saigon News of New Orleans, as it was delivered to the public on January 21, 2011. Little Saigon News is a weekly news magazine widely read in the Vietnamese community in the Greater New Orleans area and the Mississippi Gulf Coast.

2. I am fluent in Vietnamese and English.

3. I certify that the following is an accurate translation of the text of the attached advertisement appearing on the front page of Issue 858 of the Little Saigon News of New Orleans:

   Joseph Cao Law Firm

   Announcement

   Effective January 10, 2011, Attorney / Congressman "Joseph" Cao Quang Anh, officially works as "Advisor" for Mr. Ken Feinberg, the administrator of the 20 billion dollar fund to compensate for damages due to the oil spill that was caused by BP.

   Commercial fishermen, business owners, individuals, and anybody in the Gulf Coast area whose occupation has been affected, whose claim has been denied, or has not been reviewed, and anyone with other issues, Attorney / Congressman

EXHIBIT 4

Anh will guide, explain any concerns, and personally reflect with Mr. Feinberg to resolve all issues fairly and quickly without you paying any fees.

Need Secretary and Legal Assistant
Tel: 504-367-5001
Email: acao@loyno.edu
www.caolawfirm.com

_____
Tuan Tran

Thus sworn to and signed before me on the 24th day of January, 2011.

_____
Clay Garside, Notary Public No. 85219

THE LITTLE SAIGON NEWS OF NEW ORLEANS

**SAIGON NHỎ**

858 — phát hành ngày 21 tháng 1, 2011

P.O. Box: 740248, New Orleans, LA 70174   Email: Littlesaigonnews@aol.com

TRAN BICH SAN: Tel: (504) 263-5661 • Cell: (504) 251-6862 • Fax: (504) 263-5644




# TỔ HỢP LUẬT SƯ

## JOSEPH CAO LAW FIRM

### THÔNG BÁO

Từ ngày 10/01/2011, Luật sư DB "Joseph" Cao Quang Ánh, chính thức làm "Cố vấn" cho Ông Ken Feinberg, người quản trị ngân quỹ 20 tỷ mỹ kim, bồi thường thiệt hại do vụ dầu tràn mà công ty BP gây ra.

Các NGƯ PHỦ, THƯƠNG GIA, TƯ GIA và những ai ở vùng Gulf Coast bị thiệt hại về công ăn việc làm mà hồ sơ bị từ chối, hoặc chưa được cứu xét và nhiều trường hợp khác....Luật sư DB Ánh sẽ hướng dẫn, giải thích những thắc mắc, và trực tiếp phản ảnh với ông Feinberg để giải quyết các vụ việc sao cho công bằng và nhanh chóng mà không phải trả bất cứ một lệ phí nào.

*Cần Thư ký và Phụ tá Pháp Lý*

**Tel: 504-367-5001**

Email: acao@loyno.edu
www.caolawfirm.com

2439 Manhattan Blvd., Suite 302
Harvey, LA 70058