UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      *      MDL NO. 2179
    "DEEPWATER HORIZON" IN THE    *
    GULF OF MEXICO, on APRIL 20, 2010 *
                                                            *
THIS DOCUMENT RELATES TO:       *      JUDGE BARBIER
                                                             *
ALL CASES                                                 *      MAG. JUDGE SHUSHAN
                                                             *
******************************************

### SUBMISSION OF REVISED PROPOSED ORDER

[MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS
BETWEEN BP DEFENDANTS AND PUTATIVE CLASS MEMBERS]

**NOW INTO COURT** come Plaintiffs, who respectfully submit a revised proposed Order in connection with Plaintiffs Motion to Supervise *Ex Parte* Communications Between the BP Defendants and Putative Class Members [Doc 912], for the reasons that follow:

I.

When the plaintiffs originally submitted their proposed Order [Doc 912-4], the nature of the GCCF and its precise relation to the Feinberg Rozen Law Firm and BP were largely unknown.

II.

Plaintiffs submitted that the GCCF should either be a truly separate and independent trust or other juridical entity, with full access and transparency, and attendant fiduciary or other duties to a

defined set of beneficiaries, based on a defined set of criteria; or, if, in the alternative, the GCCF were nothing more than an *alter ego* of the BP Defendants, Mr. Feinberg and the Claims Facility should be required to operate under the attendant legal, ethical and professional duties and responsibilities.

III.

Based on the declarations, exhibits and other information referenced in BP's OPPOSITION [Doc 963], Plaintiffs' REPLY BRIEF [Doc 990-2], and Plaintiffs' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD [Doc 1058], it does not appear that the GCCF is a separate and independent trust or other juridical entity, with full access and transparency, or attendant fiduciary or other duties to a defined set of beneficiaries, based on a defined set of criteria.

IV.

Plaintiffs therefore respectfully submit a revised proposed Order for the Court's consideration, should the Court conclude that the GCCF is nothing more than an *alter ego* of the BP Defendants, with Mr. Feinberg and the Feinberg Rozen Law Firm acting as BP's attorney,

This 24th day of January, 2011.

Respectfully submitted,

|  |  |
|---|---|
| /s/  Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Soren E. Gisleson**, La. Bar No. 26302 | **Domengeaux Wright Roy & Edwards LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |

| | |
|---|---|
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office:  (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail:  bbarr@levinlaw.com | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY  10003<br>Office:  (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail:  rgreenwald@weitzlux.com |
| Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office:  (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail:  jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office:  (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail:  rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Office:  (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail:  ecabraser@lchb.com | Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA  70601<br>Office:  (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail:  mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA  70037<br>Office:  (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail:  pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA  70801-1910<br>Office:  (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail:  mpalmintier@dphf-law.com |

| | |
|---|---|
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com<br><br>Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com<br><br><br>Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax:  (504) 588-1514<br>E-Mail:  sterbcow@lksalaw.com<br><br>Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com<br><br>Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com | |

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 24th day of January, 2011.

                                                /s/  James Parkerson Roy and Stephen J. Herman