UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

******************************************

## ORDER

**CONSIDERING** Plaintiffs' Motion to Supervise *Ex Parte* Communications Between the BP Defendants and Putative Class Members, together with the declarations, exhibits and legal authority submitted therewith:

**IT IS HEREBY ORDERED** that the BP Defendants, Kenneth R. Feinberg, Esq., the Feinberg Rozen Law Firm, and the Gulf Coast Claims Facility ("GCCF"), together with all of their representatives, employees, attorneys, agents, consultants, community leaders, and contractors, henceforth SHALL:

1. Refrain from contacting directly any claimant that BP and/or the GCCF knows or reasonably should know is represented by counsel, including, but not limited to, any person or entity who has filed a lawsuit or submitted a PPF, a Short Form Joinder, a GCCF Claim or a BP Claim that reflects representation by an attorney;

2. Refrain from referring to the GCCF, Mr. Feinberg, or the Feinberg Rozen Law Firm, (or its/their representatives, employees, attorneys, agents and contractors), as "independent" or "neutral"; and, as such, SHALL FURTHER:

    A. Affirmatively state (on website, Release, and all communications - oral, written and electronic) that a lawyer of the claimant's choice should be consulted before accepting a final offer or signing a Release;

  B. Affirmatively state that punitive damages (and/or other additional damages) may be available in litigation, but are not being recognized or paid in the GCCF;

  C. Affirmatively state (on website, Release, orally and in all communication) that they cannot advise as to value of the claim, merits of the claim, or any legal consequences of the settlement;

  D. Affirmatively state on the website, Release, and in private and public communication that Mr. Feinberg, the Feinberg Rozen Law Firm and the GCCF are BP's agents in performing BP's statutory duties under the Oil Pollution Act of 1990;

  E. Affirmatively advise claimants (on website, Release, and all communications - oral, written and electronic) of the pendency of the MDL 2179 litigation, the availability of Short Form Joinders (without the need of an attorney or the payment of a filing fee), and the existence of the Liability/Limitation/Test Case Trial in February 2012 in New Orleans;

  F. Affirmatively advise (on website, Release, and all communications - oral, written and electronic) the putative class and claimants that "*pro bono* attorneys" or "community leaders" retained to assist claimants in the GCCF process are being compensated directly or indirectly by BP, and are not "independent".

3. Every communication with a putative class member should be prefaced to inform them of the above.

4. Further, if any communication, public or private, from the GCCF, Mr. Feinberg or the Feinberg Rozen Law Firm purports to inform claimants / plaintiffs / putative class members of their right to seek relief from the Oil Spill Trust Fund, such communication SHALL ALSO advise: (a) that they can also elect to seek relief in a court of law using a Short Form Joinder in MDL 2179 that can be filed without an attorney and without the payment of a filing fee; (b) that some damages or other remedies available in a court of law may not be available from the Oil Spill Trust Fund; (c) that the total funds available from the Oil Spill Trust Fund are limited; and (d) that the Coast Guard (not a court) may determine that they have not satisfied the Coast Guard's presentment requirements.

SIGNED in New Orleans, Louisiana, this ____ day of _____, 2011.

                  _____
                   **HON. CARL J. BARBIER,**
                   **UNITED STATES DISTRICT JUDGE**