UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | § MDL NO. 2170 <br> § <br> § SECTION J <br> § <br> § JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: <br>   Civil Action No. 10-2647 <br>   GEORGE C. SIMPSON v. <br>   TRANSOCEAN, LTD., et al. | § <br> § MAG. JUDGE SALLY SHUSHAN <br> § <br> § |

### NOTICE OF APPEARANCE

COMES NOW Rhon E. Jones and Christopher D. Boutwell, with the firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and give notice of their appearance as additional counsel for the Plaintiff, George C. Simpson.

                              s/Rhon E. Jones
                              Rhon E. Jones (ASB-7747-E52R)
                              Attorney for Plaintiff

                              s/Christopher D. Boutwell
                              Christopher D. Boutwell (ASB-1941-O78B)
                              Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Facsimile)
Rhon.jones@beasleyallen.com
Chris.Boutwell@beasleyallen.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance has been served on ALL Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No, 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filling in accordance with the procedures established in MDL 2179 on this the 24th day of January, 2011.

                                               /s/ Christopher D. Boutwell