UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**LIAISON COUNSEL MEMORANDUM PROVIDING REPORT FOR 1/28/11 STATUS CONFERENCE**

Liaison Counsel submits this report for the status conference on January 28, 2011.

**1. Pre-Trial Orders:**

Since the last conference on December 17, the Court has entered PTO #20 (direct filing), 21 (deposition location – initial round of depositions), 22 (US preservation obligations), 23 (notification of new defendants of depositions), 24 (short form joinder), 25 (clarification of pleading bundles and master complaints). Pending: none (although Magistrate Judge Shushan has indicated that PTO 17 regarding deposition protocols may be amended).

**2. The Status of the JPML Proceedings:**

Since the parties submitted the last status report on December 16, 2010, the JPML has issued two new Conditional Transfer Orders transferring 5 additional cases to this Court. To date, a total of nine CTOs have been issued. The transfer of 289 cases has become final and

966,559 –1–

when added with those originally filed in the Eastern District of Louisiana, there are approximately 389 cases that have been transferred to MDL 2179. As a result of voluntary dismissals, currently only 349 cases are active before the Court. The following issues remain undecided.

- Objections have been filed as to seven of the cases identified in CTO-5, one of the cases identified in CTO-6, and two of the cases identified in CTO-7. The objections have been fully briefed and will likely be decided shortly after the JPML's next hearing session on January 27, 2011, in New Orleans.

- CTO-8 severed a third-party claim from the original claims in the case and conditionally transferred the third-party claim to MDL 2179. The Defendant/ Third Party Plaintiff objected to the severance and transfer. The JPML has set a briefing schedule on the objection that extends into February 2011, and it is unlikely that the Panel will resolve the objection until its March 2011 hearing session.

- CTO-9, which conditionally transfers four cases from the S.D. Tex., was entered on January 20, 2011. Plaintiffs have until January 27, 2011 to object to the transfer. Any objections that plaintiffs may file are unlikely to be resolved until the JPML's March 2011 hearing session.

Parties have moved to transfer nine cases to MDL 2179 that the JPML Clerk had initially rejected as inappropriate for transfer. Briefing has concluded as to these motions, and the JPML will likely decide them at the January 27, 2011 hearing session.[1]

---

1 Attached is a chart showing the status of the Conditional Transfer Orders.

3.  **Status of State-Filed Lawsuits:**

At least 15 Deepwater Horizon-related lawsuits are currently pending in various state courts, including Baldwin County, Alabama (one case); Jefferson County, Alabama (one case); Harris County, Texas (five cases); Galveston County, Texas (two cases); Plaquemines Parish, Louisiana (two cases); Terrebonne Parish, Louisiana (one case); Escambia County, Florida (one case); Hillsborough County, Florida (one case); and Gwinnett County, Georgia (one case). These cases include:

- Eight personal injury suits, including (1) two suits brought by plaintiffs alleging injuries sustained in the April 20, 2010 incident and (2) six suits brought by oil spill response workers;
- One breach of contract suit filed by the manufacturer of containment boom;
- Five lawsuits alleging commercial losses and/or diminished real property value as a result of the oil spill; and
- One suit alleging property damage resulting from oil spill response staging operations conducted on plaintiff's property.
- Motion practice, written discovery, and fact witness depositions are proceeding in some state court cases. Defendant BP is working with Special Master McGovern to encourage coordination of any such state court discovery with discovery in MDL 2179 and with this Court.
- Trials are currently scheduled to begin in two of the oil spill response worker cases in Texas state court on October 17, 2011, and February 6, 2012.

In addition to the above, there are eight or more shareholder derivative lawsuits related to the Deepwater Horizon incident currently pending in at least four state jurisdictions, including

–3–

Louisiana, Delaware, Texas (consolidated litigation), and Alaska (consolidated litigation). BP expects such state court litigation to be stayed in favor of MDL 2185, discussed below. State courts in Louisiana, Texas, and Delaware have already entered orders staying the state court derivative litigation in deference to the consolidated federal derivative case in 2185. BP intends to move to stay the remaining Alaska litigation.

4. **Status of MDL-2185:**

Derivative cases: A Consolidated amended complaint is due February 4, 2011; and a responsive pleading will be due 45 days thereafter.

Securities cases: the cases have been consolidated and lead plaintiffs' counsel were appointed by order of December 28, 2010.

ERISA cases: Motions for appointment of lead counsel are pending; stipulations entered into in non-consolidated cases deferring time to respond until 60 days after filing of consolidated amended complaint.

Discovery Coordination: In all three sets of cases, BP has been working with plaintiffs' counsel to enter into stipulations to provide access to the MDL 2179 BP document production and allow participation in MDL 2179 depositions. Such stipulations are in place with securities and derivative plaintiffs and related discussions continue with ERISA plaintiffs.

### 5. Gulf Coast Claims Facility Update:

The Gulf Coast Claims Facility posts to its website, www.gulfcoastclaimsfacility.com, a daily status report providing an update on its processing of individual and business claims. As of January 22, 2011, the GCCF reported the following statistics: A total of 479,943 claimants have submitted one or more claims to the GCCF of which 394,872 are individuals and 85,872 are businesses. Claimants have received a total of $3,323,026,104, including $60,000,000 in payments from the separate fund for real estate brokers and agents.[2]

Individuals and businesses may file claims with the GCCF via the internet at www.gulfcoastclaimsfacility.com, by calling a toll free hotline, or by visiting a Claims Site Office. The GCCF currently has 35 Claims Site Offices -- 6 in Alabama, 13 in Florida, 12 in Louisiana, 3 in Mississippi and 1 in Texas. See www.gulfcoastclaimsfacility.com.

### 6. Written and Deposition Discovery:

Extensive written discovery and document production is underway. As of the date of the status conference, four depositions will have been taken and 8 depositions are scheduled for February. The parties will meet and confer about the March schedule in early February in accordance with PTO 17.

### 7. BOP Status:

The blowout preventer testing, which began on November 15 at the Michoud/NASA facility, continues.

### 8. Cement Testing Status:

Cement testing protocols have been submitted to the Joint Investigative Team.

---

[2] See www.gulfcoastclaimsfacility.com/GCCF_Overall_Status_Report.pdf (last viewed Jan. 24, 2011).

## 9. Preliminary Deposition Witness Lists and Fact Discovery Cutoff Date

Magistrate Judge Shushan has requested the parties to confer regarding provision of a tentative, preliminary deposition witness list and a suggested fact discovery cutoff date for the Court to consider.

## 10. Plaintiff Profile Forms

GCCF and BP claims administration are making authorized claimant information available to the defendants as permitted by the PPFs. Equal access is being provided to designees of the Plaintiffs Steering Committee.

## 11. Hearing on any motions the Court sets for oral argument

If the Court has any questions, all parties will be prepared to address them at Friday's conference.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy Bloom, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

**Attorneys for BP America Production Company
and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 25, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                              /s/ Don K. Haycraft

417652124.