# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Substitute Status Report;

**IT IS ORDERED** that the motion is granted and that Record Document Number 1063 (Liaison Counsel Memorandum Providing Report for 1/28/11 Status Conference) filed by Defendant BP Exploration and Production Inc. shall be stricken and substituted in its place shall be the attached corrected status report filed on January 25, 2011.

New Orleans, Louisiana, this _____ day of January 2011.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**