UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| ALL CASES | * | MAG. JUDGE SHUSHAN |
| | * | |

******************************************

## ORDER

**CONSIDERING** the plaintiffs' Motion for Leave to Supplement Record,

**IT IS ORDERED** that the motion be and is hereby GRANTED, and that the Clerk of Court is directed to accept for filing the Exhibits attached to Plaintiffs' motion.

**SIGNED** this 25th day of January, 2011, in New Orleans, Louisiana.

_____
United States District Judge