IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|   "DEEPWATER HORIZON" in the | * | |
|   GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| Case No. 10-CV-1674 | * | MAG. JUDGE SHUSHAN |

## Plaintiff's Motion for Relief from Pre-Trial Order No. 15 Or, In the Alternative, Motion to Dismiss Without Prejudice

    Plaintiff is a Jones Act seaman who was injured in the explosion while serving on the DAMON B. BANKSTON. As a result, he sued Tidewater Marine (his Jones Act employer) and BP in Louisiana state court. BP removed the case. Plaintiff filed a Motion to Remand. Both Defendants filed a response and Plaintiff filed a reply. With the issues fully briefed, the Court set Plaintiff's Motion to Remand for oral hearing on September 16, 2010. However, the Court removed the motion from its hearing docket. The Court then issued Pre-Trial Order No. 15 which continued all motions to remand for an unspecified period of time. Since the issues involved in Plaintiff's motion are fully briefed, Plaintiff respectfully requests that the Court rule on the motion. In the alternative, Plaintiff moves to dismiss his case <u>without prejudice</u>.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Robert P. Wynne*

_____

Robert P. Wynne, # 30123
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

rwynne@arnolditkin.com
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on January 25, 2011.

*/s/ Robert P. Wynne*

_____

Robert P. Wynne