# EXHIBIT " G "

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *All Cases.* | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PRE-TRIAL ORDER NO. 15

Before the Court are multiple motions, including Motions to Remand.

Pending further orders of this Court, all pending and future motions, including the Motions to Remand, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the continued motions and in due course, set the motions for hearing. <u>No responses to the motions are due until two weeks before the hearing date set by the Court.</u>

New Orleans, Louisiana, this 5th day of November, 2010.

_____
THE HONORABLE CARL J. BARBIER
U.S. DISTRICT COURT JUDGE