IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| This document relates to: | * | JUDGE BARBIER |
| Case No. 10-CV-1674 | * | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Plaintiff's Motion for Relief from Pre-Trial Order No. 15, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiff's motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Relief from Pre-Trial Order No. 15 is in all things **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2011

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE