## MDL 2179 Transfer Order and Conditional Transfer Order Status

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 1 | 8/24/10 | 26 cases conditionally transferred | Became final on 9/8/10 | Includes cases from N. Cal., S. Fla., N. Ga., S. Ga., E. Ky., W. Ky, , M. La., W. La, E. Tenn., M. Tenn., and E. Va. |
| 2 | 8/31/10 | 45 cases conditionally transferred | Order became final as to 44 cases on September 14, 2010.  Order final as to 1 case on 11/30/2010. | Includes cases from M. Fla., N. Fla., S. Fla., E. Tex., S. Tex., and E. Va. |
| 3 | 9/2/10 | 33 cases conditionally transferred | Order became final as to 31 cases on September 16, 2010.  Order became final as to 2 cases on 11/30/2010. | Includes cases from S. Tex. |
| 4 | 9/8/10 | 38 cases conditionally transferred | Became final on 9/22/2010 | Includes cases from M. Ala., S. Ala., S. Miss., D. S.C., and E. Tex. |
| 5 | 10/27/10 | 58 cases conditionally transferred | Seven objections were filed, staying the order as to those cases. Order became final as to all remaining cases on November 4, 2010. | Includes cases from M. Ala., S. Ala., Del., N. Fla., S. Fla., S. Ind., W. La., S. Miss., S. Tex., W. Tex. and E. Va. |

K&E 18291322.1

| 6 | 11/10/10 | 4 cases conditionally transferred | One objection was filed, staying the order as to that case. Order became final as to all remaining cases on November 17, 2010. | Includes cases from N. Fla., S. Fla. and S. Tex. |
|---|---|---|---|---|
| 7 | 11/30/10 | 7 cases conditionally transferred | One case voluntarily dismissed before CTO became final and therefore not transferred.  Two objections were filed, staying the order as to those cases.  Order became final as to all remaining cases on December 8, 2010. | Includes cases from N. Fla., W. La., N. Miss. and S. Tex. |
| 8 | 12/21/10 | 1 case conditionally transferred | Defendants/ Third Party Plaintiffs have filed an objection to the Order. | S.D. Ala. |
| 9 | 1/20/11 | 4 cases conditionally transferred | Objections are due 1/27/11. Order will become final that date as to all cases for which no objection is filed. | S.D. Tex. |

2