UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| | * | |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | JUDGE CARL BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL CASES | * | MAG. JUDGE SHUSHAN |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Ben L. Mayeaux of the firm Laborde & Neuner as additional counsel of record in the captioned case for Defendants, AIRBORNE SUPPORT, INC. and AIRBORNE SUPPORT INTERNATIONAL, INC.

Lafayette, Louisiana, this 26th day of January, 2011.

Respectfully submitted,

LABORDE & NEUNER

By: /s/ Ben L. Mayeaux
FRANK X. NEUNER, JR. - #7674 ("TC")
BEN L. MAYEAUX - #19042
JED M. MESTAYER - #29345
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Phone: (337) 237-7000
Facsimile: (337) 233-9450

*Attorneys for Defendants, Airborne Support, Inc. and Airborne Support International, Inc.*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of January, 2011.

/s/ Ben L. Mayeaux
COUNSEL