UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | CIVIL ACTION<br><br>NUMBER 10-MDL-1079<br><br>SECTION: "J"(1) |

## ORDER

**IT IS ORDERED** that: (1) a status conference is set for **Friday, January 28, 2011**, before Magistrate Judge Shushan in her courtroom - Room B309; (2) the conference will follow the conference before District Judge Barbier; and (3) counsel shall bring their calendars and witness lists to the status conference.

New Orleans, Louisiana, this 27th day of January, 2011.

SALLY SHUSHAN
United States Magistrate Judge