UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

PRE-TRIAL ORDER NO. 26

[Announcing Appointment of Government Coordinating Counsel]

In order to facilitate efficient discovery and pre-trial procedures for the Limitation Trial scheduled to commence on February 27, 2012, and in light of the governmental interests at stake in the MDL, the Court hereby orders the following:

A.  The Court appoints Department of Justice Attorney R. Michael Underhill as Coordinating Counsel for the Federal Government Interests. The Court appoints Alabama Attorney General Luther Strange as Coordinating Counsel for the State Interests. Coordinating Counsel's role will include scheduling meetings, appearing at Court noticed conferences, acting on behalf of the Government Interests he represents, coordinating discovery with the PSC and DSC, and carrying out any other duty as the Court may order.

B.  The Federal and State Coordinating Counsel shall confer and coordinate among themselves and the PSC and DSC to achieve the greatest possible efficiencies, as respects, *inter alia*, scheduling of discovery established by the Court in prior orders,

including depositions related to liability issues concerning the explosion, fire, and subsequent oil spill involving the MODU Deepwater Horizon.

New Orleans, Louisiana, this 27th day of January, 2011.

_____
CARL J. BARBIER
United States District Judge