UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases*, 10-1674 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

In light of the Court's issuance of Pretrial Order No. 26 (Rec. Doc. 1074), which announced the appointment of Government Coordinating Counsel, the following Motions are hereby **DENIED**: State of Louisiana's **Motion for Leave to Request Creation of Separate Government Case Track and to Appoint Liaison Counsel (Rec. Doc. 248)**, State of Louisiana's **Ex Parte Motion for Hearing on Motion for Leave and Related Motion for Creation of Separate Government Case Track (Rec. Doc. 505)**, State of Louisiana's **Renewed Ex Parte Motion for Hearing on Motion to Create Government Track (Rec. Doc. 987)**, and Center for Biological Diversity's **Motion to Reset Request of Hearing Date (Rec. Doc. 1057)**.

Furthermore, Plaintiff Elton Johnson's **Motion for Relief from Pretrial Order No. 15 or, in the Alternative, Motion to Dismiss Without Prejudice (Rec. Doc. 1066)** is hereby **DENIED**.

New Orleans, Louisiana, this 27th day of January, 2011.

CARL J. BARBIER
United States District Judge