MINUTE ENTRY
SHUSHAN, M.J.
JANUARY 28, 2011

**MJSTAR: 01:09**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**FRIDAY, JANUARY 28, 2011 AT      A.M.**

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

A discovery status conference was held this date before the undersigned.

PRESENT:   See attached sign-in sheets.
Attorneys Ted Tsekerides, Esq., Tony Fitch, Esq. And Alan Weigel, Esq. participated by telephone.