# CONFERENCE ATTENDANCE RECORD

DATE: 1-28-11　　　　　　　　TIME: 10:45

CASE NAME: In Re: Deepwater Horizon

DOCKET NUMBER & SECTION: MDL 2179

(STATUS)　PRELIMINARY　PRE-TRIAL　SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Via telephone → | John Reba / Jeremy Grabel |
| ROBERT CUNNINGHAM | PSC |
| Carmelite Bertaut | Cameron |
| Duke Williams | TLC/PSC |
| Chris Zainey | " " |
| Jeff Grand | " " |
| William Large | " " |
| Denise Scofield | M-I |
| Glenn Goodier | Weatherford, U.S., L.P. |



## CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| HENRY T. DART | State of LA |
| Ky Kirby | Anadarko & Moex |
| Deb Kuchler | " " |
| Phil Wittmann | CAMERON |
| David Beck | " |
| Paul Sterbcow | BC |
| Julie Brown | BP |
| Donald E Godwin | Halliburton |
| Jenny L Martinez | " |

# CONFERENCE ATTENDANCE RECORD

DATE: _____   TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS     PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| R. Alan York | Halliburton |
| Stefanie Major | " |
| Dennis Barrow | Deil- Ovp |
| Allan Kanner | LA AG |
| Jim Roy | PSC - CoLiozza |
| Steve Herman | PSC - " " |
| Steve O'Rourke | US Justice |
| Deanna Chang | US DOJ |
| Paul Thibodeaux | PPI |

Case 2:10-md-02179-CJB-DPC   Document 1079-1   Filed 01/28/11   Page 4 of 5

(4)

# CONFERENCE ATTENDANCE RECORD

DATE:_____    TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Nariklia Karis | BP |
| Keith Jarrett | BP |
| Don Haycraft | BP |
| Joey D... | MDL |
| Anthony Irpino | PSC |
| Luther Strange | Alabama |
| Mike Underhill | DOJ U.S. |
| Michael Lyle | Seacor, NRC, O'Briens |
| Gary Hearlthic | Sextzie |

## CONFERENCE ATTENDANCE RECORD

DATE:_____   TIME:_____

CASE NAME:_____

DOCKET NUMBER & SECTION:_____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brooke Geren | Transocean |
| Dan Goforth | " |
| Michelle Delemarre | USA |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |