IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases* | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |
| *   *   *   *   *   * | | |

## SPECIAL APPEARANCE BY TRANSOCEAN LTD.

## AND AGREED STIPULATION AND SCHEDULING ORDER

## FOR JURISDICTIONAL DISCOVERY

Considering the need for organization of this complex litigation and to expedite the litigation process, this Court on October 19, 2010 entered Case Management Order No. 1 (CMO #1). In CMO #1, this court set forth several guidelines including but not limited to: (1) pleading bundles, (2) time periods for filing pleadings, and (3) discovery guidelines. In order to further organize matters within this Multidistrict Litigation and in anticipation of jurisdictional challenges, the Plaintiffs' Steering Committee ("PSC"), and Transocean Ltd. ("TO LTD"), which is making a special appearance before this Court with a full reservation of rights, and by so appearing does not waive personal jurisdiction, submit to this Court an agreed Stipulation and Scheduling Order for Jurisdictional Discovery. This Scheduling Order is pursuant and consistent with CMO #1.

1. TO LTD will file a single Federal Rules of Civil Procedure 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction on February 12, 2011 which will apply to all cases in MDL No. 2179 where it has been named, including but not limited to the B1, B3, and D1 Master Complaints and all other actions which require an individual response pursuant

1

908604.2

to CMO #1. Without any waiver of jurisdiction and for the sole purpose of cases consolidated in MDL No. 2179, TO LTD will allow counsel to accept service of process in those MDL cases which TO LTD has been named as a party.

2. On or before February 18, 2011, the PSC will propound written jurisdictional discovery on TO LTD pursuant to the Federal Rules of Civil Procedure. TO LTD will serve written responses to that discovery on or before March 25, 2011. TO LTD will make its initial production of non-privileged responsive documents on or before April 15, 2011.

3. To the extent production involves ESI, MDL No. 2179 Pretrial Order No. 16 will apply equally.

4. To the extent production of any document involves privileged and/or work-product materials, MDL No. 2179 Pretrial Order No. 14 will apply equally.

5. On or before May 10, 2011, the PSC will propound a 30(b)(6) deposition notice on TO LTD and identify any fact witnesses of TO LTD that the PSC seeks to depose.

6. The Rule 30(b)(6) deposition of TO LTD shall occur between June 1, 2011 and June 30, 2011. The deposition shall occur in the office of TO LTD's counsel, or at a mutually agreeable location. Further, on or before May 20, 2011, TO LTD shall provide written notice to the PSC advising whether the deponent(s) is fluent in English or whether a translator is required.

7. By participating in depositions in the United States, TO LTD is not waiving any objections to jurisdiction.

8. Counsel for TO LTD shall accept service of notice of depositions for any officers, directors, or employees of TO LTD in cases in which TO LTD has been served pursuant to this agreed Stipulation and Order. Acceptance of such service shall not constitute a waiver of jurisdiction.

9. After all requested depositions have been taken by the PSC, TO LTD will identify any and all depositions it requests to take for purposes of its personal jurisdiction challenge.

10. TO LTD is providing discovery in the cases in which it has been served. Such discovery may be used in other cases in which TO LTD is later served to the extent permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

11. All discovery requests and production of discovery including depositions will end on August 20, 2011. On this date, jurisdictional discovery between TO LTD and the PSC will close.

12. On September 28, 2011, TO LTD will file, with documents and/or testimony, its memorandum in support of its 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

13. On October 14, 2011, the PSC will file, with documents and/or testimony, their memorandum in opposition to TO LTD's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

14. On October 31, 2011, TO LTD will file, with documents and/or testimony, its reply memorandum in support of its 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

15. Following the close of briefing, the Court will hold a hearing on TO LTD's personal

908604.2

jurisdiction challenge. The hearing will proceed with oral argument, but without the presentation of live-witness testimony.

The forgoing is stipulated and agreed to by:

| | |
|---|---|
| Stephen J. Herman<br>La. Bar No. 23129<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: Sherman@hhkc.com<br><br>Co-Liaison Counsel for Plaintiffs | Kerry J. Miller<br>La. Bar No. 24562<br>Frilot LLC<br>1100 Poydras Street, Suite 3700<br>New Orleans, LA 70163<br>Telephone: (504) 599-8000<br>Fax No. (504) 599-8100<br>E-Mail: kmiller@frilot.com<br><br>Defense Liaison Counsel<br>Attorneys for Transocean Ltd. |

IT IS SO ORDERED, this 28th day of January, 2011, in New Orleans, Louisiana.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

908604.2