UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Second Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each item described in Exhibits A and B to this Order, provided that (i) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the entry of this Order; (ii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific

item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

ALSO, IT IS FURTHER ORDERED that without seeking additional intervention from this Court, BP may also release those physical items that it may subsequently locate or recover that are of the same type as the items described in Exhibits A and B to this Order, provided that (i) BP shall publish a list of all such items and provide notice of its intent to release those items to all parties to this action in the same manner that BP has provided all parties with copies of Exhibits A and B; (ii) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the notice to all parties that BP intends to release those items; (iii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iv) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

DONE AND SIGNED, this 28th day of January, 2011, at New Orleans, Louisiana.

_____
United States District Judge