```
1                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
2

3    ******************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6                                    CIVIL ACTION #10-MD-2179 "J"
                                     NEW ORLEANS, LOUISIANA
7                                    FRIDAY, JANUARY 21, 2011, 9:30 A.M.

8    THIS DOCUMENT RELATES TO:

9    ALL ACTIONS

10
     ******************************************************************
11

12                       TRANSCRIPT OF PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                  UNITED STATES MAGISTRATE JUDGE

14
     APPEARANCES:
15

16   FOR THE PLAINTIFFS:
                              DOMENGEAUX WRIGHT ROY & EDWARDS
17                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
18                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
19

20                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE
21                                 SOREN E. GISLESON, ESQUIRE
                              820 O'KEEFE AVENUE
22                            NEW ORLEANS, LA  70113

23
                              BREIT DRESCHER IMPREVENTO & WALKER
24                            BY:  JEFFREY A. BREIT, ESQUIRE
                              1000 DOMINION TOWER,
25                            999 WATERSIDE DRIVE
                              NORFOLK, VA  23510
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              CUNNINGHAM BOUNDS
                                BY:  ROBERT T. CUNNINGHAM, ESQUIRE
 4                              1601 DAUPHIN STREET
                                MOBILE, AL 36604
 5

 6

 7  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 8  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 9  BP CORPORATION NORTH
    AMERICA INC.,
10  BP EXPLORATION &
    PRODUCTION INC.,
11  BP HOLDINGS NORTH
    AMERICA LIMITED,
12  BP PRODUCTS NORTH
    AMERICA INC.:          LISKOW & LEWIS
13                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
14                              701 POYDRAS STREET
                                SUITE 5000
15                              NEW ORLEANS, LA 70139

16

17                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQUIRE
                                300 N. LASALLE
18                              CHICAGO, IL 60654

19
                                KIRKLAND & ELLIS
20                              BY:  ROBERT R. GASAWAY, ESQUIRE
                                655 FIFTEENTH STREET, N.W.
21                              WASHINGTON, DC  20005

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  KERRY J. MILLER, ESQUIRE
                                     PAUL C. THIBODEAUX, ESQUIRE
 7                              ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
 8                              NEW ORLEANS, LA  70163

 9

10   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
11                              BY:  CARMELITE M. BERTAUT, ESQUIRE
                                546 CARONDELET STREET
12                              NEW ORLEANS, LA 70130

13

                                BECK REDDEN & SECREST
14                              BY:  DAVID J. BECK, ESQUIRE
                                ONE HOUSTON CENTER
15                              1221 MCKINNEY STREET, SUITE 4500
                                HOUSTON, TX  77010

16

17   FOR HALLIBURTON
     ENERGY SERVICES, INC.:     GODWIN RONQUILLO
18                              BY:  DONALD E. GODWIN, ESQUIRE
                                     JENNY L. MARTINEZ, ESQUIRE
19                                   STEFANIE K. MAJOR, ESQUIRE
                                1201 ELM STREET, SUITE 1700
20                              DALLAS, TEXAS 75270

21

                                GODWIN RONQUILLO
22                              BY:  R. ALAN YORK, ESQUIRE
                                1331 LAMAR, SUITE 1665
23                              HOUSTON, TEXAS 77010

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
 5   AND MOEX OFFSHORE 2007
     LLC:                      KUCHLER POLK SCHELL WEINER & RICHESON
 6                             BY:  DEBORAH D. KUCHLER, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
 7                             NEW ORLEANS, LA  70112

 8
     FOR THE STATE OF
 9   LOUISIANA:                KANNER & WHITELEY
                               BY:  ALLAN KANNER, ESQUIRE
10                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
11

12                             HENRY DART
                               ATTORNEYS AT LAW
13                             510 NORTH JEFFERSON STREET
                               COVINGTON, LA  70433
14

15   FOR THE UNITED STATES
     DEPARTMENT OF JUSTICE:    U.S. DEPARTMENT OF JUSTICE
16                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
17                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
18                             SAN FRANCISCO, CA  94102

19
     ALSO PRESENT:             COREY MAZE, ESQUIRE
20                             CARRIE KARIS, ESQUIRE

21

22   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 500 POYDRAS STREET, ROOM B406
23                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
24

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
```

1                          **I N D E X**

2

3    SPEAKERS                                            Page

4

5    MR. HAYCRAFT............................................    8

6    MR. LANGAN.............................................    9

7    MR. ROY................................................   10

8    MR. UNDERHILL..........................................   12

9    MR. ROY................................................   17

10   MR. LANGAN.............................................   20

11   MR. KANNER.............................................   21

12   MR. BECK...............................................   24

13   MR. MAZE...............................................   25

14   MR. LANGAN.............................................   27

15   MR. KANNER.............................................   28

16   MS. NICHOLSON..........................................   29

17   MS. BERTAUT............................................   32

18   THE COURT..............................................   33

19   MR. LANGAN.............................................   34

20   MR. ROY................................................   35

21   MR. KANNER.............................................   36

22   MR. LANGAN.............................................   37

23   MR. MILLER.............................................   38

24   MR. UNDERHILL..........................................   38

25   MR. GODWIN.............................................   39

1   MR. ROY............................................   41

2   MS. BERTAUT........................................   43

3   MR. ROY............................................   44

4   MS. BERTAUT........................................   45

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        P-R-O-C-E-E-D-I-N-G-S

2                   M O R N I N G    S E S S I O N

3                    FRIDAY, JANUARY 21, 2011

4                    (COURT CALLED TO ORDER)

5

6

09:33AM   7           THE DEPUTY CLERK:  All rise.

09:33AM   8           THE COURT:  Good morning, guys.

09:33AM   9              Hello, phone people.  Can you hear us okay?

09:34AM  10           VOICES:  We can, Your Honor.

09:34AM  11           THE COURT:  Everybody who is in the room, please don't

09:34AM  12    forget to sign in so we'll have a record of your attendance.  It

09:34AM  13    looks to me like the group is growing, not shrinking, which is

09:34AM  14    depressing, but okay.  We really do have to discuss that at some

09:34AM  15    point, it seems to me.

09:34AM  16              Okay.  What brought us together was the suggested

09:34AM  17    amendment to pretrial order Number 17, which counsel for the

09:34AM  18    plaintiff circulated, what, about 10 days ago, so we have been

09:34AM  19    looking at that.  We've got submissions from everybody.  Some of

09:34AM  20    the submissions were confidential, so not everybody has seen

09:34AM  21    everybody's submissions, and I'm not going to make you open it

09:35AM  22    up, but we have studied each of the submissions, whether they

09:35AM  23    were confidential or not, and we're well aware of everybody's

09:35AM  24    position on allocation of time.

09:35AM  25              The first thing I wanted to talk about, if we add

09:35AM 1    additional time to a day, and the day gets to be, instead of an

09:35AM 2    eight-hour plus an hour and a half for breaks and lunch, and we

09:35AM 3    add additional time, are we going beyond what a normal witness

09:35AM 4    can endure in one day?  I would like to hear from you on that,

09:35AM 5    because what, of course, is bothering me is the length of the

09:35AM 6    deposition day and whether we're going to have to, if we lengthen

09:35AM 7    a day, go into a second day with a witness.  If we go into a

09:36AM 8    second day with a witness, how we are going to keep you all on

09:36AM 9    track to do approximately 15 depositions per month, and frankly,

09:36AM 10   whether 15 depositions a month are enough to get you all ready.

09:36AM 11            I know that, Don, you had kind of projected 125

09:36AM 12   witnesses, round numbers.

09:36AM 13            MR. HAYCRAFT:  Very round.

09:36AM 14            THE COURT:  Very round.

09:36AM 15            MR. HAYCRAFT:  Actually, that was just taking the 15

09:36AM 16   times the number of months.  It was not in relationship to the

09:36AM 17   actual witnesses.

09:36AM 18            UNIDENTIFIED SPEAKER ON THE PHONE:  Your Honor, we're

09:36AM 19   having difficulty hearing.

09:36AM 20            THE COURT:  Yes, he's going to come up to the podium.

09:36AM 21            MR. HAYCRAFT:  Yes, before anybody takes 125 witnesses

09:36AM 22   to the bank, that was just a projection casually on my part,

09:36AM 23   taking 15 times five or six or eight months and multiplying.

09:36AM 24            THE COURT:  Right.  So I went back to the pretrial

09:37AM 25   order, and we've got that timeline for how we're to proceed prior

09:37AM 1    to the limitation, and there does not appear to be, even though

09:37AM 2    multiple eyes have looked at it, any deadline for fact witness

09:37AM 3    discovery.

09:37AM 4          MR. HAYCRAFT:  I think you're right.

09:37AM 5          THE COURT:  Yes, I think I'm right.  I kept looking and

09:37AM 6    I couldn't find it.  So it seems to me that that's something we

09:37AM 7    need to really think about -- when do we want to finish the fact

09:37AM 8    witness discovery so that you can go into your expert discovery,

09:37AM 9    and then figure out approximately how many witnesses a month

09:37AM 10   prior to that deadline we're going to need to accommodate in

09:37AM 11   order to get y'all done.  If it's going to take for some

09:38AM 12   witnesses more than a day to get them deposed, that's a real

09:38AM 13   concern.

09:38AM 14         So do you want to address any of that?

09:38AM 15         MR. LANGAN:  Your Honor, it's Andy Langan for BP.

09:38AM 16         On the issue of where you started, which is the

09:38AM 17   time spent in a day, and I guess just to recount the bidding, we

09:38AM 18   know the Federal Rules start, say seven, we spent a lot of time

09:38AM 19   with you in November, had a conference just like this with about

09:38AM 20   as many people, heard from a number of stakeholders, and as a

09:38AM 21   result of all that, Your Honor came out with pretrial order 17

09:38AM 22   that established it at eight and split it four hours for the

09:38AM 23   plaintiff's side, four hours for the defense side.  That's an

09:38AM 24   extension of the normal time.

09:38AM 25         I think we said in our letter that that probably

09:39AM 1   would be where we should stay, but if you were going to add a
09:39AM 2   little bit of time, I think, speaking on behalf of BP, we do
09:39AM 3   start to get concerned, since we seem to be the one that's going
09:39AM 4   to have a number of witnesses, we do get concerned, I'm sure our
09:39AM 5   client gets concerned that anything beyond eight becomes a little
09:39AM 6   unmanageable for our witnesses.  Maybe a little bit more time we
09:39AM 7   could live with one day but -- and it may depend on the witness,
09:39AM 8   but we do have concerns.  That's why our bottom line is, stay the
09:39AM 9   course or maybe add a little bit of time.
09:39AM 10          THE COURT:  Yes, and I'm concerned about that.  More
09:39AM 11  than eight hours, the testimony by any one witness gets to be
09:39AM 12  difficult.  I think eight hours is difficult.
09:39AM 13              Jim, you look like you want to address this.
09:39AM 14          MR. ROY:  I was just paying rapt attention, Your Honor.
09:39AM 15  I do, Jim Roy, Your Honor.
09:39AM 16              The time issue, Your Honor, is up to Your Honor.
09:39AM 17  We, the PSC, has one observation about that, and that is, that to
09:40AM 18  the extent any party has unused time, for example, if this is a
09:40AM 19  deposition where the PSC is allowed four hours for questioning
09:40AM 20  and we've budgeted four hours, and this is whatever you give to
09:40AM 21  anybody else for whatever reason, if our deposition team
09:40AM 22  concludes that we've got an extra 30 minutes we don't need, then
09:40AM 23  we don't want to volunteer this on an ongoing basis, but we
09:40AM 24  certainly believe that we should have the right, maybe even the
09:40AM 25  obligation, to offer it up to our friends with the federal

09:40AM 1  government or MDL 2185 or the state attorneys that may be

09:40AM 2  following us in questioning.

09:40AM 3          Like I said, we wouldn't want to set a precedent,

09:40AM 4  but if we've got the extra time, we don't believe it should be

09:41AM 5  just dead time that eviscerates and is gone.  We ought to be able

09:41AM 6  to seed, that any party ought to be able to seed time.  That's

09:41AM 7  point one.

09:41AM 8          Point two.  Your Honor made reference to 15

09:41AM 9  depositions a month, and I just want to point out that the

09:41AM 10 Court's order talked about 15 days a month for depositions.

09:41AM 11         THE COURT:  Right.

09:41AM 12         MR. ROY:  And that in open court, as well as in liaison

09:41AM 13 conferences, the PSC has always taken the position, always, that

09:41AM 14 multitracking of depositions simultaneously will ultimately, in

09:41AM 15 our opinion, be necessary.

09:41AM 16         In fact, when we started the scheduling for

09:41AM 17 January, Steve and I had discussions with at least two or three

09:41AM 18 of the liaisons on the defense side to the effect that we did not

09:41AM 19 believe we ought to multitrack during January and possibly into

09:41AM 20 February while we got our feet wet, got the pattern going,

09:42AM 21 et cetera, et cetera, but I just want to make sure the record

09:42AM 22 reflects that, at least from our position, we've always believed

09:42AM 23 multitracking of depositions will probably be necessary for the

09:42AM 24 record.

09:42AM 25         We believe that come March, April at the latest, we

09:42AM  1    believe we're going to have to shift into that mode in order to

09:42AM  2    be able to adequately get these things covered.  We are able to

09:42AM  3    cobble together the necessary competent lawyers on our side, and

09:42AM  4    we're sure the defense can on theirs.  Thank you, Your Honor.

09:42AM  5              MR. UNDERHILL:  May I, Your Honor?

09:42AM  6              THE COURT:  Sure.

09:42AM  7              MR. UNDERHILL:  Thank you, Your Honor.

09:42AM  8    Michael Underhill, U.S. Department of Justice.

09:42AM  9              Your Honor, I come back to where we were last week

09:42AM 10    on the math issue.  I'm going to take the math issue in a little

09:42AM 11    different perspective now.  It's like when you go to get a

09:42AM 12    budget, if you need two million bucks, you ask for four and you

09:42AM 13    hope you get two.  I'm going to be honest --

09:42AM 14              THE COURT:  You know that, being with the federal

09:42AM 15    government.

09:42AM 16              MR. UNDERHILL:  Absolutely.  Absolutely.  Unfortunately,

09:43AM 17    we don't always get the two.  I'm going to be straight with the

09:43AM 18    Court, Your Honor.  To represent the interests of my client, in a

09:43AM 19    normal case, I'd be taking eight hours on significant witnesses,

09:43AM 20    certainly not the ones we had the other day.  That's the normal

09:43AM 21    case.  This is not the normal case.  I understand that, but I

09:43AM 22    also think that my colleagues, Mr. Langan and his folks and

09:43AM 23    others, also need to understand this is not the normal case.

09:43AM 24    This is a very different case because of its scope, the issues

09:43AM 25    involved, the rights of all the parties, the defendants, the

09:43AM  1    private plaintiffs, government interests, and anybody else.

09:43AM  2            I'll be honest, my budget for time, the one that --

09:43AM  3    the minimal, shaved to the bone that I cannot live with less is

09:43AM  4    two hours.  I don't know how we get there, but I need two hours

09:43AM  5    to represent my client's interests, and that's without wasting an

09:43AM  6    ounce of time.

09:43AM  7            THE COURT:  Let me ask you this, Mike:  As we proceed to

09:44AM  8    the limitation trial where the issues are going to be liability,

09:44AM  9    limitation and allocation of fault, do your, meaning the

09:44AM 10    government interests, vary significantly from the plaintiff's?

09:44AM 11    I've read your submission -- I'm with you -- but on just the

09:44AM 12    issues that we're focusing on for limitation purposes, is there a

09:44AM 13    significant difference?  I see the difference in penalties, I see

09:44AM 14    the difference in statutory violations, and I see a difference

09:44AM 15    between you and the states when it comes to divvying up the

09:44AM 16    damages.

09:44AM 17            MR. UNDERHILL:  The answer is yes, and I tried to lay it

09:45AM 18    out in the letter because it's really a complex issue, for some

09:45AM 19    reasons I don't feel comfortable discussing.  I'll be candid with

09:45AM 20    this part, Your Honor, that, believe me, I'm not asking for an

09:45AM 21    invitation here, but it's come to our attention that some parties

09:45AM 22    are thinking about dragging us into the limitation action.

09:45AM 23            THE COURT:  Yes.

09:45AM 24            MR. UNDERHILL:  In that case, we've got not only

09:45AM 25    plaintiff's rights because we have plaintiff interest, but we

09:45AM 1    would have defendant obligations as well.  I don't control that

09:45AM 2    track.  I mean, somebody is going to decide to do it or not.  But

09:45AM 3    I'm looking at that perspective and saying that I need to do

09:45AM 4    that.  But even on the plaintiff's side, the same issues that go,

09:45AM 5    frankly, that, that these folks would be trying to do, they go

09:45AM 6    from a different perspective with some of the same witnesses to

09:45AM 7    the penalty action, unless, of course, we do separate

09:45AM 8    depositions, which nobody wants to do.

09:45AM 9              I'd add this, too, that in terms of, I think

09:45AM 10   that -- I look at -- I try to figure out in the beginning of the

09:45AM 11   case what it's going to look like at trial, and I've never seen a

09:46AM 12   trial judge yet that looks counsel in the eye and says, you're

09:46AM 13   going to get 115 witnesses up in my witness box.  It's not going

09:46AM 14   to happen.  It's not practical.  And I think Don was candid by

09:46AM 15   saying that it was a back-of-the-envelope calculation not based

09:46AM 16   upon witnesses.

09:46AM 17             So I think that, first of all, we're starting with

09:46AM 18   a false premise that we have to do 115.  Perhaps we will.  I

09:46AM 19   seriously doubt it.  So I think we get realistic about that.

09:46AM 20             To address Jim's point, I agree with him

09:46AM 21   wholeheartedly that this is not the typical case, that I think

09:46AM 22   that we're going to have to recognize the necessity of

09:46AM 23   multitracking.  We're all parties in the case that can afford to

09:46AM 24   hire the people to cover those depositions.  We're prepared.

