**MINUTE ENTRY**
**BARBIER, J.**
**JANUARY 28, 2011**
**JS-10: 1 hour**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**COURTROOM DEPUTY:**　　　　　　　　　　**COURT REPORTER:**
**EILEEN STENSRUD**　　　　　　　　　　　**CATHY PEPPER**

FRIDAY, JANUARY 28, 2011   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

**STATUS CONFERENCE**

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court informs counsel that a discovery conference will be held by Magistrate Judge Sally Shushan, immediately following this conference, in her courtroom.

The Court reviewed and briefly explained recently issued Pretrial Orders.

BP Counsel Andy Langan reported to the Court on the status of recent conditional transfer orders.

The Court reminded counsel that the deadline for filing claims in the Limitation Action is April 20, 2011.

1

Liaison Counsel reported that approximately 15 cases are pending in various state courts. Liaison Counsel are working with the Court and the Special Master to coordinate discovery.

Liaison Counsel reported on the status of related ongoing securities litigation, which is consolidated in MDL 2185 before Judge Ellison in the Southern District of Texas. Liaison Counsel are already working with the leadership of MDL 2185 to coordinate discovery, as completed by Pretrial Order No. 27.

Liaison Counsel reported on the status of ongoing depositions and written discovery.

BP Counsel Don Haycraft gave a status report on the Gulf Coast Claims Facility.

Department of Justice Attorney Mike Underhill reported on the status of the ongoing testing of the blowout preventer and cement.

Liaison Counsel informed the Court that they have reached an agreement as to Defendant BP's Second Motion for Confirmation of Non-Applicability of Preservation-of-Evidence Obligations (Rec. Doc. 1030). The Court will sign the agreed-upon order.

The Court took the matter of Plaintiffs' Motion to Supervise Ex Parte Communications (Rec. Doc. 912) under advisement without oral argument.

There was a discussion as to whether OPA Test Trials will be conducted, and the Court will make a decision on this by the end of March 2011.

The Court reminded counsel of the February 27, 2012, Limitation Trial date.

Mr. Luther Strange, Attorney General for the State of Alabama and Government Coordinating Counsel for State Interests, introduced himself to counsel and the Court.

The next conference in this matter will be held on Friday, FEBRUARY 25, 2011 at 9:30 a.m. CST. Liaison Counsel are to submit a proposed agenda and brief status report by noon on February 22, 2011.

Court adjourns at 10:40 a.m.
ATTORNEYS: See attached list