# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Susan Burns | 212-528-4811 | LexisNexis |
| Blayne Honeycutt | 225-664-0304 | PSC |
| Anthony Irpino | 504-525-1500 | PSC |
| John Ardley | 792-0280 | PS Plaintiffs |
| Allen Espey | 552-4600 | A.G. |
| Stuart Abrey | 214-922-7600 | observer |
| Dennis Reich | 713-622-7271 | MDL-committees |
| Ryan Babiuch | 419-656-2283 | BP |
| Carla Burke | 214.525.3775 | TS |
| Mary McLeod | 504-584-9212 | TO Underwriters |
| Tom Thornhill | 985-641-5010 | TTs |
| Stefanie Major | 214-939-4428 | Halliburton |
| Emily Jeffett | 713-540-7349 | TI |
| Ian Taylor | 504-588-1500 | PSC |
| John de Gravelle | 225-344-8731 | TS |
| Donna Currier | 504-524-3300 | TI |
| John Tomlinson | 374-451-0806 | TI |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Brian Barr | 572-2164 | PSC |
| Keith Jarrett | 581-7979 | BP |
| Chris Boutwell | 201-4809 | BP |
| Parker Miller | 269-2343 | PSC |
| [illegible] | (601) 940-3333 | Mike Smith |
| [illegible] | 504 581-1812 | various plaintiffs |
| [illegible] | 713 508 6676 | Sutherland |
| Joseph Rausch | 504-832-3000 | Parker |
| Andrew Lemmon | 985 783 6789 | PT |
| Margo [illegible] | 753-6300 | |
| Deanna Chang | 202-514-4185 | US |
| Natalie DeJean | 504-525-8100 | Diner |
| Sarah Traeger | (201) 631-7343 | Charter |
| [illegible] | (225) 252-6495 | AG Caldwell |
| Elizabeth Petersen | 504-524-5777 | State of LA |
| Soren Gisleson | 581-4892 | TTS |
| Duke Williams | 826-7595 | TTS |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jeff Breit | 757-615-8382 | PSC |
| K. Luan Tran | 213 612 3737 | |
| Mike Alberes | 937 609-6487 | LEXISNEXIS |
| Robyn Lessinger | | WGC |
| Becky Mowbray | 504-826-3417 | T.P. |
| Merel Alvarez | 504-599-3385 | Theodore Chappel |
| Michelle Delemarre | (202) 616-4037 | USA |
| Naeillia Koris | 847-525-6908 | BP. |
| Samuel M. Rosamond III | 504-568-1933 | |
| Chris Hannan | 504-366-8612 | |
| James Roussel | | |
| Greg Johnson | 504.556.4115 | BP |
| Robert Cunningham | 251 471 6191 | PSC |
| Michael C. Palmintier | 225 344 3735 | PSC |
| Josh Palmintier | 225 344 3735 | BP |
| Frank Petosa | 561 703 2005 | |
| Laura Edwards | 256 698 1306 | B |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mark Gazdik | 425-358-1019 | Lexis Nexis |
| J. R. Whaley | 800-256-1050 | TT |
| JLC Godfrey | 312-862-2391 | BP |
| Brent Coon | 4096560839 | TT |
| Stephen B. Murray | 504 525 8100 | TT |
| Brett Powers | 337-494-0599 | TT |
| James Neath | 281-366-5815 | BP |
| Rhon Jones | 3344510301 | TLS |
| Rob Gasaway | (202) 879-5175 | BP |
| Calvin Fayard | 2256644193 | PSC |
| Steve Roberts | 713 420 6192 | Sutherland |
| Robert Tambling | (334)242-7445 | ALABAMA |
| Steve O'Rourke | 202 514 2779 | US DOJ |
| Charles M. Thomas | | a |
| David W Roberton | 512/232-1339 | PSC |
| Mike Espy | 601 613 7617 | PSI |
| Max Swetman | 504-799-0500 | NALCO |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Carmelia Bertaut | 581-3200 | Cameron |
| Jeff Grand | 212-584-0700 | P |
| Mike Brock | 334 799 5948 | BP |
| Aaron Ahlquist | 504-561-4892 | P |
| Mikal Watts | 210-447-0500 | P |
| Sarah Rainer Kearney | 337 494 0599 | P |
| Karen Gase | 281 366-4294 | BP |
