

# Gulf Coast Claims Facility
### www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of January 29, 2011)

| All Claimants | No. of Claimants |
|---|---|
| **Total Unique Claimants** | **484,437** |
| 1. Individual | 398,293 |
| 2. Business | 86,144 |
| *Represented Claimants: 13,772* | |

**Claimants by State**



10%  2% 1%

15%  39%

33%

▓ LA  ▓ FL  ▓ AL  ▓ MS  ▓ TX  ▓ Others

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| Total Paid Claimants | 168,528 | $ 3,323,016,827.48 |
| Separate Fund for Real Estate Brokers and Agents | | $ 60,000,000.00 |
| | Total Paid: | $ 3,383,016,827.48 |

| All Submitted and Paid Claimants (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 449,009 | 168,525 | 168,668 | $ 2,565,002,927.48 |
| 2. Final: Quick Pay | 85,741 | 81,933 | 81,958 | $ 747,825,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 90,937 | 1 | 1 | $ 10,000,000.00 |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 42,155 | 1 | 1 | $ 188,900.00 |
| **Total** | **667,842** | **250,460** | **250,628** | **$ 3,323,016,827.48** |

| Submitted and Paid Claimants - Individual (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 369,243 | 123,992 | 124,040 | $ 1,063,055,893.18 |
| 2. Final: Quick Pay | 68,179 | 65,013 | 65,019 | $ 325,065,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 77,543 | 0 | 0 | $ - |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 32,691 | 0 | 0 | $ - |
| **Sub-Total** | **547,656** | **189,005** | **189,059** | **$ 1,388,120,893.18** |

| Submitted and Paid Claimants - Business (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 79,766 | 44,533 | 44,628 | $ 1,501,947,034.30 |
| 2. Final: Quick Pay | 17,562 | 16,920 | 16,939 | $ 422,760,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 13,394 | 1 | 1 | $ 10,000,000.00 |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 9,464 | 1 | 1 | $ 188,900.00 |
| **Sub-Total** | **120,186** | **61,455** | **61,569** | **$ 1,934,895,934.30** |

| | | | | |
|---|---|---|---|---|
| Separate Fund for Real Estate Brokers and Agents | | | | $ 60,000,000.00 |
| **Grand Total Paid to Date** | **667,842** | **250,460** | **250,628** | **$ 3,383,016,827.48** |

| Paid Claims by Category (Includes Individual and Business) | No. of Claimants | No. of Claims | Amount Paid |
|---|---|---|---|
| 1. Removal and Clean Up Costs | 55 | 69 | $ 777,294.12 |
| 2. Real or Personal Property | 165 | 228 | $ 1,930,106.41 |
| 3. Lost Earnings or Profits | 168,343 | 250,247 | $ 3,320,067,434.88 |
| 4. Loss of Subsistence Use of Natural Resources | 13 | 15 | $ 79,285.71 |
| 5. Physical Injury / Death | 58 | 69 | $ 162,706.36 |
| **Total** | **168,634** | **250,628** | **$ 3,323,016,827.48** |

**EXHIBIT**

tabbies®

**A**



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Individual Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 116,277 | $ 475,789,621.90 |
| 2. $5,000.01 - $10,000.00 | 38,736 | $ 289,963,868.48 |
| 3. $10,000.01 - $25,000.00 | 29,242 | $ 448,206,263.31 |
| 4. $25,000.01 - $100,000.00 | 4,771 | $ 169,839,539.49 |
| 5. $100,000.01 - $500,000.00 | 33 | $ 4,321,600.00 |
| 6. Over $500,000.00 | 0 | $ - |
| **Total** | **189,059** | **$ 1,388,120,893.18** |



**Individual Claims Paid by Value Range**

3. $10,000.01 - $25,000.00
15.47%

2. $5,000.01 - $10,000.00
20.49%

4. $25,000.01 - $100,000.00
2.52%

5. $100,000.01 - $500,000.00
0.02%

6. Over $500,000.00
0.00%

1. $0.01 - $5,000.00
61.50%

**Individual Amount Paid by Value Range**

5. $100,000.01 - $500,000.00
0.31%

4. $25,000.01 - $100,000.00
12.24%

3. $10,000.01 - $25,000.00
32.29%

1. $0.01 - $5,000.00
34.28%

6. Over $500,000.00
0.00%

2. $5,000.01 - $10,000.00
20.89%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Business Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 10,573 | $ 28,944,845.17 |
| 2. $5,000.01 - $10,000.00 | 8,072 | $ 60,464,582.87 |
| 3. $10,000.01 - $25,000.00 | 28,033 | $ 609,297,730.26 |
| 4. $25,000.01 - $100,000.00 | 12,075 | $ 612,279,600.00 |
| 5. $100,000.01 - $500,000.00 | 2,715 | $ 482,605,300.00 |
| 6. Over $500,000.00 | 101 | $ 141,303,876.00 |
| **Total** | **61,569** | **$ 1,934,895,934.30** |



**Business Claims Paid by Value Range**

5. $100,000.01 - $500,000.00 — 4.41%
6. Over $500,000.00 — 0.16%
4. $25,000.01 - $100,000.00 — 19.61%
1. $0.01 - $5,000.00 — 17.17%
2. $5,000.01 - $10,000.00 — 13.11%
3. $10,000.01 - $25,000.00 — 45.53%

