**MARY JO WOODS - FW: GCCF DRAFT METHODOLOGY & ELIGIBILITY CRITERIA FOR FINAL & INTERIM PAYMENTS AVAILABLE FEB 2**

**From:** "Moncrief, Jane" <Jane.Moncrief@dhs.gov>
**To:** "Moncrief, Jane" <Jane.Moncrief@dhs.gov>
**Date:** 1/27/2011 1:23 PM
**Subject:** FW: GCCF DRAFT METHODOLOGY & ELIGIBILITY CRITERIA FOR FINAL & INTERIM PAYMENTS AVAILABLE FEB 2

**FOR IMMEDIATE RELEASE**
**January 27, 2011**

**CONTACT:** Amy Weiss, Amy@PointBlankpa.com
or Debra Reed, Debra@PointBlankpa.com

**GCCF DRAFT METHODOLOGY AND ELIGIBILITY CRITERIA
FOR FINAL AND INTERIM PAYMENTS AVAILABLE FEBRUARY 2, 2011
FOR A TWO-WEEK PUBLIC COMMENT PERIOD;
PAYMENTS TO ELIGIBLE CLAIMANTS TO BEGIN NEXT MONTH
*GCCF ALSO ANNOUNCES ADDITIONAL LOCAL FIRMS RETAINED
IN GULF REGION TO WORK IN CLAIMS OFFICES ASSISTING CLAIMANTS*** 

Today, Kenneth R. Feinberg, Administrator of the Gulf Coast Claims Facility ("GCCF"), announced that beginning February 2, 2011, the proposed methodology for determining eligibility and calculating Final and Interim Payments will be available for a public comment period for two weeks. GCCF will begin making Interim and Final Payments next month.

The draft methodology will be publicly available on-line (www.GulfCoastClaimsFacility.com) and in the 35 GCCF Claims offices located throughout the Gulf region. Translations in Spanish, Vietnamese and Khmer will be made available.

Comments submitted to the GCCF during the two-week public comment period will be posted on-line. The GCCF will evaluate all submitted comments during the two-week public comment period and may modify the proposed methodology based upon such comments. Comments should be sent to MethodologyComments@gccf-claims.com or by mailing comments to GCCF, P.O. Box 9658, Dublin OH 43017-4958.

"On February 2, the GCCF will begin soliciting comments and input from individuals, public officials, and organizations and businesses who wish to comment on the proposed eligibility criteria and the methodology for calculation of Final and Interim Payments," said Feinberg.

"We have spent the past few months consulting with various experts and others with knowledge of the Gulf region. We want to hear from the citizens most impacted by the oil spill before we finalize our eligibility criteria and damage calculations," said Feinberg.

Feinberg also announced that two new Gulf-based firms have been retained by the GCCF to assist claimants in the most heavily trafficked GCCF offices throughout the Gulf. These firms will not be providing legal advice to claimants; they will be offering assistance to claimants with the filing of their claims.

**EXHIBIT B**

"These additional individuals in the GCCF claim site offices will be assisting claimants by providing more details about the status of their claims and assisting them in determining and submitting the necessary documents needed in order to qualify for a final, interim or 'quick pay' claim. They will not be offering legal advice in any way," said Feinberg.

The new firms are:
- Watkins Ludlam Winter & Stennis, a Mississippi law firm whose representatives will be located in the Biloxi, Pascagoula and Bay St. Louis, MS Claims Offices;
- The Triton Group, P.C., an Alabama company headed by Jim Walker.

Other firms in the Gulf are:
*   Burke Blue, a Florida law firm, along with attorney John Boggs, whose representatives will be located in the Panama City, Ft. Walton Beach, Pensacola and Santa Rosa Beach Claims Offices;
*   Long Law Firm, L.L.P., a Louisiana law firm whose representatives will be located in the New Orleans East Claims Office; and
*   Hammerman & Gainer, Inc., a Louisiana claims administration company whose representatives will be located in the Gretna, LA and the Naples Florida Claims Offices.

To date, the GCCF has paid out over **$3.3 billion** to 168,646 claimants in just five months.

Last month, Feinberg announced that all eligible claimants will have the opportunity to choose one of three additional compensation alternatives:

1.   A lump-sum final payment for all documented past, and future damage. Each eligible claimant choosing this option will be required to sign a full release giving up the right to sue BP and all other alleged defendant companies arising out of the explosion and the spill.

2.   Quarterly interim payments for documented past damage. Some eligible claimants, uncertain as to the future of the Gulf, may be reluctant to accept a final payment. Interim payments will be available to such eligible claimants once every quarter until the expiration of the Facility in August 2013. Quarterly interim payments will be made for documented past damage not previously covered by emergency payments. No release will be required under this option.

3.   A one-time "quick pay" amount of $5,000 for an eligible individual or $25,000 for an eligible business. This "quick pay" alternative is available to those eligible claimants who received an emergency payment or interim payment from the Facility (over 85,000 individuals and businesses have received such payments). No further documentation need be submitted by any eligible claimant choosing this option. But a full release will be required. Claimants submitting claims for the first time or claimants who were denied emergency payments will not be eligible for this option but may file either a lump sum fully documented final claim or a fully documented interim claim.

###