IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig<br>"DEEPWATER HORIZON: in the<br>GULF OF MEXICO, on April 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION: "J"<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>    Civil Action No. 10-1245<br>    Darleen Jacobs Levy vs. BP, PLC, et al | * * * | |

*********************************

ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Seventh Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Seventh Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this  31st  day of _____January_____, 2011.

_____
United States District Judge