UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:    OIL SPILL by the OIL RIG          *          MDL No. 2179
          "DEEPWATER HORIZON"               *
          in the GULF OF MEXICO             *
          on APRIL 20, 2010                 *          SECTION:   J
                                            *
                                            *
                                            *          JUDGE BARBIER
THIS DOCUMENT RELATES TO ALL CASES          *          MAG. JUDGE SHUSHAN
                                            *


PLAINTIFFS' NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENA


To:    Defense Liaison Counsel

       PLEASE TAKE NOTICE that in five (5) days the Plaintiffs' Steering Committee intends to serve the attached subpoena directed to AT&T for the production of certain documents specified in the subpoena.


Dated:   February 1, 2011



Respectfully submitted,



/s/ Stephen J. Herman                           /s/ James Parkerson Roy
Stephen J. Herman, La. Bar No. 23129            James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR, LLP                DOMENGEAUX WRIGHT ROY & EDWARDS, LLC
820 O'Keefe Avenue                              556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                    Lafayette, Louisiana 70501
Telephone: 504-581-4892                         Telephone: 337-233-3033
Fax: 504-569-6024                               Fax: 337-233-2796
E-Mail: sherman@hhkc.com                        E-Mail  jimr@wrightroy.com

*Plaintiffs Liaison Counsel*                    *Plaintiffs Liaison Counsel*
*MDL 2179*                                      *MDL 2179*

CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PreTrial Order No. 12 this 1st day of February, 2011.


    /s/ Stephen J. Herman and James Parkerson Roy