UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * * | MDL No. 2179  SECTION:  J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFFS' NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENA**

To:  Defense Liaison Counsel

PLEASE TAKE NOTICE that in five (5) days the Plaintiffs' Steering Committee intends to serve the attached subpoena directed to VERIZON BUSINESS for the production of certain documents specified in the subpoena.

Dated:  February 1, 2011

Respectfully submitted,

/s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Fax: 504-569-6024
E-Mail: sherman@hhkc.com

*Plaintiffs Liaison Counsel*
*MDL 2179*

/s/ James Parkerson Roy
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: 337-233-3033
Fax: 337-233-2796
E-Mail   jimr@wrightroy.com

*Plaintiffs Liaison Counsel*
*MDL 2179*

<u>CERTIFICATE OF SERVICE</u>

     We hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PreTrial Order No. 12 this 1st day of February, 2011.

        <u>    /s/ Stephen J. Herman and James Parkerson Roy</u>