IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON: in the GULF OF MEXICO, on April 20, 2010 | * * * * * * * | MDL NO. 2179  SECTION: "J"  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: **Civil Action No. 10-1245** Darleen Jacobs Levy vs. BP, PLC, et al | * * * | |

*******************************************

SEVENTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third , Fourth, Fifth and Sixth Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Alvin Thompson, Kevin Reece, Anthony Kizzee, Ronald Hicks, Lewis Harper, Patrick Cage, Charles Bradley and Glyn Evans.

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Complaints for Damages.

II.

Plaintiff supplements her Original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Complaints for Damages by adding the following to Paragraph 4 thereof:

1) Alvin Thompson, a full age resident of Longview, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

2) Kevin Reece, a full age resident of Huntsville, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

3) Anthony Kizzee, a full age resident of Houston, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

4) Ronald Hicks, a full age resident of Marshall, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

5) Lewis Harper, a full age resident of Houston, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

6) Patrick Cage, a full age resident of New Orleans, Louisiana, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

7) Charles Bradley, a full age resident of Conroe, Texas, who was working on a vessel involved in British Petroleum oil cleanup and who was exposed to toxic petroleum products and clean-up agents and who experienced physical and medical injuries as a result of this exposure;

8) Glyn Evans, a full age resident of New Orleans, Louisiana, who was involved in the British Petroleum Oil clean-up and who had to have his leg amputated when a blister on his toe was exposed to oil and became septic.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Complaints pray that the additional plaintiffs be added and pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;
2. For punitive damages as permitted by law;
3. For all attorney's fees and cost of litigation;
4. For legal interest from the date of judicial demand until paid in full;
5. For class action certification and trial by jury;
6. For mental anguish, pain and suffering, lost wages, medical expenses, loss of enjoyment of life; and

6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

> Respectfully submitted:
>
> *S/Darleen M. Jacobs*
> DARLEEN M. JACOBS, ESQ. (#7208)
> RICHARD MARTIN, ESQ.
> KENNETH CHARBONNET, ESQ.
> 823 St. Louis Street
> New Orleans, LA 70112
> (504) 522-0155
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Sixth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of January, 2011.

> *S/Darleen M. Jacobs*
> DARLEEN M. JACOBS