

# Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

| All Claimants | No. of Claimants |
|---|---|
| Total Unique Claimants | 195,045 |
| 1. Individual | 168,620 |
| 2. Business | 26,425 |
| Represented Claimants: 4,851 | |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| Total Paid Claimants | 59,982 | $ 1,147,941,648.09 |
| Separate Fund for Real Estate Brokers and Agents | | $ 4,000,000.00 |
| | Total Paid: | $ 1,151,941,648.09 |

| All Submitted and Paid Claimants (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 184,547 | 59,981 | 60,039 | $ 903,811,648.09 |
| 2. Final: Quick Pay | 32,915 | 30,670 | 30,675 | $ 244,130,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 37,144 | 0 | 0 | $ - |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 13,177 | 0 | 0 | $ - |
| Total | 267,783 | 90,651 | 90,714 | $ 1,147,941,648.09 |

| Submitted and Paid Claimants - Individual (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 159,658 | 47,582 | 47,593 | $ 423,194,189.79 |
| 2. Final: Quick Pay | 28,086 | 26,126 | 26,126 | $ 130,630,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 32,756 | 0 | 0 | $ - |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 10,500 | 0 | 0 | $ - |
| Sub-Total | 231,000 | 73,708 | 73,719 | $ 553,824,189.79 |

| Submitted and Paid Claimants - Business (Claimants may have more than one Claim Category) | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Emergency Advance Payment | 24,889 | 12,399 | 12,446 | $ 480,617,458.30 |
| 2. Final: Quick Pay | 4,829 | 4,544 | 4,549 | $ 113,500,000.00 |
| 3. Final: Full Review (net of Claimants with Quick Payment Issued) | 4,388 | 0 | 0 | $ - |
| 4. Interim Payment (net of Claimants with Quick Payment Issued) | 2,677 | 0 | 0 | $ - |
| Sub-Total | 36,783 | 16,943 | 16,995 | $ 594,117,458.30 |
| Separate Fund for Real Estate Brokers and Agents | | | | $ 4,000,000.00 |
| Grand Total Paid to Date | 267,783 | 90,651 | 90,714 | $ 1,151,941,648.09 |

| Paid Claims by Category (includes Individual and Business) | No. of Claimants | No. of Claims | Amount Paid |
|---|---|---|---|
| 1. Removal and Clean Up Costs | 4 | 5 | $ 115,900.00 |
| 2. Real or Personal Property | 54 | 61 | $ 674,024.79 |
| 3. Lost Earnings or Profits | 59,954 | 90,619 | $ 1,147,071,823.30 |
| 4. Loss of Subsistence Use of Natural Resources | 7 | 7 | $ 33,000.00 |
| 5. Physical Injury / Death | 21 | 22 | $ 46,900.00 |
| Total | 60,040 | 90,714 | $ 1,147,941,648.09 |



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

### Individual Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 45,694 | $ 187,626,185.40 |
| 2. $5,000.01 - $10,000.00 | 14,399 | $ 107,982,902.53 |
| 3. $10,000.01 - $25,000.00 | 11,468 | $ 178,568,925.75 |
| 4. $25,000.01 - $100,000.00 | 2,146 | $ 78,141,376.11 |
| 5. $100,000.01 - $500,000.00 | 12 | $ 1,504,800.00 |
| 6. Over $500,000.00 | 0 | $ - |
| **Total** | **73,719** | **$ 553,824,189.79** |



**Individual Claims Paid by Value Range**
- 1. $0.01 - $5,000.00 — 61.98%
- 2. $5,000.01 - $10,000.00 — 19.53%
- 3. $10,000.01 - $25,000.00 — 15.56%
- 4. $25,000.01 - $100,000.00 — 2.91%
- 5. $100,000.01 - $500,000.00 — 0.02%
- 6. Over $500,000.00 — 0.00%

**Individual Amount Paid by Value Range**
- 1. $0.01 - $5,000.00 — 33.88%
- 2. $5,000.01 - $10,000.00 — 19.50%
- 3. $10,000.01 - $25,000.00 — 32.24%
- 4. $25,000.01 - $100,000.00 — 14.11%
- 5. $100,000.01 - $500,000.00 — 0.27%
- 6. Over $500,000.00 — 0.00%



## Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

### Business Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| 1. $0.01 - $5,000.00 | 2,211 | $ 6,134,184.07 |
| 2. $5,000.01 - $10,000.00 | 1,958 | $ 14,839,491.72 |
| 3. $10,000.01 - $25,000.00 | 7,746 | $ 167,892,982.51 |
| 4. $25,000.01 - $100,000.00 | 4,257 | $ 217,943,600.00 |
| 5. $100,000.01 - $500,000.00 | 805 | $ 137,023,200.00 |
| 6. Over $500,000.00 | 18 | $ 50,284,000.00 |
| **Total** | **16,995** | **$ 594,117,458.30** |



