UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *Pleading Bundle C.* | * * | JUDGE BARBIER |
| Applies to: No 10-2771 | * * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE LOCAL GOVERNMENT ENTITY VOLUNTARY MASTER COMPLAINT AND TO ADOPT LOCAL GOVERNMENT SHORT-FORM JOINDER

**NOW INTO COURT** come Plaintiffs, through Liaison Counsel, who respectfully pray for leave to file a voluntary Local Government Entity Master Complaint and for the adoption of a voluntary Local Government Short-Form Joinder, for the reasons that follow:

I.

In CMO No. 1 [PTO 11], Plaintiffs' Liaison Counsel were asked to confer with counsel representing governmental entities to discuss the desirability of a Master Complaint for governmental claims.[1]

---

[1] *See* CMO No. 1 [PTO 11], Section III(C), p.4.

II.

On or around November 9, 2010, a conference was convened among all known counsel representing governmental entities, and it was determined and reported to the Court that there was no desire for a master complaint at that time.

III.

Since the filing of the "B1" Master Complaint and the entry of Pre-Trial Order Nos. 24 and 25, however, it has been suggested to Plaintiffs' Liaison Counsel that several local governmental entities may now be interested in a voluntary Master Complaint and Short-Form Joinder for local government entities.

**WHEREFORE** Plaintiffs' Liaison Counsel respectfully pray for leave to file a voluntary Local Government Entity Master Complaint, (submitted as EXHIBIT "A"), as well as the adoption of a Local Government Short-Form Joinder, (submitted as EXHIBIT "B").

This 2nd day of February, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |

Fax No. (504) 569-6024  
E-Mail: sherman@hhkc.com  
*Plaintiffs Liaison Counsel*

Fax No. (337) 233-2796  
E-Mail: jimr@wrightroy.com  
*Plaintiffs Liaison Counsel*

**Of Counsel:**

Walter J. Leger, Jr., Esq.  
**LEGER & SHAW**  
600 Carondelet, 9th Floor  
New Orleans, Louisiana 70130  
Telephone: (504) 588-9043  
E-Mail: wleger@legershaw.com

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of February, 2011.

    /s/  Stephen J.  Herman and James Parkerson Roy