**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to:** *Bundle C Cases* | * | **JUDGE BARBIER** |
| | * | |
| **Applies to: 10-2771** | * | **MAGISTRATE SHUSHAN** |
| | * | |
| *   *   *   *   *   *   *   *   *   *   * | * | |

<u>**PRE-TRIAL ORDER NO. ___**</u>

**[Regarding Voluntary Master Complaint for Local Government Entities]**

On Motion of Plaintiffs' Liaison Counsel, in order to clarify Case Management Order No. 1 [PTO No. 11], and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

**IT IS ORDERED** that:

**1.** Pleading Bundle C, as described in Section III(C) of CMO No. 1 [PTO 11], is clarified as follows: "**Public Damage Claims.** This pleading bundle will include claims brought by governmental entities for, *inter alia,* loss of resources, loss of tax revenue, property damages, response or restoration costs, and civil penalties.  Public bodies or entities may join or otherwise

intervene into one or more administrative Master Complaints for Bundle C claims, or may file their own individual petitions or complaints."

2.   Plaintiffs be and are hereby granted leave to file the voluntary Local Government Entity Master Answer to Claim in Limitation, Master Claim in Limitation, and Master Complaint [Doc ___].

3.   Whether through outside counsel or *pro se*, any governmental body or entity who desires to bring a claim in the Transocean Limitation [No. 10-2771] and/or to adopt the Local Government Entity Master Complaint [Doc ___], may do so by filing directly into Civil Action No. 10-9999 a form reflected in EXHIBIT 1 ["Local Government Short Form Joinder"] or other form prepared by the Plaintiffs' Steering Committee and approved by the Court.  The filing of a short form in Civil Action No. 10-9999 shall be deemed to be a simultaneous filing of an answer and claim in Civil Action No. 10-2771 and an intervention into the Local Government Entity Master Complaint [Doc ____] in Civil Action No. 10-md-2179.  The filing of Local Government Short Form Joinders shall be fully subject to the provisions of PTO No. 20, addressing Direct Filing.

4.   Subject to the provisions of Paragraph 5 and the Direct Filing Order [PTO No. 20], the filing of the Local Government Entity Master Complaint shall *not* waive any contentions relating to venue, jurisdiction, or choice of law, all of which are specifically preserved.

5.   For the procedural and administrative purpose of answering or otherwise responding to the Local Government Entity Master Complaint [Doc ___], no defenses, objections, motions or exceptions for lack of jurisdiction, lack of standing, or any other defense that may be specific or

unique to any particular plaintiff shall be waived, and all such defenses, objections, motions and/or exceptions specific to any particular plaintiff shall be reserved.  In addition, any and all rights under the Hague Convention shall not be deemed to be waived by the entry of this Order, and are hereby preserved.

**6.**   The proper service of the Local Government Entity Master Complaint as to any Defendant named therein shall constitute service on behalf of all governmental bodies or entities who hereinafter join and/or intervene into the Master Complaint as contemplated by Paragraph 3 herein.

**7.** Defendants who have been properly served with the Local Government Entity Master Complaint, or agreed to accept or waive such service of process, shall have 30 days from the date of service, acceptance or waiver to file any responsive pleadings to the Master Complaint.  The filing of an answer or other responsive pleading to the Local Government Entity Master Complaint [Doc ___] shall, (subject to, and in accordance with, the provisions of Paragraph 5), constitute a full answer or other response to the Local Government Short Form Joinder of any governmental body or entity who may thereafter intervene into the Master Complaint.  Any Reply Briefs shall be filed within 30 days of the filing of any Memoranda in Opposition.  The page limitation for responsive motions and oppositions to responsive motions shall be set at 50 pages, and the page limitation for replies to oppositions shall be set at 25 pages.

**8.** Neither the filing of the Local Government Entity Master Complaint [Doc ___] nor the entry of this Order shall in any way amend, supplement or supersede the allegations, claims,

theories of recovery or prayers for relief contained within any pre-existing petition or complaint by a governmental body or entity.

### IT IS FURTHER ORDERED THAT:

Civil Action No. 10-9999 has been created by the Clerk of Court for the **sole** and limited purpose of allowing governmental bodies or entities to file a Local Government Entity Claim in Limitation / Short-Form Claim ["Local Government Short Form Joinder"].

**9.** Any Local Government Short Form Joinder filed in CA 10-9999 may be filed without payment of a filing fee and shall be deemed to be a simultaneous filing of an answer and claim in CA 10-2771 [the Limitation Action], and an intervention into the Local Government Entity Master Complaint [Doc ___].

**10.** Any Local Government Short Form Joinder submitted to the Clerk of Court by April 20, 2011, or postmarked by April 20, 2011 shall be deemed filed by the April 20, 2011 monition date set in CA 10-2771 [the Limitation Action] [Doc 569, p.7].

**11.** The **only** pleadings to be filed in CA 10-9999 shall be Local Government Short Form Joinders.  **No responses or motions shall be filed in CA 10-9999.**  All responses and motions regarding Local Government Short Form Joinders shall be filed in response to the Local Government Entity Master Complaint in CA 10-md-2179 and in the Limitation Action, CA 10-2771.

**SIGNED** New Orleans, Louisiana, this ___ day of <u>February</u>, <u>2011</u>.


_____

**Hon. Carl J. Barbier**
**U.S. District Court Judge**

D  1606494 v1-24010/0002 PLEADINGS