UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Louisiana's Motion for Confirmation of Non-Applicability (Rec. Doc. 876)]**

Considering the Motion of the State of Louisiana ("Louisiana") for Confirmation of Non-Applicability of, or Exemption from, Certain Party-Plaintiff Requirements (Rec. Doc. 876), and to protect the Sovereign interest of Louisiana and any other State which is or will be a party to this MDL;

**IT IS ORDERED** that the Motion (Rec. Doc. 876) is **GRANTED** as follows:

1. The deadline of December 15, 2010 for the filing of amended complaints found in Part IV.A (Filing of Complaints) of Pre-Trial Order 11 (Case Management Order No. 1) (Rec. Doc. 569) is not applicable to Louisiana or any other State.

2. The provision in Pre-Trial Order 11 (Case Management Order No. 1) (Rec. Doc. 569) regarding discovery, plaintiffs' initial disclosures and the completion of Plaintiff Profile Form (Part V.C.) is not applicable to Louisiana or any other State.

3. Pre-Trial Order 8 (Rec. Doc. 506) specifies the responsibilities of the Plaintiffs' Steering Committee ("PSC"), including the responsibility to explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.  This provision is not applicable to claims asserted by

Louisiana or any other State.

4. Louisiana and any other State retain the right to raise objections to, or seek confirmation or clarification regarding, any existing or future Orders in this MDL.

New Orleans, Louisiana, this 2nd day of February, 2011.

_____
**CARL J. BARBIER**
**United States District Judge**