**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*********************************************

**MEMORANDUM IN SUPPORT OF MOTION**
**TO AMEND PRE-TRIAL ORDER 17**

Plaintiffs' Steering Committee, through Co-Liaison Counsel, respectfully submit this Motion to Amend Pre-Trial Order 17. [Doc. 740]. The present motion seeks to amend Pre-Trial Order 17 by requesting: (1) The Court consider adoption of a proposed Witness Profile Form attached hereto as <u>Exhibit A</u>; and (2) The Court instruct deponent's counsel to complete the Witness Profile Form and circulate the same to Plaintiffs' and Defendants' Liaison Counsel and Coordinating Counsel for Federal Government Interests and State Interests 5 calendar days in advance of deponent's scheduled deposition.

Plaintiffs' Liaison Counsel provided Defendants' Liaison Counsel a draft Witness Profile Form for review and comment on February 1, 2011. BP and Cameron objected on various grounds including that Plaintiffs' should use traditional discovery methods, such as interrogatories, to obtain this information; and that information sought by the Witness Profile

Form should be asked during deposition. See Exhibit B. Anadarko and MOEX did not object to the use of the proposed Witness Profile Form so long as questions 18-21 are eliminated. See Exhibit C. The remainder of the defendants have not responded or objected.

Plaintiffs' request for use of a Witness Profile Form is intended to preserve precious deposition time. This is a non-traditional case where multiple attorneys (both Plaintiff and Defendant) must share deposition time. Given the compressed time to complete discovery the potential for delay could derail Plaintiffs' from expeditiously prosecuting this case.

Last, because some of the defendants, but not all, object to the substance of the Witness Profile Form and its use, Plaintiffs' seek the Court's guidance in this matter. A proposed order is attached.

**WHEREFORE** Plaintiffs respectfully request that the above requested relief be granted.

This 2nd day of February, 2011.

Respectfully submitted.

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Soren E. Gisleson,** La. Bar No. 26302 | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>2nd</u> day of <u>February,</u> <u>2011</u>.

                                         <u>/s/  James Parkerson Roy and Stephen J. Herman</u>