# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**MDL No. 2179**

**DEPOSITION WITNESS PROFILE**

1. Name: _____

2. Home Address: _____

3. CITY: _____ STATE: _____ZIP: _____

4. Age: _____Date of Birth: _____ Driver's License ID: State:___Number: _____

5. Social Security Number: _____

6. Spouse's name: _____

7. Spouse's employer: _____

8. Spouse ever employed by any of the defendants?   YES _____   NO _____
   IF YES, EXPLAIN:_____
   _____

9. Where did you grow up? City, State: _____

10. Father, Mother, brother, sister, sister/brother in law, child or other relative employed by any of the defendants? YES_____ NO _____. If YES, who, when and in what capacity: _____
    _____

11. High School Y/N?  Name, city, state? _____
12. College Y/N?  Name, city, state?
    _____

    Degree Y/N?   Year? _____       Major? _____

    Post Grad Education: Y/N?   Name, city, state?
    _____
    Completed Y/N?  Identify graduate degree earned and year:_____

13. Technical Training schools or technical/specialty training? YES_____   NO _____
    Name, city, state? _____
    Certificate Y/N?  Type of certification? _____
    Date: _____       License/permit granted: _____

14. Conviction or guilty plea for any crime? Y/N?  When: _____   Where? _____

15. Employment History before April 20, 2010?
    _____
    _____
    _____

16. Do you hold or have you ever held any professional license or operator permit issued by the United States Coast Guard, FAA, MMS, or any other similar foreign governmental entity or private permitting or licensing entity? Y/N?  If so, identify entity granting and type of each license, certificate, or permit:
    _____
    _____

17. Employment on April 20, 2010:    Employer? _____
    Date first Employed? _____ Original Entry level position? _____
    Position/Job title held as of April 20, 2010? _____
    Immediate Supervisor: _____ Their title: _____

18. At the time of the first fire and explosion on the Deepwater Horizon on April 20, 2010, were you aboard that vessel?  YES _____    NO _____.  If YES, please generally describe why you were on the vessel, your job and what you were doing at the time you first learned there was a fire or explosion?_____
    _____

19. If you were not on the vessel on April 20, 2010 at the time of the first fire and explosion, when was last time you had been on that vessel and for what purpose?
    _____
    _____

20. Regardless of whether you were ever on the Deepwater Horizon, did you ever participate in any way in any kind of service, planning, advice, engineering, or any other effort or labor that in part or whole was in connection with the Macondo well planning, drilling, servicing, maintenance, repair, inspection or otherwise? Y/N DESCRIBE:_____
    _____
    _____

21. Regardless of whether you were ever on the Deepwater Horizon, did you ever participate, observe or review  in any way any kind of well control, flow control, capping, plugging, abandonment, efforts, communication, discussions or analysis concerning same following April 20, 2010? YES____ NO:____. If Yes, describe:_____
    _____
    _____
    _____

    This form was filled out by me and signed this ____ day of _____, 201__ in anticipation of my deposition being taken in connection with litigation associated with MDL 2179, United States District Court, Eastern District of Louisiana.

_____
SIGNATURE OF DEPOSITION WITNESS