# EXHIBIT C

-----Original Message-----
From: Kirby, Ky E. [mailto:Ky.Kirby@bingham.com]
Sent: Tuesday, February 01, 2011 5:34 PM
To: James Roy; 'liaison2179@liskow.com'
Cc: Steve Herman; Maze, Corey; lstrange@ago.state.al.us; Underhill, Mike (CIV)
Subject: RE: BP-- DEPO WITNESS PROFILE SHEET

Jim, on behalf of Anadarko and MOEX: We think the proposed witness profile sheet is fine if questions 18-21 are eliminated since those questions do go beyond the preliminaries.

Thanks,

Ky

_____

From: James Roy [JIMR@wrightroy.com]
Sent: Sunday, January 30, 2011 9:48 PM
To: 'liaison2179@liskow.com'
Cc: Steve Herman; Maze, Corey; lstrange@ago.state.al.us; Underhill, Mike (CIV)
Subject: BP-- DEPO WITNESS PROFILE SHEET

Ladies and Gentlemen: Attached in Word Perfect is a proposed two page deponent info sheet the PSC proposes to be filled out for each deponent and furnished to all Liaison and Coordinating Counsel in advance of any deposition-say concurrent with the deponent personal file certification letter or some other agreed time in advance. It would be an exhibit to the depo and save time with preliminaries. Look forward to your response. Jim

_____

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.