UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

Considering the foregoing Motion for Expedited Hearing on the Motion to Amend Pre-Trial Order 17. [Doc. 740]:

**IT IS ORDERED** that the Motion is GRANTED and that Plaintiffs' Motion is hereby set for hearing on the _____ day of _____, at _____ o'clock a.m./p.m., 2011.

**SO ORDERED this** _____ **day of February, 2011.**

_____
**JUDGE**