UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Concerning January 28, 2011 Status Conference before Magistrate Judge Shushan]

In order to comply with the Scheduling Provision of PTO No. 27 and respond to other issues raised by the parties,

IT IS ORDERED as follows:

1. The discovery "working group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.

2. By **Monday, January 31, 2011**, the PSC shall circulate a non-binding list of the persons to be deposed during the "fact deposition period" with an identification of priority witnesses. By **Friday, February 4, 2011**, the defendants, the United States and the States shall circulate any additions to the non-binding list. By **Thursday, February 10, 2011**, Don Godwin shall prepare a master non-binding list, including identification of those persons who are outside of the United States.

3. Conferences before Magistrate Judge Shushan shall be held with the discovery working group and such other counsel who choose to monitor the meeting shall be held in Room B309 on the following dates:

   a. **Friday, February 11, 2011, at 1:30 p.m.**

    b.    **Friday, February 25, 2011,** following the conference before Judge Barbier.

    c.    **Friday, March 4, 2011, at 7:30 a.m.**

Call-in information shall be provided to Liaison Counsel by e-mail in advance of the conferences.

New Orleans, Louisiana, this 3rd day of February, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**