# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| ALL CASES | * * | MAG. JUDGE SHUSHAN |

*********************************************

## REQUEST FOR ORAL ARGUMENT

In an effort to clarify the legal issues encompassed in Plaintiffs' Steering Committee's Motion to Amend Pre-Trial Order 17. [Doc. 740], Plaintiffs' Steering Committee respectfully requests that oral argument be granted on this Motion, to take place on February 23, 2011 at 9:00 a.m. to be decided by the Honorable Sally Shushan, Magistrate Judge of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, Room B309, New Orleans, Louisiana.

Prepared and Respectfully submitted by:

| | |
|---|---|
|   /s/   Stephen J. Herman |   /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Soren E. Gisleson,** La. Bar No. 26302 | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

  WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of February, 2011.

                /s/  James Parkerson Roy and Stephen J. Herman