```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   *****************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                                  CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
 7                                  FRIDAY, JANUARY 28, 2011, 9:30 A.M.

 8   THIS DOCUMENT RELATES TO
     ALL ACTIONS
 9
     *****************************************************************
10
                        C O R R E C T E D   C O P Y
11              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                      UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS:
                         DOMENGEAUX WRIGHT ROY & EDWARDS
16                       BY:   JAMES P. ROY, ESQUIRE
                         P. O. BOX 3668
17                       556 JEFFERSON STREET
                         LAFAYETTE, LA  70502
18

19                       HERMAN HERMAN KATZ & COTLAR
                         BY:   STEPHEN J. HERMAN, ESQUIRE
20                             SOREN E. GISLESON, ESQUIRE
                         820 O'KEEFE AVENUE
21                       NEW ORLEANS, LA  70113

22
                         BREIT DRESCHER IMPREVENTO & WALKER
23                       BY:   JEFFREY A. BREIT, ESQUIRE
                         1000 DOMINION TOWER,
24                       999 WATERSIDE DRIVE
                         NORFOLK, VA  23510
25
```

09:23AM

```
1   APPEARANCES CONTINUED:

2
                            LEVIN PAPANTONIO THOMAS MITCHELL
3                           RAFFERTY & PROCTOR
                            BY:  BRIAN H. BARR, ESQUIRE
4                           316 SOUTH BAYLEN STREET, SUITE 600
                            PENSACOLA, FL 32502
5

6                           CUNNINGHAM BOUNDS
                            BY:  ROBERT T. CUNNINGHAM, ESQUIRE
7                           1601 DAUPHIN STREET
                            MOBILE, AL 36604
8

9                           WILLIAMS LAW GROUP
                            BY:  CONRAD S. P. WILLIAMS, ESQUIRE
10                          435 CORPORATE DRIVE, SUITE 101
                            HOUMA, LA  70360
11

12                          LEWIS, KULLMAN , STERBCOW & ABRAMSON
                            BY:  PAUL M. STERBCOW, ESQUIRE
13                          PAN AMERICAN LIFE BUILDING
                            601 POYDRAS STREET, SUITE 2615
14                          NEW ORLEANS, LA  70130

15
                            BARON & BUDD
16                          BY:  SCOTT SUMMY, ESQUIRE
                            3102 OAK LAWN AVENUE, SUITE 1100
17                          DALLAS, TX  75219

18
                            LIEFF CABRASER HEIMANN & BERNSTEIN
19                          BY:  ELIZABETH J. CABRASER, ESQUIRE
                            275 BATTERY STREET, 29TH FLOOR
20                          SAN FRANCISCO, CA  94111

21
                            BARRIOS KINGSDORF & CASTEIX
22                          BY:  DAWN M. BARRIOS, ESQUIRE
                            701 POYDRAS STREET, SUITE 3650
23                          NEW ORLEANS LA 70139

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  LUTHER STRANGE, ESQUIRE
 4                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
 5

 6   FOR THE STATE OF
     LOUISIANA:                KANNER & WHITELEY
 7                             BY:  ALLAN KANNER, ESQUIRE
                               701 CAMP STREET
 8                             NEW ORLEANS, LA  70130

 9
                               HENRY DART
10                             ATTORNEYS AT LAW
                               510 NORTH JEFFERSON STREET
11                             COVINGTON, LA  70433

12

13   FOR THE FEDERAL
     GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
14                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
16                             SAN FRANCISCO, CA  9410

17

18   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
19   OFFSHORE DEEPWATER
     DRILLING INC., AND
20   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
21                             BY:  KERRY J. MILLER, ESQUIRE
                                    PAUL C. THIBODEAUX, ESQUIRE
22                             ENERGY CENTRE, 36TH FLOOR
                               1100 POYDRAS STREET
23                             NEW ORLEANS, LA  70163

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:              LISKOW & LEWIS
 9                              BY:   DON K. HAYCRAFT, ESQUIRE
                                      R. KEITH JARRETT, ESQUIRE
10                              ONE SHELL SQUARE
                                701 POYDRAS STREET
11                              SUITE 5000
                                NEW ORLEANS, LA 70139
12

13                              KIRKLAND & ELLIS
                                BY:   J. ANDREW LANGAN, ESQUIRE
14                              300 N. LASALLE
                                CHICAGO, IL 60654
15

16                              KIRKLAND & ELLIS
                                BY:   ROBERT R. GASAWAY, ESQUIRE
17                              655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
18

19   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
20                              BY:   PHILLIP A. WITTMANN, ESQUIRE
                                      CARMELITE M. BERTAUT, ESQUIRE
21                              546 CARONDELET STREET
                                NEW ORLEANS, LA 70130
22

23                              BECK REDDEN & SECREST
                                BY:   DAVID J. BECK, ESQUIRE
24                              ONE HOUSTON CENTER
                                1221 MCKINNEY STREET, SUITE 4500
25                              HOUSTON, TX  77010
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR HALLIBURTON
    ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
 5                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
 6                           DALLAS, TEXAS 75270

 7
                             GODWIN RONQUILLO
 8                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
 9                           HOUSTON, TEXAS 77010

10

11  FOR ANADARKO
    PETROLEUM CORPORATION,
12  ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
13  AND MOEX OFFSHORE 2007
    LLC:                     KUCHLER POLK SCHELL WEINER & RICHESON
14                           BY:  DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
15                           NEW ORLEANS, LA  70112

16
                             BINGHAM MCCUTCHEN
17                           BY:  KYLE KIRBY, ESQUIRE
                             2020 K STREET
18                           WASHINGTON, DC  20006

19

20  FOR MARINE SPILL
    RESPONSE CORPORATION:     BLANK ROME
21                           BY:  ALAN M. WEIGEL, ESQUIRE
                             THE CHRYSLER BUILDING
22                           405 LEXINGTON AVENUE
                             NEW YORK, NY  10174
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  MICHAEL J. LYLE, ESQUIRE
 9                            1300 I ST., NW, SUITE 900
                              WASHINGTON, DC  20005
10

11                            WEIL GOTSHAL & MANGES
                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
12                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
13

14   ALSO PRESENT:           MAGISTRATE JUDGE SALLY SHUSHAN
                              PROFESSOR FRANCIS MCGOVERN, SPECIAL MASTER
15                            ATTORNEY GENERAL JAMES D. "BUDDY" CALDWELL

16                            DENISE SCOFIELD, ESQUIRE
                              BRENT COON, ESQUIRE
17
                              ANTHONY FITCH, ESQUIRE
18                            HARIKLIA KARIS, ESQUIRE
                              JEFFREY GRAND, ESQUIRE
19

20

21   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 500 POYDRAS STREET, ROOM B406
22                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
23

24   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

25
```

1                                **I N D E X**
          AGENDA ITEMS                                               PAGE
2

3         PRETRIAL ORDERS........................................   10

4         ORDER APPOINTING COORDINATING COUNSEL FOR THE            11

5         GOVERNMENT.............................................

6         PRETRIAL ORDER NUMBER 27...............................   13

7         CONDITIONAL TRANSFER ORDERS............................   15

8         STATUS OF THE PENDING STATE CASES......................   18

9         STATUS OF MDL 2185 IN HOUSTON..........................   21

10        STATUS OF THE GCCF.....................................   24

11        WRITTEN AND DEPOSITION DISCOVERY.......................   27

12        DEPOSITION DEADLINE....................................   29

13        BOP TESTING STATUS.....................................   30

14        CEMENT TESTING.........................................   34

15        DEFENDANT BP'S SECOND MOTION FOR CONFIRMATION OF         40

16        NONAPPLICABILITY OF PRESERVATION OF EVIDENCE

17        OBLIGATIONS AS TO CERTAIN ITEMS........................

18        PLAINTIFFS' MOTION TO SUPERVISE EX PARTE                 43

19        COMMUNICATIONS, RECORD DOCUMENT 912....................

20        TEST TRIALS............................................   44

21        DEADLINE FOR FILING OF CLAIMS IS APRIL 20, 2011........   45

22        LIMITATION TRIAL SCHEDULED TO BEGIN FEBRUARY 27, 2012..   45

23        STATE OF ALABAMA ATTORNEY GENERAL LUTHER STRANGE.......   46

24        NEXT STATUS CONFERENCE WILL BE FRIDAY, FEBRUARY 25TH,    47

25        2011, AT 9:30 A.M......................................

1          **P-R-O-C-E-E-D-I-N-G-S**

09:23AM  2          FRIDAY, JANUARY 28, 2011

09:23AM  3          M O R N I N G   S E S S I O N

09:23AM  4          (COURT CALLED TO ORDER)

09:23AM  5

09:23AM  6

09:39AM  7          THE DEPUTY CLERK:  All rise.

09:39AM  8          THE COURT:  Good morning, everyone.  Please be seated.

09:39AM  9     All right.  We have an overflow crowd this morning.

09:39AM 10     Eileen, is the courtroom across the hall open so people

09:39AM 11 could at least hear if they don't have room to be in here?

09:39AM 12          THE DEPUTY CLERK:  Yes, sir.

09:39AM 13          THE COURT:  I'm sorry that we didn't know we would have

09:39AM 14 a larger crowd than we had for the last conference, so we didn't

09:39AM 15 anticipate the overflow.

09:40AM 16     All right.  So we're here for our regular monthly status

09:40AM 17 conference.  I'll ask liaison counsel and steering committee

09:40AM 18 members if they would like to introduce themselves, make their

09:40AM 19 appearances first.

09:40AM 20          MR. ROY:  Your Honor, Jim Roy, co-liaison for the

09:40AM 21 plaintiffs.

09:40AM 22          MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:40AM 23 the plaintiffs.

09:40AM 24          MR. SUMMY:  Good morning.  Scott Summy, PSC.

09:40AM 25          THE COURT:  Good morning.

09:40AM  1          MR. BARR:  Good morning, Your Honor, Brian Barr for the
09:40AM  2   plaintiffs.
09:40AM  3          THE COURT:  Good morning.
09:40AM  4          MR. STERBCOW:  Paul Sterbcow, PSC.
09:40AM  5          MR. UNDERHILL:  Good morning, Your Honor.
09:40AM  6   Mike Underhill, United States.
09:40AM  7          MR. BREIT:  Jeffrey Breit, PSC.
09:40AM  8          MR. STRANGE:  Luther Strange, coordinating counsel for
09:40AM  9   the states, Your Honor.
09:40AM 10          MR. COSSICH:  Phil Cossich, PSC.
09:40AM 11          MR. GONZALEZ:  Ervin Gonzalez, PSC.
09:40AM 12          MS. CABRASER:  Good morning, Your Honor.
09:40AM 13   Elizabeth Cabraser, PSC.
09:40AM 14          MR. JONES:  Ron Jones, PSC.
09:40AM 15          MS. GREENWALD:  Robin Greenwald, PSC.
09:41AM 16          MR. PALMINTIER:  Good morning, Judge.  Mike Palmintier
09:41AM 17   for the PSC.
09:41AM 18          MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.
09:41AM 19          MR. ESPY:  Mike Espy, PSC, Your Honor.
09:41AM 20          MR. CUNNINGHAM:  Robert Cunningham, PSC.
09:41AM 21          MR. FAYARD:  Good morning.  Calvin Fayard, PSC.
09:41AM 22          MS. BURKE:  Good morning.  Carla Burke, PSC.
09:41AM 23          MR. WATTS:  Mikal Watts for the PSC.
09:41AM 24          THE COURT:  All right.  Who goes first on the other
09:41AM 25   side?

09:41AM 1          MR. MILLER:  Good morning, Your Honor.  Kerry Miller on

09:41AM 2  behalf of Transocean DEEPWATER co-defense liaison counsel.

09:41AM 3          MR. GODWIN:  Don Godwin for Halliburton.

09:41AM 4          MS. KUCHLER:  Deb Kuchler for Anadarko and MOEX.

09:41AM 5          MS. KIRBY:  Ky Kirby for Anadarko and MOEX.

09:41AM 6          MR. LYLE:  Michael Lyle for Seacor, O'Brien's, NRC.

09:41AM 7          MR. GASAWAY:  Rob Gasaway for BP.

09:41AM 8          MR. HAYCRAFT:  Don Haycraft, BP.

09:41AM 9          MR. LANGAN:  Andrew Langan for BP.

09:41AM 10         MR. BECK:  David Beck for Cameron.

09:41AM 11         MR. UNDERHILL:  Your Honor, we ran out of room.  My

09:41AM 12  co-counsel, Steve O'Rourke, is sitting there.

09:41AM 13         THE COURT:  All right.

09:41AM 14         MR. WITTMANN:  Phil Wittmann for Cameron.

09:42AM 15         MS. BERTAUT:  Carmelite Bertaut for Cameron.

09:42AM 16         MS. MARTINEZ:  Jenny Martinez for Halliburton.

09:42AM 17         MR. GOFORTH:  Dan Goforth for Transocean.

09:42AM 18         MR. BARROW:  Good morning.  Dennis Barrow for Dril-Quip.

09:42AM 19         MR. GOODIER:  Glenn Goodier, Weatherford USLP.

09:42AM 20         THE COURT:  Okay.

09:42AM 21         MS. SCOFIELD:  Denise Scofield for MI.

09:42AM 22         THE COURT:  Sorry, you didn't get a seat up here.

09:42AM 23       Okay.  I guess the first thing I want to talk about, since

09:42AM 24  the last conference the Court has issued a number of pretrial

09:42AM 25  orders.  I think they are listed on the agenda there:  The direct

09:42AM  1   filing protocol, designation of BP witness depositions,
09:43AM  2   preservation of evidence obligations, notification of new
09:43AM  3   defendants of depositions, and then a provision for short form,
09:43AM  4   joinder forms and protocol for filing those; Number 25 dealt with
09:43AM  5   the clarification of the pleading bundles, responsive pleadings
09:43AM  6   and master complaints, and two orders issued yesterday, one
09:43AM  7   dealing with the appointment of government coordinating counsel
09:43AM  8   for the federal government and the states, and pretrial order
09:43AM  9   Number 27, which amends the deposition protocol set forth in
09:43AM 10   pretrial order Number 17.
09:43AM 11        As a follow-up on the orders issued yesterday, I'll announce
09:43AM 12   now, Judge Shushan, who is over here, Magistrate Judge Shushan,
09:43AM 13   will hold a conference with counsel immediately following this
09:43AM 14   meeting -- I suppose in your courtroom, right? -- in
09:44AM 15   Judge Shushan's courtroom over in the Hale Boggs Building on the
09:44AM 16   third floor, and to further work with counsel on deposition
09:44AM 17   issues.
09:44AM 18        The order appointing coordinating counsel for the government
09:44AM 19   yesterday, I'll just explain briefly.  The Court's thinking on
09:44AM 20   that is that there are, of course, the federal government has
09:44AM 21   filed a lawsuit for damages and penalties, civil penalties, and
09:44AM 22   so has the State of Alabama.  The State of Louisiana, as far as I
09:44AM 23   can tell, has only filed a declaratory judgment action and, under
09:45AM 24   OPA, seeks a declaration of its rights under OPA.
09:45AM 25        What I think, perhaps, was misconstrued by certain people

09:45AM 1   and, perhaps, the media about the order that was issued yesterday

09:45AM 2   is that it was portrayed as somehow depriving the states of their

09:45AM 3   right to their own counsel.  No such thing has occurred, and the

09:45AM 4   Court does not intend to do that, obviously.  Each state that

09:45AM 5   files a claim in this litigation has a right to its own

09:45AM 6   representation and to advance its own claims.

09:45AM 7       All the Court was endeavoring to do yesterday with that

09:45AM 8   order was to put some structure in place to allow the parties to

09:45AM 9   coordinate their, continue to coordinate their discovery efforts

09:46AM 10  directed at this point solely to the limitation trial that's

09:46AM 11  scheduled for February of 2012.

09:46AM 12      It seems to me, and I don't think there is any question, but

09:46AM 13  that with regard to the liability issues that will arise in the

09:46AM 14  limitation trial, the common fact issues and discovery cuts

09:46AM 15  across all the various types of claims in this lawsuit, whether

09:46AM 16  brought by private interests or by the state governments or

09:46AM 17  federal government, and I realize that down the line, there may

09:46AM 18  be some divergence of interest when it comes time to talk about

09:46AM 19  damages that the states and federal government certainly do have

09:46AM 20  different interests from the private plaintiffs with regard to

09:47AM 21  the scope and types of damages that are recovered by penalties

09:47AM 22  and so forth, but at this point, again, I'll emphasize for the

09:47AM 23  benefit of everyone to remind everyone that we are engaged in a

09:47AM 24  discovery plan which is directed to the limitation of liability

09:47AM 25  trial scheduled for February of 2012, not focusing on any

09:47AM  1    separate damage issues at this time.

09:47AM  2        To the extent there is any confusion about that, Judge

09:47AM  3    Shushan will be, again, entertaining counsel in a discovery

09:47AM  4    conference following this meeting here today in open court, and

09:47AM  5    if anything needs to be clarified, we will clarify that.

09:48AM  6        Okay.  With regard to the other pretrial order that was

09:48AM  7    issued yesterday, Number 27, what we tried to do there, this has,

09:48AM  8    again, been an ongoing process to try to accommodate all the

09:48AM  9    varied interests in this case.  We have, of course, the private

09:48AM 10    plaintiffs, which alone are comprised of a myriad of different

09:48AM 11    types of claims and claimants in interest, and then we have all

09:48AM 12    the defendants who have divergent interests.  We have the

09:48AM 13    interests of some of the parties in MDL 2185 that's pending

09:48AM 14    before Judge Ellison in Houston, and we're trying to coordinate

09:49AM 15    as best we can and as necessary, to the extent there is overlap,

09:49AM 16    discovery with the folks in that MDL.  We also have state court

09:49AM 17    plaintiffs whose cases have not been removed or consolidated into

09:49AM 18    this Court, and we're trying to accommodate those folks, again,

09:49AM 19    as best we can.  Then, of course, we have the governmental

09:49AM 20    interests with the federal government and the states.

09:49AM 21        In light of all of that, in an attempt to give everybody a

09:49AM 22    fair opportunity to do what they feel they need to do in terms of

09:49AM 23    deposing the witnesses that are in the process of being deposed,

09:49AM 24    as you'll note, that order issued yesterday greatly expanded, in

09:49AM 25    fact, it basically put a presumptive time limit in.  Instead of

09:49AM 1    one day, which we had before, of eight hours, it's now expanded

09:49AM 2    that to 15 hours, which means those depositions will be two-day

09:49AM 3    depositions instead of one day.

09:49AM 4        I will remind everybody now that that's an outer limit.

09:50AM 5    That doesn't mean that you need to expand your questioning to

09:50AM 6    occupy the space available.  Somebody told me the story once,

09:50AM 7    there is a principal of physics, if you buy a bigger house, when

09:50AM 8    you move in, you can't ever go back to your other house because

09:50AM 9    you're stuck, as you expanded to fill the space that's available.

09:50AM 10   Sometimes it's like that with questioning at depositions, I

09:50AM 11   think.

09:50AM 12       So hopefully counsel will cooperate and confer and try to

09:50AM 13   decide which may require more than two days, particularly when we

09:50AM 14   get the experts.  Then hopefully there will be many depositions

09:50AM 15   that won't require going into a second day and that you all can

09:50AM 16   figure that out and cooperate and not taking necessarily all the

09:50AM 17   time that's available if it's not necessary.

09:50AM 18       Again, the primary reason for expanding the time as I did

09:50AM 19   and allotting substantial more time was to accommodate the

09:51AM 20   interests, the governmental interests, state and federal, and to

09:51AM 21   try to accommodate all of these other interests that I've named;

09:51AM 22   and, yet, to try to prevent witnesses from having to be deposed

09:51AM 23   on multiple occasions.  So we have done, I think, the best we can

09:51AM 24   do at this time, with the understanding that these orders are

09:51AM 25   subject to -- nothing is carved in stone here -- these are

09:51AM  1    subject to modification.

09:51AM  2         Judge Shushan; I've asked her to continue to meet with you

09:51AM  3    all periodically to see to what extent we need to tweak these

09:51AM  4    orders.  Again, in a particular circumstance of a particular

09:51AM  5    witness or group of witnesses, if more time is needed, or more

09:51AM  6    time needs to be allotted to certain interests as opposed to

09:51AM  7    another interest, with respect to those particular witnesses,

09:51AM  8    we'll try to accommodate you.

09:51AM  9         All right.  Having said all of that, I would like to call on

09:52AM 10    Mr. Langan.  Are you going to give the report on the conditional

09:52AM 11    transfer orders?

09:52AM 12         MR. LANGAN:  Andy Langan for BP, Your Honor.

