OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: February 3, 2011
In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

vs.

These Pleadings apply to:
All Cases in Pleading Bundle Section iii.B(3)

Case No. MDL 2179  Section J

Dear Sir:          JUDGE BARBIER          MAGISTRATE SHUSHAN

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Seacor Marine Inc.(through its registered agent)
   (address) 1011 N. Causeway Blvd., Suite 3, Mandeville, LA 70471

2. (name) Seacor Marine International, Inc.(through its registered agent)
   (address) 1011 N. Causeway Blvd., Suite 3, Mandeville, LA 70471

3. (name) O'BRIEN RESPONSE MANAGEMENT, INC.(through its registered agent) National Registered Agents, Inc.
   (address) 1011 N. Causeway Blvd., Suite 3, Mandeville, LA 70471

4. (name) _____
   (address) _____

Very truly yours,

_____Stephen J. Herman_____
"Signature"

Attorney for  Plaintiffs

Address  HERMAN HERMAN KATZ & COTLAR, LLP

820 O'Keefe Ave
New Orleans, LA 70113