# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that Plaintiffs' **Motion for Leave to File Local Government Entity Voluntary Master Complaint and to Adopt Local Government Short-Form Joinder (Rec. Doc. 1093)** is hereby **SET** for hearing on **Friday, February 25, 2011** during the Court's status conference at 9:30 a.m. Any opposition shall be filed no later than Friday, February 18, 2011. In advance of the Court's status conference, the parties shall meet and confer with each other and with Magistrate Judge Shushan at her already-scheduled status conference on Friday, February 11, 2011.

New Orleans, Louisiana, this 3rd day of February, 2011.

CARL J. BARBIER
United States District Judge