UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig              MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                       JUDGE BARBIER

                                              MAGISTRATE SHUSHAN

## ORDER

At the request of Liaison Counsel for Plaintiffs and Defendants,

**IT IS ORDERED** that the deadline for submitting additional briefing the Court on OPA compliance, which is currently set for February 11, 2011 per the Court's Order and Reasons (Rec. Doc. 1098), is hereby **RESET** for **Friday, February 18, 2011**.

New Orleans, Louisiana, this 3rd day of February, 2011.

                                    _____
                                            CARL J. BARBIER
                                        United States District Judge