UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: 10-1472 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Having been informed by the relevant parties that an agreement has been reached,

**IT IS ORDERED** that Omega Protein, Inc's **Motion to Quash Subpoena Duces Tecum and for Protective Order (Rec. Doc. 966)** is hereby **DENIED** as **MOOT**.

New Orleans, Louisiana, this 4th day of February, 2011.

_____
**CARL J. BARBIER**
**United States District Judge**