UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION FOR REHEARING REGARDING FEBRUARY 2, 2011 ORDER RE PSC's "MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN BP DEFENDANTS AND PUTATIVE CLASS MEMBERS"

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the following cases, to submit this Motion For Rehearing:

1. Bill's Oyster House, LLC *et al* (E.D. La., 10-cv-1308)
2. Howard Buras (M.D. La., 10-cv-369 and 10-cv-2994)
3. Armand's Bistro (W.D. La., 10-cv-1007 and 10-cv-4489)
4. Faye Loupe *et al.* (E.D. La., 10-cv-2764)
5. Laura Gautreaux (E.D. La., 10-cv-1539)
6. Brent Rodrigue, Sr *et al.* (E.D. La., 10-cv-1325)
7. Issadore Creppel (E.D. La., 10-cv-1346)

This Motion is based up material factual errors in the Court's February 2, 2011 "Order and Reasons", as specified in the accompanying Memorandum in Support.

Respectfully submitted,

this 4th day of February, 2011.

/s/   *Daniel E. Becnel, Jr.*

DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs Bill's Oyster House, LLC; Howard Buras, Armand's Bistro, Faye Loup et al.; Laura Gautreaux, Brent Rodrigue, Sr., et al.; and Issadore Creppel**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __4th__ day of __February__, 2011.

/s/ _Daniel E. Becnel, Jr._