## EXHIBIT "B"

New York Times

# Treasury to Set Executives' Pay at 7 Ailing Firms

By STEPHEN LABATON
Published: June 10, 2009

WASHINGTON — The Obama administration's sweeping new proposal to restrict executive pay is likely to be a humbling exercise for seven of the nation's largest companies, which have received billions of dollars in federal assistance to survive the economic crisis.



Joshua Roberts/Bloomberg News

Kenneth R. Feinberg has experience in mediating complicated compensation disputes, including payouts for Sept. 11 families.

But for most other companies, the plan is expected to have only a marginal effect on pay practices for now.

The Treasury Department on Wednesday appointed a well-known Washington lawyer, Kenneth R. Feinberg, to oversee the compensation of employees at the seven companies — the American International Group, Citigroup, Bank of America, General Motors, Chrysler and the financing arms of the two automakers.

He will have broad discretion to set the salaries and bonuses for their five most senior executives and their 20 most highly paid employees.

The new plan also calls on Congress to adopt legislation that would let shareholders vote on pay levels and require public companies to strengthen the independence of board panels that set executive pay.

But for most companies — both those receiving taxpayer support and those that are not — the proposal is the result of a compromise that largely lets them off the hook. The rules reveal a strong reluctance among some of President Obama's advisers to intrude more deeply into corporate boardrooms, government officials said.

The 10 large banks that received permission on Tuesday to exit the bank rescue program, for example, will face no mandatory changes to their compensation structures.

There is no such reluctance, however, when it comes to deeply troubled companies. The new rules illustrate the humiliating downfall of the once proud giants, now wards of the state whose leaders' compensation will be set by a Washington paymaster.

From his nondescript office in Room 1310 of the Treasury building where he will serve with the unwieldy title of special master for compensation, Mr. Feinberg will set the salaries and bonuses of some of the top financiers and industrialists in America.

The list includes Vikram S. Pandit, the head of Citigroup, whose total pay came to $38 million in 2008; Kenneth D. Lewis, the chief executive of Bank of America, who last year received $9 million in total compensation; and Fritz Henderson, the chief executive of G.M., who got $8.7 million last year when he was president of the company.

While there is no salary cap at the seven companies, the plan offers an incentive for companies to adopt a voluntary cap. If they limit executive pay to no more than $500,000, Mr. Feinberg's approval will be automatic.

Mr. Feinberg will also have the right to review the compensation for the 100 most highly paid employees and any other executives.

For other financial institutions that have received federal assistance, Mr. Feinberg will play an advisory role in establishing the overall compensation structure, but without setting the exact level of pay. The goal is to reduce excessive risk-taking by executives whose compensation is tied to company performance.

Mr. Feinberg will also determine whether it would be in the public interest to force executives at companies receiving assistance who might have been overpaid — for example, if their pay was based on revenue and profit that turned out to be illusory — to return the money.

"This financial crisis had many significant causes, but executive compensation practices were a contributing factor. Incentives for short-term gains overwhelmed the checks and balances meant to mitigate against the risk of excess leverage," Timothy F. Geithner, the Treasury secretary, said Wednesday.

"By outlining these principles now, we begin the process of bringing compensation practices more tightly in line with the interests of shareholders and reinforcing the stability of firms and the financial system," he added.

Rather than decide compensation levels at the seven companies himself, Mr. Geithner decided to appoint Mr. Feinberg, a mediator whose last major assignment was putting a financial value on the lives of victims of the Sept. 11 attacks.

Under the new rules, the seven companies will have 60 days to submit the pay packages of the 25 top executives. Mr. Feinberg would then have 60 days to review those plans.

In weighing the appropriateness of the pay, Mr. Feinberg is to consider such criteria as the profitability of the company, the general marketplace for compensation, the ability of the company to repay their taxpayer loan and the extent to which the pay packages encourage excessive risk-taking.

For the smaller institutions that remain in the Troubled Asset Relief Program, executives face some restrictions, but there are loopholes. Many of the new rules, for instance, will not apply to companies that received the relief funds before February — the vast majority of companies in the program.

The compensation and perks of executives at some of the companies receiving aid provoked a political firestorm this year. In revising a February proposal to set pay limits, the Obama administration has decided to leave the success or failure of its effort to tame excessive compensation largely to Mr. Feinberg. (Mr. Feinberg himself will not receive any compensation for his job.)

The latest plan tries to satisfy public demand for controlling excessive pay while not spooking Wall Street, which the administration is relying on to help buy the troubled mortgage-backed assets at weaker banks.

Mr. Geithner told reporters on Tuesday that financial institutions remain worried about "political risks" including more government regulation of compensation, if they participate in the Public-Private Investment Program to buy those assets.

The announcement is the third effort by Washington to respond to public outrage over outsize pay packages. On Feb. 4, the Obama administration announced a proposal to set a $500,000 cap on cash compensation for the most senior executives at troubled companies getting "exceptional assistance," and restrictions on cashing in stock incentives.

That plan did little to quell public sentiment as details of bonuses were disclosed at major companies receiving federal assistance. Two weeks after the Obama plan was announced, Congress approved a $787 billion economic stimulus bill that included tougher restrictions.

That provision, inserted by Senator Christopher J. Dodd, the Connecticut Democrat, over the objections of the Obama administration, instructed Treasury to come up with rules for the five top officers and the 20 highest-paid executives at the largest of the troubled companies.

The legislation also barred top executives from receiving bonuses exceeding one-third of their annual pay. Moreover, any bonus would have to be in the form of long-term incentives, like restricted stock, which could not be cashed out until the company repaid the government.

Edmund L. Andrews contributed reporting.

A version of this article appeared in print on June 11, 2009, on page A1 of the New York edition.