UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      :     MDL NO. 2179
     "DEEPWATER HORIZON" in the    :     SECTION: J
     GULF OF MEXICO, on              :
     APRIL 20, 2010

                                          :     JUDGE BARBIER
THIS DOCUMENT RELATES TO:            MAG. JUDGE SHUSHAN
 ALL CASES.

                                          :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## (Proposed) ORDER

Considering Plaintiffs' Motion For Rehearing Regarding February 2, 2011 Order re

PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative

Class Members",

     IT IS ORDERED THAT the Motion For Rehearing is GRANTED.


Signed this _____ day of _____, 2011, New Orleans, Louisiana



                              _____
                              Hon. Carl C. Barbier
                              U.S. District Judge