UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## (Proposed) ORDER

Considering Plaintiffs' Motion For Rehearing Regarding February 2, 2011 Order re PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members, which Motion For Rehearing has previously been granted,

IT IS ORDERED THAT the PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members", which had previously been granted in part, upon rehearing, is now DENIED IN FULL; and

IT IS FURTHER ORDERED THAT this Court's February 2, 2011 "Order and Reasons", which had granted that Motion in part, is no longer of any effect whatsoever.

Signed this _____ day of _____, 2011, New Orleans, Louisiana

_____
Hon. Carl C. Barbier
U.S. District Judge