UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| These Pleadings apply to: *All Cases in Pleading Bundle Section III.B(3)* | * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * | * | |

NOTICE OF APPEARANCE

TO:     ALL PARTIES OF RECORD

AND TO:     All Counsel Of Record

PLEASE TAKE NOTICE that the appearance of defendants LYNDEN, INC., and LYNDEN AIR CARGO, LLC, is hereby entered in the above-entitled action through the undersigned attorneys. You are directed to serve all future pleadings or papers, except original process, upon the following attorneys at the address indicated.

> Paul R. Taylor
> Jofrey M. McWilliam
> Byrnes Keller Cromwell LLP
> 1000 Second Avenue, 38th Floor
> Seattle, WA 98104
> Telephone: (206) 622-2000
> Fax: (206) 622-2522
> Email: ptaylor@byrneskeller.com
>            jmcwilliam@byrneskeller.com

1

RESPECTFULLY SUBMITTED this 1st day of February, 2011.

        BYRNES KELLER CROMWELL LLP

        By  /s/ Paul R. Taylor
           Paul R. Taylor, WSBA #14851
           Jofrey M. McWilliam, WSBA #28441
        1000 Second Avenue, 38th Floor
        Seattle, WA  98104
        Telephone:  (206) 622-2000
        Facsimile:  (206) 622-2522
        ptaylor@byrneskeller.com
        jmcwilliam@byrneskeller.com
        Attorneys for Defendants
        Lynden Air Cargo, LLC and
        Lynden, Inc.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 1, 2011.

/s/ Paul R. Taylor
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com
Attorneys for Defendants
Lynden Air Cargo, LLC & Lynden, Inc.