```
1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                     NEW ORLEANS, LOUISIANA
7                                    FRIDAY, JANUARY 28, 2011, 11:OO A.M.

8    THIS DOCUMENT RELATES TO
     ALL ACTIONS
9
     ****************************************************************
10

11                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                  HEARD BEFORE THE HONORABLE SALLY SHUSHAN
12                    UNITED STATES MAGISTRATE JUDGE

13
     APPEARANCES:
14

15   FOR THE PLAINTIFFS'
     LIAISON COMMITTEE:          DOMENGEAUX WRIGHT ROY & EDWARDS
16                               BY:   JAMES P. ROY, ESQUIRE
                                 P. O. BOX 3668
17                               556 JEFFERSON STREET
                                 LAFAYETTE, LA  70502
18

19                               HERMAN HERMAN KATZ & COTLAR
                                 BY:   STEPHEN J. HERMAN, ESQUIRE
20
                                 820 O'KEEFE AVENUE
21                               NEW ORLEANS, LA  70113

22

23   PLAINTIFFS' STEERING
     COMMITTEE MEMBERS:          CUNNINGHAM BOUNDS
24                               BY:   ROBERT T. CUNNINGHAM, ESQUIRE
                                 1601 DAUPHIN STREET
25                               MOBILE, AL 36604
```

09:23AM

1  APPEARANCES CONTINUED:

2

3                              WILLIAMS LAW GROUP
                               BY:  CONRAD S. P. WILLIAMS, ESQUIRE
4                              435 CORPORATE DRIVE, SUITE 101
                               HOUMA, LA  70360
5

6                              LEWIS, KULLMAN , STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQUIRE
7                              PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
8                              NEW ORLEANS, LA  70130

9

                               IRPINO LAW FIRM
10                             BY:  ANTHONY IRPINO, ESQUIRE
                               ONE CANAL PLACE
11                             365 CANAL STREET, SUITE 2990
                               NEW ORLEANS, LA  70130
12

13

14 FOR THE FEDERAL
   GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
15                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
16                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
17                           SAN FRANCISCO, CA  94102

18

19 FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  LUTHER STRANGE, ESQUIRE
20                          500 DEXTER AVENUE
                            MONTGOMERY, AL  36130
21

22 FOR THE STATE OF
   LOUISIANA:               KANNER & WHITELEY
23                          BY:  ALLAN KANNER, ESQUIRE
                            701 CAMP STREET
24                          NEW ORLEANS, LA  70130

25

```
 1  APPEARANCES CONTINUED:

 2

 3                              HENRY DART
                                ATTORNEYS AT LAW
 4                              510 NORTH JEFFERSON STREET
                                COVINGTON, LA  70433
 5

 6
    FOR TRANSOCEAN HOLDINGS
 7  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
 8  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
 9  INC.:                       FRILOT
                                BY:  KERRY J. MILLER, ESQUIRE
10                                   PAUL C. THIBODEAUX, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
11                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
12

13  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
14  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
15  BP CORPORATION NORTH
    AMERICA INC.,
16  BP EXPLORATION &
    PRODUCTION INC.,
17  BP HOLDINGS NORTH
    AMERICA LIMITED,
18  BP PRODUCTS NORTH
    AMERICA INC.:               LISKOW & LEWIS
19                              BY:  DON K. HAYCRAFT, ESQUIRE
                                     R. KEITH JARRETT, ESQUIRE
20                              ONE SHELL SQUARE
                                701 POYDRAS STREET
21                              SUITE 5000
                                NEW ORLEANS, LA 70139
22

23                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQUIRE
24                              300 N. LASALLE
                                CHICAGO, IL 60654
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
 4                               BY:  PHILLIP A. WITTMANN, ESQUIRE
                                      CARMELITE M. BERTAUT, ESQUIRE
 5                               546 CARONDELET STREET
                                 NEW ORLEANS, LA 70130
 6

 7                               BECK REDDEN & SECREST
                                 BY:  DAVID J. BECK, ESQUIRE
 8                               ONE HOUSTON CENTER
                                 1221 MCKINNEY STREET, SUITE 4500
 9                               HOUSTON, TX  77010

10
     FOR HALLIBURTON
11   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                                 BY:  DONALD E. GODWIN, ESQUIRE
12                                    JENNY L. MARTINEZ, ESQUIRE
                                      STEFANIE K. MAJOR, ESQUIRE
13                               1201 ELM STREET, SUITE 1700
                                 DALLAS, TEXAS 75270
14

15                               GODWIN RONQUILLO
                                 BY:  R. ALAN YORK, ESQUIRE
16                               1331 LAMAR, SUITE 1665
                                 HOUSTON, TEXAS 77010
17

18
     FOR ANADARKO
19   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY LP,
20   MOEX USA CORPORATION,
     AND MOEX OFFSHORE 2007
21   LLC:                        KUCHLER POLK SCHELL WEINER & RICHESON
                                 BY:  DEBORAH D. KUCHLER, ESQUIRE
22                               1615 POYDRAS STREET, SUITE 1300
                                 NEW ORLEANS, LA  70112
23

24                               BINGHAM MCCUTCHEN
                                 BY:  KYLE KIRBY, ESQUIRE
25                               2020 K STREET
                                 WASHINGTON, DC  20006
```

```
1    APPEARANCES CONTINUED:

2


3    FOR MARINE SPILL
     RESPONSE CORPORATION:      BLANK ROME
4                               BY:  ALAN M. WEIGEL, ESQUIRE
                                THE CHRYSLER BUILDING
5                               405 LEXINGTON AVENUE
                                NEW YORK, NY  10174
6


7
     FOR O'BRIEN'S RESPONSE
8    MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,
9    SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,
10   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,
11   SEACOR MARINE
     INTERNATIONAL, INC.,
12   AND SIEMENS FINANCIAL,
     INC.:                      WEIL GOTSHAL & MANGES
13                              BY:  MICHAEL J. LYLE, ESQUIRE
                                1300 I ST., NW, SUITE 900
14                              WASHINGTON, DC  20005

15
                                WEIL GOTSHAL & MANGES
16                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
                                767 FIFTH AVENUE
17                              NEW YORK, NY  10153

18

19
     ALSO PRESENT:             CHRISTOPHER ZAINEY, ESQUIRE
20                             DENISE SCOFIELD, ESQUIRE
                               BRENT COON, ESQUIRE
21
                               ANTHONY FITCH, ESQUIRE
22                             HARIKLIA KARIS, ESQUIRE
                               JEFFREY GRAND, ESQUIRE
23
                               JOHN ROBAN, ESQUIRE
24                             JEREMY GRABEL, ESQUIRE
                               GLENN GOODIER, ESQUIRE
25
```

1   APPEARANCES CONTINUED:

2

3                           DENNIS BARROW, ESQUIRE
                            STEVEN O'ROURKE, ESQUIRE
4                           DEANNA CHANG, ESQUIRE

5                           GARY HEMPHILL, ESQUIRE
                            MICHELLE DELEMARRE, ESQUIRE
6

7

8   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 500 POYDRAS STREET, ROOM B406
9                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
10

11  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **I N D E X**

2

3    SPEAKERS                                        PAGE

4

5    MR. HERMAN..........................................  10

6    MR. LANGAN..........................................  12

7    MR. GODWIN..........................................  15

8    MR. LANGAN..........................................  15

9    MR. MILLER..........................................  17

10   MS. KUCHLER.........................................  19

11   MR. ROY.............................................  19

12   MR. DART............................................  20

13   MR. LANGAN..........................................  23

14   MR. ROY.............................................  24

15   MS. KARIS...........................................  24

16   MR. LANGAN..........................................  25

17   MR. HERMAN..........................................  26

18   MR. GRAND...........................................  26

19   MR. LANGAN..........................................  28

20   MR. GRAND...........................................  28

21   MR. HERMAN..........................................  29

22   MR. LANGAN..........................................  30

23   MR. ROY.............................................  31

24   MR. GODWIN..........................................  32

25   MS. KARIS...........................................  33

```
 1   MR. DART...............................................  36

 2   MS. KUCHLER............................................  36

 3   MR. LANGAN.............................................  37

 4   MR. UNDERHILL..........................................  38

 5   MR. GODWIN.............................................  39

 6   MR. LANGAN.............................................  39

 7   MR. STERBCOW...........................................  41

 8   MR. MILLER.............................................  42

 9   MR. UNDERHILL..........................................  42

10   MR. LANGAN.............................................  44

11   MR. CUNNINGHAM.........................................  45

12   MR. DART...............................................  46

13   MR. LANGAN.............................................  47

14   MR. STERBCOW...........................................  47

15   MR. LANGAN.............................................  48

16   MR. COON...............................................  49

17   MR. LANGAN.............................................  51

18   MR. GODWIN.............................................  52

19   MR. HAYCRAFT...........................................  53

20

21

22

23

24

25
```

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JANUARY 28, 2011

M O R N I N G    S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Everybody have a seat.  Not everybody can have a seat, but okay.

So who do we have on the phone?

MR. TSEKERIDES:  Ted Tsekerides, Your Honor.

THE COURT:  All right, Ted.  How are you doing today?

MR. TSEKERIDES:  Pretty good.  Still digging out up here.

THE COURT:  Well, I'm sorry about that --

MR. FITCH:  It's Tony Fitch.

THE COURT:  I'm sorry, we didn't hear you on that one.  Try again.

MR. FITCH:  It's Tony Fitch, F-I-T-C-H, co-counsel with Ky Kirby for Anadarko and MOEX.

THE COURT:  Okay, good.  Thank you.

MR. WEIGEL:  Alan Weigel from Blank Rome for Marine Spill Response Corporation, and I'm about as dug out as Ted.

THE COURT:  Well, if it helps, it's sunny and about 63

11:01AM  1    degrees today here.

11:01AM  2            MR. WEIGEL:  That doesn't help at all, Your Honor.

11:01AM  3            THE COURT:  That's my point.  Sorry about that.  It's a

11:01AM  4    gorgeous day.  Unfortunately, we are in a windowless courtroom,

11:01AM  5    and I'm going to try to make it as fast as we can so everybody

11:01AM  6    can get out there.

11:01AM  7        Let's see, Mr. Herman, let's start with you.  I know that

11:01AM  8    you've got something on your mind.

11:01AM  9            MR. HERMAN:  Yes.  Well, I just want to put something on

11:01AM 10    the Court's radar, and Jim started to mention it during the

11:01AM 11    liaison conference.  This is Steve Herman for the plaintiffs,

11:01AM 12    trying to speak up.

11:01AM 13        It's something that we raised with some of the defense

11:01AM 14    liaison counsel in a telephone conference yesterday.  But in

11:01AM 15    dealing with the mechanics of how we are going to process the

11:01AM 16    short forms, there are various different steps along the process;

11:01AM 17    filing, service, and then communication with, at the very least,

11:02AM 18    the pro se claimants after -- after that period, or whatever the

11:02AM 19    critical deadlines are, et cetera.

11:02AM 20        In figuring out the mechanics and where everyone fits in, we

11:02AM 21    had a follow-up discussion with LexisNexis yesterday.  We tried

11:02AM 22    to conference in Carmelite and she was tied up, but I understand

11:02AM 23    she's talked to them since then, to try to figure out some of the

11:02AM 24    mechanics with LexisNexis in getting the filing stage to the -- I

11:02AM 25    don't know if they are going to be served.  Now we're just

11:02AM 1    talking about uploading them on LexisNexis but not actually

11:02AM 2    having them served so they are available.  I don't know the

11:02AM 3    mechanics of all of that.

11:02AM 4         This also dovetails into an issue that Jim and I raised with

11:02AM 5    Don and Kerry briefly yesterday on the phone, which is it seems

11:02AM 6    to us that certainly for the pro se claimants, because Jim and I

11:02AM 7    and the PSC are going to have some responsibility there, but even

11:03AM 8    beyond that, the plaintiffs are going to be creating a database

11:03AM 9    of claimants, at least the defendants collectively are going to

11:03AM 10   be creating a database, perhaps the defendants will be creating

11:03AM 11   their own separate databases, and certainly there is going to be

11:03AM 12   information that's going to be proprietary and stuff like that.

11:03AM 13   But there is likely a way that we could collectively have one

11:03AM 14   master database of objective information, perhaps someone that's

11:03AM 15   Court appointed.

11:03AM 16        If that is going to happen, so that everyone can share that

11:03AM 17   database, we would like to try to get that addressed on the front

11:03AM 18   end so then we can figure out how other vendors, whether the

11:03AM 19   LexisNexis, the Clerk's Office, outside vendors, et cetera, how

11:03AM 20   everyone is going to fit into the process, and we need to kind of

11:03AM 21   start that discussion now, and that's what we wanted to raise.

11:03AM 22        I'm not trying to blind side the defendants with it, but

11:04AM 23   those are the issues that we're -- that we're working through

11:04AM 24   while we're also working through the deposition issues.

11:04AM 25             THE COURT:  Good.  I think that makes good sense, and I

11:04AM 1  assume that the defendants think that makes good sense, to have

11:04AM 2  one master database with just information that everybody can

11:04AM 3  access.

11:04AM 4          MR. LANGAN:  Andy Langan for BP, Your Honor.

11:04AM 5     We have to think about this.

11:04AM 6          THE COURT:  I understand.

11:04AM 7          MR. LANGAN:  Let's assume hypothetically we've already

11:04AM 8  done our own.  I mean, what if that's the case?

11:04AM 9          THE COURT:  Hypothetically?

11:04AM 10         MR. LANGAN:  Yeah.  I mean -- so I mean, they mentioned

11:04AM 11  this on the phone for the first time yesterday.  I didn't know it

11:04AM 12  was on the agenda today.  I didn't have an opportunity to spend

11:04AM 13  five seconds --

11:04AM 14         THE COURT:  It's a good issue to think about.  How about

11:04AM 15  that?

11:04AM 16         MR. LANGAN:  All right.

11:04AM 17         THE COURT:  Thank you.

11:04AM 18    Let's talk about it and maybe put it on the agenda for our

11:04AM 19  next conference, which isn't going to be monthly.  I think at

11:04AM 20  first it's probably going to be weekly.  The first thing I wanted

11:04AM 21  to talk about is if I'm going to start having regular weekly to

11:05AM 22  ten-day meetings, something along those lines.

11:05AM 23    I would like to reduce the size of the work group that comes

11:05AM 24  in to see me, not that I'm not glad to see everybody, and I

11:05AM 25  understand today everybody just came over from the bigger status

11:05AM   1   conference, but it seems to me what I would like to do as we work

11:05AM   2   through the deposition protocol issue is have a representative of

11:05AM   3   the PSC, or perhaps two.  For the defendants, I would like to

11:05AM   4   have one representative of each of the defendants to keep those

11:05AM   5   numbers down, because there are a number of you, and then

11:05AM   6   coordinating counsel seems to me to be the reasonable way to

11:05AM   7   proceed on these upcoming status conferences that we're going to

11:05AM   8   have.

11:05AM   9       If you all disagree with that, why don't you circulate an

11:06AM  10   e-mail to all directed to me to tell me what the problem with

11:06AM  11   that idea is.  Working with dozens of attorneys seems to me to be

11:06AM  12   not as efficient as we need to be to get done what we need to get

11:06AM  13   done.  So that was on my hit parade as the first thing I wanted

11:06AM  14   to talk about.

11:06AM  15       The second thing I wanted to talk about before we get into

11:06AM  16   the orders that were issued yesterday was to look at the timeline

11:06AM  17   and see if you all can agree to some modification of the

11:06AM  18   timeline, especially that period of time that you're coming into

11:06AM  19   the trial date.  When I looked at that, it looked to me like

11:06AM  20   there was an awful lot of things squeezed into a very short

11:07AM  21   period of time.  So I just want you to look at that.  I'm not

11:07AM  22   going to do anything with it.  I think we've got time to consider

11:07AM  23   it, but that's also on the radar as far as something that I think

11:07AM  24   we need to talk about.

11:07AM  25       Okay.  So moving from there, let's talk about what I think

11:07AM 1  has come to be known as the *heart attack order*; is that right,

11:07AM 2  Mr. Roy?

11:07AM 3      MR. ROY:  Yes.

11:07AM 4      THE COURT:  I say that only partly laughingly.  The

11:07AM 5  intent of Pretrial Order Number 27 is not to make the lives of

11:07AM 6  the attorneys miserable.  I'm very aware of the fact that you all

11:07AM 7  are already working hard and that this increases exponentially

11:08AM 8  the pressure on you to get things accomplished.  I'm sorry about

11:08AM 9  that, but I don't see any way around it.

11:08AM 10      That being said, it is what it is, and let's try to work

11:08AM 11  through it and understand that it's not my intent to increase the

11:08AM 12  pressure; it's my intent to get it done so you all can

11:08AM 13  comfortably prepare for the limitation trial.

11:08AM 14      Okay.  All right.  That being said, we've got a February 9th

11:08AM 15  deadline for a preliminary schedule reflecting the days that

11:08AM 16  we're going to set aside for depositions.  It seems to me that we

11:08AM 17  probably want to think about getting together either on the 9th

11:09AM 18  or somewhere in that neighborhood to review those dates and try

11:09AM 19  to see what we can do with that schedule.

11:09AM 20      Okay.  The 9th is a Wednesday.  What about Friday,

11:09AM 21  February 11th to get together and try to sit down and agree to

11:10AM 22  dates that are going to be set aside from March through July?

11:10AM 23  Obviously, you all are going to have some work to do before then,

11:10AM 24  and what I'm going to ask that you all do is go ahead and a

11:10AM 25  nonbinding list of people that each party believes needs to be

11:10AM  1   deposed during this time period should probably be circulated to

11:10AM  2   all.

11:10AM  3       Who wants to be the compiler to make sure that we've got no

11:10AM  4   duplicates but that we get a master list pulled together of

11:10AM  5   people who any party wants to depose?

11:10AM  6       Remember, this deposition period is going to be for fact

11:11AM  7   witnesses who are necessary for the experts to base their

11:11AM  8   opinions on.  So there will be some fact witnesses presumably

11:11AM  9   that can be taken after this time period.

11:11AM  10       Do we have a volunteer, master list volunteer?

11:11AM  11       Don Godwin has just volunteered.  Thank you, Don.

11:11AM  12       MR. GODWIN:  Thank you, Your Honor.

11:11AM  13       THE COURT:  So what I'm going to suggest to you, Don --

11:11AM  14       MR. GODWIN:  Yes, I'll volunteer, Judge.

11:11AM  15       THE COURT:  So what I'm going to suggest to everybody is

11:11AM  16   please would you start working on your list.  It will be

11:11AM  17   nonbinding.  You're not going to have a complete list because we

11:11AM  18   have not looked at all of the documents, but let's talk about

11:11AM  19   trying to get your best effort in compiling a fact witness list

11:11AM  20   and getting them to Don by no later than -- can you do it a week

11:12AM  21   ahead, which is going to be -- you can't do it next week, by the

11:12AM  22   4th?  How about by Monday, the 7th?

11:12AM  23       MR. WILLIAMS:  Fine with us, Your Honor.

11:12AM  24       MR. LANGAN:  Your Honor, that's fine with us.

11:12AM  25       Andy Langan.

11:12AM 1      On where you started, the 11th, is fine.

11:12AM 2      Also, I just wanted to point out that in terms of agreeing

11:12AM 3 on days to set aside for depositions, I actually think the

11:12AM 4 parties --

11:12AM 5           THE COURT:  Have done that.

11:12AM 6           MR. LANGAN:  Yeah.  Can I just recount what my

11:12AM 7 understanding is?  Maybe we can cut through that.

11:12AM 8           THE COURT:  Sure.

11:12AM 9           MR. LANGAN:  I think that under Pretrial Order 17,

11:12AM 10 15 days per month, I thought we had tentatively agreed Monday

11:12AM 11 through Thursday for the first three or four weeks a month, until

11:12AM 12 you reach 15 days, will be the general rule, trying to avoid

11:12AM 13 status conference dates, which are generally the last Friday of

11:12AM 14 the month.  So maybe we've already done that as a working

11:12AM 15 assumption.

11:12AM 16           THE COURT:  As a working assumption, then the issue

11:13AM 17 being, of course, Andy, what do we do about the multitracking?

11:13AM 18 Deb's problem is going to be making sure she has the capacity to

11:13AM 19 have two rooms or more ready to roll when you all start slotting

11:13AM 20 the witnesses.

11:13AM 21      Do you like the way I volunteered you for that?

11:13AM 22           MS. KUCHLER:  Thanks, Judge.

11:13AM 23           THE COURT:  If you've done that, then that's fine.

11:13AM 24      Does everybody have that understanding that those dates have

11:13AM 25 been set aside?

11:13AM 1          MR. LANGAN:  I mean --

11:13AM 2          THE COURT:  Take them off your list.  That's fine.

11:13AM 3     We still need to compile a nonbinding master list of

11:13AM 4 witnesses that we need to work through as far as availability.

11:13AM 5 If you could, when you put this list together, if you can give

11:13AM 6 the party's name, employer, job title, if any, and location so

11:14AM 7 that we know where they're coming from.  We'll compile that list,

11:14AM 8 and then we're going to start cracking away at trying to slot

11:14AM 9 them into the available dates.

11:14AM 10    As I envision it next week, what we'll do is we'll see who

11:14AM 11 the employer is and ask the employer to contact that witness and

11:14AM 12 start figuring out the availability of that witness on multiple

11:14AM 13 days to see if we can't slot them in.

11:14AM 14    I guess the other thing we probably need to do is list them

11:14AM 15 in order of priority so that, PSC, you all list them in your

11:15AM 16 hoped-for order of priority.  Most important, maybe you won't

11:15AM 17 want to take the minor ones like you have been taking, so they

11:15AM 18 would be at the top of your list with the more important ones

11:15AM 19 coming later.  I don't care how you organize it, but tell us your

11:15AM 20 hopeful order that you would like to take it.

