UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE GAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-MD-2179** |
| **BP EXPLORATION AND PRODUCTION, INC., ET AL** | **SECTION "J"(1)** |
| | <u>**RE: 10-3454**</u> |

MOTION TO ENROLL AS COUNSEL

Now into court, comes James E. Uschold, who wishes to enroll as counsel of record for plaintiff, Bruce Gaker.

**Respectfully Submitted:**

/s/ James E. Uschold
James E. Uschold, No. 20023
**JAMES E. USCHOLD, PLC**
700 Camp Street – Suite 317
New Orleans, Louisiana  70112
Telephone:	(504) 528-9500
Fax:	(504) 754-7654
Cell:	(206) 755-0007
E-mail:	juplc@iname.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing with the Clerk of Court on **February 7, 2011** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES**.  I further certify that I mailed the foregoing document by first-class mail to the following: **NONE**.

/s/ James E. Uschold