UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE GAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-MD-2179** |
| **BP EXPLORATION AND PRODUCTION, INC., ET AL** | **SECTION "J"(1)** |
| | **RE: 10-3454** |

**MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS**

Plaintiff, Bruce Gaker, through undersigned counsel, moves for an order granting additional time to serve the defendants in this case and/or to obtain and file waivers of service.

Plaintiff filed this BP Oil Spill damages claim on October 13, 2010. Plaintiff, who filed this action pro se, has recently retained an attorney who is concurrently enrolling as counsel of record.

Pursuant to FRCP 4(m), service must be made within 120 days, which is February 10, 2011. Plaintiff has been engaged in negotiations with defendants and has obtained some payments. He has not served the defendants because he hopes to obtain additional payments which may eliminate the need to proceed with this suit. If the case must proceed, plaintiff would like to requests waivers of service. At this time, however, it is impossible to ensure that waivers

can be obtained by February 10, 2011.  As noted, plaintiff has recently retained counsel to assist him.

Pursuant to FRCP 4(m), the court, for good cause shown, must extend the time for service for an appropriate period.  Plaintiff therefore request additional time to request waiver of service and/or to effect formal service.  Plaintiff suggests that an additional 120 days would be an appropriate period to permit him to request waivers of service and effect service if waivers are not obtained.

**Respectfully Submitted:**

**/s/ James E. Uschold**
James E. Uschold, No. 20023
**JAMES E. USCHOLD, PLC**
700 Camp Street – Suite 317
New Orleans, Louisiana  70112
Telephone:	(504) 528-9500
Fax:	(504) 754-7654
Cell:	(206) 755-0007
E-mail:	juplc@iname.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court on **February 7, 2011** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES**.  I further certify that I mailed the foregoing document by first-class mail to the following: **NONE**.

**/s/ James E. Uschold**