UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DEEPWATER HORIZON

MDL No. 10-2179

SECTION "J"

**PERTAINS TO:**
*Burke, et al. v. BP, et al., 10-2640*

JUDGE BARBIER
MAG. JUDGE SHUSHAN

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Ryan Lykins, through undersigned counsel, hereby voluntarily dismisses his case without prejudice against all defendants named in his complaint.  None of the defendants have filed answers, nor motions for summary judgment, in response to the Plaintiff's complaint.  This dismissal does not affect the remaining plaintiffs in the above referenced case.

Respectfully Submitted,

DAVIS & NORRIS, LLP

/s/ *Wesley W. Barnett*
Wesley W. Barnett
One of Attorneys for Plaintiff

OF COUNSEL:
D. FRANK DAVIS
JOHN E. NORRIS
TYLER C. VAIL
WESLEY W. BARNETT
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South

Birmingham, Alabama  35205
Voice:  205.930.9900
Fax:  205.930.9989
fdavis@davisnorris.com
jnorris@davisnorris.com
tvail@davisnorris.com
wbarnett@davisnorris.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court fo the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February 2011.

                                         */s/ Wesley W. Barnett*
                                         OF COUNSEL