IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | Judge Barbier<br>Mag. Judge Shushan |

## SIERRA CLUB, INC.'S MOTION TO INTERVENE

Sierra Club Inc. (hereafter "Sierra Club") hereby moves pursuant to Fed. R. Civ. P. 24 to participate in this matter as a plaintiff-intervenor.

As demonstrated in the Memorandum in Support filed herewith, Sierra Club should be granted intervention of right under Fed. R. Civ. P. 24(a)(2) because: (1) Sierra Club's motion to intervene is timely; (2) Sierra Club has direct, substantial and legally protected interests in this action; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Sierra Club's interests.

If not granted intervention of right, Sierra Club requests that it be granted permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B). The claims and arguments that Sierra Club would assert present questions of law and fact in common with the underlying suit and Sierra Club's motion to intervene is timely and would not delay or prejudice the litigation.

Plaintiff, the United States, opposes this intervention. Defendants BP Exploration & Production Inc. ("BP"), Triton Asset leasing GMBH, Transocean Holdings LLC, Transocean

1

Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., and QBE Underwriting Ltd., Lloyd's Syndicate 1036 ("Lloyd's") also oppose. Defendants Anadarko Exploration & Production LP, Andarko Petroleum Corporation and MOEX Offshore 2007 LLC reserve taking a position until they have had a chance to review this pleading and will respond at that time.

**WHEREFORE**, Sierra Club respectfully requests that this Court enter an Order granting Sierra Club intervention of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively granting permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

Respectfully submitted,

**s/ Eric E. Huber**
Eric E. Huber
La. Bar No. 23790
Sierra Club
1650 38th St. Ste. 102W
Boulder, CO 80301
(303) 449-5595
(303) 449-6520 (fax)
eric.huber@sierraclub.org

**s/Devorah Ancel**
Devorah Ancel
Ca. Bar No. 261038
Sierra Club
85 Second Street, 2nd Floor
San Francisco, CA 94105
tel (415) 977-5721
fax (415) 977-5793
devorah.ancel@sierraclub.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 7th day of February, 2011, to George Gilly and Marty Mcleod at Phelps Dunbar LLP Canal Place 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

s/ **Eric E. Huber**
Eric E. Huber