IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

### DECLARATION OF JILL MASTROTOTARO

My name is Jill Mastrototaro and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I currently reside at 7711 Maple Street, Apt. B, New Orleans, Louisiana 70018. New Orleans is in Orleans Parish (i.e. county) within Louisiana's coastal zone.

2. Founded in 1892, the Sierra Club is America's oldest and largest grassroots environmental organization. The Sierra Club is a nationwide non-profit environmental membership organization, incorporated in California, with its headquarters and principle place of business in San Francisco, California. The purpose of the Sierra Club is to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the

**Exhibit A**

natural and human environment; and to use all lawful means to carry out these objectives.

3.      Sierra Club has over 700,000 members nationally, with 64 chapters in all 50 states, the District of Columbia and Puerto Rico. There are approximately 57,000 members living in the states of Louisiana, Mississippi, Alabama, Florida, and Texas, many of whom reside in parishes/counties that border the Gulf of Mexico including counties whose waters, barrier islands, coastal marshes, and shorelines have been and continue to be adversely affected by oil from the Deepwater Horizon oil spill. Approximately 2,950 Sierra Club members reside in Louisiana. Sierra Club brings this action for itself and as a representative of its members in these affected states. The Sierra Club represents the interests of its members in state and federal litigation, public policy advocacy, administrative proceedings, and before state, local, and federal lawmakers. For decades, the Sierra Club has worked to protect the environmental and ecological health of Louisiana's, Mississippi's, Alabama's, Florida's, and Texas' Gulf Coast waters, coastal marshes, barrier islands, and shorelines; such efforts include involvement in advocacy regarding issues related to oil drilling in the Gulf of Mexico. All of these activities support Sierra Club's mission.

4.      Members and staff of Sierra Club frequently use and enjoy the waters of the Gulf of Mexico and the estuarine and coastal waters and marshes that border Louisiana's, Mississippi's, Alabama's, Florida's, and Texas' Gulf Coast, and intend to continue using those waters for those purposes in the future. These areas provide an environment for a variety of activities which members of the Sierra Club engage

in, including, but not limited to, wading, walking, swimming, canoeing, kayaking, sailing, sport boating, wildlife observation, photography, personal and commercial research, and recreational, commercial, and sport fishing. Members of the Sierra Club intend to continue to engage in all of these activities.

5.     I currently hold the position of Senior Field Organizing Manager of the Sierra Club. In this capacity, I support all Sierra Club staff and members in Louisiana, Mississippi, and Alabama.

6.     Since the BP oil spill disaster began, the Sierra Club's Gulf staff and members have been working to support and encourage regional public engagement throughout the response and recovery process. Examples of our efforts include organizing citizens to participate in restoration, town hall meetings and forums sponsored by EPA, NOAA, FDA, Navy Secretary Mabus, Bureau of Ocean Energy Management, Regulation and Enforcement, and the Oil Spill Commission, coordinating a trip of regional leaders representing environmental, social justice, and fishing/shrimping interests to share their experiences with members of Congress and top Administration officials, sponsoring information-gathering events for the public, and working with community leaders to share their story with regional, national, and international media outlets.  In addition, the Sierra Club's Washington D.C. staff have been urging lawmakers to direct a substantial amount of the anticipated Clean Water Act penalties (specifically no less than 80% of the penalties) to the affected Gulf Coast states for ecological restoration.  Ecologic restoration of the Gulf ecosystem is critical to re-employing those who make a living from and along its waters.  Furthermore, some of these monies could be directed to helping the region create new economic

opportunities through the renewable energy industry as well as to provide resources to address the public and mental health needs that have grown out of the disaster. Sierra Club leaders have met with members of Congress and high-level decision makers within EPA, NOAA, and BOEMRE, including EPA Administrator Lisa Jackson, BOEMRE Director Michael Bromwich, and Navy Secretary Ray Mabus as part of the Gulf Restoration Plan effort. Sierra Club leaders also have met with members of the Gulf Coast Ecosystem Restoration Task Force (established by Presidential Executive Order and comprised of state and federal entities) and the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, urging them to establish a Regional Citizen's Advisory Council that would formally engage regional community leaders and organizations in restoration planning efforts and provide long-term oversight of ongoing and future drilling activities in the Gulf.

