IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Shushan |

## DECLARATION OF DAVID UNDERHILL

My name is David Underhill and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Mobile County, Alabama. I reside at 107 S. Catherine St., Mobile, Alabama 36604. I have lived in Mobile for 25 years.

2. I am currently a member and have been a member of the Sierra Club for approximately 12 years.

3. I joined the Sierra Club because I believe the organization is the best vehicle for protecting our environment for future generations.

4. As a member of the Sierra Club, I have held the following positions within the organization: Alabama Chapter Mobile Bay Group Chair for six years, Alabama Chapter Secretary for four years, and Alabama Chapter Mobile Bay Group Political and Environmental Chair for one year. As Secretary of the Alabama Chapter, I am

- 1 -

Exhibit B

responsible for composing and maintaining meeting minutes and other records for the Chapter. My responsibilities as Political and Environmental Chair include staying informed of all local political and environmental issues that are relevant to Sierra Club concerns.

5. As a member of Sierra Club, I have participated for many years in the ongoing efforts to stop or regulate offshore oil and gas drilling. For example, I have attended public meetings and hearings on environmental impact assessments for offshore drilling leases and I have spoken at these meetings as a representative of the Sierra Club. I also have been very involved in organizing post BP oil spill clean up efforts and other events for concerned citizens and Sierra Club members. For example, I attended and spoke at a public hearing in Mobile about permitting issues for liquefied natural gas terminals on the Gulf and I also have attended numerous meetings held by the Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE"), formerly the Minerals Management Service, about the moratorium and offshore oil drilling.

6. My personal interest or connection with the Gulf of Mexico relates to a long relationship with the Gulf. I have participated in efforts to protect natural resources before and after the spill by working to stop hazardous offshore oil and gas drilling activities. As described below, I also have been actively involved in highlighting deficiencies of the clean up efforts in the wake of the BP oil spill.

7. Since the oil spill disaster I have been reluctant to participate in previously customary canoeing and kayaking in coastal and tidal waters. Prior to the spill, I would partake in these boating trips approximately six times per year. Recent

excursions in these waters have sometimes required cleaning an unidentifiable oily smear from the hull which was never necessary before. I now prefer excursions in inland fresh water where this problem does not occur. I also suffer from recurring respiratory infections and congestions, which may or may not be attributable to the BP oil spill. Fear of aggravating these conditions steers me away from waters that might contain some of BP's oil that is tainting the adjacent air.

8.  Since the spill, I have personally attended numerous meetings and hearings to discuss the oil spill and the ongoing clean up efforts. I also have published online articles that have reported specific complaints about the ongoing clean up process, such as damages caused by efforts to clean the marshes. In these articles I also have provided suggestions on how to avoid another spill of this magnitude, such as working to find alternative energy solutions that are more sustainable and less environmentally damaging. I also acted as a volunteer field observer to monitor oil washing ashore by patrolling a portion of Mobile Bay in my kayak. As a volunteer, I was assigned a portion of the Bay and I was provided a GPS device and a checklist. An example of some of the things I sought to document included visible oil on the shore, visible damage or alteration from the oil, evidence of distressed vegetation and wildlife, among other spill impacts. This work was critical in helping to establish a baseline for the coastal conditions and in documenting how the oil, when and if it arrived, altered the ecological communities.

9.  I have been adversely impacted by this oil spill in a profound and pervasive way. The Gulf of Mexico's waters and rich natural resources represent everything we are as residents of the Gulf. I am concerned that there is not enough being done to

follow through with clean up efforts and with promises that have been made to ensure that the Gulf fully recovers. For example, oil is still washing on the beaches and marshes and other shorelines daily and it appears it will do so indefinitely. The long term biological effects of the spill are unknown, but what we have witnessed so far is ominous. I do not believe the communities whose economies are dependent on the health of the Gulf have been fully compensated for their losses and I don't believe they will ever be fully taken care of.

10. I continue to be actively involved in organizing with respect to the ongoing clean up efforts in the Gulf and to stop efforts to resume offshore oil and gas drilling in the Gulf of Mexico. For instance, I will be attending an upcoming public meeting being held by BOEMRE Director Michael Bromwich. The meeting will address the resumption and possible expansion of drilling in the Gulf.

11. I am personally distressed by the current push of the oil industry to end the restrictions on offshore drilling and to return to business as usual drilling. I am deeply concerned that the nation has not taken advantage of the learning opportunity that this tragedy presents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of January, 2011

*David Underhill*
DAVID UNDERHILL
107 S. CATHERINE STREET
MOBILE, AL 36604