IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## DECLARATION OF ROBERT HASTINGS

My name is Robert Hastings and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Autauga County. I reside at 141 N. Northington St., Prattville, AL 36067-2519. I have lived in Prattville for eight years and prior to that, I lived in Ponchatoula, Louisiana for sixteen years.

2. I have been a member of the Sierra Club for twenty-eight years. I joined the Sierra Club in 1982.

3. As a member of the Sierra Club, I have served as the Alabama Chapter Vice Chair and Conservation Chair for five years. As Vice Chair and Conservation Chair for the Alabama Chapter, I am actively focused on addressing conservation issues of concern in Alabama and planning conservation activities related to those concerns. I also was Chair of the Delta (Louisiana) Chapter in New Orleans for four years.



4.     As a Sierra Club member and chapter leader, I have participated in organizing Executive Committee meetings for the Delta and Alabama Chapters. I am responsible for communicating with the membership about ongoing environmental concerns in Alabama. I also actively engage in efforts to ensure the complete clean up and restoration of the Gulf after the oil spill.

5.     I joined the Sierra Club because I am very dedicated to protecting the environment and natural resources and I have always viewed the Sierra Club as an organization that has been and continues to be very successful in addressing environmental concerns.

6.     My personal interest in the Gulf of Mexico relates to a lifelong connection with the Gulf. I grew up in Pensacola and I have lived most of my life on or near the Gulf's shores. As a professional marine biologist I have studied the ecology of the Gulf Coast for many years. Previously, I was the Director of the Turtle Cove Environmental Research Station on Lake Pontchartrain and I have conducted numerous educational workshops on the lake and its environment. I also published an ecology book on the lake.

7.     Since the oil spill, I have contacted public officials to convey the importance of focusing on the clean up efforts. I also have made presentations to various groups about the impacts of the oil spill. These presentations provide an overview of issues related to the oil spill and offer my personal assessment of the ongoing crisis and how to best facilitate the Gulf's recovery.

8.     My ability to enjoy swimming, boating, fishing and consumption of seafood in the Gulf has been deeply affected by the outcome of the oil spill. I have historically

taken five to six trips per year to the Gulf to participate in these activities and will continue to do so in the future as long as it is physically possible.

9. Since the spill, I helped organize the Gulf Gathering 2010, a conference that was held in Weeks Bay, Alabama which brought concerned individuals from the Gulf Coast together to discuss the ongoing issues surrounding the oil spill and clean up efforts. I also will be attending the upcoming Gulf Gathering in March, 2011.

10. I have ongoing concerns about the clean up efforts based on statements made by various government agencies that minimize the severity of the spill and that also diminish the overall ramifications of certain types of cleanup efforts. I strongly believe there needs to be a concerted effort to inform the public that the oil is still there and continues to hit the shores of the Gulf. There is a substantial need to stay focused on efforts to clean and restore the Gulf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2011

*[signature]*
ROBERT HASTINGS
141 N. NORTHINGTON ST.
PRATTVILLE, AL 36067