## DOD CONTRACTS WITH BP

| Date of Completion | Party | Location of Performance | Dollar Amount | Contract No. | Contract For: |
|---|---|---|---|---|---|
| 9/30/1996 | BP Oil Company | OH | $31,902,967 | SP0600-95-D-0512 | Fuel |
| 3/31/1997 | BP Oil Company | n/a | $27,575,717 | SP0600-95-D-4026 | Gas, Diesel, Fuel |
| 10/30/1998 | BP Oil Company | OH | $36,363,566 | SP0600-97-D-0515 | Fuel |
| 8/30/1999 | BP Oil Company | n/a | $5,490,508 | SP0600-96-D-4072 | Gasoline |
| 9/30/2006 | BP West Coast Products LLC | n/a | $19,744,956 | SP0600-06-D-0509 | Fuel |
| 10/30/2006 | BP West Coast Products LLC | Ferndale, WA | $587,804,938 | SP0600-05-D-0517 | Fuel |
| 10/30/2007 | BP West Coast Products LLC | n/a | $573,305 | SP0600-06-D-0502 | Fuel |
| 9/30/2008 | BP Energy Co. | n/a | $9,485,781 | SP0600-05-D-7534 | Natural Gas |
| 3/31/2010 | Air BP, BP Products, North, Inc., | Portland, OR | $5,035,037 | SP0600-06-D-0053 | Fuel |
| 3/31/2010 | Air BP a division of BP Products North America, Inc., | n/a | $112,125,808 | SP0600-09-D-0510 | Fuel |
| 10/30/2010 | BP West Coast Products LLC d/b/a Arco | Ferndale, WA | $516,830,010 | SP0600-09-D-0512 | Fuel |
| 3/31/2011 | BP Corporation North America, Inc. d/b/a Air BP | Phoenix, AZ | $50,070,268 | SP0600-07-D-0041 | Fuel |
| 3/31/2011 | BP Corporation North America Inc., d/b/a Air BP | OK | $5,285,674 | SP0600-07-D-0005 | Fuel |
| | | **Total** | $1,408,288,535 | | |

To view contract announcements, go to: http://www.defense.gov/contracts/ Last viewed: 2/7/2011

## INLAND EAST GULF / OFFSHORE PURCHASE PROGRAM (DLA)

| Date of Completion | Party | Location of Performance | Dollar Amount | Contract No. | Contract For: |
|---|---|---|---|---|---|
| 3/31/2003 | BP Products North America, Inc. | TX | $39,282,264 | SP0600-02-D-0489 | Jet Fuel |
| 3/31/2004 | Air British Petroleum | IN and TX | $97,599,950 | SP0600-03-D-0478 | Fuel |
| 3/31/2005 | Air British Petroleum | IN | $16,653,381 | SP0600-04-D-0466 | Fuel |
| 4/30/2006 | Air British Petroleum | TX | $194,730,027 | SP0600-05-D-0468 | Av. Turbine Fuel |
| 4/30/2007 | Air BP division of BP Product North America | n/a | $44,956,788 | SP0600-06-D-0484 | Jet Fuel |
| 4/30/2011 | Air BP | TX and LA | $124,754,182 | SP0600-10-D-0474 | Fuel |
| | | **Total** | $517,976,592 | | |

To view contract Award Reports, go to: http://www.desc.dla.mil/DCM/DCMPage.asp?pageid=241 Last viewed: 2/7/2011

Last Updated: 2/7/2011

Exhibit L