UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| *Jack McCoy v. Transocean, Ltd., et al.*; Cause No. 10-cv-02980 | § § § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Jack McCoy, through undersigned counsel, voluntarily dismisses without prejudice his action (Cause No. *10-cv-02980* in this consolidated matter) against all defendants named in the complaint that was filed on, or about, May 28, 2010. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all defendants is not required. Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted,

  /s/ Robert B. Brown
Robert B. Brown, III, Esq. (FBN: 621609)
Baron & Budd, P.C.
3060 Matilda St.
Miami, Florida  33133
Telephone:  (305) 491-0666
bbrown@baronbudd.com

- and -

Michael Goetz, Esq. (FBN:  963984)
J. Andrew Meyer, Esq. (FBN: 56766)
Tamra Givens, Esq. (FBN: 657638)
Morgan & Morgan, P.A.
One Tampa City Center, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
mgoetz@forthepeople.com
ameyer@forthepeople.com
tgivens@forthepeople.com

   - and -

Scott Wm. Weinstein, Esq. (FBN: 563080)
Morgan & Morgan, P.A.
12800 University Dr., Ste. 600
Fort Myers, Florida 33907
Telephone:  (239) 433-6880
Facsimile:  (239) 433-6836

   - and -

Frank M. Petosa, Esq. (FBN: 972754)
fpetosa@forthepeople.com
Morgan & Morgan
6824 Griffin Road
Davie, Florida 33314
Telephone: (954) 318-0268
Facsimile: (954) 333-3515

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.


   /s/ Robert B. Brown
Robert B. Brown, III