AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 FEB -7  PM 4:01
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Tobatex, Inc., a Georgia corporation, and M.R.M Energry, Inc., a Georgia statutory close corporation, )<br>*Plaintiff* )<br>v. )<br>BP, p.l.c., et al. )<br>*Defendant* ) | MDL 10-2179 J (1)<br><br>Civil Action No. Re: 10-4573 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP America Production Company, a Delaware corporation
5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 17 2010

Loretta G. Whyte
*Name of clerk of court*

*Stephanie Kall*
*Deputy clerk's signature*

___Fee _____
___Process_____
x  Dktd _____
___CtRmDep_____
___Doc. No._____

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Thomas P. Bleau, Esq., SBN 152945<br>3575 Cahuenga Blvd W Ste 580<br>Los Angeles   CA   90068<br>ATTORNEY FOR (Name)   Plaintiff | (323) 874-8613 | |

Insert of Court Name of Judicial District and Branch Court if any
**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA**

SHORT TITLE OF CASE
**TOBATEX, INC. v BP**

| 2064581 | (HEARING) Date | Time | Dept | Case Number: 104573 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>TOBATEX, INC. v BP |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL CASE COVER SHEET

ON: BP America Production Company, a Delaware corporation

AT: 818 W 7th St #200
Los Angeles   CA   90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARGARET WILSON, PERSON AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR BLUE EYES

ON   1/4/2011   AT   3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: V. Enrique Mendez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $28.50
e. I am:
(1)   not a registered California process server:
(3) X   registered California process server:
  (i) Independent Contractor
  (i) Registration No:  434/3428
  (i) County:  oc/la

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/17/2011   V. Enrique   Mendez

X _____
SIGNATURE

## PROOF OF SERVICE