AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 FEB -7  PM 4:00
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| Tobatex, Inc., a Georgia corporation, and M.R.M Energy, Inc., a Georgia statutory close corporation,<br>*Plaintiff*<br>v.<br>BP, p.l.c., et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>MDL 10-2179 J(1)<br><br>Civil Action No.  Re: 10-4573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP America, Inc.
5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: __Dec 17 2010__

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____

*Deputy Clerk's Signature*

(Seal: United States District Court, Eastern District of Louisiana)


Case 2:10-md-02179-CJB-DPC   Document 1123   Filed 02/07/11   Page 2 of 2

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Thomas P. Bleau, Esq., SBN 152945<br>3575 Cahuenga Blvd W Ste 580<br>Los Angeles    CA    90068<br>ATTORNEY FOR (Name)   Plaintiff | TELEPHONE NO.<br>(323) 874-8613 | FOR COURT USE ONLY |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

SHORT TITLE OF CASE
TOBATEX, INC. v BP

| 2064564 | (HEARING) Date | Time | Dept | Case Number:<br>104573 |
|---|---|---|---|---|

REFERENCE NO.
TOBATEX, INC. v BP

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL CASE COVER SHEET

ON: BP America, Inc.

AT: 818 W 7th St #200
    Los Angeles    CA    90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

MARGARET WILSON, PERSON AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR BLUE EYES

ON    1/4/2011    AT    3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    V. Enrique    Mendez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $41.90
e. I am:
  (1)     not a registered California process server:
  (3) X   registered California process server:
    (i) Independent Contractor
    (i) Registration No: 434/3428
    (i) County:    oc/la

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/17/2011    V. Enrique    Mendez

X _____
      SIGNATURE

## PROOF OF SERVICE