UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG       * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE      * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
|                                                                             * | |
| Relates to: *B1 and B3 Bundle Cases*       * | JUDGE BARBIER |
|                                                                             * | |
| Relates to: No. 10-2771                                 * | MAG. JUDGE SHUSHAN |
|                                                                             * | |

******************************************

## ORDER

**CONSIDERING** the Plaintiffs Steering Committees' *Ex Parte* Motion for Court Approval of Proposed Notice:

**IT IS HEREBY ORDERED** that the Plaintiff Steering Committee is permitted to publish notice (in print, *via* the airwaves, or by other electronic means) including or substantially similar to the language contained within EXHIBIT A.

**SIGNED** New Orleans, Louisiana, this ____ day of February, 2011.

_____
Hon. Carl J. Barbier
U.S. District Court Judge