**Court Authorized Notice**
**Deepwater Horizon Oil Spill Lawsuit**

# To Protect Your Right to Recover Money and Other Damages Against Transocean,

## You Must Act by April 20, 2011.

A New Orleans federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012. The trial will decide whether Transocean, the owner of the Deepwater Horizon rig, can limit what it pays claimants under certain Maritime law. To preserve your ability to recover money and other damages against Transocean and include your claim in this trial you must take action by **April 20, 2011**.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you can participate.

### File a Simple Form to Preserve Your Rights

The Court has simplified the process to file your claim against Transocean. You need to file a claim form by **April 20, 2011**. You can get the claim form by calling 1-877-497-5926 or visiting the websites listed below. Filing this claim form will also join you in the master lawsuit that has been filed against BP and the other defendants. If you do not want to join this master lawsuit you still need to file an answer and claim by **April 20, 2011** in order to preserve your right to recover against Transocean.

### There is No Filing Fee

There is no filing fee and a lawyer is not required to file the claim form. For help filing the claim form, you can call 1-877-497-5926 or visit www.OilSpillCourtCase.com. However, if you would like advice regarding your legal rights or about filing this claim form, you must contact a lawyer.

### You Can Continue to File Claims with BP's Gulf Coast Claims Facility ("GCCF")

The federal lawsuit is separate from the claims process in BP's GCCF. You can participate in the federal lawsuit even if you already filed a claim with BP's GCCF. Filing the claim form will not prevent you from recovering money through BP's GCCF.

There may be other requirements you have to fulfill to proceed with a lawsuit against BP and the other defendants. You may, for example, have to fulfill presentment requirements of the Oil Pollution Act. If you are not sure what this means, you should consult with a lawyer.

**Get More Information:**
1-877-497-5926     www.OilSpillCourtCase.com
www.laed.uscourts.gov/OilSpill/Forms/Forms.htm