UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG      * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE  * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
| * | |
| Relates to: *B1 and B3 Bundle Cases*     * | JUDGE BARBIER |
| * | |
| Relates to: No. 10-2771                           * | MAG. JUDGE SHUSHAN |
| * | |

*******************************************

## ORDER

**CONSIDERING** the Plaintiffs Steering Committees' Motion for Expedited Consideration on Plaintiffs' *Ex Parte* Motion for Court Approval of Proposed Notice:

**IT IS HEREBY ORDERED** that any defendant objecting to the proposed notice file such objections by February ____, 2011, and that hearing on Plaintiffs' Motion for Court Approval of Proposed Notice be scheduled for February ____, 2011, at _____ o'clock ___.m.

**SIGNED** New Orleans, Louisiana, this ____ day of February, 2011.

                                                                                          _____
                                                                                          Hon. Carl J. Barbier
                                                                                          U.S. District Court Judge