UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE GAKER | CIVIL ACTION |
| VERSUS | NO. 10-MD-2179 |
| BP EXPLORATION AND PRODUCTION, INC., ET AL | SECTION "J"(1) |
| | RE: 10-3454 |

ORDER

**IT IS HEREBY ORDERED** that James E. Uschold, be and hereby is enrolled as counsel of record for plaintiff, Bruce Gaker.

New Orleans, Louisiana this 8th day of February, 2011.

_____
United States District Judge