UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE GAKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-MD-2179** |
| **BP EXPLORATION AND PRODUCTION, INC., ET AL** | **SECTION "J"(1)** |
| | <u>**RE: 10-3454**</u> |

ORDER

**IT IS HEREBY ORDERED** that Plaintiff Bruce Gaker's motion for additional time to serve defendants is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff is granted an additional 120 days – until June 10, 2011 – to effect service on the defendants in this action or to file waivers of service.

New Orleans, Louisiana this 8th day of February, 2011.

_____
United States District Judge