UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                    JUDGE BARBIER

                                           MAGISTRATE SHUSHAN

## ORDER

**IT IS ORDERED** that any opposition to Plaintiffs' **Motion for Court Approval of Proposed Notice (Rec. Doc. 1126)** be filed no later than **Wednesday, February 16, 2011**.

New Orleans, Louisiana, this 9th day of February, 2011.

_____
**CARL J. BARBIER**
United States District Judge