
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **Applies to:**<br>*Case No. 10-4536-CJB-SS* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding motion of Sierra Club, Inc. to intervene (Rec. Doc. 1115]**

IT IS ORDERED that: (1) the motion of the Sierra Club, Inc. to intervene (Rec. Doc. 1115) is set for hearing (**no oral argument**) on **Wednesday, March 2, 2011**, on briefs; (2) any opposition shall be submitted by **Thursday, February 24, 2011**; and (3) any reply shall be submitted by **Tuesday, March 1, 2011.**

New Orleans, Louisiana, this 9th day of February, 2011.

                                              **SALLY SHUSHAN**
                                       **United States Magistrate Judge**