UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON"<br>in the GULF OF MEXICO,<br>on APRIL 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL NO. 10-2179<br><br>MEMBER CASE NO. 10-2116<br><br>SECTION: "J" |
| This Document Relates To:<br><br>Al Abadie, et al v. BP, PLC, et al<br>Plaintiff and Member No. 10-2116 | | §<br>§<br>§<br>§<br>§ | <br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### EX PARTE MOTION OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF PLAINTIFF STEPHEN GRANIER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Stephen Granier, through undersigned counsel, voluntarily dismiss without prejudice their claims asserted in Cause No. 10-2116 against all defendants named in the complaint that was filed on, or about, July 29, 2010.  This notice of dismissal only pertains to the claims asserted by Stephen Granier, and does not relate to any claims raised by other Plaintiffs in Cause No. 10-2116.  No defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all defendants is not required.  Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

BY:   /s/ Jeffrey M. Burg
Edward T. Hayes, T.A. (#25700)
Jeffrey M. Burg (#25993)
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: ehayes@leakeandersson.com
          jburg@leakeandersson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

          /s/ Jeffrey M. Burg