IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' | MDL NO. 2179 <br><br> SECTION: J |
| | ' | JUDGE BARBIER |
| *This document relates to: 10-cv-02771* | ' | MAG. JUDGE SHUSHAN |

## CLAIMANT'S MOTION TO MODIFY THE LIMITATION RESTRAINING ORDER AND INJUNCTION

Subject to Plaintiff's Motion to Remand, Claimant Joshua Kritzer respectfully moves this Honorable Court to modify the restraining order and injunction issued by Judge Ellison prior to this Limitation action being transferred to this Court. Specifically, Judge Ellison's order improperly prohibits claimants from filing suit "against any agents, officers, or employees" of Transocean. This order is in conflict with controlling Fifth Circuit precedent and the plain language of the Limitation of Liability Act. *Zapata Haynie Corp. v. Arthur*, 926 F.2d 484, 485 (5th Cir. 1991); 46 U.S.C. § 30512. Accordingly, Claimant prays that this Court grant his motion for the reasons specified in his accompanying memorandum.[1]

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*
Kurt B. Arnold, Texas Bar No. 24036150
Robert P. Wynne, # 30123
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

---

[1] By seeking this modification, Claimant does not waive, and expressly reserves the right, to assert any and all defenses he has to Petitioners' claim for exoneration from and/or limitation of liability.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 9, 2011.

/s/ Cory D. Itkin

## CERTIFICATE OF SUPPORT

Pursuant to Court's Case Management Order, Claimant has requested the PSC's statement of support or non-support of this motion on January 26, 2011 and February 7, 2011, but the PSC has not indicated whether it supports or opposes this motion.

/s/ Cory D. Itkin