IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| *This document relates to: 10-cv-02771* | ' | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Claimant's Motion to Modify the Limitation Restraining Order and Injunction, all responsive briefing, and/or the arguments of counsel and is of the opinion that Claimant's motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that the first sentence on the fourth page of the "Second Amended Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims" is hereby modified to read as follows:

ORDERED, that the beginning or continued prosecution of any and all suits, actions or legal proceedings in any jurisdiction other than this Court against Petitioners, the DEEPWATER HORIZON, *in rem*, their underwriters or against any property of Petitioners arising out of the voyage of the DEEPWATER HORIZON that began on January 30, 2010, in federal waters at or near Mississippi Canyon Block 727, and which ended on or about April 22, 2010, at or near Mississippi Canyon Block 252, with the sinking of the DEEPWATER HORIZON are hereby ENJOINED, STAYED and RESTRAINED until the hearing and termination of these proceedings.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana.

_____
**THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**