UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| These Pleadings Apply to: *All Cases in Pleading Bundle Section III.B (3)* | * * * | |
| | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

TO:   ALL PARTIES OF RECORD

AND TO:    All Counsel Of Record

**PLEASE TAKE NOTICE** that the appearance of Defendant LANE AVIATION, INC.

is  hereby entered in the above-entitled action through the undersigned attorney.  You are directed

to serve all future pleadings or papers, except original process, upon the following attorney at the

address indicated.

> George E. Crow
> Law Office of George E. Crow
> P.O. Box 30
> Katy, TX  77492
> For Overnight Physical Delivery use
> 1519 Miller Avenue
> Katy, TX 77493
> Telephone:  (281) 391-9275
> Email:  georgecrow@earthlink.net

RESPECTFULLY SUBMITTED on February 10, 2011.

1

LAW OFFICE OF GEORGE E. CROW

George E. Crow
TSBN 05151900
P.O. Box 30
Katy, TX  77492
For Overnight Physical Delivery use
1519 Miller Avenue
Katy, TX 77493
Telephone:  (281) 391-9275
Email:  georgecrow@earthlink.net

Attorney for Defendant Lane Aviation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2011.

George E. Crow