UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: 10-3066, 10-3815, 10-1156 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

**IT IS ORDERED** that Defendant Weatherford International, Ltd.'s **Motions to Dismiss (Rec. Doc. 1018, 1019, and 1020)** are hereby **SET** for hearing on **Friday, February, 25, 2011**, during the Court's status conference at 9:30 a.m. Any opposition shall be filed no later than Friday, February 18, 2011.

New Orleans, Louisiana, this 10th day of February, 2011.

                                                                                               _____
                                                                                               CARL J. BARBIER
                                                                                               United States District Judge