UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO 10-4185 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### CAMERON INTERNATIONAL CORPORATION'S MOTION TO DISMISS CITY OF GREENVILLE COMPLAINT AND DEMAND FOR TRIAL BY JURY

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Cameron International Corporation ("Cameron"), respectfully moves for an order dismissing all the claims against Cameron asserted in the Complaint of the four Alabama municipalities in this case (the "Complaint") for failure to state a claim upon which relief can be granted.

As grounds for its motion, Cameron submits the following:

1.      The first two counts asserted in the Complaint rely on theories of liability other than OPA. Because this case involves a casualty originating from subsea oil development on the Outer Continental Shelf, these claims are all governed by the Outer Continental Shelf Lands Act ("OCSLA"). OCSLA in turn requires the exclusive application of federal law to any

1

such causes of action – i.e., OPA – except that "applicable" law of the designated "adjacent" state is borrowed as surrogate federal law to fill any gaps in federal law so long as it is "not inconsistent" with federal law in effect. 43 U.S.C. § 1333(a)(1), (2)(A). The Complaint's non-OPA causes of action should be dismissed on one of the following alternative grounds:

    a.    The non-OPA causes of action should be dismissed with prejudice under Louisiana law for two independent reasons:

        i.    The non-OPA causes of action fail to state a claim under the Louisiana law exclusively applicable to claims against Cameron as a product manufacturer. LA. REV. STAT. §§ 2800.51-59; and separately,

        ii.    The non-OPA causes of action seek relief that is barred by the "economic loss" doctrine of Louisiana law.

    b.    If not dismissed with prejudice, the non-OPA causes of action should be dismissed without prejudice because allowing the Plaintiffs in this case to invoke Louisiana remedies against Cameron would be "inconsistent with" the comprehensive remedial scheme for oil spill compensation established by OPA.

    2.    Because Cameron is not a designated "responsible party" under the Oil Pollution Act "OPA"), the Complaint's third count for relief under OPA fails to state a claim against Cameron. 33 U.S.C. §§ 2701, 2702.

In support of its motion, Cameron respectfully submits the accompanying brief explaining in detail the foregoing grounds for dismissal.

Without waiving its Rule 12 motion, Cameron respectfully demands trial by jury of all issues triable of right by a jury herein.

1046198v.1

WHEREFORE, Cameron International Corporation prays for an order dismissing the claims against it pursuant to Federal Rule 12(b)(6).

Respectfully submitted,

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
  pwittmann@stonepigman.com
Carmelite S. Bertaut, 3054
  cbertaut@stonepigman.com
Keith B. Hall, 24444
  khall@stonepigman.com
Jared Davidson, 32419
  jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

1046198v.1

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720


Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

*Attorneys for Cameron International Corporation*

1046198v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Motion to Dismiss City of Greenville Complaint and Demand for Trial By Jury has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2011.

/s/ Phillip A. Wittmann

1046198v.1