UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO 10-4185** | : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Cameron International Corporation's Motion to Dismiss the claims of the City of Greenville, City of Evergreen, City of Georgiana, and Town of McKenzie is hereby set for submission on the 11th day of May, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for

1

1046189v.1

the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana

        Respectfully submitted,

        /s/ Phillip A. Wittmann
        Phillip A. Wittmann, 13625
          pwittmann@stonepigman.com
        Carmelite S. Bertaut, 3054
          cbertaut@stonepigman.com
        Keith B. Hall, 24444
          khall@stonepigman.com
        Jared Davidson, 32419
          jdavidson@stonepigman.com
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax: 504-581-3361


        David J. Beck, T.A.
          dbeck@brsfirm.com
        Joe W. Redden, Jr.
          jredden@brsfirm.com
        David W. Jones
          djones@brsfirm.com
        Geoffrey Gannaway
          ggannaway@brsfirm.com
        Beck, Redden & Secrest, L.L.P.
        One Houston Center
        1221 McKinney St., Suite 4500
        Houston, TX 77010
        Phone: (713) 951-3700
        Fax: (713) 951-3720

1046189v.1

>Howard L. Murphy, 9844
> hmurphy@dkslaw.com
>Bertrand M. Cass, Jr., 3984
> bcass@dkslaw.com
>Francis J. Barry, Jr., 2830
> fbarry@dkslaw.com
>Jonathan M. Walsh, 25922
> jwalsh@dks.com
>Paul D. Hale, 30539
> phale@dkslaw.com
>Deutsch, Kerrigan & Stiles
>755 Magazine Street
>New Orleans, Louisiana 70130
>Phone: 504-581-5141
>Fax: 504-566-4039
>
>*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2011.

>/s/ Phillip A. Wittmann

3

1046189v.1