UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO ALL COMPLAINTS IN THE "A" BUNDLE CASES NAMING CAMERON AS DEFENDANT, IN PARTICULAR:** 10-1156, 10-1196, 10-1243, 10-1502, 10-1540, 10-1921, 10-2814, 10-3066, 10-3168, 10-3169, 10-3184, 10-3815, 10-4211, 10-4226, 10-4227, 10-4229, 10-4252, 10-4360, 10-4427, 11-261, 11-262, 11-263 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CONSOLIDATED MOTION OF DEFENDANT CAMERON TO
DISMISS OR MOTION FOR JUDGMENT ON THE PLEADINGS
WITH RESPECT TO THE BUNDLE A PLEADINGS
AND DEMAND FOR TRIAL BY JURY**

Pursuant to Rules 12(b)(6) and 12(c) of the Federal Rules of Civil Procedure, Cameron International Corporation ("Cameron"), respectfully moves for an order dismissing or granting judgment on the pleadings with respect to all the claims against Cameron asserted in the Bundle A pleadings.

1

1. Cameron moves to dismiss the following complaints filed in federal court for failure to state a claim upon which relief can be granted:

>Roshto Second Amended Complaint, 10-1156
>Michelle Jones First Amending Complaint, 10-1196
>Williams First Amended Complaint, 10-1243
>Rhodes Complaint, 10-1502
>Crawford Complaint, 10-1540
>Taquino Complaint, 10-1921
>Murray First Amended Complaint, 10-2814
>Becnel Complaint, 10-3066
>Roberts Complaint, 10-3815

2. Cameron answered petitions filed in Texas court prior to removal. Accordingly, Cameron moves for judgment on the pleadings with respect to the following pleadings:

>Petitions of Intervenors in the *Kleppinger* case, 10-3168:
>>Stone Petition in Intervention
>>Choy First Amended Petition in Intervention
>>Ussin Petition in Intervention
>>Mansfield Petition in Intervention
>>Brown First Amended Petition in Intervention
>>Francis Petition in Intervention
>
>Davis Second Amended Petition, 10-3169
>Brad Jones Original Petition, 10-3184
>Lavergne Petition, 10-4211
>Benton Petition, 10-4226
>Faulk Petition, 10-4227
>John Petition, 10-4229
>Reed Petition, 10-4252
>Morales Petition, 10-4360
>Kritzer Fifth Amended Petition, 10-4427
>Coon Petition, 11-261
>Seriale Petition, 11-262
>Trahan Petition, 11-263

Although the Coon, Seriale, and Trahan cases have not been formally identifies as Bundle A cases, the Petitions in these three lawsuits undeniably belong in Bundle A.

3. Because these cases all involve a casualty originating from subsea oil development on the Outer Continental Shelf, these claims are all governed by the Outer Continental Shelf Lands Act ("OCSLA"). OCSLA in turn requires the application of exclusively federal law to the causes of action asserted in these pleadings, which for these personal injury and death cases is the "applicable" law of the designated "adjacent" state, borrowed as surrogate federal law. 43 U.S.C. § 1333(a)(1), (2)(A). Under the allegations of the Bundle A Pleadings, that adjacent state is Louisiana, making applicable Louisiana law the surrogate federal law borrowed under OCSLA to govern the claims in those pleadings. The causes of action asserted in the Bundle A Pleadings should be dismissed under Rule 12 because they all fail as a matter of the Louisiana law exclusively applicable to claims against Cameron as a product manufacturer. LA. REV. STAT. §§ 2800.51-59.

In support of this consolidated motion, Cameron respectfully submits the accompanying consolidated brief explaining in detail the foregoing grounds for dismissal and for judgment on the pleadings.

Without waiving its Rule 12 motions, Cameron respectfully demands trial by jury of all issues triable of right by a jury in the Bundle A Pleadings.

WHEREFORE, Cameron International Corporation prays for an order dismissing the claims against it asserted in the foregoing federal court complaints pursuant to Federal Rule 12(b)(6) and for judgment on the foregoing state court pleadings pursuant to Rule 12(c).

Respectfully submitted,

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
  pwittmann@stonepigman.com
Carmelite S. Bertaut, 3054
  cbertaut@stonepigman.com
Keith B. Hall, 24444
  khall@stonepigman.com
Jared Davidson, 32419
  jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

David J. Beck, T.A.
  *dbeck@brsfirm.com*
Joe W. Redden, Jr.
  *jredden@brsfirm.com*
David W. Jones
  *djones@brsfirm.com*
Geoffrey Gannaway
  *ggannaway@brsfirm.com*
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Phone: (713) 951-3700
Fax: (713) 951-3720


Howard L. Murphy, 9844
  *hmurphy@dkslaw.com*
Bertrand M. Cass, Jr., 3984
  *bcass@dkslaw.com*
Francis J. Barry, Jr., 2830
  *fbarry@dkslaw.com*
Jonathan M. Walsh, 25922
  *jwalsh@dks.com*
Paul D. Hale, 30539
  *phale@dkslaw.com*
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, Louisiana 70130
Phone: 504-581-5141
Fax: 504-566-4039

*Attorneys for Cameron International Corporation*

1046271v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Consolidated Motion of Cameron International Corporation to Dismiss or Motion for Judgment on the Pleadings With Respect to the Bundle "A" Pleadings and Demand for Trial by Jury has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2011.

/s/ Phillip A. Wittmann

1046271v.1