UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO ALL COMPLAINTS IN THE "A" BUNDLE CASES NAMING CAMERON AS DEFENDANT, IN PARTICULAR: 10-1156, 10-1196, 10-1243, 10-1502, 10-1540, 10-1921, 10-2814, 10-3066, 10-3168, 10-3169, 10-3184, 10-3815, 10-4211, 10-4226, 10-4227, 10-4229, 10-4252, 10-4360, 10-4427, 11-261, 11-262, 11-263** | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Cameron International Corporation's Motion to Dismiss the pleadings in the "A" Bundle, the claims for personal injury or death based on the events of April 20, 2010 (the "A Pleadings"), for failure to state a claim upon which relief may be granted is hereby set for submission on the 11th day of May, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for

1

1046288v.1

the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

                Respectfully submitted,

                */s/ Phillip A. Wittmann*
                Phillip A. Wittmann, 13625
                  *pwittmann@stonepigman.com*
                Carmelite S. Bertaut, 3054
                  *cbertaut@stonepigman.com*
                Keith B. Hall, 24444
                  *khall@stonepigman.com*
                Jared Davidson, 32419
                  *jdavidson@stonepigman.com*
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax: 504-581-3361

                David J. Beck, T.A.
                  *dbeck@brsfirm.com*
                Joe W. Redden, Jr.
                  *jredden@brsfirm.com*
                David W. Jones
                  *djones@brsfirm.com*
                Geoffrey Gannaway
                  *ggannaway@brsfirm.com*
                Beck, Redden & Secrest, L.L.P.
                One Houston Center
                1221 McKinney St., Suite 4500
                Houston, TX 77010
                Phone: (713) 951-3700
                Fax: (713) 951-3720

>Howard L. Murphy, 9844
>  *hmurphy@dkslaw.com*
>Bertrand M. Cass, Jr., 3984
>  *bcass@dkslaw.com*
>Francis J. Barry, Jr., 2830
>  *fbarry@dkslaw.com*
>Jonathan M. Walsh, 25922
>  *jwalsh@dks.com*
>Paul D. Hale, 30539
>  *phale@dkslaw.com*
>Deutsch, Kerrigan & Stiles
>755 Magazine Street
>New Orleans, Louisiana 70130
>Phone: 504-581-5141
>Fax: 504-566-4039
>
>*Attorneys for Cameron International Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2011.

>*/s/ Phillip A. Wittmann*

1046288v.1