UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO ALL COMPLAINTS IN THE "A" BUNDLE CASES NAMING CAMERON AS DEFENDANT, IN PARTICULAR: 10-1156, 10-1196, 10-1243, 10-1502, 10-1540, 10-1921, 10-2814, 10-3066, 10-3168, 10-3169, 10-3184, 10-3815, 10-4211, 10-4226, 10-4227, 10-4229, 10-4252, 10-4360, 10-4427, 11-261, 11-262, 11-263** | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**REQUEST FOR ORAL ARGUMENT**

Defendant Cameron International Corporation, pursuant to Local Rule 78.1E, respectfully requests oral argument on its Motion Dismiss the pleadings in the "A" Bundle, the

1

claims for personal injury or death based on the events of April 20, 2010 (the "A Pleadings"), for failure to state a claim upon which relief may be granted.

                                      Respectfully submitted,

                                      */s/ Phillip A. Wittmann*
                                      Phillip A. Wittmann, 13625
                                         *pwittmann@stonepigman.com*
                                      Carmelite S. Bertaut, 3054
                                         *cbertaut@stonepigman.com*
                                      Keith B. Hall, 24444
                                         *khall@stonepigman.com*
                                      Jared Davidson, 32419
                                         *jdavidson@stonepigman.com*
                                      STONE PIGMAN WALTHER WITTMANN L.L.C.
                                      546 Carondelet Street
                                      New Orleans, Louisiana 70130
                                      Phone: 504-581-3200
                                      Fax: 504-581-3361

                                      David J. Beck, T.A.
                                         *dbeck@brsfirm.com*
                                      Joe W. Redden, Jr.
                                         *jredden@brsfirm.com*
                                      David W. Jones
                                         *djones@brsfirm.com*
                                      Geoffrey Gannaway
                                         *ggannaway@brsfirm.com*
                                      Beck, Redden & Secrest, L.L.P.
                                      One Houston Center
                                      1221 McKinney St., Suite 4500
                                      Houston, TX 77010
                                      Phone: (713) 951-3700
                                      Fax: (713) 951-3720

      Howard L. Murphy, 9844
       *hmurphy@dkslaw.com*
      Bertrand M. Cass, Jr., 3984
       *bcass@dkslaw.com*
      Francis J. Barry, Jr., 2830
       *fbarry@dkslaw.com*
      Jonathan M. Walsh, 25922
       *jwalsh@dks.com*
      Paul D. Hale, 30539
       *phale@dkslaw.com*
      Deutsch, Kerrigan & Stiles
      755 Magazine Street
      New Orleans, Louisiana 70130
      Phone: 504-581-5141
      Fax: 504-566-4039

      *Attorneys for Cameron International Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Cameron International Corporation's Request for Oral Argument on its Motion Dismiss the pleadings in the "A" Bundle has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2011.

      */s/ Phillip A. Wittmann*

1046289v.1