UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **of Mexico, on April 20, 2010** | \* | **SECTION "J"** |
| | \* | **JUDGE BARBIER** |
| **This Document Relates to:** | \* | |
| *All Cases in Pleading Bundles B(1) and B(3),* | \* | |
| *Nos. 10-01921, 10-04252, 10-03815,* | \* | **MAGISTRATE NO. 1** |
| *10-03066, 10-01540, 10-01502, 10-4185,* | \* | |
| *10-4239, 10-4240, 10-4241, 10-4188, 10-4536* | \* | **MAGISTRATE SHUSHAN** |
| | \* | |
| \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \* | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of David B. Salmons and Randall M. Levine of Bingham McCutchen, LLP as additional counsel for defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, MOEX USA, Corp., Mitsui & Co., (USA), Inc.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com

A/73665204.1         1

Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Tel: (504) 592-0691
Fax: (504) 592-0696

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Notice of Appearance to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 11, 2011.

                                            /s/ *Ky E. Kirby*
                                            Ky E. Kirby
                                            BINGHAM McCUTCHEN, LLP
                                            2020 K Street, NW
                                            Washington, DC 20006-1806
                                            Telephone (202) 373-6000
                                            Facsimile (202) 373-6001
                                            ky.kirby@bingham.com