**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOHN J. ALTIER, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>WORLEY CATASTROPHE RESPONSE, LLC and BP CORPORATION NORTH AMERICA, INC.<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. **11-0241**<br><br>**SECT. J MAG. 1** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP Corporation North America, Inc.
C/O The Prentice Hall Corporation System, Inc., Registered Agent
320 Somerulos Street
Baton Rouge, Louisiana 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
CLERK OF COURT

Date: FEB 0 4 2011

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)          *Paula Glaser*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BP Corporation North America, Inc__
was received by me on *(date)* __2-4-11__.

☒ I personally served the summons on the individual at *(place)* __Agent Prentice Hall Corp System Inc 320 Somerulos ST. Baton Rouge, LA. 70802__ on *(date)* __2-7-11__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__.

I declare under penalty of perjury that this information is true.

Date: __2-4-11__

*Ron Powell*
Server's signature

Ron Powell, Process Server
Printed name and title

501 ST. Charles, #114-320 N.O. LA. 70170
Server's address

Additional information regarding attempted service, etc: