AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| JOHN J. ALTIER, individually and on behalf of other similarly situated<br><br>*Plaintiff*<br><br>v.<br><br>WORLEY CATASTROPHE RESPONSE, LLC and BP CORPORATION NORTH AMERICA, INC.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. **11-0241**<br>)<br>)<br>)<br>)<br><br>**SECT. J MAG. 1** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Worley Catastrophe Response, LLC
C/O James R. Lewis, Registered Agent
450 Laurel Street, Suite 1600
Baton Rouge, Louisiana 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FEB 0 4 2011

Date: _____

LORETTA G. WHYTE
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

*Paula Elissetche* (signature)

Civil Action No.

*Paula Elissetche*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Worley Catastrophe Response, LLC**
was received by me on *(date)* **2-4-11**.

☒ I personally served the summons on the individual at *(place)* **Agent, James R. Lewis 450 Laurel St #1600 Baton Rouge, LA 70801** on *(date)* **2-7-11** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **2-7-11**

*Ron Powell* (signature)
Server's signature

**Ron Powell, Process Server**
Printed name and title

**201 St. Charles #114-330 N.O. LA 70170**
Server's address

Additional information regarding attempted service, etc: