IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*Williams v. Transocean, LTD, et al.,*<br>2:10-cv-1243-CJB-SS | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. ..

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiff's First Amended Complaint filed in the above-entitled matter, pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE.  In support of this Motion, HESI submits the accompanying Omnibus Memorandum in Support and states as follows[1]:

1. The Court should dismiss Plaintiff's claims against HESI because his First Amended Complaint fails to contain sufficient factual material, accepted as true, to state a claim for relief that is plausible on its face.  Plaintiff's allegations of negligence are legal conclusions that are not entitled to an assumption of truth.  And the only allegations arguably entitled to an assumption of truth do not suggest an entitlement to relief and are not sufficient for the Court to draw any reasonable inference that HESI is liable for the conduct alleged.  Thus, the Court should dismiss Plaintiff's claims against HESI in their entirety.  *See* HESI's Omnibus Memorandum at Section 3.

---

[1] In an effort to conserve judicial resources and avoid overburdening the Court's files, HESI files a single Omnibus Memorandum in Support of its Motions to Dismiss the Bundle A personal injury cases listed in Exhibit 1 to PTO 25.

2. Plaintiff fails to state legally viable claims against Sperry Drilling Services because it is not an entity subject to suit. Whereas Sperry Drilling Services is a division of HESI, and not a separate legal entity, Sperry-Sun Drilling Services, Inc. is a terminated entity that is no longer in existence. Thus, the Court should dismiss all of Plaintiff's claims against the nonexistent Sperry Drilling Services as a matter of law. *See* HESI's Omnibus Memorandum at Section 11.

WHEREFORE, for the reasons more fully set forth in the attached Omnibus Memorandum in Support, the HESI Defendants respectfully pray that this Court dismiss Plaintiff's First Amended Complaint in its entirety for failure to state a claim upon which relief can be granted.

Dated February 11, 2011.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
State Bar No. 22167500
ayork@godwinronquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
jvonsternberg@godwinronquillo.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANTS HALLIBURTON ENERGY SERVICES, INC. AND SPERRY-SUN DRILLING SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Dismiss Plaintiff's First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 11th day of February, 2011.

      /s/  Floyd R. Hartley, Jr.
      Floyd R. Hartley, Jr.