IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*Becnel v. BP, PLC, et al.,*<br>2:10-cv-3066-CJB-SS | § § § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiff's Complaint filed in the above-entitled matter, pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE.  In support of this Motion, HESI submits the accompanying Omnibus Memorandum in Support and states as follows[1]:

1. Plaintiff does not have standing to sue under the Jones Act.  In wrongful death cases, the Jones Act requires the lawsuit to be filed by the personal representative of the decedent on behalf of the beneficiaries.  Plaintiff fails to assert that she is the personal representative of Keith Blair Manuel's estate.  Thus, the Court should dismiss all of Plaintiff's claims with prejudice.  *See* HESI's Omnibus Memorandum at Section 10.

2. Plaintiff fails to state legally viable Jones Act claims as to HESI because, although such claims may only be maintained as to an employer, Plaintiff never alleges any facts suggesting that HESI was Keith Blair Manuel's employer.  Thus, the Court should dismiss all such claims with prejudice.  *See* HESI's Omnibus Memorandum at Section 1.

---

[1] In an effort to conserve judicial resources and avoid overburdening the Court's files, HESI files a single Omnibus Memorandum in Support of its Motions to Dismiss the Bundle A personal injury cases listed in Exhibit 1 to PTO 25.

3. Independently, the Court should dismiss Plaintiff's claims against HESI because her Complaint fails to contain sufficient factual material, accepted as true, to state a claim for relief that is plausible on its face. Plaintiff's allegations of negligence and gross negligence are legal conclusions that are not entitled to an assumption of truth. And the only allegations arguably entitled to an assumption of truth do not suggest an entitlement to relief and are not sufficient for the Court to draw any reasonable inference that HESI is liable for the conduct alleged. Thus, the Court should dismiss Plaintiff's claims against HESI in their entirety. *See* HESI's Omnibus Memorandum at Sections 3 and 7.

4. Plaintiff's claims against HESI for nonpecuniary and/or punitive damages are not legally viable under the Jones Act or general maritime law. Thus, Plaintiff's claims against HESI for recovery of these damages should be dismissed. *See* HESI's Omnibus Memorandum at Section 4.

5. Plaintiff's claims against HESI under the theory of *res ipsa loquitor* are not legally viable. Thus, Plaintiff's claims against HESI for recovery under this theory should be dismissed. *See* HESI's Omnibus Memorandum at Section 5.

WHEREFORE, for the reasons more fully set forth in the attached Omnibus Memorandum in Support, HESI respectfully prays that this Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

Dated February 11, 2011.

       **Respectfully Submitted,**

       **GODWIN RONQUILLO PC**

       **By:** /s/ Donald E. Godwin
       Donald E. Godwin, T.A.
       dgodwin@godwinronquillo.com
       Bruce W. Bowman, Jr.
       bbowman@godwinronquillo.com
       Jenny L. Martinez
       jmartinez@godwinronquillo.com
       Floyd R. Hartley, Jr.
       fhartley@godwinronquillo.com
       1201 Elm Street, Suite 1700
       Dallas, Texas 75270-2041
       Telephone: 214.939.4400
       Facsimile: 214.760.7332

       and

       R. Alan York
       State Bar No. 22167500
       ayork@godwinronquillo.com
       Jerry C. von Sternberg
       State Bar No. 20618150
       jvonsternberg@godwinronquillo.com

       1331 Lamar, Suite 1665
       Houston, Texas 77010
       Telephone: 713.595.8300
       Facsimile: 713.425.7594

       **ATTORNEYS FOR DEFENDANT**
       **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Dismiss Plaintiff's Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 11th day of February, 2011.

                                  /s/ Floyd R. Hartley, Jr.
                                  Floyd R. Hartley, Jr.