IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*Crawford v. BP, PLC, et al.,*<br>2:10-cv-1540-CJB-SS | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. ..

**HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER RULE 12 (b)(6)**

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiff's Class Action Complaint filed in the above-entitled matter, pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE.  In support of this Motion, HESI submits the accompanying Omnibus Memorandum in Support and states as follows[1]:

1.  Plaintiff fails to state legally viable Jones Act claims as to HESI because, as he concedes, HESI was not his employer.  Thus, the Court should dismiss all such claims with prejudice.  *See* HESI's Omnibus Memorandum at Section 1.

2.  Independently, the Court should dismiss Plaintiffs' claims against HESI because the Class Action Complaint fails to contain sufficient factual material, accepted as true, to state a claim for relief that is plausible on its face.  Plaintiffs' allegations of negligence, gross negligence, and negligence per se are legal conclusions that are not entitled to an assumption of truth.  And the only allegations arguably entitled to an assumption of truth do not suggest an

---

[1] In an effort to conserve judicial resources and avoid overburdening the Court's files, HESI files a single Omnibus Memorandum in Support of its Motions to Dismiss the Bundle A personal injury cases listed in Exhibit 1 to PTO 25.

entitlement to relief and are not sufficient for the Court to draw any reasonable inference that HESI is liable for the conduct alleged. Thus, the Court should dismiss Plaintiffs' claims against HESI in their entirety. *See* HESI's Omnibus Memorandum at Sections 3 and 7.

3. Plaintiffs' claims against HESI for nonpecuniary and/or punitive damages are not legally viable under the Jones Act or general maritime law. Thus, Plaintiffs' claims against HESI for recovery of these damages should be dismissed. *See* HESI's Omnibus Memorandum at Section 4.

4. Plaintiffs' claims against HESI under the theory of *res ipsa loquitor* are not legally viable. Thus, Plaintiffs' claims against HESI for recovery under this theory should be dismissed. *See* HESI's Omnibus Memorandum at Section 5.

5. Plaintiffs' claims against HESI for products liability are not legally viable. Plaintiffs fail to plead any factual allegations to support causation. Thus, Plaintiffs' claims against HESI for products liability should be dismissed as a matter of law. *See* HESI's Omnibus Memorandum at Section 6.

6. Plaintiffs' claims against HESI for strict liability are not legally viable. Plaintiffs fail to plead any factual allegations to support causation. Thus, Plaintiffs' claims against HESI for strict liability should be dismissed as a matter of law. *See* HESI's Omnibus Memorandum at Section 8.

WHEREFORE, for the reasons more fully set forth in the attached Omnibus Memorandum in Support, HESI respectfully prays that this Court dismiss Plaintiffs' Class Action Complaint in its entirety for failure to state a claim upon which relief can be granted.

Dated February 11, 2011.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:** /s/ Donald E. Godwin
        Donald E. Godwin, T.A.
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com
        Floyd R. Hartley, Jr.
        fhartley@godwinronquillo.com
        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        State Bar No. 22167500
        ayork@godwinronquillo.com
        Jerry C. von Sternberg
        State Bar No. 20618150
        jvonsternberg@godwinronquillo.com

        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:  713.595.8300
        Facsimile:  713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Dismiss Plaintiffs' Class Action Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 11th day of February, 2011.

                                              /s/ Floyd R. Hartley, Jr.
                                              Floyd R. Hartley, Jr.