IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*Benton, et al. v. Transocean, Ltd., et al.,*<br>2:10-cv-4226-CJB-SS<br><br>. . .. .. .. .. .. .. .. .. .. .. .. .. . .. | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Petition for Failure to State a Claim Under Rule 12(b)(6) is hereby set for submission on the 11th day of May, 2011 at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
Jerry C. von Sternberg
jvonsternberg@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 11th day of February, 2011.

/s/ Floyd R. Hartley, Jr.
Floyd R. Hartley, Jr.