## State of Delaware
## Office of the Secretary of State

PAGE 1

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "SPERRY-SUN DRILLING SERVICES, INC.", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF OCTOBER, A.D. 1997, AT 9 O'CLOCK A.M.

A CERTIFIED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS FOR RECORDING.



Edward J. Freel, Secretary of State



0912459  8100

971370927

AUTHENTICATION: 8735208

DATE: 10-31-97

# CERTIFICATE OF DISSOLUTION
# OF SPERRY-SUN DRILLING SERVICES, INC.
# BY WRITTEN CONSENT
# OF ALL STOCKHOLDERS ENTITLED TO VOTE

SPERRY-SUN DRILLING SERVICES, INC., a corporation organized and existing under the General Corporation Law of the State of Delaware,

DOES HEREBY CERTIFY AS FOLLOWS:

**FIRST:** The name of the corporation is SPERRY-SUN DRILLING SERVICES, INC.

**SECOND:** That dissolution was authorized on October 31, 1997.

**THIRD:** That dissolution has been duly authorized by the sole stockholder of the corporation entitled to vote on a dissolution in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware, and that this Certificate of Dissolution shall be effective on October 31, 1997.

**FOURTH:** That the names and addresses of the directors and officers of SPERRY-SUN DRILLING SERVICES, INC. are as follows:

### DIRECTORS

| Name | Address |
| --- | --- |
| Clint E. Ables | 5112 Summit Hill<br>Dallas, Texas 75287 |
| David R. Smith | 5703 Plumtree<br>Dallas, Texas 75252 |
| Rebecca R. Morris | 1718 Fourteenth Place<br>Plano, Texas 75074 |

- 1 -

## OFFICERS

| Name | Office | Address |
| --- | --- | --- |
| Patrick M. Murray | Chairman | The Madison, Apt. No. 1516<br>4606 Cedar Springs<br>Dallas, Texas 75219 |
| James Roderick Clark | President | 10 Crownberry Court<br>The Woodlands, Texas 77381 |
| Clint E. Ables | Vice President | 5112 Summit Hill<br>Dallas, Texas 75287 |
| George H. Juetten | Vice President and Treasurer | 5435 Preston Fairways Circle<br>Dallas, TX 75252 |
| Dennis Dwulet | Vice President | 3734 Lake Street<br>Houston, Texas 77098 |
| Rebecca R. Morris | Vice President and Secretary | 1718 Fourteenth Place<br>Plano, Texas 75074 |
| Albert O. Cornelison | Vice President - Litigation | 5400 Kinross Drive<br>Plano, TX 75093 |
| David R. Smith | Vice President - Tax | 5703 Plumtree<br>Dallas, Texas 75252 |
| Eugene A. Fisher | Vice President - Tax Administration | 514 North Collins Road<br>Sunnyvale, TX 75182 |
| Alice (Ande) Hinds | Assistant Secretary | 3617 Granada<br>Dallas, TX 75205 |
| Patricia K. Suttles | Assistant Secretary | 2206 East Fieldcircle<br>Missouri City, Texas 77459 |
| Donald H. Newman | Assistant Treasurer | 2216 Canyon Creek Pl.<br>Richardson, Texas 75080 |
| Richard T. Kernan | Assistant Treasurer | 5913 Loch Lomond Drive<br>Plano, TX 75093 |

IN WITNESS WHEREOF, said SPERRY-SUN DRILLING SERVICES, INC., has caused this certificate to be signed by Rebecca R. Morris, its Vice President, and attested by Alice (Ande) Hinds, its Assistant Secretary, this 31st day of October, 1997.

SPERRY-SUN DRILLING SERVICES, INC.

By: *Rebecca Morris*
Rebecca R. Morris
Vice President

ATTEST:

By: *Alice Hinds*
Alice (Ande) Hinds
Assistant Secretary

J:\CORP\ADMN\AHINDS\USCORPS\LIQS\CERT-DIS.RBM

- 3 -