State of FLORIDA                         County of Orange

## 25TH JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

## STATE OF LOUISIANA

NO. 58-415                                                    DIVISION B

**STATE OF LOUISIANA *ex rel.* PLAQUEMINES PARISH SCHOOL BOARD**

**VERSUS**

**BP, PLC; BP CORPORATION, NORTH AMERICA, INC.; BP COMPANY, NORTH AMERICA, INC; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA, INC.; BP EXPLORATION AND PRODUCTION, INC.; TRANSOCEAN, LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC; ANADARKO PETROLEUM CORPORATION; ANADARKO E& P COMPANY, LP; MOEX OFFSHORE 2007, LLC; BRIAN P. MOREL; RONALD W. SEPULVADO; DON J. VIDRINE; ROBERT KALUZA; LEE LAMBERT; JOHN GUIDE; MARK E. HAFLE; JAMES HARRELL; CURT KUTCHA; AND JESSE GAGLIANO**

FILED: _____      _____
                                      DEPUTY CLERK

### AFFIDAVIT OF CHRISTINA IBRAHIM

STATE OF FLORIDA

COUNTY OF ORANGE

    On this day, Christina Ibrahim appeared before me, the undersigned notary public. After I administered an oath to her, she said:

    1.    My name is Christina Ibrahim. I am Corporate Secretary of Halliburton Company. The facts in this affidavit are within my personal knowledge and are true and correct.

    2.    Halliburton Company is incorporated in the State of Delaware with its principal place of business in Texas. Halliburton Company is not registered or licensed to do business in Louisiana.

    3.    Halliburton Company is a holding company, and does not perform any operations related to oil and/or gas well services.

    4.    Halliburton Company does not have offices in Louisiana.

    5.    Halliburton Company does not have any customers in Louisiana.


EXHIBIT B

6.  Halliburton Energy Services, Inc. is a wholly-owned subsidiary of Halliburton Company. Halliburton Energy Services, Inc. is incorporated in the State of Delaware with its principal place of business in Texas. Halliburton Energy Services, Inc. is registered to do business in Louisiana.

7.  Halliburton Company employees did not perform services related to the Deepwater Horizon drilling rig, and none were involved in managing or directing the operations of HESI in relation to the Deepwater Horizon drilling rig.

8.  Any work performed on the Deepwater Horizon rig in April 2010 would have been performed by employees of HESI.

9.  Further affiant sayeth not.

*Christina Ibrahim* (signature)
Christina Ibrahim

SWORN and SUBSCRIBED to before me on this the 31st day of January, 2011.

*Catherine R Hempel* (signature)
Notary Public

Catherine R Hempel
Print or type name of Notary
Personally known [ ] or Produced ID [✓]
Type of ID produced & ID number
by Christina Ibrahim
Texas Driver License
# 09013727

Notary Public State of Florida
Catherine R Hempel
My Commission DD859854
Expires 04/27/2013

D 1620135 v1-24010/0002 PLEADINGS