**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the<br>GULF OF MEXICO, on APRIL 20,<br>2010 | § <br> § <br> § <br> § <br> § <br> § | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| Applies to: | § | |
| 2:10-cv-1156 | § | |
| 2:10-cv-1196 | § | |
| 2:10-cv-1243 | § | |
| 2:10-cv-1502 | § | |
| 2:10-cv-1540 | § | |
| 2:10-cv-1921 | § | |
| 2:10-cv-2814 | § | |
| 2:10-cv-3066 | § | |
| 2:10-cv-3168 | § | |
| 2:10-cv-3169 | § | |
| 2:10-cv-3184 | § | |
| 2:10-cv-3815 | § | |
| 2:10-cv-4211 | § | |
| 2:10-cv-4226 | § | |
| 2:10-cv-4227 | § | |
| 2:10-cv-4229 | § | |
| 2:10-cv-4252 | § | |
| 2:10-cv-4360 | § | |
| 2:10-cv-4427 | § | |

.. .. .. .. .. .. .. .. .. .. .. .. . ..

**HALLIBURTON ENERGY SERVICES, INC.'S**
**REQUEST FOR ORAL ARGUMENT**

Defendant Halliburton Energy Services, Inc., pursuant to Local Rule 78.1, respectfully

requests oral argument on its Motions  to Dismiss Plaintiffs' Bundle "A" pleadings for claims for

personal injury or death based on the events of April 20, 2010, for failure to state a claim under

Rules 12(b)(2) and 12(b)(6).

Respectfully Submitted,

GODWIN RONQUILLO PC

By:   /s/  Donald E. Godwin        
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332


and

R. Alan York
ayork@godwinronquillo.com
Jerry C. von Sternberg
jvonsternberg@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 11th day of February, 2011.


 /s/  Floyd R. Hartley, Jr.
Floyd R. Hartley, Jr.