UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Taquino v. Transocean Holdings, LLC, et al.* | * | MAGISTRATE NO. 1 |
| No. 10-01921 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | **ORAL ARGUMENT REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT ANADARKO PETROLEUM CORPORATION'S MOTION TO DISMISS COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III [PLEADING BUNDLE A]  PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**NOW INTO COURT**, comes Defendant Anadarko Petroleum Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Honorable Court to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendant Anadarko Petroleum Corporation prays that this Court dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch

tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 11, 2011.

                                                              /s/ *Ky E. Kirby*
                                                                 Ky E. Kirby