**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Reed v. BP, PLC, et al.* | * | MAGISTRATE NO. 1 |
| No. 10-04252 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

**ORDER**

Considering the Motion to Dismiss the Complaint:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum

Corporation and MOEX Offshore 2007 LLC are dismissed.

New Orleans, Louisiana, this _____ day of ____, 2011.


_____
UNITED STATES DISTRICT JUDGE