UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *Crawford v. BP, PLC*, *et al.* | * | MAGISTRATE NO. 1 |
| **No. 10-01540** | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Dismiss Complaint:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE