UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: "J"  JUDGE BARBIER |
| **This Document Relates to:** *Becnel v. BP, PLC, et al.* No. 10-03066 | * * * * * | MAGISTRATE NO. 1  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Dismiss the Complaint:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007, LLC are dismissed.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE