UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Rhodes v. Transocean, Ltd.*, et al. | * | MAGISTRATE NO. 1 |
| No. 10-01502 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | **ORAL ARGUMENT REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS ANADARKO PETROLEUM CORPORATION AND MOEX OFFSHORE 2007 LLC'S MOTION TO DISMISS COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III [PLEADING BUNDLE A] PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Honorable Court to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC pray that this Court dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

Respectfully submitted,

BINGHAM McCUTCHEN

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com

Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Dismiss to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 11, 2011.

                                                       /s/ *Ky E. Kirby*
                                                       KY E. KIRBY