UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES IN WHICH TRANSOCEAN LTD. WAS NAMED AS A DEFENDANT | § § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that undersigned counsel for Transocean Ltd. will bring the

foregoing Rule 12(b)(2) Motion to Dismiss The Complaints In MDL No. 2179 In Which It Has

Been Named, On the Ground of Lack of Personal Jurisdiction for submission before the

Honorable Carl J. Barbier, Section "J",   of the United States District Court, Eastern District of

Louisiana, located at 500 Poydras Street, New Orleans,  Louisiana on the 29th day of April, 2011

beginning at 9:30 a.m. or as soon thereafter as counsel can be heard.

12737885.2
11350272.1

2

Respectfully submitted,

By:  /s/ Steven L. Roberts
     Steven L. Roberts (Texas, No. 17019300)
     Rachel Giesber Clingman (TX, No. 00784125)
     Kent C. Sullivan (Texas, No. 19487300)
     Teri L. Donaldson (Florida, No. 784310)
     Sutherland Asbill & Brennan LLP
     1001 Fannin Street, Suite 3700
     Houston, Texas 77002
     Telephone: (713) 470-6100
     Facsimile: (713) 654-1301
     Email: steven.roberts@sutherland.com,
     rachel.clingman@sutherland.com,
     kent.sullivan@sutherland.com,
     teri.donaldson@sutherland.com

By:  /s/ Kerry J. Miller
     Kerry J. Miller (Louisiana, No. 24562)
     Frilot, L.L.C.
     1100 Poydras Street, Suite 3700
     New Orleans, Louisiana 70163
     Telephone: (504) 599-8169
     Facsimile: (504) 599-8154
     Email: kmiller@frilot.com

     -and-

     /s/ Edwin G. Preis, Jr.
     Edwin G. Preis, Jr. (Louisiana, No. 10703)
     Edward F. Kohnke, IV (Louisiana, No. 07824)
     Preis & Roy PLC
     102 Versailles Boulevard, Suite 400
     Lafayette, Louisiana 70501
     Telephone: (337) 237-6062
     Facsimile: (337) 237-9129
     -and-
     601 Poydras Street, Suite 1700
     New Orleans, Louisiana 70130
     Telephone: (504) 581-6062
     Facsimile: (504) 522-9129
     Email: egp@preisroy.com,
     efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

11350272.1

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

COUNSEL FOR TRANSOCEAN LTD.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed

through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial

Order No. 12, which will send a notice of electronic filing to all counsel of record on this 11th

day of February, 2011.

/s/ Kerry J. Miller

11350272.1