UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | |
| *Becnel v. BP, PLC, et al.* | * | MAGISTRATE NO. 1 |
| No. 10-03066 | * | MAGISTRATE SHUSHAN |
| *Crawford v. BP, PLC, et al.* | * | |
| No. 10-01540 | * | |
| *Reed v. BP, PLC, et al.* | * | |
| No. 10-04252 | * | |
| *Rhodes v. Transocean, Ltd., et al.* | * | |
| No. 10-01502 | * | |
| *Roberts v. BP, PLC, et al.* | * | |
| No. 10-03815 | * | |
| *Taquino v. Transocean Holdings, LLC, et al.* | * | |
| No. 10-01921 | * | |
| | * | |
| * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT

Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007, LLC respectfully request oral argument on the following Motions to Dismiss:

1. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Becnel v. BP, PLC, et al.*, No. 10-03066 [Dkt. # 1218];

2. Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Crawford v. BP, PLC, et al.*, No. 10-01540 [Dkt. # 1215];

3. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Reed v. BP, PLC, et al.*, No. 10-04252 [Dkt. # 1212];

4. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Rhodes v. Transocean, Ltd., et al.*, No. 10-01502 [Dkt. #1219];

5. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Roberts v. BP, PLC, et al.*, No. 10-03815 [Dkt. #1223];

6. Defendant Anadarko Petroleum Corporation's Motion to Dismiss Complaint in *Taquino v. Transocean Holdings, LLC, et al.*, No. 10-01921 [Dkt. # 1210];

Defendants believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motions.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-069

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Request for Oral Argument to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 11, 2011.

                                                        /s/ *Ky E. Kirby*
                                                       KY E. KIRBY