UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| | * | |
| *Becnel v. BP, PLC*, *et al.* | * | **MAGISTRATE NO. 1** |
| No. 10-03066 | * | **MAGISTRATE SHUSHAN** |
| *Crawford v. BP, PLC*, *et al.* | * | |
| No. 10-01540 | * | |
| *Reed v. BP, PLC*, *et al.* | * | |
| No. 10-04252 | * | |
| *Rhodes v. Transocean, Ltd.*, *et al.* | * | |
| No. 10-01502 | * | |
| *Roberts v. BP, PLC*, *et al.* | * | |
| No. 10-03815 | * | |
| *Taquino v. Transocean Holdings, LLC*, *et al.* | * | |
| No. 10-01921 | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

## ORDER

Considering Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007, LLC's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on the following Motions:

1. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Becnel v. BP, PLC, et al.*, No. 10-03066 [Dkt. # 1218];

2. Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Crawford v. BP, PLC, et al.*, No.

    10-01540 [Dkt. # 1215];

3. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Reed v. BP, PLC, et al.*, No. 10-04252 [Dkt. # 1212];

4. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Rhodes v. Transocean, Ltd., et al.*, No. 10-01502 [Dkt. #1219];

5. Defendants Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss Complaint in *Roberts v. BP, PLC, et al.*, No. 10-03815 [Dkt. #1223];

6. Defendant Anadarko Petroleum Corporation's Motion to Dismiss Complaint in *Taquino v. Transocean Holdings, LLC, et al.*, No. 10-01921 [Dkt. # 1210];

    New Orleans, Louisiana, this _____ day of _____, 2011.

 

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE