IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § § § | MDL NO. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:  ALL CASES

### PRETRIAL ORDER 28
### [Amending PTO Nos. 25 and 11 Regarding Responsive Pleadings Deadline]

With the agreement of the Plaintiffs' Liaison Counsel and the Defendants' Liaison Counsel, and due to the filing on February 9, 2011, of the first amended pleading filed as Record Doc. No. 1128, this Order shall modify the responsive pleadings deadlines that are found in PTO No. 11 as previously modified by PTO No. 25:

In order to have a uniform and clear deadline for responsive pleadings,

**IT IS ORDERED** that responsive pleadings referred to in Paragraph IV(B) of CMO No. 1 (PTO No. 11) as may be applicable for Pleadings Bundles B1, B2, B3, C (except for the Pleading Bundle C cases filed by the State of Alabama which are the subject of a separate Order setting responsive pleadings deadlines) and D1 shall be due from defendants who have been properly served and/or who have agreed to waive or accept service with the complaints or Master Complaints in these Pleadings Bundles on or before February 28, 2011.  Memoranda in Opposition to any Rule 12(b)(1) 12(b)(6), or 12(c) motions shall be filed within 30 days of the filing of said motion.  Any Reply Briefs shall be filed within 30 days of the filing of any Memorandum in Opposition.  In addition, Record Doc. No. 1128 shall be deemed "filed" without opposition in the absence of a motion for leave to file same.

- 1 -

New Orleans, Louisiana, this 14th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE