UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY DISTEFANO, JAMES CHRISTOPHER BALIUS, EDWARD D. ROSS, JR., MICHAEL A. CANNETTE, JOHN D. FRANKLIN, JR., JOHN D. FRANKLIN, III, JEFFREY POWELL, GEORGE BOYD, CLARENCE R. SEYMOUR, JR., JACK TIBLIER, PATRICK POIRSON, MICHAEL BUTLER, MICHAEL A. CATO, ROBERT ANDERSON, JAMES A. MILLER, ROBERT E. CLISBY, MIKE FOTO, JAMES LARRY SCHONEWITZ, ALLEN JOHNSON, AND JOHNNY O'BRIEN | MDL 10-2179 J(1)<br><br>CIVIL ACTION # 11-54<br><br>SECTION: J<br><br>JUDGE: BARBIER |
| VERSUS | |
| BP AMERICA PRODUCTION COMPANY, AND BP EXPLORATION AND PRODUCTION, INC. | |

## AFFIDAVIT

**STATE OF MISSISSIPPI**

**COUNTY OF JACKSON**

**PERSONALLY CAME BEFORE ME**, the undersigned authority, in and for the County and State aforesaid,

DAVID KRAUSE

personally known to me, who being sworn, upon his oath, did depose and state as follows:

1)  I am a person of the full age of majority;

2)  I am duly licensed by the State of Mississippi as an attorney at law;

3) I am currently practicing law from my office in Ocean Springs, Mississippi;

4) I have never been the subject of disciplinary action;

5) I have never been the subject of criminal charges;

Further affiant saith not.

_____
DAVID KRAUSE

BEFORE ME, NOTARY PUBLIC,
THIS 10 DAY OF Feb, 2011.

_____
Print Name: Sheila A. Eberlin
My Commission Expires: 9-15-2013
[SEAL]

{B0434736.1}