```
MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 11, 2011

MJSTAR: 3:00
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NO. 10-MDL-2179<br><br>SECTION "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

**FRIDAY, FEBRUARY 11, 2011 AT 1:30 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cathy Pepper

   A discovery status conference was held this date before the undersigned.

PRESENT: See attached list