# CONFERENCE ATTENDANCE RECORD

DATE: 2-11-11    TIME: 1:30

CASE NAME: BP / Transocean MDL

DOCKET NUMBER & SECTION: 10-2179

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ky Kirby | ANADARKO & MOEX |
| Daniel Goforth | Transocean |
| Phil Wittmann | CAMERON |
| Carmelite Bertaut | " |
| Ben Mayeaux | Airborne Support |
| Mike Underhill | DOJ US |
| Pete Frost | DOJ US |
| Donald Godwin | Halliburton |
| ~~Donald Godwin~~ Alan York | Halliburton |

# CONFERENCE ATTENDANCE RECORD

DATE: 2/11/11              TIME: 130

CASE NAME: BP / Transocean MDL

DOCKET NUMBER & SECTION: 10-2179

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Stefanie Major | Halliburton |
| Steve Herman | Plaintiffs |
| Elizabeth Cabraser | Plaintiffs |
| Andrew Langan | BPXP |
| Robert Cunningham | PSC |
| Jans P Roy | PSC-Liaison |
| Corey Maze | Alabama (States' Coordinating Designee) |
| Walter J. Leger, Jr. | Plaintiffs/PSC |
| Christine Sevin | Plaintiffs/PSC |

# CONFERENCE ATTENDANCE RECORD

DATE: _____    TIME: _____

CASE NAME: _____

DOCKET NUMBER & SECTION: _____

STATUS   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Dennis Barrow | Dril-Quip |
| Glenn Goodier | Weatherford U.S., L.P. |
| Henry T Dart | State of LA |
| Elizabeth Petersen | " " |
| William F. Large | PSC |
| William Stradley | Observer MDL 2185 |
| | |
| | |
| | |

2/11/11

# BP Conference callers

- Jeremy Herschaft
- Ted Tsekerides — Seacor + O'Brien
- Chris Kaul — — —
- Denise Scofield
- Michelle Delemare
- John Funderdunk — MI, LLC
- Tony Fitch
- Jofrey McWilliam — Lyden, Inc.
- Mary Rose Alexander — Nalco
- Kerry Miller — Transocean
- Steven O'Rourke — US Justice Dept
- Michael Cangelosi — Dynamic Aviation