UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG      "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179  SECTION J   JUDGE BARBIER |
| This document relates to: 10-4182 & 10-4183 | : | MAG. JUDGE SHUSHAN |

JOINT MOTION TO ENTER STIPULATED ORDER GOVERNING
DEFENDANTS' RESPONSES' TO COMPLAINTS FILED ON
BEHALF OF THE STATE OF ALABAMA

Plaintiff, State of Alabama, and Defendants, BP, PLC, BP Exploration & Production, Inc., BP Products North American, Inc., BP America, Inc., Anadarko Petroleum Corporation, Anadarko E&P Company, LP, Mitsui & Co. (U.S.A.), MOEX Offshore 2007 LLC, Halliburton Energy Service, Inc., Cameron International Corporation f/k/a Cooper Cameron Corporation, and M-I, L.L.C., solely for purposes of this motion and without waiver of any objections or defenses of any kind including jurisdiction and venue, respectfully request that this Honorable Court enter the attached Stipulated Order.

Respectfully submitted,

| | |
|---|---|
| *s/Deborah D. Kuchler* | *s/Corey L. Maze* |
| Deborah D. Kuchler, T.A. (La. No. 17013) | Corey L. Maze (ASB 0286-E67M) |
| Janika D. Polk, (La. No. 27608) | DEPUTY ATTORNEY GENERAL |
| Robert E. Guidry (La. No. 28064) | STATE OF ALABAMA |
| KUCHLER POLK SCHELL WEINER & RICHESON, LLC | 501 Washington Avenue |
| | Montgomery, AL 36130 |
| 1615 Poydras Street, Suite 1300 | Telephone: (334) 353-4336 |
| New Orleans, Louisiana 70112 | Facsimile: (334) 242-4891 |
| Telephone (504) 592-0691 | cmaze@ago.state.al.us |
| Facsimile: 504-592-0696 | *ATTORNEYS FOR PLAINTIFF* |
| dkuchler@kuchlerpolk.com | *STATE OF ALABAMA* |

2

Of Counsel:

James J. Dragna
BINGHAM MCCUTCHEN LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-3106
Telephone (213)  680-6436
Facsimile (213) 680-8636

Warren Anthony Fitch
Ky E. Kirby
Michael B. Wigmore
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC  20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001
*ATTORNEYS FOR DEFENDANTS,*
*ANADARKO PETROLEUM CORPORATION,*
*AND ANADARKO E&P COMPANY, L.P., MOEX*
*OFFSHORE 2007 LLC AND*
*MITSUI & CO. (USA)*


Donald E. Godwin
Bruce W. Bowman, Jr.
Jenny L. Martinez
**GODWIN RONQUILLO, PC**
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

R. Alan York
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:713.595.8300
Facsimile: 713.425.7594
*ATTORNEYS FOR DEFENDANTS*
*HALLIBURTON ENERGY SERVICES, INC.*
*AND HALLIBURTON COMPANY*

David J. Beck, T.A.
Joe W. Redden, Jr.
David W. Jones
Geoffrey Gannaway
**BECK, REDDEN &SECREST, L.L.P.**
One Houston Center
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: 713.951.3700
Facsimile: 713.951.3720

Howard L. Murphy, (#9844)
Bertrand M. Cass, Jr., (#3984)
Francis J. Barry, Jr., (#2830)
Jonathan M. Walsh, (#25922)
Paul D. Hale, 30539
**DEUTSCH, KERRIGAN &STILES**
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504.581.5141
Facsimile: 504.566.4039

Phillip A. Wittman, (#13625)
Carmelite S. Bertaut, (#3054)
Keith B. Hall, (#24444)
Jared Davidson, (#32419)
**STONE PIGMAN WALTHER WITTMAN L.L.C.**
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: 504.581.3200
Facsimile: 504.581.3361
*ATTORNEYS FOR DEFENDANT,*
*CAMERON INTERNATIONAL CORPORATION*


Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
**LISKOW & LEWIS**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Thomas M. Galloway , Jr.
Galloway, Wettermark, Everest, Rutens & Gaillard, LLP
3263 Cottage Hill Rd.
P. O. Box 16629
Mobile, AL 36616-0629
251-476-4493
Email: tgalloway@gallowayllp.com

**OF COUNSEL:**

Hugh E. Tanner, Texas Bar No. 19637400
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001

Derek E. Leon, Texas Bar No. 24002463
**MORGAN, LEWIS & BOCKIUS LLP**
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2339
305.415.3000 (Phone)
305.415.3001 (Fax)

Denise Scofield, Texas Bar No. 00784934
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:      (713) 890-5001
*ATTORNEYS FOR DEFENDANT, M-I L.L.C.*

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
*ATTORNEYS FOR DEFENDANTS,
BP EXPLORATION & PRODUCTION INC., BP, P.L.C., BP PRODUCTS NORTH AMERICA, INC., AND BP AMERICA, INC.*

4

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on February 14, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                        *s*/Deborah D. Kuchler