IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY DISTEFANO, JAMES CHRISTOPHER BALIUS, EDWARD D. ROSS, JR., MICHAEL A. CANNETTE, JOHN D. FRANKLIN, JR., JOHN D. FRANKLIN, III, JEFFREY POWELL, GEORGE BOYD, CLARENCE R. SEYMOUR, JR., JACK TIBLIER, PATRICK POIRSON, MICHAEL BUTLER, MICHAEL A. CATO, ROBERT ANDERSON, JAMES A. MILLER, ROBERT E. CLISBY, MIKE FOTO, JAMES LARRY SCHONEWITZ, ALLEN JOHNSON, AND JOHNNY O'BRIEN | * * * * * * * * * * * | MDL 10-2179 J(1) CIVIL ACTION # 11-54 SECTION: J JUDGE: BARBIER |
| VERSUS | * * | |
| BP AMERICA PRODUCTION COMPANY, AND BP EXPLORATION AND PRODUCTION, INC. | * * * | |

**************************************************************************

### EX PARTE MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, through undersigned counsel, David A. Krause, a member in good standing of the Bar of the State of Mississippi, and the United States District Court for the Southern District of Mississippi, who seeks admission *pro hac vice* to appear as counsel for Anthony DiStefano, James Christopher Balius, Edward D. Ross, Jr., Michael A. Cannette, John D. Franklin, Jr., John D. Franklin, III, Jeffrey Powell, George Boyd, Clarence R. Seymour, Jr., Jack Tiblier, Patrick Poirson, Michael Butler, Michael A. Cato, Robert Anderson, James A. Miller, Robert E. Clisby, Mike Foto, James Larry Schonewitz, Allen Johnson and Johnny O'Brien (the "Plaintiffs").

This Motion is filed by local counsel, Bernard H. Ticer (#17170) a member in good standing of the Bar of this Court.  In accordance with Local Rule § 83.2.5 of the Local Rules of the United States District Court for the Eastern District of Louisiana, attached hereto is a Certificate of Good Standing from the United States District Court for the Southern District of Mississippi which shows that Mr. Krause is admitted to such court and is in good standing therein.

Further attached hereto is Mr. Krause's Affidavit stating, under oath, that no disciplinary proceedings or criminal charges have been instituted against him.

**WHEREFORE**, premises considered, undersigned local counsel, Bernard H. Ticer, prays this Court for admission of David A. Krause as additional counsel in this matter, *pro hac vice*, and for such other and further relief as they may show themselves justly entitled to receive.

Respectfully submitted,

BALDWIN HASPEL BURKE & MAYER, LLC

  /s/Bernard H. Ticer
DAVID L. CARRIGEE (#3892)
BERNARD H. TICER (#17170)
Energy Centre – Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone:   (504) 569-2900
Facsimile:   (504) 569-2099
Attorneys for *Anthony DiStefano, James Christopher Balius, Edward D. Ross, Jr., Michael A. Cannette, John D. Franklin, Jr., John D. Franklin, III, Jeffrey Powell, George Boyd, Clarence R. Seymour, Jr., Jack Tiblier, Patrick*

*Poirson, Michael Butler, Michael A. Cato, Robert Anderson, James A. Miller, Robert E. Clisby, Mike Foto, James Larry Schonewitz, Allen Johnson and Johnny O'Brien*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2011 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record.



                                              */s/Bernard H. Ticer*

0434589