UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ANTHONY DISTEFANO, JAMES CHRISTOPHER *
BALIUS, EDWARD D. ROSS, JR., MICHAEL A. *
CANNETTE, JOHN D. FRANKLIN, JR., JOHN D. * MDL 10-2179 J(1)
FRANKLIN, III, JEFFREY POWELL, GEORGE *
BOYD, CLARENCE R. SEYMOUR, JR., JACK * CIVIL ACTION # 11-54
TIBLIER, PATRICK POIRSON, MICHAEL BUTLER, *
MICHAEL A. CATO, ROBERT ANDERSON, JAMES * SECTION: J
A. MILLER, ROBERT E. CLISBY, MIKE FOTO, *
JAMES LARRY SCHONEWITZ, ALLEN * JUDGE: BARBIER
JOHNSON, AND JOHNNY O'BRIEN *
 *
VERSUS *
 *
BP AMERICA PRODUCTION COMPANY, AND *
BP EXPLORATION AND PRODUCTION, INC. *
 *
*******************************************************

## AFFIDAVIT

STATE OF MISSISSIPPI

COUNTY OF JACKSON

PERSONALLY CAME BEFORE ME, the undersigned authority, in and for the County and State aforesaid,

### DAVID KRAUSE

personally known to me, who being sworn, upon his oath, did depose and state as follows:

1) I am a person of the full age of majority;

2) I am duly licensed by the State of Mississippi as an attorney at law;

3) I am currently practicing law from my office in Ocean Springs, Mississippi;

4) I have never been the subject of disciplinary action;

5) I have never been the subject of criminal charges;

Further affiant saith not.

_____
DAVID KRAUSE

BEFORE ME, NOTARY PUBLIC,
THIS 10 DAY OF Feb, 2011.

_____
Print Name: Sheila A. Eberlin
My Commission Expires: 9-15-2013
[SEAL]

{B0434736.1}

2