IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY DISTEFANO, JAMES CHRISTOPHER BALIUS, EDWARD D. ROSS, JR., MICHAEL A. CANNETTE, JOHN D. FRANKLIN, JR., JOHN D. FRANKLIN, III, JEFFREY POWELL, GEORGE BOYD, CLARENCE R. SEYMOUR, JR., JACK TIBLIER, PATRICK POIRSON, MICHAEL BUTLER, MICHAEL A. CATO, ROBERT ANDERSON, JAMES A. MILLER, ROBERT E. CLISBY, MIKE FOTO, JAMES LARRY SCHONEWITZ, ALLEN JOHNSON, AND JOHNNY O'BRIEN<br><br>VERSUS<br><br>BP AMERICA PRODUCTION COMPANY, AND BP EXPLORATION AND PRODUCTION, INC. | MDL 10-2179 J(1)<br><br>CIVIL ACTION # 11-54<br><br>SECTION: J<br><br>JUDGE: BARBIER |

## **O R D E R**

Came on to be heard the *Ex Parte* Motion for Admission of David A. Krause as attorney for plaintiff's in this matter, *pro hac vice*. Upon due consideration and noting that requirements of the Local Rule 83.2.5 of the Local Rules of the Eastern District of Louisiana have been complied with, the Certificate of Good Standing concerning Mr. Krause, and his Affidavit that no disciplinary or criminal charges have been instituted against him, the Court is of the opinion that said Motion should be GRANTED.

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that David A. Krause is admitted to practice as counsel for plaintiffs in this matter, pro hac vice.

Done and entered this ___ day of _____, 2011, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

0434652