UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Concerning February 11, 2011 Status Conference before Magistrate Judge Shushan]

IT IS ORDERED as follows:

1. By **close of business on Monday, February 14, 2011**, the PSC shall provide Don Godwin, liaison counsel for the defendants and coordinating counsel with a revised list of the priority depositions required for preparation of expert reports.

2. By **close of business on Wednesday, February 16, 2011**, liaison counsel for the defendants and coordinating counsel shall provide Don Godwin and the PSC with their additions to the revised priority list.

3. By **noon on Thursday, February 17, 2011**, Don Godwin shall provide Magistrate Judge Shushan, liaison counsel and coordinating counsel with a revised priority list of depositions. This list shall include the location of the deponents.

4. On **Friday, February 18, 2011 at 2:00 p.m.,** there shall be a conference before Magistrate Judge Shushan in Room B309 with the Discovery Working Group[1] and such other counsel who choose to monitor the meeting. Call-in information shall be provided to liaison counsel and coordinating counsel by e-mail in advance of the conference.

---

[1] The Discovery Working Group is comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.

5. At the conference on **Friday, February 18, 2011 at 2:00 p.m.**, deponents shall be assigned for two tracks for all of the available dates in March and possibly April. The Discovery Working Group shall come to the conference with their calendars and the calendars of witnesses who are on the revised priority list and under their control.

6. By **Friday, February 25, 2011**, the PSC shall provide the Court with Rule 30(b)(6) deposition notices which shall include input from the liaison counsel for the defendants and the coordinating counsel.

7. By **Wednesday, February 16, 2011** counsel for BP and the PSC shall provide Magistrate Judge Shushan with a brief statement of their positions on the ESI issue relating to production of documents from BP.

8. On **Friday, February 18, 2011 at 11:00 a.m.**, there shall be a conference before Magistrate Judge Shushan in Room B309 with counsel for BP and a representative of the PSC to discuss and resolve any ESI issue regarding BP's document production.

New Orleans, Louisiana, this 14th day of February, 2011.

                                                    **SALLY SHUSHAN**
                                                **United States Magistrate Judge**