UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER**

**IT IS ORDERED** that the MDL status conference scheduled for **Friday, February 25, 2011**, at **9:30a.m.** will be held in the courtroom of Judge Ivan L.R. Lemelle, **Room C501**, at 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 15th day of February, 2011.

CARL J. BARBIER
United States District Judge