UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  DEEPWATER HORIZON | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE CARL J. BARBIER |
| This document relates to:<br>10-cv-1986 | MAGISTRATE JUDGE SALLY SHUSHAN |

### VOLUNTARY PARTIAL MOTION TO DISMISS

**NOW COME** Plaintiffs, **Terry G. Robin et. al**, who through undersigned counsel, move and advise this Honorable Court that suit was filed against Defendant, **Gulf Offshore Logistics International, LLC.**  Further suggesting to this Honorable Court that no responsive pleadings have been filed by **Gulf Offshore Logistics International, LLC.**, and on discovering that **Gulf Offshore Logistics International, LLC** was erroneously named as a Defendant in the captioned civil action, moves this Honorable Court to dismiss as of non-suit without prejudice **Gulf Offshore Logistics International, LLC,** at plaintiff's cost.

Respectfully submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

And

        **/s/Gerald Maples**
        **F. Gerald Maples, (#25960)**
        Carl D. Todd Campbell, II, (#31084)
        Carlos Zelaya, II, (# 22900 )
        F. Gerald Maples, P.A.
        365 Canal Street, Suite 2650
        New Orleans, Louisiana 70113
        Telephone: (504) 569-8732
        Facsimile: (504) 525-6932

## *CERTIFICATE OF SERVICE*

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic service, facsimile and/or by depositing same in the United States Mail, postage prepaid and properly addressed this ____ day of February, 2011.

        **/s/Lloyd N. Frischhertz**
        LLOYD N. FRISCHHERTZ

PD.4757915.1