IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

Civil Action No.: 11-0242
Section: J/1

    Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

    Defendant

## CONSENT & JOINDER AS PLAINTIFF

### FRANCINE E. STEWART

I, Francine E. Stewart, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 10th day of February, 2011.

_____
FRANCINE E. STEWART