IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

      Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

      Defendant

Civil Action No.: 11-0241
Section: J/1

**CONSENT & JOINDER AS PLAINTIFF**

**MICHAEL CAMBRE**

I, Michael Cambre, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or BP Corporation North America, Inc, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 15th day of February, 2011.

_____
Michael Cambre