IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

Civil Action No.: 11-0241
Section: J/1

        Plaintiff

        v.

WORLEY CATASTROPHE RESPONSE, LLC

        Defendant

---

### CONSENT & JOINDER AS PLAINTIFF

---

### <u>LEE F. HUDSON</u>

    I, Lee F. Hudson, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or BP Corporation North America, Inc, in connection with this Action.  I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

    Signed this 10 day of February, 2011.


                                                 Lee F. Hudson

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*