IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,                Civil Action No.: 11-0242
                                                        Section: J/1
    Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

    Defendant

---

### CONSENT & JOINDER AS PLAINTIFF

---

### ROY E. DEMAUNEY

    I, Roy E. DeMauney, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

    Signed this 13 day of February, 2011.

                                                                Roy E. DeMauney

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*