OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __February 15, 2011__
In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

vs.
These Pleadings apply to:
All Cases in Pleading Bundle Section iii.B(3)

Case No. __MDL 2179__ Section __J__

Dear Sir:    JUDGE BARBIER    MAGISTRATE SHUSHAN

Please __(issue)__ (re-issue) summons on the __(complaint)__ __(amended complaint)__ ( ___ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) __The Modern Group GP-SUB, Inc., d/b/a Tiger Safety__
   (address) __through its registered agent Corporation Service Company__
2. (name) __320 Somerulos St., Baton Rouge, LA 70802-6129__
   (address) __The Modern Group, Ltd., d/b/a Tiger Safety__
   __through its registered agent Corporation Service Company__
3. (name) _____
   (address) __320 Somerulos St., Baton Rouge, LA 70802-6129__
4. (name) _____
   (address) _____

Very truly yours,

__Stephen J. Herman__
"Signature"

Attorney for __Plaintiffs__

Address  HERMAN HERMAN KATZ & COTLAR, LLP

820 O'Keefe Ave
New Orleans, LA 70113