UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION : J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases.* | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF 30 (b)(6) DEPOSITION
OF COBALT INTERNATIONAL ENERGY, INC.
(WITH 30(b)(5) DOCUMENT REQUESTS)

To:   COBALT INTERNATIONAL ENERGY, INC.
      Two Post Oak Boulevard
      Suite 1200
      Houston, Texas 77056

**PLEASE TAKE NOTICE** that Plaintiffs will take the deposition of COBALT INTERNATIONAL ENERGY, INC. in the matter of In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and PRE-TRIAL ORDER NO. 17, as supplemented and amended by PRE-TRIAL ORDER 27, at the Conference Center of the Pan American Life Building, 601 Poydras Street, in New Orleans, Louisiana, on the 11th day of April, 2011, commencing at 8:30 a.m., and continuing from day to day until complete. COBALT INTERNATIONAL ENERGY, INC. is requested to designate one or more officers, managers, agents, employees, or other representatives to discuss the Areas of Inquiry identified below. Plaintiffs reserve the right to notice and conduct one or more additional 30(b)(6) Depositions of COBALT INERNATIONAL ENERGY, INC. on separate, non-duplicative topics.

## DEFINITIONS & INSTRUCTIONS

1. A DOCUMENT(S) means any writing of any kind, including, but not limited to, originals, and all non-identical copies of correspondence, memoranda, notes, records, letters, papers, recordings of any conferences, statistical compilations, manuals, and printed matter.

2. REFERENCE TO DOCUMENTS: In those instances where a responding party chooses to answer a request for information by referring to a specific document or record, it is requested that such specification be in such sufficient detail to permit the requesting pat to locate and identify the records and/or documents from which the answer is to be ascertained.

3. COMPUTER BASED INFORMATION: In those instances where requested information is stored only on a software or other data compilations, the responding party should either produce the raw data along with all codes and programs for translating it into usable form or glossaries, keys and indices for interpretation of the material.

4. TIME: Unless otherwise stated, this discovery is directed to events which took place from January 1, 2010 until the present.

5. TRANSOCEAN: Includes TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., as owners, managing owners, owners *Pro-Hac Vice*, and/or Operators of the DEEPWATER HORIZION or Macondo well.

6. BP PARTIES: Includes BP P.L.C., BP EXPLORATION & PRODUCTION, INC., and BP AMERICA PRODUCTION COMPANY as operators/Lessees of the DEEPWATER HORIZION.

7. CAMERON: Includes CAMERON INTERNATIONAL, CAMERON INTERNATIONAL CORPORATION, AND COOPER CAMERON as manufactures, installers, and designers of the Blowout Preventer used by DEEPWATER HORIZON at the time of the subject explosion.

8. DEEPWATER HORIZON means, without limitation, the mobile offshore drilling unit (MODU) of that name involved in the drilling of the Macondo Well, or any component thereof, including, without limitation, the Blowout Preventer, as well as any vessel, vehicle, aircraft, or other equipment used in connection with the process of drilling, developing, exploring for and/or producing oil and gas resources.

9. MACONDO WELL means the Macondo Prospect (Mississippi Canyon Block 252, abbreviated MC252) an oil and gas prospect in the Gulf of Mexico, off the coast of Louisiana. The prospect was the site of the Deepwater Horizon drilling rig explosion on April 20, 2010.

## AREAS OF INQUIRY

1. Corporate structure and business purpose(s) and activity of COBALT INTERNATIONAL ENERGY, INC.

2. Area of discipline of all COBALT INTERNATIONAL ENERGY, INC. employees who were in any way involved with, consulted on, made proposals regarding, assessed damage, inspected, or reviewed documents, relating to DEEPWATER HORIZON or the Macondo Well.

3. COBALT INTERNATIONAL ENERGY, INC.'s business relationship with BP from January 1, 2010 until the present.

4. COBALT INTERNATIONAL ENERGY, INC.'s business relationship with TRANSOCEAN from January 1, 2010 until the present.

5. COBALT INTERNATIONAL ENERGY, INC.'s business relationship with CAMERON from January 1, 2010 until the present.

6. Reports, correspondence, memos, communications, surveys, audits, and analyses prepared by, or received by, COBALT INTERNATIONAL ENERGY, INC. relating to the DEEPWATER HORIZON or the Macondo Well.

