**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL  by the OIL RIG | * | **MDL NO. 2179** |
| "DEEPWATER HORIZON" in the | | |
| **GULF OF MEXICO, on** | * | **SECTION :   J** |
| **APRIL 20, 2010** | | |
| | * | **JUDGE BARBIER** |
| **Applies to:**  *All Cases.* | | |
| | * | **MAG. JUDGE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF 30 (b)(6) DEPOSITION</u>
<u>OF OCEANEERING INTERNATIONAL, INC.</u>
<u>(WITH 30(b)(5) DOCUMENT REQUESTS)</u>

To:     OCEANEERING INTERNATIONAL, INC.
         11911 FM 529
         Houston, Texas 77041

**PLEASE TAKE NOTICE** that Plaintiffs will take the deposition of OCEANEERING INTERNATIONAL, INC.  in the matter of  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and PRE-TRIAL ORDER NO. 17, as supplemented and amended by PRE-TRIAL ORDER 27, at the Conference Center of the Pan American Life Building, 601 Poydras Street, in New Orleans, Louisiana, on the 12th day of April 2011, commencing at 8:30 a.m., and continuing from day to day until complete. OCEANEERING INTERNATIONAL, INC. is requested to designate one or more officers, managers, agents, employees, or other representatives to discuss the Areas of Inquiry identified below. Plaintiffs reserve the right to notice and conduct one or more additional 30(b)(6) Depositions of OCEANEERING INERNATIONAL, INC. on separate, non-duplicative topics.

## DEFINITIONS & INSTRUCTIONS

1.      A DOCUMENT(S) means any writing of any kind, including, but not limited to, originals, and all non-identical copies of correspondence, memoranda, notes, records, letters, papers, recordings of any conferences, statistical compilations, manuals, and printed matter.

2.      REFERENCE TO DOCUMENTS: In those instances where a responding party chooses to answer a request for information by referring to a specific document or record, it is requested that such specification be in such sufficient detail to permit the requesting pat to locate and identify the records and/or documents from which the answer is to be ascertained.

3.      COMPUTER BASED INFORMATION: In those instances where requested information is stored only on a software or other data compilations, the responding party should either produce the raw data along with all codes and programs for translating it into usable form or glossaries, keys and indices for interpretation of the material.

4.      TIME: Unless otherwise stated, this discovery is directed to events which took place from January 1, 2010 until the present.

5.      TRANSOCEAN: Includes TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., as owners, managing owners, owners *Pro-Hac Vice*, and/or Operators of the DEEPWATER HORIZION or Macondo well.

6.      BP PARTIES: Includes BP P.L.C., BP EXPLORATION & PRODUCTION, INC., and BP AMERICA PRODUCTION COMPANY as operators/Lessees of the DEEPWATER HORIZION.

7.      CAMERON: Includes CAMERON INTERNATIONAL, CAMERON INTERNATIONAL CORPORATION, AND  COOPER CAMERON as manufactures, installers, and designers  of the Blowout Preventer used by DEEPWATER HORIZON at the time of the subject explosion.

8.      DEEPWATER HORIZON means, without limitation, the mobile offshore drilling unit (MODU) of that name involved in the drilling of the Macondo Well, or any component thereof, including, without limitation, the Blowout Preventer, as well as any vessel, vehicle, aircraft, or other equipment used in connection with the process of drilling, developing, exploring for and/or producing oil and gas resources.

9.    MACONDO WELL means the Macondo Prospect (Mississippi Canyon Block 252, abbreviated MC252) an oil and gas prospect in the Gulf of Mexico, off the coast of Louisiana. The prospect was the site of the Deepwater Horizon drilling rig explosion on April 20, 2010.

## AREAS OF INQUIRY

1.    Corporate structure and business purpose(s) and activity of OCEANEERING INTERNATIONAL, INC.

2.    Area of discipline of all OCEANEERING INTERNATIONAL, INC. employees who were in any way involved with, consulted on, made proposals regarding, assessed damage, inspected, or reviewed documents, relating to DEEPWATER HORIZON or the Macondo Well.

