Pineapple Gallery    985 626 0028    p.3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN J. ALTIER,<br>Individually and on behalf of all others<br>Similarly situated and identified below,<br><br>Plaintiff<br><br>v.<br><br>WORLEY CATASTROPHE RESPONSE, LLC<br><br>Defendant | Civil Action No.: 11-0242<br>Section: J/1 |

## CONSENT & JOINDER AS PLAINTIFF

### TERESA HAMILTON

I, Teresa Hamilton, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 15 day of February, 2011.

_____
Teresa Hamilton

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*