**MINUTE ENTRY**
**SHUSHAN, M.J.**
**FEBRUARY 15, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| Reference: All cases | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

    A telephone discovery conference was held this date regarding document production for the deposition of Mark Bly set for Thursday and Friday, February 17 and 18, 2011. The issue raised was resolved.

    New Orleans, Louisiana, this 15th day of February, 2011.

                                                    **SALLY SHUSHAN**
                                                **United States Magistrate Judge**

MJSTAR 00:20