IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig　　　　　　　　MDL No.: 2179
"Deepwater Horizon" in the　　　　　　　　　Section J
Gulf of Mexico, on April 20, 2010

This Document Relates To: Civil Action No. 11-0242　　Judge Barbier
　　　　　　　　　　　　　　　　　　　Section J/1　　Magistrate Judge Shushan

---

### CONSENT & JOINDER AS PLAINTIFF

---

I, Timothy Menius, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 15TH day of February, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TIMOTHY MENIUS

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*