**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | : | |
|     GULF OF MEXICO, on | : | SECTION J |
|     APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| This document relates to: | : | MAG. JUDGE SHUSHAN |
| 10-4182 and 10-4183 | | |

## NOTICE OF APPEARANCE

COME NOW, the following attorneys from the Office of the Alabama Attorney General, and hereby notify the Court of their appearance on behalf of the Plaintiff State of Alabama:

| Attorney's Name | Alabama State Bar Number |
|---|---|
| Luther Strange | ASB-0036-G42L |
| Corey L. Maze | ASB-0286-E67M |
| Robert D. Tambling | ASB-6026-N67R |
| James W. Davis | ASB-4063-I58J |

Dated this the **16th** day of **February, 2011.**

Respectfully submitted,

**/s/Corey L. Maze**
Corey L. Maze (ASB-0286-E67M)
*Special Deputy Attorney General, State of Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this **16th** day of **February, 2011**.

**/s/Corey L. Maze**