Cause No.: 210CV04222             { }   UNITED STATES DISTRICT COURT
                                  { }   for the EASTERN DISTRICT
Plaintiff:                        { }   of LOUISIANA
GREGORY JOHN GUINDON

Defendant:
BP PLC

Officer's Return

Came to hand January 31, 2011 at 4:12 P.M. and executed in Travis County, Texas, on February 07, 2011 at 8:00 A.M. by delivering to TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC by delivering to its registered agent, Capitol Services, at 800 Brazos St., 4th floor, Austin, Travis County, Texas 78701, by delivering to TONI OZEN, designated agent for service, a true copy of the SUMMONS IN A CIVIL ACTION together with an accompanying true copy of the Plaintiff's FIRST AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND.

Bruce Elfant,
Travis County Constable Precinct 5
Travis County, Texas

by:_____
Miracle Mount, Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Gregory John Guindon )
)
     *Plaintiff* )     MDL 10-2179, J(1)
)
v. )    Civil Action No. 2:10-cv-04222
)
BP p.l.c. )
)
     *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean Offshore Deepwater Drilling Inc.
c/o Capitol Corporate Serviceds, Inc.
800 Brazos, Suite 400
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jimmy Williamson
                                  Williamson & Rusnak
                                  4310 Yoakum Boulevard
                                  Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Jan 12 2011                            Stephanie Kall
                                                                                  Deputy clerk's signature



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-cv-04222

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

CONSTABLE BRUCE ELFANT
P. O. BOX 1748
AUSTIN TEXAS 78767

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: