# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION J |
| APRIL 20, 2010 | : | |
| | : | |
| | : | JUDGE BARBIER |
| This document relates to: 10-4182 & 10-4183 | : | MAG. JUDGE SHUSHAN |

### STIPULATED ORDER GOVERNING DEFENDANTS' RESPONSES TO COMPLAINTS FILED ON BEHALF OF THE STATE OF ALABAMA

At the suggestion and stipulation of Plaintiff, State of Alabama, by and through Plaintiff's new counsel, Alabama Attorney General, Luther Strange, with the agreement of Defense Liaison Counsel, and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

**IT IS ORDERED** that the deadline for filing any responses to Plaintiff's Complaints in *State of Alabama ex rel. Troy King, Attorney General v. BP, PLC et al.* No. 2:10-cv-4182 and *State of Alabama ex rel. Troy King, Attorney General v. Transocean, Ltd. et al.* No. 2:10-cv-

4183,[1] originally filed in United States District Court for the Middle District of Alabama Northern Division as Case Nos. 2:10-cv-00690 and 2:10-cv-00691,[2] respectively, against various Defendants shall be determined as follows:

1. Defendants are not required to file responsive pleadings to Case Nos. 2:10-cv-4182 and 2:10-cv-4183 or any other pre-existing petitions or complaints filed on behalf of the State of Alabama at this time as Attorney General Strange has indicated that the State of Alabama will file a Supplemental and Amended Complaint consolidating the cases and setting forth the current claims and actions related to the Deepwater Horizon explosion.

2. Once the State of Alabama has filed its consolidated Supplemental and Amended Complaint, Defendants named in that Complaint shall have thirty (30) days from the date of service of that Complaint to file their respective responsive pleadings.

New Orleans, Louisiana this 15th day of February, 2011.

_____
United States District Judge

---

[1] *See*, Conditional Transfer Order (CTO-5) of the United States Judicial Panel filed November 4, 2010, attached hereto as Exhibit "B", *in globo*.

[2] *See*, Complaints in *State of Alabama ex rel. Troy King, Attorney General v. BP, PLC et al.* No. 10-4182 and *State of Alabama ex rel. Troy King, Attorney General v. Transocean, Ltd. et al.* No. 10-4183 originally filed in the United States District Court for the Middle District of Alabama Northern Division, attached hereto as Exhibit "B", *in globo*.