UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  DEEPWATER HORIZON | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE CARL J. BARBIER |
| This document relates to:<br>10-cv-1986 | MAGISTRATE JUDGE SALLY SHUSHAN |

### ORDER

Considering the foregoing Voluntary Partial Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **Gulf Offshore Logistics International, LLC,** named as a defendant in Civil Action No. **10-CV-1986** on the docket of this Court, be and the same is hereby dismissed, without prejudice, at Plaintiff's cost.

New Orleans, Louisiana this 15th day of February, 2011.

_____
United States District Judge