UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : |
| APPLIES TO: C.A. 10-1308, C.A. 10-2994, C.A. 10-4489, C.A. 10-2764, C.A. 10-1569, C.A. 10-1325 | : JUDGE BARBIER : MAG. JUDGE SHUSHAN : |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

On February 4, 2011, a motion for rehearing regarding February 2, 2011 order re PSC's motion to supervise ex parte communications between BP defendant and putative class members (Doc #1108), was filed, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading.  This is to advise counsel that as of February 16, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

