# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 10-03066 | * * | MAG. JUDGE SHUSHAN |

*********************************************

## CONSENT MOTION TO DISMISS WEATHERFORD INTERNATIONAL, LTD. WITHOUT PREJUDICE

**NOW INTO COURT** comes Plaintiff, Melinda Anne Becnel, through undersigned counsel, who respectfully submits the instant Motion to Dismiss Weatherford International, Ltd., Without Prejudice. Although Weatherford International, Ltd., has answered the Complaint, counsel for Weatherford International, Ltd., Glenn Goodier, has been contacted and consents to the dismissal without prejudice.

WHEREFORE Plaintiffs respectfully request that the above requested relief be granted.

    /s/   Soren E. Gislseon
Soren E. Gislseon, La. Bar No. 26302
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sgisleson@hhkc.com
E-Mail: sherman@hhkc.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of February

/s/ Soren E. Gisleson