UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 10-03066 | * * | MAG. JUDGE SHUSHAN |

*********************************************

### ORDER

Considering the foregoing Consent Motion to Dismiss Weatherford International, Ltd., filed in <u>Becnel v. BP plc</u>, No. 10-3066,

**IT IS ORDERED** that the motion is GRANTED and that Weatherford International, Ltd., is dismissed without prejudice. All rights against any and all other Defendants or third parties are expressly reserved.

Done this _____ day of _____, 2011

_____
UNITED STATES DISTRICT COURT JUDGE