UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY
DEPARTMENT OF THE INTERIOR
JOINT INVESTIGATION CONDUCTED BY
UNITED STATES COAST GUARD
MINERALS MANAGEMENT SERVICE
SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

(Authority 43 U.S. Code 1348; 46 U.S. Code 6304)

# In the Matter of the Fire & Explosion on the Deepwater Horizon

TO: BP America Inc.
550 Westlake Park Boulevard
Houston, TX 77079

c/o Antonio J. Rodriguez, Esq.
Fowler Rodriguez Valdez-Fauli
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
ph: (504) 595-5170

BP America Inc. is hereby COMMANDED to produce, at the time, date, and place set forth below, the following documents, electronically stored information, or objects, and permit inspection, copying, testing, or sampling of the material:

o All rocks or rock units taken from the M/V DAMON B. BANKSTON on or about April 21, 2010.

o All records documenting the manner in which BP or any other person or entity collected, managed, controlled, possessed, and maintained custody of the subject rocks or rock units.

o All records documenting the manner in which BP or any other person or entity stored, tested, altered, or cleaned the subject rocks or rock units.

o All core samples taken during exploration drilling of API well number 608174116901.

o All records identifying the true vertical depth at which the subject core samples were taken.

EXHIBIT 1

Place: <u>To be determined.</u>          Date and Time: <u>To be determined.</u>

Responsive records shall be sent Attention: L.T. Robert S. Butts, 1201 Elmwood Park Boulevard, (MS 5240), New Orleans, Louisiana 70123-2394, no later than June 9, 2010.

The names, telephone numbers, and e-mail addresses of the attorneys representing the Marine Board of Investigation, which issues this subpoena, are Lieutenant Commander Jeff Bray, (202) 309-9559, jeff.r.bray@uscg.mil; and Silvia Murphy, (202) 604-3466, silvia.murphy@sol.doi.gov.

Dated at New Orleans, Louisiana on this 4th day of June 2010.

*[signature]*
Mr. David Dykes
Co-Chairman, Marine Board of Investigation
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394