## Murphy, Silvia

| | |
|---|---|
| **From:** | Jeff.R.Bray@uscg.mil on behalf of Bray, Jeff LCDR [Jeff.R.Bray@uscg.mil] |
| **Sent:** | Tuesday, June 29, 2010 12:51 PM |
| **To:** | twagner@wb-lalaw.com; Antonio J. Rodriguez; sgordon@geslawfirm.com; Brad.Eastman@c-a-m.com; DJONES@brsfirm.com; lkaplan@skv.com; SMcHale@pattonboggs.com; Forbes@chaffe.com; DGodwin@godwinronquillo.com; Linsin, Gregory F.; t_eason@weiss-eason.com; pscaff@gardere.com; gattrep@smith.com; Jim Dragna; RJH@preisroy.com; mlemoine@joneswalker.com; Longman, Doug |
| **Cc:** | Murphy, Silvia |
| **Subject:** | Recovered Rock Analysis |

The Preliminary investigation into the DEEPWATER HORIZON recovered small pieces of rock from the deck of the M/V DAMON BANKSTON. These rock pieces will be tested by the USGS but the Board will consider requests from the Parties-in-Interest for specific testing procedures, if you have any. Please submit those requests in writing or via email to myself or Ms. Murphy by the close of business Friday July 2, 2010. If you have any questions please let us know.

v/r

LCDR Jeff R Bray
Attorney, Joint Investigation Team
Jeff.r.Bray@uscg.mil
202-309-9559

EXHIBIT 2