# Murphy, Silvia

| | |
|---|---|
| From: | Murphy, Silvia |
| Sent: | Thursday, July 15, 2010 9:40 AM |
| To: | efk@preisroy.com; twagner@wb-lalaw.com; Antonio J. Rodriguez; sgordon@geslawfirm.com; Brad.Eastman@c-a-m.com; DJONES@brsfirm.com; lkaplan@skv.com; SMcHale@pattonboggs.com; Forbes@chaffe.com; DGodwin@GodwinRonquillo.com; Linsin, Gregory F.; t_eason@weiss-eason.com; pscaff@gardere.com; gattrep@smith.com; Jim Dragna; Richard Hymel; mlemoine@joneswalker.com; Longman, Doug |
| Cc: | Bray, Jeff LCDR |
| Subject: | Recovered Rock Analysis |
| Attachments: | USGS Analysis Plan-7-15-10.doc; USGS protocol 7-15-10.xls |

As we described in e-mails dated June 29, 2010, and July 1, 2010, the Joint Investigation Team has arranged for the United States Geological Survey (USGS) to conduct analyses of the rock pieces collected from the DAMON B. BANKSTON to determine their origin. We invited each of you to submit proposed protocols for the testing so that USGS could consider incorporating as many of the analyses you identified as possible. Attached is the protocol USGS will implement and an explanation of the protocol. We understand the protocol incorporates many of the analyses identified by those of you who submitted proposals, and as the protocol notes, USGS will determine if additional tests are appropriate after it completes those listed here. The USGS has begun the non-destructive tests and plans to begin those tests listed as order 5-7 (i.e. destructive tests) on July 26, 2010. While no observers can be accommodated, the protocol explains that representative portions of each sample will be kept for the record. All processes requiring modification of samples will be thoroughly documented with photographs and a description of the preparation procedure. This documentation will become part of the final report prepared by USGS.

Please let me know if you have any questions.

---

Silvia Murphy
Attorney-Advisor, Joint Investigation Team Office of the Solicitor Department of the Interior
(202) 219-3031/(504) 736-3262

---

From: Jeff.R.Bray@uscg.mil [Jeff.R.Bray@uscg.mil]
Sent: Thursday, July 01, 2010 3:14 PM
To: efk@preisroy.com; twagner@wb-lalaw.com; Antonio J. Rodriguez; sgordon@geslawfirm.com; Brad.Eastman@c-a-m.com; DJONES@brsfirm.com; lkaplan@skv.com; SMcHale@pattonboggs.com; Forbes@chaffe.com; DGodwin@GodwinRonquillo.com; Linsin, Gregory F.; t_eason@weiss-eason.com; pscaff@gardere.com; gattrep@smith.com; Jim Dragna; Richard Hymel; mlemoine@joneswalker.com; Longman, Doug
Cc: Murphy, Silvia
Subject: RE: Recovered Rock Analysis

I received several emails asking for more details on the rock analysis/testing, hopefully this will address those questions.

The U.S. Geological Survey (USGS) will be analyzing the rocks to determine their nature and whether they originated in the well bore. The USGS team will include at least one structural geologist and a mineralogist, and the analyses and testing will be performed at a USGS facility in Lakewood, Colorado. While USGS has not yet finalized the protocol it will use, it anticipates initially performing a scanning electron microscope (SEM) and x-ray diffraction analysis on the samples as-is -- that is, without removing small pieces from the samples. More thorough and detailed SEM analyses can then follow as needed with small pieces

1

EXHIBIT 3

removed from the samples. The USGS will determine if other tests or analyses are necessary. When the protocol is finalized, we will provide it to all parties in interest.

Our original e-mail invites the parties in interest to notify us if they would like to propose particular analyses of the rock samples. BP, which was the custodian of a large number of the rocks samples, has already provided a proposed protocol. The Joint Investigation and USGS will review all proposed protocols to see if they can be incorporated into what USGS decides is appropriate to determine the origin of the rocks. We are aware of the parties' obligations to district courts and anticipate allowing time for the appropriate notifications to be completed before any destructive testing occurs. Again, the first phase of testing will not involve any destructive testing.

v/r

LCDR Jeff R Bray
Attorney, Joint Investigation Team
Jeff.r.Bray@uscg.mil
202-309-9559

**Initial analyses to be conducted by USGS Denver laboratories on the Deepwater Horizon samples. Subsequent analyses will depend on results from these initial analyses.**

Forty samples were obtained under chain-of-custody from BOEM (formerly MMS) and Phillip Brickman from the law firm of Fowler, Rodriguez, Valdes-Fauli. The samples are currently undergoing non-destructive analyses to begin addressing the following three questions posed by BOE:

1. Are the samples from the Deepwater Horizon (MC-252 G32306 1) well?
2. Are the samples rock, cement or some other material?
3. If the samples are from the MC-252 G32306 1 well, at what depth did the samples originate?

