# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

Facsimile:
(202) 879-5200

December 10, 2010

**By Electronic Mail**
**By Federal Express**

Silvia Murphy, Esq., Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Lt. Cmdr. Jeff R. Bray
United States Coast Guard
Marine Board Of Investigation
1201 Elmwood Park Blvd.
New Orleans, LA 70123

Re:   <u>Testing of Macondo Well Drill Cuttings</u>

Dear Ms. Murphy and LCDR Bray:

I write on behalf of BP Exploration & Production Inc. ("BP") in furtherance of the Joint Investigation Team's inquiry into the Deepwater Horizon accident.

As you know, on 1 December 2010, the Joint Investigation Team (JIT) solicited input regarding analysis of certain drill cutting samples obtained from Anadarko. Specifically, the JIT solicited input from BP and other parties regarding proposed objectives, parameters, and protocols for analysis of this category of evidence. Accordingly, BP respectfully provides the attached submission setting forth its recommendations for testing of the samples in a "redline" of the testing protocol spreadsheet circulated by the JIT.

\*   \*   \*   \*

As was the case with BP's proposed forensic testing plan submitted on September 4, 2010, with BP's proposed BOP preservation plan submitted on September 21, 2010, with BP's proposed solenoid testing plan submitted on September 29, 2010, with BP's proposed testing plan for BOP stack fluids submitted on October 29, 2010, and with BP's proposed testing plan for the cement samples submitted on November 5, 2010, BP is voluntarily providing this input to assist the stakeholders and the government in developing an appropriate approach to testing available evidence. Naturally, BP reserves the right to revise this input as appropriate based on, among other things, the information, comments, and perspectives it obtains from other stakeholders and government entities, as well as any relevant information developed by the Joint Investigation Team, other investigatory teams, or other legal proceedings.

## KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
December 10, 2010
Page 2

      As with our other voluntary submissions, BP could request that this letter and the enclosed document be afforded confidential treatment as voluntary submissions. Nonetheless, we have chosen not to request such treatment in light of ongoing discussions between the parties and the Joint Investigation Team. BP respectfully requests that it be given notification of, and access to, other parties' submissions that respond to this same solicitation for testing input.

                             \*     \*     \*     \*

      BP greatly appreciates this opportunity to make recommendations regarding this further aspect of the Joint Investigation Team's evaluative testing. Please feel free to contact me with any questions you may have regarding this submission.

                                          Sincerely,

                                          Robert R. Gasaway

Enclosure

cc:    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Hariklia Karis
        Antonio J. Rodriguez

# *DEEPWATER HORIZON*

## IN RESPONSE TO REQUEST FOR DRILL CUTTINGS TESTING INPUT

## Parameters, Protocol & Procedures

Respectfully Submitted To The

UNITED STATES DEPARTMENT OF INTERIOR
and
UNITED STATES COAST GUARD

By

## BP EXPLORATION & PRODUCTION INC.

December 10, 2010

**DRAFT**

Initial analyses proposed for USGS Denver laboratories.

Representative portions of each sample will be kept for the record. No sample will be completely consumed during analyses. Some samples may be too small to perform all tests

| order | Analysis | Results | Purpose | Sample amount required | Sample requirements | Comment |
|---|---|---|---|---|---|---|
| 0 | Review historical records | Historical data on formation types, geology and chemistry as function of depth - identify any drilling additives | Identify what analysis will be required for comparison to historical data | N/A | N/A | Program must be designed to take advantage of the enormous amount of existing data in order to design an effective test protocol. Variations in rock type and chemistry with depth provides a fingerprint which can be used for further comparisons between samples. |
| 1 | Visual observations, photograph and weigh | notes - digital images - weight of sample | documentation | N/A | non-destructive | Include color and scale bars. |
| 2 | Macro photography - Stereo microscopy - Polarized light microscope | digital images - higher magnification - plane or crossed polarized light images | documentation - identify features for further analyses - mineral identifications | N/A | non-destructive | |
| 3 | Visible-infrared reflectance spectroscopy | wavelength spectra | phase/component/contaminant identification | N/A | non-destructive | Using handheld reflectance spectrometer; if there is an indication of hydrocarbons, further testing may be required such as shown in item 3a. |
| 3a | Organic Analyses possibly required (GC/MS-RAMAN-FTIR) | Profiles and spectra | Identification of organic classes and compounds | Up to 50 grams | Typically destructive | May be useful for identifying trace levels of organics that may be used as unique identifiers. |
| 4 | Variable pressure SEM w/ x-ray microanalysis | high magnification images - chemical data - phase identification | determine components, structure, texture, morphology | N/A | non-destructive | Phase chemistry (elemental associations) less accurate than 5. Resolution for x-ray analysis not optimum. Larger samples may not fit into the analysis chamber. |
| 5 | SEM and x-ray microanalysis - high vacuum mode. Optical petrography. | high magnification images - chemical data - phase identification (inferred from elemental associations) | Determine components, structure, texture. Determine accurate phase chemistry. Identify trace phases. Identify and document distinctive textures and morphology | Portion of sample. Depends on sample homogeneity and grain/feature size. | Requires portion of sample to be removed and processed for analysis. Polished section and/or grain mount(s). Processed sample can be preserved for future analysis and for the record. Typically carbon coated. Thin sections may be required for petrography. | More accurate and precise phase chemistry. Ability to analyze grain texture. Ability to do fully quantitative analysis of textures and phase chemistry to the limits of the technique. Optical petrography can be done on same polished sections and grain mounts. Carbon coated samples are not suitable for optical microscopy. |
| 6 | X-ray diffraction analysis (XRD) | x-ray diffractogram for phase identification of crystalline materials | Identify major and minor phases. Confirm SEM identification by determining crystal structure. Provide estimate of relative proportions of phases | 0.1 - 3 grams | Requires grinding of a portion of the sample. Prepared sample can be preserved for future analysis. | Some samples may be too small for this analysis or results may be less accurate if sample weight is not optimum. Results and time required for analysis will depend on amount of sample used. |
| 7 | Bulk chemistry - XRF ICP-AES and/or ICP-MS | major and trace element bulk chemistry | Obtain accurate and precise bulk/trace chemistry of sample | 0.5 grams | XRF requires a finely ground sample and ICP requires dissolution of a portion of the sample. | Results will depend on homogeneity of sample. Some samples may be too small for this analysis. XRF will provide bulk chemistry and will require ~10 grams of sample. ICP uses small samples for trace element analysis -may be variable due to sample inhomogeneity. |
| | | | | | | * Results from the above will allow us to determine if the samples are rock, cement (and possibly type), or other material. The results will also provide quantitative information on phases present, phase chemistry (major and trace), textures, grain size, and contaminants. Additional analyses required such as micropaleo, hydrocarbon, compressive strength, density, etc. can then be determined as appropriate based on results from above. All of the above may not be needed for each sample. |