**USGS Response to BPs suggestions regarding analysis of cuttings samples from the Macondo Well.**

The Joint Investigation Team (JIT) asked the USGS to analyze 40 samples collected from the deck of the Damon B. Bankston after the Deepwater Horizon disaster. The purpose of the analysis was to attempt to answer the following questions:

1) Are the 40 samples, cement, formation rock, other?

2) Did the samples come from the Macondo Well?

3) If from the well, at what depth in the formation are the samples from?

The analytical plan submitted by USGS to the JIT prior to the initiation of sample analysis was developed as a logical sequence to begin to answer the above questions. This plan was developed with very little knowledge of the nature of the 40 samples. The plan was submitted as a general guide that might be modified as information about the samples became available.

Based on analytical results to date from the 40 samples, USGS has determined that it would be useful to analyze a subset of the drill cuttings samples from the well. This analysis will be conducted using information gained by analysis of the 40 samples, from information presented at hearings describing the events that occurred on and before April, 20, 2010, from information provided by the JIT regarding the lithology of the formation, from information gained from conference calls with Halliburton and others, and from information provided by USGS experts familiar with drilling practices and Gulf lithology.

Finally, it is very clear that all samples relating to this study are valuable evidence in the investigation. Therefore, USGS believes that it is appropriate to perform only analyses and tests that are likely to provide insight into the three questions above, and, in the process, preserve as much of the original sample material as possible for future study.

USGS finds the suggestions provided by experts at BP very reasonable and appropriate as a general guide for analysis of the cuttings samples. However, in the context of the charge to the USGS, the knowledge already acquired in our on-going study of the 40 samples, and the need to preserve as much of the original sample as possible, it may not be necessary or productive to carry out each step as outlined in the analysis plan and as modified by BP. Therefore, although USGS finds the suggestions outlined by BP to be generally acceptable, we may accept or reject certain steps in the modified analysis plan based on existing information and what steps we believe necessary to resolve outstanding questions as outlined above.

EXHIBIT 4(c)