**UNITED STATES OF AMERICA**
**DEPARTMENT OF HOMELAND SECURITY**
**DEPARTMENT OF THE INTERIOR**
**JOINT INVESTIGATION CONDUCTED BY**
**UNITED STATES COAST GUARD**
**BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

(Authority 43 U.S. Code 1348; 46 U.S. Code 6304)

# In the Matter of the Fire & Explosion on the Deepwater Horizon

TO:   Anadarko Petroleum Corporation
      c/o Ms. Ky E. Kirby, Esq.
      Bingham McCutchen LLP
      2020 K Street, NW
      Washington, DC  20006-1806

Anadarko Petroleum Corporation is hereby COMMANDED to produce, at the time, date, and place set forth below, the following materials, and to permit inspection, testing, and/or sampling of the material:

- All drill cuttings from the Macondo well, cataloged by depth.

Place:   Anadarko Petroleum Corporation          Date:  November 4, 2010
         Grogan's Mill Records Center
         9190 Grogan's Mill Dr.                   Time:  9:00 am
         The Woodlands, TX  77380

The names, telephone numbers, and e-mail addresses of the attorneys representing the Joint Investigation, which issues this subpoena, are Lieutenant Commander Jeff Bray, (202) 309-9559, jeff.r.bray@uscg.mil; and Silvia Murphy, (202) 219-3031, silvia.murphy@sol.doi.gov.

Subscribed at New Orleans, Louisiana this 28th day of October, 2010.

_____
J. David Dykes
Co-Chair, Joint Investigation
1201 Elmwood Park Blvd.
New Orleans, Louisiana 70123-2394

EXHIBIT 5

1

2