# Murphy, Silvia

| | |
|---|---|
| From: | Murphy, Silvia |
| Sent: | Wednesday, December 01, 2010 6:09 PM |
| To: | DGodwin@GodwinRonquillo.com; efk@preisroy.com; twagner@wp-lalaw.com; ajr@frvf-law.com; atc@frvf-law.com; sgordon@geslawfirm.com; Brad.Eastman@c-a-m.com; DJones@brsfirm.com; lkaplan@skv.com; Linsin@blankrome.com; gattrep@smith.com; RJH@preisroy.com; mclements@frilot.com; mlemoine@joneswalker.com; dlongman@joneswalker.com; donjackson@warejackson.com; dkuchler@kuchlerpolk.com; ky.kirby@bingham.com; Sam.Sankar@OilSpillCommission.gov; RWassel@nas.edu; Ray.Porfiri@csb.gov; don.holmstrom@csb.gov; ayork@GodwinRonquillo.com; BRS383@BRSfirm.com; BBowman@godwinronquillo.com; carey.dunne@davispolk.com; frances.bivens@davispolk.com; GILLYG@phelps.com; JMole@frilot.com; jbarrasso@barrassousdin.com; colletta@chaffe.com; MCLEODM@phelps.com; PWittmann@stonepigman.com; rbertram@joneswalker.com; rguidry@kuchlerpolk.com; skupperman@barrassousdin.com; alangan@kirkland.com; jmartinez@GodwinRonquillo.com; rkjarrett@liskow.com; jim.dragna@bingham.com; kyle@semmlaw.com; pfanninglaw@aim.com; srb@mbfirm.com; ebyte2@aol.com; sbickford@mbfirm.com; rsimmons@hmhlp.com; shaun@gergerclarke.com; htanner@morganlewis.com; dscofield@morganlewis.com; dane@gergerclarke.com; dkhaycraft@liskow.com; fpiccolo@preisroy.com; ggoddier@joneswalker.com; kmiller@frilotpartridge.com; LWilgus@blankrome.com; Warde-C@blankrome.com |
| Cc: | Jeff Bray (jeff.r.bray@uscg.mil) |
| Subject: | Macondo Drill Cuttings |
| Attachments: | analyses-3.xls |

Ladies and Gentlemen,

As you may know, Anadarko produced its drill cuttings from the Macondo well to the Joint Investigation Team for testing by the U.S. Geological Survey (USGS). This testing is part of the analysis of the "rocks" retrieved from the DAMON BANKSTON after the blowout. The USGS plans to use generally the same analysis protocol for the Anadarko drill cuttings as used on the "rock" samples. The rock protocol is attached, and the parties in interest had an opportunity to contribute to it several months ago.

The USGS explains that, prior to analysis of the cutting samples, selected samples will be split using the cone and quarter technique, a Jones riffle splitter, or other appropriate technique depending on the grain size and amount of each sample. Approximately one half of each split sample will be repackaged for return to Anadarko provided there is enough material to complete the analyses. (If for any sample there is not enough material to return approximately one half to Anadarko, USGS will contact the Joint Investigation Team before proceeding with work on that sample.) After splitting, each sample will be analyzed using steps 1 and/or 2 in the attached spreadsheet. This will be followed by steps 3 - 6 (step 3 may also be used in the screening process prior to splitting). Step 7 will be completed if deemed necessary and there is enough sample remaining. It is possible that some steps in the analytical process will be skipped for individual samples if deemed appropriate by USGS.

While it was the Joint Investigation Team's intention to obtain input from all interested parties before beginning to test the cuttings, through a miscommunication, certain steps have been undertaken. To date, 8 of the approximately 400 drill cutting samples have been processed for XRD analysis. Specifically, each of the 8 samples were split; one half was preserved and the other half was further processed by splitting again. Approximately ½ of the split used for processing (approximately 25% of the total) has been processed by grinding for XRD analysis. Accordingly, three quarters of the 8 samples on which processing had begun are still preserved.

Before any further processing or testing is undertaken, the Joint Investigation Team is seeking input from all interested parties about testing of the cuttings. Please provide any comments on the proposed protocol by next Friday, December 10.

Please let me know if you have any questions.

Thank you.

EXHIBIT 6

Silvia

_____
Silvia Murphy, Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
(202) 219-3031

NOTICE: This e-mail (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient or the employee or agent responsible for delivery of this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this e-mail or its contents is strictly prohibited. If you received this e-mail in error, please notify the sender immediately and destroy all copies.

**DRAFT**

Initial analyses proposed for USGS Denver laboratories. Subsequent analyses will depend on results from these analyses.*
Representative portions of each sample will be kept for the record. No sample will be completely consumed during analyses. Some samples may be too small to perform all tests or analyses.

| order | Analysis | Results | Purpose | Sample amount required | Sample requirements | Comment |
|---|---|---|---|---|---|---|
| 1 | Photograph and weigh | digital images - weight of sample | documentation | N/A | non-destructive | |
| 2 | Macro photography - Stereo microscopy | digital images - higher magnification | documentation - identify features for further analyses | N/A | non-destructive | |
| 3 | Visible-infrared reflectance spectroscopy | wavelength spectra | phase/component/contaminant identification | N/A | non-destructive | Using handheld reflectance spectrometer |
| 4 | Variable pressure SEM w/ x-ray microanalysis | high magnification images - chemical data - phase identification | determine components, structure, texture | N/A | non-destructive | Phase chemistry less accurate than 5. Resolution for x-ray analysis not optimum. Larger samples may not fit into the analysis chamber. |
| 5 | SEM and x-ray microanalysis - high vacuum mode. Optical petrography. | high magnification images - chemical data - phase identification | Determine components, structure, texture. Determine accurate phase chemistry. Identify trace phases. Identify and document distinctive textures and morphology | Portion of sample. Depends on sample homogeneity and grain/feature size. | Requires portion of sample to be removed and processed for analysis. Polished section and/or grain mount(s). Processed sample can be preserved for future analysis and for the record. | More accurate and precise phase chemistry. Ability to analyze grain texture. Ability to do fully quantitative analysis of textures and phase chemistry to the limits of the technique. Optical petrography can be done on same polished sections and grain mounts. |
| 6 | X-ray diffraction analysis (XRD) | x-ray diffractogram for phase identification of crystalline materials | Identify major and minor phases. Confirm SEM identification. Provide estimate of relative proportions of phases | 0.1 - 3 grams | Requires grinding of a portion of the sample. Prepared sample can be preserved for future analysis. | Some samples may be too small for this analysis or results may be less accurate if sample weight is not optimum. Results and time required for analysis will depend on amount of sample used. |
| 7 | Bulk chemistry - XRF and/or ICPMS | major and trace element bulk chemistry | Obtain accurate and precise bulk chemistry of sample | 0.5 grams | Requires dissolution of portion of sample. | Results will depend on homogeneity of sample. Some samples may be too small for this analysis |

* Results from the above will allow us to determine if the samples are rock, cement (and possibly type), or other material. The results will also provide quantitative information on phases present, phase chemistry (major and trace), textures, grain size, and contaminants. Additional analyses required such as micropaleo, hydrocarbon, compressive strength, density, etc. can then be determined as appropriate based on results from above. All of the above may not be needed for each sample.