IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY DISTEFANO, JAMES CHRISTOPHER BALIUS, EDWARD D. ROSS, JR., MICHAEL A. CANNETTE, JOHN D. FRANKLIN, JR., JOHN D. FRANKLIN, III, JEFFREY POWELL, GEORGE BOYD, CLARENCE R. SEYMOUR, JR., JACK TIBLIER, PATRICK POIRSON, MICHAEL BUTLER, MICHAEL A. CATO, ROBERT ANDERSON, JAMES A. MILLER, ROBERT E. CLISBY, MIKE FOTO, JAMES LARRY SCHONEWITZ, ALLEN JOHNSON, AND JOHNNY O'BRIEN | * * * * * * * * * * * | MDL 10-2179 J(1) CIVIL ACTION # 11-54 SECTION: J JUDGE: BARBIER |
| VERSUS | * * | |
| BP AMERICA PRODUCTION COMPANY, AND BP EXPLORATION AND PRODUCTION, INC. | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>NOTICE OF APPEARANCE and REQUEST FOR NOTICES OF
DAVID A. KRAUSE</u>**

PLEASE TAKE NOTICE of the appearance and request for notice, of David A. Krause, through undersigned counsel, as local counsel for Anthony DiStefano, James Christopher Balius, Edward D. Ross, Jr., Michael A. Cannette, John D. Franklin, Jr., John D. Franklin, III, Jeffrey Powell, George Boyd, Clarence R. Seymour, Jr., Jack Tiblier, Patrick Poirson, Michael Butler, Michael A. Cato, Robert Anderson, James A. Miller, Robert E. Clisby, Mike Foto, James Larry Schonewitz, Allen Johnson and Johnny O'Brien (the "Plaintiffs").  Pursuant to this Courts Pretrial Order #1, paragraph 12, the requirements of Local Rules 83.2.6E and 83.2.7 are waived.

Copies of notices shall be mailed to:

David Krause
1211 Government Street (39564)
P.O. Box 646
Ocean Springs, MS 39566
228/235-1587
krause@law-dog.com

Respectfully submitted,

BALDWIN HASPEL BURKE & MAYER, LLC

    */s/Bernard H. Ticer*
DAVID L. CARRIGEE (#3892)
BERNARD H. TICER (#17170)
Energy Centre – Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone:    (504) 569-2900
Facsimile:    (504) 569-2099
Attorneys for *Anthony DiStefano, James Christopher Balius, Edward D. Ross, Jr., Michael A. Cannette, John D. Franklin, Jr., John D. Franklin, III, Jeffrey Powell, George Boyd, Clarence R. Seymour, Jr., Jack Tiblier, Patrick Poirson, Michael Butler, Michael A. Cato, Robert Anderson, James A. Miller, Robert E. Clisby, Mike Foto, James Larry Schonewitz, Allen Johnson and Johnny O'Brien*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2011 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing to all known counsel of record.

    */s/Bernard H. Ticer*

0434589