IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

Civil Action No.: 11-0242
Section: J/1

Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

Defendant

## CONSENT & JOINDER AS PLAINTIFF

### OLGA L. SOUDERS

I, Olga L. Souders, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this __14__ day of February, 2011.

_____
OLGA L. SOUDERS

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*