UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20,2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *All Cases* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Shaun Clarke, David Gerger, David Isaak and Dane Ball as counsel for defendant Robert Kaluza.

Dated: February 16, 2011

    Respectfully submitted,

    /s/ Shaun Clarke
    Shaun Clarke
    David Gerger
    David Isaak
    Dane Ball
    GERGER & CLARKE
    1001 Fannin, Suite 1950
    Houston, Texas 77002
    Phone: (713) 224-4400
    Fax:    (713) 224-5153
    Email: Shaun@GergerClarke.com
           David@GergerClarke.com
           Disaak@GergerClarke.com
           Dane@GergerClarke.com

    **Attorneys for Defendant Robert Kaluza**

-2-

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of February, 2011.

                              /s/ Shaun Clarke
                              Shaun Clarke