# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND § | C.A. NO. 4:10-cv-01721 | |
| PETITION OF TRITON ASSET LEASING § | | |
| GmbH, TRANSOCEAN HOLDINGS LLC, § | | |
| TRANSOCEAN OFFSHORE DEEPWATER § | | |
| DRILLING INC., AND TRANSOCEAN § | | |
| DEEPWATER INC., AS OWNER, MANAGING § | Fed. R. Civ. P. 9(h) | |
| OWNERS, OWNERS PRO-HAC VICE, § | | |
| AND/OR OPERATORS OF THE MODU § | | |
| DEEPWATER HORIZON, IN A CAUSE FOR § | | |
| EXONERATION FROM OR LIMITATION § | | |
| OF LIABILITY § | IN ADMIRALTY | |

## NOTICE OF FILING AFFIDAVITS OF PUBLICATION

TO: THE HON. KEITH P. ELLISON, UNITED STATES DISTRICT JUDGE

COMES NOW, Triton Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., limitation Petitioners in Civil Action No. 4:10-cv-1721, entitled *In Re the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability*, under Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, and hereby gives notice to this Honorable Court of the filing of Affidavits of Publication memorializing the publication of required Notice of Complaint and Petition for Exoneration from or Limitation of Liability pursuant to the above stated Rules.

A copy of the following Proof of Publication affidavits are attached hereto:

| | | | |
|---|---|---|---|
| **Exhibit A** | Times Picayune | Publication dates: | 5/21, 5/28, 6/4, 6/11 |
| **Exhibit B** | Houston Chronicle | Publication dates: | 5/21, 5/28, 6/4, 6/11 |

[1]

| **Exhibit C** | The Daily Advertiser | Publication dates: | 5/21, 5/28, 6/4, 6/11 |
| **Exhibit D** | Mobile Press Register | Publication dates: | 5/21, 5/28, 6/4, 6/11 |
| **Exhibit E** | Panama City News Herald | Publication dates: | 5/21, 5/28, 6/4, 6/11 |
| **Exhibit F** | Biloxi-Gulfport Sun Herald | Publication dates: | 5/25, 6/1, 6/8, 6/15 |
| **Exhibit G** | Pensacola News Journal | Publication dates: | 5/21, 5/28, 6/4, 6/11 |
| **Exhibit H** | The Advocate | Publication dates: | 5/25, 6/1, 6/8, 6/15 |

Respectfully submitted:

By: /s/ *signature*
FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 – Telephone
(713) 572-9129 – Facsimile

**ATTORNEY-IN-CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.**

[2]

**OF COUNSEL:**

JOHN M. ELSLEY
TSB: 06591950
SDBN: 2828
Royston, Rayzor, Vickery & Williams L.L.P.
711 Louisiana Street, Suite 500
Houston TX 77002
(713)224-8380
(713)225-9945-facsimile
john.elsley@roystonlaw.com

INNES MACKILLOP
TBN: 12761800
SDTX : 444
RONALD L. WHITE
TBN: 21328300
STX: 234
WHITE MACKILLOP & GALLANT P.C.
2200 West Loop South, Suite 1000
Houston, TX 77027
(713) 599-0211
(713) 599-1355
imackillop@wmglegal.com
rwhite@wmglegal.com

EDWARD F. KOHNKE, IV
*Pro Hac Vice* Admission Requested
LBN: 07824
nkohnke@preisroy.com
EDWIN G. PREIS, JR.
TBN: 24029069
SDBN: 16834
epreis@preisroy.com
RICHARD J. HYMEL
*Pro-Hac Vice* Admission requested
TBN: 24038190
CARL J. HEBERT
LBN: 06724
SDBN: 15985
PREIS & ROY, APLC
102 Versailles Blvd., Suite 400
Lafayette, Louisiana 70509
(377) 237-6062 – Telephone
(377) 237-9129 – Facsimile

[3]

GEORGE M. GILLY
LBN:6234
SDTX ID No. 16885
gillyg@phelps.com
EVANS MARTIN MCLEOD
LBN:24846
SDTX Admitted *Pro Hac Vice*
mcleodm@phelps.com
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
and
MARC G. MATTHEWS
TBN: 4055921
SDTX ID No. 705809
marc.matthews@phelps.com
700 Louisiana, Suite 2600
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

[4]

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System on this 23rd day of July, 2010.

