```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*******************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              FRIDAY, JANUARY 28, 2011, 9:30 A.M.

THIS DOCUMENT RELATES TO
ALL ACTIONS

*******************************************************************

                    C O R R E C T E D   C O P Y
          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
          HEARD BEFORE THE HONORABLE CARL J. BARBIER
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:
                        DOMENGEAUX WRIGHT ROY & EDWARDS
                        BY:  JAMES P. ROY, ESQUIRE
                        P. O. BOX 3668
                        556 JEFFERSON STREET
                        LAFAYETTE, LA  70502


                        HERMAN HERMAN KATZ & COTLAR
                        BY:  STEPHEN J. HERMAN, ESQUIRE
                             SOREN E. GISLESON, ESQUIRE
                        820 O'KEEFE AVENUE
                        NEW ORLEANS, LA  70113


                        BREIT DRESCHER IMPREVENTO & WALKER
                        BY:  JEFFREY A. BREIT, ESQUIRE
                        1000 DOMINION TOWER,
                        999 WATERSIDE DRIVE
                        NORFOLK, VA  23510
```

09:54AM  1          MR. LANGAN:  Very true.  Of course, going the other way,
09:54AM  2  dozens and dozens of cases are now subsumed within a master
09:54AM  3  complaint, two or three master complaints.
09:54AM  4          THE COURT:  Right.  Okay.  Thank you, Mr. Langan.
09:54AM  5      Does anybody need to say anything on that?
09:54AM  6      Mr. Roy?
09:55AM  7          MR. ROY:  Jim Roy, Your Honor.
09:55AM  8      From the PSC standpoint, the short form joinder complaints
09:55AM  9  are going to create, we believe, a massive influx of additional
09:55AM 10  litigants before the Court.  We will be coming to Your Honor with
09:55AM 11  a nationally recognized notice expert typical that is used in
09:55AM 12  communicating notices to punitive class members in various
09:55AM 13  situations, and be coming forward with a proposed notice program
09:55AM 14  for the Court to authorize.
09:55AM 15      We want to first have the opportunity to actually have it
09:55AM 16  mocked up in the form it will actually be, have it vetted by the
09:55AM 17  coordinating counsel for the states and the USA, as well as
09:55AM 18  defense liaison, but we will be coming to the Court with an eye
09:56AM 19  toward trying to have this in place to make sure the word gets
09:56AM 20  out to the public about the availability of the short form all
09:56AM 21  along the Gulf Coast, well in advance of the April 20th cutoff
09:56AM 22  date for filing due to the monition and the limitation.
09:56AM 23      On that point, while it has not been actually submitted,
09:56AM 24  we've also got an interest from a number of local governments and
09:56AM 25  are developing a two-page short form that hopefully the Court