# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

## ORDER GRANTING THE BUZBEE LAW FIRM'S REQUEST FOR ORAL HEARING

It is Ordered that The Buzbee Law Firm's Request for Oral Hearing is Granted. The hearing on Plaintiffs' Ex Parte Motion for Court Approval of Proposed Notice is set for _____.


Signed this _____ day of _____, 2011, New Orleans, Louisiana


_____
Hon. Carl J. Barbier
U.S. District Court Judge