UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 10-03066 | * * | MAG. JUDGE SHUSHAN |

*******************************************

### ORDER

Considering the foregoing Consent Motion to Dismiss Weatherford International, Ltd., filed in Becnel v. BP plc, No. 10-3066,

**IT IS ORDERED** that the motion is GRANTED and that Weatherford International, Ltd., is dismissed without prejudice. All rights against any and all other Defendants or third parties are expressly reserved.

New Orleans, Louisiana this 16th day of February, 2011.

_____
United States District Judge