# EXHIBIT E

| | | |
|---|---|---|
| Mark Nomellini/Chicago/Kirkland-Ellis<br>02/11/2011 05:00 PM | To | Bill Large <BillL@wrightroy.com> |
| | cc | 'Anthony Irpino' <airpino@irpinolaw.com>, "Grand, Jeff" <jgrand@seegerweiss.com>, Brian Kavanaugh/Chicago/Kirkland-Ellis@K&E, Micah Osgood/San Francisco/Kirkland-Ellis@K&E |
| | Subject | Search Criteria |

Bill,

  I write regarding Pre-Trial Order 16, pursuant to which the parties are to "produce potentially-relevant ESI in their possession according to the agreed search terms, custodians, and date ranges." To that end, we have had multiple productive discussions regarding search terms, custodians and date ranges on at least seven meet-and-confer calls: on January 18, January 31, February 2, February 4, February 7, February 9, and February 10.

  As we have explained before, BP has not limited its production to documents responsive to search criteria. This is in accordance with Pre-Trial Order 16, which contemplates non-search-criteria productions in certain circumstances. Magistrate Judge Shushan, however, ordered the parties to "produce potentially-relevant ESI in their possession according to the agreed search terms, custodians, and date ranges." Thus, Pre-Trial Order 16 also contemplates that the parties reach an agreement on search terms, custodians, and date ranges for ESI. Despite this, the PSC has taken the position that it may not agree to limit the custodians for searches. Also, the PSC has not specified a precise beginning date range for specific requests, and has not yet reconvened the meet-and-confer on the topic of BP's discovery response objections (including its date limit objections), which was originally scheduled for December 27.

  In light of these circumstances, and in light of the fact that we must now perform searches for the upcoming March depositions, we set forth below and in Attachment A the "search terms, custodians, and date ranges" that we will use under PTO 16 for purposes of the upcoming productions including the March 2011 depositions. The search terms, at the very least, are agreed to between the parties. These search terms, custodians, and dates ranges are subject to change (for depositions beyond March 2011) for the following reasons:

(1)  BP understands that the PSC is in the process of proposing additional custodians, and

will provide those to us shortly. From the beginning of this process, BP has welcomed the PSC's proposals regarding additional custodians, and has repeatedly stated since January 31: "PSC to propose additional custodians in accordance with PTO 16." BP understands that it is the PSC's position that it is still obtaining information about relevant custodians; BP respectfully notes, however, that the PSC has had documents from the files of numerous BP custodians for months.

(2)  BP understands that that PSC may also propose changes to date ranges, depending on facts learned in the course of discovery, consistent with PTO 16.

(3)  Consistent with (1) and (2), BP understands that, under PTO 16, "the use of such search procedures and terms shall not be construed as a waiver of any party's right to request subsequent searches and productions; particularly where there is a showing that the agreed-to search terms and procedures have resulted in inadequate productions or failed to identify relevant materials. The parties reserve their right to object to any additional requests or subsequent searches."

**Custodians**

BP plans to run the search terms on the active user-generated ESI stored on the BP personal computers of the custodians identified in Attachment A. These custodians generally were identified in my email to you on January 18, and our further proposal to you on January 31, 2011. Information about most of these custodians' job titles is contained in my January 18, 2011 letter. Additionally, pursuant to your requests, we have supplied information regarding these custodians' roles (as related to specific requests) on our February 7 call. BP also plans to runs the search terms on certain shared inboxes relating to the Marianas and Deepwater Horizon for which BP personnel had access. Finally, BP has produced thousands of pages of documents that do not come from these custodians.

**Date Ranges**

We have adopted your suggestion to move back the end-date for post-incident requests that do not relate to the capping of the well. We will move that date back to November 8, 2010, consistent with our document request responses. As discussed, if the PSC wishes to discuss that date further, we await your suggested times to reconvene the meet-and-confer regarding our document request responses, which was originally scheduled for December 27.

