# EXHIBIT F

Mark Nomellini/Chicago/Kirkland-Ellis
01/18/2011 11:38 AM

To BilL@wrightroy.com, airpino@irpinolaw.com
cc Brian Kavanaugh/Chicago/Kirkland-Ellis@K&E, Micah Osgood/San Francisco/Kirkland-Ellis@K&E
Subject Search Terms, Custodians, Dates

Bill,

I write on behalf of the BP Parties (the BP Parties comprise BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP")), regarding Pre-Trial Order 16, pursuant to which the parties are to "produce potentially-relevant ESI in their possession according to the agreed search terms, custodians, and date ranges." This letter addresses search terms, custodians, and date ranges. We look forward to discussing these issues with you.

### Search Terms

As discussed during our January 10th call, certain modifications to Plaintiffs' search terms will advance the parties' mutual goal of efficient, effective discovery. Attachment A sets forth specific additions, subtractions, and substitutions to Plaintiffs' proposed search terms.

Additionally, certain of the requests present specific issues. First, we have highlighted in yellow proposed search terms that contain apparent syntax errors or ambiguities regarding the arrangement of parentheses; we are available at your convenience to discuss these issues. Second, in the December 8, 2010 BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests For Production, and Requests for Admission, the BP Parties objected to Requests for Production 49, 50, 54, 56, 59, 63, 101, 157, 159, 162, 163, 169, 171, 212, 214, and 220 (frequently in conjunction with a response offering a more limited set of documents). Plaintiffs have not indicated that they disagree with these objections, and we have not commented on Plaintiffs' proposed search terms for these requests. Finally, on our January 10th call, we outlined our approach to producing documents for the internal investigation team as part of the deposition certification process. As a result, please confirm you agree that Requests for Production 30 through 33, 41, and 42 shall not be subject to a search criteria approach.

### Custodians

For incident-related requests, the BP Parties propose to search the BP e-mail of the following custodians: Shane Albers (Subsea Project Engineer); Michael Beirne (Offshore Land Negotiator); Robert Bodek (Geologist); Christopher Bryan (HSE Advisor); Mike Byrd (Manager Subsea & EPMS Standardization); Scott Christopher (Subsea Projects HSSE Lead); Brett Cocales (Senior Drilling

Engineer); Erick Cunningham (Western Hemisphere Cementing Specialist); Sarah Dobbs (Senior Completions Engineer); Ralph Doucet (Well Site Leader); Andrew Frazelle (D&C Operations Manager); John Guide (Wells Team Leader); Mark Hafle (Senior Drilling Engineer); Timothy Hopper (Completions Engineer); Robert Kaluza (Well Site Leader); Merrick Kelley (Subsea Wells Team Leader); Gavin Kidd (Well Team Leader); Lee Lambert (Well Site Leader Trainee); Phillip Earl Lee (Well Site Leader); Ian Little (Wells Operations Manager); Terry Miglicco (Completions Engineering Team Leader); Richard Miller (EPT Integrity Management Team); Brian Morel (Drilling Engineer); Steve Morey (EPT Job Leader); Joe Neumeyer (HSE Advisor); Pat O'Bryan; Francisco Pineda (Senior Completions Engineer); David Rich (Wells Manager); Angel Rodriguez (Marine Advisor); Murry Sepulvado (Well Site Leader); Ronald Sepulvado (Well Site Leader); David Sims (Wells Operations Manager); Jonathan Sprague; Henry Thierens (Wells Director); Galina Skripnikova (Petro-physicist); Brad Tippetts (Subsea Wells Engineering Trainee); Don Vidrine (Well Site Leader); and Gregg Walz (Drilling Engineer Team Leader). The incident-related requests have "Incident Custodians" in the "Custodians" field.

