UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| 10-01156 - ROSHTO | * | MAG. JUDGE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO DISMISS
WEATHERFORD INTERNATIONAL, LTD. WITHOUT PREJUDICE**

NOW INTO COURT comes Plaintiff, Natalie Roshto, through undersigned counsel, who respectfully submits the instant Motion to Dismiss Weatherford International, Ltd., Without Prejudice. Although Weatherford International, Ltd., has answered the Complaint, counsel for Weatherford International, Ltd., Glenn Goodier, has been contacted and consents to the dismissal without prejudice.

WHEREFORE Plaintiffs respectfully request that the above requested relief be granted.

Respectfully submitted,

**MARTZELL & BICKFORD**

*/s/ Lawrence J. Centola, III*
**SCOTT R. BICKFORD T. A., (#1165)**
**LAWRENCE J. CENTOLA, III  (#27402)**
**NEIL F. NAZARETH (#28969)**
338 Lafayette Street
New Orleans, LA  70130
504/581-9065 (Telephone)
504/581-7635 (FAX)
usdcedla@mbfirm.com

And

**Ronnie G. Penton (#10462)**
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
(985) 732-5651
(985) 735-5579
rgp@rgplaw.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of February, 2011, this pleading was filed with the CM/ECF system and was sent via US Mail, facsimile, email or through the CM/ECF system to all known counsel.

*Lawrence J. Centola, III*
LAWRENCE J. CENTOLA, III