UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| 10-01156 - ROSHTO | * | MAG. JUDGE SHUSHAN |
| | * | |

******************************************

## ORDER

Considering the foregoing Consent Motion to Dismiss Weatherford International, Ltd., filed in Roshto v. Transocean Ltd, et al, No. 10-01156,

**IT IS ORDERED** that the motion is GRANTED and that Weatherford International, Ltd., is dismissed without prejudice.

Done this _____ day of _____, 2011

_____
UNITED STATES DISTRICT COURT JUDGE