UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20,2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Shaun Clarke, David Gerger, David Isaak and Dane Ball as counsel for defendant Robert Kaluza.

Dated: February 17, 2011

                                                         Respectfully submitted,

                                                         /s/ Shaun Clarke
                                                        Shaun Clarke
                                                        David Gerger
                                                       David Isaak
                                                       Dane Ball
                                                       GERGER & CLARKE
                                                       1001 Fannin, Suite 1950
                                                      Houston, Texas 77002
                                                      Phone: (713) 224-4400
                                                      Fax:    (713) 224-5153
                                                      Email: Shaun@GergerClarke.com
                                                                      David@GergerClarke.com
                                                                      Disaak@GergerClarke.com
                                                                      Dane@GergerClarke.com

                                                        **Attorneys for Defendant Robert Kaluza**

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2011.

    /s/ Shaun Clarke
    Shaun Clarke