UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL
RIG "DEEPWATER HORIZON" IN
THE GULF OF MEXICO ON APRIL,
20, 2010

CIVIL ACTION

MDL 2179
MEMBER CASE:
10-3066

SECTION: J(1)

**ORDER**

Before the Court is Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1018)** in member case 10-3066, Becnel v. BP, plc et al.

In light of the Court's Order granting a Consent Motion to Dismiss Weatherford International, Ltd. in member case 10-3066 (Rec. Doc. 1293),

**IT IS ORDERED** that Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1018)** is hereby **DENIED** as **MOOT**.

New Orleans, Louisiana this 17th day of February, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1