UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

**ORDER DENYING PLAINTIFFS' EX PARTE MOTION
FOR COURT APPROVAL OF PROPOSED NOTICE**

It is Ordered that Plaintiffs' Ex Parte Motion for Court Approval of Proposed Notice Is Denied.

Signed this _____ day of _____, 2011, New Orleans, Louisiana

_____
Hon. Carl J. Barbier
U.S. District Court Judge