UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, on APRIL 20, 2010 | § | SECTION J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | |
| ALL CASES | § | MAG. JUDGE SHUSHAN |

## THE BUZBEE LAW FIRM'S REQUEST FOR ORAL ARGUMENT

The Buzbee Law Firm, pursuant to Local Rule 78.1, respectfully requests oral argument on its Response and Memorandum in Opposition to Plaintiffs' Ex Parte Motion For Court Approval of Proposed Notice.

Respectfully submitted,

THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*_____
Anthony G. Buzbee
Trial Attorney
TBUZBEE@TXATTORNEYS.COM
State Bar No. 24001820
Caroline E. Adams
State Bar No. 24011198
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909
www.txattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing THE BUZBEE LAW FIRM'S REQUEST FOR ORAL ARGUMENT has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2011.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
Trial Attorney
TBUZBEE@TXATTORNEYS.COM
State Bar No. 24001820
Caroline E. Adams
State Bar No. 24011198
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Phone: 713-223-5393
Fax: 713-223-5909
www.txattorneys.com