UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
|  | : |  |

## MOTION FOR LEAVE TO SUPPLEMENT RECORD

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the following cases, to submit the instant Motion For Leave To Supplement Record in support of their "Opposition to 'Plaintiffs' Ex Parte Motion For Court Approval of Proposed Notice'" (Doc. #1280):

1. Bill's Oyster House, LLC *et al* (E.D. La., 10-cv-1308)
2. Howard Buras (M.D. La., 10-cv-369; and E.D. La., 10-cv-2994)
3. Armand's Bistro (W.D. La., 10-cv-1007 and E.D. La., 10-cv-4489)
4. Faye Loupe *et al.* (E.D. La., 10-cv-2764)
5. Laura Gautreaux (E.D. La., 10-cv-1539)
6. Brent Rodrigue, Sr *et al.* (E.D. La., 10-cv-1325)
7. Issadore Creppel (E.D. La., 10-cv-1346)

These Plaintiffs submit that leave should be granted to include developments that have occurred since their Opposition (Doc. #1280) was filed. An article was published in today's *New York Times* by John Schwartz titled "BP Says Spill Settlement Are Too Generous" (attached as Exhibit 1). The article concerns "Comments" (attached as Exhibit 2) BP has just filed with the Gulf Coast Claims Facility (GCCF) regarding GCCF's proposed payment options, eligibility, substantiation criteria and final payment methodology. (Although the name of the submitter has

1

been redacted by the GCCF, it is, based on the news article, apparent that BP is who submitted it.)

As evident from BP's "Comments" and as stated in the article, BP strongly argues that "Mr. Feinberg's proposed settlements are too generous". These Comments are further evidence that the PSC's Motion regarding the Transocean Limitation Notice (Doc. #1126), which would make the PSC class counsel for anybody filing a claim in the Transocean Limitation matter, should be denied.

Accordingly, these Plaintiffs request that BP's "Comments" and the accompanying *New York Times* article identifying them be accepted for filing.

WHEREFORE, these Plaintiffs respectfully request that the above-requested relief be granted.

Respectfully submitted,
this 17th day of February, 2011.

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs Bill's Oyster House, LLC; Howard Buras, Armand's Bistro, Faye Loupe et al.; Laura Gautreaux, Brent Rodrigue, Sr., et al.; and Issadore Creppel**

2

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2011.

/s/   *Daniel E. Becnel, Jr.*