UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering certain Plaintiffs' Motion For Leave to Supplement Record,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, and that the Clerk of Court is directed to accept for filing the Exhibits attached to Plaintiffs' Motion.

Signed, this ____ day of February, 2011, in New Orleans, Louisiana.

_____
United Sates District Judge

1