**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| _____ | ) | |
| In Re:  Oil Spill by the Oil Rig | ) | **MDL No. 2179** |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on | ) | |
| April 20, 2010 | ) | **SECTION: J** |
| | ) | |
| | ) | |
| **This Document Relates to:** | ) | **Judge Barbier** |
| *Case No. 2:10-cv-04536-CJB-SS* | ) | **Mag. Judge Shushan** |
| _____ | ) | |

**EX PARTE CONSENT MOTION TO EXTEND DEADLINE
FOR PROPOSED INTERVENOR SIERRA CLUB'S REPLY BRIEF
IN SUPPORT OF SIERRA CLUB'S MOTION TO INTERVENE**

Sierra Club, Inc., proposed intervenor-plaintiff in *United States v. BP Exploration and Production Inc. et. al.*, case no. 2:10-cv-04536-CJB-SS, hereby files this unopposed motion to extend the deadline for its reply brief in support of its motion to intervene, from March 1, 2011 to March 11, 2011, and to allow Sierra Club to file one consolidated reply brief of 30 pages, and in support therefor shows as follows:

1)      The United States filed case no. 2:10-cv-04536 against Defendants BP *et. al.* asserting two claims for relief: 1) for the imposition of civil penalties under Clean Water Act ("CWA") § 311(b)(7), 33 U.S.C. § 1321(b)(7); and 2) for a declaratory judgment that Defendants are liable under Section 1002(a) of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2702(a), for the United States' recovery costs and damages. The United States' Prayer for Relief also seeks "injunctive relief as appropriate."

2)      Pursuant to Fed. R. Civ. P. 24, Sierra Club seeks to intervene as a plaintiff in the United States' action to protect its members' recreational, aesthetic, scientific and economic interests in the lands and waters impacted by the oil spill. Sierra Club also seeks to protect its interests in the

imposition and disposition of maximum civil penalties, which are available to be used for remedial projects to address the specific environmental harms where its members are located. and which serve to deter similar conduct and events in the future.  The United States opposes Sierra Club's motion as do Defendants, except  Defendants Andarko and Moex reserved their position until having had the chance to review Sierra Club's motion.

3)      Sierra Club's Motion to Intervene was filed February 7, 2011. [Doc. 1115].  Under this Court's Order of February 9, 2011 [doc. 1132], the response briefs of the United States and Defendants are due February 24, 2011. Sierra Club's reply brief is due March 1, 2011. The motion is set for hearing on the briefs March 2, 2011.

4)      Sierra Club requests a 10 day extension for its reply brief, until March 11, 2011.  Sierra Club is represented by its undersigned in-house counsel, who must travel to and attend a previously scheduled strategic planning session for all of Sierra Club's in-house lawyers on February 28 to March 2, 2011. Thus under the current schedule Sierra Club would have only one business day to receive and review the briefs in opposition to the motion, and draft and file Sierra Club's reply, which is insufficient given the number and nature of the issues involved. Sierra Club anticipates multiple lengthy oppositions to its motion, and Sierra Club will require this additional time to research and reply fully to the parties' responses.

5)      Sierra Club also requests that it be allowed to file one combined reply to all of the briefs in opposition to its motion, and that it be allowed 30 pages. Sierra Club anticipates three or four briefs in opposition to its motion (by the U.S., BP and Transocean, Lloyd's and possibly Andarko and Moex). Under LR 7.7 their responses could be up to 25 pages each, and Sierra Club's reply brief to each would be up to 10 pages each, for a total of 30 or 40 pages. To

minimize the number of briefs and address all of the issues in one reply brief, Sierra Club requests that it be allowed one consolidated reply brief of 30 pages.

6)      Sierra Club has contacted counsel for all parties in case no. 2:10-cv-04536-CJB-SS and no parties oppose this motion.

**WHEREFORE,** Sierra Club requests that it be granted an extension of time until Friday March 11, 2011 to file its reply brief, that the hearing on the briefs be rescheduled for Monday March 12, 2011, and that Sierra Club be allowed one combined reply brief of 30 pages.   A proposed order is attached.

                                        Respectfully submitted,

                                        **s/ Eric E. Huber**
                                        Eric E. Huber
                                        La. Bar No. 23790
                                        Sierra Club
                                        1650 38th  St. Ste. 102W
                                        Boulder, CO 80301
                                        (303) 449-5595
                                        (303) 449-6520 (fax)
                                        eric.huber@sierraclub.org

                                        **s/ Devorah Ancel**
                                        Devorah Ancel
                                        Ca. Bar No. 261038
                                        Sierra Club
                                        85 Second Street, 2nd Floor
                                        San Francisco, CA 94105
                                        tel (415) 977-5721
                                        fax (415) 977-5793

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of February, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 17th day of February, 2011, to George Gilly and Marty McLeod at Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

**s/ Eric E. Huber**
Eric E. Huber