IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## ORDER

Considering the foregoing Ex-Parte Motion to Extend Deadline for Proposed Intervenor Sierra Club's Reply Brief in Support of Sierra Club's Motion to Intervene;

**IT IS HEREBY ORDERED** that the deadline for Sierra Club's reply to the parties' responses to Sierra Club's motion shall be extended to Friday March 11, 2011; the hearing on the briefs is rescheduled for Monday March 12, 2011; and Sierra Club is allowed one combined reply brief of 30 pages.

This __ day of _____, 2011

_____
Sally Shushan
United States Magistrate Judge