IN RE: DEEPWATER HORIZON LITIGATION
MDL NO. 2179

JAMES PARKERSON ROY
Domengeaux Wright Roy & Edwards LLC
556 Jefferson St. Suite 500
Lafayette, LA 70501
E-Mail: jimr@wrightroy.com
Telephone: (337) 233-3033
Direct: (337) 593-4190
Fax: (337) 233-2796

STEPHEN J. HERMAN
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
E-Mail: sherman@HHKC.com
Telephone: (504) 581-4892
Direct: (504) 680-0554
Fax: (504) 561-6024

February 10, 2011

*VIA* E-MAIL

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana 70130
E-Mail: Sally_Shushan@laed.uscourts.gov

Dear Judge Shushan:

    In advance of the conference tomorrow, and as a follow-up to the Motion for Court Approval of Notice filed Tuesday evening, Plaintiffs wanted to provide some additional exemplars of potential television and radio scripts taken from the proposed Notice submitted to the Court earlier in the week, (see attached as Exhibits "A" and "B").[1]

    In addition, Plaintiffs desire to clarify, (in response to comments by Defense Counsel *via* e-mail to the Court yesterday), the precise nature of what is being sought by the PSC. Plaintiffs do *not* seek pre-certification "class notice" to putative class members under Rule 23. Rather, it is a means to communicate widely and effectively, with Court approval, the Monition deadline and the procedures established by the Court in Pre-Trial Orders No. 24 [Deeming Short-Form Joinders to be filed within the MDL and Limitation] and No. 25 [Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaint], by which persons may intervene in and join the Limitation proceeding and/or Master Complaints, using the Court-approved "Direct Filing Short Form" [PTO No. 25, Exhibit 3]. This joinder procedure is an expression of the Court's maritime jurisdiction and case-management authority, to effectuate intervention/joinder by the April 20, 2011 Monition date, and *not* to advise putative class members of any rights, duties, requirements, deadlines or other

---

[1] With respect to the proposed draft television and radio announcements, the precise wording may change, but would, in any event, be taken directly from the proposed Notice as submitted to the Court.

events under Federal Rule of Civil Procedure 23. The wide, clear and simple communication of the April 20 deadline is essential to preserve and protect the rights of potential claimants in Limitation, especially since many of them are unrepresented by individual counsel and may be concerned or confused regarding whether or how the Court's Short-Form Joinder procedure and April 20 Monition deadline might relate to or differ from claims, deadlines or other procedures within BP's Gulf Coast Claims Facility. The PSC believes that all communication with persons under the Court's jurisdiction, (especially as it relates to procedural rights and deadlines), should be clear, accurate, and utilize plain language, consistent with the standards annunciated by the Federal Judicial Center in its "Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide" (available on Class Action Notices page of fjc.gov).[2] The PSC is striving to fulfill these standards, and is working with experienced notice experts and providers in drafting the notice content and developing the notice plan, the supporting "800" number and website, and systems to facilitate short form filing.[3] We are open to constructive suggestions, and recognize that it is the Court that must be satisfied with our efforts to implement and facilitate claimant participation in the procedures established in PTOs 24 and 25. We are especially mindful that to succeed, the notice program must commence quickly, in light of the deadline, and in light of the many communications we receive daily from claimants and counsel, which underscore the need for the program. The Court-approved notice language will be translated into Vietnamese and Spanish, and we are working with community leaders to determine additional languages and to assure dissemination of notice to these communities; having the maximum lead time will best assure effectiveness.

We greatly appreciate the Court's time and consideration in this matter.

Respectfully submitted,

   /s/ James Parkerson Roy                                 /s/ Stephen J. Herman
James Parkerson Roy, Esq.                             Stephen J. Herman, Esq.
*Plaintiffs Liaison Counsel*                                *Plaintiffs Liaison Counsel*

cc: Honorable Carl J. Barbier
     Defense Liaison Counsel
     Mike Underhill, Esq.
     Attorney General Luther Strange

---

[2] While what the plaintiffs are seeking is not technically "class notice", it is nevertheless *consistent with* the principles of Rule 23(d), (and the parties' collective recent briefing regarding the Plaintiffs' Motion to Supervise *Ex Parte* Communications), which strives to ensure that communications comport with the Rules of Professional Conduct and are otherwise clear, accurate, non-confusing, and non-misleading.

[3] The PSC has retained and is consulting with respected notice experts and claims administrators Kathy Kinsella and Rust Consulting on the Direct Filing Short Form program.

**30-second TV spot**

A federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012.

To preserve your right to recover money and other damages from Transocean, you must file a claim form by April 20, 2011.

This is separate from the claims process in BP's Gulf Coast Claims Facility.

To participate you must file a claim form by April 20, 2011.  Call 1-877-497-5926 or visit OilSpillCourtCase.com.

(73)

**60-second Radio spot**

This is a Court authorized notice. A federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012.

To preserve your right to recover money and other damages from Transocean, you must take action by April 20, 2011.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you can participate.

You need to file a claim form to participate. There is no filing fee and a lawyer is not required to file the claim form.

This is separate from the claims process in BP's Gulf Coast Claims Facility. Filing a claim form will not prevent you from recovering money through BP's claims facility.

To participate you must file a claim form by April 20, 2011.

For forms and information, call 1-877-497-5926 or visit OilSpillCourtCase.com.

 (145)

**30-second TV spot**

A federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012.

To preserve your right to recover money and other damages from Transocean, you must file a simple form by April 20, 2011.

This is separate from the claims process in BP's Gulf Coast Claims Facility.

To participate you must file a simple form by April 20, 2011. Call 1-877-497-5926 or visit OilSpillCourtCase.com.

(73)

**60-second Radio spot**

This is a Court authorized notice. A federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012.

To preserve your right to recover money and other damages from Transocean, you must take action by April 20, 2011.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you can participate.

You need to file a simple form to participate. There is no filing fee and a lawyer is not required to file the simple form.

This is separate from the claims process in BP's Gulf Coast Claims Facility. Filing a simple form will not prevent you from recovering money through BP's claims facility.

To participate you must file a simple form by April 20, 2011.

For forms and information, call 1-877-497-5926 or visit OilSpillCourtCase.com.

 (145)