**Court Authorized Notice**
**Deepwater Horizon Oil Spill Lawsuit**

# To Protect Your Right to Recover Money and Other Damages Against Transocean, *You Must File by April 20, 2011*.

A New Orleans federal court is overseeing litigation against companies involved in the oil spill. A trial will be held in February 2012. The trial will decide whether Transocean, the owner of the Deepwater Horizon rig, can limit what it pays claimants under Maritime law. To preserve your ability to recover money and other damages against Transocean and include your claim in this trial you must take action by **April 20, 2011**.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you can participate.

### File a Simple Form to Preserve Your Rights

You need to file an answer and claim by **April 20, 2011** in order to preserve your right to recover against Transocean. The Court has simplified the process to file your claim against Transocean. The Court has approved a Direct Filing Short Form. You can get the Short Form by calling 1-877-497-5926 or visiting the websites listed below. Filing this Short Form will also join you in the master lawsuit that has been filed against BP and the other defendants. Even if you decide not to use the Short Form you still need to file an answer and claim by **April 20, 2011**.

### There is No Filing Fee

There is no filing fee and a lawyer is not required to file the Short Form. For help filing the Short Form, you can call 1-877-497-5926 or visit www.OilSpillCourtCase.com. However, if you would like advice regarding your legal rights or about filing this Short Form, you must contact a lawyer.

### You Can Continue to File Claims with BP's Gulf Coast Claims Facility ("GCCF")

The federal lawsuit is separate from the claims process in BP's GCCF. You can participate in the federal lawsuit even if you already filed a claim with BP's GCCF. Filing the Short Form will not prevent you from recovering money through BP's GCCF.

There may be other requirements you have to fulfill to proceed with a lawsuit against BP and the other defendants. If you have questions, you should consult a lawyer. For more information and answers to frequently asked question visit www.OilSpillCourtCase.com or call 1-877-497-5926.

**Get More Information:**
**1-877-497-5926    www.OilSpillCourtCase.com**
**www.laed.uscourts.gov/OilSpill/Forms/Forms.htm**