UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br>*Case No. 10-4536-CJB-SS* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## FIRST AMENDED ORDER

**[Regarding motion of Sierra Club, Inc. to intervene (Rec. Doc. 1115]**

IT IS ORDERED that: (1) the motion of the Sierra Club, Inc. to intervene (Rec. Doc. 1115) is RESET for hearing (**no oral argument**) on **Wednesday, March 16, 2011**, on briefs; (2) any opposition shall be submitted by **Monday, February 28, 2011**; (3) Sierra Club's reply shall be submitted by **Monday, March 14, 2011**; (4) it may submit a combined reply brief of thirty (30) pages; and (5) its motion to extend deadline for its reply brief (Rec. doc. 1309) is GRANTED.

New Orleans, Louisiana, this 18th day of February, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**