UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 10-01156 - ROSHTO | * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Consent Motion to Dismiss Weatherford International, Ltd., filed in Roshto v. Transocean Ltd, et al, No. 10-01156,

**IT IS ORDERED** that the motion is GRANTED and that Weatherford International, Ltd., is dismissed without prejudice.

New Orleans, Louisiana this 17th day of February, 2011.

_____
United States District Judge