UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br>MEMBER CASE: 10-1156<br><br>SECTION: J(1) |

**ORDER**

Before the Court is Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1020)** in member case 10-1156, Roshto et al. v. Transocean, Ltd. et al.

In light of the Court's Order granting a Consent Motion to Dismiss Weatherford International, Ltd. in member case 10-1156 (Rec. Doc. 1315),

**IT IS ORDERED** that Defendant Weatherford International, Ltd.'s **Motion to Dismiss for Lack of Jurisdiction and for Insufficiency of Process and Service of Complaint (Rec. Doc. 1020)** is hereby **DENIED** as **MOOT**.

New Orleans, Louisiana this 18th day of February, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1