UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 CIVIL ACTION NO. 10-2771 |
| IN re the COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | § § | MAGISTRATE JUDGE SHUSHAN |

## EXHIBIT "A" TO PETITIONERS' RULE 14(c) THIRD-PARTY COMPLAINT

| *No.* | *Claim* | *Date of Claim* | *Doc. No.* |
|---|---|---|---|
| 1 | Answer and Claims of Joshua Kritzer, Nickalus Watson, William P. Johnson, Heath Lambert, Coby Richard, Dustin Johnson, Brett Guillory, Stenson Roarke, Denise Arnold, Mother of Shane Roshto, Jacquelyn Duncan, Cathleena Willis, Frank Ireland, Darren Costello, Carl Taylor, and Rhonda Burkeen, Individually, and as Personal Representative for the Estate of Aaron Dale Burkeen and on Behalf of All Heirs (Including AB and TB (Minor Children), and as Personal Representative for her Minor Son, TB) | 5/24/10 | 49/ 50 |
| 2 | Notice of Claims and Objection and Original Answer by Vietnamese Fishermen | 5/25/10 | 57/58 |
| 3 | Answer (and Claims) of Billy Coon | 6/1/10 | 71/ 72 |
| 4 | Claim and Objections and Original Answer of Monica Montagnet, et al | 6/3/10 | 108 |
| 5 | Claims of Bill Francis, Tyrone Benton, Carlos Ramos, and L.D. Manuel and Geneva B. Manuel, in their Individual Capacity as Surviving Parents of Blair Manuel | 6/4/10 | 110/111 |
| 6 | Answer and Claims of Michael W. Burrell, | 6/23/10 | 147 |

1

56816:10034199

| No. | Claim | Date of Claim | Doc. No. |
|---|---|---|---|
|  | Mathew Davis, Robert Hearn, Brad Jones, Dennis Dewayne Martinez, Eugene Dewayne Moss, Samuel Wade Pigg, Micah Joseph Sandell, Stephen Davis, and Christopher Ryan Haire |  |  |
| 7 | Claims of Elton Johnson | 7/6/10 | 173/174 |
| 8 | Answer and Claim of Shane Faulk | 7/20/10 | 186 |
| 9 | Answer and Claims of Oleander Benton and Gregory Luke Meche | 7/20/10 | 187 |
| 10 | Answer and Claim of Lance John | 7/26/10 | 189 |
| 11 | Claims of Claimant Allen Seriale | 8/2/10 | 193/194 |
| 12 | Answer and Claims of Heber Morales | 9/16/10 | 211 |
| 13 | Answer and Claims of Natalie Roshto | 9/17/10 | 216 |
| 14 | Answer and Claims of Clay Whittinghill | 9/17/10 | 217 |
| 15 | Answer and Claim of Michael Williams | 9/17/10 | 219 |
| 16 | Karl W. Rhodes' Answer to and Claims in the Complaint for Exoneration From or Limitation of Liability and Claim | 9/22/10 | 221 |
| 17 | Answer and Claim of Michelle M. Jones | 10/6/10 | 225 |
| 18 | Floyd Claimants' Claims and Answers to Petition for Exoneration from and/or Limitation of Liability | 10/6/10 | 226 |
| 19 | Answer, Defenses, and Notice of Claim filed on behalf of Chadwick Murray | 10/6/10 | 227 |
| 20 | Answer and Claims of Charles C. Elmer, Lena T. Nunez, Darryl Eckert, Frederick Bass, Rodney Neumeyer, Jr., and Michael Hayes | 10/14/10 | 228/229 |
| 21 | Answer and Claim of Phillip Lynch | 10/28/10 | 230 |
| 22 | Claim and Answer of Rambling Cajun, LLC, Old Frenchman, Inc. and Ramblin Man, Inc. to Petition | 10/29/10 | 234 |

| *No.* | *Claim* | *Date of Claim* | *Doc. No.* |
|---|---|---|---|
|  | for Exoneration from or Limitation of Liability |  |  |
| 23 | Answer and Claims of Doug Crawford | 10/29/10 | 231 |
| 24 | Claim and Answer of Lafourche Clipper, Inc to Petition for Exoneration from or Limitation of Liability | 10/29/10 | 235 |
| 25 | Answer to Complaint and Petition for Exoneration or Limitation of Liability and Claim of Darleen Jacobs Levy Plaintiffs | 10/29/10 11/19/10 | 233/240 |
| 26 | Claim and Answer of SeaBright Insurance Company to Petition for Exoneration from or Limitation of Liability | 11/15/10 | 238 |
| 27 | Answer to Complaint and Petition for Exoneration or Limitation of Liability and Claim by David and Sharon Waddell, William and Beverly Jay, Richard and Thelma Lambert, Ronald Ruiz, James R. Mitchell, Joseph and Linda Galliano, Sr., and Ronald Rizzuto | 11/19/10 | 241 |
| 28 | Answer and Claim of Benji LaCroix to the Complaint and Petition for Exoneration from or Limitation of Liability | 11/24/10 | 242 |
| 29 | Charbonnet Respondents' Answer to Complaint and Petition for Exoneration or Limitation of Liability and Claim | 11/24/10 | 243 |
| 30 | Master Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al for Exoneration from or Limitation of Liability, Master Claim in Limitation [No. 10-2771], and Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) [B1 Bundle] | 12/15/10 | 244 |
| 31 | Answer and Claims of Patrick Morgan, Virginia Stevens, and Leo Lidner | 12/21/10 | 245 |
| 32 | Answer to Complaint and Petition For Exoneration or Limitation of Liability and Claim of Alvin Thompson et al. | 01/28/11 | 248 |

56816:10034199

| *No.* | *Claim* | *Date of Claim* | *Doc. No.* |
|---|---|---|---|
| 33 | First Amended Master Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al for Exoneration from or Limitation of Liability (Rule 9(h)), First Amended Master Claim in Limitation (No. 10-2771) (Rule 9(h)), and First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 (CMO No. 1) Section III(B1) (B1 Bundle") re #879 Complaint in MDL 10-2179 for Non-Governmental Economic Losses ("B1 Bundle" filed by plaintiffs) | 02/09/11 | 249 |
| 34 | Answer and Claims of Kenneth Roberts | 02/10/11 | 250 |

56816:10034199