UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 CIVIL ACTION NO. 10-2771 |
| IN re the COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § | SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | § § | MAGISTRATE JUDGE SHUSHAN |

**EXHIBIT "B" TO PETITIONERS' RULE 14(c) THIRD-PARTY COMPLAINT**

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:10-cv-08888-CJB-SS

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" SHORT-FORM JOINDERS
Assigned to: Judge Carl Barbier
Referred to: Magistrate Judge Sally Shushan
Related Cases: 2:10-md-02179-CJB-SS
                2:10-cv-02771-CJB-SS
Cause: 00:0000 Cause Code Unknown

Date Filed: 12/31/2010
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Interested Party**

**Interested Party**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2011 | 1 | PRE-TRIAL ORDER #24: [Deeming Short-Form Joinders to be filed within the MDL and Limitation] To facilitate efficient & effective management & prosecution of coordinated actions herein, the Clerk of Court has created: a. Civil Action no. 10-8888 for the sole purpose of filing the Claim in Limitation/Short Claim Forms ("Short-Form Joinder"). b. A separate page on the MDL website: http://www.laed.uscourts.gov/OilSpill/OilSpill.htm entitled FORMS, which provides necessary forms for all claimants. Instructions and Deadlines regarding filing Short-Form Joinders are as set forth in this Order. Signed by Judge Carl Barbier on 1/12/11. (Reference: MDL 10-2179, 10-2771 & 10-8888)(sek, ) (Entered: 01/12/2011)(sek, ) (Entered: 01/12/2011) |
| 01/12/2011 | 2 | MASTER COMPLAINT B1 Bundle.(sek, ) (Entered: 01/12/2011) |
| 01/12/2011 | 3 | MASTER COMPLAINT B3 Bundle.(sek, ) (Entered: 01/12/2011) |
| 01/12/2011 | 4 | PRETRIAL ORDER NO. 25 - Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints. Signed by Judge Carl Barbier. (Attachments: # 1 Exhibit 1 - Bundle A Cases, # 2 Exhibit 2 - Bundle B Cases, # 3 Exhibit 3 - Short-Form Joinder, # 4 Exhibit 4- Amended PPF)(sek, ) . (Entered: 01/13/2011) |
| 01/18/2011 | 5 | Short-Form Joinder of Karl W. Rhodes, 7251.(Kennedy, Richard) (Entered: 01/18/2011) |
| 01/18/2011 | 6 | Short-Form Joinder of Zeke's Landing Marina, LLC, 4541.(Miller, J.) (Entered: 01/18/2011) |
| 01/19/2011 | 7 | Short-Form Joinder of B-boy Productions, Inc., 0915.(Miller, J.) (Entered: 01/19/2011) |
| 01/19/2011 | 8 | Short-Form Joinder of Leytham Photography, LLC dba Rae Leytham Photography, LLC, 1728.(Miller, J.) (Entered: 01/19/2011) |
| 01/20/2011 | 9 | Short-Form Joinder of Kirby Joseph Rivere, 6215.(Miller, J.) (Entered: 01/20/2011) |

| | | |
|---|---|---|
| 01/20/2011 | 10 | Short-Form Joinder of Ben Berges, 9320.(Miller, J.) (Entered: 01/20/2011) |
| 01/20/2011 | 11 | Short-Form Joinder of Bookit.com, Inc., 2044.(Tomlinson, John) (Entered: 01/20/2011) |
| 01/21/2011 | 12 | Short-Form Joinder of Tiffany Boley Brady, 9411.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 13 | Short-Form Joinder of David Lam, 0616.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 14 | Short-Form Joinder of Daphne Nelson, 1451.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 15 | Short-Form Joinder of Ricky Nelson, 9839.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 16 | Short-Form Joinder of Susan Chadwick, 1528.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 17 | Short-Form Joinder of Richard Cooper, 5355.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 18 | Short-Form Joinder of Paradise Services, LLC, 1826.(Miller, J.) (Entered: 01/21/2011) |
| 01/21/2011 | 19 | Short-Form Joinder of Gulf Breeze Hospitality, LLC, 1826.(Miller, J.) (Entered: 01/21/2011) |
| 01/24/2011 | 20 | Short-Form Joinder of Hydro Carbon Flow Specialist, Inc., 8987.(Sterbcow, Paul) (Entered: 01/24/2011) |
| 01/24/2011 | 21 | Short-Form Joinder of Spirits Acquisition dba Oak Hills Golf and Country Club, 2872.(Miller, J.) (Entered: 01/24/2011) |
| 01/31/2011 | 22 | Short-Form Joinder of Anna Coker, 6582.(Miller, J.) (Entered: 01/31/2011) |
| 01/31/2011 | 23 | Short-Form Joinder of John Glass, 2146.(Miller, J.) (Entered: 01/31/2011) |
| 01/31/2011 | 24 | Short-Form Joinder of Harbour House Crabs, 1562.(Miller, J.) (Entered: 01/31/2011) |
| 01/31/2011 | 25 | Short-Form Joinder of Fete Weddings & Events, 7995.(Miller, J.) (Entered: 01/31/2011) |
| 01/31/2011 | 26 | Short-Form Joinder of Pinchers, 8458.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 27 | Short-Form Joinder of Fresh Catch of the Day, 7286.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 28 | Short-Form Joinder of Adventure Sports II, Inc., 5569.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 29 | Short-Form Joinder of Cortlandt's Restaurant, LLC, 3852.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 30 | Short-Form Joinder of Bama Seafood Restaurant, Inc. dba The Fish Market Restaurant, Inc., 9259.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 31 | Short-Form Joinder of The Fish Market Restaurant of Gadsden, Inc., 3833.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 32 | Short-Form Joinder of Cotton Bayou Marina, Inc., 2935.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 33 | Short-Form Joinder of Mobile Fixture & Equipment Company, Inc., 5387.(Jones, Rhon) (Entered: 01/31/2011) |

