## Himmelhoch, Sarah (ENRD)

**From:** Brian Barr [BBarr@levinlaw.com]
**Sent:** Friday, February 18, 2011 10:53 AM
**To:** Himmelhoch, Sarah (ENRD)
**Subject:** Re: Deepwater Horizon: United States Proposed Order Relating to Samples

Correct.

---

**From**: Himmelhoch, Sarah (ENRD)
**To**: Brian Barr
**Sent**: Fri Feb 18 09:48:06 2011
**Subject**: RE: Deepwater Horizon: United States Proposed Order Relating to Samples
I'm being picky I know, but just want to make sure, I can represent Plaintiffs do not oppose the motion, correct?

---

**From:** Brian Barr [mailto:BBarr@levinlaw.com]
**Sent:** Friday, February 18, 2011 10:50 AM
**To:** Himmelhoch, Sarah (ENRD)
**Subject:** Re: Deepwater Horizon: United States Proposed Order Relating to Samples

Understood. Thank you for your cooperation on this.
By the way, Robin Greenwald told me to tell you hello.

---

**From**: Himmelhoch, Sarah (ENRD)
**To**: Brian Barr
**Sent**: Fri Feb 18 09:34:47 2011
**Subject**: RE: Deepwater Horizon: United States Proposed Order Relating to Samples
Okay.  We will remove them from the list.  We ask, however, that you continue to review them and advise of your position because, if the order is granted we will seek the parties' agreement to their disposal.

If we remove the 647 from the order appendix, may we represent that Plaintiffs do not oppose the motion?

---

**From:** Brian Barr [mailto:BBarr@levinlaw.com]
**Sent:** Friday, February 18, 2011 10:26 AM
**To:** Himmelhoch, Sarah (ENRD)
**Subject:** Re: Deepwater Horizon: United States Proposed Order Relating to Samples

We are at where we were yesterday. Still going through the 647.

---

**From**: Himmelhoch, Sarah (ENRD)
**To**: Brian Barr
**Sent**: Fri Feb 18 09:22:14 2011
**Subject**: RE: Deepwater Horizon: United States Proposed Order Relating to Samples
Please advise where the Plaintiffs stand.  Thank you in advance.

---

**From:** Brian Barr [mailto:BBarr@levinlaw.com]
**Sent:** Thursday, February 17, 2011 2:43 PM

**To:** Himmelhoch, Sarah (ENRD)
**Subject:** RE: Deepwater Horizon: United States Proposed Order Relating to Samples

Sarah:
We are in agreement as to the order with the exception of the attached 647. If we can remove these, we can finalize. I will continue to work through these but I need to have another meeting before I can make a final decision on them.

> -----Original Message-----
> **From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
> **Sent:** Tuesday, February 15, 2011 5:57 PM
> **To:** Brian Barr
> **Subject:** RE: Deepwater Horizon: United States Proposed Order Relating to Samples
>
> Thank you. We WILL wait to file until we have learned Plaintiffs position or until Friday, whichever is earlier. Thank you for your diligence on this and your cooperation.
>
> Sara Himmelhoch
>
> **From:** Brian Barr [mailto:BBarr@levinlaw.com]
> **Sent:** Tuesday, February 15, 2011 5:43 PM
> **To:** Himmelhoch, Sarah (ENRD)
> **Subject:** Re: Deepwater Horizon: United States Proposed Order Relating to Samples
>
> Sarah:
> I left you a message but didn't want you to file and haven't heard back. Right now, we don't agree with the order. I think we can work it out by tomorrow but there are 649 samples on the exhibit we are questioning.
>
> **From**: Himmelhoch, Sarah (ENRD)
> **To**: Brian Barr
> **Sent**: Tue Feb 15 15:39:50 2011
> **Subject**: RE: Deepwater Horizon: United States Proposed Order Relating to Samples
> Am on a conference call right now, will call as soon as it is done.
>
> **From:** Brian Barr [mailto:BBarr@levinlaw.com]
> **Sent:** Tuesday, February 15, 2011 4:39 PM
> **To:** Himmelhoch, Sarah (ENRD)
> **Subject:** Re: Deepwater Horizon: United States Proposed Order Relating to Samples
>
> Sarah:
> Call me when you can. (850) 572-2164.
>
> **From**: Himmelhoch, Sarah (ENRD)
> **To**: Himmelhoch, Sarah (ENRD) ; Beck, David J. ; Centralized Mailbox ; Godwin, Donald E. ; Haycraft, Don K. ; Kirby, Ky E. ; Kuchler, Deborah D. ; Lanagan, Andrew ; Lyle, Michael J. ; Miller, Kerry J. ; Wittman, Phillip A. ; Herman, Stephen J. ; Roy, James Parkerson ; Alabama -- Tambling, R. ; Florida -- Kent, Russell ; Louisiana -- Peterson, Lillie ; Louisiana -- Terrell, Megan ; Mississippi -- Wood, M. ; Texas -- Canaday, Nicholas
> **Cc**: Brian Barr; Hedgpeth, Tiffany ; Joseph Eisert
> **Sent**: Mon Feb 14 13:41:52 2011
> **Subject**: RE: Deepwater Horizon: United States Proposed Order Relating to Samples
> My most sincere apologies. I meant Region 6. I also attached the wrong version of the proposed order. The attached version contains only one change – the exclusion of all sediment samples.

Thank you for your patience.

Sarah Himmelhoch

---

**From:** Himmelhoch, Sarah (ENRD)
**Sent:** Monday, February 14, 2011 2:19 PM
**To:** 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas '
**Cc:** 'bbarr@levinlaw.com'; 'Hedgpeth, Tiffany'; 'Joseph Eisert'
**Subject:** Deepwater Horizon: United States Proposed Order Relating to Samples

Counsel –

As indicated in prior emails, I intend to file a motion for entry of a proposed order on disposition of samples tomorrow or shortly thereafter.  Attached is the final draft of the proposed order.  It has changed in the following ways from the order originally proposed:

(1)  At request of Plaintiffs Liason Counsel it applies only to the United States
(2)  We have adopted some of the language changes requested by BP
(3)  We are not proposing for immediate disposition any sediment, soil, or oil samples
(4)  We have limited the samples for immediate disposition to the Region IV samples, since that is where our most immediate budgetary problems arise
(5)  We have provided that any other samples may only be disposed of after consultation between the parties and, if necessary, motion to the Court for resolution of disputes

Please advise before 6 pm tomorrow (eastern) whether you object to the proposed order as attached so that we may accurately represent your positions on this proposed order in our motion.

I appreciate everyone's cooperation and attention to this matter.

Sarah D. Himmelhoch
202-514-0180
202-598-3339 (bb)
Sarah.himmelhoch@usdoj.gov