## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Don K Haycraft [dkhaycraft@liskow.com] |
| **Sent:** | Wednesday, February 16, 2011 2:08 PM |
| **To:** | Steve Herman; jimr@wrightroy.com; dsc2179 distribution list; Underhill, Mike (CIV); lstrange@ago.state.al.us; cmaze@ago.state.al.us; Robert Gasaway; Joseph Eisert; David Grassmick; R. Keith Jarrett; mlundy@lundylawllp.com |
| **Cc:** | Himmelhoch, Sarah (ENRD) |
| **Subject:** | MDL 2179 - Samples Motion |

Counsel,

This email is in reference to Sarah Himmelhoch's emails and draft motion/order regarding sample preservation/disposal. BP does not object to the federal government's motion for entry of an order allowing the government to dispose of certain of its physical sample materials, provided that BP is allowed to do the same.  To that end, BP intends to file a motion for entry of an order that mirrors the language of the draft proposed order circulated by the federal government, and it intends to do so upon the government's filing of its motion.  Accordingly, please advise before Thursday, 5 PM CST, if you object to BP's motion for entry of such an order.

Don


**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com



**New Orleans | Lafayette | Houston**

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com


**Liskow & Lewis, A Professional Law Corporation.** This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.