## Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Hedgpeth, Tiffany [tiffany.hedgpeth@bingham.com] |
| **Sent:** | Monday, February 14, 2011 7:53 PM |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Kirby, Ky E.; Deb Kuchler |
| **Subject:** | RE: US's Proposed Order To Dispose of Samples |

Yes.

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Monday, February 14, 2011 4:53 PM
**To:** Hedgpeth, Tiffany
**Cc:** Kirby, Ky E.; Deb Kuchler
**Subject:** RE: US's Proposed Order To Dispose of Samples

Can I represent that Anadarko/Moex does not oppose the motion?

---

**From:** Hedgpeth, Tiffany [mailto:tiffany.hedgpeth@bingham.com]
**Sent:** Monday, February 14, 2011 7:52 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Kirby, Ky E.; 'Deb Kuchler'
**Subject:** RE: US's Proposed Order To Dispose of Samples

Thanks!

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Monday, February 14, 2011 4:44 PM
**To:** Hedgpeth, Tiffany
**Subject:** RE: US's Proposed Order To Dispose of Samples

I have deleted the four samples you identified in your first table. As to your second table, they are all air samples (the first tab in the Region 6 excel spreadsheet).

---

**From:** Hedgpeth, Tiffany [mailto:tiffany.hedgpeth@bingham.com]
**Sent:** Monday, February 14, 2011 7:35 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Kirby, Ky E.; 'Deb Kuchler'
**Subject:** US's Proposed Order To Dispose of Samples

Hi Sarah. The language in the proposed order you sent earlier today looks fine for Anadarko and MOEX. However, in reviewing the attachment to the proposed order that lists the various samples that the US proposes to destroy, we had a few concerns. The 2558 samples that we show in the attached table are okay for disposal. However, it appears the following 4 samples are tar and weathered oil and should be retained.

| q_disposal_matches | |
|---|---|
| **Field Sample ID Number** | **Matrix** |
| T003-0001-100515-OD-1 | Weathered Oil |
| T003-0002-100515-MU-1 | Weathered Oil |

1

| q_disposal_matches | |
|---|---|
| Field Sample ID Number | Matrix |
| T003-0003-100515-MU-1 | Weathered Oil |
| T003-0004-100515-TAR-1 | Tar |

Additionally, we could not match the following 167 samples with other records to determine the "sample matrix" (i.e., is it sediment, soil, water, waste etc).  Please let us know the nature of  the below identified samples.

Thanks!

| q_disposal_matches | |
|---|---|
| Field Sample ID Number | Matrix |
| V00-20100505-1200-B | |
| V00-20100506-1200-B | |
| V00-20100507-1200-B | |
| V00-20100508-1200-B | |
| V00-20100509-1200-B | |
| V00-20100510-1200-B | |
| V00-20100512-1200-B | |
| C00201005131813-F | |
| V00-20100513-1200-B | |
| C00-20100514-1825-B | |
| V00-20100514-1200-B | |
| C00-20100515-1547-B | |
| V00-20100515-1200-B | |
| C00-20100516-1509-B | |
| V00-20100516-1200-B | |
| C00-20100517-1552-B | |
| C00-20100517-1553-B | |
| V00-20100517-1200-B | |
| V00-20100518-1200-B | |
| C00-20100519-1531-B | |
| V00-20100519-1200-B | |
| C00-20100520-1535-B | |
| V00-20100520-1200-B | |
| V00-20100521-1200-B | |
| V00-20100522-1200-B | |
| V00-20100523-1200-B | |
| V00-20100524-1200-B | |
| V00-20100524-0000-B | |
| V00-20100525-1200-B | |
| V00-20100526-1200-B | |
| V00-20100527-1200-B | |
| V00-20100528-1200-B | |

| q_disposal_matches ||
|---|---|
| Field Sample ID Number | Matrix |
| V00-20100529-1200-B | |
| V00-20100530-1200-B | |
| V00-20100531-1200-B | |
| V00-20100601-1200-B | |
| V00-20100602-1200-B | |
| V00-20100603-1200-B | |
| V00-20100604-1200-B | |
| C00-20100606-1550-B | |
| V00-20100605-1200-B | |
| GI00-20100608-1340-B | |
| V00-20100607-1200-B | |
| C00-20100609-1545-B | |
| V00-20100609-1200-B | |
| GI00-20100611-1255-B | |
| V00-20100610-1200-B | |
| V00-20100611-1200-B | |
| V00-20100612-1200-B | |
| C00-20100614-1630-B | |
| V00-20100613-1200-B | |
| V00-20100614-1200-B | |
| C00-20100615-1545-B | |
| GI05-20100616-0820-B | |
| V00-20100615-1200-B | |
| V00-20100616-1200-B | |
| V00-20100617-1200-B | |
| V00-20100618-1200-B | |
| V00-20100619-1200-B | |
| V00-20100620-1200-B | |
| C00-20100621-1654-B | |
| V00-20100621-1200-B | |
| V00-20100622-1200-B | |
| C00-20100624-1600-B | |
| V00-20100623-1200-B | |
| V00-20100624-1200-B | |
| V00-20100625-1200-B | |
| C00-20100627-1700-B | |
| V00-20100626-1200-B | |
| V00-20100627-1200-B | |
| V00-20100628-1200-B | |

| q_disposal_matches | |
|---|---|
| Field Sample ID Number | Matrix |
| V00-20100629-1200-B | |
| C00-20100630-1600-B | |
| V00-20100630-1200-B | |
| GI00-20100702-0741-B | |
| V00-20100701-1200-B | |
| C05-20100702-1125-F | |
| V00-20100702-1200-B | |
| V02-20100702-0810-D | |
| V00-20100703-1200-B | |
| C00-20100704-1042-B | |
| V00-20100704-1200-B | |
| V00-20100705-1200-B | |
| GI08-20100707-0820-B | |
| V00-20100706-1200-B | |
| C00-20100707-0856-B | |
| V00-20100707-1200-B | |
| V00-20100708-1200-B | |
| V02-20100708-0810-D | |
| V00-20100709-1200-B | |
| C00-20100710-1000-B | |
| V00-20100710-1200-B | |
| V00-20100711-1200-B | |
| GI09-20100713-0956-B | |
| V00-20100712-1200-B | |
| C00-20100713-1000-B | |
| V00-20100713-1200-B | |
| V00-20100714-1200-B | |
| V02-20100714-0810-D | |
| V00-20100715-1200-B | |
| C00-20100716-1000-B | |
| V00-20100716-1200-B | |
| GI09-20100717-0911-B | |
| V00-20100717-1200-B | |
| V00-20100718-1200-B | |
| C00-20100719-1000-B | |
| V00-20100719-1200-B | |
| V00-20100720-1200-B | |
| V02-20100720-0810-PD | |
| GI08-20100722-0755-B | |

| q_disposal_matches | |
|---|---|
| **Field Sample ID Number** | **Matrix** |
| V00-20100721-1200-B | |
| C00-20100722-1000-B | |
| V00-20100722-1200-B | |
| V00-20100723-1200-B | |
| V06-20100723-1000-PD | |
| C00-20100726-1000-B | |
| V00-20100726-1200-B | |
| V06-20100726-0925-PD | |
| GI05-20100728-0742-B | |
| V00-20100727-1200-B | |
| C00-20100728-1000-B | |
| V00-20100728-1200-B | |
| V00-20100729-1200-B | |
| V06-20100729-0935-PD | |
| GI00-20100730-0915-B | |
| V00-20100730-1200-B | |
| C00-20100731-1000-B | |
| V00-20100731-1200-B | |
| C00-20100802-1000-B | |
| C02-20100802-0651-P | |
| C04-20100802-0830-P | |
| C05-20100802-0729-P | |
| V00-20100801-1200-B | |
| V00-20100802-1200-B | |
| GI00-20100804-0920-B | |
| V00-20100803-1200-B | |
| V00-20100804-1200-B | |
| V00-20100805-1200-B | |
| C00-20100806-1000-B | |
| V00-20100806-1200-B | |
| GI00-20100808-0815-B | |
| V00-20100807-1200-B | |
| V00-20100808-1200-B | |
| C00-20100809-1000-B | |
| V00-20100809-1200-B | |
| V00-20100810-1200-B | |
| V06-20100810-0925-PD | |
| V00-20100811-1200-B | |
| C00-20100812-1000-B | |

| q_disposal_matches | |
|---|---|
| Field Sample ID Number | Matrix |
| V00-20100813-1200-B | |
| V06-20100813-0925-PD | |
| GI05-20100814-0750-B | |
| V00-20100814-1200-B | |
| C00-20100815-1000-B | |
| V00-20100815-1200-B | |
| V00-20100816-1200-B | |
| GI00-20100818-0944-B | |
| V00-20100817-1200-B | |
| C00-20100818-1000-B | |
| V00-20100818-1200-B | |
| V00-20100819-1200-B | |
| GI00-20100820-0722-B | |
| V00-20100820-1200-B | |

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.