# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Wednesday, January 05, 2011 8:34 PM |
| **To:** | Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Herman, Stephen J.; Roy, James Parkerson |
| **Cc:** | Mariani, Tom (ENRD); Underhill, Mike (CIV); O'Rourke, Steve (ENRD); 'MWOOD@ago.state.ms.us'; 'terrellm@ag.state.la.us'; 'RTambling@ago.state.al.us'; 'russell.kent@myfloridalegal.com'; 'Nicholas.Canaday@oag.state.tx.us' |
| **Subject:** | ENV_ENFORCEMENT-#1843120-v1-Deepwater_Horizon_Preservation_Order_on_Samples_External_Draft.DOC |
| **Attachments:** | ENV_ENFORCEMENT-#1843120-v1-Deepwater_Horizon_Preservation_Order_on_Samples_External_Draft.DOC |

Counsel –

As we discussed during the negotiations related to what is now Pretrial Order 22, the United States is very interested in obtaining an order permitting the disposal of samples that have passed their maximum holding time. As explained in the declaration of Nancy Jones attached to our motion for the preservation order, the preservation of these materials is very costly to the United States (Region 6 alone estimated the costs at thousands of dollars a month). Moreover, the preservation of these materials will not aid any party, because the samples have exceeded the time in which meaningful scientific analyses can be performed. For those reasons, I attach a proposed order addressing the handling of these samples.

Because the costs are mounting and our funding sources are narrowing, we would like to move the Court for this order on January 18, 2011. Therefore, please contact me on or before January 12, 2011 to let me know whether you object to the order and, if you do, whether we could make any changes to would remove your objections.

Thank you in advance for your consideration on this matter.

Sincerely,

Sarah Himmelhoch
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington DC 20044-7611
202-514-0180
202-514-3998 (bb)
Sarah.himmelhoch@usdoj.gov