# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Thursday, February 03, 2011 4:55 PM |
| **To:** | 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas ' |
| **Cc:** | O'Rourke, Steve (ENRD); Underhill, Mike (CIV); Mariani, Tom (ENRD); Poux, Joseph (ENRD) |
| **Subject:** | Deepwater Horizon: United States' Disposition of Certain Samples |
| **Attachments:** | NOAA sample_disposal_summary_2-1-11 final.docx; ENV_ENFORCEMENT-#1863143-v1-Deepwater_Horizon_Preservation_Sampling_Order_Motion_Ex__1.DOC |

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| 'Beck, David J.' | | |
| 'Centralized Mailbox' | | |
| 'Godwin, Donald E.' | | |
| 'Haycraft, Don K.' | | |
| 'Kirby, Ky E.' | | |
| 'Kuchler, Deborah D.' | | |
| 'Lanagan, Andrew' | | |
| 'Lyle, Michael J.' | | |
| 'Miller, Kerry J.' | | |
| 'Wittman, Phillip A.' | | |
| 'Herman, Stephen J.' | | |
| 'Roy, James Parkerson' | | |
| 'Alabama -- Tambling, R.' | | |
| 'Florida -- Kent, Russell' | | |
| 'Louisiana -- Peterson, Lillie' | | |
| 'Louisiana -- Terrell, Megan' | | |
| 'Mississippi -- Wood, M.' | | |
| 'Texas -- Canaday, Nicholas ' | | |
| O'Rourke, Steve (ENRD) | Delivered: 2/3/2011 4:55 PM | Read: 2/3/2011 5:04 PM |
| Underhill, Mike (CIV) | Delivered: 2/3/2011 4:56 PM | |
| Mariani, Tom (ENRD) | Delivered: 2/3/2011 4:55 PM | Read: 2/3/2011 7:44 PM |
| Poux, Joseph (ENRD) | Delivered: 2/3/2011 4:56 PM | |

Counsel –

As you may recall, I have previously proposed an order permitting the parties to dispose of samples after their sample retention dates – defined as the date after which chemical analysis of the samples would no longer be considered valid. I received a number of objections and comments on the proposed order. One of the comments was that the parties needed to know what samples would be disposed of pursuant to such an order. In response to that comment, attached to emails following this one are the sample lists and to the extent available other information for EPA Region 4, EPA Region 6, and USGS. The NOAA list is attached to this email. This is the information that can reasonably be assembled on these samples without undue expense. The results of the sampling analysis for the NOAA samples, to the extent any was done, are posted on the agency websites once QA/QC is completed.

As we reported in our motion for the order that became PTO 22, some of the United States contractors disposed of samples that had passed their retention date. You will see that some of the samples that were disposed of are identified on Region 6's list.

I had originally proposed an order that would apply to all parties. Given the various concerns and objections that have been raised, however, I have concluded that we cannot reach agreement on an order that applies to all parties in any reasonable time. Therefore, attached is a draft proposed order that limits application only to the United States.

Please review these documents and advise:

(1) Whether you object to entry of the proposed order;
(2) If you object, whether the party you represent is willing to take custody of the samples and bear the responsibility (and cost) of preservation of these samples going forward.

Due to budget constraints and the costs of continued storage, the United States intends to make a motion seeking permission from the Court to dispose of these samples on or before February 15, 2011. Therefore, we would appreciate your statement of whether you object to the proposed motion on or before February 14, 2011.

Thank you in advance for your continued consideration of our proposal.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)