# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Thursday, February 17, 2011 4:51 PM |
| **To:** | 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas ' |
| **Subject:** | Deepwater Horizon:  Advisory Regarding Error Relating to Two Plankton Samples |

Through simple oversight, two zooplankton samples currently under custody at LSU did not receive the preservative required for such samples of biota and consequently, are rotting in their containers.  These are two out of a very large number of plankton samples collected for biological evaluation of the abundance and species composition of plankton communities inhabiting the Gulf waters at the time of collection. Assessment of these two unpreserved samples is no longer possible due to decomposition.  The samples have been moved to a freezer to keep them from further decomposing.  (Further decomposition could pose a hazard to the workers at the lab).

The United States will soon seek the parties' agreement to dispose of these two unpreserved zooplankton samples for disposal. They were collected on January 24, 2011 aboard the Nick Skansi vessel, under the MOCNESS Winter 2011 Plankton Sampling Cruise. Sample ID numbers are as follows: NS8-B0124-B252N-MOC-N7; NS8-B0128-B175N-MOC-N8.

This email is also a reminder that the United States plans to file its motion for disposal of samples tomorrow morning and a request that any party that has objections to that motion please advise at your earliest convenience but no later than 10 am tomorrow morning (eastern time).

Thank you in advance for your cooperation.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)