UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>This Document Relates to All Cases | )<br>)<br>)<br>) | MDL No. 2179<br>Section J<br>Judge Barbier<br>Magistrate Judge Shushan |

## DECLARATION OF NANCY JONES

I, **Nancy Jones**, do state and declare, **under penalty of perjury, in accord with 28 U.S.C. 1746**, the following to be true and accurate to the best of my personal knowledge:

1. I, Nancy Jones, am an employee of the U.S. Environmental Protection Agency ("EPA"), Region 6, in Dallas, Texas. I have been continuously employed with the EPA since June, 1998, as an On-Scene Coordinator ("OSC") with the Response and Prevention Branch, Superfund Division, performing various assignments, duties and responsibilities pursuant to the Clean Water Act ("CWA"), as amended by the Oil Pollution Act ("OPA"), the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") and the National Contingency Plan ("NCP"), 40 C.F.R. Part 300. Prior to that, I was employed with the EPA since April, 1995, as a Resource Conservation and Recovery Act ("RCRA") Inspector/Enforcement Officer. With respect to my educational background, I earned a bachelor's degree in Government with a minor in Biology from the University of Texas in December, 1991 and a bachelor's degree in Emergency Administration and Planning from University of North Texas in December, 1992.

2. As an OSC with the EPA, I direct and coordinate response efforts, including emergency response, of oil spills and discharges into navigable waters, threats of oil spills and discharges into navigable waters, releases or threats of releases of hazardous substances into the environment, proper disposal of debris and material resulting from removal responses, sampling and monitoring and ensuring preservation of samples and monitoring results from response actions, to name a few. Part of these duties include contracting and coordinating with EPA and private laboratories in charge of receiving and analyzing sampling and monitoring activities of soil, air and liquids. Coordination involves the funding of the laboratory activities and ensuring quality assurance and quality control ("QA/QC") and chain of custody policies and practices in these efforts.

3. I have been assigned as one of the OSCs to assist the U.S. Coast Guard in the Deepwater Horizon oil spill response pursuant to the National Contingency Plan. My duties in that regard include the contracting and coordination with certain laboratories to receive and analyze samples collected during the response. The coordination involves the preservation of samples collected and analyzed in accordance with QA/QC policies and practices.

4. I prepared the attached list of samples collected as part of the oil spill response from EPA records. It accurately reflects the samples that are past their holding time and ready for disposal. The EPA records from which I obtained this list are stored electronically in the EPA Scribe database. Scribe is a software tool developed by EPA's Environmental Response Team to assist in the process of managing environmental data. It electronically captures sampling and monitoring data, including field data, and analytical lab result data. As part of EPA's standard operating procedures EPA manages and stores the sampling, monitoring and analytical lab result data from EPA's response efforts in the Deepwater Horizon oil spill. Using sample collection dates as a query, I worked with EPA contractors to search through, identify and retrieve from Scribe the attached list of samples.

Executed this 15th day of February, 2011, in Dallas, Texas,

Nancy Jones

**Laboratory Name: U.S. Geological Survey, Columbia Environmental Research Center, Marine Ecotoxicology Research Station, Texas A&M University, Corpus Christie, Texas. 6300 Ocean Drive, Natural Resources Center, Suite 3200, Corpus Christie, TX 784**
**Samples for disposal: Deepwater Horizon bottom material samples - analyses of pore-water toxicity**

| Sample ID | Site ID | Date Collected | Sample type | Sample Volume (ml) | Retention Date | Reason for proposed Disposal | Date of proposed Disposal | Analysis Results |
|---|---|---|---|---|---|---|---|---|
| FL-1 | 302144086581200 | 5/11/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-2 | 302258086263400 | 5/11/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-3 | 301926086091800 | 5/12/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-4 | 300729085400900 | 5/12/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-5 | 294645085243000 | 5/13/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 Rep 1 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 Rep 2 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-7 | 300427084105000 | 5/18/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-8 | 290740063031200 | 5/18/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-9 | 295425042412600 | 5/19/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-10 | 273728082441800 | 5/17/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 (Rep 1) | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 (Rep 2) | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-12 | 255609081440700 | 5/21/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-13 | 251329081101100 | 5/22/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-14 | 243737082522500 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-15 | 254002080092000 | 6/1/10 | sediment | 500 | 6/3/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 (Rep 1) | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 (Rep 2) | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-17 | 264921680021700 | 5/27/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-18 | 244345081000600 | 5/24/10 | sediment | 500 | 5/27/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-19 | 265722080045400 | 6/16/10 | sediment | 500 | 6/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-20 | 265722080045500 | 6/16/10 | sediment | 500 | 6/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-21 | 243902081332700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-21 (Rep 1) | 243902081332700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-22 | 243703081323700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-23 | 243700081322300 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-24 | 273605082454900 | 6/14/10 | sediment | 500 | 6/17/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-25 | 300223085260800 | 6/10/10 | sediment | 500 | 6/17/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-26 | 244325081351500 | 7/7/10 | sediment | 500 | 7/9/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| | | | | | | | | |
| AL-1 | 301338088193500 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 Rep 1 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 Rep 2 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-3 | 301329088044000 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-4 | 301329088003100 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-5 | 301349087541600 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-6 | 301428087434900 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-7 | 301608087345400 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-8 | 301353087561600 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-9 | 301343087520200 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-10 | 301341087495200 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| | | | | | | | | |
| LA-22 | 294432090083100 | 5/14/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 Rep 1 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 Rep 2 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-24 | 292046090254500 | 5/18/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-25 | 293808092460200 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LA-26 | 291507090551800 | 5/17/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-28 | 293424091321600 | 5/13/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-29 | 294324089432500 | 5/18/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-30 | 294108089234500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 Rep 1 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 Rep 2 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-32 | 291914089105500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-33 | 293518089364300 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-34 | 300907089144500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-35 | 285951089085600 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-36 | 285615089235600 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-37 | 301309089044700 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-38 | 301227088252000 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-39 | 301358088533300 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-40 | 301425088440600 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-41 | 301321088353300 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-42 | 301208088253600 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-43 | 301858089141000 | | | | | | |
| MS-44 | 302336088535800 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 (Rep 1) | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 (Rep 2) | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-46 | 294456093394801 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-47 | 294057093572301 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-48 | 295542093521701 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-49 | 293324094220601 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-50 | 393429094332101 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 (Rep 1) | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 (Rep 2) | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-52 | 294408094501101 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-53 | 292318094430901 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-54 | 292923709454401 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-55 | 291251094571401 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-56 | 290512095063101 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-1 | 302144086581200 | 5/11/10 | porewater | 200 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-2 | 302258086263400 | 5/11/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-3 | 301926086091800 | 5/12/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-4 | 300729085400900 | 5/12/10 | porewater | 130 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-5 | 294645085243000 | 5/13/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 | 294152084460300 | 5/13/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 Rep 1 | 294152084460300 | 5/13/10 | porewater | 130 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 Rep 2 | 294152084460300 | 5/13/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-7 | 300427084105000 | 5/18/10 | porewater | 100 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-9 | 295425042412600 | 5/19/10 | porewater | 170 | 5/21/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-10 | 273728082441800 | 5/17/10 | porewater | 170 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-12 | 255609081440700 | 5/21/10 | porewater | 200 | 5/26/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-15 | 254002080092000 | 6/1/10 | porewater | 250 | 6/3/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 | 260434080065400 | 5/26/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 (Rep 1) | 260434080065400 | 5/26/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 (Rep 2) | 260434080065400 | 5/26/10 | porewater | 240 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-17 | 264921680021700 | 5/27/10 | porewater | 230 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL-18 | 244345081000600 | 5/24/10 | porewater | 42 | 5/27/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-21 | 243902081332700 | 6/9/10 | porewater | 180 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-21 (Rep 1) | 243902081332700 | 6/9/10 | porewater | 230 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-22 | 243703081323700 | 6/9/10 | porewater | 150 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-23 | 243700081322300 | 6/9/10 | porewater | 160 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-25 | 300223085260800 | 6/10/10 | porewater | 140 | 6/17/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| AL-1 | 301338088193500 | 5/8/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 | 301448088110300 | 5/9/10 | porewater | 140 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 Rep 1 | 301448088110300 | 5/9/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 Rep 2 | 301448088110300 | 5/9/10 | porewater | 200 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-3 | 301329088044000 | 5/9/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-4 | 301329088003100 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-5 | 301349087541600 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-6 | 301428087434900 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-7 | 301608087345400 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-8 | 301353087561600 | 5/24/10 | porewater | 240 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-9 | 301343087520200 | 5/24/10 | porewater | 160 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-10 | 301341087495200 | 5/24/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| LA-30 | 294108089234500 | 5/7/10 | porewater | 120 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 | 291537089570100 | 5/10/10 | porewater | 120 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 Rep 1 | 291537089570100 | 5/10/10 | porewater | 43 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 Rep 2 | 291537089570100 | 5/10/10 | porewater | 100 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-32 | 291914089105500 | 5/7/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-33 | 293518089364300 | 5/7/10 | porewater | 150 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-34 | 300907089144500 | 5/7/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-35 | 285951089085600 | 5/7/10 | porewater | 150 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-36 | 285615089235600 | 5/7/10 | porewater | 160 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| MS-37 | 301309089044700 | 5/7/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-38 | 301227088252000 | 5/7/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-39 | 301358088533300 | 5/7/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-40 | 301425088440600 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-41 | 301321088353300 | 5/8/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-42 | 301208088253600 | 5/8/10 | porewater | 190 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-44 | 302336088535800 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 | 302034088325200 | 5/8/10 | porewater | 120 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 (Rep 1) | 302034088325200 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 (Rep 2) | 302034088325200 | 5/8/10 | porewater | 110 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| TX-46 | 294456093394801 | 5/10/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-47 | 294057093572301 | 5/10/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-48 | 295542093521701 | 5/10/10 | porewater | 45 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-49 | 293324094220601 | 5/10/10 | porewater | 160 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-50 | 393429094332101 | 5/10/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 | 291815094461001 | 5/10/10 | porewater | 190 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 (Rep 1) | 291815094461001 | 5/10/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 (Rep 2) | 291815094461001 | 5/10/10 | porewater | 140 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-53 | 292318094430901 | 5/11/10 | porewater | 200 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-54 | 292923709454401 | 5/11/10 | porewater | 160 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-55 | 291251094571401 | 5/11/10 | porewater | 180 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-56 | 290512095063101 | 5/11/10 | porewater | 190 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |

**POSTIMPACT SAMPLES**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FL-1 | 302144086582100 | 10/04/10 | sediment | 2000 | 10/06/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-2 | 302258086263400 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-3 | 301926086091800 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-4 | 300729085440900 | 10/11/10 | sediment | 3000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-5 | 294645085243000 | 10/13/10 | sediment | 3000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-6 | 294152084460300 | 10/06/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-7 | 300427084105000 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-25 | 300223085260800 | 10/12/10 | sediment | 3000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-1 | 301338088193500 | 10/13/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-2 | 301448088110300 | 10/07/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-3 | 30132908804400 | 10/06/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-4 | 301329088003000 | 10/12/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-5 | 301349087541600 | 10/13/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-6 | 301428087434900 | 10/14/10 | sediment | 3000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-7 | 301608087345400 | 10/14/10 | sediment | 3000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-8 | 301353087561600 | 10/13/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-9 | 301343087520200 | 10/14/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-10 | 301341087495200 | 10/14/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-22 | 294432090083100 | 10/13/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-23 | 294406091511300 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-24 | 292046090254500 | 10/12/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-25 | 293808092460200 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-26 | 291507090551800 | 10/08/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-28 | 293424091321600 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-29 | 294324089432500 | 10/13/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-30 | 294108089234500 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-31 | 291537089570100 | 10/14/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-32 | 291914089105500 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-33 | 293518089364300 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-34 | 300907089144500 | 10/11/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-35 | 285951089085600 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-36 | 285615089235600 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| Bay Jimmy | 292708089521400 | 08/23/10 | sediment | 2000 | 08/26/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-37 | 301309089044700 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-38 | 301227088582000 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-39 | 301358088533300 | 10/11/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-40 | 301425088440600 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-41 | 301321088353300 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-42 | 301208088253600 | 10/13/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-43 | 301858089141000 | 10/08/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-44 | 302336088535800 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-45 | 302034088325200 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-46 | 294456093394801 | 10/06/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-47 | 294057093572301 | 10/12/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-49 | 293324094220601 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-51 | 291815094461001 | 10/14/10 | sediment | 12000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-53 | 292318094430901 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-55 | 291251094571401 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-56 | 290512095063101 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-1 | 302144086582100 | 10/04/10 | pore water | 135 | 10/06/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-2 | 302258086263400 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FL-3 | 301926086091800 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-4 | 300729085440900 | 10/11/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-5 | 294645085243000 | 10/13/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-6 | 294152084460300 | 10/06/10 | pore water | 150 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-7 | 300427084105000 | 10/07/10 | pore water | 150 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-25 | 300223085260800 | 10/12/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-1 | 301338088193500 | 10/13/10 | pore water | 300 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-2 | 301448088110300 | 10/07/10 | pore water | 80 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-3 | 30132908804400 | 10/06/10 | pore water | 145 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-4 | 301329088003000 | 10/12/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-5 | 301349087541600 | 10/13/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-6 | 301428087434900 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-7 | 301608087345400 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-8 | 301353087561600 | 10/13/10 | pore water | 250 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-9 | 301343087520200 | 10/14/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-10 | 301341087495200 | 10/14/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-22 | 294432090083100 | 10/13/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-23 | 294406091511300 | 10/05/10 | pore water | 300 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-28 | 293424091321600 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-30 | 294108089234500 | 10/12/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-32 | 291914089105500 | 10/07/10 | pore water | 300 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-34 | 300907089144500 | 10/11/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-37 | 301309089044700 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-38 | 301227088582000 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-40 | 301425088440600 | 10/12/10 | pore water | 300 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-41 | 301321088353300 | 10/12/10 | pore water | 300 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-42 | 301208088253600 | 10/13/10 | pore water | 280 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-43 | 301858089141000 | 10/08/10 | pore water | 250 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-44 | 302336088535800 | 10/07/10 | pore water | 250 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-45 | 302034088325200 | 10/14/10 | pore water | 300 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-46 | 294456093394801 | 10/06/10 | pore water | 200 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-47 | 294057093572301 | 10/12/10 | pore water | 150 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-51 | 291815094461001 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-55 | 291251094571401 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |