UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) | MDL NO. 2179 |
| Plaintiff, | ) ) | SECTION J |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF THE INTERIOR, | ) ) | JUDGE BARBIER MAG JUDGE SHUSHAN |
| Defendant. | ) ) | |

DECLARATION OF DONNA N. MYERS

I, Donna N. Myers, hereby declare as follows:

1.  I am the Chief of the Office of Water Quality at the U.S. Geological Survey (USGS), United States Department of the Interior.   In that capacity, I oversee the preservation by USGS of scientific samples related the Deepwater Horizon oil spill response activities.

2.  Scientists at the USGS collected water, soil, organism and biological tissue samples in support of the investigation and analysis of the Deepwater Horizon oil spill.

3.  The Deepwater Horizon-related samples are stored in USGS laboratories in Corpus Christi, Texas; Denver and Boulder, Colorado; Reston, Virginia; Menlo Park, California; Gainesville and St. Petersburg, Florida; Columbia, Missouri; Norcrosse, Georgia; Baton Rouge and Lafayette, Louisiana; as well as several contract laboratories.

4.   Some of the samples are frozen and some are refrigerated.   Unfrozen samples have a maximum holding time of 180 days or less and frozen samples have a maximum holding time of one year.

5.   Currently, about one-third of the Deepwater Horizon-related samples in the laboratories are expired.

6.   Continuing to preserve the expired samples is a burden to USGS because many of our refrigerators and freezers are at full capacity.   As a result, we will have to buy or rent additional refrigerator and freezer space to accommodate any new samples.

7.   In formulating its current operating budget, USGS did not anticipate buying or renting additional refrigerator or freezer space.   Indeed, due to budget constraints USGS is in the process of closing the lab in Corpus Christi where Deepwater Horizon-related samples are currently being stored.   In addition, I have been contacted by three other USGS laboratories expressing concerns about available refrigerator and freezer space.

8.   Attached hereto is a spreadsheet that reflects the samples proposed for disposal at the USGS laboratory in Corpus Christi, Texas.

9.   All of the information set forth in this declaration is based upon my personal knowledge or upon information furnished to me in my official capacity.

In accordance with 28 U.S.C. ' 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed February 15, 2011.

Donna N. Myers

Laboratory Name: U.S. Geological Survey, Columbia Environmental Research Center, Marine Ecotoxicology Research Station, Texas A&M University, Corpus Christie, Texas. 6300 Ocean Drive, Natural Resources Center, Suite 3200, Corpus Christie, TX 784

Samples for disposal: Deepwater Horizon bottom material samples - analyses of pore-water toxicity

| Sample ID | Site ID | Date Collected | Sample type | Sample Volume (ml) | Retention Date | Reason for proposed Disposal | Date of proposed Disposal | Analysis Results |
|---|---|---|---|---|---|---|---|---|
| FL-1 | 302144086581200 | 5/11/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-2 | 302258086263400 | 5/11/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-3 | 301926086091800 | 5/12/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-4 | 300729085400900 | 5/12/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-5 | 294645085243000 | 5/13/10 | sediment | 500 | 5/19/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 Rep 1 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-6 Rep 2 | 294152084460300 | 5/13/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-7 | 300427084105000 | 5/18/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-8 | 290740063031200 | 5/18/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-9 | 295425042412600 | 5/19/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-10 | 273728082441800 | 5/17/10 | sediment | 500 | 5/20/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 (Rep 1) | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-11 (Rep 2) | 263132082114000 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-12 | 255609081440700 | 5/21/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-13 | 251329081101100 | 5/22/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-14 | 243737082522500 | 5/20/10 | sediment | 500 | 5/26/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-15 | 254002080092000 | 6/1/10 | sediment | 500 | 6/3/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 (Rep 1) | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-16 (Rep 2) | 260434080065400 | 5/26/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-17 | 264921680021700 | 5/27/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-18 | 244345081000600 | 5/24/10 | sediment | 500 | 5/27/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-19 | 265722080045400 | 6/16/10 | sediment | 500 | 6/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-20 | 265722080045500 | 6/16/10 | sediment | 500 | 6/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-21 | 243902081332700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-21 (Rep 1) | 243902081332700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-22 | 243703081323700 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-23 | 243700081322300 | 6/9/10 | sediment | 500 | 6/12/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-24 | 273605082454900 | 6/14/10 | sediment | 500 | 6/17/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-25 | 300223085260800 | 6/10/10 | sediment | 500 | 6/17/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| FL-26 | 244325081351500 | 7/7/10 | sediment | 500 | 7/9/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-1 | 301338088193500 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 Rep 1 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-2 Rep 2 | 301448088110300 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-3 | 301329088044000 | 5/9/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-4 | 301329088003100 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-5 | 301349087541600 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-6 | 301428087434900 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-7 | 301608087345400 | 5/8/10 | sediment | 500 | 5/18/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-8 | 301353087561600 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-9 | 301343087520200 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| AL-10 | 301341087495200 | 5/24/10 | sediment | 500 | 5/29/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-22 | 294432090083100 | 5/14/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 Rep 1 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-23 Rep 2 | 294406091511300 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-24 | 292046090254500 | 5/18/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-25 | 293808092460200 | 5/13/10 | sediment | 500 | 5/21/2010 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LA-26 | 291507090551800 | 5/17/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-28 | 293424091321600 | 5/13/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-29 | 294324089432500 | 5/18/10 | sediment | 500 | 5/21/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-30 | 294108089234500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 Rep 1 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-31 Rep 2 | 291537089570100 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-32 | 291914089105500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-33 | 293518089364300 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-34 | 300907089144500 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-35 | 285951089085600 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| LA-36 | 285615089235600 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| | | | | | | | |
| MS-37 | 301309089044700 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-38 | 301227088252000 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-39 | 301358088533300 | 5/7/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-40 | 301425088440600 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-41 | 301321088353300 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-42 | 301208088253600 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-43 | 301858089141000 | | | | | | |
| MS-44 | 302336088535800 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 (Rep 1) | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| MS-45 (Rep 2) | 302034088325200 | 5/8/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| | | | | | | | |
| TX-46 | 294456093394801 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-47 | 294057093572301 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-48 | 295542093521701 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-49 | 293324094220601 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-50 | 393429094332101 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 (Rep 1) | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-51 (Rep 2) | 291815094461001 | 5/10/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-52 | 294408094501101 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-53 | 292318094430901 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-54 | 292923709454401 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-55 | 291251094571401 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| TX-56 | 290512095063101 | 5/11/10 | sediment | 500 | 5/18/2010 pore water extracted, holding time exceeded | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed, only extractions of porewater |
| | | | | | | | |
| FL-1 | 302144086581200 | 5/11/10 | porewater | 200 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-2 | 302258086263400 | 5/11/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-3 | 301926086091800 | 5/12/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-4 | 300729085400900 | 5/12/10 | porewater | 130 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-5 | 294645085243000 | 5/13/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 | 294152084460300 | 5/13/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 Rep 1 | 294152084460300 | 5/13/10 | porewater | 130 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-6 Rep 2 | 294152084460300 | 5/13/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-7 | 300427084105000 | 5/18/10 | porewater | 100 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-9 | 295425042412600 | 5/19/10 | porewater | 170 | 5/21/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-10 | 273728082441800 | 5/17/10 | porewater | 170 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-12 | 255609081440700 | 5/21/10 | porewater | 200 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-15 | 254002080092000 | 6/1/10 | porewater | 250 | 6/3/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 | 260434080065400 | 5/26/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 (Rep 1) | 260434080065400 | 5/26/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-16 (Rep 2) | 260434080065400 | 5/26/10 | porewater | 240 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-17 | 264921680021700 | 5/27/10 | porewater | 230 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FL-18 | 244345081000600 | 5/24/10 | porewater | 42 | 5/27/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-21 | 243902081332700 | 6/9/10 | porewater | 180 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-21 (Rep 1) | 243902081332700 | 6/9/10 | porewater | 230 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-22 | 243703081323700 | 6/9/10 | porewater | 150 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-23 | 243700081322300 | 6/9/10 | porewater | 160 | 6/14/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| FL-25 | 300223085260800 | 6/10/10 | porewater | 140 | 6/17/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| AL-1 | 301338088193500 | 5/8/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 | 301448088110300 | 5/9/10 | porewater | 140 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 Rep 1 | 301448088110300 | 5/9/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-2 Rep 2 | 301448088110300 | 5/9/10 | porewater | 200 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-3 | 301329088044000 | 5/9/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-4 | 301329088003100 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-5 | 301349087541600 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-6 | 301428087434900 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-7 | 301608087345400 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-8 | 301353087561600 | 5/24/10 | porewater | 240 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-9 | 301343087520200 | 5/24/10 | porewater | 160 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| AL-10 | 301341087495200 | 5/24/10 | porewater | 260 | 5/30/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| LA-30 | 294108089234500 | 5/7/10 | porewater | 120 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 | 291537089570100 | 5/10/10 | porewater | 120 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 Rep 1 | 291537089570100 | 5/10/10 | porewater | 43 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-31 Rep 2 | 291537089570100 | 5/10/10 | porewater | 100 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-32 | 291914089105500 | 5/7/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-33 | 293518089364300 | 5/7/10 | porewater | 150 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-34 | 300907089144500 | 5/7/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-35 | 285951089085600 | 5/7/10 | porewater | 150 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| LA-36 | 285615089235600 | 5/7/10 | porewater | 160 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| MS-37 | 301309089044700 | 5/7/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-38 | 301227088252000 | 5/7/10 | porewater | 200 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-39 | 301358088533300 | 5/8/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-40 | 301425088440600 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-41 | 301321088353300 | 5/8/10 | porewater | 180 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-42 | 301208088253600 | 5/8/10 | porewater | 190 | 5/18/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-44 | 302336088535800 | 5/8/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 | 302034088325200 | 5/8/10 | porewater | 120 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 (Rep 1) | 302034088325200 | 5/8/10 | porewater | 190 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| MS-45 (Rep 2) | 302034088325200 | 5/8/10 | porewater | 110 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| | | | | | | | |
| TX-46 | 294456093394801 | 5/10/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-47 | 294057093572301 | 5/10/10 | porewater | 120 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-48 | 295542093521701 | 5/10/10 | porewater | 45 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-49 | 293324094220601 | 5/10/10 | porewater | 160 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-50 | 393429094332101 | 5/10/10 | porewater | 150 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 | 291815094461001 | 5/10/10 | porewater | 190 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 (Rep 1) | 291815094461001 | 5/10/10 | porewater | 180 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-51 (Rep 2) | 291815094461001 | 5/10/10 | porewater | 140 | 5/19/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-53 | 292318094430901 | 5/11/10 | porewater | 200 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-54 | 292923709454401 | 5/11/10 | porewater | 160 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-55 | 291251094571401 | 5/11/10 | porewater | 180 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |
| TX-56 | 290512095063101 | 5/11/10 | porewater | 190 | 5/20/2010 did not meet QA/QC criteria | 5/1/2011 (Station closing 5/14/2011) | No Analysis performed due to not meeting QA/QC |

**POSTIMPACT SAMPLES**

| Station | ID | Date | Type | Value | Date2 | Note | Station Closing | Analysis |
|---|---|---|---|---|---|---|---|---|
| FL-1 | 302144086582100 | 10/04/10 | sediment | 2000 | 10/06/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-2 | 302258086263400 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-3 | 301926086091800 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-4 | 300729085440900 | 10/11/10 | sediment | 3000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-5 | 294645085243000 | 10/13/10 | sediment | 3000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-6 | 294152084460300 | 10/06/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-7 | 300427084105000 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-25 | 300223085260800 | 10/12/10 | sediment | 3000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-1 | 301338088193500 | 10/13/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-2 | 301448088110300 | 10/07/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-3 | 30132908804400 | 10/06/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-4 | 301329088003000 | 10/12/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-5 | 301349087541600 | 10/13/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-6 | 301428087434900 | 10/14/10 | sediment | 3000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-7 | 301608087345400 | 10/14/10 | sediment | 3000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-8 | 301353087561600 | 10/13/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-9 | 301343087520200 | 10/14/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| AL-10 | 301341087495200 | 10/14/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-22 | 294432090083100 | 10/13/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-23 | 294406091511300 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-24 | 292046090254500 | 10/12/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-25 | 293808092460200 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-26 | 291507090551800 | 10/08/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-28 | 293424091321600 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-29 | 294324089432500 | 10/13/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-30 | 294108089234500 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-31 | 291537089570100 | 10/14/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-32 | 291914089105500 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-33 | 293518089364300 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-34 | 300907089144500 | 10/11/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-35 | 285951089085600 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| LA-36 | 285615089235600 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| Bay Jimmy | 292708089521400 | 08/23/10 | sediment | 2000 | 08/26/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-37 | 301309089044700 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-38 | 301227088582000 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-39 | 301358088533300 | 10/11/10 | sediment | 2000 | 10/13/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-40 | 301425088440600 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-41 | 301321088353300 | 10/12/10 | sediment | 2000 | 10/14/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-42 | 301208088253600 | 10/13/10 | sediment | 2000 | 10/15/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-43 | 301858089141000 | 10/08/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-44 | 302336088535800 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| MS-45 | 302034088325200 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-46 | 294456093394801 | 10/06/10 | sediment | 2000 | 10/08/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-47 | 294057093572301 | 10/12/10 | sediment | 4000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-49 | 293324094220601 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-51 | 291815094461001 | 10/14/10 | sediment | 12000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-53 | 292318094430901 | 10/07/10 | sediment | 2000 | 10/09/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-55 | 291251094571401 | 10/14/10 | sediment | 2000 | 10/16/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| TX-56 | 290512095063101 | 10/05/10 | sediment | 2000 | 10/07/10 | pore water extracted, holding time exceeded | 5/1/2011 (Station closing  5/14/2011) | No Analysis performed on sediments only porewater extr |
| FL-1 | 302144086582100 | 10/04/10 | pore water | 135 | 10/06/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing  5/14/2011) | Results nontoxic |
| FL-2 | 302258086263400 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing  5/14/2011) | Results nontoxic |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FL-3 | 301926086091800 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-4 | 300729085440900 | 10/11/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-5 | 294645085243000 | 10/13/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-6 | 294152084460300 | 10/06/10 | pore water | 150 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-7 | 300427084105000 | 10/07/10 | pore water | 150 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| FL-25 | 300223085260800 | 10/12/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-1 | 301338088193500 | 10/13/10 | pore water | 300 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-2 | 301448088110300 | 10/07/10 | pore water | 80 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-3 | 30132908804400 | 10/06/10 | pore water | 145 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-4 | 301329088003000 | 10/12/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-5 | 301349087541600 | 10/13/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-6 | 301428087434900 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-7 | 301608087345400 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-8 | 301353087561600 | 10/13/10 | pore water | 250 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-9 | 301343087520200 | 10/14/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| AL-10 | 301341087495200 | 10/14/10 | pore water | 150 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-22 | 294432090083100 | 10/13/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-23 | 294406091511300 | 10/05/10 | pore water | 300 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-28 | 293424091321600 | 10/05/10 | pore water | 150 | 10/07/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-30 | 294108089234500 | 10/12/10 | pore water | 150 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-32 | 291914089105500 | 10/07/10 | pore water | 300 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| LA-34 | 300907089144500 | 10/11/10 | pore water | 300 | 10/13/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-37 | 301309089044700 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-38 | 301227088582000 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-40 | 301425088440600 | 10/12/10 | pore water | 300 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-41 | 301321088353300 | 10/12/10 | pore water | 300 | 10/14/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-42 | 301208088253600 | 10/13/10 | pore water | 280 | 10/15/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-43 | 301858089141000 | 10/08/10 | pore water | 250 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-44 | 302336088535800 | 10/07/10 | pore water | 250 | 10/09/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| MS-45 | 302034088325200 | 10/14/10 | pore water | 300 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-46 | 294456093394801 | 10/06/10 | pore water | 200 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-47 | 294057093572301 | 10/12/10 | pore water | 150 | 10/08/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-51 | 291815094461001 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |
| TX-55 | 291251094571401 | 10/14/10 | pore water | 150 | 10/16/10 | nontoxic, no further testing planned | 5/1/2011 (Station closing 5/14/2011) | Results nontoxic |