# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Thursday, January 27, 2011 12:51 PM |
| **To:** | 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; 'Herman, Stephen J.'; 'Roy, James Parkerson' |
| **Subject:** | Deepwater Horizon: Notice re Loss of Certain Potentially Relevant Information |

Counsel –

As you know, the United States is a co-Trustee of various marine resources that may have been damaged or injured by the oil spill that is the subject of these proceedings. There is currently a Natural Resource Damages Assessment (NRDA) underway that will help determine the extent of damage to these resources. It has recently come to our attention that an isolated number of samples from a NRDA study have been discarded.

The National Oceanic and Atmospheric Administration (NOAA), together with co-Trustees and with assistance from NOAA contractors, is carrying out a study to help determine the effect of the oil spill on oyster populations. This particular study calls for the collection of oyster spat on plates that are placed in crab traps on the sea floor. Because ocean currents sometimes carry away these crab traps and plates, the study has a built in backup for lost plates: there are two crab traps/plates placed at each collection location, so in case one plate is carried away by currents, there is still another plate which is collecting oyster spat. If neither plate has been carried away by currents, then the researchers select one of the plates for further analysis by flipping a coin.

We recently learned that the "backup" plate samples from no more than 70 collection locations (out of an eventual total of approximately 1600 collection locations) may have been disposed of after the coin flip determined that those plate samples would not be analyzed. Upon being apprised of this, our attorneys informed the researchers that disposing of the backup plate samples could constitute the destruction of potentially relevant information, and directed that the practice be stopped immediately. We have confirmed that the remaining backup plate samples will be collected and retained in accordance with our litigation hold and applicable court orders.

We have no knowledge at this time of any other samples or data that have been improperly disposed of or discarded by our scientific researchers. As a result of this incident, however, we are augmenting the litigation hold instructions that had previously been given to all researchers and contractors to ensure that potentially relevant information, including unanalyzed samples, are preserved consistent with all applicable court orders.

Please do not hesitate to contact me or Nat Chakeres at (202) 616-6537 if you have any questions or if you wish to discuss this matter further.


Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)