# Exhibit A

# Feb. 15 2011 Letter from Rep. Bonner to Ken Feinberg

JO BONNER
1ST DISTRICT, ALABAMA

ASSISTANT REPUBLICAN WHIP

REPUBLICAN STUDY COMMITTEE

SERVING BALDWIN, CLARKE,
ESCAMBIA, MOBILE, MONROE AND
WASHINGTON COUNTIES

# Congress of the United States
## House of Representatives
### Washington, DC 20515

ETHICS
CHAIRMAN

APPROPRIATIONS
SUBCOMMITTEES:
DEFENSE
COMMERCE, JUSTICE, SCIENCE
VICE CHAIRMAN
FINANCIAL SERVICES

ALAN C. SPENCER
CHIEF OF STAFF

February 15, 2011

Mr. Kenneth Feinberg
Administrator
Gulf Coast Claims Facility
PO Box 9658
Dublin, OH 43017

Dear Ken:

Thank you for your recent note dated January 31, 2011. Unfortunately, I have all but given up on any hope that you will ever become our Atticus Finch. I hope you enjoy the book regardless.

Just last week, Judge Barbier confirmed what so many others along the Gulf Coast have believed all along – that you are not independent of BP and that you represent their best interests, not ours. While this is most disappointing, it is not at all surprising. Perhaps this ruling was the impetus which prompted Louisiana, Mississippi, and Florida to finally speak out and make the same claims those of us in Alabama have been making for over 5 months now. You have commented on numerous occasions that Alabama is your "problem child," but it now appears the entire Gulf Coast is a problem for you.

Additionally, I read with interest Thomas Perrelli's most recent letter to you dated February 4, 2011. He specifically states, "OPA does not create categories of eligible and ineligible claimants," and "It is relevant to consider the nature of the economy from which the claim arises." Why is it that you and your team appear to be the only ones who do not clearly see the economic interdependence of each and every business in a tourism economy such as that along Alabama's coast? It is not rocket science, yet we continue to argue the point that there are individuals and businesses who are suffering because they have undoubtedly been damaged "as a result of" the oil spill, yet you have ruled them ineligible.

I found most interesting a comment by your public relations spokeswoman, Amy Weiss, who on February 4, was quoted in the *Press-Register* as saying, "No businesses are automatically ineligible, but they must document their losses." This statement is an outright lie, for we have email after email sent to our office by your people confirming there are ineligible industries. Jacqueline L. Gomes, senior project manager for The Garden City Group, stated, "*I can confirm that her [name redacted] employment with a title company was indeed recorded and reviewed as such. The ineligibility determination did take in to account her job and employer.*" Susan H. Puz, Senior Assistant General Counsel with The Garden City Group, stated in another email, "*Since Mr. Fienberg [sic] has stated to Congressman Bonner that title companies are ineligible for payment through the GCCF, I anticipate that the claim filed by this title company [name redacted] will be denied.*" From Cynthia in Jim

2236 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4931
FAX: (202) 225-0562
www.house.gov/bonner

11 NORTH WATER STREET, SUITE 15290
MOBILE, AL 36602
(251) 690-2811
FAX: (251) 690-2815
TOLL FREE: 1-800-288-USA1

1302 NORTH MCKENZIE STREET
FOLEY, AL 36535
(261) 943-2073
FAX: (251) 943-2093

Mr. Kenneth Feinberg
Page two

Walker's office, "*Our liaison Ken contacted her [name redacted] this morning and discussed her claim with her. Unfortunately, at this time, she falls into a non-compensable industry.*" And last but not least, and straight from the horse's mouth, you left a voicemail on my cell phone saying, "*Title companies are not eligible.*" For you to report to the media there are no businesses deemed automatically ineligible is absolutely insulting.

The most interesting statement I have heard this week is one by your own Alabama representative, Jim Walker. In discussing a claimant's ineligibility, he stated, "*she comes to the office dressed to the nines...lives in a house worth several hundred thousand dollars...and it's not like she's living out of her car.*" I am appalled by these statements and am extremely concerned your lead man on the ground in my district appears to believe claimants should be *destitute* before their claim will be approved. In addition, he stated this woman's son-in-law is a "*millionaire*" insinuating her family has the means to take care of her. It should not matter if this woman's son-in-law is a millionaire or a pauper — if *she* has a legitimate claim, then it should be paid. I am disgusted by the arrogance of these statements and disturbed by the self-described means test being used to determine payments, or lack thereof, to my constituents. Moreover, I hope you will inform Mr. Walker — who was paid by the hard-working taxpayers of Alabama for 8 years — that, given his current attitude, he is no longer welcome in my office.

In addition to the specific concerns outlined in the attached document, it is imperative the GCCF include information on how payments are calculated, and if a denial is rendered, a reason must be offered. Ken, how many times do we need to make this request? Also, there appears to be far too much discretionary reasoning on behalf of the GCCF team. Decisions continue to be rendered by individuals who seem to be unfamiliar with the dynamics of a tourism economy and who appear to know nothing about the geography of our area. The proposed guidelines are extremely vague and leave a great deal of room for arbitrary decision-making.

In the meeting my staff had with Bill Mulvey and Jim Walker, Mr. Mulvey stated the GCCF was adequately funded by BP, meaning a lack of funding was not the reason why claims were being denied. So, Ken, what is the incentive for continuing to underpay claims and denying entire industries that have been impacted negatively "as a result of" the oil spill?

All in all, there are many more questions than answers provided by this document, and I implore you to not only seriously consider all of the comments you receive but to implement those which offer more clarity, transparency, and fairness to your process. Recovery of the Gulf Coast will not begin until the GCCF *fully* compensates *all* of those who have suffered a loss "as a result of" the oil spill.

Sincerely,

Jo Bonner
Member of Congress

In response to the request for public comments on your recently published criteria for determining interim and final claims, we have the following concerns:

### Page 2, Section II, #2
*"Payments are available for those claimants who can prove their damages due to the Oil Spill."*
There is no clarification in the guidelines as to how one "proves" his damages or what constitutes the direct link between the loss and the spill. The claimant should have to show only that there would have been no loss without the oil spill. Without detailing exactly what documentation is needed and informing claimants how to "prove" their losses, the door remains wide open for the GCCF to continue to deny legitimate claims.

### Page 2, Section II, #3
*"Documentation requirements...are more rigorous and exacting than the minimal documentation requirements that governed administration of the Emergency Advance Payment Program."*
Many of the EAP claims were denied due to a supposed lack of documentation. If the requirements are now *more* rigorous, what additional information do claimants need to submit?

*"Each claimant is required to establish both actual financial loss and the connection between the loss and the Oil Spill."*
How? For example, retail businesses in a tourist-based economy will not have cancelled orders or disruption of supply; they simply did not have customers come into the stores. They will only have financial figures detailing their lost revenue. They can show sales of previous years (number of items sold, etc.) compared to 2010, but that is still financial data.

### Pages 2-3, Section II, #4
*"There must be an identifiable link between an actual loss and the Oil Spill. Evidence establishing this connection is required....Providing financial information about losses sustained in 2010 is but one form of proof, and will not be sufficient documentation."*
As stated in #3, for many businesses, there will be no evidence other than financial information. While understanding the need to show losses were "as a result of" the spill and not simply a bad economy during a recession, there is concern for those businesses, retailers in particular, who have credible financial information detailing significant losses but are denied for insufficient documentation. Specify what other proof will be required.

### Page 4, Section III
*"There is evidence of a strong recovery underway.... A full economic recovery...is likely (but not certain) within two to three years from the date of the Oil Spill."*
There are serious concerns about the study conducted by ARPC to support this statement. For example, on page 10 of their report, they state that beachfront hotel revenues have a 15.4% growth rate for January-May post-spill as compared to 2009, a 26.8% decline for June-August, and a 15.1% growth rate for September-October.

However, on page 20 of this same report, the Gulf Shores and Orange Beach lodgings rental tax for 2010 as compared to the 2008-2009 average had a 0.7% growth rate for January-May, a 47.0% decline for June-August, and an 8.5% decline for September-October. If hotel revenues have increased 15.1% for the most recent time period, how in the world is there still an 8.5% decline in lodging rentals tax? There can be some skewing of the data based on the "beachfront hotel" categorization, but the lodging rental tax numbers speak for themselves. Clearly, the recovery has not even truly begun, so there is no way to predict it will be complete within two years. If this conflicting data is being used to support your recovery timeline, we have every reason to be gravely concerned.

Page 5, Section III, #2
There is no way to determine if any business or industry will completely recover in two years. We are almost one year after the spill, and recovery has yet to begin and cannot begin until people are fully compensated for their damages. The GCCF has proven that it is unable to manage the claims process effectively. If the GCCF cannot process claims efficiently/correctly, why in the world would we believe they will be able to predict an economic recovery? There is no reason to put any credibility in any of the predictions put forth.

Page 6, Section III, #2
*"The final payment calculation for these claimants will be determined on an individual basis after analyzing input from the claimant as well as the experts retained by the GCCF".*
Who are these "experts" and what type of qualifications do they have to process these claims appropriately?

Page 7, Section III, #4
This is a scare tactic to force claimants to take a final payment as you indicate, *"The future losses factor for determining the future impact of the Oil Spill in the Gulf will be increased or decreased as more information becomes available. Claimants should take this into account when deciding whether to file an interim or final claim."*
Exactly what information will be included in the recalculations? Who will decide whether there will be an increase or decrease...your experts who are being paid by BP?