# Exhibit C

## Feb 16, 2011 Letter from Mayor Tony Kennon to AG Luther Strange

 

February 16, 2011

Hon. Luther Strange
Alabama Attorney General
Montgomery, Alabama

RE:   *Gulf Coast Claims Facility*

Dear General Strange:

This letter is to bring to your attention my continuing frustration with the GCCF on behalf of our local residents and businesses who have been harmed by BP's oil disaster. As we have previously discussed, it is imperative that those most affected by this disaster receive fair treatment. Mr. Feinberg and his staff, in my opinion, have created a monster bureaucracy devoted to minimizing BP's responsibility under the Oil Pollution Act.

As Mayor of one of the cities most affected by the oil, and arguably the person who has had the most direct contact with Mr. Feinberg's organization, my observation is that:

- <u>GCCF is making arbitrary decisions about eligibility</u>. Consider its decision to categorically deny claims as diverse as local musicians and health care professionals, even if they were dependent upon the tourist season for employment.
- <u>GCCF is not timely responding to claims</u>. Initially it was stated that business claims would be paid in 7 days and individual claims would be paid in 48 hours. I know personally of several businesses that had to wait months; many are still waiting.
- <u>GCCF decision-making is not consistent</u>. One local restaurant with multiple locations received different payments even though the claim was prepared by the same person using the same format.

Hon. Luther Strange
February 16, 2011
Page 2

- **GCCF does not timely correct mistakes, even when they admit making them.** GCCF admitted underpaying several six-month advances, yet still will not take corrective action.

As you well know, the Oil Pollution Act mandates that BP pay for <u>the harm that resulted from the oil spill</u>. In my view, which is based upon intimate involvement with our citizens who are trying to get relief, GCCF has adopted an imperial-like attitude towards its obligations. And it appears that the strategy is to create a climate of desperation among potential claimants so they will accept a quick, cheap settlement in exchange for a release that forever absolves BP and its related companies from paying the amounts reasonably required by law. I hope I am wrong. But as we approach the one year anniversary of this nightmare, I see no reason to think otherwise.

Please call me if you need any additional information. I, and my staff, have fielded hundreds of complaints. For us the claims process is neither abstract nor conceptual. We deal everyday with the tragedy created by the oil spill and perpetuated by BP/GCCF's unfair and arbitrary claims process.

Sincerely,

Tony Kennon

Tony Kennon, Mayor