# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## MOTION FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF CERTAIN PHYSICAL SAMPLE MATERIALS

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations set forth in Pretrial Order No. 1 to certain physical sample materials.

This Motion seeks this Court's approval for disposing of BP's "old or expired" physical samples, including samples of oil, oil dispersant, soil, sand, water, air (whether ambient or breathing-zone), sediment, flora, fauna, wastes, extracts of samples for analysis, and the containers and media in which they are held.  Such samples are deemed "old or expired" once they have exceeded their sample retention dates, which is the latest date on which the sample, if preserved or extracted in accordance with standard scientific or laboratory practices, can be subjected to a scientific analysis that would yield reliable results in accordance with the prescribed method.

18403363.1

Significantly, this order and the relief that BP requests mirror word-for-word the order and relief the United States requests in a similar motion filed today by the federal government. The only differences between the two orders are the parties to which they apply. Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith.

    Respectfully submitted,

    /s/ Don K. Haycraft
    Don K. Haycraft (Bar #14361)
    R. Keith Jarrett (Bar #16984)
    LISKOW & LEWIS
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana  70139-5099
    Telephone:  (504) 581-7979
    Facsimile:  (504) 556-4108

    And

    Richard C. Godfrey, P.C.
    J. Andrew Langan, P.C.
    Kirkland & Ellis LLP
    300 North LaSalle Street
    Chicago, IL  60654
    312-862-2000 (Tel)
    312-862-2200 (Fax)

    Robert C. "Mike" Brock
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    202-662-5985

    Attorneys for BP America, Inc., BP America Production Company, and BP Exploration & Production Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

/s/ Don K. Haycraft