**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | : MDL NO. 2179<br>:<br>:<br>:<br>:<br>: SECTION: J<br>:<br>:<br>:<br>: JUDGE BARBIER<br>: MAG. JUDGE SHUSHAN<br>: |

**BP'S MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF CERTAIN PHYSICAL SAMPLE MATERIALS**

**MAY IT PLEASE THE COURT:**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") have moved this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations set forth in Pretrial Order No. 1 to certain physical sample materials.

This Motion seeks the entry of an order providing BP the exact same relief, word for word, as a similar motion ("Government Sample Motion") seeks for the federal government. In essence, the Government Sample Motion seeks this Court's approval for disposing the Government's "old or expired" physical samples, including samples of oil, oil dispersant, soil, sand, water, air (whether ambient or breathing-zone), sediment, flora, fauna, wastes, extracts of samples for analysis, and the containers and media in which they are held. Such samples are

18403363.1

deemed "old or expired" once they have exceeded their sample retention dates, which is the latest date on which the sample, if preserved or extracted in accordance with standard scientific or laboratory practices, can be subjected to a scientific analysis that would yield reliable results in accordance with the prescribed method.

Specifically, the Government Sample Motion seeks entry of an Order allowing the Government to dispose of two categories of samples:

(1) Approximately 2,700 specifically-identified water samples which already have exceeded their respective sample retention dates; and

(2) Any other sample, provided the Government gives Liaison Counsel notice and an opportunity to object.

For the reasons more fully set forth in the Government Sample Motion, BP respectfully seeks the precise same relief for the many thousands of samples currently in BP's possession.

As further explained in the Government Sample Motion and the attached Declaration of BP's Michael Green, such samples no longer have any value for the purposes for which they were taken. Moreover, BP has tens of thousands of samples, and it continues to collect many new samples. Retaining and preserving samples is expensive and burdensome, and unnecessarily so once their sample retention dates have passed.

Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith. This order and relief that BP requests mirror word-for-word the order and relief the United States requests. The only differences between the two orders are the parties to which they apply.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

Attorneys for BP America, Inc., BP America Production Company, and BP Exploration & Production Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

                                                    /s/ Don K. Haycraft