# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## BP'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON BP's MOTION FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF CERTAIN PHYSICAL SAMPLE MATERIALS

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an expedited hearing on their Motion for Entry of An Order Relating to the Preservation of Certain Physical Sample Materials (the "Sample Motion").

For reasons also set forth in the attached Memorandum in Support, BP respectfully submits that BP's Sample Motion should be given immediate consideration so that BP can obtain the precise same relief at the precise same time as the relief that the United States Government seeks to obtain in its motion for an order allowing the Government to dispose of its physical samples ("Government Sample Motion"). Accordingly, BP respectfully requests that this Court grant an expedited hearing on BP's Sample Motion.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

Attorneys for BP America, Inc., BP America Production Company, and BP Exploration & Production Inc.

18403358.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

                                             /s/ Don K. Haycraft

18403358.1