# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**BP'S MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR EXPEDITED HEARING ON BP's MOTION FOR ENTRY OF AN ORDER RELATING TO THE PRESERVATION OF CERTAIN PHYSICAL SAMPLE MATERIALS**

**MAY IT PLEASE THE COURT:**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully submit this memorandum in support of their *Ex Parte* Motion for Expedited Hearing on BP's Motion for Entry of an Order Relating to the Preservation of Certain Physical Sample Materials ("Sample Motion"). BP's Sample Motion is presently noticed for hearing on March 2, 2011.

BP respectfully submits that immediate confirmation that the preservation-of-evidence obligations of Paragraph 14 of Pretrial Order No. 1 do not apply to physical samples that have exceeded their sample retention dates is in order. Providing such confirmation will allow BP to dispose of these items that no longer have any value for the purposes for which they were taken. Moreover, BP has tens of thousands of samples, and it continues to collect many new samples.

18403362.1

Retaining and preserving samples is expensive and burdensome, and unnecessarily so once their sample retention dates have passed. An expedited hearing on BP's Sample Motion, together with the United States Government's parallel motion seeking the same relief for the Government at the same time, will provide fair and equal treatment for both the Government and BP. Moreover, given that the Government proposed more than a month ago to all parties that relief from sample preservation obligations apply equally to all parties, no party will be surprised or prejudiced by the expedited hearing requested herein.

      Accordingly, BP respectfully seeks an expedited hearing on BP's Sample Motion.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985
Attorneys for BP America, Inc., BP America Production Company, and BP Exploration & Production Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

                                                              /s/ Don K. Haycraft