**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex Parte Motion for Expedited Hearing on BP's Motion for Entry of an Order Relating to the Preservation of Certain Physical Sample Materials;

**IT IS ORDERED** that the motion is granted and that the hearing take place on the _____ day of _____, 2011, at _____ \_\_\_.m.

New Orleans, Louisiana, this _____ day of February, 2011.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**