U.S. Department of
Homeland Security

**United States
Coast Guard**



Director
United States Coast Guard
National Pollution Funds Center

US COAST GUARD STOP 7100
4200 WILSON BLVD STE 1000
ARLINGTON VA 20598-7100
E-mail: Thomas.S.Morrison@uscg.mil
Fax:  202-493-6900

5890
9/02/2010

Director of Claims
Attn: Mr. Geir Robinson
c/o BP Exploration and Production, Inc.
200 Westlake Park Blvd
Houston, TX 77079

Re: GCCF Protocols

Dear Mr. Robinson;

BP Exploration and Production, Inc. ("BP") has been identified as a Responsible Party for the April 20, 2010 Deepwater Horizon Oil Spill ("Spill"). As a Responsible Party, BP is required by the Oil Pollution Act ("OPA") to advertise the procedures by which claims for removal costs and damages that result from the Spill may be presented to BP. The National Pollution Funds Center ("NPFC") understands that the Gulf Coast Claims Facility has been established to fulfill BP obligation to establish and advertise such procedures for certain claimants.

The NPFC has reviewed the Gulf Coast Claims Facility ("GCCF") Protocol for Emergency Advance Payments ("Protocol"), dated August 23, 2010, and has determined that as drafted, it is sufficient to advertise the procedures by which claims may be presented. As should be clear, to state that the Protocol's terms are sufficient to advertise the procedures does not release any entity of its obligation to ensure that the claims process is *implemented* in a manner consistent with OPA.

The NPFC takes particular note of two of the Protocol's provisions. First, Part I.A states that "[w]hether or not a claim has been presented shall be governed by OPA and applicable law." Under OPA, an individual or business that presents a claim to the GCCF specifying a sum certain – whether an interim claim (or, in the Protocol's terminology, a claim for an "Emergency Advance Payment") or a final claim – has satisfied the presentment requirement of the OPA.

Second, Parts I.B and III.F.2 state that a Final Protocol will be issued at a later date, and that interim claims will be continue to be considered under the Final Protocol in "appropriate" circumstances. The NPFC expects that in preparing the Final Protocol, the GCCF will continue to advertise its claims procedures as required by OPA.

Very truly yours,

THOMAS S. MORRISON
Chief, Claims Adjudication Division
USCG National Pollution Funds Center

cc: Tom Milch, Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1206

**EXHIBIT**

I