# Understanding the GCCF's Eligibility Criteria for Emergency Advance Payments
## August 23, 2010

### I.     In General

Claims that are eligible for payment include those for: 1) Removal and Clean-Up Costs; (2) Damages to Real or Personal Property; (3) Lost Profits or Impairment of Earning Capacity; (4) Loss of Subsistence Use of Natural Resources; and (5) Physical Injury or Death.

The GCCF will first determine whether the claimant is eligible for compensation – has the claimant provided sufficient personal or business details and description of the damage to support eligibility for compensation for the type of claim?  If additional information is needed to determine eligibility, the GCCF will immediately inform the claimant of what else to submit.  A claim for an Emergency Advance Payment requires less documentation than a claim for Final Payment.

### II.    Claims for Lost Profits and Impairment of Earning Capacity

The GCCF anticipates that most submitted claims will be for Lost Profits or Impairment of Earning Capacity.

To streamline the emergency payment process, the GCCF will apply uniform criteria in determining the appropriate amount of emergency compensation.  These criteria are specific to certain industries, to take into account factors like seasonality.  Every claim will receive individual consideration, and the methodology will not be determinative in cases where case-specific factors require separate consideration.

Claimants with losses that are closely tied to injury to real or personal property, or natural resources, resulting from the Spill—such as fishermen whose fishing grounds are closed and hotels located on oiled beaches—will receive an emergency payment for the full amount of the claimant's losses for either one month or six months.  (Claimants have the choice to file for a one-month or six-month payment.)

Economic losses which are more remote, or occurred at a location more distant from the Spill, are less likely to be fully compensated.  In determining eligibility, and how much compensation is appropriate for such eligible claims, the GCCF will take into account geographic proximity to the Spill, the nature of the claimant's job or business, and the extent to which the claimant's job or business is dependent upon injured property or natural resources.  Each of these factors will be weighed in the initial assessment of a claim.



EXHIBIT K

Geographic proximity will primarily be based on whether the claimant's loss occurred in a community or municipality adjacent to a beach, shoreline, marsh, bay or tributary of the Gulf where oil or oil residues came ashore or appeared in the waters. Determinations regarding proximity focus on where the claimants work or business activity takes place (or normally takes place) – not an individual's or business's mailing address.

The nature of the claimant's business will be evaluated based on the information provided by the claimant, such as whether the claimant is in the seafood processing industry, a supplier of commercial fishermen, a supplier of recreational users of the waters of the Gulf, or a tourist-oriented business such as a motel.

The weighing of these factors will produce an initial assessment of whether the claimant is eligible to receive compensation, and what amount of a claim for Lost Profits or Impairment of Earning Capacity is compensable. Claimants are encouraged to submit documentation that helps the GCCF evaluate these factors. The GCCF will review every claim and a claimant that demonstrates special circumstances at variance with the weighing system will receive fair and careful consideration.