UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| NO. 2:10-CV-1921, TAQUINO V. | : | MAGISTRATE SHUSHAN |
| TRANSOCEAN HOLDINGS, LLC, ET AL. | : | |

…………………………………………………...

**ANTHONY HAYWARD'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(2), (b)(5), and (b)(6) and for the reasons stated in the memorandum of law submitted herewith, Defendant Anthony Hayward hereby respectively moves to dismiss the complaint filed by Plaintiffs, Kelli Manuel Taquino, individually and as administrator and personal representative of the estate of Keith Blair Manuel, Jessica Manchester, and Ashley Manuel individually and as the heirs of Keith Blair Manuel.

Respectfully submitted,

 /s/  Thomas L. Kirsch

Thomas L. Kirsch
Joseph L. Motto
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
(TKirsch@winston.com)
(JMotto@winston.com)

*Attorneys for Anthony Hayward*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

                                                  /s/  Thomas L. Kirsch