# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>NO. 2:10-CV-1921, TAQUINO V.<br>TRANSOCEAN HOLDINGS, LLC, ET AL. | : : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

…………………………………………………...

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned party shall bring on for hearing his Motion to Dismiss before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 2nd day of March, 2011, or as soon thereafter as counsel may be heard.

Respectfully submitted,

 /s/ _Thomas L. Kirsch_____

Thomas L. Kirsch
Joseph L. Motto
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
(TKirsch@winston.com)
(JMotto@winston.com)

*Attorneys for Anthony Hayward*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 18th day of February, 2011.

                                                            /s/  Thomas L. Kirsch_____