# Exhibit A

## <u>AFFIDAVIT OF ANTHONY HAYWARD</u>

ANTHONY HAYWARD, being first duly sworn, deposes and states:

1.     I am the former Group Chief Executive of BP p.l.c. and a named defendant in the action styled *Taquino v. Transocean Holdings* LLC, No. 2:10cv01921-CJB-SS, MDL No. 2179, pending in the United States District Court for the Eastern District of Louisiana.

2.     I have not received personal delivery of a copy of the summons and complaint for the above referenced lawsuit.

3.     A copy of the summons and complaint for the above referenced lawsuit has not been delivered to my residence, which is located in London, England.

4.     The entity CT Corporation System, 5615 Corporate Blvd, Ste. 400B, Baton Rouge, Louisiana, is not authorized to accept service of process on my behalf.

5.     To my knowledge, no agent authorized to accept service on my behalf has accepted service of a copy of the summons and complaint in the above referenced lawsuit.

6.     I have not otherwise been served with a copy of the summons and complaint in the above referenced lawsuit.

7.     I am not currently and have never been a resident of the United States.

8.     I do not currently and have never owned any property in the United States.

9.     I have never paid taxes in the United States.

10.    While employed with BP, my office was not located in the United

States.



ANTHONY HAYWARD

Subscribed and sworn to
before me this _16_ th day
of February, 2011.

Notary Public

SEBASTIAN JACK ROBERT LABOVITCH
Notary Public of London, England
My commission expires with life



2