FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB 18  PM 4: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION J |
| Applies to: *All Cases* | JUDGE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

### MOTION OF KENNETH R. FEINBERG AS CLAIMS ADMINISTRATOR OF THE GULF COAST CLAIMS FACILITY FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* AND FOR AN EXEMPTION FROM THE ELECTRONIC FILING REQUIREMENT

Kenneth R. Feinberg, in his capacity as Claims Administrator of the Gulf Coast Claims Facility (the "GCCF"), respectfully requests leave to file the accompanying *amicus curiae* brief (the "Proposed Brief") in response to the Court's Order of February 2, 2011, which directed the parties to submit additional briefing on the question whether BP as the responsible party is complying with the mandates of the Oil Pollution Act of 1990 "in the processing of claims for 'interim, short-term damages,' or 'final damages,' methodologies for evaluation of claims, and the release forms required of claimants." Order and Reasons at 14-15 (Feb. 2, 2011).

Although neither Mr. Feinberg nor the GCCF is a party herein, as the Court noted (*id.* at 8), BP delegated to Mr. Feinberg, acting through the GCCF, its responsibility under OPA to establish a procedure for the consideration and payment of certain claims arising from the Deepwater Horizon oil spill. As the GCCF Claims Administrator, Mr. Feinberg created the procedures for the submission and receipt of those claims, as well as the methodologies for evaluating them and the pertinent release form. He is therefore is particularly well-equipped to

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____

address the issues on which the Court has requested supplemental briefing, and seeks leave to file the Proposed Brief in the hope that it will aid the Court in its administration of this multi-district litigation.

Furthermore, Mr. Feinberg, a non-party, respectfully requests an exemption from the Court's electronic filing requirement in lieu of filing and service of hard copies by hand and/or mail.

Respectfully submitted,

*DB. Pitofsky*
David B. Pitofsky
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800

William F. Sheehan
Christiaan H. Highsmith
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001-4432
(202) 346-4000

*Counsel for Amicus Curiae Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility*

February 18, 2011

2