UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * |
| Applies to: *All Cases* | * MDL No. 2179 |
| | * SECTION J |
| | * JUDGE BARBIER |
| | * MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility for Leave to File Brief *Amicus Curiae* and for an Exemption from the Electronic Filing Requirement, together with declarations, exhibits and legal authority submitted therewith:

**IT IS HEREBY ORDERED** that the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility is **GRANTED**.

SIGNED in New Orleans, Louisiana, this ___ day of _____, 2011.

HON. CARL J. BARBIER,
UNITED STATES DISTRICT JUDGE

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____