## MDL 2179 Transfer Order and Conditional Transfer Order Status

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
|---|---|---|---|---|
| 1 | 8/24/10 | 26 cases conditionally transferred | Became final on 9/8/10 | Includes cases from N. Cal., S. Fla., N. Ga., S. Ga., E. Ky., W. Ky, , M. La., W. La, E. Tenn., M. Tenn., and E. Va. |
| 2 | 8/31/10 | 45 cases conditionally transferred | Order became final as to 44 cases on September 14, 2010.  Order final as to 1 case on 11/30/2010. | Includes cases from M. Fla., N. Fla., S. Fla., E. Tex., S. Tex., and E. Va. |
| 3 | 9/2/10 | 33 cases conditionally transferred | Order became final as to 31 cases on September 16, 2010.  Order became final as to 2 cases on 11/30/2010. | Includes cases from S. Tex. |
| 4 | 9/8/10 | 38 cases conditionally transferred | Became final on 9/22/2010 | Includes cases from M. Ala., S. Ala., S. Miss., D. S.C., and E. Tex. |
| 5 | 10/27/10 | 58 cases conditionally transferred | Order became final as to 51 cases on November 4, 2010.  Order final as to remaining seven cases by February 8, | Includes cases from M. Ala., S. Ala., Del., N. Fla., S. Fla., S. Ind., W. La., S. Miss., S. Tex., W. Tex. and E. Va. |

K&E 18452286.1

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | 2011. |   |
| 6 | 11/10/10 | 4 cases conditionally transferred | Order became final as to three cases on November 17, 2010.  Order became final as to one case on February 7, 2011. | Includes cases from N. Fla., S. Fla. and S. Tex. |
| 7 | 11/30/10 | 7 cases conditionally transferred | One case voluntarily dismissed before CTO became final and therefore not transferred.  Order became final as to four cases on December 8, 2010.  Order became final as to two cases on February 7, 2011. | Includes cases from N. Fla., W. La., N. Miss. and S. Tex. |
| 8 | 12/21/10 | 1 case conditionally transferred | Order became final on 2/7/11 | S.D. Ala. |
| 9 | 1/20/11 | 4 cases conditionally transferred | One objection was filed, staying the order as to that case.  Order became final as to all remaining cases on January 27, 2011. | S.D. Tex. |
| 10 | 1/31/11 | 1 case conditionally | Order became final on 2/6/11. | S.D. Tex. |

K&E 18452286.1

|    |         | transferred                         |                                                          |           |
|----|---------|-------------------------------------|----------------------------------------------------------|-----------|
| 11 | 2/2/11  | 1 case conditionally transferred    | Order became final on 2/9/11.                            | S.D. Tex. |
| 12 | 2/15/11 | 1 case conditionally transferred.   | Order will become final on 2/22/11, absent objection.    | S.D. Tex. |