UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20,2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Mitchell B. Lansden and Jill L. Lansden

as counsel for defendant Mark Hafle.


Dated:  February 22, 2011

Respectfully submitted,

 /s/ Mitchell B. Lansden
Mitchell B. Lansden
Jill L. Lansden
MITCHELL B. LANSDEN AND ASSOCIATES
1401 MCKINNEY, SUITE 2250
HOUSTON, TEXAS 77010
PHONE: 713.220.2224
FAX: 713.652.9800

Email: mlansden@mlansden.com
         jilllansden@cebridge.net


**Attorneys for Defendant Mark Hafle**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2011.

/s/ Mitchell B. Lansden
Mitchell B. Lansden