MINUTE ENTRY
SHUSHAN, M.J.
FEBRUARY 18, 2011

**MJSTAR: 01:34**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                    CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010           NUMBER: 10-MDL-2179

                                                          SECTION: "J" (1)


MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, FEBRUARY 18, 2011 AT 11:00 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

        A discovery status conference was held this date before Magistrate Judge Sally Shushan.




PRESENT:      See attached sign-in sheets.
              Attorneys Steve O'Rourke and Chris Kaul participated by telephone.