# CONFERENCE ATTENDANCE RECORD

DATE: 2-18-11        TIME: 11:00

CASE NAME: In Re: Deepwater Horizon

DOCKET NUMBER & SECTION: MDL 2179-CJB-SS

[E-discovery conference]

STATUS    PRELIMINARY    PRE-TRIAL    SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| William Large | PSC |
| Alan York | Halliburton |
| Michelle MacLeod | Halliburton |
| Anthony Irpino | PSC |
| Andrew Langan | BP |
| Don Haycraft | BP |
| Mark Nomellini | BP |
| Ryan Babiuch | BP |
| Steve Herman | Plaintiffs |
| James P. Roy | PSC |