## CONFERENCE ATTENDANCE RECORD

DATE: _2-18-11_     TIME: _2:00_

CASE NAME: _In Re: Deepwater Horizon_

DOCKET NUMBER & SECTION: _MDL 2179 - CJB-SS_

(STATUS)   PRELIMINARY     PRE-TRIAL     SETTLEMENT

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Kenny Hosks | PSC |
| Deb Kuchler | Anadarko + MOEX |
| ROBERT CUNNINGHAM | PSC |
| Luther Strange | Alabama/E Coordinating Counsel - states |
| WILLIAM STRADLEY | Co Counsel for Class in MDL 2185 |
| Henry T Dart | St of LA |
| Richard Hymel | Transocean |
| Carter Williams | Transocean |
| Carmelite Betrant | Cameron |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Phil Wittmann | Cameron |
| Don Jackson | Dril - Quip |
| Don Godwin | Halliburton |
| Alan York | " |
| John Alden Meade | Perv Ps   MDL 2185 |
| MIKE UNDERHILL | DOJ , U.S |
| William Bonner | PSC |
| Laura Edwards | PSC |
| Ananda Cotten | PSC |
| Margie Williams | PSC |
| Shayn Clark | Bab Hallza |
| Glenn Goodier | Weatherford US LP |
| Allan Kanner | LA AG |
| James P. Roy | PSC Galveston |
| Steve Herman | PSC |
| Elizabeth Cabraser | PSC |
| Heather S Kennealy | USCG . |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Kerry Miller | Transocean Reporter |
| Andrew Langan | BP |
| Don Haycraft | BP |
| Ryan Babiuch | BP |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |