UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | § | |
| the GULF OF MEXICO, on | § | SECTION: J |
| APRIL 20, 2010 | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| ALL ACTIONS | § | MAG. JUDGE SHUSHAN |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | § | |

**BP'S THIRD MOTION FOR CONFIRMATION OF NON-APPLICABILITY
OF PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN
SUBPOENAED ITEMS AND AS TO CERTAIN NON-EVIDENTIARY ITEMS**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an Order in the form submitted herewith confirming the non-applicability of BP's preservation-of-evidence obligations set forth in Pretrial Order No. 1 to certain non-evidentiary items of equipment.

This Motion is a follow-on and a close cousin to the motions brought by BP (without objection) that produced this Court's November 19, 2010 and January 28, 2011 Orders. The November 19 Order governs the disposition of various equipment items that were deployed to and then recovered from the seabed and the water column near the site of Mississippi Canyon Block #252 well #2. The January 28 Order governs the disposition of items that were staged on shore in the Gulf region in response to the Macondo incident but never installed in the Gulf, and it applies to rigging, installation aids, and tooling that were used in the Macondo response.

BP now respectfully brings this Third Motion for Confirmation to govern the following systems and equipment components that were formerly associated with BP's spill response and that were deployed offshore, but nonetheless lack evidentiary value:

18406067.3

(1) "Top Hats;"

(2) A Light Duty Intervention System ("LDIS") and its components;

(3) A Hydrate Inhibition System ("HIS") and its components;

(4) Certain subsea connectors and hoses; and

(5) Certain specialized tools.

For the reasons more fully set forth in the attached Memorandum in Support, BP respectfully submits that its Motion should be granted so that BP may release to the Marine Well Containment Company for use in responding to potential future Gulf oil spills these equipment items ─ all of which lack significant evidentiary value. BP will make these items available for inspection to all parties for a period of no less than five (5) days. And, out of an abundance of caution, BP will produce photographs of these items. Accordingly, BP respectfully requests that this Court enter an Order in the form submitted herewith.

Respectfully submitted,

/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:   (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

2

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

*Attorneys for BP America Inc.,*
*BP America Production Company, and*
*BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2011.

                /s/ Don K. Haycraft
                    Don K. Haycraft