# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DECLARATION OF MARTIN J. PABON

I, Martin J. Pabon, hereby declare and state:

1. I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, could and would testify competently to such facts.

## BACKGROUND

2. I am currently employed by BP as a Subsea Engineer.

3. Since August 2010, I have been assigned to BP's Macondo Demobilization Project ("MDP") as a Lead Subsea Engineer. I have been appointed Engineering and Subsea Team Leader for the MDP effective October 25, 2010. The MDP was responsible for demobilization of equipment used in the Macondo response, and has lately worked in support of BP's efforts to supply response equipment to the MWCC.

4. The MWCC, or Marine Well Containment Company, is a consortium of petroleum drilling companies formed to respond to future inadvertent releases of hydrocarbons.

5. As I testified in my earlier declaration in this matter, the idea behind this consortium is that some of the spill-response capabilities developed in response to the Macondo Well spill will be kept permanently in place. The goal of the consortium is to make future spills less severe by making future spill response more rapid.

6. BP has joined the MWCC and is making its underwater well containment equipment available to all oil and gas companies operating in the Gulf of Mexico for use in responding to future spills via the MWCC. All of the items that are the subject of this Declaration are items that BP intends to provide to the MWCC. Until the MWCC procures or otherwise obtains other well containment equipment, the equipment that BP intends to provide the MWCC will be the primary, if not the only, equipment that the MWCC will have to respond to future Macondo Well-type incidents.

7. As planning for the MWCC has evolved and matured, the MWCC's needs for equipment have evolved and matured as well. All of the items that I discuss below and that are on Exhibit A are items that BP urgently needs to complete its contribution of equipment to the MWCC as MWCC's needs are presently understood. The MWCC spill response kit will be incomplete until BP is able to supply these items to the MWCC.

8. MWCC has represented to BOEM that it will be prepared to respond to any well incident by February 28, 2011. The release of the Exhibit A equipment to MWCC by February 28, 2011, is crucial for BP, and MWCC, to be able to fulfill that promise.

9. The immediate release of these items by the Court would permit BP to make them immediately available in the event of any further inadvertent releases of hydrocarbons.

10. The items that are the subject of this declaration are as follows:

**LDIS or Light Duty Intervention System.** The Light Duty Intervention System is part of a riser system for connecting to a subsea manifold and flexible jumper system to form a flow path for moving hydrocarbons from the well to the surface, or for moving fluids associated with well control operations (*e.g.*, mud or cement) from the surface to the well. An LDIS may also connect directly with a specific point of a hydrocarbon leak. The LDIS was used in a variety of

design configurations during the Macondo response and was connected from the well to the surface through the Q4000 drill string. LDIS was used for the unsuccessful initial dynamic top kill operation; it was used for the successful static kill operation; and it was used between June 15, 2010 to July 15, 2010 to flow hydrocarbons from the Macondo well to the Q4000. In a future response for the MWCC, the LDIS likely would be put to similar uses.

11. **HIS or Hydrate Inhibition System.** A HIS inhibits the formation of hydrates, which are solid forms of hydrocarbon crystals that can hamper emergency response subsea containment systems. This system is comprised of a combination of vessel-based and subsea components. HIS uses surface chemical pumps, IWOCS umbilical and subsea flying leads to deliver methanol and glycol to subsea injection points on various response systems. IWOCS stands for installation workover control system. Various HIS system configurations are possible based on the use of distribution systems and flying leads. In addition to the primary purpose of preventing hydrate formation, HIS was used in various roles during the Macondo response, including to flush seawater out of the flexible pipe prior to flowing hydrocarbons to the surface, to flush hydrocarbons from the flexible pipe prior to their recovery, and to flush the BOP and capping stack prior to their retrieval.

12. **Top Hats.** Top Hats are containment devices designed to be landed on to a BOP or subsea pipe, and to provide a flowpath via a riser to a surface processing/oil collection vessel. Top Hats also contain a variety of connections for HIS systems, dispersant systems, and flow back of hydrocarbons to the surface. The Top Hats included in Exhibit A are Top Hats 2, 3, 7, 8, and 10. Those Top Hats were deployed to the Gulf during the Macondo response, and in some cases "wet parked" on mud mats. In no case were any of the Top Hats listed in Exhibit A connected with the well. When these top hats were being staged as "backup" or "reserve" units,

they may have been connected with the Enterprise drill string, but in no case were hydrocarbons flowed through them. Top Hat 2 was modified for horizontal pipe capture (for use, for example, to capture flow from riser pipe or other pipe lying on the sea bottom), while the other Top Hats were designed for vertical capture. Top Hats 8 and 10 are currently in the United Kingdom. Some of the top hats that remain in the United States are similar in design to those Top Hats located in United Kingdom. Top Hat 7 is similar in design to Top Hat 8. Top Hat 11 is similar in its design to top Hat 10. Top Hat 11 is not listed on Exhibit A because it was not constructed or available during the Macondo response. Top Hat 11 had nothing whatsoever to do with the Macondo response. Nevertheless, Top Hat 11 is now complete and at the ASCO warehouse in Houston, Tx. Top Hat 11 is included in the response kit that BP is providing to the MWCC.

Specifically in regard to the Top Hats in the UK, The Top Hats were part of a commitment from BP to the UK Department of Energy & Climate Change (DECC) which is the government regulator for the petroleum industry in the UK. The Top Hats are being held/stored and preserved by a company called Oil Spill Response Limited (OSRL) who are the MWCC equivalent in the UK. Plans around how the Top Hats would be used in an emergency and the larger connection to recovery systems are now being studied by the oil industry consortium Oil Spill Prevention & Response Advisory Group (OSPRAG).

13. **Subsea Connectors and Hoses.** Components including goosenecks and jumpers as described on Exhibit A are used to connect various subsea systems. Connections provide a flow conduit between subsea system components. The connectors and hoses listed on Exhibit A were used or staged offshore during the Macondo response. None of them had hydrocarbons flow through them.

14. **Specialized Tools.** "Specialized tools" include various flange and RITT tools described on Exhibit A such as the "Flange Splitter" tools and the "Vertical Riser Insertion Tube tool (V-RITT)." The specific tools listed on Exhibit A were staged offshore for the Macondo response but not used for any operations. These tools are used to aid in the connection (or disconnection) of various devices including risers and various capping devices.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Dated: February 22, 2011

_____
Martin J. Pabon

# EXHIBIT A

| No. | Description | Qty | Additional Description | MWCC System | Current Loc Detail | Other Loc Detail |
|---|---|---|---|---|---|---|
| 1 | Flange Overshot Removal Tool | 1 | | Flange Overshot | ASCO | Houston, TX |
| 2 | Oil States Flange Splitter #2 | 1 | FLANGE SPLITTER #2 | Flange Splitter | ASCO | Houston, TX |
| 3 | Oil States Flange Splitter #1 | 1 | FLANGE SPLITTER #1 | Flange Splitter | ASCO | Houston, TX |
| 4 | 1/2" 17D Hot Stabs from Subsea Flying Leads | 1 | CUT FLYING LEADS AND HOT STUBS WITH 10 OFL ENDS & 2 DUST CAPS | HIS | ASCO | Houston, TX |
| 5 | T-300 CI Pump # 1 | 1 | | HIS | ASCO | Houston, TX |
| 6 | T-300 CI Pump # 2 | 1 | | HIS | ASCO | Houston, TX |
| 7 | T-300 CI Pump # 3 | 1 | | HIS | ASCO | Houston, TX |
| 8 | T-300 CI Pump # 4 | 1 | | HIS | ASCO | Houston, TX |
| 9 | Wye Spool Assembly - Used in Top Kill Operations Only | 1 | | LDIS | ASCO | Houston, TX |
| 10 | Vertical Riser Insertion Tube Tool (V-RITT) | 1 | BAKER HUGHES STAND WITH STRAIGHT STAB | RITT | ASCO | Houston, TX |
| 11 | RITT #2 | 1 | RITT #2 WITH STAND | RITT | ASCO | Houston, TX |
| 12 | RITT #3 | 1 | RITT #3 WITHOUT J-LATCH | RITT | ASCO | Houston, TX |
| 13 | Rill Transportation Frame / RITT Stand | 1 | RITT TRANSPORTATION FRAME | RITT | ASCO | Houston, TX |
| 14 | OSI - RIC Female Assembly Gooseneck, adapter spool included | 1 | CAMERON GOOSENECK | Subsea Connectors | ASCO | Houston, TX |
| 15 | CAMERON MINI CONNECTORS | 1 | CAMERON MINI CONNECTORS | Subsea Connectors | ASCO | Houston, TX |
| 16 | CAMERON MINI CONNECTORS | 1 | CAMERON MINI CONNECTORS | Subsea Connectors | ASCO | Houston, TX |
| 17 | CAP FOR CONNECTOR | 1 | CAP FOR CONNECTOR | Subsea Connectors | ASCO | Houston, TX |
| 18 | 1400 ft x 6 in flexible - Techrip (FJ-BOP-SM) on Reel | 1 | REEL - S/N# 557-10 | Subsea Flexibles | ASCO | Houston, TX |
| 19 | 7" 10k x 7" 5k crossover 1 ea. spool type and 1 ea. flange type | 1 | CROSSOVER W/STUDED FLANGE W/REDUCER | Subsea Flexibles | ASCO | Houston, TX |
| 20 | 500ft x 6in flexible | 1 | REEL # BB-662-10 | Subsea Flexibles | ASCO | Houston, TX |
| 21 | 400 ft x 4 in flexible On Reel - Duco (FJ-BOP-XO) | 1 | DEEP DOWN REEL #A-B | Subsea Flexibles | ASCO | Houston, TX |
| 22 | Lower Gooseneck Assembly (Was attached to 2800ft x 6in flexible) | 1 | LRA SPARE | Subsea Flexibles | ASCO | Houston, TX |
| 23 | Lower Gooseneck Assembly (Was attached to 2900ft x 6in flexible) | 1 | LRA GOOSENECK SPARE | Subsea Flexibles | ASCO | Houston, TX |
| 24 | Top Hat #3 (For horizontal pipe interface to Enterprise Riser) | 1 | TOP HAT #3 | Top Hat | ASCO | Houston, TX |
| 25 | Top Hat #2 (For vertical pipe interface to Enterprise Riser) | 1 | TOP HAT #2-H4 (FLOW) | Top Hat | ASCO | Houston, TX |
| 26 | Top Hat #7 | 1 | | Top Hat | ASCO | Houston, TX |
| 27 | Tree Running Tool - Used in Top Kill Operations Only | 1 | | LDIS | FMC | Houston, TX |
| 28 | Tapered Stress Joint - Used in Top Kill Operations Only | 1 | | LDIS | FMC | Houston, TX |
| 29 | Riser Isolation Valve | 1 | | LDIS | FMC | Houston, TX |
| 30 | Quick Release Connector | 1 | | LDIS | FMC | Houston, TX |
| 31 | Accumulator Joint | 1 | | LDIS | FMC | Houston, TX |
| 32 | Umbilical Termination Head | 1 | | LDIS | FMC | Houston, TX |
| 33 | 500 Barrel Skid Mounted SS Storage Tanks | 2 | | HIS | Martin North Dock | Port Fourchon, LA |
| 34 | Top Hat #6 | 1 | | Top Hat | North Sea (OSR-Southampton) | UK |
| 35 | Top Hat #10 | 1 | | Top Hat | North Sea (OSR-Southampton) | UK |
| 36 | Flying Lead Distribution Box 1 (LOADED with flying lead) | 1 | | HIS | Oceaneering | Houston, TX |
| 37 | 400 ft x 1/2" 10 K Flying Lead Hose Only | 1 | | HIS | Oceaneering | Houston, TX |
| 38 | 1500 ft x 1/2" 7.5K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 39 | 1500 ft x 1/2" 7.5K Flying Lead Hose Only | 1 | | HIS | Oceaneering | Houston, TX |
| 40 | 150 ft x 1/2" 10 K Flying Lead Hose Only | 7 | | HIS | Oceaneering | Houston, TX |
| 41 | 1500 ft x 1/4" 12.5 K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 42 | 400 ft x 1/4" 12.5 K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 43 | 150 Ft 1/4" 12.5 K Flying Lead | 2 | | HIS | Oceaneering | Houston, TX |
| 44 | 1/2" 17D Hot Stabs (LOOSE) | 8 | | HIS | Oceaneering | Houston, TX |
| 45 | 17D Dummy Hot Stabs - Pressure Retaining | 4 | | HIS | Oceaneering | Houston, TX |
| 46 | 17D Dummy Hot Stabs - Non-Pressure | 12 | | HIS | Oceaneering | Houston, TX |
| 47 | 17D Hot Stab Receptacle | 1 | | HIS | Oceaneering | Houston, TX |
| 48 | 17D Hot Stab Receptacle (LOOSE) | 3 | | HIS | Oceaneering | Houston, TX |
| 49 | 17H Hot Stab Receptacle (LOOSE) | 2 | | HIS | Oceaneering | Houston, TX |
| 50 | Gauge Kits | 1 | | HIS | Oceaneering | Houston, TX |