# EXHIBIT C

# KIRKLAND & ELLIS LLP

## MEMORANDUM

**TO:** Plaintiffs' Liaison Counsel
Defendants' Liaison Counsel
R. Michael Underhill, United States Department of Justice
Luther Strange, Attorney General, State of Alabama

**FROM:** Robert R. Gasaway, One of the Attorneys for BP Exploration & Production Inc.

**DATE:** February 18, 2011

**SUBJECT:** Notice of Specified Equipment Available for Inspection Pursuant to the Court's January 28, 2011 Order

---

Dear Counsel:

Pursuant to the Court's January 28, 2011 Order (Exhibit A), BP Exploration & Production Inc. ("BP") hereby provides notice that it is making available for inspection by any party to this litigation the approximately one hundred thirty-four items listed on Exhibit B to this Notice. All of these items are within the scope of the items that may be released via notice (as opposed to motion) pursuant to the Court's January 28, 2011, Order, because all of the items fall within one or both of the following categories: (1) items that were staged for use in the response to the April 20, 2010, accident but never moved offshore; and (2) items that constitute rigging, tooling or installation aids.

The items listed on Exhibit B to this Notice will be made available for inspection for five business days—from Monday, February 28, 2011, through Friday, March 4, 2011, from 9:00 a.m. to 3:00 p.m. Central. Each of the available items is located at the ASCO Warehousing Company in Houston, Texas; the Cameron Yard in Berwick, Louisiana; the Oceaneering IWOCS facility in Houston, Texas; the Dril-Quip facility in Houston, Texas; or the Fourchon Northern Expansion Yard in Port Fourchon, Louisiana. As of the close of business on Friday March 4, 2011, these items will be released from legal hold and made available to the Marine Well Containment Company ("MWCC") for use in responding to future oil spills.

BP will produce photographs of the Exhibit B items pursuant to the requirements of the Court's January 28, 2011 Order. If at all possible, these photos will be produced no later than Thursday February 24.

These items are being made available only for inspection and non-invasive photography and videography. Destructive testing, non-destructive testing, sampling, manipulation, attempted alteration, and invasive photography or videography of these items is prohibited.

If you are interested in inspecting any of these items, please contact either David Grassmick (david.grassmick@kirkland.com) or Joseph Eisert (joseph.eisert@kirkland.com) as

## KIRKLAND & ELLIS LLP

soon as possible and in no event less than 24 hours prior to the date and time you intend to arrive at ASCO, Cameron, Oceaneering, Dril-Quip, or Northern Expansion. All of these locations are secure locations, and no one will be permitted entry without prior notice to and approval by Messrs. Grassmick or Eisert. In addition, no one will be permitted entry to these locations without appropriate personal protective equipment, including a hard hat, protective eyewear (eyeglasses are not sufficient), and steel-toed footwear. Messrs. Grassmick and Eisert can provide further logistical and safety information.

Anyone visiting ASCO, Cameron, Oceaneering, Dril-Quip, or Northern Expansion in order to inspect any of these items assumes any and all risk of injury and/or property damage and will be deemed to have agreed to hold ASCO, Cameron, Oceaneering, Dril-Quip, Northern Expansion, and BP and their respective affiliates harmless for any such injury and/or property damage, and will be further deemed to consent to this assumption of risk and hold harmless provision upon entering ASCO, Cameron, Oceaneering, Dril-Quip, and/or Northern Expansion.

Sincerely,

Robert R. Gasaway

Attachments

2

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Second Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that BP may recycle, reuse or otherwise dispose of each item described in Exhibits A and B to this Order, provided that (i) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the entry of this Order; (ii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific

item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

ALSO, IT IS FURTHER ORDERED that without seeking additional intervention from this Court, BP may also release those physical items that it may subsequently locate or recover that are of the same type as the items described in Exhibits A and B to this Order, provided that (i) BP shall publish a list of all such items and provide notice of its intent to release those items to all parties to this action in the same manner that BP has provided all parties with copies of Exhibits A and B; (ii) BP shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days following the notice to all parties that BP intends to release those items; (iii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iv) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's preservation-of-evidence obligations as to a specific item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

DONE AND SIGNED, this 28th day of January, 2011, at New Orleans, Louisiana.

_____
United States District Judge

# EXHIBIT B

| Item No. | Description | Additional Description | MWCC System | Current Loc Detail |
|---|---|---|---|---|
| 1 | GE Latch Cap Seal | PART NO.: H204470-302 SEAL, DOVE TAIL O-RING | Latch Cap | ASCO |
| 2 | GE Latch Cap Seal | PART NO.: H205301-1 OPTION 2, SEAL BODY | Latch Cap | ASCO |
| 3 | GE Latch Cap Spares | GUIDE PIN INSERTION PEDESTAL | Latch Cap | ASCO |
| 4 | GE Latch Cap Parts | PART NO.: H204421-6 GUIDE PIN, UPPER END | Latch Cap | ASCO |
| 5 | GE Latch Cap Parts | PART NO.: H204421-5 GUIDE PIN, LONG | Latch Cap | ASCO |
| 6 | GE Latch Cap Parts | PART NO.: H204421-8 GUIDE PIN, LONG | Latch Cap | ASCO |
| 7 | GE Latch Cap Parts | PART NO.: H204421-4 GUIDE PIN, SHORT | Latch Cap | ASCO |
| 8 | GE Latch Cap Seal | PART NO.: H204470-202 SEAL, METAL TO METAL, W/CAP SCREWS AND O-RINGS | Latch Cap | ASCO |
| 9 | GE Latch Cap Parts | PART NO.: H205085-1 SEAL RETAINER, W/22 CAP SCREWS AND 2 O-RINGS | Latch Cap | ASCO |
| 10 | GE Latch Cap Seal | PART NO.: H205351-1 OPTION 2, HMF SUPPORT RING | Latch Cap | ASCO |
| 11 | GE Latch Cap Spares | PART NO.: H204785-1 HYDRAULIC CYLINDER, 4.00 BORE, 14.00 STROKE | Latch Cap | ASCO |
| 12 | GE Latch Cap Parts | PART NO.: H222759-5 HYDRAULIC HOSE ASSEMBLY | Latch Cap | ASCO |
| 13 | GE Latch Cap Seal | PART NO.: H204470-202 SEAL, METAL TO METAL | Latch Cap | ASCO |
| 14 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (200) OBAK-000350-N90, SEAL BACKUPS (200) ORNG-000350-N70, SEAL, O-RING (12) 2" X 2" EXTRUDED PACKERS (8) 06-079524, 58" NOM PACKING GUARDS | Flex Joint Overshot | ASCO |
| 15 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (1) TEST SLIP (1) TEST BOWL | Flex Joint Overshot | ASCO |
| 16 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (38) 06-079522 PISTON, HYDRAULIC COUPLING (1) 06-079518 PISTON HOUSING | Flex Joint Overshot | ASCO |
| 17 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (2) 06-079519 BOWL, TENSION | Flex Joint Overshot | ASCO |
| 18 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (1) 06-079523 RING, COMPRESSION (1) 06-079521 PUSHING, PACKER | Flex Joint Overshot | ASCO |
| 19 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (2) 06-079520 SLIP, TENSION | Flex Joint Overshot | ASCO |
| 20 | Flex Joint Overshot Equipment | SAID TO CONTAIN: 24.5 IN 4130 TUBE (2) PIPE, TEST, 72" | Flex Joint Overshot | ASCO |
| 21 | H4 adaptor - CDP / SSTi design option (Crossover Spool with Tree-Cap Assembly) | 10113474 H4 CAPPING CONNECTOR ASSEMBLY | Capping Stack | ASCO |
| 22 | Rigging - Single Valve Manifold | SPREADER BAR WITH 4 SLINGS & 5 SHACKLES FOR VALVE STACK | Single Valve Manifold | ASCO |
| 23 | Coffer Dam #2 (Spare - not used) | TANK TAG NO: PCC-2 | Containment Chamber | ASCO |
| 24 | Wild Well Control / Deployment Rigging Assembly for PCC #2 | SPREADER BAR FOR TANK TAG-PCC-2 | Containment Chamber | ASCO |
| 25 | RITT Stand Oceaneering / Pipe stand with brackets for RITT #3 | UP RIGHT STAND | RITT | ASCO |
| 26 | Choke Containment Tools Wild Well / J latch receptacle attached to choke containment receptacle | CHOKE MINI TOP HAT "BENDIE" | Choke / RITT | ASCO |
| 27 | Choke Containment Tools Wild Well / J latch receptacle attached to choke containment receptacle | CHOKE MINI TOP HAT "BENDIE" | Choke / RITT | ASCO |
| 28 | COLFLEX IP HOSE 3" 1000 FT (Spare) | COLFLEX IP HOSE 3" 1000 FT | Subsea Flexibles | ASCO |
| 29 | NOV Flange Overshot Removal Tool | NOV GRIP | Flange Overshot | ASCO |
| 30 | NOV Flange Overshot Removal Tool | PROTECTOR CAP | Flange Overshot | ASCO |
| 31 | 2634 ft x 6 in flexible - Wellstream | WELLSTREAM REEL #WBR-106 C366-A-02 | Subsea Flexibles | ASCO |
| 32 | 3805 ft x 6 in flexible - Wellstream | WELLSTREAM REEL (WSO71 C430-E01922) | Subsea Flexibles | ASCO |
| 33 | Test Mandril | TEST MANDRIL | Shipping / Testing Aid | ASCO |
| 34 | Cameron HC Hub | TEST MANDRIL | Latch Cap / SVM | ASCO |
| 35 | Flange Transition Spool Testing Part | MULE SHOE TEST STAND | Transition Spool | ASCO |
| 36 | Crossover connector between flexible and gooseneck | 4" RAC SWIVELS 3" 15k X 7" 5k | Subsea Connectors | ASCO |
| 37 | SPARE Lower Gooseneck Assembly for FSR1 / FSR2 | LOWER GOOSENECK WELDMENT SPARE SN# 400004610-001 | Subsea Flexibles | ASCO |
| 38 | 3900 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WBR-108 | Subsea Flexibles | ASCO |
| 39 | 2624 ft x 6 in flexible - Wellstream | WELLSTREAM REEL # WBR 35 | Subsea Flexibles | ASCO |
| 40 | 3608 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WS131 | Subsea Flexibles | ASCO |
| 41 | 820 ft x 6 in flexible - Wellstream / 754 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WS 140 | Subsea Flexibles | ASCO |
| 42 | 656 ft x 6 in flexible - Wellstream / 492 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WBR 147 | Subsea Flexibles | ASCO |
| 43 | 450ft x 3in Coflexip Jumper | COFLEX IP HOSE 3" 450FT | Subsea Flexibles | ASCO |
| 44 | Pressure Test Spool and Shipping Frames | MULE SHOE SHIPPING FRAME W/TEST SPOOL & RIGGING | Transition Spool | ASCO |
| 45 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 100'X4" SECTION OF BWR OILCAT HOSE WITH TODO CONNECTORS | HIS | ASCO |
| 46 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 100'X4" SECTION OF BWR OILCAT HOSE | HIS | ASCO |
| 47 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 50'X 2" SECTION OF BWR OILCAT HOSE WITH TODO CONNECTORS | HIS | ASCO |
| 48 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 50' X 2" SECTION OF BWR OILCAT HOSE | HIS | ASCO |
| 49 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | MULTI-TODO FITTING TRANSFER MANIFOLD W/10 MULTIPLE SIZES 1 - DIXO | HIS | ASCO |
| 50 | 3964ft x 6in flexible - Technip / With Reel | 9.2M - BBS0410 3800 FT FLEX JUMPER | Subsea Flexibles | ASCO |
| 51 | PBR Manifold Pressure Cap | OIL STATES PRESSURE CAP 5-1/8" 10000 PSI SN# 18336 ASSY# R1-07578 | PBR | ASCO |
| 52 | FSR Pile / DTS bouy Clump Weight Rigging | 150 TON ROV HOOK - 1206233-3-2 | Rigging | ASCO |
| 53 | FSR Pile / DTS bouy Clump Weight Rigging | 150 TON G2140 SHACKLE ALLOY - BLP1974,1975,1976, C3-111640-1-1 | Rigging | ASCO |
| 54 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 55 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 56 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 60024774 (961730035-50 & 961730035- | Subsea Connectors | Cameron |
| 57 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 60024774 (961730035-50 & 961730035- | Subsea Connectors | Cameron |
| 58 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-07 | Subsea Flexibles | Cameron |
| 59 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 60 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 61 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 62 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-07 | Subsea Flexibles | Cameron |
| 63 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-01 | Subsea Flexibles | Cameron |
| 64 | Spares for subsea equipment | PIPE BEND - PLAIN BOTH ENDS - 002002-22-50-17 | Subsea Flexibles | Cameron |

| Item No. | Description | Additional Description | MWCC System | Current Loc Detail |
|---|---|---|---|---|
| 65 | Spares for subsea equipment | PIPE BEND - PLAIN ONE END & BEVELED ONE END | Subsea Flexibles | Cameron |
| 66 | Spares for subsea equipment | PIPE BEND - PLAIN ONE END & BEVELED ONE END | Subsea Flexibles | Cameron |
| 67 | Spares for subsea equipment | PIPE BEND - PLAIN BOTH ENDS - 2330221-01 | Subsea Flexibles | Cameron |
| 68 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 69 | Subsea Choke Assembly (CC40 enhanced) | CHOKE - 2330236-13 | Choke Assembly | Cameron |
| 70 | Burst Disc Assembly | CHOKE - 2330236-10 | Subsea Manifold | Cameron |
| 71 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 72 | Spare valves for manifold - never used | MARINE CHOKE & KILL VALVE - 631010-32 | Subsea Manifold | Cameron |
| 73 | Spare valves for manifold - never used | MARINE CHOKE & KILL VALVE - 631010-32 | Subsea Manifold | Cameron |
| 74 | Spare valves for manifold - never used | GATE VALVE - 631725-13 | Subsea Manifold | Cameron |
| 75 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 76 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 77 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 78 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 79 | Spare hub for subsea manifolds | 3" 15K AX HUB - 2049534-01 | Subsea Manifold | Cameron |
| 80 | Spare hub for subsea manifolds | 3" 15K AX HUB - 2049534-01 | Subsea Manifold | Cameron |
| 81 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 82 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 83 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 84 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 85 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 86 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 87 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES - A10811-E | Subsea Flexibles | Cameron |
| 88 | Spare flange for gooseneck connections | 4" 15K BLIND FLANGE WITH AUTO CLAVE PREP - ASAP-18423 | Subsea Flexibles | Cameron |
| 89 | Spare flange for gooseneck to flexible connection | 3" 15K WELD NECK FLANGE SPACER PIPE - 046545-01-10 | Subsea Flexibles | Cameron |
| 90 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 91 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 92 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 93 | Spare flange for gooseneck to flexible connection | 3" FLANGE WITH AUTO CLAVE PREP - 2216755-03 | Subsea Flexibles | Cameron |
| 94 | Spare flange for gooseneck to flexible connection | DOUBLE-STUDDED 3-1/16" FLANGE | Subsea Flexibles | Cameron |
| 95 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-02 | Subsea Connectors | Cameron |
| 96 | Adaptor spool for subsea flexibles | FLANGE BY FLANGE ADAPTER SPOOL - 3131454-01 | Subsea Flexibles | Cameron |
| 97 | Spares for gooseneck installation/operation | ROV PANEL FOR GOOSENECK - 2330230-01 | Subsea Flexibles | Cameron |
| 98 | Spare flange for gooseneck to flexible connection | DOUBLE STUDED FLANGE - 2047399-03-07 | Subsea Flexibles | Cameron |
| 99 | Spares for gooseneck installation/operation | ROV PANEL MINI CONNECTOR | Subsea Connectors | Cameron |
| 100 | Spare hub for subsea manifolds | HUB 3" ID - 100060077 | Subsea Manifold | Cameron |
| 101 | Spare hub for subsea manifolds | HUB 6" OD - 42580092 | Subsea Manifold | Cameron |
| 102 | Spare connector component | CAMERON DOG #9 | Subsea Connectors | Cameron |
| 103 | Spare connector component | CAMERON DOG #17 | Subsea Connectors | Cameron |
| 104 | Spare connector component | CAMERON DOG #23 | Subsea Connectors | Cameron |
| 105 | Spare connector component | CAMERON DOG #22 | Subsea Connectors | Cameron |
| 106 | Spare connector component | CAMERON DOG #21 | Subsea Connectors | Cameron |
| 107 | Spare connector component | CAMERON DOG #11 | Subsea Connectors | Cameron |
| 108 | Spare connector component | CAMERON DOG #19 | Subsea Connectors | Cameron |
| 109 | Spare connector component | CAMERON DOG #3 | Subsea Connectors | Cameron |
| 110 | Spare connector component | CAMERON DOG #7 | Subsea Connectors | Cameron |
| 111 | Spare connector component | CAMERON DOG #13 | Subsea Connectors | Cameron |
| 112 | Spare connector component | CAMERON DOG # NPN | Subsea Connectors | Cameron |
| 113 | Used with Cameron Dogs | BLACK HEX BOLTS (MM) | Subsea Connectors | Cameron |
| 114 | TMF Containment Chamber | | Containment Chamber | Fourchon Northern Expa |
| 115 | TMF Containment Chamber High Pressure Wellhead Housing | | Containment Chamber | Dril-Quip |
| 116 | PBR Seal Assembly | | PBR | Baker Super Center |
| 117 | Connector Assembly | | LDIS | PMF Houma |
| 118 | Appaloosa Pullhead (INSTALLATION AID) | | Subsea Flexibles | Technip Yard, Mobile |
| 119 | Flying Lead Distribution Box 2 (LOADED) | | HIS | Oceaneering |
| 120 | Flying Lead Deployment Frame (LOADED) | | HIS | Oceaneering |
| 121 | Flying Lead Deployment Frame (EMPTY) | | HIS | Oceaneering |
| 122 | 1/2" 17D Hot Stabs (LOOSE) | | HIS | Oceaneering |
| 123 | 17D Hot Stab Receptacle (LOOSE) | | HIS | Oceaneering |
| 124 | Hydraulic Power Unit | | HIS | Oceaneering |
| 125 | IWOCS Reel | | HIS | Oceaneering |
| 126 | Umbilical Sheave | | HIS | Oceaneering |
| 127 | Snatch Block 30T | | HIS | Oceaneering |
| 128 | Tugger | | HIS | Oceaneering |
| 129 | Swage Kit | | HIS | Oceaneering |
| 130 | Gang Box | | HIS | Oceaneering |
| 131 | Load Cell | | HIS | Oceaneering |
| 132 | Launch & Recovery System | | HIS | Oceaneering |
| 133 | Hydraulic Power Unit | | HIS | Oceaneering |
| 134 | 1/2" HCR Hose, 7.5 K | | HIS | Oceaneering |