**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   OIL SPILL by the OIL RIG          :        MDL NO. 2179
   "DEEPWATER HORIZON" in the    :
   GULF OF MEXICO, on            :
   APRIL 20, 2010                :
            :        SECTION: J
            :
THIS DOCUMENT RELATES TO:                  :
            :
ALL ACTIONS                                :
            :        JUDGE BARBIER
            :        MAG. JUDGE SHUSHAN
            :

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

  CONSIDERING THE FOREGOING Third Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

  IT IS ORDERED that the motion is GRANTED;

  IT IS FURTHER ORDERED that BP may immediately recycle, reuse or otherwise dispose of each item described in Exhibits A to this Order, provided that (i) BP has made or shall make all such items available for inspection by any party to this litigation at a secure location for a period of no fewer than five (5) business days commencing March 7, 2011 and concluding March 11, 2011; (ii) BP shall cause photographs of all such items to be taken and made available to all parties to this litigation; and (iii) in the event that a party to the litigation notifies BP in writing or by e-mail that the party objects to confirming the non-applicability of BP's

preservation-of-evidence obligations as to a specific item, BP shall retain the item at a secure location pending resolution of the issue by the parties and/or this Court.

IT IS FURTHER ORDERED that on or after February 28, 2011, BP may immediately provide the items listed Exhibit A to this Order to the MWCC should those Exhibit A items, or any of them, be required for a Gulf spill response, notwithstanding that the parties to this proceeding may not yet have had the opportunity to complete their inspections of, or their discussions about resolving the legal hold status of, the item in question.

AND IT IS FURTHER ORDERED that on or after February 28, 2011 BP may likewise immediately provide the items listed in its February 18 Notice to MDL parties (Exhibit B to this Order) to the MWCC should those Exhibit B items, or any of them, be required for a Gulf spill response, notwithstanding that the parties to this proceeding may not yet have had the opportunity to complete their inspections of, or their discussions about resolving the legal hold status of, the item in question.

THUS DONE AND SIGNED, this ____ day of _____, 2011, at New Orleans, Louisiana.


_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT
# A

| No. | Description | Qty | Additional Description | MWCC System | Current Loc Detail | Other Loc Detail |
|---|---|---|---|---|---|---|
| 1 | Flange Overshot Removal Tool | 1 | | Flange Overshot | ASCO | Houston, TX |
| 2 | Oil Slates Flange Splitter #2 | 1 | FLANGE SPLITTER #2 | Flange Splitter | ASCO | Houston, TX |
| 3 | Oil Slates Flange Splitter #1 | 1 | FLANGE SPLITTER #1 | Flange Splitter | ASCO | Houston, TX |
| 4 | 1/2" TD Hot Stabs from Subsea Flying Leads | 1 | CUT FLYING LEADS AND HOT STUBS WITH 10 CFL ENDS & 2 DUST CAPS | HIS | ASCO | Houston, TX |
| 5 | T-300 GI Pump #1 | 1 | | HIS | ASCO | Houston, TX |
| 6 | T-300 GI Pump #2 | 1 | | HIS | ASCO | Houston, TX |
| 7 | T-300 GI Pump #3 | 1 | | HIS | ASCO | Houston, TX |
| 8 | T-300 GI Pump #4 | 1 | | HIS | ASCO | Houston, TX |
| 9 | Wye Spool Assembly - Used in Top Kill Operations Only | 1 | | LDIS | ASCO | Houston, TX |
| 10 | Vertical Riser Insertion Tube Tool (V-RITT) | 1 | BAKER HUGHES STAND WITH STRAIGHT STAB | HIS | ASCO | Houston, TX |
| 11 | RITT#2 | 1 | RITT #2 WITH STAND | RITT | ASCO | Houston, TX |
| 12 | RITT#3 | 1 | RITT #3 WITHOUT J-LATCH | RITT | ASCO | Houston, TX |
| 13 | Ritt Transportation Frame / RITT Stand | 1 | RITT TRANSPORTATION FRAME | RITT | ASCO | Houston, TX |
| 14 | OSH - Hot Stab Assembly w/Gooseneck, adapter spool included | 1 | CAMERON GOOSENECK | Subsea Connectors | ASCO | Houston, TX |
| 15 | CAMERON MINI CONNECTORS | 1 | CAMERON MINI CONNECTORS | Subsea Connectors | ASCO | Houston, TX |
| 16 | CAMERON MINI CONNECTORS | 1 | CAMERON MINI CONNECTORS | Subsea Connectors | ASCO | Houston, TX |
| 17 | CAP FOR CONNECTOR | 1 | CAP FOR CONNECTOR | Subsea Connectors | ASCO | Houston, TX |
| 18 | 1400 ft x 6 in flexible - TechGip (F-JSDP-SM) on Reel | 1 | REEL - SN# 557-10 | Subsea Flexibles | ASCO | Houston, TX |
| 19 | 7" tds x 7" 5x crossover 1 ea. spool type and 1 ea. flange type | 1 | CROSSOVER W/STUDED FLANGE W/REDUCER | Subsea Flexibles | ASCO | Houston, TX |
| 20 | 500ft x 6in flexible) | 1 | REEL # BB-662-10 | Subsea Flexibles | ASCO | Houston, TX |
| 21 | 400 ft x 4 in flexible On Reel - Duco (FJ-BGP-XG) | 1 | DEEP DOWN REEL #A-5 | Subsea Flexibles | ASCO | Houston, TX |
| 22 | Lower Gooseneck Assembly (Was attached to 2900ft x 6in flexible) | 1 | LRA SPARE | Subsea Flexibles | ASCO | Houston, TX |
| 23 | Lower Gooseneck Assembly (Was attached to 2900ft x 6in flexible) | 1 | LRA GOOSENECK SPARE | Subsea Flexibles | ASCO | Houston, TX |
| 24 | Top Hat #3 (For horizontal pipe interface to Enterprise Riser) | 1 | TOP HAT #3 | Top Hat | ASCO | Houston, TX |
| 25 | Top Hat #2 (For vertical pipe interface to Enterprise Riser) | 1 | TOP HAT #2-H4 (FLOW) | Top Hat | ASCO | Houston, TX |
| 26 | Top Hat #7 | 1 | TOP HAT #7 | Top Hat | ASCO | Houston, TX |
| 27 | Tree Running Tool - Used in Top Kill Operations Only. | 1 | | LDIS | FMC | Houston, TX |
| 28 | Tapered Stress Joint - Used in Top Kill Operations Only | 1 | | LDIS | FMC | Houston, TX |
| 29 | Riser Isolation Valve | 1 | | LDIS | FMC | Houston, TX |
| 30 | Quick Release Connector | 1 | | LDIS | FMC | Houston, TX |
| 31 | Accumulator Joint | 1 | | LDIS | FMC | Houston, TX |
| 32 | Umbilical Termination Head | 1 | | LDIS | FMC | Houston, TX |
| 33 | 500 Barrel Skid Mounted SS Storage Tanks | 2 | | NIS | Martin North Dock | Port Fourchon, LA |
| 34 | Top Hat #5 | 1 | | Top Hat | North Sea (OSR-Southampton) | UK |
| 35 | Top Hat #10 | 1 | | Top Hat | North Sea (OSR-Southampton) | UK |
| 36 | Flying Lead Distribution Box 1 (LOADED) with flying lead) | 1 | | HIS | Oceaneering | Houston, TX |
| 37 | 400 ft x 1/2" 10 K Flying Lead Only | 1 | | HIS | Oceaneering | Houston, TX |
| 38 | 1500 ft x 1/2" 7.5K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 39 | 1500 ft x 1/2" 7.5K Flying Lead Hose Only | 7 | | HIS | Oceaneering | Houston, TX |
| 40 | 1500 ft x 1/2" 10 K Flying Lead Hose Only | 1 | | HIS | Oceaneering | Houston, TX |
| 41 | 1500ft x 1/4" 12.5 K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 42 | 400 ft x 1/4" 12.5 K Flying Lead | 1 | | HIS | Oceaneering | Houston, TX |
| 43 | 150 Ft 1/4" 12.5 K Flying Lead | 2 | | HIS | Oceaneering | Houston, TX |
| 44 | 1/2" TD Hot Stabs (LOOSE) | 8 | | HIS | Oceaneering | Houston, TX |
| 45 | 17D Dummy Hot Stabs - Pressure Retaining | 4 | | HIS | Oceaneering | Houston, TX |
| 46 | 17D Dummy Hot Stabs - Non-Pressure | 12 | | HIS | Oceaneering | Houston, TX |
| 47 | 17D Hot Stab Receptacle | 1 | | HIS | Oceaneering | Houston, TX |
| 48 | 17D Hot Stab Receptacle (LOOSE) | 3 | | HIS | Oceaneering | Houston, TX |
| 49 | 17D Hot Stab Receptacle (LOOSE) | 2 | | HIS | Oceaneering | Houston, TX |
| 50 | Gauge Kits | 1 | | HIS | Oceaneering | Houston, TX |

# EXHIBIT B

| Item No. | Description | Additional Description | NWOC System | Current Loc Detail |
|---|---|---|---|---|
| 1 | GE Latch Cap Seal | PART NO.: H204470-302 SEAL, DOVE TAIL O-RING | Latch Cap | ASCO |
| 2 | GE Latch Cap Seal | PART NO.: H205301-1 OPTION 2, SEAL BODY | Latch Cap | ASCO |
| 3 | GE Latch Cap Spares | GUIDE PIN INSERTION PEDESTAL | Latch Cap | ASCO |
| 4 | GE Latch Cap Parts | PART NO.: H204421-6 GUIDE PIN, UPPER END | Latch Cap | ASCO |
| 5 | GE Latch Cap Parts | PART NO.: H204421-5 GUIDE PIN, LONG | Latch Cap | ASCO |
| 6 | GE Latch Cap Parts | PART NO.: H204421-8 GUIDE PIN, LONG | Latch Cap | ASCO |
| 7 | GE Latch Cap Parts | PART NO.: H204421-4 GUIDE PIN, SHORT | Latch Cap | ASCO |
| 8 | GE Latch Cap Parts | PART NO.: H204470-200 SEAL, METAL TO METAL, W/CAP SCREWS AND O-RINGS | Latch Cap | ASCO |
| 9 | GE Latch Cap Parts | PART NO.: H20508S-1 SEAL RETAINER, W/22 CAP SCREWS AND 2 O-RINGS | Latch Cap | ASCO |
| 10 | GE Latch Cap Parts | PART NO.: H205351-1 OPTION 2, HMF SUPPORT RING | Latch Cap | ASCO |
| 11 | GE Latch Cap Spares | PART NO.: H204785-1 HYDRAULIC CYLINDER, 4.00 BORE, 14.00 STROKE | Latch Cap | ASCO |
| 12 | GE Latch Cap Seal | PART NO.: H227765-5 HYDRAULIC HOSE ASSEMBLY | Latch Cap | ASCO |
| 13 | GE Latch Cap Seal | PART NO.: H204470-202 SEAL, METAL TO METAL | Latch Cap | ASCO |
| 14 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (200) O9AK-360359-N90, SEAL BACKUPS (200) O-RING-000330-NT2, SEAL, O-RING (12) 2" X 7" EXTRUDED PACKERS (6) 06-079524, 58" NOM PACKING GUARDS | Flex Joint Overshot | ASCO |
| 15 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (1) TEST SUP (1) TEST BOWL | Flex Joint Overshot | ASCO |
| 16 | Flex Joint Overshot Equipment | SAID TO CONTAIN (2) 06-079522 PISTON, HYDRAULIC COUPLING (1) 06-079518 PISTON HOUSING | Flex Joint Overshot | ASCO |
| 17 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (2) 06-079519 BOWL, TENSION | Flex Joint Overshot | ASCO |
| 18 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (1) 06-079523 RING, COMPRESSION (1) 06-079521 PUSHING, PACKER | Flex Joint Overshot | ASCO |
| 19 | Flex Joint Overshot Equipment | SAID TO CONTAIN: (2) 06-079520 SLIP, TENSION | Flex Joint Overshot | ASCO |
| 20 | Flex Joint Overshot Equipment | SAID TO CONTAIN: 24.5 IN 4130 TUBE (2) PIPE, TEST, 72" | Flex Joint Overshot | ASCO |
| 21 | H4 adaptor - COP / SSTI design option (Crossover Spool with Tree-Cap Assembly) | 10113474 H4 CAPPING CONNECTOR ASSEMBLY | Capping Stack | ASCO |
| 22 | Rigging - Single Valve Manifold | SPREADER BAR WITH 4 SLINGS & 5 SHACKLES FOR VALVE STACK | Single Valve Manifold | ASCO |
| 23 | Coffer Dam #2 (Spare - not used) | TANK TAG NO: PCC-2 | Containment Chamber | ASCO |
| 24 | Wild Well Control / Deployment Rigging Assembly for PCC #2 | SPREADER BAR FOR TANK TAG-PCC-2 | Containment Chamber | ASCO |
| 25 | RITT Stand Oceaneering / Pipe stand with brackets for RITT #3 | UP RIGHT STAND | RITT | ASCO |
| 26 | Choke Containment Tools  Wild Well / 1 latch receptacle attached to choke containment receptacle | CHOKE MINI TOP HAT "BENDIE" | Choke / RITT | ASCO |
| 27 | Choke Containment Tools  Wild Well / 1 latch receptacle attached to choke containment receptacle | CHOKE MINI TOP HAT "BENDIE" | Choke / RITT | ASCO |
| 28 | COLFLEX IP HOSE 3" 1000 FT (Spare) | COLFLEX IP HOSE 3" 1000 FT | Subsea Flexibles | ASCO |
| 29 | NOV Flange Overshot Removal Tool | NOV GRIP | Flange Overshot | ASCO |
| 30 | NOV Flange Overshot Removal Tool | PROTECTOR CAP | Flange Overshot | ASCO |
| 31 | 2834 ft x 6 in flexible - Wellstream | WELLSTREAM REEL #WSR-106 C366-A-02 | Subsea Flexibles | ASCO |
| 32 | 3885 ft x 6 in flexible - Wellstream | WELLSTREAM REEL (WS071 C430-E01022) | Subsea Flexibles | ASCO |
| 33 | Test Mandrl | TEST MANDRL | Shipping / Testing Aid | ASCO |
| 34 | Cameron HC Hub | TEST MANDRL | Latch Cap / SVM | ASCO |
| 35 | Flange Transition Spool Testing Port | MULE SHOE TEST STAND | Transition Spool | ASCO |
| 36 | Crossover connector between flexible and gooseneck | 4" PAC 6MVLS 3" 15X X 7" 5k | Subsea Connectors | ASCO |
| 37 | SPARE Lower Gooseneck Assembly for FSR1 / FSR2 | LOWER GOOSENECK WELDMENT SPARE SN# 400004510-001 | Subsea Flexibles | ASCO |
| 38 | 3900 ft x 6 in flexible - Wellstream. | UMBILICAL REEL NO: WSR-106 | Subsea Flexibles | ASCO |
| 39 | 2624 ft x 6 in - Wellstream | WELLSTREAM REEL # WSR 35 | Subsea Flexibles | ASCO |
| 40 | 3608 ft x 6 in - Wellstream | UMBILICAL REEL NO: WS131 | Subsea Flexibles | ASCO |
| 41 | 629 ft x 6 in flexible - Wellstream / 754 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WS 140 | Subsea Flexibles | ASCO |
| 42 | 658 ft x 6 in flexible - Wellstream / 492 ft x 6 in flexible - Wellstream | UMBILICAL REEL NO: WSR 147 | Subsea Flexibles | ASCO |
| 43 | 4591 x 3in Colfexip Jumper | COLFLEX IP HOSE 3" 4500FT | Subsea Flexibles | ASCO |
| 44 | Pressure Test Spool and Shipping Frames | MULE SHOE SHIPPING FRAME W/TEST SPOOL & RIGGING | Transition Spool | ASCO |
| 45 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 100'X4" SECTION OF BWR OILCAT HOSE WITH TODO CONNECTORS | HIS | ASCO |
| 46 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 100'X4" SECTION OF BWR OILCAT HOSE | HIS | ASCO |
| 47 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 50'X 2" SECTION OF BWR OILCAT HOSE WITH TODO CONNECTORS | HIS | ASCO |
| 48 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | 50' X 2" SECTION OF BWR OILCAT HOSE | HIS | ASCO |
| 49 | Part of HIS Topside System for Hydrate Inhibition Fluid Transfers | MULTI-TODO FITTING TRANSFER MANIFOLD W/10 MULTIPLE SIZES 1 - 000 | HIS | ASCO |
| 50 | 5,000 PSI Flex Jumper - Techcip / With Reel | 3.5M - B580418 3000 FT FLEX JUMPER | Subsea Flexibles | ASCO |
| 51 | PBR Manifold Pressure Cap | OIL STATES PRESSURE CAP 5-1/8" 15000 PSI SN# 18538 ASSY# R1-07578 | PBR | ASCO |
| 52 | FSR FI4 / DTS bouy Clump Weight Rigging | 150 TON ROV HOOK - 1206233-3-2 | Rigging | ASCO |
| 53 | FSR FI4 / DTS bouy Clump Weight Rigging | 150 TON G2149 SHACKLE ALLOY - BLP1974,1975,1976, C3-115640-1-1 | Rigging | ASCO |
| 54 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 55 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 56 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 60024774 (961730035-50 & 961730035 | Subsea Connectors | Cameron |
| 57 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 60024774 (961730035-50 & 961730035 | Subsea Connectors | Cameron |
| 58 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-07 | Subsea Flexibles | Cameron |
| 59 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 60 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 61 | 180 deg gooseneck - SPARE | GOOSE NECK - 2330236-12 | Subsea Flexibles | Cameron |
| 62 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-07 | Subsea Flexibles | Cameron |
| 63 | 135 deg gooseneck - SPARE | GOOSENECK - 2330236-01 | Subsea Flexibles | Cameron |
| 64 | Spares for subsea equipment | PIPE BEND - PLAIN BOTH ENDS - 002002-22-50-17 | Subsea Flexibles | Cameron |

| Item No. | Description | Additional Description | MWCC System | Current Loc Detail |
|---|---|---|---|---|
| 63 | Spares for subsea equipment | PIPE BEND - PLAIN ONE END & BEVELED ONE END | Subsea Flexibles | Cameron |
| 64 | Spares for subsea equipment | PIPE BEND - PLAIN ONE END & BEVELED ONE END | Subsea Flexibles | Cameron |
| 65 | Spares for subsea equipment | PIPE BEND - PLAIN BOTH ENDS - 2330221-01 | Subsea Flexibles | Cameron |
| 66 | Spares for gooseneck installation/operation | ROV PANEL | Subsea Flexibles | Cameron |
| 67 | Subsea Choke Assembly (DC40 enhanced) | CHOKE - 2330236-13 | Choke Assembly | Cameron |
| 68 | Burst Disc Assembly | CHOKE - 2330236-10 | Subsea Manifold | Cameron |
| 69 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 70 | Spare valves for manifold - never used | MARINE CHOKE & KILL VALVE - 631010-32 | Subsea Manifold | Cameron |
| 71 | Spare valves for manifold - never used | MARINE CHOKE & KILL VALVE - 631010-32 | Subsea Manifold | Cameron |
| 72 | Spare valve for manifold - never used | GATE VALVE - 631725-13 | Subsea Manifold | Cameron |
| 73 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 74 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 75 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 76 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-20 96-1730035-100 96-173003 | Subsea Connectors | Cameron |
| 77 | Spare hub for subsea manifolds | 3" 15K AX HUB - 2049534-01 | Subsea Manifold | Cameron |
| 78 | Spare hub for subsea manifolds | 3" 15K AX HUB - 2049534-01 | Subsea Manifold | Cameron |
| 79 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 80 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 81 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 82 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 83 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 84 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 85 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 86 | Spare flange for gooseneck to flexible connection | DUAL PORT FLANGES- A10611-E | Subsea Flexibles | Cameron |
| 87 | Spare flange for gooseneck connections | 4" 15K BLIND FLANGE WITH AUTO CLAVE PREP - ASAP-18423 | Subsea Flexibles | Cameron |
| 88 | Spare flange for gooseneck to flexible connection | 3" 15K WELD NECK FLANGE SPACER PIPE - 946645-01-10 | Subsea Flexibles | Cameron |
| 89 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 90 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 91 | Spare flange for gooseneck to flexible connection | 3" BX/AX WITH SPACER SPOOL - 2011765-10 | Subsea Flexibles | Cameron |
| 92 | Spare flange for gooseneck to flexible connection | 3" FLANGE WITH AUTO CLAVE PREP - 2216755-03 | Subsea Flexibles | Cameron |
| 93 | Spare connectors for goosenecks / ancillary equipment | DOUBLE-STUDDED 3-1/16" FLANGE | Subsea Flexibles | Cameron |
| 94 | Spare connectors for goosenecks / ancillary equipment | 3" CHOKE & KILL MINI CONNECTOR - 2010150-02 | Subsea Connectors | Cameron |
| 95 | Adaptor spool for subsea flexible | FLANGE BY FLANGE ADAPTER SPOOL- 3131464-01 | Subsea Flexibles | Cameron |
| 96 | Spares for gooseneck installation/operation | ROV PANEL FOR GOOSENECK - 2330220-01 | Subsea Flexibles | Cameron |
| 97 | Spare flange for gooseneck to flexible connection | DOUBLE STUDED FLANGE - 2047399-03-07 | Subsea Flexibles | Cameron |
| 98 | Spares for gooseneck installation/operation | ROV PANEL MINI CONNECTOR | Subsea Connectors | Cameron |
| 99 | Spare hub for subsea manifold | HUB 3" ID - 100950077 | Subsea Manifold | Cameron |
| 100 | Spare hub for subsea manifolds | HUB 6" OID - 42580092 | Subsea Manifold | Cameron |
| 101 | Spare connector component | CAMERON DOG #9 | Subsea Connectors | Cameron |
| 102 | Spare connector component | CAMERON DOG #17 | Subsea Connectors | Cameron |
| 103 | Spare connector component | CAMERON DOG #23 | Subsea Connectors | Cameron |
| 104 | Spare connector component | CAMERON DOG #22 | Subsea Connectors | Cameron |
| 105 | Spare connector component | CAMERON DOG #21 | Subsea Connectors | Cameron |
| 106 | Spare connector component | CAMERON DOG #19 | Subsea Connectors | Cameron |
| 107 | Spare connector component | CAMERON DOG #15 | Subsea Connectors | Cameron |
| 108 | Spare connector component | CAMERON DOG #3 | Subsea Connectors | Cameron |
| 109 | Spare connector component | CAMERON DOG #7 | Subsea Connectors | Cameron |
| 110 | Spare connector component | CAMERON DOG #13 | Subsea Connectors | Cameron |
| 111 | Spare connector component | CAMERON DOG #6 NPN | Subsea Connectors | Cameron |
| 112 | Used with Cameron Dogs | BLACK HEX BOLTS (NM) | Subsea Connectors | Cameron |
| 113 | TMF Containment Chamber | | Containment Chamber | Fourchon Northern Expa |
| 114 | TMF Containment Chamber High Pressure Wellhead Housing | | Containment Chamber | Dril-Quip |
| 115 | PBR Seal Assembly | | PBR | Baker Super Center |
| 116 | Connector Assembly | | LDS | PMF Houma |
| 117 | Aquafocus Pullhead (INSTALLATION AID) | | Subsea Flexibles | Technip Yard, Mobile |
| 118 | Flying Lead Distribution Box 2 (LOADED) | | HIS | Oceaneering |
| 119 | Flying Lead Deployment Frame (LOADED) | | HIS | Oceaneering |
| 120 | Flying Lead Deployment Frame (EMPTY) | | HIS | Oceaneering |
| 121 | 1/2" 17D Hot Stabs (LOOSE) | | HIS | Oceaneering |
| 122 | 17D Hot Stab Receptacle (LOOSE) | | HIS | Oceaneering |
| 123 | Hydraulic Power Unit | | HIS | Oceaneering |
| 124 | WOCS Reel | | HIS | Oceaneering |
| 125 | Umbilical Sheave | | HIS | Oceaneering |
| 126 | Switch Block 30T | | HIS | Oceaneering |
| 127 | Tugger | | HIS | Oceaneering |
| 128 | Swage Kit | | HIS | Oceaneering |
| 129 | Gang Box | | HIS | Oceaneering |
| 130 | Load Cell | | HIS | Oceaneering |
| 131 | Launch & Recovery System | | HIS | Oceaneering |
| 132 | Hydraulic Power Unit | | HIS | Oceaneering |
| 133 | 1/2" HCR Hose, 7.5 K | | HIS | Oceaneering |