**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | § | |
| the GULF OF MEXICO, on | § | SECTION: J |
| APRIL 20, 2010 | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| ALL ACTIONS | § | MAG. JUDGE SHUSHAN |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | § | |

**BP'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON BP's**
**THIRD MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF**
**PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN**
**SUBPOENAED ITEMS AND CERTAIN NON-EVIDENTIARY ITEMS**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully move this Court for an expedited hearing on their Third Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("Third Confirmation Motion").

For reasons further set forth in the attached Memorandum in Support, BP respectfully submits that its Third Confirmation Motion should be given expedited consideration on **February 25, 2011**, so that the Court can consider and approve BP's reuse of specified items of equipment that lack any evidentiary value but nonetheless are urgently needed by the Marine Well Containment Company to protect the environment in the event of future offshore oil spills or other inadvertent releases of hydrocarbons in the Gulf. Accordingly, BP respectfully requests that this Court grant an expedited hearing on BP's Third Confirmation Motion.

18406067.3

Respectfully submitted,

/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for BP America Inc.,*
*BP America Production Company, and*
*BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2011.

        /s/ Don K. Haycraft
        Don K. Haycraft