UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in | § | |
| the GULF OF MEXICO, on | § | SECTION:  J |
| APRIL 20, 2010 | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| ALL ACTIONS | § | MAG. JUDGE SHUSHAN |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | § | |

**BP'S MEMORANDUM IN SUPPORT OF *EX PARTE*
MOTION FOR EXPEDITED HEARING ON BP'S THIRD
MOTION FOR CONFIRMATION OF NON-APPLICABILITY OF
PRESERVATION OF EVIDENCE OBLIGATIONS AS TO CERTAIN
SUBPOENAED ITEMS AND CERTAIN NON-EVIDENTIARY ITEMS**

**MAY IT PLEASE THE COURT:**

BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") respectfully submit this memorandum in support of their Ex Parte Motion for Expedited Hearing on BP's Third Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations as to Certain Subpoenaed Items and Certain Non-Evidentiary Items ("Third Confirmation Motion").

BP respectfully submits that this Court should grant an expedited hearing as to the applicability of the preservation-of-evidence obligations of Paragraph 14 of Pretrial Order No. 1 to certain equipment items.  Such an expedited hearing would greatly assist BP in providing these equipment items, all of which lack evidentiary value, to the Marine Well Containment Company ("MWCC") for the MWCC's use in responding to possible future offshore oil spills or other inadvertent releases of hydrocarbons in the Gulf.  As further explained in the Declaration

18406094.4

of Martin Pabon, attached as Exhibit B to BP's Memorandum In Support Of Third Motion For Confirmation Of Non-Applicability Of Preservation Of Evidence Obligations, it is critical that this equipment be made available for use by the Marine Well Containment Company by February 28, 2011.  (Pabon Decl. ¶ 8.)  The MWCC has represented to federal regulatory authorities that it will be prepared to respond to any well incident by February 28, 2011.  In order for this capability to be fully in place, the MWCC must have available for use BP's equipment contribution, and BP's equipment contribution to MWCC's response kit will be incomplete unless and until these critical and unique items are provided for the MWCC's use.  (*Id.*).  An expedited hearing on BP's Third Confirmation Motion will greatly benefit the Gulf Region.

Moreover, this Third Confirmation Motion proposes procedures for equipment releases that have previously been approved by this Court in its November 19, 2010, Order (First Confirmation Order) and its January 28, 2011 Confirmation Order (Second Confirmation Order). No party should be surprised or would be prejudiced by an expedited hearing for considering the entry of this Third Confirmation Order, which seeks only to extend familiar procedures to a limited list of approximately fifty (50) additional items of equipment.

Accordingly, BP respectfully seeks an expedited hearing on BP's Third Confirmation Motion on either February 25, 2011 or another expedited hearing date to be determined by this Court.

Respectfully submitted,

/s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
(dkhaycraft@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:   (504) 581-7979
Facsimile:    (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

Robert R. Gasaway
(robert.gasaway@kirkland.com)
Joseph A. Eisert
(joseph.eisert@kirkland.com)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone:   (202) 879-5000
Facsimile:    (202) 879-5200

*Attorneys for BP America Inc.,
BP America Production Company, and
BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of February, 2011.

                                            /s/ Don K. Haycraft
                                              Don K. Haycraft