# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING BP's *Ex* Parte Motion for Expedited Hearing on BP's Third Motion for Confirmation of Non-Applicability of Preservation of Evidence Obligations As To Certain Subpoenaed Items and Certain Non-Evidentiary Items BP'S filed by BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP");

IT IS ORDERED that the motion is GRANTED;

IT IS FURTHER ORDERED that BP's Motion is set for hearing on February 25, 2011 at the time previously set for the status conference in this matter on that date.

THUS DONE AND SIGNED, this ____ day of _____, 2011, at New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**