AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>*Plaintiff*<br>v.<br>These Pleadings apply to:<br>All Cases in Pleading Bundle Section iii.B(3)<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  MDL No. 2179      Secion: J<br>)<br>)<br>)  JUDGE BARBIER<br>)  MAGISTRATE SHUSHAN |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   LYNDEN INCORPORATED
through their Registered Agent
DOUGLAS MANAGEMENT
COMPANY
18000 INTERNATIONAL BLVD, Suite 800
SeaTac, WA 98188-4263

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*/s/ Stephanie Kall*
*Deputy clerk's signature*

Date:  Dec 23 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL No. 2179        Secion: J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LYNDEN INCORPORATED**
was received by me on *(date)* **JAN. 3, 2011**.

☒ I personally served the summons on the individual at *(place)* **18000 INTERNATIONAL BLVD. STE 800, SEATAC, WA 98188** on *(date)* **1-4-11**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **1-4-11**

*Roger D. Montgomery*
Server's signature

**ROGER D. MONTGOMERY / PROCESS SERVER # 21236**
Printed name and title

**1402 LAKE TAPPS PKWY E. 104-323
AUBURN, WA 98092**
Server's address

Additional information regarding attempted service, etc:

**10:48 AM SERVED MARIAN LUTHER OF DOUGLAS MANAGEMENT Co.**