AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 )
)
*Plaintiff* )
)
v. ) Civil Action No. MDL No. 2179    Secion: J
)
These Pleadings apply to: )
All Cases in Pleading Bundle Section iii.B(3) ) JUDGE BARBIER
) MAGISTRATE SHUSHAN
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   National Response Corporation
through their Registered Agent
National Registered Agents, Inc.
160 GREENTREE DRIVE SUITE 101
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Dec 23 2010__

Stephanie Kall
Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL No. 2179     Secion: J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Response Corporation
was received by me on *(date)* 1/3/2011

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Francis Burns at 10:05, who is
designated by law to accept service of process on behalf of *(name of organization)* National Registered
Agents, Inc on *(date)* 1/3/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/3/2011

*Server's signature*

Edward J Jones I - Process Server
*Printed name and title*

1111B South Governors Avenue Dover DE 19904
*Server's address*

Additional information regarding attempted service, etc: