IN THE UNITED STATES DISTRICT COURT

STATE OF LOUISIANNA
**OIL SPILL BY THE OIL RIG "DEEPWATER**                    CASE NO. 2:10-MD-02179-CJB-SS
                      VS
**THESE PLEADINGS APPLY TO:**

STATE OF ARIZONA                        )              AFFIDAVIT OF SERVICE
MARICOPA COUNTY                         )
THE AFFIANT, being sworn, states: That I am a private process server registered in
MARICOPA COUNTY and an Officer of the Court.  On 01/03/11 I received the SUMMONS IN
A CIVIL ACTION; ATTACHMENT A;

from NICOLETTI & HARRIS, INC and by in each instance I personally served a copy of
each document listed above upon:
INTERNATION AIR RESPONSE, INC. THROUGH THEIR REGISTERED AGENT L AND R SERVICE CO on
01/04/11 at 10:25 am at 40 N. CENTRAL AVENUE, #1500 PHOENIX, AZ 85004 MARICOPA
COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with NIKI BROWN, DOCKETS, STATED
AUTHORIZED TO ACCEPT.

Description: WHITE, Female, Approx. 35 yrs. of age, 5' 7" tall, Weighing 170lbs.,
BROWN Eyes, BLACK Hair,


ERNAD CAJIC                                              Affiant
Sworn to before me the  Jan 4, 2011

JoAnn Romo                                              Notary

My Commission expires:  04/27/2014

2028428 7608                    AX022028428
ORIGINAL

OFFICIAL SEAL
JOANN ROMO
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Exp. April 27, 2014

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 _____ *Plaintiff* v. These Pleadings apply to: All Cases in Pleading Bundle Section iii.B(3) _____ *Defendant* | ) ) ) ) ) ) ) |

Civil Action No.  MDL No. 2179        Secion: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INTERNATIONAL AIR RESPONSE, INC.
through their Registered Agent
L AND R SERVICE CO
40 N CENTRAL AVE #1500
PHOENIX, AZ 85004-4429

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Deputy clerk's signature*

Date:   **Dec 23 2010**