CAUSE # MDL No. 2179

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico, on April 20, 2010<br>*Plaintiff*<br><br>VS<br><br>These Pleadings apply to;<br>All Cases in Pleading Bundle Section iii B (3)<br>*Defendant* | § § § § § § § § § | UNITED STATES DISTRICT<br>COURT for the<br>EASTERN DISTRICT OF<br>LOUISIANA |

## AFFIDAVIT

STATE OF TEXAS § 
COUNTY OF FORT BEND §

"My name is **WAYNE SULLIVAN**, I am a Certified Private Process Server authorized by Written Order by the Texas Supreme Court to serve SUMMONS and other notices in this cause. I am not less than eighteen years of age, am of sound mind and not a party to or interested in the outcome of this cause and am competent to testify to the facts stated in this affidavit, which are based on personal knowledge and are true."

"The **SUMMONS AND COMPLAINT** came to hand on the 3rd **DAY OF JANUARY, 2011, AT 8:00 A.M.,** to be served on **LANE AVIATION INC**, by delivering to **GRANT E. LANE**, its Registered Agent, located at **3205 FM 2218 ROAD ROSENBERG, TX 77471-5696.**"

" On the 3rd Day of January, 2011 at 11:00 A.M., I served the **SUMMONS AND COMPLAINT** on **LANE AVIATION INC**, by delivering them to **GRANT E. LANE**, its Registered Agent, located at **3205 FM 2218 Road ROSENBERG, TX 77471-5696.**"

"Further affiant saith naught."

*Wayne Sullivan*
WAYNE SULLIVAN
TCPPS ID #: SCH000004225
HAND-TO-HAND CIVIL PROCESS SERVER
777 DUNLAVY ST. #1106
HOUSTON, TEXAS 77019

Before me, a notary public, on this day personally appeared, Wayne Sullivan, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct. Given under my hand and seal of office this 3rd day of JANUARY, 2011.

_____
Notary Public - State of Texas

Crystal S Lerman
My Commission Expires
05/26/2013

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. MDL No. 2179 |
| These Pleadings apply to: All Cases in Pleading Bundle Section iii.B(3) | ) ) ) | SECTION: J <br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Lane Aviation Inc.
through their Registered Agent
Grant E. Lane
3205 FM 2218 Road
Rosenberg, TX 77471-5696


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Loretta G. Whyte
Name of clerk of court

Date: __Dec 23 2010__    _____
Deputy clerk's signature