<pre>
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2

 3     *****************************************************************

 4     IN RE:  OIL SPILL BY THE
       OIL RIG DEEPWATER HORIZON
 5     IN THE GULF OF MEXICO ON
       APRIL 20, 2010
 6                                    CIVIL ACTION NO. 10-MDL-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    FRIDAY, FEBRUARY 11, 2011, 1:3O P.M.

 8     THIS DOCUMENT RELATES TO
       ALL ACTIONS
 9
       *****************************************************************
10

11            TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
12                    UNITED STATES MAGISTRATE JUDGE

13

14     APPEARANCES:

15


16     PLAINTIFFS'
       LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                               BY:  JAMES P. ROY, ESQUIRE
                                 P. O. BOX 3668
18                               556 JEFFERSON STREET
                                 LAFAYETTE, LA  70502
19

20                               HERMAN HERMAN KATZ & COTLAR
                                 BY:  STEPHEN J. HERMAN, ESQUIRE
21                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
22

23
       FOR THE PLAINTIFFS:       CUNNINGHAM BOUNDS
24                               BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                                 1601 DAUPHIN STREET
25                               MOBILE, AL 36604
</pre>

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                            LIEFF CABRASER HEIMANN & BERNSTEIN
                             BY:  ELIZABETH J. CABRASER, ESQUIRE
 4                           EMBARCADERO CENTER WEST
                             275 BATTERY STREET, SUITE 3000
 5                           SAN FRANCISCO, CA 94111

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
 8                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
10                           SAN FRANCISCO, CA  94102

11

12                           U.S. DEPARTMENT OF JUSTICE
                             TORTS BRANCH, CIVIL DIVISION
                             PETER F. FROST, ESQUIRE
13                           P.O. BOX 14271
                             WASHINGTON, DC 20044

14

15   ATTORNEYS FOR THE
     UNITED STATES OF
16   AMERICA:                ENVIRONMENTAL ENFORCEMENT SECTION
                             U.S. DEPARTMENT OF JUSTICE
17                           BY:  STEVEN O'ROURKE, ESQUIRE
                             P.O. BOX 7611
18                           WASHINGTON, D.C. 20044

19

20   FOR STATE INTERESTS:    OFFICE OF THE ATTORNEY GENERAL
                             STATE OF ALABAMA
21                           BY:  COREY L. MAZE, ESQUIRE
                             501 WASHINGTON AVENUE
22                           MONTGOMERY, AL  36130

23

     FOR THE STATE OF
24   LOUISIANA:              HENRY DART
                             ATTORNEYS AT LAW
25                           510 NORTH JEFFERSON STREET
                             COVINGTON, LA  70433
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
 6                            BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
 7                            1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163
 8

 9

10   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
11   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
12   BP CORPORATION NORTH
     AMERICA INC.,
13   BP EXPLORATION &
     PRODUCTION INC.,
14   BP HOLDINGS NORTH
     AMERICA LIMITED,
15   BP PRODUCTS NORTH
     AMERICA INC.:            KIRKLAND & ELLIS
16                            BY:  J. ANDREW LANGAN, ESQUIRE
                              300 N. LASALLE
17                            CHICAGO, IL 60654

18

19   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
20                            BY:  PHILLIP A. WITTMANN, ESQUIRE
                                   CARMELITE M. BERTAUT, ESQUIRE
21                            546 CARONDELET STREET
                              NEW ORLEANS, LA 70130
22

23   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
24                            BY:  DONALD E. GODWIN, ESQUIRE
                                   STEFANIE K. MAJOR, ESQUIRE
25                            1201 ELM STREET, SUITE 1700
                              DALLAS, TEXAS 75270
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            GODWIN RONQUILLO
                             BY:  R. ALAN YORK, ESQUIRE
 4                           1331 LAMAR, SUITE 1665
                             HOUSTON, TEXAS 77010
 5

 6   FOR ANADARKO
     PETROLEUM CORPORATION,
 7   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
 8   AND MOEX OFFSHORE 2007
     LLC:                    BINGHAM MCCUTCHEN
 9                           BY:  KYLE KIRBY, ESQUIRE
                             2020 K STREET
10                           WASHINGTON, DC  20006

11

12   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:     LABORDE & NEUNER
13                           BY:  BEN L. MAYEAUX, ESQUIRE
                             ONE PETROLEUM CENTER
14                           1001 W. PINHOOK RD., SUITE 200
                             LAFAYETTE, LA 70505
15

16   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
17   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
18   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
19   SEACOR MARINE, INC.,
     SEACOR MARINE
20   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
21   INC.:                    WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
22                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
23

24

25
```

```
1   APPEARANCES CONTINUED:

2

3   FOR LYDEN, INC:          BYRNES KELLER CROMWELL
                             BY:  JOFREY M. MCWILLIAM, ESQUIRE
4                            PAUL R.  TAYLOR, ESQUIRE
                             1000 SECOND AVENUE, 38TH FLOOR
5                            SEATTLE, WA 98104

6

7   WEATHERFORD U.S.,
    L.P.:                    JONES WALKER
8                            BY:  GLENN G. GOODIER, ESQUIRE
                             PLACE ST. CHARLES
9                            201 ST. CHARLES AVENUE
                             NEW ORLEANS, LA 70170
10

11  FOR DRIL-QUIP, INC.:     WARE JACKSON LEE & CHAMBERS
                             BY:  C. DENNIS BARROW, JR., ESQUIRE
12                           2929 ALLEN PARKWAY, 42ND FLOOR
                             HOUSTON, TEXAS 77019
13

14  ALSO PRESENT:            LEGER & SHAW
                             BY:  WALTER J. LEGER, JR., ESQUIRE
15                           600 CARONDELET STREET, 9TH FLOOR
                             NEW ORLEANS, LA  70130
16

17                           METHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
18                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
19                           HOUSTON, TX  77002

20                           MORGAN LEWIS
21                           BY:  DENISE SCOFIELD, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
22                           HOUSTON, TX  77002

23                           DANIEL GOFORTH, ESQUIRE
24                           WILLIAM LARGE, ESQUIRE
                             ELIZABETH PETERSEN, ESQUIRE
25                           CHRISTINE SEVIN, ESQUIRE
```

```
 1   APPEARANCES CONTINUED:

 2

 3                        ANTHONY FITCH, ESQUIRE
                         MICHELLE DELEMARRE, ESQUIRE
 4                       JEREMY HERSCHAFT, ESQUIRE
                         CHRISTOPHER KAUL, ESQUIRE
 5

 6                       JOHN FUNDERDUNK, ESQUIRE
                         MARY ROSE ALEXANDER, ESQUIRE
 7                       MICHAEL CANGELOSI, ESQUIRE

 8

 9   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
10                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS, LA  70130
11                               (504) 589-7779

12   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

AGENDA ITEMS                                                    PAGE


TESTING ISSUES.........................................   8

MASTER LIST OF POTENTIAL DEPONENTS.....................  40

ISSUANCE OF 30(B)(6) NOTICES...........................  49

JURISDICTIONAL DISCOVERY TRACK.........................  62

PROFILE FORM...........................................  64

STATUS OF THE ESI......................................  64

SCHEDULING TRANSOCEAN EMPLOYEE WITNESSES...............  68

SUBPOENAS..............................................  69

LOCAL GOVERNMENT ENTITY VOLUNTEERING MASTER COMPLAINT..  70

DRAFT NOTICE...........................................  81

JURISDICTIONAL DISCOVERY ISSUE.........................  96

RESPONSIVE PLEADINGS DEADLINE AMENDMENT TO THE          98

PRETRIAL ORDER OR NEW PRETRIAL ORDER...................

THE SIERRA CLUB'S MOTION TO INTERVENE.................. 107

PRETRIAL TIMELINE..................................... 107

CASE MANAGEMENT ORDER NUMBER 1........................ 108

1          **P-R-O-C-E-E-D-I-N-G-S**

01:23AM  2          FRIDAY, FEBRUARY 11, 2011

01:23AM  3          A F T E R N O O N   S E S S I O N

01:23AM  4              (COURT CALLED TO ORDER)

01:23AM  5

01:35PM  6

01:35PM  7          THE DEPUTY CLERK:  Everyone rise.

01:36PM  8          THE COURT:  Good afternoon, everybody.  I thought we

01:36PM  9  were going to get it down.  What happened?

01:36PM 10          MR. ROY:  From our standpoint, Your Honor, the agenda

01:36PM 11  got expanded.

01:36PM 12          THE COURT:  Well, I hear you, Mr. Roy.

01:36PM 13              We've got a lot to get done, right?

01:36PM 14              Why don't we start, since I see Mr. Underhill here

01:36PM 15  in person, with a quick update on where we stand on the testing

01:36PM 16  issues.

01:36PM 17          MR. UNDERHILL:  I feel like I'm a one hit wonder,

01:36PM 18  Your Honor.  Can't you ask me something new?

01:36PM 19          THE COURT:  I will in a minute, yes.

01:36PM 20          MR. UNDERHILL:  Can't you start with the new stuff and

01:36PM 21  work back?

01:36PM 22          THE COURT:  How are the federal government parties

01:36PM 23  getting along?

01:36PM 24          MR. UNDERHILL:  You know, just fantastic.  In the spirit

01:36PM 25  of bipartisanship, we are the bridge between the plaintiffs and

01:36PM  1    the defendants.  This is our sole role in the case.  We're the

01:37PM  2    intermediary.  You want to talk to somebody, we'll pass the

01:37PM  3    message on and sweeten it up for you and make it taste sugar

01:37PM  4    sweet.

01:37PM  5              THE COURT:  You're the man.

01:37PM  6              MR. UNDERHILL:  I wish my wife said that.  But I'm not

01:37PM  7    home enough to have her do that.

01:37PM  8              Okay, to your point, since you insist, Your Honor.  I

01:37PM  9    wish I would have known because I would have actually called my

01:37PM 10    folks and found the update.  What I reported to Judge Barbier

01:37PM 11    whenever, a week, two weeks ago, was that -- my last information

01:37PM 12    was they were planning on the end of the first week of March.  I

01:37PM 13    haven't asked them since, they haven't told me, but I tend to

01:37PM 14    hear -- I tend to hear the rumblings that they think it's going

01:37PM 15    to be longer.  I'll be glad to check and report back to the

01:37PM 16    Court, if you want, Your Honor, but I have nothing to change

01:37PM 17    that.

01:37PM 18              THE COURT:  You have not heard that there is any big

01:37PM 19    bumps in the road or anything like that has come out to you?

01:37PM 20              MR. UNDERHILL:  Well, I did.  I -- well, it's a medium

01:38PM 21    bump.  But my last understanding, that got worked out.  I don't

01:38PM 22    want to throw stones because I live in a glass house myself

01:38PM 23    sometimes.  What I heard was that some parties, happily not my

01:38PM 24    clients, were thinking that they needed to lessen their

01:38PM 25    involvement, and that party has some critical equipment without

01:38PM 1    which the testing process would grind to a quick halt.  I

01:38PM 2    understand that those have been worked out, that they've been

01:38PM 3    persuaded very gentlemanly, I might add, that that might not be

01:38PM 4    in their interest, or I might be the fellow going to

01:38PM 5    Judge Barbier and say, Judge, it's not me slowing this down.

01:38PM 6            So I'm hoping that has been worked out.  But that's

01:38PM 7    only thing I've heard about.

01:38PM 8            THE COURT:  Otherwise, as far as you know, we're still

01:38PM 9    just proceeding okay?

01:38PM 10           MR. UNDERHILL:  Well, ignorance is bliss, and that's my

01:38PM 11   specialty.  So I'll tell you what, Your Honor, when we get out of

01:38PM 12   here, I'll call -- I don't know if I can get ahold of him -- but

01:39PM 13   I'll try to find out.  If I hear anything different, I'll be glad

01:39PM 14   to report back to you.

01:39PM 15           THE COURT:  Early next week, if you hear anything

01:39PM 16   different, why don't you just send out an e-mail to everybody so

01:39PM 17   that we'll all be apprised and we can try to deal with whatever

01:39PM 18   the problem might be.  I'm just trying to head it off at the

01:39PM 19   pass.

01:39PM 20           MR. UNDERHILL:  I hear you.  I don't know if you want to

01:39PM 21   say it public, if Your Honor has heard something --

01:39PM 22           THE COURT:  No, I have not heard anything.  No, no, no.

01:39PM 23           MR. UNDERHILL:  Good, because I hate to be the last to

01:39PM 24   know.

01:39PM 25           THE COURT:  No, I have not heard a thing.  I would tell

01:39PM 1   you if I had.

01:39PM 2           MR. UNDERHILL:  Thank you, Your Honor.

01:39PM 3           THE COURT:  Okay.  Guys that are on the phone, guys and

01:39PM 4   girls, would you all put your phones on mute so we don't hear the

01:39PM 5   background noise?

01:39PM 6           MR. MILLER:  Your Honor, it's Kerry Miller for

01:39PM 7   Transocean on the phone.

01:39PM 8           THE COURT:  Yes, Kerry.  How are you doing?

01:39PM 9           MR. MILLER:  I'm doing fine.  How are you?  I'm sorry I

01:39PM 10  couldn't be there.

01:39PM 11          While we're on the topic, before we move on, I

01:39PM 12  would just like to ask a follow-up question on the BOP testing

01:39PM 13  issue, not the testing per se, but, Your Honor, I'm sure

01:39PM 14  Mr. Underhill will recall from the last hearing in front of

01:39PM 15  Judge Barbier, there was some discussion about exchanging, or

01:40PM 16  producing, rather, sooner rather than later some of the raw data,

01:40PM 17  the pictures and the measurements so that the parties would have

01:40PM 18  that in advance of the final report.  I understand that some

01:40PM 19  progress has been made on that, but that, you know, that's still

01:40PM 20  a very important issue, and I want to make sure that's still on

01:40PM 21  everybody's radar screen.

01:40PM 22          I know my client is still ready, willing, and able

01:40PM 23  to do whatever it takes capacity wise to assist in that

01:40PM 24  information exchange sooner rather than later.

01:40PM 25          MR. UNDERHILL:  Mike Underhill, U.S.

01:40PM 1          Your Honor, I didn't follow up.  I assumed if I

01:40PM 2   didn't hear anything, it was good news, but I'll make an inquiry

01:40PM 3   to find out where that stands.

01:40PM 4          THE COURT:  Good.

01:40PM 5          Thanks for bringing that up, Kerry.  That's a good

01:40PM 6   point.

01:40PM 7          MR. MILLER:  I appreciate it.  Thank you, Mike.

01:40PM 8          THE COURT:  Okay.  I guess what we'd better do is back

01:40PM 9   up and get reports on how we're doing on depositions this month,

01:40PM 10  and then start looking at the Godwin master list.

01:41PM 11         So who wants to talk about how we're doing this

01:41PM 12  month?

01:41PM 13         MR. CUNNINGHAM:  I'll be happy to, Your Honor.

01:41PM 14         THE COURT:  Thank you.

01:41PM 15         MR. CUNNINGHAM:  Robert Cunningham for the PSC.

01:41PM 16         Through a cooperative effort, we've managed to keep

01:41PM 17  all the depositions that we had set for February.  We've extended

01:41PM 18  the days and we're working all that out.  There have been some

01:41PM 19  compromises.

01:41PM 20         We have every day in February filled because there

01:41PM 21  are now two instead of one day, with the exception of the last

01:41PM 22  day of February.  We're hoping we can pull that into the March

01:41PM 23  schedule.

01:41PM 24         I would also tell the Court that I think both you

01:41PM 25  and Judge Barbier will be proud of the way all of the lawyers

01:41PM 1  have been conducting themselves.  There has been a spirit of

01:41PM 2  courtesy and cooperation on both sides that's made it a really

01:41PM 3  smooth process.

01:41PM 4       THE COURT:  Wonderful.  How are you doing on the time?

01:41PM 5  Is it working?

01:41PM 6       MR. CUNNINGHAM:  It's working, and with the time

01:41PM 7  extensions, we're not having a problem.  You know, I can be

01:42PM 8  corrected if somebody feels differently, but trading times

01:42PM 9  doesn't seem to be a big issue with people having more time.

01:42PM 10       THE COURT:  Okay.  Good.  While we're on the topic, and

01:42PM 11  it's kind of off my list, but as far as keeping track of time,

01:42PM 12  are you all handling that okay?  Have you got someone that's

01:42PM 13  keeping track?

01:42PM 14       MR. CUNNINGHAM:  We are.  The videographer is keeping

01:42PM 15  track.  There have been no disputes about whether he was right or

01:42PM 16  not, as far as I know.  That just hasn't been a problem.

01:42PM 17       THE COURT:  It seems to me, I know we had a discussion

01:42PM 18  about it, what do we do about gratuitous time, remember?  It

01:42PM 19  seemed to me that what you might want to do, and if it's going

01:42PM 20  well, my suggestions need not be complied with, but you might

01:42PM 21  want to say to the videographer, let me know when I've got

01:42PM 22  15 minutes left; give me a warning.

01:42PM 23       MR. CUNNINGHAM:  That's being done.

01:42PM 24       THE COURT:  Wonderful.  So otherwise, it's not looking

01:42PM 25  like it's a problem?

01:43PM 1    MR. CUNNINGHAM:  We have no problems that I know of that

01:43PM 2  need to be corrected.  I think it's just far beyond my

01:43PM 3  expectations.

01:43PM 4    THE COURT:  That's great.  That's great.

01:43PM 5    MR. GOFORTH:  Your Honor, can I bring --

01:43PM 6    THE COURT:  Come on up to the mic so we can make sure

01:43PM 7  the people on the phone can hear you.

01:43PM 8    MR. GOFORTH:  My name is Dan Goforth.  I'm here for

01:43PM 9  Transocean.

01:43PM 10    I will agree with "Bobo" that there have been no

01:43PM 11  problems that I'm aware of or that Transocean has been aware of

01:43PM 12  up to now; however, this next week, I would like to bring the

01:43PM 13  Court's attention to the fact that we're going to have Mr. Bly's

01:43PM 14  deposition next week.  It is scheduled, as I understand it, for

01:43PM 15  two days, Thursday and Friday of next week.

01:43PM 16    That creates, I think, a problem, and I may be just

01:43PM 17  uninformed that there may have been some agreement about this

01:43PM 18  that I'm not aware of, but that creates a problem of how we're

01:43PM 19  going to handle that in terms of allocation of time.  If we

01:44PM 20  had -- if we were to do it under the older procedure that we have

01:44PM 21  been operating on through January, that procedure would entitle,

01:44PM 22  as I calculate it, to plaintiffs for eight hours the first day,

01:44PM 23  and then for U.S. for 30 minutes or something of that sort, and

01:44PM 24  then for the other defendants, including BP, seven-and-a-half or

01:44PM 25  eight hours the following day under that procedure.  Now, we have

01:44PM  1    not -- through February so far, we have not been operating under

01:44PM  2    that procedure.  We have been operating under the new procedure.

01:44PM  3              I would suggest to the Court that we resolve today

01:44PM  4    before the Court any questions about the procedure that we're

01:44PM  5    going to be following, and if we are following the new procedure

01:44PM  6    with regard to allocation, then have an agreement that, in fact,

01:44PM  7    Mr. Bly will come back at a mutually convenient time to complete

01:45PM  8    his deposition, because I think additional time will be

01:45PM  9    necessary.

01:45PM 10              THE COURT:  Guess who is standing behind you.

01:45PM 11              MR. LANGAN:  Andy Langan for BP.

01:45PM 12              There was extensive e-mail traffic about this.

01:45PM 13    When we were before you on the 28th of January, we raised the

01:45PM 14    question.  Mr. Bly is going to be here on the 17th and 18th.

01:45PM 15    Pretrial order 27 and the time limits will apply.  We

01:45PM 16    corresponded with both defense counsel and the PSC about this

01:45PM 17    extensively beginning on the 29th of January and the 30th and the

01:45PM 18    31st, and we made it abundantly clear that Mr. Bly is being

01:45PM 19    produced on the 17th and 18th on the assumption that everybody

01:45PM 20    bought into the idea that pretrial order 27 time limits would

01:45PM 21    apply.

01:45PM 22              We have not agreed to bring him back, we do not

01:45PM 23    agree to bring him back, and we told Your Honor two weeks ago,

01:45PM 24    and we repeat now, that if a third day is sought, all bets are

01:45PM 25    off, and we're going to have to start over with scheduling him.

01:46PM 1          Now, I will acknowledge that pretrial order 17 says

01:46PM 2   for any witness at any time, for good cause shown, you can always

01:46PM 3   try to come back and seek Your Honor or go to the parties and

01:46PM 4   say, you know what, I just need a little bit more time.

01:46PM 5          But Mr. Goforth is absolutely incorrect.  We have a

01:46PM 6   deal that pretrial order 27 stands for Mr. Bly's testimony.  If

01:46PM 7   not, then we're not producing him.

01:46PM 8          MR. CUNNINGHAM:  It's 17 that's got the time.

01:46PM 9          MR. LANGAN:  Pretrial order 27 were the time allocations

01:46PM 10  for two days.

01:46PM 11         MR. UNDERHILL:  Mike Underhill, Department of Justice,

01:46PM 12  U.S.

01:46PM 13         Your Honor, I saw the e-mail traffic.  My

01:46PM 14  understanding is that here's -- feel free, this is my

01:46PM 15  understanding -- is that the time limits of the recent order

01:46PM 16  apply.  Mr. Langan did make it abundantly clear that he only

01:47PM 17  wanted to produce him for two days, and as I read the traffic,

01:47PM 18  that it was the parties' fair intention in good faith to try to

01:47PM 19  do this in two days.

01:47PM 20         There was an expressed caveat, and I'm sure that

01:47PM 21  Steve and Jim and "Bobo" have it, that says, this is the plan.

01:47PM 22  But understand, I mean, if something happens, then we would

01:47PM 23  obviously come back to Court, and it's going to be Your Honor's

01:47PM 24  decision to do it.

01:47PM 25         On that subject -- and this is kind of jumping

01:47PM 1    ahead a little bit, but it relates to this -- it was brought to

01:47PM 2    my attention that there have been a few glitches on document

01:47PM 3    productions with BP documents and witnesses, and one of the

01:47PM 4    caveats for the existing orders is that if there are documents

01:47PM 5    not produced or in a timely fashion, then that's one of the

01:47PM 6    escape valves to have a witness come back.

01:47PM 7              I don't think this was intentional, but I'm

01:47PM 8    understanding that there have been some last minute document

01:47PM 9    dumps provided to the PSC and -- which is exactly the way it

01:47PM 10   should be.  But on the other hand, other parties, myself and, I

01:48PM 11   think, Transocean included, it's getting there by Pony Express or

01:48PM 12   first class mail.  So if we can all get those last -- assuming

01:48PM 13   it's a proper production, that they weren't due before, if we can

01:48PM 14   get that all ahead of time.

01:48PM 15             Finally, on the issue of the timing, I wasn't there

01:48PM 16   Tuesday, but one of my colleagues, two of my colleagues from

01:48PM 17   Justice did cover it, and as a demonstration of the parties'

01:48PM 18   effort to live within the time limits, our side was perfectly

01:48PM 19   happy with "Bobo's" questioning of a witness.  Our folks

01:48PM 20   conferred and said, you know what, we have nothing to add.  And

01:48PM 21   they didn't.

01:48PM 22             So I think that all parties will work to complete

01:48PM 23   this in two days in good faith.  If it doesn't work out, we're

01:48PM 24   going to have to explain to Your Honor why we want Mr. Langan to

01:48PM 25   bring this fellow back, and Your Honor will do whatever the

01:48PM  1    correct thing is.

01:48PM  2                THE COURT:  Right, exactly.

01:48PM  3                    Hank, is this your one shot?

01:48PM  4            MR. DART:  I don't know, Your Honor.

01:48PM  5                    Hank Dart, the State of Louisiana.

01:49PM  6                    I presume Danny Goforth just left the states out of

01:49PM  7    that time calculation by error.  The states probably can complete

01:49PM  8    their examination of Mr. Bly in the two hours that we're

01:49PM  9    allocated, and as Mike just said, I believe that given the

01:49PM 10    cooperation that's been going on so far, that all parties will

01:49PM 11    hopefully be able to complete the deposition in two days.

01:49PM 12                    We, the State of Louisiana, have a slight problem

01:49PM 13    that came up today, and that is one of allocation of the states'

01:49PM 14    time.

01:49PM 15            THE COURT:  That's between you and the state group?

01:49PM 16            MR. DART:  Well, here is the problem:  The liaison

01:49PM 17    counsel for the state group was proposing to allocate some of our

01:49PM 18    two hours to parties outside of our group, to the PSC in

01:49PM 19    particular.  My reaction to that was, let's us ask all of our

01:50PM 20    questions and see.  If we don't use up our two hours, we will

01:50PM 21    happily give it over to them, but don't allocate in advance the

01:50PM 22    states' time until we are all convinced, the State of Louisiana

01:50PM 23    as well, that we have no more questions to ask within our

01:50PM 24    two-hour time frame.

01:50PM 25                    So I guess the question on the table is, does

01:50PM 1   liaison counsel for our group have the right to allocate time to

01:50PM 2   other parties outside of our group without our consent?  That's

01:50PM 3   it.

01:50PM 4           THE COURT:  Hi, Mr. Maze, how are you?

01:50PM 5           MR. MAZE:  Hi, Judge, how are you?

01:50PM 6           THE COURT:  Fine, thank you.

01:50PM 7               Come on up.

01:50PM 8           MR. MAZE:  Corey Maze for the State of Alabama and the

01:50PM 9   designee for the states' coordinating counsel.

01:50PM 10              To date, we have not had any problems with the

01:50PM 11  states.  In fact, we have given equal or a majority of time every

01:50PM 12  single day in the depositions to the State of Louisiana and have

01:51PM 13  had no problems working with Mr. Dart.

01:51PM 14              The question that comes up today was Mr. Dart said

01:51PM 15  that he wanted a specific amount of time, and the PSC also came

01:51PM 16  to us with a specific amount of time.  We had asked the questions

01:51PM 17  we believe were necessary on the State of Alabama's behalf, and

01:51PM 18  as coordinating counsel, we decided it was in our interest to

01:51PM 19  give Louisiana the amount of time Mr. Dart said he needed, and

01:51PM 20  the remainder to the PSC, who also had questions that they would

01:51PM 21  like to ask.

01:51PM 22              As Mr. Underhill had mentioned earlier, there are

01:51PM 23  some days where you might have someone from the PSC, like

01:51PM 24  Mr. Cunningham, who is asking the questions that we believe are

01:51PM 25  the most relevant and is on a roll.  If we believe it's in the

01:51PM 1  states' best interest as a coordinated party to give that time to

01:51PM 2  PSC, then we think that's our right to do so.  I don't think that

01:51PM 3  that will happen very often, but it is possible that we make that

01:51PM 4  decision.

01:51PM 5       But as far as how things have been going to date, I

01:51PM 6  don't think we've had any problem with the State of Louisiana,

01:51PM 7  nor do I think we've had any problem with other states when it

01:52PM 8  comes up.  We're more than willing to give a very large amount of

01:52PM 9  time to Louisiana or any other state that joins in.

01:52PM 10      I do also want to second something that

01:52PM 11  Mr. Underhill brought up earlier about not getting documents at

01:52PM 12  the same time as the PSC.  The states have had the same

01:52PM 13  problem -- Hank and I had talked about this earlier -- and we're

01:52PM 14  having the same problem of the PSC getting documents immediately,

01:52PM 15  but the United States and the states themselves getting it put in

01:52PM 16  the mail and getting it too late to really do anything with it.

01:52PM 17  So if Your Honor has any say so over the defendants in doing

01:52PM 18  that, we would ask that they all be sent the same way to the

01:52PM 19  states, the U.S. and the PSC.

01:52PM 20      MR. LANGAN:  Can I comment on that?

01:52PM 21      Andy Langan for BP.

01:52PM 22      First of all, just to have history here in terms of

01:52PM 23  the depositions in February that Your Honor asked about, after

01:52PM 24  pretrial order 27 came out, we found that five of the six

01:52PM 25  witnesses that were set for February we could get an additional

01:52PM 1   date for, so we accommodated that and made that work.  For a

01:53PM 2   sixth witness, we got a half of day, and we appreciate the PSC

01:53PM 3   and the other parties working with us, but I think we've met the

01:53PM 4   parties more than halfway on making the February schedule work.

01:53PM 5           On the documents, I understand what counsel is

01:53PM 6   saying, but I also want to bring a dose of reality to what's

01:53PM 7   going on here, okay?  If you go back to pretrial order 17, it

01:53PM 8   says that document intensive witnesses were going to be taken

01:53PM 9   later.  When we were before Your Honor last fall, everybody said,

01:53PM 10  oh, yeah, we understand, the documents are going to catch up

01:53PM 11  later.  We'll deal with the document intensive witnesses later.

01:53PM 12          It really hasn't worked out that way, and, of

01:53PM 13  course since BP is the only party that's produced any witnesses,

01:53PM 14  we're kind of the guinea pig here.  I can assure Your Honor that

01:53PM 15  we have incredible resources devoted to this.  We're working

01:53PM 16  very, very, very hard to get the documents out.  But the fact of

01:53PM 17  the matter is, we're talking about burning hard drives or discs

01:53PM 18  for as many as 20 different parties, okay?  The PSC, the states,

01:54PM 19  the Department of Justice, MDL 2185 plaintiffs, Alaska

01:54PM 20  plaintiffs, on and on and on.

01:54PM 21          We're really left with a choice:  What's it going

01:54PM 22  to be?  Are we going to burn a hard drive at 6:30 at night and

01:54PM 23  get it into Fed Ex to the PSC, the requesting party, or

01:54PM 24  alternatively, are we going to wait until the next day so that we

01:54PM 25  can send them all out at once?

01:54PM 1    We have made the choice to prioritize getting the
01:54PM 2  documents to the requesting party, the PSC, and if that means the
01:54PM 3  Fed Ex to the other parties go out the next day -- and it's never
01:54PM 4  mail or Pony Express; it's always express -- then we've made that
01:54PM 5  choice.
01:54PM 6    No order of the Court, and I looked, says that we
01:54PM 7  have to send out all the couriers all at once.  There is no order
01:54PM 8  that says that.  We're already moving heaven and earth to make
01:54PM 9  this work, so I'm a little put off by these complaints about
01:54PM 10 people that don't get their documents right when the PSC does.
01:54PM 11 We're doing the best we can.
01:54PM 12    When the shoe is on the other foot and they are
01:55PM 13 producing witnesses, we'll see how these other people do.  It's
01:55PM 14 not easy.
01:55PM 15    THE COURT:  I'm not suggesting it is.  I think that was
01:55PM 16 tongue in cheek.  Don't take offense at the Pony Express.  I'm
01:55PM 17 sure you're getting it to them as fast as you can.
01:55PM 18    MR. ROY:  Your Honor, Jim Roy, for the record.
01:55PM 19    I wasn't aware of this until just about an hour or
01:55PM 20 so ago when it came to the attention of the PSC.  The PSC has
01:55PM 21 spent a great deal of time and money in building infrastructure,
01:55PM 22 and when we get the electronic documents, as they come in, unless
01:55PM 23 the file is corrupted, which would be if it was sent by
01:55PM 24 Pony Express anyway, and we've got to take remedial measures;
01:55PM 25 otherwise, it's a fairly quick process of same day upload.

01:55PM 1          We are more than willing to, as long as the

01:55PM 2   necessary confidentiality orders are signed, we're more than

01:55PM 3   willing to make electronic remote access available to each of the

01:56PM 4   states, and they can go play inside the complete document and

01:56PM 5   have instant access to all the docs if they want.

01:56PM 6          THE COURT:  The same with the United States?

01:56PM 7          MR. ROY:  Of course.

01:56PM 8          THE COURT:  Okay, that's a good resolution.

01:56PM 9          MR. MAZE:  This is Corey Maze again for the State of

01:56PM 10  Alabama.

01:56PM 11         As far as the State of Alabama goes, we have no

01:56PM 12  problem with that, and we've actually been working with the PSC

01:56PM 13  from time to time to get documents in that manner.

01:56PM 14         As states' coordinating counsel, I will say that

01:56PM 15  the State of Louisiana doesn't agree with that method, and if

01:56PM 16  Your Honor would allow Hank to come back, he may want to address

01:56PM 17  that more.  But to some extent, the State of Louisiana would

01:56PM 18  prefer not to work with the PSC on getting their documents and

01:56PM 19  have asked us to do so.

01:56PM 20         So if I may have a minute, there is actually

01:56PM 21  another discovery request or item that comes up for the states.

01:56PM 22  We read the order creating Alabama's AG as the states'

01:56PM 23  coordinating counsel to require us to garner the documents, the

01:57PM 24  discovery documents, on behalf of the states, and we accept that

01:57PM 25  more than willingly.  Andy's concerns are fine.  We understand

01:57PM 1    that, too.

01:57PM 2              The question for us is we read that to put us on

01:57PM 3    the line for making those documents available to the other

01:57PM 4    states -- and we will do so, and we will do so -- currently we're

01:57PM 5    setting up a system where they will be available on-line, and you

01:57PM 6    can go by password, etcetera, and the states can the log in and

01:57PM 7    download it, the same way they can do it with the PSC.  The

01:57PM 8    question is if we get it a little bit later than we get it

01:57PM 9    on-line, it may be a little slower for the other states, and I

01:57PM 10   think that's where Louisiana's concern is coming in, is that they

01:57PM 11   are sort of two steps removed.

01:57PM 12             So really, the only points that Alabama has to make

01:57PM 13   is, Number 1, we want to make sure that that's the Court's

01:57PM 14   understanding of the order, is that the defendants now must also

01:57PM 15   serve the same discovery on the State of Alabama that it does the

01:57PM 16   PSC because we are now sort of a separate working group, and that

01:57PM 17   because of that, it's our responsibility to make those documents

01:58PM 18   available to Louisiana and other states as they join in or if

01:58PM 19   they decide to join into the MDL.

01:58PM 20             THE COURT:  Andy, what's your thought on that?  Is that

01:58PM 21   a problem?

01:58PM 22             MR. LANGAN:  Well, of course, I'm speaking only for my

01:58PM 23   client.

01:58PM 24             Andy Langan.

01:58PM 25             Without being told, without being asked, the day

01:58PM 1    after the appointment happened, we produced everything to

01:58PM 2    Mr. Maze and have done so ever since, and we do think he

01:58PM 3    coordinates for the states.  Nobody had to tell us to do that.

01:58PM 4    We took that on our own.

01:58PM 5             THE COURT:  I assumed that.  I just wanted to make sure.

01:58PM 6             MR. MAZE:  Yes.

01:58PM 7                 This is Corey Maze.

01:58PM 8                 Andy has been great.

01:58PM 9             THE COURT:  Andy is touchy today.  You're touchy today.

01:58PM 10            MR. MAZE:  We've had no problem with BP.  This is

01:58PM 11   something that we'll start coordinating with other defendants,

01:58PM 12   too.  But Andy is exactly right, they gave it to us the day

01:58PM 13   after.  It's more a question of us for, honestly, more security

01:58PM 14   measures, and we're trying to come up with security documents,

01:58PM 15   confidentiality documents that the other states have to submit to

01:58PM 16   us before we make these things available.

01:58PM 17                 So that's where we are now.  We just wanted to make

01:58PM 18   sure that the understanding that we have and that Andy had just

01:58PM 19   said is the one that Your Honor had assumed for the states.

01:59PM 20            THE COURT:  That was my understanding, yes.

01:59PM 21            MR. MAZE:  Then that's the way we will proceed and we'll

01:59PM 22   make it work.

01:59PM 23            THE COURT:  Good.  Thank you.

01:59PM 24            MR. UNDERHILL:  Briefly, Mike Underhill.

01:59PM 25                 Can we just do this simply?  We've got a state

01:59PM 1    coordinator; we've got a federal coordinator.  If we can just get

01:59PM 2    the disc.  I don't want to go into the inside baseball, but we've

01:59PM 3    got a very highly paid contractor that takes these things, starts

01:59PM 4    sifting, sorting, putting deposition binders together for us, and

01:59PM 5    actually, a day or two actually does make a difference, so all

01:59PM 6    we're asking for is the disc.

01:59PM 7           THE COURT:  As fast as possible.

01:59PM 8           MR. UNDERHILL:  We understand the problem with

01:59PM 9    documents, but there have been what our team calls *hot documents*

01:59PM 10   that I strongly suspect were discovered inside somebody's e-mail

01:59PM 11   box probably within a day, maybe even hours of the incident but

01:59PM 12   were only produced recently from some of the major players in the

01:59PM 13   BP side.

01:59PM 14           So I'll accept the explanation.  Let's leave it at

02:00PM 15   that.  All we ask is for the disc the same time it goes out.

02:00PM 16   We'll provide our Fed Ex mailing number if that's what it takes

02:00PM 17   to do it just so we can get it so we can get our team working on

02:00PM 18   it.

02:00PM 19           I'm sure we can work this out with Andy so we don't

02:00PM 20   take up Your Honor's time.

02:00PM 21           THE COURT:  Look, guys, everybody is acting really well

02:00PM 22   and in good faith.

02:00PM 23           Andy, I take everything you say at face value and I

02:00PM 24   know --

02:00PM 25           MR. LANGAN:  I need help here, though.  I've got 20

02:00PM  1    stakeholders.  What's the priority?  We started with the

02:00PM  2    requesting party.  It can't be the answer, do it all once.  We

02:00PM  3    can't do that.

02:00PM  4         THE COURT:  Do we want to talk about prioritizing?

02:00PM  5         MR. LANGAN:  On this issue, when we're burning hard

02:00PM  6    drives and the Plaintiffs' Steering Committee has noticed the

02:00PM  7    dep, okay.  But then who is next?  Is it Transocean next?  Is it

02:00PM  8    Halliburton next?  You see, that's the quandary we're in.  We

02:00PM  9    have 20 stakeholders, and it can't be done with a snap of the

02:00PM 10    fingers.  So when Mike says, "Give me the disc," we get it, but

02:00PM 11    there is a practical reality at play here.

02:00PM 12         So should we hold everybody's so we can send them

02:01PM 13    all out at once, even if it's a day late?  I don't think the PSC

02:01PM 14    would like that.  I don't think that would be fair to the

02:01PM 15    noticing party.

02:01PM 16         THE COURT:  Let me ask you this, because I do think the

02:01PM 17    PSC makes a good point, which is anybody who wants to log into

02:01PM 18    our site on our side of the equation, we're going to ask you to

02:01PM 19    sign our documents, and then you can log in and see what they've

02:01PM 20    got.  I assume the defendants have the same kind of site.  No,

02:01PM 21    you all are not doing it?

02:01PM 22         MR. LANGAN:  Defendant by defendant.  So --

02:01PM 23         MR. MILLER:  Kerry Miller.

02:01PM 24         I didn't understand Mr. Roy's invitation to extend

02:01PM 25    to other defendants.

02:01PM 1      THE COURT:  I'm sorry, you may not have access to his

02:01PM 2  database.

02:01PM 3      MR. LANGAN:  So we're doing the best we can.  We would

02:01PM 4  actually welcome you telling us which order to send them out in.

02:01PM 5  Then we could go tell people to go talk to you instead of

02:01PM 6  complaining to us.  So we're fine with that.

02:01PM 7      THE COURT:  You'd like that.

02:01PM 8      MR. LANGAN:  No, you know, I think we're doing the best

02:01PM 9  we can, but --

02:02PM 10     THE COURT:  What is the turnaround?  Is it within

02:02PM 11 24 hours?  In other words, by the time --

02:02PM 12     MR. LANGAN:  Yes.

02:02PM 13     THE COURT:  -- you get it out to Jim Roy, you're going

02:02PM 14 to get it out to Mike Underhill within 24 hours?

02:02PM 15     MR. GOFORTH:  No.

02:02PM 16     MR. LANGAN:  One of the examples that we got is we sent

02:02PM 17 out the PSC's hard drive on Saturday, the 5th of February, and we

02:02PM 18 sent out the others on Monday, the 7th of February.  So they got

02:02PM 19 it on Tuesday, the 8th of February, and they're saying, we got it

02:02PM 20 two days later.  Well, there are some weekend issues there, too,

02:02PM 21 so.

02:02PM 22          Anyway.  By the way, is this a general gripe

02:02PM 23 session about other people's discovery?  Can I get a couple out

02:02PM 24 on my own?

02:02PM 25     THE COURT:  Sure.

02:02PM 1          MR. LANGAN:  Okay.  Let's talk about pretrial order

02:02PM 2     number 16.  Let's talk about pretrial order 16, which requires

02:02PM 3     production of ESI material in native format, like Power Points

02:02PM 4     and Excels.

02:02PM 5          Transocean's are not.  They did not produce

02:02PM 6     Power Points or Excel spreadsheets in native format.  We've asked

02:03PM 7     them about that.  They haven't cured.

02:03PM 8          There is a number of other issues like that where

02:03PM 9     they are in violation of a Court order.  There is no Court order

02:03PM 10    that says we have to send them the disc the same day as -- there

02:03PM 11    is a Court order that says they have to produce a native.  They

02:03PM 12    haven't done it.

02:03PM 13         THE COURT:  Okay.  We've got that on the agenda, and I'm

02:03PM 14    marking Transocean's report.  Thank you, Andy.

02:03PM 15         Okay.  Next up.

02:03PM 16         MR. LARGE:  Your Honor, William Large.

02:03PM 17         Mr. Langan is partially really correct on PTO 17.

02:03PM 18    It doesn't mention anything about priority.  I fully understand

02:03PM 19    that there can be some delay in recopying discs; however, the

02:03PM 20    measuring point isn't when they deliver the disc.  The measuring

02:03PM 21    point is when they deliver the certificate.  The certificate

02:03PM 22    certifying completeness is due seven days before.  It seems

02:03PM 23    incumbent upon the producing party to do what they need to do

02:03PM 24    when they send the certificate that the parties -- that the

02:04PM 25    documents have been produced.

02:04PM 1            I'll give you a for instance.  Mr. Bly's documents,

02:04PM 2     I believe, looking at the tracking numbers were sent on time.

02:04PM 3     Weather delays had the documents, the hard drive they sent to us,

02:04PM 4     delayed in Memphis.  The problem we have is that really, we've

02:04PM 5     got the certificate, we should have had the documents before

02:04PM 6     that.

02:04PM 7            There were times when discs arrived to us

02:04PM 8     corrupted, which has happened once.  I'm not saying it's

02:04PM 9     intentional.  It seems to me they should be planning ahead a

02:04PM 10    little more because they know when the certificate is due.  There

02:04PM 11    is no order about how they are to deliver it or priority.  There

02:04PM 12    is a deadline on the certificate.

02:04PM 13           That's all I really have to add, Your Honor.

02:04PM 14         THE COURT:  Okay.  Thank you.

02:04PM 15         Dan.

02:04PM 16       MR. GOFORTH:  Your Honor, Dan Goforth for Transocean.

02:04PM 17           According to Mr. Langan's timetable, this is actual

02:05PM 18    days.  We received documents for witnesses the week that he is

02:05PM 19    speaking of, which, I guess, began on the 7th.  We received those

02:05PM 20    documents on Tuesday.  Depositions were beginning on Tuesday.  So

02:05PM 21    something, obviously, has to happen.  We've got to receive the

02:05PM 22    documents in a timely nature so that we could use them with the

02:05PM 23    depositions.

02:05PM 24           Again, we're having the same problem with Mr. Bly.

02:05PM 25    I think that Mr. Large had a good suggestion to the Court, that

02:05PM  1    they not certify production until people have them.

02:05PM  2            I don't understand, but I'm not a computer genius,

02:05PM  3    but I don't understand why they couldn't create all of the hard

02:05PM  4    drives or the discs or whatever it is at the same time.  I'm told

02:06PM  5    by Andy, I guess he was telling the Court that they can't do

02:06PM  6    that.  I believe that they could do that.  I believe that we have

02:06PM  7    the right to have those documents well before the depositions

02:06PM  8    began so that we can use those documents.

02:06PM  9            As a practical matter, courtesy of Mr. Sterbcow of

02:06PM 10    the plaintiffs, we were given a few documents that BP produced in

02:06PM 11    order to be prepared for Mr. Weatherbee's deposition.  We didn't

02:06PM 12    have them, and that's very upsetting.  I took the deposition and

02:06PM 13    I felt that I was hamstrung because of the fact that BP hadn't

02:06PM 14    provided the documents.

02:06PM 15            Secondly, with regard to Mr. Bly's deposition, I

02:06PM 16    have been in receipt of the e-mails, all of the e-mails, I

02:07PM 17    believe.  I don't think that you could find an e-mail in which

02:07PM 18    Transocean agreed to the current procedure for Mr. Bly's

02:07PM 19    deposition without an agreement that Mr. Bly be brought back.  I

02:07PM 20    tell you why.  Again, in practical numbers, we would be talking

02:07PM 21    about -- under the new procedure, we would be talking about

02:07PM 22    nine hours for the plaintiffs to depose Mr. Bly, and then

02:07PM 23    six hours for the -- all the defendants to depose him.

02:07PM 24            He put his name on the Bly report.  He is an

02:07PM 25    exceptionally important witness, and to limit all of the

02:07PM  1   defendants to six hours for him is -- I suggest that that's

02:07PM  2   unworkable.  I don't think we can be complete in six hours.

02:07PM  3         THE COURT:  Then what I'm going to suggest we do with

02:08PM  4   regard to Mr. Bly is let's make the best effort you can to get

02:08PM  5   him deposed while he's here.  As Andy has pointed out, we've got

02:08PM  6   a showing of good cause for any witness to be brought back in the

02:08PM  7   event the good cause is shown.

02:08PM  8              So let's try to get it done.  I'm not going to say

02:08PM  9   he's got to come back; I'm not going to say he doesn't have to

02:08PM 10   come back.  I understand Andy's position.  Let's see what you get

02:08PM 11   done.  Hopefully, it won't be an issue, but if it is an issue,

02:08PM 12   you're not precluded from raising it.

02:08PM 13         MR. GOFORTH:  Thank you, Your Honor.  I would suggest to

02:08PM 14   the Court that six hours for the defendants on such an important

02:08PM 15   witness is prima facie good cause to continue, but I understand

02:08PM 16   what you're saying.

02:08PM 17              I would ask the Court to attend to the question of

02:08PM 18   production.  I am glad that Kerry pointed it out, because I

02:09PM 19   didn't quite understand Mr. Roy, but I thought that he was saying

02:09PM 20   that we could look at their database.  He's looking at me like

02:09PM 21   I'm an idiot.

02:09PM 22         THE COURT:  That was the way he was looking at him.

02:09PM 23         MR. ROY:  Jim Roy for the telephone people.

02:09PM 24              No, Your Honor, we will entertain on a case-by-case

02:09PM 25   basis such requests, Dan, and try to accommodate you.

02:09PM  1         THE COURT:  Guys, we're going to try to get this done.

02:09PM  2             I guess, Andy, get in line, because I'm going to

02:09PM  3  ask you about Mr. Bly's deposition and whether we're on target to

02:09PM  4  get those documents produced, like, Monday.

02:09PM  5             On a case-by-case basis, I don't see that you can't

02:09PM  6  perhaps ask plaintiffs if you haven't gotten your disc, can they

02:10PM  7  burn a disc for you?

02:10PM  8             Is that something, Mr. Roy?

02:10PM  9         MR. GOFORTH:  Your Honor, we did do that.  Mr. Sterbcow

02:10PM 10  did comply with that with regard to the astronaut (spelled

02:10PM 11  phonetically), and we very much appreciate that, I note from the

02:10PM 12  plaintiffs.  If the plaintiffs are agreeable to that, then

02:10PM 13  perhaps we can work it that way but I do believe we've got the

02:10PM 14  absolute right to get them.

02:10PM 15         THE COURT:  Well, I hear you, and one of the problems is

02:10PM 16  that if the plaintiffs have banded together and have one database

02:10PM 17  and you guys are just out there with -- how many of you are

02:10PM 18  there?

02:10PM 19         MR. GODWIN:  14.

02:10PM 20         THE COURT:  14 of you.  So I understand Andy's problem

02:10PM 21  because he's got to get everything done for 14 people on this

02:10PM 22  side as opposed to one group over here.

02:10PM 23             So to the extent that we can, let's try to

02:10PM 24  coordinate it, and then we're going to talk to Andy about how he

02:11PM 25  thinks we might approach getting it in a more advanced basis.

02:11PM 1          Yes, Hank.

02:11PM 2      MR. DART:  Hank Dart for Louisiana again.

02:11PM 3          I promised not to be disruptive when you invited me

02:11PM 4  to this meeting, so I try not to be, Your Honor, but Louisiana is

02:11PM 5  in a more difficult position than just the timing of the

02:11PM 6  documents.  We agree with everybody on the plaintiffs' side who

02:11PM 7  has made complaints that they are not getting here quick enough,

02:11PM 8  and also by Mr. Goforth.

02:11PM 9          We're at the second layer down on the layer cake.

02:11PM 10 They are not getting to our liaison counsel quick enough, and

02:11PM 11 they are not getting from liaison counsel to us at all, so far.

02:11PM 12 The only documents -- I've been attending two weeks of

02:11PM 13 depositions.  The only documents I've received were copies of

02:11PM 14 exhibits that the other questioning attorneys would bring to the

02:12PM 15 depositions and, you know, go through them during the deposition.

02:12PM 16 It's just unworkable for Louisiana.  We really need to see the

02:12PM 17 documents.  I appreciate --

02:12PM 18      THE COURT:  Hank, I got your point.

02:12PM 19      MR. DART:  I appreciate the PSC's invitation, but for

02:12PM 20 reasons other than just cooperation, we have problems with that,

02:12PM 21 and Louisiana would like to --

02:12PM 22      THE COURT:  I hear you, Hank, but I'm not sure, at least

02:12PM 23 in an emergency basis, that the PSC is going to make you sign on

02:12PM 24 lock, stock, and barrel to, on an emergency basis, get some

02:12PM 25 documents.

02:12PM 1                Is that true, Mr. Roy?

02:12PM 2        MR. ROY:  Your Honor, all we need to have is somebody

02:12PM 3 trained in advance on the system.

02:12PM 4        THE COURT:  The confidentiality agreement.

02:12PM 5        MR. ROY:  The Court-ordered confidentiality agreement.

02:12PM 6 We can create a folder for them to go play around in to their

02:12PM 7 heart's content.

02:12PM 8        THE COURT:  Hank, I've got to tell you, if you're not

02:12PM 9 willing to do that, shame on you.

02:13PM 10        MR. DART:  Well, we have problems with that, Your Honor.

02:13PM 11 And --

02:13PM 12        THE COURT:  I hear you, Hank, but there is only so much

02:13PM 13 that we can do to accommodate any particular state, not the State

02:13PM 14 of Louisiana.

02:13PM 15        MR. DART:  I understand.

02:13PM 16        THE COURT:  I love Louisiana, but somebody is making an

02:13PM 17 offer to you that would --

02:13PM 18        MR. UNDERHILL:  I can solve it, Your Honor.

02:13PM 19        THE COURT:  Go ahead, Mr. Underhill.

02:13PM 20        MR. UNDERHILL:  How about this:  Our office is across

02:13PM 21 the street, or our contractor's office.  Hank is my friend and

02:13PM 22 Louisiana is my sovereign friend, and so I'll make a commitment

02:13PM 23 so that we will try to get, as soon as we get it, we'll have

02:13PM 24 somebody burn some discs and get it over to Hank's office and

02:13PM 25 Alan's office, and if he gets them simultaneously from Corey,

02:13PM  1    great.  Hank is going to be having more discs than he knows what

02:13PM  2    to do with, but I just want to help everybody get beyond this,

02:13PM  3    everybody work together, everybody reasonable.  We can get this

02:13PM  4    job done.

02:13PM  5              THE COURT:  Excellent.

02:13PM  6              MR. DART:  Problem solved.

02:14PM  7              MR. UNDERHILL:  Hank knows me and trusts me.

02:14PM  8              MR. MAZE:  If I want to put my arm around him, we can

02:14PM  9    make a great picture.

02:14PM 10              MR. DART:  We are working it out.

02:14PM 11              MR. MAZE:  Hank has given us a hard drive today, and

02:14PM 12    we're putting all the documents on the disc and getting it to

02:14PM 13    him.  It gets to Montgomery and then it gets back to wherever

02:14PM 14    Hank needs it, so...

02:14PM 15              THE COURT:  Okay.

02:14PM 16              MR. MAZE:  We have no problem working with Mr. Underhill

02:14PM 17    and with the Plaintiffs' Steering Committee if that's the

02:14PM 18    quickest way to do it.

02:14PM 19              THE COURT:  Good.  All right.

02:14PM 20              MR. DART:  Thank you, Your Honor.

02:14PM 21              MS. KIRBY:  Ky Kirby for Anadarko and MOEX.

02:14PM 22              I just need to say I am troubled about the

02:14PM 23    defendants' treatment on this particular subject.  We, for our

02:14PM 24    own production, have an FTP site.  So when it's produced, it's

02:14PM 25    there for everybody to reach out and get right then and there.

02:14PM 1   We asked about willingness to do this with other defendants to

02:14PM 2   begin with.  There was no willingness by BP in particular.  BP

02:14PM 3   wants production in hard drives, and it wants to produce in hard

02:14PM 4   drives.

02:14PM 5           It could produce on a much -- more of a rolling

02:15PM 6   basis.  He doesn't have to hold everything back until five days

02:15PM 7   before the deposition.  He can start producing discs well before

02:15PM 8   that.

02:15PM 9           Mr. Goforth is right.  We are having trouble

02:15PM 10  getting documents in time for review.  I know we just got almost

02:15PM 11  20,000 documents yesterday, and that's a lot of documents to go

02:15PM 12  through.  This keeps happening, and I think it's very important

02:15PM 13  that there be some rules of the road here.  If someone chooses

02:15PM 14  not to use a site, as BP has chosen not to do, and perhaps other

02:15PM 15  defendants, then I should not be penalized because they've got to

02:15PM 16  take a while to get it around to their vendor to get a hard drive

02:15PM 17  to us.

02:15PM 18          That's my only point.

02:15PM 19        THE COURT:  Okay.  Good point.

02:15PM 20        MR. LANGAN:  Your Honor, a couple points.

02:15PM 21          Andy Langan for BP.

02:15PM 22          I respect what Ms. Kirby has to say.  There's a

02:15PM 23  little bit of history here, which is that last summer -- frankly,

02:15PM 24  it seems about six years now, but it was only a few months -- we

02:15PM 25  actually had a depository on a web site, and it may not be

02:16PM 1    exactly what Ms. Kirby was talking about, but that's how we

02:16PM 2    started.  Frankly, we found that many of the stakeholders, in

02:16PM 3    particular, Mr. Roy, Mr. Large, etcetera, really wanted their own

02:16PM 4    hard drive.  So that's how we kind of transitioned away from it.

02:16PM 5              I guess that's why there is different flavors of

02:16PM 6    ice cream.  I mean, some people want an FTP site; others people

02:16PM 7    want a hard drive.  Boy, it's hard to please everybody.

02:16PM 8              THE COURT:  It is.  I guess, Andy, my question to you

02:16PM 9    is, especially it's by way of example and not to pick you on, but

02:16PM 10   Mr. Bly, he's scheduled for --

02:16PM 11             MR. LANGAN:  The 17th and 18th.  Unless Mr. Goforth is

02:16PM 12   not going along with the deal, and then I guess we're going to

02:16PM 13   revisit, but --

02:16PM 14             THE COURT:  He's scheduled and going on the 17th and

02:16PM 15   18th.  When can we expect the certification that everyone has

02:16PM 16   everything --

02:16PM 17             MR. LANGAN:  Well, hold on there.  Time out.

02:16PM 18             THE COURT:  -- for Mr. Bly.

02:16PM 19             MR. LANGAN:  The certification doesn't say everybody has

02:17PM 20   everything.  The certification is a good-faith certification

02:17PM 21   about the custodial files of the deponent.  Very different.

02:17PM 22             THE COURT:  That's what I'm referring to.

02:17PM 23             MR. LANGAN:  Okay.  I think we've sent it, but I'll have

02:17PM 24   to check.  You know, I'm kind of being blindsided here today

02:17PM 25   about this gripe session about BP's production.  So I can get a

02:17PM 1 report to the Court on Monday about all this, but I know we're

02:17PM 2 working very, very hard, and we're very aware of the deadlines

02:17PM 3 and doing our best to do this.

02:17PM 4 Can I give you some statistics in terms of

02:17PM 5 production?

02:17PM 6 THE COURT:  This is going to sound like Mr. Feinberg, so

02:17PM 7 no.

02:17PM 8 MR. LANGAN:  No, no.

02:17PM 9 THE COURT:  Let me give you some statistics.

02:17PM 10 MR. LANGAN:  We produced a million pages, over a million

02:17PM 11 pages of -- pages of documents.  Transocean 286,000.  We're over

02:17PM 12 a million.

02:17PM 13 THE COURT:  I'm with you.

02:17PM 14 Let me ask another question.  We heard from Ky a

02:17PM 15 minute ago that she would prefer a posting on the web site where

02:18PM 16 she can get instantaneous access.  Is that something you might be

02:18PM 17 able to explore with your IT people?

02:18PM 18 MR. LANGAN:  We'll look into it.

02:18PM 19 THE COURT:  So the people who want the hard drives get

02:18PM 20 the hard drives, then you might get some opt-outs who just want

02:18PM 21 to go to the web site.

02:18PM 22 MR. LANGAN:  Can we skip the deposition witness sheet

02:18PM 23 and do this instead?

02:18PM 24 THE COURT:  Yes.

02:18PM 25 MR. LANGAN:  We'll talk about that.

02:18PM  1               By the way, I didn't hear anything by Mr. Goforth

02:18PM  2  about pretrial order 16 and their production.  We're very focused

02:18PM  3  on that.  They have not complied with pretrial order 16 on the

02:18PM  4  production of native information.

02:18PM  5         THE COURT:  I promise you that's on my agenda.  I

02:18PM  6  promise you.

02:18PM  7          Who was trying to speak?

02:18PM  8            Okay.  End of gripe session number one.

02:18PM  9           Let's back up and go to the master list of

02:19PM 10  potential deponents, which I assume came as a shock to everybody.

02:19PM 11  Yes?

02:19PM 12            No?  Okay.

02:19PM 13           What we did was we ran, then, the priority list of

02:19PM 14  individual depositions and the priority list of 30(b)(6)

02:19PM 15  depositions, and I guess the question is --

02:19PM 16         MR. GODWIN:  If I could.

02:19PM 17         THE COURT:  Yes, please.

02:19PM 18           The question in my mind is how do we arrive at the

02:19PM 19  priority list?  In other words -- and we'll attach a copy of the

02:19PM 20  priority list to the transcript, so if anybody doesn't have the

02:19PM 21  proposed priority list, it will be attached.

02:19PM 22           How did you get the priorities?  In other words,

02:20PM 23  starting with Rex Anderson on the individual deposition list, how

02:20PM 24  did he end up being Number 1 priority?

02:20PM 25         MR. GODWIN:  Well, we --

02:20PM 1          Don Godwin for Halliburton.

02:20PM 2          What we did, Judge, was we listed these in terms of

02:20PM 3  that we asked everybody to provide us with their priorities, and

02:20PM 4  we listed them in order of the priorities with the PSC first.

02:20PM 5  Then we went from there, because they are the ones that are

02:20PM 6  starting with the depositions.

02:20PM 7          THE COURT:  Got you.

02:20PM 8          MR. GODWIN:  For example, like Rex Anderson, he was

02:20PM 9  requested by the PSC as a priority, by USA, and by Alabama.  For

02:20PM 10 example, Kevin Fontenot, PSC, USA, Alabama.  It goes on down, and

02:20PM 11 so we just took them in terms of when we were receiving the list

02:21PM 12 from the PSC, which we understood to include USA and the states,

02:21PM 13 we listed them that way.

02:21PM 14         THE COURT:  So nobody has a big problem with the

02:21PM 15 priority listing, I take it?

02:21PM 16         MR. CUNNINGHAM:  Could I comment on that?

02:21PM 17         THE COURT:  Come on up.

02:21PM 18         MR. GODWIN:  May I just stay here, Your Honor?

02:21PM 19         THE COURT:  Please.

02:21PM 20         MR. CUNNINGHAM:  Robert Cunningham, the PSC.

02:21PM 21         I would note that on the priority list, Your Honor,

02:21PM 22 at the end of February, we will have finished the first 12 that

02:21PM 23 are already on this list.

02:21PM 24         THE COURT:  Right.  I was aware of that.

02:21PM 25         MR. CUNNINGHAM:  Here is kind of where we are:  We were

02:21PM 1   shocked by the list.  I mean, our first reaction was, well, we've

02:21PM 2   got to do something different.

02:21PM 3            So in response to that, we have gone back and we --

02:21PM 4   I think we had a hundred and something names on the list, and

02:21PM 5   spent a lot of time and a lot of effort, in addition to taking

02:21PM 6   depositions all day, honing our list down.  We have honed down

02:22PM 7   not only our priority list but our entire list.

02:22PM 8            THE COURT:  So you shrunk everything?

02:22PM 9            MR. CUNNINGHAM:  We shrunk everything, and that has

02:22PM 10  shrunk the priority list.  We're now down to what we believe are

02:22PM 11  the fact witnesses that -- whose depositions if we take, we can

02:22PM 12  be ready for the expert discovery phase, may have to take a few

02:22PM 13  more fact depositions, as Your Honor has indicated before, but we

02:22PM 14  think we can do that with 50 total, maximum.  That's the PSC.

02:22PM 15  With double tracking, we think we can easily get that done.

02:22PM 16            That's where we are.  So we're not -- we're not

02:22PM 17  committed to the same priorities that we gave before.  We've

02:22PM 18  moved people up and moved people out.

02:22PM 19            THE COURT:  Okay.  I'm glad to hear it.  That's good.

02:22PM 20            MR. GODWIN:  If I were to get that type of information,

02:23PM 21  Your Honor, one day next week or whenever you think is

02:23PM 22  appropriate, we could provide an updated list.  At present, as

02:23PM 23  you can see, there are 204 depositions that have been listed as

02:23PM 24  priorities, 40 of those, Your Honor, are 30(b)(6) depos, and 164

02:23PM 25  are individual depositions.

02:23PM 1              So this is the most current that we have through

02:23PM 2 today, and with what "Bobo" has suggested, if their list is going

02:23PM 3 to be shorter, perhaps others will be as well and we can do more.

02:23PM 4 Because if you were to take the list as it is -- and I'm not

02:23PM 5 going to belabor the point -- if you were to take the 204

02:23PM 6 depositions and you wanted to get those done with 15 days

02:23PM 7 pursuant to the existing pretrial order, your 17, Your Honor, to

02:23PM 8 do the 15 days and to get done by July 31st, we would need six

02:23PM 9 tracks working full time.  That's assuming two-day depositions

02:23PM 10 for each of the witnesses.

02:23PM 11          THE COURT:  I came up with three.

02:24PM 12          MR. GODWIN:  Well, here is what I've got, if I might:

02:24PM 13 You have 15 hours for the witnesses for 204.  That's 15 days, 15

02:24PM 14 working days between March 1st and July 31st.  If you were to

02:24PM 15 use, Your Honor, 109 business days, that would be excluding any

02:24PM 16 holiday like July 4th, if you use 109 business days, Monday

02:24PM 17 through Friday, then you would be looking at four tracks to be

02:24PM 18 able to get 204 done.  So you and I are about together on that.

02:24PM 19          THE COURT:  Yes.

02:24PM 20          MR. GODWIN:  I think you're probably counting five days

02:24PM 21 a week rather than what's typically going to be four.

02:24PM 22          THE COURT:  Yes.

02:24PM 23          MR. GODWIN:  Four for the first three weeks of the month

02:24PM 24 and then three in the last week is what it looks like.

02:24PM 25          THE COURT:  I'm with you.

02:24PM  1        MR. GODWIN:  Anyway, so that's where we are.

02:24PM  2        THE COURT:  That's good.  Look, I was shocked by it.  To

02:24PM  3   say that I wasn't would be making fun of it.  I like what

02:25PM  4   Mr. Cunningham has to say, and I would ask that as soon as you

02:25PM  5   can -- I know you've got lots else going -- if you would transmit

02:25PM  6   your new priority over to Mr. Godwin.  The same with any

02:25PM  7   defendant, if you all have looked at the list and decided that

02:25PM  8   you can shrink it, you can go with it.

02:25PM  9        One of the things that I wondered about is having

02:25PM 10   some of these witnesses giving sworn testimony two and three and

02:25PM 11   four times.  Are there some that you can put at the bottom of the

02:25PM 12   priority list, and if we get to them, we get to them, but for

02:25PM 13   purposes of preparation of your experts, you've got sworn

02:25PM 14   testimony from these witnesses?

02:25PM 15        MR. GODWIN:  May I make a suggestion, Judge?

02:25PM 16        THE COURT:  Sure.

02:25PM 17        MR. GODWIN:  If I might, it would be helpful to me, as

02:25PM 18   you did before, to tell everyone by when you want them to give it

02:25PM 19   to me.

02:25PM 20        Mr. Cunningham has said he can do it Monday or so.

02:26PM 21        THE COURT:  I would like, if at all possible, for

02:26PM 22   everybody to look at it and try to get their revisions out by

02:26PM 23   Monday, because we're going to get back together next Friday, at

02:26PM 24   which point it seems to me we've got to schedule March and April.

02:26PM 25        MR. GODWIN:  Right.  You know, subject to Your Honor's

02:26PM  1    approval, if I get everybody's list by, say, close of business on

02:26PM  2    Monday, then what we will do, Judge, is we will then have another

02:26PM  3    list updated that will be sent to you and the PSC through "Bobo,"

02:26PM  4    Steve, and Jim, as well as to the DSC and the states as well.

02:26PM  5    We'll have that list out.

02:26PM  6             If you can give me until, like, noon on Wednesday,

02:26PM  7    because I'm going to be in depositions five days next week, and

02:26PM  8    I've got Alan and others helping me, but if I could have till

02:26PM  9    afternoon on Wednesday, we'll have this updated list to you, then

02:27PM 10    you would have to decide what, if anything, you would want to do.

02:27PM 11             THE COURT:  Ky, you have something?

02:27PM 12             MS. KIRBY:  Are you saying simultaneously?

02:27PM 13             MR. GODWIN:  Well, what I was suggesting is they give me

02:27PM 14    theirs on Monday or whatever, by 5:00, and everybody else can

02:27PM 15    give me theirs Monday or so, but if you're thinking that we need

02:27PM 16    theirs before we give ours --

02:27PM 17             MS. KIRBY:  That's the way we did it last time.  That

02:27PM 18    way they didn't prioritize, you know, if they did it first.

02:27PM 19             MR. GODWIN:  I mean, if you want us to do -- they get

02:27PM 20    theirs by Monday, 5:00, all the defendants, and others get me

02:27PM 21    theirs by Tuesday, 5:00, then by Thursday at noon I can have the

02:27PM 22    list back to everybody.

02:27PM 23             How does that -- I leave it to Your Honor.

02:27PM 24             THE COURT:  I think that's good.  I think we're going to

02:27PM 25    be jammed on trying to figure out what we're doing on Friday as

02:27PM  1    far as sliding witnesses in.

02:27PM  2              What I would ask is that you all start looking at

02:27PM  3    the top priorities, and I think you all know who they are going

02:27PM  4    to be, and whoever's got control of those witnesses, start

02:27PM  5    looking at availability for March and April so that we'll have

02:28PM  6    that information when we get together next week and can try to

02:28PM  7    start sliding them in.  I'm going to spend time with you, bring

02:28PM  8    the calendars, and let's see what the availability of the

02:28PM  9    witnesses is, work our way through at least March and into April

02:28PM 10    so that we know we're using the time.

02:28PM 11              MR. GODWIN:  Well, what we can do, Judge, if you'll

02:28PM 12    give -- if the plaintiffs will have me theirs, and I assume that

02:28PM 13    means the USA and the states as well, by 5 o'clock Monday, if all

02:28PM 14    defendants have theirs to me by 5 o'clock Tuesday, by 5 o'clock

02:28PM 15    Wednesday, I'll have it out to everybody.

02:28PM 16              THE COURT:  Or noon by Thursday.  I understand what the

02:28PM 17    constraints are.

02:28PM 18              MR. GODWIN:  All right.  If that's okay with you, I'll

02:28PM 19    make sure that's done.

02:28PM 20              THE COURT:  As soon as possible, but in no event beyond

02:28PM 21    noon on Thursday.

02:28PM 22              MR. GODWIN:  Right.  Okay.

02:28PM 23              THE COURT:  Mr. Underhill.

02:28PM 24              MR. UNDERHILL:  Thank you, Your Honor.

02:28PM 25              Mike Underhill, U.S.

02:28PM 1              Your Honor, could I ask until Tuesday possibly?

02:28PM 2     Just it's a logistical issue.  I've got folks in depositions

02:28PM 3     today and Monday, and they need to get input into this.  We've

02:29PM 4     got a big team spread all over the country.

02:29PM 5              THE COURT:  Yes, fair enough.

02:29PM 6              MR. UNDERHILL:  I'll just add that I've already talked

02:29PM 7     to "Bobo" and we're all on board with the plan that --

02:29PM 8              THE COURT:  So he's going to cover you probably.

02:29PM 9              MR. UNDERHILL:  Well, what we did last time is we took

02:29PM 10    the PSC's list, and we added ones that we felt were necessary.

02:29PM 11    It was actually a fairly small list.  So we'll look at their list

02:29PM 12    and see what we need to do.

02:29PM 13             I'll just add as an overall perspective that I

02:29PM 14    think a lot of the attorneys in this room, if you really told us

02:29PM 15    we had to be ready for trial in two weeks, leave aside the

02:29PM 16    preparation, there is so much discovery, we've got a pretty good

02:29PM 17    idea what the field looks like.

02:29PM 18             THE COURT:  Well, remember, what we're trying to do is

02:29PM 19    accomplish the discovery that you all need to get done in order

02:29PM 20    to prepare your expert reports.

02:29PM 21             MR. UNDERHILL:  Yes.

02:29PM 22             THE COURT:  So you've got lots of sworn testimony of

02:29PM 23    people who maybe you can forego their depositions on and hand it

02:29PM 24    off as is to your experts, and if beyond July 31st y'all decide,

02:30PM 25    well, I have to get his deposition for another reason, okay,

02:30PM  1    we'll talk about it, but that seems to me to be a shortcut

02:30PM  2    perhaps you might consider.  I've got a couple of other ideas.

02:30PM  3          I also made a misstatement.  I thought we had

02:30PM  4    another conference a week from today, but it's two weeks from

02:30PM  5    today, which isn't going to work, is it?

02:30PM  6          MR. WITTMANN:  We've got a lot to do.

02:30PM  7          Phil Wittmann for Cameron.

02:30PM  8          I just wanted to make a couple of points, Judge.

02:30PM  9    We didn't prioritize any witnesses.  We sort of relied on the

02:30PM 10    list that was put together by others.  If they are changing, then

02:30PM 11    we may need to prioritize some that were left off.

02:30PM 12          The second point is, it's my understanding we may,

02:30PM 13    as depositions develop, need to prioritize our witnesses that

02:30PM 14    have not yet been designated as such, and that's why we reserve

02:30PM 15    that right.

02:30PM 16          THE COURT:  Absolutely.  Everybody knows that these are

02:30PM 17    nonbinding lists.  I've certified it.  I'll recertify it.  We're

02:31PM 18    making our best, good-faith effort to get things scheduled in a

02:31PM 19    priority that sounds like Don has been doing a pretty good job of

02:31PM 20    putting the priorities together.

02:31PM 21          MR. WITTMANN:  He has indeed.  He does a great job.  No

02:31PM 22    question about it.

02:31PM 23          MR. GODWIN:  Well, I volunteered for it.

02:31PM 24          THE COURT:  Yes, you did.  Yes, you did.

02:31PM 25          MR. MAZE:  Corey Maze for the states again.

02:31PM 1     Just a quick question for clarification.  I've

02:31PM 2 conferred with Hank and we're fine with coming back with a

02:31PM 3 priority list by next week.  We just didn't hear -- I know that

02:31PM 4 Mr. Cunningham had said Monday and then I heard Mr. Underhill ask

02:31PM 5 for Tuesday.  We didn't know if you had answered that or not.

02:31PM 6    THE COURT:  I did answer Mr. Underhill.  He's got a

02:31PM 7 unique problem, so I said fine, but if you all could do it by

02:31PM 8 close of business on Monday, that would be helpful to Don.

02:31PM 9    MR. MAZE:  I think Hank -- that would be fine with us.

02:31PM 10 We'll do that.

02:31PM 11    THE COURT:  Thank you.

02:31PM 12     Okay.  So let's talk about it, guys.  What have you

02:31PM 13 all done relative to issuance of 30(b)(6) notices?  Well, guess

02:32PM 14 what, we've got to get to work on that because it seems to me

02:32PM 15 we're going to be able to, in large part, take care of the

02:32PM 16 30(b)(6) issue if we noticed them and we designated the

02:32PM 17 witnesses, both the individual testimony and for 30(b)(6)

02:32PM 18 testimony.  We could kill two birds with one stone in many

02:32PM 19 senses.

02:32PM 20     You're not thinking about, for instance, taking BP

02:32PM 21 corporate executive once individually and once as a corporate

02:32PM 22 witness, right?

02:32PM 23    MR. HERMAN:  Not on purpose.

02:32PM 24    THE COURT:  So it seems to me that we want to go ahead

02:32PM 25 and get the 30(b)(6) notices out so that the defendants can

02:32PM  1    review them in detail and go ahead and designate the witnesses

02:33PM  2    who will be testifying, and I assume there is going to be a lot

02:33PM  3    of overlap so that maybe the list can be shrunk that way as well.

02:33PM  4    So I'm just going to add one more monumental task.  It just makes

02:33PM  5    sense to me at this point that we need to do that.

02:33PM  6                Hank.

02:33PM  7          MR. DART:  Hank Dart for Louisiana.

02:33PM  8                I may be speaking for Mr. Underhill as well.  May

02:33PM  9    the states and the federal government be able to participate in

02:33PM 10    these 30(b)(6) notices so that we make sure that the issues we

02:33PM 11    want to cover are included in the notice?

02:33PM 12          THE COURT:  Yes, you sure can.  Why don't we do this:

02:33PM 13    Why don't we have the PSC put their 30(b)(6)'s together and

02:33PM 14    they'll circulate it to you guys in draft for additions to their

02:33PM 15    30(b)(6), but only one 30(b)(6).

02:34PM 16          MR. DART:  Right.  That's the goal.

02:34PM 17          THE COURT:  Okay.  That will be fine.

02:34PM 18          MR. GODWIN:  May I, Your Honor?

02:34PM 19          THE COURT:  Sure, come on up, Don.

02:34PM 20          MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

02:34PM 21    Halliburton.

02:34PM 22                Judge, following up on your comment about when

02:34PM 23    we're going to have our next hearing, it seems to me that if I

02:34PM 24    get the list back by Wednesday, it's going to advance everyone's

02:34PM 25    interests if we are able pretty soon to get together and talk

02:34PM 1   about the shortened list.  If it is, in fact, going to be

02:34PM 2   shortened and we know it's going to be shortened somewhat,

02:34PM 3   perhaps we could have another hearing before you if you're

02:34PM 4   available next Friday afternoon.

02:34PM 5           THE COURT:  The problem is, Don, you have Mr. Bly's

02:34PM 6   deposition.

02:34PM 7           MR. GODWIN:  We do, but we made it work this time.  They

02:34PM 8   have people over there still deposing, and so we made it work

02:34PM 9   with another, what I thought, very important witness yesterday

02:34PM 10  and today, and I know they jockeyed around some, so some of us

02:34PM 11  who were going to be here this afternoon, I went earlier in the

02:34PM 12  morning that I might have otherwise gone, and there has just been

02:34PM 13  that trading that "Bobo" talked about, about times and whatever,

02:35PM 14  and assuming that we can still work together and everybody gets

02:35PM 15  the time they need --

02:35PM 16          THE COURT:  If you all can do it, I can do it.

02:35PM 17          MR. GODWIN:  I think it would be helpful --

02:35PM 18          THE COURT:  I thought we had you on the calendar for

02:35PM 19  next week.  So guess what, if you all agree that you all can

02:35PM 20  handle both, I'll be happy to see you next week.

02:35PM 21              Would you rather do it morning or afternoon?

02:35PM 22          MR. GODWIN:  Well --

02:35PM 23          MR. CUNNINGHAM:  I would rather do it afternoon.

02:35PM 24          MR. GODWIN:  Afternoon gives us a chance to get mostly

02:35PM 25  done in the morning.

02:35PM  1          THE COURT:  Andy, your hand is up.

02:35PM  2          MR. LANGAN:  Well, I'll go with the well of the majority

02:35PM  3  here, but if you're asking my personal preference --

02:35PM  4          THE COURT:  Morning?

02:35PM  5          MR. LANGAN:  Yes.  But --

02:35PM  6          MR. GODWIN:  Well, the reason I say afternoon,

02:35PM  7  Your Honor, is because the deposition is over there going on now

02:35PM  8  of Mr. Kent Corser.  When we broke at noon, they were going to go

02:35PM  9  back at 1:00.  They were only going to be, like, maybe two more

02:35PM 10  hours total with the time that was left, approximately.  That

02:35PM 11  said, then it was -- if you took -- got us over here in the

02:35PM 12  morning, it would push it to later in the day.

02:36PM 13          So it seems if we start work early over there at

02:36PM 14  8:30, we can be over here, say, around 2 o'clock or so and

02:36PM 15  perhaps be further along.  That's not to say that it will be

02:36PM 16  totally complete, but for those that need to have the longer

02:36PM 17  time, we could all have that done, because the way it's working

02:36PM 18  is that the plaintiffs, PSC, have their five hours and then the

02:36PM 19  states government, two each, and then we take up after that.

02:36PM 20          I think we also, by meeting this coming Friday, if

02:36PM 21  you decide to do that, we will know how many tracks we're going

02:36PM 22  to need in March going forward, because I think there is going to

02:36PM 23  be some difficulty in locating space for the depositions and also

02:36PM 24  court reporting firms.  I mean, we've got one now, and we're

02:36PM 25  going to have other reporters involved, and the one we've got

02:36PM  1   now, I think, has been, you know, getting through it, but I don't

02:36PM  2   know that they have the capacity to do more than one deposition

02:36PM  3   at a time based on what I've seen.

02:36PM  4            THE COURT:  No question you're going to need two tracks

02:37PM  5   at least.  So let's think ahead on space and court reporters, and

02:37PM  6   it might need to be, in some instances, three tracks.

02:37PM  7            MR. GODWIN:  Could be.

02:37PM  8            THE COURT:  Could be.  We don't know yet.  But two

02:37PM  9   tracks for sure.  I'm more than willing to host you.

02:37PM 10            Andy, do you want to participate next week by

02:37PM 11   phone, would that help you?

02:37PM 12            MR. LANGAN:  If you promise not to talk about documents.

02:37PM 13            No, I'll be here in person.  I'll be here in

02:37PM 14   person.

02:37PM 15            THE COURT:  I'm happy to accommodate you if you want to.

02:37PM 16            MR. LANGAN:  No, that's okay, I'll be here in person.

02:37PM 17            I was going to follow-up on one thing Mr. Godwin

02:37PM 18   said, and I'm no expert on this, everyone else in the room is,

02:37PM 19   but early March in this fine city can be an issue, can it not, in

02:37PM 20   terms of logistics?  I just -- look, we fought and lost the

02:37PM 21   battle about doing them anywhere except New Orleans, I get that,

02:37PM 22   but isn't there a practical issue about early March, trying to

02:37PM 23   house lawyers for depositions?  Maybe there's not.  Maybe it's

02:37PM 24   solvable.

02:37PM 25            THE COURT:  It's going to be a big issue.

02:37PM 1          MR. LANGAN:  So that's what we're going to have to work

02:38PM 2     through, too.

02:38PM 3          THE COURT:  What I guess I'm going to have to ask you

02:38PM 4     all to do is March 8th is the Mardi Gras, and so I guess what I'm

02:38PM 5     going to have to ask you all to do is look at the calendars and

02:38PM 6     perhaps take the last three weeks in March as your designated

02:38PM 7     weeks rather than the first week in March, because you are going

02:38PM 8     to have a real issue that first week and through that Tuesday.

02:38PM 9          MR. LANGAN:  Unless we do it in some other city.

02:38PM 10         THE COURT:  You should see the looks you're getting.

02:38PM 11         MR. LANGAN:   Okay.

02:38PM 12         THE COURT:  Would you all look at the calendars for

02:38PM 13    March and see if you can take the last two-and-a-half weeks, I

02:38PM 14    guess that's Shrove Wednesday, the day after Mardi Gras.

02:38PM 15         MR. ROY:  We can work with that.

02:38PM 16         MR. CUNNINGHAM:  We can work with that.  Some of them

02:39PM 17    we'll take out of town if we have to.

02:39PM 18         THE COURT:  Why don't you all look at the March

02:39PM 19    calendar.  If you've got some that you are willing to travel out

02:39PM 20    of town for, try to put them in on the first week of March.

02:39PM 21         MR. UNDERHILL:  Jim has offered me a spare bedroom.

02:39PM 22         MR. ROY:  Actually, we've got conference facilities.

02:39PM 23         MS. KIRBY:  Ky Kirby for Anadarko and MOEX.

02:39PM 24          Returning to the 30(b)(6) issue, I feel pretty

02:39PM 25    certain that the defendants also are going to want to do

02:39PM 1    30(b)(6)'s of each other because there are definitely, I think,

02:39PM 2    going to be cross claims or tenders or what have you.  So I

02:39PM 3    wonder if it wouldn't make sense for us to build, like, a master

02:39PM 4    30(b)(6) topic list.

02:39PM 5           THE COURT:  That's fine, I mean, I think that's fine, or

02:39PM 6    if you all want to do a defense master and a plaintiff master, I

02:39PM 7    do think we need to get it done, and we need to get it done

02:39PM 8    sooner rather than later.

02:39PM 9           Steve, how do you feel, just off the top of your

02:40PM 10   head, about doing one master, including the cross claimants?

02:40PM 11          MR. HERMAN:  My concern, which is why I got up when you

02:40PM 12   said one notice, I think -- I think -- we don't want to be taking

02:40PM 13   the same depositions over again, whether 30(b)(6) or otherwise.

02:40PM 14   I think that my concern is that beyond this trial that we're

02:40PM 15   preparing for, there is tons of other issues, there is tons of

02:40PM 16   other interests, and there are other parties with issues that

02:40PM 17   we're not, frankly, focused on right now.  I'm a little concerned

02:40PM 18   that, okay, we're going to have one 30(b)(6) of BP, and that's

02:40PM 19   it.

02:40PM 20          THE COURT:  One 30(b)(6) for preparation of the

02:40PM 21   limitation trial.

02:40PM 22          MR. HERMAN:  Perfect.

02:40PM 23          THE COURT:  Does everybody agree?

02:40PM 24          MR. HERMAN:  I think it makes sense, I don't know what

02:40PM 25   the difference is between -- as long as we cover the topics and

56

02:40PM 1    they are well defined, I frankly think it makes sense for us to

02:41PM 2    do a draft and circulate it to everyone.

02:41PM 3         THE COURT:  I think it's easier for each of the

02:41PM 4    defendants to pick up one 30(b)(6) notice and try to parse it and

02:41PM 5    figure out who is going to be slotted in for each topic.

02:41PM 6         Do you all agree, rather than having 10 or 12?

02:41PM 7         So why don't you do this, Steve, why don't you all

02:41PM 8    take a crack at it, circulate it --

02:41PM 9         MR. HERMAN:  To everyone.

02:41PM 10         THE COURT:  -- to everyone, and anyone who wants to add

02:41PM 11    to the 30(b)(6), get back to Steve with discrete topics that you

02:41PM 12    want to add to the PSC's 30(b)(6) deposition notice.  Okay.

02:41PM 13         Do we want to set a deadline, make sure that we

02:41PM 14    have this working?

02:41PM 15         MR. WITTMANN:  Your Honor, I rise.  Phil Wittmann for

02:41PM 16    Cameron.

02:41PM 17         I'm not sure I agree with this.  30(b)(6)'s, I'm

02:41PM 18    not sure I want to participate if anybody has got a cross claim

02:41PM 19    against me in helping prepare a 30(b)(6) notice to Cameron.  I'm

02:42PM 20    missing something here.  I raise that.

02:42PM 21         THE COURT:  You're not going to put anything on your own

02:42PM 22    30(b)(6) notice.

02:42PM 23         MR. WITTMANN:  You got it.

02:42PM 24         THE COURT:  I'm not making you participate, but if they

02:42PM 25    are going to circulate it, if you've got a cross claim against

02:42PM 1    one of the other defendants, BP, for instance, and you want to

02:42PM 2    add a designated topic to the PSC's 30(b)(6) notice of BP, you

02:42PM 3    may do so.

02:42PM 4        MR. WITTMANN:  Okay.  I just -- I have reservations

02:42PM 5    about it.  I just wanted to make the Court aware of that.

02:42PM 6        THE COURT:  What could be the reservation?  It's one

02:42PM 7    document instead of 10 documents.

02:42PM 8        MR. WITTMANN:  Well, the plaintiffs may have one set of

02:42PM 9    interests and goals, I may have others, and I just think that at

02:42PM 10   this stage of the case, to form what exactly I want from any

02:42PM 11   other codefendant is not something I'm really prepared to do.

02:42PM 12       THE COURT:  Phil, you have to get your notice done so

02:42PM 13   that they can line up their witnesses and designate witnesses for

02:43PM 14   your 30(b)(6), or July 31st you're out of luck.

02:43PM 15       MR. WITTMANN:  I know.  We've got a lot to do between

02:43PM 16   now and July 31st.  There's a lot of time left, and we haven't

02:43PM 17   gotten really very far in these depositions either, Judge.

02:43PM 18       THE COURT:  I'm with you, but I just don't see how we're

02:43PM 19   going to do it, especially do it without taking witnesses twice,

02:43PM 20   unless we get the 30(b)(6) notices out there and we allow every

02:43PM 21   defendant the opportunity to see who is going to testify with

02:43PM 22   regard to the areas designated.  How are we going to do it?

02:43PM 23       MR. WITTMANN:  Well, I don't have an answer right now.

02:43PM 24   I wasn't sure -- I wasn't aware this was going to come up this

02:43PM 25   afternoon.  We'll certainly take it under consideration.

58

02:43PM 1          THE COURT:  Well, I'm just trying to work our way

02:43PM 2  through the deposition scheduling, and either we take individual

02:43PM 3  witnesses and then come back and find out that they are going to

02:43PM 4  be designated for 30(b)(6) purposes, and you're going to tell me

02:43PM 5  you didn't know that, and, gee, you're going to ask you want to

02:43PM 6  take him again for 30(b)(6) purposes.  That doesn't make any

02:44PM 7  sense to me.

02:44PM 8          MR. WITTMANN:  Well, I just want to think about it.

02:44PM 9          THE COURT:  Okay.  Well, you think about it, but I think

02:44PM 10 I'm going to go forward and tell you guys to do your 30(b)(6)

02:44PM 11 notices.

02:44PM 12         MR. WITTMANN:  All right.  Thank you, Judge.

02:44PM 13         THE COURT:  Okay.

02:44PM 14         MR. HERMAN:  Steve Herman for the plaintiffs.

02:44PM 15              I think this was covered by the caveats, but just

02:44PM 16 to make sure, there may be some preliminary ESI 30(b)(6)

02:44PM 17 depositions that might somehow be intertwined with documents that

02:44PM 18 we need for the trial, and we just want to reserve our rights on

02:44PM 19 that to kind of make those narrowly focused and separate.

02:44PM 20         THE COURT:  So let me ask you all, do you all think that

02:44PM 21 by our meeting on the 25th, we could have gotten a first round of

02:44PM 22 30(b)(6) notices circulated to chew on?

02:44PM 23         MR. HERMAN:  Steve Herman for plaintiffs.

02:45PM 24              We'll certainly get a draft out to everyone else by

02:45PM 25 then.

02:45PM  1        THE COURT:  Well, what I was thinking was, a draft out

02:45PM  2    with input from the defendants so that we can all look at what

02:45PM  3    the 30(b)(6)'s look like by then.

02:45PM  4        MR. HERMAN:  We'll endeavor to do it in time for

02:45PM  5    everyone to have input.

02:45PM  6        THE COURT:  Okay.

02:45PM  7        MR. HERMAN:  There are some third-party defendants that

02:45PM  8    we've kind of just been negotiating with.  Would the Court like

02:45PM  9    us to try to make sure all the other defendants are on board with

02:45PM  10   those notices as well?

02:45PM  11       THE COURT:  I think so.  Don't you think that makes

02:45PM  12   sense so that we don't have to later on come back and say, gee,

02:45PM  13   we didn't get what we wanted?

02:45PM  14       MR. HERMAN:  That's fine.  I guess my only hesitation --

02:45PM  15   I guess this is possible anyway -- is that I think they've

02:45PM  16   already worked out some dates based on the parameters of those

02:45PM  17   notices.  If the notices grow by tenfold, then my anticipation is

02:46PM  18   that those third-party defendants are going to say, okay, the

02:46PM  19   dates are off because now we're dealing with 20 times the number

02:46PM  20   of issues.

02:46PM  21       THE COURT:  Well, I guess my cautionary note there is,

02:46PM  22   guys, let's do what the PSC has done, is let's try to get a grip

02:46PM  23   on what we really need and shrink down the wish list.  Don't

02:46PM  24   enlarge it.  We're trying to get this done, and the problem is

02:46PM  25   the limitation trial date is not moving.  So I keep saying it

02:46PM  1    every time, but it's not moving.  We've got that deadline to work

02:46PM  2    with.  So that's why I brought up the 30(b)(6).  I'm not trying

02:46PM  3    to ambush anybody, but it seems to me that if we get going on the

02:46PM  4    30(b)(6), Phil, we will be better prepared to take one witness

02:46PM  5    once.

02:46PM  6            MR. WITTMANN:  I just want to raise one other question.

02:46PM  7    If you have a 30(b)(6) directed to a party defendant, there is

02:47PM  8    not going to be any one witness that can answer the 30(b)(6)

02:47PM  9    notice.  You're going to have multiple witnesses, I think, in

02:47PM 10    many cases to respond to any 30(b)(6).

02:47PM 11            THE COURT:  Absolutely.

02:47PM 12            MR. WITTMANN:  So we're increasing a multiple number of

02:47PM 13    times the number of witnesses that have to be deposed.  I just

02:47PM 14    throw that out.

02:47PM 15            THE COURT:  We're not because we've got the 30(b)(6)

02:47PM 16    list, and we all know that the 30(b)(6) testimony may encompass

02:47PM 17    one or 30 people.  Right?

02:47PM 18            MR. WITTMANN:  That's right.

02:47PM 19            THE COURT:  Right.  Rather than take a fact witness and

02:47PM 20    then come to find out that that fact witness is also going to be

02:47PM 21    designated as a 30(b)(6) witness, I want to know that now so that

02:47PM 22    you only take that witness once, individually and for purposes of

02:47PM 23    his 30(b)(6) deposition.

02:47PM 24            MR. WITTMANN:  So what you're suggesting is we do the

02:47PM 25    30(b)(6) witnesses first and defer the fact witnesses?

02:47PM 1          THE COURT:  Not necessarily.  Not necessarily.  I just

02:47PM 2    want to know who is going to be on the list.

02:48PM 3          MR. WITTMANN:  Okay.

02:48PM 4          MR. GOFORTH:  Your Honor, I'm Dan Goforth for

02:48PM 5    Transocean.

02:48PM 6          It occurred to me when I was listening to

02:48PM 7    Mr. Cunningham, and I've thought about what he was saying, it

02:48PM 8    might be -- it might be a good idea to go ahead and schedule the

02:48PM 9    50 or so that Mr. Cunningham will have on his list.  We can get

02:48PM 10   those done as quickly as we could do that, and then if the

02:48PM 11   defendants have others -- which it probably will, too -- that

02:48PM 12   need to be deposed, then we could proceed into those, but we

02:48PM 13   don't have to deal with that scheduling right now.

02:48PM 14         THE COURT:  Well, I'm thinking that next week, a week

02:48PM 15   from today, we're going to take that priority list and we're

02:48PM 16   going to start scheduling March and April.

02:48PM 17         MR. LANGAN:  Andy Langan for BP.

02:49PM 18         I think that we should not do the plaintiffs

02:49PM 19   preferred 50 and then we come at the end.  We have a little bit

02:49PM 20   of a different vision about how the depositions should be

02:49PM 21   scheduled.  So I'm sure we'll talk about that next week in

02:49PM 22   person, but...

02:49PM 23         THE COURT:  In person.  You got it.

02:49PM 24         The other thing I wanted to kind of talk about and

02:49PM 25   you all think about for next week are the possible multitracks.

02:49PM 1    These just some thoughts that I had, and you all can do what you
02:49PM 2    want with them or not.
02:49PM 3            You might want to take pre-event witnesses,
02:49PM 4    pre-event investigating people, post-event witnesses, and
02:49PM 5    post-event investigators.  Those seem to kind of group together
02:49PM 6    and maybe you can have a designated deposition taker for those
02:50PM 7    issues.  The Fifth Amendment witnesses, you could lump them in
02:50PM 8    all together and take them.
02:50PM 9            Then I wanted to talk, and on my list, is something
02:50PM 10   that I really don't want to cover, but it's the jurisdictional
02:50PM 11   discovery track.
02:50PM 12           MR. HERMAN:  Steve Herman for the plaintiffs.
02:50PM 13           I don't know if Kerry Miller is still on the phone.
02:50PM 14           MR. MILLER:  I'm still on the phone, Steve.
02:50PM 15           MR. HERMAN:  My impression, and Kerry can correct me if
02:50PM 16   I'm wrong, at least with respect to Transocean Limited, we've
02:50PM 17   reached a stipulation and we have a manageable number of
02:50PM 18   attorneys that are negotiating that out, and working on a very
02:50PM 19   focused separate basis that will hopefully not interfere too much
02:50PM 20   with anything else that we're doing.
02:51PM 21           THE COURT:  Good.
02:51PM 22           MR. HERMAN:  Kerry, is that your understanding?
02:51PM 23           MR. MILLER:  Your Honor, that's correct.  I mean, that's
02:51PM 24   a discrete issue that could be separate tracked.  It's an
02:51PM 25   alter-ego claim.

02:51PM  1          THE COURT:  Well, we're going to some other

02:51PM  2     jurisdictional discovery as well.  We see MOEX coming down the

02:51PM  3     pike, right?

02:51PM  4          MR. MILLER:  Yes, that's a separate team, separate

02:51PM  5     issue.  I think that that's a good idea for a separate track

02:51PM  6     group.

02:51PM  7          THE COURT:  Right.  We've got some jurisdictional issues

02:51PM  8     coming down the pike, and we're going to talk about that in a

02:51PM  9     minute, but it seems to me that could be a discrete track that

02:51PM 10     doesn't disturb anybody else.

02:51PM 11          MR. HERMAN:  That's the way that we see it.

02:51PM 12          THE COURT:  Okay, good.

02:51PM 13          MR. MILLER:  I agree, Your Honor.  So that's just kind

02:51PM 14     of my thoughts.

02:51PM 15          MR. GOODIER:  Could I say something?

02:51PM 16          THE COURT:  Glenn.

02:51PM 17          MR. GOODIER:  Glenn Goodier for Weatherford

02:51PM 18     International, Limited, which was sued.

02:51PM 19          It was not sued in the Bundle B 1, but in a few of

02:51PM 20     the Bundle A, they name that party and we filed motions, okay?

02:51PM 21     We have been working to get Weatherford International, Limited,

02:52PM 22     dismissed, but I just noticed that the Judge has set those for

02:52PM 23     hearing.  So we are moving towards getting those -- there won't

02:52PM 24     be any jurisdictional discovery.  We have agreed to dismiss

02:52PM 25     without prejudice because they really don't belong.  No

02:52PM 1    Weatherford entity belongs, but they really don't belong.

02:52PM 2              THE COURT:  They really don't.  That's great.

02:52PM 3              Any of the parties that do believe they need

02:52PM 4    jurisdictional discovery, it seems to me we just put them, Steve,

02:52PM 5    on a separate track.

02:52PM 6              MR. HERMAN:  That's fine with us.

02:52PM 7              THE COURT:  That doesn't count towards our master list,

02:52PM 8    right?

02:52PM 9              MR. HERMAN:  Right.

02:52PM 10             THE COURT:  Okay.  Profile form.  I've kind of looked at

02:52PM 11   it, guys.  I'm sorry I put you down the track, but, yes, let's

02:52PM 12   not waste any more time on that.  Let's deep six it.  Okay.

02:52PM 13             So, Andy, you owe me one.

02:52PM 14             MR. LANGAN:  I will not -- Your Honor, it's Andy Langan.

02:53PM 15             I will not forget.  Thank you.

02:53PM 16             THE COURT:  All right.  Now we're coming up to status of

02:53PM 17   the ESI.

02:53PM 18             Come on up, Mr. Large.

02:53PM 19             MR. LARGE:  Thank you, Your Honor.  William Large for

02:53PM 20   PSC.

02:53PM 21             I'll try to give a report on where we are, we

02:53PM 22   believe, with all the major defendants.  I'll start at the top in

02:53PM 23   no particular prejudicial order.

02:53PM 24             Halliburton, we're doing great.  We have agreed to

02:53PM 25   about 90 percent of the search terms.  We were to follow up

02:53PM  1    today, but I expect maybe we will tomorrow finalize our terms.

02:53PM  2    Halliburton is planning on running those cross ten preliminary

02:53PM  3    custodial witness to get hit lists back and for us to analyze

02:53PM  4    them together, refine our searches and run those across.  I

02:54PM  5    believe the company are at least a much larger list of

02:54PM  6    custodians.  Actually, not just limited custodians, but

02:54PM  7    locations.  So we feel that that's going very well.

02:54PM  8              Cameron, you've heard we've experienced some of the

02:54PM  9    same problems regarding metadata.  I'm sorry -- yes.  Excuse me.

02:54PM 10         THE COURT:  Native format.

02:54PM 11         MR. LARGE:  Metadata fields.  Transocean is native

02:54PM 12    format.  Cameron is metadata fields.  We're bringing that up with

02:54PM 13    them.  We don't feel like that's going to come before Your Honor.

02:54PM 14    The search term negotiations are going swimmingly well.

02:54PM 15              Anadarko and MOEX, they actually preemptively just

02:54PM 16    ran some search terms based on ours.  We're going to take a look

02:54PM 17    at what they did, and we have an agreement to get back with them.

02:54PM 18              M-I SWACO we feel is going well.  Maybe a little

02:54PM 19    slower than the others but still making great progress.

02:54PM 20              Transocean, we're satisfied with the progress with

02:54PM 21    them.

02:55PM 22              Then we have BP.  I will just leave it at this:

02:55PM 23    Mr. Nomellini nor Mr. Kavanaugh are here today.  I don't want to

02:55PM 24    get into specifics.  We have made a great deal of progress.  It

02:55PM 25    has been slow but deliberate, but we do feel like we are getting

02:55PM 1  to the point where we probably would request probably to be put

02:55PM 2  on the agenda for next Friday, at least to -- we're going to need

02:55PM 3  some -- I think some firm decisions from you regarding the

02:55PM 4  interpretation of some aspects of the order, the order regarding

02:55PM 5  16 -- PTO 16-13, which is the obligations or the requirements for

02:55PM 6  limitations by custodian.  I don't want to steal their thunder or

02:56PM 7  do anything, but we do have a disagreement about how that aspect

02:56PM 8  is supposed to work.

02:56PM 9        THE COURT:  Okay.  Can you please let me have something

02:56PM 10  by close of business on Wednesday as to what the issues are and

02:56PM 11  how each side views the dispute?

02:56PM 12        MR. LARGE:  We are still -- the dialogue is still open.

02:56PM 13        THE COURT:  No, no --

02:56PM 14        MR. LARGE:  Maybe we'll get lucky.

02:56PM 15        THE COURT:  -- it seems like you've got a little

02:56PM 16  disagreement.  I shouldn't have used the word "dispute."  I would

02:56PM 17  like to understand the issue so that when you do come in on

02:56PM 18  Friday, we can discuss them with some intelligence.

02:56PM 19        MR. LARGE:  Andy, will that work for you?

02:56PM 20        MR. LANGAN:  I'm sure we can make that work.  Let me

02:56PM 21  throw out one idea for counsel and Your Honor.  Rather than take

02:56PM 22  up everybody's time, rather than do it at 2 o'clock, do you want

02:56PM 23  to do that at 11:00?

02:56PM 24        THE COURT:  That's fine.  Listen, you guys can

02:57PM 25  participate by phone.  I don't see any reason that we have to be

02:57PM   1   in person.

02:57PM   2           MR. LANGAN:  On Friday, the 18th, we're talking about,

02:57PM   3   right?

02:57PM   4           THE COURT:  Yes, and we can do it by phone, Andy.

02:57PM   5           MR. LANGAN:  I think my partner, Mr. Nomellini or

02:57PM   6   Mr. Kavanaugh, will probably come -- show up in person.  I think

02:57PM   7   it's probably better.

02:57PM   8           So the idea is a letter from each side by close of

02:57PM   9   business on the 16th and then be here on the 18th.  What would be

02:57PM  10   the good time?

02:57PM  11           THE COURT:  I don't have my calendar, but I think 11:00

02:57PM  12   is probably okay.

02:57PM  13           MR. LANGAN:  Sounds great.  Thank you.

02:57PM  14           THE COURT:  Anything else?  Does anybody want to tell me

02:57PM  15   about the native format issue?

02:57PM  16           MR. MILLER:  Your Honor, it's Kerry Miller.

02:57PM  17           I'm going to have to switch to my cell phone.  I

02:57PM  18   have to get in a cab so I can come back home, but Mr. Langan will

02:57PM  19   be pleased to know he's won his Motion to Compel.  Transocean

02:57PM  20   will be happy to do a supplemental production with the native

02:57PM  21   format of the documents that he's talking about.

02:57PM  22           These were the documents that were produced to the

02:57PM  23   Coast Guard that we did, in turn, produce in the MDL.  They

02:57PM  24   weren't produced in native format to the Coast Guard, but we'll

02:58PM  25   do a supplemental production in native format.

02:58PM  1          THE COURT:  Great.

02:58PM  2          MR. MILLER:  We won't even send them by Pony Express.

02:58PM  3   We'll send them by express mail.

02:58PM  4          THE COURT:  Okay, good.  Thank you.

02:58PM  5          Go catch your cab.

02:58PM  6          Let's see, next up on hit parade, last time

02:58PM  7   Paul Sterbcow asked for some help with scheduling the Transocean

02:58PM  8   witnesses who are, you know, Transocean employees.  Has any

02:58PM  9   progress be made on that?  Do we want to cover that?

02:58PM 10          MR. MILLER:  Your Honor, it's Kerry again.

02:58PM 11          Quickly, we really haven't had much follow up on

02:58PM 12   that, but as I mentioned the last time, you know, the issue is,

02:58PM 13   and I think it's an issue shared both by Paul and some of the PSC

02:58PM 14   folks and us, and that is, when these employees who come up who

02:59PM 15   are also PTSD plaintiffs, from Transocean's standpoint, we would

02:59PM 16   like to get some time carved out to get into those issues, you

02:59PM 17   know, for the other purposes that you are working on.

02:59PM 18          THE COURT:  The other issue was contacting them through

02:59PM 19   individual counsel, if they have them; isn't that correct?

02:59PM 20          MR. MILLER:  That's interrelated, yes, Your Honor.

02:59PM 21          THE COURT:  Do you feel as though you are not in a

02:59PM 22   position to contact their counsel and try to arrange for them to

02:59PM 23   coordinate dates?

02:59PM 24          MR. MILLER:  No, we're happy to make that initial --

02:59PM 25   that initial request.  Now, some of the employees have individual

02:59PM  1    counsel, some have individual counsel and separate counsel

02:59PM  2    representing them in their personal injury claims, some don't

02:59PM  3    have individual counsel but have personal injury counsel.

02:59PM  4            THE COURT:  Right.

02:59PM  5            MR. MILLER:  You have a whole smorgasbord.

03:00PM  6            THE COURT:  Exactly.  What I'm going to suggest is maybe

03:00PM  7    you all can go ahead and make the initial contact with their

03:00PM  8    attorneys, whether it's individual and/or personal injury

03:00PM  9    attorneys, and ask for dates in March and April, more than one

03:00PM 10    date, dates in March and April when they would be available to

03:00PM 11    schedule their depositions.

03:00PM 12            MR. MILLER:  Your Honor, we'll get that request out to

03:00PM 13    the individual counsel and our personal injury counsel.

03:00PM 14            THE COURT:  That would be great.

03:00PM 15            MR. GOFORTH:  I can tell you, Your Honor, we have

03:00PM 16    approached quite a few of the individual counsel, and they are

03:00PM 17    certainly willing to cooperate.

03:00PM 18            With regard to their separate counsel, that's a

03:00PM 19    little more difficult to the task, but we have contacted them.

03:00PM 20            THE COURT:  Okay, good.

03:00PM 21            All right.  Are there any issues outstanding with

03:01PM 22    the subpoenas that you guys are serving, anything that we need to

03:01PM 23    know about that?

03:01PM 24            MR. HERMAN:  Steve Herman for the plaintiffs.

03:01PM 25            We weren't completely sure what Your Honor was

03:01PM 1   referring to.  There was a SNAFU that was pretty much my fault

03:01PM 2   where we filed some things that should have just been served

03:01PM 3   through LexisNexis.  We'll try not to let that happen again.  We

03:01PM 4   thought you might have been talking about the Brent Coon

03:01PM 5   suggestion last time.  We can affirm for the defendants that

03:01PM 6   we --

03:01PM 7           THE COURT:  No, I wasn't talking about that.

03:01PM 8           MR. HERMAN:  -- that we have no plans to do that.

03:01PM 9           THE COURT:  Well, I'm probably talking about your SNAFU.

03:01PM 10  So that's good.

03:01PM 11          Judge Barbier asked that we discuss the local

03:01PM 12  government entity volunteering master complaint issue.

03:01PM 13          MR. HERMAN:  Yes, Your Honor.

03:01PM 14          THE COURT:  I guess my first question is, I assume the

03:01PM 15  PSC has spoken to a lot of the local governmental agencies.

03:01PM 16  St. Bernard.

03:01PM 17          MR. HERMAN:  This is Steve Herman for the plaintiffs.

03:01PM 18          I invited Mr. Leger here today because the short

03:02PM 19  form joinder by local government entities was pretty much his

03:02PM 20  idea based on some feedback that he got from a number of local

03:02PM 21  governments in Louisiana that he's been working with, and we've

03:02PM 22  obviously communicated with either counsel -- well, for the most

03:02PM 23  part, counsel that are representing or expect to represent local

03:02PM 24  governments in other states.

03:02PM 25          We've also talked a little bit to coordinating to

03:02PM 1  counsel for the states, Mr. Maze and Attorney General Strange,

03:02PM 2  and I think Mr. Maze might have --

03:02PM 3         MR. MAZE:   I'm back here.

03:02PM 4         MR. HERMAN:   There he is.   Some insight on this, but if

03:02PM 5  Mr. Leger could address the Court, I think he's got better

03:02PM 6  insight into it than I do.

03:02PM 7         MR. LEGER:   Your Honor, Walter Leger, Jr. representing

03:02PM 8  no local government that has filed suit at this time, except I do

03:02PM 9  represent the District Attorney of Lafourche Parish in a civil

03:02PM 10  penalty action.   I do represent other private individuals.   I do

03:03PM 11  represent, Your Honor, several local government parishes in the

03:03PM 12  State of Louisiana St. Bernard, St. Tammany, Lafourche, as of

03:03PM 13  yesterday another parish, and several other local government

03:03PM 14  entities.

03:03PM 15         Actually, Your Honor, in that context, and our

03:03PM 16  anticipation and a number of -- the group that we call the

03:03PM 17  *Louisiana Coastal Parish Attorneys Group*, and that is the

03:03PM 18  professional -- the parish attorneys who actually work for the

03:03PM 19  parishes full time, we have been meeting regularly for several

03:03PM 20  months, and the question has arisen also in context of

03:03PM 21  discussions with the Attorney General of the State of Louisiana

03:03PM 22  that there are a large number of local government entities,

03:03PM 23  political subdivisions of the state which are just now beginning

03:03PM 24  to understand that they may have potential claims under the

03:03PM 25  Oil Pollution Act or other laws.

03:03PM  1          Many of them have not been focused on those issues

03:03PM  2   and really have been focused on the cleanup to date, and in that

03:03PM  3   context, the parishes and the Attorney Generals have been, at

03:04PM  4   least, wanting to notify those governments of their status.  It

03:04PM  5   was our suggestion that perhaps an order to aid those, for

03:04PM  6   example, the parishes that I represent will want to notify the

03:04PM  7   local government units in their parishes of, at least, their

03:04PM  8   rights.  We thought that this format would be an opportunity, at

03:04PM  9   least, with the impending April 20th date, allow the local

03:04PM  10  governments to protect their rights.  Particularly, in many

03:04PM  11  cases, their causes of action are similar, the private parties.

03:04PM  12  There are also other actions in terms of loss of tax revenues,

03:04PM  13  increased cost of services and removal costs.

03:04PM  14          We met, and I proposed, actually, the Plaintiffs'

03:04PM  15  Steering Committee discussions of this process, and we've talked

03:04PM  16  to local government attorneys in other states and we thought that

03:04PM  17  this would be an avenue to just make things a little bit easier

03:04PM  18  for those local governments to protect their rights.

03:04PM  19          THE COURT:  Thank you.

03:04PM  20          MR. MAZE:  This is Corey Maze for the State of Alabama.

03:05PM  21          We have a similar situation.  We had been working

03:05PM  22  with the local governments.  We have very similar issues, very

03:05PM  23  similar claims, like the tax revenue.  Our intention is to inform

03:05PM  24  them of this.  We have several that already have private counsel.

03:05PM  25  There may be some that would rather do the short form.

03:05PM 1          Some of the questions we've gotten have been with

03:05PM 2    the structure we have currently, do they fall under the state

03:05PM 3    coordinating group, whereas, you know, the Alabama

03:05PM 4    Attorney General is the coordinating counsel for all of these

03:05PM 5    local governments across the state?  They instead fall with the

03:05PM 6    PSC where they will be getting their discovery from the PSC.

03:05PM 7          We've also heard questions of, since we have very

03:05PM 8    similar types of claims as the states, you know, first of all,

03:05PM 9    should we be acting more with the states, and second of all, when

03:05PM 10   you talk about timing of trials, should we get to that point,

03:05PM 11   which goes first, do we work together?

03:05PM 12         We have been working those sort of issues out with

03:06PM 13   the localities and also with the PSC.  We're not completely there

03:06PM 14   yet as far as all the issues, but as a general matter, we have

03:06PM 15   been going along with this, and we will continue to make sure

03:06PM 16   that our local governments are informed of the different options.

03:06PM 17         I think that that's very similar to what Mr. Dart

03:06PM 18   would say as well, so I think we're speaking on behalf of both.

03:06PM 19         THE COURT:  Good.  All right.

03:06PM 20         MR. YORK:  Good afternoon, Your Honor.  Alan York, also

03:06PM 21   representing Halliburton.

03:06PM 22         Recognizing that our actual response date to this

03:06PM 23   has been moved to next Friday, the 18th, I will say that I don't

03:06PM 24   think Halliburton conceptually has a problem with the master

03:06PM 25   complaint for local governments.  However, looking at the

03:06PM 1   proposed order, I do want to bring the Court's attention to one

03:06PM 2   thing, and that is the way that the order is currently drafted,

03:06PM 3   it treats this master complaint differently than any of the other

03:06PM 4   master complaints in the follow manner:

03:07PM 5         It allows, as we read it, the local governmental

03:07PM 6   entity to opt as to whether they want to file an individual claim

03:07PM 7   or if they want to opt into the master complaint, as opposed to

03:07PM 8   the other master complaint categories, where the pretrial order

03:07PM 9   is clear that all complaints will be pled by the master complaint

03:07PM 10  and any individual complaint is stayed.

03:07PM 11        I raise that for the following reason:  It becomes

03:07PM 12  very difficult from the defendants' standpoint to ascertain do we

03:07PM 13  answer the individual complaint, and then in 20 days or right

03:07PM 14  after we file our 12(b), can they then opt in to the master and

03:07PM 15  then do we file a 12(b) to the master?  It becomes a procedural

03:07PM 16  quagmire.

03:07PM 17        So I raise that issue.  It would seem to me, and we

03:07PM 18  already have, for example, the City of Greenville as a local

03:07PM 19  governmental entity in Bundle C that we are preparing a 12(b)

03:08PM 20  for, and so it just seems like that, just to put on the radar

03:08PM 21  screen, there needs to be some clarity, I think, that if there is

03:08PM 22  going to be a master complaint, we think it should be treated

03:08PM 23  like the other master complaints, that's what we respond to, and

03:08PM 24  any individual complaint would be stayed in favor of the master.

03:08PM 25        Before I yield the podium, not that I want to put

03:08PM 1    anything else on the Court's agenda, but I do know that an agreed

03:08PM 2    order has been submitted with regard to the putting off the

03:08PM 3    deadline to file the 12(b)'s with regard to any of the master

03:08PM 4    complaints.  I haven't seen anything come across as signed as

03:08PM 5    yet.

03:08PM 6              THE COURT:  That's on my agenda.

03:08PM 7              MR. YORK:  I just wanted to make sure it was on the

03:08PM 8    agenda because we have some folks in the office who are anxiously

03:08PM 9    awaiting a decision on that.

03:08PM 10             THE COURT:  Okay.

03:08PM 11             MR. HERMAN:  Steve Herman for the plaintiffs.

03:08PM 12             I think that there is a certain logic, I hope, in

03:08PM 13   making this complaint, unlike the other master complaints,

03:09PM 14   voluntary.  I would make two points.  First of all, you're still

03:09PM 15   reducing the -- even if -- if even they had to answer everything

03:09PM 16   else, they are still reducing the burden on the defendants

03:09PM 17   because if 50 local governments join into the master complaint

03:09PM 18   and 50 of them file separate lawsuits, they only have to file 51

03:09PM 19   answers; whereas, if all a hundred file their own lawsuits,

03:09PM 20   they'd have to file a hundred answers.  So the burden is still

03:09PM 21   less on the defendants.

03:09PM 22             Probably the bigger issue, though, is -- and this

03:09PM 23   kind of dovetails with something that I think we're going to talk

03:09PM 24   about, which Alan brought up as well -- the other proposed order,

03:09PM 25   because I was thinking about it, particularly in terms of what

03:09PM  1    happens with the Bundle A complaints.

03:09PM  2            There should, and this would be consistent with PTO

03:09PM  3    25; in fact, it might already been actually covered in PTO 25,

03:09PM  4    but there is probably a way that those -- that the responding

03:09PM  5    date to individual complaints, whether they are in Bundle C or

03:10PM  6    Bundle A, could be stayed pretty much indefinitely, and perhaps

03:10PM  7    they would file motions to dismiss, or whatever they are going to

03:10PM  8    file, with respect to the master complaint in Bundle C, but for

03:10PM  9    anybody, any local governments that wanted to file their own kind

03:10PM 10    of individual, unique complaint for whatever reason, the answer

03:10PM 11    or response date would be stayed.  That governmental entity and

03:10PM 12    the defendants would get some good insight as to how the Court

03:10PM 13    would probably rule on any particularized motions in terms of

03:10PM 14    briefing the master complaint.

03:10PM 15            That may be one way to handle it.  It's pretty

03:10PM 16    consistent with what we've done with PTO 25 anyway, which is

03:10PM 17    let's kind of deal with all the common issues, go forward with

03:10PM 18    the common issues, along the same path towards February of 2012

03:10PM 19    and kind of leave any lingering outlying individual issues to

03:10PM 20    clean up after that.

03:11PM 21        THE COURT:  Is there a reason, Steve, that the

03:11PM 22    individual government entities don't want to be subject to a

03:11PM 23    master complaint?

03:11PM 24        MR. HERMAN:  I don't know, but I feel a little bit

03:11PM 25    hesitant speaking for them.  Maybe Walter can address that

03:11PM 1    better, but I think it's a little bit of a different issue, I

03:11PM 2    would think, when you're dealing with political subdivisions and

03:11PM 3    stuff.  Some of them might have more reservations about the

03:11PM 4    direct file order, might feel more protective or it's important

03:11PM 5    politically to have the suit filed in their own district, even if

03:11PM 6    it's going to get brought into the MDL.  I don't know what the

03:11PM 7    politics are.  I think -- we thought for -- to make it easier, we

03:11PM 8    would make it voluntary, and that would be perhaps more

03:11PM 9    attractive, and we didn't want to prejudice anybody's rights.

03:11PM 10          THE COURT:  Alan, if we did what Steve had suggested,

03:11PM 11   which is allow individual complaints to be filed but stay the

03:11PM 12   answers to them, or the due date, would that, in large part, take

03:12PM 13   care of the problem?

03:12PM 14          MR. YORK:  Well, to take the Court back, that's sort of

03:12PM 15   where we started when we were dealing with the stipulation

03:12PM 16   regarding the master complaints, and where we ended, which, I

03:12PM 17   don't think conceptually is that big of a step, is to say that

03:12PM 18   those individual complaints -- I'm sorry, Alan York, for

03:12PM 19   Halliburton -- that those individual complaints were stayed in

03:12PM 20   favor of the master.

03:12PM 21          In other words, they are free to bring their

03:12PM 22   individual complaint, they are free to make their own individual

03:12PM 23   allegations, but the defendants are not under a burden to respond

03:12PM 24   to those factually specific individual allegations on a

03:12PM 25   one-by-one basis because, quite frankly, 51 12(b)'s don't sound

03:12PM 1    particularly inviting to me as opposed to a hundred.  I mean, it

03:12PM 2    still seems like a large number.  If we are in a situation where

03:12PM 3    we have a master complaint, that could address some of those

03:12PM 4    overarching issues.

03:12PM 5         I think that conceptually what Steve was talking

03:12PM 6    about could work if we took it to the next step, as we did with

03:13PM 7    the other master complaints, and said that the individual

03:13PM 8    complaints, they are free to file them, but they are stayed in

03:13PM 9    favor of the master, and the defendants are only required to

03:13PM 10   respond and file their 12(b)'s to the master complaint.

03:13PM 11        THE COURT:  Okay.

03:13PM 12        Walter, does that make sense to you?

03:13PM 13        MR. LEGER:  Judge, it does.

03:13PM 14        If I may add, I just wanted to give you a little

03:13PM 15   background to the whole issue, and it is that I'm prepared to

03:13PM 16   file dozens of individual lawsuits on behalf of local governments

03:13PM 17   right now.

03:13PM 18        THE COURT:  Using the short form.

03:13PM 19        MR. LEGER:  We're prepared to file a whole lawsuit, you

03:13PM 20   know, a hundred-page lawsuit right now for dozens of individual

03:13PM 21   local governments.  It occurred to us, actually in our meetings

03:13PM 22   with the Louisiana Attorney General, that there are many local

03:13PM 23   governments who just don't know yet that they may have a cause of

03:13PM 24   action or are just kind of late coming to the game.  We thought

03:13PM 25   that for their benefit, this would allow an option.

03:13PM 1          I think, you know, by allowing this option many

03:14PM 2   will choose to go this way, giving you, the Court, and counsel

03:14PM 3   the opportunity to control your docket a little bit better;

03:14PM 4   otherwise, you are going to have dozens and dozens and hundreds

03:14PM 5   of local government lawsuits.

03:14PM 6          The acknowledgment by Mr. Herman was absolutely

03:14PM 7   correct.  Each of the local governments I represent are political

03:14PM 8   subdivisions.  The parishes certainly and the municipalities are

03:14PM 9   elected officials, have a different perception of the types of

03:14PM 10  claims that they will have and the desire to assert.

03:14PM 11         From that perspective, I was asked to alert the

03:14PM 12  Court last time that the local governments that we're related to,

03:14PM 13  even those that I don't represent, did not want to be part of a

03:14PM 14  local government or state government -- or state government track

03:14PM 15  inasmuch as we believe our claims are separate and apart, for

03:14PM 16  example, from the claims of the State of Louisiana, the State of

03:14PM 17  Alabama, State of Mississippi, State of Florida, who largely have

03:15PM 18  NRDA claims, who have civil enforcement actions, criminal

03:15PM 19  enforcement actions and the United States.

03:15PM 20         Ours are more damage claims, and we thought that we

03:15PM 21  were closer to private parties than the states and the

03:15PM 22  United States action but still a little bit unique.  This process

03:15PM 23  allows you, I think, and Judge Barbier the ability to manage the

03:15PM 24  docket and also allow the public officials the maximum

03:15PM 25  flexibility that some may desire.

03:15PM 1          THE COURT:  Thank you.

03:15PM 2               Carmelite.

03:15PM 3      MS. BERTAUT:  Carmelite Bertaut for Cameron.

03:15PM 4          Your Honor, there is a distinction from this master

03:15PM 5  complaint with the others as we are once again facing and looking

03:15PM 6  at a plaintiffless master complaint.  The way that got resolved

03:15PM 7  to the defendants' satisfaction was with the other -- with B 1

03:15PM 8  and B 3 was the understanding that the master complaints

03:15PM 9  superseded and amended all underlying complaints covered by the

03:15PM 10 master, and then a separate provision in the stipulation that

03:16PM 11 said, therefore, all plaintiffs in the underlying complaints were

03:16PM 12 deemed to be plaintiffs in this master.

03:16PM 13         Now, if the governmental master complaint is

03:16PM 14 voluntary, not superseding and amending of anything underneath

03:16PM 15 it, then you are faced with a fundamental, we think, problem in

03:16PM 16 terms of a plaintiffless master complaint.

03:16PM 17         Now, I don't have suggestions for that.  I just

03:16PM 18 know that simply staying the underlying complaints, as has been

03:16PM 19 suggested, staying responsive pleadings, while helpful in terms

03:16PM 20 of work for the defendants, doesn't address the issue that we had

03:16PM 21 to deal with in -- without a plaintiff.

03:16PM 22         So I just raise that because I think we need to

03:16PM 23 keep that in mind while we recognize the voluntary nature of it.

03:16PM 24     THE COURT:  Good point.  Thank you.

03:16PM 25         Anybody else on the local governmental entities

03:16PM 1   issue?

03:16PM 2               Who wants to talk about the draft notice?

03:17PM 3           MR. HERMAN:  I think we're going to -- Steve Herman for

03:17PM 4   the plaintiffs.

03:17PM 5               We're going to probably divide that up into three

03:17PM 6   areas, if that's okay, because there was three kind of related

03:17PM 7   aspects.  I think Mr. Roy is probably --

03:17PM 8           THE COURT:  Let me stop.  Does anybody need a break?

03:17PM 9               Thank you.  Okay, y'all want to take a 10-minute

03:17PM 10  break?

03:29PM 11              (WHEREUPON, at this point in the proceedings, a brief

03:29PM 12  recess was taken.)

03:29PM 13          THE COURT:  Before we move on, Carmelite, I'm looking at

03:29PM 14  the short form, local government short form, and it says that,

03:29PM 15  "Whoever files this form adopts and incorporates the master

03:29PM 16  answer."

03:29PM 17              Does that take care of your issue of no plaintiffs?

03:29PM 18          MS. BERTAUT:  Well, when the documentation goes in, it's

03:29PM 19  not going to have a plaintiff, right?  And --

03:29PM 20          THE COURT:  Right.  But the first short form that's

03:29PM 21  filed will then become a plaintiff who adopts the master

03:29PM 22  complaint; is that right?

03:29PM 23          MS. BERTAUT:  That would probably be true.

03:29PM 24          THE COURT:  Let's think about that, okay?  Because we're

03:29PM 25  going to have some governmental entities that are going to think

03:30PM 1   the short form is the best thing since sliced bread, and so they

03:30PM 2   are going to adopt the master complaint.  Then I think you're

03:30PM 3   going to take care of the issue of the standing of a plaintiff.

03:30PM 4          MS. BERTAUT:  Okay.  I just need to look at it again.

03:30PM 5          THE COURT:  Just think about it.  I was thinking about

03:30PM 6   it during break.

03:30PM 7          MS. BERTAUT:  Thank you.

03:30PM 8          THE COURT:  All right.  Moving right along.

03:30PM 9          MR. HERMAN:  Steve Herman for the plaintiffs.

03:30PM 10          There are several different aspects to what I'll

03:30PM 11   call generically *the plaintiffs' proposed notice plan*.  Based on

03:30PM 12   some comments that were made and some e-mails and otherwise, we

03:30PM 13   wanted to make sure we sent a letter to the Court yesterday.  It

03:30PM 14   was for the Court's benefit, but it was really for the

03:30PM 15   defendants' benefit because we know that they have a week to

03:30PM 16   respond, and we didn't want them to not understand the issue or,

03:30PM 17   at least, what we perceive to be the issue, and Ms. Cabraser can

03:31PM 18   address the legal issues with respect to the notice.

03:31PM 19          I think Mr. Roy can address the actual plaintiffs'

03:31PM 20   proposed notice plan.  The reason that I got up was because it

03:31PM 21   started, you know, your actual agenda on Number 9 says, "Short

03:31PM 22   form claims master database," and I wanted to report something

03:31PM 23   and then also address this, because this is more of a Court or

03:31PM 24   Clerk's Office issue.

03:31PM 25          As Your Honor may recall, for some reason -- and I

03:31PM  1    don't frankly remember what it was -- but for some reason,

03:31PM  2    somebody thought it was important that in addition to the private

03:31PM  3    short form joinders getting their own doc reference number, which

03:31PM  4    will essentially serve as a Civil Action Number in the dummy

03:31PM  5    numbers 8888, somebody thought it was also important that those

03:31PM  6    short forms somehow be -- originally served on LexisNexis, and so

03:32PM  7    then the question was going to be how mechanically is that

03:32PM  8    service going to take place, and under the current, I'm not sure

03:32PM  9    if it's in PTO 24 or 25, but in the short form itself,

03:32PM 10    unfortunately, Jim and I have the responsibility of, as liaison

03:32PM 11    counsel, of actually serving the short forms from ECF into Lexis.

03:32PM 12            Well, word got back to me through Lexis, when we

03:32PM 13    talked to Lexis about how to do this mechanically, that the

03:32PM 14    defendants -- I don't know, it may have just been Carmelite, it

03:32PM 15    may have been more of them, I don't know -- but they said, the

03:32PM 16    defendants say they don't need it to be served, and, frankly,

03:32PM 17    don't want to get all of those notices of everything being

03:32PM 18    served, but they want it uploaded into LexisNexis.

03:32PM 19            So we asked LexisNexis, well, give us a price for

03:32PM 20    how much you would charge plaintiffs' liaison counsel to take the

03:32PM 21    things out of ECF and load them into LexisNexis, and the response

03:32PM 22    we got after a week or two was, we don't even want to bid on

03:33PM 23    that.

03:33PM 24            So what I guess we're asking for is to be -- it

03:33PM 25    seems to us that it is enough that everybody is -- has their own

84

03:33PM 1   doc reference number in ECF, and maybe we need to be relieved of

03:33PM 2   the obligation to either upload it or service through LexisNexis.

03:33PM 3          That dovetails with another issue, which is we had

03:33PM 4   suggested that perhaps it might make sense for the Court to

03:33PM 5   appoint or for all the parties to agree on some third-party

03:33PM 6   vendor to create a master database, and that master database

03:33PM 7   would essentially take over the function of LexisNexis, at least

03:33PM 8   for these purposes.  It will be an objective database that

03:33PM 9   everyone can refer to and the Court would have for whatever

03:33PM 10  purposes.  There didn't seem to be any interest from the defense

03:33PM 11  side in doing this.

03:33PM 12         THE COURT:  Well, Andy said he wanted to think about it.

03:33PM 13         MR. HERMAN:  Is there any interest?

03:33PM 14         MR. LANGAN:  Your Honor, we have been thinking about it.

03:34PM 15  I don't know that there is.  You know, BP for the PPFs has been

03:34PM 16  sharing information that we've gathered with the other

03:34PM 17  defendants.  We have other stuff we're doing on a work product

03:34PM 18  basis, and I think we're taking care of our needs.  Not real

03:34PM 19  interested in sharing our work product.

03:34PM 20         THE COURT:  Okay.  That's an answer.

03:34PM 21         Carmelite, do you want to comment on the LexisNexis

03:34PM 22  issue and service of the short form?

03:34PM 23         MS. BERTAUT:  Let me say that -- Carmelite Bertaut for

03:34PM 24  Cameron.

03:34PM 25         I think I was probably the one months ago that

03:34PM  1    talked about an individual docket number.  The Court has resolved

03:34PM  2    that issue by dummy 10-8888, which has an individual --

03:34PM  3            THE COURT:  Individual rec doc number.

03:34PM  4        MS. BERTAUT:  Exactly.  I had further understood that

03:35PM  5    the clerk isn't serving any of that through PACER, and I'm

03:35PM  6    satisfied with that.

03:35PM  7            Now, I don't know where the disconnect -- I know we

03:35PM  8    had talked about the luxury of having LexisNexis being able to

03:35PM  9    take these documents so that they can be sorted or searched,

03:35PM 10    because I understand the search capabilities under 10-888 in

03:35PM 11    PACER, well, I'm told you can search maybe in the document, in

03:35PM 12    that record itself, I don't know, but that was certainly

03:35PM 13    something I was interested in.

03:35PM 14            I certainly understand LexisNexis has said no, and

03:35PM 15    if this is a question of whether Cameron wants to pay for a

03:35PM 16    generally universal database for other folks to be able to search

03:35PM 17    through it, the answer would be no.

03:35PM 18        THE COURT:  No, it isn't.  The question is do you agree

03:35PM 19    that the Plaintiffs' Steering Committee is relieved of its

03:35PM 20    obligation to serve everybody, which means you all can just log

03:35PM 21    on once a week and download the short form?

03:35PM 22        MS. BERTAUT:  I have to tell you, Judge, I wasn't even

03:35PM 23    aware of that obligation.  It has not been addressed with us.  I

03:36PM 24    can tell they are not doing it as of now, so it doesn't seem to

03:36PM 25    be a problem for us.

03:36PM 1      THE COURT:  You're absolved.

03:36PM 2      MR. ROY:  Can we get an order of that, Judge?  Can we

03:36PM 3  get an order?  Seriously.

03:36PM 4      THE COURT:  Submit an order to me.

03:36PM 5      MR. HERMAN:  Well, thank you, Your Honor, and that's

03:36PM 6  probably going to dovetail with a few other discussions that we

03:36PM 7  have regarding the short form.  Where that was all leading to,

03:36PM 8  though, was a couple things.

03:36PM 9      One is mechanics.  We would really like to address

03:36PM 10  the substance first, but just to advise the Court, the mechanics

03:36PM 11  are that we're talking to vendors who we hope to, at some point,

03:36PM 12  get Court approval for.  Even though they are being hired by the

03:36PM 13  Plaintiffs' Steering Committee, the defendants aren't responsible

03:36PM 14  for them, and they would hopefully perform all of the functions

03:36PM 15  of a claims administrator, including having a database with

03:36PM 16  objective information that would be available to the defendants

03:36PM 17  to help process these claims.

03:36PM 18      We're not there yet, and we'll bring that to the

03:36PM 19  Court at that time.  The only reason I brought it up is because I

03:37PM 20  thought it dovetailed with the LexisNexis service issue.

03:37PM 21      Mr. Roy is going to address the actual proposed

03:37PM 22  notice.

03:37PM 23      THE COURT:  Okay.  Look, Jim, before you start, I

03:37PM 24  thought it was pretty unexciting.  I have a couple of little

03:37PM 25  comments that I'll be glad to share with you guys, but maybe we

03:37PM 1  should hear from the defendants as to whether they've got some

03:37PM 2  serious difficulties with the language or otherwise.  I don't

03:37PM 3  mean to cut you off, but...

03:37PM 4       MR. ROY:  Yes.  When these things are said from the

03:37PM 5  bench, I always defer to the bench.

03:37PM 6       MR. LANGAN:  Your Honor, Andy Langan for BP.

03:37PM 7            We're going to file a brief on Judge Barbier's

03:37PM 8  schedule on the 16th of February about this.  I don't want to get

03:37PM 9  ahead of that or argue about it now, but just a couple of points,

03:37PM 10 if I would.

03:37PM 11           If what we're talking about was the admiralty rule

03:38PM 12 notice of a limitation action and a monitions date --

03:38PM 13      THE COURT:  Correct.

03:38PM 14      MR. LANGAN:  -- the shipowner, the vessel owner,

03:38PM 15 pursuant to Judge Ellison's order, already did that, okay?  I

03:38PM 16 know the Court has discretion to sort of maybe supplement that or

03:38PM 17 do it again.  The shipowner can do that.  That's not what we're

03:38PM 18 talking about here.  They are not talking about republishing the

03:38PM 19 shipowners' notice in a few more newspapers with a new monitions

03:38PM 20 date.  They are talking about adding a whole bunch of new stuff

03:38PM 21 that has nothing to do with the limitation action but instead is

03:38PM 22 in the nature of notice to a putative class about come join us,

03:38PM 23 file a short form complaint, sue BP in federal court.  That's

03:38PM 24 Rule 23 notice.  That's a huge problem.

03:38PM 25           Now, I'm sure Ms. Cabraser is going to tell us all

03:38PM  1    the reasons why it's just fine.  We're telling you it's not, and

03:38PM  2    the issue has to be briefed.  When it is briefed, just to

03:39PM  3    preview, we're going to tell you that back in October, when we

03:39PM  4    talked about the pretrial order, we're the ones that said,

03:39PM  5    Your Honor, Judge Barbier, we should deal with the class issues

03:39PM  6    up front, and the plaintiffs said, no, no, no, we're suspending

03:39PM  7    them, and Judge Barbier said, that's right, we're not going to

03:39PM  8    deal with the class issues now.

03:39PM  9         So against that background of saying all class

03:39PM 10    action proceedings are suspended pending these proceedings that

03:39PM 11    they are going to set, for them to come in now and say, it's time

03:39PM 12    for Rule 23 notice, without having to moved for certification,

03:39PM 13    without having gotten certification, something is wrong with this

03:39PM 14    picture, and the law doesn't allow it, and we have major, major

03:39PM 15    problems with it.

03:39PM 16         THE COURT:  Let me make sure I'm right, Andy, and I

03:39PM 17    understand your Rule 23 objection loud and clear.  Rather than

03:39PM 18    any kind of language difficulties, it is the Rule 23 objection

03:39PM 19    that you have?

03:39PM 20         MR. LANGAN:  Well, but let me put it this way:  If all

03:40PM 21    we were talking about is striking all the stuff except for the

03:40PM 22    monitions date in the Transocean limitation action and they want

03:40PM 23    to publish it a few more times --

03:40PM 24         THE COURT:  Have at it.

03:40PM 25         MR. LANGAN:  -- maybe we don't have standing about that.

03:40PM 1    I get that.  I think Your Honor has discretion to republish the

03:40PM 2    limitation notice, but it's much, much, much more than that.

03:40PM 3              THE COURT:  I'm with you.  Okay.

03:40PM 4              MR. LANGAN:  I think there is, like, solicitation

03:40PM 5    issues.  There is all kinds of issues that are presented by this

03:40PM 6    that we have a major problem with.

03:40PM 7              THE COURT:  Thank you.

03:40PM 8              Does anybody else want to talk about that?

03:40PM 9              Phil does.

03:40PM 10             Jim, we'll let you come up after.

03:40PM 11        MR. WITTMANN:  Judge, Phil Wittmann.

03:40PM 12             Just briefly, there seems to be a problem with the

03:40PM 13   notice language.  I'm not sure I've got standing to talk about it

03:40PM 14   either, but because I think this is basically a TO problem,

03:40PM 15   Transocean's obligation to publish whatever they are going to

03:40PM 16   publish and advertise where they want to, that's fine, but just

03:40PM 17   looking at the notice, the second paragraph from the bottom tells

03:40PM 18   the plaintiffs that you can participate in the federal lawsuit

03:40PM 19   even if you already filed a claim with BP's GCCF.

03:41PM 20             I'm not sure that's accurate.  You've got a

03:41PM 21   presentment problem that's in there.  You have to make a

03:41PM 22   presentment first, as I understand the OPA.

03:41PM 23             So the language in the notice itself, I think, is

03:41PM 24   somewhat of a problem, but I just raise that for their

03:41PM 25   consideration.

03:41PM 1    THE COURT:  Okay.  Thank you, Phil.  I appreciate it.

03:41PM 2         Jim.

03:41PM 3    MR. ROY:  Phil's point is a good point, but we think the

03:41PM 4  next line in the act cures it:  Quote, "There may be other

03:41PM 5  requirements you have to fulfill to proceed with the lawsuit

03:41PM 6  against BP and the other defendants.  You may, for example, have

03:41PM 7  to fulfill presentment requirements of the Oil Pollution Act.  If

03:41PM 8  you're not sure what this means, you should consult a lawyer."

03:41PM 9  So we feel that it is very clear, not misleading.

03:41PM 10        Let me give you a backdrop of this, Your Honor.

03:41PM 11  The backdrop, among other things, there are a number of factors

03:41PM 12  going on here.  A member of the PSC recently spoke, I believe it

03:42PM 13  was at the Airport Hilton here in New Orleans, to a group, some

03:42PM 14  oyster association -- I'm not sure exactly what the name of it

03:42PM 15  was -- but I'm anecdotally told there were a couple of hundred

03:42PM 16  people there.

03:42PM 17        In the course of the discussion, there was lots of

03:42PM 18  angst one way or another about the claims process and so forth.

03:42PM 19  When the issue of the monition date came up, anecdotally we're

03:42PM 20  told by our PSC member that there was very little, if any,

03:42PM 21  knowledge in the entire room that they had to file something by

03:42PM 22  April 20th in order to preserve their rights against Transocean,

03:42PM 23  because, after all, they had filed with somebody else, and they

03:42PM 24  were under the impression that's all they had to do.

03:42PM 25        Our member disabused them of this notion.  Well,

03:42PM 1   this is a little small anecdote.  I don't think we should have to

03:43PM 2   go and out spend $500,000 to do surveys and public perception.

03:43PM 3   It's not abusive.  It's not a concept that's overreaching in the

03:43PM 4   least bit.  It is the publicizing of a remedy that is already

03:43PM 5   authorized by court orders.  It is merely a way of disseminating

03:43PM 6   the existence of that right, I might add, to disseminate the

03:43PM 7   existence of that right when zero information has been

03:43PM 8   disseminated by BP and its GCCF on this issue, or on the

03:43PM 9   existence of the litigation, and so forth and so on.

03:43PM 10          I'm not looking for a fight with BP on that issue

03:43PM 11  now.  This is very narrow.  It's an issue of notice.  It's an

03:43PM 12  issue of notice to the public of the availability of a previously

03:43PM 13  approved court-ordered short form.  That's all we're seeking.

03:44PM 14          The text of the proposed TV spot, the text of the

03:44PM 15  proposed radio spots, I'm sure, could be improved.  We have had

03:44PM 16  these prepared in connection with consultations with

03:44PM 17  communication experts.

03:44PM 18          Ms. Cabraser, this is probably a good point for her

03:44PM 19  to pick up and go forward.  We can save the meat of the coconut

03:44PM 20  for when we're arguing it.

03:44PM 21      THE COURT:  I think that's right.  I'm trying to get a

03:44PM 22  feel for it.

03:44PM 23          Kerry, are you on the line?  Kerry?

03:44PM 24          I guess Kerry is not on the line.

03:44PM 25      MR. ROY:  I can say that in discussions --

03:44PM 1          MR. MILLER:  This is Kerry.  I'm at the airport, so I

03:44PM 2    had it on mute.  I am on the line.

03:44PM 3              I do think this is an issue, to be quite honest

03:44PM 4    with you, as I reported, I think, to both Andy and Jim earlier

03:44PM 5    yesterday, we haven't formalized a position yet on the issue.

03:44PM 6          THE COURT:  Okay.  Thank you.  That's all I needed to

03:44PM 7    know.

03:44PM 8          MR. MILLER:  I mean, what I can tell you is we complied

03:45PM 9    with our obligations under the Admiralty Rules in terms of

03:45PM 10   publicizing it when it was initially filed and when it was

03:45PM 11   transferred.  I mean, I can tell you that.  So we are in

03:45PM 12   compliance with the rules.  We don't need an additional notice to

03:45PM 13   comply, but beyond that, we've just not formulated our position

03:45PM 14   on what the plaintiffs have proposed.

03:45PM 15         THE COURT:  Okay.  Thank you.

03:45PM 16         MR. LEGER:  You Honor, if I may -- and pardon me for

03:45PM 17   jumping in -- but as an officer of the court, I just received an

03:45PM 18   e-mail at 3:27 p.m. today while we sat here from a staff member

03:45PM 19   of a United States Senator, and the e-mail reads, "Walter, where

03:45PM 20   can I find information about litigation filing deadlines,

03:45PM 21   deadlines to retain counsel and other things GCCF claimants need

03:45PM 22   to be aware of?  It's surprisingly hard to find.  Thanks."

03:45PM 23         THE COURT:  How about laed.uscourts.gov?

03:45PM 24         MR. LEGER:  Judge, I mean, the point is that even this

03:45PM 25   office which is trying to find it doesn't know.

03:45PM 1          THE COURT:  We won't say which Senator it might be.

03:46PM 2          MR. LEGER:  We won't say which Senator and which staff

03:46PM 3     member, because we know they are all very patriotic and want to

03:46PM 4     help their constituents.

03:46PM 5          THE COURT:  That's correct.

03:46PM 6             Would you put down laed.uscourts.gov?  That would

03:46PM 7     certainly be helpful.

03:46PM 8             Okay.  Elizabeth.

03:46PM 9          MS. CABRASER:  Thank you, Your Honor.

03:46PM 10    Elizabeth Cabraser for the PSC.

03:46PM 11            This is somewhat ironic because I've been known to

03:46PM 12    file class actions in the past, and I'm usually the lawyer people

03:46PM 13    turn to explain why something is a class action or is a class

03:46PM 14    action notice.  This one clearly is not.  That's not the intent

03:46PM 15    and it's not the effect.

03:46PM 16            The Court's web site is a tremendous resource for

03:46PM 17    orders, including the short form joinder, direct filing joinder,

03:46PM 18    but it's a tremendous resource to people who are aware of it.

03:46PM 19    Many people are not aware of it.

03:46PM 20            One of the objectives of this notice and the notice

03:47PM 21    program is to advise everyone who has an interest and that may

03:47PM 22    have a right to join for purposes of the limitation and action at

03:47PM 23    trial that there is a deadline, there is a monition date, and

03:47PM 24    there are places to go for more details.

03:47PM 25            It was our assumption that that public web site, as

03:47PM  1   well as the Court's web site -- there is no password required;

03:47PM  2   they are available to everyone; the information should be clear;

03:47PM  3   it should be detailed; it should be neutral; it should be

03:47PM  4   informative.  If anyone interested in this lawsuit feels that it

03:47PM  5   is not, they have a right to bring that to our attention and to

03:47PM  6   the attention of the Court and have it rectified.

03:47PM  7           I think where this notice program intersects with

03:47PM  8   what a Rule 23 notice program would look like and be intended to

03:47PM  9   do is only at two points:  Number 1, it involves a deadline by

03:47PM 10   which interested persons have to take an affirmative action or

03:47PM 11   their rights could be prejudiced.  In class action, that could be

03:47PM 12   an opt out or it could be filing a claim.  Here, it's taking the

03:48PM 13   affirmative action of joinder, and that's not a Rule 23 activity,

03:48PM 14   that's a Rule 18 or 19 or 20 activity, or maybe a Rule 24

03:48PM 15   intervention activity.  It's also something called for by the

03:48PM 16   very nature of the limitation action.  Something that most people

03:48PM 17   are not intimately aware of, including most lawyers who do not

03:48PM 18   practice in admiralty all the time.  So it's very important to

03:48PM 19   get that awareness.

03:48PM 20           If that's going to be done and we are going to be

03:48PM 21   talking about issues and contention, unresolved issues, disputes,

03:48PM 22   if we're going to be talking about what the Court is doing, then

03:48PM 23   the text of the notice, the published notice and the radio and TV

03:48PM 24   spots do need Court approval.

03:48PM 25           If they need Court approval, then we think the

03:48PM 1  standards that the courts have developed over many, many years

03:48PM 2  for use in class actions would apply here, not because this is a

03:48PM 3  class action; the limitation trial is not.  We know it's not.

03:49PM 4          We know everything in -- before Judge Barbier and

03:49PM 5  before Your Honor are focused on getting to that limitation trial

03:49PM 6  on time, on schedule, and on deadline, which is why the Rule 23

03:49PM 7  procedures are on hold.  We think that's appropriate.  We endorse

03:49PM 8  that, we approve that, and we're not attempting to change that by

03:49PM 9  requesting Court approval of a notice program we think is

03:49PM 10 absolutely essential for the integrity of the limitation trial so

03:49PM 11 that people that want to participate and join can do so, so they

03:49PM 12 get the basic information they need to get to the Court's web

03:49PM 13 site and to the web site we want to set up with frequently asked

03:49PM 14 questions, etcetera, and an 800 number, which we know the Court

03:49PM 15 can't staff.  We will.  We're happy to incur those costs.  We

03:49PM 16 think it's a PSC function the Court would expect us to perform.

03:49PM 17         So I think what -- we know the defendants have

03:49PM 18 until Wednesday.  I think now we have a much better idea of what

03:50PM 19 their concerns are.

03:50PM 20         With respect to language, of course, we want it to

03:50PM 21 be a hundred percent the best, and we've already gotten a couple

03:50PM 22 of good, constructive suggestions from defendants in that

03:50PM 23 respect.  We know Your Honor will have improvements for us.

03:50PM 24         We just wanted to assure the parties on the record

03:50PM 25 that this is not a Rule 23 stealth exercise.  The notice does not

03:50PM 1    mention class action or class procedures.  That would be

03:50PM 2    confusing and premature and possibly moot.

03:50PM 3          Where we do know that the Court would probably be

03:50PM 4    looking at Rule 23 is just with respect to standards for clear

03:50PM 5    and accurate communication with class members.  Quite frankly, we

03:50PM 6    think those apply to all parties, whatever they are doing, in

03:50PM 7    public, in the media, under Court auspices to talk about any of

03:51PM 8    the litigation.

03:51PM 9          To the extent that the Federal Judicial Center has

03:51PM 10   standards for class notice -- which, by the way, they also apply

03:51PM 11   to any claims process -- it's usually a class action or a

03:51PM 12   bankruptcy claim, but they do apply to being accurate, being

03:51PM 13   clear, being plain and telling the truth to anybody that may be

03:51PM 14   unrepresented by their own counsel and may have a decision to

03:51PM 15   make that affects their procedural rights.

03:51PM 16          THE COURT:  Okay.  Thank you.

03:51PM 17          All right.  Anything else on that issue?

03:51PM 18          Okay.  I wanted to next go into the jurisdictional

03:51PM 19   discovery issue, and you all have the stipulation between the PSC

03:51PM 20   and Transocean relative to jurisdictional discovery.  We've

03:51PM 21   already discussed the separate discovery track.

03:51PM 22          I guess the issue in my mind, Steve, is are we

03:52PM 23   going to other parties that are also going to participate, like

03:52PM 24   MOEX, in that separate track, and is that going to impact in any

03:52PM 25   way our ability to keep everything else going as scheduled?

03:52PM 1          MR. HERMAN:  Well, we haven't discussed it.  I mean, my

03:52PM 2    preference would probably be, if it's okay with the defendants

03:52PM 3    and the Court, is to kind of treat everything on kind of an

03:52PM 4    *ad hoc* basis.  I don't think there is going to be other

03:52PM 5    defendants that are very interested in a MOEX jurisdictional

03:52PM 6    deposition as long as we can work it out with them.

03:52PM 7          MS. KIRBY:  Let me just correct it.  It's not MOEX; it's

03:52PM 8    MOECO.  It's a different entity entirely than MOEX.  It's

03:52PM 9    M-O-E-C-O, all caps.

03:52PM 10          THE COURT:  Maybe if I just call it "the Japanese,"

03:52PM 11   would that be okay?

03:52PM 12          MS. KIRBY:  No.

03:52PM 13          MR. HERMAN:  My understanding is that we're still in

03:52PM 14   discussions trying to persuade our worthy adversaries otherwise,

03:53PM 15   but at this point my understanding is, is that MOECO is insisting

03:53PM 16   on Hague service.  If that continues to be the case, it will take

03:53PM 17   us some time to get the translation, the certification, the

03:53PM 18   service done.  I really don't see this coming to the floor within

03:53PM 19   the next few months.

03:53PM 20          MS. KIRBY:  Yes, I think that's correct.  I mean, we'll

03:53PM 21   be talking to Mr. Herman and others about it, but I agree with

03:53PM 22   him.

03:53PM 23          THE COURT:  Regardless, it's understood that without

03:53PM 24   waiver of any defenses, whether they be jurisdictional or

03:53PM 25   otherwise, you all are going to participate in merits discovery?

03:53PM 1          MS. KIRBY:  Yes, to the extent we're the same counsel,

03:53PM 2     we are doing that.

03:53PM 3          THE COURT:  Because I don't want to hear it in October

03:53PM 4     or November that, gee, now there is jurisdiction, and I want to

03:53PM 5     come back and take depositions.

03:53PM 6          MS. KIRBY:  I understand, Your Honor.

03:53PM 7          THE COURT:  Thank you.

03:53PM 8               Okay.  I think that covers that for me.

03:53PM 9               Steve, next up was the responsive pleadings

03:54PM 10    deadline amendment to the pretrial order or new pretrial order,

03:54PM 11    and you gave us an e-mail today explaining that, which I

03:54PM 12    appreciate.  Again, my first concern is this is not going to

03:54PM 13    upset any of the discovery that we've got ongoing or otherwise.

03:54PM 14         MR. LANGAN:  It's apples and oranges.  I think we found

03:54PM 15    out last September that pleadings and discovery --

03:54PM 16         THE COURT:  Two separate things.

03:54PM 17         MR. LANGAN:  -- whatever we do in other cases, in this

03:54PM 18    case, we're going to proceed.

03:54PM 19               I can give you 20 seconds on why this arose.  May I

03:54PM 20    do that?

03:54PM 21         THE COURT:  That would be great.  I'd like to know.

03:54PM 22         MR. LANGAN:  Yes.  It's Steve's work.  We're very

03:54PM 23    grateful for the cooperation of the PSC on this, but basically

03:54PM 24    what happened was, is that the 11th of February, which is today,

03:55PM 25    is a responsive pleading deadline for various pleading bundles,

03:55PM 1    and we were prepared to file answers and motions to dismiss and

03:55PM 2    all those kinds of stuff.

03:55PM 3            At 5:30 a.m. on Wednesday, we got from the PSC,

03:55PM 4    without any prior notice, that they were amending pleading

03:55PM 5    bundle, I think it's B 1.

03:55PM 6            THE COURT:  Yes.

03:55PM 7            MR. LANGAN:  A question arose in our mind whether they

03:55PM 8    had to seek leave to do such a thing, but be that as it may, I

03:55PM 9    think they probably did and it was probably a nullity, but having

03:55PM 10   said all of that, we know that by operation of Rule 15(a)(3),

03:55PM 11   assuming it was properly filed, we get 14 days under Rule.

03:55PM 12   That's the 23rd of February.

03:55PM 13           The issue for my client was this:  The motion to

03:55PM 14   dismiss relating to B 1 makes legal arguments that are

03:55PM 15   incorporated by reference in the motions to dismiss for D and

03:55PM 16   B 3, and it just frankly created absolute chaos for us to try to

03:56PM 17   figure out how we were going to deal with this.

03:56PM 18           Our proposed solution, and we're very grateful that

03:56PM 19   the PSC agreed, was to say let's keep everything on the same

03:56PM 20   briefing schedule so we can incorporate by reference the 28th of

03:56PM 21   February, the day we're filing the RICO motion to dismiss anyway,

03:56PM 22   and let's keep 30 and 30.  So that is the background.

03:56PM 23           Now, there may be other reasons, but that's how it

03:56PM 24   all arose.  It wasn't because we were trying to stall.  It has

03:56PM 25   nothing to do with that.

03:56PM 1          THE COURT:  I did not mean to suggest that.  I did not

03:56PM 2     mean to suggest that.

03:56PM 3          MR. LANGAN:  So we do need the extension.

03:56PM 4          THE COURT:  I did see that it was a joint filing, so I

03:56PM 5     had no ill thoughts on either side.  I just was not sure of what

03:56PM 6     prompted it.  I knew the 530 filing --

03:56PM 7          MR. LANGAN:  It started with that amendment, and it was

03:56PM 8     a cascading effect from that, and that we have managed to work

03:56PM 9     out, subject to the Court's approval, which is quite important to

03:56PM 10    us.

03:56PM 11         THE COURT:  Okay.  I appreciate that.  That's helpful.

03:57PM 12              I guess the only other thing was they pointed out,

03:57PM 13    Steve, that D 2 probably did not belong in the proposed amended

03:57PM 14    pretrial order.  Do you agree with that?

03:57PM 15         MR. HERMAN:  Well, yes.  I mean, I think these are my

03:57PM 16    comments.

03:57PM 17         THE COURT:  I'm sorry.

03:57PM 18         MR. HERMAN:  Yes.

03:57PM 19         THE COURT:  Do you agree with that?

03:57PM 20         MR. HERMAN:  I mean, there is no D 2 complaint right

03:57PM 21    now.  That was going to be the U.S. that would agree or disagree

03:57PM 22    with that.  It's still kind of in limbo.  I thought we had kind

03:57PM 23    of come to a tentative resolution.

03:57PM 24              I don't know how that's -- that resolution may be

03:57PM 25    affected by, A, the fact that a bunch of parties are now seeking

03:57PM 1   to intervene in the U.S. lawsuit, and, B, there may be a

03:57PM 2   possibility that the U.S. may end up as a defendant in some of

03:57PM 3   the other actions.

03:57PM 4           My suggestion, if it's okay with everyone, is that

03:57PM 5   we just hold up on this whole D 2 thing until those issues

03:58PM 6   straighten themselves out, and then we can figure out whether to

03:58PM 7   deal with them.  For the purposes of this order, it didn't make

03:58PM 8   sense to have a responsive pleading deadline to a document that

03:58PM 9   doesn't exist.

03:58PM 10          THE COURT:  Then my last question on this issue is, you

03:58PM 11  say that the limiting parties will not file an answer until after

03:58PM 12  the April 20th monition date.

03:58PM 13          Does anybody care when they file?

03:58PM 14          MR. HERMAN:  This is Kerry Miller's, actually, request

03:58PM 15  of me, and I included it, which was, he said, look, we don't want

03:58PM 16  to be filing answers to all these claims and limitations; we just

03:58PM 17  want to file one master answer after the April 20th deadline

03:58PM 18  passes, and the plaintiffs don't object to that.

03:58PM 19          THE COURT:  Kerry, do you want to set a date by which

03:58PM 20  you all will file your master answer?

03:58PM 21          MR. MILLER:  Yes.  I mean, if you want to do it, you

03:58PM 22  know, 30 days, May 20th, something like that, I think that would

03:58PM 23  be fine.  I think the clerk would have killed us had we filed

03:58PM 24  answers to every claim of limitation.

03:58PM 25          THE COURT:  Probably agree.  I have no problem with

03:59PM   1    that.  May 30th is fine.  We can put that in the proposed order.

03:59PM   2         MR. HERMAN:  That's fine with us.

03:59PM   3              The other -- well, there is two other issues that I

03:59PM   4    brought up.  One is, frankly, for the defendants' benefit, which

03:59PM   5    was that they should really only have to answer the amended

03:59PM   6    complaint.  Why waste time answering both of them?

03:59PM   7         THE COURT:  Totally agree.

03:59PM   8         MR. HERMAN:  So that was one issue.

03:59PM   9              The other one is really of more concern, I think,

03:59PM  10    to everyone, just for clarity.  We now have PTO's, in particular

03:59PM  11    24 and 25, and the short form joinder that referred to specific

03:59PM  12    doc reference numbers.  We want to make sure that there is a

03:59PM  13    separate deeming order that basically makes sure that that is

03:59PM  14    superseded so that we don't have to go back and keep rechanging

03:59PM  15    all the forms and all the old PTO's.

03:59PM  16              It seems to us that if we just said, because I

03:59PM  17    doubt that this will be the last time these master complaints are

03:59PM  18    amended, or at least we seek leave to amend them, maybe we

03:59PM  19    shouldn't, but it's going to be inevitable, I think.  We don't

04:00PM  20    want to have to go back and change the short form and PTO 24 and

04:00PM  21    25 every time we do that.

04:00PM  22              So we kind of wanted a separate deeming order that

04:00PM  23    this document is going to supersede the other documents with

04:00PM  24    respect to those previous orders and the short form joinder, and

04:00PM  25    that any other subsequent, appropriately filed, leave granted,

04:00PM 1    etcetera, amendment or supplement to any of the master complaints

04:00PM 2    would automatically be deemed to supersede the references in the

04:00PM 3    previous orders and the short form joinder.

04:00PM 4         MR. WITTMANN:  I've got to go back and fax file a brief

04:00PM 5    in another case, so I'm leaving it to Carmelite.

04:00PM 6         THE COURT:  Who fax files any more?

04:00PM 7         MR. WITTMANN:  The State court in Alexandria.

04:00PM 8         THE COURT:  Oh, I thought it was just you.

04:00PM 9         MR. WITTMANN:  No.

04:00PM 10             Thank you, Judge.  I have to leave.

04:00PM 11        THE COURT:  See you, Phil.

04:00PM 12        MR. TSEKERIDES:  Your Honor, it's Ted Tsekerides.

04:00PM 13        THE COURT:  Hi, Ted.

04:00PM 14        MR. TSEKERIDES:  To the extent that we're going to be

04:00PM 15   taking out those bundles that don't have a master complaint, I

04:01PM 16   would request that we take out B 4 as well, then, because that

04:01PM 17   relates to the emergency responders.  There is no B 4 master

04:01PM 18   complaint.  So if that's the way we're going to go with the order

04:01PM 19   and taking out those bundles that don't have a master complaint,

04:01PM 20   I request that we take that one out, too.

04:01PM 21        THE COURT:  Okay.

04:01PM 22        MR. TSEKERIDES:  Thank you.

04:01PM 23        MS. BERTAUT:  Judge, I just wanted to ask the

04:01PM 24   plaintiffs, did I understand what they were saying just now that

04:01PM 25   there would not be a new short order form submitted ultimately

04:01PM 1    once this revised B 1 is in?

04:01PM 2         MR. HERMAN:  I guess we could all talk about that.  I --

04:01PM 3    I spoke with Andy earlier about the possibility of joining a

04:01PM 4    couple more types of plaintiffs as opposed to just having them

04:01PM 5    put in the other and the descriptions, and if we amend it, we

04:01PM 6    could amend the doc reference numbers.

04:01PM 7         I mean, my personal feeling is that the more

04:01PM 8    different short form joinders we have floating around, the more

04:01PM 9    likely it is that somebody is going to get confused and file the

04:02PM 10   wrong one.  I kind of think we should probably stick to the one

04:02PM 11   we have, but whatever the Court wants we'll do.

04:02PM 12        THE COURT:  What raises the issue, Carmelite?

04:02PM 13        MS. BERTAUT:  Well, the new B 1 adds three classes, for

04:02PM 14   lack of a better term, categories.

04:02PM 15        MR. HERMAN:  Well, really only two.

04:02PM 16        MS. BERTAUT:  Service station owners and moratorium

04:02PM 17   claims and --

04:02PM 18        MR. HERMAN:  Well -- Steve Herman.

04:02PM 19        The new B 1, the first amended B 1 --

04:02PM 20        THE COURT:  Which, believe it or not, I've looked at.

04:02PM 21        MR. HERMAN:  My condolences.

04:02PM 22        -- more explicitly includes moratorium claims and

04:02PM 23   dealer claims.  For a couple reasons that came up, we thought

04:02PM 24   that they were included before, but we just wanted to make it

04:02PM 25   clear because there was some confusion.

04:02PM 1          The VOO issue, which are the Vessel of Opportunity

04:02PM 2   volunteers or workers or charterers, whatever you want to call

04:03PM 3   them, that really wasn't our fault.  What happened was B 3 was

04:03PM 4   defined in such a way that before they were in B 3 when the first

04:03PM 5   master complaint was filed.  Based on various permutations,

04:03PM 6   negotiations, etcetera, and the positions of some of the

04:03PM 7   responder defendants, in PTO 25, we changed the definition of B 1

04:03PM 8   and B 3 so that the VOO claims against BP were now redefined to

04:03PM 9   be B 1 claims.

04:03PM 10          The VOO plaintiffs were already included.  They

04:03PM 11  were just B 3 plaintiffs before, so they should have already been

04:03PM 12  on the short form.  I'm not sure if they are explicitly, but they

04:03PM 13  should be.  Then now we're just putting them in a different

04:03PM 14  bundle or both bundles.

04:03PM 15          In any event, the bottom line is we'll do whatever

04:03PM 16  the Court wants and whatever the parties want, and maybe we

04:03PM 17  should talk about it, because I frankly haven't thought about the

04:03PM 18  issue until Andy brought it up.  My off-the-cuff, superficial,

04:04PM 19  knee-jerk reaction is that to the extent possible, we should

04:04PM 20  probably keep the form that we have because it's already been

04:04PM 21  approved, and we don't want to create more confusion than we have

04:04PM 22  to.

04:04PM 23      THE COURT:  That's my gut, but why don't we all just

04:04PM 24  look at it in the next week and put on it the agenda and see what

04:04PM 25  we think.  My gut is we shouldn't play around with it.  I'm

04:04PM 1    looking at it now.  Okay.  Try not to amend to bring in anybody

04:04PM 2    else.

04:04PM 3            MR. LANGAN:  Your Honor, just because the tenor in the

04:04PM 4    room is we're going to get our extension, but if we're not, we

04:04PM 5    kind of need to know that.

04:04PM 6            THE COURT:  I think you're going to get your extension.

04:04PM 7            MR. LANGAN:  All right.  Well, I very much appreciate

04:04PM 8    that.

04:04PM 9            THE COURT:  I'll let you know as soon as possible if

04:04PM 10   you're not.  How about that?

04:04PM 11           MR. LANGAN:  Yes, since we're supposed to file in about

04:04PM 12   40 minutes or something.

04:04PM 13           THE COURT:  You're going to get an extension beyond

04:04PM 14   today --

04:04PM 15           MR. LANGAN:  All right.  Very good.  Thank you,

04:04PM 16   Your Honor.

04:04PM 17           THE COURT:  No, I thought that was clear.

04:04PM 18           MR. LANGAN:  Thank you.

04:04PM 19           MR. HERMAN:  I put it in an e-mail yesterday, but I'll

04:04PM 20   state for the record that we will not take a default judgment as

04:05PM 21   to any defendant for any reason.

04:05PM 22           THE COURT:  Exactly.

04:05PM 23           MR. GODWIN:  At any time?

04:05PM 24           MR. HERMAN:  Well, never say never, Don.  Not in the

04:05PM 25   next 30 days, how about that?

04:05PM 1          THE COURT:  We need to put the short form on for next

04:05PM 2    time.

04:05PM 3          Moving right along.  Does anybody want to spend any

04:05PM 4    time at all discussing the Sierra Club's motion to intervene,

04:05PM 5    because I'm not inclined to, but it's on my hit parade.

04:05PM 6          MR. UNDERHILL:  Mike Underhill.

04:05PM 7          Why don't we defer, Your Honor?

04:05PM 8          THE COURT:  Thank you.

04:05PM 9          Moving right along.  What I would like to talk

04:05PM 10   about is -- now, we've had it on our agenda before -- is two

04:05PM 11   things.  First, look again at the pretrial timeline, and do we

04:06PM 12   want to modify it in any way, shape, or form?  I think we've got

04:06PM 13   some new dates that we need to add to it.

04:06PM 14          I'm thinking about going ahead and publishing the

04:06PM 15   timeline on the Internet site so that any time any new party

04:06PM 16   wants to know what a deadline is we'll have a timeline on the web

04:06PM 17   site that people can refer to.

04:06PM 18          What do you all think about that?

04:06PM 19          Let's put that on the agenda for next week, as far

04:06PM 20   as any modifications and posting the timeline as it changes,

04:06PM 21   which it might.

04:06PM 22          I was also going to suggest that maybe we want to,

04:06PM 23   and maybe you all have done this, post for counsel of record the

04:06PM 24   depositions that are scheduled and when they are scheduled so

04:07PM 25   that you all are not constantly fielding calls about who is being

04:07PM 1     taken when and all that kind of stuff.

04:07PM 2               On that same issue, I'd like to think about whether

04:07PM 3     we want to restate in its entirety -- Kat, which pretrial order

04:07PM 4     is it?

04:07PM 5               THE LAW CLERK:  She wants the --

04:07PM 6               THE COURT:  Oh, case management order Number 1, which is

04:07PM 7     pretrial order number 11.  We don't need to discuss it today.

04:07PM 8     Just do we want to do some cleaning up?  Think about it.

04:07PM 9               MR. HERMAN:  Okay.  A couple things.

04:08PM 10              Steve Herman for the plaintiffs.

04:08PM 11              A couple things that Your Honor mentioned.  Some

04:08PM 12    notes that I wrote for Mr. Cunningham, who has left our presence.

04:08PM 13    One thing that he wanted to note that we could kind of put on our

04:08PM 14    radar for next week, when you mentioned the timeline, was that

04:08PM 15    perhaps we should have a date where the parties would exchange,

04:08PM 16    or maybe file or whatever, some type of preliminary witness list

04:08PM 17    for the February 2012 trial?

04:08PM 18              I know we're dealing with this kind of master

04:08PM 19    deposition list that's floating around, but it also might be

04:08PM 20    helpful to various different parties to have witness lists for

04:08PM 21    trial.

04:08PM 22              For one thing, we want to make sure that there is

04:08PM 23    no one that somebody is thinking of calling that we don't depose

04:08PM 24    in time.  So that's one thing.

04:08PM 25              The other thing, is I think that --

04:08PM 1          THE COURT:  We didn't set a date that was a nonbinding

04:08PM 2    date for exchange of witness lists?  That's the kind of thing

04:08PM 3    that I'm thinking of doing on our timeline so everyone could just

04:09PM 4    quickly go through it and say, have I done it?  I thought we had

04:09PM 5    set one, and we'll check to make sure, Steve.

04:09PM 6          Andy.

04:09PM 7          MR. LANGAN:  Well, I don't mean to interrupt Mr. Roy,

04:09PM 8    but the pretrial order 11 published a timeline --

04:09PM 9          THE COURT:  That's right.  That's the timeline I'm

04:09PM 10   talking about.

04:09PM 11         MR. LANGAN:  -- that had a pretrial stipulation date

04:09PM 12   that included witness and exhibit lists.  Now, it was for

04:09PM 13   February 1st, and maybe that's later, but the point is, it's kind

04:09PM 14   of being dealt with in here.

04:09PM 15         THE COURT:  I thought we had more recently talked about

04:09PM 16   an informal, nonbinding exchange of trial witness lists so

04:09PM 17   everybody could kind of see, do I have the people who are going

04:09PM 18   to be called listed as deponents?

04:09PM 19         MR. HERMAN:  I think it's two different -- I think

04:09PM 20   Your Honor is right.  It's two different things, but one is the

04:09PM 21   actual pretrial order that includes the witnesses that we know

04:09PM 22   are going to testify at trial.

04:09PM 23         What we're talking about is a very preliminary

04:09PM 24   witness list that will be exchanged within the next few months so

04:10PM 25   that prior to the July whatever deadline, we can depose any

04:10PM   1   witnesses that we don't now know about, and the defendants can as

04:10PM   2   well.

04:10PM   3          THE COURT:  I thought we covered it.

04:10PM   4          MR. HERMAN:  Then the other thing that Mr. Cunningham

04:10PM   5   wanted me to mention is that at some point, I think it was last

04:10PM   6   week, BP was going to endeavor to inform everyone else where some

04:10PM   7   of their witnesses were on this master list.  Some of them were

04:10PM   8   in Saudi Arabia or Russia or England or whatever, so that we

04:10PM   9   could start to think about hopefully bringing them here, but, in

04:10PM  10   the alternative, where we might have to go.

04:10PM  11              I doubt we're prepared to discuss that today, but

04:10PM  12   if we're back here next week, maybe that's something that BP's

04:10PM  13   counsel could do within the next week now that we have our master

04:10PM  14   list.

04:10PM  15          THE COURT:  That would be helpful.

04:10PM  16              Andy, do you want to comment?

04:10PM  17          MR. LANGAN:  Well, it's not just a BP issue.

04:10PM  18          THE COURT:  No, it's an everybody issue.

04:10PM  19          MR. LANGAN:  It's an everybody issue.

04:10PM  20          THE COURT:  I knew that.

04:10PM  21          MR. LANGAN:  I guess when we have the narrower list -- I

04:11PM  22   think we told them about some of the London-based people, but

04:11PM  23   we're willing to do that, as long as the same rules apply to

04:11PM  24   everybody.

04:11PM  25          THE COURT:  The same rules apply to everybody.  All the

defendants take a look at the list, and maybe what you can do is include in your information to Don where these people are.

MR. GODWIN: May I, Judge?

THE COURT: Sure.

MR. GODWIN: Thank you, Your Honor. Don Godwin for Halliburton.

THE COURT: Okay. We just got word. The order will be signed giving you until the 28th.

MR. LANGAN: Thank you, Your Honor. Thank you to Judge Barbier and his staff.

MR. GODWIN: Thanks, Kat.

THE COURT: Go ahead, Don.

MR. GODWIN: Thank you, Your Honor. I understand. Now, I don't want to roll a grenade up into this party we're having here, but let me just float something here as a suggestion only since we're going to be talking next Friday. Did you decide what time that hearing will be?

THE COURT: I thought maybe if we started at 2:00, that would give us some time.

MR. GODWIN: 2 o'clock is fine with me.

THE COURT: Is that okay with everybody? If you would like earlier, but it sounded like Mr. Cunningham didn't want to start until 2:00 or 2:30.

MR. ROY: Just for clarification --

Jim Roy.

04:12PM 1        You did say 11 o'clock, though, for the ESI?

04:12PM 2        THE COURT:  11 o'clock ESI; 2 o'clock everything else.

04:12PM 3        MR. GODWIN:  Since we're going to be talking then about

04:12PM 4  timeline and to have something that will accommodate the February

04:12PM 5  trial date, since we now know that there is at least one party

04:12PM 6  that may be requiring Hague Convention service -- we heard talk

04:12PM 7  about that -- that may require some few months.  Since we know

04:12PM 8  that we're going to be all putting our list together and

04:12PM 9  condensing that, I'm just going to float this for you to be

04:13PM 10 thinking about and perhaps visit with Judge Barbier about it, and

04:13PM 11 that is, perhaps we extend the discovery for fact witnesses to,

04:13PM 12 say, September 30th.  That's just two months.

04:13PM 13        We still have time after that, Judge, to do the

04:13PM 14 experts and get done what we need to have done because you have

04:13PM 15 October, November, December, January, you've got the better part

04:13PM 16 of four to four-and-a-half months to work on those other things.

04:13PM 17 The fact witnesses are going to be the -- seem to me to be the

04:13PM 18 most time consuming, and because of the practical constraints of

04:13PM 19 our court reporting capabilities, facilities, if you will, and

04:13PM 20 all that -- and I'm not here suggesting a passing of the trial

04:13PM 21 date.  Judge Barbier and you've made that very clear, and I

04:13PM 22 respect that.  I think it's a little early, but anyway, I do

04:13PM 23 respect the position.  I'm not here to argue about it.

04:13PM 24        I would ask you to think about so that when we talk

04:13PM 25 next week about a timeline, that would be something we could work

04:14PM  1   in and still get it all done and make it a little more palatable

04:14PM  2   that we get it all done comfortably as opposed to everybody just

04:14PM  3   killing themselves, if you will.

04:14PM  4        THE COURT:  Listen, listen, I understand you all are

04:14PM  5   killing yourselves, and, listen, I'm not being facetious about

04:14PM  6   that in the slightest.  I wonder, though, Don, whether you really

04:14PM  7   aren't jamming yourselves with the experts.  You've got some

04:14PM  8   technical expert discovery to get done; do you not?

04:14PM  9             I'm looking at Mr. Underhill particularly.

04:14PM 10             To compress the time on exchange of expert reports,

04:14PM 11   and then to leave yourself right now -- you've got part of

04:14PM 12   November, all of December, and a half of January within which to

04:14PM 13   get all of your expert depositions done, and with Thanksgiving,

04:14PM 14   Christmas, and New Year's, I don't think that's a lot of time.

04:14PM 15        MR. GODWIN:  Well, I mean, I'm thinking September 30th,

04:15PM 16   but if we didn't go out 30, maybe to the end of August.  I mean,

04:15PM 17   something because --

04:15PM 18        THE COURT:  I think it's something we should consider,

04:15PM 19   but let's put it on the agenda for next week and let's hear from

04:15PM 20   everybody.  I think it may be a real problem because I think your

04:15PM 21   expert preparation and exchange of reports is going to be more

04:15PM 22   intensive than perhaps it sounds right now because it's so much

04:15PM 23   further away.

04:15PM 24        MR. GODWIN:  I understand.

04:15PM 25        THE COURT:  I'm willing to keep an open mind.

04:15PM 1          MR. GODWIN:  Thank you.  I appreciate it.

04:15PM 2          THE COURT:  I appreciate it.

04:15PM 3              Okay.  A reminder to everybody, when you all send

04:15PM 4    in proposed orders, try to send them either in Word or

04:16PM 5    Word Perfect, just so that if we want to play with them, we can.

04:16PM 6              I think I've covered my list.

04:16PM 7              Next.

04:16PM 8          MS. KIRBY:  Ky Kirby for ANADARKO and MOEX.

04:16PM 9              My first issue was something I tried informally to

04:16PM 10   resolve with my fellow liaison counsel, but nobody wanted to

04:16PM 11   respond to me, and that has to do with interpretation of the

04:16PM 12   cross claim and third-party complaint deadlines in the case

04:16PM 13   management order.  As I read them, those are due in the

04:16PM 14   limitations action and pleading Bundles A on March 18th, but not

04:16PM 15   in pleading Bundles B or C, any of those.  I need some clarity on

04:17PM 16   that because there is -- the way the order is phrased has led to

04:17PM 17   different interpretations within my own shop.

04:17PM 18         THE COURT:  Really.

04:17PM 19         MS. KIRBY:  Yes.  I'm embarrassed to say.

04:17PM 20         THE COURT:  What language are you looking at?

04:17PM 21         MS. KIRBY:  It's the language that says -- I think it

04:17PM 22   says, "Cross claims and third-party complaints by defendants

04:17PM 23   named in pleading bundles A," and it's that phrase "defendants

04:17PM 24   named in pleading bundle A," defendants named in or tendered in.

04:17PM 25              Does anybody disagree with that interpretation?

04:17PM  1            MR. LANGAN:  Your Honor, it's Andy Langan.

04:17PM  2            I think Ms. Kirby is correct.  We agree with her

04:17PM  3    interpretation, and the fact we did not get back to her earlier

04:17PM  4    did not reflect any disrespect.  It may have reflected the press

04:18PM  5    of other matters.

04:18PM  6            MS. KIRBY:  Now he says that.

04:18PM  7            THE COURT:  Does that solve the problem?

04:18PM  8            MS. KIRBY:  I think so.  You don't have a dog in this

04:18PM  9    fight, do you?

04:18PM 10            The second thing -- you see, I'm simple --

04:18PM 11    Transocean.  I understand that Transocean's insurance litigation

04:18PM 12    has just been transferred into the MDL.

04:18PM 13            THE COURT:  It has.

04:18PM 14            MS. KIRBY:  I'm wondering if we know yet whether it will

04:18PM 15    be consolidated for discovery purposes here and so on?

04:18PM 16            THE COURT:  I believe it will.  We will get confirmation

04:18PM 17    for you by next week's conference, but I believe it's going to be

04:18PM 18    consolidated.

04:18PM 19            I'm trying to think about how that will impact our

04:18PM 20    discovery in the limitation issue.

04:18PM 21            Did y'all think about that?

04:19PM 22            I believe it's going to be.

04:19PM 23            MS. KIRBY:  Well, certainly there is going to be

04:19PM 24    insurers trying to prove gross negligence, is my guess.

04:19PM 25            THE COURT:  We'll have to think it through.

04:19PM 1        MS. KIRBY:  Okay.

04:19PM 2        THE COURT:  I appreciate you raising that.

04:19PM 3        MS. KIRBY:  Sure.  Thank you, Your Honor.

04:19PM 4        MR. ROY:  Your Honor, it certainly -- on behalf of the

04:19PM 5   PSC, we do think that that should be brought into this so that it

04:19PM 6   can move forward concurrently.  We would urge upon the Court

04:19PM 7   very, very strongly that it consider issuing on its own -- and

04:19PM 8   we'll brief this if necessary; put it in the form of a motion --

04:19PM 9   but we would urge that the insurers be called upon to identify

04:19PM 10  themselves, identify their counsel, whether they are counsel of

04:19PM 11  record or not, contact information, and things like this.

04:19PM 12       I won't point to anybody or any party in this

04:20PM 13  litigation right now, but there are insurers that even parties

04:20PM 14  aren't sure who represents them or where they are.  That's what's

04:20PM 15  been represented to us.

04:20PM 16       THE COURT:  I won't comment.  I was going to, Jim, but

04:20PM 17  I've decided not to.

04:20PM 18       Looking back at the calendar, guys, the issue of

04:20PM 19  the Mardi Gras time period was raised.  It seems to me probably

04:20PM 20  looking back what you want to probably do is look at trying to

04:20PM 21  get some depositions in on the 28th and then March 1st, 2nd, 3rd,

04:20PM 22  and 4th, and then get the hell out of town maybe would be the

04:20PM 23  best way to handle.

04:20PM 24       MR. GODWIN:  February 28th and March?

04:20PM 25       THE COURT:  1, 2, 3, 4.  That's Monday, Tuesday,

04:21PM  1    Wednesday, Thursday.  The bad stuff starts on Friday.  I mean, as

04:21PM  2    far as trying to get hotel rooms, trying to come in and out, all

04:21PM  3    of that good stuff.  You may be able to take that window and use

04:21PM  4    it.

04:21PM  5            MR. UNDERHILL:  Just a suggestion, Your Honor, on the

04:21PM  6    Fifth Amendment witnesses, I don't know where they are, but I

04:21PM  7    suspect mostly in Houston, that might be an opportune time to get

04:21PM  8    out of Dodge and go to Abilene.

04:21PM  9            THE COURT:  Fabulous idea, and why don't you all see if

04:21PM 10    maybe you could put a block of Fifth Amendment witnesses

04:21PM 11    together.  It's the same script, and if there is a big block of

04:21PM 12    them over in Houston, let's line them up.  If y'all want to do

04:21PM 13    that alternatively, that's fine.

04:21PM 14            MR. UNDERHILL:  As much as I appreciate Jim's offer to

04:21PM 15    stay in his extra room, I'd just as soon have a hotel room where

04:22PM 16    they have all the amenities.

04:22PM 17            THE COURT:  He didn't really mean the offer anyway, so

04:22PM 18    don't worry about it.

04:22PM 19            MR. UNDERHILL:  I know.

04:22PM 20            THE COURT:  Yes, it seems to me either you can use those

04:22PM 21    dates here in New Orleans, and I think you won't have too much

04:22PM 22    trouble during that time period, the next Friday through Tuesday

04:22PM 23    will be bad.

04:22PM 24            MR. GODWIN:  Judge, Don Godwin for Halliburton.

04:22PM 25                We have a hearing with you on Friday, March 4th, so

04:22PM 1    we were already planning to be here March 4th, 7:30 a.m.  Then we

04:22PM 2    were going to continue depositions here that day, so it looks

04:22PM 3    like we were already planning to do depositions that1 week over

04:22PM 4    here, so -- but I'll be mindful of that.

04:22PM 5        THE COURT:  I don't mind Mike's suggestion if y'all

04:22PM 6    would rather do a block of Fifth Amendment witnesses earlier in

04:22PM 7    the week.  Whatever you all want.

04:22PM 8        MR. GODWIN:  Thank you, Judge.

04:22PM 9        THE COURT:  I just wanted to cover that with you as far

04:22PM 10   as Mardi Gras and what you're going to have to do.

04:22PM 11        Am I missing anything, guys?

04:23PM 12        THE CLERK:  No, you've covered it.

04:23PM 13        THE COURT:  Do you all think I've covered it?

04:23PM 14        MR. GODWIN:  Yes, Your Honor.

04:23PM 15        THE COURT:  Everybody have a nice weekend.  I'm sorry

04:23PM 16   you're traveling and all of that stuff.

04:23PM 17        MR. LANGAN:  Thank you, Your Honor.

04:23PM 18        MR. GODWIN:  Thank you, Judge.

04:23PM 19        MR. MILLER:  Thank you, Your Honor.

20        (WHEREUPON, at 4:23 p.m.  the proceedings were

21   concluded.)

22                    *    *    *

23

24

25

1                          REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                          *s/Cathy Pepper*_____

14                          Cathy Pepper, CRR, RMR, CCR

15                          Official Court Reporter

16                          United States District Court

17

18

19

20

21

22

23

24

25

## $

**$500,000** [1] - 91:2

## 1

**1** [15] - 24:13, 40:24, 63:19, 80:7, 94:9, 99:5, 99:14, 104:1, 104:13, 104:19, 105:7, 105:9, 108:6, 116:25
**1**........................ [1] - 7:20
**10** [2] - 56:6, 57:7
**10-888** [1] - 85:10
**10-8888** [1] - 85:2
**10-MDL-2179** [1] - 1:6
**10-minute** [1] - 81:9
**1000** [2] - 5:4, 5:21
**1001** [1] - 4:14
**10153** [1] - 4:22
**107** [2] - 7:18, 7:19
**108** [1] - 7:20
**109** [1] - 43:15, 43:16
**11** [6] - 1:7, 8:2, 108:7, 109:8, 112:1, 112:2
**1100** [1] - 3:7
**11:00** [2] - 66:23, 67:11
**11th** [1] - 98:24
**12** [2] - 41:22, 56:6
**12(b** [3] - 74:14, 74:15, 74:19
**12(b)'s** [3] - 75:3, 77:25, 78:10
**1201** [1] - 3:25
**1331** [1] - 4:4
**14** [4] - 33:19, 33:20, 33:21, 99:11
**14271** [1] - 2:13
**15** [6] - 13:22, 43:6, 43:8, 43:13
**15(a)(3** [1] - 99:10
**16** [5] - 29:2, 40:2, 40:3, 66:5
**16-13** [1] - 66:5
**1601** [1] - 1:24
**164** [1] - 42:24
**1665** [1] - 4:4
**16th** [2] - 67:9, 87:8
**17** [5] - 16:1, 16:8, 21:7, 29:17, 43:7
**1700** [1] - 3:25
**17th** [4] - 15:14, 15:19, 38:11, 38:14
**18** [1] - 94:14
**18th** [8] - 15:14, 15:19,

38:11, 38:15, 67:2, 67:9, 73:23, 114:14
**19** [1] - 94:14
**1:00** [1] - 52:9
**1:3O** [1] - 1:7
**1st** [3] - 43:14, 109:13, 116:21

## 2

**2** [8] - 52:14, 66:22, 100:13, 100:20, 101:5, 111:20, 112:2, 116:25
**20** [8] - 1:5, 21:18, 26:25, 27:9, 59:19, 74:13, 94:14, 98:19
**20,000** [1] - 37:11
**200** [1] - 4:14
**20006** [1] - 4:10
**20044** [2] - 2:13, 2:18
**2007** [1] - 4:8
**201** [1] - 5:9
**2010** [1] - 1:5
**2011** [2] - 1:7, 8:2
**2012** [2] - 76:18, 108:17
**2020** [1] - 4:9
**204** [4] - 42:23, 43:5, 43:13, 43:18
**20th** [5] - 72:9, 90:22, 101:12, 101:17, 101:22
**2185** [1] - 21:19
**23** [9] - 87:24, 88:12, 88:17, 88:18, 94:8, 94:13, 95:6, 95:25, 96:4
**23rd** [1] - 99:12
**24** [6] - 28:11, 28:14, 83:9, 94:14, 102:11, 102:20
**25** [7] - 76:3, 76:16, 83:9, 102:11, 102:21, 105:7
**25th** [1] - 58:21
**27** [5] - 15:15, 15:20, 16:6, 16:9, 20:24
**275** [1] - 2:4
**286,000** [1] - 39:11
**28th** [5] - 15:13, 99:20, 111:8, 116:21, 116:24
**2929** [1] - 5:12
**29th** [1] - 15:17
**2:00** [2] - 111:18, 111:23
**2:30** [1] - 111:23
**2nd** [1] - 116:21

## 3

**3** [7] - 80:8, 99:16, 105:3, 105:4, 105:8, 105:11, 116:25
**30** [7] - 14:23, 60:17, 99:22, 101:22, 106:25, 113:16
**30(B)(6** [1] - 7:7
**30(b)(6** [34] - 40:14, 42:24, 49:13, 49:16, 49:17, 49:25, 50:10, 50:15, 54:24, 55:4, 55:13, 55:18, 55:20, 56:4, 56:11, 56:12, 56:19, 56:22, 57:2, 57:14, 57:20, 58:4, 58:6, 58:10, 58:16, 58:22, 60:4, 60:7, 60:8, 60:15, 60:16, 60:21, 60:23, 60:25
**30(b)(6)** [3] - 50:15, 60:2, 60:10
**30(b)(6)'s** [4] - 50:13, 55:1, 56:17, 59:3
**300** [1] - 3:16
**3000** [1] - 2:4
**30th** [4] - 15:17, 102:1, 112:12, 113:15
**31st** [6] - 15:18, 43:8, 43:14, 47:24, 57:14, 57:16
**3450** [1] - 5:18
**36130** [1] - 2:22
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 5:4
**38TH** [1] - 5:4
**3:27** [1] - 92:18
**3rd** [1] - 116:21

## 4

**4** [3] - 103:16, 103:17, 116:25
**40** [3] - 7:6, 42:24, 106:12
**4000** [1] - 5:21
**42ND** [1] - 5:12
**450** [1] - 2:9
**49** [1] - 7:7
**4:23** [1] - 118:20
**4th** [4] - 43:16, 116:22, 117:25, 118:1

## 5

**5** [3] - 46:13, 46:14

**50** [5] - 42:14, 61:9, 61:19, 75:17, 75:18
**500** [2] - 5:18, 6:10
**501** [1] - 2:21
**504** [1] - 6:11
**51** [2] - 75:18, 77:25
**510** [1] - 2:25
**530** [1] - 100:6
**5395** [1] - 2:9
**546** [1] - 3:21
**556** [1] - 1:18
**589-7779** [1] - 6:11
**5:00** [3] - 45:14, 45:20, 45:21
**5:30** [1] - 99:3
**5th** [1] - 28:17

## 6

**600** [1] - 5:15
**60654** [1] - 3:17
**62** [1] - 7:8
**64** [2] - 7:9, 7:10
**68** [1] - 7:11
**69** [1] - 7:12
**6:30** [1] - 21:22

## 7

**70** [1] - 7:13
**70113** [1] - 1:21
**70130** [3] - 3:21, 5:15, 6:10
**70163** [1] - 3:7
**70170** [1] - 5:9
**70433** [1] - 2:25
**70502** [1] - 1:18
**70505** [1] - 4:14
**75270** [1] - 3:25
**7611** [1] - 2:17
**767** [1] - 4:22
**77002** [2] - 5:19, 5:22
**77010** [1] - 4:4
**77019** [1] - 5:12
**7:30** [1] - 118:1
**7th** [2] - 28:18, 30:19
**7TH** [1] - 2:9

## 8

**8** [1] - 7:5
**800** [1] - 95:14
**81** [1] - 7:14
**820** [1] - 1:21
**8888** [1] - 83:5
**8:30** [1] - 52:14
**8th** [2] - 28:19, 54:4

## 9

**9** [1] - 82:21
**90** [1] - 64:25
**94102** [1] - 2:10
**94111** [1] - 2:5
**96** [1] - 7:15
**98** [1] - 7:16
**98104** [1] - 5:5
**9TH** [1] - 5:15

## A

**a.m** [2] - 99:3, 118:1
**Abilene** [1] - 117:8
**ability** [3] - 79:23, 96:25, 119:8
**able** [10] - 11:22, 18:11, 39:17, 43:18, 49:15, 50:9, 50:25, 85:8, 85:16, 117:3
**above-entitled** [1] - 119:9
**absolute** [2] - 33:14, 99:16
**absolutely** [5] - 16:5, 48:16, 60:11, 79:6, 95:10
**absolved** [1] - 86:1
**abundantly** [2] - 15:18, 16:16
**abusive** [1] - 91:3
**accept** [2] - 23:24, 26:14
**access** [4] - 23:3, 23:5, 28:1, 39:16
**accommodate** [4] - 32:25, 35:13, 53:15, 112:4
**accommodated** [1] - 21:1
**accomplish** [1] - 47:19
**according** [1] - 30:17
**accurate** [3] - 89:20, 96:5, 96:12
**acknowledge** [1] - 16:1
**acknowledgment** [1] - 79:6
**act** [1] - 90:4
**Act** [2] - 71:25, 90:7
**acting** [2] - 26:21, 73:9
**ACTION** [1] - 1:6
**Action** [1] - 83:4
**action** [19] - 71:10, 72:11, 78:24, 79:22,

87:12, 87:21, 88:10, 88:22, 93:13, 93:14, 93:22, 94:10, 94:11, 94:13, 94:16, 95:3, 96:1, 96:11, 114:14

**ACTIONS** [1] - 1:8

**actions** [6] - 72:12, 79:18, 79:19, 93:12, 95:2, 101:3

**activity** [3] - 94:13, 94:14, 94:15

**actual** [6] - 30:17, 73:22, 82:19, 82:21, 86:21, 109:21

**ad** [1] - 97:4

**add** [12] - 10:3, 17:20, 30:13, 47:6, 47:13, 50:4, 56:10, 56:12, 57:2, 78:14, 91:6, 107:13

**added** [1] - 47:10

**adding** [1] - 87:20

**addition** [2] - 42:5, 83:2

**additional** [3] - 15:8, 20:25, 92:12

**additions** [1] - 50:14

**address** [10] - 23:16, 71:5, 76:25, 78:3, 80:20, 82:18, 82:19, 82:23, 86:9, 86:21

**addressed** [1] - 85:23

**adds** [1] - 104:13

**administrator** [1] - 86:15

**Admiralty** [1] - 92:9

**admiralty** [2] - 87:11, 94:18

**adopt** [1] - 82:2

**adopts** [2] - 81:15, 81:21

**advance** [4] - 11:18, 18:21, 35:3, 50:24

**advanced** [1] - 33:25

**adversaries** [1] - 97:14

**advertise** [1] - 89:16

**advise** [2] - 86:10, 93:21

**affected** [1] - 100:25

**affects** [1] - 96:15

**affirm** [1] - 70:5

**afternoon** [10] - 8:8, 45:9, 51:4, 51:11, 51:21, 51:23, 51:24, 52:6, 57:25, 73:22

**AG** [1] - 23:22

**agencies** [1] - 70:15

**agenda** [12] - 8:10, 29:13, 40:5, 66:2,

75:1, 75:6, 75:8, 82:21, 105:24, 107:10, 107:19, 113:19

**AGENDA** [1] - 7:3

**ago** [5] - 9:11, 15:23, 22:20, 39:15, 84:25

**agree** [18] - 14:10, 15:23, 23:15, 34:6, 51:19, 55:23, 56:6, 56:17, 63:13, 84:5, 85:18, 97:21, 100:14, 100:19, 100:21, 101:25, 102:7, 115:2

**agreeable** [1] - 33:12

**agreed** [6] - 15:22, 31:18, 63:24, 64:24, 75:1, 99:19

**agreement** [6] - 14:17, 15:6, 31:19, 35:4, 35:5, 65:17

**ahead** [12] - 17:1, 17:14, 30:9, 35:19, 49:24, 50:1, 53:5, 61:8, 69:7, 87:9, 107:14, 111:12

**ahold** [1] - 10:12

**aid** [1] - 72:5

**AIRBORNE** [1] - 4:12

**Airport** [1] - 90:13

**airport** [1] - 92:1

**AL** [2] - 1:25, 2:22

**ALABAMA** [1] - 2:20

**Alabama** [10] - 19:8, 23:10, 23:11, 24:12, 24:15, 41:9, 41:10, 72:20, 73:3, 79:17

**Alabama's** [2] - 19:17, 23:22

**Alan** [5] - 45:8, 73:20, 75:24, 77:10, 77:18

**ALAN** [1] - 4:3

**Alan's** [1] - 35:25

**Alaska** [1] - 21:19

**alert** [1] - 79:11

**ALEXANDER** [1] - 6:6

**Alexandria** [1] - 103:7

**ALL** [1] - 1:8

**allegations** [2] - 77:23, 77:24

**ALLEN** [2] - 5:12, 5:18

**allocate** [2] - 18:17, 18:21, 19:1

**allocated** [1] - 18:9

**allocation** [2] - 14:19, 15:6, 18:13

**allocations** [1] - 16:9

**allow** [7] - 23:16, 57:20, 72:9, 77:11,

78:25, 79:24, 88:14

**allowing** [1] - 79:1

**allows** [2] - 74:5, 79:23

**almost** [1] - 37:10

**ALSO** [1] - 5:14

**alter** [1] - 62:25

**alter-ego** [1] - 62:25

**alternative** [1] - 110:10

**alternatively** [2] - 21:24, 117:13

**ambush** [1] - 60:3

**amend** [4] - 102:18, 104:5, 104:6, 106:1

**amended** [6] - 80:9, 100:13, 102:5, 102:18, 104:19

**amending** [2] - 80:14, 99:4

**Amendment** [4] - 62:7, 117:6, 117:10, 118:6

**amendment** [3] - 98:10, 100:7, 103:1

**AMENDMENT** [1] - 7:16

**amenities** [1] - 117:16

**AMERICA** [7] - 2:16, 3:10, 3:10, 3:11, 3:12, 3:14, 3:15

**amount** [4] - 19:15, 19:16, 19:19, 20:8

**ANADARKO** [3] - 4:6, 4:7, 114:8

**Anadarko** [3] - 36:21, 54:23, 65:15

**analyze** [1] - 65:3

**AND** [3] - 3:4, 4:8, 4:20

**Anderson** [2] - 40:23, 41:8

**ANDREW** [1] - 3:16

**Andy** [33] - 15:11, 20:21, 24:20, 24:24, 25:8, 25:9, 25:12, 25:18, 26:19, 26:23, 29:14, 31:5, 32:5, 33:2, 33:24, 37:21, 38:8, 52:1, 53:10, 61:17, 64:13, 64:14, 66:19, 67:4, 84:12, 87:6, 88:16, 92:4, 104:3, 105:18, 109:6, 110:16, 115:1

**Andy's** [3] - 23:25, 32:10, 33:20

**anecdotally** [2] - 90:15, 90:19

**anecdote** [1] - 91:1

**angst** [1] - 90:18

**answer** [14] - 27:2, 49:6, 57:23, 60:8, 74:13, 75:15, 76:10, 81:16, 84:20, 85:17, 101:11, 101:17, 101:20, 102:5

**answered** [1] - 49:5

**answering** [1] - 102:6

**answers** [6] - 75:19, 75:20, 77:12, 99:1, 101:16, 101:24

**ANTHONY** [1] - 6:3

**anticipation** [2] - 59:17, 71:16

**anxiously** [1] - 75:8

**anyway** [8] - 22:24, 28:22, 44:1, 59:15, 76:16, 99:21, 112:22, 117:17

**apart** [1] - 79:15

**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1

**apples** [1] - 98:14

**apply** [9] - 15:15, 15:21, 16:16, 95:2, 96:6, 96:10, 96:12, 110:23, 110:25

**appoint** [1] - 84:5

**appointment** [1] - 25:1

**appreciate** [13] - 12:7, 21:2, 33:11, 34:17, 34:19, 90:1, 98:12, 100:11, 106:7, 114:1, 114:2, 116:2, 117:14

**apprised** [1] - 10:17

**approach** [1] - 33:25

**approached** [1] - 69:16

**appropriate** [2] - 42:22, 95:7

**appropriately** [1] - 102:25

**approval** [6] - 45:1, 86:12, 94:24, 94:25, 95:9, 100:9

**approve** [1] - 95:8

**approved** [2] - 91:13, 105:21

**April** [10] - 44:24, 46:5, 46:9, 61:16, 69:9, 69:10, 72:9, 90:22, 101:12, 101:17

**APRIL** [1] - 1:5

**Arabia** [1] - 110:8

**areas** [2] - 57:22, 81:6

**argue** [2] - 87:9, 112:23

**arguing** [1] - 91:20

**arguments** [1] - 99:14

**arisen** [1] - 71:20

**arm** [1] - 36:8

**arose** [3] - 98:19, 99:7, 99:24

**arrange** [1] - 68:22

**arrive** [1] - 40:18

**arrived** [1] - 30:7

**ascertain** [1] - 74:12

**aside** [1] - 47:15

**aspect** [1] - 66:7

**aspects** [3] - 66:4, 81:7, 82:10

**assert** [1] - 79:10

**assist** [1] - 11:23

**association** [1] - 90:14

**assume** [5] - 27:20, 40:10, 46:12, 50:2, 70:14

**assumed** [3] - 12:1, 25:5, 25:19

**assuming** [4] - 17:12, 43:9, 51:14, 99:11

**assumption** [2] - 15:19, 93:25

**assure** [2] - 21:14, 95:24

**astronaut** [1] - 33:10

**AT** [1] - 2:24

**attach** [1] - 40:19

**attached** [1] - 40:21

**attempting** [1] - 95:8

**attend** [1] - 32:17

**attending** [1] - 34:12

**attention** [6] - 14:13, 17:2, 22:20, 74:1, 94:5, 94:6

**Attorney** [6] - 71:1, 71:9, 71:21, 72:3, 73:4, 78:22

**ATTORNEY** [1] - 2:20

**Attorneys** [1] - 71:17

**ATTORNEYS** [2] - 2:15, 2:24

**attorneys** [7] - 34:14, 47:14, 62:18, 69:8, 69:9, 71:18, 72:16

**attractive** [1] - 77:9

**August** [1] - 113:16

**auspices** [1] - 96:7

**authorized** [1] - 91:5

**automatically** [1] - 103:2

**availability** [3] - 46:5, 46:8, 91:12

**available** [9] - 23:3, 24:3, 24:5, 24:18, 25:16, 51:4, 69:10, 86:16, 94:2
**avenue** [1] - 72:17
**AVENUE** [6] - 1:21, 2:9, 2:21, 4:22, 5:4, 5:9
**awaiting** [1] - 75:9
**aware** [13] - 14:11, 14:18, 22:19, 39:2, 41:24, 57:5, 57:24, 85:23, 92:22, 93:18, 93:19, 94:17
**awareness** [1] - 94:19

## B

**B406** [1] - 6:10
**backdrop** [2] - 90:10, 90:11
**background** [4] - 11:5, 78:15, 88:9, 99:22
**bad** [2] - 117:1, 117:23
**banded** [1] - 33:16
**bankruptcy** [1] - 96:12
**Barbier** [12] - 9:10, 10:5, 11:15, 12:25, 70:11, 79:23, 88:5, 88:7, 95:4, 111:10, 112:10, 112:21
**Barbier's** [1] - 87:7
**barrel** [1] - 34:24
**BARROW** [1] - 5:11
**baseball** [1] - 26:2
**based** [7] - 53:3, 59:16, 65:16, 70:20, 82:11, 105:5, 110:22
**basic** [1] - 95:12
**basis** [10] - 32:25, 33:5, 33:25, 34:23, 34:24, 37:6, 62:19, 77:25, 84:18, 97:4
**BATTERY** [1] - 2:4
**battle** [1] - 53:21
**become** [1] - 81:21
**becomes** [2] - 74:11, 74:15
**bedroom** [1] - 54:21
**BEFORE** [1] - 1:11
**began** [2] - 30:19, 31:8
**begin** [1] - 37:2
**beginning** [3] - 15:17, 30:20, 71:23
**behalf** [5] - 19:17, 23:24, 73:18, 78:16, 116:4

**behind** [1] - 15:10
**belabor** [1] - 43:5
**belong** [3] - 63:25, 64:1, 100:13
**belongs** [1] - 64:1
**BEN** [1] - 4:13
**bench** [2] - 87:5
**benefit** [4] - 78:25, 82:14, 82:15, 102:4
**Bernard** [2] - 70:16, 71:12
**BERNSTEIN** [1] - 2:3
**Bertaut** [2] - 80:3, 84:23
**BERTAUT** [12] - 3:20, 80:3, 81:18, 81:23, 82:4, 82:7, 84:23, 85:4, 85:22, 103:23, 104:13, 104:16
**best** [11] - 20:1, 22:11, 28:3, 28:8, 32:4, 39:3, 48:18, 82:1, 95:21, 116:23, 119:8
**bets** [1] - 15:24
**better** [9] - 12:8, 60:4, 67:7, 71:5, 77:1, 79:3, 95:18, 104:14, 112:15
**between** [6] - 8:25, 18:15, 43:14, 55:25, 57:15, 96:19
**beyond** [4] - 14:2, 36:2, 46:20, 47:24, 55:14, 92:13, 106:13
**bid** [1] - 83:22
**big** [7] - 9:18, 13:9, 41:14, 47:4, 53:25, 77:17, 117:11
**bigger** [1] - 75:22
**binders** [1] - 26:4
**BINGHAM** [1] - 4:8
**bipartisanship** [1] - 8:25
**birds** [1] - 49:18
**bit** [12] - 16:4, 17:1, 24:8, 37:23, 61:19, 70:25, 72:17, 76:24, 77:1, 79:3, 79:22, 91:4
**blindsided** [1] - 38:24
**bliss** [1] - 10:10
**block** [3] - 117:10, 117:11, 118:6
**Bly** [11] - 15:7, 15:14, 15:18, 18:8, 30:24, 31:19, 31:22, 31:24, 32:4, 38:10, 38:18
**Bly's** [7] - 14:13, 16:6, 30:1, 31:15, 31:18, 33:3, 51:5

**board** [2] - 47:7, 59:9
**Bobo** [6] - 14:10, 16:21, 43:2, 45:3, 47:7, 51:13
**Bobo's** [1] - 17:19
**BOP** [1] - 11:12
**bottom** [3] - 44:11, 89:17, 105:15
**bought** [1] - 15:20
**BOUNDS** [1] - 1:23
**box** [1] - 26:11
**BOX** [1] - 1:17, 2:13, 2:17
**boy** [1] - 38:7
**BP** [35] - 3:10, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 14:24, 15:11, 17:3, 20:21, 21:13, 25:10, 26:13, 31:10, 31:13, 37:2, 37:14, 37:21, 49:20, 55:18, 57:1, 57:2, 61:17, 65:22, 84:15, 87:6, 87:23, 90:6, 91:8, 91:10, 105:8, 110:6, 110:17
**BP's** [3] - 38:25, 89:19, 110:12
**BRANCH** [2] - 2:8, 2:12
**bread** [1] - 82:1
**break** [3] - 81:8, 81:10, 82:6
**Brent** [1] - 70:4
**bridge** [1] - 8:25
**brief** [4] - 81:11, 87:7, 103:4, 116:8
**briefed** [2] - 88:2
**briefing** [2] - 76:14, 99:20
**briefly** [2] - 25:24, 89:12
**bring** [13] - 14:5, 14:12, 15:22, 15:23, 17:25, 21:6, 34:14, 46:7, 74:1, 77:21, 86:18, 94:5, 106:1
**bringing** [3] - 12:5, 65:12, 110:9
**broke** [1] - 52:8
**brought** [11] - 17:1, 20:11, 31:19, 32:6, 60:2, 75:24, 77:6, 86:19, 102:4, 105:18, 116:5
**build** [1] - 55:3
**building** [1] - 22:21
**bump** [1] - 9:21
**bumps** [1] - 9:19
**bunch** [2] - 87:20,

100:25
**Bundle** [7] - 63:19, 63:20, 74:19, 76:1, 76:5, 76:6, 76:8
**bundle** [3] - 99:5, 105:14, 114:24
**Bundles** [2] - 114:14, 114:15
**bundles** [5] - 98:25, 103:15, 103:19, 105:14, 114:23
**burden** [3] - 75:16, 75:20, 77:23
**burn** [3] - 21:22, 33:7, 35:24
**burning** [2] - 21:17, 27:5
**business** [6] - 43:15, 43:16, 45:1, 49:8, 66:10, 67:9
**but..** [2] - 61:22, 87:3
**BY** [24] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:8, 2:17, 2:21, 3:6, 3:16, 3:20, 3:24, 4:3, 4:9, 4:13, 4:21, 5:3, 5:8, 5:11, 5:14, 5:17, 5:21, 6:12, 6:12
**BYRNES** [1] - 5:3

## C

**CA** [2] - 2:5, 2:10
**cab** [2] - 67:18, 68:5
**Cabraser** [4] - 82:17, 87:25, 91:18, 93:10
**CABRASER** [5] - 2:3, 2:3, 93:9
**cake** [1] - 34:9
**calculate** [1] - 14:22
**calculation** [1] - 18:7
**calendar** [3] - 51:18, 54:19, 67:11, 116:18
**calendars** [2] - 46:8, 54:5, 54:12
**CALLED** [1] - 8:4
**Cameron** [8] - 48:7, 56:16, 56:19, 65:8, 65:12, 80:3, 84:24, 85:15
**CAMERON** [1] - 3:19
**CANGELOSI** [1] - 6:7
**capabilities** [2] - 85:10, 112:19
**capacity** [2] - 11:23, 53:2
**caps** [1] - 97:9
**care** [6] - 49:15, 77:13, 81:17, 82:3, 84:18,

101:13
**Carmelite** [8] - 80:2, 80:3, 81:13, 83:14, 84:21, 84:23, 103:5, 104:12
**CARMELITE** [1] - 3:20
**CARONDELET** [2] - 3:21, 5:15
**carved** [1] - 68:16
**cascading** [1] - 100:8
**CASE** [1] - 7:20
**case** [11] - 9:1, 32:24, 33:5, 57:10, 97:16, 98:18, 103:5, 108:6, 114:12
**case-by-case** [2] - 32:24, 33:5
**cases** [3] - 60:10, 72:11, 98:17
**catch** [2] - 21:10, 68:5
**categories** [2] - 74:8, 104:14
**Cathy** [2] - 119:3, 119:14
**CATHY** [1] - 6:9
**causes** [1] - 72:11
**cautionary** [1] - 59:21
**caveat** [1] - 16:20
**caveats** [2] - 17:4, 58:15
**CCR** [2] - 6:9, 119:14
**cell** [1] - 67:17
**Center** [1] - 96:9
**CENTER** [3] - 2:4, 4:13, 5:18
**CENTRE** [1] - 3:6
**certain** [2] - 54:25, 75:12
**certainly** [9] - 57:25, 58:24, 69:17, 79:8, 85:12, 85:14, 93:7, 115:23, 116:4
**certificate** [6] - 29:21, 29:24, 30:5, 30:10, 30:12
**CERTIFICATE** [1] - 119:1
**certification** [7] - 38:15, 38:19, 38:20, 88:12, 88:13, 97:17
**Certified** [2] - 119:3, 119:4
**certified** [1] - 48:17
**CERTIFIED** [1] - 6:9
**certify** [2] - 31:1, 119:7
**certifying** [1] - 29:22
**CHAMBERS** [1] - 5:11
**chance** [1] - 51:24
**change** [3] - 9:16,

95:8, 102:20
**changed** [1] - 105:7
**changes** [1] - 107:20
**changing** [1] - 48:10
**chaos** [1] - 99:16
**charge** [1] - 83:20
**CHARLES** [2] - 5:8, 5:9
**charterers** [1] - 105:2
**check** [3] - 9:15, 38:24, 109:5
**cheek** [1] - 22:16
**chew** [1] - 58:22
**CHICAGO** [1] - 3:17
**choice** [3] - 21:21, 22:1, 22:5
**choose** [1] - 79:2
**chooses** [1] - 37:13
**chosen** [1] - 37:14
**CHRISTINE** [1] - 5:25
**Christmas** [1] - 113:14
**CHRISTOPHER** [1] - 6:4
**circulate** [4] - 50:14, 56:2, 56:8, 56:25
**circulated** [1] - 58:22
**City** [1] - 74:18
**city** [2] - 53:19, 54:9
**CIVIL** [3] - 1:6, 2:8, 2:12
**civil** [2] - 71:9, 79:18
**Civil** [1] - 83:4
**claim** [9] - 56:18, 56:25, 62:25, 74:6, 89:19, 94:12, 96:12, 101:24, 114:12
**claimants** [2] - 55:10, 92:21
**claims** [22] - 55:2, 69:2, 71:24, 72:23, 73:8, 79:10, 79:15, 79:16, 79:18, 79:20, 82:22, 86:15, 86:17, 90:18, 96:11, 101:16, 104:17, 104:22, 104:23, 105:8, 105:9, 114:22
**clarification** [2] - 49:1, 111:24
**clarity** [3] - 74:21, 102:10, 114:15
**class** [16] - 17:12, 87:22, 88:5, 88:8, 88:9, 93:12, 93:13, 94:11, 95:2, 95:3, 96:1, 96:5, 96:10, 96:11
**classes** [1] - 104:13
**clean** [1] - 76:20
**cleaning** [1] - 108:8

**cleanup** [1] - 72:2
**clear** [11] - 15:18, 16:16, 74:9, 88:17, 90:9, 94:2, 96:4, 96:13, 104:25, 106:17, 112:21
**clearly** [1] - 93:14
**clerk** [2] - 85:5, 101:23
**CLERK** [3] - 8:7, 108:5, 118:12
**Clerk's** [1] - 82:24
**client** [3] - 11:22, 24:23, 99:13
**clients** [1] - 9:24
**close** [4] - 45:1, 49:8, 66:10, 67:8
**closer** [1] - 79:21
**Club's** [1] - 107:4
**CLUB'S** [1] - 7:18
**Coast** [2] - 67:23, 67:24
**Coastal** [1] - 71:17
**coconut** [1] - 91:19
**codefendant** [1] - 57:11
**colleagues** [1] - 17:16
**comfortably** [1] - 113:2
**coming** [8] - 24:10, 49:2, 52:20, 63:2, 63:8, 64:16, 78:24, 97:18
**comment** [6] - 20:20, 41:16, 50:22, 84:21, 110:16, 116:16
**comments** [3] - 82:12, 86:25, 100:16
**commitment** [1] - 35:22
**committed** [1] - 42:17
**Committee** [5] - 27:6, 36:17, 72:15, 85:19, 86:13
**common** [2] - 76:17, 76:18
**communicated** [1] - 70:22
**communication** [2] - 91:17, 96:5
**company** [1] - 65:5
**COMPANY** [3] - 3:11, 4:7
**Compel** [1] - 67:19
**complaining** [1] - 28:6
**complaint** [33] - 70:12, 73:25, 74:3, 74:7, 74:8, 74:9, 74:10, 74:13, 74:22, 74:24, 75:13, 75:17, 76:8, 76:10, 76:14, 76:23,

77:22, 78:3, 78:10, 80:5, 80:6, 80:13, 80:16, 81:22, 82:2, 87:23, 100:20, 102:6, 103:15, 103:18, 103:19, 105:5, 114:12
**COMPLAINT.** [1] - 7:13
**complaints** [22] - 22:9, 34:7, 74:4, 74:9, 74:23, 75:4, 75:13, 76:1, 76:5, 77:11, 77:16, 77:18, 77:19, 78:7, 78:8, 80:8, 80:9, 80:11, 80:18, 102:17, 103:1, 114:22
**complete** [7] - 15:7, 17:22, 18:7, 18:11, 23:4, 32:2, 52:16
**completely** [2] - 69:25, 73:13
**completeness** [1] - 29:22
**compliance** [1] - 92:12
**complied** [3] - 13:20, 40:3, 92:8
**comply** [2] - 33:10, 92:13
**compress** [1] - 113:10
**compromises** [1] - 12:19
**COMPUTER** [1] - 6:12
**computer** [1] - 31:2
**concept** [1] - 91:3
**conceptually** [3] - 73:24, 77:17, 78:5
**concern** [5] - 24:10, 55:11, 55:14, 98:12, 102:9
**concerned** [1] - 55:17
**concerns** [2] - 23:25, 95:19
**concluded** [1] - 118:21
**concurrently** [1] - 116:6
**condensing** [1] - 112:9
**condolences** [1] - 104:21
**conducting** [1] - 13:1
**conference** [3] - 48:4, 54:22, 115:17
**CONFERENCE** [1] - 1:11
**conferred** [2] - 17:20, 49:2

**confidentiality** [4] - 23:2, 25:15, 35:4, 35:5
**confirmation** [1] - 115:16
**confused** [1] - 104:9
**confusing** [1] - 96:2
**confusion** [2] - 104:25, 105:21
**connection** [1] - 91:16
**consent** [1] - 19:2
**consider** [3] - 48:2, 113:18, 116:7
**consideration** [2] - 57:25, 89:25
**consistent** [2] - 76:2, 76:16
**consolidated** [2] - 115:15, 115:18
**constantly** [1] - 107:25
**constituents** [1] - 93:4
**constraints** [2] - 46:17, 112:18
**constructive** [1] - 95:22
**consult** [1] - 90:8
**consultations** [1] - 91:16
**consuming** [1] - 112:18
**contact** [3] - 68:22, 69:7, 116:11
**contacted** [1] - 69:19
**contacting** [1] - 68:18
**content** [1] - 35:7
**contention** [1] - 94:21
**context** [3] - 71:15, 71:20, 72:3
**continue** [3] - 32:15, 73:15, 118:2
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continues** [1] - 97:16
**contractor** [1] - 26:3
**contractor's** [1] - 35:21
**control** [2] - 46:4, 79:3
**convenient** [1] - 15:7
**Convention** [1] - 112:6
**convinced** [1] - 18:22
**Coon** [1] - 70:4
**cooperate** [1] - 69:17
**cooperation** [4] - 13:2, 18:10, 34:20, 98:23
**cooperative** [1] - 12:16
**coordinate** [2] - 33:24,

68:23
**coordinated** [1] - 20:1
**coordinates** [1] - 25:3
**coordinating** [8] - 19:9, 19:18, 23:14, 23:23, 25:11, 70:25, 73:3, 73:4
**coordinator** [2] - 26:1
**copies** [1] - 34:13
**copy** [1] - 40:19
**Corey** [6] - 19:8, 23:9, 25:7, 35:25, 48:25, 72:20
**COREY** [1] - 2:21
**corporate** [2] - 49:21
**CORPORATION** [4] - 3:12, 3:19, 4:6, 4:7
**correct** [12] - 18:1, 29:17, 62:15, 62:23, 68:19, 79:7, 87:13, 95:7, 97:7, 97:20, 115:2, 119:7
**corrected** [2] - 13:8, 14:2
**corresponded** [1] - 15:16
**corrupted** [2] - 22:23, 30:8
**Corser** [1] - 52:8
**cost** [1] - 72:13
**costs** [2] - 72:13, 95:15
**COTLAR** [1] - 1:20
**counsel** [38] - 15:16, 18:17, 19:1, 19:9, 19:18, 21:5, 23:14, 23:23, 34:10, 34:11, 66:21, 68:19, 68:22, 69:1, 69:3, 69:13, 69:16, 69:18, 70:22, 70:23, 71:1, 72:24, 73:4, 79:2, 83:11, 83:20, 92:21, 96:14, 98:1, 107:23, 110:13, 114:10, 116:10
**COUNSEL** [1] - 1:16
**count** [1] - 64:7
**counting** [1] - 43:20
**country** [1] - 47:4
**couple** [13] - 28:23, 37:20, 48:2, 48:8, 86:8, 86:24, 87:9, 90:15, 95:21, 104:4, 104:23, 108:9, 108:11
**couriers** [1] - 22:7
**course** [5] - 21:13, 23:7, 24:22, 90:17, 95:20

**court** [8] - 52:24, 53:5,
87:23, 91:5, 91:13,
92:17, 103:7, 112:19
**COURT** [273] - 1:1,
6:9, 8:4, 8:8, 8:12,
8:19, 8:22, 9:5, 9:18,
10:8, 10:15, 10:22,
10:25, 11:3, 11:8,
12:4, 12:8, 12:14,
13:4, 13:10, 13:17,
13:24, 14:4, 14:6,
15:10, 18:2, 18:15,
19:4, 19:6, 22:15,
23:6, 23:8, 24:20,
25:5, 25:9, 25:20,
25:23, 26:7, 26:21,
27:4, 27:16, 28:1,
28:7, 28:10, 28:13,
28:25, 29:13, 30:14,
32:3, 32:22, 33:1,
33:15, 33:20, 34:18,
34:22, 35:4, 35:8,
35:12, 35:16, 35:19,
36:5, 36:15, 36:19,
37:19, 38:8, 38:14,
38:18, 38:22, 39:6,
39:9, 39:13, 39:19,
39:24, 40:5, 40:17,
41:7, 41:14, 41:17,
41:19, 41:24, 42:8,
42:19, 43:11, 43:19,
43:22, 43:25, 44:2,
44:16, 44:21, 45:11,
45:24, 46:16, 46:20,
46:23, 47:5, 47:8,
47:18, 47:22, 48:16,
48:24, 49:6, 49:11,
49:24, 50:12, 50:17,
50:19, 51:5, 51:16,
51:18, 52:1, 52:4,
53:4, 53:8, 53:15,
53:25, 54:3, 54:10,
54:12, 54:18, 55:5,
55:20, 55:23, 56:3,
56:10, 56:21, 56:24,
57:6, 57:12, 57:18,
58:1, 58:9, 58:13,
58:20, 59:1, 59:6,
59:11, 59:21, 60:11,
60:15, 60:19, 61:1,
61:14, 61:23, 62:21,
63:1, 63:7, 63:12,
63:16, 64:2, 64:7,
64:10, 64:16, 65:10,
66:9, 66:13, 66:15,
66:24, 67:4, 67:11,
67:14, 68:1, 68:4,
68:18, 68:21, 69:4,
69:6, 69:14, 69:20,
70:7, 70:9, 70:14,
72:19, 73:19, 75:6,

75:10, 76:21, 77:10,
78:11, 78:18, 80:1,
80:24, 81:8, 81:13,
81:20, 81:24, 82:5,
82:8, 84:12, 84:20,
85:3, 85:18, 86:1,
86:4, 86:23, 87:13,
88:16, 88:24, 89:3,
89:7, 90:1, 91:21,
92:6, 92:15, 92:23,
93:1, 93:5, 96:16,
97:10, 97:23, 98:3,
98:7, 98:16, 98:21,
99:6, 100:1, 100:4,
100:11, 100:17,
100:19, 101:10,
101:19, 101:25,
102:7, 103:6, 103:8,
103:11, 103:13,
103:21, 104:12,
104:20, 105:23,
106:6, 106:9,
106:13, 106:17,
106:22, 107:1,
107:8, 108:6, 109:1,
109:9, 109:15,
110:3, 110:15,
110:18, 110:20,
110:25, 111:4,
111:7, 111:12,
111:18, 111:21,
112:2, 113:4,
113:18, 113:25,
114:2, 114:18,
114:20, 115:7,
115:13, 115:16,
115:25, 116:2,
116:16, 116:25,
117:9, 117:17,
117:20, 118:5,
118:9, 118:13,
118:15
**Court** [49] - 9:16,
12:24, 15:3, 15:4,
16:23, 22:6, 29:9,
29:11, 30:25, 31:5,
32:14, 32:17, 35:5,
39:1, 57:5, 59:8,
71:5, 76:12, 77:14,
79:2, 79:12, 82:13,
82:23, 84:4, 84:9,
85:1, 86:10, 86:12,
86:19, 87:16, 94:6,
94:22, 94:24, 94:25,
95:9, 95:14, 95:16,
96:3, 96:7, 97:3,
104:11, 105:16,
116:6, 119:4, 119:5,
119:6, 119:15,
119:16
**Court's** [9] - 14:13,

24:13, 74:1, 75:1,
82:14, 93:16, 94:1,
95:12, 100:9
**court-ordered** [1] -
91:13
**Court-ordered** [1] -
35:5
**courtesy** [2] - 13:2,
31:9
**courts** [1] - 95:1
**cover** [7] - 17:17, 47:8,
50:11, 55:25, 62:10,
68:9, 118:9
**covered** [7] - 58:15,
76:3, 80:9, 110:3,
114:6, 118:12,
118:13
**covers** [1] - 98:8
**COVINGTON** [1] -
2:25
**crack** [1] - 56:8
**cream** [1] - 38:6
**create** [4] - 31:3, 35:6,
84:6, 105:21
**created** [1] - 99:16
**creates** [2] - 14:16,
14:18
**creating** [1] - 23:22
**criminal** [1] - 79:18
**critical** [1] - 9:25
**CROMWELL** [1] - 5:3
**Cross** [1] - 114:22
**cross** [6] - 55:2,
55:10, 56:18, 56:25,
65:2, 114:12
**CRR** [2] - 6:9, 119:14
**cuff** [1] - 105:18
**CUNNINGHAM** [15] -
1:23, 1:24, 12:13,
12:15, 13:6, 13:14,
13:23, 14:1, 16:8,
41:16, 41:20, 41:25,
42:9, 51:23, 54:16
**Cunningham** [11] -
12:15, 19:24, 41:20,
44:4, 44:20, 49:4,
61:7, 61:9, 108:12,
110:4, 111:22
**cured** [1] - 29:7
**cures** [1] - 90:4
**current** [3] - 31:18,
43:1, 83:8
**custodial** [2] - 38:21,
65:3
**custodian** [1] - 66:6
**custodians** [2] - 65:6
**cut** [1] - 87:3

# D

**D.C** [1] - 2:18
**DALLAS** [2] - 3:25,
5:18
**damage** [1] - 79:20
**Dan** [5] - 14:8, 30:15,
30:16, 32:25, 61:4
**DANIEL** [1] - 5:23
**Danny** [1] - 18:6
**Dart** [3] - 18:5, 34:2,
50:7
**dart** [4] - 19:13, 19:14,
19:19, 73:17
**DART** [12] - 2:24, 18:4,
18:16, 34:2, 34:19,
35:10, 35:15, 36:6,
36:10, 36:20, 50:7,
50:16
**data** [1] - 11:16
**database** [9] - 28:2,
32:20, 33:16, 82:22,
84:6, 84:8, 85:16,
86:15
**date** [24] - 19:10, 20:5,
21:1, 59:25, 69:10,
72:2, 72:9, 73:22,
76:5, 76:11, 77:12,
87:12, 87:20, 88:22,
90:19, 93:23,
101:12, 101:19,
108:15, 109:1,
109:2, 109:11,
112:5, 112:21
**dates** [7] - 59:16,
59:19, 68:23, 69:9,
69:10, 107:13,
117:21
**DAUPHIN** [1] - 1:24
**days** [24] - 12:18,
14:15, 16:10, 16:17,
16:19, 17:23, 18:11,
19:23, 28:20, 29:22,
30:18, 37:6, 43:6,
43:8, 43:13, 43:14,
43:15, 43:16, 43:20,
45:7, 74:13, 99:11,
101:22, 106:25
**DC** [2] - 2:13, 4:10
**deadline** [13] - 30:12,
56:13, 60:1, 75:3,
93:23, 94:9, 95:6,
98:10, 98:25, 101:8,
101:17, 107:16,
109:25
**DEADLINE** [1] - 7:16
**deadlines** [4] - 39:2,
92:20, 92:21, 114:12
**deal** [13] - 10:17, 16:6,

21:11, 22:21, 38:12,
61:13, 65:24, 76:17,
80:21, 88:5, 88:8,
99:17, 101:7
**dealer** [1] - 104:23
**dealing** [4] - 59:19,
77:2, 77:15, 108:18
**dealt** [1] - 109:14
**December** [2] -
112:15, 113:12
**decide** [5] - 24:19,
45:10, 47:24, 52:21,
111:16
**decided** [3] - 19:18,
44:7, 116:17
**decision** [4] - 16:24,
20:4, 75:9, 96:14
**decisions** [1] - 66:3
**deemed** [2] - 80:12,
103:2
**deeming** [2] - 102:13,
102:22
**deep** [1] - 64:12
**DEEPWATER** [3] -
1:4, 3:4, 3:5
**default** [1] - 106:20
**defendant** [7] - 27:22,
44:7, 57:21, 60:7,
101:2, 106:21
**defendants** [48] - 9:1,
14:24, 20:17, 24:14,
25:11, 27:20, 27:25,
31:23, 32:1, 32:14,
37:1, 37:15, 45:20,
46:14, 49:25, 54:25,
56:4, 57:1, 59:2,
59:7, 59:9, 59:18,
61:11, 64:22, 70:5,
75:16, 75:21, 76:12,
77:23, 78:9, 80:20,
83:14, 83:16, 84:17,
86:13, 86:16, 87:1,
90:6, 95:17, 95:22,
97:2, 97:5, 105:7,
110:1, 111:1,
114:22, 114:23,
114:24
**defendants'** [5] -
36:23, 74:12, 80:7,
82:15, 102:4
**defense** [3] - 15:16,
55:6, 84:10
**defenses** [1] - 97:24
**defer** [3] - 60:25, 87:5,
107:7
**defined** [2] - 56:1,
105:4
**definitely** [1] - 55:1
**definition** [1] - 105:7
**delay** [1] - 29:19

6

**delayed** [1] - 30:4
**delays** [1] - 30:3
**DELEMARRE** [1] - 6:3
**deliberate** [1] - 65:25
**deliver** [3] - 29:20, 29:21, 30:11
**demonstration** [1] - 17:17
**DENISE** [1] - 5:21
**DENNIS** [1] - 5:11
**dep** [1] - 27:7
**DEPARTMENT** [3] - 2:7, 2:11, 2:16
**Department** [2] - 16:11, 21:19
**deponent** [1] - 38:21
**deponents** [2] - 40:10, 109:18
**DEPONENTS............ ........** [1] - 7:6
**depos** [1] - 42:24
**depose** [4] - 31:22, 31:23, 108:23, 109:25
**deposed** [3] - 32:5, 60:13, 61:12
**deposing** [1] - 51:8
**deposition** [23] - 14:14, 15:8, 18:11, 26:4, 31:11, 31:12, 31:15, 31:19, 33:3, 34:15, 37:7, 39:22, 40:23, 47:25, 51:6, 52:7, 53:2, 56:12, 58:2, 60:23, 62:6, 97:6, 108:19
**depositions** [36] - 12:9, 12:17, 19:12, 20:23, 30:20, 30:23, 31:7, 34:13, 34:15, 40:14, 40:15, 41:6, 42:6, 42:11, 42:13, 42:23, 42:25, 43:6, 43:9, 45:7, 47:2, 47:23, 48:13, 52:23, 53:23, 55:13, 57:17, 58:17, 61:20, 69:11, 98:5, 107:24, 113:13, 116:21, 118:2, 118:3
**depository** [1] - 37:25
**DEPUTY** [1] - 8:7
**descriptions** [1] - 104:5
**designate** [2] - 50:1, 57:13
**designated** [8] - 48:14, 49:16, 54:6, 57:2, 57:22, 58:4, 60:21, 62:6

**designee** [1] - 19:9
**desire** [2] - 79:10, 79:25
**detail** [1] - 50:1
**detailed** [1] - 94:3
**details** [1] - 93:24
**develop** [1] - 48:13
**developed** [1] - 95:1
**devoted** [1] - 21:15
**dialogue** [1] - 66:12
**difference** [2] - 26:5, 55:25
**different** [18] - 10:13, 10:16, 21:18, 38:5, 38:21, 42:2, 61:20, 73:16, 77:1, 79:9, 82:10, 97:8, 104:8, 105:13, 108:20, 109:19, 109:20, 114:17
**differently** [2] - 13:8, 74:3
**difficult** [1] - 34:5, 69:19, 74:12
**difficulties** [2] - 87:2, 88:18
**difficulty** [1] - 52:23
**direct** [2] - 77:4, 93:17
**directed** [1] - 60:7
**disabused** [1] - 90:25
**disagree** [2] - 100:21, 114:25
**disagreement** [2] - 66:7, 66:16
**disc** [9] - 26:2, 26:6, 26:15, 27:10, 29:10, 29:20, 33:6, 33:7, 36:12
**disconnect** [1] - 85:7
**discovered** [1] - 26:10
**discovery** [22] - 23:21, 23:24, 24:15, 28:23, 42:12, 47:16, 47:19, 62:11, 63:2, 63:24, 64:4, 73:6, 96:19, 96:20, 96:21, 97:25, 98:13, 98:15, 112:11, 113:8, 115:15, 115:20
**DISCOVERY** [3] - 1:11, 7:8, 7:15
**discrete** [3] - 56:11, 62:24, 63:9
**discretion** [2] - 87:16, 89:1
**discs** [7] - 21:17, 29:19, 30:7, 31:4, 35:24, 36:1, 37:7
**discuss** [4] - 66:18, 70:11, 108:7, 110:11

**discussed** [2] - 96:21, 97:1
**discussing** [1] - 107:4
**discussion** [3] - 11:15, 13:17, 90:17
**discussions** [5] - 71:21, 72:15, 86:6, 91:25, 97:14
**dismiss** [6] - 63:24, 76:7, 99:1, 99:14, 99:15, 99:21
**dismissed** [1] - 63:22
**dispute** [2] - 66:11, 66:16
**disputes** [2] - 13:15, 94:21
**disrespect** [1] - 115:4
**disruptive** [1] - 34:3
**disseminate** [1] - 91:6
**disseminated** [1] - 91:8
**disseminating** [1] - 91:5
**distinction** [1] - 80:4
**district** [1] - 77:5
**District** [4] - 71:9, 119:6, 119:16
**DISTRICT** [2] - 1:1, 1:1
**disturb** [1] - 63:10
**divide** [1] - 81:5
**DIVISION** [2] - 2:8, 2:12
**doc** [5] - 83:3, 84:1, 85:3, 102:12, 104:6
**docket** [3] - 79:3, 79:24, 85:1
**docs** [1] - 23:5
**document** [9] - 17:2, 17:8, 21:8, 21:11, 23:4, 57:7, 85:11, 101:8, 102:23
**DOCUMENT** [1] - 1:8
**documentation** [1] - 81:18
**documents** [50] - 17:3, 17:4, 20:11, 20:14, 21:5, 21:10, 21:16, 22:2, 22:10, 22:22, 23:13, 23:18, 23:23, 23:24, 24:3, 24:17, 25:14, 25:15, 26:9, 27:19, 29:25, 30:1, 30:3, 30:5, 30:18, 30:20, 30:22, 31:7, 31:8, 31:10, 31:14, 33:4, 34:6, 34:12, 34:13, 34:17, 34:25, 36:12, 37:10, 37:11, 39:11, 53:12, 57:7, 58:17, 67:21,

67:22, 85:9, 102:23
**Dodge** [1] - 117:8
**dog** [1] - 115:8
**DOMENGEAUX** [1] - 1:16
**Don** [12] - 41:1, 48:19, 49:8, 50:19, 50:20, 51:5, 106:24, 111:2, 111:5, 111:12, 113:6, 117:24
**DONALD** [1] - 3:24
**done** [36] - 8:13, 13:23, 25:2, 27:9, 29:12, 32:8, 32:11, 33:1, 33:21, 36:4, 42:15, 43:6, 43:8, 43:18, 46:19, 47:19, 49:13, 51:25, 52:17, 55:7, 57:12, 59:22, 59:24, 61:10, 76:16, 94:20, 97:18, 107:23, 109:4, 112:14, 113:1, 113:2, 113:8, 113:13
**dose** [1] - 21:6
**double** [1] - 42:15
**doubt** [2] - 102:17, 110:11
**dovetail** [1] - 86:6
**dovetailed** [1] - 86:20
**dovetails** [2] - 75:23, 84:3
**down** [12] - 8:9, 10:5, 34:9, 41:10, 42:6, 42:10, 59:23, 63:2, 63:8, 64:11, 93:6
**download** [2] - 24:7, 85:21
**dozens** [4] - 78:16, 78:20, 79:4
**DRAFT** [1] - 7:14
**draft** [5] - 50:14, 56:2, 58:24, 59:1, 81:2
**drafted** [1] - 74:2
**DRIL** [1] - 5:11
**DRIL-QUIP** [1] - 5:11
**DRILLING** [1] - 3:4
**drive** [7] - 21:22, 28:17, 30:3, 36:11, 37:16, 38:4, 38:7
**drives** [7] - 21:17, 27:6, 31:4, 37:3, 37:4, 39:19, 39:20
**DSC** [1] - 45:4
**due** [5] - 17:13, 29:22, 30:10, 77:12, 114:13
**dummy** [2] - 83:4, 85:2
**dumps** [1] - 17:9
**during** [3] - 34:15,

82:6, 117:22

## E

**E&P** [1] - 4:7
**e-mail** [9] - 10:16, 15:12, 16:13, 26:10, 31:17, 92:18, 92:19, 98:11, 106:19
**e-mails** [3] - 31:16, 82:12
**early** [5] - 10:15, 52:13, 53:19, 53:22, 112:22
**earth** [1] - 22:8
**easier** [3] - 56:3, 72:17, 77:7
**easily** [1] - 42:15
**EASTERN** [1] - 1:1
**Eastern** [1] - 119:6
**easy** [1] - 22:14
**ECF** [3] - 83:11, 83:21, 84:1
**EDWARDS** [1] - 1:16
**effect** [2] - 93:15, 100:8
**effort** [5] - 12:16, 17:18, 32:4, 42:5, 48:18
**ego** [1] - 62:25
**eight** [2] - 14:22, 14:25
**either** [8] - 57:17, 58:2, 70:22, 84:2, 89:14, 100:5, 114:4, 117:20
**elected** [1] - 79:9
**electronic** [2] - 22:22, 23:3
**Elizabeth** [2] - 93:8, 93:10
**ELIZABETH** [2] - 2:3, 5:24
**ELLIS** [1] - 3:15
**Ellison's** [1] - 87:15
**ELM** [1] - 3:25
**EMBARCADERO** [1] - 2:4
**embarrassed** [1] - 114:19
**emergency** [3] - 34:23, 34:24, 103:17
**EMPLOYEE** [1] - 7:11
**employees** [3] - 68:8, 68:14, 68:25
**encompass** [1] - 60:16
**end** [7] - 9:12, 40:8, 40:24, 41:22, 61:19,

101:2, 113:16
**endeavor** [2] - 59:4, 110:6
**ended** [1] - 77:16
**endorse** [1] - 95:7
**ENERGY** [2] - 3:6, 3:23
**enforcement** [2] - 79:18, 79:19
**ENFORCEMENT** [1] - 2:16
**England** [1] - 110:8
**enlarge** [1] - 59:24
**entertain** [1] - 32:24
**entire** [2] - 42:7, 90:21
**entirely** [1] - 97:8
**entirety** [1] - 108:3
**entities** [6] - 70:19, 71:14, 71:22, 76:22, 80:25, 81:25
**entitle** [1] - 14:21
**entitled** [1] - 119:9
**ENTITY** [1] - 7:13
**entity** [6] - 64:1, 70:12, 74:6, 74:19, 76:11, 97:8
**ENVIRONMENTAL** [1] - 2:16
**equal** [1] - 19:11
**equation** [1] - 27:18
**equipment** [1] - 9:25
**error** [1] - 18:7
**escape** [1] - 17:6
**ESI** [5] - 29:3, 58:16, 64:17, 112:1, 112:2
**ESI..........................** ........ [1] - 7:10
**especially** [2] - 38:9, 57:19
**ESQUIRE** [36] - 1:17, 1:20, 1:24, 2:3, 2:8, 2:12, 2:17, 2:21, 3:6, 3:16, 3:20, 3:20, 3:24, 3:24, 4:3, 4:9, 4:13, 4:21, 5:3, 5:4, 5:8, 5:11, 5:14, 5:17, 5:21, 5:23, 5:24, 5:24, 5:25, 6:3, 6:3, 6:4, 6:4, 6:6, 6:6, 6:7
**essential** [1] - 95:10
**essentially** [2] - 83:4, 84:7
**etcetera** [5] - 24:6, 38:3, 95:14, 103:1, 105:6
**event** [7] - 32:7, 46:20, 62:3, 62:4, 62:5, 105:15
**Ex** [3] - 21:23, 22:3, 26:16

**exactly** [9] - 17:9, 18:2, 25:12, 38:1, 57:10, 69:6, 85:4, 90:14, 106:22
**examination** [1] - 18:8
**example** [7] - 38:9, 41:8, 41:10, 72:6, 74:18, 79:16, 90:6
**examples** [1] - 28:16
**Excel** [1] - 29:6
**excellent** [1] - 36:5
**Excels** [1] - 29:4
**except** [3] - 53:21, 71:8, 88:21
**exception** [1] - 12:21
**exceptionally** [1] - 31:25
**exchange** [6] - 11:24, 108:15, 109:2, 109:16, 113:10, 113:21
**exchanged** [1] - 109:24
**exchanging** [1] - 11:15
**excluding** [1] - 43:15
**excuse** [1] - 65:9
**executive** [1] - 49:21
**exercise** [1] - 95:25
**exhibit** [1] - 109:12
**exhibits** [1] - 34:14
**exist** [1] - 101:9
**existence** [3] - 91:6, 91:7, 91:9
**existing** [2] - 17:4, 43:7
**expanded** [1] - 8:11
**expect** [4] - 38:15, 65:1, 70:23, 95:16
**expectations** [1] - 14:3
**experienced** [1] - 65:8
**expert** [7] - 42:12, 47:20, 53:18, 113:8, 113:10, 113:13, 113:21
**experts** [5] - 44:13, 47:24, 91:17, 112:14, 113:7
**explain** [2] - 17:24, 93:13
**explaining** [1] - 98:11
**explanation** [1] - 26:14
**explicitly** [2] - 104:22, 105:12
**EXPLORATION** [1] - 3:13
**explore** [1] - 39:17
**express** [2] - 22:4,

68:3
**Express** [5] - 17:11, 22:4, 22:16, 22:24, 68:2
**expressed** [1] - 16:20
**extend** [2] - 27:24, 112:11
**extended** [1] - 12:17
**extension** [4] - 100:3, 106:4, 106:6, 106:13
**extensions** [1] - 13:7
**extensive** [1] - 15:12
**extensively** [1] - 15:17
**extent** [6] - 23:17, 33:23, 96:9, 98:1, 103:14, 105:19
**extra** [1] - 117:15

# F

**fabulous** [1] - 117:9
**face** [1] - 26:23
**faced** [1] - 80:15
**facetious** [1] - 113:5
**facie** [1] - 32:15
**facilities** [2] - 54:22, 112:19
**facing** [1] - 80:5
**fact** [16] - 14:13, 15:6, 19:11, 21:16, 31:13, 42:11, 42:13, 51:1, 60:19, 60:20, 60:25, 76:3, 100:25, 112:11, 112:17, 115:3
**factors** [1] - 90:11
**factually** [1] - 77:24
**fair** [3] - 16:18, 27:14, 47:5
**fairly** [2] - 22:25, 47:11
**faith** [5] - 16:18, 17:23, 26:22, 38:20, 48:18
**fall** [3] - 21:9, 73:2, 73:5
**fantastic** [1] - 8:24
**far** [15] - 10:8, 13:11, 13:16, 14:2, 15:1, 18:10, 20:5, 23:11, 34:11, 46:1, 57:17, 73:14, 107:19, 117:2, 118:9
**fashion** [1] - 17:5
**fast** [2] - 22:17, 26:7
**fault** [2] - 70:1, 105:3
**favor** [3] - 74:24, 77:20, 78:9
**fax** [2] - 103:4, 103:6
**February** [20] - 12:17,

12:20, 12:22, 15:1, 20:23, 20:25, 21:4, 28:17, 28:18, 28:19, 41:22, 76:18, 87:8, 98:24, 99:12, 99:21, 108:17, 109:13, 112:4, 116:24
**FEBRUARY** [2] - 1:7, 8:2
**Fed** [3] - 21:23, 22:3, 26:16
**FEDERAL** [1] - 2:7
**federal** [5] - 8:22, 26:1, 50:9, 87:23, 89:18
**Federal** [1] - 96:9
**feedback** [1] - 70:20
**Feinberg** [1] - 39:6
**fellow** [3] - 10:4, 17:25, 114:10
**felt** [2] - 31:13, 47:10
**few** [12] - 17:2, 31:10, 37:24, 42:12, 63:19, 69:16, 86:6, 87:19, 88:23, 97:19, 109:24, 112:7
**field** [1] - 47:17
**fielding** [1] - 107:25
**fields** [2] - 65:11, 65:12
**FIFTH** [1] - 4:22
**Fifth** [4] - 62:7, 117:6, 117:10, 118:6
**fight** [2] - 91:10, 115:9
**figure** [4] - 45:25, 56:5, 99:17, 101:6
**file** [10] - 22:23, 74:6, 74:14, 74:15, 75:3, 75:18, 75:19, 75:20, 76:7, 76:8, 76:9, 77:4, 78:8, 78:10, 78:16, 78:19, 87:7, 87:23, 90:21, 93:12, 99:1, 101:11, 101:13, 101:17, 101:20, 103:4, 104:9, 106:11, 108:16
**filed** [13] - 63:20, 70:2, 71:8, 77:5, 77:11, 81:21, 89:19, 90:23, 92:10, 99:11, 101:23, 102:25, 105:5
**files** [3] - 38:21, 81:15, 103:6
**filing** [7] - 92:20, 93:17, 94:12, 99:21, 100:4, 100:6, 101:16
**filled** [1] - 12:20

**final** [1] - 11:18
**finalize** [1] - 65:1
**finally** [1] - 17:15
**FINANCIAL** [1] - 4:20
**fine** [21] - 11:9, 19:6, 23:25, 28:6, 49:2, 49:7, 49:9, 50:17, 53:19, 55:5, 59:14, 64:6, 66:24, 88:1, 89:16, 101:23, 102:1, 102:2, 111:20, 117:13
**fingers** [1] - 27:10
**finished** [1] - 41:22
**FIRM** [1] - 5:17
**firm** [1] - 66:3
**firms** [1] - 52:24
**first** [26] - 9:12, 14:22, 17:12, 20:22, 41:4, 41:22, 42:1, 43:23, 45:18, 54:7, 54:8, 54:20, 58:21, 60:25, 70:14, 73:8, 73:11, 75:14, 81:20, 86:10, 89:22, 98:12, 104:19, 105:4, 107:11, 114:9
**FITCH** [1] - 6:3
**five** [5] - 20:24, 37:6, 43:20, 45:7, 52:18
**flavors** [1] - 38:5
**flexibility** [1] - 79:25
**float** [2] - 111:15, 112:9
**floating** [2] - 104:8, 108:19
**floor** [1] - 97:18
**FLOOR** [5] - 2:9, 3:6, 5:4, 5:12, 5:15
**Florida** [1] - 79:17
**focused** [7] - 40:2, 55:17, 58:19, 62:19, 72:1, 72:2, 95:5
**folder** [1] - 35:6
**folks** [6] - 9:10, 17:19, 47:2, 68:14, 75:8, 85:16
**follow** [6] - 11:12, 12:1, 53:17, 64:25, 68:11, 74:4
**follow-up** [2] - 11:12, 53:17
**following** [5] - 14:25, 15:5, 50:22, 74:11
**Fontenot** [1] - 41:10
**foot** [1] - 22:12
**FOR** [14] - 1:23, 2:7, 2:15, 2:20, 2:23, 3:3, 3:10, 3:19, 3:23, 4:6, 4:12, 4:16, 5:3, 5:11

**forego** [1] - 47:23
**foregoing** [1] - 119:7
**forget** [1] - 64:15
**form** [30] - 57:10, 64:10, 70:19, 72:25, 78:18, 81:14, 81:15, 81:20, 82:1, 82:22, 83:3, 83:9, 84:22, 85:21, 86:7, 87:23, 91:13, 93:17, 102:11, 102:20, 102:24, 103:3, 103:25, 104:8, 105:12, 105:20, 107:1, 107:12, 116:8
**FORM**......................
.................. [1] - 7:9
**formalized** [1] - 92:5
**format** [9] - 29:3, 29:6, 65:10, 65:12, 67:15, 67:21, 67:24, 67:25, 72:8
**forms** [3] - 83:6, 83:11, 102:15
**formulated** [1] - 92:13
**forth** [2] - 90:18, 91:9
**forward** [5] - 52:22, 58:10, 76:17, 91:19, 116:6
**fought** [1] - 53:20
**four** [6] - 43:17, 43:21, 43:23, 44:11, 112:16
**four-and-a-half** [1] - 112:16
**frame** [1] - 18:24
**FRANCISCO** [2] - 2:5, 2:10
**frankly** [11] - 37:23, 38:2, 55:17, 56:1, 77:25, 83:1, 83:16, 96:5, 99:16, 102:4, 105:17
**free** [4] - 16:14, 77:21, 77:22, 78:8
**frequently** [1] - 95:13
**Friday** [14] - 14:15, 43:17, 44:23, 45:25, 51:4, 52:20, 66:2, 66:18, 67:2, 73:23, 111:16, 117:1, 117:22, 117:25
**FRIDAY** [2] - 1:7, 8:2
**friend** [2] - 35:21, 35:22
**FRILOT** [1] - 3:5
**front** [2] - 11:14, 88:6
**FROST** [1] - 2:12
**FTP** [2] - 36:24, 38:6
**fulfill** [2] - 90:5, 90:7
**full** [2] - 43:9, 71:19

**fully** [1] - 29:18
**fun** [1] - 44:3
**function** [2] - 84:7, 95:16
**functions** [1] - 86:14
**fundamental** [1] - 80:15
**FUNDERDUNK** [1] - 6:6

## G

**game** [1] - 78:24
**garner** [1] - 23:23
**GATE** [1] - 2:9
**gathered** [1] - 84:16
**GCCF** [3] - 89:19, 91:8, 92:21
**gee** [3] - 58:5, 59:12, 98:4
**general** [2] - 28:22, 73:14
**GENERAL** [1] - 2:20
**General** [4] - 71:1, 71:21, 73:4, 78:22
**generally** [1] - 85:16
**Generals** [1] - 72:3
**generically** [1] - 82:11
**genius** [1] - 31:2
**gentlemanly** [1] - 10:3
**girls** [1] - 11:4
**given** [4] - 18:9, 19:11, 31:10, 36:11
**glad** [5] - 9:15, 10:13, 32:18, 42:19, 86:25
**glass** [1] - 9:22
**Glenn** [2] - 63:16, 63:17
**GLENN** [1] - 5:8
**glitches** [1] - 17:2
**goal** [1] - 50:16
**goals** [1] - 57:9
**Godwin** [7] - 12:10, 41:1, 44:6, 50:20, 53:17, 111:5, 117:24
**GODWIN** [45] - 3:23, 3:24, 4:3, 33:19, 40:16, 40:25, 41:8, 41:18, 42:20, 43:12, 43:20, 43:23, 44:1, 44:15, 44:17, 44:25, 45:13, 45:19, 46:11, 46:18, 46:22, 48:23, 50:18, 50:20, 51:7, 51:17, 51:22, 51:24, 52:6, 53:7, 106:23, 111:3, 111:5, 111:11, 111:13, 111:20, 112:3,

113:15, 113:24, 114:1, 116:24, 117:24, 118:8, 118:14, 118:18
**GOFORTH** [9] - 5:23, 14:5, 14:8, 28:15, 30:16, 32:13, 33:9, 61:4, 69:15
**Goforth** [9] - 14:8, 16:5, 18:6, 30:16, 34:8, 37:9, 38:11, 40:1, 61:4
**GOLDEN** [1] - 2:12
**good-faith** [2] - 38:20, 48:18
**GOODIER** [3] - 5:8, 63:15, 63:17
**Goodier** [1] - 63:17
**GOTSHAL** [1] - 4:21
**GOVERNMENT** [2] - 2:7, 7:13
**government** [17] - 8:22, 50:9, 52:19, 70:12, 70:19, 71:8, 71:11, 71:13, 71:22, 72:7, 72:16, 76:22, 79:5, 79:14, 81:14
**governmental** [7] - 70:15, 74:5, 74:19, 76:11, 80:13, 80:25, 81:25
**governments** [16] - 70:21, 70:24, 72:4, 72:10, 72:18, 72:22, 73:5, 73:16, 73:25, 75:17, 76:9, 78:16, 78:21, 78:23, 79:7, 79:12
**granted** [1] - 102:25
**Gras** [4] - 54:4, 54:14, 116:19, 118:10
**grateful** [2] - 98:23, 99:18
**gratuitous** [1] - 13:18
**Great** [1] - 68:1
**great** [14] - 14:4, 22:21, 25:8, 36:1, 36:9, 48:21, 64:2, 64:24, 65:19, 65:24, 67:13, 69:14, 98:21
**Greenville** [1] - 74:18
**grenade** [1] - 111:14
**grind** [1] - 10:1
**grip** [1] - 59:22
**gripe** [3] - 28:22, 38:25, 40:8
**gross** [1] - 115:24
**Group** [1] - 71:17
**group** [12] - 18:15, 18:17, 18:18, 19:1,

19:2, 24:16, 33:22, 62:5, 63:6, 71:16, 73:3, 90:13
**grow** [1] - 59:17
**Guard** [2] - 67:23, 67:24
**guess** [26] - 12:8, 15:10, 18:25, 30:19, 31:5, 33:2, 38:5, 38:8, 38:12, 40:15, 49:13, 51:19, 54:3, 54:4, 54:14, 59:14, 59:15, 59:21, 70:14, 83:24, 91:24, 96:22, 100:12, 104:2, 110:21, 115:24
**guinea** [1] - 21:14
**GULF** [1] - 1:5
**gut** [2] - 105:23, 105:25
**guys** [15] - 11:3, 26:21, 33:1, 33:17, 49:12, 50:14, 58:10, 59:22, 64:11, 66:24, 69:22, 86:25, 116:18, 118:11

## H

**Hague** [2] - 97:16, 112:6
**half** [5] - 14:24, 21:2, 54:13, 112:16, 113:12
**halfway** [1] - 21:4
**Halliburton** [10] - 27:8, 41:1, 50:21, 64:24, 65:2, 73:21, 73:24, 77:19, 111:6, 117:24
**HALLIBURTON** [1] - 3:23
**halt** [1] - 10:1
**hamstrung** [1] - 31:13
**hand** [3] - 17:10, 47:23, 52:1
**handle** [4] - 14:19, 51:20, 76:15, 116:23
**handling** [1] - 13:12
**hank** [1] - 18:3
**Hank** [18] - 18:5, 20:13, 23:16, 34:1, 34:2, 34:18, 34:22, 35:8, 35:12, 35:21, 36:1, 36:7, 36:11, 36:14, 49:2, 49:9, 50:6, 50:7
**Hank's** [1] - 35:24
**happily** [2] - 9:23,

18:21
**happy** [7] - 12:13, 17:19, 51:20, 53:15, 67:20, 68:24, 95:15
**hard** [18] - 21:16, 21:17, 21:22, 27:5, 28:17, 30:3, 31:3, 36:11, 37:3, 37:16, 38:4, 38:7, 39:2, 39:19, 39:20, 92:22
**hate** [1] - 10:23
**head** [2] - 10:18, 55:10
**hear** [18] - 8:12, 9:14, 10:13, 10:15, 10:20, 11:4, 12:2, 14:7, 33:15, 34:22, 35:12, 40:1, 42:19, 49:3, 87:1, 98:3, 113:19
**heard** [11] - 9:18, 9:23, 10:7, 10:21, 10:22, 10:25, 39:14, 49:4, 65:8, 73:7, 112:6
**HEARD** [1] - 1:11
**hearing** [6] - 11:14, 50:23, 51:3, 63:23, 111:17, 117:25
**heart's** [1] - 35:7
**heaven** [1] - 22:8
**HEIMANN** [1] - 2:3
**hell** [1] - 116:22
**help** [6] - 26:25, 36:2, 53:11, 68:7, 86:17, 93:4
**helpful** [8] - 44:17, 49:8, 51:17, 80:19, 93:7, 100:11, 108:20, 110:15
**helping** [2] - 45:8, 56:19
**HENRY** [1] - 2:24
**hereby** [1] - 119:7
**Herman** [12] - 58:14, 58:23, 62:12, 69:24, 70:17, 75:11, 79:6, 81:3, 82:9, 97:21, 104:18, 108:10
**HERMAN** [47] - 1:20, 1:20, 49:23, 55:11, 55:22, 55:24, 56:9, 58:14, 58:23, 59:4, 59:7, 59:14, 62:12, 62:15, 62:22, 63:11, 64:6, 64:9, 69:24, 70:8, 70:13, 70:17, 71:4, 75:11, 76:24, 81:3, 82:9, 84:13, 86:5, 97:1, 97:13, 100:15, 100:18, 100:20, 101:14, 102:2, 102:8, 104:2,

104:15, 104:18, 104:21, 106:19, 106:24, 108:9, 109:19, 110:4
**HERSCHAFT** [1] - 6:4
**hesitant** [1] - 76:25
**hesitation** [1] - 59:14
**hi** [3] - 19:4, 19:5, 103:13
**highly** [1] - 26:3
**Hilton** [1] - 90:13
**hired** [1] - 86:12
**history** [2] - 20:22, 37:23
**hit** [4] - 8:17, 65:3, 68:6, 107:5
**hoc** [1] - 97:4
**hold** [5] - 27:12, 37:6, 38:17, 95:7, 101:5
**HOLDINGS** [3] - 3:3, 3:14, 4:17
**holiday** [1] - 43:16
**home** [2] - 9:7, 67:18
**honed** [1] - 42:6
**honest** [1] - 92:3
**honestly** [1] - 25:13
**honing** [1] - 42:6
**Honor** [98] - 8:10, 8:18, 9:8, 9:16, 10:11, 10:21, 11:2, 11:6, 11:13, 12:1, 12:13, 14:5, 15:23, 16:3, 16:13, 17:24, 17:25, 18:4, 20:17, 20:23, 21:9, 21:14, 22:18, 23:16, 25:19, 29:16, 30:13, 30:16, 32:13, 32:24, 33:9, 34:4, 35:2, 35:10, 35:18, 36:20, 37:20, 41:18, 41:21, 42:13, 42:21, 42:24, 43:7, 43:15, 45:23, 46:24, 47:1, 50:18, 50:20, 52:7, 56:15, 61:4, 62:23, 63:13, 64:14, 64:19, 65:13, 66:21, 67:16, 68:10, 68:20, 69:12, 69:15, 69:25, 70:13, 71:7, 71:11, 71:15, 73:20, 80:4, 82:25, 84:14, 86:5, 87:6, 88:5, 89:1, 90:10, 92:16, 93:9, 95:5, 95:23, 98:6, 103:12, 106:3, 106:16, 107:7, 108:11, 109:20, 111:5, 111:9, 111:13, 115:1,

116:3, 116:4, 117:5, 118:14, 118:17, 118:19
**Honor's** [3] - 16:23, 26:20, 44:25
**HONORABLE** [1] - 1:11
**hope** [2] - 75:12, 86:11
**hopefully** [5] - 18:11, 32:11, 62:19, 86:14, 110:9
**hoping** [2] - 10:6, 12:22
**HORIZON** [1] - 1:4
**host** [1] - 53:9
**hot** [1] - 26:9
**hotel** [2] - 117:2, 117:15
**hour** [2] - 18:24, 22:19
**hours** [16] - 14:22, 14:25, 18:8, 18:18, 18:20, 26:11, 28:11, 28:14, 31:22, 31:23, 32:1, 32:2, 32:14, 43:13, 52:10, 52:18
**house** [2] - 9:22, 53:23
**HOUSTON** [4] - 4:4, 5:12, 5:19, 5:22
**Houston** [2] - 117:7, 117:12
**huge** [1] - 87:24
**hundred** [7] - 42:4, 75:19, 75:20, 78:1, 78:20, 90:15, 95:21
**hundred-page** [1] - 78:20
**hundreds** [1] - 79:4

I

**ice** [1] - 38:6
**idea** [9] - 15:20, 47:17, 61:8, 63:5, 66:21, 67:8, 70:20, 95:18, 117:9
**ideas** [1] - 48:2
**identify** [2] - 116:9, 116:10
**idiot** [1] - 32:21
**ignorance** [1] - 10:10
**IL** [1] - 3:17
**ill** [1] - 100:5
**immediately** [1] - 20:14
**impact** [2] - 96:24, 115:19
**impending** [1] - 72:9

**important** [10] - 11:20, 31:25, 32:14, 37:12, 51:9, 77:4, 83:2, 83:5, 94:18, 100:9
**impression** [2] - 62:15, 90:24
**improved** [1] - 91:15
**improvements** [1] - 95:23
**IN** [2] - 1:4, 1:5
**inasmuch** [1] - 79:15
**INC** [17] - 3:4, 3:5, 3:10, 3:11, 3:12, 3:13, 3:15, 3:23, 4:12, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 5:3, 5:11
**incident** [1] - 26:11
**inclined** [1] - 107:5
**include** [2] - 41:12, 111:2
**included** [6] - 17:11, 50:11, 101:15, 104:24, 105:10, 109:12
**includes** [2] - 104:22, 109:21
**including** [5] - 14:24, 55:10, 86:15, 93:17, 94:17
**incorporate** [1] - 99:20
**incorporated** [1] - 99:15
**incorporates** [1] - 81:15
**incorrect** [1] - 16:5
**increased** [1] - 72:13
**increasing** [1] - 60:12
**incredible** [1] - 21:15
**incumbent** [1] - 29:23
**incur** [1] - 95:15
**indeed** [1] - 48:21
**indefinitely** [1] - 76:6
**indicated** [1] - 42:13
**individual** [32] - 40:14, 40:23, 42:25, 49:17, 58:2, 68:19, 68:25, 69:1, 69:3, 69:8, 69:13, 69:16, 74:6, 74:10, 74:13, 74:24, 76:5, 76:10, 76:19, 76:22, 77:11, 77:18, 77:19, 77:22, 77:24, 78:7, 78:16, 78:20, 85:1, 85:2, 85:3
**individually** [2] - 49:21, 60:22
**individuals** [2] - 71:10
**inevitable** [1] - 102:19

**inform** [2] - 72:23, 110:6
**informal** [1] - 109:16
**informally** [1] - 114:9
**information** [13] - 9:11, 11:24, 40:4, 42:20, 46:6, 84:16, 86:16, 91:7, 92:20, 94:2, 95:12, 111:2, 116:11
**informative** [1] - 94:4
**informed** [1] - 73:16
**infrastructure** [1] - 22:21
**initial** [3] - 68:24, 68:25, 69:7
**injury** [4] - 69:2, 69:3, 69:8, 69:13
**input** [3] - 47:3, 59:2, 59:5
**inquiry** [1] - 12:2
**inside** [3] - 23:4, 26:2, 26:10
**insight** [3] - 71:4, 71:6, 76:12
**insist** [1] - 9:8
**insisting** [1] - 97:15
**instance** [3] - 30:1, 49:20, 57:1
**instances** [1] - 53:6
**instant** [1] - 23:5
**instantaneous** [1] - 39:16
**instead** [6] - 12:21, 28:5, 39:23, 57:7, 73:5, 87:21
**insurance** [1] - 115:11
**insurers** [3] - 115:24, 116:9, 116:13
**integrity** [1] - 95:10
**intelligence** [1] - 66:18
**intended** [1] - 94:8
**intensive** [3] - 21:8, 21:11, 113:22
**intent** [1] - 93:14
**intention** [2] - 16:18, 72:23
**intentional** [2] - 17:7, 30:9
**interest** [6] - 10:4, 19:18, 20:1, 84:10, 84:13, 93:21
**interested** [5] - 84:19, 85:13, 94:4, 94:10, 97:5
**interests** [3] - 50:25, 55:16, 57:9
**INTERESTS** [2] - 2:7, 2:20

**interfere** [1] - 62:19
**intermediary** [1] - 9:2
**INTERNATIONAL** [3] - 3:19, 4:12, 4:20
**International** [2] - 63:18, 63:21
**Internet** [1] - 107:15
**interpretation** [4] - 66:4, 114:11, 114:25, 115:3
**interpretations** [1] - 114:17
**interrelated** [1] - 68:20
**interrupt** [1] - 109:7
**intersects** [1] - 94:7
**intertwined** [1] - 58:17
**intervene** [2] - 101:1, 107:4
**INTERVENE..............** **...** [1] - 7:18
**intervention** [1] - 94:15
**intimately** [1] - 94:17
**investigating** [1] - 62:4
**investigators** [1] - 62:5
**invitation** [2] - 27:24, 34:19
**invited** [2] - 34:3, 70:18
**inviting** [1] - 78:1
**involved** [1] - 52:25
**involvement** [1] - 9:25
**involves** [1] - 94:9
**ironic** [1] - 93:11
**ISSUANCE** [1] - 7:7
**issuance** [1] - 49:13
**issue** [61] - 11:13, 11:20, 13:9, 17:15, 27:5, 32:11, 47:2, 49:16, 53:19, 53:22, 53:25, 54:8, 54:24, 62:24, 63:5, 66:17, 67:15, 68:12, 68:13, 68:18, 70:12, 74:17, 75:22, 77:1, 78:15, 80:20, 81:1, 81:17, 82:3, 82:16, 82:17, 82:24, 84:3, 84:22, 85:2, 86:20, 88:2, 90:19, 91:8, 91:10, 91:11, 91:12, 92:3, 92:5, 96:17, 96:19, 96:22, 99:13, 101:10, 102:8, 104:12, 105:1, 105:18, 108:2, 110:17, 110:18, 110:19, 114:9,

115:20, 116:18
**ISSUE**........................
........ [1] - 7:15
**issues** [29] - 8:16,
28:20, 29:8, 50:10,
55:15, 55:16, 59:20,
62:7, 63:7, 66:10,
68:16, 69:21, 72:1,
72:22, 73:12, 73:14,
76:17, 76:18, 76:19,
78:4, 82:18, 88:5,
88:8, 89:5, 94:21,
101:5, 102:3
**ISSUES**....................
.................. [1] - 7:5
**issuing** [1] - 116:7
**IT** [1] - 39:17
**item** [1] - 23:21
**ITEMS** [1] - 7:3
**itself** [3] - 83:9, 85:12,
89:23

## J

**JACKSON** [1] - 5:11
**JAMES** [1] - 1:17
**jammed** [1] - 45:25
**jamming** [1] - 113:7
**January** [5] - 14:21,
15:13, 15:17,
112:15, 113:12
**Japanese** [1] - 97:10
**JEFFERSON** [2] -
1:18, 2:25
**JEREMY** [1] - 6:4
**jerk** [1] - 105:19
**Jim** [8] - 16:21,
22:18, 28:13, 32:23,
45:4, 54:21, 83:10,
86:23, 89:10, 90:2,
92:4, 111:25, 116:16
**Jim's** [1] - 117:14
**job** [3] - 36:4, 48:19,
48:21
**jockeyed** [1] - 51:10
**JOFREY** [1] - 5:3
**JOHN** [1] - 6:6
**join** [6] - 24:18, 24:19,
75:17, 87:22, 93:22,
95:11
**joinder** [7] - 70:19,
93:17, 94:13,
102:11, 102:24,
103:3
**joinders** [2] - 83:3,
104:8
**joining** [1] - 104:3
**joins** [1] - 20:9
**joint** [1] - 100:4

**JONES** [1] - 5:7
**Jr** [1] - 71:7
**JR** [2] - 5:11, 5:14
**judge** [6] - 50:22,
78:13, 89:11, 92:24,
103:23, 117:24
**Judge** [31] - 9:10,
10:5, 11:15, 12:25,
19:5, 41:2, 44:15,
45:2, 46:11, 48:8,
57:17, 58:12, 63:22,
70:11, 79:23, 85:22,
86:2, 87:7, 87:15,
88:5, 88:7, 95:4,
103:10, 111:3,
111:10, 112:10,
112:13, 112:21,
118:8, 118:18
**JUDGE** [1] - 1:12
**judgment** [1] - 106:20
**Judicial** [1] - 96:9
**July** [7] - 43:8, 43:14,
43:16, 47:24, 57:14,
57:16, 109:25
**jumping** [2] - 16:25,
92:17
**jurisdiction** [1] - 98:4
**JURISDICTIONAL** [2]
- 7:8, 7:15
**jurisdictional** [9] -
62:10, 63:2, 63:7,
63:24, 64:4, 96:18,
96:20, 97:5, 97:24
**JUSTICE** [3] - 2:7,
2:11, 2:16
**Justice** [3] - 16:11,
17:17, 21:19

## K

**Kat** [2] - 108:3, 111:11
**KATZ** [1] - 1:20
**KAUL** [1] - 6:4
**Kavanaugh** [2] -
65:23, 67:6
**keep** [9] - 12:16,
59:25, 80:23, 96:25,
99:19, 99:22,
102:14, 105:20,
113:25
**keeping** [3] - 13:11,
13:13, 13:14
**keeps** [1] - 37:12
**KELLER** [1] - 5:3
**Kent** [1] - 52:8
**Kerry** [16] - 11:6, 11:8,
12:5, 27:23, 32:18,
62:13, 62:15, 62:22,
67:16, 68:10, 91:23,

91:24, 92:1, 101:14,
101:19
**KERRY** [1] - 3:6
**Kevin** [1] - 41:10
**kill** [1] - 49:18
**killed** [1] - 101:23
**killing** [2] - 113:3,
113:5
**kind** [33] - 13:11,
16:25, 21:14, 27:20,
38:4, 38:24, 41:25,
58:19, 59:8, 61:24,
62:5, 63:13, 64:10,
75:23, 76:9, 76:17,
76:19, 78:24, 81:6,
88:18, 97:3, 100:22,
102:22, 104:10,
106:5, 108:1,
108:13, 108:18,
109:2, 109:13,
109:17
**kinds** [2] - 89:5, 99:2
**Kirby** [6] - 36:21,
37:22, 38:1, 54:23,
114:8, 115:2
**KIRBY** [19] - 4:9,
36:21, 45:12, 45:17,
54:23, 97:7, 97:12,
97:20, 98:1, 98:6,
114:8, 114:19,
114:21, 115:6,
115:8, 115:14,
115:23, 116:1, 116:3
**KIRKLAND** [1] - 3:15
**knee** [1] - 105:19
**knee-jerk** [1] - 105:19
**knowledge** [1] - 90:21
**known** [2] - 9:9, 93:11
**knows** [3] - 36:1, 36:7,
48:16
**Ky** [5] - 36:21, 39:14,
45:11, 54:23, 114:8
**KYLE** [1] - 4:9

## L

**L.P** [1] - 5:7
**LA** [9] - 1:18, 1:21,
2:25, 3:7, 3:21, 4:14,
5:9, 5:15, 6:10
**LABORDE** [1] - 4:12
**lack** [1] - 104:14
**laed.uscourts.gov** [2]
- 92:23, 93:6
**LAFAYETTE** [2] -
1:18, 4:14
**Lafourche** [2] - 71:9,
71:12
**LAMAR** [1] - 4:4

**LANGAN** [61] - 3:16,
15:11, 16:9, 20:20,
24:22, 26:25, 27:5,
27:22, 28:3, 28:8,
28:12, 28:16, 29:1,
37:20, 38:11, 38:17,
38:19, 38:23, 39:8,
39:10, 39:18, 39:22,
39:25, 52:2, 52:5,
53:12, 53:16, 54:1,
54:9, 54:11, 61:17,
64:14, 66:20, 67:2,
67:5, 67:13, 84:14,
87:6, 87:14, 88:20,
88:25, 89:4, 98:14,
98:17, 98:22, 99:7,
100:3, 100:7, 106:3,
106:7, 106:11,
106:15, 106:18,
109:7, 109:11,
110:17, 110:19,
110:21, 111:9,
115:1, 118:17
**Langan** [2] - 15:11,
16:16, 17:24, 20:21,
24:24, 29:17, 37:21,
61:17, 64:14, 67:18,
87:6, 115:1
**Langan's** [1] - 30:17
**language** [7] - 87:2,
88:18, 89:13, 89:23,
95:20, 114:20,
114:21
**LARGE** [7] - 5:24,
29:16, 64:19, 65:11,
66:12, 66:14, 66:19
**Large** [2] - 29:16,
64:19
**large** [8] - 20:8, 30:25,
38:3, 49:15, 64:18,
71:22, 77:12, 78:2
**largely** [1] - 79:17
**larger** [1] - 65:5
**LASALLE** [1] - 3:16
**last** [22] - 9:11, 9:21,
10:23, 11:14, 12:21,
17:8, 17:12, 21:9,
37:23, 43:24, 45:17,
47:9, 54:6, 54:13,
68:6, 68:12, 70:5,
79:12, 98:15,
101:10, 102:17,
110:5
**late** [3] - 20:16, 27:13,
78:24
**law** [1] - 88:14
**LAW** [3] - 2:24, 5:17,
108:5
**laws** [1] - 71:25
**lawsuit** [6] - 78:19,

78:20, 89:18, 90:5,
94:4, 101:1
**lawsuits** [4] - 75:18,
75:19, 78:16, 79:5
**lawyer** [2] - 90:8,
93:12
**lawyers** [3] - 12:25,
53:23, 94:17
**layer** [2] - 34:9
**leading** [1] - 86:7
**least** [14] - 34:22,
46:9, 53:5, 62:16,
65:5, 66:2, 72:4,
72:7, 72:9, 82:17,
84:7, 91:4, 102:18,
112:5
**leave** [10] - 26:14,
45:23, 47:15, 65:22,
76:19, 99:8, 102:18,
102:25, 103:10,
113:11
**leaving** [1] - 103:5
**led** [1] - 114:16
**LEE** [1] - 5:11
**left** [7] - 13:22, 18:6,
21:21, 48:11, 52:10,
57:16, 108:12
**legal** [2] - 82:18, 99:14
**LEGER** [8] - 5:14,
5:14, 71:7, 78:13,
78:19, 92:16, 92:24,
93:2
**Leger** [2] - 70:18,
71:5, 71:7
**less** [1] - 75:21
**lessen** [1] - 9:24
**letter** [2] - 67:8, 82:13
**LEWIS** [1] - 5:20
**Lexis** [3] - 83:11,
83:12, 83:13
**LexisNexis** [11] - 70:3,
83:6, 83:18, 83:19,
83:21, 84:2, 84:7,
84:21, 85:8, 85:14,
86:20
**liaison** [7] - 18:16,
19:1, 34:10, 34:11,
83:10, 83:20, 114:10
**LIAISON** [1] - 1:16
**LIEFF** [1] - 2:3
**likely** [1] - 104:9
**limbo** [1] - 100:22
**limit** [1] - 31:25
**limitation** [13] - 55:21,
59:25, 87:12, 87:21,
88:22, 89:2, 93:22,
94:16, 95:3, 95:5,
95:10, 101:24,
115:20
**limitations** [3] - 66:6,

101:16, 114:14
**Limited** [3] - 62:16, 63:18, 63:21
**limited** [1] - 65:6
**LIMITED** [1] - 3:14
**limiting** [1] - 101:11
**limits** [4] - 15:15, 15:20, 16:15, 17:18
**line** [11] - 24:3, 24:5, 24:9, 33:2, 57:13, 90:4, 91:23, 91:24, 92:2, 105:15, 117:12
**lingering** [1] - 76:19
**list** [54] - 12:10, 13:11, 40:9, 40:13, 40:14, 40:19, 40:20, 40:21, 40:23, 41:11, 41:21, 41:23, 42:1, 42:4, 42:6, 42:7, 42:10, 42:22, 43:2, 43:4, 44:7, 44:12, 45:1, 45:3, 45:5, 45:9, 45:22, 47:10, 47:11, 48:10, 49:3, 50:3, 50:24, 51:1, 55:4, 59:23, 60:16, 61:2, 61:9, 61:15, 62:9, 64:7, 65:5, 108:16, 108:19, 109:24, 110:7, 110:14, 110:21, 111:1, 112:8, 114:6
**LIST** [1] - 7:6
**listed** [5] - 41:2, 41:4, 41:13, 42:23, 109:18
**listen** [4] - 66:24, 113:4, 113:5
**listening** [1] - 61:6
**listing** [1] - 41:15
**lists** [6] - 48:17, 65:3, 108:20, 109:2, 109:12, 109:16
**litigation** [5] - 91:9, 92:20, 96:8, 115:11, 116:13
**live** [2] - 9:22, 17:18
**LLC** [4] - 3:3, 4:8, 4:17, 4:18
**load** [1] - 83:21
**local** [30] - 70:11, 70:15, 70:19, 70:20, 70:23, 71:8, 71:11, 71:13, 71:22, 72:7, 72:9, 72:16, 72:18, 72:22, 73:5, 73:16, 73:25, 74:5, 74:18, 75:17, 76:9, 78:16, 78:21, 78:22, 79:5, 79:7, 79:12, 79:14, 80:25, 81:14

**LOCAL** [1] - 7:13
**localities** [1] - 73:13
**locating** [1] - 52:23
**locations** [1] - 65:7
**lock** [1] - 34:24
**log** [4] - 24:6, 27:17, 27:19, 85:20
**logic** [1] - 75:12
**logistical** [1] - 47:2
**logistics** [1] - 53:20
**London** [1] - 110:22
**London-based** [1] - 110:22
**look** [21] - 26:21, 32:20, 39:18, 44:2, 44:22, 47:11, 53:20, 54:5, 54:12, 54:18, 59:2, 59:3, 65:16, 82:4, 86:23, 94:8, 101:15, 105:24, 107:11, 111:1, 116:20
**looked** [4] - 22:6, 44:7, 64:10, 104:20
**looking** [19] - 12:10, 13:24, 30:2, 32:20, 32:22, 43:17, 46:2, 46:5, 73:25, 80:5, 81:13, 89:17, 91:10, 96:4, 106:1, 113:9, 114:20, 116:18, 116:20
**looks** [4] - 43:24, 47:17, 54:10, 118:2
**loss** [1] - 72:12
**lost** [1] - 53:20
**loud** [1] - 88:17
**LOUISIANA** [4] - 1:1, 1:6, 2:24, 5:21
**Louisiana** [26] - 18:5, 18:12, 18:22, 19:12, 19:19, 20:6, 20:9, 23:15, 23:17, 24:18, 34:2, 34:4, 34:16, 34:21, 35:14, 35:16, 35:22, 50:7, 70:21, 71:12, 71:17, 71:21, 78:22, 79:16, 119:5, 119:6
**Louisiana's** [1] - 24:10
**love** [1] - 35:16
**LP** [1] - 4:7
**luck** [1] - 57:14
**lucky** [1] - 66:14
**lump** [1] - 62:7
**luxury** [1] - 85:8
**LYDEN** [1] - 5:3

**M**

**MAGISTRATE** [1] - 1:12
**mail** [13] - 10:16, 15:12, 16:13, 17:12, 20:16, 22:4, 26:10, 31:17, 68:3, 92:18, 92:19, 98:11, 106:19
**mailing** [1] - 26:16
**mails** [3] - 31:16, 82:12
**MAJOR** [1] - 3:24
**major** [5] - 26:12, 64:22, 88:14, 89:6
**majority** [2] - 19:11, 52:2
**man** [1] - 9:5
**manage** [1] - 79:23
**manageable** [1] - 62:17
**managed** [2] - 12:16, 100:8
**MANAGEMENT** [2] - 4:16, 7:20
**management** [2] - 108:6, 114:13
**MANGES** [1] - 4:21
**manner** [2] - 23:13, 74:4
**March** [23] - 9:12, 12:22, 43:14, 44:24, 46:5, 46:9, 52:22, 53:19, 53:22, 54:4, 54:6, 54:7, 54:13, 54:18, 54:20, 61:16, 69:9, 69:10, 114:14, 116:21, 116:24, 117:25, 118:1
**Mardi** [4] - 54:4, 54:14, 116:19, 118:10
**MARINE** [3] - 4:18, 4:19, 4:19
**marking** [1] - 29:14
**MARY** [1] - 6:6
**master** [55] - 12:10, 40:9, 55:3, 55:6, 55:10, 64:7, 70:12, 73:24, 74:3, 74:4, 74:7, 74:8, 74:9, 74:14, 74:15, 74:22, 74:23, 74:24, 75:3, 75:13, 75:17, 76:8, 76:14, 76:23, 77:16, 77:20, 78:3, 78:7, 78:9, 78:10, 80:4, 80:6, 80:8, 80:10, 80:12, 80:13, 80:16,

81:15, 81:21, 82:2, 82:22, 84:6, 101:17, 101:20, 102:17, 103:1, 103:15, 103:17, 103:19, 105:5, 108:18, 110:7, 110:13
**MASTER** [2] - 7:6, 7:13
**material** [1] - 29:3
**matter** [4] - 21:17, 31:9, 73:14, 119:10
**matters** [1] - 115:5
**maximum** [2] - 42:14, 79:24
**MAYEAUX** [1] - 4:13
**MAZE** [14] - 2:21, 19:5, 19:8, 23:9, 25:6, 25:10, 25:21, 36:8, 36:11, 36:16, 48:25, 49:9, 71:3, 72:20
**maze** [4] - 19:4, 25:2, 71:1, 71:2
**Maze** [5] - 19:8, 23:9, 25:7, 48:25, 72:20
**MCCUTCHEN** [1] - 4:8
**MCWILLIAM** [1] - 5:3
**MDL** [5] - 21:19, 24:19, 67:23, 77:6, 115:12
**mean** [25] - 16:22, 38:6, 42:1, 45:19, 52:24, 55:5, 62:23, 78:1, 87:3, 92:8, 92:11, 92:24, 97:1, 97:20, 100:1, 100:2, 100:15, 100:20, 101:21, 104:7, 109:7, 113:15, 113:16, 117:1, 117:17
**means** [4] - 22:2, 46:13, 85:20, 90:8
**measurements** [1] - 11:17
**measures** [2] - 22:24, 25:14
**measuring** [2] - 29:20
**meat** [1] - 91:19
**MECHANICAL** [1] - 6:12
**mechanically** [2] - 83:7, 83:13
**mechanics** [2] - 86:9, 86:10
**media** [1] - 96:7
**medium** [1] - 9:20
**meeting** [4] - 34:4, 52:20, 58:21, 71:19

**meetings** [1] - 78:21
**member** [5] - 90:12, 90:20, 90:25, 92:18, 93:3
**members** [1] - 96:5
**Memphis** [1] - 30:4
**mention** [3] - 29:18, 96:1, 110:5
**mentioned** [4] - 19:22, 68:12, 108:11, 108:14
**merely** [1] - 91:5
**Merit** [1] - 119:4
**merits** [1] - 97:25
**message** [1] - 9:3
**met** [2] - 21:3, 72:14
**metadata** [3] - 65:9, 65:11, 65:12
**method** [1] - 23:15
**METHOFF** [1] - 5:17
**MEXICO** [1] - 1:5
**MI** [1] - 65:18
**mic** [1] - 14:6
**MICHAEL** [2] - 2:8, 6:7
**MICHELLE** [1] - 6:3
**might** [31] - 10:3, 10:4, 10:18, 13:19, 13:20, 19:23, 33:25, 39:16, 39:20, 43:12, 44:17, 48:2, 51:12, 53:6, 58:17, 61:8, 62:3, 70:4, 71:2, 76:3, 77:3, 77:4, 84:4, 91:6, 93:1, 107:21, 108:19, 110:10, 117:7
**Mike** [9] - 11:25, 12:7, 16:11, 18:9, 25:24, 27:10, 28:14, 46:25, 107:6
**Mike's** [1] - 118:5
**Miller** [4] - 11:6, 27:23, 62:13, 67:16
**MILLER** [20] - 3:6, 11:6, 11:9, 12:7, 27:23, 62:14, 62:23, 63:4, 63:13, 67:16, 68:2, 68:10, 68:20, 68:24, 69:5, 69:12, 92:1, 92:8, 101:21, 118:19
**Miller's** [1] - 101:14
**million** [2] - 39:10, 39:12
**mind** [6] - 40:18, 80:23, 96:22, 99:7, 113:25, 118:5
**mindful** [1] - 118:4
**minute** [5] - 8:19, 17:8, 23:20, 39:15,

63:9
**minutes** [3] - 13:22, 14:23, 106:12
**misleading** [1] - 90:9
**missing** [2] - 56:20, 118:11
**Mississippi** [1] - 79:17
**misstatement** [1] - 48:3
**MOBILE** [1] - 1:25
**modifications** [1] - 107:20
**modify** [1] - 107:12
**MOECO** [3] - 97:8, 97:9, 97:15
**MOEX** [11] - 4:7, 4:8, 36:21, 54:23, 63:2, 65:15, 96:24, 97:5, 97:7, 97:8, 114:8
**Monday** [15] - 28:18, 33:4, 39:1, 43:16, 44:20, 44:23, 45:2, 45:14, 45:15, 45:20, 46:13, 47:3, 49:4, 49:8, 116:25
**money** [1] - 22:21
**monition** [3] - 90:19, 93:23, 101:12
**monitions** [3] - 87:12, 87:19, 88:22
**MONTGOMERY** [1] - 2:22
**Montgomery** [1] - 36:13
**month** [3] - 12:9, 12:12, 43:23
**months** [8] - 37:24, 71:20, 84:25, 97:19, 109:24, 112:7, 112:12, 112:16
**monumental** [1] - 50:4
**moot** [1] - 96:2
**moratorium** [2] - 104:16, 104:22
**MORGAN** [1] - 5:20
**morning** [5] - 51:12, 51:21, 51:25, 52:4, 52:12
**most** [6] - 19:25, 43:1, 70:22, 94:16, 94:17, 112:18
**mostly** [2] - 51:24, 117:7
**Motion** [1] - 67:19
**motion** [4] - 99:13, 99:21, 107:4, 116:8
**MOTION** [1] - 7:18
**motions** [5] - 63:20, 76:7, 76:13, 99:1, 99:15

**move** [3] - 11:11, 81:13, 116:6
**moved** [4] - 42:18, 73:23, 88:12
**moving** [7] - 22:8, 59:25, 60:1, 63:23, 82:8, 107:3, 107:9
**MR** [288] - 8:10, 8:17, 8:20, 8:24, 9:6, 9:20, 10:10, 10:20, 10:23, 11:2, 11:6, 11:9, 11:25, 12:7, 12:13, 12:15, 13:6, 13:14, 13:23, 14:1, 14:5, 14:8, 15:11, 16:8, 16:9, 16:11, 18:4, 18:16, 19:5, 19:8, 20:20, 22:18, 23:7, 23:9, 24:22, 25:6, 25:10, 25:21, 25:24, 26:8, 26:25, 27:5, 27:22, 27:23, 28:3, 28:8, 28:12, 28:15, 28:16, 29:1, 29:16, 30:16, 32:13, 32:23, 33:9, 33:19, 34:2, 34:19, 35:2, 35:5, 35:10, 35:15, 35:18, 35:20, 36:6, 36:7, 36:8, 36:10, 36:11, 36:16, 36:20, 37:20, 38:11, 38:17, 38:19, 38:23, 39:8, 39:10, 39:18, 39:22, 39:25, 40:16, 40:25, 41:8, 41:16, 41:18, 41:20, 41:25, 42:9, 42:20, 43:12, 43:20, 43:23, 44:1, 44:15, 44:17, 44:25, 45:13, 45:19, 46:11, 46:18, 46:22, 46:24, 47:6, 47:9, 47:21, 48:6, 48:21, 48:23, 48:25, 49:9, 49:23, 50:7, 50:16, 50:18, 50:20, 51:7, 51:17, 51:22, 51:23, 51:24, 52:2, 52:5, 52:6, 53:7, 53:12, 53:16, 54:1, 54:9, 54:11, 54:15, 54:16, 54:21, 54:22, 55:11, 55:22, 55:24, 56:9, 56:15, 56:23, 57:4, 57:8, 57:15, 57:23, 58:8, 58:12, 58:14, 58:23, 59:4, 59:7, 59:14, 60:6, 60:12, 60:18, 60:24, 61:3, 61:4, 61:17, 62:12, 62:14, 62:15, 62:22,

62:23, 63:4, 63:11, 63:13, 63:15, 63:17, 64:6, 64:9, 64:14, 64:19, 65:11, 66:12, 66:14, 66:19, 66:20, 67:2, 67:5, 67:13, 67:16, 68:2, 68:10, 68:20, 68:24, 69:5, 69:12, 69:15, 69:24, 70:8, 70:13, 70:17, 71:3, 71:4, 71:7, 72:20, 73:20, 75:7, 75:11, 76:24, 77:14, 78:13, 78:19, 81:3, 82:9, 84:13, 84:14, 86:2, 86:5, 87:4, 87:6, 87:14, 88:20, 88:25, 89:4, 89:11, 90:3, 91:25, 92:1, 92:8, 92:16, 92:24, 93:2, 97:1, 97:13, 98:14, 98:17, 98:22, 99:7, 100:3, 100:7, 100:15, 100:18, 100:20, 101:14, 101:21, 102:2, 102:8, 103:4, 103:7, 103:9, 103:12, 103:14, 103:22, 104:2, 104:15, 104:18, 104:21, 106:3, 106:7, 106:11, 106:15, 106:18, 106:19, 106:23, 106:24, 107:6, 108:9, 109:7, 109:11, 109:19, 110:4, 110:17, 110:19, 110:21, 111:3, 111:5, 111:9, 111:11, 111:13, 111:20, 111:24, 112:3, 113:15, 113:24, 114:1, 115:1, 116:4, 116:24, 117:5, 117:14, 117:19, 117:24, 118:8, 118:14, 118:17, 118:18, 118:19
**MS** [30] - 36:21, 45:12, 45:17, 54:23, 80:3, 81:18, 81:23, 82:4, 82:7, 84:23, 85:4, 85:22, 93:9, 97:7, 97:12, 97:20, 98:1, 98:6, 103:23, 104:13, 104:16, 114:8, 114:19, 114:21, 115:6, 115:8, 115:14,

115:23, 116:1, 116:3
**multiple** [2] - 60:9, 60:12
**multitracks** [1] - 61:25
**municipalities** [1] - 79:8
**must** [1] - 24:14
**mute** [2] - 11:4, 92:2
**mutually** [1] - 15:7

## N

**name** [4] - 14:8, 31:24, 63:20, 90:14
**named** [3] - 114:23, 114:24
**names** [1] - 42:4
**narrow** [1] - 91:11
**narrower** [1] - 110:21
**narrowly** [1] - 58:19
**native** [10] - 29:3, 29:6, 29:11, 40:4, 65:10, 65:11, 67:15, 67:20, 67:24, 67:25
**nature** [4] - 30:22, 80:23, 87:22, 94:16
**necessarily** [2] - 61:1
**necessary** [5] - 15:9, 19:17, 23:2, 47:10, 116:8
**need** [46] - 13:20, 14:2, 16:4, 26:25, 29:23, 34:16, 35:2, 36:22, 43:8, 45:15, 47:3, 47:12, 47:19, 48:11, 48:13, 50:5, 51:15, 52:16, 52:22, 53:4, 53:6, 55:7, 58:18, 59:23, 61:12, 64:3, 66:2, 69:22, 80:22, 81:8, 82:4, 83:16, 84:1, 92:12, 92:21, 94:24, 94:25, 95:12, 100:3, 106:5, 107:1, 107:13, 108:7, 112:14, 114:15
**needed** [3] - 9:24, 19:19, 92:6
**needs** [3] - 36:14, 74:21, 84:18
**negligence** [1] - 115:24
**negotiating** [2] - 59:8, 62:18
**negotiations** [2] - 65:14, 105:6
**NEUNER** [1] - 4:12
**neutral** [1] - 94:3

**never** [3] - 22:3, 106:24
**NEW** [9] - 1:6, 1:21, 3:7, 3:21, 4:22, 5:9, 5:15, 6:10, 7:17
**New** [4] - 53:21, 90:13, 113:14, 117:21
**new** [14] - 8:18, 8:20, 15:2, 15:5, 31:21, 44:6, 87:19, 87:20, 98:10, 103:25, 104:13, 104:19, 107:13, 107:15
**news** [1] - 12:2
**newspapers** [1] - 87:19
**next** [45] - 10:15, 14:12, 14:14, 14:15, 21:24, 22:3, 27:7, 27:8, 29:15, 42:21, 44:23, 45:7, 46:6, 49:3, 50:23, 51:4, 51:19, 51:20, 53:10, 61:14, 61:21, 61:25, 66:2, 68:6, 73:23, 78:6, 90:4, 96:18, 97:19, 98:9, 105:24, 106:25, 107:1, 107:19, 108:14, 109:24, 110:12, 110:13, 111:16, 112:25, 113:19, 114:7, 115:17, 117:22
**nice** [1] - 118:15
**night** [1] - 21:22
**nine** [1] - 31:22
**NO** [1] - 1:6
**nobody** [2] - 25:3, 41:14, 114:10
**noise** [1] - 11:5
**Nomellini** [2] - 65:23, 67:5
**nonbinding** [3] - 48:17, 109:1, 109:16
**noon** [5] - 45:6, 45:21, 46:16, 46:21, 52:8
**NORTH** [5] - 2:25, 3:11, 3:12, 3:14, 3:15
**note** [4] - 33:11, 41:21, 59:21, 108:13
**notes** [1] - 108:12
**nothing** [4] - 9:16, 17:20, 87:21, 99:25
**notice** [37] - 50:11, 55:12, 56:4, 56:12, 56:19, 56:22, 57:2, 57:12, 60:9, 81:2, 82:11, 82:18, 82:20,

86:22, 87:12, 87:19,
87:22, 87:24, 88:12,
89:2, 89:13, 89:17,
89:23, 91:11, 91:12,
92:12, 93:14, 93:20,
94:7, 94:8, 94:23,
95:9, 95:25, 96:10,
99:4
**NOTICE**....................
.....................[1] -
7:14
**noticed** [3] - 27:6,
49:16, 63:22
**notices** [10] - 49:13,
49:25, 50:10, 57:20,
58:11, 58:22, 59:10,
59:17, 83:17
**NOTICES**..................
.......[1] - 7:7
**noticing** [1] - 27:15
**notify** [2] - 72:4, 72:6
**notion** [1] - 90:25
**November** [3] - 98:4,
112:15, 113:12
**NRDA** [1] - 79:18
**nullity** [1] - 99:9
**Number** [6] - 24:13,
40:24, 82:21, 83:4,
94:9, 108:6
**NUMBER** [1] - 7:20
**number** [19] - 26:16,
29:2, 29:8, 40:8,
59:19, 60:12, 60:13,
62:17, 70:20, 71:16,
71:22, 78:2, 83:3,
84:1, 85:1, 85:3,
90:11, 95:14, 108:7
**numbered** [1] - 119:9
**numbers** [5] - 30:2,
31:20, 83:5, 102:12,
104:6
**NY** [1] - 4:22

## O

**O'BRIEN'S** [1] - 4:16
**o'clock** [9] - 46:13,
46:14, 52:14, 66:22,
111:20, 112:1, 112:2
**O'KEEFE** [1] - 1:21
**O'ROURKE** [1] - 2:17
**object** [1] - 101:18
**objection** [2] - 88:17,
88:18
**objective** [2] - 84:8,
86:16
**objectives** [1] - 93:20
**obligation** [4] - 84:2,
85:20, 85:23, 89:15

**obligations** [2] - 66:5,
92:9
**obviously** [3] - 16:23,
30:21, 70:22
**occurred** [2] - 61:6,
78:21
**October** [3] - 88:3,
98:3, 112:15
**OF** [13] - 1:1, 1:5,
1:11, 2:7, 2:11, 2:15,
2:16, 2:20, 2:20,
2:23, 7:6, 7:7, 7:10
**off-the-cuff** [1] -
105:18
**offense** [1] - 22:16
**offer** [3] - 35:17,
117:14, 117:17
**offered** [1] - 54:21
**OFFICE** [1] - 2:20
**Office** [1] - 82:24
**office** [5] - 35:20,
35:21, 35:24, 35:25,
75:8, 92:25
**officer** [1] - 92:17
**OFFICIAL** [1] - 6:9
**Official** [2] - 119:5,
119:15
**officials** [2] - 79:9,
79:24
**OFFSHORE** [3] - 3:4,
4:8, 4:17
**often** [1] - 20:3
**OIL** [2] - 1:4, 1:4
**Oil** [2] - 71:25, 90:7
**old** [1] - 102:15
**older** [1] - 14:20
**ON** [1] - 1:5
**on-line** [2] - 24:5, 24:9
**once** [12] - 21:25,
22:7, 27:2, 27:13,
30:8, 49:21, 60:5,
60:22, 80:5, 85:21,
104:1
**ONE** [2] - 4:13, 5:18
**one** [60] - 8:17, 12:21,
17:3, 17:5, 17:16,
18:3, 18:13, 25:19,
28:16, 33:15, 33:16,
33:22, 40:8, 42:21,
44:9, 49:18, 50:4,
50:15, 52:24, 52:25,
53:2, 53:17, 55:10,
55:12, 55:18, 55:20,
56:4, 57:1, 57:6,
57:8, 60:4, 60:6,
60:8, 60:17, 64:13,
66:21, 69:9, 74:1,
76:15, 77:25, 84:25,
86:9, 90:18, 93:14,
93:20, 101:17,

102:4, 102:8, 102:9,
103:20, 104:10,
108:13, 108:22,
108:23, 108:24,
109:5, 109:20, 112:5
**one-by-one** [1] - 77:25
**ones** [1] - 41:5, 47:10,
88:4
**ongoing** [1] - 98:13
**OPA** [1] - 89:22
**open** [2] - 66:12,
113:25
**operating** [3] - 14:21,
15:1, 15:2
**operation** [1] - 99:10
**opportune** [1] - 117:7
**Opportunity** [1] -
105:1
**opportunity** [3] -
57:21, 72:8, 79:3
**opposed** [5] - 33:22,
74:7, 78:1, 104:4,
113:2
**opt** [5] - 39:20, 74:6,
74:7, 74:14, 94:12
**opt-outs** [1] - 39:20
**option** [2] - 78:25,
79:1
**options** [1] - 73:16
**OR** [1] - 7:17
**oranges** [1] - 98:14
**order** [58] - 15:15,
15:20, 16:1, 16:6,
16:9, 16:15, 20:24,
21:7, 22:6, 22:7,
23:22, 24:14, 28:4,
29:1, 29:2, 29:9,
29:11, 30:11, 31:11,
40:2, 40:3, 41:4,
43:7, 47:19, 64:23,
66:4, 72:5, 74:1,
74:2, 74:8, 75:2,
75:24, 77:4, 86:2,
86:3, 86:4, 87:15,
88:4, 90:22, 98:10,
100:14, 101:7,
102:1, 102:13,
102:22, 103:18,
103:25, 108:3,
108:6, 108:7, 109:8,
109:21, 111:7,
114:13, 114:16
**ORDER** [3] - 7:17,
7:20, 8:4
**ORDER**.................[1]
- 7:17
**ordered** [2] - 35:5,
91:13
**orders** [7] - 17:4, 23:2,
91:5, 93:17, 102:24,

103:3, 114:4
**originally** [1] - 83:6
**Orleans** [3] - 53:21,
90:13, 117:21
**ORLEANS** [7] - 1:6,
1:21, 3:7, 3:21, 5:9,
5:15, 6:10
**otherwise** [11] - 10:8,
13:24, 22:25, 51:12,
55:13, 79:4, 82:12,
87:2, 97:14, 97:25,
98:13
**outlying** [1] - 76:19
**outs** [1] - 39:20
**outside** [2] - 18:18,
19:2
**outstanding** [1] -
69:21
**overall** [1] - 47:13
**overarching** [1] - 78:4
**overlap** [1] - 50:3
**overreaching** [1] -
91:3
**owe** [1] - 64:13
**own** [14] - 25:4, 28:24,
36:24, 38:3, 56:21,
75:19, 76:9, 77:5,
77:22, 83:3, 83:25,
96:14, 114:17, 116:7
**owner** [1] - 87:14
**owners** [1] - 104:16
**oyster** [1] - 90:14

## P

**P.M** [1] - 1:7
**p.m** [2] - 92:18, 118:20
**P.O** [2] - 2:13, 2:17
**PACER** [2] - 85:5,
85:11
**page** [1] - 78:20
**PAGE** [1] - 7:3
**pages** [3] - 39:10,
39:11
**paid** [1] - 26:3
**palatable** [1] - 113:1
**parade** [2] - 68:6,
107:5
**paragraph** [1] - 89:17
**parameters** [1] - 59:16
**pardon** [1] - 92:16
**Parish** [2] - 71:9,
71:17
**parish** [2] - 71:13,
71:18
**parishes** [6] - 71:11,
71:19, 72:3, 72:6,
72:7, 79:8
**PARKWAY** [1] - 5:12

**parse** [1] - 56:4
**part** [6] - 49:15, 70:23,
77:12, 79:13,
112:15, 113:11
**partially** [1] - 29:17
**participate** [9] - 50:9,
53:10, 56:18, 56:24,
66:25, 89:18, 95:11,
96:23, 97:25
**particular** [7] - 18:19,
35:13, 36:23, 37:2,
38:3, 64:23, 102:10
**particularized** [1] -
76:13
**particularly** [4] -
72:10, 75:25, 78:1,
113:9
**parties** [28] - 8:22,
9:23, 11:17, 16:3,
17:10, 17:22, 18:10,
18:18, 19:2, 21:3,
21:4, 21:18, 22:3,
29:24, 55:16, 64:3,
72:11, 79:21, 84:5,
95:24, 96:6, 96:23,
100:25, 101:11,
105:16, 108:15,
108:20, 116:13
**parties'** [2] - 16:18,
17:17
**partner** [1] - 67:5
**party** [19] - 9:25, 20:1,
21:13, 21:23, 22:2,
27:2, 27:15, 29:23,
59:7, 59:18, 60:7,
63:20, 84:5, 107:15,
111:14, 112:5,
114:12, 114:22,
116:12
**pass** [2] - 9:2, 10:19
**passes** [1] - 101:18
**passing** [1] - 112:20
**password** [2] - 24:6,
94:1
**past** [1] - 93:12
**path** [1] - 76:18
**patriotic** [1] - 93:3
**PAUL** [1] - 5:4
**Paul** [2] - 68:7, 68:13
**pay** [1] - 85:15
**penalized** [1] - 37:15
**penalty** [1] - 71:10
**pending** [1] - 88:10
**people** [28] - 13:9,
14:7, 22:10, 22:13,
28:5, 31:1, 32:23,
33:21, 38:6, 39:17,
39:19, 42:18, 47:23,
51:8, 60:17, 62:4,
90:16, 93:12, 93:18,

93:19, 94:16, 95:11, 107:17, 109:17, 110:22, 111:2
**people's** [1] - 28:23
**Pepper** [3] - 119:3, 119:13, 119:14
**PEPPER** [1] - 6:9
**per** [1] - 11:13
**perceive** [1] - 82:17
**percent** [2] - 64:25, 95:21
**perception** [2] - 79:9, 91:2
**perfect** [1] - 55:22
**Perfect** [1] - 114:5
**perfectly** [1] - 17:18
**perform** [2] - 86:14, 95:16
**perhaps** [16] - 33:6, 33:13, 37:14, 43:3, 48:2, 51:3, 52:15, 54:6, 72:5, 76:6, 77:8, 84:4, 108:15, 112:10, 112:11, 113:22
**period** [2] - 116:19, 117:22
**permutations** [1] - 105:5
**person** [8] - 8:15, 53:13, 53:14, 53:16, 61:22, 61:23, 67:1, 67:6
**personal** [6] - 52:3, 69:2, 69:3, 69:8, 69:13, 104:7
**persons** [1] - 94:10
**perspective** [2] - 47:13, 79:11
**persuade** [1] - 97:14
**persuaded** [1] - 10:3
**PETER** [1] - 2:12
**PETERSEN** [1] - 5:24
**PETROLEUM** [2] - 4:6, 4:13
**phase** [1] - 42:12
**Phil** [8] - 48:7, 56:15, 57:12, 60:4, 89:9, 89:11, 90:1, 103:11
**Phil's** [1] - 90:3
**PHILLIP** [1] - 3:20
**phone** [9] - 11:3, 11:7, 14:7, 53:11, 62:13, 62:14, 66:25, 67:4, 67:17
**phones** [1] - 11:4
**phonetically** [1] - 33:11
**phrase** [1] - 114:23
**phrased** [1] - 114:16

**pick** [3] - 38:9, 56:4, 91:19
**picture** [2] - 36:9, 88:14
**pictures** [1] - 11:17
**pig** [1] - 21:14
**PIGMAN** [1] - 3:19
**pike** [2] - 63:3, 63:8
**PINHOOK** [1] - 4:14
**place** [1] - 83:8
**PLACE** [1] - 5:8
**places** [1] - 93:24
**plain** [1] - 96:13
**plaintiff** [5] - 55:6, 80:21, 81:19, 81:21, 82:3
**plaintiffless** [2] - 80:6, 80:16
**plaintiffs** [35] - 8:25, 14:22, 21:19, 21:20, 31:10, 31:22, 33:6, 33:12, 33:16, 46:12, 52:18, 57:8, 58:14, 58:23, 61:18, 62:12, 68:15, 69:24, 70:17, 75:11, 80:11, 80:12, 81:4, 81:17, 82:9, 88:6, 89:18, 92:14, 101:18, 103:24, 104:4, 105:10, 105:11, 108:10
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**plaintiffs'** [4] - 34:6, 82:11, 82:19, 83:20
**Plaintiffs'** [5] - 27:6, 36:17, 72:14, 85:19, 86:13
**plan** [4] - 16:21, 47:7, 82:11, 82:20
**planning** [5] - 9:12, 30:9, 65:2, 118:1, 118:3
**plans** [1] - 70:8
**play** [5] - 23:4, 27:11, 35:6, 105:25, 114:5
**players** [1] - 8:20
**pleading** [8] - 98:25, 99:4, 101:8, 114:14, 114:15, 114:23, 114:24
**pleadings** [3] - 80:19, 98:9, 98:15
**PLEADINGS** [1] - 7:16
**pleased** [1] - 67:19
**pled** [1] - 74:9
**podium** [1] - 74:25
**point** [25] - 9:8, 12:6, 27:17, 29:20, 29:21,

34:18, 37:18, 37:19, 43:5, 44:24, 48:12, 50:5, 66:1, 73:10, 80:24, 81:11, 86:11, 90:3, 91:18, 92:24, 97:15, 109:13, 110:5, 116:12
**pointed** [1] - 32:5, 32:18, 100:12
**Points** [2] - 29:3, 29:6
**points** [6] - 24:12, 37:20, 48:8, 75:14, 87:9, 94:9
**political** [3] - 71:23, 77:2, 79:7
**politically** [1] - 77:5
**politics** [1] - 77:7
**Pollution** [2] - 71:25, 90:7
**Pony** [5] - 17:11, 22:4, 22:16, 22:24, 68:2
**position** [6] - 32:10, 34:5, 68:22, 92:5, 92:13, 112:23
**positions** [1] - 105:6
**possibility** [2] - 101:2, 104:3
**possible** [8] - 20:3, 26:7, 44:21, 46:20, 59:15, 61:25, 105:19, 106:9
**possibly** [2] - 47:1, 96:2
**post** [3] - 62:4, 62:5, 107:23
**post-event** [2] - 62:4, 62:5
**posting** [2] - 39:15, 107:20
**POTENTIAL** [1] - 7:6
**potential** [2] - 40:10, 71:24
**Power** [2] - 29:3, 29:6
**POYDRAS** [2] - 3:7, 6:10
**PPFs** [1] - 84:15
**practical** [5] - 27:11, 31:9, 31:20, 53:22, 112:18
**practice** [1] - 94:18
**pre** [2] - 62:3, 62:4
**pre-event** [2] - 62:3, 62:4
**precluded** [2] - 32:12
**preemptively** [1] - 65:15
**prefer** [2] - 23:18, 39:15
**preference** [2] - 52:3, 97:2

**preferred** [1] - 61:19
**prejudice** [2] - 63:25, 77:9
**prejudiced** [1] - 94:11
**prejudicial** [1] - 64:23
**preliminary** [4] - 58:16, 65:2, 108:16, 109:23
**premature** [1] - 96:2
**preparation** [4] - 44:13, 47:16, 55:20, 113:21
**prepare** [2] - 47:20, 56:19
**prepared** [8] - 31:11, 57:11, 60:4, 78:15, 78:19, 91:16, 99:1, 110:11
**preparing** [2] - 55:15, 74:19
**presence** [1] - 108:12
**PRESENT** [1] - 5:14
**present** [2] - 42:22
**presented** [1] - 89:5
**presentment** [3] - 89:21, 89:22, 90:7
**preserve** [1] - 90:22
**press** [1] - 115:4
**presume** [1] - 18:6
**PRETRIAL** [3] - 7:17, 7:19
**pretrial** [23] - 15:15, 15:20, 16:1, 16:6, 16:9, 20:24, 21:7, 29:1, 29:2, 40:2, 40:3, 43:7, 74:8, 88:4, 98:10, 100:14, 107:11, 108:3, 108:7, 109:8, 109:11, 109:21
**pretty** [7] - 47:16, 48:19, 50:25, 54:24, 70:1, 70:19, 76:6, 76:15, 86:24
**preview** [1] - 88:3
**previous** [2] - 102:24, 103:3
**previously** [1] - 91:12
**price** [1] - 83:19
**prima** [1] - 32:15
**priorities** [7] - 40:22, 41:3, 41:4, 42:17, 42:24, 46:3, 48:20
**prioritize** [5] - 22:1, 45:18, 48:9, 48:11, 48:13
**prioritizing** [1] - 27:4
**priority** [19] - 27:1, 29:18, 30:11, 40:13, 40:14, 40:19, 40:20,

40:21, 40:24, 41:9, 41:15, 41:21, 42:7, 42:10, 44:6, 44:12, 48:19, 49:3, 61:15
**private** [5] - 71:10, 72:11, 72:24, 79:21, 83:2
**problem** [38] - 10:18, 13:7, 13:16, 13:25, 14:16, 14:18, 18:12, 18:16, 20:6, 20:7, 20:13, 20:14, 23:12, 24:21, 25:10, 26:8, 30:4, 30:24, 33:20, 36:6, 36:16, 41:14, 49:7, 51:5, 59:24, 73:24, 77:13, 80:15, 85:25, 87:24, 89:6, 89:12, 89:14, 89:21, 89:24, 101:25, 113:20, 115:7
**problems** [9] - 14:1, 14:11, 19:10, 19:13, 33:15, 34:20, 35:10, 65:9, 88:15
**procedural** [2] - 74:15, 96:15
**procedure** [9] - 14:20, 14:21, 14:25, 15:2, 15:4, 15:5, 31:18, 31:21
**procedures** [2] - 95:7, 96:1
**proceed** [4] - 25:21, 61:12, 90:5, 98:18
**proceeding** [1] - 10:9
**PROCEEDINGS** [3] - 1:11, 6:12, 8:1
**proceedings** [5] - 81:11, 88:10, 118:20, 119:9
**process** [8] - 10:1, 13:3, 22:25, 72:15, 79:22, 86:17, 90:18, 96:11
**produce** [6] - 16:17, 29:5, 29:11, 37:3, 37:5, 67:23
**PRODUCED** [1] - 6:12
**produced** [12] - 15:19, 17:5, 21:13, 25:1, 26:12, 29:25, 31:10, 33:4, 36:24, 39:10, 67:22, 67:24
**producing** [5] - 11:16, 16:7, 22:13, 29:23, 37:7
**product** [2] - 84:17, 84:19
**PRODUCTION** [2] -

3:10, 3:13
**production** [12] -
17:13, 29:3, 31:1,
32:18, 36:24, 37:3,
38:25, 39:5, 40:2,
40:4, 67:20, 67:25
**productions** [1] - 17:3
**PRODUCTS** [1] - 3:15
**Professional** [1] -
119:4
**professional** [1] -
71:18
**profile** [1] - 64:10
**PROFILE** [1] - 7:9
**program** [4] - 93:21,
94:7, 94:8, 95:9
**progress** [5] - 11:19,
65:19, 65:20, 65:24,
68:9
**promise** [3] - 40:5,
40:6, 53:12
**promised** [1] - 34:3
**prompted** [1] - 100:6
**proper** [1] - 17:13
**properly** [1] - 99:11
**proposed** [4] - 40:21,
72:14, 74:1, 75:24,
82:11, 82:20, 86:21,
91:14, 91:15, 92:14,
99:18, 100:13,
102:1, 114:4
**proposing** [1] - 18:17
**protect** [2] - 72:10,
72:18
**protective** [1] - 77:4
**proud** [1] - 12:25
**prove** [1] - 115:24
**provide** [3] - 26:16,
41:3, 42:22
**provided** [2] - 17:9,
31:14
**provision** [1] - 80:10
**PSC** [50] - 12:15,
15:16, 17:9, 18:18,
19:15, 19:20, 19:23,
20:2, 20:12, 20:14,
20:19, 21:2, 21:18,
21:23, 22:2, 22:10,
22:20, 23:12, 23:18,
24:7, 24:16, 27:13,
27:17, 34:23, 41:4,
41:9, 41:10, 41:12,
41:20, 42:14, 45:3,
50:13, 52:18, 59:22,
64:20, 68:13, 70:15,
73:6, 73:13, 90:12,
90:20, 93:10, 95:16,
96:19, 98:23, 99:3,
99:19, 116:5
**PSC's** [5] - 28:17,

34:19, 47:10, 56:12,
57:2
**PTO** [8] - 29:17, 66:5,
76:2, 76:3, 76:16,
83:9, 102:20, 105:7
**PTO's** [2] - 102:10,
102:15
**PTSD** [1] - 68:15
**public** [6] - 10:21,
79:24, 91:2, 91:12,
93:25, 96:7
**publicizing** [2] - 91:4,
92:10
**publish** [3] - 88:23,
89:15, 89:16
**published** [2] - 94:23,
109:8
**publishing** [1] -
107:14
**pull** [1] - 12:22
**purpose** [1] - 49:23
**purposes** [10] - 44:13,
58:4, 58:6, 60:22,
68:17, 84:8, 84:10,
93:22, 101:7, 115:15
**pursuant** [2] - 43:7,
87:15
**push** [1] - 52:12
**put** [28] - 11:4, 20:15,
22:9, 24:2, 31:24,
36:8, 44:11, 48:10,
50:13, 54:20, 56:21,
64:4, 64:11, 66:1,
74:20, 74:25, 88:20,
93:6, 102:1, 104:5,
105:24, 106:19,
107:1, 107:19,
108:13, 113:19,
116:8, 117:10
**putative** [1] - 87:22
**putting** [6] - 26:4,
36:12, 48:20, 75:2,
105:13, 112:8

# Q

**quagmire** [1] - 74:16
**quandary** [1] - 27:8
**questioning** [2] -
17:19, 34:14
**questions** [9] - 15:4,
18:20, 18:23, 19:16,
19:20, 19:24, 73:1,
73:7, 95:14
**quick** [6] - 8:15, 10:1,
22:25, 34:7, 34:10,
49:1
**quickest** [1] - 36:18
**quickly** [3] - 61:10,

68:11, 109:4
**QUIP** [1] - 5:11
**quite** [6] - 32:19,
69:16, 77:25, 92:3,
96:5, 100:9
**quote** [1] - 90:4

# R

**radar** [3] - 11:21,
74:20, 108:14
**radio** [2] - 91:15,
94:23
**raise** [6] - 56:20, 60:6,
74:11, 74:17, 80:22,
89:24
**raised** [2] - 15:13,
116:19
**raises** [1] - 104:12
**raising** [2] - 32:12,
116:2
**ran** [2] - 40:13, 65:16
**rather** [15] - 11:16,
11:24, 43:21, 51:21,
51:23, 54:7, 55:8,
56:6, 60:19, 66:21,
66:22, 72:25, 88:17,
118:6
**raw** [1] - 11:16
**RD** [1] - 4:14
**RE** [1] - 1:4
**reach** [1] - 36:25
**reached** [1] - 62:17
**reaction** [3] - 18:19,
42:1, 105:19
**read** [5] - 16:17,
23:22, 24:2, 74:5,
114:13
**reads** [1] - 92:19
**ready** [3] - 11:22,
42:12, 47:15
**real** [3] - 54:8, 84:18,
113:20
**reality** [2] - 21:6, 27:11
**really** [31] - 13:2,
20:16, 21:12, 21:21,
24:12, 26:21, 29:17,
30:4, 30:13, 34:16,
38:3, 47:14, 57:11,
57:17, 59:23, 62:10,
63:25, 64:1, 64:2,
68:11, 72:2, 82:14,
86:9, 97:18, 102:5,
102:9, 104:15,
105:3, 113:6,
114:18, 117:17
**REALTIME** [1] - 6:9
**Realtime** [1] - 119:3
**reason** [11] - 47:25,

52:6, 66:25, 74:11,
76:10, 76:21, 82:20,
82:25, 83:1, 86:19,
106:21
**reasonable** [1] - 36:3
**reasons** [4] - 34:20,
88:1, 99:23, 104:23
**rec** [1] - 85:3
**receipt** [1] - 31:16
**receive** [1] - 30:21
**received** [4] - 30:18,
30:19, 34:13, 92:17
**receiving** [1] - 41:11
**recent** [1] - 16:15
**recently** [3] - 26:12,
90:12, 109:15
**recertify** [1] - 48:17
**recess** [1] - 81:12
**rechanging** [1] -
102:14
**recognize** [1] - 80:23
**recognizing** [1] -
73:22
**recopying** [1] - 29:19
**record** [7] - 22:18,
85:12, 95:24,
106:20, 107:23,
116:11, 119:9
**RECORDED** [1] - 6:12
**rectified** [1] - 94:6
**redefined** [1] - 105:8
**reducing** [2] - 75:15,
75:16
**refer** [2] - 84:9, 107:17
**reference** [6] - 83:3,
84:1, 99:15, 99:20,
102:12, 104:6
**references** [1] - 103:2
**referred** [1] - 102:11
**referring** [2] - 38:22,
70:1
**refine** [1] - 65:4
**reflect** [1] - 115:4
**reflected** [1] - 115:4
**regard** [8] - 15:6,
31:15, 32:4, 33:10,
57:22, 69:18, 75:2,
75:3
**regarding** [5] - 65:9,
66:3, 66:4, 77:16,
86:7
**regardless** [1] - 97:23
**Registered** [2] -
119:3, 119:4
**regularly** [1] - 71:19
**related** [2] - 79:12,
81:6
**relates** [2] - 17:1,
103:17
**RELATES** [1] - 1:8

**relating** [1] - 99:14
**relative** [2] - 49:13,
96:20
**relevant** [1] - 19:25
**relied** [1] - 48:9
**relieved** [1] - 84:1,
85:19
**remainder** [1] - 19:20
**remedial** [1] - 22:24
**remedy** [1] - 91:4
**remember** [3] - 13:18,
47:18, 83:1
**reminder** [1] - 114:3
**remote** [1] - 23:3
**removal** [1] - 72:13
**removed** [1] - 24:11
**repeat** [1] - 15:24
**report** [8] - 9:15,
10:14, 11:18, 29:14,
31:24, 39:1, 64:21,
82:22
**reported** [2] - 9:10,
92:4
**Reporter** [6] - 119:3,
119:4, 119:5, 119:15
**REPORTER** [2] - 6:9,
6:9
**REPORTER'S** [1] -
119:1
**reporters** [2] - 52:25,
53:5
**reporting** [2] - 52:24,
112:19
**reports** [4] - 12:9,
47:20, 113:10,
113:21
**represent** [7] - 70:23,
71:9, 71:10, 71:11,
72:6, 79:7, 79:13
**represented** [1] -
116:15
**representing** [4] -
69:2, 70:23, 71:7,
73:21
**represents** [1] -
116:14
**republish** [1] - 89:1
**republishing** [1] -
87:18
**request** [7] - 23:21,
66:1, 68:25, 69:12,
101:14, 103:16,
103:20
**requested** [1] - 41:9
**requesting** [4] - 21:23,
22:2, 27:2, 95:9
**requests** [1] - 32:25
**require** [2] - 23:23,
112:7
**required** [2] - 78:9,

94:1
**requirements** [3] - 66:5, 90:5, 90:7
**requires** [1] - 29:2
**requiring** [1] - 112:6
**reservation** [1] - 57:6
**reservations** [2] - 57:4, 77:3
**reserve** [2] - 48:14, 58:18
**resolution** [3] - 23:8, 100:23, 100:24
**resolve** [2] - 15:3, 114:10
**resolved** [2] - 80:6, 85:1
**resource** [2] - 93:16, 93:18
**resources** [1] - 21:15
**respect** [10] - 37:22, 62:16, 76:8, 82:18, 95:20, 95:23, 96:4, 102:24, 112:22, 112:23
**respond** [6] - 60:10, 74:23, 77:23, 78:10, 82:16, 114:11
**responder** [1] - 105:7
**responders** [1] - 103:17
**responding** [1] - 76:4
**response** [4] - 42:3, 73:22, 76:11, 83:21
**RESPONSE** [1] - 4:16
**responsibility** [2] - 24:17, 83:10
**responsible** [1] - 86:13
**RESPONSIVE** [1] - 7:16
**responsive** [4] - 80:19, 98:9, 98:25, 101:8
**restate** [1] - 108:3
**retain** [1] - 92:21
**returning** [1] - 54:24
**revenue** [1] - 72:23
**revenues** [1] - 72:12
**review** [2] - 37:10, 50:1
**revised** [1] - 104:1
**revisions** [1] - 44:22
**revisit** [1] - 38:13
**Rex** [2] - 40:23, 41:8
**RICO** [1] - 99:21
**RIG** [1] - 1:4
**rights** [8] - 58:18, 72:8, 72:10, 72:18, 77:9, 90:22, 94:11, 96:15

**rise** [2] - 8:7, 56:15
**RMR** [2] - 6:9, 119:14
**road** [2] - 9:19, 37:13
**Robert** [2] - 12:15, 41:20
**ROBERT** [1] - 1:24
**role** [1] - 9:1
**roll** [2] - 19:25, 111:14
**rolling** [1] - 37:5
**RONQUILLO** [2] - 3:23, 4:3
**ROOM** [2] - 2:9, 6:10
**room** [6] - 47:14, 53:18, 90:21, 106:4, 117:15
**rooms** [1] - 117:2
**ROSE** [1] - 6:6
**round** [1] - 58:21
**Roy** [13] - 8:12, 22:18, 28:13, 32:19, 32:23, 33:8, 35:1, 38:3, 81:7, 82:19, 86:21, 109:7, 111:25
**ROY** [16] - 1:16, 1:17, 8:10, 22:18, 23:7, 32:23, 35:2, 35:5, 54:15, 54:22, 86:2, 87:4, 90:3, 91:25, 111:24, 116:4
**Roy's** [1] - 27:24
**Rule** [13] - 76:13, 87:11
**rule** [18] - 87:24, 88:12, 88:17, 88:18, 94:8, 94:13, 94:14, 95:6, 95:25, 96:4, 99:10, 99:11
**Rules** [1] - 92:9
**rules** [4] - 37:13, 92:12, 110:23, 110:25
**rumblings** [1] - 9:14
**run** [1] - 65:4
**running** [1] - 65:2
**Russia** [1] - 110:8

## S

**s/Cathy** [1] - 119:13
**SALLY** [1] - 1:11
**SAN** [2] - 2:5, 2:10
**sat** [1] - 92:18
**satisfaction** [1] - 80:7
**satisfied** [2] - 65:20, 85:6
**Saturday** [1] - 28:17
**Saudi** [1] - 110:8
**save** [1] - 91:19
**saw** [1] - 16:13
**schedule** [8] - 12:23,

21:4, 44:24, 61:8, 69:11, 87:8, 95:6, 99:20
**scheduled** [8] - 14:14, 38:10, 38:14, 48:18, 61:21, 96:25, 107:24
**SCHEDULING** [1] - 7:11
**scheduling** [5] - 15:25, 58:2, 61:13, 61:16, 68:7
**SCOFIELD** [1] - 5:21
**screen** [2] - 11:21, 74:21
**script** [1] - 117:11
**se** [1] - 11:13
**SEACOR** [6] - 4:17, 4:17, 4:18, 4:18, 4:19, 4:19
**search** [6] - 64:25, 65:14, 65:16, 85:10, 85:11, 85:16
**searched** [1] - 85:9
**searches** [1] - 65:4
**SEATTLE** [1] - 5:5
**second** [6] - 20:10, 34:9, 48:12, 73:9, 89:17, 115:10
**SECOND** [1] - 5:4
**secondly** [1] - 31:15
**seconds** [1] - 98:19
**SECTION** [1] - 2:16
**security** [2] - 25:13, 25:14
**see** [27] - 8:14, 18:20, 22:13, 27:8, 27:19, 32:10, 33:5, 34:16, 42:23, 46:8, 47:12, 51:20, 54:10, 54:13, 57:18, 57:21, 63:2, 63:11, 66:25, 68:6, 97:18, 100:4, 103:11, 105:24, 109:17, 115:10, 117:9
**seek** [3] - 16:3, 99:8, 102:18
**seeking** [2] - 91:13, 100:25
**seem** [6] - 13:9, 62:5, 74:17, 84:10, 85:24, 112:17
**Senator** [3] - 92:19, 93:1, 93:2
**send** [11] - 10:16, 21:25, 22:7, 27:12, 28:4, 29:10, 29:24, 68:2, 68:3, 114:3, 114:4
**sense** [9] - 50:5, 55:3,

55:24, 56:1, 58:7, 59:12, 78:12, 84:4, 101:8
**senses** [1] - 49:19
**sent** [9] - 20:18, 22:23, 28:16, 28:18, 30:2, 30:3, 38:23, 45:3, 82:13
**separate** [18] - 24:16, 58:19, 62:19, 62:24, 63:4, 63:5, 64:5, 69:1, 69:18, 75:18, 79:15, 80:10, 96:21, 96:24, 98:16, 102:13, 102:22
**September** [3] - 98:15, 112:12, 113:15
**serious** [1] - 87:2
**seriously** [1] - 86:3
**serve** [3] - 24:15, 83:4, 85:20
**served** [4] - 70:2, 83:6, 83:16, 83:18
**service** [8] - 83:8, 84:2, 84:22, 86:20, 97:16, 97:18, 104:16, 112:6
**SERVICES** [1] - 3:23
**services** [1] - 72:13
**serving** [3] - 69:22, 83:11, 85:5
**session** [3] - 28:23, 38:25, 40:8
**set** [10] - 12:17, 20:25, 56:13, 57:8, 63:22, 88:11, 95:13, 101:19, 109:1, 109:5
**setting** [1] - 24:5
**seven** [2] - 14:24, 29:22
**seven-and-a-half** [1] - 14:24
**several** [5] - 71:11, 71:13, 71:19, 72:24, 82:10
**SEVIN** [1] - 5:25
**shame** [1] - 35:9
**shape** [1] - 107:12
**share** [1] - 86:25
**shared** [1] - 68:13
**sharing** [2] - 84:16, 84:19
**SHAW** [1] - 5:14
**sheet** [1] - 39:22
**shipowner** [2] - 87:14, 87:17
**shipowners'** [1] - 87:19
**shock** [1] - 40:10
**shocked** [2] - 42:1,

44:2
**shoe** [1] - 22:12
**shop** [1] - 114:17
**short** [25] - 70:18, 72:25, 78:18, 81:14, 81:20, 82:1, 83:3, 83:6, 83:9, 83:11, 84:22, 85:21, 86:7, 87:23, 91:13, 93:17, 102:11, 102:20, 102:24, 103:3, 103:25, 104:8, 105:12, 107:1
**Short** [1] - 82:21
**shortcut** [1] - 48:1
**shortened** [3] - 51:1, 51:2
**shorter** [1] - 43:3
**shot** [1] - 18:3
**show** [1] - 67:6
**showing** [1] - 32:6
**shown** [2] - 16:2, 32:7
**shrink** [2] - 44:8, 59:23
**Shrove** [1] - 54:14
**shrunk** [4] - 42:8, 42:9, 42:10, 50:3
**SHUSHAN** [1] - 1:11
**side** [9] - 17:18, 26:13, 27:18, 33:22, 34:6, 66:11, 67:8, 84:11, 100:5
**sides** [1] - 13:2
**SIEMENS** [1] - 4:20
**SIERRA** [1] - 7:18
**Sierra** [1] - 107:4
**sifting** [1] - 26:4
**sign** [2] - 27:19, 34:23
**signed** [3] - 23:2, 75:4, 111:8
**similar** [6] - 72:11, 72:21, 72:22, 72:23, 73:8, 73:17
**simple** [1] - 115:10
**simply** [2] - 25:25, 80:18
**simultaneously** [2] - 35:25, 45:12
**single** [1] - 19:12
**site** [15] - 27:18, 27:20, 36:24, 37:14, 37:25, 38:6, 39:15, 39:21, 93:16, 93:25, 94:1, 95:13, 107:15, 107:17
**situation** [2] - 72:21, 78:2
**six** [8] - 20:24, 31:23, 32:1, 32:2, 32:14, 37:24, 43:8, 64:12

**sixth** [1] - 21:2
**skip** [1] - 39:22
**sliced** [1] - 82:1
**sliding** [2] - 46:1, 46:7
**slight** [1] - 18:12
**slightest** [1] - 113:6
**slotted** [1] - 56:5
**slow** [1] - 65:25
**slower** [2] - 24:9, 65:19
**slowing** [1] - 10:5
**small** [2] - 47:11, 91:1
**smooth** [1] - 13:3
**smorgasbord** [1] - 69:5
**SNAFU** [2] - 70:1, 70:9
**snap** [1] - 27:9
**so..** [1] - 36:14
**sole** [1] - 9:1
**solicitation** [1] - 89:4
**solution** [1] - 99:18
**solvable** [1] - 53:24
**solve** [2] - 35:18, 115:7
**solved** [1] - 36:6
**someone** [3] - 13:12, 19:23, 37:13
**sometimes** [1] - 9:23
**somewhat** [3] - 51:2, 89:24, 93:11
**soon** [6] - 35:23, 44:4, 46:20, 50:25, 106:9, 117:15
**sooner** [3] - 11:16, 11:24, 55:8
**sorry** [7] - 11:9, 28:1, 64:11, 65:9, 77:18, 100:17, 118:15
**sort** [7] - 14:23, 24:11, 24:16, 48:9, 73:12, 77:14, 87:16
**sorted** [1] - 85:9
**sorting** [1] - 26:4
**sought** [1] - 15:24
**sound** [2] - 39:6, 77:25
**sounded** [1] - 111:22
**sounds** [3] - 48:19, 67:13, 113:22
**sovereign** [1] - 35:22
**space** [2] - 52:23, 53:5
**spare** [1] - 54:21
**speaking** [5] - 24:22, 30:19, 50:8, 73:18, 76:25
**specialty** [1] - 10:11
**specific** [4] - 19:15, 19:16, 77:24, 102:11
**specifics** [1] - 65:24

**spelled** [1] - 33:10
**spend** [3] - 46:7, 91:2, 107:3
**spent** [2] - 22:21, 42:5
**SPILL** [1] - 1:4
**spirit** [2] - 8:24, 13:1
**spoken** [1] - 70:15
**spot** [1] - 91:14
**spots** [2] - 91:15, 94:24
**spread** [1] - 47:4
**spreadsheets** [1] - 29:6
**ST** [2] - 5:8, 5:9
**St** [3] - 70:16, 71:12
**staff** [4] - 92:18, 93:2, 95:15, 111:10
**stage** [1] - 57:10
**stakeholders** [3] - 27:1, 27:9, 38:2
**stall** [1] - 99:24
**stand** [1] - 8:15
**standards** [3] - 95:1, 96:4, 96:10
**standing** [4] - 15:10, 82:3, 88:25, 89:13
**standpoint** [3] - 8:10, 68:15, 74:12
**stands** [2] - 12:3, 16:6
**start** [15] - 8:14, 8:20, 12:10, 15:25, 25:11, 37:7, 46:2, 46:4, 46:7, 52:13, 61:16, 64:22, 86:23, 110:9, 111:23
**started** [6] - 27:1, 38:2, 77:15, 82:21, 100:7, 111:18
**starting** [1] - 40:23, 41:6
**starts** [2] - 26:3, 117:1
**State** [22] - 18:5, 18:12, 18:22, 19:8, 19:12, 19:17, 20:6, 23:9, 23:11, 23:15, 23:17, 24:15, 35:13, 71:12, 71:21, 72:20, 79:16, 79:17, 103:7, 119:5
**state** [11] - 18:15, 18:17, 20:9, 25:25, 35:13, 71:23, 73:2, 73:5, 79:14, 106:20
**STATE** [3] - 2:20, 2:20, 2:23
**STATES** [3] - 1:1, 1:12, 2:15
**states** [30] - 18:6, 18:7, 19:11, 20:7, 20:12, 20:15, 20:19,

21:18, 23:4, 23:21, 23:24, 24:4, 24:6, 24:9, 24:18, 25:3, 25:15, 25:19, 41:12, 45:4, 46:13, 48:25, 50:9, 52:19, 70:24, 71:1, 72:16, 73:8, 73:9, 79:21
**States** [7] - 20:15, 23:6, 79:19, 79:22, 92:19, 119:6, 119:16
**states'** [6] - 18:13, 18:22, 19:9, 20:1, 23:14, 23:22
**station** [1] - 104:16
**statistics** [2] - 39:4, 39:9
**STATUS** [2] - 1:11, 7:10
**status** [2] - 64:16, 72:4
**stay** [3] - 41:18, 77:11, 117:15
**stayed** [6] - 74:10, 74:24, 76:6, 76:11, 77:19, 78:8
**staying** [2] - 80:18, 80:19
**steal** [1] - 66:6
**stealth** [1] - 95:25
**Steering** [5] - 27:6, 36:17, 72:15, 85:19, 86:13
**STEFANIE** [1] - 3:24
**STENOGRAPHY** [1] - 6:12
**step** [2] - 77:17, 78:6
**STEPHEN** [1] - 1:20
**steps** [1] - 24:11
**Sterbcow** [3] - 31:9, 33:9, 68:7
**Steve** [24] - 16:21, 45:4, 55:9, 56:7, 56:11, 58:14, 58:23, 62:12, 62:14, 64:4, 69:24, 70:17, 75:11, 76:21, 77:10, 78:5, 81:3, 82:9, 96:22, 98:9, 100:13, 104:18, 108:10, 109:5
**Steve's** [1] - 98:22
**STEVEN** [1] - 2:17
**stick** [1] - 104:10
**still** [20] - 10:8, 11:19, 11:20, 11:22, 51:8, 51:14, 62:13, 62:14, 65:19, 66:12, 75:14, 75:16, 75:20, 78:2, 79:22, 97:13,

100:22, 112:13, 113:1
**stipulation** [5] - 62:17, 77:15, 80:10, 96:19, 109:11
**stock** [1] - 34:24
**stone** [1] - 49:18
**STONE** [1] - 3:19
**stones** [1] - 9:22
**stop** [1] - 81:8
**STRADLEY** [1] - 5:17
**straighten** [1] - 101:6
**Strange** [1] - 71:1
**STREET** [12] - 1:18, 1:24, 2:4, 2:25, 3:7, 3:21, 3:25, 4:9, 5:15, 5:18, 5:21, 6:10
**street** [1] - 35:21
**striking** [1] - 88:21
**strongly** [2] - 26:10, 116:7
**structure** [1] - 73:2
**stuff** [10] - 8:20, 77:3, 84:17, 87:20, 88:21, 99:2, 108:1, 117:1, 117:3, 118:16
**subdivisions** [3] - 71:23, 77:2, 79:8
**subject** [5] - 16:25, 36:23, 44:25, 76:22, 100:9
**submit** [2] - 25:15, 86:4
**submitted** [2] - 75:2, 103:25
**subpoenas** [1] - 69:22
**SUBPOENAS..............
............................
..** [1] - 7:12
**subsequent** [1] - 102:25
**substance** [1] - 86:10
**sue** [1] - 87:23
**sued** [2] - 63:18, 63:19
**sugar** [1] - 9:3
**suggest** [8] - 15:3, 32:1, 32:3, 32:13, 69:6, 100:1, 100:2, 107:22
**suggested** [4] - 43:2, 77:10, 80:19, 84:4
**suggesting** [4] - 22:15, 45:13, 60:24, 112:20
**suggestion** [8] - 30:25, 44:15, 70:5, 72:5, 101:4, 111:15, 117:5, 118:5
**suggestions** [3] - 13:20, 80:17, 95:22

**suit** [2] - 71:8, 77:5
**SUITE** [5] - 2:4, 3:25, 4:4, 4:14, 5:21
**summer** [1] - 37:23
**superficial** [1] - 105:18
**supersede** [2] - 102:23, 103:2
**superseded** [2] - 80:9, 102:14
**superseding** [1] - 80:14
**supplement** [2] - 87:16, 103:1
**supplemental** [2] - 67:20, 67:25
**SUPPORT** [1] - 4:12
**supposed** [2] - 66:8, 106:11
**surprisingly** [1] - 92:22
**surveys** [1] - 91:2
**suspect** [2] - 26:10, 117:7
**suspended** [1] - 88:10
**suspending** [1] - 88:6
**SWACO** [1] - 65:18
**sweet** [1] - 9:4
**sweeten** [1] - 9:3
**swimmingly** [1] - 65:14
**switch** [1] - 67:17
**sworn** [3] - 44:10, 44:13, 47:22
**system** [2] - 24:5, 35:3

## T

**table** [1] - 18:25
**taker** [1] - 62:6
**Tammany** [1] - 71:12
**target** [1] - 33:3
**task** [2] - 50:4, 69:19
**taste** [1] - 9:3
**tax** [2] - 72:12, 72:23
**TAYLOR** [1] - 5:4
**team** [4] - 26:9, 26:17, 47:4, 63:4
**technical** [1] - 113:8
**Ted** [2] - 103:12, 103:13
**telephone** [1] - 32:23
**ten** [1] - 65:2
**tend** [2] - 9:13, 9:14
**tendered** [1] - 114:24
**tenders** [1] - 55:2
**tenfold** [1] - 59:17
**tenor** [1] - 106:3
**tentative** [1] - 100:23

**term** [2] - 65:14, 104:14

**terms** [15] - 14:19, 20:22, 39:4, 41:2, 41:11, 53:20, 64:25, 65:1, 65:16, 72:12, 75:25, 76:13, 80:16, 80:19, 92:9

**testify** [2] - 57:21, 109:22

**testifying** [1] - 50:2

**testimony** [7] - 16:6, 44:10, 44:14, 47:22, 49:17, 49:18, 60:16

**testing** [4] - 8:15, 10:1, 11:12, 11:13

**TESTING** [1] - 7:5

**TEXAS** [3] - 3:25, 4:4, 5:12

**text** [3] - 91:14, 94:23

**Thanksgiving** [1] - 113:13

**that1** [1] - 118:3

**THE** [284] - 1:4, 1:5, 1:11, 1:23, 2:7, 2:15, 2:20, 2:23, 7:10, 7:16, 7:18, 8:7, 8:8, 8:12, 8:19, 8:22, 9:5, 9:18, 10:8, 10:15, 10:22, 10:25, 11:3, 11:8, 12:4, 12:8, 12:14, 13:4, 13:10, 13:17, 13:24, 14:4, 14:6, 15:10, 18:2, 18:15, 19:4, 19:6, 22:15, 23:6, 23:8, 24:20, 25:5, 25:9, 25:20, 25:23, 26:7, 26:21, 27:4, 27:16, 28:1, 28:7, 28:10, 28:13, 28:25, 29:13, 30:14, 32:3, 32:22, 33:1, 33:15, 33:20, 34:18, 34:22, 35:4, 35:8, 35:12, 35:16, 35:19, 36:5, 36:15, 36:19, 37:19, 38:8, 38:14, 38:18, 38:22, 39:6, 39:9, 39:13, 39:19, 39:24, 40:5, 40:17, 41:7, 41:14, 41:17, 41:19, 41:24, 42:8, 42:19, 43:11, 43:19, 43:22, 43:25, 44:2, 44:16, 44:21, 45:11, 45:24, 46:16, 46:20, 46:23, 47:5, 47:8, 47:18, 47:22, 48:16, 48:24, 49:6, 49:11, 49:24, 50:12,

50:17, 50:19, 51:5, 51:16, 51:18, 52:1, 52:4, 53:4, 53:8, 53:15, 53:25, 54:3, 54:10, 54:12, 54:18, 55:5, 55:20, 55:23, 56:3, 56:10, 56:21, 56:24, 57:6, 57:12, 57:18, 58:1, 58:9, 58:13, 58:20, 59:1, 59:6, 59:11, 59:21, 60:11, 60:15, 60:19, 61:1, 61:14, 61:23, 62:21, 63:1, 63:7, 63:12, 63:16, 64:2, 64:7, 64:10, 64:16, 65:10, 66:9, 66:13, 66:15, 66:24, 67:4, 67:11, 67:14, 68:1, 68:4, 68:18, 68:21, 69:4, 69:6, 69:14, 69:20, 70:7, 70:9, 70:14, 72:19, 73:19, 75:6, 75:10, 76:21, 77:10, 78:11, 78:18, 80:1, 80:24, 81:8, 81:13, 81:20, 81:24, 82:5, 82:8, 84:12, 84:20, 85:3, 85:18, 86:1, 86:4, 86:23, 87:13, 88:16, 88:24, 89:3, 89:7, 90:1, 91:21, 92:6, 92:15, 92:23, 93:1, 93:5, 96:16, 97:10, 97:23, 98:3, 98:7, 98:16, 98:21, 99:6, 100:1, 100:4, 100:11, 100:17, 100:19, 101:10, 101:19, 101:25, 102:7, 103:6, 103:8, 103:11, 103:13, 103:21, 104:12, 104:20, 105:23, 106:6, 106:9, 106:13, 106:17, 106:22, 107:1, 107:8, 108:5, 108:6, 109:1, 109:9, 109:15, 110:3, 110:15, 110:18, 110:20, 110:25, 111:4, 111:7, 111:12, 111:18, 111:21, 112:2, 113:4, 113:18, 113:25, 114:2, 114:18, 114:20, 115:7, 115:13, 115:16, 115:25,

116:2, 116:16, 116:25, 117:9, 117:17, 117:20, 118:5, 118:9, 118:12, 118:13, 118:15

**theirs** [7] - 45:14, 45:15, 45:16, 45:20, 45:21, 46:12, 46:14

**themselves** [5] - 13:1, 20:15, 101:6, 113:3, 116:10

**THEODORE** [1] - 4:21

**therefore** [1] - 80:11

**they've** [5] - 10:2, 27:19, 37:15, 59:15, 87:1

**thinking** [13] - 9:24, 45:15, 49:20, 59:1, 61:14, 75:25, 82:5, 84:14, 107:14, 108:23, 109:3, 112:10, 113:15

**thinks** [1] - 33:25

**third** [6] - 15:24, 59:7, 59:18, 84:5, 114:12, 114:22

**third-party** [5] - 59:7, 59:18, 84:5, 114:12, 114:22

**THIS** [1] - 1:8

**thoughts** [3] - 62:1, 63:14, 100:5

**three** [9] - 43:11, 43:23, 43:24, 44:10, 53:6, 54:6, 81:5, 81:6, 104:13

**throw** [3] - 9:22, 60:14, 66:21

**thunder** [1] - 66:6

**Thursday** [5] - 14:15, 45:21, 46:16, 46:21, 117:1

**timeline** [10] - 107:11, 107:15, 107:16, 107:20, 108:14, 109:3, 109:8, 109:9, 112:4, 112:25

**TIMELINE** .................. ................... [1] - 7:19

**timely** [2] - 17:5, 30:22

**timetable** [1] - 30:17

**timing** [3] - 17:15, 34:5, 73:10

**TO** [5] - 1:8, 7:16, 7:18, 8:4, 89:14

**today** [22] - 15:3, 18:13, 19:14, 25:9, 36:11, 38:24, 43:2,

47:3, 48:4, 48:5, 51:10, 61:15, 65:1, 65:23, 70:18, 92:18, 98:11, 98:24, 106:14, 108:7, 110:11

**together** [17] - 26:4, 33:16, 36:3, 43:18, 44:23, 46:6, 48:10, 48:20, 50:13, 50:25, 51:14, 62:5, 62:8, 65:4, 73:11, 112:8, 117:11

**tomorrow** [1] - 65:1

**tongue** [1] - 22:16

**tons** [2] - 55:15

**took** [6] - 25:4, 31:12, 41:11, 47:9, 52:11, 78:6

**top** [3] - 46:3, 55:9, 64:22

**topic** [5] - 11:11, 13:10, 55:4, 56:5, 57:2

**topics** [2] - 55:25, 56:11

**TORTS** [2] - 2:8, 2:12

**total** [2] - 42:14, 52:10

**totally** [2] - 52:16, 102:7

**touchy** [2] - 25:9

**towards** [3] - 63:23, 64:7, 76:18

**town** [3] - 54:17, 54:20, 116:22

**track** [11] - 13:11, 13:13, 13:15, 62:11, 63:5, 63:9, 64:5, 64:11, 79:14, 96:21, 96:24

**TRACK** ..................... .. [1] - 7:8

**tracked** [1] - 62:24

**tracking** [3] - 30:2, 42:15

**tracks** [6] - 43:9, 43:17, 52:21, 53:4, 53:6, 53:9

**trading** [2] - 13:8, 51:13

**traffic** [3] - 15:12, 16:13, 16:17

**trained** [1] - 35:3

**TRANSCRIPT** [2] - 1:11, 6:12

**transcript** [2] - 40:20, 119:8

**transferred** [2] - 92:11, 115:12

**transitioned** [1] - 38:4

**translation** [1] - 97:17

**transmit** [1] - 44:5

**TRANSOCEAN** [4] - 3:3, 3:3, 3:5, 7:11

**Transocean** [19] - 11:7, 14:9, 14:11, 17:11, 27:7, 30:16, 31:18, 39:11, 61:5, 62:16, 65:11, 65:20, 67:19, 68:7, 68:8, 88:22, 90:22, 96:20, 115:11

**Transocean's** [5] - 29:5, 29:14, 68:15, 89:15, 115:11

**travel** [1] - 54:19

**traveling** [1] - 118:16

**treat** [1] - 97:3

**treated** [1] - 74:22

**treatment** [1] - 36:23

**treats** [1] - 74:3

**tremendous** [2] - 93:16, 93:18

**trial** [15] - 47:15, 55:14, 55:21, 58:18, 59:25, 93:23, 95:3, 95:5, 95:10, 108:17, 108:21, 109:16, 109:22, 112:5, 112:20

**trials** [1] - 73:10

**tried** [1] - 114:9

**trouble** [2] - 37:9, 117:22

**troubled** [1] - 36:22

**true** [3] - 35:1, 81:23, 119:7

**trusts** [1] - 36:7

**truth** [1] - 96:13

**try** [22] - 10:13, 10:17, 16:3, 16:18, 32:8, 32:25, 33:1, 33:23, 34:4, 35:23, 44:22, 46:6, 54:20, 56:4, 59:9, 59:22, 64:21, 68:22, 70:3, 99:16, 106:1, 114:4

**trying** [16] - 10:18, 25:14, 40:7, 45:25, 47:18, 53:22, 58:1, 59:24, 60:2, 91:21, 92:25, 97:14, 99:24, 115:19, 115:24, 116:20, 117:2

**TSEKERIDES** [4] - 4:21, 103:12, 103:14, 103:22

**Tsekerides** [1] - 103:12

**Tuesday** [11] - 17:16,

28:19, 30:20, 45:21,
46:14, 47:1, 49:5,
54:8, 116:25, 117:22
**turn** [2] - 67:23, 93:13
**turnaround** [1] - 28:10
**TV** [2] - 91:14, 94:23
**twice** [1] - 57:19
**two** [38] - 9:11, 12:21,
14:15, 15:23, 16:10,
16:17, 16:19, 17:16,
17:23, 18:8, 18:11,
18:18, 18:20, 18:24,
24:11, 26:5, 28:20,
34:12, 43:9, 44:10,
47:15, 48:4, 49:18,
52:9, 52:19, 53:4,
53:8, 54:13, 75:14,
83:22, 94:9, 98:16,
102:3, 104:15,
107:10, 109:19,
109:20, 112:12
**two-and-a-half** [1] -
54:13
**two-day** [1] - 43:9
**two-hour** [1] - 18:24
**TX** [2] - 5:19, 5:22
**type** [2] - 42:20,
108:16
**types** [3] - 73:8, 79:9,
104:4
**typically** [1] - 43:21

### U

**U.S** [12] - 2:7, 2:11,
2:16, 5:7, 11:25,
14:23, 16:12, 20:19,
46:25, 100:21,
101:1, 101:2
**ultimately** [1] - 103:25
**under** [15] - 14:20,
14:25, 15:1, 15:2,
31:21, 57:25, 71:24,
73:2, 77:23, 83:8,
85:10, 90:24, 92:9,
96:7, 99:11
**UNDERHILL** [26] - 2:8,
8:17, 8:20, 8:24, 9:6,
9:20, 10:10, 10:20,
10:23, 11:2, 11:25,
16:11, 25:24, 26:8,
35:18, 35:20, 36:7,
46:24, 47:6, 47:9,
47:21, 54:21, 107:6,
117:5, 117:14,
117:19
**Underhill** [17] - 8:14,
11:14, 11:25, 16:11,
19:22, 20:11, 25:24,

28:14, 35:19, 36:16,
46:23, 46:25, 49:4,
49:6, 50:8, 107:6,
113:9
**underlying** [3] - 80:9,
80:11, 80:18
**underneath** [1] -
80:14
**understood** [3] -
41:12, 85:4, 97:23
**unexciting** [1] - 86:24
**unfortunately** [1] -
83:10
**uninformed** [1] -
14:17
**unique** [3] - 49:7,
76:10, 79:22
**UNITED** [3] - 1:1, 1:12,
2:15
**United** [7] - 20:15,
23:6, 79:19, 79:22,
92:19, 119:6, 119:16
**units** [1] - 72:7
**universal** [1] - 85:16
**unless** [4] - 22:22,
38:11, 54:9, 57:20
**unlike** [1] - 75:13
**unrepresented** [1] -
96:14
**unresolved** [1] - 94:21
**unworkable** [2] - 32:2,
34:16
**up** [62] - 9:3, 11:12,
12:1, 12:5, 12:9,
14:6, 14:12, 18:13,
18:20, 19:7, 19:14,
20:8, 20:11, 21:10,
23:21, 24:5, 25:14,
26:20, 29:15, 40:9,
40:24, 41:17, 42:18,
43:11, 50:19, 50:22,
52:1, 52:19, 53:17,
55:11, 56:4, 57:13,
57:24, 60:2, 64:16,
64:18, 64:25, 65:12,
66:22, 67:6, 68:6,
68:11, 68:14, 75:24,
76:20, 81:5, 82:20,
86:19, 88:6, 89:10,
90:19, 91:19, 95:13,
98:9, 101:2, 101:5,
102:4, 104:23,
105:18, 108:8,
111:14, 117:12
**update** [2] - 8:15, 9:10
**updated** [3] - 42:22,
45:3, 45:9
**upload** [2] - 22:25,
84:2
**uploaded** [1] - 83:18

**upset** [1] - 98:13
**upsetting** [1] - 31:12
**urge** [2] - 116:6, 116:9
**USA** [5] - 4:7, 41:9,
41:10, 41:12, 46:13

### V

**value** [1] - 26:23
**valves** [1] - 17:6
**various** [3] - 98:25,
105:5, 108:20
**vendor** [2] - 37:16,
84:6
**vendors** [1] - 86:11
**Vessel** [1] - 105:1
**vessel** [1] - 87:14
**videographer** [2] -
13:14, 13:21
**views** [1] - 66:11
**violation** [1] - 29:9
**vision** [1] - 61:20
**visit** [1] - 112:10
**voluntary** [4] - 75:14,
77:8, 80:14, 80:23
**volunteered** [1] -
48:23
**volunteering** [1] -
70:12
**VOLUNTEERING** [1] -
7:13
**volunteers** [1] - 105:2
**VOO** [3] - 105:1,
105:8, 105:10

### W

**WA** [1] - 5:5
**wait** [1] - 21:24
**waiver** [1] - 97:24
**WALKER** [1] - 5:7
**Walter** [4] - 71:7,
76:25, 78:12, 92:19
**WALTER** [1] - 5:14
**WALTHER** [1] - 3:19
**wants** [11] - 12:11,
27:17, 37:3, 56:10,
81:2, 85:15, 104:11,
105:16, 107:16,
108:5
**WARE** [1] - 5:11
**warning** [1] - 13:22
**WASHINGTON** [4] -
2:13, 2:18, 2:21,
4:10
**waste** [2] - 64:12,
102:6
**weather** [1] - 30:3

**weatherbee's** [1] -
31:11
**Weatherford** [3] -
63:17, 63:21, 64:1
**WEATHERFORD** [1] -
5:7
**web** [9] - 37:25, 39:15,
39:21, 93:16, 93:25,
94:1, 95:12, 95:13,
107:16
**Wednesday** [9] - 45:6,
45:9, 46:15, 50:24,
54:14, 66:10, 95:18,
99:3, 117:1
**week** [37] - 9:11, 9:12,
10:15, 14:12, 14:14,
14:15, 30:18, 42:21,
43:21, 43:24, 45:7,
46:6, 48:4, 49:3,
51:19, 51:20, 53:10,
54:7, 54:8, 54:20,
61:14, 61:21, 61:25,
82:15, 83:22, 85:21,
105:24, 107:19,
108:14, 110:6,
110:12, 110:13,
112:25, 113:19,
118:3, 118:7
**week's** [1] - 115:17
**weekend** [2] - 28:20,
118:15
**weeks** [9] - 9:11,
15:23, 34:12, 43:23,
47:15, 48:4, 54:6,
54:7, 54:13
**WEIL** [1] - 4:21
**welcome** [1] - 28:4
**WEST** [1] - 2:4
**whereas** [2] - 73:3,
75:19
**WHEREUPON** [2] -
81:11, 118:20
**whoever's** [1] - 46:4
**whole** [6] - 69:5,
78:15, 78:19, 87:20,
101:5
**wife** [1] - 9:6
**WILLIAM** [2] - 5:17,
5:24
**William** [2] - 29:16,
64:19
**willing** [10] - 11:22,
20:8, 23:1, 23:3,
35:9, 53:9, 54:19,
69:17, 110:23,
113:25
**willingly** [1] - 23:25
**willingness** [2] - 37:1,
37:2
**window** [1] - 117:3

**wise** [1] - 11:23
**wish** [3] - 9:6, 9:9,
59:23
**witness** [23] - 16:2,
17:6, 17:19, 21:2,
31:25, 32:6, 32:15,
39:22, 49:22, 51:9,
60:4, 60:8, 60:19,
60:20, 60:21, 60:22,
65:3, 108:16,
108:20, 109:2,
109:12, 109:16,
109:24
**witnesses** [39] - 17:3,
20:25, 21:8, 21:11,
21:13, 22:13, 30:18,
42:11, 43:10, 43:13,
44:10, 44:14, 46:1,
46:4, 46:9, 48:9,
48:13, 49:17, 50:1,
57:13, 57:19, 58:3,
60:9, 60:13, 60:25,
62:3, 62:4, 62:7,
68:8, 109:21, 110:1,
110:7, 112:11,
112:17, 117:6,
117:10, 118:6
**WITNESSES..............**
[1] - 7:11
**WITTMANN** [13] -
3:19, 3:20, 48:6,
48:21, 56:15, 56:23,
57:4, 57:8, 57:15,
57:23, 58:8, 58:12,
60:6, 60:12, 60:18,
60:24, 61:3, 89:11,
103:4, 103:7, 103:9
**Wittmann** [3] - 48:7,
56:15, 89:11
**won** [1] - 67:19
**wonder** [3] - 8:17,
55:3, 113:6
**wondered** [1] - 44:9
**wonderful** [2] - 13:4,
13:24
**wondering** [1] -
115:14
**word** [3] - 66:16,
83:12, 111:7
**Word** [2] - 114:4,
114:5
**words** [4] - 28:11,
40:19, 40:22, 77:21
**workers** [1] - 105:2
**WORLDWIDE** [1] -
4:18
**worry** [1] - 117:18
**worthy** [1] - 97:14
**WRIGHT** [1] - 1:16
**wrote** [1] - 108:12

## Y

**y'all** [5] - 47:24, 81:9,
  115:21, 117:12,
  118:5
**Year's** [1] - 113:14
**years** [2] - 37:24, 95:1
**yesterday** [6] - 37:11,
  51:9, 71:13, 82:13,
  92:5, 106:19
**yield** [1] - 74:25
**YORK** [5] - 4:3, 4:22,
  73:20, 75:7, 77:14
**York** [2] - 73:20, 77:18
**yourself** [1] - 113:11
**yourselves** [2] -
  113:5, 113:7

## Z

**zero** [1] - 91:7