UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Witness Profile Form]**

IT IS ORDERED that the motion of the Plaintiffs' Steering Committee, through Co-Liaison Counsel, to amend pre-trial order 17 to adopt requirement for completion of Witness Profile Forms prior to a deponent's deposition (Rec. doc. 1096) is DENIED for the reasons give at the February 11, 2011 discovery status conference (Rec. docs. 1237 and 1346).

New Orleans, Louisiana, this 23rd day of February, 2011.

                                                                             SALLY SHUSHAN
                                                   United States Magistrate Judge