UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Request for Expedited Consideration]**

IT IS ORDERED that the motion of the Plaintiffs' Steering Committee, through Co-Liaison Counsel, for expedited hearing on motion to amend pre-trial order 17 (Rec. doc. 1097) is DISMISSED as MOOT.

New Orleans, Louisiana, this 23rd day of February, 2011.

SALLY SHUSHAN
United States Magistrate Judge