UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Before the Court is Kenneth R. Feinberg's, Claims Administrator of the Gulf Coast Claims Facility, **Motion for Leave to File Brief *Amicus Curiae* and for an Exemption from the Electronic Filing Requirement (Rec. Doc. 1332)**.

**IT IS ORDERED** that Mr. Feinberg's **Motion for Leave (Rec. Doc. 1332)** is hereby **GRANTED IN PART**. Mr. Feinberg is hereby allowed to file his attached brief *amicus curiae*. However, any future filings must be filed electronically with the Clerk of Court.

New Orleans, Louisiana, this 22nd day of February, 2011.

_____
CARL J. BARBIER
United States District Judge