UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Before the Court is the Plaintiffs' Steering Committee's (PSC) **Motion for Court Approval of Proposed Notice and Reply (Rec. Docs. 1126 and 1313)**, as well as responses from Limitation Petitioners Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Drilling Inc., and Transocean Deepwater, Inc. ("Transocean") **(Rec. Doc. 1279)**, from Defendant Cameron International Corporation ("Cameron") **(Rec. Doc. 1281)**, from Defendant BP Exploration and Production, Inc. and BP America Production Company ("BP") **(Rec. Doc. 1291)**, and from other various plaintiffs **(Rec. Docs. 1274, 1280, and 1304)**.

Following the April 20, 2010 explosion, fire and capsizing of the Deepwater Horizon mobile drilling vessel, Transocean as the owner of the vessel filed a Petition for Limitation of Liability seeking to limit its liability to the value of the vessel following the casualty. Before the Limitation Action was transferred to this Court, the usual type of notice was approved and published pursuant to Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims. The monition date (deadline for the filing of claims in the limitation) was originally set for November 15, 2010. Subsequently, at the request of the parties, this Court extended the monition date to April 20, 2011, or one calendar year following the casualty.

The PSC has moved the Court to allow additional notice to be published in order to reach the largest possible number of potential claimants and to give them clear notice of the impending

deadline. The PSC is concerned that the previous notice was not in "plain English" and not designed to reach a broad audience due to being published only in the legal notices section of various daily newspapers in the region. The Court shares these concerns and asked the parties to confer with respect to the form and content of the proposed notice.

The parties met on February 18, 2011 and modified the form of the proposed notice and BP suggested further changes on February 21, 2011, which were accepted by the PSC and Transocean. Transocean has now withdrawn any objection to the PSC's motion. BP maintains its position that no additional notice is necessary, but withdraws its objection as to form of the proposed notice. Cameron maintains its objection to notice and form.

Having reviewed the contents of the proposed notice and the arguments of the parties, the Court finds that further notice to potential claimants should be given, pursuant to Rule F(4). Accordingly,

**IT IS ORDERED** that the Plaintiffs' Steering Committee's **Motion for Court Approval of Proposed Notice (Rec. Doc. 1126)** is hereby **GRANTED** and notice may be disseminated using the content contained in the exhibits attached to this Order. The content of the website listed on the legal notice, www.OilSpillCourtCase.com, and the telephone script for the dedicated toll-free number, 1-877-497-5926, shall be submitted in advance for approval by the Court.

New Orleans, Louisiana, this 23rd day of February, 2011.

_____
**CARL J. BARBIER**
**United States District Judge**