09:46AM 25   Plaintiffs are prepared.  BP and the other defendants are

09:46AM 1    prepared, that I think that we have to acknowledge that

09:46AM 2    possibility that we do that.  And if we do that, it's a way to

09:46AM 3    figure out how to do it, and I think that, in terms of scheduling

09:46AM 4    the deposition day, I think the fairer way to do it for the

09:47AM 5    witness and the parties and counsel would be to, whether it's a

09:47AM 6    nine and three or an eight and four or however we do it.

09:47AM 7              I would also note that I think counsel are behaving

09:47AM 8    responsibly in the two depos we had in the last few days.  Maybe

09:47AM 9    not the first one, but yesterday we had actually time left over.

09:47AM 10             THE COURT:  Who did that?

09:47AM 11             MR. UNDERHILL:  We had time left over.

09:47AM 12             THE COURT:  I knew you weren't going to have time left

09:47AM 13   over on that first one because I stayed for five minutes, and it

09:47AM 14   was agonizing.

09:47AM 15             MR. UNDERHILL:  Who are you looking at, Your Honor?

09:47AM 16   That wasn't me.

09:47AM 17             THE COURT:  You grew up in Oklahoma.  How long were you

09:47AM 18   at Oklahoma?  In any event, I knew you weren't going to have time

09:47AM 19   left over.

09:47AM 20             MR. UNDERHILL:  Another point, Your Honor, in terms of

09:47AM 21   my friend Andy and letter, I do not -- I'll be candid, I don't

09:47AM 22   appreciate my courtesies being taken out of context in that

09:47AM 23   letter, and the representations were taken out of context.  We

09:48AM 24   came to court earlier with Sharon Smith trying to say, look,

09:48AM 25   we're not in now, but we're likely certainly going to be in.  We

09:48AM 1    don't want to blindside anybody later on.

09:48AM 2              Insofar as BP's wanting to present its witnesses, I

09:48AM 3    don't think they're, in a short day, I don't think they are being

09:48AM 4    realistic about the scope of this case, the issues and the

09:48AM 5    parties involved.  And like the movie trailers say, that no

09:48AM 6    character in this movie is actually representing somebody else,

09:48AM 7    even if it's a biography.

09:48AM 8              It's like there is a story that a farmer or a

09:48AM 9    chicken farmer losing chickens left and right because he's got to

09:48AM 10   sleep sometime, so he puts out a want ad to hire a security guard

09:48AM 11   for the chickens.  So the wolf who is stealing the chickens goes

09:48AM 12   and applies in a costume as a security guard and offers to do the

09:48AM 13   job for half the price that the farmer offered in the newspaper.

09:48AM 14   The farmer says, I'm poor.  I've got to sleep sometime.  You're

09:48AM 15   half price.  I give you the job.  It's the only thing I can do.

09:48AM 16   And the wolf says, dressed up in the security uniform,

09:48AM 17   Absolutely.  Can you lend me your gun so I can fight off that

09:49AM 18   wolfie that comes at night.

09:49AM 19             So BP is not in a position to say in the

09:49AM 20   complexities of this case that we've got an eight-hour day and no

09:49AM 21   more.  We're all going to be burdened by that.  All of us.  None

09:49AM 22   of us appreciate spending any more time than we have to.  The

09:49AM 23   novelty at BP depositions for me has already worn off.  Now it's

09:49AM 24   just, it's just deposition.  It's what we do for a living.

09:49AM 25             So in that context, Your Honor, I don't think an

09:49AM 1   eight-hour day is going to work because our time, whether it be
09:49AM 2   coming out of the plaintiff's time, we don't want to do that.  I
09:49AM 3   hear and respect their offer, that they don't want to put us in
09:49AM 4   harms's way.  I think something has to give, and I think the
09:49AM 5   eight-hour day is what has to give.
09:49AM 6           THE COURT:  I tend to agree from, well, certainly, if I
09:49AM 7   give everyone the time they are requesting, the eight-hour day is
09:49AM 8   gone.  I am concerned about the witnesses enduring more than an
09:49AM 9   eight-hour day.  I think that is really cruel and unusual, so
09:50AM 10  I've got to think about and talk to Judge Barbier about what
09:50AM 11  we're going to do as far as allotted time, but I tend to think
09:50AM 12  that the eight-hour day is a thing of the past, and that's
09:50AM 13  something we're going to need to grapple with.
09:50AM 14          MR. ROY:  Your Honor, Jim Roy.
09:50AM 15          One other thought strikes me.  We were focusing on
09:50AM 16  the default four hours PSC, four hours DSC, and whatever you do
09:50AM 17  or don't do for the rest of the parties.  Actually, two thoughts
09:50AM 18  I've got:  Let's not forget that there are depositions that, it
09:50AM 19  has been acknowledged by the defense side, will take six hours on
09:50AM 20  the PSC, or even eight hours.
09:50AM 21          THE COURT:  Correct.
09:50AM 22          MR. ROY:  And we have, I forget what the number is, it's
09:50AM 23  not a large number -- "Bobo" would know -- one scheduled right
09:50AM 24  now where it's agreed that it's going to be eight hours on the
09:51AM 25  PSC side.  We're trying to show restraint.  I mean, we know down

09:51AM 1   the road there may be a couple with six hours, maybe a few others

09:51AM 2   with eight.  But we respect the default that you've allocated and

09:51AM 3   that's fine, but we'd merely point out to you that there will be

09:51AM 4   some of those, so whatever you do, perhaps keep a lookout for

09:51AM 5   addressing that because it will be an issue in those depositions.

09:51AM 6              The second thing is, we didn't talk about it, and

09:51AM 7   that is, those state court cases that are being cross-noticed by

09:51AM 8   BP, we certainly understand and appreciate the sentiment of why

09:51AM 9   they do it and this and that and the other deal.  I just have an

09:51AM 10  observation.

09:51AM 11             Once again, the way we have presented this to you,

09:51AM 12  we don't believe we ought to have a serious dog in that hunt if

09:51AM 13  they are not otherwise stayed by the defendants and they are out

09:51AM 14  there, they ought to be, those state court plaintiffs, to the

09:52AM 15  extent they think they've got something unique that requires

09:52AM 16  questioning, our position is they ought to be petitioning you for

09:52AM 17  separate permission, and whatever you do, you do, but that should

09:52AM 18  not be our fight or our obligation.

09:52AM 19             That being said, it strikes me that if you've got

09:52AM 20  an unstayed state court action out there that BP cross notices,

09:52AM 21  all right, you know, the thought strikes me that what that state

09:52AM 22  court judge himself or herself actually decides in terms of time

09:52AM 23  allocation is what's going to control there and not something

09:52AM 24  that's decided in this court by itself, if only because of the

09:52AM 25  Anti-Injunction Act.

09:52AM 1    THE COURT:  Well, we're going to try.  Let's put it that

09:52AM 2  way.  Whether it flies or not, it seems to me, but let's give it

09:52AM 3  the try.

09:52AM 4    MR. ROY:  The ultimate point was with those state court

09:52AM 5  judges, in cases that aren't stayed that otherwise have that

09:52AM 6  issue, that's probably a good venue to use the special master,

09:53AM 7  perhaps, to interface between your court and theirs so that there

09:53AM 8  can be something common because --

09:53AM 9    THE COURT:  On any given witness, let's just assume,

09:53AM 10  Jim, that you've got a default time witness, four hours of

09:53AM 11  questioning of that witness.  I just don't see, maybe I'm being

09:53AM 12  naive, that any one of the individual state court plaintiffs will

09:53AM 13  have a whole lot of additional questions to ask.  I just can't

09:53AM 14  see it.

09:53AM 15    Andy.

09:53AM 16    MR. LANGAN:  May I address --

09:53AM 17    MR. ROY:  Wait, let me address that one question, if I

09:53AM 18  could, Your Honor.  I agree with you; although, in fairness, I

09:53AM 19  can see some individual plaintiff, when a witness is being

09:53AM 20  deposed, saying, I would like to ask this guy did he see my man

09:53AM 21  on fire running down the hall and was he a good worker?

09:53AM 22    THE COURT:  Positively.

09:54AM 23    MR. ROY:  I would submit to you, give us those

09:54AM 24  questions, and we can get them asked or otherwise make

09:54AM 25  accommodations.

09:54AM 1    MR. LANGAN:  I find myself in the -- Andy Langan for BP.
09:54AM 2  I'm agreeing with Mr. Roy.
09:54AM 3    MR. ROY:  Are you ill?
09:54AM 4    MR. LANGAN:  No.  In all seriousness, Mr. Roy makes a
09:54AM 5  few good points.  And there are a handful of cases that are
09:54AM 6  unstayed in state court, primarily in the State of Texas, in
09:54AM 7  which we do feel an obligation to cross-notice to protect our
09:54AM 8  witnesses from multiple depositions.
09:54AM 9    THE COURT:  Nobody takes, if you know, exception to
09:54AM 10  that?
09:54AM 11    MR. LANGAN:  Well, the Texas lawyers, plaintiff's
09:54AM 12  lawyers have been.  They have been moving to quash, and we're
09:54AM 13  going to have to fight that out.  But what I -- what -- the point
09:54AM 14  I do want to make is this:  We think we'll be treated fairly both
09:54AM 15  by this Court and by the state courts in Texas, but they will be
09:55AM 16  looking, the judges in Texas -- I'm sure in Harris County and
09:55AM 17  Galveston and where else -- they will be looking very carefully
09:55AM 18  at are the plaintiff's lawyers in those cases being treated
09:55AM 19  fairly in this proceeding?  Are they being given an opportunity
09:55AM 20  to provide questions to the PSC?  Are they working cooperatively
09:55AM 21  with the PSC?  And I think Special Master McGovern will have a
09:55AM 22  role in facilitating that.
09:55AM 23    So we have a very strong interest in providing some
09:55AM 24  sort of a process to make sure that noncumulative, nonduplicative
09:55AM 25  questions get asked.  The ones like Mr. Roy posed, there ought to

09:55AM 1    be an opportunity to do that.  I don't think that's going to take

09:55AM 2    a lot of extra time, but we do think there ought to be a process,

09:55AM 3    and their draft order was the start of a process to accommodate

09:55AM 4    them.

09:55AM 5              Now, I will also note that some of the lawyers

09:55AM 6    that -- who are plaintiff's counsel in the unstayed Texas state

09:55AM 7    court cases also are lawyers for plaintiffs in MDL 2179, so they

09:55AM 8    are already participating.  Mr. Arnold, for instance, is already

09:56AM 9    participating to some degree in the litigation and so --

09:56AM 10             THE COURT:  Against his will but participating.

09:56AM 11             MR. LANGAN:  Good point.  Apparently so.

09:56AM 12             Anyway, I have some other comments to make, but I

09:56AM 13   think Mr. Kanner probably --

09:56AM 14             THE COURT:  Let's hear from Allan and then we'll come

09:56AM 15   back to you.

09:56AM 16             MR. KANNER:  Thank you, Your Honor.  Allan Kanner for

09:56AM 17   the State of Louisiana.

09:56AM 18             This is the largest claim in state history.  We're

09:56AM 19   willing to work and cooperate with others, but the claim is

09:56AM 20   clearly, when all is said and done, in the tens of billions of

09:56AM 21   dollars.  If the federal government can survive the two hours,

09:56AM 22   then we would request two hours as well, for just the State of

09:56AM 23   Louisiana, not for any other state.  We're only speaking for

09:56AM 24   ourselves here.

09:56AM 25             I'm lead counsel in two MDLs in other courts, and

09:56AM  1  you typically get an eight-hour day, and I always think

09:56AM  2  defendants BP, you know, they won the lottery, eight hours, but

09:57AM  3  only four hours of plaintiff questioning for one of the most, you

09:57AM  4  know, complicated and large cases out there.

09:57AM  5         We just want a fair opportunity to prepare our

09:57AM  6  case.  Efficiency is very important, but efficiency has to be

09:57AM  7  balanced against fairness in any decision.  You can be so

09:57AM  8  efficient you actually miss completing the discovery.  In the

09:57AM  9  I.U.D. MDL, for example, they had to reopen it because they

09:57AM 10  didn't get enough discovery the first time around.

09:57AM 11         The one thing I clearly heard from Your Honor and

09:57AM 12  from Judge Barbier is let's try to do these witnesses once for

09:57AM 13  all purposes.  Okay.

09:57AM 14         You asked the question last time we were here,

09:57AM 15  well, on the limitations issue, how are things different?  Well,

09:57AM 16  are you saying to me, for purposes of our civil penalty I get to

09:57AM 17  redepose the person?  Actually, what you're saying is probably

09:57AM 18  not; let's try to do it the first time around.

09:57AM 19         THE COURT:  I'm rethinking that, which is why I asked

09:58AM 20  the question; in other words, maybe we should defer discovery in

09:58AM 21  civil penalties until after the limitation.  That's an issue.

09:58AM 22         MR. KANNER:  We would very much like to be heard on that

09:58AM 23  issue because we would very much want to tee that up sooner

09:58AM 24  rather than later.  It's a very important issue to us.

09:58AM 25         I can certainly say -- understand if you say, look,

09:58AM 1    I'm going to put that aside; tee it up with the judge, see if
09:58AM 2    he'll hear it, and work in tandem on parallel tracts during these
09:58AM 3    discovery periods to address those issues without the limitation
09:58AM 4    of don't take any witness twice.  But we're willing to work --
09:58AM 5    you know, we are ready, willing and able to work with the Court.
09:58AM 6                I appreciate Mr. Roy saying that we're not going to
09:58AM 7    flush any time down the toilet.  Yesterday we finished with an
09:58AM 8    hour and 55 that we could have certainly used in addition to our
09:58AM 9    15 minutes.  Hank Dart, my partner in this case, I mean, he had
09:59AM 10   ten pages of questions.  Got through -- maybe one page got asked
09:59AM 11   by other people, he got half a page.
09:59AM 12               We have unanswered questions.  Some of it goes to
09:59AM 13   our strategy, and it may be a little bit different from what the
09:59AM 14   private plaintiffs are talking about or even what the feds are
09:59AM 15   talking about.  We just want an opportunity to try to work with
09:59AM 16   the Court to do this efficiently but to never get to the point
09:59AM 17   where we're treated unfairly and we're in important discovery.
09:59AM 18               Then again, this is -- when we say *two hours*, that
09:59AM 19   is our sort of default.  I mean, there are going to be certain
09:59AM 20   witnesses, certain situations, certain issues where we're
09:59AM 21   reserving the right to come back in and ask you for more.  And we
09:59AM 22   certainly support the idea of going more than one day.  If the
09:59AM 23   witness -- I think -- I agree with Your Honor.  If the witness --
09:59AM 24   the witness should go as long as the witness can go and no
09:59AM 25   further.  If it's a very old or sick witness, maybe you only go

09:59AM 1    six hours that day and you go five the next or whatever.  I mean,

09:59AM 2    we have to be, in our job, sensitive to witnesses.  And we

10:00AM 3    certainly are.  We're not trying to keep people there all night,

10:00AM 4    but on the other hand, we'll stay over, finish it, get it done.

10:00AM 5    Everybody is satisfied that they got the job done.  Thank you.

10:00AM 6              MR. BECK:  Your Honor?

10:00AM 7              THE COURT:  Yes, who is this on the phone?

10:00AM 8              MR. BECK:  Your Honor, this is David Beck, and I, along

10:00AM 9    with Carmelite Bertaut, represent Cameron.

10:00AM 10             If I may just make, very briefly, a few points.

10:00AM 11   Number 1, with respect to the number of hours that each

10:00AM 12   witness -- that were allocated for each witness, we're already

10:00AM 13   beyond what the Federal Rules of Civil Procedure provide, and

10:00AM 14   understandably so.  But if the Court accords the federal

10:00AM 15   government and Louisiana the time that -- the additional time

10:00AM 16   they are requesting, what about Florida?  What about Alabama?

10:00AM 17   They are entitled to additional time if you follow their

10:00AM 18   arguments.

10:00AM 19             I think the Court put your finger precisely on the

10:00AM 20   key issue, and that is, are the parties aligned or not?  And all

10:00AM 21   of these parties -- Louisiana, the federal government, the

10:01AM 22   plaintiffs -- they are all assigned on the key issues in the

10:01AM 23   case.  So where we're left is what are the consequences of

10:01AM 24   extending the time an additional 15 minutes for the plaintiffs,

10:01AM 25   an additional 15 minutes for the defendants, because whatever

10:01AM 1    additional time you give, you have to double it.  And then you

10:01AM 2    start getting concerned, as the Court properly has, what are the

10:01AM 3    consequences to these witnesses?  What are the consequences to

10:01AM 4    Judge Barbier's schedule?  We've got a trial that we're trying to

10:01AM 5    get ready for.

10:01AM 6         What I would respectfully ask the Court to consider

10:01AM 7    is that we continue basically with what we started out with this

10:01AM 8    week and it worked fine.  In fact, we didn't even use all of the

10:01AM 9    time.  If we've got a witness that is so knowledgeable that that

10:01AM 10   witness has somehow critical knowledge, this Court is always

10:01AM 11   available to grant the parties additional time.  So I just want

10:01AM 12   to say that the consequences of what I'm most concerned about,

10:01AM 13   about any material increase in the allocatable time.

10:02AM 14        THE COURT:  I appreciate that.  And sharing some of your

10:02AM 15   concerns, as you know.  Okay.  Thank you.

10:02AM 16        MR. MAZE:  Your Honor, I think this is a good time for

10:02AM 17   me to introduce myself.  My name is Corey Maze.  I represent the

10:02AM 18   State of Alabama.  I'm here on behalf of Attorney General

10:02AM 19   Strange.  And I think Mr. Beck and Mr. Kanner have raised both of

10:02AM 20   the issues that we wanted to address.  And I'll keep mine brief.

10:02AM 21        As Mr. Kanner said, we are a sovereign and we do

10:02AM 22   believe that we have the right, in fact, as one of the largest

10:02AM 23   plaintiffs in the case, to equal time as the federal government,

10:02AM 24   Louisiana, et cetera.  But I agree Mr. Beck has made a point that

10:02AM 25   we do expect other states to jump in as well, and you are going

10:02AM 1   to have a problem that we recognize with two hours plus two hours

10:02AM 2   plus two hours plus two hours.

10:02AM 3              Again, our position is, as we said in the letter,

10:02AM 4   would be we believe we would be entitled to equal time.  That

10:02AM 5   said, if the Court goes on and decides that the states will work

10:02AM 6   as a separate group or a group together outside of the federal

10:03AM 7   government, we would be okay as a group outside of the federal

10:03AM 8   government.  We're willing to work together.  I know that

10:03AM 9   General Strange is willing to work with the other states to

10:03AM 10  coordinate with each other.  Again, our official position, we

10:03AM 11  would prefer to have our own time, but I understand if that's not

10:03AM 12  possible.

10:03AM 13             Certainly, with the depositions currently going, we

10:03AM 14  have very many of the same sort of interests and same questions

10:03AM 15  as the Plaintiffs' Steering Committee, and in those

10:03AM 16  circumstances, we may have very few questions or none at all, and

10:03AM 17  we will work certainly with coordinating with the PSC to sort of

10:03AM 18  have those questions ready and able, but there will come times in

10:03AM 19  the future where our interests diverge, and at that point, all we

10:03AM 20  ask is that the Court understand that due to our sovereign nature

10:03AM 21  and the very -- basically the extensive nature of our claims,

10:03AM 22  that we at least be remembered for the time that we need to have.

10:03AM 23             Thank you.

10:03AM 24             THE COURT:  Fair enough.  I appreciate it.  Good to meet

10:03AM 25  you.

10:03AM 1          MR. MAZE:  It's nice to meet you, Your Honor.  Thank

10:03AM 2    you.

10:03AM 3          MR. LANGAN:  Your Honor, Andy Langan for BP.  Just a

10:03AM 4    couple things.

10:03AM 5                We do believe the plaintiffs and, to some extent,

10:04AM 6    the defendants, vis-a-vis BP, are all aligned.  And I think

10:04AM 7    pretrial order 17 covers this because it was already negotiated

10:04AM 8    and decided and you set aside time, and the fact of the matter is

10:04AM 9    is that just like on the defendant's side of the table, we have

10:04AM 10   to figure out how to use the allocated time among us through

10:04AM 11   discussion and negotiations, and it's not always easy, but I

10:04AM 12   think we've done it so far and I expect us to.  So true the

10:04AM 13   plaintiffs and the various plaintiffs group have to figure out

10:04AM 14   how to use the time they have.  And pretrial order 17 already

10:04AM 15   provides for the ability to ask for more time, either by

10:04AM 16   agreement, and that's worked pretty well so far, or by seeking

10:04AM 17   intervention from the Court on that.  So I think the process we

10:04AM 18   have in place already works pretty well.

10:04AM 19         THE COURT:  I agree, I think it does work well.  The

10:04AM 20   problem is, we are confronting people that I think we didn't

10:04AM 21   focus on when we negotiated pretrial order Number 17.  We've got

10:05AM 22   the states, Mr. Kanner wants two hours, and Mr. Maze, I'm

10:05AM 23   pleased, is willing to share some time, but we've got 2185.

10:05AM 24         MR. LANGAN:  Right.

10:05AM 25         THE COURT:  So if I add some time to them by default,

10:05AM 1    which I'm not sure I'm going to do, that adds time.  The feds

10:05AM 2    want two hours.  All of a sudden --

10:05AM 3            MR. LANGAN:  It undoes pretrial order 17.

10:05AM 4            THE COURT:  Yes.

10:05AM 5            MR. LANGAN:  And we don't favor that.

10:05AM 6            Your Honor, may I also ask one process point?  I

10:05AM 7    guess we didn't understand that parties were going to be

10:05AM 8    submitting letters to you advocating their position that we

10:05AM 9    weren't going to be able to see.  That's a new one on me.  I

10:05AM 10   mean, what's the basis for that?  I mean, we respectfully request

10:05AM 11   the ability to see what our advocates are arguing.  We did that.

10:06AM 12           THE COURT:  I think that they probably would be willing

10:06AM 13   to share with you most of their submissions.  They made a few

10:06AM 14   confidential points to me that I think they wouldn't be willing

10:06AM 15   to share, but perhaps we can reach an agreement.  Mike and I

10:06AM 16   believe, Allan, that you all take out what you believe are the

10:06AM 17   confidential statements to me and then share them with everybody.

10:06AM 18   Okay?  Very little of it seems to me to be confidential.

10:06AM 19           MR. LANGAN:  We served liaison counsel.  So if the

10:06AM 20   question is why didn't he get ours, the answer is we relied on

10:06AM 21   liaison counsel.

10:06AM 22           MR. KANNER:  Well, see, that's the problem.  He says we

10:06AM 23   included all the stakeholders in pretrial order 17.  And clearly,

10:06AM 24   they weren't all included.  They could have been included, but

10:06AM 25   the decision was made not to include it.  And Andy's argument

10:06AM 1   seems to be, well, it's done.  It's done, and we have settled

10:07AM 2   expectations based on it.  You know, we certainly take a

10:07AM 3   different view of it.

10:07AM 4          And I would disagree with Mr. Beck on the phone.  I

10:07AM 5   don't believe our positions are aligned on all of these issues.

10:07AM 6   Certainly on some of the liability issues.  I'm not sure on the

10:07AM 7   volumetrics or some of the environmental science that everybody

10:07AM 8   is aligned on.

10:07AM 9          We're going to have to pick through this fairly

10:07AM 10  carefully, and we're going to have to rely on some good

10:07AM 11  disclosures in advance.  And I would request in the future that,

10:07AM 12  you know, the extra keystroke for Andy to include -- to copy us,

10:07AM 13  as well as Mr. Underhill and the State of Alabama, is not an

10:07AM 14  undue burden.

10:07AM 15         MS. NICHOLSON:  Good morning, Your Honor.  I'm

10:07AM 16  Melinda Nicholson with the MDL 2185 derivative plaintiffs.

10:07AM 17         THE COURT:  Hello.

10:07AM 18         MS. NICHOLSON:  Hello, it's so nice to finally meet you.

10:07AM 19         THE COURT:  Thank you.

10:07AM 20         MS. NICHOLSON:  I figured this was opportune since you

10:08AM 21  had just mentioned us.

10:08AM 22         As you know, I think from me talking to your clerk,

10:08AM 23  we've recently worked out an agreement with BP where the MDL 2185

10:08AM 24  plaintiffs can attend and have an opportunity to examine during

10:08AM 25  these depositions.  But, of course, we haven't been allocated any

10:08AM 1   specific amount of time.  BP was gracious enough in the last two
10:08AM 2   depositions to seed some of their time to us.  But obviously, we
10:08AM 3   can't rely on that going forward.
10:08AM 4        Now, the majority of depositions, at least the ones
10:08AM 5   that have been noticed so far, the Plaintiffs' Steering Committee
10:08AM 6   covers the vast majority of our questions.  I believe my
10:08AM 7   colleague only had less than a half an hour worth of questions
10:08AM 8   that were just specifically pertinent to our action.
10:08AM 9        THE COURT:  For these witnesses?
10:08AM 10        MS. NICHOLSON:  For these witnesses.  However, there may
10:08AM 11   come a time, and we certainly expect that that will be the case,
10:08AM 12   where there will be witnesses that are much more important to us
10:08AM 13   and our specific claims.
10:08AM 14        THE COURT:  As you move up the food chain.
10:09AM 15        MS. NICHOLSON:  Exactly.  Further up to senior
10:09AM 16   management and certainly any of the defendants.  I'm not sure if
10:09AM 17   you realize, but all of the BP board of directors are defendants
10:09AM 18   in our derivative action, a lot of the directors are defendants
10:09AM 19   in the securities action, and, you know, there is the third --
10:09AM 20   there is the third action in MDL 2185, the ERISA plaintiffs, and
10:09AM 21   we all have some sort of divergent interest.
10:09AM 22        But all that being said, we would like to have some
10:09AM 23   time allocation, not much, for the majority of the deponents, and
10:09AM 24   we would like the opportunity to reserve more time if someone is
10:09AM 25   very important to us.

10:09AM 1        In the circumstances where you won't be able to do that,

10:09AM 2   I think what will end up having to happen, we'll have to go to

10:09AM 3   Judge Ellison in our MDL and ask to renotice those witnesses,

10:09AM 4   which I think we can all agree would not be the most efficient

10:09AM 5   use of time.

10:09AM 6        THE COURT:  I agree.  But help me out with the witnesses

10:09AM 7   that were taken this week.  I was assuming you all would just

10:09AM 8   kind of sit back, listen to the questions being asked by the PSC,

10:10AM 9   and be perfectly satisfied.  Give me an example of one of the

10:10AM 10  witnesses this week and the questioning that wasn't covered by

10:10AM 11  the PSC that you all wanted to get into.

10:10AM 12       MS. NICHOLSON:  Well, I didn't go to the depositions

10:10AM 13  myself, my colleague did, so I'm speaking secondhand from our

10:10AM 14  conversation over dinner last night.

10:10AM 15       THE COURT:  Where did you eat?

10:10AM 16       MS. NICHOLSON:  We ate at Herbsaint.  It was delicious.

10:10AM 17       If I recall, one of the deposition exhibits that we

10:10AM 18  brought forward is this management integrity report which

10:10AM 19  mentioned reporting to the Board, and Mr. Fontanel (spelled

10:10AM 20  phonetically)  was listed on that report, and that was the line

10:10AM 21  of questions that we wanted to follow up with him:  Well, how do

10:10AM 22  these reports get brought up to the Board?  And he further

10:10AM 23  explained he, you know, he sends his reports to someone named

10:10AM 24  Dwayne -- my colleague couldn't remember the last name; I'll have

10:10AM 25  to look at the transcript -- who then reports to the Board.

10:11AM 1          That was the line of questioning that was very

10:11AM 2  pertinent to us because our claims are all related to misconduct,

10:11AM 3  allegedly misconduct, of the board members, and we won't know

10:11AM 4  exactly what our questions are until we get there and we see what

10:11AM 5  they cover and what comes up during the deposition.  But again,

10:11AM 6  you know, Steve or someone who was actually at the depositions

10:11AM 7  could probably confirm this, but my colleague told me she took

10:11AM 8  less than 30 minutes on both depositions and just had some

10:11AM 9  follow-up questions.

10:11AM 10          THE COURT:  Okay.  Thank you.

10:11AM 11          MS. BERTAUT:  Judge, Carmelite Bertaut for Cameron.  I

10:11AM 12  just wanted to make three points.

10:11AM 13          First of all, just following up on the last

10:11AM 14  statement.  We're talking about a default position here.  We're

10:11AM 15  not talking about critical depositions where it can be negotiated

10:11AM 16  that additional time is needed.  So I think we have to bring it

10:11AM 17  back to the idea that you are establishing a default.  And human

10:11AM 18  nature being what it is, work will expand to fill the time

10:11AM 19  available to it.

10:11AM 20          Which brings me to my next point, which is if we

10:11AM 21  start allocating specific time to individual parties here, we

10:12AM 22  allow the other parties to avoid having to negotiate or work out

10:12AM 23  any disturbances.

10:12AM 24          So one of the beneficiaries of giving the

10:12AM 25  government more time or giving these plaintiffs more time is to

10:12AM  1    relieve the PLC of having to negotiate within their four-hour

10:12AM  2    window with all of these other stakeholders.  I don't think that

10:12AM  3    was the intention when we did PTO 17.

10:12AM  4           The third and last item is we are talking a whole

10:12AM  5    lot about what individual plaintiffs have at stake here.  I

10:12AM  6    appreciate that, but the Court needs to focus on the other half

10:12AM  7    of the versus, and every one of the defendants sitting at this

10:12AM  8    table have huge stakes.

10:12AM  9           And, in fact, if I read the papers correctly, we're

10:12AM 10    talking about damages in $20 billion that each of these

10:12AM 11    defendants have been sued for.  So we're working it out.  It's

10:12AM 12    not preferable.  It's not what we would like.  It's not the usual

10:12AM 13    case.  I can assure you in the usual cases, any one of these

10:12AM 14    defendants was facing liability of $20 billion.  They would be

10:12AM 15    talking to you about all of the discrete time elements that they

10:13AM 16    want.

10:13AM 17           But we're working it through, Your Honor.  You're

10:13AM 18    always available to negotiate this issue.  And if folks yesterday

10:13AM 19    needed more time on the plaintiff's side, the PSC had at least an

10:13AM 20    hour or more time available.

10:13AM 21           These stakeholders need to negotiate within their

10:13AM 22    side of the versus and not just be allocated additional time that

10:13AM 23    they will, over the course of time, expand to use.  So those are

10:13AM 24    the three points Cameron would like you to just understand.

10:13AM 25           THE COURT:  Thank you.  Okay.  Anybody else?

10:13AM 1              This is going to be a struggle to try to get it

10:13AM 2     done, guys, as far as trying to balance all of the competing

10:13AM 3     interests.  It seems to me that we're going to want to, from

10:13AM 4     today, have you guys confer about when you all want fact

10:14AM 5     discovery to end so that you can move on to the expert discovery,

10:14AM 6     and then we're going to need to figure out what witnesses need to

10:14AM 7     be taken during that time period.  That will get us a better idea

10:14AM 8     of how big the problem is.  And I would like you to understand

10:14AM 9     that.

10:14AM 10             I know that you are going month by month on

10:14AM 11    scheduling depositions.  Have you all talked about who the

10:14AM 12    deponents are going to be generally?  Andy, you look like you

10:14AM 13    want to address that.

10:14AM 14             MR. LANGAN:  The state of play is, is that in November

10:14AM 15    the plaintiffs gave a list.  It was really just an initial list.

10:14AM 16             THE COURT:  Right.

10:14AM 17             MR. LANGAN:  It certainly didn't represent all the fact

10:14AM 18    discovery, but then we -- we've been talking and we're scheduled

10:14AM 19    to talk the first week of every month for the next month.  And

10:14AM 20    we're going to do that in early February for March, as we're

10:15AM 21    trying to work out the details of March right now.

10:15AM 22             THE COURT:  I'm not trying to add more pressure, but it

10:15AM 23    seems to me that if we could compile an overall list that nobody

10:15AM 24    will be bound to -- if you forgot someone, fine -- but if we

10:15AM 25    could compile an overall list to know what the numbers are and

10:15AM 1   then agree to when we want to finish the fact discovery, because

10:15AM 2   nobody wants to be in a position come October to have 40

10:15AM 3   witnesses left to depose, fact witnesses left to depose.  That's

10:15AM 4   just something we don't want to have happen.

10:15AM 5         It seems to me we've got to look down the line and

10:15AM 6   fix the problem, which is we don't have a discovery cutoff date

10:15AM 7   for fact witnesses, and then see what the numbers are.  I'll be

10:16AM 8   glad to sit down and work with you on it to see if we can put the

10:16AM 9   list together, and then you all, month to month, can slot people

10:16AM 10  in as you see fit.  I don't want to interfere with that.

10:16AM 11        Anyway, y'all are doing it fine.  You're getting

10:16AM 12  along fine.  I want to make sure that we cover it, and if

10:16AM 13  necessary, Jim, we're going to have to start multitracking.  If

10:16AM 14  the number comes in at 125, and fact witness discovery cuts off

10:16AM 15  October 15th, for instance, we should know that.  Shouldn't we?

10:16AM 16        MR. ROY:  May I say something, Your Honor?  Jim Roy.

10:16AM 17        Just so Your Honor is aware, our deposition team

10:16AM 18  leaders, Paul Sterbcow and "Bobo" Cunningham, have been

10:16AM 19  interfacing with the defense side very well.

10:16AM 20        THE COURT:  I don't want to interfere.

10:16AM 21        MR. ROY:  And we did start, whatever month it was --

10:17AM 22  November, December -- with these initial names geared toward

10:17AM 23  those days in January.  We all had some bumps in the road we had

10:17AM 24  to get past, but we got some depositions scheduled for January.

10:17AM 25  Along the way, we got additional names out there.

10:17AM 1          As we have settled on specific names with specific

10:17AM 2    deposition dates, so far in the month of January and February,

10:17AM 3    there is a pool of names out there that I think now exceeds

10:17AM 4    probably 30 or 40 names that continues to grow and is expected to

10:17AM 5    continue to grow as well from which we will be looking to take

10:17AM 6    additional deponents in the coming months.  And that list will

10:17AM 7    grow as discovery is sorted out, as additional depositions are

10:17AM 8    taken and whatnot.

10:17AM 9          So I guess the real point is to tell you that there

10:17AM 10   is sort of this pool out there that's continuing to grow, from

10:17AM 11   which to select names in cooperation with the defense; and,

10:17AM 12   Number 2, that pool of names is expected to continue to grow as

10:18AM 13   the field of information available to us increases; and, third,

10:18AM 14   it is inevitable, in our opinion, that we will be asking for

10:18AM 15   multitracking from the defendants probably within the next

10:18AM 16   two months.

10:18AM 17          THE COURT:  Okay.  Then, Jim, relative to pulling it all

10:18AM 18   together and getting it done by a date certain is something that

10:18AM 19   I would like to talk about.  Maybe at next week's conference with

10:18AM 20   Judge Barbier would be a good time to address that.  We'll ask

10:18AM 21   him to put that on the calendar and see if we can't figure that

10:18AM 22   one out because I don't want to see you all in August worried

10:18AM 23   about having to take another 60 depositions.

10:18AM 24          MR. KANNER:  Your Honor, Allan Kanner for Louisiana.

10:18AM 25          We filed a renewed motion on, you know, the

10:18AM   1    government track on the committee issue.  I think it would be
10:19AM   2    immensely -- and Judge Barbier, I don't think, has set it yet,
10:19AM   3    but I think it would be immensely helpful in resolving some of
10:19AM   4    these issues if all of the stakeholders could be at the table.
10:19AM   5    And I would ask, at least in the interim, these pretrial orders
10:19AM   6    be fairly agnostic as to how that issue might get resolved down
10:19AM   7    the road and that we at least be included in this process, as
10:19AM   8    apparently Mr. Underhill has recently started being included.
10:19AM   9    Okay.
10:19AM  10            THE COURT:  Okay.  Thank you.
10:19AM  11            Does anybody else want to comment?  Does everybody
10:19AM  12    think we've covered everything that was on the table?
10:19AM  13            MR. LANGAN:  Your Honor, I'm sorry to belabor this, but
10:19AM  14    just -- Andy Langan for BP.  My apologies.
10:19AM  15            We do think that the one-deposition-per-witness
10:19AM  16    rule for MDL 2179 for all purposes should be the working
10:19AM  17    assumption.  I'm not sure the witnesses the last two days would
10:20AM  18    have a thing to say about things like what penalties might be
10:20AM  19    appropriate, but that doesn't -- that shouldn't matter.  It
10:20AM  20    should be one bite at the witness, and that should be a principle
10:20AM  21    that should be adhered to.
10:20AM  22            THE COURT:  Okay.  So you are not interested in leaving
10:20AM  23    for another day the governmental claims for damages?
10:20AM  24            MR. LANGAN:  Well, I think there are a couple of
10:20AM  25    competing considerations here.  I mean, what you do in terms of

10:20AM 1    when those cases are tried and what the motion practice schedule

10:20AM 2    is, that's one thing.  But when it comes to a witness sitting for

10:20AM 3    deposition, and we're willing to talk about, perhaps, exceptions,

10:20AM 4    but the general rule should be, they sit one time.  I mean,

10:20AM 5    that's why -- that's why there are MDLs.

10:20AM 6          THE COURT:  I agree with that.

10:20AM 7          MR. LANGAN:  Thank you.

10:20AM 8          MR. MILLER:  Your Honor, Kerry Miller for Transocean

10:20AM 9    limitation parties.

10:20AM 10         I agree with Mr. Langan that the witnesses should

10:20AM 11   sit at one time.  You've identified there are a lot of factors to

10:21AM 12   balance, but I think paramount is witnesses should only sit one

10:21AM 13   time, and then we'll have to balance those factors within that

10:21AM 14   one setting.

10:21AM 15         THE COURT:  Okay, thank you.

10:21AM 16         Mr. Underhill.

10:21AM 17         MR. UNDERHILL:  Mike Underhill, U.S.

10:21AM 18         Your Honor, we're on a roll.  We're agreeing.  We

10:21AM 19   think, we believe they should be taken once.  If there are

10:21AM 20   exceptions that have to be made, we do, but with the caveat that

10:21AM 21   we have the time necessary to represent our own interests.  And

10:21AM 22   we've made that clear from the first filing we made in court.  We

10:21AM 23   believe that that is the purpose of an MDL is try to consolidate

10:21AM 24   discovery as much as possible.  So with that caveat, I also

10:21AM 25   agree.

10:21AM 1          THE COURT:  Thank you.

10:21AM 2          MR. GODWIN:  Good morning, Your Honor.

10:21AM 3          THE COURT:  Good morning.

10:21AM 4          MR. GODWIN:  Don Godwin for Halliburton, Judge.

10:21AM 5              I agree with Mr. Underhill and Mr. Langan regarding

10:21AM 6  the one witness, one time for each witness, and I think that we

10:21AM 7  ought to adhere to that.

10:21AM 8              I recall that when we met with Judge Barbier and,

10:21AM 9  perhaps, you -- and I believe you were there as well -- that we

10:21AM 10  did cover before the eight hours was agreed upon, and

10:22AM 11  Judge Barbier and you said that's what we were going to do, that

10:22AM 12  we did talk about all of the various constituent parties that are

10:22AM 13  involved here, that have said now that they need more time, and

10:22AM 14  two hours for this one and two hours for that one.

10:22AM 15              We all know that federal courts routinely, as many

10:22AM 16  state courts do, limit the amount of time that lawyers are going

10:22AM 17  to have to ask the witness, whether in a deposition or in a

10:22AM 18  trial, and so it seems to me that what we have is working.  We

10:22AM 19  shouldn't try to change it.  It seems to me that, as Mr. Langan

10:22AM 20  said and, I think, Mr. Roy did, that if -- that if someone needs

10:22AM 21  more time, as I think Mr. Mark Bly is now scheduled for two days,

10:22AM 22  someone sees they're going to need more time or we collectively

10:22AM 23  agree to that, we petition the Court to ask that we be given more

10:22AM 24  time with regard to that witness.

10:22AM 25              I know the last two days we did get through

10:22AM 1    yesterday significantly in less time than what was allocated.  It

10:22AM 2    didn't seem to me we had any problem getting through on the first

10:23AM 3    day with the time that was allocated, so I would respectfully

10:23AM 4    suggest that we continue with that.

10:23AM 5            The last point that I would make, Your Honor -- and

10:23AM 6    I offer this to you with the utmost respect -- I don't think that

10:23AM 7    any of us ought to be sending letters or other things to the

10:23AM 8    Court that are confidential.  Obviously, if I were to send you

10:23AM 9    something that I deemed to be or marked as *confidential*, I'm

10:23AM 10   doing that for the purpose of persuading you to do something or

10:23AM 11   asking you to do something.  And for all of the others that are

10:23AM 12   in this room, as well as for those that are on the phone and who

10:23AM 13   may not know what I have sent, how are they going to know what to

10:23AM 14   respond to if they don't also see it?

10:23AM 15           I know this is certainly not something Your Honor

10:23AM 16   has invited, but I would ask that the Court consider, and just

10:23AM 17   consider -- you may want to talk to Judge Barbier about it --

10:23AM 18   that there be a rule that nothing that is going to be submitted

10:23AM 19   be submitted to the Court unless all of us have an opportunity to

10:24AM 20   see it.  If something is going to be submitted under seal, that's

10:24AM 21   one thing, but, again, we would all see it.

10:24AM 22           But I think we start having a problem and we start

10:24AM 23   creating doubts in the minds of the plaintiffs, the individual

10:24AM 24   plaintiffs, the clients, whoever, if they are sitting back at

10:24AM 25   their homes or offices or wherever, and they think that one or

10:24AM  1    more lawyers are communicating with the Court, they are going to

10:24AM  2    think, wait a minute, what are you -- what access do you have to

10:24AM  3    that information so as to be able to respond?

10:24AM  4            So I just suggest that to you for you to consider,

10:24AM  5    not because I think anyone has done anything inappropriate.  I'm

10:24AM  6    not suggesting that, but I think we ought to have a level playing

10:24AM  7    field for everybody.

10:24AM  8            THE COURT:  I think that's a good point, Don, and I

10:24AM  9    think that the two submissions that I got, the portions that were

10:24AM 10    confidential talked more about what these parties anticipate that

10:24AM 11    hasn't happened yet.  So I understood the reason for the

10:25AM 12    confidential portions of that, but I do prefer that people go

10:25AM 13    ahead and share their thoughts with everyone else so that there

10:25AM 14    will be no question that everybody is on the same page.

10:25AM 15            MR. GODWIN:  Thank you, Your Honor.  Thank you very

10:25AM 16    much.

10:25AM 17            THE COURT:  Okay.  Jim?

10:25AM 18            MR. ROY:  Your Honor, it just occurred to me that there

10:25AM 19    is one other issue we ought to talk about.  In PTO 13, which is

10:25AM 20    the confidentiality order --

10:25AM 21            THE COURT:  Yes, sir.

10:25AM 22            MR. ROY:  The certification attached to it -- which, I

10:25AM 23    guess, therefore, makes it part of the PTO -- talks about what to

10:25AM 24    do with these certifications.  I raised the issue, and I'm not

10:25AM 25    raising it to be contentious; I'm really just calling it to

10:25AM 1   everybody's attention while we're here.  The issue came up over

10:25AM 2   the last few days of what to do, who should be the custodian of

10:25AM 3   these certifications.  Personally, I don't care.

10:25AM 4          But that being said, as I'm reading this this

10:25AM 5   morning, I note in the certification itself, the last page of

10:25AM 6   PTO 13, it says, "I understand these certifications are strictly

10:26AM 7   confidential, that counsel for each party are maintaining the

10:26AM 8   certifications without giving copies to the other side," da da

10:26AM 9   da.  "Parties will make no attempt to seek copies of the

10:26AM 10  certification or to determine the identities of persons signing

10:26AM 11  them."

10:26AM 12         I don't think it's an issue when we're talking

10:26AM 13  about lawyers.

10:26AM 14         THE COURT:  I agree.

10:26AM 15         MR. ROY:  It is a huge issue --

10:26AM 16         THE COURT:  Experts.

10:26AM 17         MR. ROY:  -- with experts, exactly.  And, you know, your

10:26AM 18  own support staff.  So I just raise the issue for clarification

10:26AM 19  because I saw something yesterday, wherein I understood it was

10:26AM 20  your directive to send these to the court reporter, and they were

10:26AM 21  going to be the custodian, and I just wanted to point this --

10:26AM 22         THE COURT:  That's for purposes of attendance of the

10:26AM 23  depositions, Jim.  We had the issue of people coming in and

10:26AM 24  attending the depositions and making sure that they understand

10:27AM 25  that these depositions are confidential.

10:27AM 1       MR. ROY:  We're not complaining.  We just wanted to

10:27AM 2  clarify.

10:27AM 3       THE COURT:  So perhaps what we want to do is just agree

10:27AM 4  that for the purposes of attending the depositions, we're going

10:27AM 5  to ask people to sign these certifications, and there is nothing

10:27AM 6  confidential about that because these people are attending the

10:27AM 7  deposition.  They are there.  I wanted to make sure they all

10:27AM 8  understood the seriousness of the confidentiality of sitting in

10:27AM 9  at these depositions.

10:27AM 10       MR. ROY:  I guess the point is if we have an expert

10:27AM 11  observing the deposition via the Internet or telephone, you're

10:27AM 12  not asking or requiring that his certification or her

10:27AM 13  certification go to the court reporter?  That can just be

10:27AM 14  maintained by counsel?

10:27AM 15       THE COURT:  That's right.  When they sign on, Jim, for

10:28AM 16  instance, via the Internet, they are signing on using your

10:28AM 17  account, right?

10:28AM 18       MR. ROY:  Right.

10:28AM 19       MS. BERTAUT:  Judge, Carmelite Bertaut again.

10:28AM 20            On the issue of clarification, although this was

10:28AM 21  not an issue the last two days -- it may never become an issue --

10:28AM 22  Cameron would appreciate some clarification on the following

10:28AM 23  point, and that is we noted that when the plaintiffs took the

10:28AM 24  second witness, they reserved as much as one half of their time

10:28AM 25  for the depositions.  Did not use the full four hours initially.

10:28AM 1    And our position, frankly, is if a witness does not speak to our

10:28AM 2    party, we are not going to ask any questions.

10:28AM 3              We would be concerned about a situation where

10:28AM 4    substantial time is reserved, and then after the defense is

10:28AM 5    finished or after our witness, our time is used, we go back to a

10:28AM 6    substantial reservoir of time and the focus shifts in the

10:28AM 7    deposition.  If I'm making myself clear.  The first half is A, B,

10:29AM 8    C, reserve time, second half, and then all of a sudden we're now

10:29AM 9    talking about X, Y, Z.

10:29AM 10             We would just like to have it understood that while

10:29AM 11   we're not going to waste anybody's time talking to a witness who

10:29AM 12   has not mentioned our client, that if the situation presents

10:29AM 13   itself where the parties are reserving time and not using

10:29AM 14   reserved time for clean-up and actually are going into new

10:29AM 15   issues, we would have some issues with that, Your Honor.

10:29AM 16             THE COURT:  Is that a problem, guys?

10:29AM 17             MR. ROY:  Well, what do we mean by issues with that,

10:29AM 18   Carmelite?  It's a discovery deposition.  It's not like in court

10:29AM 19   with scope of redirect being limited and whatnot.

10:29AM 20             MS. BERTAUT:  Right.

10:29AM 21             MR. ROY:  We may very well go into a hundred different

10:29AM 22   things the second or third pass around, or whatever, if we've got

10:29AM 23   the time.

10:29AM 24             Now, if what you're saying is do we have a problem

10:29AM 25   with you asking your questions about that, of course not.

10:29AM  1        MS. BERTAUT:  No, and that's exactly what we're asking,
10:29AM  2   Your Honor.  Thank you.
10:29AM  3        THE COURT:  Okay.  All right.  Anything else, guys?
10:29AM  4   That should do it, then.  Thank you very much.  Have a good day.
10:30AM  5        VOICES:  Thank you, Your Honor.
         6        (WHEREUPON, at 10:30 a.m., the proceedings were
         7   concluded.)
         8                    *    *    *
         9
        10
        11              REPORTER'S CERTIFICATE
        12
        13   I, Cathy Pepper, Certified Realtime Reporter, Registered
        14   Merit Reporter, Registered Professional Reporter, Certified Court
        15   Reporter of the State of Louisiana, Official Court Reporter for
        16   the United States District Court, Eastern District of Louisiana,
        17   do hereby certify that the foregoing is a true and correct
        18   transcript, to the best of my ability and understanding, from the
        19   record of the proceedings in the above-entitled and numbered
        20   matter.
        21
        22                         *s/Cathy Pepper*
        23                         Cathy Pepper, CRR, RMR, CCR
        24                         Official Court Reporter
        25                         United States District Court

| # |
|---|

**#10-MD-2179** [1] - 1:6

| $ |
|---|

**$20** [2] - 33:10, 33:14

| 1 |
|---|

**1** [1] - 24:11
**10** [2] - 5:7, 7:18
**1000** [1] - 1:24
**10:30** [1] - 45:6
**1100** [1] - 3:7
**115** [2] - 14:13, 14:18
**12** [1] - 5:8
**1201** [1] - 3:19
**1221** [1] - 3:17
**125** [3] - 8:11, 8:21, 35:14
**13** [2] - 41:19, 42:6
**1300** [1] - 4:6
**1331** [1] - 3:22
**15** [9] - 8:9, 8:10, 8:15, 8:23, 11:8, 11:10, 23:9, 24:24, 24:25
**15th** [1] - 35:15
**1601** [1] - 2:4
**1615** [1] - 4:6
**1665** [1] - 3:22
**17** [9] - 5:9, 7:17, 9:21, 27:7, 27:14, 27:21, 28:3, 28:23, 33:3
**1700** [1] - 3:19

| 2 |
|---|

**2** [1] - 36:12
**20** [2] - 1:5, 5:10
**20005** [1] - 2:21
**2007** [1] - 4:5
**2010** [1] - 1:5
**2011** [2] - 1:7, 7:3
**21** [3] - 1:7, 5:11, 7:3
**2179** [2] - 21:7, 37:16
**2185** [5] - 11:1, 27:23, 29:16, 29:23, 30:20
**23510** [1] - 1:25
**24** [1] - 5:12
**25** [1] - 5:13
**27** [1] - 5:14
**28** [1] - 5:15
**29** [1] - 5:16

| 3 |
|---|

**30** [3] - 10:22, 32:8, 36:4
**300** [1] - 2:17
**32** [1] - 5:17
**33** [1] - 5:18
**34** [1] - 5:19
**35** [1] - 5:20
**36** [1] - 5:21
**36604** [1] - 2:4
**3668** [1] - 1:17
**36TH** [1] - 3:7
**37** [1] - 5:22
**38** [2] - 5:23, 5:24
**39** [1] - 5:25

| 4 |
|---|

**40** [2] - 35:2, 36:4
**41** [1] - 6:1
**43** [1] - 6:2
**44** [1] - 6:3
**45** [1] - 6:4
**450** [1] - 4:17
**4500** [1] - 3:15

| 5 |
|---|

**500** [1] - 4:22
**5000** [1] - 2:14
**504** [1] - 4:23
**510** [1] - 4:13
**5395** [1] - 4:17
**546** [1] - 3:11
**55** [1] - 23:8
**556** [1] - 1:18
**589-7779** [1] - 4:23

| 6 |
|---|

**60** [1] - 36:23
**60654** [1] - 2:18
**655** [1] - 2:20

| 7 |
|---|

**701** [2] - 2:14, 4:10
**70112** [1] - 4:7
**70113** [1] - 1:22
**70130** [3] - 3:12, 4:10, 4:23
**70139** [1] - 2:15
**70163** [1] - 3:8
**70433** [1] - 4:13
**70502** [1] - 1:18

**75270** [1] - 3:20
**77010** [2] - 3:15, 3:23
**7TH** [1] - 4:17

| 8 |
|---|

**8** [1] - 5:5
**820** [1] - 1:21

| 9 |
|---|

**9** [1] - 5:6
**94102** [1] - 4:18
**999** [1] - 1:25
**9:30** [1] - 1:7

| A |
|---|

**a.m** [1] - 45:6
**A.M** [1] - 1:7
**ability** [3] - 27:15, 28:11, 45:18
**able** [9] - 11:5, 11:6, 12:2, 23:5, 26:18, 28:9, 31:1, 41:3
**above-entitled** [1] - 45:19
**absolutely** [2] - 12:16
**Absolutely** [1] - 16:17
**access** [1] - 41:2
**accommodate** [2] - 9:10, 21:3
**accommodations** [1] - 19:25
**accords** [1] - 24:14
**account** [1] - 43:17
**acknowledge** [1] - 15:1
**acknowledged** [1] - 17:19
**Act** [1] - 18:25
**action** [7] - 13:22, 14:7, 18:20, 30:8, 30:18, 30:19, 30:20
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actual** [1] - 8:17
**ad** [1] - 16:10
**add** [7] - 7:25, 8:3, 10:1, 10:9, 14:9, 27:25, 34:22
**addition** [1] - 23:8
**additional** [14] - 8:1, 8:3, 19:13, 24:15, 24:17, 24:24, 24:25, 25:1, 25:11, 32:16, 33:22, 35:25, 36:6, 36:7

**address** [9] - 9:14, 10:13, 14:20, 19:16, 19:17, 23:3, 25:20, 34:13, 36:20
**addressing** [1] - 18:5
**adds** [1] - 28:1
**adequately** [1] - 12:2
**adhere** [1] - 39:7
**adhered** [1] - 37:21
**advance** [1] - 29:11
**advocates** [1] - 28:11
**advocating** [1] - 28:8
**afford** [1] - 14:23
**agnostic** [1] - 37:6
**ago** [1] - 7:18
**agonizing** [1] - 15:14
**agree** [16] - 14:20, 17:6, 19:18, 23:23, 25:24, 27:19, 31:4, 31:6, 35:1, 38:6, 38:10, 38:25, 39:5, 39:23, 42:14, 43:3
**agreed** [2] - 17:24, 39:10
**agreeing** [2] - 20:2, 38:18
**agreement** [3] - 27:16, 28:15, 29:23
**ahead** [1] - 41:13
**AL** [1] - 2:4
**Alabama** [3] - 24:16, 25:18, 29:13
**ALAN** [1] - 3:22
**aligned** [4] - 24:20, 27:6, 29:5, 29:8
**ALL** [1] - 1:9
**Allan** [4] - 21:14, 21:16, 28:16, 36:24
**ALLAN** [1] - 4:9
**allegedly** [1] - 32:3
**allocatable** [1] - 25:13
**allocated** [7] - 18:2, 24:12, 27:10, 29:25, 33:22, 40:1, 40:3
**allocating** [1] - 32:21
**allocation** [4] - 7:24, 13:9, 18:23, 30:23
**allotted** [1] - 17:11
**allow** [1] - 32:22
**allowed** [1] - 10:19
**ALSO** [1] - 4:19
**amendment** [1] - 7:17
**AMERICA** [6] - 2:7, 2:7, 2:8, 2:9, 2:11, 2:12
**amount** [2] - 30:1, 39:16
**ANADARKO** [2] - 4:3, 4:4
**AND** [2] - 3:4, 4:5

**ANDREW** [1] - 2:17
**Andy** [8] - 9:15, 15:21, 19:15, 20:1, 27:3, 29:12, 34:12, 37:14
**Andy's** [1] - 28:25
**answer** [2] - 13:17, 28:20
**Anti** [1] - 18:25
**Anti-Injunction** [1] - 18:25
**anticipate** [1] - 41:10
**anyway** [2] - 21:12, 35:11
**apologies** [1] - 37:14
**appear** [1] - 9:1
**APPEARANCES** [4] - 1:14, 2:1, 3:1, 4:1
**applies** [1] - 16:12
**appreciate** [8] - 15:22, 16:22, 18:8, 23:6, 25:14, 26:24, 33:6, 43:22
**appropriate** [1] - 37:19
**APRIL** [1] - 1:5
**April** [1] - 11:25
**arguing** [1] - 28:11
**argument** [1] - 28:25
**arguments** [1] - 24:18
**Arnold** [1] - 21:8
**aside** [2] - 23:1, 27:8
**assigned** [1] - 24:22
**assume** [1] - 19:9
**assuming** [1] - 31:7
**assumption** [1] - 37:17
**assure** [1] - 33:13
**AT** [1] - 4:12
**ate** [1] - 31:16
**attached** [1] - 41:22
**attempt** [1] - 42:9
**attend** [1] - 29:24
**attendance** [2] - 7:12, 42:22
**attending** [3] - 42:24, 43:4, 43:6
**attention** [3] - 10:14, 13:21, 42:1
**Attorney** [1] - 25:18
**ATTORNEYS** [1] - 4:12
**attorneys** [1] - 11:1
**August** [1] - 36:22
**available** [5] - 25:11, 32:19, 33:18, 33:20, 36:13
**AVENUE** [2] - 1:21, 4:17
**avoid** [1] - 32:22

**aware** [2] - 7:23, 35:17

# B

**B406** [1] - 4:22
**back-of-the-envelope** [1] - 14:15
**balance** [3] - 34:2, 38:12, 38:13
**balanced** [1] - 22:7
**bank** [1] - 8:22
**Barbier** [7] - 17:10, 22:12, 36:20, 37:2, 39:8, 39:11, 40:17
**Barbier's** [1] - 25:4
**based** [2] - 14:15, 29:2
**basis** [2] - 10:23, 28:10
**BECK** [4] - 3:13, 3:14, 24:6, 24:8
**Beck** [4] - 24:8, 25:19, 25:24, 29:4
**BECK.......................
...........................** [1] - 5:12
**become** [1] - 43:21
**becomes** [1] - 10:5
**BEFORE** [1] - 1:12
**beginning** [1] - 14:10
**behalf** [2] - 10:2, 25:18
**behaving** [1] - 15:7
**belabor** [1] - 37:13
**beneficiaries** [1] - 32:24
**Bertaut** [3] - 24:9, 32:11, 43:19
**BERTAUT** [5] - 3:11, 32:11, 43:19, 44:20, 45:1
**BERTAUT................
........................** [3] - 5:17, 6:2, 6:4
**best** [1] - 45:18
**better** [1] - 34:7
**between** [2] - 13:15, 19:7
**beyond** [3] - 8:3, 10:5, 24:13
**bidding** [1] - 9:17
**big** [1] - 34:8
**billion** [2] - 33:10, 33:14
**billions** [1] - 21:20
**biography** [1] - 16:7
**bit** [4] - 10:2, 10:6, 10:9, 23:13
**bite** [1] - 37:20
**blindside** [1] - 16:1

**Bly** [1] - 39:21
**board** [2] - 30:17, 32:3
**Board** [3] - 31:19, 31:22, 31:25
**Bobo** [2] - 17:23, 35:18
**bone** [1] - 13:3
**bothering** [1] - 8:5
**bottom** [1] - 10:8
**bound** [1] - 34:24
**BOUNDS** [1] - 2:3
**BOX** [1] - 1:17
**box** [1] - 14:13
**BP** [22] - 2:7, 2:7, 2:8, 2:9, 2:10, 2:11, 2:12, 9:15, 10:2, 14:25, 16:19, 16:23, 18:8, 18:20, 20:1, 22:2, 27:3, 27:6, 29:23, 30:1, 30:17, 37:14
**BP's** [1] - 16:2
**BRANCH** [1] - 4:16
**breaks** [1] - 8:2
**BREIT** [2] - 1:23, 1:24
**brief** [1] - 25:20
**briefly** [1] - 24:10
**bring** [1] - 32:16
**brings** [1] - 32:20
**brought** [3] - 7:16, 31:18, 31:22
**bucks** [1] - 12:12
**budget** [2] - 12:12, 13:2
**budgeted** [1] - 10:20
**bumps** [1] - 35:23
**burden** [1] - 29:14
**burdened** [1] - 16:21
**BY** [18] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:13, 2:17, 2:20, 3:6, 3:11, 3:14, 3:18, 3:22, 4:6, 4:9, 4:16, 4:24, 4:25

# C

**CA** [1] - 4:18
**calculation** [1] - 14:15
**calendar** [1] - 36:21
**CALLED** [1] - 7:4
**Cameron** [4] - 24:9, 32:11, 33:24, 43:22
**CAMERON** [1] - 3:10
**CAMP** [1] - 4:10
**candid** [3] - 13:19, 14:14, 15:21
**cannot** [1] - 13:3
**care** [1] - 42:3
**carefully** [2] - 20:17, 29:10

**Carmelite** [4] - 24:9, 32:11, 43:19, 44:18
**CARMELITE** [1] - 3:11
**CARONDELET** [1] - 3:11
**CARRIE** [1] - 4:20
**case** [17] - 12:19, 12:21, 12:23, 12:24, 13:24, 14:11, 14:21, 14:23, 16:4, 16:20, 22:6, 23:9, 24:23, 25:23, 30:11, 33:13
**cases** [8] - 18:7, 19:5, 20:5, 20:18, 21:7, 22:4, 33:13, 38:1
**casually** [1] - 8:22
**Cathy** [2] - 45:13, 45:23
**CATHY** [1] - 4:22
**caveat** [2] - 38:20, 38:24
**CCR** [2] - 4:22, 45:23
**CENTER** [1] - 3:14
**CENTRE** [1] - 3:7
**certain** [4] - 23:19, 23:20, 36:18
**certainly** [10] - 10:24, 12:20, 15:25, 17:6, 18:8, 22:25, 23:8, 23:22, 24:3, 26:13, 26:17, 29:2, 29:6, 30:11, 30:16, 34:17, 40:15
**CERTIFICATE** [1] - 45:11
**certification** [5] - 41:22, 42:5, 42:10, 43:12, 43:13
**certifications** [5] - 41:24, 42:3, 42:6, 42:8, 43:5
**Certified** [2] - 45:13, 45:14
**certify** [1] - 45:17
**cetera** [3] - 11:21, 25:24
**chain** [1] - 30:14
**change** [1] - 39:19
**character** [1] - 16:6
**CHICAGO** [1] - 2:18
**chicken** [1] - 16:9
**chickens** [1] - 16:9, 16:11
**circulated** [1] - 7:18
**circumstances** [2] - 26:16, 31:1
**CIVIL** [2] - 1:6, 4:16
**civil** [2] - 22:16, 22:21
**Civil** [1] - 24:13
**claim** [2] - 21:18,

21:19
**claims** [4] - 26:21, 30:13, 32:2, 37:23
**clarification** [3] - 42:18, 43:20, 43:22
**clarify** [1] - 43:2
**clean** [1] - 44:14
**clean-up** [1] - 44:14
**clear** [2] - 38:22, 44:7
**clearly** [3] - 21:20, 22:11, 28:23
**CLERK** [1] - 7:7
**clerk** [1] - 29:22
**client** [3] - 10:5, 12:18, 44:12
**client's** [1] - 13:5
**clients** [1] - 40:24
**cobble** [1] - 12:3
**colleague** [4] - 30:7, 31:13, 31:24, 32:7
**colleagues** [1] - 12:22
**collectively** [1] - 39:22
**comfortable** [1] - 13:19
**coming** [3] - 17:2, 36:6, 42:23
**comment** [1] - 37:11
**comments** [1] - 21:12
**Committee** [2] - 26:15, 30:5
**committee** [1] - 37:1
**common** [1] - 19:8
**communicating** [1] - 41:1
**COMPANY** [3] - 2:8, 4:4
**competent** [1] - 12:3
**competing** [2] - 34:2, 37:25
**compile** [2] - 34:23, 34:25
**complaining** [1] - 43:1
**completing** [1] - 22:8
**complex** [1] - 13:18
**complexities** [1] - 16:20
**complicated** [1] - 22:4
**COMPUTER** [1] - 4:25
**concern** [1] - 9:13
**concerned** [8] - 10:3, 10:4, 10:5, 10:10, 17:8, 25:2, 25:12, 44:3
**concerns** [2] - 10:8, 25:15
**concluded** [1] - 45:7
**concludes** [1] - 10:22
**confer** [1] - 34:4
**conference** [2] - 9:19,

36:19
**conferences** [1] - 11:13
**confidential** [12] - 7:20, 7:23, 28:14, 28:17, 28:18, 40:8, 40:9, 41:10, 41:12, 42:7, 42:25, 43:6
**confidentiality** [2] - 41:20, 43:8
**confirm** [1] - 32:7
**confronting** [1] - 27:20
**consequences** [4] - 24:23, 25:3, 25:12
**consider** [4] - 25:6, 40:16, 40:17, 41:4
**considerations** [1] - 37:25
**consolidate** [1] - 23:12
**constituent** [1] - 39:12
**contentious** [1] - 41:25
**context** [3] - 15:22, 15:23, 16:25
**continue** [4] - 25:7, 36:5, 36:12, 40:4
**CONTINUED** [3] - 2:1, 3:1, 4:1
**continues** [1] - 36:4
**continuing** [1] - 36:10
**control** [2] - 14:1, 18:23
**conversation** [1] - 31:14
**cooperate** [1] - 21:19
**cooperation** [1] - 36:11
**cooperatively** [1] - 20:20
**coordinate** [1] - 26:10
**coordinating** [1] - 26:17
**copies** [2] - 42:8, 42:9
**copy** [1] - 29:12
**Corey** [1] - 25:17
**COREY** [1] - 4:19
**CORPORATION** [4] - 2:9, 3:10, 4:3, 4:4
**correct** [2] - 17:21, 45:17
**correctly** [1] - 33:9
**costume** [1] - 16:12
**COTLAR** [1] - 1:20
**counsel** [10] - 7:17, 14:12, 15:5, 15:7, 21:6, 21:25, 28:19, 28:21, 42:7, 43:14
**County** [1] - 20:16

3

**couple** [3] - 18:1, 27:4, 37:24
**course** [6] - 8:5, 10:9, 14:7, 29:25, 33:23, 44:25
**COURT** [62] - 1:1, 4:22, 7:4, 7:8, 7:11, 8:14, 8:20, 8:24, 9:5, 10:10, 11:11, 12:6, 12:14, 13:7, 13:23, 15:10, 15:12, 15:17, 17:6, 17:21, 19:1, 19:9, 19:22, 20:9, 21:10, 21:14, 22:19, 24:7, 25:14, 26:24, 27:19, 27:25, 28:4, 28:12, 29:17, 29:19, 30:9, 30:14, 31:6, 31:15, 32:10, 33:25, 34:16, 34:22, 35:20, 36:17, 37:10, 37:22, 38:6, 38:15, 39:1, 39:3, 41:8, 41:17, 41:21, 42:14, 42:16, 42:22, 43:3, 43:15, 44:16, 45:3
**court** [16] - 11:12, 15:24, 18:7, 18:14, 18:20, 18:22, 18:24, 19:4, 19:7, 19:12, 20:6, 21:7, 38:22, 42:20, 43:13, 44:18
**Court** [23] - 12:18, 20:15, 23:5, 23:16, 24:14, 24:19, 25:2, 25:6, 25:10, 26:5, 26:20, 27:17, 33:6, 39:23, 40:8, 40:16, 40:19, 41:1, 45:14, 45:15, 45:16, 45:24, 45:25
**Court's** [1] - 11:10
**COURT.....................
...................... [1] -
5:18
**courtesies** [1] - 15:22
**courts** [4] - 20:15, 21:25, 39:15, 39:15
**cover** [4] - 14:24, 32:5, 35:12, 39:10
**covered** [3] - 12:2, 31:10, 37:12
**covers** [2] - 27:7, 30:6
**COVINGTON** [1] - 4:13
**creating** [1] - 40:23
**critical** [2] - 25:10, 32:15
**cross** [3] - 18:7, 18:20, 20:7

**cross-notice** [1] - 20:7
**cross-noticed** [1] - 18:7
**CRR** [2] - 4:22, 45:23
**cruel** [1] - 17:9
**CUNNINGHAM** [2] - 2:3, 2:3
**Cunningham** [1] - 35:18
**custodian** [2] - 42:2, 42:21
**cutoff** [1] - 35:6
**cuts** [1] - 35:14

**D**

**DALLAS** [1] - 3:20
**damages** [3] - 13:16, 33:10, 37:23
**DART** [1] - 4:12
**Dart** [1] - 23:9
**date** [2] - 35:6, 36:18
**dates** [1] - 36:2
**DAUPHIN** [1] - 2:4
**DAVID** [1] - 3:14
**David** [1] - 24:8
**days** [9] - 7:18, 11:10, 15:8, 35:23, 37:17, 39:21, 39:25, 42:2, 43:21
**DC** [1] - 2:21
**dead** [1] - 11:5
**deadline** [2] - 9:2, 9:10
**deal** [1] - 18:9
**DEBORAH** [1] - 4:6
**December** [1] - 35:22
**decide** [1] - 14:2
**decided** [2] - 18:24, 37:4
**decides** [2] - 18:22, 26:5
**decision** [2] - 22:7, 28:25
**deemed** [1] - 40:9
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**default** [7] - 17:16, 18:2, 19:10, 23:19, 27:25, 32:14, 32:17
**defendant** [1] - 14:1
**defendant's** [1] - 27:9
**defendants** [13] - 12:25, 14:25, 18:13, 22:2, 24:25, 27:6, 30:16, 30:17, 30:18, 33:7, 33:11, 33:14, 36:15
**defense** [7] - 9:23,

11:18, 12:4, 17:19, 35:19, 36:11, 44:4
**defer** [1] - 22:20
**degree** [1] - 21:9
**delicious** [1] - 31:16
**Department** [1] - 12:8
**DEPARTMENT** [2] - 4:15
**deponents** [3] - 30:23, 34:12, 36:6
**depos** [1] - 15:8
**depose** [2] - 35:3
**deposed** [2] - 9:12, 19:20
**deposition** [16] - 8:6, 10:19, 10:21, 15:4, 16:24, 31:17, 32:5, 35:17, 36:2, 37:15, 38:3, 39:17, 43:7, 43:11, 44:7, 44:18
**depositions** [30] - 8:9, 8:10, 11:9, 11:10, 11:14, 11:23, 14:8, 14:24, 16:23, 17:18, 18:5, 20:8, 26:13, 29:25, 30:2, 30:4, 31:12, 32:6, 32:8, 32:15, 34:11, 35:24, 36:7, 36:23, 42:23, 42:24, 42:25, 43:4, 43:9, 43:25
**depressing** [1] - 7:14
**DEPUTY** [1] - 7:7
**derivative** [2] - 29:16, 30:18
**details** [1] - 34:21
**determine** [1] - 42:10
**difference** [4] - 13:13, 13:14
**different** [7] - 12:11, 12:24, 14:6, 22:15, 23:13, 29:3, 44:21
**difficult** [2] - 10:12
**difficulty** [1] - 8:19
**dinner** [1] - 31:14
**directive** [1] - 42:20
**directors** [2] - 30:17, 30:18
**disagree** [1] - 29:4
**disclosures** [1] - 29:11
**discovery** [17] - 9:3, 9:8, 22:8, 22:10, 22:20, 23:3, 23:17, 34:5, 34:18, 35:1, 35:6, 35:14, 36:7, 38:24, 44:18
**discrete** [1] - 33:15
**discuss** [1] - 7:14
**discussing** [1] - 13:19

**discussion** [1] - 27:11
**discussions** [1] - 11:17
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [2] - 45:16, 45:25
**disturbances** [1] - 32:23
**diverge** [1] - 26:19
**divergent** [1] - 30:21
**DIVISION** [1] - 4:16
**divvying** [1] - 13:15
**DOCUMENT** [1] - 1:8
**dog** [1] - 18:12
**dollars** [1] - 21:21
**DOMENGEAUX** [1] - 1:16
**DOMINION** [1] - 1:24
**Don** [4] - 8:11, 14:14, 39:4, 41:8
**DON** [1] - 2:13
**DONALD** [1] - 3:18
**done** [10] - 9:11, 21:20, 24:4, 24:5, 27:12, 29:1, 34:2, 36:18, 41:5
**double** [1] - 25:1
**doubt** [1] - 14:19
**doubts** [1] - 40:23
**down** [6] - 17:25, 19:21, 23:7, 35:5, 35:8, 37:6
**draft** [1] - 21:3
**dragging** [1] - 13:22
**DRESCHER** [1] - 1:23
**dressed** [1] - 16:16
**DRILLING** [1] - 3:4
**DRIVE** [1] - 1:25
**DSC** [1] - 17:16
**due** [1] - 26:20
**during** [5] - 11:19, 23:2, 29:24, 32:5, 34:7
**Dwayne** [1] - 31:24

**E**

**E&P** [1] - 4:4
**early** [1] - 34:20
**Eastern** [1] - 45:16
**EASTERN** [1] - 1:1
**easy** [1] - 27:11
**eat** [1] - 31:15
**EDWARDS** [1] - 1:16
**effect** [1] - 11:18
**efficiency** [1] - 22:6
**efficient** [2] - 22:8, 31:4

**efficiently** [1] - 23:16
**eight** [20] - 8:2, 8:23, 9:22, 10:5, 10:11, 10:12, 12:19, 15:6, 16:20, 17:1, 17:5, 17:7, 17:9, 17:12, 17:20, 17:24, 18:2, 22:1, 22:2, 39:10
**eight-hour** [8] - 8:2, 16:20, 17:1, 17:5, 17:7, 17:9, 17:12, 22:1
**either** [1] - 27:15
**elements** [1] - 33:15
**ELLIS** [2] - 2:16, 2:19
**Ellison** [1] - 31:3
**ELM** [1] - 3:19
**end** [2] - 31:2, 34:5
**endure** [1] - 8:4
**enduring** [1] - 17:8
**ENERGY** [2] - 3:7, 3:17
**entitled** [2] - 24:17, 26:4, 45:19
**envelope** [1] - 14:15
**environmental** [1] - 29:7
**equal** [2] - 25:23, 26:4
**ERISA** [1] - 30:20
**ESQUIRE** [21] - 1:17, 1:20, 1:21, 1:24, 2:3, 2:13, 2:17, 2:20, 3:6, 3:6, 3:11, 3:14, 3:18, 3:18, 3:19, 3:22, 4:6, 4:9, 4:16, 4:19, 4:20
**established** [1] - 9:22
**establishing** [1] - 32:17
**et** [3] - 11:21, 25:24
**event** [1] - 15:18
**eviscerates** [1] - 11:5
**exactly** [4] - 30:15, 32:4, 42:17, 45:1
**examine** [1] - 29:24
**example** [3] - 10:18, 22:9, 31:9
**exceeds** [1] - 36:3
**exception** [1] - 20:9
**exceptions** [2] - 38:3, 38:20
**exhibits** [1] - 31:17
**expand** [2] - 32:18, 33:23
**expect** [3] - 25:25, 27:12, 30:11
**expectations** [1] - 29:2
**expected** [2] - 36:4, 36:12
**expert** [3] - 9:8, 34:5,

43:10
**experts** [2] - 42:16, 42:17
**explained** [1] - 31:23
**EXPLORATION** [1] - 2:10
**extending** [1] - 24:24
**extension** [1] - 9:24
**extensive** [1] - 26:21
**extent** [3] - 10:18, 18:15, 27:5
**extra** [4] - 10:22, 11:4, 21:2, 29:12
**eye** [1] - 14:12
**eyes** [1] - 9:2

## F

**facilitating** [1] - 20:22
**facing** [1] - 33:14
**fact** [13] - 9:2, 9:7, 11:16, 25:8, 25:22, 27:8, 33:9, 34:4, 34:17, 35:1, 35:3, 35:7, 35:14
**factors** [2] - 38:11, 38:13
**fair** [2] - 22:5, 26:24
**fairer** [1] - 15:4
**fairly** [4] - 20:14, 20:19, 29:9, 37:6
**fairness** [2] - 19:18, 22:7
**false** [1] - 14:18
**far** [6] - 17:11, 27:12, 27:16, 30:5, 34:2, 36:2
**farmer** [4] - 16:8, 16:9, 16:13, 16:14
**fault** [1] - 13:9
**favor** [1] - 28:5
**February** [3] - 11:20, 34:20, 36:2
**federal** [9] - 10:25, 12:14, 12:21, 24:14, 24:21, 25:23, 26:6, 26:7, 39:15
**Federal** [2] - 9:18, 24:13
**feds** [2] - 23:14, 28:1
**feet** [1] - 11:20
**few** [7] - 15:8, 18:1, 20:5, 24:10, 26:16, 28:13, 42:2
**field** [2] - 36:13, 41:7
**FIFTEENTH** [1] - 2:20
**fight** [3] - 16:17, 18:18, 20:13
**figure** [7] - 9:9, 14:10,

15:3, 27:10, 27:13, 34:6, 36:21
**figured** [1] - 29:20
**filed** [1] - 36:25
**filing** [1] - 38:22
**fill** [1] - 32:18
**finally** [1] - 29:18
**fine** [5] - 18:3, 25:8, 34:24, 35:11, 35:12
**finger** [1] - 24:19
**finish** [3] - 9:7, 24:4, 35:1
**finished** [2] - 23:7, 44:5
**fire** [1] - 19:21
**first** [11] - 7:25, 14:17, 15:9, 15:13, 22:10, 22:18, 32:13, 34:19, 38:22, 40:2, 44:7
**fit** [1] - 35:10
**five** [3] - 8:23, 15:13, 24:1
**fix** [1] - 35:6
**flies** [1] - 19:2
**FLOOR** [2] - 3:7, 4:17
**Florida** [1] - 24:16
**flush** [1] - 23:7
**focus** [3] - 27:21, 33:6, 44:6
**focusing** [2] - 13:12, 17:15
**folks** [3] - 12:22, 14:5, 33:18
**follow** [3] - 24:17, 31:21, 32:9
**follow-up** [1] - 32:9
**following** [3] - 11:2, 32:13, 43:22
**Fontanel** [1] - 31:19
**food** [1] - 30:14
**FOR** [8] - 1:16, 2:7, 3:3, 3:10, 3:17, 4:3, 4:8, 4:15
**foregoing** [1] - 45:17
**forget** [3] - 7:12, 17:18, 17:22
**forgot** [1] - 34:24
**forward** [2] - 30:3, 31:18
**four** [12] - 9:22, 9:23, 10:19, 10:20, 12:12, 15:6, 17:16, 19:10, 22:3, 33:1, 43:25
**four-hour** [1] - 33:1
**FRANCISCO** [1] - 4:18
**frankly** [3] - 8:9, 14:5, 44:1
**FRIDAY** [2] - 1:7, 7:3
**friend** [1] - 15:21
**friends** [1] - 10:25

**FRILOT** [1] - 3:5
**full** [1] - 43:25
**future** [2] - 26:19, 29:11

## G

**Galveston** [1] - 20:17
**GASAWAY** [1] - 2:20
**GATE** [1] - 4:17
**geared** [1] - 35:22
**general** [1] - 38:4
**General** [2] - 25:18, 26:9
**generally** [1] - 34:12
**GISLESON** [1] - 1:21
**given** [3] - 19:9, 20:19, 39:23
**glad** [1] - 35:8
**GODWIN** [6] - 3:17, 3:18, 3:21, 39:2, 39:4, 41:15
**Godwin** [1] - 39:4
**GODWIN...................**
**...........................** [1]
- 5:25
**GOLDEN** [1] - 4:17
**government** [12] - 11:1, 12:15, 13:1, 13:10, 21:21, 24:15, 24:21, 25:23, 26:7, 26:8, 32:25, 37:1
**governmental** [1] - 37:23
**gracious** [1] - 30:1
**grant** [1] - 25:11
**grapple** [1] - 17:13
**grew** [1] - 15:17
**group** [5] - 7:13, 26:6, 26:7, 27:13
**grow** [5] - 36:4, 36:5, 36:7, 36:10, 36:12
**growing** [1] - 7:13
**guard** [2] - 16:10, 16:12
**guess** [5] - 9:17, 28:7, 36:9, 41:23, 43:10
**GULF** [1] - 1:5
**gun** [1] - 16:17
**guy** [1] - 19:20
**guys** [5] - 7:8, 34:2, 34:4, 44:16, 45:3

## H

**half** [5] - 8:2, 16:13, 16:15, 23:11, 30:7, 33:6, 43:24, 44:7,

44:8
**hall** [1] - 19:21
**Halliburton** [1] - 39:4
**HALLIBURTON** [1] - 3:17
**hand** [1] - 24:4
**handful** [1] - 20:5
**hank** [1] - 23:9
**harms's** [1] - 17:4
**Harris** [1] - 20:16
**HAYCRAFT** [5] - 2:13, 8:13, 8:15, 8:21, 9:4
**HAYCRAFT...............**
**...........................** [1]
- 5:5
**hear** [5] - 7:9, 8:4, 17:3, 21:14, 23:2
**HEARD** [1] - 1:12
**heard** [3] - 9:20, 22:11, 22:22
**hearing** [1] - 8:19
**hello** [2] - 7:9, 29:17
**Hello** [1] - 29:18
**help** [1] - 31:6
**helpful** [1] - 37:3
**HENRY** [1] - 4:12
**Herbsaint** [1] - 31:16
**hereby** [1] - 45:17
**HERMAN** [3] - 1:20, 1:20
**herself** [1] - 18:22
**himself** [1] - 18:22
**hire** [2] - 14:24, 16:10
**history** [1] - 21:18
**HOLDINGS** [2] - 2:11, 3:3
**homes** [1] - 40:25
**honest** [2] - 12:13, 13:2
**Honor** [45] - 7:10, 8:18, 9:15, 9:21, 10:14, 10:15, 10:16, 11:8, 12:4, 12:5, 12:7, 12:9, 12:18, 13:20, 15:15, 15:20, 16:25, 17:14, 19:18, 21:16, 22:11, 23:23, 24:6, 24:8, 25:16, 27:1, 27:3, 28:6, 29:15, 33:17, 35:16, 35:17, 36:24, 37:13, 38:8, 38:18, 39:2, 40:5, 40:15, 41:15, 41:18, 44:15, 45:2, 45:5
**HONORABLE** [1] - 1:12
**hope** [1] - 12:13
**HORIZON** [1] - 1:4
**hour** [13] - 8:2, 16:20,

17:1, 17:5, 17:7, 17:9, 17:12, 22:1, 23:8, 30:7, 33:1, 33:20
**hours** [33] - 9:22, 9:23, 10:11, 10:12, 10:19, 10:20, 12:19, 13:4, 17:16, 17:19, 17:20, 17:24, 18:1, 19:10, 21:21, 21:22, 22:2, 22:3, 23:18, 24:1, 24:11, 26:1, 26:2, 27:22, 28:2, 39:10, 39:14, 43:25
**HOUSTON** [3] - 3:14, 3:15, 3:23
**huge** [2] - 33:8, 42:15
**human** [1] - 32:17
**hundred** [1] - 44:21
**hunt** [1] - 18:12

## I

**I.U.D** [1] - 22:9
**idea** [3] - 23:22, 32:17, 34:7
**identified** [1] - 38:11
**identities** [1] - 42:10
**IL** [1] - 2:18
**ill** [1] - 20:3
**immensely** [2] - 37:2, 37:3
**important** [5] - 22:6, 22:24, 23:17, 30:12, 30:25
**IMPREVENTO** [1] - 1:23
**IN** [2] - 1:4, 1:5
**inappropriate** [1] - 41:5
**INC** [8] - 2:7, 2:8, 2:9, 2:10, 2:12, 3:4, 3:5, 3:17
**include** [2] - 28:25, 29:12
**included** [5] - 28:23, 28:24, 37:7, 37:8
**increase** [1] - 25:13
**increases** [1] - 36:13
**individual** [5] - 19:12, 19:19, 32:21, 33:5, 40:23
**inevitable** [1] - 36:14
**information** [2] - 36:13, 41:3
**initial** [2] - 34:15, 35:22
**Injunction** [1] - 18:25
**insofar** [1] - 16:2

**instance** [3] - 21:8, 35:15, 43:16
**instead** [1] - 8:1
**integrity** [1] - 31:18
**intention** [1] - 33:3
**interest** [3] - 13:25, 20:23, 30:21
**interested** [1] - 37:22
**interests** [8] - 12:18, 13:1, 13:5, 13:10, 26:14, 26:19, 34:3, 38:21
**interface** [1] - 19:7
**interfacing** [1] - 35:19
**interfere** [2] - 35:10, 35:20
**interim** [1] - 37:5
**INTERNATIONAL** [1] - 3:10
**Internet** [2] - 43:11, 43:16
**intervention** [1] - 27:17
**introduce** [1] - 25:17
**invitation** [1] - 13:21
**invited** [1] - 40:16
**involved** [3] - 12:25, 16:5, 39:13
**issue** [26] - 9:16, 10:16, 12:10, 13:18, 18:5, 19:6, 22:15, 22:21, 22:23, 22:24, 24:20, 33:18, 37:1, 37:6, 41:19, 41:24, 42:1, 42:12, 42:15, 42:18, 42:23, 43:20, 43:21
**issues** [15] - 12:24, 13:8, 13:12, 14:4, 16:4, 23:3, 23:20, 24:22, 25:20, 29:5, 29:6, 37:4, 44:15, 44:17
**item** [1] - 33:4
**itself** [3] - 18:24, 42:5, 44:13

## J

**JAMES** [1] - 1:17
**January** [5] - 11:17, 11:19, 35:23, 35:24, 36:2
**JANUARY** [2] - 1:7, 7:3
**JEFFERSON** [2] - 1:18, 4:13
**JEFFREY** [1] - 1:24
**JENNY** [1] - 3:18

**Jim** [10] - 10:13, 10:15, 17:14, 19:10, 35:13, 35:16, 36:17, 41:17, 42:23, 43:15
**Jim's** [1] - 14:20
**job** [4] - 16:13, 16:15, 24:2, 24:5
**JUDGE** [1] - 1:13
**Judge** [10] - 17:10, 22:12, 25:4, 31:3, 36:20, 37:2, 39:4, 39:8, 39:11, 40:17
**judge** [5] - 14:12, 18:22, 23:1, 32:11, 43:19
**judges** [2] - 19:5, 20:16
**jump** [1] - 25:25
**Justice** [1] - 12:8
**JUSTICE** [2] - 4:15

## K

**Kanner** [6] - 21:13, 21:16, 25:19, 25:21, 27:22, 36:24
**KANNER** [6] - 4:9, 4:9, 21:16, 22:22, 28:22, 36:24
**KANNER**................ ........................ [3] - 5:11, 5:15, 5:21
**KARIS** [1] - 4:20
**KATZ** [1] - 1:20
**keep** [4] - 8:8, 18:4, 24:3, 25:20
**kept** [1] - 9:5
**Kerry** [1] - 38:8
**KERRY** [1] - 3:6
**key** [2] - 24:20, 24:22
**keystroke** [1] - 29:12
**kind** [2] - 8:11, 31:8
**KIRKLAND** [2] - 2:16, 2:19
**knowledge** [1] - 25:10
**knowledgeable** [1] - 25:9
**KUCHLER** [2] - 4:5, 4:6

## L

**LA** [9] - 1:18, 1:22, 2:15, 3:8, 3:12, 4:7, 4:10, 4:13, 4:23
**LAFAYETTE** [1] - 1:18
**LAMAR** [1] - 3:22
**Langan** [8] - 9:15,

12:22, 20:1, 27:3, 37:14, 38:10, 39:5, 39:19
**LANGAN** [17] - 2:17, 9:15, 19:16, 20:1, 20:4, 20:11, 21:11, 27:3, 27:24, 28:3, 28:5, 28:19, 34:14, 34:17, 37:13, 37:24, 38:7
**LANGAN**................ ........................ [5] - 5:6, 5:10, 5:14, 5:19, 5:22
**large** [2] - 17:23, 22:4
**largest** [2] - 21:18, 25:22
**LASALLE** [1] - 2:17
**last** [14] - 12:9, 15:8, 22:14, 30:1, 31:14, 31:24, 32:13, 33:4, 37:17, 39:25, 40:5, 42:2, 42:5, 43:21
**latest** [1] - 11:25
**LAW** [1] - 4:12
**lawyers** [9] - 12:3, 20:11, 20:12, 20:18, 21:5, 21:7, 39:16, 41:1, 42:13
**lay** [1] - 13:17
**lead** [1] - 21:25
**leaders** [1] - 35:18
**least** [7] - 11:17, 11:22, 26:22, 30:4, 33:19, 37:5, 37:7
**leaving** [1] - 37:22
**left** [8] - 15:9, 15:11, 15:12, 15:19, 16:9, 24:23, 35:3
**lend** [1] - 16:17
**length** [1] - 8:5
**lengthen** [1] - 8:6
**less** [4] - 13:3, 30:7, 32:8, 40:1
**letter** [5] - 9:25, 13:18, 15:21, 15:23, 26:3
**letters** [2] - 28:8, 40:7
**level** [1] - 41:6
**LEWIS** [1] - 2:12
**liability** [3] - 13:8, 29:6, 33:14
**liaison** [3] - 11:12, 28:19, 28:21
**liaisons** [1] - 11:18
**likely** [1] - 15:25
**limit** [1] - 39:16
**limitation** [8] - 9:1, 13:8, 13:9, 13:12, 13:22, 22:21, 23:3, 38:9

**limitations** [1] - 22:15
**limited** [1] - 44:19
**LIMITED** [1] - 2:11
**line** [4] - 10:8, 31:20, 32:1, 35:5
**LISKOW** [1] - 2:12
**list** [6] - 34:15, 34:23, 34:25, 35:9, 36:6
**listed** [1] - 31:20
**listen** [1] - 31:8
**litigation** [1] - 21:9
**live** [2] - 10:7, 13:3
**living** [1] - 16:24
**LLC** [2] - 3:3, 4:5
**look** [8] - 10:13, 14:10, 14:11, 15:24, 22:25, 31:25, 34:12, 35:5
**looked** [1] - 9:2
**looking** [7] - 7:19, 9:5, 14:3, 15:15, 20:16, 20:17, 36:5
**lookout** [1] - 18:4
**looks** [2] - 7:13, 14:12
**losing** [1] - 16:9
**lottery** [1] - 22:2
**LOUISIANA** [3] - 1:1, 1:6, 4:9
**Louisiana** [8] - 21:17, 21:23, 24:15, 24:21, 25:24, 36:24, 45:15, 45:16
**LP** [1] - 4:4
**lunch** [1] - 8:2

## M

**maintained** [1] - 43:14
**maintaining** [1] - 42:7
**MAJOR** [1] - 3:19
**majority** [3] - 30:4, 30:6, 30:23
**man** [1] - 19:20
**management** [2] - 30:16, 31:18
**March** [3] - 11:25, 34:20, 34:21
**Mark** [1] - 39:21
**marked** [1] - 40:9
**MARTINEZ** [1] - 3:18
**Master** [1] - 20:21
**master** [1] - 19:6
**material** [1] - 25:13
**math** [2] - 12:10
**matter** [3] - 27:8, 37:19, 45:20
**maze** [1] - 27:22
**MAZE** [4] - 4:19, 25:16, 27:1
**Maze** [1] - 25:17

**MAZE**........................ ........................ [1] - 5:13
**McGovern** [1] - 20:21
**MCKINNEY** [1] - 3:15
**MDL** [9] - 11:1, 21:7, 22:9, 29:16, 29:23, 30:20, 31:3, 37:16, 38:23
**MDLs** [2] - 21:25, 38:5
**mean** [10] - 14:2, 17:25, 23:9, 23:19, 24:1, 28:10, 37:25, 38:4, 44:17
**meaning** [1] - 13:9
**MECHANICAL** [1] - 4:24
**meet** [3] - 26:24, 27:1, 29:18
**Melinda** [1] - 29:16
**members** [1] - 32:3
**mentioned** [3] - 29:21, 31:19, 44:12
**merely** [1] - 18:3
**Merit** [1] - 45:14
**met** [1] - 39:8
**MEXICO** [1] - 1:5
**Michael** [1] - 12:8
**MICHAEL** [1] - 4:16
**might** [2] - 37:6, 37:18
**Mike** [3] - 13:7, 28:15, 38:17
**Miller** [1] - 38:8
**MILLER** [2] - 3:6, 38:8
**MILLER**........................ ........................ [1] - 5:23
**million** [1] - 12:12
**minds** [1] - 40:23
**mine** [1] - 25:20
**minimal** [1] - 13:3
**minute** [1] - 41:2
**minutes** [6] - 10:22, 15:13, 23:9, 24:24, 24:25, 32:8
**misconduct** [2] - 32:2, 32:3
**miss** [1] - 22:8
**MOBILE** [1] - 2:4
**mode** [1] - 12:1
**MOEX** [2] - 4:4, 4:5
**month** [13] - 8:9, 8:10, 9:9, 11:9, 11:10, 34:10, 34:19, 35:9, 35:21, 36:2
**months** [4] - 8:16, 8:23, 36:6, 36:16
**morning** [5] - 7:8, 29:15, 39:2, 39:3, 42:5

most [4] - 22:3, 25:12, 28:13, 31:4
motion [2] - 36:25, 38:1
move [2] - 30:14, 34:5
movie [2] - 16:5, 16:6
moving [1] - 20:12
MR [80] - 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:25, 6:1, 6:3, 8:13, 8:15, 8:21, 9:4, 9:15, 10:14, 11:12, 12:5, 12:7, 12:16, 13:17, 13:24, 15:11, 15:15, 15:20, 17:14, 17:22, 19:4, 19:16, 19:17, 19:23, 20:1, 20:3, 20:4, 20:11, 21:11, 21:16, 22:22, 24:6, 24:8, 25:16, 27:1, 27:3, 27:24, 28:3, 28:5, 28:19, 28:22, 34:14, 34:17, 35:16, 35:21, 36:24, 37:13, 37:24, 38:7, 38:8, 38:17, 39:2, 39:4, 41:15, 41:18, 41:22, 42:15, 42:17, 43:1, 43:10, 43:18, 44:17, 44:21
MS [15] - 5:16, 5:17, 6:2, 6:4, 29:15, 29:18, 29:20, 30:10, 30:15, 31:12, 31:16, 32:11, 43:19, 44:20, 45:1
multiple [2] - 9:2, 20:8
multiplying [1] - 8:23
multitrack [1] - 11:19
multitracking [5] - 11:14, 11:23, 14:23, 35:13, 36:15

N

N.W [2] - 2:20
naive [1] - 19:12
name [2] - 25:17, 31:24
named [1] - 31:23
names [7] - 35:22, 35:25, 36:1, 36:3, 36:4, 36:11, 36:12
nature [3] - 26:20, 26:21, 32:18
necessary [5] - 11:15,

11:23, 12:3, 35:13, 38:21
necessity [1] - 14:22
need [14] - 9:7, 9:10, 10:22, 12:12, 12:23, 13:4, 14:3, 17:13, 26:22, 33:21, 34:6, 39:13, 39:22
needed [2] - 32:16, 33:19
needs [2] - 33:6, 39:20
negotiate [4] - 32:22, 33:1, 33:18, 33:21
negotiated [3] - 27:7, 27:21, 32:15
negotiations [1] - 27:11
never [3] - 14:11, 23:16, 43:21
NEW [8] - 1:6, 1:22, 2:15, 3:8, 3:12, 4:7, 4:10, 4:23
new [2] - 28:9, 44:14
newspaper [1] - 16:13
next [5] - 24:1, 32:20, 34:19, 36:15, 36:19
nice [2] - 27:1, 29:18
NICHOLSON [7] - 29:15, 29:18, 29:20, 30:10, 30:15, 31:12, 31:16
Nicholson [1] - 29:16
NICHOLSON............
........................... [1]
- 5:16
night [3] - 16:18, 24:3, 31:14
nine [1] - 15:6
nobody [4] - 14:8, 20:9, 34:23, 35:2
noncumulative [1] - 20:24
nonduplicative [1] - 20:24
none [2] - 16:21, 26:16
NORFOLK [1] - 1:25
normal [6] - 8:3, 9:24, 12:19, 12:20, 12:21, 12:23
NORTH [5] - 2:8, 2:9, 2:11, 2:12, 4:13
note [3] - 15:7, 21:5, 42:5
noted [1] - 43:23
nothing [2] - 40:18, 43:5
notice [1] - 20:7
noticed [2] - 18:7, 30:5

notices [1] - 18:20
novelty [1] - 16:23
November [3] - 9:19, 34:14, 35:22
Number [4] - 7:17, 24:11, 27:21, 36:12
number [7] - 8:16, 9:20, 10:4, 17:22, 17:23, 24:11, 35:14
numbered [1] - 45:19
numbers [3] - 8:12, 34:25, 35:7

O

O'KEEFE [1] - 1:21
obligation [3] - 10:25, 18:18, 20:7
obligations [1] - 14:1
observation [2] - 10:17, 18:10
observing [1] - 43:11
obviously [2] - 30:2, 40:8
occurred [1] - 41:18
October [2] - 35:2, 35:15
OF [6] - 1:1, 1:5, 1:12, 4:8, 4:15
offer [3] - 10:25, 17:3, 40:6
offered [1] - 16:13
offers [1] - 16:12
offices [1] - 40:25
official [1] - 26:10
Official [2] - 45:15, 45:24
OFFICIAL [1] - 4:22
OFFSHORE [2] - 3:4, 4:5
OIL [1] - 1:4, 1:4
Oklahoma [2] - 15:17, 15:18
old [1] - 23:25
ON [2] - 1:5, 8:18
once [3] - 18:11, 22:12, 38:19
ONE [2] - 2:13, 3:14
one [41] - 8:4, 10:3, 10:7, 10:11, 10:17, 11:7, 13:2, 15:9, 15:13, 17:15, 17:23, 19:12, 19:17, 22:3, 22:11, 23:10, 23:22, 25:22, 28:6, 28:9, 31:9, 31:17, 32:24, 33:7, 33:13, 36:22, 37:15, 37:20, 38:2, 38:4, 38:11, 38:12,

38:14, 39:6, 39:14, 40:21, 40:25, 41:19, 43:24
one-deposition-per-witness [1] - 37:15
ones [3] - 12:20, 20:25, 30:4
ongoing [1] - 10:23
open [2] - 7:21, 11:12
opinion [2] - 11:15, 36:14
opportune [1] - 29:20
opportunity [7] - 20:19, 21:1, 22:5, 23:15, 29:24, 30:24, 40:19
order [13] - 7:17, 8:25, 9:11, 9:21, 11:10, 12:1, 21:3, 27:7, 27:14, 27:21, 28:3, 28:23, 41:20
ORDER [1] - 7:4
orders [1] - 37:5
ORLEANS [6] - 1:6, 1:22, 2:15, 3:8, 3:12, 4:7, 4:10, 4:23
otherwise [3] - 18:13, 19:5, 19:24
ought [12] - 11:5, 11:6, 11:19, 18:12, 18:14, 18:16, 20:25, 21:2, 39:7, 40:7, 41:6, 41:19
ounce [1] - 13:6
ourselves [1] - 21:24
outside [1] - 26:6, 26:7
overall [2] - 34:23, 34:25
own [3] - 26:11, 38:21, 42:18

P

page [4] - 23:10, 23:11, 41:14, 42:5
Page [1] - 5:3
pages [1] - 23:10
papers [1] - 33:9
parallel [1] - 23:2
paramount [1] - 38:12
part [3] - 8:22, 13:20, 41:23
participating [3] - 21:8, 21:9, 21:10
parties [17] - 12:25, 13:21, 14:23, 15:5, 16:5, 17:17, 24:20, 24:21, 25:11, 28:7,

32:21, 32:22, 38:9, 39:12, 41:10, 42:9, 44:13
partner [1] - 23:9
party [4] - 10:18, 11:6, 42:7, 44:2
pass [1] - 44:22
past [2] - 17:12, 35:24
pattern [1] - 11:20
PAUL [1] - 3:6
Paul [1] - 35:18
paying [1] - 10:14
penalties [3] - 13:13, 22:21, 37:18
penalty [2] - 14:7, 22:16
people [7] - 7:9, 9:20, 14:24, 23:11, 24:3, 27:20, 35:9, 41:12, 42:23, 43:5, 43:6
Pepper [3] - 45:13, 45:22, 45:23
PEPPER [1] - 4:22
per [2] - 8:9, 37:15
perfectly [1] - 31:9
perhaps [5] - 14:18, 18:4, 19:7, 28:15, 38:3, 39:9, 43:3
period [1] - 34:7
periods [1] - 23:3
permission [1] - 18:17
person [1] - 22:17
personally [1] - 42:3
persons [1] - 42:10
perspective [3] - 12:11, 14:3, 14:6
persuading [1] - 40:10
pertinent [2] - 30:8, 32:2
petition [1] - 39:23
petitioning [1] - 18:16
PETROLEUM [1] - 4:3
PHONE [1] - 8:18
phone [4] - 7:9, 24:7, 29:4, 40:12
phonetically [1] - 31:20
pick [1] - 29:9
PIGMAN [1] - 3:10
place [1] - 27:18
plaintiff [4] - 7:18, 13:25, 19:19, 22:3
plaintiff's [9] - 9:23, 13:10, 13:25, 14:4, 17:2, 20:11, 20:18, 21:6, 33:19
PLAINTIFFS [1] - 1:16
plaintiffs [21] - 13:1, 14:25, 18:14, 19:12, 21:7, 23:14, 24:22,

24:24, 25:23, 27:5,
27:13, 29:16, 29:24,
30:20, 32:25, 33:5,
34:15, 40:23, 40:24,
43:23
**Plaintiffs'** [2] - 26:15,
30:5
**play** [1] - 34:14
**playing** [1] - 41:6
**PLC** [1] - 33:1
**pleased** [1] - 27:23
**plus** [4] - 8:2, 26:1,
26:2
**podium** [1] - 8:20
**Point** [1] - 11:8
**point** [20] - 7:15, 11:7,
11:9, 14:20, 15:20,
18:3, 19:4, 20:13,
21:11, 23:16, 25:24,
26:19, 28:6, 32:20,
36:9, 40:5, 41:8,
42:21, 43:10, 43:23
**points** [5] - 20:5,
24:10, 28:14, 32:12,
33:24
**POLK** [1] - 4:5
**pool** [3] - 36:3, 36:10,
36:12
**poor** [1] - 16:14
**portions** [2] - 41:9,
41:12
**posed** [1] - 20:25
**position** [11] - 7:24,
11:13, 11:22, 16:19,
18:16, 26:3, 26:10,
28:8, 32:14, 35:2,
44:1
**positions** [1] - 29:5
**positively** [1] - 19:22
**possibility** [1] - 15:2
**possible** [2] - 26:12,
38:24
**possibly** [1] - 11:19
**POYDRAS** [4] - 2:14,
3:7, 4:6, 4:22
**practical** [1] - 14:14
**practice** [1] - 38:1
**precedent** [1] - 11:3
**precisely** [1] - 24:19
**prefer** [2] - 26:11,
41:12
**preferable** [1] - 33:12
**premise** [1] - 14:18
**prepare** [1] - 22:5
**prepared** [3] - 14:24,
14:25, 15:1
**PRESENT** [1] - 4:19
**present** [1] - 16:2
**presented** [1] - 18:11
**presents** [1] - 44:12

pressure [1] - 34:22
**pretrial** [9] - 7:17,
8:24, 9:21, 27:7,
27:14, 27:21, 28:3,
28:23, 37:5
**pretty** [2] - 27:16,
27:18
**price** [2] - 16:13,
16:15
**primarily** [1] - 20:6
**principle** [1] - 37:20
**private** [2] - 13:1,
23:14
**problem** [9] - 26:1,
27:20, 28:22, 34:8,
35:6, 40:2, 40:22,
44:16, 44:24
**Procedure** [1] - 24:13
**proceed** [2] - 8:25,
13:7
**proceeding** [1] - 20:19
**proceedings** [2] -
45:6, 45:19
**PROCEEDINGS** [3] -
1:12, 4:24, 7:1
**process** [6] - 20:24,
21:2, 21:3, 27:17,
28:6, 37:7
**PRODUCED** [1] - 4:25
**PRODUCTION** [2] -
2:7, 2:10
**PRODUCTS** [1] - 2:12
**Professional** [1] -
45:14
**projected** [1] - 8:11
**projection** [1] - 8:22
**properly** [1] - 25:2
**protect** [1] - 20:7
**provide** [2] - 20:20,
24:13
**provides** [1] - 27:15
**providing** [1] - 20:23
**PSC** [12] - 10:17,
10:19, 11:13, 17:16,
17:20, 17:25, 20:20,
20:21, 26:17, 31:8,
31:11, 33:19
**PTO** [4] - 33:3, 41:19,
41:23, 42:6
**pulling** [1] - 36:17
**purpose** [2] - 38:23,
40:10
**purposes** [6] - 13:12,
22:13, 22:16, 37:16,
42:22, 43:4
**put** [6] - 17:3, 19:1,
23:1, 24:19, 35:8,
36:21
**puts** [1] - 16:10

# Q

**quash** [1] - 20:12
**questioning** [7] -
10:19, 11:2, 18:16,
19:11, 22:3, 31:10,
32:1
**questions** [17] - 19:13,
19:24, 20:20, 20:25,
23:10, 23:12, 26:14,
26:16, 26:18, 30:6,
30:7, 31:8, 31:21,
32:4, 32:9, 44:2,
44:25

# R

**raise** [1] - 42:18
**raised** [2] - 25:19,
41:24
**raising** [1] - 41:25
**rapt** [1] - 10:14
**rather** [1] - 22:24
**RE** [1] - 1:4
**reach** [1] - 28:15
**read** [2] - 13:11, 33:9
**reading** [1] - 42:4
**ready** [4] - 8:10, 23:5,
25:5, 26:18
**real** [2] - 9:12, 36:9
**realistic** [2] - 14:19,
16:4
**realize** [1] - 30:17
**really** [6] - 7:14, 9:7,
13:18, 17:9, 34:15,
41:25
**Realtime** [1] - 45:13
**reason** [2] - 10:21,
41:11
**reasons** [1] - 13:19
**recently** [2] - 29:23,
37:8
**recognize** [2] - 14:22,
26:1
**record** [4] - 7:12,
11:21, 11:24, 45:19
**RECORDED** [1] - 4:24
**recount** [1] - 9:17
**REDDEN** [1] - 3:13
**redepose** [1] - 22:17
**redirect** [1] - 44:19
**reference** [1] - 11:8
**reflects** [1] - 11:22
**regard** [1] - 39:24
**regarding** [1] - 39:5
**Registered** [2] -
45:13, 45:14
**related** [1] - 32:2

**RELATES** [1] - 1:8
**relationship** [1] - 8:16
**relative** [1] - 36:17
**relied** [1] - 28:20
**relieve** [1] - 33:1
**rely** [2] - 29:10, 30:3
**remember** [1] - 31:24
**remembered** [1] -
26:22
**renewed** [1] - 36:25
**renotice** [1] - 31:3
**reopen** [1] - 22:9
**report** [2] - 31:18,
31:20
**Reporter** [6] - 45:13,
45:14, 45:15, 45:24
**reporter** [2] - 42:20,
43:13
**REPORTER** [1] - 4:22
**REPORTER'S** [1] -
45:11
**reporting** [1] - 31:19
**reports** [3] - 31:22,
31:23, 31:25
**represent** [6] - 12:18,
13:5, 24:9, 25:17,
34:17, 38:21
**representations** [1] -
15:23
**representing** [1] -
16:6
**request** [3] - 21:22,
28:10, 29:11
**requesting** [2] - 17:7,
24:16
**requires** [1] - 18:15
**requiring** [1] - 43:12
**reserve** [2] - 30:24,
44:8
**reserved** [3] - 43:24,
44:4, 44:14
**reserving** [2] - 23:21,
44:13
**reservoir** [1] - 44:6
**resolved** [1] - 37:6
**resolving** [1] - 37:3
**respect** [4] - 17:3,
18:2, 24:11, 40:6
**respectfully** [3] - 25:6,
28:10, 40:3
**respond** [2] - 40:14,
41:3
**responsibly** [1] - 15:8
**rest** [1] - 17:17
**restraint** [1] - 17:25
**result** [1] - 9:21
**rethinking** [1] - 22:19
**RICHESON** [1] - 4:5
**RIG** [1] - 1:4

**rights** [2] - 12:25,
13:25
**rise** [1] - 7:7
**RMR** [2] - 4:22, 45:23
**road** [3] - 18:1, 35:23,
37:7
**ROBERT** [2] - 2:3,
2:20
**role** [1] - 20:22
**roll** [1] - 38:18
**RONQUILLO** [2] -
3:17, 3:21
**ROOM** [2] - 4:17, 4:22
**room** [2] - 7:11, 40:12
**round** [3] - 8:12, 8:13,
8:14
**routinely** [1] - 39:15
**ROY** [21] - 1:16, 1:17,
10:14, 11:12, 17:14,
17:22, 19:4, 19:17,
19:23, 20:3, 35:16,
35:21, 41:18, 41:22,
42:15, 42:17, 43:1,
43:10, 43:18, 44:17,
44:21
**Roy** [8] - 10:15, 17:14,
20:2, 20:4, 20:25,
23:6, 35:16, 39:20
**ROY.........................
.................** [5] -
5:7, 5:9, 5:20, 6:1,
6:3
**rule** [3] - 37:16, 38:4,
40:18
**Rules** [2] - 9:18, 24:13
**running** [1] - 19:21

# S

**s/Cathy** [1] - 45:22
**SALLY** [1] - 1:12
**SAN** [1] - 4:18
**satisfied** [2] - 24:5,
31:9
**saw** [1] - 42:19
**schedule** [2] - 25:4,
38:1
**scheduled** [4] - 17:23,
34:18, 35:24, 39:21
**scheduling** [3] -
11:16, 15:3, 34:11
**SCHELL** [1] - 4:5
**science** [1] - 29:7
**scope** [3] - 12:24,
16:4, 44:19
**seal** [1] - 40:20
**second** [6] - 8:7, 8:8,
18:6, 43:24, 44:8,
44:22

**secondhand** [1] - 31:13
**SECREST** [1] - 3:13
**securities** [1] - 30:19
**security** [3] - 16:10, 16:12, 16:16
**see** [20] - 13:13, 13:14, 19:11, 19:14, 19:19, 19:20, 23:1, 28:9, 28:11, 28:22, 32:4, 35:7, 35:8, 35:10, 36:21, 36:22, 40:14, 40:20, 40:21
**seed** [3] - 11:6, 30:2
**seek** [1] - 42:9
**seeking** [1] - 27:16
**seem** [2] - 10:3, 40:2
**sees** [1] - 39:22
**select** [1] - 36:11
**send** [2] - 40:8, 42:20
**sending** [1] - 40:7
**sends** [1] - 31:23
**senior** [1] - 30:15
**sensitive** [1] - 24:2
**sent** [1] - 40:13
**sentiment** [1] - 18:8
**separate** [3] - 14:7, 18:17, 26:6
**serious** [1] - 18:12
**seriously** [1] - 14:19
**seriousness** [2] - 20:4, 43:8
**served** [1] - 28:19
**SERVICES** [1] - 3:17
**set** [3] - 11:3, 27:8, 37:2
**setting** [1] - 38:14
**settled** [2] - 29:1, 36:1
**seven** [1] - 9:18
**share** [5] - 27:23, 28:13, 28:15, 28:17, 41:13
**sharing** [1] - 25:14
**Sharon** [1] - 15:24
**shaved** [1] - 13:3
**SHELL** [1] - 2:13
**shift** [1] - 12:1
**shifts** [1] - 44:6
**short** [1] - 16:3
**show** [1] - 17:25
**shrinking** [1] - 7:13
**SHUSHAN** [1] - 1:12
**sick** [1] - 23:25
**side** [12] - 9:23, 11:18, 12:3, 14:4, 17:19, 17:25, 27:9, 33:19, 33:22, 35:19, 42:8
**sign** [3] - 7:12, 43:5, 43:15

**significant** [2] - 12:19, 13:13
**significantly** [2] - 13:10, 40:1
**signing** [2] - 42:10, 43:16
**simultaneously** [1] - 11:14
**sit** [5] - 31:8, 35:8, 38:4, 38:11, 38:12
**sitting** [4] - 33:7, 38:2, 40:24, 43:8
**situation** [2] - 44:3, 44:12
**situations** [1] - 23:20
**six** [4] - 8:23, 17:19, 18:1, 24:1
**sleep** [2] - 16:10, 16:14
**slot** [1] - 35:9
**Smith** [1] - 15:24
**someone** [6] - 30:24, 31:23, 32:6, 34:24, 39:20, 39:22
**sometime** [2] - 16:10, 16:14
**sooner** [1] - 22:23
**SOREN** [1] - 1:21
**sorry** [1] - 37:13
**sort** [6] - 20:24, 23:19, 26:14, 26:17, 30:21, 36:10
**sorted** [1] - 36:7
**sovereign** [2] - 25:21, 26:20
**SPEAKER** [1] - 8:18
**SPEAKERS** [1] - 5:3
**speaking** [3] - 10:2, 21:23, 31:13
**special** [1] - 19:6
**Special** [1] - 20:21
**specific** [5] - 30:1, 30:13, 32:21, 36:1
**specifically** [1] - 30:8
**spelled** [1] - 31:19
**spending** [1] - 16:22
**spent** [2] - 9:17, 9:18
**SPILL** [1] - 1:4
**split** [1] - 9:22
**SQUARE** [1] - 2:13
**staff** [1] - 42:18
**stake** [1] - 33:5
**stakeholders** [5] - 9:20, 28:23, 33:2, 33:21, 37:4
**stakes** [1] - 33:8
**start** [9] - 9:18, 10:3, 21:3, 25:2, 32:21, 35:13, 35:21, 40:22
**started** [4] - 9:16,

11:16, 25:7, 37:8
**starting** [1] - 14:17
**state** [14] - 11:1, 18:7, 18:14, 18:20, 18:21, 19:4, 19:12, 20:6, 20:15, 21:6, 21:18, 21:23, 34:14, 39:16
**STATE** [1] - 4:8
**State** [6] - 20:6, 21:17, 21:22, 25:18, 29:13, 45:15
**statement** [1] - 32:14
**statements** [1] - 28:17
**states** [5] - 13:15, 25:25, 26:5, 26:9, 27:22
**STATES** [3] - 1:1, 1:13, 4:15
**States** [2] - 45:16, 45:25
**statutory** [1] - 13:14
**stay** [3] - 10:1, 10:8, 24:4
**stayed** [3] - 15:13, 18:13, 19:5
**stealing** [1] - 16:11
**Steering** [2] - 26:15, 26:18
**STEFANIE** [1] - 3:19
**STENOGRAPHY** [1] - 4:24
**STEPHEN** [1] - 1:20
**Sterbcow** [1] - 35:18
**Steve** [2] - 11:17, 32:6
**STONE** [1] - 3:10
**story** [1] - 16:8
**straight** [1] - 12:17
**Strange** [2] - 25:19, 26:9
**strategy** [1] - 23:13
**STREET** [12] - 1:18, 2:4, 2:14, 2:20, 3:7, 3:11, 3:15, 3:19, 4:6, 4:10, 4:13, 4:22
**strictly** [1] - 42:6
**strikes** [3] - 17:15, 18:19, 18:21
**strong** [1] - 20:23
**struggle** [1] - 34:1
**studied** [1] - 7:22
**submission** [1] - 13:11
**submissions** [6] - 7:19, 7:20, 7:21, 7:22, 28:13, 41:9
**submit** [1] - 19:23
**submitted** [3] - 40:18, 40:19, 40:20
**submitting** [1] - 28:8
**substantial** [2] - 44:4,

44:6
**sudden** [2] - 28:2, 44:8
**sued** [1] - 33:11
**suggest** [2] - 40:4, 41:4
**suggested** [1] - 7:16
**suggesting** [1] - 41:6
**SUITE** [5] - 2:14, 3:15, 3:19, 3:22, 4:6
**support** [2] - 23:22, 42:18
**survive** [1] - 21:21

**T**

**table** [4] - 27:9, 33:8, 37:4, 37:12
**talks** [1] - 41:23
**tandem** [1] - 23:2
**team** [2] - 10:21, 35:17
**tee** [2] - 22:23, 23:1
**telephone** [1] - 43:11
**ten** [1] - 23:10
**tend** [2] - 17:6, 17:11
**tens** [1] - 21:20
**terms** [5] - 14:9, 15:3, 15:20, 18:22, 37:25
**testimony** [1] - 10:11
**Texas** [5] - 20:6, 20:11, 20:15, 20:16, 21:6
**TEXAS** [2] - 3:20, 3:23
**THE** [68] - 1:4, 1:5, 1:12, 1:16, 4:8, 4:15, 5:18, 7:7, 7:8, 7:11, 8:14, 8:18, 8:20, 8:24, 9:5, 10:10, 11:11, 12:6, 12:14, 13:7, 13:23, 15:10, 15:12, 15:17, 17:6, 17:21, 19:1, 19:9, 19:22, 20:9, 21:10, 21:14, 22:19, 24:7, 25:14, 26:24, 27:19, 27:25, 28:4, 28:12, 29:17, 29:19, 30:9, 30:14, 31:6, 31:15, 32:10, 33:25, 34:16, 34:22, 35:20, 36:17, 37:10, 37:22, 38:6, 38:15, 39:1, 39:3, 41:8, 41:17, 41:21, 42:14, 42:16, 42:22, 43:3, 43:15, 44:16, 45:3
**theirs** [2] - 12:4, 19:7
**therefore** [1] - 41:23
**they've** [1] - 18:15

**THIBODEAUX** [1] - 3:6
**thinking** [1] - 13:22
**third** [5] - 30:19, 30:20, 33:4, 36:13, 44:22
**THIS** [1] - 1:8
**thoughts** [2] - 17:17, 41:13
**three** [4] - 11:17, 15:6, 32:12, 33:24
**timeline** [1] - 8:25
**TO** [2] - 1:8, 7:4
**today** [1] - 34:4
**together** [6] - 7:16, 12:3, 26:6, 26:8, 35:9, 36:18
**toilet** [1] - 23:7
**took** [2] - 32:7, 43:23
**TORTS** [1] - 4:16
**toward** [1] - 35:22
**TOWER** [1] - 1:24
**track** [3] - 8:9, 14:2, 37:1
**tracts** [1] - 23:2
**trailers** [1] - 16:5
**transcript** [2] - 31:25, 45:18
**TRANSCRIPT** [2] - 1:12, 4:24
**Transocean** [1] - 38:8
**TRANSOCEAN** [3] - 3:3, 3:3, 3:5
**treated** [3] - 20:14, 20:18, 23:17
**trial** [5] - 13:8, 14:11, 14:12, 25:4, 39:18
**tried** [2] - 13:17, 38:1
**true** [2] - 27:12, 45:17
**try** [9] - 14:10, 19:1, 19:3, 22:12, 22:18, 23:15, 34:1, 38:23, 39:19
**trying** [8] - 14:5, 15:24, 17:25, 24:3, 25:4, 34:2, 34:21, 34:22
**twice** [1] - 23:4
**two** [28] - 11:8, 11:17, 12:12, 12:13, 12:17, 13:4, 15:8, 17:17, 21:21, 21:22, 21:25, 23:18, 26:1, 26:2, 27:22, 28:2, 30:1, 36:16, 37:17, 39:14, 39:21, 39:25, 41:9, 43:21
**TX** [1] - 3:15
**typical** [1] - 14:21
**typically** [1] - 22:1

## U

**U.S** [3] - 4:15, 12:8, 38:17
**ultimate** [1] - 19:4
**ultimately** [1] - 11:14
**unanswered** [1] - 23:12
**under** [1] - 40:20
**UNDERHILL** [10] - 4:16, 12:5, 12:7, 12:16, 13:17, 13:24, 15:11, 15:15, 15:20, 38:17
**Underhill** [6] - 12:8, 29:13, 37:8, 38:16, 38:17, 39:5
**UNDERHILL.............. ........................ [2]** - 5:8, 5:24
**understandably** [1] - 24:14
**understood** [4] - 41:11, 42:19, 43:8, 44:10
**undoes** [1] - 28:3
**undue** [1] - 29:14
**unfairly** [1] - 23:17
**unfortunately** [1] - 12:16
**UNIDENTIFIED** [1] - 8:18
**uniform** [1] - 16:16
**unique** [1] - 18:15
**United** [2] - 45:16, 45:25
**UNITED** [3] - 1:1, 1:13, 4:15
**unless** [2] - 14:7, 40:19
**unmanageable** [1] - 10:6
**unstayed** [3] - 18:20, 20:6, 21:6
**unused** [1] - 10:18
**unusual** [1] - 17:9
**up** [20] - 7:22, 8:20, 10:16, 10:25, 13:15, 14:13, 15:17, 16:16, 22:23, 23:1, 30:14, 30:15, 31:2, 31:21, 31:22, 32:5, 32:9, 32:13, 42:1, 44:14
**USA** [1] - 4:4
**usual** [2] - 33:12, 33:13
**utmost** [1] - 40:6

## V

**VA** [1] - 1:25
**various** [2] - 27:13, 39:12
**vary** [1] - 13:10
**vast** [1] - 30:6
**venue** [1] - 19:6
**versus** [2] - 33:7, 33:22
**via** [2] - 43:11, 43:16
**view** [1] - 29:3
**violations** [1] - 13:14
**vis** [2] - 27:6
**vis-a-vis** [1] - 27:6
**VOICES** [2] - 7:10, 45:5
**volumetrics** [1] - 29:7
**volunteer** [1] - 10:23

## W

**wait** [2] - 19:17, 41:2
**WALKER** [1] - 1:23
**WALTHER** [1] - 3:10
**wants** [3] - 14:8, 27:22, 35:2
**WASHINGTON** [1] - 2:21
**waste** [1] - 44:11
**wasting** [1] - 13:5
**WATERSIDE** [1] - 1:25
**week** [5] - 12:9, 25:8, 31:7, 31:10, 34:19
**week's** [1] - 36:19
**WEINER** [1] - 4:5
**wet** [1] - 11:20
**whatnot** [2] - 36:8, 44:19
**wherein** [1] - 42:19
**WHEREUPON** [1] - 45:6
**WHITELEY** [1] - 4:9
**whole** [2] - 19:13, 33:4
**wholeheartedly** [1] - 14:21
**willing** [9] - 21:19, 23:4, 23:5, 26:8, 26:9, 27:23, 28:12, 28:14, 38:3
**window** [1] - 33:2
**witness** [35] - 8:3, 8:7, 8:8, 9:2, 9:8, 10:7, 10:11, 14:13, 15:5, 19:9, 19:10, 19:11, 19:19, 23:4, 23:23, 23:24, 23:25, 24:12, 25:9, 25:10, 35:14, 37:15, 37:20, 38:2, 39:6, 39:17, 39:24, 43:24, 44:1, 44:5, 44:11
**witnesses** [31] - 8:12, 8:17, 8:21, 9:9, 9:12, 10:4, 10:6, 12:19, 14:6, 14:13, 14:16, 16:2, 17:8, 20:8, 22:12, 23:20, 24:2, 25:3, 30:9, 30:10, 30:12, 31:3, 31:6, 31:10, 34:6, 35:3, 35:7, 37:17, 38:10, 38:12
**WITTMANN** [1] - 3:10
**wolf** [2] - 16:11, 16:16
**wolfie** [1] - 16:18
**won** [1] - 22:2
**words** [1] - 22:20
**worker** [1] - 19:21
**works** [1] - 27:18
**worn** [1] - 16:23
**worried** [1] - 36:22
**worth** [1] - 30:7
**WRIGHT** [1] - 1:16

## Y

**y'all** [2] - 9:11, 35:11
**yesterday** [5] - 15:9, 23:7, 33:18, 40:1, 42:19
**YORK** [1] - 3:22