| Daryl Libow | (202) 956-7650 | STC |
| Ben Mayeaux | 337-237-7000 | Airborne Support |
| Scott Summy | 214-384-1913 | PSC |
| Skip Mutlaw | 504 581-0600 | Dynamic |
| Robert Greenwall | 212-558-5802 | PSC |
| George Hill | 504-584-9284 | TO Uwos |
| Chris Kaul | 504-648-1844 | Derivative Plaintiffs |
| David A Bagwell | 251-928-2970 | Plaintiff |
| Billy Bonner | 251-471-6191 | PT's |
| Chris Zainey | 985-876-7595 | P |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Frank Lamothe | 985-849-6800 | Claimants |
| Scott Bickford | 504-581-9065 | Roshto |
| Matt Lundy | 337-439-0707 | PSC |
| Ervin Gonzalez | 305-476-7400 | PSC |
| Brooke Gehrn | 713-650-0022 | Transocean |
| Daniel Goforth | " | " |
| Gary Hemphill | 504-566-1311 | SEACOR |
| Jessica Garrison | 205-568-7371 | Ala Atty General |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| William Large | 214 206 1881 | PSC |
| Glenn Goodier | 504-582-8174 | Weatherford U.S., L.P. |
| Henry Dart | 985-809-8093 | State of LA |
| Jeff Bray | 202-309-9559 | USCG |
| Paul Sterbcow | 588 1500 | PSC |
| Krystal Bowen | 415-393-2760 | Anadarko/Mitsui |
| Bryan Pfleeger | 985-641-6401 | TI's |
| Jayne Conroy | 212 784 6402 | HS |
| Dennis Barrow | 713 659-6400 | Drill-Quip |
| Julia Fox | 9495250978 | NWF |
| Jeff Burg | 504-585-7500 | US |
| Don Godwin | 214-939-4412 | Halliburton |
| Christy Ward | 251-656-3967 | Gov. of AL |


# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Elizabeth Cabraser | 415 806 2100 | PSC |
| Denise Scofield | 713 890 5105 | MI SWACO |
| Eric Veith | (504) 234-3791 | TT |
| Sylvia Murphy | 202 219 3031 | DOI |
| Mitchell Brent | 212 784 6422 | TT |
| [illegible] | | |
| Alan Guinee | 524 5777 | State of LA |
| Corey Maze | (334) 850 2885 | Alabama |
| [illegible] | 202-373-6725 | Anadarko/MOEX |
| Jim [illegible] | 228/[illegible]/92 | PSC |
| Kerry Miller | 599 8[illegible] | TODD |
| Paul Thibodeaux | 899-8304 | TODD |
| Alan York | 713-595-8301 | Halliburton |
| Loren Shanklin | 291-689-9258 | TT |
| Phil Cossich | | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–January 28, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ingram Lee | 717-805-006 | APC |
| Roy Hueter | 504-192-3222 | " |
| Amy Lefrce Fox | (949) 715-5120 | NWF |
| Mike Underhill | 415-436-6648 | U.S. |
| Michael Lyle | 202-62-314 | NRC, OBrien |
| Steve Herman | (504) 581-4892 | PSC |
| Lynn Swanson | 504 523 2500 | Plaintiffs |
| Cooper Shattuck | 205 394 3200 | State of Ala. |
| Brice Betzer | 504 832-1894 | " |
| David McLendon | 504-261-8660 | Watts Guerra |
| John H Smith | 225-926-1234 | Manuel |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–January 28, 2011

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Phil Wittmann | 581-3200 | Cameron |
| Don Godwin | 214-939-4412 | Halliburton |
| Dyle Kuchler | 592-0109 | Anadarko + MOEX |
| Ky Kirby | 202-373-6000 | " " |
| David Beck | 713-951-6209 | CAMERON |
| Alan York | 713 595-8301 | Halliburton |
| Jenny Martinez | 214-939-4020 | Halliburton |
| Luther Strange | 334-318-4551 | Alabama |
| Mike Underhill | 415-436-6648 | U.S. |
| Don Haycraft | 581-7979 | BP |
| Andy Langan | | BP |
| Jim Roy | 337-278-7892 | PSC - coordinator |