**Business Amount Paid by Value Range**

4. $25,000.01 - $100,000.00 — 31.64%
5. $100,000.01 - $500,000.00 — 24.94%
6. Over $500,000.00 — 7.30%
1. $0.01 - $5,000.00 — 1.50%
2. $5,000.01 - $10,000.00 — 3.12%
3. $10,000.01 - $25,000.00 — 31.49%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---|---|
| **1. Removal and Clean Up Costs** | | |
| a. $0.01 - $5,000.00 | 44 | $ 92,894.12 |
| b. $5,000.01 - $10,000.00 | 10 | $ 71,400.00 |
| c. $10,000.01 - $25,000.00 | 10 | $ 185,200.00 |
| d. $25,000.01 - $100,000.00 | 3 | $ 133,700.00 |
| e. $100,000.01 - $500,000.00 | 2 | $ 294,100.00 |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **69** | **$ 777,294.12** |
| **2. Real or Personal Property** | | |
| a. $0.01 - $5,000.00 | 145 | $ 439,037.40 |
| b. $5,000.01 - $10,000.00 | 34 | $ 239,215.72 |
| c. $10,000.01 - $25,000.00 | 35 | $ 574,789.91 |
| d. $25,000.01 - $100,000.00 | 13 | $ 500,963.38 |
| e. $100,000.01 - $500,000.00 | 1 | $ 176,100.00 |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **228** | **$ 1,930,106.41** |
| **3. Lost Earnings or Profits** | | |
| a. $0.01 - $5,000.00 | 126,582 | $ 504,040,513.34 |
| b. $5,000.01 - $10,000.00 | 46,763 | $ 350,110,692.77 |
| c. $10,000.01 - $25,000.00 | 57,226 | $ 1,056,671,176.66 |
| d. $25,000.01 - $100,000.00 | 16,830 | $ 781,484,476.11 |
| e. $100,000.01 - $500,000.00 | 2,745 | $ 486,456,700.00 |
| f. Over $500,000.00 | 101 | $ 141,303,876.00 |
| **Sub-Total** | **250,247** | **$ 3,320,067,434.88** |

 **Gulf Coast Claims Facility**
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---|---|
| **4. Loss of Subsistence Use of Natural Resources** | | |
| a. $0.01 - $5,000.00 | 14 | $ 54,285.71 |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 1 | $ 25,000.00 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | 15 | $ 79,285.71 |
| **5. Physical Injury / Death** | | |
| a. $0.01 - $5,000.00 | 65 | $ 107,736.50 |
| b. $5,000.01 - $10,000.00 | 1 | $ 7,142.86 |
| c. $10,000.01 - $25,000.00 | 3 | $ 47,827.00 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | 69 | $ 162,706.36 |
| **6. Other Claims** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | 0 | $ - |
| **Total** | 250,628 | $ 3,323,016,827.48 |



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Individual Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 10,039 | $ 139,075,820.01 |
| Food, Beverage and Lodging | 100,546 | $ 660,858,029.55 |
| Rental Property(ies) | 3,131 | $ 25,540,800.00 |
| Retail, Sales and Service | 65,927 | $ 480,042,398.38 |
| Seafood Processing and Distribution | 6,165 | $ 59,264,831.08 |
| Tourism and Recreation | 2,993 | $ 22,075,340.22 |
| **Total** | **188,801** | **$ 1,386,857,219.24** |



**# of Individual Claims Paid by Industry**

Retail, Sales and Service 34.92%
Seafood Processing and Distribution 3.27%
Tourism and Recreation 1.59%
Fishing 5.32%
Rental Property(ies) 1.66%
Food, Beverage and Lodging 53.26%



**Amount of Individual Claims Paid by Industry**

Retail, Sales and Service 34.61%
Seafood Processing and Distribution 4.27%
Rental Property(ies) 1.84%
Tourism and Recreation 1.59%
Fishing 10.03%
Food, Beverage and Lodging 47.65%



## GCCF    Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Business Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 11,876 | $ 433,201,575.21 |
| Food, Beverage and Lodging | 5,855 | $ 305,550,278.00 |
| Rental Property(ies) | 16,677 | $ 296,797,470.12 |
| Retail, Sales and Service | 24,785 | $ 737,838,992.31 |
| Seafood Processing and Distribution | 1,103 | $ 110,001,000.00 |
| Tourism and Recreation | 1,150 | $ 49,820,900.00 |
| **Total** | **61,446** | **$ 1,933,210,215.64** |

### # of Business Claims Paid by Industry



### Amount of Business Claims Paid by Industry





# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of January 29, 2011)*

### Claims by State of Residence
*(Claimants may have more than one Claim Type)*

| Claim State of Residence | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 268,314 | 87,987 | $ 1,083,971,174.69 |
| Florida | 209,100 | 92,378 | $ 1,188,999,876.00 |
| Alabama | 93,317 | 36,872 | $ 552,392,138.94 |
| Mississippi | 68,763 | 21,675 | $ 275,457,229.45 |
| Texas | 11,808 | 3,127 | $ 94,658,600.00 |
| Others | 22,736 | 8,589 | $ 127,537,808.40 |
| **Total** | **674,038** | **250,628** | **$ 3,323,016,827.48** |



### Claims by State of Loss
*(Claimants may have more than one Claim Type)*

| Claim State of Loss | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 166,749 | 88,912 | $ 1,121,859,430.20 |
| Florida | 163,908 | 98,810 | $ 1,274,507,727.26 |
| Alabama | 67,115 | 39,218 | $ 586,256,931.34 |
| Mississippi | 43,125 | 20,982 | $ 267,843,241.22 |
| Texas | 5,549 | 2,019 | $ 61,721,300.00 |
| Other State / Pending Location Verification | | 687 | $ 10,828,197.46 |
| **Total** | | **250,628** | **$ 3,323,016,827.48** |