**Business Claims Paid by Value Range**
- 1. $0.01 - $5,000.00 — 13.01%
- 2. $5,000.01 - $10,000.00 — 11.52%
- 3. $10,000.01 - $25,000.00 — 45.58%
- 4. $25,000.01 - $100,000.00 — 25.05%
- 5. $100,000.01 - $500,000.00 — 4.74%
- 6. Over $500,000.00 — 0.11%

**Business Amount Paid by Value Range**
- 1. $0.01 - $5,000.00 — 1.03%
- 2. $5,000.01 - $10,000.00 — 2.50%
- 3. $10,000.01 - $25,000.00 — 28.26%
- 4. $25,000.01 - $100,000.00 — 36.68%
- 5. $100,000.01 - $500,000.00 — 23.06%
- 6. Over $500,000.00 — 8.46%



# Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

## Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| **1. Removal and Clean Up Costs** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 1 | $ 8,800.00 |
| c. $10,000.01 - $25,000.00 | 2 | $ 35,500.00 |
| d. $25,000.01 - $100,000.00 | 2 | $ 71,600.00 |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **5** | **$ 115,900.00** |
| | | |
| **2. Real or Personal Property** | | |
| a. $0.01 - $5,000.00 | 22 | $ 66,209.07 |
| b. $5,000.01 - $10,000.00 | 14 | $ 107,015.72 |
| c. $10,000.01 - $25,000.00 | 19 | $ 297,100.00 |
| d. $25,000.01 - $100,000.00 | 6 | $ 203,700.00 |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **61** | **$ 674,024.79** |
| | | |
| **3. Lost Earnings or Profits** | | |
| a. $0.01 - $5,000.00 | 47,855 | $ 193,624,660.40 |
| b. $5,000.01 - $10,000.00 | 16,342 | $ 122,706,578.53 |
| c. $10,000.01 - $25,000.00 | 19,192 | $ 346,118,908.26 |
| d. $25,000.01 - $100,000.00 | 6,395 | $ 295,809,676.11 |
| e. $100,000.01 - $500,000.00 | 817 | $ 138,528,000.00 |
| f. Over $500,000.00 | 18 | $ 50,284,000.00 |
| **Sub-Total** | **90,619** | **$ 1,147,071,823.30** |



# Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

## Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| **4. Loss of Subsistence Use of Natural Resources** | | |
| a. $0.01 - $5,000.00 | 7 | $ 33,000.00 |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **7** | **$ 33,000.00** |
| **5. Physical Injury / Death** | | |
| a. $0.01 - $5,000.00 | 21 | $ 36,500.00 |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 1 | $ 10,400.00 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **22** | **$ 46,900.00** |
| **6. Other Claims** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **0** | **$ -** |
| **Total** | **90,714** | **$ 1,147,941,648.09** |



# Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

## Individual Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---:|---:|
| Fishing | 4,265 | $ 65,138,020.01 |
| Food, Beverage and Lodging | 40,233 | $ 264,611,068.57 |
| Rental Property(ies) | 123 | $ 1,064,000.00 |
| Retail, Sales and Service | 25,669 | $ 190,199,556.80 |
| Seafood Processing and Distribution | 2,604 | $ 26,720,731.08 |
| Tourism and Recreation | 781 | $ 5,827,813.33 |
| **Total** | **73,675** | **$ 553,561,189.79** |





# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Louisiana Program Statistics
*(Status Report as of January 29, 2011)*

### Business Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 5,795 | $ 233,677,375.21 |
| Food, Beverage and Lodging | 2,031 | $ 78,635,478.00 |
| Rental Property(ies) | 978 | $ 16,187,500.00 |
| Retail, Sales and Service | 7,529 | $ 198,254,680.30 |
| Seafood Processing and Distribution | 489 | $ 62,572,400.00 |
| Tourism and Recreation | 122 | $ 4,183,200.00 |
| **Total** | **16,944** | **$ 593,510,633.51** |



# of Business Claims Paid by Industry
- Retail, Sales and Service 44.43%
- Rental Property(ies) 5.77%
- Seafood Processing and Distribution 2.89%
- Food, Beverage and Lodging 11.99%
- Tourism and Recreation 0.72%
- Fishing 34.20%

Amount of Business Claims Paid by Industry
- Retail, Sales and Service 33.40%
- Rental Property(ies) 2.73%
- Food, Beverage and Lodging 13.25%
- Seafood Processing and Distribution 10.54%
- Tourism and Recreation 0.70%
- Fishing 39.37%