09:52AM 13         Yes.  Briefly, we did file a written report of liaison

09:52AM 14    counsel on January 25th, but just to hit the high points of that,

09:52AM 15    since December 17th, there have been two new conditional transfer

09:52AM 16    orders from the panel for a total of nine, and we believe that as

09:52AM 17    of now, the transfer of 289 cases to this Court as part of MDL

09:52AM 18    2179 is final.

09:52AM 19         We now think that, counting cases that were originally filed

09:52AM 20    here and also accounting for voluntary dismissals that have

09:52AM 21    occurred, we think there are about 349 cases pending before

09:52AM 22    Your Honor now in this MDL.

09:52AM 23         In terms of remaining issues that have to do before panel

09:52AM 24    practice, with respect to conditional transfer Number 5, seven

09:53AM 25    objections have been fully briefed and submitted to the panel for

09:53AM 1    a decision on the briefs, and I know the panel met here in this

09:53AM 2    building yesterday, and we assume that they will be ruling

09:53AM 3    shortly.

09:53AM 4         Then there are potential objections relating to CTO 8 and 9

09:53AM 5    that potentially still could come out.  So there is still some

09:53AM 6    practice before the panel that needs to work its way through

09:53AM 7    before, I suppose, all of the cases will be here.

09:53AM 8         THE COURT:  Of course, we have no way of knowing how

09:53AM 9    many claims we'll finally get with that short form complaint

09:53AM 10   process that we've set up.

09:53AM 11        MR. LANGAN:  Well, we have some indications now, I

09:53AM 12   think, in terms of the PPFs that have been filed in this court.

09:53AM 13   The last time I checked, I think that, putting aside the

09:53AM 14   claimants of Attorney Watts, there were about 1,900 PPFs that

09:53AM 15   were on file, and I think, including Mr. Watts, that number goes

09:53AM 16   up to something like 38,000.  He has a lot.

09:54AM 17        THE COURT:  Then, everyone should be aware, but for the

09:54AM 18   benefit of those who are not, we've setup this protocol where

09:54AM 19   individuals, whether represented by a lawyer or not, can

09:54AM 20   efficiently join the litigation by filing a short form joinder

09:54AM 21   joining one of the master complaints, and it remains to be seen

09:54AM 22   how many of those we'll get.

09:54AM 23        So I guess the point I want to make, then, the number of

09:54AM 24   cases is a little deceptive because we have hundreds of cases but

09:54AM 25   thousands of claims or claimants.

09:54AM 1          MR. LANGAN:  Very true.  Of course, going the other way,
09:54AM 2    dozens and dozens of cases are now subsumed within a master
09:54AM 3    complaint, two or three master complaints.
09:54AM 4          THE COURT:  Right.  Okay.  Thank you, Mr. Langan.
09:54AM 5      Does anybody need to say anything on that?
09:54AM 6      Mr. Roy?
09:55AM 7          MR. ROY:  Jim Roy, Your Honor.
09:55AM 8      From the PSC standpoint, the short form joinder complaints
09:55AM 9    are going to create, we believe, a massive influx of additional
09:55AM 10   litigants before the Court.  We will be coming to Your Honor with
09:55AM 11   a nationally recognized notice expert typical that is used in
09:55AM 12   communicating notices to punitive class members in various
09:55AM 13   situations, and be coming forward with a proposed notice program
09:55AM 14   for the Court to authorize.
09:55AM 15     We want to first have the opportunity to actually have it
09:55AM 16   mocked up in the form it will actually be, have it vetted by the
09:55AM 17   coordinating counsel for the states and the USA, as well as
09:55AM 18   defense liaison, but we will be coming to the Court with an eye
09:56AM 19   toward trying to have this in place to make sure the word gets
09:56AM 20   out to the public about the availability of the short form all
09:56AM 21   along the Gulf Coast, well in advance of the April 20th cutoff
09:56AM 22   date for filing due to the monition and the limitation.
09:56AM 23     On that point, while it has not been actually submitted,
09:56AM 24   we've also got an interest from a number of local governments and
09:56AM 25   are developing a two-page short form that hopefully the Court

09:56AM 1    will ultimately approve to be promoted and put out at the same

09:56AM 2    time so that they all will have the opportunity at no expense and

09:56AM 3    without the necessity of a lawyer to interrupt that April 20th

09:56AM 4    date that's coming up fast here.

09:56AM 5        THE COURT:  All right.  Thank you.

09:56AM 6        Anybody else need to weigh in on this?

09:56AM 7        MR. LANGAN:  Andy Langan.

09:56AM 8        Your Honor, we haven't been involved in any discussions with

09:57AM 9    the PSC about the kind of notice Mr. Roy mentioned.  This is the

09:57AM 10   first we're hearing of that.

09:57AM 11       I'm also aware of the fact that early on, there were

09:57AM 12   discussions about what we're going to do with the Rule 23

09:57AM 13   process.  At the PSC's behest, all of the class certification

09:57AM 14   proceedings were tabled and pushed off.  What he's talking about

09:57AM 15   this morning sounds a lot like class action notice without moving

09:57AM 16   for class certification.  So I just want to reserve on the issue.

09:57AM 17   I can see some very serious issues there, and certainly not

09:57AM 18   anything we're prepared to agree to.

09:57AM 19       THE COURT:  Right.  Okay.  Well, nothing is going to be

09:57AM 20   decided today.  I heard about it when you did today.

09:57AM 21       MR. LANGAN:  Very good.

09:57AM 22       THE COURT:  Thank you.

09:57AM 23       All right.  Anybody else on this?

09:57AM 24       The status of the pending state cases.

09:57AM 25       MR. LANGAN:  Your Honor, similar to our conversation in

09:57AM 1    December, we think there are about 15 DEEPWATER HORIZON cases

09:58AM 2    pending in state court, seven of which are in Texas state courts

09:58AM 3    and a few other Gulf States as well.

09:58AM 4        We have been, with Your Honor's assistance and the

09:58AM 5    assistance of Professor McGovern, the Special Master, been

09:58AM 6    working to assist and coordinate in discovery in those cases,

09:58AM 7    including reaching out to the parties and the courts in those to

09:58AM 8    invite them to come and participate in discovery, including in

09:58AM 9    depositions.

09:58AM 10       I would just like to add that the provisions of pretrial

09:58AM 11   order 27, which Your Honor entered yesterday with Magistrate

09:58AM 12   Judge Shushan's help, does provide an opportunity for counsel

09:58AM 13   with pending state court cases to participate in MDL 2179

09:58AM 14   depositions, and the order makes that very clear, and we embrace

09:58AM 15   that and think that's a great idea.

09:58AM 16       THE COURT:  Yes, as I said, that was one of the things

09:58AM 17   we wanted to accomplish, and one of the reasons it became

09:58AM 18   necessary, among other reasons, to expand the time so that we

09:59AM 19   could -- I know your client's interests and the interests of many

09:59AM 20   of the parties here is to avoid having to redepose the same

09:59AM 21   witness in multiple settings, so.

09:59AM 22       MR. LANGAN:  It's a very important issue for, I think,

09:59AM 23   us and all of the defendants.

09:59AM 24       THE COURT:  I know I've said this before, but I'll

09:59AM 25   repeat that I have tried to reach out to some of the state court

09:59AM 1  judges personally.  I know I spoke to Judge Rondon in Houston, I

09:59AM 2  believe he is.

09:59AM 3          MR. LANGAN:  Harris County, yes.

09:59AM 4          THE COURT:  Harris County.

09:59AM 5      I spoke to one or two other state court judges, whose names

09:59AM 6  escape me now, and I'm led to believe that there may be a

09:59AM 7  consolidation of at least the Texas state cases.  I can't predict

09:59AM 8  what they are going to do, but I understand there is some

09:59AM 9  mechanism in Texas to do that.

09:59AM 10      That might make it easier to coordinate, because one of the

09:59AM 11 problems now is there are so many state court judges involved.  I

10:00AM 12 haven't spoken to all of them.  I plan to probably send a letter

10:00AM 13 to them just alerting them to the fact we're doing this, if they

10:00AM 14 are not already aware of it.  I'm sure that you all are doing

10:00AM 15 that anyway, probably.

10:00AM 16         MR. LANGAN:  We're trying, and just to speak to the

10:00AM 17 point about Texas procedure for a second, Your Honor, if I may --

10:00AM 18 and I think we mentioned in this our written report -- there is a

10:00AM 19 process under Texas state law for a statewide MDL.  BP is in the

10:00AM 20 process of renewing a motion to that end, and maybe we'll end up

10:00AM 21 with one judge there.  Maybe it will be Judge Rondon, maybe it

10:00AM 22 will be somebody else, and I think that has the potential of, as

10:00AM 23 you say, helping to make things a little easier on the

10:00AM 24 coordination front.

10:00AM 25         THE COURT:  Okay.  Great.

10:00AM  1     Does anybody else want to weigh in on pending state court

10:00AM  2  litigation or any issues relating thereto?

10:00AM  3     PSC members, have you all been in contact with some of those

10:01AM  4  folks?

10:01AM  5          MR. HERMAN:  Steve Herman for the PSC.

10:01AM  6     Yes, Your Honor, we have been fielding several inquiries

10:01AM  7  from state court litigants around the country, and we are working

10:01AM  8  with BP, which I think is advanced by the Court's order from

10:01AM  9  yesterday, in coming up with kind of a master list, a way of

10:01AM 10  communicating efficiently and effectively with all of these

10:01AM 11  counsel so we're not fielding inquiries on an ad hoc basis.

10:01AM 12     We'll continue to work with Magistrate Shushan and BP in

10:01AM 13  facilitating that and allowing the state court litigants to

10:01AM 14  reasonably participate and feel like their interests are being

10:01AM 15  protected without having things become too unwieldy.

10:01AM 16     I think that there was a process from the Court's order

10:01AM 17  yesterday whereby questions would be submitted to the PSC and we

10:01AM 18  would work them in, and if they felt they needed extra time for

10:01AM 19  their unique issues, they could petition the Court.  So we're

10:01AM 20  working on that.

10:02AM 21          THE COURT:  All right.  Thank you.

10:02AM 22     Does anybody want to report on the status of the MDL 2185 in

10:02AM 23  Houston?

10:02AM 24          MR. LANGAN:  Your Honor, Andy Langan.

10:02AM 25     I think this falls to me as well.  As Your Honor is aware,

10:02AM 1    it's pending before Judge Ellison in the Southern District of

10:02AM 2    Texas.  There are three pieces to it, derivative, securities, and

10:02AM 3    ERISA, and as to all, plaintiffs' leadership is now in place, or

10:02AM 4    in the case of the ERISA cases, plaintiffs' leadership order is

10:02AM 5    expected very soon.

10:02AM 6        The schedules in those cases call for settlement of the

10:02AM 7    pleadings and amended and consolidated complaints, probably to be

10:02AM 8    followed by briefing motions to dismiss in the first and second

10:02AM 9    quarter of this year, is the general schedule.  They are going to

10:02AM 10   be briefing motions.

10:02AM 11       At the same time, coordination of discovery in this MDL with

10:02AM 12   those plaintiffs' lawyers is well underway.  Counsel for BP has

10:02AM 13   entered into two stipulations with counsel in the securities and

10:03AM 14   derivative cases providing for access to the BP document

10:03AM 15   production and also inviting and encouraging participation in BP

10:03AM 16   depositions in this MDL.  So we have two stipulations that have

10:03AM 17   been signed, and we expect a third similar stipulation to be

10:03AM 18   entered into shortly.

10:03AM 19       Then, once again, your order, pretrial order 27 specifically

10:03AM 20   contemplates and allows participation of those plaintiffs in

10:03AM 21   depositions occurring here.  So we think the coordination is well

10:03AM 22   underway.

10:03AM 23            THE COURT:  Great.

10:03AM 24       Okay.  Mr. Roy.

10:03AM 25            MR. ROY:  Yes, sir.  To the extent some of the MDL 2185

10:03AM 1   plaintiff leadership has asked, we have responded with

10:03AM 2   hospitality at the PSC 2179 depository facilities, including

10:03AM 3   making facilities available to watch the depositions on large

10:03AM 4   screen monitors, discuss with our groups generally what's going

10:04AM 5   on, the nature, advanced discussions as well.

10:04AM 6        There is, with some of them, Mr. Mithoff's firm is one of

10:04AM 7   the subclass lead counsel, Mr. Cossich's firm out of

10:04AM 8   San Francisco, and while I haven't personally talked to him, I

10:04AM 9   think the Cohen firm, Steve has talked to him.  There has been

10:04AM 10  some interplay and some discussions as to whether that is

10:04AM 11  elevated to any kind of a further access agreement into the

10:04AM 12  electronic databases that we're maintaining and searching remains

10:04AM 13  to be seen, but we've told them we're open to discussions and

10:04AM 14  whatever we can do to help, we'll try to do.

10:04AM 15       THE COURT:  You all have it set up with these

10:04AM 16  depositions where lawyers in the case can log on and watch the

10:04AM 17  deposition live from their offices, right?

10:04AM 18       MR. ROY:  Right, Your Honor.  That is certainly

10:05AM 19  possible.  As a matter of policy, with the PSC and MDL 2179, we

10:05AM 20  have asked our key people to actually come to the depository and

10:05AM 21  watch it as a group for a number of reasons, and it's been a very

10:05AM 22  productive thing.

10:05AM 23       THE COURT:  All right.

10:05AM 24     Okay.  Anybody else on that?

10:05AM 25       MR. HERMAN:  Briefly, Your Honor, Steve Herman for the

10:05AM 1  plaintiffs.

10:05AM 2      I just want to make a clarification for anybody that might

10:05AM 3  be listening.  There is a process for people involved in the

10:05AM 4  litigation to log on and watch the depositions, but they have to

10:05AM 5  sign, am I correct, there is an -- on PTO 13, which is a

10:05AM 6  confidentiality order, that needs to be signed before they can

10:05AM 7  access the depositions, and I'm not sure what the protocol is,

10:05AM 8  but I just didn't want people out there listening to think they

10:05AM 9  could just log on without do that.

10:05AM 10      THE COURT:  Yes, it requires a confidentiality order,

10:05AM 11  whether you show up in person or remotely, right?

10:06AM 12          MR. HERMAN:  Correct.

10:06AM 13          THE COURT:  Of course.

10:06AM 14      Status of the GCCF.

10:06AM 15          MR. HAYCRAFT:  Good morning, Judge.  Don Haycraft.

10:06AM 16      As I do each month, I just report on the latest statistics

10:06AM 17  from the Gulf Coast claims facility.  479,943 claims have been

10:06AM 18  submitted to the Gulf Coast claims facility.  Approximately

10:06AM 19  395,000 of those are individual claims, and approximately 86,000

10:06AM 20  of those are business claims.

10:06AM 21      To date, or as of a couple of days ago, the GCCF had paid

10:06AM 22  out over $3.3 billion.  That total is probably 3.4 billion as of

10:06AM 23  today.  The claims process remains subject to continuing

10:06AM 24  improvements, as Mr. Feinberg testified to Congress yesterday,

10:07AM 25  and protocols are -- new protocols are going to be issued and the

10:07AM 1  Gulf Coast claims facility is continuing to expand and improve

10:07AM 2  and increase the efficiency of its process.

10:07AM 3       THE COURT:  How many of the 479,000 claims have been

10:07AM 4  paid or approved and how many have been denied?  Can you give us

10:07AM 5  those numbers?

10:07AM 6       MR. HAYCRAFT:  I don't have those numbers.

10:07AM 7       THE COURT:  How many have either been denied or just not

10:07AM 8  acted on?

10:07AM 9       MR. HAYCRAFT:  I think the majority of the claims denied

10:07AM 10  are those without adequate documentation.  I think the number has

10:07AM 11  significantly increased since my last report, but I don't have

10:07AM 12  the precise figure.

10:07AM 13       THE COURT:  The number of what has significantly

10:07AM 14  increased?

10:07AM 15       MR. HAYCRAFT:  The number of actual denials of claims

10:07AM 16  for lack of documentation.

10:07AM 17       THE COURT:  I think the concern, anecdotally, that I've

10:08AM 18  heard voiced is primarily people who are in various places,

10:08AM 19  various types of claimants, who are voicing concern that they are

10:08AM 20  just not -- they are not getting an answer one way or the other.

10:08AM 21  There have been delays.

10:08AM 22     Can you comment on that?  I'm not sure what the protocol is

10:08AM 23  in terms of the turnaround time when someone files a claim.  I

10:08AM 24  guess it varies from claim to claim, but is there some time frame

10:08AM 25  in which people should have an answer, yes, you're going to be

10:08AM 1    paid or, no, you're not going to be paid?

10:08AM 2        MR. HAYCRAFT:  Yes, I think that Administrator Feinberg

10:08AM 3    was asked precisely that type of question yesterday in front of

10:08AM 4    one of the Congressional committees, Senator Shelby,

10:08AM 5    Senator Landrieu, and he has given promises of speeding up those

10:08AM 6    processes and for giving more transparency to the pattern and to

10:09AM 7    the uniformity that he's applying to grade claims and approach

10:09AM 8    claims and adjust claims.

10:09AM 9        THE COURT:  I think that's the concern that I'm hearing.

10:09AM 10 When I say *I'm hearing*, not that people are calling me up and

10:09AM 11 complaining about it, but just hearing in the media reports, the

10:09AM 12 two complaints I seem to be seeing made or hearing made are I

10:09AM 13 filed a claim, I can't get an answer, or I got denied, but

10:09AM 14 somebody next door has the same type of claim I have seems to be

10:09AM 15 getting paid, I'm not getting paid with no explanation for it.

10:09AM 16 That's the complaint.

10:09AM 17        MR. HAYCRAFT:  I read those newspaper accounts as well,

10:09AM 18 and I think the statistics do certainly show that many, many

10:09AM 19 thousands of claims are being paid, many, many thousands of

10:09AM 20 people are being made whole, and certainly Administrator Feinberg

10:10AM 21 is answering those questions before Attorneys General and

10:10AM 22 Congress, and he continues to improve the process as he goes

10:10AM 23 along.

10:10AM 24        THE COURT:  Okay.  Thank you, Mr. Haycraft.

10:10AM 25    Does anybody want to say anything on this?  Anybody else?

10:10AM 1    All right.  The next item on the agenda is written and

10:10AM 2    deposition discovery.  Does anybody want to give us a report as

10:10AM 3    to where things stand?

10:10AM 4         MR. HERMAN:  Yes, Your Honor, Steve Herman for the

10:10AM 5    plaintiffs.

10:10AM 6    I believe four depositions have been taken.  We're just

10:10AM 7    getting our feet wet.  There are eight scheduled presently for

10:10AM 8    February.  As Your Honor mentioned, we're meeting with

10:10AM 9    Magistrate Shushan after this conference to try to fill some more

10:10AM 10   dates in February and March.  We have an aggressive timetable to

10:10AM 11   complete fact discovery depositions for the February 2012 trial

10:11AM 12   by the end of July, and I think we're going to do whatever it

10:11AM 13   takes, whether it's double tracking, triple tracking, quadruple

10:11AM 14   tracking.  We're committed to meeting that deadline and to

10:11AM 15   meeting the trial date.

10:11AM 16   As written discovery progresses, most of the discovery is

10:11AM 17   being done on a rolling basis because of the volume, and as we

10:11AM 18   get information in, data in, documents in, we're reviewing it

10:11AM 19   with the defendants, and I would say the meet and confer process

10:11AM 20   is going pretty well.  Identifying issues, resolving issues.  If

10:11AM 21   we hit snags in the road, we're happy to raise those with

10:11AM 22   Magistrate Shushan, and we're progressing.

10:11AM 23        THE COURT:  Yes, I guess I can't emphasize enough how

10:11AM 24   important it is -- I know it's an enormous task we've asked

10:11AM 25   counsel to do in this case -- to adhere to this February 2012

10:11AM 1    trial date.  It sounds like a long time away, but it's not, as we

10:12AM 2    know in the world of litigation.  To adhere to that trial date,

10:12AM 3    which I am determined to do, we need to get this discovery done

10:12AM 4    because, as you all know, the problem is if we start backing up

10:12AM 5    one deadline, it affects the next deadline and it affects

10:12AM 6    something else and then it starts causing problems impacting the

10:12AM 7    trial date.

10:12AM 8         MR. HERMAN:  Well, we had a meeting yesterday and you

10:12AM 9    had a full commitment from the Plaintiffs' Steering Committee and

10:12AM 10   from all of the attorneys that are associated in the MDL working

10:12AM 11   with us to do whatever it takes to keep those deadlines, to do

10:12AM 12   the discovery necessary, and to get to trial in February 2012.

10:12AM 13        THE COURT:  Okay.

10:12AM 14   Mr. Langan.

10:12AM 15        MR. LANGAN:  Andy Langan for BP.

10:12AM 16   Just to amplify a little bit in terms of our commitment to

10:12AM 17   discovery here, we believe that BP has produced over 700,000

10:12AM 18   pages of documents so far, and of the four witnesses deposed so

10:12AM 19   far, all have been affiliated with BP, and of the eight

10:13AM 20   depositions scheduled so far in February, seven of them are

10:13AM 21   affiliated with BP.

10:13AM 22   So I guess what I'm trying to get across is I think we're

10:13AM 23   doing more than our share in terms of advancing this ball, and I

10:13AM 24   didn't want that lost on the Court or anybody else.

10:13AM 25        THE COURT:  Yes, I appreciate that, and I was aware of

10:13AM  1   that.  I wasn't trying to cast any aspersions on any party.  I

10:13AM  2   was just trying to emphasize for the benefit of everyone here how

10:13AM  3   important it is that we keep this on track, and I do appreciate

10:13AM  4   your cooperation, your client's and everyone's cooperation, which

10:13AM  5   obviously we need.

10:13AM  6            MR. LANGAN:  Thank you.

10:13AM  7            THE COURT:  Thank you.

10:13AM  8        All right.  Well, it's been mentioned that, frankly, until

10:13AM  9   recently, in discussion of the deposition protocol and some other

10:13AM 10   issues in the case, I wasn't aware that we had not set a formal

10:14AM 11   deposition deadline in this case.  I don't know how that escaped

10:14AM 12   me earlier, but with the extensive Case Management Order and

10:14AM 13   timeline that was issued some time ago, there were all sorts of

10:14AM 14   other deadlines, including backing up on a trial date, obviously,

10:14AM 15   but there was no formal deposition discovery deadline, and we

10:14AM 16   just figured we had better put one in place.

10:14AM 17        Now, obviously, there will be continuing discovery, we

10:14AM 18   realize that, and depositions taken beyond that deadline for

10:14AM 19   sure, experts which would be next, and I think our order even

10:14AM 20   anticipates there could be fact depositions taken after that

10:14AM 21   deadline.  What we wanted to make sure is any fact deposition

10:14AM 22   that was necessary for the experts to do their work, do their

10:14AM 23   reports was taken by that deadline.  I can't envision a

10:14AM 24   particular now, but if something else needs to be beyond that,

10:14AM 25   there is nothing to preclude that.

10:15AM  1          Okay.  I would like to move onto BOP testing status.  Where

10:15AM  2   is Mr. Underhill?  There he is.

10:15AM  3          I'll just state the reason this is on here again -- I think

10:15AM  4   it's on here routinely -- but I was kind of concerned recently

10:15AM  5   when I read -- again, I hate to keep referring to what I read in

10:15AM  6   the news media -- I read in the news media that the chemical

10:15AM  7   board was complaining or stating that things were falling way

10:15AM  8   behind out at Michoud, and it caused me concern that, again,

10:15AM  9   since we have all of these deadlines in place, that I didn't want

10:15AM 10   this to cause us problems with the discovery expert deadlines and

10:15AM 11   so forth.

10:15AM 12          So I would like to hear where we are, Mr. Underhill.

10:15AM 13          MR. UNDERHILL:  Mike Underhill, attorney for the

10:15AM 14   United States and also, to the extent needed, for the

10:15AM 15   Joint Investigation Team conducting Marine Board hearings.

10:15AM 16          Your Honor, could I preface in response to your comments,

10:16AM 17   we're all very sensitive to the issue of moving this ball

10:16AM 18   forward.  I'm going to give a pitch for the JIT.  They -- I don't

10:16AM 19   want to give a precise budget figure because I don't know if we

10:16AM 20   have it.  It's safe to say, however, that they've spent

10:16AM 21   substantial amounts of money -- and I'm talking substantial

10:16AM 22   amounts of money -- to move the Marine Board hearings forward for

10:16AM 23   the benefit of all the parties.

10:16AM 24          Yesterday is a good example.  We took a witness that

10:16AM 25   probably, if not for his testimony before the Marine Board that

10:16AM 1    did a lot of discovery for us, we easily could have taken
10:16AM 2    two days.  We finished in one.  So everybody's receiving the
10:16AM 3    benefits of the literally millions of dollars that they are
10:16AM 4    doing, and this is a pitch for my client.  A lot of those people
10:16AM 5    you've met, Lieutenant Commander Bray with the Coast Guard, these
10:16AM 6    are salaried people serving our country for, I can guarantee you,
10:16AM 7    not a whole lot of money and there is no overtime involved.  So
10:16AM 8    they are working hard.  They are sensitive to everybody's needs
10:17AM 9    and Your Honor's.  They are really doing their best.
10:17AM 10       So the segue to that is that to try to move this process
10:17AM 11   forward, the testing, so that we can all benefit the MDL from
10:17AM 12   their results.  I think the last time I appeared before
10:17AM 13   Your Honor at the last case management conference I gave a caveat
10:17AM 14   prediction that they would be done by the end of February with
10:17AM 15   the actual physical teardown of the BOP stack.
10:17AM 16       I was pretty close.  It looks like they are now projecting
10:17AM 17   the end of the first week of March, a week more than I said last
10:17AM 18   time.  They've explained to me that it was partly due to
10:17AM 19   construction problems of this facility -- you see there, which is
10:17AM 20   housing the BOP; I'll go to it in a moment -- and also due to the
10:17AM 21   weather delay.  So they are actually on track.
10:17AM 22       What I'm showing now on the overhead, and for people on the
10:17AM 23   phone, is the construction process of the building that they
10:17AM 24   constructed out at -- note the pronunciation, Your Honor --
10:17AM 25   Michoud -- thank you; it's an inside joke, folks -- that they

10:18AM 1   have housed over the BOP stack.  I think it's probably the -- I'm
10:18AM 2   not sure if it's the LMRP or the BOP stack in the background.
10:18AM 3   They've done that at substantial cost, and then this is the final
10:18AM 4   result that we have today of that structure around it to house
10:18AM 5   it.
10:18AM 6       I would emphasize that during that construction process,
10:18AM 7   they didn't simply stand down and do nothing.  They utilized the
10:18AM 8   construction period to do laser scanning of equipment and pipes
10:18AM 9   that they had removed from the stack and also metallurgical
10:18AM 10  testing of materials they had removed.  They are now into the
10:18AM 11  phase -- the final teardown phase, which will -- pulling internal
10:18AM 12  components and whatever they need to do to finish this.
10:18AM 13      So that's the projection, Your Honor, and again, please
10:18AM 14  don't hold me to the dates, but I'm told that they are shooting
10:18AM 15  for the report from forensic testing, DNV, the forensic tester,
10:19AM 16  hopefully to be submitted to the JIT by the end of March.  That's
10:19AM 17  not a promise, Your Honor -- please don't hold me to it -- but
10:19AM 18  that's the best estimate I've been given, and I'm giving that to
10:19AM 19  you in good faith.
10:19AM 20      In the meantime, I'm going to ask all my colleagues here,
10:19AM 21  the plaintiff and defense side, to work with me.  We've tried to
10:19AM 22  get a process to get some of the existing data that's out there
10:19AM 23  from the testing that's been done to try to get that to the
10:19AM 24  parties, and we're moving that process forward, and I expect to
10:19AM 25  deal with my colleagues, both plaintiffs and defendants, today

10:19AM  1   before Magistrate Judge Shushan if necessary to try to figure out

10:19AM  2   a way to get that data out to everybody.  We're talking hard

10:19AM  3   drives of data, I'm told.  So it's a lot of data.  We're trying

10:19AM  4   to get it out there so people can start sifting through that,

10:19AM  5   find what's useful to them for the purposes of taking depositions

10:19AM  6   in the MDL.

10:19AM  7         THE COURT:  As I understand it, this is data or

10:19AM  8   information that eventually will be publicly available when the

10:20AM  9   official report is rendered, but you want to try to facilitate

10:20AM 10   some or all or as much as possible being made available to the

10:20AM 11   parties in the case earlier rather than later?

10:20AM 12         MR. UNDERHILL:  Precisely so, Your Honor.  So we're

10:20AM 13   trying to get a jump start for the discovery needed in this case

10:20AM 14   so we don't hold up Your Honor's schedule.  At the end of that

10:20AM 15   process, all of this stuff will be, presumably, subject to any

10:20AM 16   confidentiality, proprietary information, for example, that may

10:20AM 17   be subject to limitations.  All else will be made public.  So

10:20AM 18   that's the intent, and I hope Your Honor accepts that in good

10:20AM 19   faith because I'm giving it to my client in good faith and I

10:20AM 20   trust them.

10:20AM 21         THE COURT:  Okay.  Again, I wasn't trying to say

10:20AM 22   anything negative about your clients or the folks who -- I'm sure

10:20AM 23   they are very dedicated employees out there who are doing this

10:20AM 24   work, and I appreciate that.  I just know how things are and how

10:20AM 25   things can tend to fall a week behind and two weeks behind, and

10:21AM 1    we just don't have a lot of leeway in this schedule, so we all

10:21AM 2    need to do what we can to keep on track.

10:21AM 3              MR. UNDERHILL:  Attending the depositions, I'm painfully

10:21AM 4    aware that we're all under a lot of pressure, Your Honor, so

10:21AM 5    we're all doing our best.

10:21AM 6              THE COURT:  Thank you, Mr. Underhill.

10:21AM 7              MR. UNDERHILL:  Should I segue into the cement testing?

10:21AM 8              THE COURT:  Sure, if you wish to.

10:21AM 9              MR. UNDERHILL:  If my colleague, Mr. Godwin, wants to

10:21AM 10   come up, if necessary, from Halliburton.

10:21AM 11        We have the samples.  I'll be honest, Your Honor, we've come

10:21AM 12   across a slight glitch here in the cement testing.  The Marine

10:21AM 13   Board, the JIT has the funding in place for the testing of the

10:21AM 14   cement.  I'm trying to carefully phrase this.  In terms of going

10:21AM 15   out to parties that they feel are qualified testing labs, they

10:21AM 16   have received a fair number of thank you but no thank you from

10:21AM 17   those folks, and my presumption is they don't want to get

10:21AM 18   involved in it.  They had approached Chevron, which had done the

10:21AM 19   testing for the Presidential Oil Spill Commission, and I wasn't a

10:22AM 20   part of the conversation, but I think it's safe to say that they

10:22AM 21   likely declined.

10:22AM 22        So they are still working on a lab, and we have at least one

10:22AM 23   or two that we think are good prospects.  That's not something

10:22AM 24   they control; that is, the JIT controls.  We need to find an

10:22AM 25   adequate testing lab that all the parties and the Court would

10:22AM 1    have trust in their results.  So they do have some prospects

10:22AM 2    lined up, and I would be glad, if necessary, to report that back

10:22AM 3    to the Court if Your Honor wants it, and I certainly intend to

10:22AM 4    keep the parties in the MDL informed of that progress.  We're all

10:22AM 5    trying to get that work done.  Similarly to the BOP testing, we

10:22AM 6    want the data out there, we want the results so we can do our

10:22AM 7    jobs as litigating attorneys.

10:22AM 8         So that's the best I can tell you.  We were disappointed

10:22AM 9    with some declinations, the polite declinations, but it is what

10:22AM 10   it is, and I'm sure they have their own very good reasons for not

10:23AM 11   wanting to get involved.

10:23AM 12        THE COURT:  All right.  Thank you.

10:23AM 13        MR. GODWIN:  Don Godwin for Halliburton, Your Honor.

10:23AM 14   I have nothing to add.  Mr. Underhill and I have been

10:23AM 15   staying in touch.

10:23AM 16        THE COURT:  But you all have agreed to a protocol as I

10:23AM 17   appreciate it, right?

10:23AM 18        MR. UNDERHILL:  I don't think we've agreed on it, and I

10:23AM 19   think what we're doing now is the JIT is trying to work to get

10:23AM 20   that in place.  So once they get the lab, they don't need a lot

10:23AM 21   of extra time to do a protocol, so we are working on that.

10:23AM 22        MR. GODWIN:  That's correct, Judge.

10:23AM 23        MR. MILLER:  All right.

10:23AM 24        THE COURT:  If anybody has their cell phones on, or

10:23AM 25   Blackberries on, no texting, turn off your phones, please.  There

10:23AM 1   is a sign outside.  You should have seen it when you came in.

10:23AM 2   You should have your phone off, not on vibrate or anything else.

10:23AM 3   No texting, tweeting or any of those things while you're in here,

10:23AM 4   okay?

10:23AM 5       Thank you.  I appreciate it.

10:23AM 6       Mr. Miller.

10:23AM 7       MR. MILLER:  Yes, Your Honor, Kerry Miller on behalf of

10:23AM 8   Transocean.

10:23AM 9       Just to comment a little bit on the status of the BOP

10:24AM 10  testing and issues covered by Mr. Underhill.  First I want to

10:24AM 11  thank Mr. Underhill for his efforts in trying to move this issue

10:24AM 12  forward.

10:24AM 13      He mentioned a couple of issues, Your Honor, and I would

10:24AM 14  like to touch the upon those.  Number one is the so-called *final*

10:24AM 15  *report* that's going to come out from the BOP testing.  He's

10:24AM 16  saying -- suggesting maybe that date is late March, but he can't

10:24AM 17  make a promise or a representation.

10:24AM 18      Your Honor, that is of concern to us, given the time

10:24AM 19  constraints that we're under in connection with the February 2012

10:24AM 20  trial and the July 31 fact discovery deadline.  It may be

10:24AM 21  beneficial, Your Honor, if we could move that issue forward by

10:24AM 22  getting some kind of timeline in place that we could more closely

10:24AM 23  monitor, that the Court could monitor that is between where we

10:24AM 24  are right now and late January and where we're going to be at the

10:24AM 25  end of March to keep us on schedule, to keep us on pace.  So I

10:24AM 1   would make that suggestion, Your Honor.

10:24AM 2        Also, as Your Honor knows, in the meeting of liaison counsel

10:24AM 3   before this meeting, I suggested Your Honor may want to take a

10:24AM 4   visit to Michoud and monitor the status himself at some point.

10:25AM 5        With respect to the other issue Mr. Underhill brought up,

10:25AM 6   and that is in the interim getting out some of this factual

10:25AM 7   information.  I think it's photos.  I think it's videos.  I think

10:25AM 8   it's measurements.  I want to let the Court know that

10:25AM 9   Mr. Underhill has a hundred percent support from my client to

10:25AM 10  facilitate and expedite that information exchange.  I think it's

10:25AM 11  very critical -- and I'll work it out with Magistrate Shushan

10:25AM 12  afterwards -- that we start to get that underlying factual

10:25AM 13  information, and if there are technical issues or cost issues,

10:25AM 14  copying, things of that nature, we really want to get on the same

10:25AM 15  page and at least get that information exchange started right

10:25AM 16  away.

10:25AM 17       THE COURT:  Thank you.  With regard to your suggestion,

10:25AM 18  which you had made earlier about the possibility of me going out

10:25AM 19  and visiting the premises out at Michoud where the BOP testing is

10:25AM 20  going on, I'll be happy to do that.  What I'll do is I'll look at

10:26AM 21  my schedule and maybe we could coordinate something, okay?  We'll

10:26AM 22  have to work out the logistics of that.

10:26AM 23       MR. ROY:  Your Honor, Jim Roy for the record.

10:26AM 24  Mr. Sterbcow, Paul Sterbcow, with the PSC, I believe, has

10:26AM 25  something to add on these issues.

10:26AM 1          THE COURT:  Sure.

10:26AM 2          MR. STERBCOW:  Good morning, Your Honor.

10:26AM 3          THE COURT:  Good morning.

10:26AM 4          MR. STERBCOW:  Paul Sterbcow for the PSC.

10:26AM 5      With respect to the testing from our perspective, I just

10:26AM 6  want everyone to be aware that it directly affects our ability to

10:26AM 7  choose deponents, schedule depositions.  We don't know what

10:26AM 8  information is going to come out of either of these tests, the

10:26AM 9  protocols and the final testing.  We haven't been able to retain

10:26AM 10 certain experts because we're not sure where we're heading with

10:26AM 11 this, and it's affected the MBI's ability to finish their

10:26AM 12 hearings and release their final report.

10:26AM 13     My understanding is that they're at the point where they

10:26AM 14 have covered all the ground they are going to cover, other than

10:26AM 15 specifically the BOP and its performance, maintenance, et cetera.

10:26AM 16 Obviously that affects us too because to the extent we can get

10:27AM 17 testimony from the Marine Board, we don't have to duplicate our

10:27AM 18 efforts.  Like Mr. Underhill said, yesterday with that witness,

10:27AM 19 it cut his testimony time in half.

10:27AM 20     So given the fact that we're running up against a tight

10:27AM 21 schedule, it is really imperative that the government do anything

10:27AM 22 and everything they can to move both of these, not just the BOP,

10:27AM 23 because the cement is a very key component to this case as well,

10:27AM 24 and as soon as we can get those things done and get that

10:27AM 25 information, we'll be in a much better position to plan out,

10:27AM 1   really, the remaining deposition schedule, give them all the

10:27AM 2   names, hire all of our experts, and really make sure that we're

10:27AM 3   on schedule to meet your deadlines.

10:27AM 4          THE COURT:  All right.  Thank you.

10:27AM 5          MR. UNDERHILL:  Mike Underhill again, Your Honor.

10:27AM 6      I wanted to make a clarification in response to what Paul,

10:27AM 7   Mr. Sterbcow said.  When I talked about the report being out at

10:27AM 8   the end of March, perhaps it's not clear to all in the courtroom.

10:27AM 9   There are going to be two reports.  One we anticipate, as I said,

10:27AM 10  hopefully towards the end of March.  That's the DNV's forensic

10:28AM 11  testing report.  The board's report is going to be later than

10:28AM 12  that, but I don't think that that matters to this Court because

10:28AM 13  the Board's report by statute is inadmissible.  We can't use it,

10:28AM 14  none of us, as evidence in this Court.  I think I've got the

10:28AM 15  statute right.  The DNV report, which will be the forensic

10:28AM 16  tester's report, will be done before, and that's what, I think,

10:28AM 17  the parties are looking for.

10:28AM 18     So I didn't want the Court or my client to say that

10:28AM 19  Mr. Underhill, you just promised the Board's report at the end of

10:28AM 20  March.  That's not going to happen.  But what we're looking for

10:28AM 21  in the litigation hopefully will happen at the end of March.  So

10:28AM 22  just with that clarification.

10:28AM 23         THE COURT:  The testimony of the witnesses who have

10:28AM 24  testified in the board hearing is available?

10:28AM 25         MR. UNDERHILL:  Oh, definitely.  Definitely.  I think

10:28AM 1    that what Mr. Sterbcow, not to speak for him, I think what he was

10:28AM 2    saying is that, if I understand the process, once the DNV

10:28AM 3    forensic report is out, at that point, the Board, I suspect,

10:29AM 4    intends to call witnesses, including DNV, to testify about

10:29AM 5    findings and like that.

10:29AM 6              THE COURT:  Sure.

10:29AM 7              MR. UNDERHILL:  But that's just the way it's going to

10:29AM 8    be.  But the report itself from DNV, hopefully by the end of

10:29AM 9    March.

10:29AM 10             THE COURT:  I would think there are plenty of witnesses

10:29AM 11   that are going to occupy you guys for the next couple months that

10:29AM 12   don't depend on the BOP testing, fact witnesses as to what

10:29AM 13   happened, who did what and those sorts of things.

10:29AM 14             MR. UNDERHILL:  Thank you, Your Honor.

10:29AM 15             THE COURT:  Does anybody else need to speak on that?

10:29AM 16        Defendant BP's second motion for confirmation of

10:29AM 17   nonapplicability of preservation of evidence obligations as to

10:29AM 18   certain items.

10:29AM 19             MR. LANGAN:  Yes, Andy Langan for BP.

10:29AM 20        Your Honor, this is now an agreed motion.  Thank you to the

10:29AM 21   PSC and to Mr. Underhill for their cooperation, but this is the

10:29AM 22   second time we've come to Your Honor and asked for some

10:30AM 23   clarification and relief with respect to preservation as it

10:30AM 24   relates to physical equipment that was used or could have been

10:30AM 25   used, was available for use in response to the spill.  There is

10:30AM 1   agreement on the form of the order, there is agreement on

10:30AM 2   Exhibits A and B which detail the equipment that will be subject

10:30AM 3   to being released.

10:30AM 4       The purpose of this is so these materials, this equipment

10:30AM 5   can be dedicated to preparedness for, God forbid, another spill

10:30AM 6   somewhere else.  So my partner, Mr. Gasaway, is here to answer

10:30AM 7   any questions Your Honor has, but I think at this point we're

10:30AM 8   agreed on this.

10:30AM 9       THE COURT:  All right.  Maybe he can just briefly

10:30AM 10  explain what this does.  What equipment are we talking about

10:30AM 11  here?

10:30AM 12      MR. GASAWAY:  Good morning, Your Honor.  Bob Gasaway for

10:30AM 13  BP.

10:30AM 14      This is basically the follow on with respect to two types of

10:30AM 15  equipment to Your Honor's November order.  Remember, we talked

10:30AM 16  about the three categories, the ones that were going to Michoud,

10:30AM 17  the ones that were immediately going to be released and then that

10:30AM 18  middle category where we were going to inspect and photo.  So all

10:31AM 19  we're doing is we're expanding that middle category of inspect

10:31AM 20  and photo as to certain items that are much less evidentiary

10:31AM 21  value than the previous items.

10:31AM 22      There is two categories here.  Category 1 are items of

10:31AM 23  equipment that were staged on shore but never went offshore.

10:31AM 24  Some of these are sophisticated, like a dispersant system.  Some

10:31AM 25  of them are completely unsophisticated -- spare parts, gloves,

10:31AM 1   tape, et cetera.  We put them all in one list and said anybody

10:31AM 2   who wants to see a picture of them or inspect them, they can.

10:31AM 3        The second group of items just has to do with what we call

10:31AM 4   *rigging and installation aid*.  So when you're putting things sub

10:31AM 5   sea, you need chains, you need slings, you need cabling, that

10:31AM 6   sort of thing, buoys, floats.  That's in Exhibit B, and that's

10:31AM 7   the second category of items.  Again, low evidentiary value, but

10:31AM 8   again, given the extraordinary degree of care that we have been

10:31AM 9   taking with other equipment items, we thought it made sense just

10:31AM 10  to make these available for inspection and share photographs of

10:32AM 11  them with the plaintiffs and with all the parties.

10:32AM 12       As the Court knows, we were prepared last week to come in

10:32AM 13  and argue the motion.  We appreciate the Court's willingness to

10:32AM 14  take a look at it and your staff, but eventually Mr. Breit and I

10:32AM 15  worked everything out and it now is agreed upon.  There was an

10:32AM 16  exchange of correspondence on Tuesday, and I think Mr. Breit and

10:32AM 17  I are in accord as to how this should be handled, but I'd invite

10:32AM 18  him to comment if he has any comments.

10:32AM 19            THE COURT:  All right.  Mr. Breit.

10:32AM 20            MR. BREIT:  Your Honor, Jeffrey Breit for the PSC.

10:32AM 21       One caveat.  There is dispersant that we're curious to look

10:32AM 22  at that was used during the breakup of the oil and some was

10:32AM 23  saved, and so we've worked out a coordination of getting that

10:32AM 24  dispersant in a protected container and the chain of custody.

10:32AM 25  They are requiring me to buy steel toed boots for the second

10:32AM 1    time, which I'm objecting to, but we'll work that out as well.

10:32AM 2            THE COURT:  You all either have or will have shortly an

10:32AM 3    agreed upon order to submit to the Court?

10:33AM 4            MR. BREIT:  Yes, sir, and we've worked out a date for

10:33AM 5    the day after the Superbowl to go see everything in Houston.

10:33AM 6            THE COURT:  All right.  Thank you.

10:33AM 7            MR. GASAWAY:  Your Honor, just to clarify, the order is

10:33AM 8    the same in term of releasing it.  Remember that the order

10:33AM 9    provides flexibility for the parties to object, and so we've just

10:33AM 10   started working through those, so the order that the Court has

10:33AM 11   before --

10:33AM 12           THE COURT:  So the order I currently have, the proposed

10:33AM 13   order, everybody is okay with?

10:33AM 14           MR. GASAWAY:  Absolutely, Your Honor.

10:33AM 15           THE COURT:  All right.  We'll issue that order.

10:33AM 16           MR. GASAWAY:  Thank you.

10:33AM 17           THE COURT:  All right.  I've advised counsel I don't

10:33AM 18   plan to entertain oral argument on this other motion.

10:33AM 19       There's a plaintiffs' motion to supervise ex parte

10:33AM 20   communications, Record Document 912.  This pertains to

10:33AM 21   Mr. Feinberg and the GCCF.  As we all know, there have been a lot

10:33AM 22   of issues raised about how communications are being made between

10:34AM 23   the GCCF and Mr. Feinberg and other parties.  The Court has

10:34AM 24   received extensive briefing from the interested parties, and I

10:34AM 25   think the Attorney Generals have weighed in with statements of

10:34AM 1    interest, and I am still in the process of digesting that and

10:34AM 2    trying to resolve that.  I hope to be able to issue an order on

10:34AM 3    that sometime next week.  I just didn't see anything to be served

10:34AM 4    by oral argument here because I think everybody has pretty much

10:34AM 5    said everything that could be said.  I wasn't planning on ruling

10:34AM 6    on it today.  Unless somebody else has something to say on that,

10:34AM 7    we'll just move on.

10:34AM 8         Okay.  On Number 12, test trials.  The only reason that's on

10:34AM 9    the agenda is just for me to have everybody, again, continue to

10:35AM 10   think about those.  I believe the issue will be whether we have a

10:35AM 11   test trial, a bellwether trial or some sort of summary jury

10:35AM 12   trial.  There are a lot of ways you can structure these.

10:35AM 13        The question in my mind would be what would we achieve by

10:35AM 14   having such a trial or trials, and if I did decide to go forward

10:35AM 15   with these, we would have to, of course, select the appropriate

10:35AM 16   case or cases and fashion the structure of such a trial, as I

10:35AM 17   said.

10:35AM 18        I've expressed to the parties that I'm going to reserve

10:35AM 19   judgment on that until the end of March.  The parties are

10:35AM 20   supposed to report back to me by March 16th, I think it is, 15th

10:36AM 21   or 16th on that, and I thought we would take it up, and I would

10:36AM 22   try to make a final decision at our next following status

10:36AM 23   conference.  I've expressed to liaison counsel earlier that they

10:36AM 24   need to continue to think and talk about this, and if we're going

10:36AM 25   to do them, I think we need to make a decision by no later than

10:36AM 1   the end of March.

10:36AM 2       Does anybody need to say anything on this?

10:36AM 3           MR. HERMAN:  No, Your Honor.

10:36AM 4           THE COURT:  I just want to remind everyone, and I've

10:36AM 5   continued to do this -- I think we have it posted on the MDL web

10:36AM 6   site -- that there is a deadline in place, a monition date or

10:36AM 7   deadline for filing of claims.  In the limitation action, which

10:36AM 8   is going to be tried in February of 2012, the deadline for filing

10:36AM 9   those claims, of course, is April 20, 2011.

10:37AM 10      Again, we've set up hopefully what would be an efficient

10:37AM 11  protocol for people, whether they are represented by lawyers or

10:37AM 12  unrepresented by lawyers, to join in and file claims and do so in

10:37AM 13  an efficient manner and have their protocols in place, which are

10:37AM 14  posted on the web site, and forms are posted on the web site,

10:37AM 15  contact information and so forth.

10:37AM 16      Number 14, again, just reminding everybody -- we've talked

10:37AM 17  about it a lot already today -- about the limitation trial

10:37AM 18  scheduled to begin February 27, 2012.  I've asked counsel to

10:37AM 19  begin -- it's not too early, I don't think -- to begin to think

10:37AM 20  about and start to discuss among themselves what I would call a

10:37AM 21  *trial plan*.  In other words, how would we structure such a trial,

10:38AM 22  what would be the issues, and the order of the trial and so

10:38AM 23  forth, and anything else that we need to think about.

10:38AM 24      I know early on, someone -- where is Mr. Miller?  There he

10:38AM 25  is.  I think Mr. Miller projected an eight-week trial.  I have no

10:38AM  1   way of knowing how long this trial will take, but we need to
10:38AM  2   start, again, thinking without needing to know exactly how long
10:38AM  3   this trial will take.  We need to start forming some contours for
10:38AM  4   such a trial.  So I ask counsel to continue to do that.
10:38AM  5        Any other matters that anybody needs to bring up?
10:38AM  6        Mr. Roy.
10:38AM  7             MR. ROY:  Jim Roy, Your Honor.
10:38AM  8        Just very briefly, as a courtesy, I would like to introduce
10:38AM  9   formally the Attorney General of the State of Alabama to the
10:38AM 10   Court and the people in the court, and he would like to address
10:38AM 11   the Court.
10:38AM 12             THE COURT:  Sure.
10:38AM 13             MS. BERTAUT:  Attorney General Strange.
10:38AM 14             MR. STRANGE:  Thank you.  I'm Attorney General
10:39AM 15   Luther Strange from Alabama.
10:39AM 16        Judge, I just want to formally introduce myself to you and
10:39AM 17   to the other members of the steering committee, and I'll tell you
10:39AM 18   I appreciate your recognition of the State's interest here, the
10:39AM 19   establishment of our coordinating counsel.  I'm pleased to serve
10:39AM 20   that role, and I've already reached out to my colleagues, which
10:39AM 21   we have been doing all along, and I just pledge to the Court that
10:39AM 22   we will devote the time, the resources necessary to ensure that
10:39AM 23   the states are participating according to the structure you've
10:39AM 24   set up.
10:39AM 25        So that's all I wanted to say.  I appreciate the

10:39AM 1     opportunity.

10:39AM 2              THE COURT:  Thank you very much.

10:39AM 3          Okay.  Anyone else?  Does anyone need to say anything else?

10:39AM 4          Okay.  Our next status conference will be Friday,

10:39AM 5     February 25th at 9:30 a.m.  Meanwhile, those of you who need to

10:39AM 6     meet with Judge Shushan, she will be in her courtroom in a few

10:39AM 7     minutes.

10:39AM 8              All right.  Have a good day, everyone.

10:39AM 9              THE DEPUTY CLERK:  All rise.

       10              (WHEREUPON, at 10:39 a.m. the proceedings were

       11     concluded.)

       12                        *    *    *

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

1                          REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Registered Professional Reporter, Certified Court

5     Reporter of the State of Louisiana, Official Court Reporter for

6     the United States District Court, Eastern District of Louisiana,

7     do hereby certify that the foregoing is a true and correct

8     transcript, to the best of my ability and understanding, from the

9     record of the proceedings in the above-entitled and numbered

10    matter.

11

12

13                              *s/Cathy Pepper*

14                              Cathy Pepper, CRR, RMR, CCR

15                              Official Court Reporter

16                              United States District Court

17

18

19

20

21

22

23

24

25

**1**

**1** [1] - 41:22
**1,900** [1] - 16:14
**10** [1] - 7:3
**10-MD-2179** [1] - 1:6
**1000** [1] - 1:23
**101** [1] - 2:10
**10153** [1] - 6:12
**10174** [1] - 5:22
**10:39** [1] - 47:10
**11** [1] - 7:4
**1100** [2] - 2:16, 3:21
**12** [1] - 44:8
**1201** [1] - 5:5
**1221** [1] - 4:25
**13** [2] - 7:6, 24:5
**1300** [2] - 5:14, 6:9
**1331** [1] - 5:8
**14** [1] - 45:16
**15** [3] - 7:7, 14:2, 19:1
**15th** [1] - 44:20
**1601** [1] - 2:7
**1615** [1] - 5:14
**1665** [1] - 5:8
**16th** [2] - 44:20, 44:21
**17** [1] - 11:10
**1700** [1] - 5:5
**17th** [1] - 15:15
**18** [1] - 7:8

**2**

**20** [3] - 1:5, 7:21, 45:9
**20005** [2] - 4:17, 6:9
**20006** [1] - 5:18
**2007** [1] - 5:13
**2010** [1] - 1:5
**2011** [3] - 1:7, 8:2, 45:9
**2011.......** [1] - 7:21
**2012** [8] - 12:11, 12:25, 27:11, 27:25, 28:12, 36:19, 45:8, 45:18
**2012.** [1] - 7:22
**2020** [1] - 5:17
**20th** [2] - 17:21, 18:3
**21** [1] - 7:9
**2179** [4] - 15:18, 19:13, 23:2, 23:19
**2185** [4] - 7:9, 13:13, 21:22, 22:25
**23** [1] - 18:12
**23510** [1] - 1:24
**24** [1] - 7:10
**25** [1] - 11:4
**25th** [2] - 15:14, 47:5

**25TH** [1] - 7:24
**2615** [1] - 2:13
**27** [7] - 7:11, 7:22, 11:9, 13:7, 19:11, 22:19, 45:18
**27.............................**
[1] - 7:6
**275** [1] - 2:19
**28** [2] - 1:7, 8:2
**289** [1] - 15:17
**29** [1] - 7:12
**29TH** [1] - 2:19

**3**

**3.3** [1] - 24:22
**3.4** [1] - 24:22
**30** [1] - 7:13
**300** [1] - 4:14
**31** [1] - 36:20
**3102** [1] - 2:16
**316** [1] - 2:4
**32502** [1] - 2:4
**34** [1] - 7:14
**349** [1] - 15:21
**36130** [1] - 3:4
**3650** [1] - 3:14
**36604** [1] - 2:7
**3668** [1] - 1:16
**36TH** [1] - 3:21
**38,000** [1] - 16:16
**395,000** [1] - 24:19

**4**

**40** [1] - 7:15
**405** [1] - 5:22
**43** [1] - 7:18
**435** [1] - 2:10
**44** [1] - 7:20
**45** [2] - 7:21, 7:22
**450** [1] - 2:24
**4500** [1] - 4:25
**46** [1] - 7:23
**47** [1] - 7:24
**479,000** [1] - 25:3
**479,943** [1] - 24:17

**5**

**5** [1] - 15:24
**500** [2] - 3:4, 6:22
**5000** [1] - 4:11
**504** [1] - 6:23
**510** [1] - 3:10
**5395** [1] - 2:24
**546** [1] - 4:21

**556** [1] - 1:17
**589-7779** [1] - 6:23

**6**

**600** [1] - 2:4
**601** [1] - 2:13
**60654** [1] - 4:14
**655** [1] - 4:17

**7**

**700,000** [1] - 28:17
**701** [3] - 3:7, 3:14, 4:10
**70112** [1] - 5:15
**70113** [1] - 1:21
**70130** [2] - 2:14, 3:8, 4:22, 6:23
**70139** [2] - 3:15, 4:11
**70163** [1] - 3:22
**70360** [1] - 2:10
**70433** [1] - 3:11
**70502** [1] - 1:17
**75219** [1] - 2:17
**75270** [1] - 5:6
**767** [1] - 6:12
**77010** [2] - 4:25, 5:9
**7TH** [1] - 2:24

**8**

**8** [1] - 16:4
**820** [1] - 1:20
**86,000** [1] - 24:19

**9**

**9** [1] - 16:4
**900** [1] - 6:9
**912** [1] - 43:20
**912...................** [1] -
7:19
**930** [1] - 1:7
**94102** [1] - 2:25
**94111** [1] - 2:20
**999** [1] - 1:24
**9:30** [2] - 7:25, 47:5

**A**

**a.m** [2] - 47:5, 47:10
**A.M** [1] - 1:7
**A.M.............................**
............... [1] - 7:25
**ability** [3] - 38:6,

38:11, 48:8
**able** [2] - 38:9, 44:2
**above-entitled** [1] -
48:9
**ABRAMSON** [1] - 2:12
**absolutely** [1] - 43:14
**accepts** [1] - 33:18
**access** [3] - 22:14, 23:11, 24:7
**accommodate** [5] -
13:8, 13:18, 14:19, 14:21, 15:8
**accomplish** [1] -
19:17
**accord** [1] - 42:17
**according** [1] - 46:23
**accounting** [1] - 15:20
**accounts** [1] - 26:17
**achieve** [1] - 44:13
**acted** [1] - 25:8
**ACTION** [1] - 1:6
**action** [3] - 11:23, 18:15, 45:7
**ACTIONS** [1] - 1:8
**actual** [2] - 25:15, 31:15
**ad** [1] - 21:11
**add** [3] - 19:10, 35:14, 37:25
**additional** [1] - 17:9
**address** [1] - 46:10
**adequate** [2] - 25:10, 34:25
**adhere** [2] - 27:25, 28:2
**adjust** [1] - 26:8
**Administrator** [2] -
26:2, 26:20
**advance** [2] - 12:6, 17:21
**advanced** [2] - 21:8, 23:5
**advancing** [1] - 28:23
**advised** [1] - 43:17
**affected** [1] - 38:11
**affects** [4] - 28:5, 38:6, 38:16
**affiliated** [2] - 28:19, 28:21
**afterwards** [1] - 37:12
**agenda** [3] - 10:25, 27:1, 44:9
**AGENDA** [1] - 7:1
**aggressive** [1] - 27:10
**ago** [2] - 24:21, 29:13
**agree** [1] - 18:18
**agreed** [6] - 35:16, 35:18, 40:20, 41:8, 42:15, 43:3

**agreement** [3] - 23:11, 41:1
**aid** [1] - 42:4
**AL** [2] - 2:7, 3:4
**ALABAMA** [2] - 3:3, 7:23
**Alabama** [3] - 11:22, 46:9, 46:15
**ALAN** [2] - 5:8, 5:21
**alerting** [1] - 20:13
**ALL** [1] - 1:8
**ALLAN** [1] - 3:7
**allotted** [1] - 15:6
**allotting** [1] - 14:19
**allow** [1] - 12:8
**allowing** [1] - 21:13
**allows** [1] - 22:20
**alone** [1] - 13:10
**ALSO** [1] - 6:15
**amended** [1] - 22:7
**amends** [1] - 11:9
**AMERICA** [6] - 4:3, 4:3, 4:4, 4:5, 4:7, 4:8
**AMERICAN** [1] - 2:13
**amounts** [2] - 30:21, 30:22
**amplify** [1] - 28:16
**Anadarko** [2] - 10:4, 10:5
**ANADARKO** [2] -
5:11, 5:12
**AND** [4] - 3:18, 5:13, 6:7, 7:11
**Andrew** [1] - 10:9
**ANDREW** [1] - 4:13
**Andy** [5] - 15:12, 18:7, 21:24, 28:15, 40:19
**anecdotally** [1] -
25:17
**announce** [1] - 11:11
**answer** [4] - 25:20, 25:25, 26:13, 41:6
**answering** [1] - 26:21
**ANTHONY** [1] - 6:18
**anticipate** [2] - 8:15, 39:9
**anticipates** [1] - 29:20
**anyway** [1] - 20:15
**APPEARANCES** [6] -
1:13, 2:1, 3:1, 4:1, 5:1, 6:1
**appearances** [1] -
8:19
**appeared** [1] - 31:12
**applying** [1] - 26:7
**APPOINTING** [1] - 7:4
**appointing** [1] - 11:18
**appointment** [1] -
11:7

2

**appreciate** [8] - 28:25, 29:3, 33:24, 35:17, 36:5, 42:13, 46:18, 46:25
**approach** [1] - 26:7
**approached** [1] - 34:18
**appropriate** [1] - 44:15
**approve** [1] - 18:1
**approved** [1] - 25:4
**APRIL** [2] - 1:5, 7:21
**April** [3] - 17:21, 18:3, 45:9
**argue** [1] - 42:13
**argument** [2] - 43:18, 44:4
**arise** [1] - 12:13
**AS** [1] - 7:17
**aside** [1] - 16:13
**aspersions** [1] - 29:1
**assist** [1] - 19:6
**assistance** [2] - 19:4, 19:5
**associated** [1] - 28:10
**assume** [1] - 16:2
**AT** [2] - 3:10, 7:25
**attempt** [1] - 13:21
**attending** [1] - 34:3
**ATTORNEY** [3] - 3:3, 6:16, 7:23
**attorney** [1] - 30:13
**Attorney** [5] - 16:14, 43:25, 46:9, 46:13, 46:14
**ATTORNEYS** [1] - 3:10
**Attorneys** [1] - 26:21
**attorneys** [2] - 28:10, 35:7
**authorize** [1] - 17:14
**availability** [1] - 17:20
**available** [9] - 14:6, 14:9, 14:17, 23:3, 33:8, 33:10, 39:24, 40:25, 42:10
**AVENUE** [6] - 1:20, 2:16, 2:24, 3:4, 5:22, 6:12
**avoid** [1] - 19:20
**aware** [8] - 16:17, 18:11, 20:14, 21:25, 28:25, 29:10, 34:4, 38:6

**B**

**B406** [1] - 6:22
**background** [1] - 32:2

**backing** [2] - 28:4, 29:14
**ball** [2] - 28:23, 30:17
**BARBIER** [1] - 1:11
**BARON** [1] - 2:15
**Barr** [1] - 9:1
**BARR** [2] - 2:3, 9:1
**BARRIOS** [2] - 3:13, 3:14
**BARROW** [1] - 10:18
**Barrow** [1] - 10:18
**basis** [2] - 21:11, 27:17
**BATTERY** [1] - 2:19
**BAYLEN** [1] - 2:4
**BE** [1] - 7:24
**became** [1] - 19:17
**Beck** [1] - 10:10
**BECK** [3] - 4:23, 4:24, 10:10
**become** [1] - 21:15
**BEFORE** [1] - 1:11
**BEGIN** [1] - 7:22
**begin** [3] - 45:18, 45:19
**behalf** [2] - 10:2, 36:7
**behest** [1] - 18:13
**behind** [1] - 30:8, 30:25
**bellwether** [1] - 44:11
**beneficial** [1] - 36:21
**benefit** [5] - 12:23, 16:18, 29:2, 30:23, 31:11
**benefits** [1] - 31:3
**BERNSTEIN** [1] - 2:18
**BERTAUT** [3] - 4:21, 10:15, 46:13
**Bertaut** [1] - 10:15
**best** [8] - 13:15, 13:19, 14:23, 31:9, 32:18, 34:5, 35:8, 48:8
**better** [2] - 29:16, 38:25
**between** [2] - 36:23, 43:22
**beyond** [2] - 29:18, 29:24
**bigger** [1] - 14:7
**billion** [2] - 24:22
**BINGHAM** [1] - 5:16
**bit** [2] - 28:16, 36:9
**Blackberries** [1] - 35:25
**BLANK** [1] - 5:20
**board** [2] - 30:7, 39:24
**Board** [6] - 30:15, 30:22, 30:25, 34:13, 38:17, 40:3

**board's** [1] - 39:11
**Board's** [2] - 39:13, 39:19
**Bob** [1] - 41:12
**Boggs** [1] - 11:15
**boots** [1] - 42:25
**BOP** [13] - 7:13, 30:1, 31:15, 31:20, 32:1, 32:2, 35:5, 36:9, 36:15, 37:19, 38:15, 38:22, 40:12
**BOUNDS** [1] - 2:6
**BOX** [1] - 1:16
**BP** [24] - 4:3, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 10:7, 10:8, 10:9, 11:1, 15:12, 20:19, 21:8, 21:12, 22:12, 22:14, 22:15, 28:15, 28:17, 28:19, 28:21, 40:19, 41:13
**BP'S** [1] - 7:15
**BP's** [1] - 40:16
**BRANCH** [1] - 2:23
**Bray** [1] - 31:5
**breakup** [1] - 42:22
**BREIT** [5] - 1:22, 1:23, 9:7, 42:20, 43:4
**Breit** [5] - 9:7, 42:14, 42:16, 42:19, 42:20
**BRENT** [1] - 6:18
**Brian** [1] - 9:1
**BRIAN** [1] - 2:3
**briefed** [1] - 15:25
**briefing** [3] - 22:8, 22:10, 43:24
**briefly** [5] - 11:19, 15:13, 23:25, 41:9, 46:8
**briefs** [1] - 16:1
**bring** [1] - 46:5
**brought** [2] - 12:16, 37:5
**BUDD** [1] - 2:15
**BUDDY** [1] - 6:16
**budget** [1] - 30:19
**Building** [1] - 11:15
**BUILDING** [2] - 2:13, 5:21
**building** [2] - 16:2, 31:23
**bundles** [1] - 11:5
**buoys** [1] - 42:6
**BURKE** [1] - 9:22
**Burke** [1] - 9:22
**business** [1] - 24:20
**buy** [2] - 14:7, 42:25
**BY** [29] - 1:4, 1:16, 1:19, 1:23, 2:3, 2:6, 2:9, 2:12, 2:16, 2:19,

2:23, 3:3, 3:7, 3:14, 3:20, 4:9, 4:13, 4:16, 4:20, 4:24, 5:4, 5:8, 5:14, 5:17, 5:21, 6:8, 6:11, 6:24, 6:25

**C**

**CA** [2] - 2:20, 2:25
**cabling** [1] - 42:5
**Cabraser** [1] - 9:13
**CABRASER** [3] - 2:18, 2:19, 9:12
**CALDWELL** [1] - 6:16
**CALLED** [1] - 8:4
**Calvin** [1] - 9:21
**Cameron** [3] - 10:10, 10:14, 10:15
**CAMERON** [1] - 4:19
**CAMP** [1] - 3:7
**care** [1] - 42:8
**carefully** [1] - 34:14
**CARL** [1] - 1:11
**Carla** [1] - 9:22
**CARMELITE** [1] - 4:21
**Carmelite** [1] - 10:15
**CARONDELET** [1] - 4:21
**carved** [1] - 14:25
**case** [11] - 13:9, 22:4, 23:16, 27:25, 29:10, 29:11, 31:13, 33:11, 33:13, 38:23, 44:16
**Case** [1] - 29:12
**cases** [17] - 13:17, 15:17, 15:19, 15:21, 16:7, 16:24, 17:2, 18:24, 19:1, 19:6, 19:13, 20:7, 22:4, 22:6, 22:14, 44:16
**CASES...................** [1] - 7:8
**cast** [1] - 29:1
**CASTEIX** [1] - 3:13
**categories** [2] - 41:16, 41:22
**category** [3] - 41:18, 41:19, 42:7
**Category** [1] - 41:22
**CATHY** [1] - 6:22
**Cathy** [2] - 48:3, 48:14
**caused** [1] - 30:8
**causing** [1] - 28:6
**caveat** [2] - 31:13, 42:21
**CCR** [2] - 6:22, 48:14
**cell** [1] - 35:24
**cement** [4] - 34:7, 34:12, 34:14, 38:23

**CEMENT** [1] - 7:14
**CENTER** [1] - 4:24
**CENTRE** [1] - 3:21
**CERTAIN** [1] - 7:17
**certain** [5] - 11:25, 15:6, 38:10, 40:18, 41:20
**certainly** [6] - 12:19, 18:17, 23:18, 26:18, 26:20, 35:3
**CERTIFICATE** [1] - 48:1
**certification** [2] - 18:13, 18:16
**Certified** [2] - 48:3, 48:4
**certify** [1] - 48:7
**cetera** [2] - 38:15, 42:1
**chain** [1] - 42:24
**chains** [1] - 42:5
**checked** [1] - 16:13
**chemical** [1] - 30:6
**Chevron** [1] - 34:18
**CHICAGO** [1] - 4:14
**choose** [1] - 38:7
**CHRYSLER** [1] - 5:21
**circumstance** [1] - 15:4
**civil** [1] - 11:21
**CIVIL** [2] - 1:6, 2:23
**claim** [6] - 12:5, 25:23, 25:24, 26:13, 26:14
**claimants** [4] - 13:11, 16:14, 16:25, 25:19
**CLAIMS** [1] - 7:21
**claims** [22] - 12:6, 12:15, 13:11, 16:9, 16:25, 24:17, 24:18, 24:19, 24:20, 24:23, 25:1, 25:3, 25:9, 25:15, 26:7, 26:8, 26:19, 45:7, 45:9, 45:12
**clarification** [5] - 11:5, 24:2, 39:6, 39:22, 40:23
**clarified** [1] - 13:5
**clarify** [2] - 13:5, 43:7
**class** [4] - 17:12, 18:13, 18:15, 18:16
**clear** [2] - 19:14, 39:8
**CLERK** [3] - 8:7, 8:12, 47:9
**client** [4] - 31:4, 33:19, 37:9, 39:18
**client's** [2] - 19:19, 29:4
**clients** [1] - 33:22
**close** [1] - 31:16
**closely** [1] - 36:22

**co** [3] - 8:20, 10:2, 10:12
**co-counsel** [1] - 10:12
**co-defense** [1] - 10:2
**co-liaison** [1] - 8:20
**Coast** [5] - 17:21, 24:17, 24:18, 25:1, 31:5
**Cohen** [1] - 23:9
**colleague** [1] - 34:9
**colleagues** [3] - 32:20, 32:25, 46:20
**coming** [5] - 17:10, 17:13, 17:18, 18:4, 21:9
**Commander** [1] - 31:5
**comment** [3] - 25:22, 36:9, 42:18
**comments** [2] - 30:16, 42:18
**Commission** [1] - 34:19
**commitment** [2] - 28:9, 28:16
**committed** [1] - 27:14
**COMMITTEE** [1] - 3:13
**Committee** [1] - 28:9
**committee** [2] - 8:17, 46:17
**committees** [1] - 26:4
**common** [1] - 12:14
**communicating** [2] - 17:12, 21:10
**COMMUNICATIONS** [1] - 7:19
**communications** [2] - 43:20, 43:22
**COMPANY** [3] - 4:4, 5:12
**complaining** [2] - 26:11, 30:7
**complaint** [2] - 16:9, 17:3, 26:16
**complaints** [6] - 11:6, 16:21, 17:3, 17:8, 22:7, 26:12
**complete** [1] - 27:11
**completely** [1] - 41:25
**component** [1] - 38:23
**components** [1] - 32:12
**comprised** [1] - 13:10
**COMPUTER** [1] - 6:25
**concern** [5] - 25:17, 25:19, 26:9, 30:8, 36:18
**concerned** [1] - 30:4
**concluded** [1] - 47:11
**conditional** [3] - 15:10, 15:15, 15:24

37:21
**CONDITIONAL** [1] - 7:7
**conducting** [1] - 30:15
**confer** [2] - 14:12, 27:19
**conference** [9] - 8:14, 8:17, 10:24, 11:13, 13:4, 27:9, 31:13, 44:23, 47:4
**CONFERENCE** [2] - 1:11, 7:24
**confidentiality** [3] - 24:6, 24:10, 33:16
**confirmation** [1] - 40:16
**CONFIRMATION** [1] - 7:15
**confusion** [1] - 13:2
**Congress** [2] - 24:24, 26:22
**Congressional** [1] - 26:4
**connection** [1] - 36:19
**CONRAD** [1] - 2:9
**consolidated** [2] - 13:17, 22:7
**consolidation** [1] - 20:7
**constraints** [1] - 36:19
**constructed** [1] - 31:24
**construction** [4] - 31:19, 31:23, 32:6, 32:8
**contact** [2] - 21:3, 45:15
**container** [1] - 42:24
**contemplates** [1] - 22:20
**continue** [6] - 12:9, 15:2, 21:12, 44:9, 44:24, 46:4
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continued** [1] - 45:5
**continues** [1] - 26:22
**continuing** [3] - 24:23, 25:1, 29:17
**contours** [1] - 46:3
**control** [1] - 34:24
**controls** [1] - 34:24
**conversation** [2] - 18:25, 34:20
**COON** [1] - 6:18
**cooperate** [2] - 14:12, 14:16
**cooperation** [3] - 29:4, 40:21
**coordinate** [6] - 12:9, 13:14, 19:6, 20:10,

37:21
**COORDINATING** [1] - 7:4
**coordinating** [5] - 9:8, 11:7, 11:18, 17:17, 46:19
**coordination** [4] - 20:24, 22:11, 22:21, 42:23
**copying** [1] - 37:14
**CORPORATE** [1] - 2:10
**CORPORATION** [5] - 4:5, 4:20, 5:11, 5:12, 5:20
**correct** [4] - 24:5, 24:12, 35:22, 48:7
**correspondence** [1] - 42:16
**COSSICH** [1] - 9:10
**Cossich** [1] - 9:10
**Cossich's** [1] - 23:7
**cost** [2] - 32:3, 37:13
**COTLAR** [1] - 1:19
**counsel** [25] - 8:17, 9:8, 10:2, 10:12, 11:7, 11:13, 11:16, 11:18, 12:3, 13:3, 14:12, 15:14, 17:17, 19:12, 21:11, 22:12, 22:13, 23:7, 27:25, 37:2, 43:17, 44:23, 45:18, 46:4, 46:19
**COUNSEL** [1] - 7:4
**counting** [1] - 15:19
**country** [2] - 21:7, 31:6
**County** [2] - 20:3, 20:4
**couple** [3] - 24:21, 36:13, 40:11
**course** [8] - 11:20, 13:9, 13:19, 16:8, 17:1, 24:13, 44:15, 45:9
**court** [12] - 13:4, 13:16, 16:12, 19:2, 19:13, 19:25, 20:5, 20:11, 21:1, 21:7, 21:13, 46:10
**Court** [30] - 10:24, 12:4, 12:7, 13:18, 15:17, 17:10, 17:14, 17:18, 17:25, 21:19, 28:24, 34:25, 35:3, 36:23, 37:8, 39:12, 39:14, 39:18, 42:12, 43:3, 43:10, 43:23, 46:10, 46:11, 46:21, 48:4, 48:5, 48:6, 48:15, 48:16

**COURT** [62] - 1:1, 6:22, 8:4, 8:8, 8:13, 8:25, 9:3, 9:24, 10:13, 10:20, 10:22, 16:8, 16:17, 17:4, 18:5, 18:19, 18:22, 19:16, 19:24, 20:4, 20:25, 21:21, 22:23, 23:15, 23:23, 24:10, 24:13, 25:3, 25:7, 25:13, 25:17, 26:9, 26:24, 27:23, 28:13, 28:25, 29:7, 33:7, 33:21, 34:6, 34:8, 35:12, 35:16, 35:24, 37:17, 38:1, 38:3, 39:4, 39:23, 40:6, 40:10, 40:15, 41:9, 42:19, 43:2, 43:6, 43:12, 43:15, 43:17, 45:4, 46:12, 47:2
**Court's** [4] - 11:19, 21:8, 21:16, 42:13
**courtesy** [1] - 46:8
**courtroom** [5] - 8:10, 11:14, 11:15, 39:8, 47:6
**courts** [2] - 19:2, 19:7
**cover** [1] - 38:14
**covered** [2] - 36:10, 38:14
**COVINGTON** [1] - 3:11
**create** [1] - 17:9
**critical** [1] - 37:11
**crowd** [2] - 8:9, 8:14
**CRR** [2] - 6:22, 48:14
**CTO** [1] - 16:4
**Cunningham** [1] - 9:20
**CUNNINGHAM** [3] - 2:6, 2:6, 9:20
**curious** [1] - 42:21
**custody** [1] - 42:24
**cut** [1] - 38:19
**cutoff** [1] - 17:21
**cuts** [1] - 12:14

# D

**DALLAS** [2] - 2:17, 5:6
**damage** [1] - 13:1
**damages** [3] - 11:21, 12:19, 12:21
**Dan** [1] - 10:17
**DART** [1] - 3:9
**data** [7] - 27:18, 32:22, 33:2, 33:3, 33:7, 35:6

**databases** [1] - 23:12
**date** [11] - 17:22, 18:4, 24:21, 27:15, 28:1, 28:2, 28:7, 29:14, 36:16, 43:4, 45:6
**dates** [2] - 27:10, 32:14
**DAUPHIN** [1] - 2:7
**DAVID** [1] - 4:24
**David** [1] - 10:10
**DAWN** [1] - 3:14
**days** [3] - 14:13, 24:21, 31:2
**DC** [3] - 4:17, 5:18, 6:9
**DEADLINE** [1] - 7:21
**deadline** [12] - 27:14, 28:5, 29:11, 29:15, 29:18, 29:21, 29:23, 36:20, 45:6, 45:7, 45:8
**DEADLINE................ ................** [1] - 7:12
**deadlines** [5] - 28:11, 29:14, 30:9, 30:10, 39:3
**deal** [1] - 32:25
**dealing** [1] - 11:7
**dealt** [1] - 11:4
**Deb** [1] - 10:4
**DEBORAH** [1] - 5:14
**December** [2] - 15:15, 19:1
**deceptive** [1] - 16:24
**decide** [2] - 14:13, 44:14
**decided** [1] - 18:20
**decision** [2] - 16:1, 44:22, 44:25
**declaration** [1] - 11:24
**declaratory** [1] - 11:23
**declinations** [2] - 35:9
**declined** [1] - 34:21
**dedicated** [2] - 33:23, 41:5
**DEEPWATER** [5] - 1:4, 3:18, 3:19, 10:2, 19:1
**DEFENDANT** [1] - 7:15
**Defendant** [1] - 40:16
**defendants** [5] - 11:3, 13:12, 19:23, 27:19, 32:25
**defense** [3] - 10:2, 17:18, 32:21
**definitely** [2] - 39:25
**degree** [1] - 42:8
**delay** [1] - 31:21
**delays** [1] - 25:21

**denials** [1] - 25:15
**denied** [4] - 25:4, 25:7, 25:9, 26:13
**Denise** [1] - 10:21
**DENISE** [1] - 6:17
**Dennis** [1] - 10:18
**DEPARTMENT** [1] - 2:22
**deponents** [1] - 38:7
**deposed** [3] - 13:23, 14:22, 28:18
**deposing** [1] - 13:23
**deposition** [9] - 11:9, 11:16, 23:17, 27:2, 29:9, 29:11, 29:15, 29:21, 39:1
**DEPOSITION** [2] - 7:11, 7:12
**depositions** [22] - 11:1, 11:3, 14:2, 14:3, 14:10, 14:14, 19:9, 19:14, 22:16, 22:21, 23:3, 23:16, 24:4, 24:7, 27:6, 27:11, 28:20, 29:18, 29:20, 33:5, 34:3, 38:7
**depository** [2] - 23:2, 23:20
**depriving** [1] - 12:2
**DEPUTY** [3] - 8:7, 8:12, 47:9
**derivative** [2] - 22:2, 22:14
**designation** [1] - 11:1
**detail** [1] - 41:2
**determined** [1] - 28:3
**developing** [1] - 17:25
**devote** [1] - 46:22
**DEXTER** [1] - 3:4
**different** [2] - 12:20, 13:10
**digesting** [1] - 44:1
**direct** [1] - 10:25
**directed** [2] - 12:10, 12:24
**directly** [1] - 38:6
**disappointed** [1] - 35:8
**discovery** [21] - 12:9, 12:14, 12:24, 13:3, 13:16, 19:6, 19:8, 22:11, 27:2, 27:11, 27:16, 28:3, 28:12, 28:17, 29:15, 29:17, 30:10, 31:1, 33:13, 36:20
**DISCOVERY**.............
.......... [1] - 7:11
**discuss** [2] - 23:4,

45:20
**discussion** [1] - 29:9
**discussions** [5] - 18:8, 18:12, 23:5, 23:10, 23:13
**dismiss** [1] - 22:8
**dismissals** [1] - 15:20
**dispersant** [3] - 41:24, 42:21, 42:24
**District** [4] - 22:1, 48:6, 48:16
**DISTRICT** [3] - 1:1, 1:1, 1:12
**divergence** [1] - 12:18
**divergent** [1] - 13:12
**DIVISION** [1] - 2:23
**DNV** [5] - 32:15, 39:15, 40:2, 40:4, 40:8
**DNV's** [1] - 39:10
**Document** [1] - 43:20
**document** [1] - 22:14
**DOCUMENT** [2] - 1:8, 7:19
**documentation** [2] - 25:10, 25:16
**documents** [2] - 27:18, 28:18
**dollars** [1] - 31:3
**DOMENGEAUX** [1] - 1:15
**DOMINION** [1] - 1:23
**don** [1] - 35:13
**Don** [3] - 10:3, 10:8, 24:15
**DON** [1] - 4:9
**DONALD** [1] - 5:4
**done** [10] - 14:23, 27:17, 28:3, 31:14, 32:3, 32:23, 34:18, 35:5, 38:24, 39:16
**door** [1] - 26:14
**double** [1] - 27:13
**down** [2] - 12:17, 32:7
**dozens** [1] - 17:2
**DRESCHER** [1] - 1:22
**Dril** [1] - 10:18
**Dril-Quip** [1] - 10:18
**DRILLING** [1] - 3:18
**DRIVE** [2] - 1:24, 2:10
**drives** [1] - 33:3
**due** [3] - 17:22, 31:18, 31:20
**duplicate** [1] - 38:17
**during** [2] - 32:6, 42:22

# E

**E&P** [1] - 5:12
**early** [3] - 18:11, 45:19, 45:24
**easier** [2] - 20:10, 20:23
**easily** [1] - 31:1
**Eastern** [1] - 48:6
**EASTERN** [1] - 1:1
**EDWARDS** [1] - 1:15
**effectively** [1] - 21:10
**efficiency** [1] - 25:2
**efficient** [2] - 45:10, 45:13
**efficiently** [1] - 16:20, 21:10
**efforts** [3] - 12:9, 36:11, 38:18
**eight** [4] - 14:1, 27:7, 28:19, 45:25
**eight-week** [1] - 45:25
**Eileen** [1] - 8:10
**either** [3] - 25:7, 38:8, 43:2
**electronic** [1] - 23:12
**elevated** [1] - 23:11
**ELIZABETH** [1] - 2:19
**Elizabeth** [1] - 9:13
**ELLIS** [2] - 4:13, 4:16
**Ellison** [2] - 13:14, 22:1
**ELM** [1] - 5:5
**embrace** [1] - 19:14
**emphasize** [4] - 12:22, 27:23, 29:2, 32:6
**employees** [1] - 33:23
**encouraging** [1] - 22:15
**end** [15] - 20:20, 27:12, 31:14, 31:17, 32:16, 33:14, 36:25, 39:8, 39:10, 39:19, 39:21, 40:8, 44:19, 45:1
**endeavoring** [1] - 12:7
**ENERGY** [3] - 3:21, 5:3
**engaged** [1] - 12:23
**enormous** [1] - 27:24
**ensure** [1] - 46:22
**entered** [3] - 19:11, 22:13, 22:18
**entertain** [1] - 43:18
**entertaining** [1] - 13:3
**entitled** [1] - 48:9
**envision** [1] - 29:23
**equipment** [8] - 32:8, 40:24, 41:2, 41:4,

41:10, 41:15, 41:23, 42:9
**ERISA** [2] - 22:3, 22:4
**Ervin** [1] - 9:11
**escape** [1] - 20:6
**escaped** [1] - 29:11
**ESPY** [1] - 9:19
**Espy** [1] - 9:19
**ESQUIRE** [37] - 1:16, 1:19, 1:20, 1:23, 2:3, 2:6, 2:9, 2:12, 2:16, 2:19, 2:23, 3:3, 3:7, 3:14, 3:20, 3:20, 4:9, 4:9, 4:13, 4:16, 4:20, 4:21, 4:24, 5:4, 5:4, 5:5, 5:8, 5:14, 5:17, 5:21, 6:8, 6:11, 6:17, 6:18, 6:18, 6:19, 6:19
**establishment** [1] - 46:19
**estimate** [1] - 32:18
**et** [2] - 38:15, 42:1
**eventually** [2] - 33:8, 42:14
**EVIDENCE** [1] - 7:16
**evidence** [3] - 11:2, 39:14, 40:17
**evidentiary** [2] - 41:20, 42:7
**ex** [1] - 43:19
**EX** [1] - 7:18
**exactly** [1] - 46:2
**example** [2] - 30:24, 33:16
**exchange** [2] - 37:10, 37:15, 42:16
**Exhibit** [1] - 42:6
**Exhibits** [1] - 41:2
**existing** [1] - 32:22
**expand** [2] - 14:5, 19:18, 25:1
**expanded** [3] - 13:24, 14:1, 14:9
**expanding** [2] - 14:18, 41:19
**expect** [2] - 22:17, 32:24
**expected** [1] - 22:5
**expedite** [1] - 37:10
**expense** [1] - 31:4
**expert** [2] - 17:11, 30:10
**experts** [5] - 14:14, 29:19, 29:22, 38:10, 39:2
**explain** [2] - 11:19, 41:10
**explained** [1] - 31:18
**explanation** [1] -

26:15
**EXPLORATION** [1] - 4:6
**expressed** [2] - 44:18, 44:23
**extensive** [2] - 29:12, 43:24
**extent** [6] - 13:2, 13:15, 15:3, 22:25, 30:14, 38:16
**extra** [2] - 21:18, 35:21
**extraordinary** [1] - 42:8
**eye** [1] - 17:18

# F

**facilitate** [2] - 33:9, 37:10
**facilitating** [1] - 21:13
**facilities** [2] - 23:2, 23:3
**facility** [4] - 24:17, 24:18, 25:1, 31:19
**fact** [10] - 12:14, 13:25, 18:11, 20:13, 27:11, 29:20, 29:21, 36:20, 38:20, 40:12
**factual** [2] - 37:6, 37:12
**fair** [2] - 13:22, 34:16
**faith** [3] - 32:19, 33:19
**fall** [1] - 33:25
**falling** [1] - 30:7
**falls** [1] - 21:25
**far** [4] - 11:22, 28:18, 28:19, 28:20
**fashion** [1] - 44:16
**fast** [1] - 18:4
**FAYARD** [1] - 9:21
**Fayard** [1] - 9:21
**February** [12] - 12:11, 12:25, 27:8, 27:10, 27:11, 27:25, 28:12, 28:20, 31:14, 36:19, 45:8, 45:18, 47:5
**FEBRUARY** [2] - 7:22, 7:24
**federal** [6] - 11:8, 11:20, 12:17, 12:19, 13:20, 14:20
**FEDERAL** [1] - 2:22
**FEDERAL/STATE** [1] - 3:13
**feet** [1] - 27:7
**Feinberg** [5] - 24:24, 26:2, 26:20, 43:21, 43:23
**felt** [1] - 21:18

**few** [2] - 19:3, 47:6
**fielding** [2] - 21:6, 21:11
**FIFTEENTH** [1] - 4:17
**FIFTH** [1] - 6:12
**figure** [4] - 14:16, 25:12, 30:19, 33:1
**figured** [1] - 29:16
**file** [3] - 15:13, 16:15, 45:12
**filed** [5] - 11:21, 11:23, 15:19, 16:12, 26:13
**files** [2] - 12:5, 25:23
**FILING** [1] - 7:21
**filing** [6] - 11:1, 11:4, 16:20, 17:22, 45:7, 45:8
**fill** [2] - 14:9, 27:9
**final** [7] - 15:18, 32:3, 32:11, 36:14, 38:9, 38:12, 44:22
**finally** [1] - 16:9
**FINANCIAL** [1] - 6:7
**findings** [1] - 40:5
**finish** [2] - 32:12, 38:11
**finished** [1] - 31:2
**firm** [3] - 23:6, 23:7, 23:9
**first** [8] - 8:19, 9:24, 10:23, 17:15, 18:10, 22:8, 31:17, 36:10
**FITCH** [1] - 6:18
**FL** [1] - 2:4
**flexibility** [1] - 43:9
**floats** [1] - 42:6
**FLOOR** [3] - 2:19, 2:24, 3:21
**floor** [1] - 11:16
**focusing** [1] - 12:25
**folks** [6] - 13:16, 13:18, 21:4, 31:25, 33:22, 34:17
**follow** [2] - 11:11, 41:14
**follow-up** [1] - 11:11
**followed** [1] - 22:8
**following** [5] - 11:13, 13:4, 44:22
**FOR** [15] - 1:15, 2:22, 3:3, 3:6, 3:13, 3:17, 4:3, 4:19, 5:3, 5:11, 5:20, 6:3, 7:4, 7:15, 7:21
**forbid** [1] - 41:5
**foregoing** [1] - 48:7
**forensic** [5] - 32:15, 39:10, 39:15, 40:3
**form** [8] - 11:3, 16:9, 16:20, 17:8, 17:16,

17:20, 17:25, 41:1
**formal** [2] - 29:10, 29:15
**formally** [1] - 46:9, 46:16
**forming** [1] - 46:3
**forms** [2] - 11:4, 45:14
**forth** [5] - 11:9, 12:22, 30:11, 45:15, 45:23
**forward** [8] - 17:13, 30:18, 30:22, 31:11, 32:24, 36:12, 36:21, 44:14
**four** [2] - 27:6, 28:18
**frame** [1] - 25:24
**FRANCIS** [1] - 6:15
**FRANCISCO** [2] - 2:20, 2:25
**Francisco** [1] - 23:8
**frankly** [1] - 29:8
**Friday** [1] - 47:4
**FRIDAY** [3] - 1:7, 7:24, 8:2
**FRILOT** [1] - 3:19
**front** [2] - 20:24, 26:3
**full** [1] - 28:9
**fully** [1] - 15:25
**funding** [1] - 34:13

## G

**GASAWAY** [6] - 4:16, 10:7, 41:12, 43:7, 43:14, 43:16
**Gasaway** [3] - 10:7, 41:6, 41:12
**GATE** [1] - 2:24
**GCCF** [4] - 24:14, 24:21, 43:21, 43:23
**GCCF**...............................
............ [1] - 7:10
**general** [1] - 22:9
**GENERAL** [2] - 6:16, 7:23
**General** [4] - 26:21, 46:9, 46:13, 46:14
**GENERAL'S** [1] - 3:3
**generally** [1] - 23:4
**Generals** [1] - 43:25
**GISLESON** [1] - 1:20
**given** [5] - 26:5, 32:18, 36:18, 38:20, 42:8
**glad** [1] - 35:2
**Glenn** [1] - 10:19
**glitch** [1] - 34:12
**gloves** [1] - 41:25
**God** [1] - 41:5
**GODWIN** [6] - 5:3, 5:4, 5:7, 10:3, 35:13,

35:22
**Godwin** [3] - 10:3, 34:9, 35:13
**GOFORTH** [1] - 10:17
**Goforth** [1] - 10:17
**GOLDEN** [1] - 2:24
**GONZALEZ** [1] - 9:11
**Gonzalez** [1] - 9:11
**GOODIER** [1] - 10:19
**Goodier** [1] - 10:19
**GOTSHAL** [2] - 6:8, 6:11
**GOVERNMENT** [1] - 2:22
**government** [8] - 11:7, 11:8, 11:18, 11:20, 12:17, 12:19, 13:20, 38:21
**GOVERNMENT.........
......................................
...** [1] - 7:5
**governmental** [2] - 13:19, 14:20
**governments** [2] - 12:16, 17:24
**grade** [1] - 26:7
**GRAND** [1] - 6:19
**great** [3] - 19:15, 20:25, 22:23
**greatly** [1] - 13:24
**GREENWALD** [1] - 9:15
**Greenwald** [1] - 9:15
**ground** [1] - 38:14
**GROUP** [1] - 2:9
**group** [3] - 15:5, 23:21, 42:3
**groups** [1] - 23:4
**guarantee** [1] - 31:6
**Guard** [1] - 31:5
**guess** [5] - 10:23, 16:23, 25:24, 27:23, 28:22
**GULF** [1] - 1:5
**Gulf** [5] - 17:21, 19:3, 24:17, 24:18, 25:1
**guys** [1] - 40:11

## H

**Hale** [1] - 11:15
**half** [1] - 38:19
**hall** [1] - 8:10
**Halliburton** [4] - 10:3, 10:16, 34:10, 35:13
**HALLIBURTON** [1] - 5:3
**handled** [1] - 42:17
**happy** [2] - 27:21,

37:20
**hard** [2] - 31:8, 33:2
**HARIKLIA** [1] - 6:19
**Harris** [2] - 20:3, 20:4
**hate** [1] - 30:5
**Haycraft** [2] - 10:8, 24:15, 26:24
**HAYCRAFT** [8] - 4:9, 10:8, 24:15, 25:6, 25:9, 25:15, 26:2, 26:17
**heading** [1] - 38:10
**hear** [2] - 8:11, 30:12
**HEARD** [1] - 1:11
**heard** [2] - 18:20, 25:18
**hearing** [6] - 18:10, 26:9, 26:10, 26:11, 26:12, 39:24
**hearings** [3] - 30:15, 30:22, 38:12
**HEIMANN** [2] - 2:18
**help** [2] - 19:12, 23:14
**helping** [1] - 20:23
**HENRY** [1] - 3:9
**hereby** [1] - 48:7
**Herman** [4] - 8:22, 21:5, 23:25, 27:4
**HERMAN** [10] - 1:19, 1:19, 8:22, 21:5, 23:25, 24:12, 27:4, 28:8, 45:3
**high** [1] - 15:14
**himself** [1] - 37:4
**hire** [1] - 39:2
**hit** [2] - 15:14, 27:21
**hoc** [1] - 21:11
**hold** [4] - 11:13, 32:14, 32:17, 33:14
**HOLDINGS** [3] - 3:17, 4:7, 6:4
**honest** [1] - 34:11
**Honor** [56] - 8:20, 8:22, 9:1, 9:5, 9:9, 9:12, 9:18, 9:19, 10:1, 10:11, 15:12, 15:22, 17:7, 17:10, 18:8, 18:25, 19:11, 20:17, 21:6, 21:24, 21:25, 23:18, 23:25, 27:4, 27:8, 30:16, 31:13, 31:24, 32:13, 32:17, 33:12, 33:18, 34:4, 34:11, 35:3, 35:13, 36:7, 36:13, 36:18, 36:21, 37:1, 37:2, 37:3, 37:23, 38:2, 39:5, 40:14, 40:20, 40:22, 41:7, 41:12, 42:20, 43:7,

43:14, 45:3, 46:7
**Honor's** [4] - 19:4, 31:9, 33:14, 41:15
**HONORABLE** [1] - 1:11
**hope** [2] - 33:18, 44:2
**hopefully** [8] - 14:12, 14:14, 17:25, 32:16, 39:10, 39:21, 40:8, 45:10
**HORIZON** [2] - 1:4, 19:1
**hospitality** [1] - 23:2
**HOUMA** [1] - 2:10
**hours** [2] - 14:1, 14:2
**house** [3] - 14:7, 14:8, 32:4
**housed** [1] - 32:1
**housing** [1] - 31:20
**HOUSTON** [3] - 4:24, 4:25, 5:9
**Houston** [4] - 13:14, 20:1, 21:23, 43:5
**HOUSTON**................
......... [1] - 7:9
**hundred** [1] - 37:9
**hundreds** [1] - 16:24

## I

**idea** [1] - 19:15
**identifying** [1] - 27:20
**IL** [1] - 4:14
**immediately** [2] - 11:13, 41:17
**impacting** [1] - 28:6
**imperative** [1] - 38:21
**important** [3] - 19:22, 27:24, 29:3
**IMPREVENTO** [1] - 1:22
**improve** [2] - 25:1, 26:22
**improvements** [1] - 24:24
**IN** [3] - 1:4, 1:5, 7:9
**inadmissible** [1] - 39:13
**INC** [14] - 3:18, 3:19, 4:3, 4:4, 4:5, 4:6, 4:8, 5:3, 6:3, 6:4, 6:5, 6:6, 6:7, 6:8
**including** [6] - 16:15, 19:7, 19:8, 23:2, 29:14, 40:4
**increase** [1] - 25:2
**increased** [2] - 25:11, 25:14
**indications** [1] - 16:11

individual [1] - 24:19
individuals [1] - 16:19
influx [1] - 17:9
information [10] -
27:18, 33:8, 33:16,
37:7, 37:10, 37:13,
37:15, 38:8, 38:25,
45:15
informed [1] - 35:4
inquiries [2] - 21:6,
21:11
inside [1] - 31:25
inspect [3] - 41:18,
41:19, 42:2
inspection [1] - 42:10
installation [1] - 42:4
instead [2] - 13:25,
14:3
intend [2] - 12:4, 35:3
intends [1] - 40:4
intent [1] - 33:18
interest [6] - 12:18,
13:11, 15:7, 17:24,
44:1, 46:18
interested [1] - 43:24
INTERESTS [2] - 2:22,
3:3
interests [13] - 12:16,
12:20, 13:9, 13:12,
13:13, 13:20, 14:20,
14:21, 15:6, 19:19,
21:14
interim [1] - 37:6
internal [1] - 32:11
INTERNATIONAL [2] -
4:19, 6:7
interplay [1] - 23:10
interrupt [1] - 18:3
introduce [3] - 8:18,
46:8, 46:16
Investigation [1] -
30:15
invite [2] - 19:8, 42:17
inviting [1] - 22:15
involved [6] - 18:8,
20:11, 24:3, 31:7,
34:18, 35:11
IS [1] - 7:21
issue [9] - 18:16,
19:22, 30:17, 36:11,
36:21, 37:5, 43:15,
44:2, 44:10
issued [8] - 10:24,
11:6, 11:11, 12:1,
13:7, 13:24, 24:25,
29:13
issues [18] - 11:17,
12:13, 12:14, 13:1,
15:23, 18:17, 21:2,
21:19, 27:20, 29:10,

36:10, 36:13, 37:13,
37:25, 43:22, 45:22
item [1] - 27:1
ITEMS [1] - 7:1
items [7] - 40:18,
41:20, 41:21, 41:22,
42:3, 42:7, 42:9
ITEMS.......................
7:17
itself [1] - 40:8

J

JAMES [2] - 1:16, 6:16
January [2] - 15:14,
36:24
JANUARY [2] - 1:7,
8:2
JARRETT [1] - 4:9
JEFFERSON [2] -
1:17, 3:10
JEFFREY [2] - 1:23,
6:19
Jeffrey [2] - 9:7, 42:20
JENNY [1] - 5:4
Jenny [1] - 10:16
Jim [4] - 8:20, 17:7,
37:23, 46:7
JIT [5] - 30:18, 32:16,
34:13, 34:24, 35:19
jobs [1] - 35:7
join [2] - 16:20, 45:12
joinder [1] - 11:4,
16:20, 17:8
joining [1] - 16:21
Joint [1] - 30:15
joke [1] - 31:25
JONES [1] - 9:14
Jones [1] - 9:14
JUDGE [2] - 1:12, 6:15
judge [1] - 20:21
Judge [16] - 9:16,
11:12, 11:15, 13:2,
13:14, 15:2, 19:12,
20:1, 20:21, 22:1,
24:15, 33:1, 35:22,
46:16, 47:6
judges [2] - 20:1,
20:5, 20:11
judgment [2] - 11:23,
44:19
July [2] - 27:12, 36:20
jump [1] - 33:13
jury [1] - 44:11
JUSTICE [1] - 2:22

K

KANNER [2] - 3:6, 3:7
KARIS [1] - 6:19
KATZ [1] - 1:19
keep [7] - 28:11, 29:3,
30:5, 34:2, 35:4,
36:25
KEITH [1] - 4:9
Kerry [2] - 10:1, 36:7
KERRY [1] - 3:20
key [2] - 23:20, 38:23
kind [5] - 18:9, 21:9,
23:11, 30:4, 36:22
KINGSDORF [1] -
3:13
KIRBY [2] - 5:17, 10:5
Kirby [1] - 10:5
KIRKLAND [2] - 4:13,
4:16
knowing [2] - 16:8,
46:1
knows [2] - 37:2,
42:12
KUCHLER [3] - 5:13,
5:14, 10:4
Kuchler [1] - 10:4
KULLMAN [2] - 2:12
Ky [1] - 10:5
KYLE [1] - 5:17

L

LA [12] - 1:17, 1:21,
2:10, 2:14, 3:8, 3:11,
3:15, 3:22, 4:11,
4:22, 5:15, 6:23
lab [3] - 34:22, 34:25,
35:20
labs [1] - 34:15
lack [1] - 25:16
LAFAYETTE [1] - 1:17
LAMAR [1] - 5:8
Landrieu [1] - 26:5
LANGAN [15] - 4:13,
10:9, 15:12, 16:11,
17:1, 18:7, 18:21,
18:25, 19:22, 20:3,
20:16, 21:24, 28:15,
29:6, 40:19
Langan [3] - 10:9,
15:10, 15:12, 17:4,
18:7, 21:24, 28:14,
28:15, 40:19
large [1] - 23:3
larger [1] - 8:14
LASALLE [1] - 4:14
laser [1] - 32:8

last [8] - 8:14, 10:24,
16:13, 25:11, 31:12,
31:13, 31:17, 42:12
late [2] - 36:16, 36:24
latest [1] - 24:16
LAW [2] - 2:9, 3:10
law [1] - 20:19
LAWN [1] - 2:16
lawsuit [2] - 11:21,
12:15
lawyer [2] - 16:19,
18:3
lawyers [4] - 22:12,
23:16, 45:11, 45:12
lead [1] - 23:7
leadership [3] - 22:3,
22:4, 23:1
least [4] - 8:11, 20:7,
34:22, 37:15
led [1] - 20:6
leeway [1] - 34:1
less [1] - 41:20
letter [1] - 20:12
LEVIN [1] - 2:2
LEWIS [2] - 2:12, 4:8
LEXINGTON [1] - 5:22
liability [2] - 12:13,
12:24
LIAISON [1] - 3:13
liaison [7] - 8:17, 8:20,
10:2, 15:13, 17:18,
37:2, 44:23
LIEFF [1] - 2:18
Lieutenant [1] - 31:5
LIFE [1] - 2:13
light [1] - 13:21
likely [1] - 34:21
limit [2] - 13:25, 14:4
limitation [6] - 12:10,
12:14, 12:24, 17:22,
45:7, 45:17
LIMITATION [1] - 7:22
limitations [1] - 33:17
LIMITED [1] - 4:7
line [1] - 12:17
lined [1] - 35:2
LISKOW [1] - 4:8
list [2] - 21:9, 42:1
listed [1] - 10:25
listening [2] - 24:3,
24:8
literally [1] - 31:3
litigants [3] - 17:10,
21:7, 21:13
litigating [1] - 35:7
litigation [6] - 12:5,
16:20, 21:2, 24:4,
28:2, 39:21
live [1] - 23:17

LLC [4] - 3:17, 5:13,
6:4, 6:5
LMRP [1] - 32:2
local [1] - 17:24
log [3] - 23:16, 24:4,
24:9
logistics [1] - 37:22
look [3] - 37:20, 42:14,
42:21
looking [2] - 39:17,
39:20
looks [1] - 31:16
lost [1] - 28:24
Louisiana [3] - 11:22,
48:5, 48:6
LOUISIANA [3] - 1:1,
1:6, 3:6
low [1] - 42:7
LP [1] - 5:12
LUNDY [1] - 9:18
Lundy [1] - 9:18
LUTHER [2] - 3:3,
7:23
Luther [2] - 9:8, 46:15
LYLE [2] - 6:8, 10:6
Lyle [1] - 10:6

M

Magistrate [7] - 11:12,
19:11, 21:12, 27:9,
27:22, 33:1, 37:11
MAGISTRATE [1] -
6:15
maintaining [1] -
23:12
maintenance [1] -
38:15
MAJOR [1] - 5:5
majority [1] - 25:9
Management [1] -
29:12
management [1] -
31:13
MANAGEMENT [1] -
6:3
MANGES [2] - 6:8,
6:11
manner [1] - 45:13
March [13] - 27:10,
31:17, 32:16, 36:16,
36:25, 39:8, 39:10,
39:20, 39:21, 40:9,
44:19, 44:20, 45:1
Marine [5] - 30:15,
30:22, 30:25, 34:12,
38:17
MARINE [4] - 5:20,
6:5, 6:6, 6:6

**Martinez** [1] - 10:16
**MARTINEZ** [2] - 5:4, 10:16
**massive** [1] - 17:9
**master** [5] - 11:6, 16:21, 17:2, 17:3, 21:9
**MASTER** [1] - 6:15
**Master** [1] - 19:5
**materials** [2] - 32:10, 41:4
**Matt** [1] - 9:18
**matter** [2] - 23:19, 48:10
**matters** - 39:12, 46:5
**MBI's** [1] - 38:11
**MCCUTCHEN** [1] - 5:16
**MCGOVERN** [1] - 6:15
**McGovern** [1] - 19:5
**MCKINNEY** [1] - 4:25
**MDL** [17] - 7:9, 13:13, 13:16, 15:17, 15:22, 19:13, 20:19, 21:22, 22:11, 22:16, 22:25, 23:19, 28:10, 31:11, 33:6, 35:4, 45:5
**mean** [1] - 14:5
**means** [1] - 14:2
**meantime** [1] - 32:20
**Meanwhile** [1] - 47:5
**measurements** [1] - 37:8
**MECHANICAL** [1] - 6:24
**mechanism** [1] - 20:9
**media** [4] - 12:1, 26:11, 30:6
**meet** [4] - 15:2, 27:19, 39:3, 47:6
**meeting** [8] - 11:14, 13:4, 27:8, 27:14, 27:15, 28:8, 37:2, 37:3
**members** [4] - 8:18, 17:12, 21:3, 46:17
**mentioned** [5] - 18:9, 20:18, 27:8, 29:8, 36:13
**Merit** [1] - 48:4
**met** [2] - 16:1, 31:5
**metallurgical** [1] - 32:9
**MEXICO** [1] - 1:5
**MI** [1] - 10:21
**MICHAEL** [2] - 2:23, 6:8
**Michael** [1] - 10:6
**Michoud** [5] - 30:8,

31:25, 37:4, 37:19, 41:16
**middle** [2] - 41:18, 41:19
**might** [2] - 20:10, 24:2
**Mikal** [1] - 9:23
**Mike** [5] - 9:6, 9:16, 9:19, 30:13, 39:5
**MILLER** [4] - 3:20, 10:1, 35:23, 36:7
**Miller** [5] - 10:1, 36:6, 36:7, 45:24, 45:25
**millions** [1] - 31:3
**mind** [1] - 44:13
**minutes** [1] - 47:7
**misconstrued** [1] - 11:25
**MITCHELL** [1] - 2:2
**Mithoff's** [1] - 23:6
**MOBILE** [1] - 2:7
**mocked** [1] - 17:16
**modification** [1] - 15:1
**MOEX** [4] - 5:12, 5:13, 10:4, 10:5
**moment** [1] - 31:20
**money** [3] - 30:21, 30:22, 31:7
**monition** [2] - 17:22, 45:6
**monitor** [3] - 36:23, 37:4
**monitors** [1] - 23:4
**MONTGOMERY** [1] - 3:4
**month** [1] - 24:16
**monthly** [1] - 8:16
**months** [1] - 40:11
**morning** [20] - 8:8, 8:9, 8:22, 8:24, 8:25, 9:1, 9:3, 9:5, 9:12, 9:16, 9:18, 9:21, 9:22, 10:1, 10:18, 18:15, 24:15, 38:2, 38:3, 41:12
**most** [1] - 27:16
**MOTION** [2] - 7:15, 7:18
**motion** [6] - 20:20, 40:16, 40:20, 42:13, 43:18, 43:19
**motions** [2] - 22:8, 22:10
**move** [8] - 14:8, 30:1, 30:22, 31:10, 36:11, 36:21, 38:22, 44:7
**moving** [3] - 18:15, 30:17, 32:24
**MR** [82] - 8:20, 8:22, 8:24, 9:1, 9:4, 9:5, 9:7, 9:8, 9:10, 9:11,

9:14, 9:16, 9:18, 9:19, 9:20, 9:21, 9:23, 10:1, 10:3, 10:6, 10:7, 10:8, 10:9, 10:10, 10:11, 10:14, 10:17, 10:18, 10:19, 15:12, 16:11, 17:1, 17:7, 18:7, 18:21, 18:25, 19:22, 20:3, 20:16, 21:5, 21:24, 22:25, 23:18, 23:25, 24:12, 24:15, 25:6, 25:9, 25:15, 26:2, 26:17, 27:4, 28:8, 28:15, 29:6, 30:13, 33:12, 34:3, 34:7, 34:9, 35:13, 35:18, 35:22, 35:23, 36:7, 37:23, 38:2, 38:4, 39:5, 39:25, 40:7, 40:14, 40:19, 41:12, 42:20, 43:4, 43:7, 43:14, 43:16, 45:3, 46:7, 46:14
**MS** [9] - 9:12, 9:15, 9:22, 10:4, 10:5, 10:15, 10:16, 10:21, 46:13
**multiple** [2] - 14:23, 19:21
**myriad** [1] - 13:10

**N**

**N.W** [1] - 4:17
**named** [1] - 14:21
**names** [2] - 20:5, 39:2
**nationally** [1] - 17:11
**nature** [2] - 23:5, 37:14
**necessarily** [1] - 14:16
**necessary** [9] - 13:15, 14:17, 19:18, 28:12, 29:22, 33:1, 34:10, 35:2, 46:22
**necessity** [1] - 18:3
**need** [23] - 13:22, 14:5, 15:3, 17:5, 18:6, 28:3, 29:5, 32:12, 34:2, 34:24, 35:20, 40:15, 42:5, 44:24, 44:25, 45:2, 45:23, 46:1, 46:3, 47:3, 47:5
**needed** [4] - 15:5, 21:18, 30:14, 33:13
**needing** [1] - 46:2
**needs** [7] - 13:5, 15:6, 16:6, 24:6, 29:24, 31:8, 46:5

**negative** [1] - 33:22
**never** [1] - 41:23
**new** [3] - 11:2, 15:15, 24:25
**NEW** [12] - 1:6, 1:21, 2:14, 3:8, 3:15, 3:22, 4:11, 4:22, 5:15, 5:22, 6:12, 6:23
**news** [2] - 30:6
**newspaper** [1] - 26:17
**NEXT** [1] - 7:24
**next** [8] - 26:14, 27:1, 28:5, 29:19, 40:11, 44:3, 44:22, 47:4
**nine** [1] - 15:16
**NO** [1] - 1:6
**NONAPPLICABILITY** [1] - 7:16
**nonapplicability** [1] - 40:17
**none** [1] - 39:14
**NORFOLK** [1] - 1:24
**NORTH** [5] - 3:10, 4:4, 4:5, 4:7, 4:8
**note** [2] - 13:24, 31:24
**nothing** [5] - 14:25, 18:19, 29:25, 32:7, 35:14
**notice** [4] - 17:11, 17:13, 18:9, 18:15
**notices** [1] - 17:12
**notification** [1] - 11:2
**November** [1] - 41:15
**NRC** [1] - 10:6
**Number** [7] - 11:4, 11:9, 11:10, 13:7, 15:24, 36:14, 44:8
**number** [10] - 10:24, 16:15, 16:23, 17:24, 23:21, 25:10, 25:13, 25:15, 34:16, 45:16
**NUMBER** [1] - 7:6
**numbered** [1] - 48:9
**numbers** [2] - 25:5, 25:6
**NW** [1] - 6:9
**NY** [2] - 5:22, 6:12

**O**

**O'Brien's** [1] - 10:6
**O'BRIEN'S** [1] - 6:3
**O'KEEFE** [1] - 1:20
**O'Rourke** [1] - 10:12
**OAK** [1] - 2:16
**object** [1] - 43:9
**objecting** [1] - 43:1
**objections** [2] - 15:25, 16:4

**OBLIGATIONS** [1] - 7:17
**obligations** [2] - 11:2, 40:17
**obviously** [5] - 12:4, 29:5, 29:14, 29:17, 38:16
**occasions** [1] - 14:23
**occupy** [2] - 14:6, 40:11
**occurred** [2] - 12:3, 15:21
**occurring** [1] - 22:21
**OF** [13] - 1:1, 1:5, 1:11, 2:22, 3:6, 7:8, 7:9, 7:10, 7:15, 7:16, 7:21, 7:23
**OFFICE** [1] - 3:3
**offices** [1] - 23:17
**Official** [2] - 48:5, 48:15
**OFFICIAL** [1] - 6:22
**official** [1] - 33:9
**offshore** [1] - 41:23
**OFFSHORE** [3] - 3:18, 5:13, 6:4
**OIL** [2] - 1:4, 1:4
**Oil** [1] - 34:19
**oil** [1] - 42:22
**ON** [1] - 1:5
**once** [4] - 14:6, 22:19, 35:20, 40:2
**one** [20] - 11:6, 14:1, 14:3, 16:21, 19:16, 19:17, 20:5, 20:10, 20:21, 23:6, 25:20, 26:4, 28:5, 29:16, 31:2, 34:22, 36:14, 39:9, 42:1, 42:21
**ONE** [2] - 4:10, 4:24
**ones** [2] - 41:16, 41:17
**ongoing** [1] - 13:8
**OPA** [2] - 11:24
**open** [3] - 8:10, 13:4, 23:13
**opportunity** [5] - 13:22, 17:15, 18:2, 19:12, 47:1
**opposed** [1] - 15:6
**oral** [2] - 43:18, 44:4
**Order** [1] - 29:12
**order** [28] - 11:8, 11:10, 11:18, 12:1, 12:8, 13:6, 13:24, 19:11, 19:14, 21:8, 21:16, 22:4, 22:19, 24:6, 24:10, 29:19, 41:1, 41:15, 43:3, 43:7, 43:8, 43:10, 43:12, 43:13, 43:15,

8

44:2, 45:22
**ORDER** [3] - 7:4, 7:6, 8:4
**orders** [7] - 10:25, 11:6, 11:11, 14:24, 15:4, 15:11, 15:16
**ORDERS..................
........** [1] - 7:7
**ORDERS..................
..................** [1] - 7:2
**originally** [1] - 15:19
**ORLEANS** [10] - 1:6, 1:21, 2:14, 3:8, 3:15, 3:22, 4:11, 4:22, 5:15, 6:23
**outer** [1] - 14:4
**outside** [1] - 36:1
**overflow** [2] - 8:9, 8:15
**overhead** [1] - 31:22
**overlap** [1] - 13:15
**overtime** [1] - 31:7
**own** [4] - 12:3, 12:5, 12:6, 35:10

## P

**pace** [1] - 36:25
**PAGE** [1] - 7:1
**page** [2] - 17:25, 37:15
**pages** [1] - 28:18
**paid** [7] - 24:21, 25:4, 26:1, 26:15, 26:19
**painfully** [1] - 34:3
**PALMINTIER** [1] - 9:16
**Palmintier** [1] - 9:16
**PAN** [1] - 2:13
**panel** [5] - 15:16, 15:23, 15:25, 16:1, 16:6
**PAPANTONIO** [1] - 2:2
**part** [2] - 15:17, 34:20
**parte** [1] - 43:19
**PARTE** [1] - 7:18
**participate** [3] - 19:8, 19:13, 21:14
**participating** [1] - 46:23
**participation** [2] - 22:15, 22:20
**particular** [4] - 15:4, 15:7, 29:24
**particularly** [1] - 14:13
**parties** [17] - 12:8, 13:13, 19:7, 19:20, 30:23, 32:24, 33:11, 34:15, 34:25, 35:4,

39:17, 42:11, 43:9, 43:23, 43:24, 44:18, 44:19
**partly** [1] - 31:18
**partner** [1] - 41:6
**parts** [1] - 41:25
**party** [1] - 29:1
**pattern** [1] - 26:6
**PAUL** [2] - 2:12, 3:20
**Paul** [4] - 9:4, 37:24, 38:4, 39:6
**penalties** [3] - 11:21, 12:21
**pending** [7] - 13:13, 15:21, 18:24, 19:2, 19:13, 21:1, 22:1
**PENDING** [1] - 7:8
**PENSACOLA** [1] - 2:4
**people** [5] - 8:10, 11:25, 23:20, 24:3, 24:8, 25:18, 25:25, 26:10, 26:20, 31:4, 31:6, 31:22, 33:4, 45:11, 46:10
**Pepper** [3] - 48:3, 48:13, 48:14
**PEPPER** [1] - 6:22
**percent** [1] - 37:9
**performance** [1] - 38:15
**perhaps** [3] - 11:25, 12:1, 39:8
**period** [1] - 32:8
**periodically** [1] - 15:3
**person** [1] - 24:11
**personally** [2] - 20:1, 23:8
**perspective** [1] - 38:5
**pertains** [1] - 43:20
**petition** [1] - 21:19
**PETROLEUM** [1] - 5:11
**phase** [2] - 32:11
**Phil** [2] - 9:10, 10:14
**PHILLIP** [1] - 4:20
**phone** [2] - 31:23, 36:2
**phones** [2] - 35:24, 35:25
**photo** [2] - 41:18, 41:20
**photographs** [1] - 42:10
**photos** [1] - 37:7
**phrase** [1] - 34:14
**physical** [2] - 31:15, 40:24
**physics** [1] - 14:7
**picture** [1] - 42:2
**pieces** [1] - 22:2

**PIGMAN** [1] - 4:20
**pipes** [1] - 32:8
**pitch** [2] - 30:18, 31:4
**place** [10] - 12:8, 17:19, 22:3, 29:16, 30:9, 34:13, 35:20, 36:22, 45:6, 45:13
**places** [1] - 25:18
**plaintiff** [2] - 23:1, 32:21
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [11] - 8:21, 8:23, 9:2, 12:20, 13:10, 13:17, 22:20, 24:1, 27:5, 32:25, 42:11
**Plaintiffs'** [1] - 28:9
**PLAINTIFFS'** [1] - 7:18
**plaintiffs'** [4] - 22:3, 22:4, 22:12, 43:19
**plan** [5] - 12:24, 20:12, 38:25, 43:18, 45:21
**planning** [1] - 44:5
**pleading** [1] - 11:5
**pleadings** [2] - 11:5, 22:7
**pleased** [1] - 46:19
**pledge** [1] - 46:21
**plenty** [1] - 40:10
**point** [9] - 12:10, 12:22, 16:23, 17:23, 20:17, 37:4, 38:13, 40:3, 41:7
**points** [1] - 15:14
**policy** [1] - 23:19
**polite** [1] - 35:9
**POLK** [1] - 5:13
**portrayed** [1] - 12:2
**position** [1] - 38:25
**possibility** [1] - 37:18
**possible** [2] - 23:19, 33:10
**posted** [3] - 45:5, 45:14
**potential** [2] - 16:4, 20:22
**potentially** [1] - 16:5
**POYDRAS** [6] - 2:13, 3:14, 3:21, 4:10, 5:14, 6:22
**PPFs** [2] - 16:12, 16:14
**practice** [2] - 15:24, 16:6
**precise** [2] - 25:12, 30:19
**precisely** [2] - 26:3, 33:12
**preclude** [1] - 29:25

**predict** [1] - 20:7
**prediction** [1] - 31:14
**preface** [1] - 30:16
**premises** [1] - 37:19
**prepared** [2] - 18:18, 42:12
**preparedness** [1] - 41:5
**PRESENT** [1] - 6:15
**presently** [1] - 27:7
**PRESERVATION** [1] - 7:16
**preservation** [3] - 11:2, 40:17, 40:23
**Presidential** [1] - 34:19
**pressure** [1] - 34:4
**presumably** [1] - 33:15
**presumption** [1] - 34:17
**presumptive** [1] - 13:25
**PRETRIAL** [2] - 7:2, 7:6
**pretrial** [6] - 10:24, 11:8, 11:10, 13:6, 19:10, 22:19
**pretty** [3] - 27:20, 31:16, 44:4
**prevent** [1] - 14:22
**previous** [1] - 41:21
**primarily** [1] - 25:18
**primary** [1] - 14:18
**principal** [1] - 14:7
**private** [3] - 12:16, 12:20, 13:9
**problem** [1] - 28:4
**problems** [4] - 20:11, 28:6, 30:10, 31:19
**procedure** [1] - 20:17
**proceedings** [3] - 18:14, 47:10, 48:9
**PROCEEDINGS** [1] - 1:11, 6:24, 8:1
**process** [20] - 13:8, 13:23, 16:10, 18:13, 20:19, 20:20, 21:16, 24:3, 24:23, 25:2, 26:22, 27:19, 31:10, 31:23, 32:6, 32:22, 32:24, 33:15, 40:2, 44:1
**processes** [1] - 26:6
**PROCTOR** [1] - 2:3
**produced** [1] - 28:17
**PRODUCED** [1] - 6:25
**production** [1] - 22:15
**PRODUCTION** [1] - 4:3, 4:6

**productive** [1] - 23:22
**PRODUCTS** [1] - 4:8
**Professional** [1] - 48:4
**PROFESSOR** [1] - 6:15
**Professor** [1] - 19:5
**program** [1] - 17:13
**progress** [1] - 35:4
**progresses** [1] - 27:16
**progressing** [1] - 27:22
**projected** [1] - 45:25
**projecting** [1] - 31:16
**projection** [1] - 32:13
**promise** [2] - 32:17, 36:17
**promised** [1] - 39:19
**promises** [1] - 26:5
**promoted** [1] - 18:1
**pronunciation** [1] - 31:24
**proposed** [2] - 17:13, 43:12
**proprietary** [1] - 33:16
**prospects** [2] - 34:23, 35:1
**protected** [2] - 21:15, 42:24
**protocol** [10] - 11:1, 11:4, 11:9, 16:18, 24:7, 25:22, 29:9, 35:16, 35:21, 45:11
**protocols** [4] - 24:25, 38:9, 45:13
**provide** [1] - 19:12
**provides** [1] - 43:9
**providing** [1] - 22:14
**provision** [1] - 11:3
**provisions** [1] - 19:10
**PSC** [26] - 8:24, 9:4, 9:7, 9:10, 9:11, 9:13, 9:14, 9:15, 9:17, 9:18, 9:19, 9:20, 9:21, 9:22, 9:23, 17:8, 18:9, 21:3, 21:5, 21:17, 23:2, 23:19, 37:24, 38:4, 40:21, 42:20
**PSC's** [1] - 18:13
**PTO** [1] - 24:5
**public** [2] - 17:20, 33:17
**publicly** [1] - 33:8
**pulling** [1] - 32:11
**punitive** [1] - 17:12
**purpose** [1] - 41:4
**purposes** [1] - 33:5
**pushed** [1] - 18:14
**put** [5] - 12:8, 13:25,

18:1, 29:16, 42:1
**putting** [2] - 16:13, 42:4

## Q

**quadruple** [1] - 27:13
**qualified** [1] - 34:15
**quarter** [1] - 22:9
**questioning** [2] - 14:5, 14:10
**questions** [3] - 21:17, 26:21, 41:7
**Quip** [1] - 10:18

## R

**RAFFERTY** [1] - 2:3
**raise** [1] - 27:21
**raised** [1] - 43:22
**ran** [1] - 10:11
**rather** [1] - 33:11
**RE** [1] - 1:4
**reach** [1] - 19:25
**reached** [1] - 46:20
**reaching** [1] - 19:7
**read** [4] - 26:17, 30:5, 30:6
**realize** [2] - 12:17, 29:18
**really** [5] - 31:9, 37:14, 38:21, 39:1, 39:2
**Realtime** [1] - 48:3
**reason** [3] - 14:18, 30:3, 44:8
**reasonably** [1] - 21:14
**reasons** [4] - 19:17, 19:18, 23:21, 35:10
**received** [2] - 34:16, 43:24
**receiving** [1] - 31:2
**recently** [2] - 29:9, 30:4
**recognition** [1] - 46:18
**recognized** [1] - 17:11
**Record** [1] - 43:20
**RECORD** [1] - 7:19
**record** [2] - 37:23, 48:9
**RECORDED** [1] - 6:24
**recovered** [1] - 12:21
**REDDEN** [1] - 4:23
**redepose** [1] - 19:20
**referring** [1] - 30:5
**regard** [4] - 12:13, 12:20, 13:6, 37:17
**Registered** [2] - 48:3,

48:4
**regular** [1] - 8:16
**RELATES** [1] - 1:8
**relates** [1] - 40:24
**relating** [2] - 16:4, 21:2
**release** [1] - 38:12
**released** [2] - 41:3, 41:17
**releasing** [1] - 43:8
**relief** [1] - 40:23
**remaining** [2] - 15:23, 39:1
**remains** [3] - 16:21, 23:12, 24:23
**remember** [2] - 41:15, 43:8
**remind** [3] - 12:23, 14:4, 45:4
**reminding** [1] - 45:16
**remotely** [1] - 14:21
**removed** [3] - 13:17, 32:9, 32:10
**rendered** [1] - 33:9
**renewing** [1] - 20:20
**repeat** [1] - 19:25
**report** [22] - 15:10, 15:13, 20:18, 21:22, 24:16, 25:11, 27:2, 32:15, 33:9, 35:2, 36:15, 38:12, 39:7, 39:11, 39:13, 39:15, 39:16, 39:19, 40:3, 40:8, 44:20
**Reporter** [6] - 48:3, 48:3, 48:5, 48:15
**REPORTER** [1] - 6:22
**REPORTER'S** [1] - 48:1
**reports** [3] - 26:11, 29:23, 39:9
**representation** [2] - 12:6, 36:17
**represented** [2] - 16:19, 45:11
**require** [2] - 14:13, 14:15
**requires** [1] - 24:10
**requiring** [1] - 42:25
**reserve** [2] - 18:16, 44:18
**resolve** [1] - 44:2
**resolving** [1] - 27:20
**resources** [1] - 46:22
**respect** [6] - 15:7, 15:24, 37:5, 38:5, 40:23, 41:14
**responded** [1] - 23:1
**response** [3] - 30:16, 39:6, 40:25

**RESPONSE** [2] - 5:20, 6:3
**responsive** [1] - 11:5
**result** [1] - 32:4
**results** [3] - 31:12, 31:5, 35:6
**retain** [1] - 38:9
**reviewing** [1] - 27:18
**RICHESON** [1] - 5:13
**RIG** [1] - 1:4
**rigging** [1] - 42:4
**rights** [1] - 11:24
**rise** [2] - 8:7, 47:9
**RMR** [2] - 6:22, 48:14
**road** [1] - 27:21
**Rob** [1] - 10:7
**ROBERT** [2] - 2:6, 4:16
**Robert** [1] - 9:20
**Robin** [1] - 9:15
**role** [1] - 46:20
**rolling** [1] - 27:17
**ROME** [1] - 5:20
**Ron** [1] - 9:14
**Rondon** [2] - 20:1, 20:21
**RONQUILLO** [2] - 5:3, 5:7
**room** [2] - 8:11, 10:11
**ROOM** [2] - 2:24, 6:22
**routinely** [1] - 30:4
**ROY** [8] - 1:15, 1:16, 8:20, 17:7, 22:25, 23:18, 37:23, 46:7
**Roy** [8] - 8:20, 17:6, 17:7, 18:9, 22:24, 37:23, 46:6, 46:7
**Rule** [1] - 18:12
**ruling** [2] - 16:2, 44:5
**running** [1] - 38:20

## S

**s/Cathy** [1] - 48:13
**safe** [2] - 30:20, 34:20
**salaried** [1] - 31:6
**SALLY** [1] - 6:15
**samples** [1] - 34:11
**San** [1] - 23:8
**SAN** [2] - 2:20, 2:25
**saved** [1] - 42:23
**scanning** [1] - 32:8
**schedule** [9] - 22:9, 33:14, 34:1, 36:25, 37:21, 38:7, 38:21, 39:1, 39:3
**SCHEDULED** [1] - 7:22
**scheduled** [5] - 12:11,

12:25, 27:7, 28:20, 45:18
**schedules** [1] - 22:6
**SCHELL** [1] - 5:13
**Scofield** [1] - 10:21
**SCOFIELD** [2] - 6:17, 10:21
**scope** [1] - 12:21
**Scott** [1] - 8:24
**SCOTT** [1] - 2:16
**screen** [1] - 23:4
**sea** [1] - 42:5
**Seacor** [1] - 10:6
**SEACOR** [6] - 6:4, 6:4, 6:5, 6:5, 6:6, 6:6
**searching** [1] - 23:12
**seat** [1] - 10:22
**seated** [1] - 8:8
**second** [8] - 14:15, 20:17, 22:8, 40:16, 40:22, 42:3, 42:7, 42:25
**SECOND** [1] - 7:15
**SECREST** [1] - 4:23
**securities** [2] - 22:2, 22:13
**see** [6] - 15:3, 18:17, 31:19, 42:2, 43:5, 44:3
**seeing** [1] - 26:12
**seeks** [1] - 11:24
**seem** [1] - 26:12
**segue** [2] - 31:10, 34:7
**select** [1] - 44:15
**Senator** [2] - 26:4, 26:5
**send** [1] - 20:12
**sense** [1] - 42:9
**sensitive** [2] - 30:17, 31:8
**separate** [1] - 13:1
**serious** [1] - 18:17
**serve** [1] - 46:19
**served** [1] - 44:3
**SERVICES** [1] - 5:3
**serving** [1] - 31:6
**set** [6] - 11:9, 16:10, 23:15, 29:10, 45:10, 46:24
**settings** [1] - 19:21
**settlement** [1] - 22:6
**setup** [1] - 16:18
**seven** [3] - 15:24, 19:2, 28:20
**several** [1] - 21:6
**share** [2] - 28:23, 42:10
**Shelby** [1] - 26:4
**SHELL** [1] - 4:10

**shooting** [1] - 32:14
**shore** [1] - 41:23
**short** [6] - 11:3, 16:9, 16:20, 17:8, 17:20, 17:25
**shortly** [3] - 16:3, 22:18, 43:2
**show** [2] - 24:11, 26:18
**showing** [1] - 31:22
**SHUSHAN** [1] - 6:15
**Shushan** [10] - 11:12, 13:3, 15:2, 21:12, 27:9, 27:22, 33:1, 37:11, 47:6
**Shushan's** [2] - 11:15, 19:12
**side** [2] - 9:25, 32:21
**SIEMENS** [1] - 6:7
**sifting** [1] - 33:4
**sign** [2] - 24:5, 36:1
**signed** [2] - 22:17, 24:6
**significantly** [2] - 25:11, 25:13
**similar** [2] - 18:25, 22:17
**similarly** [1] - 35:5
**simply** [1] - 32:7
**site** [3] - 45:6, 45:14
**sitting** [1] - 10:12
**situations** [1] - 17:13
**slight** [1] - 34:12
**slings** [1] - 42:5
**snags** [1] - 27:21
**so-called** [1] - 36:14
**solely** [1] - 12:10
**someone** [2] - 25:23, 45:24
**sometime** [1] - 44:3
**sometimes** [1] - 14:10
**somewhere** [1] - 41:6
**soon** [2] - 22:5, 38:24
**sophisticated** [1] - 41:24
**SOREN** [1] - 1:20
**sorry** [2] - 8:13, 10:22
**sort** [2] - 42:6, 44:11
**sorts** [2] - 29:13, 40:13
**sounds** [2] - 18:15, 28:1
**SOUTH** [1] - 2:4
**Southern** [1] - 22:1
**space** [2] - 14:6, 14:9
**spare** [1] - 41:25
**SPECIAL** [1] - 6:15
**Special** [1] - 19:5
**specifically** [2] -

22:19, 38:15
**speeding** [1] - 26:5
**spent** [1] - 30:20
**Spill** [1] - 34:19
**spill** [2] - 40:25, 41:5
**SPILL** [2] - 1:4, 5:20
**spoken** [1] - 20:12
**SQUARE** [1] - 4:10
**ST** [1] - 6:9
**stack** [4] - 31:15, 32:1, 32:2, 32:9
**staff** [1] - 42:14
**staged** [1] - 41:23
**stand** [2] - 27:3, 32:7
**standpoint** [1] - 17:8
**start** [7] - 28:4, 33:4, 33:13, 37:12, 45:20, 46:2, 46:3
**started** [2] - 37:15, 43:10
**starts** [1] - 28:6
**STATE** [4] - 3:3, 3:6, 7:8, 7:23
**State** [4] - 11:22, 46:9, 48:5
**state** [17] - 12:4, 12:16, 13:16, 14:20, 18:24, 19:2, 19:13, 19:25, 20:5, 20:7, 20:11, 20:19, 21:1, 21:7, 21:13, 30:3
**State's** [1] - 46:18
**statements** [1] - 43:25
**STATES** [2] - 1:1, 1:12
**States** [5] - 9:6, 19:3, 30:14, 48:6, 48:16
**states** [7] - 9:9, 11:8, 12:2, 12:19, 13:20, 17:17, 46:23
**statewide** [1] - 20:19
**stating** [1] - 30:7
**statistics** [2] - 24:16, 26:18
**status** [9] - 8:16, 18:24, 21:22, 24:14, 30:1, 36:9, 37:4, 44:22, 47:4
**STATUS** [5] - 1:11, 7:8, 7:9, 7:10, 7:24
**STATUS....................**
**.................** [1] - 7:13
**statute** [2] - 39:13, 39:15
**staying** [1] - 35:15
**steel** [1] - 42:25
**steering** [2] - 8:17, 46:17
**Steering** [1] - 28:9
**STEFANIE** [1] - 5:5
**STENOGRAPHY** [1] -

6:24
**STEPHEN** [1] - 1:19
**Sterbcow** [6] - 9:4, 37:24, 38:4, 39:7, 40:1
**STERBCOW** [5] - 2:12, 2:12, 9:4, 38:2, 38:4
**Steve** [6] - 8:22, 10:12, 21:5, 23:9, 23:25, 27:4
**still** [4] - 16:5, 34:22, 44:1
**stipulation** [1] - 22:17
**stipulations** [2] - 22:13, 22:16
**STONE** [1] - 4:20
**stone** [1] - 14:25
**story** [1] - 14:6
**Strange** [3] - 9:8, 46:13, 46:15
**STRANGE** [3] - 3:3, 9:8, 46:14
**STRANGE......** [1] - 7:23
**STREET** [17] - 1:17, 2:4, 2:7, 2:13, 2:19, 3:7, 3:10, 3:14, 3:21, 4:10, 4:17, 4:21, 4:25, 5:5, 5:14, 5:17, 6:22
**structure** [6] - 12:8, 32:4, 44:12, 44:16, 45:21, 46:23
**stuck** [1] - 14:9
**stuff** [1] - 33:15
**sub** [1] - 42:4
**subclass** [1] - 23:7
**subject** [6] - 14:25, 15:1, 24:23, 33:15, 33:17, 41:2
**submit** [1] - 43:3
**submitted** [5] - 15:25, 17:23, 21:17, 24:18, 32:16
**substantial** [4] - 14:19, 30:21, 32:3
**subsumed** [1] - 17:2
**suggested** [1] - 37:3
**suggesting** [1] - 36:16
**suggestion** [2] - 37:1, 37:17
**SUITE** [11] - 2:4, 2:10, 2:13, 2:16, 3:14, 4:11, 4:25, 5:5, 5:8, 5:14, 6:9
**summary** [1] - 44:11
**Summy** [1] - 8:24
**SUMMY** [2] - 2:16, 8:24

**Superbowl** [1] - 43:5
**SUPERVISE** [1] - 7:18
**supervise** [1] - 43:19
**support** [1] - 37:9
**suppose** [2] - 11:14, 16:7
**supposed** [1] - 44:20
**suspect** [1] - 40:3
**system** [1] - 41:24

### T

**tabled** [1] - 18:14
**tape** [1] - 42:1
**task** [1] - 27:24
**Team** [1] - 30:15
**teardown** [2] - 31:15, 32:11
**technical** [1] - 37:13
**tend** [1] - 33:25
**term** [1] - 43:8
**terms** [7] - 13:22, 15:23, 16:12, 25:23, 28:16, 28:23, 34:14
**TEST** [1] - 7:20
**test** [2] - 44:8, 44:11
**tester** [1] - 32:15
**tester's** [1] - 39:16
**testified** [2] - 24:24, 39:24
**testify** [1] - 40:4
**testimony** [4] - 30:25, 38:17, 38:19, 39:23
**testing** [19] - 30:1, 31:11, 32:10, 32:15, 32:23, 34:7, 34:12, 34:13, 34:15, 34:19, 34:25, 35:5, 36:10, 36:15, 37:19, 38:5, 38:9, 39:11, 40:12
**TESTING** [1] - 7:13
**TESTING....................**
**.................** [1] - 7:14
**tests** [1] - 38:8
**Texas** [6] - 19:2, 20:7, 20:9, 20:17, 20:19, 22:2
**TEXAS** [2] - 5:6, 5:9
**texting** [2] - 35:25, 36:3
**THE** [73] - 1:4, 1:5, 1:11, 1:15, 2:22, 3:6, 3:13, 5:21, 7:4, 7:8, 7:10, 8:7, 8:8, 8:12, 8:13, 8:25, 9:3, 9:24, 10:13, 10:20, 10:22, 16:8, 16:17, 17:4, 18:5, 18:19, 18:22,

19:16, 19:24, 20:4, 20:25, 21:21, 22:23, 23:15, 23:23, 24:10, 24:13, 25:3, 25:7, 25:13, 25:17, 26:9, 26:24, 27:23, 28:13, 28:25, 29:7, 33:7, 33:21, 34:6, 34:8, 35:12, 35:16, 35:24, 37:17, 38:1, 38:3, 39:4, 39:23, 40:6, 40:10, 40:15, 41:9, 42:19, 43:2, 43:6, 43:12, 43:15, 43:17, 45:4, 46:12, 47:2, 47:9
**themselves** [2] - 8:18, 45:20
**THEODORE** [1] - 6:11
**thereto** [1] - 21:2
**they've** [2] - 30:20, 31:18, 32:3
**THIBODEAUX** [1] - 3:20
**thinking** [2] - 11:19, 46:2
**third** [2] - 11:16, 22:17
**THIS** [1] - 1:8
**THOMAS** [1] - 2:2
**thousands** [3] - 16:25, 26:19
**three** [3] - 17:3, 22:2, 41:16
**tight** [1] - 38:20
**timeline** [2] - 29:13, 36:22
**timetable** [1] - 27:10
**TO** [5] - 1:8, 7:17, 7:18, 7:22, 8:4
**today** [8] - 13:4, 18:20, 24:23, 32:4, 32:25, 44:6, 45:17
**toed** [1] - 42:25
**took** [1] - 30:24
**TORTS** [1] - 2:23
**total** [2] - 15:16, 24:22
**touch** [1] - 35:15, 36:14
**toward** [1] - 17:19
**towards** [1] - 39:10
**TOWER** [1] - 1:23
**track** [3] - 29:3, 31:21, 34:2
**tracking** [2] - 27:13, 27:14
**transcript** [1] - 48:8
**TRANSCRIPT** [2] - 1:11, 6:24
**TRANSFER** [1] - 7:7
**transfer** [4] - 15:11,

15:15, 15:17, 15:24
**TRANSOCEAN** [3] - 3:17, 3:17, 3:19
**Transocean** [3] - 10:2, 10:17, 36:8
**transparency** [1] - 26:6
**TRIAL** [1] - 7:22
**trial** [24] - 12:10, 12:14, 12:25, 27:11, 27:15, 28:1, 28:2, 28:7, 28:12, 29:14, 36:20, 44:11, 44:12, 44:14, 44:16, 45:17, 45:21, 45:22, 45:25, 46:1, 46:3, 46:4
**trials** [2] - 44:8, 44:14
**TRIALS....................**
**.................** [1] - 7:20
**tried** [4] - 13:7, 19:25, 32:21, 45:8
**triple** [1] - 27:13
**true** [2] - 17:1, 48:7
**trust** [2] - 33:20, 35:1
**try** [12] - 13:8, 14:12, 14:21, 14:22, 15:8, 23:14, 27:9, 31:10, 32:23, 33:1, 33:9, 44:22
**trying** [15] - 13:14, 13:18, 17:19, 20:16, 28:22, 29:1, 29:2, 33:3, 33:13, 33:21, 34:14, 35:5, 35:19, 36:11, 44:2
**TSEKERIDES** [1] - 6:11
**Tuesday** [1] - 42:16
**turn** [1] - 35:25
**turnaround** [1] - 25:23
**tweak** [1] - 15:3
**tweeting** [1] - 36:3
**two** [16] - 11:6, 14:2, 14:13, 15:15, 17:3, 17:25, 20:5, 22:13, 22:16, 26:12, 31:2, 33:25, 34:23, 39:9, 41:14, 41:22
**two-day** [1] - 14:2
**two-page** [1] - 17:25
**TX** [2] - 2:17, 4:25
**type** [2] - 26:3, 26:14
**types** [5] - 12:15, 12:21, 13:11, 25:19, 41:14
**typical** [1] - 17:11

## U

**U.S** [1] - 2:22
**ultimately** [1] - 18:1
**under** [5] - 11:23,
  11:24, 20:19, 34:4,
  36:19
**UNDERHILL** [13] -
  2:23, 9:5, 10:11,
  30:13, 33:12, 34:3,
  34:7, 34:9, 35:18,
  39:5, 39:25, 40:7,
  40:14
**Underhill** [14] - 9:6,
  30:2, 30:12, 30:13,
  34:6, 35:14, 36:10,
  36:11, 37:5, 37:9,
  38:18, 39:5, 39:19,
  40:21
**underlying** [1] - 37:12
**underway** [2] - 22:12,
  22:22
**uniformity** [1] - 26:7
**unique** [1] - 21:19
**United** [4] - 9:6, 30:14,
  48:6, 48:16
**UNITED** [2] - 1:1, 1:12
**unless** [1] - 44:6
**unrepresented** [1] -
  45:12
**unsophisticated** [1] -
  41:25
**unwieldy** [1] - 21:15
**up** [23] - 10:22, 11:11,
  16:10, 16:16, 17:16,
  18:4, 20:20, 21:9,
  23:15, 24:11, 26:5,
  26:10, 28:4, 29:14,
  33:14, 34:10, 35:2,
  37:5, 38:20, 44:21,
  45:10, 46:5, 46:24
**USA** [2] - 5:12, 17:17
**useful** [1] - 33:5
**USLP** [1] - 10:19
**utilized** [1] - 32:7

## V

**VA** [1] - 1:24
**value** [2] - 41:21, 42:7
**varied** [1] - 13:9
**varies** [1] - 25:24
**various** [4] - 12:15,
  17:12, 25:18, 25:19
**vetted** [1] - 17:16
**vibrate** [1] - 36:2
**videos** [1] - 37:7
**visit** [1] - 37:4

**visiting** [1] - 37:19
**voiced** [1] - 25:18
**voicing** [1] - 25:19
**volume** [1] - 27:17
**voluntary** [1] - 15:20

## W

**WALKER** [1] - 1:22
**WALTHER** [1] - 4:20
**wants** [3] - 34:9, 35:3,
  42:2
**WASHINGTON** [3] -
  4:17, 5:18, 6:9
**watch** [4] - 23:3,
  23:16, 23:21, 24:4
**WATERSIDE** [1] - 1:24
**WATTS** [1] - 9:23
**Watts** [3] - 9:23,
  16:14, 16:15
**ways** [1] - 44:12
**weather** [1] - 31:21
**Weatherford** [1] -
  10:19
**web** [3] - 45:5, 45:14
**week** [6] - 31:17,
  33:25, 42:12, 44:3,
  45:25
**weeks** [1] - 33:25
**WEIGEL** [1] - 5:21
**weigh** [2] - 18:6, 21:1
**weighed** [1] - 43:25
**WEIL** [2] - 6:8, 6:11
**WEINER** [1] - 5:13
**wet** [1] - 27:7
**whereby** [1] - 21:17
**WHEREUPON** [1] -
  47:10
**WHITELEY** [1] - 3:6
**whole** [2] - 26:20, 31:7
**WILL** [1] - 7:24
**WILLIAMS** [2] - 2:9,
  2:9
**willingness** [1] - 42:13
**wish** [1] - 34:8
**witness** [5] - 11:1,
  15:5, 19:21, 30:24,
  38:18
**witnesses** [9] - 13:23,
  14:22, 15:5, 15:7,
  28:18, 39:23, 40:4,
  40:10, 40:12
**Wittmann** [1] - 10:14
**WITTMANN** [3] - 4:20,
  4:20, 10:14
**word** [1] - 17:19
**words** [1] - 45:21
**world** [1] - 28:2
**WORLDWIDE** [1] - 6:5

**WRIGHT** [1] - 1:15
**written** [4] - 15:13,
  20:18, 27:1, 27:16
**WRITTEN** [1] - 7:11

## Y

**year** [1] - 22:9
**yesterday** [16] - 11:6,
  11:11, 11:19, 12:1,
  12:7, 13:7, 13:24,
  16:2, 19:11, 21:9,
  21:17, 24:24, 26:3,
  28:8, 30:24, 38:18
**YORK** [3] - 5:8, 5:22,
  6:12