11:15AM 21    The same with defendants.

11:15AM 22    Yes, Kerry.

11:15AM 23       MR. MILLER:  Your Honor, maybe you were going there, but

11:15AM 24 maybe I can shed some light on it.  I think as you know from our

11:15AM 25 call, when we initially had the heart attacks on Wednesday, I had

11:15AM  1    mentioned to you I had been deputized by the defense group to

11:15AM  2    carry out your request from last week with respect to the list,

11:15AM  3    and, you know, the defense group had a call about the list, you

11:15AM  4    now, I guess --

11:15AM  5            THE COURT:  You want to do a defense list?

11:15AM  6            MR. MILLER:  I don't know, I mean, that's why I'm asking

11:15AM  7    what your thoughts are because I think where we left off was, are

11:16AM  8    we going to do a defense list?  Are the plaintiffs going to do it

11:16AM  9    first, give us a list and then maybe we can look at that list,

11:16AM 10    knock those names off of it, come up with a comprehensive list?

11:16AM 11    We can't do the priority work that they are doing, but it's just,

11:16AM 12    look, I had begun to compile a defense list and --

11:16AM 13            THE COURT:  That's great.

11:16AM 14            MR. MILLER:  -- part of that compilation, though, was

11:16AM 15    seeing the common names and taking them off so you don't get a

11:16AM 16    list of 700, if, when you take the duplicates out, it's really

11:16AM 17    100 or whatever it is.

11:16AM 18        So, you know, if you want it that quickly in order to have a

11:16AM 19    meeting on February 11th, I think it may be worth taking some

11:16AM 20    time here today and figuring out logistically who is going to go

11:16AM 21    first, are there going to be blind lists submitted and then

11:16AM 22    you're going to merge or someone is going to merge them, or

11:16AM 23    should the plaintiffs give us a list, we compile our list,

11:16AM 24    48 hours after the plaintiffs give us our list, we do a merge, we

11:16AM 25    then have a list and there is some priority?

11:16AM 1     I'm not trying to overcomplicate the situation, but given

11:16AM 2  where we were before, it was getting pretty complicated to begin

11:17AM 3  with.  It's kind of a Who's-on-First routine.

11:17AM 4          THE COURT:  Okay.

11:17AM 5          MS. KUCHLER:  This is Deb Kuchler for Anadarko and MOEX.

11:17AM 6     We completely agree that staggered dates would make the most

11:17AM 7  sense because the vast majority of the witnesses many of us will

11:17AM 8  want to depose will already have been listed on the plaintiffs'

11:17AM 9  list.  So if we got their list first and then give us a couple of

11:17AM 10  days to supplement any names that weren't on their list, we could

11:17AM 11  end up with a list that doesn't have unnecessary names listed on

11:17AM 12  it.

11:17AM 13          THE COURT:  Well, that's fine, as long as we make it by

11:17AM 14  the 11th.

11:17AM 15     So, Jim, can you all get a list out by the 7th?  Then can

11:17AM 16  the defendants get their list or lists out, I would say, no later

11:17AM 17  than maybe noon on Wednesday?

11:17AM 18          MR. ROY:  Judge, we can do better than that.

11:17AM 19          THE COURT:  Can you?

11:18AM 20          MR. ROY:  By Monday we can have our prioritized list,

11:18AM 21  okay.

11:18AM 22          THE COURT:  Really?  This coming Monday?

11:18AM 23          MR. ROY:  This Monday.

11:18AM 24          THE COURT:  This Monday, we will have the plaintiffs'

11:18AM 25  prioritized list.

11:18AM 1          MR. ROY:  It will be a living, breathing organism that

11:18AM 2     may be added to or taken away from, I trust, but it will have 80,

11:18AM 3     90, whatever, names on it with the order, at least the first 30

11:18AM 4     or so prioritized, and the rest subject to prioritization.

11:18AM 5          THE COURT:  Everybody understands that the priorities

11:18AM 6     are dependent on the witnesses' availability, health, et cetera.

11:18AM 7     It's not written in stone, and yes, it's a living, breathing

11:18AM 8     organism.

11:18AM 9          MR. ROY:  Who do we turn that over to, Your Honor?

11:18AM 10          THE COURT:  I would circulate it to all, but Don is

11:18AM 11     going to be in charge of the master list compilation.  Okay.

11:19AM 12          MR. UNDERHILL:  Let the record reflect Mr. Sterbcow

11:19AM 13     appreciates being volunteered by Mr. Roy to work the weekend

11:19AM 14     through again.

11:19AM 15          MR. DART:  Good morning, Your Honor.  Hank Dart for the

11:19AM 16     State of Louisiana.

11:19AM 17          I'm a little concerned about Mr. Roy's use of the plural

11:19AM 18     personal pronoun *we*.  The State of Louisiana -- Judge Barbier was

11:19AM 19     correct in pointing out that we have an absolute right to be

11:19AM 20     represented by our own counsel, and the State of Louisiana

11:19AM 21     chooses to do that.

11:19AM 22          As Judge Barbier also pointed out, our only current action

11:19AM 23     is against Transocean, so that all of our discovery currently is

11:19AM 24     directed at Transocean.  The PSC may not want to prioritize

11:19AM 25     Transocean witnesses now, so with all due respect, we will submit

11:19AM  1   our own list and we will share it with everyone, including the

11:19AM  2   PSC and Mr. Strange and all the defense counsel.

11:19AM  3        THE COURT:  That will be fine.  If you all also -- when

11:20AM  4   you circulate that, if you'll circulate and include me and

11:20AM  5   Mike O'Keefe so we can keep up what you're up to.

11:20AM  6        MR. DART:  Absolutely.

11:20AM  7     One more request.  May the State be represented in these

11:20AM  8   weekly meetings with Your Honor?  We promise not to disrupt the

11:20AM  9   meeting.

11:20AM 10        THE COURT:  Well --

11:20AM 11        MR. DART:  We'll be very respectful of the Court.

11:20AM 12        THE COURT:  -- Hank, look, I know you will, as you know,

11:20AM 13   and I don't think you will be disruptive.  I'm going to let you

11:20AM 14   attend, but now that we have coordinating counsel, I think

11:20AM 15   that I'll be happy to have you attend and I know you won't be

11:20AM 16   disruptive, but coordinating counsel is going to play a lead role

11:20AM 17   for the states.  How about that?

11:20AM 18        MR. DART:  I accept your invitation.  Thank you,

11:20AM 19   Your Honor.

11:20AM 20        THE COURT:  All right.  Well, I appreciate your

11:20AM 21   acceptance.

11:20AM 22        MR. DART:  Thank you.

11:20AM 23        THE COURT:  Thank you.  All right.

11:20AM 24     So if we get the plaintiffs' list and they say Monday, or

11:21AM 25   early next week, then why don't the defendants circulate their

11:21AM 1    lists or list, and the State of Louisiana, by next Friday, the

11:21AM 2    4th, which will give Mr. Godwin a week to get his master list

11:21AM 3    together.

11:21AM 4        I would like you to do it, Don, by circulating the master

11:21AM 5    list maybe by the 10th or the 11th.

11:21AM 6        MR. GODWIN:  I will, Judge, the 10th.

11:21AM 7        THE COURT:  The 10th.

11:21AM 8        So then we'll have something to work from when we get

11:21AM 9    together on the 11th to try to slot witnesses in.

11:21AM 10       Would the defendants please look at the list as they come

11:21AM 11   in, and start talking to the witnesses about their availability?

11:22AM 12       MR. LANGAN:  It's Andy Langan.

11:22AM 13       Certainly we will.  I just want to mention again, as we did

11:22AM 14   in the letter we sent Your Honor yesterday, there is an important

11:22AM 15   moving part here, which is the reality of personal counsel.

11:22AM 16       THE COURT:  Absolutely.  We need to cover that.

11:22AM 17       MR. LANGAN:  So we, I think the record shows, have

11:22AM 18   worked very, very hard in getting our people produced for

11:22AM 19   deposition, worked with the PSC, get them scheduled, get them

11:22AM 20   deposed.

11:22AM 21       THE COURT:  You've done great.

11:22AM 22       MR. LANGAN:  There is a lot of moving parts, and when

11:22AM 23   you have personal counsel, we can't make these -- they are not,

11:22AM 24   and the witnesses themselves, depending on level they are, are

11:22AM 25   not parties here.

11:22AM 1          THE COURT:  I understand.

11:22AM 2          MR. LANGAN:  Okay.  So as long as we don't lose sight of

11:22AM 3    that.

11:22AM 4          THE COURT:  No, we're not going to lose sight of it, and

11:22AM 5    I think we need to discuss how we're going to work through that.

11:22AM 6    I think it's a real issue.

11:22AM 7          MR. LANGAN:  That's all I wanted to mention.

11:22AM 8          THE COURT:  I saw it in your letter.

11:22AM 9        Okay.  It seemed to me -- you all know that I was at the

11:23AM 10   first deposition for five minutes and then I got bored -- it

11:23AM 11   seems to me that we really should, and I think the plaintiffs in

11:23AM 12   passing have mentioned to me that we might think about preparing

11:23AM 13   a witness fact sheet.  The witness fact sheet would say, full

11:23AM 14   name, when were you born, where were you born, where did you go

11:23AM 15   to high school, what's your education post high school?

11:23AM 16       Come on, Andy.

11:23AM 17         MR. LANGAN:  14 hours then.  That's Mike Albert.

11:23AM 18         THE COURT:  So what we do is we get the witness to fill

11:23AM 19   this out in full and sign it, and the first thing you do at a

11:23AM 20   deposition is say, Ms. or Mr. so and so, is this your witness

11:23AM 21   fact sheet, is the information contained therein true and

11:24AM 22   correct, and you attach it as Exhibit 1 to your deposition.

11:24AM 23       What do you think?  Think about it.

11:24AM 24         MR. LANGAN:  As the producing party for the majority of

11:24AM 25   the witnesses so far, it's just more work for us.  I mean, it is.

11:24AM 1          THE COURT:  Okay.  I was just trying to shorten your

11:24AM 2    deposition day.

11:24AM 3          MR. LANGAN:  Can we take that up with our client?

11:24AM 4          THE COURT:  Absolutely.

11:24AM 5          MR. LANGAN:  I think it's a promising idea, and we'd

11:24AM 6    like to --

11:24AM 7          THE COURT:  No, I don't want to make more work, I want

11:24AM 8    to make less work.  If you all think it's more work, tell me so,

11:24AM 9    but it's a discussion I want to bring up.

11:24AM 10         MR. ROY:  Your Honor, Jim Roy.

11:24AM 11         Once again, by Monday morning, we will submit to the parties

11:24AM 12   a proposed fact sheet, which I'm reliably informed has already

11:24AM 13   been drafted but is not here in this courtroom.

11:24AM 14         THE COURT:  Mr. Sterbcow is doing to do that --

11:24AM 15         MR. ROY:  No, Mr. Sterbcow is not going to do that.  I

11:25AM 16   am going to bird dog that.

11:25AM 17         THE COURT:  Okay.  Just an item of discussion, I don't

11:25AM 18   need any commitments today, but it occurred to me that that might

11:25AM 19   shorten things.

11:25AM 20         MS. KARIS:  Your Honor, Hariklia Karis for BP.

11:25AM 21         I hear what you're saying; however, I will say, especially

11:25AM 22   in light of the increased time, it would seem to me that those

11:25AM 23   questions should take no more than five minutes on the record.

11:25AM 24         THE COURT:  It seemed that way to me, but when I left,

11:25AM 25   it was still going on.

11:25AM 1          MS. KARIS:  Well, I hear you.  Probably many of us in

11:25AM 2    this room felt the same way.  That said, I think the amount of

11:25AM 3    work that's going to be required to pre-prepare those greatly

11:25AM 4    outweighs asking the witness for five minutes than -- less than

11:25AM 5    five minutes.  We've all done it in probably every deposition

11:25AM 6    we've ever taken.  There's no reason that we can't get those

11:25AM 7    questions out in a couple minutes as opposed to add additional

11:25AM 8    work that we need to do in advance.

11:25AM 9          THE COURT:  We'll think about that.  Thank you, I do

11:25AM 10   think that's a legitimate concern.  Thank you.

11:25AM 11         Now, we had an issue, as I understand it, relative to

11:26AM 12   ESI, but that's been taken care of.

11:26AM 13       Andy, do you know what I'm talking about?

11:26AM 14         MR. LANGAN:  I saw it mentioned in Mr. Herman's note to

11:26AM 15   you, and the answer, I believe, is that we've had a number of

11:26AM 16   conversations with the PSC, Mr. Large and others and people of my

11:26AM 17   law firm and representing BP that issues come up.  We try to work

11:26AM 18   them out.

11:26AM 19         THE COURT:  Absolutely.

11:26AM 20         MR. LANGAN:  We'll try to keep the e-mails to a minimum

11:26AM 21   back and forth.

11:26AM 22         THE COURT:  Well, here's the deal, guys, when we have

11:26AM 23   these regular status conferences, if you've got an issue that we

11:26AM 24   want to take up, like a disagreement on ESI, let's bring it up at

11:26AM 25   those status conferences.

11:26AM 1      Mr. Herman.

11:26AM 2          MR. HERMAN:  If I could just -- this is Steve Herman for

11:26AM 3      the plaintiffs.

11:26AM 4          If I could quickly introduce Jeff Grand, who is more

11:26AM 5      intimately familiar.  I understand we thought we had an agreement

11:26AM 6      that was going to be memorialized today.  Hopefully that's still

11:27AM 7      near to the end.

11:27AM 8          Do you want to address the specific issue that we're

11:27AM 9      concerned about?

11:27AM 10         MR. GRAND:  Jeffrey Grand for the plaintiffs.

11:27AM 11         Thank you, Your Honor.  Yes, we've conferred several times

11:27AM 12     with representatives from BP on both the custodial file

11:27AM 13     productions in advance of deposition as well as the certain

11:27AM 14     terms.  We had hoped to have agreement today, but I think we had

11:27AM 15     some scheduling issues with, I think, finalizing call, but I

11:27AM 16     believe we have those issues resolved.

11:27AM 17         In one of the things we had talked about, which I think is

11:27AM 18     critical, particularly with respect to the scheduling of

11:27AM 19     depositions, is that for those witnesses, employed witnesses who

11:27AM 20     may have particularly large custodial files, it would be helpful

11:27AM 21     to all the parties if BP could help identify those in advance,

11:27AM 22     because my understanding is they've had a list of many people for

11:27AM 23     a long time now.  To the extent that they know that those files

11:28AM 24     are particularly large and will require an extended period of

11:28AM 25     time for themselves to conduct their review, for plaintiffs to

11:28AM 1    conduct their review, if we know that up front, it will

11:28AM 2    facilitate scheduling issues --

11:28AM 3            THE COURT:  Okay.

11:28AM 4        MR. GRAND:  -- and avoid the need for having to adjourn

11:28AM 5    and try to reschedule depositions, which I think is the concern

11:28AM 6    that everybody's had, is that those move forward without delay.

11:28AM 7            THE COURT:  I think that's a valid point, and I guess

11:28AM 8    maybe what we should think about is identifying defense witnesses

11:28AM 9    maybe with an asterisk of those who may be larger ESI discovery

11:28AM 10   because their custodial files are larger.  I do think it's a

11:28AM 11   concern because we want to stay on track.

11:28AM 12       When you say "larger," what are we talking about?

11:29AM 13           MR. GRAND:  We have been informed in some of our

11:29AM 14   preliminary discussions that there may be witnesses who have in

11:29AM 15   excess of 500,000 pages of documents in their files.  Now, if

11:29AM 16   something like that is going to be produced under the order,

11:29AM 17   certification is going to be produced in advance.  Clearly for

11:29AM 18   deposition teams, as many as we have, when we start double

11:29AM 19   tracking, potentially triple tracking depositions, we need to be

11:29AM 20   sure that we're prepared for a deposition and that everything has

11:29AM 21   been produced so that we're not having to call back witnesses

11:29AM 22   later on.

11:29AM 23           THE COURT:  Let me make sure that we're all on the same

11:29AM 24   page.  It seems to me that one of the reasons besides sliding

11:29AM 25   witnesses into dates that we're putting the master list together

11:29AM 1   is for the defendants to start gathering the custodial files.

11:29AM 2      Do we all agree that that's one of the objectives?  So that

11:30AM 3   you'll know who's coming up and you can start gathering custodial

11:30AM 4   files.

11:30AM 5      Andy, you look --

11:30AM 6      MR. LANGAN:  Absolutely we agree with that, and that's

11:30AM 7   why, for instance, the idea that it's up to us to fill in all the

11:30AM 8   dates in February now, we resist.  We can't do custodial files

11:30AM 9   and fill in.

11:30AM 10      I should also add, Your Honor, the issue that Mr. Grand is

11:30AM 11   raising we didn't know was on the agenda for today.  So I have

11:30AM 12   partners that work nonstop on this stuff that are not here.

11:30AM 13      THE COURT:  I understand.

11:30AM 14      MR. LANGAN:  So we're not agreeing to what he's talking

11:30AM 15   about or anything.  We're happy to talk about it.

11:30AM 16      THE COURT:  Right.  It's going to be an item that we

11:30AM 17   will cover again, but it seems to me that as a group, we all have

11:30AM 18   the same intent, which is to produce the custodial files enough

11:30AM 19   in advance that the plaintiffs' team can review the files, be

11:30AM 20   prepared for the deposition for the witness that we slotted into

11:30AM 21   slot one.  We're not compelling you to do anything, but it's on

11:31AM 22   the agenda.

11:31AM 23      MR. LANGAN:  Very good.

11:31AM 24      THE COURT:  Okay.

11:31AM 25      MR. GRAND:  I just want to make clear this was not an

11:31AM 1    attempt to certainly sandbag Mr. Langan on the issue.  We've

11:31AM 2    discussed this and proposed it with Mr. Nomellini days ago, and

11:31AM 3    we had been hoping that we were going to confirm all that today.

11:31AM 4    But as we had it, I wanted to make sure it was on the Court's

11:31AM 5    radar, particularly because people were going to be working on

11:31AM 6    deposition scheduling all weekend.

11:31AM 7            THE COURT:  Okay.  All right.

11:31AM 8        Mr. Herman.

11:31AM 9            MR. HERMAN:  Just, I wanted to put a caveat on the

11:31AM 10   record.  I know we discussed this in our conference where Kerry

11:31AM 11   represented the defendants with Your Honor the other day, but

11:31AM 12   just so it doesn't come back to bite us down the line, we're

11:31AM 13   putting this list together in good faith, and -- but I just want

11:31AM 14   to state for the record one of the issues that we have in putting

11:31AM 15   together the list now, and we talked about this the other day, is

11:31AM 16   that it's relatively easy to identify the witnesses involved in

11:32AM 17   what we'll call the *original casualty* for April 20th that's been

11:32AM 18   the subject of MBI hearings, oil spill commission, Congressional

11:32AM 19   hearings, et cetera.  We're still working and we have some

11:32AM 20   discovery pending that went out, I guess, about a week ago, and

11:32AM 21   as well as looking through documents to better identify the

11:32AM 22   witnesses who may be most relevant from the April 20th time

11:32AM 23   period to whenever the well was capped, which I think is in

11:32AM 24   August.

11:32AM 25        So we understand it's a nonprejudicial list, but we could

11:32AM  1   easily imagine maybe 30 days from now moving in some more

11:32AM  2   witnesses and giving them a higher priority that we don't know

11:32AM  3   about right now that would be involved in the capping containment

11:32AM  4   issue and maybe giving less of a priority to some of the people

11:32AM  5   that are on our casualty list right now.

11:32AM  6        THE COURT:  Any problem with that, guys?  So that we all

11:32AM  7   understand the constraints.

11:32AM  8        MR. LANGAN:  Your Honor, I've also understood that what

11:32AM  9   you're trying to accomplish is in the nature of a target

11:33AM 10   aspirational, without prejudice.  That goes for everybody,

11:33AM 11   plaintiffs and the defense.

11:33AM 12        THE COURT:  It goes for everybody.  And the states.

11:33AM 13   Don't forget the states.

11:33AM 14        MR. LANGAN:  And the states.

11:33AM 15        MR. UNDERHILL:  Don't forget the federal government.

11:33AM 16        THE COURT:  Don't forget the federal government.

11:33AM 17        MR. LANGAN:  Your Honor, are we in the realm of sort of

11:33AM 18   flagging issues?  Because there are one or two that we'd like to

11:33AM 19   flag.  Are you at the end of your agenda?

11:33AM 20        THE COURT:  No, I'm not, but come on in.  I mean, I have

11:33AM 21   no problem with it.

11:33AM 22        MR. LANGAN:  It is this:  I have not personally been at

11:33AM 23   the depositions, but in the eight-hour regime -- four-hour,

11:33AM 24   four-hour regime plus some time for the states -- there has been

11:33AM 25   naturally, in a free market, a lot of trading of time.  It

11:33AM 1   happens.  Counsel agree, you can have 15, whatever.

11:33AM 2            THE COURT:  It's going to be like carbon credits.

11:33AM 3            MR. LANGAN:  Carbon credits, exactly.  Frankly, there

11:33AM 4   ought to be a futures market for it.

11:33AM 5       One thing that would help a lot, it would certainly help the

11:33AM 6   producing party, so far just us, to know up front what's the

11:34AM 7   deal, to have it on the record up front about who is taking what

11:34AM 8   time.  I think that is a fair request for the producing party to

11:34AM 9   know about who is going to be talking.  I know there could be

11:34AM 10  minutes here and there, but I think that would be an appropriate

11:34AM 11  protocol to adapt, is to have it transparent about what deals

11:34AM 12  have been reached.  So we would make that request.

11:34AM 13           THE COURT:  You noticed in the order that only one hour

11:34AM 14  can be seeded, Andy; you saw that?

11:34AM 15           MR. LANGAN:  I did.

11:34AM 16           THE COURT:  So there shouldn't be a whole lot of carbon

11:34AM 17  trading going on.

11:34AM 18      Jim, do you want to address that?

11:34AM 19           MR. ROY:  Yes, ma'am, I do.  I think that the notion

11:34AM 20  that any lawyer who tries cases, much less takes depositions, is

11:34AM 21  going to know 24, 78, and 48 hours in advance of a deposition

11:34AM 22  what --

11:34AM 23           MR. LANGAN:  When it commences, that's our proposal.

11:35AM 24           THE COURT:  At the time it commences.

11:35AM 25           MR. ROY:  Regardless of whether we're talking about when

11:35AM 1    it commences, how much extra time he may or may not have, it's

11:35AM 2    just not the real world.  As depositions are taken, all right,

11:35AM 3    it's not unusual for somebody to say, all right, you know, I'm

11:35AM 4    going to reserve X amount of time.  Maybe in the course of the

11:35AM 5    remaining questioning, a lot of that got taken care of.  Maybe

11:35AM 6    it's more efficient for them to say, a certain person's on a

11:35AM 7    roll, I'm going to give a half hour of my time left to that

11:35AM 8    person.  It's more efficient in the long run.

11:35AM 9        There is no gamesmanship.  It's the real world.  To try

11:35AM 10   artificially lock it into little cells at the beginning of a

11:35AM 11   deposition, we submit, is just unrealistic.

11:35AM 12           MR. GODWIN:  Your Honor, may I?

11:35AM 13           THE COURT:  Yes, Don.

11:35AM 14           MR. GODWIN:  Thank you, Judge.  Judge, on this point I

11:35AM 15   tend to agree with Jim.  I certainly understand Andy's

11:36AM 16   frustration and those in the depositions with not knowing how

11:36AM 17   much time one is going to have.  It seems like in the first day,

11:36AM 18   there was a little more uncertainty about that because we didn't

11:36AM 19   know who we were going to get time from, but yesterday it seemed

11:36AM 20   to me that when people needed some time, they asked for any

11:36AM 21   volunteer from the other lawyers, and people readily stepped up

11:36AM 22   and said, yeah, take some time or whatever, so it was minimized.

11:36AM 23       It's hard for me to imagine how we, before we actually have

11:36AM 24   to start asking questions, know how much time we're going to

11:36AM 25   need, if any, beyond what's been allotted to us.  I know I'm

11:36AM  1   going to endeavor in that, that if I have a witness that I'm

11:36AM  2   going to have my 45 minutes with and if I think less, I can give

11:36AM  3   it to somebody else, Jim says, you're on a roll and need time,

11:36AM  4   whoever it may be.  But then again, if I see I'm going to need

11:36AM  5   more time, I'm going to try to work out with some of those others

11:36AM  6   on the defense side, would you be willing to give me five minutes

11:37AM  7   or ten minutes or a few minutes, and to try to do that.

11:37AM  8       I would rather we do this without a hard and fast rule and

11:37AM  9   see if it works, and if it continues to be an issue, when we're

11:37AM 10   back here meeting with you again, then that can be brought up

11:37AM 11   again for further discussion, but I don't want to add any more

11:37AM 12   rules than what we already have.

11:37AM 13       THE COURT:  We'll consider the request and cover it on

11:37AM 14   my next status conference.

11:37AM 15       Andy -- I'm sorry, go ahead.

11:37AM 16       MS. KARIS:  I don't mean to interrupt.  Your Honor, just

11:37AM 17   to be clear -- I'm sorry, Hariklia Karis.

11:37AM 18       Since I have been at the depositions, I want to be clear as

11:37AM 19   to what exactly we're talking about.  We have absolutely no issue

11:37AM 20   with not knowing in advance, that is, 24, 72 hours in advance how

11:37AM 21   the time has been allotted.  I agree wholeheartedly with Mr. Roy

11:37AM 22   that that may not be known.  Similarly, we have no issue with

11:37AM 23   people reserving from their time to ask questions at the end.

11:37AM 24   That has happened throughout these past two weeks.  That has not

11:38AM 25   become an issue at all.

11:38AM 1     What has, however, become an issue -- and I understand we're

11:38AM 2  still working through the glitches -- but when somebody sits down

11:38AM 3  to start asking questions, if we do not know that they have

11:38AM 4  reached some agreement that they are going to take an extra half

11:38AM 5  hour or an extra 15 minutes.

11:38AM 6     In an interest to facilitate the process and not interrupt

11:38AM 7  them, I believe everybody would agree that we've -- we, BP, who's

11:38AM 8  been the only one putting up the witnesses, have been pretty

11:38AM 9  reasonable in saying, fine, if you need an five extra minutes,

11:38AM 10  ten extra minutes.  That's not the issue.

11:38AM 11     What does become the issue, though, is if there are some

11:38AM 12  agreements that we don't know about and somebody is going a half

11:38AM 13  hour over, we don't know if that's because they've reached some

11:38AM 14  agreements, so that half hour has to come from somewhere, or if

11:38AM 15  they are just taking gratuitously an extra 15 minutes or half

11:38AM 16  hour.  The problem is, given the number of defendants, if two or

11:38AM 17  three or four parties gratuitously take an extra 15 minutes or

11:39AM 18  half hour, we have now converted this into a much longer day.

11:39AM 19     THE COURT:  That's not going to happen.  There is no

11:39AM 20  gratuity.

11:39AM 21     MS. KARIS:  The only way to track that is to know how

11:39AM 22  much time people are talking about.  We're not talking about

11:39AM 23  sticking people to two or three minutes.  That's not at all what

11:39AM 24  happened.  Candidly, when I'm sitting there in the middle of

11:39AM 25  trying to defend a deposition, I'm not adding up minutes.

11:39AM 1     I believe that people are going to proceed in good faith and

11:39AM 2     take the amount of time that has been allocated to them, but I

11:39AM 3     would like to have a sense of what we're talking about.  Are we

11:39AM 4     talking about 45 minutes, or have they already agreed that they

11:39AM 5     are going to get a half an hour of someone else's time, and so

11:39AM 6     they are going to go an hour and a half?  That's all we're

11:39AM 7     talking about.

11:39AM 8     Other than that, I think we're working through the process,

11:39AM 9     but we want to control it so that it doesn't become an extension

11:39AM 10    of two hours.

11:39AM 11         THE COURT:  Right.

11:39AM 12    Let me make it clear, guys, you're going to have to share

11:39AM 13    your time.  There are not going to be any, we're going to take a

11:40AM 14    gratuity.  If somebody is running out of time and they only have

11:40AM 15    two minutes left and they think they need four minutes, they'll

11:40AM 16    tell you and you can agree or not, and I assume you'll agree, but

11:40AM 17    there won't be any gratuities being taken that are not accounted

11:40AM 18    for among the parties.  So let me make sure that everybody

11:40AM 19    understands that.

11:40AM 20         MS. KARIS:  I appreciate that, because that's really

11:40AM 21    what we're trying to address.  Because somebody has gone

11:40AM 22    15 minutes over and then you say, I thought you had gotten time

11:40AM 23    from someone else and everybody else says, I didn't give up any

11:40AM 24    such time, so now we're stuck in a situation we're finishing

11:40AM 25    these depositions at 7 and 8 o'clock at night.

11:40AM 1        THE COURT:  Has this happened?

11:40AM 2        MS. KARIS:  Well, I think we're trying to work through

11:40AM 3   it, but I'm not going to say it hasn't happened.

11:40AM 4        THE COURT:  Okay, thank you.

11:40AM 5        MS. KARIS:  Thank you.

11:40AM 6        MR. DART:  Your Honor, Hank Dart again.

11:40AM 7      As one of the prime beneficiaries of those time extensions,

11:40AM 8   I don't think it's the problem of the defending party whose

11:41AM 9   witness is being deposed to worry about how the time is being

11:41AM 10  split up so long as the total time is not exceeded.  There was a

11:41AM 11  very active auction of time going on amongst defense counsel, was

11:41AM 12  it yesterday or the day before, and it was very entertaining, but

11:41AM 13  it seemed to work, Your Honor.  The same with the United States.

11:41AM 14  I mean, we get our 15 minutes of fame and then we run out of

11:41AM 15  time.

11:41AM 16       THE COURT:  You could give them more than that.

11:41AM 17       MR. DART:  I have, and then I look at Mr. Sterbcow and

11:41AM 18  he gives me a thumbs up and I get an extra five minutes.  But it

11:41AM 19  seems to work, Your Honor, but --

11:41AM 20       THE COURT:  It's on the radar.

11:41AM 21       MR. DART:  Yes, and I don't understand the defending

11:41AM 22  parties' concern about how we split that time up.  Thank you.

11:41AM 23       THE COURT:  Thank you.

11:41AM 24       MS. KUCHLER:  This is Deb Kuchler.

11:41AM 25      I just wanted to make it clear that I don't believe any

11:41AM 1   defendant is asking for gratuitous time, we're saying we just

11:42AM 2   need the flexibility to trade among ourselves or with the

11:42AM 3   plaintiffs or the government representatives where we feel like

11:42AM 4   the questioning could be done more efficiently.  So we're not

11:42AM 5   asking for extra time or free time.  We're just saying, if I want

11:42AM 6   to give 15 minutes to Halliburton's counsel, then he's got an

11:42AM 7   hour instead of 45 and I have 30 instead of 45.  So it won't

11:42AM 8   affect the total time.

11:42AM 9        THE COURT:  Next up on my hit parade, guys -- and I

11:42AM 10  think this is something that you all, meaning the defense group,

11:42AM 11  need to address with me -- do you all have a feel, even though

11:42AM 12  they are represented by personal counsel, of those witnesses who

11:42AM 13  might invoke the Fifth Amendment?

11:42AM 14       MR. LANGAN:  Your Honor, it's Andy Langan.  We're

11:42AM 15  developing such a feel.  It's fluid.

11:42AM 16       THE COURT:  It's fluid, I understand.  Again, everything

11:42AM 17  that we're talking about today is nonbinding, but it seems to me

11:42AM 18  that if we've got a number of witnesses who may potentially be

11:43AM 19  invoking the Fifth, that we schedule them serially.  Shouldn't

11:43AM 20  they take a half hour to an hour each?  I'm guessing.  Where we

11:43AM 21  schedule them serially and can slap the whole batch of them in in

11:43AM 22  a couple of days.  That's just something I'm going to throw out

11:43AM 23  to you all to consider, identifying them and trying to set aside

11:43AM 24  a small block of time to get them taken.

11:43AM 25       MR. LANGAN:  We hear you, and it sounds like, at least

11:43AM 1    from some of the people that are affiliated with our company,

11:43AM 2    we'll take that up with personal counsel.

11:43AM 3         THE COURT:  Just put it on your clock.

11:43AM 4         MR. UNDERHILL:  Mike Underhill, Your Honor.

11:43AM 5      I've been through that process before with parallel

11:43AM 6    proceedings.

11:43AM 7         THE COURT:  I bet you have.

11:43AM 8         MR. UNDERHILL:  There presently is not a parallel

11:43AM 9    proceeding; there is only a civil case at this time.  I just want

11:43AM 10   to caution Your Honor as far as the thought that they might be

11:44AM 11   half hour or hour depos.  Having been through it before, in order

11:44AM 12   to secure the adverse inference against a witness or their

11:44AM 13   employer, if they invoke the Fifth Amendment, you actually have

11:44AM 14   to ask the questions.  Although it seems to not make sense to a

11:44AM 15   lot of us that do it, in order to ask the trier of fact to draw

11:44AM 16   the inference, they have to draw it with respect to questions.

11:44AM 17     I suggest that I think that we might be able to

11:44AM 18   collaboratively work out a procedure to figure out -- and I,

11:44AM 19   frankly, for a lot of reasons, I would probably be more than

11:44AM 20   happy to allow other parties to ask the witness those questions,

11:44AM 21   as long as I felt that they were going to cover the ground.

11:44AM 22        THE COURT:  Yes, it seems to me you all agree to a

11:44AM 23   script that asks all the questions you want, and okay, maybe I

11:44AM 24   exaggerate a half hour or an hour, but certainly not a 15-hour

11:44AM 25   deposition, is my thought, so that if you schedule them serially,

11:44AM  1   you'll get it all under your belt and be done with that issue.

11:45AM  2   Just something to think about.

11:45AM  3           MR. UNDERHILL:  I agree.  I think that's a good

11:45AM  4   suggestion.

11:45AM  5           THE COURT:  All right.  Next up on the hit parade.  I

11:45AM  6   would like in the master list, Don, to -- look, Don.

11:45AM  7           MR. GODWIN:  Yes, Your Honor.

11:45AM  8           THE COURT:  -- to identify those witnesses that are

11:45AM  9   located outside of the United States.  Because what I want to

11:45AM 10   work toward on the 11th is picking a week where you go to the

11:45AM 11   United Kingdom and you get all of the UK witnesses taken care of,

11:45AM 12   if possible.  Obviously we have to work toward that and make sure

11:45AM 13   that the witnesses are available, but it seems to me the easiest

11:45AM 14   way to take care of those witnesses is just pick a week, go take

11:45AM 15   the depositions.

11:45AM 16           MR. GODWIN:  That's what we have been talking about,

11:45AM 17   Judge.

11:45AM 18           THE COURT:  Okay, good.  Could the master list identify

11:45AM 19   those witnesses, Don, and let me know that they are outside of

11:46AM 20   the country?

11:46AM 21      Is there anybody else outside of the country that's not in

11:46AM 22   the UK?  Does anybody know?

11:46AM 23           MR. DART:  Is Alaska out of the country?

11:46AM 24           THE COURT:  No, Alaska is in the country, but barely.

11:46AM 25           MR. LANGAN:  The answer is there are witnesses scattered

11:46AM 1   around the globe, yeah.

11:46AM 2           THE COURT:  Could you identify all witnesses that are

11:46AM 3   outside of the country?

11:46AM 4           MR. LANGAN:  Yes.

11:46AM 5           THE COURT:  We'll cross that bridge on the 11th.

11:46AM 6       I would like to talk about losing dates.  We're not going to

11:46AM 7   do anything today.

11:46AM 8       Andy, I read your letter in detail and I understand all of

11:46AM 9   your concerns, but we are going to need to confront that issue at

11:46AM 10  the meeting on the 11th so that we don't lose dates if at all

11:46AM 11  possible.  We're all going to be under the gun, and it just seems

11:46AM 12  to me that we have got to work through that and come up with some

11:47AM 13  kind of way of coping with it, maybe a minor list of witnesses

11:47AM 14  that we could slot in if we lose a date because someone is ill or

11:47AM 15  otherwise.  So put that on your list.

11:47AM 16      Now, as I understand, Andy, your letter, currently we have

11:47AM 17  eight witnesses scheduled for February.  Are we looking to take

11:47AM 18  the Vidrine, Morel and -- how do you say the other one?

11:47AM 19          MR. LANGAN:  Sepulvado.

11:47AM 20          THE COURT:  Sepulvado in February.  You indicate you're

11:47AM 21  looking to line them up.

11:47AM 22          MR. LANGAN:  The answer is we think that in the latter

11:47AM 23  part of February, Ronnie S. could potentially be slotted in

11:47AM 24  there, if necessary.

11:47AM 25          THE COURT:  Okay.  But you're not looking for Vidrine or

11:48AM  1   Morel to be slotted in --

11:48AM  2        MR. LANGAN:  You know, we talked about this with the

11:48AM  3   PSC.  Both of them have personal counsel.  Mr. Vidrine has

11:48AM  4   medical issues, and I think he's been in touch with Mr. Sterbcow,

11:48AM  5   his counsel has, and I believe Mr. Morel may fall in the category

11:48AM  6   of what we were talking about a second ago.  I could be wrong.  I

11:48AM  7   could be wrong.

11:48AM  8        MR. STERBCOW:  Paul Sterbcow for the PSC.

11:48AM  9     Bob Habans represents him and I talked to him last week and

11:48AM 10   apparently he's under doctor's orders, and Bob made it clear to

11:48AM 11   me that we would have to go through a motion practice to force

11:48AM 12   him to appear.  So he's just out of play for the time.

11:48AM 13        THE COURT:  Okay.  So we've got to confront that issue.

11:48AM 14        MR. STERBCOW:  I don't know if this is the appropriate

11:48AM 15   time, Judge, but there is another issue, and I need to talk to

11:48AM 16   Transocean's counsel.  There are a number of Transocean hands who

11:48AM 17   are represented by lawyers in personal injury cases that we're

11:49AM 18   going to want to take.  We're going to need Transocean's help.

11:49AM 19   It's a sensitive issue on a number of fronts, and while we can

11:49AM 20   list them and let everybody know we want them, we're going to

11:49AM 21   have no control over their counsel being cooperative with us.

11:49AM 22   That's become very clear.  Hopefully Transocean, as the employer,

11:49AM 23   could give us some assistance in that regard.

11:49AM 24        THE COURT:  Kerry, it's just something that we need to

11:49AM 25   put down to talk about on the 11th, if you'll start thinking

11:49AM 1    about that and work through in your mind what you're going to

11:49AM 2    propose to do about that.

11:49AM 3            MR. MILLER:  Yes, Your Honor.  Just so that you have

11:49AM 4    some bit of background, I think you may have it already, Paul

11:49AM 5    mentioned there are a number of sensitive issues that are going

11:49AM 6    to play into that.  One of those is Transocean's attempts to have

11:49AM 7    settlement conferences with Your Honor with these same very

11:49AM 8    people and their lawyers.

11:49AM 9        So our position is likely going to be we'll do whatever it

11:50AM 10   takes to try and help get those depositions set, but if we do get

11:50AM 11   those depositions set, we would like to get into some of their

11:50AM 12   issues that could be relevant to the settlement conferences that

11:50AM 13   you're having, their PTSD and some issues of that nature to get

11:50AM 14   it out there, given the other things that you're doing.

11:50AM 15           THE COURT:  Okay.  Thank you.  I hear you.  Okay.

11:50AM 16           MR. UNDERHILL:  Mike Underhill again.

11:50AM 17       Your Honor, could we circle back to something that Andy said

11:50AM 18   that I think maybe needs to be pointed out?  In the subject of

11:50AM 19   when we schedule all these depositions cooperative with the

11:50AM 20   lists, Andy mentioned foreign witnesses.  I'm not sure if is

11:50AM 21   there's a dispute over this, but if there is, I would like to put

11:50AM 22   it on the table now.

11:50AM 23       A while back we had some motion practice or whatever before

11:50AM 24   Your Honor about where depositions would be taken, Houston vice

11:50AM 25   New Orleans, and it was New Orleans.  And --

11:50AM  1          THE COURT:  By the way, it's New Orleans.

11:51AM  2          MR. UNDERHILL:  New Orleans.  I'm trying.  This is the

11:51AM  3  truth --

11:51AM  4          THE COURT:  Michoud and New Orleans.

11:51AM  5          MR. UNDERHILL:  I swear to God this happens:  I go home

11:51AM  6  with my friends and family and I'll say New Orleans and they'll

11:51AM  7  say, will you quit trying to talk like a local?  So I forget

11:51AM  8  where I am.

11:51AM  9          THE COURT:  By the time we're finished with you, you

11:51AM 10  will be a local.

11:51AM 11          MR. UNDERHILL:  Friday must be New Orleans.  So it's

11:51AM 12  New Orleans.

11:51AM 13      On the subject of foreign witnesses, at least working for

11:51AM 14  one of the defendants, that the way I envision the Court's order

11:51AM 15  and the way that I think the plaintiffs envision the Court's

11:51AM 16  order was that for officers of a corporation or, in fact, for

11:51AM 17  nonofficers that were employed by a defendant, absent exceptional

11:51AM 18  circumstances, the depositions would be taken here.

11:51AM 19      We, and *we* speaking personally, the United States, we

11:51AM 20  offered as a courtesy and a concession to BP in that motion

11:52AM 21  practice that since there is one witness in London, Mr. Thierens,

11:52AM 22  an officer who we could compel to come here that apparently has

11:52AM 23  some medical issues, and we accept that at face value, that we

11:52AM 24  would take that in London.  We didn't want to get into a fight

11:52AM 25  with his doctor, simple as that, none of us did.

11:52AM 1        Since there were three other Bly report investigators there,

11:52AM 2    the thought was, okay, we've got to go to London.  London is a

11:52AM 3    nice place, good food, good theater.  Don't mind a bit.  We'll do

11:52AM 4    that.  That offer may have been misconstrued to mean that we will

11:52AM 5    do foreign witnesses in foreign countries.  While as much as I

11:52AM 6    love Paris and London, Sakhalin Island ain't high on my list of

11:52AM 7    travel priorities, or places off Brazil or Lord knows where they

11:52AM 8    might be.

11:52AM 9        So I'm not going to purport to say what Your Honor intended

11:52AM 10   by that order, but I can tell you what our intent was, so if that

11:52AM 11   becomes an issue, here's a heads-up, and perhaps that wasn't

11:53AM 12   Andy's intent, but I feel compelled to bring it to the Court's

11:53AM 13   attention.

11:53AM 14        THE COURT:  I think it's something we just need to look

11:53AM 15   at, who are these witnesses and where are they located?

11:53AM 16        MR. LANGAN:  I agree, Your Honor, and we reserve our

11:53AM 17   rights, too.  In fact, we reserve paragraph, or footnote two of

11:53AM 18   the PTO 17 which says, "Nothing in this order shall abrogate the

11:53AM 19   rights of any party to invoke the Hague Convention or any other

11:53AM 20   jurisdictional right."  So depending on who the employee is,

11:53AM 21   where they are in the pecking order, they may have rights under

11:53AM 22   local law.  So, I mean, Mr. Underhill has his position, and these

11:53AM 23   witnesses may have theirs.  So I don't think anybody is waiving

11:53AM 24   anything.

11:53AM 25        THE COURT:  I just want to see what the universe is.

11:53AM 1          MR. LANGAN:  Okay.

11:53AM 2      Now, may I raise this issue?  We are digesting Pretrial

11:53AM 3  Order 27 that was issued yesterday.  Then we have -- we

11:53AM 4  understand that it expands the time limits, reallocates time.

11:53AM 5      Before that order was put in place, we had spent an awful

11:53AM 6  lot of time setting up the February schedule for our witnesses.

11:53AM 7  So the question then becomes, now what?  They are slotted for

11:54AM 8  one day.  If the issue is, no, we're now defaulting to 15 hours

11:54AM 9  or two days, I can't stand here now and say every one of those

11:54AM 10  witnesses is available automatically for next day.  Some of

11:54AM 11  them -- do you understand my point?  So we need some clarity

11:54AM 12  here.  It would help if the PSC and the other examining lawyers

11:54AM 13  could say, don't worry, that guy is a one-day witness, then we

11:54AM 14  can just leave them as they are.  Point one.

11:54AM 15      Point two, we are undertaking the sea of availability for a

11:54AM 16  potential second day.  I can't make any promises, and so I know

11:54AM 17  this is going the wrong way, but we may be back to the drawing

11:54AM 18  board on some of the witnesses now that we have Pretrial Order

11:54AM 19  27.  I've just got to be honest with you, Your Honor.

11:54AM 20          THE COURT:  I would rather know now than later.

11:54AM 21          MR. LANGAN:  Right.  We're working the issue.  It would

11:54AM 22  help to know that one day is enough.

11:55AM 23          THE COURT:  Are you listening, PSC?

11:55AM 24          MR. CUNNINGHAM:  Robert Cunningham, Your Honor.

11:55AM 25      We're certainly willing to discuss all of that with them.

11:55AM 1  But looking at the February schedule, each of the witnesses, with

11:55AM 2  one exception, is scheduled with a day after that's open.  In

11:55AM 3  other words, with one exception, they are not back-to-back days,

11:55AM 4  so it's just a question of whether BP can produce the witness not

11:55AM 5  just for one day but for the second day, which shouldn't be all

11:55AM 6  that difficult.

11:55AM 7  THE COURT:  You let us know and he's going to check.  If

11:55AM 8  you could give him the thumbs up that you think one of these

11:55AM 9  witnesses, two of these witnesses would be one day, that would

11:55AM 10  take a burden off of him, but he understands that the day is

11:55AM 11  open.  He's just not sure that the witness' schedule is open.

11:55AM 12  MR. CUNNINGHAM:  We do have Mark Bly scheduled for

11:55AM 13  two days.  Our position, I believe, is that we can finish him in

11:55AM 14  the scheduled time.  I don't know what the defendants' position

11:55AM 15  is.

11:55AM 16  THE COURT:  Well, he was agreed to as being a two-day

11:56AM 17  witness, so he's not a problem.

11:56AM 18  MR. DART:  He may be a problem, Your Honor.

11:56AM 19  THE COURT:  You're a problem?

11:56AM 20  MR. DART:  Well, now with this new order with the

11:56AM 21  currently scheduled witnesses, I presume with the new order in

11:56AM 22  place, we all have more time, and if a witness is scheduled for

11:56AM 23  only one day in February, we certainly want our two hours.

11:56AM 24  Mr. Underhill, I don't think -- I don't purport to speak for

11:56AM 25  him -- but I'm sure he would like his two hours as well.

11:56AM 1          THE COURT:  Up to two hours.

11:56AM 2          MR. DART:  Up to, absolutely.

11:56AM 3          THE COURT:  Up to.

11:56AM 4          MR. DART:  Having 15 minutes to take a witness really

11:56AM 5     focuses your mind.  It's like 15 minutes before the firing squad.

11:56AM 6     You get to think really fast.

11:56AM 7          THE COURT:  Andy, if you would be so kind as to check

11:56AM 8     and let the group know if there is a problem with these

11:56AM 9     witnesses' availability on the second day, we will take it from

11:56AM 10    there.

11:56AM 11         MR. DART:  Thank you.

11:56AM 12         MR. LANGAN:  Very good.  So I guess my question for

11:57AM 13    counsel is, can the new regime of time allocation be imposed on

11:57AM 14    the Bly deposition as is?  Is that going to work?  That's really

11:57AM 15    the question.  We already know he's available on the 17th and

11:57AM 16    18th of February.  Is that enough time and does the new time

11:57AM 17    provision -- that's the issue.

11:57AM 18         THE COURT:  I see what you're saying.

11:57AM 19         MR. LANGAN:  If the answer is no, then we're back to the

11:57AM 20    drawing board on Mr. Bly, who is a very busy man.

11:57AM 21         MR. STERBCOW:  Paul Sterbcow, Your Honor.

11:57AM 22      The prior agreement with respect to Mr. Bly was that he was

11:57AM 23    an eight-hour witness for us, and that's why we scheduled him for

11:57AM 24    two days.  I don't know why, unless the Court requires it, that

11:57AM 25    we now have to scale back three hours.

11:57AM  1       THE COURT:  He's not suggesting that you have to scale

11:57AM  2  back three hours.  What he's trying to figure out is whether or

11:57AM  3  not -- and it sounds like what you're telling us is that the

11:58AM  4  Plaintiffs Steering Committee believes that they are going to

11:58AM  5  take the full eight hours.

11:58AM  6       MR. STERBCOW:  If we don't -- this is the guy who wrote

11:58AM  7  the report.

11:58AM  8       THE COURT:  I understand.

11:58AM  9       MR. STERBCOW:  So it's going to be close.

11:58AM 10       THE COURT:  So you're going to take your agreed to

11:58AM 11  eight hours, and then the issue is whether that's going to then

11:58AM 12  bring us into a third day of depositions, not because anybody is

11:58AM 13  trying to take your time away from you, but because

11:58AM 14  Attorney General Strange takes his full two hours, although,

11:58AM 15  frankly, and Hank, with all due respect to you and

11:58AM 16  Attorney General Strange, I'll bet you the PSC covers in large

11:58AM 17  part what you guys want to cover.

11:58AM 18       MR. DART:  It hasn't happened yet, Judge.

11:58AM 19       THE COURT:  That's my best.

11:58AM 20       MR. STERBCOW:  I'll let that go.

11:58AM 21       MR. LANGAN:  Your Honor, I would just like to make a

11:59AM 22  plea.  I know Mr. Sterbcow has a point about the eight hours.  I

11:59AM 23  would just like to make a plea on behalf of efficiency and making

11:59AM 24  this work for Mr. Bly and his schedule, that we agree that the

11:59AM 25  allocation of time that is set forth in Pretrial Order 27 apply

11:59AM  1    to the Bly deposition, period, full stop; otherwise, we are back

11:59AM  2    to the drawing board with him, I assure you.  I don't think

11:59AM  3    that's good for anybody.

11:59AM  4         THE COURT:  So we got to put that at the top of our

11:59AM  5    list, right?

11:59AM  6         MR. COON:  Good afternoon.

11:59AM  7         THE COURT:  Good afternoon.

11:59AM  8         MR. COON:  Brent Coon.  I represent a number of the

11:59AM  9    plaintiffs, Your Honor.

11:59AM 10         I was lead counsel in the Texas City explosion

11:59AM 11    case, as you may know, and we had a lot of these same issues, and

11:59AM 12    again, we worked through them.  Again, the issue of the

11:59AM 13    depositions, Texas law was six hours for all the depositions.  I

11:59AM 14    took probably 200 corporate officer depositions over a four-year

11:59AM 15    period.  We were able to do it.  There were other parties that

11:59AM 16    needed to take some of those depositions and we shared time and

11:59AM 17    worked it out.  I think two days for most of these depositions

12:00PM 18    would be ample.

12:00PM 19         As to the predicating questions that came up earlier, we

12:00PM 20    requested résumés of the witnesses in advance of the depositions,

12:00PM 21    which gave us much of the bio background in lieu of a fact sheet.

12:00PM 22    It may be that the parties can accommodate something in that

12:00PM 23    regard as well.

12:00PM 24         The biggest problem that we had, that I'm sure will be a

12:00PM 25    problem with this Court, is that the discovery process rolled

12:00PM 1   over with the depositions, and we were at the courthouse every

12:00PM 2   week on motions for additional discovery, and every layer of the

12:00PM 3   onion we rolled over showed another layer.  As a consequence,

12:00PM 4   much of the relevant discovery in our case was not made available

12:00PM 5   to us for some significant period into the litigation, well after

12:00PM 6   we had taken a number of depositions of key parties in the case,

12:00PM 7   and we took just about everybody all the way to the CEO,

12:00PM 8   including our trips to London.

12:00PM 9       Another problem that we did have, though, was that BP had a

12:00PM 10  history of not acknowledging custody of employees once they were

12:00PM 11  no longer under their control.  So early on in the case, if we're

12:01PM 12  looking at trials and bringing some of these people in, there

12:01PM 13  probably needs to be agreements between all the parties that

12:01PM 14  anybody that is produced is going to be subject to the

12:01PM 15  appropriate subpoena powers and produced at trial.

12:01PM 16      The way we alleviated a lot of those concerns was to take

12:01PM 17  the depositions within the hundred mile range of the courthouse

12:01PM 18  in Galveston where all of those cases were consolidated so that

12:01PM 19  they were subject to the subpoena for the trials that ensued.  If

12:01PM 20  the parties can work those out again, more moving parts here with

12:01PM 21  more plaintiffs' counsel and more defense counsel, but those were

12:01PM 22  mechanisms that we utilized.

12:01PM 23      Again, I'm serving on some of the committees.  I'm more than

12:01PM 24  happy to elaborate with any of the counsel involved in these

12:01PM 25  issues, the pitfalls that we endured and what we did to overcome

12:01PM 1    them.

12:01PM 2          THE COURT:  Thank you very much.  I appreciate it.

12:01PM 3          MR. LANGAN:  I have to respond to what plaintiff's

12:01PM 4    counsel said.  As far as appearance at trial, that's a totally

12:02PM 5    different issue.  We're willing to talk about that, but we also

12:02PM 6    have to reserve our rights.  I don't think it was Your Honor's

12:02PM 7    intent or Judge Barbier's intent that by having depositions

12:02PM 8    proceed in New Orleans pursuant to the pretrial order, that that

12:02PM 9    was going to be an occasion for the PSC to slap trial subpoenas

12:02PM 10   on people that were brought in that way as a way of circumventing

12:02PM 11   the hundred mile rule.

12:02PM 12       I think that's what Mr. Coon just said that you guys plan --

12:02PM 13   at least he plans to do.  I don't think that's appropriate and I

12:02PM 14   don't think that's what the Court intended, and that's certainly

12:02PM 15   an issue for us.

12:02PM 16         THE COURT:  Thank you.

12:02PM 17       I think, believe it or not, that's the end of my checklist

12:02PM 18   of things I wanted to discuss.  Does anybody have anything that

12:02PM 19   they think we haven't covered?

12:02PM 20       Oh, I guess the other thing I want to do is to talk about

12:02PM 21   follow-up dates for status conferences just to make sure we're on

12:03PM 22   track and we're rolling.

12:03PM 23       Do you all want to do that today?

12:03PM 24         MR. GODWIN:  May I?

12:03PM 25         THE COURT:  Certainly.

12:03PM 1          MR. GODWIN:  Judge, to follow up on what Mr. Langan just

12:03PM 2   said and what Mr. Coon said, whether you make a decision on it

12:03PM 3   today or some other day, I think there needs to be an

12:03PM 4   understanding, and maybe an order by you, that if we produce

12:03PM 5   witnesses that are more than a hundred miles away from

12:03PM 6   New Orleans, that nobody is going to serve them with a subpoena

12:03PM 7   when they are here.

12:03PM 8          I understand we're going to take that up at some other time,

12:03PM 9   but as we go forward and we produce witnesses from around the

12:03PM 10  country, we don't want to have people issue a subpoena and then

12:03PM 11  they be required to be here for trial February 27th.  It could

12:03PM 12  well be that some will be here, but for those that don't want to

12:03PM 13  be here or can't, I would hate to have them subpoenaed and then

12:03PM 14  our clients be upset that we allowed that to happen.

12:03PM 15         THE COURT:  Well, then you have to move to quash.

12:03PM 16         MR. GODWIN:  Yes, Your Honor.

12:03PM 17         THE COURT:  Thank you.

12:03PM 18         MR. GODWIN:  Thank you.

12:03PM 19         THE COURT:  All right.  Let's talk about getting back

12:04PM 20  together, at least initially, more frequently.  Do you think that

12:04PM 21  initially every week?  Some people don't need to travel in; they

12:04PM 22  can dial in.  But just to make sure that we're taking care of

12:04PM 23  keeping you all scheduled and on track, do you think maybe for

12:04PM 24  the first several weeks, we do it on a weekly basis and then

12:04PM 25  maybe we can go to every other week, every three weeks, something

12:05PM 1   like that?

12:05PM 2        MR. WILLIAMS:  Sure.

12:05PM 3        THE COURT:  On the 11th, if it's convenient to you guys,

12:05PM 4   I would rather do it in the afternoon, early afternoon.  Anybody

12:05PM 5   who wants to participate, who is out of town and wants to

12:05PM 6   participate, we will give you a dial-in number so you don't have

12:05PM 7   to come in for it, just a status conference to talk about where

12:05PM 8   we are.  Let's try to keep things on the cheap side.

12:05PM 9        Yes, Don.

12:05PM 10        MR. HAYCRAFT:  Is February 11th the small working group?

12:05PM 11        THE COURT:  Starting February 11th, we've got the small

12:05PM 12   working group.  It will be a lot easier and a lot quicker, it

12:05PM 13   seems to me, to do that; although, the spectators today have not

12:05PM 14   been disruptive.  Thank you.  We'll give you a dial-in number so

12:05PM 15   that anybody that's out of town that doesn't want to travel in

12:06PM 16   but still wants to participate, please feel free.  It would save

12:06PM 17   the government a little money.

12:06PM 18        Let's do it for Friday, the 18th.  I don't care if that's

12:06PM 19   morning or afternoon.  Does anybody care?

12:06PM 20        MR. STERBCOW:  Mark Bly's deposition is 17th and 18th.

12:06PM 21        THE COURT:  Then let's not do it Friday, the 18th.

12:06PM 22        MR. STERBCOW:  What time on the 11th, Judge?

12:06PM 23        THE COURT:  Let's do it on the 11th at 1:30.

12:06PM 24   I'm on jury duty the next week.

12:06PM 25        MR. HAYCRAFT:  Criminal District Court?

12:06PM 1          THE COURT:  No, no, civil district.

12:06PM 2      We've got a status conference set with Judge Barbier on the

12:06PM 3  25th.  Do y'all want to do what we've done this morning and just

12:07PM 4  come over?

12:07PM 5          MR. GODWIN:  That's a good idea.

12:07PM 6          THE COURT:  So we'll do it the 25th.  If you have

12:07PM 7  something that comes up that you need a conference between that

12:07PM 8  Friday and the 25th, you can let us know, and we'll do a

12:07PM 9  telephone conference.

12:07PM 10     Then March.

12:07PM 11         MR. GODWIN:  Judge, on the 25th will be immediately

12:07PM 12 following the status with Judge Barbier?

12:07PM 13         THE COURT:  Exactly.  Exactly.

12:07PM 14         MR. GODWIN:  Thank you.

12:07PM 15         THE COURT:  We'll also have a dial-in number so that

12:07PM 16 anybody who doesn't come in for Judge Barbier's conference wants

12:07PM 17 to participate here by phone, they may.

12:07PM 18     Then let's go for Friday, March 4th.  Have we got

12:07PM 19 depositions that day?

12:07PM 20         MR. LANGAN:  Too soon to tell.

12:07PM 21         MR. HERMAN:  We will.

12:07PM 22         MR. LANGAN:  Probably.

12:07PM 23         THE COURT:  Well, if we will, that's just not a good

12:08PM 24 week.  Of course, the first three weeks of every month are not a

12:08PM 25 good time.

12:08PM 1          MR. MILLER:  Your Honor, the following week is
12:08PM 2    Mardi Gras, so we should do it on the 4th.
12:08PM 3          THE COURT:  Okay, let's do it on the 4th.  Do you want
12:08PM 4    to do it early so if you have depositions, you go into your
12:08PM 5    depositions?  How early can you get here, Jim?
12:08PM 6          MR. ROY:  March 4th?
12:08PM 7          THE COURT:  Why don't we do it at 7:30 a.m.?
12:08PM 8          MR. ROY:  March 4th?
12:08PM 9          THE COURT:  March 4th.  Then we can schedule from there.
12:08PM 10   Let's see how we're doing, and maybe we'll make it less
12:08PM 11   frequently from there.
12:08PM 12         MR. KANNER:  You're going to have a lot of call-ins that
12:08PM 13   week.
12:08PM 14         THE COURT:  Yes, I suspect there will be a lot of
12:08PM 15   call-ins.
12:08PM 16         MR. MILLER:  You can serve king cake.
12:08PM 17         THE COURT:  Fair enough.  As long as I don't get the
12:08PM 18   baby.
12:09PM 19      Did I miss anything else, guys?
12:09PM 20      All right.  Thank you very much.
12:09PM 21         THE DEPUTY CLERK:  All rise.
12:09PM 22         (WHEREUPON, at 12:09 p.m. the proceedings were
23   concluded.)
24                        *   *   *
25

1                      REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Registered Professional Reporter, Certified Court

5  Reporter of the State of Louisiana, Official Court Reporter for

6  the United States District Court, Eastern District of Louisiana,

7  do hereby certify that the foregoing is a true and correct

8  transcript, to the best of my ability and understanding, from the

9  record of the proceedings in the above-entitled and numbered

10 matter.

11

12

13                         *s/Cathy Pepper*

14                         Cathy Pepper, CRR, RMR, CCR

15                         Official Court Reporter

16                         United States District Court

17

18

19

20

21

22

23

24

25

## 1

**1** [1] - 23:22
**10** [1] - 7:5
**10-MD-2179** [1] - 1:6
**100** [1] - 18:17
**101** [1] - 2:4
**10153** [1] - 5:17
**10174** [1] - 5:5
**10th** [3] - 22:5, 22:6, 22:7
**1100** [1] - 3:11
**11:OO** [1] - 1:7
**11th** [15] - 14:21, 16:1, 18:19, 19:14, 22:5, 22:9, 39:10, 40:5, 40:10, 41:25, 53:3, 53:10, 53:11, 53:22, 53:23
**12** [1] - 7:6
**1201** [1] - 4:13
**1221** [1] - 4:8
**12:09** [1] - 55:22
**1300** [2] - 4:22, 5:13
**1331** [1] - 4:16
**14** [1] - 23:17
**15** [14] - 7:7, 7:8, 16:10, 16:12, 31:1, 34:5, 34:15, 34:17, 35:22, 36:14, 37:6, 45:8, 47:4, 47:5
**15-hour** [1] - 38:24
**1601** [1] - 1:24
**1615** [1] - 4:22
**1665** [1] - 4:16
**17** [3] - 7:9, 16:9, 44:18
**1700** [1] - 4:13
**17th** [2] - 47:15, 53:20
**18th** [4] - 47:16, 53:18, 53:20, 53:21
**19** [2] - 7:10, 7:11
**1:30** [1] - 53:23

## 2

**20** [2] - 1:5, 7:12
**200** [1] - 49:14
**20005** [1] - 5:14
**20006** [1] - 4:25
**2007** [1] - 4:20
**2010** [1] - 1:5
**2011** [2] - 1:7, 9:2
**2020** [1] - 4:25
**20th** [2] - 29:17, 29:22
**23** [1] - 7:13
**24** [4] - 7:14, 7:15, 31:21, 33:20

## 25

**25** [1] - 7:16
**25th** [4] - 54:3, 54:6, 54:8, 54:11
**26** [2] - 7:17, 7:18
**2615** [1] - 2:7
**27** [4] - 14:5, 45:3, 45:19, 48:25
**27th** [1] - 52:11
**28** [4] - 1:7, 7:19, 7:20, 9:2
**29** [1] - 7:21
**2990** [1] - 2:11

## 3

**30** [4] - 7:22, 20:3, 30:1, 37:7
**300** [1] - 3:24
**31** [1] - 7:23
**32** [1] - 7:24
**33** [1] - 7:25
**36** [2] - 8:1, 8:2
**36130** [1] - 2:20
**365** [1] - 2:11
**36604** [1] - 1:25
**3668** [1] - 1:16
**36TH** [1] - 3:10
**37** [1] - 8:3
**38** [1] - 8:4
**39** [2] - 8:5, 8:6

## 4

**405** [1] - 5:5
**41** [1] - 8:7
**42** [2] - 8:8, 8:9
**435** [1] - 2:4
**44** [1] - 8:10
**45** [5] - 8:11, 33:2, 35:4, 37:7
**450** [1] - 2:16
**4500** [1] - 4:8
**46** [1] - 8:12
**47** [2] - 8:13, 8:14
**48** [3] - 8:15, 18:24, 31:21
**49** [1] - 8:16
**4th** [8] - 15:22, 22:2, 54:18, 55:2, 55:3, 55:6, 55:8, 55:9

## 5

**500** [2] - 2:20, 6:8
**500,000** [1] - 27:15
**5000** [1] - 3:21
**504** [1] - 6:9

**51** [1] - 8:17
**510** [1] - 3:4
**52** [1] - 8:18
**53** [1] - 8:19
**5395** [1] - 2:16
**546** [1] - 4:5
**556** [1] - 1:17
**589-7779** [1] - 6:9

## 6

**601** [1] - 2:7
**60654** [1] - 3:24
**63** [1] - 9:25

## 7

**7** [1] - 35:25
**700** [1] - 18:16
**701** [2] - 2:23, 3:20
**70112** [1] - 4:22
**70113** [1] - 1:21
**70130** [5] - 2:8, 2:11, 2:24, 4:5, 6:9
**70139** [1] - 3:21
**70163** [1] - 3:11
**70360** [1] - 2:4
**70433** [1] - 3:4
**70502** [1] - 1:17
**72** [1] - 33:20
**75270** [1] - 4:13
**767** [1] - 5:16
**77010** [2] - 4:9, 4:16
**78** [1] - 31:21
**7:30** [1] - 55:7
**7th** [2] - 15:22, 19:15
**7TH** [1] - 2:16

## 8

**8** [1] - 35:25
**80** [1] - 20:2
**820** [1] - 1:20

## 9

**90** [1] - 20:3
**900** [1] - 5:13
**94102** [1] - 2:17
**9th** [3] - 14:14, 14:17, 14:20

## A

**A.M** [1] - 1:7
**a.m** [1] - 55:7

**ability** [1] - 56:8
**able** [2] - 38:17, 49:15
**above-entitled** [1] - 56:9
**ABRAMSON** [1] - 2:6
**abrogate** [1] - 44:18
**absent** [1] - 43:17
**absolute** [1] - 20:19
**absolutely** [7] - 21:6, 22:16, 24:4, 25:19, 28:6, 33:19, 47:2
**accept** [2] - 21:18, 43:23
**acceptance** [1] - 21:21
**access** [1] - 12:3
**accommodate** [1] - 49:22
**accomplish** [1] - 30:9
**accomplished** [1] - 14:8
**accounted** [1] - 35:17
**acknowledging** [1] - 50:10
**action** [1] - 20:22
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:8
**active** [1] - 36:11
**adapt** [1] - 31:11
**add** [3] - 25:7, 28:10, 33:11
**added** [1] - 20:2
**adding** [1] - 34:25
**additional** [2] - 25:7, 50:2
**address** [4] - 26:8, 31:18, 35:21, 37:11
**addressed** [1] - 11:17
**adjourn** [1] - 27:4
**advance** [9] - 25:8, 26:13, 26:21, 27:17, 28:19, 31:21, 33:20, 49:20
**adverse** [1] - 38:12
**affect** [1] - 37:8
**affiliated** [1] - 38:1
**afternoon** [5] - 49:6, 49:7, 53:4, 53:19
**agenda** [5] - 12:12, 12:18, 28:11, 28:22, 30:19
**ago** [3] - 29:2, 29:20, 41:6
**agree** [15] - 13:17, 14:21, 19:6, 28:2, 28:6, 31:1, 32:15, 33:21, 34:7, 35:16, 38:22, 39:3, 44:16, 48:24
**agreed** [4] - 16:10, 35:4, 46:16, 48:10

**agreeing** [2] - 16:2, 28:14
**agreement** [4] - 26:5, 26:14, 34:4, 47:22
**agreements** [3] - 34:12, 34:14, 50:13
**ahead** [3] - 14:24, 15:21, 33:15
**ain't** [1] - 44:6
**AL** [2] - 1:25, 2:20
**ALABAMA** [1] - 2:19
**Alan** [1] - 9:22
**ALAN** [2] - 4:15, 5:4
**Alaska** [2] - 39:23, 39:24
**Albert** [1] - 23:17
**ALL** [1] - 1:8
**ALLAN** [1] - 2:23
**alleviated** [1] - 50:16
**allocated** [1] - 35:2
**allocation** [2] - 47:13, 48:25
**allotted** [2] - 32:25, 33:21
**allow** [1] - 38:20
**allowed** [1] - 52:14
**ALSO** [1] - 5:19
**Amendment** [2] - 37:13, 38:13
**AMERICA** [6] - 3:13, 3:13, 3:14, 3:15, 3:17, 3:18
**AMERICAN** [1] - 2:7
**amount** [3] - 25:2, 32:4, 35:2
**ample** [1] - 49:18
**Anadarko** [2] - 9:20, 19:5
**ANADARKO** [2] - 4:18, 4:19
**AND** [3] - 3:8, 4:20, 5:12
**ANDREW** [1] - 3:23
**Andy** [15] - 12:4, 15:25, 16:17, 22:12, 23:16, 25:13, 28:5, 31:14, 33:15, 37:14, 40:8, 40:16, 42:17, 42:20, 47:7
**Andy's** [2] - 32:15, 44:12
**answer** [4] - 25:15, 39:25, 40:22, 47:19
**ANTHONY** [2] - 2:10, 5:21
**appear** [1] - 41:12
**appearance** [1] - 51:4
**APPEARANCES** [6] - 1:13, 2:1, 3:1, 4:1, 5:1, 6:1

**apply** [1] - 48:25
**appointed** [1] - 11:15
**appreciate** [3] - 21:20, 35:20, 51:2
**appreciates** [1] - 20:13
**appropriate** [4] - 31:10, 41:14, 50:15, 51:13
**April** [2] - 29:17, 29:22
**APRIL** [1] - 1:5
**artificially** [1] - 32:10
**aside** [5] - 14:16, 14:22, 16:3, 16:25, 37:23
**aspirational** [1] - 30:10
**assistance** [1] - 41:23
**assume** [3] - 12:1, 12:7, 35:16
**assumption** [2] - 16:15, 16:16
**assure** [1] - 49:2
**asterisk** [1] - 27:9
**AT** [1] - 3:3
**attach** [1] - 23:22
**attack** [1] - 14:1
**attacks** [1] - 17:25
**attempt** [1] - 29:1
**attempts** [1] - 42:6
**attend** [2] - 21:14, 21:15
**attention** [1] - 44:13
**Attorney** [2] - 48:14, 48:16
**ATTORNEY** [1] - 2:19
**attorneys** [2] - 13:11, 14:6
**ATTORNEYS** [1] - 3:3
**auction** [1] - 36:11
**August** [1] - 29:24
**automatically** [1] - 45:10
**availability** [6] - 17:4, 17:12, 20:6, 22:11, 45:15, 47:9
**available** [6] - 11:2, 17:9, 39:13, 45:10, 47:15, 50:4
**AVENUE** [5] - 1:20, 2:16, 2:20, 5:5, 5:16
**avoid** [2] - 16:12, 27:4
**aware** [1] - 14:6
**awful** [2] - 13:20, 45:5

**B**

**B406** [1] - 6:8
**baby** [1] - 55:18

**back-to-back** [1] - 46:3
**background** [2] - 42:4, 49:21
**Barbier** [4] - 20:18, 20:22, 54:2, 54:12
**Barbier's** [2] - 51:7, 54:16
**barely** [1] - 39:24
**BARROW** [1] - 6:3
**base** [1] - 15:7
**basis** [1] - 52:24
**batch** [1] - 37:21
**BECK** [2] - 4:7, 4:7
**become** [5] - 33:25, 34:1, 34:11, 35:9, 41:22
**becomes** [2] - 44:11, 45:7
**BEFORE** [1] - 1:11
**begin** [1] - 19:2
**beginning** [1] - 32:10
**begun** [1] - 18:12
**behalf** [1] - 48:23
**believes** [2] - 14:25, 48:4
**belt** [1] - 39:1
**beneficiaries** [1] - 36:7
**BERTAUT** [1] - 4:4
**best** [3] - 15:19, 48:19, 56:8
**bet** [2] - 38:7, 48:16
**better** [2] - 19:18, 29:21
**between** [2] - 50:13, 54:7
**beyond** [2] - 11:8, 32:25
**bigger** [1] - 12:25
**biggest** [1] - 49:24
**BINGHAM** [1] - 4:24
**bio** [1] - 49:21
**bird** [1] - 24:16
**bit** [2] - 42:4, 44:3
**bite** [1] - 29:12
**Blank** [1] - 9:22
**BLANK** [1] - 5:3
**blind** [1] - 11:22, 18:21
**block** [1] - 37:24
**Bly** [7] - 44:1, 46:12, 47:14, 47:20, 47:22, 48:24, 49:1
**Bly's** [1] - 53:20
**board** [3] - 45:18, 47:20, 49:2
**Bob** [2] - 41:9, 41:10
**bored** [1] - 23:10

**born** [2] - 23:14
**BOUNDS** [1] - 1:23
**BOX** [1] - 1:16
**BP** [16] - 3:13, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 12:4, 24:20, 25:17, 26:12, 26:21, 34:7, 43:20, 46:4, 50:9
**BRANCH** [1] - 2:15
**Brazil** [1] - 44:7
**breathing** [2] - 20:1, 20:7
**Brent** [1] - 49:8
**BRENT** [1] - 5:20
**bridge** [1] - 40:5
**briefly** [1] - 11:5
**bring** [4] - 24:9, 25:24, 44:12, 48:12
**bringing** [1] - 50:12
**brought** [2] - 33:10, 51:10
**BUILDING** [2] - 2:7, 5:4
**burden** [1] - 46:10
**busy** [1] - 47:20
**BY** [24] - 1:4, 1:16, 1:19, 1:24, 2:3, 2:6, 2:10, 2:15, 2:19, 2:23, 3:9, 3:19, 3:23, 4:4, 4:7, 4:11, 4:15, 4:21, 4:24, 5:4, 5:13, 5:16, 6:10, 6:11

**C**

**CA** [1] - 2:17
**cake** [1] - 55:16
**call-ins** [2] - 55:12, 55:15
**CALLED** [1] - 9:4
**CAMERON** [1] - 4:3
**CAMP** [1] - 2:23
**CANAL** [2] - 2:10, 2:11
**candidly** [1] - 34:24
**capacity** [1] - 16:18
**capped** [1] - 29:23
**capping** [1] - 30:3
**carbon** [3] - 31:2, 31:3, 31:16
**care** [8] - 17:19, 25:12, 32:5, 39:11, 39:14, 52:22, 53:18, 53:19
**Carmelite** [1] - 10:22
**CARMELITE** [1] - 4:4
**CARONDELET** [1] - 4:5
**carry** [1] - 18:2
**case** [6] - 12:8, 38:9,

49:11, 50:4, 50:6, 50:11
**cases** [3] - 31:20, 41:17, 50:18
**casualty** [2] - 29:17, 30:5
**category** [1] - 41:5
**CATHY** [1] - 6:8
**Cathy** [2] - 56:3, 56:14
**caution** [1] - 38:10
**caveat** [1] - 29:9
**CCR** [2] - 6:8, 56:14
**cells** [1] - 32:10
**CENTER** [1] - 4:8
**CENTRE** [1] - 3:10
**CEO** [1] - 50:7
**certain** [2] - 26:13, 32:6
**certainly** [11] - 11:6, 11:11, 22:13, 29:1, 31:5, 32:15, 38:24, 45:25, 46:23, 51:14, 51:25
**CERTIFICATE** [1] - 56:1
**certification** [1] - 27:17
**Certified** [2] - 56:3, 56:4
**certify** [1] - 56:7
**cetera** [4] - 10:19, 11:19, 20:6, 29:19
**CHANG** [1] - 6:4
**charge** [1] - 20:11
**cheap** [1] - 53:8
**check** [2] - 46:7, 47:7
**checklist** [1] - 51:17
**CHICAGO** [1] - 3:24
**chooses** [1] - 20:21
**CHRISTOPHER** [1] - 5:19
**CHRYSLER** [1] - 5:4
**circle** [1] - 42:17
**circulate** [5] - 13:9, 20:10, 21:4, 21:25
**circulated** [1] - 15:1
**circulating** [1] - 22:4
**circumstances** [1] - 43:18
**circumventing** [1] - 51:10
**City** [1] - 49:10
**CIVIL** [2] - 1:6, 2:15
**civil** [2] - 38:9, 54:1
**claimants** [3] - 10:18, 11:6, 11:9
**clarity** [1] - 45:11
**clear** [7] - 28:25, 33:17, 33:18, 35:12, 36:25, 41:10, 41:22

**clearly** [1] - 27:17
**CLERK** [2] - 9:7, 55:21
**Clerk's** [1] - 11:19
**client** [1] - 24:3
**clients** [1] - 52:14
**clock** [1] - 38:3
**close** [1] - 48:9
**co** [1] - 9:19
**co-counsel** [1] - 9:19
**collaboratively** [1] - 38:18
**collectively** [2] - 11:9, 11:13
**comfortably** [1] - 14:13
**coming** [5] - 13:18, 17:7, 17:19, 19:22, 28:3
**commences** [3] - 31:23, 31:24, 32:1
**commission** [1] - 29:18
**commitments** [1] - 24:18
**COMMITTEE** [2] - 1:15, 1:23
**Committee** [1] - 48:4
**committees** [1] - 50:23
**common** [1] - 18:15
**communication** [1] - 10:17
**COMPANY** [3] - 3:14, 4:19
**company** [1] - 38:1
**compel** [1] - 43:22
**compelled** [1] - 44:12
**compelling** [1] - 28:21
**compilation** [2] - 18:14, 20:11
**compile** [4] - 17:3, 17:7, 18:12, 18:23
**compiler** [1] - 15:3
**compiling** [1] - 15:19
**complete** [1] - 15:17
**completely** [1] - 19:6
**complicated** [1] - 19:2
**comprehensive** [1] - 18:10
**COMPUTER** [1] - 6:11
**concern** [4] - 25:10, 27:5, 27:11, 36:22
**concerned** [2] - 20:17, 26:9
**concerns** [2] - 40:9, 50:16
**concession** [1] - 43:20
**concluded** [1] - 55:23

**conduct** [2] - 26:25, 27:1
**conference** [13] - 10:11, 10:14, 10:22, 12:19, 13:1, 16:13, 29:10, 33:14, 53:7, 54:2, 54:7, 54:9, 54:16
**CONFERENCE** [1] - 1:11
**conferences** [6] - 13:7, 25:23, 25:25, 42:7, 42:12, 51:21
**conferred** [1] - 26:11
**confirm** [1] - 29:3
**confront** [2] - 40:9, 41:13
**Congressional** [1] - 29:18
**CONRAD** [1] - 2:3
**consequence** [1] - 50:3
**consider** [3] - 13:22, 33:13, 37:23
**consolidated** [1] - 50:18
**constraints** [1] - 30:7
**contact** [1] - 17:11
**contained** [1] - 23:21
**containment** [1] - 30:3
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continues** [1] - 33:9
**control** [3] - 35:9, 41:21, 50:11
**convenient** [1] - 53:3
**Convention** [1] - 44:19
**conversations** [1] - 25:16
**converted** [1] - 34:18
**Coon** [3] - 49:8, 51:12, 52:2
**COON** [3] - 5:20, 49:6, 49:8
**COON.........................
...........................** [1] - 8:16
**cooperative** [2] - 41:21, 42:19
**coordinating** [3] - 13:6, 21:14, 21:16
**coping** [1] - 40:13
**corporate** [1] - 49:14
**CORPORATE** [1] - 2:4
**corporation** [1] - 43:16
**CORPORATION** [5] - 3:15, 4:3, 4:19, 4:20, 5:3

**Corporation** [1] - 9:23
**correct** [3] - 20:19, 23:22, 56:7
**COTLAR** [1] - 1:19
**Counsel** [1] - 31:1
**counsel** [23] - 9:19, 10:14, 13:6, 20:20, 21:2, 21:14, 21:16, 22:15, 22:23, 36:11, 37:6, 37:12, 38:2, 41:3, 41:5, 41:16, 41:21, 47:13, 49:10, 50:21, 50:24, 51:4
**countries** [1] - 44:5
**country** [6] - 39:20, 39:21, 39:23, 39:24, 40:3, 52:10
**couple** [3] - 19:9, 25:7, 37:22
**course** [3] - 16:17, 32:4, 54:24
**COURT** [133] - 1:1, 6:8, 9:4, 9:8, 9:12, 9:15, 9:17, 9:21, 9:25, 10:3, 11:25, 12:9, 12:14, 12:17, 14:4, 15:13, 15:15, 16:5, 16:8, 16:16, 16:23, 17:2, 18:5, 18:13, 19:4, 19:13, 19:19, 19:22, 19:24, 20:5, 20:10, 21:3, 21:10, 21:12, 21:20, 21:23, 22:7, 22:16, 22:21, 23:1, 23:4, 23:8, 23:18, 24:1, 24:4, 24:7, 24:14, 24:17, 24:24, 25:9, 25:19, 25:22, 27:3, 27:7, 27:23, 28:13, 28:16, 28:24, 29:7, 30:6, 30:12, 30:16, 30:20, 31:2, 31:13, 31:16, 31:24, 32:13, 33:13, 34:19, 35:11, 36:1, 36:4, 36:16, 36:20, 36:23, 37:9, 37:16, 38:3, 38:7, 38:22, 39:5, 39:8, 39:18, 39:24, 40:2, 40:5, 40:20, 40:25, 41:13, 41:24, 42:15, 43:1, 43:4, 43:9, 44:14, 44:25, 45:20, 45:23, 46:7, 46:16, 46:19, 47:1, 47:3, 47:7, 47:18, 48:1, 48:8, 48:10, 48:19, 49:4, 49:7, 51:2, 51:16, 51:25,

52:15, 52:17, 52:19, 53:3, 53:11, 53:21, 53:23, 54:1, 54:6, 54:13, 54:15, 54:23, 55:3, 55:7, 55:9, 55:14, 55:17
**Court** [11] - 11:15, 21:11, 47:24, 49:25, 51:14, 53:25, 56:4, 56:5, 56:6, 56:15, 56:16
**Court's** [5] - 10:10, 29:4, 43:14, 43:15, 44:12
**courtesy** [1] - 43:20
**courthouse** [2] - 50:1, 50:17
**courtroom** [2] - 10:4, 24:13
**cover** [5] - 22:16, 28:17, 33:13, 38:21, 48:17
**covered** [1] - 51:19
**covers** [1] - 48:16
**COVINGTON** [1] - 3:4
**cracking** [1] - 17:8
**creating** [3] - 11:8, 11:10
**credits** [2] - 31:2, 31:3
**Criminal** [1] - 53:25
**critical** [2] - 10:19, 26:18
**cross** [1] - 40:5
**CRR** [2] - 6:8, 56:14
**CUNNINGHAM** [4] - 1:23, 1:24, 45:24, 46:12
**Cunningham** [1] - 45:24
**CUNNINGHAM..........
...........................** [1] - 8:11
**current** [1] - 20:22
**custodial** [7] - 26:12, 26:20, 27:10, 28:1, 28:3, 28:8, 28:18
**custody** [1] - 50:10
**cut** [1] - 16:7

**D**

**DALLAS** [1] - 4:13
**DART** [16] - 3:3, 20:15, 21:6, 21:11, 21:18, 21:22, 36:6, 36:17, 36:21, 39:23, 46:18, 46:20, 47:2, 47:4, 47:11, 48:18
**Dart** [2] - 20:15, 36:6

**DART.........................
...........................** [3] - 7:12, 8:1, 8:12
**database** [5] - 11:8, 11:10, 11:14, 11:17, 12:2
**databases** [1] - 11:11
**date** [2] - 13:19, 40:14
**dates** [11] - 14:18, 14:22, 16:13, 16:24, 17:9, 19:6, 27:25, 28:8, 40:6, 40:10, 51:21
**DAUPHIN** [1] - 1:24
**DAVID** [1] - 4:7
**days** [14] - 14:15, 16:3, 16:10, 16:12, 17:13, 19:10, 29:2, 30:1, 37:22, 45:9, 46:3, 46:13, 47:24, 49:17
**DC** [2] - 4:25, 5:14
**deadline** [1] - 14:15
**deadlines** [1] - 10:19
**deal** [2] - 25:22, 31:7
**dealing** [1] - 10:15
**deals** [1] - 31:11
**DEANNA** [1] - 6:4
**Deb** [2] - 19:5, 36:24
**Deb's** [1] - 16:18
**DEBORAH** [1] - 4:21
**decision** [1] - 52:2
**DEEPWATER** [3] - 1:4, 3:7, 3:8
**defaulting** [1] - 45:8
**defend** [1] - 34:25
**defendant** [2] - 37:1, 43:17
**defendants** [14] - 11:9, 11:10, 11:22, 12:1, 13:3, 13:4, 17:21, 19:16, 21:25, 22:10, 28:1, 29:11, 34:16, 43:14
**defendants'** [1] - 46:14
**defending** [2] - 36:8, 36:21
**defense** [13] - 10:13, 18:1, 18:3, 18:5, 18:8, 18:12, 21:2, 27:8, 30:11, 33:6, 36:11, 37:10, 50:21
**degrees** [1] - 10:1
**delay** [1] - 27:6
**DELEMARRE** [1] - 6:5
**DENISE** [1] - 5:20
**DENNIS** [1] - 6:3
**DEPARTMENT** [1] - 2:14

**dependent** [1] - 20:6
**depos** [1] - 38:11
**depose** [2] - 15:5, 19:8
**deposed** [3] - 15:1, 22:20, 36:9
**deposition** [21] - 11:24, 13:2, 15:6, 22:19, 23:10, 23:20, 23:22, 24:2, 25:5, 26:13, 27:18, 27:20, 28:20, 29:6, 31:21, 32:11, 34:25, 38:25, 47:14, 49:1, 53:20
**depositions** [31] - 14:16, 16:3, 26:19, 27:5, 27:19, 30:23, 31:20, 32:2, 32:16, 33:18, 35:25, 39:15, 42:10, 42:11, 42:19, 42:24, 43:18, 48:12, 49:13, 49:14, 49:16, 49:17, 49:20, 50:1, 50:6, 50:17, 51:7, 54:19, 55:4, 55:5
**deputized** [1] - 18:1
**DEPUTY** [2] - 9:7, 55:21
**detail** [1] - 40:8
**developing** [1] - 37:15
**DEXTER** [1] - 2:20
**dial** [4] - 52:22, 53:6, 53:14, 54:15
**dial-in** [3] - 53:6, 53:14, 54:15
**different** [2] - 10:16, 51:5
**difficult** [1] - 46:6
**digesting** [1] - 45:2
**digging** [1] - 9:13
**directed** [2] - 13:10, 20:24
**disagree** [1] - 13:9
**disagreement** [1] - 25:24
**discovery** [6] - 20:23, 27:9, 29:20, 49:25, 50:2, 50:4
**discuss** [3] - 23:5, 45:25, 51:18
**discussed** [2] - 29:2, 29:10
**discussion** [5] - 10:21, 11:21, 24:9, 24:17, 33:11
**discussions** [1] - 27:14
**dispute** [1] - 42:21
**disrupt** [1] - 21:8
**disruptive** [3] - 21:13,

21:16, 53:14
**DISTRICT** [2] - 1:1, 1:1
**District** [4] - 53:25, 56:6, 56:16
**district** [1] - 54:1
**DIVISION** [1] - 2:15
**doctor** [1] - 43:25
**doctor's** [1] - 41:10
**DOCUMENT** [1] - 1:8
**documents** [3] - 15:18, 27:15, 29:21
**dog** [1] - 24:16
**DOMENGEAUX** [1] - 1:15
**Don** [12] - 11:5, 15:11, 15:13, 15:20, 20:10, 22:4, 32:13, 39:6, 39:19, 53:9
**DON** [1] - 3:19
**DONALD** [1] - 4:11
**done** [12] - 12:8, 13:12, 13:13, 14:12, 16:5, 16:14, 16:23, 22:21, 25:5, 37:4, 39:1, 54:3
**double** [1] - 27:18
**dovetails** [1] - 11:4
**down** [5] - 13:5, 14:21, 29:12, 34:2, 41:25
**dozens** [1] - 13:11
**drafted** [1] - 24:13
**draw** [2] - 38:15, 38:16
**drawing** [3] - 45:17, 47:20, 49:2
**DRILLING** [1] - 3:8
**DRIVE** [1] - 2:4
**due** [2] - 20:25, 48:15
**dug** [1] - 9:23
**duplicates** [2] - 15:4, 18:16
**during** [2] - 10:10, 15:1
**duty** [1] - 53:24

## E

**E&P** [1] - 4:19
**e-mail** [1] - 13:10
**e-mails** [1] - 25:20
**early** [5] - 21:25, 50:11, 53:4, 55:4, 55:5
**easier** [1] - 53:12
**easiest** [1] - 39:13
**easily** [1] - 30:1
**EASTERN** [1] - 1:1
**Eastern** [1] - 56:6
**easy** [1] - 29:16
**education** [1] - 23:15

**EDWARDS** [1] - 1:15
**efficiency** [1] - 48:23
**efficient** [3] - 13:12, 32:6, 32:8
**efficiently** [1] - 37:4
**effort** [1] - 15:19
**eight** [6] - 30:23, 40:17, 47:23, 48:5, 48:11, 48:22
**eight-hour** [2] - 30:23, 47:23
**either** [1] - 14:17
**elaborate** [1] - 50:24
**ELLIS** [1] - 3:23
**ELM** [1] - 4:13
**employed** [2] - 26:19, 43:17
**employee** [1] - 44:20
**employees** [1] - 50:10
**employer** [5] - 17:6, 17:11, 38:13, 41:22
**end** [6] - 11:18, 19:11, 26:7, 30:19, 33:23, 51:17
**endeavor** [1] - 33:1
**endured** [1] - 50:25
**ENERGY** [2] - 3:10, 4:11
**ensued** [1] - 50:19
**entertaining** [1] - 36:12
**entitled** [1] - 56:9
**envision** [3] - 17:10, 43:14, 43:15
**ESI** [3] - 25:12, 25:24, 27:9
**especially** [2] - 13:18, 24:21
**ESQUIRE** [40] - 1:16, 1:19, 1:24, 2:3, 2:6, 2:10, 2:15, 2:19, 2:23, 3:9, 3:10, 3:19, 3:19, 3:23, 4:4, 4:4, 4:7, 4:11, 4:12, 4:12, 4:15, 4:21, 4:24, 5:4, 5:13, 5:16, 5:19, 5:20, 5:20, 5:21, 5:22, 5:22, 5:23, 5:24, 5:24, 6:3, 6:3, 6:4, 6:5, 6:5
**et** [4] - 10:19, 11:19, 20:6, 29:19
**exactly** [4] - 31:3, 33:19, 54:13
**exaggerate** [1] - 38:24
**examining** [1] - 45:12
**exceeded** [1] - 36:10
**exception** [2] - 46:2, 46:3
**exceptional** [1] -

43:17
**excess** [1] - 27:15
**Exhibit** [1] - 23:22
**expands** [1] - 45:4
**experts** [1] - 15:7
**EXPLORATION** [1] - 3:16
**explosion** [1] - 49:10
**exponentially** [1] - 14:7
**extended** [1] - 26:24
**extension** [1] - 35:9
**extensions** [1] - 36:7
**extent** [1] - 26:23
**extra** [9] - 32:1, 34:4, 34:5, 34:9, 34:10, 34:15, 34:17, 36:18, 37:5

## F

**face** [1] - 43:23
**facilitate** [1] - 27:2, 34:6
**fact** [12] - 14:6, 15:6, 15:8, 15:19, 23:13, 23:21, 24:12, 38:15, 43:16, 44:17, 49:21
**fair** [2] - 31:8, 55:17
**faith** [2] - 29:13, 35:1
**fall** [1] - 41:5
**fame** [1] - 36:14
**familiar** [1] - 26:5
**family** [1] - 43:6
**far** [6] - 13:23, 17:4, 23:25, 31:6, 38:10, 51:4
**fast** [3] - 10:5, 33:8, 47:6
**February** [14] - 14:14, 14:21, 18:19, 28:8, 40:17, 40:20, 40:23, 45:6, 46:1, 46:23, 47:16, 52:11, 53:10, 53:11
**FEDERAL** [1] - 2:14
**federal** [2] - 30:15, 30:16
**felt** [2] - 25:2, 38:21
**few** [1] - 33:7
**Fifth** [3] - 37:13, 37:19, 38:13
**FIFTH** [1] - 5:16
**fight** [1] - 43:24
**figure** [4] - 10:23, 11:18, 38:18, 48:2
**figuring** [3] - 10:20, 17:12, 18:20
**file** [1] - 26:12

**files** [9] - 26:20, 26:23, 27:10, 27:15, 28:1, 28:4, 28:8, 28:18, 28:19
**filing** [2] - 10:17, 10:24
**fill** [3] - 23:18, 28:7, 28:9
**finalizing** [1] - 26:15
**FINANCIAL** [1] - 5:12
**fine** [8] - 15:23, 15:24, 16:1, 16:23, 17:2, 19:13, 21:3, 34:9
**finish** [1] - 46:13
**finished** [1] - 43:9
**finishing** [1] - 35:24
**firing** [1] - 47:5
**firm** [1] - 25:17
**FIRM** [1] - 2:9
**First** [1] - 19:3
**first** [14] - 11:11, 12:20, 13:13, 16:11, 18:9, 18:21, 19:9, 20:3, 23:10, 23:19, 32:17, 52:24, 54:24
**fit** [1] - 11:20
**Fitch** [2] - 9:16, 9:19
**FITCH** [4] - 5:21, 9:16, 9:19
**fits** [1] - 10:20
**five** [8] - 12:13, 23:10, 24:23, 25:4, 25:5, 33:6, 34:9, 36:18
**flag** [1] - 30:19
**flagging** [1] - 30:18
**flexibility** [1] - 37:2
**FLOOR** [2] - 2:16, 3:10
**fluid** [2] - 37:15, 37:16
**focuses** [1] - 47:5
**follow** [3] - 10:21, 51:21, 52:1
**follow-up** [2] - 10:21, 51:21
**following** [1] - 54:12, 56:10
**food** [1] - 44:3
**footnote** [1] - 44:17
**FOR** [11] - 1:15, 2:14, 2:19, 2:22, 3:6, 3:13, 4:3, 4:10, 4:18, 5:3, 5:7
**force** [1] - 41:11
**foregoing** [1] - 56:7
**foreign** [4] - 42:20, 43:13, 44:5
**forget** [1] - 30:13, 30:15, 30:16, 43:7
**forms** [1] - 10:16
**forth** [2] - 25:21, 48:25

**forward** [2] - 27:6, 52:9
**four** [6] - 16:11, 30:23, 30:24, 34:17, 35:15, 49:14
**four-hour** [2] - 30:23, 30:24
**four-year** [1] - 49:14
**FRANCISCO** [1] - 2:17
**frankly** [3] - 31:3, 38:19, 48:15
**free** [3] - 30:25, 37:5, 53:16
**frequently** [2] - 52:20, 55:11
**Friday** [8] - 14:20, 16:13, 22:1, 43:11, 53:18, 53:21, 54:8, 54:18
**FRIDAY** [2] - 1:7, 9:2
**friends** [1] - 43:6
**FRILOT** [1] - 3:9
**front** [4] - 11:17, 27:1, 31:6, 31:7
**fronts** [1] - 41:19
**frustration** [1] - 32:16
**full** [5] - 23:13, 23:19, 48:5, 48:14, 49:1
**futures** [1] - 31:4

## G

**Galveston** [1] - 50:18
**gamesmanship** [1] - 32:9
**GARY** [1] - 6:5
**GATE** [1] - 2:16
**gathering** [2] - 28:1, 28:3
**General** [2] - 48:14, 48:16
**general** [1] - 16:12
**GENERAL'S** [1] - 2:19
**generally** [1] - 16:13
**given** [3] - 19:1, 34:16, 42:14
**glad** [1] - 12:24
**GLENN** [1] - 5:24
**glitches** [1] - 34:2
**globe** [1] - 40:1
**God** [1] - 43:5
**Godwin** [2] - 15:11, 22:2
**GODWIN** [17] - 4:11, 4:11, 4:15, 15:12, 15:14, 22:6, 32:12, 32:14, 39:7, 39:16, 51:24, 52:1, 52:16, 52:18, 54:5, 54:11,

54:14
**GODWIN**..................
.......................... [4] -
7:7, 7:24, 8:5, 8:18
**GOLDEN** [1] - 2:16
**GOODIER** [1] - 5:24
**gorgeous** [1] - 10:4
**GOTSHAL** [2] - 5:12, 5:15
**GOVERNMENT** [1] - 2:14
**government** [4] - 30:15, 30:16, 37:3, 53:17
**GRABEL** [1] - 5:24
**Grand** [3] - 26:4, 26:10, 28:10
**GRAND** [5] - 5:22, 26:10, 27:4, 27:13, 28:25
**GRAND**....................
........................ [2] - 7:18, 7:20
**Gras** [1] - 55:2
**gratuities** [1] - 35:17
**gratuitous** [1] - 37:1
**gratuitously** [2] - 34:15, 34:17
**gratuity** [2] - 34:20, 35:14
**great** [2] - 18:13, 22:21
**greatly** [1] - 25:3
**ground** [1] - 38:21
**GROUP** [1] - 2:3
**group** [8] - 12:23, 18:1, 18:3, 28:17, 37:10, 47:8, 53:10, 53:12
**guess** [6] - 17:14, 18:4, 27:7, 29:20, 47:12, 51:20
**guessing** [1] - 37:20
**GULF** [1] - 1:5
**gun** [1] - 40:11
**guy** [2] - 45:13, 48:6
**guys** [8] - 25:22, 30:6, 35:12, 37:9, 48:17, 51:12, 53:3, 55:19

**H**

**Habans** [1] - 41:9
**Hague** [1] - 44:19
**half** [11] - 32:7, 34:4, 34:12, 34:14, 34:15, 34:18, 35:5, 35:6, 37:20, 38:11, 38:24
**HALLIBURTON** [1] -

4:10
**Halliburton's** [1] - 37:6
**hands** [1] - 41:16
**Hank** [4] - 20:15, 21:12, 36:6, 48:15
**happy** [4] - 21:15, 28:15, 38:20, 50:24
**hard** [4] - 14:7, 22:18, 32:23, 33:8
**HARIKLIA** [1] - 5:22
**Hariklia** [2] - 24:20, 33:17
**hate** [1] - 52:13
**HAYCRAFT** [3] - 3:19, 53:10, 53:25
**HAYCRAFT**...............
.......................... [1] - 8:19
**heads** [1] - 44:11
**heads-up** [1] - 44:11
**health** [1] - 20:6
**hear** [5] - 9:17, 24:21, 25:1, 37:25, 42:15
**HEARD** [1] - 1:11
**hearings** [2] - 29:18, 29:19
**heart** [2] - 14:1, 17:25
**help** [8] - 10:2, 26:21, 31:5, 41:18, 42:10, 45:12, 45:22
**helpful** [1] - 26:20
**helps** [1] - 9:25
**HEMPHILL** [1] - 6:5
**HENRY** [1] - 3:3
**hereby** [1] - 56:7
**Herman** [5] - 10:7, 10:11, 26:1, 26:2, 29:8
**HERMAN** [7] - 1:19, 1:19, 10:9, 26:2, 29:9, 54:21
**Herman's** [1] - 25:14
**HERMAN**..................
.......................... [3] - 7:5, 7:17, 7:21
**high** [3] - 23:15, 44:6
**higher** [1] - 30:2
**history** [1] - 50:10
**hit** [3] - 13:13, 37:9, 39:5
**HOLDINGS** [3] - 3:6, 3:17, 5:8
**home** [1] - 43:5
**honest** [1] - 45:19
**Honor** [42] - 9:11, 10:2, 12:4, 15:12, 15:23, 15:24, 17:23, 20:9, 20:15, 21:8, 21:19, 22:14, 24:10,

24:20, 26:11, 28:10, 29:11, 30:8, 30:17, 32:12, 33:16, 36:6, 36:13, 36:19, 37:14, 38:4, 38:10, 39:7, 42:3, 42:7, 42:17, 42:24, 44:9, 44:16, 45:19, 45:24, 46:18, 47:21, 48:21, 49:9, 52:16, 55:1
**Honor's** [1] - 51:6
**HONORABLE** [1] - 1:11
**hoped** [2] - 17:16, 26:14
**hoped-for** [1] - 17:16
**hopeful** [1] - 17:20
**hopefully** [2] - 26:6, 41:22
**hoping** [1] - 29:3
**HORIZON** [1] - 1:4
**HOUMA** [1] - 2:4
**hour** [20] - 30:23, 30:24, 31:13, 32:7, 34:5, 34:13, 34:14, 34:16, 34:18, 35:5, 35:6, 37:7, 37:20, 38:11, 38:24, 47:23
**hours** [16] - 18:24, 23:17, 31:21, 33:20, 35:10, 45:8, 46:23, 46:25, 47:1, 47:25, 48:2, 48:5, 48:11, 48:14, 48:22, 49:13
**HOUSTON** [3] - 4:8, 4:9, 4:16
**Houston** [1] - 42:24
**hundred** [2] - 50:17, 51:11, 52:5
**hypothetically** [2] - 12:7, 12:9

**I**

**idea** [4] - 13:11, 24:5, 28:7, 54:5
**identify** [6] - 26:21, 29:16, 29:21, 39:8, 39:18, 40:2
**identifying** [2] - 27:8, 37:23
**IL** [1] - 3:24
**ill** [1] - 40:14
**imagine** [2] - 30:1, 32:23
**immediately** [1] - 54:11
**important** [3] - 17:16, 17:18, 22:14

**imposed** [1] - 47:13
**IN** [2] - 1:4, 1:5
**INC** [14] - 3:8, 3:9, 3:13, 3:14, 3:15, 3:16, 3:18, 4:11, 5:8, 5:8, 5:10, 5:10, 5:11, 5:12
**include** [1] - 21:4
**including** [2] - 21:1, 50:8
**increase** [1] - 14:11
**increased** [1] - 24:22
**increases** [1] - 17:1
**indicate** [1] - 40:20
**inference** [2] - 38:12, 38:16
**information** [4] - 11:12, 11:14, 12:2, 23:21
**informed** [2] - 24:12, 27:13
**injury** [1] - 41:17
**instance** [1] - 28:7
**instead** [1] - 37:7
**intended** [2] - 44:9, 51:14
**intent** [8] - 14:5, 14:11, 14:12, 28:18, 44:10, 44:12, 51:7
**interest** [1] - 34:6
**INTERESTS** [2] - 2:14, 2:19
**INTERNATIONAL** [2] - 4:3, 5:11
**interrupt** [2] - 33:16, 34:6
**intimately** [1] - 26:5
**introduce** [1] - 26:4
**investigators** [1] - 44:1
**invitation** [1] - 21:18
**invoke** [3] - 37:13, 38:13, 44:19
**invoking** [1] - 37:19
**involved** [3] - 29:16, 30:3, 50:24
**IRPINO** [2] - 2:9, 2:10
**Island** [1] - 44:6
**issue** [33] - 11:4, 12:14, 13:2, 16:16, 23:6, 25:11, 25:23, 26:8, 28:10, 29:1, 30:4, 33:9, 33:19, 33:22, 33:25, 34:1, 34:10, 34:11, 39:1, 40:9, 41:13, 41:15, 41:19, 44:11, 45:2, 45:8, 45:21, 47:17, 48:11, 49:12, 51:5, 51:15, 52:10

**issued** [2] - 13:16, 45:3
**issues** [15] - 11:23, 11:24, 25:17, 26:15, 26:16, 27:2, 29:14, 30:18, 41:4, 42:5, 42:12, 42:13, 43:23, 49:11, 50:25
**item** [2] - 24:17, 28:16

**J**

**JAMES** [1] - 1:16
**JANUARY** [2] - 1:7, 9:2
**JARRETT** [1] - 3:19
**Jeff** [1] - 26:4
**JEFFERSON** [2] - 1:17, 3:4
**Jeffrey** [1] - 26:10
**JEFFREY** [1] - 5:22
**JENNY** [1] - 4:12
**JEREMY** [1] - 5:24
**Jim** [9] - 10:10, 11:4, 11:6, 19:15, 24:10, 31:18, 32:15, 33:3, 55:5
**job** [1] - 17:6
**JOHN** [1] - 5:23
**judge** [3] - 19:18, 32:14, 52:1
**JUDGE** [1] - 1:12
**Judge** [15] - 15:14, 16:22, 20:18, 20:22, 22:6, 32:14, 39:17, 41:15, 48:18, 51:7, 53:22, 54:2, 54:11, 54:12, 54:16
**July** [1] - 14:22
**jurisdictional** [1] - 44:20
**jury** [1] - 53:24
**JUSTICE** [1] - 2:14

**K**

**KANNER** [3] - 2:22, 2:23, 55:12
**KARIS** [8] - 5:22, 24:20, 25:1, 33:16, 34:21, 35:20, 36:2, 36:5
**Karis** [2] - 24:20, 33:17
**KARIS**......................
...................... [2] - 7:15, 7:25
**KATZ** [1] - 1:19

**keep** [4] - 13:4, 21:5, 25:20, 53:8
**keeping** [1] - 52:23
**KEITH** [1] - 3:19
**KERRY** [1] - 3:9
**Kerry** [4] - 11:5, 17:22, 29:10, 41:24
**key** [1] - 50:6
**kind** [4] - 11:20, 19:3, 40:13, 47:7
**king** [1] - 55:16
**Kingdom** [1] - 39:11
**KIRBY** [1] - 4:24
**Kirby** [1] - 9:20
**KIRKLAND** [1] - 3:23
**knock** [1] - 18:10
**knowing** [2] - 32:16, 33:20
**known** [2] - 14:1, 33:22
**knows** [1] - 44:7
**Kuchler** [2] - 19:5, 36:24
**KUCHLER** [5] - 4:21, 4:21, 16:22, 19:5, 36:24
**KUCHLER.................**
**...........................** [2] - 7:10, 8:2
**KULLMAN** [1] - 2:6
**Ky** [1] - 9:20
**KYLE** [1] - 4:24

**L**

**LA** [12] - 1:17, 1:21, 2:4, 2:8, 2:11, 2:24, 3:4, 3:11, 3:21, 4:5, 4:22, 6:9
**LAFAYETTE** [1] - 1:17
**LAMAR** [1] - 4:16
**Langan** [6] - 12:4, 15:25, 22:12, 29:1, 37:14, 52:1
**LANGAN** [46] - 3:23, 12:4, 12:7, 12:10, 12:16, 15:24, 16:6, 16:9, 17:1, 22:12, 22:17, 22:22, 23:2, 23:7, 23:17, 23:24, 24:3, 24:5, 25:14, 25:20, 28:6, 28:14, 28:23, 30:8, 30:14, 30:17, 30:22, 31:3, 31:15, 31:23, 37:14, 37:25, 39:25, 40:4, 40:19, 40:22, 41:2, 44:16, 45:1, 45:21, 47:12, 47:19, 48:21,

51:3, 54:20, 54:22
**LANGAN.................**
**.........................** [12] - 7:6, 7:8, 7:13, 7:16, 7:19, 7:22, 8:3, 8:6, 8:10, 8:13, 8:15, 8:17
**large** [4] - 25:16, 26:20, 26:24, 48:16
**larger** [3] - 27:9, 27:10, 27:12
**LASALLE** [1] - 3:24
**last** [3] - 16:13, 18:2, 41:9
**latter** [1] - 40:22
**laughingly** [1] - 14:4
**LAW** [3] - 2:3, 2:9, 3:3
**law** [3] - 25:17, 44:22, 49:13
**lawyer** [1] - 31:20
**lawyers** [4] - 32:21, 41:17, 42:8, 45:12
**layer** [2] - 50:2, 50:3
**lead** [2] - 21:16, 49:10
**least** [7] - 10:17, 11:9, 20:3, 37:25, 43:13, 51:13, 52:20
**leave** [1] - 45:14
**left** [4] - 18:7, 24:24, 32:7, 35:15
**legitimate** [1] - 25:10
**less** [6] - 24:8, 25:4, 30:4, 31:20, 33:2, 55:10
**letter** [4] - 22:14, 23:8, 40:8, 40:16
**level** [1] - 22:24
**LEWIS** [2] - 2:6, 3:18
**LEXINGTON** [1] - 5:5
**LexisNexis** [4] - 10:21, 10:24, 11:1, 11:19
**LIAISON** [1] - 1:15
**liaison** [2] - 10:11, 10:14
**lieu** [1] - 49:21
**LIFE** [1] - 2:7
**light** [2] - 17:24, 24:22
**likely** [2] - 11:13, 42:9
**limitation** [1] - 14:13
**LIMITED** [1] - 3:17
**limits** [1] - 45:4
**line** [2] - 29:12, 40:21
**lines** [1] - 12:22
**LISKOW** [1] - 3:18
**list** [54] - 14:25, 15:4, 15:10, 15:16, 15:17, 15:19, 17:2, 17:3, 17:5, 17:7, 17:14, 17:15, 17:18, 18:2,

18:3, 18:5, 18:8, 18:9, 18:10, 18:12, 18:16, 18:23, 18:24, 18:25, 19:9, 19:10, 19:11, 19:15, 19:16, 19:20, 19:25, 20:11, 21:1, 21:24, 22:1, 22:2, 22:5, 22:10, 26:22, 27:25, 29:13, 29:15, 29:25, 30:5, 39:6, 39:18, 40:13, 40:15, 41:20, 44:6, 49:5
**listed** [2] - 19:8, 19:11
**listening** [1] - 45:23
**lists** [4] - 18:21, 19:16, 22:1, 42:20
**litigation** [1] - 50:5
**lives** [1] - 14:5
**living** [2] - 20:1, 20:7
**LLC** [4] - 3:7, 4:21, 5:9, 5:9
**local** [3] - 43:7, 43:10, 44:22
**located** [2] - 39:9, 44:15
**location** [1] - 17:6
**lock** [1] - 32:10
**logistically** [1] - 18:20
**London** [6] - 43:21, 43:24, 44:2, 44:6, 50:8
**look** [10] - 13:16, 13:21, 18:9, 18:12, 21:12, 22:10, 28:5, 31:17, 39:6, 44:14
**looked** [3] - 13:19, 15:18
**looking** [6] - 29:21, 40:17, 40:21, 40:25, 46:1, 50:12
**Lord** [1] - 44:7
**lose** [4] - 23:2, 23:4, 40:10, 40:14
**losing** [1] - 40:6
**Louisiana** [6] - 20:16, 20:18, 20:20, 22:1, 56:5, 56:6
**LOUISIANA** [3] - 1:1, 1:6, 2:22
**love** [1] - 44:6
**LP** [1] - 4:19
**LUTHER** [1] - 2:19
**LYLE** [1] - 5:13

**M**

**ma'am** [1] - 31:19
**MAGISTRATE** [1] -

1:12
**mail** [1] - 13:10
**mails** [1] - 25:20
**MAJOR** [1] - 4:12
**majority** [2] - 19:7, 23:24
**man** [1] - 47:20
**MANAGEMENT** [1] - 5:8
**MANGES** [2] - 5:12, 5:15
**March** [6] - 14:22, 54:10, 54:18, 55:6, 55:8, 55:9
**Mardi** [1] - 55:2
**Marine** [1] - 9:23
**MARINE** [4] - 5:3, 5:9, 5:10, 5:11
**Mark** [2] - 46:12, 53:20
**market** [2] - 30:25, 31:4
**MARTINEZ** [1] - 4:12
**master** [11] - 11:14, 12:2, 15:4, 15:10, 17:3, 20:11, 22:2, 22:4, 27:25, 39:6, 39:18
**matter** [1] - 56:10
**MBI** [1] - 29:18
**MCCUTCHEN** [1] - 4:24
**MCKINNEY** [1] - 4:8
**mean** [12] - 12:8, 12:10, 17:1, 18:6, 23:25, 30:20, 33:16, 36:14, 44:4, 44:22
**meaning** [1] - 37:10
**MECHANICAL** [1] - 6:10
**mechanics** [4] - 10:15, 10:20, 10:24, 11:3
**mechanisms** [1] - 50:22
**medical** [2] - 41:4, 43:23
**meeting** [4] - 18:19, 21:9, 33:10, 40:10
**meetings** [2] - 12:22, 21:8
**MEMBERS** [1] - 1:23
**memorialized** [1] - 26:6
**mention** [3] - 10:10, 22:13, 23:7
**mentioned** [6] - 12:10, 18:1, 23:12, 25:14, 42:5, 42:20
**merge** [3] - 18:22, 18:24

**Merit** [1] - 56:4
**MEXICO** [1] - 1:5
**MICHAEL** [2] - 2:15, 5:13
**MICHELLE** [1] - 6:5
**Michoud** [1] - 43:4
**middle** [1] - 34:24
**might** [6] - 23:12, 24:18, 37:13, 38:10, 38:17, 44:8
**Mike** [4] - 21:5, 23:17, 38:4, 42:16
**mile** [2] - 50:17, 51:11
**miles** [1] - 52:5
**MILLER** [7] - 3:9, 17:23, 18:6, 18:14, 42:3, 55:1, 55:16
**MILLER.................**
**.........................** [2] - 7:9, 8:8
**mind** [4] - 10:8, 42:1, 44:3, 47:5
**minimized** [1] - 32:22
**minimum** [2] - 25:20
**minor** [2] - 17:17, 40:13
**minutes** [26] - 23:10, 24:23, 25:4, 25:5, 25:7, 31:10, 33:2, 33:6, 33:7, 34:5, 34:9, 34:10, 34:15, 34:17, 34:23, 34:25, 35:4, 35:15, 35:22, 36:14, 36:18, 37:6, 47:4, 47:5
**misconstrued** [1] - 44:4
**miserable** [1] - 14:6
**miss** [1] - 55:19
**MOBILE** [1] - 1:25
**modification** [1] - 13:17
**MOEX** [4] - 4:20, 4:20, 9:20, 19:5
**Monday** [8] - 15:22, 16:10, 19:20, 19:22, 19:23, 19:24, 21:24, 24:11
**money** [1] - 53:17
**MONTGOMERY** [1] - 2:20
**month** [4] - 16:10, 16:11, 16:14, 54:24
**monthly** [1] - 12:19
**Morel** [3] - 40:18, 41:1, 41:5
**morning** [4] - 20:15, 24:11, 53:19, 54:3
**most** [4] - 17:16, 19:6, 29:22, 49:17

**motion** [3] - 41:11, 42:23, 43:20
**motions** [1] - 50:2
**move** [2] - 27:6, 52:15
**moving** [5] - 13:25, 22:15, 22:22, 30:1, 50:20
**MR** [168] - 7:5, 7:6, 7:7, 7:8, 7:9, 7:11, 7:12, 7:13, 7:14, 7:16, 7:17, 7:18, 7:19, 7:20, 7:21, 7:22, 7:23, 7:24, 8:1, 8:3, 8:4, 8:5, 8:6, 8:7, 8:8, 8:9, 8:10, 8:11, 8:12, 8:13, 8:14, 8:15, 8:16, 8:17, 8:18, 8:19, 9:11, 9:13, 9:16, 9:19, 9:22, 10:2, 10:9, 12:4, 12:7, 12:10, 12:16, 14:3, 15:12, 15:14, 15:23, 15:24, 16:6, 16:9, 17:1, 17:23, 18:6, 18:14, 19:18, 19:20, 19:23, 20:1, 20:9, 20:12, 20:15, 21:6, 21:11, 21:18, 21:22, 22:6, 22:12, 22:17, 22:22, 23:2, 23:7, 23:17, 23:24, 24:3, 24:5, 24:10, 24:15, 25:14, 25:20, 26:2, 26:10, 27:4, 27:13, 28:6, 28:14, 28:23, 28:25, 29:9, 30:8, 30:14, 30:15, 30:17, 30:22, 31:3, 31:15, 31:19, 31:23, 31:25, 32:12, 32:14, 36:6, 36:17, 36:21, 37:14, 37:25, 38:4, 38:8, 39:3, 39:7, 39:16, 39:23, 39:25, 40:4, 40:19, 40:22, 41:2, 41:8, 41:14, 42:3, 42:16, 43:2, 43:5, 43:11, 44:16, 45:1, 45:21, 45:24, 46:12, 46:18, 46:20, 47:2, 47:4, 47:11, 47:12, 47:19, 47:21, 48:6, 48:9, 48:18, 48:20, 48:21, 49:6, 49:8, 51:3, 51:24, 52:1, 52:16, 52:18, 53:2, 53:10, 53:20, 53:22, 53:25, 54:5, 54:11, 54:14, 54:20, 54:21,

54:22, 55:1, 55:6, 55:8, 55:12, 55:16
**MS** [14] - 7:10, 7:15, 7:25, 8:2, 16:22, 19:5, 24:20, 25:1, 33:16, 34:21, 35:20, 36:2, 36:5, 36:24
**multiple** [1] - 17:12
**multitracking** [1] - 16:17
**must** [1] - 43:11

## N

**name** [2] - 17:6, 23:14
**names** [5] - 18:10, 18:15, 19:10, 19:11, 20:3
**naturally** [1] - 30:25
**nature** [2] - 30:9, 42:13
**near** [1] - 26:7
**necessary** [2] - 15:7, 40:24
**need** [28] - 11:20, 13:12, 13:24, 17:3, 17:4, 17:14, 22:16, 23:5, 24:18, 25:8, 27:4, 27:19, 32:25, 33:3, 33:4, 34:9, 35:15, 37:2, 37:11, 40:9, 41:15, 41:18, 41:24, 44:14, 45:11, 52:21, 54:7
**needed** [2] - 32:20, 49:16
**needs** [4] - 14:25, 42:18, 50:13, 52:3
**neighborhood** [1] - 14:18
**NEW** [12] - 1:6, 1:21, 2:8, 2:11, 2:24, 3:11, 3:21, 4:5, 4:22, 5:5, 5:17, 6:9
**new** [4] - 46:20, 46:21, 47:13, 47:16
**New** [10] - 42:25, 43:1, 43:2, 43:4, 43:6, 43:11, 43:12, 51:8, 52:6
**next** [10] - 12:19, 15:21, 17:10, 21:25, 22:1, 33:14, 37:9, 39:5, 45:10, 53:24
**nice** [1] - 44:3
**night** [1] - 35:25
**NO** [1] - 1:6
**nobody** [1] - 52:6
**Nomellini** [1] - 29:2

**nonbinding** [4] - 14:25, 15:17, 17:3, 37:17
**none** [1] - 43:25
**nonofficers** [1] - 43:17
**nonprejudicial** [1] - 29:25
**nonstop** [1] - 28:12
**noon** [1] - 19:17
**NORTH** [5] - 3:4, 3:14, 3:15, 3:17, 3:18
**note** [1] - 25:14
**Nothing** [1] - 44:18
**noticed** [1] - 31:13
**notion** [1] - 31:19
**number** [12] - 13:5, 25:15, 34:16, 37:18, 41:16, 41:19, 42:5, 49:8, 50:6, 53:6, 53:14, 54:15
**Number** [1] - 14:5
**numbered** [1] - 56:9
**numbers** [1] - 13:5
**NW** [1] - 5:13
**NY** [2] - 5:5, 5:17

## O

**O'BRIEN'S** [1] - 5:7
**o'clock** [1] - 35:25
**O'KEEFE** [1] - 1:20
**O'Keefe** [1] - 21:5
**O'ROURKE** [1] - 6:3
**objective** [1] - 11:14
**objectives** [1] - 28:2
**obviously** [2] - 14:23, 39:12
**occasion** [1] - 51:9
**occurred** [2] - 24:18
**OF** [5] - 1:1, 1:5, 1:11, 2:14, 2:22
**offer** [1] - 44:4
**offered** [1] - 43:20
**OFFICE** [1] - 2:19
**Office** [1] - 11:19
**officer** [2] - 43:22, 49:14
**officers** [1] - 43:16
**Official** [2] - 56:5, 56:15
**OFFICIAL** [1] - 6:8
**OFFSHORE** [3] - 3:7, 4:20, 5:9
**OIL** [2] - 1:4, 1:4
**oil** [1] - 29:18
**ON** [1] - 1:5
**once** [2] - 24:11, 50:10
**ONE** [3] - 2:10, 3:20,

4:8
**one** [31] - 9:17, 11:13, 12:2, 13:4, 21:7, 26:17, 27:24, 28:2, 28:21, 29:14, 30:18, 31:5, 31:13, 32:17, 34:8, 36:7, 40:18, 42:6, 43:14, 43:21, 45:8, 45:9, 45:13, 45:14, 45:22, 46:2, 46:3, 46:5, 46:8, 46:9, 46:23
**one-day** [1] - 45:13
**ones** [2] - 17:17, 17:18
**onion** [1] - 50:3
**open** [3] - 46:2, 46:11
**opinions** [1] - 15:8
**opportunity** [1] - 12:12
**opposed** [1] - 25:7
**ORDER** [1] - 9:4
**order** [20] - 14:1, 17:15, 17:16, 17:20, 18:18, 20:3, 27:16, 31:13, 38:11, 38:15, 43:14, 43:16, 44:10, 44:18, 44:21, 45:5, 46:20, 46:21, 51:8, 52:4
**Order** [5] - 14:5, 16:9, 45:3, 45:18, 48:25
**orders** [2] - 13:16, 41:10
**organism** [2] - 20:1, 20:8
**organize** [1] - 17:19
**original** [1] - 29:17
**Orleans** [10] - 42:25, 43:1, 43:2, 43:4, 43:6, 43:11, 43:12, 51:8, 52:6
**ORLEANS** [10] - 1:6, 1:21, 2:8, 2:11, 2:24, 3:11, 3:21, 4:5, 4:22, 6:9
**otherwise** [2] - 40:15, 49:1
**ought** [1] - 31:4
**ourselves** [1] - 37:2
**outside** [5] - 11:19, 39:9, 39:19, 39:21, 40:3
**outweighs** [1] - 25:4
**overcome** [1] - 50:25
**overcomplicate** [1] - 19:1
**own** [4] - 11:11, 12:8, 20:20, 21:1

## P

**p.m** [1] - 55:22
**PAGE** [1] - 7:3
**page** [1] - 27:24
**pages** [1] - 27:15
**PAN** [1] - 2:7
**parade** [3] - 13:13, 37:9, 39:5
**paragraph** [1] - 44:17
**parallel** [2] - 38:5, 38:8
**Paris** [1] - 44:6
**part** [4] - 18:14, 22:15, 40:23, 48:17
**participate** [4] - 53:5, 53:6, 53:16, 54:17
**particularly** [4] - 26:18, 26:20, 26:24, 29:5
**parties** [12] - 16:4, 22:25, 24:11, 26:21, 34:17, 35:18, 38:20, 49:15, 49:22, 50:6, 50:13, 50:20
**parties'** [1] - 36:22
**partly** [1] - 14:4
**partners** [1] - 28:12
**parts** [2] - 22:22, 50:20
**party** [7] - 14:25, 15:5, 23:24, 31:6, 31:8, 36:8, 44:19
**party's** [1] - 17:6
**passing** [1] - 23:12
**past** [1] - 33:24
**PAUL** [2] - 2:6, 3:10
**Paul** [3] - 41:8, 42:4, 47:21
**pecking** [1] - 44:21
**pending** [1] - 29:20
**people** [19] - 14:25, 15:5, 22:18, 25:16, 26:22, 29:5, 30:4, 32:20, 32:21, 33:23, 34:22, 34:23, 35:1, 38:1, 42:8, 50:12, 51:10, 52:10, 52:21
**PEPPER** [1] - 6:8
**Pepper** [3] - 56:3, 56:13, 56:14
**per** [1] - 16:10
**perhaps** [4] - 11:10, 11:14, 13:3, 44:11
**period** [11] - 10:18, 13:18, 13:21, 15:1, 15:6, 15:9, 26:24, 29:23, 49:1, 49:15, 50:5

8

**person** [1] - 32:8
**person's** [1] - 32:6
**personal** [7] - 20:18, 22:15, 22:23, 37:12, 38:2, 41:3, 41:17
**personally** [2] - 30:22, 43:19
**PETROLEUM** [1] - 4:19
**PHILLIP** [1] - 4:4
**phone** [4] - 9:10, 11:5, 12:11, 54:17
**pick** [1] - 39:14
**picking** [1] - 39:10
**PIGMAN** [1] - 4:3
**pitfalls** [1] - 50:25
**PLACE** [1] - 2:10
**place** [3] - 44:3, 45:5, 46:22
**places** [1] - 44:7
**plaintiff's** [1] - 51:3
**plaintiffs** [13] - 10:11, 11:8, 18:8, 18:23, 18:24, 23:11, 26:3, 26:10, 26:25, 30:11, 37:3, 43:15, 49:9
**Plaintiffs** [1] - 48:4
**PLAINTIFFS'** [2] - 1:15, 1:23
**plaintiffs'** [5] - 19:8, 19:24, 21:24, 28:19, 50:21
**plan** [1] - 51:12
**plans** [1] - 51:13
**play** [3] - 21:16, 41:12, 42:6
**plea** [2] - 48:22, 48:23
**plural** [1] - 20:17
**plus** [1] - 30:24
**point** [8] - 10:3, 16:2, 27:7, 32:14, 45:11, 45:14, 45:15, 48:22
**pointed** [2] - 20:22, 42:18
**pointing** [1] - 20:19
**POLK** [1] - 4:21
**position** [4] - 42:9, 44:22, 46:13, 46:14
**possible** [2] - 39:12, 40:11
**post** [1] - 23:15
**potential** [1] - 45:16
**potentially** [3] - 27:19, 37:18, 40:23
**powers** [1] - 50:15
**POYDRAS** [5] - 2:7, 3:11, 3:20, 4:22, 6:8
**practice** [3] - 41:11, 42:23, 43:21
**pre** [1] - 25:3

**pre-prepare** [1] - 25:3
**predicating** [1] - 49:19
**prejudice** [1] - 30:10
**preliminary** [2] - 14:15, 27:14
**prepare** [2] - 14:13, 25:3
**prepared** [2] - 27:20, 28:20
**preparing** [1] - 23:12
**PRESENT** [1] - 5:19
**presently** [1] - 38:8
**pressure** [2] - 14:8, 14:12
**presumably** [1] - 15:8
**presume** [1] - 46:21
**pretrial** [1] - 51:8
**Pretrial** [5] - 14:5, 16:9, 45:2, 45:18, 48:25
**pretty** [3] - 9:13, 19:2, 34:8
**prime** [1] - 36:7
**priorities** [2] - 20:5, 44:7
**prioritization** [1] - 20:4
**prioritize** [1] - 20:24
**prioritized** [3] - 19:20, 19:25, 20:4
**priority** [6] - 17:15, 17:16, 18:11, 18:25, 30:2, 30:4
**pro** [2] - 10:18, 11:6
**problem** [13] - 13:10, 16:18, 30:6, 30:21, 34:16, 36:8, 46:17, 46:18, 46:19, 47:8, 49:24, 49:25, 50:9
**procedure** [1] - 38:18
**proceed** [3] - 13:7, 35:1, 51:8
**proceeding** [1] - 38:9
**PROCEEDINGS** [3] - 1:11, 6:10, 9:1
**proceedings** [2] - 38:6, 55:22, 56:9
**process** [7] - 10:15, 10:16, 11:20, 34:6, 35:8, 38:5, 49:25
**produce** [4] - 28:18, 46:4, 52:4, 52:9
**produced** [6] - 22:18, 27:16, 27:17, 27:21, 50:14, 50:15
**PRODUCED** [1] - 6:11
**producing** [2] - 23:24, 31:6, 31:8
**PRODUCTION** [2] - 3:13, 3:16

**productions** [1] - 26:13
**PRODUCTS** [1] - 3:18
**Professional** [1] - 56:4
**promise** [1] - 21:8
**promises** [1] - 45:16
**promising** [1] - 24:5
**pronoun** [1] - 20:18
**proposal** [1] - 31:23
**propose** [1] - 42:2
**proposed** [2] - 24:12, 29:2
**proprietary** [1] - 11:12
**protocol** [2] - 13:2, 31:11
**provision** [1] - 47:17
**PSC** [13] - 11:7, 13:3, 17:15, 20:24, 21:2, 22:19, 25:16, 41:3, 41:8, 45:12, 45:23, 48:16, 51:9
**PTO** [1] - 44:18
**PTSD** [1] - 42:13
**pulled** [1] - 15:4
**purport** [2] - 44:9, 46:24
**pursuant** [1] - 51:8
**put** [10] - 10:9, 12:18, 17:5, 29:9, 38:3, 40:15, 41:25, 42:21, 45:5, 49:4
**putting** [4] - 27:25, 29:13, 29:14, 34:8

## Q

**quash** [1] - 52:15
**questioning** [2] - 32:5, 37:4
**questions** [10] - 24:23, 25:7, 32:24, 33:23, 34:3, 38:14, 38:16, 38:20, 38:23, 49:19
**quicker** [1] - 53:12
**quickly** [2] - 18:18, 26:4
**quit** [1] - 43:7

## R

**radar** [4] - 10:10, 13:23, 29:5, 36:20
**raise** [2] - 11:21, 45:2
**raised** [2] - 10:13, 11:4
**raising** [1] - 28:11
**range** [1] - 50:17

**rather** [3] - 33:8, 45:20, 53:4
**RE** [1] - 1:4
**reach** [1] - 16:12
**reached** [3] - 31:12, 34:4, 34:13
**read** [1] - 40:8
**readily** [1] - 32:21
**ready** [1] - 16:19
**real** [3] - 23:6, 32:2, 32:9
**reality** [1] - 22:15
**reallocates** [1] - 45:4
**really** [7] - 18:16, 19:22, 23:11, 35:20, 47:4, 47:6, 47:14
**realm** [1] - 30:17
**Realtime** [1] - 56:3
**reason** [1] - 25:6
**reasonable** [2] - 13:6, 34:9
**reasons** [2] - 27:24, 38:19
**record** [7] - 20:12, 22:17, 24:23, 29:10, 29:14, 31:7, 56:9
**RECORDED** [1] - 6:10
**recount** [1] - 16:6
**REDDEN** [1] - 4:7
**reduce** [1] - 12:23
**reflect** [1] - 20:12
**reflecting** [1] - 14:15
**regard** [2] - 41:23, 49:23
**regardless** [1] - 31:25
**regime** [3] - 30:23, 30:24, 47:13
**Registered** [1] - 56:3, 56:4
**regular** [2] - 12:21, 25:23
**RELATES** [1] - 1:8
**relative** [1] - 25:11
**relatively** [1] - 29:16
**relevant** [3] - 29:22, 42:12, 50:4
**reliably** [1] - 24:12
**remaining** [1] - 32:5
**remember** [1] - 15:6
**report** [2] - 44:1, 48:7
**REPORTER** [1] - 6:8
**Reporter** [4] - 56:3, 56:4, 56:5, 56:15
**REPORTER'S** [1] - 56:1
**represent** [1] - 49:8
**representative** [2] - 13:2, 13:4
**representatives** [2] -

26:12, 37:3
**represented** [5] - 20:20, 21:7, 29:11, 37:12, 41:17
**representing** [1] - 25:17
**represents** [1] - 41:9
**request** [5] - 18:2, 21:7, 31:8, 31:12, 33:13
**requested** [1] - 49:20
**require** [1] - 26:24
**required** [2] - 25:3, 52:11
**requires** [1] - 47:24
**reschedule** [1] - 27:5
**reserve** [4] - 32:4, 44:16, 44:17, 51:6
**reserving** [1] - 33:23
**resist** [1] - 28:8
**resolved** [1] - 26:16
**respect** [6] - 18:2, 20:25, 26:18, 38:16, 47:22, 48:15
**respectful** [1] - 21:11
**respond** [1] - 51:3
**Response** [1] - 9:23
**RESPONSE** [2] - 5:3, 5:7
**responsibility** [1] - 11:7
**rest** [1] - 20:4
**review** [4] - 14:18, 26:25, 27:1, 28:19
**RICHESON** [1] - 4:21
**RIG** [1] - 1:4
**rights** [4] - 44:17, 44:19, 44:21, 51:6
**rise** [2] - 9:7, 55:21
**RMR** [2] - 6:8, 56:14
**ROBAN** [1] - 5:23
**Robert** [1] - 45:24
**ROBERT** [1] - 1:24
**role** [1] - 21:16
**roll** [3] - 16:19, 32:7, 33:3
**rolled** [2] - 49:25, 50:3
**rolling** [1] - 51:22
**Rome** [1] - 9:22
**ROME** [1] - 5:3
**Ronnie** [1] - 40:23
**RONQUILLO** [2] - 4:11, 4:15
**room** [1] - 25:2
**ROOM** [2] - 2:16, 6:8
**rooms** [1] - 16:19
**routine** [1] - 19:3
**Roy** [4] - 14:2, 20:13, 24:10, 33:21

**ROY** [14] - 1:15, 1:16, 14:3, 19:18, 19:20, 19:23, 20:1, 20:9, 24:10, 24:15, 31:19, 31:25, 55:6, 55:8
**Roy's** [1] - 20:17
**ROY.............................
.......................** [3] - 7:11, 7:14, 7:23
**rule** [3] - 16:12, 33:8, 51:11
**rules** [1] - 33:12
**run** [2] - 32:8, 36:14
**running** [1] - 35:14
**résumés** [1] - 49:20

## S

**s/Cathy** [1] - 56:13
**Sakhalin** [1] - 44:6
**SALLY** [1] - 1:11
**SAN** [1] - 2:17
**sandbag** [1] - 29:1
**save** [1] - 53:16
**saw** [3] - 23:8, 25:14, 31:14
**scale** [2] - 47:25, 48:1
**scattered** [1] - 39:25
**schedule** [11] - 14:15, 14:19, 37:19, 37:21, 38:25, 42:19, 45:6, 46:1, 46:11, 48:24, 55:9
**scheduled** [9] - 22:19, 40:17, 46:2, 46:12, 46:14, 46:21, 46:22, 47:23, 52:23
**scheduling** [4] - 26:15, 26:18, 27:2, 29:6
**SCHELL** [1] - 4:21
**school** [2] - 23:15
**SCOFIELD** [1] - 5:20
**script** [1] - 38:23
**se** [2] - 10:18, 11:6
**sea** [1] - 45:15
**SEACOR** [6] - 5:8, 5:9, 5:9, 5:10, 5:10, 5:11
**seat** [2] - 9:8, 9:9
**second** [5] - 13:15, 41:6, 45:16, 46:5, 47:9
**seconds** [1] - 12:13
**SECREST** [1] - 4:7
**secure** [1] - 38:12
**see** [13] - 10:7, 12:24, 13:17, 14:9, 14:19, 17:10, 17:13, 33:4, 33:9, 44:25, 47:18,

55:10
**seeded** [1] - 31:14
**seeing** [1] - 18:15
**seem** [1] - 24:22
**sense** [5] - 11:25, 12:1, 19:7, 35:3, 38:14
**sensitive** [2] - 41:19, 42:5
**sent** [1] - 22:14
**separate** [1] - 11:11
**Sepulvado** [2] - 40:19, 40:20
**serially** [3] - 37:19, 37:21, 38:25
**serve** [2] - 52:6, 55:16
**served** [2] - 10:25, 11:2
**service** [1] - 10:17
**SERVICES** [1] - 4:11
**serving** [1] - 50:23
**set** [9] - 14:16, 14:22, 16:3, 16:25, 37:23, 42:10, 42:11, 48:25, 54:2
**setting** [1] - 45:6
**settlement** [2] - 42:7, 42:12
**several** [2] - 26:11, 52:24
**shall** [1] - 44:18
**share** [3] - 11:16, 21:1, 35:12
**shared** [1] - 49:16
**shed** [1] - 17:24
**sheet** [5] - 23:13, 23:21, 24:12, 49:21
**SHELL** [1] - 3:20
**short** [2] - 10:16, 13:20
**shorten** [2] - 24:1, 24:19
**showed** [1] - 50:3
**shows** [1] - 22:17
**SHUSHAN** [1] - 1:11
**side** [3] - 11:22, 33:6, 53:8
**SIEMENS** [1] - 5:12
**sight** [2] - 23:2, 23:4
**sign** [1] - 23:19
**significant** [1] - 50:5
**similarly** [1] - 33:22
**simple** [1] - 43:25
**sit** [1] - 14:21
**sits** [1] - 34:2
**sitting** [1] - 34:24
**situation** [2] - 19:1, 35:24
**six** [1] - 49:13

**size** [1] - 12:23
**slap** [2] - 37:21, 51:9
**sliding** [1] - 27:24
**slot** [5] - 17:8, 17:13, 22:9, 28:21, 40:14
**slotted** [4] - 28:20, 40:23, 41:1, 45:7
**slotting** [1] - 16:19
**small** [3] - 37:24, 53:10, 53:11
**someone** [5] - 11:14, 18:22, 35:5, 35:23, 40:14
**somewhere** [2] - 14:18, 34:14
**soon** [1] - 54:20
**sorry** [6] - 9:15, 9:17, 10:3, 14:8, 33:15, 33:17
**sort** [1] - 30:17
**sounds** [2] - 37:25, 48:3
**SPEAKERS** [1] - 7:3
**speaking** [1] - 43:19
**specific** [1] - 26:8
**spectators** [1] - 53:13
**spend** [1] - 12:12
**spent** [1] - 45:5
**SPILL** [2] - 1:4, 5:3
**Spill** [1] - 9:23
**spill** [1] - 29:18
**split** [2] - 36:10, 36:22
**squad** [1] - 47:5
**SQUARE** [1] - 3:20
**squeezed** [1] - 13:20
**ST** [1] - 5:13
**stage** [1] - 10:24
**staggered** [1] - 19:6
**stand** [1] - 45:9
**start** [14] - 10:7, 11:21, 12:21, 15:16, 16:19, 17:8, 17:12, 22:11, 27:18, 28:1, 28:3, 32:24, 34:3, 41:25
**started** [2] - 10:10, 16:1
**starting** [1] - 53:11
**State** [6] - 20:16, 20:18, 20:20, 21:7, 22:1, 56:5
**STATE** [2] - 2:19, 2:22
**state** [1] - 29:14
**STATES** [2] - 1:1, 1:12
**States** [5] - 36:13, 39:9, 43:19, 56:6, 56:16
**states** [5] - 21:17, 30:12, 30:13, 30:14, 30:24
**status** [10] - 12:25,

13:7, 16:13, 25:23, 25:25, 33:14, 51:21, 53:7, 54:2, 54:12
**STATUS** [1] - 1:11
**stay** [1] - 27:11
**STEERING** [1] - 1:23
**Steering** [1] - 48:4
**STEFANIE** [1] - 4:12
**STENOGRAPHY** [1] - 6:10
**STEPHEN** [1] - 1:19
**stepped** [1] - 32:21
**steps** [1] - 10:16
**STERBCOW** [10] - 2:6, 2:6, 41:8, 41:14, 47:21, 48:6, 48:9, 48:20, 53:20, 53:22
**Sterbcow** [8] - 20:12, 24:14, 24:15, 36:17, 41:4, 41:8, 47:21, 48:22
**STERBCOW.............
........................** [2] - 8:7, 8:14
**Steve** [2] - 10:11, 26:2
**STEVEN** [1] - 6:3
**sticking** [1] - 34:23
**still** [7] - 9:13, 17:3, 24:25, 26:6, 29:19, 34:2, 53:16
**STONE** [1] - 4:3
**stone** [1] - 20:7
**stop** [1] - 49:1
**STRANGE** [1] - 2:19
**Strange** [3] - 21:2, 48:14, 48:16
**STREET** [14] - 1:17, 1:24, 2:7, 2:11, 2:23, 3:4, 3:11, 3:20, 4:5, 4:8, 4:13, 4:22, 4:25, 6:8
**stuck** [1] - 35:24
**stuff** [2] - 11:12, 28:12
**subject** [6] - 20:4, 29:18, 42:18, 43:13, 50:14, 50:19
**submit** [3] - 20:25, 24:11, 32:11
**submitted** [1] - 18:21
**subpoena** [4] - 50:15, 50:19, 52:6, 52:13
**subpoenaed** [1] - 52:13
**subpoenas** [1] - 51:9
**suggest** [3] - 15:13, 15:15, 38:17
**suggesting** [1] - 48:1
**suggestion** [1] - 39:4
**SUITE** [9] - 2:4, 2:7, 2:11, 3:21, 4:8, 4:13,

4:16, 4:22, 5:13
**sunny** [1] - 9:25
**supplement** [1] - 19:10
**suspect** [1] - 55:14
**swear** [1] - 43:5

## T

**table** [1] - 42:22
**target** [1] - 30:9
**team** [1] - 28:19
**teams** [1] - 27:18
**Ted** [3] - 9:11, 9:12, 9:24
**telephone** [2] - 10:14, 54:9
**ten** [3] - 12:22, 33:7, 34:10
**ten-day** [1] - 12:22
**tend** [1] - 32:15
**tentatively** [1] - 16:10
**terms** [2] - 16:2, 26:14
**Texas** [2] - 49:10, 49:13
**TEXAS** [2] - 4:13, 4:16
**THE** [139] - 1:4, 1:5, 1:11, 1:15, 2:14, 2:22, 5:4, 9:7, 9:8, 9:12, 9:15, 9:17, 9:21, 9:25, 10:3, 11:25, 12:6, 12:9, 12:14, 12:17, 14:4, 15:13, 15:15, 16:5, 16:8, 16:16, 16:23, 17:2, 18:5, 18:13, 19:4, 19:13, 19:19, 19:22, 19:24, 20:5, 20:10, 21:3, 21:10, 21:12, 21:20, 21:23, 22:7, 22:16, 22:21, 23:1, 23:4, 23:8, 23:18, 24:1, 24:4, 24:7, 24:14, 24:17, 24:24, 25:9, 25:19, 25:22, 27:3, 27:7, 27:23, 28:13, 28:16, 28:24, 29:7, 30:6, 30:12, 30:16, 30:20, 31:2, 31:13, 31:16, 31:24, 32:13, 33:13, 34:19, 35:11, 36:1, 36:4, 36:16, 36:20, 36:23, 37:9, 37:16, 38:3, 38:7, 38:22, 39:5, 39:8, 39:18, 39:24, 40:2, 40:5, 40:20, 40:25, 41:13, 41:24, 42:15, 43:1,

43:4, 43:9, 44:14,
44:25, 45:20, 45:23,
46:7, 46:16, 46:19,
47:1, 47:3, 47:7,
47:18, 48:1, 48:8,
48:10, 48:19, 49:4,
49:7, 51:2, 51:16,
51:25, 52:15, 52:17,
52:19, 53:3, 53:11,
53:21, 53:23, 54:1,
54:6, 54:13, 54:15,
54:23, 55:3, 55:7,
55:9, 55:14, 55:17,
55:21

**theater** [1] - 44:3
**theirs** [1] - 44:23
**themselves** [2] -
22:24, 26:25
**THEODORE** [1] - 5:16
**therein** [1] - 23:21
**they've** [2] - 26:22,
34:13
**THIBODEAUX** [1] -
3:10
**Thierens** [1] - 43:21
**thinking** [1] - 41:25
**third** [1] - 48:12
**THIS** [1] - 1:8
**thoughts** [1] - 18:7
**three** [8] - 16:11,
34:17, 34:23, 44:1,
47:25, 48:2, 52:25,
54:24
**throughout** [1] - 33:24
**throw** [1] - 37:22
**thumbs** [2] - 36:18,
46:8
**Thursday** [1] - 16:13
**tied** [1] - 10:22
**timeline** [2] - 13:16,
13:18
**title** [1] - 17:6
**TO** [2] - 1:8, 9:4
**today** [15] - 9:12, 10:1,
12:12, 12:25, 18:20,
24:18, 26:6, 26:14,
28:11, 29:3, 37:17,
40:7, 51:23, 52:3,
53:13
**together** [10] - 14:17,
14:21, 15:4, 17:5,
22:3, 22:9, 27:25,
29:13, 29:15, 52:20
**Tony** [2] - 9:16, 9:19
**took** [2] - 49:14, 50:7
**top** [2] - 17:18, 49:4
**TORTS** [1] - 2:15
**total** [2] - 36:10, 37:8
**totally** [1] - 51:4
**touch** [1] - 41:4

**toward** [2] - 39:10,
39:12
**town** [2] - 53:5, 53:15
**track** [4] - 27:11,
34:21, 51:22, 52:23
**tracking** [2] - 27:19
**trade** [1] - 37:2
**trading** [2] - 30:25,
31:17
**TRANSCRIPT** [2] -
1:11, 6:10
**transcript** [1] - 56:8
**TRANSOCEAN** [3] -
3:6, 3:7, 3:8
**Transocean** [5] -
20:23, 20:24, 20:25,
41:16, 41:22
**Transocean's** [3] -
41:16, 41:18, 42:6
**transparent** [1] -
31:11
**travel** [3] - 44:7, 52:21,
53:15
**trial** [6] - 13:19, 14:13,
50:15, 51:4, 51:9,
52:11
**trials** [2] - 50:12,
50:19
**tried** [1] - 10:21
**trier** [1] - 38:15
**tries** [1] - 31:20
**triple** [1] - 27:19
**trips** [1] - 50:8
**true** [2] - 23:21, 56:7
**trust** [1] - 20:2
**truth** [1] - 43:3
**try** [16] - 9:18, 10:5,
10:23, 11:17, 14:10,
14:18, 14:21, 22:9,
25:17, 25:20, 27:5,
32:9, 33:5, 33:7,
42:10, 53:8
**trying** [16] - 10:12,
11:22, 15:19, 16:12,
17:8, 19:1, 24:1,
30:9, 34:25, 35:11,
36:2, 37:23, 43:2,
43:7, 48:2, 48:13
**TSEKERIDES** [3] -
5:16, 9:11, 9:13
**Tsekerides** [1] - 9:11
**turn** [1] - 20:9
**two** [20] - 13:3, 16:19,
30:18, 33:24, 34:16,
34:23, 35:10, 35:15,
44:17, 45:9, 45:15,
46:9, 46:13, 46:16,
46:23, 46:25, 47:1,
47:24, 48:14, 49:17
**two-day** [1] - 46:16

**TX** [1] - 4:9

**U**

**U.S** [1] - 2:14
**UK** [2] - 39:11, 39:22
**uncertainty** [1] - 32:18
**under** [7] - 16:9,
27:16, 39:1, 40:11,
41:10, 44:21, 50:11
**UNDERHILL** [10] -
2:15, 20:12, 30:15,
38:4, 38:8, 39:3,
42:16, 43:2, 43:5,
43:11
**Underhill** [4] - 38:4,
42:16, 44:22, 46:24
**UNDERHILL..............
..........................** [2]
- 8:4, 8:9
**understood** [1] - 30:8
**undertaking** [1] -
45:15
**unfortunately** [1] -
10:4
**UNITED** [2] - 1:1, 1:12
**United** [6] - 36:13,
39:9, 39:11, 43:19,
56:6, 56:16
**universe** [1] - 44:25
**unless** [1] - 47:24
**unnecessary** [1] -
19:11
**unrealistic** [1] - 32:11
**unusual** [1] - 32:3
**up** [42] - 9:13, 10:12,
10:21, 10:22, 18:10,
19:11, 21:5, 24:3,
24:9, 25:17, 25:24,
27:1, 28:3, 28:7,
31:6, 31:7, 32:21,
33:10, 34:8, 34:25,
35:23, 36:10, 36:18,
36:22, 37:9, 38:2,
39:5, 40:12, 40:21,
44:11, 45:6, 46:8,
47:1, 47:2, 47:3,
49:19, 51:21, 52:1,
52:8, 54:7
**upcoming** [1] - 13:7
**uploading** [1] - 11:1
**upset** [1] - 52:14
**USA** [1] - 4:20
**utilized** [1] - 50:22

**V**

**valid** [1] - 27:7
**value** [1] - 43:23

**various** [1] - 10:16
**vast** [1] - 19:7
**vendors** [2] - 11:18,
11:19
**vice** [1] - 42:24
**Vidrine** [3] - 40:18,
40:25, 41:3
**volunteer** [4] - 15:10,
15:14, 32:21
**volunteered** [3] -
15:11, 16:21, 20:13

**W**

**waiving** [1] - 44:23
**WALTHER** [1] - 4:3
**wants** [6] - 15:3, 15:5,
53:5, 53:16, 54:16
**WASHINGTON** [2] -
4:25, 5:14
**Wednesday** [3] -
14:20, 17:25, 19:17
**week** [17] - 15:20,
15:21, 17:10, 18:2,
21:25, 22:2, 29:20,
39:10, 39:14, 41:9,
50:2, 52:21, 52:25,
53:24, 54:24, 55:1,
55:13
**weekend** [2] - 20:13,
29:6
**weekly** [4] - 12:20,
12:21, 21:8, 52:24
**weeks** [5] - 16:11,
33:24, 52:24, 52:25,
54:24
**WEIGEL** [3] - 5:4,
9:22, 10:2
**Weigel** [1] - 9:22
**WEIL** [2] - 5:12, 5:15
**WEINER** [1] - 4:21
**WHEREUPON** [1] -
55:22
**WHITELEY** [1] - 2:22
**Who's-on-First** [1] -
19:3
**whole** [2] - 31:16,
37:21
**wholeheartedly** [1] -
33:21
**WILLIAMS** [4] - 2:3,
2:3, 15:23, 53:2
**willing** [3] - 33:6,
45:25, 51:5
**windowless** [1] - 10:4
**witness** [20] - 15:19,
17:11, 17:12, 23:13,
23:18, 23:20, 25:4,
28:20, 33:1, 36:9,

38:12, 38:20, 43:21,
45:13, 46:4, 46:17,
46:22, 47:4, 47:23
**witness'** [1] - 46:11
**witnesses** [46] - 15:7,
15:8, 16:20, 17:4,
19:7, 20:25, 22:9,
22:11, 22:24, 23:25,
26:19, 27:8, 27:14,
27:21, 27:25, 29:16,
29:22, 30:2, 34:8,
37:12, 37:18, 39:8,
39:11, 39:13, 39:14,
39:19, 39:25, 40:2,
40:13, 40:17, 42:20,
43:13, 44:5, 44:15,
44:23, 45:6, 45:10,
45:18, 46:1, 46:9,
46:21, 49:20, 52:5,
52:9
**witnesses'** [2] - 20:6,
47:9
**WITTMANN** [2] - 4:3,
4:4
**words** [1] - 46:3
**works** [1] - 33:9
**world** [2] - 32:2, 32:9
**WORLDWIDE** [1] -
5:10
**worry** [2] - 36:9, 45:13
**worth** [1] - 18:19
**WRIGHT** [1] - 1:15
**written** [1] - 20:7
**wrote** [1] - 48:6

**Y**

**y'all** [1] - 54:3
**year** [1] - 49:14
**yesterday** [9] - 10:14,
10:21, 11:5, 12:11,
13:16, 22:14, 32:19,
36:12, 45:3
**YORK** [3] - 4:15, 5:5,
5:17

**Z**

**ZAINEY** [1] - 5:19