7. Because Sierra Club members' livelihoods and specific interests depend on the comprehensive restoration of the natural resources, the Sierra Club has a heightened interest in the Natural Resources Damages Assessment process. Through formal engagement in the long-term restoration planning process, the Sierra Club would seek to advance the use and application of independent science, to ensure long-term monitoring and toxicity testing of waters, fisheries and wildlife, as well as to ensure the assessment and restoration of damages caused by harmful clean-up activities. Despite letters to and meetings with public officials urging formal environmental community engagement, the government has not engaged the Sierra Club, the environmental community, or key community leaders that represent the regional public-at-large in any formal manner in this process. The Sierra Club's interest in this

process is underscored by the mismanagement of federal money distributed during the 2005 hurricane Katrina recovery process, in which, for example, monies targeted for community development grants were redirected to expand the infrastructure of local ports. Already, the lack of transparency and environmental community engagement in the aftermath of the oil spill has resulted in government officials acquiescing to political pressure to the detriment of the environment. In Louisiana, government officials funneled significant funds into the construction of sand berms as an emergency oil spill response measure despite opposition from scientists and environmental leaders. The berm projects were not supported by science and were later determined to be ineffective in a report issued by the President's Oil Spill Commission. Thus, having the environmental interest formally engaged and represented at the negotiating table will help to provide a layer of accountability and transparency that is particularly critical in a situation of this magnitude – in which billions of dollars will be earmarked for environmental restoration projects that will extend for years to come.

8. The Sierra Club has helped to publicize independent science addressing the persistence of oil throughout the Gulf of Mexico and the magnitude of the impacts to sensitive ecosystems. In November, Sierra Club Florida convened a science forum, attended by more than 250 members of the public, at which independent scientists presented their research pertaining to the oil spill.

9. The Sierra Club also has played a key role in building a diverse coalition of allies throughout the Gulf to address the issue of seafood safety in addition to, as described above, the need for comprehensive ecological restoration informed by

independent science. Members of this coalition include representatives from the faith community, environmental justice groups, Vietnamese communities, coastal tribes, and the tourism, fishing and shrimping industries.

10. Sierra Club also has initiated several lawsuits challenging the government's failure to conduct environmental and safety analyses prior to permitting drilling and related activities in the Gulf of Mexico and intervened as a defendant in industry challenges to the government's moratorium and regulation of off-shore drilling. In October 2010, the Sierra Club petitioned the U.S. Environmental Protection Agency to rewrite its regulations governing the approval of dispersants. The petition urges the agency to employ environmental and health based criteria when approving dispersants and to require manufacturers to disclose the toxic ingredients in these chemicals. Sierra Club is concerned about the use of dispersants in response to the BP oil spill because their long-term impacts on human health and the environment have never been tested. The use of dispersants in the Gulf in unprecedented quantities could have adverse impacts on ecological and human health.

11. The actual and potential adverse environmental effects of the Gulf of Mexico oil spill are pervasive. Those adverse effects include the disruption to and, in thousands of documented cases, the death of marine and terrestrial wildlife, including threatened and endangered species. The spill has caused the destruction of wildlife habitat and the destruction of estuaries and coastal marshes, which serve as habitat and nurseries for many species of fish and shellfish that comprise Louisiana's, Mississippi's, Alabama's, Florida's, and Texas' important recreational and

commercial seafood industries. These ecosystems also provide storm buffer protection against tropical storms and hurricanes.

12. The Sierra Club's interest like the public's interest is in keeping the Gulf of Mexico's waters oil free. Louisiana's, Mississippi's, Alabama's, Florida's, and Texas' waters, barrier islands, coastal marshes, and shorelines have been and continue to be adversely affected by the Deepwater Horizon oil disaster. Likewise, the Sierra Club's members use and enjoyment of these areas has been adversely affected by the oil disaster.

13. Clean, oil free water is critical to the preservation of Louisiana's, Mississippi's, Alabama's, Florida's, and Texas' marine and estuarine environments, and to these states' recreational and commercial fishing, shellfishing and tourism industries, which depend on clean waters, marshes, and shorelines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of February, 2011

JILL MASTROTOTARO
7711 MAPLE ST., APT. B.
NEW ORLEANS, LA 70018