7. COBALT INTERNATIONAL ENERGY, INC.'s methods and protocols for shutting in, containing, and/or controlling the flow of hydrocarbons from an uncontrolled flowing well.

## REQUESTS

**AND NOW,** pursuant to Rules 26, 30(b)(5) and 34 of the Federal Rules of Civil Procedure, and Pre-Trial Order No. 16, please produce the following documents, to Plaintiffs Liaison Counsel, at least seven days prior to the time of the deposition:

1. Any and all documents (and/or electronically stored information) sent to, or received from TRANSOCEAN regarding the DEEPWATER HORIZON or the Macondo Well.

2. Any and all documents (and/or electronically stored information) sent to, or received from, CAMERON regarding the DEEPWATER HORIZON or the Macondo Well.

3. Any and all documents (and/or electronically stored information) sent to, or received from, BP regarding DEEPWATER HORIZON or the Macondo Well.

4. Any and all documents (and/or electronically stored information) internal to deponent, regarding the DEEPWATER HORIZON or the Macondo Well, for the years 2010-2011.

5. Any and all documents (and/or electronically stored information) sent to, or received from, any third party regarding the DEEPWATER HORIZON or the Macondo Well for the years 2010-2011.

This 15th day of February, 2011.

Respectfully submitted,

| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
|---|---|
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| Herman Herman Katz & Cotlar LLP | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 223-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

**PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA | Weitz & Luxenberg, PC |
| | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY 10003 |
| Pensacola, FL 32502-5996 | Office: (212) 558-5802 |
| Office: (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail: rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |

Page | 4

| | |
|---|---|
| Jeffrey A. Breit<br>Breit Drescher & Imprevento<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA  23510<br>Office:  (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail:  jbreit@bdbmail.com | Rhon E. Jones<br>Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.<br>218 Commerce St., P. O. Box 4160<br>Montgomery, AL  36104<br>Office:  (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail:  rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Office:  (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail:  ecabraser@lchb.com | Matthew E. Lundy<br>Lundy, Lundy, Soileau & South, LLP<br>501 Broad Street<br>Lake Charles, LA  70601<br>Office:  (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail:  mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>Cossich, Sumich, Parsiola & Taylor<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA  70037<br>Office:  (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail:  pcossich@cossichlaw.com | Michael  C. Palmintier<br>deGravelles, Palmintier, Holthaus & Fruge<br>618 Main Street<br>Baton Rouge, LA  70801-1910<br>Office:  (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail:  mpalmintier@dphf-law.com |
| Robert T. Cunningham<br>Cunningham Bounds, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com | Paul M. Sterbcow<br>Lewis, Kullman, Sterbcow & Abramson<br>601 Poydras  Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax: (504) 588-1514<br>sterbcow@lksalaw.com |
| Alphonso Michael "Mike" Espy<br>Morgan & Morgan, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS  39201<br>Office:  (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com | Scott Summy<br>Baron & Budd, P. C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax: (214) 599-1172<br>ssummy@baronbudd.com |
| Calvin C. Fayard, Jr.<br>Fayard & Honeycutt<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Mikal C. Watts (PSC)<br>Watts Guerra Craft, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX  78257<br>Office:  (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |
| Ervin A. Gonzalez<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL  33134<br>Office:  (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  Ervin@colson.com | |

**CERTIFICATE OF SERVICE**

    **WE HEREBY CERTIFY** that the above and foregoing Notice has been served on all counsel pursuant to Pre-Trial Order No. 12 *via* Lexis-Nexis File & Serve, and that the above and foregoing Requests for Production have also been served on all counsel pursuant to Pre-Trial Order No. 12 *via* Lexis-Nexis File & Serve this 15th day of February, 2011.

                                                 /s/ Stephen J. Herman and James Parkerson Roy