3.    OCEANEERING INTERNATIONAL, INC.'s business relationship with BP from January 1, 2010 until the present.

4.    OCEANEERING INTERNATIONAL, INC.'s business relationship with TRANSOCEAN from January 1, 2010 until the present.

5.    OCEANEERING INTERNATIONAL, INC.'s business relationship with CAMERON from January 1, 2010 until the present.

6.    Reports, correspondence, memos, communications, surveys, audits, and analyses prepared by, or in the possession of, OCEANEERING INTERNATIONAL, INC. relating to the DEEPWATER HORIZON or the Macondo Well.

## REQUESTS

**AND NOW,** pursuant to Rules 26, 30(b)(5) and 34 of the Federal Rules of Civil Procedure, and Pre-Trial Order No. 16, please produce the following documents, to Plaintiffs Liaison Counsel, at least seven days prior to the time of the deposition:

1.    Any and all documents (and/or electronically stored information) sent to, or received from, TRANSOCEAN regarding the DEEPWATER HORIZON or the Macondo Well.

2.      Any and all documents (and/or electronically stored information) sent to, or received from, CAMERON regarding the DEEPWATER HORIZON or the Macondo Well.

3.      Any and all documents (and/or electronically stored information) sent to, or received, by anyone regarding the Blowout Preventer or the Macondo Well.

This *15th* day of February, 2011.

Respectfully submitted,


_____/s/ Stephen J. Herman_____          _____/s/ James Parkerson Roy_____
**Stephen J. Herman**, La. Bar No. 23129      **James Parkerson Roy,** La. Bar No. 11511
Herman Herman Katz & Cotlar LLP             Domengeaux Wright Roy & Edwards LLC
820 O'Keefe Avenue                          556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                Lafayette, Louisiana 70501
Telephone: (504) 581-4892                   Telephone: (337) 223-3033
Fax No. (504) 569-6024                      Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                    E-Mail: jimr@wrightroy.com

*Plaintiffs Liaison Counsel.*                 *Plaintiffs Liaison Counsel.*


### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| Levin, Papantonio, Thomas, Mitchell, | Weitz & Luxenberg, PC |
| Echsner & Proctor, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY 10003 |
| Pensacola, FL 32502-5996 | Office: (212) 558-5802 |
| Office: (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail: rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |

Jeffrey A. Breit
Breit Drescher & Imprevento
999 Waterside Drive, Suite 1000
Norfolk, VA  23510
Office:  (757) 670-3888
Telefax:  (757) 670-3895
E-Mail:  jbreit@bdbmail.com

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax:  (415) 956-1008
E-Mail:  ecabraser@lchb.com

Philip F. Cossich, Jr.
Cossich, Sumich, Parsiola & Taylor
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax:  (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
Cunningham Bounds, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax:  (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
Morgan & Morgan, P.A.
188 East Capitol Street, Suite 777
Jackson, MS  39201
Office:  (601) 949-3388
Telefax:  (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
Fayard & Honeycutt
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax:  (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.com

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL  33134
Office:  (305) 476-7400
Telefax:  (305) 476-7444
E-Mail:  Ervin@colson.com

Rhon E. Jones
Beasley, Allen, Crow, Methvin, Portis &
Miles, P.C.
218 Commerce St., P. O. Box 4160
Montgomery, AL  36104
Office:  (334) 269-2343
Telefax:  (334) 954-7555
E-Mail:  rhon.jones@beasleyallen.com

Matthew E. Lundy
Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax:  (337) 439-1029
E-Mail:  mlundy@lundylawllp.com

Michael  C. Palmintier
deGravelles, Palmintier, Holthaus & Fruge
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax:  (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
Lewis, Kullman, Sterbcow & Abramson
601 Poydras  Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
sterbcow@lksalaw.com

Scott Summy
Baron & Budd, P. C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax:  (214) 599-1172
ssummy@baronbudd.com

Mikal C. Watts (PSC)
Watts Guerra Craft, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX  78257
Office:  (210) 447-0500
Telefax:  (210) 447-0501
E-Mail:  mcwatts@wgclawfirm.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Notice has been served on all counsel pursuant to Pre-Trial Order No. 12 *via* Lexis-Nexis File & Serve, and that the above and foregoing Requests for Production have also been served on all counsel pursuant to Pre-Trial Order No. 12 *via* Lexis-Nexis File & Serve this ___15th___ day of February, 2011.

/s/ Stephen J. Herman and James Parkerson Roy