The USGS plans to take a stepwise approach to answer as many of the above questions as possible. The USGS is beginning with nondestructive characterization of the samples. The samples will be photographed, described by petrologists, and weighed. Following this initial examination the samples will be analyzed as described in the attached spreadsheet. Initially, only the non-destructive techniques will be employed (1 through 4). The results from these analyses will be evaluated prior to any destructive testing.

Unless otherwise instructed from BOEM and DOI, a representative portion of each sample will be left for the record. At this time USGS plans to use no more than one half of each sample for analyses. It must be understood that in any destructive procedure, it is not always possible to preserve the intended amount of sample, however, every effort will be made to do so. Many of the analyses will require preparation of sub-samples, such as petrographic thin sections, polished grain mounts, and x-ray diffraction powder mounts, that will be analyzed by non-destructive methods and will be available for future analyses and for the record. Some samples may be too small to perform all analyses. The attached spreadsheet describes the initial proposed analyses, the amount of sample required, and the expected results.

During sample preparation, all processes requiring modification of samples will be thoroughly documented with photographs and a description of the preparation procedure. This documentation will become part of the final report prepared by USGS. After initial analysis of a sample it may be determined that further analyses would best be done by a certified laboratory specializing in a specific type of analysis such as compressive strength. If such an analysis is required, the sample will be shipped to the certified laboratory for testing under chain-of-custody and the laboratory will need to be unbiased and independent of the parties related to the investigation. Results of any outside analyses will be incorporated into the final USGS report.

Initial analyses proposed for USGS Denver laboratories. Subsequent analyses will depend or results from these analyses.*
Representative portions of each sample will be kept for the record. No sample will be completely consumed during analyses. Some samples may be too small to perform all tests or analyses.

| order | Analysis | Results | Purpose | Sample amount required | Sample requirements | Comment |
|---|---|---|---|---|---|---|
| 1 | Photograph and weigh | digital images - weight of sample | documentation | N/A | non-destructive | |
| 2 | Macro photography - Stereo microscopy | digital images - higher magnification | documentation - identify features for further analyses | N/A | non-destructive | |
| 3 | Visible-infrared reflectance spectroscopy | wavelength spectra | phase/component/contaminant identification | N/A | non-destructive | Using handheld reflectance spectrometer |
| 4 | Variable pressure SEM w/ x-ray microanalysis | high magnification images - chemical data - phase identification | determine components, structure, texture | N/A | non-destructive | Phase chemistry less accurate than 5. Resolution for x-ray analysis not optimum. Larger samples may not fit into the analysis chamber. |
| 5 | SEM and x-ray microanalysis - high vacuum mode. Optical petrography. | high magnification images - chemical data - phase identification | Determine components, structure, texture. Determine accurate phase chemistry. Identify trace phases. Identify and document distinctive textures and morphology | Portion of sample. Depends on sample homogeneity and grain/feature size. | Requires portion of sample to be removed and processed for analysis. Polished section and/or grain mount(s). Processed sample can be preserved for future analysis and for the record. | More accurate and precise phase chemistry. Ability to analyze grain texture. Ability to do fully quantitative analysis of textures and phase chemistry to the limits of the technique. Optical petrography can be done on same polished sections and grain mounts. |
| 6 | X-ray diffraction analysis (XRD) | x-ray diffractogram for phase identification of crystalline materials | Identify major and minor phases. Confirm SEM identification. Provide estimate of relative proportions of phases | 0.1 - 3 grams | Requires grinding of a portion of the sample. Prepared sample can be preserved for future analysis. | Some samples may be too small for this analysis or results may be less accurate if sample weight is not optimum. Results and time required for analysis will depend on amount of sample used. |
| 7 | Bulk chemistry - XRF and/or ICPMS | major and trace element bulk chemistry | Obtain accurate and precise bulk chemistry of sample | 0.5 grams | Requires dissolution of portion of sample. | Results will depend on homogeneity of sample. Some samples may be too small for this analysis |

* Results from the above will allow us to determine if the samples are rock, cement (and possibly type), or other material. The results will also provide quantitative information on phases present, phase chemistry (major and trace), textures, grain size, and contaminants. Additional analyses required such as micropaleo, hydrocarbon, compressive strength, density, etc. can then be determined as appropriate based on results from above. All of the above may not be needed for each sample.