_____
Frank A. Piccolo

# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097    TELEPHONE (504) 826-3201



**Exhibit A Attached**

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached
LEGAL NOTICE

Re: In the United States District Court for the Southern District of Texas Houston Division

Advertisement of        Frank A. Piccolo

24 Greenway Plaza, Suite 2050
Houston, TX 77046

Was published in        The Times Picayune

3800 Howard Ave.
New Orleans, LA 70125

On the following dates        May 21, 28, 2010
June 4, 11, 2010

Sworn to and subscribed before me this 11th Day of June, 2010

*Elizabeth C Darcey*

*[signature]*
Notary Public
My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION EXONERATION FROM OR LIMITATION

C.A. NO. 10-1721
Fed. R. Civ. P. 9(h)

NOTICE OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN that Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators, of the MODU Deepwater Horizon, her engines, gear, tackle, appurtenances, etc., have filed a Complaint and Petition pursuant to Title 46, U.S. Code, Sections 30501, et seq., claiming the right to exoneration from or limitation of liability for all claims for any loss of life, injury, loss, destruction and damage arising out of or occurring on the voyage of the MODU Deepwater Horizon encompassing the dates January 30, 2010, through April 22, 2010, as more fully described in Petitioners' Complaint and Petition.

All persons having such claims must file them under oath, as provided in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Houston, Texas, and serve on or mail a copy of said claim on Petitioners' attorney, Frank A. Piccolo, Preis & Roy, A.P.L.C., Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, on or before the 15th day of November, 2010, or be defaulted in accordance with the provisions of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Personal attendance is not required.

Any claimant desiring to contest the claims of Petitioner must file an answer to said Petition, as required by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F(5), and serve on or mail a copy to Petitioners' attorney.
DONE at Houston, Texas, this 13th day of May, 2010.
HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK

FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 · Telephone
(713) 572-9129 · Facsimile

ATTORNEY IN CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.

AFFIDAVIT OF PUBLICATION

STATE OF TEXAS:

COUNTY OF HARRIS:

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, the ACCOUNTS RECEIVABLE LEAD at the HOUSTON CHRONICLE, a daily newspaper published in Harris County, Texas, and that the publication, of which the annexed herein, or attached to, is a is a true and correct copy, was published to-wit:

```
PREIS & ROY    24328675    20116224
RAN A LEGAL NOTICE
SIZE BEING:  1 X 135 L
         product   date           class      page
         hc        May 21 2010    1245.0     B_frilg_4
         hc        May 28 2010    1245.0     B_frilg_4
         hc        Jun  4 2010    1245.0     B_frilg_4
         hc        Jun 11 2010    1245.0     B_frilg_6
```

_____
ACCOUNTS RECEIVABLE LEAD

Sworn and subscribed to before me, this the 11th Day of June A.D. 2010

**VERONICA M TYRONE**
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 10, 2012

_____
Notary Public in and for the State of Texas

IN THE UNITED STATES
DISTRICT COURT
FOR THE SOUTHERN
DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY

C.A. NO. 10-1721
Fed. R. Civ. P. 9(h)
IN ADMIRALTY

NOTICE OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN that Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the MODU *Deepwater Horizon*, her engines, gear, tackle, appurtenances, etc., have filed a Complaint and Petition pursuant to Title 46, U.S. Code, Sections 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims for any loss of life, injury, loss, destruction and damage arising out of or occurring on the voyage of the MODU *Deepwater* Horizon encompassing the dates January 30, 2010, through April 22, 2010, as more fully described in Petitioners' Complaint and Petition.

All persons having such claims must file them under oath, as provided in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Houston, Texas, and serve on or mail a copy of said claim on Petitioners' attorney, Frank A. Piccolo, Preis & Roy, A.P.L.C., Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, on or before the 15th day of November, 2010, or be defaulted in accordance with the provisions of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Personal attendance is not required.

Any claimant desiring to contest the claims of Petitioner must file an answer to said Petition, as required by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F(5), and serve on or mail a copy to Petitioners' attorney.

DONE at Houston, Texas, this 13th day of May, 2010.

HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK
By:/s/
Deputy United States District Clerk

By: /s/ FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197

By: /s/FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 Telephone
(713) 572-9129 Facsimile

ATTORNEY IN CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.

Acadiana's Daily Newspaper

# THE ADVERTISER

1100 Bertrand Drive  
LAFAYETTE, LA 70506

PHONE: (337) 289-6300  
FAX: (337) 289-6466

## AFFIDAVIT OF PUBLICATION

**Frank A. Piccolo**  
**Preis & Roy, A.P.L.C.**  
**Wesleyan Tower**  
**24 Greenway Plaza, Suite 2050**  
**Houston, TX 77046**

Account No.: 7133556062  
Ad Number: 1314894  
Ad Total: $870.36  
No. of Lines: 162  
Reference No.:

I, ROSE PENFOLD, do solemnly swear that I am the LEGAL CLERK of THE ADVERTISER, a newspaper printed and published at Lafayette, in the Parish of Lafayette, State of Louisiana, and that from my personal knowledge and reference to the files of said publication, the advertisement of

**IN THE UNITED STATES DISTRICT COURT**  
**FOR THE SOUTHERN DISTRICT OF TEXAS**  
**HOUSTON DIVISION**  
**IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC., AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY**  
**C.A. NO. 10-1721**  
**Fed. R. Civ. P. 9(h)**  
**IN ADMIRALTY**  
**NOTICE OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

was published in THE ADVERTISER on the following dates:  
\*Friday, May 21, 2010  
\*Friday, May 28, 2010  
\*Friday, June 4, 2010  
\*Friday, June 11, 2010

*Rose Penfold*  
**ROSE PENFOLD**  
LEGAL CLERK

Sworn to and subscribed before me this 15th day of June, 2010.

Notary Public - Christie Veazey ID# 058555



# PRESS-REGISTER

## LEGAL AFFIDAVIT

Account Number: 1123576
Ad Number: 0001635333
Period Ending: 6/11/2010 12:00:01AM

Name: PREIS & ROY
Sales Rep: Christine Bevins
251-219-5000

Billing Inquiries Please Call: (251) 219-5424

PREIS & ROY
24 GREENWAY PLAZA
HOUSTON, TX 77046

- Press - Register
  Lock Box 1712
  Mobile, AL 36633-1712

| Date | Position | Description | P.O. Number | Ad Size | Total Cost |
|---|---|---|---|---|---|
| 06/11/2010 | Other legals | IN THE UNITED STATES DISTRICT COURT FOR | | 433 WDS | 593.30 |

Mecia Carlson being sworn, says that she is bookkeeper of Press-Register which publishes a daily newspaper in the City and County of Mobile, State of Alabama: and attached notice appeared in the issue of

Press-Register 05/21, 05/28, 06/04, 06/11/2010

*Mecia Carlson*

Sworn to and subscribed before me this 11th day of June 2010

*Buck Vance*
NOTARY PUBLIC

FOR QUESTIONS CONCERNING THIS AFFIDAVIT, PLEASE CALL MECIA CARLSON AT (251) 219-5418. YOU CAN PLACE A LEGAL NOTICE BY EMAIL OR FAX: LEGALS@PRESS-REGISTER.COM OR FAX# (251) 219-5037

---

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC. AS OWNER, MANAGING OWNERS, OWNERS PRO-HAC VICE AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY

C.A. NO. 10-1721

Fed. R. Civ. P. 9(h)

IN ADMIRALTY

NOTICE OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS HEREBY GIVEN that Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators, of the MODU Deepwater Horizon, her engines, gear, tackle, appurtenances, etc., have filed a Complaint and Petition pursuant to Title 46, U.S. Code, Sections 30501, et seq., claiming the right to exoneration from or limitation of liability for all claims for any loss of life, injury, loss, destruction and damage arising out of or occurring on the voyage of the MODU Deepwater Horizon encompassing the dates January 30, 2010, through April 22, 2010, as more fully described in Petitioners' Complaint and Petition.
All persons having such claims must file them under oath, as provided in Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court, at the United States Courthouse at Houston, Texas, and serve on or mail a copy of said claim on Petitioners' attorney, Frank A. Piccolo, Preis & Roy, A.P.L.C., Wesleyan Tower, 24 Greenway Plaza, Suite 2050, Houston, Texas 77046, on or before the 15th day of November, 2010, or be defaulted in accordance with the provisions of Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Personal attendance is not required.
Any claimant desiring to contest the claims of Petitioner must file an answer to said Petition, as required by the Supplemental Rules for Certain Admiralty and Maritime Claims, Rule F(5), and serve on or mail a copy to Petitioners' attorney.
DONE at Houston, Texas, this 13th day of May, 2010.

HONORABLE DAVID J. BRADLEY
UNITED STATES DISTRICT CLERK

By: Deputy United States District Clerk

By:
FRANK A. PICCOLO
TBN: 24031227
SDBN: 30197
fpiccolo@preisroy.com
Wesleyan Tower
24 Greenway Plaza
Suite 2050
Houston, Texas 77046
(713) 355-6062 - Telephone
(713) 572-9129 - Facsimile

ATTORNEY IN CHARGE FOR PETITIONERS TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., AND TRANSOCEAN DEEPWATER INC.

PRESS REGISTER
MAY 21, 28, JUNE 4, 11, 2010

# Florida Freedom Newspapers, Inc.

PUBLISHERS OF THE NEWS HERALD
Panama City, Bay County, Florida
Published Daily

**State of Florida**
**County of Bay**

Before the undersigned authority appeared JoAnn Greenlee, who on oath says that she is Legal Advertising Representative of The News Herald, a daily newspaper published at Panama City, in Bay County, Florida; that the attached copy of advertisement, being a Legal Advertisement # 7368 in the matter of Notice of Complaint and Petition for Exoneration from or Limited of Liability in the Bay County Court, was published in said newspaper in the issue of May 21, 28, June 4, 11, 2010.

Affiant further says that The News Herald is a direct successor of the Panama City News and that this publication, together with its direct predecessor, has been continuously published in said Bay County, Florida, each day (except that the predecessor, Panama City News, was not published on Sundays), and that this publication together with its said predecessor, has been entered as periodicals matter at the post office in Panama City, in said Bay County, Florida, for a period of 1 year next preceding the first publication of the attached copy of advertisement; and affiant further says that he or she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

State of Florida
County of Bay
Sworn and subscribed before me this 11th day of June, A.D., 2010, by JoAnn Greenlee, Legal Advertising Representative of The News Herald, who is personally known to me or has produced N/A as identification.



MARIE L. FORREST
Commission DD 667091
Expires May 5, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

Notary Public, State of Florida at Large




# PROOF OF PUBLICATION

STATE OF MISSISSIPPI
COUNTY OF HARRISON



Before me, the undersigned Notary of Harrison County, Mississippi personally appeared **CRISTA HAUX** who, being by me first duly sworn, did depose and say that she is a clerk of **The Sun Herald**, a newspaper published in the city **Gulfport**, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper **4** times in the following numbers and on the following dates of such paper, viz:

Vol. **126** No., **233** dated **24** day of **May**, 20**10**

Vol. **126** No., **240** dated **31** day of **May**, 20**10**

Vol. **126** No., **247** dated **7** day of **June**, 20**10**

Vol. **126** No., **254** dated **14** day of **June**, 20**10**

Vol. _____ No., _____ dated _____ day of _____, 20_____

Vol. _____ No., _____ dated _____ day of _____, 20_____

Vol. _____ No., _____ dated _____ day of _____, 20_____

Affiant further states on oath that said newspaper has been established and published continuously in said country for a period of more than twelve months next prior to the first publication of said notice.

JUN 13 2010            _Crista Haux_
                              Clerk

Sworn to and subscribed before me this **15** day of **June**, A.D., 20**10**

_Kandi Berkley_
Notary Public

[SEAL: STATE OF MISSISSIPPI, KANDI A BERKLEY, NOTARY PUBLIC, ID No. 80799, Comm. Expires April 05, 2014, HARRISON COUNTY]

PAID

L00625



**Informed. In Tune. In Touch.**

Published Daily-Pensacola, Escambia County, FL

## PROOF OF PUBLICATION

State of Florida

County of Escambia:

Before the undersigned authority personally appeared **GRANT PAQUIN** who on oath, says that he is a personal representative of the Pensacola News Journal, a daily newspaper published in Escambia County, Florida; that the attached copy of advertisement, being a Legal in the matter of:

**Notice of Complaint and Petition for Exoneration from or Limitation of Liability**

Was published in said newspaper in the issue(s) of:

May 21, 28 & June 4 & 11, 2010

Affiant further says that the said Pensacola News Journal is a newspaper published in said Escambia County, Florida, and that the said newspaper has heretofore been published in said Escambia County, Florida, and has been entered as second class matter at the Post Office in said Escambia County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper.

Sworn to and subscribed before me this 11th Day of June 2010, by **GRANT PAQUIN,** who Is personally known to me.

_____ Affiant

_____ Notary Public

**NIKKI E. NICHOLS**
Notary Public-State of FL
Comm. Exp. Aug. 01, 2012
Comm. No. DD 789478



# CAPITAL CITY PRESS

Publisher of
THE ADVOCATE

## PROOF OF PUBLICATION

The hereto attached notice was
published in THE ADVOCATE,
a daily newspaper of general circulation
published in Baton Rouge, Louisiana,
and the Official Journal
of the State of Louisiana,
City of Baton Rouge,
and Parish of East Baton Rouge,
in the following issues:

**05/25/10, 06/01/10, 06/08/10, 06/15/10**

*Susan A. Bush*
Susan A. Bush, Public Notice Clerk

Sworn and subscribed before me by the
person whose signature appears above

**June 15, 2010**

*M. Monic McChristian*
M. Monic McChristian,
Notary Public ID# 88293
State of Louisiana
My Commission Expires: Indefinite



| PREIS & ROY - TX | 4278728 |
|---|---|
| 24 GREENWAY PLAZA STE 2050 | |
| HOUSTON    TX 77046 | |