For most of the incident-related requests, BP will use a date range of January 1, 2009 through April 20, 2010, as indicated in the attached spreadsheet. For most of the requests relating to the successful capping of the well, BP will use a date range of April 21, 2010 through September 19, 2010. For other response-related requests, BP will use a date range of April 21, 2010 through November 8, 2010, as discussed above. Some other specific requests have a more specific time frame, as set forth in Attachment A.

As discussed, BP reserves the right to review documents for privilege and responsiveness, even if they hit on the search terms.

   To the extent that the PSC has any concerns about BP using these search terms, dates, or custodians, we continue to welcome plaintiffs' specific proposals. Please send any further proposals by February 16, to be applied to any future productions beyond the March depositions. However, as discussed, BP must use the attached initial search terms and dates for the custodial productions associated with the March depositions, in order to timely produce documents for those depositions.

   To the extent plaintiffs have any further issues with the attached search terms, dates, or custodians--beyond what plaintiffs may propose by February 16 in the way of *specific* changes--BP respectfully suggests that now is the time for the PSC to raise those issues with Magistrate Judge Shushan. For example, BP respectfully submits now is the time for the PSC to raise with Magistrate Judge Shushan any of the following potential disagreements: (1) any disagreement about whether the PSC is required to agree to a reasonable limit on custodians (notwithstanding PTO 16); (2) any disagreement about whether BP has not adopted certain of the PSC's proposed changes to search terms, custodians, or dates ranges; and (3) any disagreement about whether BP's methodology as set forth herein is adequate and/or will require witnesses to be re-deposed. Contrary to Mr. Grand's statement on our call, BP does not agree to proceed "at its own risk." To the extent any disagreements exist, they are best resolved sooner, rather than later after witnesses are deposed and the parties are preparing for trial.

   Have a good weekend.

Regards,

Mark



2011-02-09 Attachment A to Nomellini Ltr to Large re Search Criteria 02112010at402pm.XLS

| RFP | BP's Proposed Search Terms | BP's Proposed Date Limitation | Custodians | BP's Proposed Search Terms in Vendors Syntax |
|---|---|---|---|---|
| 5 | [CUSTODIAN] & ("Deepwater Horizon" or DWH or macondo or "Mississippi Canyon 252" or "MC252" | 2/1/2010 through 4/21/2010 | Incident Custodians | (CUSTODIAN) AND file typ =.mail AND ("Deepwater Horizon" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-" |
| 14 | (budget! or fund!) & (cost! or expense! or (amount!/3 money)) & (macondo or "Deepwater Horizon" or DWH or marianas or "Mississippi Canyon 252" | 1/1/09 through 4/20/10 | Incident Custodians | ("budget*" OR "fund*") AND ("cost*" OR "expense*" OR ("amount*" NEAR3 "money")) AND ("macondo" OR "Deepwater Horizon" OR "DWH" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC |
| 15 | (timing or time or schedule) /25 (behind or "on schedule") & (macondo or DWH or "Deepwater Horizon" or marianas or "Mississippi Canyon 252" | 1/1/09 through 4/20/10 | Incident Custodians | ("timing" OR "time" OR "schedule") NEAR25 ("behind" OR "on schedule") AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC-" |
| 17 | (plan or expect!) /25 (after or subsequent or complet!) /25 (seal! or plug or abandon) & well & (macondo or DWH or "Deepwater Horizon" or marianas or "Mississippi Canyon 252" | 1/1/09 through 4/20/10 | Incident Custodians | ("plan" OR "expect*") NEAR25 ("after" OR "subsequent" OR "complet*") NEAR25 ("seal*" OR "plug" OR "abandon") AND "well" AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" |
| 19 | (("Alice /3 Macall" or "Bee Sting" or "Boa Subsea" or C-Enforcer or C-Express or C-Leader or C- Pacer or "Damon Bankston" or "Fast Cajun" or (Gloria /2 Callais) or "Gulf Princess" or "Hilda Lab" or "Joe Griffin" or "Katrina Fagan" or "Kobe Chouest" or "Lainey Chouest" or "Max Chouest" or "Monica Ann" or "Mr. Sydney" or "Nikki Candies" or "Norbert Bouziga" or "Ocean Intervention" or "Pat Tillman" or "Rambling Wreck" or "Resolve Pioneer" or "Sailfish" or "Seacor Lee" or "Seacor Vanguard" or | 1/1/09 through 4/22/10 | Incident Custodians | ((("Alice" NEAR3 "Macall") OR "Bee Sting" OR "Boa Subsea" OR "C-Enforcer" OR "C-Express" OR "C-Leader" OR "C- Pacer" OR "Damon Bankston" OR "Fast Cajun" OR ("Gloria" NEAR2 "Callais") OR "Gulf Princess" OR "Hilda Lab" OR "Joe Griffin" OR "Katrina Fagan" OR "Kobe Chouest" OR "Lainey Chouest" OR "Max Chouest" OR "Monica Ann" OR "Mr. Sydney" OR "Nikki Candies" OR "Norbert Bouziga" OR "Ocean Intervention" OR "Pat Tillman" OR "Rambling Wreck" OR "Resolve Pioneer" OR "Sailfish" OR "Seacor Lee" OR "Seacor Vanguard" OR "Seacor Washington" OR "Zephyr") AND ("contract*" OR "lease*" OR "charter*" OR "agreement*") AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi |

| # | Search Terms | Date Range | Custodians | Revised Search Terms |
|---|---|---|---|---|
| 21 | ((oil/10 spill!) or (oil/10 releas!) or (oil/10 leak!) or horizon or explosion or fire or contaminat!) & (cost or finance or pay or share or budget or mitigate! or reparation! or reimburse! or damage! or fine!) & ("U.S." or "US" or "EPA" or "Coast Guard" or "MMS" or Agriculture, Commerce, Defense, Energy, "Health & Human Services" or "Homeland Security" or Interior or | 4/21/10 to 9/19/10 | | (("oil" NEAR10 "spill*!") OR ("oil" NEAR10 "releas*!") OR ("oil" NEAR10 "leak*!") OR "horizon" OR "explosion" OR "fire" OR "contaminat*!") AND ("cost" OR "finance" OR "pay" OR "share" OR "budget" OR "mitigate*!" OR "reparation*!" OR "reimburse*!" OR "damage*!" OR "fine*!") AND ("U.S." OR "US" OR "EPA" OR "Coast Guard" OR "MMS" OR "Agriculture, Commerce, Defense, Energy, Health and Human Services" OR "Homeland Security" OR "Interior" OR "Justice" OR "Labor" OR "State" OR "Transportation" |
| 22 | (estimate or measure or volume) /20 ( barrels or bbls or gallons or gals) /15 (oil or crude) & (BP or macondo or horizon or (gulf /3 Mexico)) | 4/21/10 to 9/19/10 | Dave Rainey; Trevor Hill; James Dupree; Doug Suttles; Cindy Yeilding; Paul | ("estimate" OR "measure" OR "volume") NEAR20 ("barrels" OR "bbls" OR "gallons" OR "gals") NEAR15 ("oil" OR "crude") AND ("BP" OR "macondo" OR "horizon" OR ("gulf" NEAR3 "Mexico")) |
| 23 | (corexit or "9500!" or "9527!") & (ecologic! or environment! or health) /25 (affect or effect or impact) | 4/21/10 to 11/08/10 | Dave Rainey; Dave Fritz; Jon Rogers; Charlie Huber; Arden Ahnell; Peter | ("corexit" OR "9500*!" OR "9527*!") AND ("ecologic*!" OR "environment*!" OR "health") NEAR25 ("affect" OR "effect" OR "impact") |
| 25 | (damage! or cost! or loss! or expense! or payment! or injury) /10 (suffer! or sustain*! or attribut! or result!) /25 (horizon or spill or explosion or | 4/21/10 to 11/08/10 | | ("damage*!" OR "cost*!" OR "loss*!" OR "expense*!" OR "payment*!" OR "injury") NEAR10 ("suffer*!" OR "sustain*!" OR "attribut*!" OR "result*!") NEAR25 ("horizon" OR "spill" OR "explosion" OR "blowout" OR |
| 27 | (complet! or product or develop! or explor! or drill!) /25 (macondo or "Mississippi Canyon 252" or "MC252" | 4/21/10 to 11/08/10 | Doug Suttles; James Dupree. | ("complet*!" OR "produc*!" OR "develop*!" OR "explor*!" OR "drill*!") NEAR25 ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-Canyon 252" OR "MC252" OR "MC 252" OR "MC- |
| 28 | (stud! or research! or opin! or investig! or report!) & (seal or "junk shot" or "top hat" or "relief well" or kill | 4/21/10 to 9/19/10 | Richard Lynch; Mark Patteson; Paul Tooms; Trevor Hill. | ("stud*!" OR "research*!" OR "opin*!" OR "investing*!" OR "report*!") AND ("seal" OR "junk shot" OR "top hat" OR "relief well" OR "kill" OR "plug") NEAR15 "macondo" |
| 29 | (seal or "junk shot" or "top hat" or "relief well" or kill or plug) /25 well & (effectiv! or stud! or analysis or conclus!) | 4/21/10 to 9/19/10 | Mark Patteson; Mark Mazzella; Richard Lynch; Wissam Al Monthiry; Pat | ("seal" OR "junk shot" OR "top hat" OR "relief well" OR "kill" OR "plug") NEAR25 "well" AND ("effectiv*!" OR "stud*!" OR "analysis" OR "conclus*!") |
| 48 | (inspect! or observ! or photograph or view or examin! or survey) /25 (macondo or "Deepwater Horizon" or | 4/21/10 to 11/08/10 | BP employees identified in BP's response to | ("inspect*!" OR "observ*!" OR "photograph" OR "view" OR "examin*!" OR "survey") NEAR25 ("macondo" OR "Deepwater Horizon" OR "DWH") AND ("BOP" OR |

| # | Search Terms | Date Range | Custodians | Search Terms (alt) |
|---|---|---|---|---|
| 61 | Safety /5 (violation! or notic! or infraction! or citation!) & ("U.S." or "US" or "EPA" or "Coast Guard" or "MMS" or Agriculture or Commerce or Defense or Energy or "Health & Human Services" or "Homeland Security" or Interior or Justice or Labor or State or Transportation or "Environmental Protection Agency" or "Minerals Management" or "Marshall | 1/1/09 through 4/20/10 | Incident Custodians | "Safety" NEAR5 ("violation*" OR "notic*" OR "infraction*" OR "citation*") AND ("U.S." OR "US" OR "EPA" OR "Coast Guard" OR "MMS" OR "Agriculture" OR "Commerce" OR "Defense" OR "Energy" OR "Health" AND "Human Services" OR "Homeland Security" OR "Interior" OR "Justice" OR "Labor" OR "State" OR "Transportation" OR "Environmental Protection Agency" OR "Minerals Management" OR "Marshall Islands" OR "Panama") AND (("gulf" NEAR3 "mexico") OR "Alaska" OR "California" OR "Florida" |
| 66 | (cost! /5 benefit!) & (gulf /3 mexico) /50 (drill! or well or project or invest! or expend! or spend!) | 1/1/09 through 4/20/10 | Incident Custodians | ("cost*" NEAR5 "benefit*") AND ("gulf" NEAR3 "mexico") NEAR50 ("drill*" OR "well" OR "project" OR "invest*" OR "expend*" OR "spend*") |
| 67 | (risk /3 assess!) /25 (drill! or well) & ((deep /2 water) or deepwater) & (gulf /3 mexico) | 1/1/09 through 4/20/10 | Incident Custodians | ("risk" NEAR3 "assess*") NEAR25 ("drill*" OR "well") AND (("deep" NEAR2 "water") OR "deepwater") AND ("gulf" NEAR3 "mexico") |
| 68 | (citat! or fine or penalt! or payment! or ("incident" /5 ("noncompliance" or "non compliance" or "non- | 1/1/09 through 4/20/10 | Incident Custodians | ("citat*" OR "fine" OR "penalt*" OR "payment*" OR ("incident" NEAR5 ("noncompliance" OR "non compliance" OR "non-compliance"))) AND ("MMS" OR |
| 73 | ((design or construction or drill!) /5 delay) & (log! or test! or chart! or diagram!) & (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252" or "Deepwater Horizon" | 6/1/09 through 4/20/10 | Incident Custodians | (("design" OR "construction" OR "drill*") NEAR5 "delay") AND ("log*" OR "test*" OR "chart*" OR "diagram*") AND ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Horizon" OR "DWH" OR "marianas" OR |
| 74 | (macondo or "Deepwater Horizon" or DWH or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (plan or procedur! or protocol! ) /50 ((well /2 control) or (monitor! or | 1/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "Deepwater Horizon" OR "DWH" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("plan" OR "procedur*" OR "protocol*") NEAR50 (("well" NEAR2 "control") OR ("monitor*" OR "measur*" OR "observ*" OR "test*" OR |
| 76 | ("Deepwater Horzion" or DWH or macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (diagram! or draw! or schemat! repres! or analys! or stud!) & (cas! or ((well /2 bore) or wellbore) or (resevoir) or (shoe /2 track) or (float /2 | 1/1/09 through 4/20/10 | Incident Custodians | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("diagram*" OR "draw*" OR "schemat* repres*" OR "analys*" OR "stud*") AND ("cas*" OR (("well" NEAR2 "bore") OR "wellbore") OR ("resevoir") OR ("shoe" NEAR2 "track") OR ("float" NEAR2 "collar") OR ("hanger" OR "hangar") OR |

| # | | | | |
|---|---|---|---|---|
| 77 | ("Deepwater Horzion" or DWH or macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & casing & (integrity or structure or | 1/1/09 through 4/20/10 | Incident Custodians | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "casing" AND ("integrity" OR "structure" OR "safety") AND ("test*!" OR "measur*!") |
| 78 | ("Deepwater Horzion" or DWH or macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & ((annulus /5 cement) or (casing /3 string) or centraliz! or "float collar" or (negative /5 test!) or (integrity /5 parameters) & (mud /3 gas /3 separator) or (core /3 pressure) or (mud /3 program) or (pressure/3 test) or ((temporary /3 abandonment) or (Cement /3 Bond) or CBL or (negative | 1/31/10 through 4/20/10 | Incident Custodians | ("Deepwater Horzion" OR "DWH" OR "macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("annulus" NEAR5 "cement") OR ("casing" NEAR3 "string") OR "centraliz*!" OR "float collar" OR ("negative" NEAR5 "test*!") OR ("integrity" NEAR5 "parameters")) AND (("mud" NEAR3 "gas" NEAR3 "separator") OR ("core" NEAR3 "pressure") OR ("mud" NEAR3 "program") OR ("pressure" NEAR3 "test") OR (("temporary" NEAR3 "abandonment") OR ("Cement" NEAR3 "Bond") OR "CBL" OR ("negative" NEAR3 "test*!") OR (("fifteen" OR "15") OR ("bottom*!" |
| 79 | (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (reservoir or structure or pool or formation or Miocene) & (characteristic! or measur! or statistic! or poro! or permeab! or sand or shale | 1/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("reservoir" OR "structure" OR "pool" OR "formation" OR "Miocene") AND ("characteristic*!" OR "measur*!" OR "statistic*!" OR "poro*!" OR "permeab*!" OR "sand" OR "shale" OR "fault" OR "fold" OR "trap" OR "thrust" |
| 80 | (((design or construction or drill!) /5 delay) or "hold up" or "hold up or wait or (behind /5 schedule)) & (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252" or DWH or | 6/1/09 through 4/20/10 | Incident Custodians | (((("design" OR "construction" OR "drill!") NEAR5 "delay") OR "hold up" OR "holdup" OR "wait" OR ("behind" NEAR5 "schedule")) AND ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "DWH" OR "Deepwater Horizon" OR |

| # | Query | Date Range | Custodians | Query 2 |
|---|---|---|---|---|
| 82 | (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252" or "Deepwater Hozion" or DWH) & ((plan or procedur! or protocol!) /50 (horizon or macondo)) & ((annulus /5 cement) or (casing /3 string) or centraliz! or "float collar" or (negative /5 test!) or ((integrity /5 parameters) & (mud /3 gas /3 separator)) or (core /3 pressure) or (mud /3 program) or (pressure/3 test) or (temporary /3 abandonment) or (Cement /3 Bond) or | 6/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") AND (("plan" OR "procedur*" OR "protocol*") NEAR50 ("horizon" OR "macondo")) AND (("annulus" NEAR5 "cement") OR ("casing" NEAR3 "string") OR "centraliz*" OR "float collar" OR ("negative" NEAR5 "test*") OR (("integrity" NEAR5 "parameters") AND ("mud" NEAR3 "gas" NEAR3 "separator"))) OR ("core" NEAR3 "pressure") OR ("mud" NEAR3 "program") OR ("pressure" NEAR3 "test") OR ("temporary" NEAR3 "abandonment") OR ("Cement" NEAR3 "Bond") OR "CBL" OR ("negative" |
| 83 | (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252" or "Deepwater Hozion" or DWH) or Marianas & (permi! or appl! or | 1/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") OR "Marianas" AND ("permi*" OR "appl*" OR "change*" OR "modific*" OR "amend*") |
| 88 | (stud! or investig! or analys! or test! or review or assessment or performance) & (BOP or ((blow /2 out) | 1/1/09 through 4/20/10 | Incident Custodians | ("stud*" OR "investig*" OR "analys*" OR "test*" OR "review" OR "assessment" OR "performance") AND ("BOP" OR (("blow" NEAR2 "out") NEAR3 |
| 89 | (stud! or investig! or analys! or test! or review or assessment or | 1/1/09 through 4/20/10 | Incident Custodians | ("stud*" OR "investig*" OR "analys*" OR "test*" OR "review" OR "assessment" OR "performance") AND |
| 90 | (macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252" or "Deepwater Hozion" or DWH) | 1/1/10 through 4/20/10 | Incident Custodians | ("macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252" OR "Deepwater Hozion" OR "DWH") AND "cement*" NEAR50 ("polic*" |
| 96 | (test! or chemical! or formul! or composition! or design or rate or density or pressure! or chart! or log or approv!) & (slurry or cement) & Halliburton & (Macondo or | 1/1/10 through 4/20/10 | Incident Custodians | ("test*" OR "chemical*" OR "formul*" OR "composition*" OR "design" OR "rate" OR "density" OR "pressure*" OR "chart*" OR "log" OR "approv*") AND ("slurry" OR "cement") AND "Halliburton" AND ("Macondo" OR "Mississippi Canyon 252" OR "MC252" |
| 97 | (Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") /50 spacer & (test! or analys!) /50 spacer & | 1/1/10 through 4/20/10 | Incident Custodians | ("Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("test" OR "analys*") NEAR50 "spacer" |
| 98 | (Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & CSI /50 (test! or result or | 2/1/10 through 4/20/10 | Incident Custodians | ("Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "CSI" NEAR50 ("test*" OR "result" OR "data") |

| | | | |
|---|---|---|---|
| 99 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (draw! or schemat! repres! or analys! or stud!) & (casing /3 (hanger or landing) or (annular /3 (packoff or | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("draw*" OR "schemat* repres*" OR "analys*" OR "stud*") AND ("casing" NEAR3 ("hanger" OR "landing") OR ("annular" NEAR3 ("packoff" OR ("pack" NEAR2 "off")) OR ("lock" |
| 100 | (DWH or "Deepwater Horizon" or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (tail!) & | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") & (tail!) & (float or centrali! or hanger or plug or |
| 103 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & ((shoe /3 | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND (("shoe" NEAR3 "track") OR ("reamer" NEAR3 "shoe") OR ("fill" NEAR3 |
| 104 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252")& (specification! or technical or standard! or measure! or draw! or | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("subsea" OR (("sub" |
| 105 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (specification! or technical or standard! or measure! or draw! or | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND "Allemon" |
| 106 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (specification! or technical or standard! or measure! or draw! or | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("cement*" NEAR3 |
| 107 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (specification! or technical or standard! or measure! or draw! or | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic") AND ("pump*" OR |

| # | Query | Custodians | Query (expanded) | Date Range |
|---|---|---|---|---|
| 108 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (specification! or technical or standard! or measure! or draw! or diagram! or schematic or composition | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("specification*" OR "technical" OR "standard*" OR "measure*" OR "draw*" OR "diagram*" OR "schematic" OR "composition" OR "proper*") AND "fluid" AND ("density" OR "ov" OR "yp" | 1/1/09 through 4/20/10 |
| 112 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (volume or rate) & (spacer or performance or target! or cement! or sufactant! or solvent! or (anti /2 foam!) or antifoam or (cap /3 cement) or | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("volume" OR "rate") AND ("spacer" OR "performance" OR "target*" OR "cemen*" OR "sufactant*" OR "solvent*" OR ("anti" NEAR2 "foam*") OR "antifoam" OR ("cap" NEAR3 "cement") OR "slurry" OR ("base" NEAR2 "oil") OR "nitrogen") | 1/1/09 through 4/20/10 |
| 118 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & ((pressur! /3 cement) or tail) & | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("pressur*" NEAR3 "cement") OR "tail") | 4/1/10 through 4/20/10 |
| 119 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & ((bump! /3 plug) or (pressur! /3 up) or (hold! /2 pressure) or (bleed! /3 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("bump*" NEAR3 "plug") OR ("pressur*" NEAR3 "up") OR ("hold*" NEAR2 "pressure") OR ("bleed*" NEAR3 "pressure") OR | 1/1/09 through 4/20/10 |
| 120 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & cement! & (chemical! or spacing!) & | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND "cement" AND ("chemical*" OR "spacing*") | 1/1/10 through 4/20/10 |
| 122 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & ((spacer /2 fluid) /50 (seawater or (sea /2 water))) & (volume or density | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("spacer" NEAR2 "fluid") NEAR50 ("seawater" OR ("sea" NEAR2 "water"))) AND ("volume" OR "density" OR "rheol*") | 1/1/09 through 4/20/10 |
| 123 | (stud! or analys! or report! or investig!) /20 nitrogen /20 cement | Incident Custodians | ("stud*" OR "analys*" OR "report*" OR "investig*") NEAR20 "nitrogen" NEAR20 "cement" | 1/1/09 through 4/20/10 |
| 124 | (stud! or analys! or report! or investig!) /20 centrali! | Incident Custodians | ("stud*" OR "analys*" OR "report*" OR "investig*") NEAR20 "centrali*" | 1/1/09 through 4/20/10 |
| 126 | (BOP or (blowout /3 preventer) & | Incident Custodians | ("BOP" OR ("blowout" NEAR3 "preventer")) AND | 1/1/79 - 1/1/80 |
| 126 | ((ixtoc & da(after 1/1/79) or da(before | | ("BOP" OR ("blowout" NEAR3 "preventer")) AND | 1/1/09 - 1/1/10 |

| | | | |
|---|---|---|---|
| 126 | 1/1/80)) or (silvertip & da(after 1/1/09) or da(before 1/11/10)) or ((AC /3 901) or AC901 or (Alaminos /3 Canyon) & da(after 1/1/09) & da(before2/1/10)) or | 1/1/09 - 2/1/10 | | ("BOP" OR ("blowout" NEAR3 "preventer")) AND (("AC" NEAR3 "901") OR "AC901" OR ("Alaminos" |
| 126 | | 7/1/09 - 3/1/10 | | (("WR" NEAR3 "543") OR "wr543" OR ("Walker" NEAR3 "Ridge")) |
| 131 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (inspect! or survey or test! or mainten! or modific! or alterat!) /50 | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("inspect*" OR "survey" OR "test*" OR "mainten*" OR "modific*" OR "alterat*") NEAR50 ("BOP" OR (("blowout" OR ("blow" NEAR2 "out")) |
| 140 | (DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & safe! /20 (design! or device!) & | 1/1/09 through 4/20/10 | Incident Custodians | ("DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252") AND "safe*" NEAR20 ("design*" OR "device*") AND ("explo*" OR "fire" OR "ingnit*") |
| 142 | (manual or book! or instructions or procedur! or polic! recommentation! or protocol! or guideline! or standard or specification! or train) & ("Gulf of Mexico" or GoM or DWH or "Deepwater Horizon" or Macondo or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & ((well /2 | 1/1/09 through 4/20/10 | | ("manual" OR "book*" OR "instructions" OR "procedur*" OR "polic*" recommentation" OR "protocol*" OR "guideline*" OR "standard" OR "specification*" OR "train") AND ("Gulf of Mexico" OR "GoM" OR "DWH" OR "Deepwater Horizon" OR "Macondo" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND (("well" NEAR2 "design") OR "drilling" OR ("blowout" OR "blow" |
| 151 | (macondo or DWH or "Deepwater Horizon" or marianas or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (HAZOP! or (process /2 hazard) or (proccess /2 safety or | 1/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("HAZOP*" OR ("process" NEAR2 "hazard") OR ("proccess" NEAR2 "safety") OR ("job" NEAR2 "safety") OR ("traction" |
| 153 | (minutes) /50 (health or safety or security or environ!) & (rig! or MODU!) & (gulf /3 mexico) | 1/1/09 through 4/20/10 | Incident Custodians | ("minutes") NEAR50 ("health" OR "safety" OR "security" OR "environ*") AND ("rig!" OR "MODU*") AND ("gulf" NEAR3 "mexico") |
| 155 | (blowout or (blow /2 out)) & ("29 C.F.R. 250!" or ("Code of Federal | 1/1/09 through 4/20/10 | Incident Custodians | ("blowout" OR ("blow" NEAR2 "out")) AND ("29 C.F.R. 250*" OR ("Code of Federal Regulations" NEAR5 "title |
| 156 | (analys! or research or report! or memo! or summar! or paper) & ("30 C.F.R. 250!" or ("Code of Federal Regulations" /5 "title 30") or API or (american /2 petroleum)) & (gulf /3 | 1/1/09 through 4/20/10 | Incident Custodians | ("analys*" OR "research" OR "report*" OR "memo*" OR "summar*" OR "paper") AND ("30 C.F.R. 250*" OR ("Code of Federal Regulations" NEAR5 "title 30") OR "API" OR ("american" NEAR2 "petroleum") AND ("gulf" NEAR3 "mexico") AND ("rig" OR "MODU") |

| | | | Incident Custodians | ("training" OR "instruct*" OR "educat*" OR "class*" OR "seminar" OR "briefing" OR "procedure*" OR "protocol*") AND ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") |
|---|---|---|---|---|
| 160 | (training or instruct! or educat! or class! or seminar or briefing or procedure! or protocol! ) & (macondo or DWH or "Deepwater Horizon" or marianas or "Mississippi Canyon 252" | 1/1/09 through 4/20/10 | | |
| 180 | (macondo or DWH or "Deepwater Horizon" or marianas or "Mississippi Canyon 252" or "MC252" or "MC 252" or "MC-252") & (potential /3 incident! | 1/1/09 through 4/20/10 | Incident Custodians | ("macondo" OR "DWH" OR "Deepwater Horizon" OR "marianas" OR "Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") AND ("potential" NEAR3 "incident*" NEAR3 (("non" NEAR2 "compliance") OR |