For response-related document requests, the BP Parties propose to search the BP e-mail of certain of the following custodians, as indicated in the attached spreadsheet: Ahnell, Arden (BP Director of Global Product Stewardship); Al Monthiry, Wissam (BP Deputy Operations Manager); Carragher, Peter (BP Chief Scientist); Collinson, Peter (BP Risk Specialist); Cross, Iris (BP GM for External Affairs, LA); Daigle, John (BP Wells Operations Advisor); Dupree, James (BP Sr. Vice President (GoM)); Fritz, David (Environmental Unit Lead, Houma IMT); Hill, Trevor (BP E&P Engineering Technical Authority for Flow Assurance); Huber, Charlie (Head of Aerial Dispersants, Houma ICP); Lynch, Richard (BP VP, Drilling & Completions, CDO); Mazzella, Mike (BP Segment Engineering Technical Authority); Patteson, Mark (BP VP, Drilling & Completions, NAG); Pelz, Oliver (Senior Environmental Toxicologist, BP Global Product Stewardship); Rainey, Dave (VP E&P, GoM); Rogers, Jon (BP Chemistry and Erosion Team Leader, BP GoM) ; Saperstein, Mark (BP Sr. Toxicologist, Global Product Stewardship); Suttles, Doug (BP COO of Exploration & Production); Thomas, Larry (GM, BP Gov. & Public Affairs); Tooms, Paul (BP Vice President of Engineering); and, Yeilding, Cindy (Exploration Renewal Manager). The response-related requests have one or more of the aforementioned custodians indicated in the custodian field.

### Date Range

For most of the incident-related requests, the BP Parties propose a date range of January 1, 2009 through April 20, 2010, as indicated in the attached spreadsheet. For most of the response-related requests, the BP Parties propose a date range of April 21, 2010 through July 15, 2010. Some other specific requests require a specific time frame, as set forth in the attached spreadsheet.

We look forward to continuing to work with you on these requests. Please feel free to contact me with any questions or concerns.

Mark

Attachment A (Chart re Search Terms, Custodians, Date Ranges).pdf

ATTACHMENT A

| | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 1 | Please produce any documents relating to the chain of command and organizational structure aboard the Deepwater Horizon during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 5 | Please produce any communications between any persons on-shore who participated in, were aware of, or were in anyway involved with the operations and drilling activities of the Deepwater Horizon during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 6 | Please produce any communications between any persons on-shore who participated in, were aware of, or were in anyway involved with the operations and drilling activities of the Deepwater Horizon and any other person during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 7 | Please produce any documents, information, or data that was transmitted to or stored by any computer, server, or other electronic database, relating to any operations or drilling activities of the Deepwater Horizon, the Transocean Marianas, or any other mobile offshore drilling unit, rig, or platform involved in any operations or drilling activities at or on the Macondo Well during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 8 | Please produce any documents relating to any operations or drilling activities performed by the Deepwater Horizon, Transocean Marianas, or any other mobile offshore drilling unit, rig, or platform with respect to the Macondo Well, during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 9 | Please produce any documents, including logs, that evidence or show the persons that were aboard the Deepwater Horizon during the relevant time period. Please identify any person onshore who participated in, was aware of, or was in anyway involved with the operations and drilling activities of the Deepwater Horizon during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 10 | Please produce any documents, including logs, that evidence or show persons on-shore who participated in, were aware of, or were in anyway involved with the operations aboard the Deepwater Horizon during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 11 | For each mobile offshore drilling unit, rig, or platform identified in response to Interrogatory No. 7, please produce any contracts, agreements, or other documents relating to the operations and drilling activities of the mobile offshore drilling unit, rig, or platform involved in drilling the Macondo Well during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |

ATTACHMENT A

| | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 12 | For each mobile offshore drilling unit, rig, or platform identified in response to Interrogatory No. 7, please produce any documents relating to the operations and drilling activities of the mobile offshore drilling unit, rig, or platform involved in drilling the Macondo Well during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 13 | For each mobile offshore drilling unit, rig, or platform identified in response to Interrogatory No. 7, please produce any documents and logs, that evidence or show the persons aboard the mobile drilling unit, rig, or platform during the relevant time period, and any person on-shore who participated in, was aware of, or was in anyway involved with the mobile offshore drilling unit, rig, or platform's operations or drilling activities during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 14 | Please produce copies of any documents or communications relating to the expected, anticipated, and actual budget for costs and expenses of the Deepwater Horizon, Transocean Marianas, or the Macondo Well, including all documents and communications relating to the daily operational cost of the Deepwater Horizon, the Transocean Marianas, or the Macondo Well and whether the Deepwater Horizon, Transocean Marianas, or Macondo Well were on, over, or under budget. | (budget! or fund!) & (cost! or expense! or amount!/3 money)) & (macondo or horizon or marianas or mississippi) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 15 | Please produce copies of any documents or communications relating to the scheduling of operations and activities for the Deepwater Horizon, including documents and communications relating to whether the Deepwater Horizon was "on schedule" at the time of the incident. | (timing or time or schedule) /25 (behind or "on schedule") & (macondo or horizon or marianas or "Mississippi canyon") | Change "Mississippi Canyon" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 17 | Please produce any documents or communications relating to the expected or anticipated activities and operations of the Deepwater Horizon after it completed or sealed the Macondo Well. | (plan or expect!) /25 (after or subsequent or complet!) /25 (seal! or plug or abandon) & & well & (macondo or horizon or marianas or "Mississippi canyon") | Change "Mississippi Canyon" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 19 | For each crew boat, supply boat, or vessel you identified in response to Interrogatory No. 11, please produce any contracts, leases, charters, agreements, or other documents relating to the crew boat, supply boat, or vessel. | (Alice /3 Macall) or "Bee Sting" or "Boa Subsea" or C-Enforcer or C-Express or C-Leader or C-Pacer or "Damon Bankston" or "Fast Cajun" or (Gloria /2 Callais) or "Gulf Princess" or "Hilda Lab" or "Joe Griffin" or "Katrina Fagan" or "Kobe Chouest" or "Lainey Chouest" or "Max Chouest" or "Monica Ann" or "Mr. Sydney" or "Nikki Candies" or "Norbert Bouziga" or "Ocean Intervention" or "Pat Tillman" or "Rambling Wreck" or (Reliance /50 (horizon or BP or Macondo) or "Resolve Pioneer" or "Sailfish" or "Seacor Lee" or "Seacor Vanguard" or "Seacor Washington" or "Zephyr" & (contract! or lease! or charter! or agreement!) & (BP or Horizon or Macondo) | | 1/1/09 through 4/22/10 | Incident Custodians |

ATTACHMENT A

| # | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 20 | Please produce all communications between any person aboard the Deepwater Horizon, you, any person on-shore, or any person aboard any crew boat, supply boat, or vessel identified in your response to Interrogatory No. 11 that took place from April 20, 2010 to April 22, 2010. | No additional search terms specific to this request needed at this time. | | | |
| 21 | Please produce any documents or communications relating to any agreements between you and any federal, state or local governmental agency regarding reparations for any economic or physical damages, costs, losses, expenses, or injuries caused by the incident. | ((oil/10 spill!) or (oil/10 release!) or (oil/10 leak!) or horizon or explosion or fire or contaminat!) & (cost or finance or pay or share or budget or mitigate! or reparation! or reimburse! or damage! or fine!) & ("U.S." or "US" or "EPA" or "Coast Guard" or "MMS" or Agriculture, Commerce, Defense, Energy, "Health & Human Services" or "Homeland Security" or Interior or Justice or Labor or State or Transportation or "Environmental Protection Agency" or "Minerals Management" or "Marshall Islands" or Panama) | | 4/21/10 to 7/15/2010 | BP has requested that PSC provide search terms |
| 22 | Please produce any documents relating to any calculations or estimates of the amount of oil spilled in the Gulf of Mexico. | (estimate or measure or volume) /20 ( barrels or gallons) /15 (oil or crude) & (BP or macondo or horizon or (gulf /3 Mexico)) & da(after 4/20/2010) | | 4/21/10 to 7/15/2010 | Ahnell, Arden; Carragher, Peter; Collison, Peter, Dupree, James; Hill, Trevor; Rainey, Dave; Suttles, Doug; Tooms, Paul; Yielding, Cindy |
| 23 | Please produce any documents relating to the ecological, health, or environmental impacts of any substance used as a dispersant(s), e.g., Corexit. | corexit & (ecologic! or environment! or health) /25 (affect or effect or impact) | Add (or "9500! or 9527!") to (corexit) | 4/21/10 to 7/15/2010 | Fritz, David; Huber, Charlie; Rainey, Dave; Rogers, Jon; Saperstein, Mark |
| 24 | Please produce any documents relating to any marketing, public relations campaigns, or similar activities you have authorized, participated in, or been involved with as a result of the incident. | ((public /3 relations) or PR or media or marketing) & (horizon or (gulf /4 (Mexico or coast)) | | 4/21/10 to 7/15/2010 | |
| 25 | Please produce any documents relating to the budget for any economic damages, costs, losses, expenses, or injuries resulting from the incident, including any economic or physical damages, costs, losses, expenses, or injuries suffered or to be suffered by individuals, businesses, governments, and wildlife and any steps taken by you to mitigate any such damages, costs, losses, expenses, or injuries through advertising or other means. | (damage! or cost! or loss! or expense! or payment! or injury) /10 (suffer! or sustain! or attribut! or result!) /25 (horizon or spill or explosion or blowout or disaster or tragedy) | | 4/21/10 to 7/15/2010 | Incident Custodians |
| 26 | Please produce copies of any documents or communications relating to any statements, including drafts, you have released to the press since the incident. | ("press release" or "immediate release" or synonym) & (horizon or (gulf /3 (Mexico or coast) or spill or explosion or blowout or disaster or tragedy) & da (after 4/20/2010) | | 4/21/10 to 7/15/2010 | |
| 27 | Please produce any documents relating to any efforts, considerations, or communications regarding whether the Macondo Well would or could be used for production of hydrocarbons at any time after April 20, 2010. | (complet! or product! or develop! or exploit! or drill!) /25 (macondo or "Mississippi canyon") & da(after 4/20/2010) | Change "Mississippi Canyon" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252"); remove (exploit! or drill!) | 4/21/10 to 7/15/2010 | Dupree, James; Suttles, Doug |

ATTACHMENT A

| # | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---------|-----------------------------------|----------------------------|------------|------------|
| 28 | Please produce any documents relating to any studies that were performed, reviewed, considered or relied upon in attempting to seal the Macondo Well following the incident. | (stud! or research! or opin! or investing! or report) & (seal or "junk shot" or "top hat" or "relief well" or kill or plug) /15 macondo | | 4/21/10 to 7/15/2010 | Lynch, Richard; Patteson, Mark |
| 29 | Please produce any documents relating to the use and effectiveness of "junk shots," "top hats," or "relief wells" as a means of controlling or sealing a well, including the Macondo Well. | (seal or "junk shot" or "top hat" or "relief well" or kill or plug) /25 well & (effectiv! or stud! or analysis or conclus!) | | 4/21/10 to 7/15/2010 | Al Monthiry, Wissam; Daigle, John; Hill, Trevor; Lynch, Richard; Mazzella, Mike; Patteson, Mark; Tooms, Paul |
| 51 | Please produce copies of any assessments of damages associated with the oil spill, including injuries to rig workers. | Captured by 25. above. No additional search terms specific to this request needed at this time. | Supply Search Terms | | Fritz, David; Pelz, Oliver |
| 52 | Please produce copies of any assessments of damages associated with the oil spill, including injuries to other individuals. | Captured by 25. above. No additional search terms specific to this request needed at this time. | Supply Search Terms | | |
| 53 | Please produce copies of any assessments of damages associated with the oil spill, including economic damages. | Captured by 25. above. No additional search terms specific to this request needed at this time. | Supply Search Terms | | |
| 57 | Please produce any documents or communications relating to any studies, investigations, or analyses done during the relevant time period regarding your safety history or safety culture, including any studies, investigations or analyses done by any consulting firm, insurance company, or government. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | |
| 60 | Please produce any documents or communications, including internal and external reports, reflecting analysis that is the subject of Interrogatory No. 23. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | |
| 61 | Please produce copies of any government citations to any BP rig operating in American waters during the relevant time period. | Safety /5 (violation! or notic! or infraction! or citation!) & ("U.S." or "US" or "EPA" or "Coast Guard" or "MMS" or Agriculture or Commerce or Defense or Energy or "Health & Human Services" or "Homeland Security" or Interior or Justice or Labor or State or Transportation or "Environmental Protection Agency" or "Minerals Management" or "Marshall Islands" or Panama) & ((gulf /3 mexico) or Alaska or California or Florida or Texas or Louisiana or Alabama or Mississippi) | | 1/1/09 through 4/20/10 | Incident Custodians |
| 64 | Please produce copies of any videos or presentations created by Gulf of Mexico Deepwater Productions. | (gulf /2 mexico /2 deepwater /2 production!) & da(after 4/20/2010). | | 4/21/10 to 7/15/2010 | Incident Custodians |
| 65 | Please produce any documents or communications of any drilling operation or construction of the Macondo Well during the relevant time period. | No additional search terms specific to this request needed at this time. | Supply Search Terms | 1/1/09 through 4/20/10 | BP has requested that PSC provide search terms |
| 66 | Please produce any documents or communications showing the cost benefit analysis in the drilling and operation of deep water wells in the Gulf of Mexico. | (cost! /5 benefit!) & (gulf /3 mexico) /50 (drill! or well or project or invest! or expend! or spend!) | | | Incident Custodians |

ATTACHMENT A

| # | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 67 | Please produce any risk assessments in the drilling and operation of deep water wells in the Gulf of Mexico. | (risk /3 assess!) /25 (drill! or well) & ((deep /2 water) or deepwater) & (gulf /3 mexico) | | 1/1/09 through 4/20/10 | Incident Custodians |
| 68 | Please produce any citations or fines paid by you to Minerals Management Service during the relevant time period. | (citat! or fine or penalt! or assess! or payment!) & (MMS or (mineral! /3 service) & DATES | remove "Assess!"; "Incident" /5 ("noncompliance" OR "non compliance" OR "non-compliance") | 1/1/09 through 4/20/10 | Incident Custodians |
| 70 | Please produce any documents reflecting the oversight or performance of: (1) any aspect of BP Exploration and Production, Inc.; (2) of anyone in management at BP, P.L.C.; or (3) the board of directors at BP, P.L.C. | No additional search terms specific to this request needed at this time. | Supply Search Terms | 1/1/09 through 4/20/10 | BP has requested that PSC provide search terms |
| 73 | Please produce any documents or communications relating to the design or construction of the Macondo Well, as well as any documents or communications relating to any changes or amendments to the design or construction of the Macondo Well, including all logs, tests, charts, diagrams, or drawings or similar documents relating to the design and construction of the Macondo Well, or any component part of the Macondo Well, along with all documents and communications relating to any construction delays and contract penalties with respect to | ((design or construction or drill!) /5 delay) & ((log! or test! or chart! or diagram!) & (macondo or (mississippi /2 canyon) or (deepwater /2 horizon) or marianas or transocean) & da(after 6/1/2009) | Change (Mississippi /2 Canyon) to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 6/1/09 through 4/20/10 | Incident Custodians |
| 74 | Please produce any documents or communications relating to any plan or procedures to implement if control of the Macondo Well was lost. | (macondo or horizon or mississippi) & (plan or procedur! or protocol!) /50 ((well /2 control) or or (monitor! or measur! or observ! or test! or log!) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 75 | Please produce any documents or communications relating to any plan or procedures to implement once control of the Macondo Well was lost. | No additional search terms specific to this request needed at this time. | Supply Search Terms | 1/1/09 through 4/20/10 | BP has requested that PSC provide search terms |
| 76 | Please produce true and correct copies of any diagrams, drawings, or similar documents relating to the Macondo Well, including but not limited to the:<br>(a) The annulus cement barrier;<br>(b) Production casing;<br>(c) Wellbore annulus;<br>(d) Reservoir;<br>(e) Shoe track;<br>(f) Float collar;<br>(g) Casing hangar seal assembly;<br>(h) Riser;<br>(i) Blow out preventer; and<br>(j) Diverter. | (horizon or macondo or mississippi) & (diagram! or draw! or schemat! repres! or analys! or stud!) & (cas! or ((well /2 bore) or wellbore) or (resevoir) or (shoe /2 track) or (float /2 collar) or (hanger or hangar) or (riser) or (blowout or (blow /2 out)) or diverter) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 77 | Please produce any documents or communications relating to test results used to measure the integrity of the well casing, as it relates to the Deepwater Horizon and Macondo Well. | (horizon or macondo or mississippi) & casing & (integrity or structure or safety) & (test! or measur!) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |

ATTACHMENT A

| # | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---------|-----------------------------------|----------------------------|------------|------------|
| 78 | Please produce any documents or communications reflecting any condition of the Macondo Well, including but not limited to logs, flow data or any other data collected or created by you. | (horizon or macondo) & ((annulus /5 cement) or (casing /3 string) or (centraliz! or "float collar" or (negative /5 test!) or (integrity /5 parameters) & (mud /3 gas /3 separator) or (core /3 pressure) or (mud /3 program) or (pressure/3 test) or ((temporary /3 abandonment) & da(after 4/15/2010)) or (Cement /3 Bond) or CBL or (negative /3 test!) or ((fifteen or 15) & da(4/18/10) or (bottom! /5 circulat!) & (cement! /25 annulus) & da(after 1/31/2010) & da(before 4/21/2010) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 79 | Please produce any documents or communications relating to any studies, investigations, or analyses, conducted with respect to the reservoir into which the Macondo Well was drilled. | (Mississippi or Macondo) & (reservoir or structure or pool or formation or Miocene) & (characteristic! or measur! or statistic! or poro! or permeab! or sand or shale or fault or fold or trap or thrust or cap or test! or geolog!) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 80 | Please produce any documents or communications relating to construction delays relating to the Macondo Well. | ((design or construction or drill!) /5 delay) & (macondo or (mississippi /2 canyon) or (deepwater /2 horizon) or marianas or transocean) & da(after 6/1/2009) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252"); add "hold up" "holdup" "wait" "behind /5 schedule" | 1/1/09 through 4/20/10 | Incident Custodians |
| 82 | Please produce any documents or communications relating to any test procedures or protocols performed on any equipment, products, property, or services provided by you or any other person in connection with the Macondo Well. | (macondo or horizon or mississippi) & (plan or procedur! or protocol!) /50 (horizon or macondo) & ((annulus /5 cement) or (casing /3 string) or centraliz! or "float collar" or (negative /5 test!) or (integrity /5 parameters) & (mud /3 gas /3 separator) or (core /3 pressure) or (mud /3 program) or (pressure/3 test) or ((temporary /3 abandonment) & [BP equipment list] (Cement /3 Bond) or CBL or (negative /3 test!) or ((fifteen or 15) & da(4/18/10) or (bottom! /5 circulat!) & (cement! /25 annulus) & da(after 1/31/2010)) & da(before 4/21/2010) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/31/10 through 4/20/10 | Incident Custodians |
| 83 | Please produce any documents or communications relating to any applications for or permitting of the Macondo Well, including any documents or communications regarding permission to make changes as an approved operation. | (macondo or horizon or mississippi or marianas) & (permit or appl! or change! or modific! or amend!) & da(after 1/1/2009) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 87 | Please produce any documents or communications relating to the materials or components used in the design and construction of the Macondo Well. | No additional search terms needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 88 | Please produce a copy of any studies regarding the effectiveness of blow out preventers in offshore drilling operations. | (stud! or investig! or analys! or test! or synonym) & (BOP or ((blow /2 out) /3 preventor) | SYNONYM = "review" "assessment" "performance" | 1/1/09 through 4/20/10 | Incident Custodians |
| 89 | Please produce a copy of any studies regarding the effectiveness of utilization of centralizers in offshore drilling operations. | (stud! or investig! or analys! or test! or synonym) & centrali! | SYNONYM = "review" "assessment" "performance" | 1/1/09 through 4/20/10 | Incident Custodians |
| 90 | Please produce any documents or communications relating to the cementing of the Macondo Well, including the approval process for any cementing job performed prior to the incident. | (horizon or macondo or mississippi) & cement! /50 (polic! or procedur! or approv!) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252"); | 1/1/09 through 4/20/10 | Incident Custodians |
| 95 | Please produce any copies of the Opticem© runs performed as part of or in preparation for any cementing operations performed in the drilling of the Macondo Well. | opticem & da(after 4/1/2010) & da(before 4/21/2010) | | 1/1/10 through 4/20/10 | Incident Custodians |

ATTACHMENT A

| | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 96 | Please produce copies of any tests by the Halliburton laboratory on cement in preparation for any cementing operation(s) performed during the drilling of the Macondo Well. | (test! or chemical! or formul! or composition! or design or rate or density or pressure! or chart! or log or approv!) & (slurry or cement) & (Macondo or Mississippi or horizon) | Add "Halliburton"; Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 97 | Please produce copies of any tests by the Halliburton laboratory on spacer in preparation for any cementing operation(s) performed during the drilling of the Macondo Well. | (horizon or macondo or mississippi) & (test! or analys!) /50 spacer & da(after 2/1/2010) & da(before 4/21/2010) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 98 | Please produce copies of any CSI Technologies laboratory testing results that were performed as part of or in preparation for any cementing operations performed in the drilling of the Macondo Well. | (horizon or macondo or mississippi) & CSI /50 (test! or result or data) & da(2/1/2010) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 2/1/10 through 4/20/10 | Incident Custodians |
| 99 | Please produce any detailed technical drawings, specifications, or running and activating procedures for: (a) The casing hanger/landing area; (b) The annular pack-off; and (c) The lock down device. | (horizon or macondo or mississippi) & (draw! or schemat! repres! or analys! or stud!) & (casing /3 hanger or landing) or (annular /3 (packoff or pack /2 off)) or (lock /3 down) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 100 | Please produce any casing tallies, complete with float equipment, centralizer placement, casing hanger information, sub-sea plug set, drill pipe information, and Allemon tool placement. | (horizon or macondo or mississippi) & (tall!) & (float or (centrali!) or hanger or plug or pipe or Allemon. | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 103 | Please produce documents detailing the technical specifications on the tools used in the shoe track, including the reamer shoe and automatic fill float equipment. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & ((shoe /3 track) or (reamer /3 shoe) or (fill /3 float) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 104 | Please produce the technical specifications on the sub-sea plug set. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & ((subsea or (sub 2/ sea)) /3 plug) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 105 | Please produce the technical specifications for Allemon tool. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & Allemon | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 106 | Please produce the technical specifications for the cement head. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & (cement! /3 head) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 107 | Please produce the schematic of pumping and wash up lines from the cement head to the rig floor. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic) & (pump! or (wash /2 up) or washup) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC 252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 108 | Please produce documents detailing the drilling fluid technical specifications, including detailed composition, target drilling fluid properties at surface and down hole conditions, and actual drilling fluid properties when running casing at surface and down hole conditions, pumped into the well during circulation prior to cementing, and of fluid coming out of the well during circulation prior to cementing, including density, Pv, Yp, fluid loss, electrical stability, and Fann rheometer readings. | (macondo or horizon or mississippi) & (specification! or technical or standard! or measure! or draw! or diagram! or schematic or composition or propert!) & fluid and (density or ov or yp or loss or stabil or fann or rheol!) | Change "Mississippi" to ("Mississippi Canyon 252" OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |

ATTACHMENT A

| # | Request | Plaintiffs' Proposed Search Terms | BP's Suggested Corrections | Time Frame | Custodians |
|---|---|---|---|---|---|
| 112 | Please produce documents detailing the volume and rates pumped for spacer at the start of any cement job, including spacer technical specifications, performance targets, performance information, and formulation used on any cement job during the drilling of the Macondo Well, including surfactants, mutual solvents, or anti-foamers. | (horizon or macondo or Mississippi) & (volume or rate) & (spacer or performance or target or cement or surfactant! or solvent! or (anti /2 foam!) or antifoam or (cap /3 cement) or slurry or (base /2 oil) or nitrogen) | Change "Mississippi" to ("Mississippi" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 118 | Please produce documents detailing the procedure that was used to clean the Halliburton high pressure cementing line to the cement head after the last of the tail cement was pumped. Please indicate whether the line was washed up so that the cement in the high pressure cement in the high pressure cementing line was placed on top of the top plug. | (macondo or horizon or mississippi) & ((pressur! /3 cement) or tail) & da(after 4/1/2010) | Change "Mississippi" to ("Mississippi" OR "MC 252" OR "MC-252") | 4/1/10 through 4/20/10 | Incident Custodians |
| 119 | Please produce documents detailing information on bumping the plug, pressuring up on the plug, holding pressure on the plug, and bleeding off pressure, including volume of flow back and any information on the floats holding back pressure for the relevant time period. | (macondo or horizon or mississippi) & ((bump! /3 plug) or (pressur! /3 up) or (hold! /2 pressure) or (bleed! /3 pressure) or (flow /3 back) | Change "Mississippi" to ("Mississippi" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 120 | Please produce documents or communications detailing inventory of any cementing chemicals, prior to or after the cementing operation, including spacer materials. | (macondo or horizon or mississippi) & cement! & (chemical! or spacing!) & da(after 1/1/2010) | Change "Mississippi" to ("Mississippi" OR "MC 252" OR "MC-252") | 1/1/10 through 4/20/10 | Incident Custodians |
| 122 | Please produce documents detailing information on the spacer fluid that was used to separate the drilling fluid and the sea water during the operation in preparation to abandon the well. Please include spacer volume, density, rheological properties, and compatibility properties with the drilling fluid and sea water. | (macondo or horizon or mississippi) & (spacer /2 fluid) /50 seawater or (see /2 water) & (volume or density or rheol!) | Change "Mississippi" to ("Mississippi OR "MC252" OR "MC 252" OR "MC-252") | 1/1/09 through 4/20/10 | Incident Custodians |
| 123 | Please produce documents relating to any studies regarding the effectiveness of adding nitrogen to the cement mix in offshore drilling operations. | (stud! or analys! or report! or investig!) /20 nitrogen /20 cement | | 1/1/09 through 4/20/10 | Incident Custodians |
| 124 | Please produce all documents regarding any investigations or reports on the utilization of centralizers | (stud! or analys! or report! or investig!) /20 centrali! | | 1/1/09 through 4/20/10 | Incident Custodians |
| 125 | Please produce all documents regarding any investigations or reports on the utilization of cements. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 126 | Please produce copies of any and all documents identifying subject matter contained in Interrogatory No. 30. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 127 | Please produce all documents regarding any investigations or reports on blow out preventers. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 128 | Please produce all documents regarding any investigations or reports on pressure testing. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 129 | Please produce all documents regarding any investigations or reports on the utilization of well casings. | No additional search terms specific to this request needed at this time. | | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |
| 130 | Please produce any documents or communications relating to positive or negative pressure tests regarding the Deepwater Horizon and Macondo Well. | No additional search terms specific to this request needed at this time. | Supply Search Terms | BP has requested that PSC provide search terms | BP has requested that PSC provide search terms |