| | | |
|---|---|---|
| 01/31/2011 | 34 | Short-Form Joinder of Provisions, 2131.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 35 | Short-Form Joinder of Southern Skin Divers Supply, Inc., 9042.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 36 | Short-Form Joinder of What's UR Point, LLC, 0329.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 37 | Short-Form Joinder of Carl Martens, 6674.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 38 | Short-Form Joinder of Dennis Variali, 8226.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 39 | Short-Form Joinder of John Bates, 3391.(Jones, Rhon) (Entered: 01/31/2011) |
| 01/31/2011 | 40 | Short-Form Joinder of Mark Stephens, 0721.(Jones, Rhon) (Entered: 01/31/2011) |
| 02/01/2011 | 41 | Short-Form Joinder of Automatic Power, Inc., 7523.(Tomlinson, John) (Entered: 02/01/2011) |
| 02/01/2011 | 42 | Short-Form Joinder of Moore Brothers Fresh Market, LLC, 8598.(Tomlinson, John) (Entered: 02/01/2011) |
| 02/01/2011 | 43 | Short-Form Joinder of Karma Tattoo, 0758 by Matt McClellan.(Tomlinson, John) Modified text on 2/2/2011 (sek, ). (Entered: 02/01/2011) |
| 02/01/2011 | 44 | Short-Form Joinder of Karma Tattoo, 0758 by Scottilynn McClellan.(Tomlinson, John) Modified text on 2/2/2011 (sek, ). (Entered: 02/01/2011) |
| 02/02/2011 | 45 | Short-Form Joinder of It's A Shore Thing, Inc., 0036.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 46 | Short-Form Joinder of Palmetto Creek, Inc., 9804.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 47 | Short-Form Joinder of Healing Word Ministries dba TLC Kids Care, 2975.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 48 | Short-Form Joinder of Salvadore Gendusa III, 8662.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 49 | Short-Form Joinder of David Croce, 5086.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 50 | Short-Form Joinder of Elegant Beginnings, Inc., 5058.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 51 | Short-Form Joinder of Tony Solomon, 2897.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 52 | Short-Form Joinder of Dewey Blaylock, 7909.(Miller, J.) (Entered: 02/02/2011) |
| 02/02/2011 | 53 | Short-Form Joinder of Dennis Balentine, 8619.(Miller, J.) (Entered: 02/02/2011) |
| 02/03/2011 | 54 | Short-Form Joinder of Drakos Holding Corporation, 1140.(Tomlinson, John) (Entered: 02/03/2011) |
| 02/03/2011 | 55 | Short-Form Joinder of Sawyer Properties, LLC dba Captains Galley Seafood Restaurant, 1552.(Tomlinson, John) (Entered: 02/03/2011) |
| 02/03/2011 | 56 | Short-Form Joinder of King Neptune Steamed Seafood & Deep Water Saloon, Inc., 9167.(Tomlinson, John) (Entered: 02/03/2011) |
| 02/03/2011 | 57 | Short-Form Joinder of Bret Joines, 2495.(Miller, J.) (Entered: 02/03/2011) |

| | | |
|---|---|---|
| 02/03/2011 | 58 | Short-Form Joinder of Southeast Straw, Inc., 4624.(Miller, J.) (Entered: 02/03/2011) |
| 02/04/2011 | 59 | Short-Form Joinder of Worldwide Interiors, LLC, 7587.(Miller, J.) (Entered: 02/04/2011) |
| 02/04/2011 | 60 | Short-Form Joinder of Gulf Coast Construction, 7909.(Tomlinson, John) (Entered: 02/04/2011) |
| 02/04/2011 | 61 | Short-Form Joinder of WCA Restaurant, Inc., 9751.(Tomlinson, John) (Entered: 02/04/2011) |
| 02/04/2011 | 62 | Short-Form Joinder of Plaza Vea, Inc. dba Margaritas Mexican Restaurant, 4126. (Tomlinson, John) (Entered: 02/04/2011) |
| 02/04/2011 | 63 | Short-Form Joinder of WCAR Investments, Inc. dba Las Cazuelas Cocina, 7515. (Tomlinson, John) (Entered: 02/04/2011) |
| 02/07/2011 | 64 | Short-Form Joinder of Ross Buck, 9910.(Miller, J.) (Entered: 02/07/2011) |
| 02/07/2011 | 65 | Short-Form Joinder of Angela Zenon, 7142.(Miller, J.) (Entered: 02/07/2011) |
| 02/07/2011 | 66 | Short-Form Joinder of CJK Fab & Consulting, 8391.(Tomlinson, John) (Entered: 02/07/2011) |
| 02/08/2011 | 67 | Short-Form Joinder of John Davidson Commercial Fishing, Inc., 8244.(Miller, J.) (Entered: 02/08/2011) |
| 02/08/2011 | 68 | Short-Form Joinder of Parramore, Inc. d/b/a Our Mother Commercial Shrimper, 2997.(Miller, J.) (Entered: 02/08/2011) |
| 02/08/2011 | 69 | Short-Form Joinder of Jane Brantley Byers, 1817.(Miller, J.) (Entered: 02/08/2011) |
| 02/08/2011 | 70 | Short-Form Joinder of Loucas Michael Vesoulis, 4988.(Miller, J.) (Entered: 02/08/2011) |
| 02/08/2011 | 71 | Short-Form Joinder of Elizabeth D Falke, 3559.(Miller, J.) (Entered: 02/08/2011) |
| 02/08/2011 | 72 | Short-Form Joinder of James Glenn Braasch, 2819.(Miller, J.) (Entered: 02/08/2011) |
| 02/09/2011 | 73 | Short-Form Joinder of Christopher Lloyd Kelley, 6282.(Miller, J.) (Entered: 02/09/2011) |
| 02/09/2011 | 74 | Short-Form Joinder of Jordan Rebecca Kea, 7093.(Miller, J.) (Entered: 02/09/2011) |
| 02/09/2011 | 75 | Short-Form Joinder of David C Williams, 0868.(Miller, J.) (Entered: 02/09/2011) |
| 02/09/2011 | 76 | Short-Form Joinder of Deano's Backyard BBQ, LLC dba Spanish Fort BBQ, Co., 5812.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 77 | Short-Form Joinder of Bella Terra, LLC, 1056.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 78 | Short-Form Joinder of Hacienda De Queretaro, Inc., 4240.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 79 | Short-Form Joinder of RFA Mexican Restaurant, Inc., 8109.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 80 | Short-Form Joinder of Hacienda De Jalisco, Inc., 9143.(Tomlinson, John) (Entered: 02/09/2011) |

| | | |
|---|---|---|
| 02/09/2011 | 81 | Short-Form Joinder of Lloyd Lesinger, 1310.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 82 | First Amended Master Answer to Complaint & Petition of Triton Asset Leasing GmbH, et al for Exoneration From or Limitation of Liability (Rule 9(h)); First Amended Master Claim in Limitation (10-2771)(Rule 9(h)) & First Amended Master Complaint, Cross-Claim, & 3rd-Party Complaint for Private Economic Losses in Accordance with PTO #11 (CMO #1), Section III(B1) (B1 Bundle) re #879 Complaint in MDL 10-1279 for Non-Governmental Economic Losses ("B1 Bundle") filed by plaintiffs.(Reference: B1 Bundle Cases; No.10-2771)(sek, ) (Entered: 02/09/2011) |
| 02/09/2011 | 83 | Short-Form Joinder of J&S Construction, LLC, 1676.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 84 | Short-Form Joinder of McAllister Construction, LLC, 9997.(Tomlinson, John) (Entered: 02/09/2011) |
| 02/09/2011 | 85 | Short-Form Joinder of P&A Specialty Rentlas, LLC a/k/a Hot Tap Tools, LLC, 0237. (Sterbcow, Paul) (Entered: 02/09/2011) |
| 02/10/2011 | 86 | Short-Form Joinder of Robert L Burgess, 9337.(Miller, J.) (Entered: 02/10/2011) |
| 02/10/2011 | 87 | Short-Form Joinder of Steve L Pitts, 3366.(Miller, J.) (Entered: 02/10/2011) |
| 02/10/2011 | 88 | Short-Form Joinder of Gregory P Werhan, 0827.(Miller, J.) (Entered: 02/10/2011) |
| 02/11/2011 | 89 | Short-Form Joinder of Balkcom Construction Company, L.L.C., 1806.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 90 | Short-Form Joinder of Elston & Lee Enterprises, Inc. dba Bryant's Seafood, 7067. (Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 91 | Short-Form Joinder of The Bartrick Co., dba The Blind Mule, 5918.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 92 | Short-Form Joinder of Panama City Weddings, 7649.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 93 | Short-Form Joinder of Timothy E Adams, 2870.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 94 | Short-Form Joinder of James R Rodriguez, 3257.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 95 | Short-Form Joinder of Benjamin P Walsh, 2918.(Miller, J.) (Entered: 02/11/2011) |
| 02/11/2011 | 96 | Short-Form Joinder of Vincent Joseph Scott Jr, 7834 re Vacation Rentals, 15100 Emerald Coast Parkway #402, Destin, FL, 32541.(sek, ) (Entered: 02/14/2011) |
| 02/11/2011 | 97 | Short-Form Joinder of Vincent Joseph Scott Jr, 7834 re Vacation Rental Condo, 420 Indian Bayou Trail, Unit 2815, Destin, FL, 32541.(sek, ) (Entered: 02/14/2011) |
| 02/17/2011 | 98 | Short-Form Joinder of Jagdish Bhagvan, 5229.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 99 | Short-Form Joinder of Jeannie Beattie, 9200.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 100 | Short-Form Joinder of Ravindra Bhakta, 1247.(Gunn, William) (Entered: 02/17/2011) |

| | | |
|---|---|---|
| 02/17/2011 | 101 | Short-Form Joinder of Rob Littleton Construction Co., 6226.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 102 | Short-Form Joinder of Ravindra Bhakta, 7987.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 103 | Short-Form Joinder of Take Out Taxi of LA, LLC, 8538.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 104 | Short-Form Joinder of Ravindra Bhakta, 9211.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 105 | Short-Form Joinder of Bongiorno Italian Restaurant, Inc., 3664.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 106 | Short-Form Joinder of Sanjiv Bhakta, 5337.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 107 | Short-Form Joinder of Zeb's Seafood and Chicken, LLC, 6646.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 108 | Short-Form Joinder of Sanjiv Bhakta, 4551.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 109 | Short-Form Joinder of Bernie Burkholder, 2005.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 110 | Short-Form Joinder of Superior LLC dba City Grill, 8687.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 111 | Short-Form Joinder of Yucateco, Inc., 8203.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 112 | Short-Form Joinder of Wes Campbell, 8313.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 113 | Short-Form Joinder of Sunset Coastal Grill, LLC, 6677.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 114 | Short-Form Joinder of Amratbhai Bhakta, 8657.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 115 | Short-Form Joinder of Robert Arena, 4076.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 116 | Short-Form Joinder of Anil Bhakta, 3111.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 117 | Short-Form Joinder of Erma J Bell, 5859.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 118 | Short-Form Joinder of Dilip Bhakta, 3626.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 119 | Short-Form Joinder of Lawrence Randolph Wright, 5740.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 120 | Short-Form Joinder of Shashikant Bhakta, 1636.(Gunn, William) (Entered: 02/17/2011) |
| 02/17/2011 | 121 | Short-Form Joinder of John M Byrne, 9499.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 122 | Short-Form Joinder of Michael Harbin, 9933.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 123 | Short-Form Joinder of Timothy Baker, 4115.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 124 | Short-Form Joinder of Robert Durham, 5379.(Miller, J.) (Entered: 02/17/2011) |
| 02/17/2011 | 125 | Short-Form Joinder of Bernie Burkholder, 1072.(Gunn, William) (Entered: |

|              |     |                                                                                              |
|--------------|-----|----------------------------------------------------------------------------------------------|
|              |     | 02/17/2011)                                                                                  |
| 02/17/2011   | 126 | Short-Form Joinder of Stephen C. Myers, DMD, 8673.(Miller, J.) (Entered: 02/17/2011)         |
| 02/17/2011   | 127 | Short-Form Joinder of Ernest LeBlanc, 5988.(Miller, J.) (Entered: 02/17/2011)                |
| 02/17/2011   | 128 | Short-Form Joinder of SCK Trucking & General Construction, 7849.(Miller, J.) (Entered: 02/17/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/18/2011 09:07:49 | | | |
| **PACER Login:** | rr0051 | **Client Code:** | 56816 |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cv-08888-CJB-SS |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |