**30-second TV spot**

A federal court is overseeing litigation against companies involved in the oil spill and has approved the content of this message.   A trial will be held in February 2012.

To preserve your right to recover money damages from Transocean, you must file a simple form by April 20, 2011.

This is separate from the claims process in the Gulf Coast Claims Facility.

Call 1-877-497-5926 or visit OilSpillCourtCase.com.


**60-second Radio spot**

A federal court is overseeing litigation against companies involved in the oil spill and has approved the content of this message.   A trial will be held in February 2012.

To preserve your right to recover money damages from Transocean, you must take action by April 20, 2011.

If you had a personal injury, loss of earnings, property damage, business loss, or other economic loss from the oil spill you can participate.

You need to file a simple form to participate.  There is no filing fee and a lawyer is not required to file the short form.

This is separate from the claims process in the Gulf Coast Claims Facility.

To participate you must file a simple form by April 20, 2011.

For forms and information, call 1-877-497-5926 or visit OilSpillCourtCase.com.  That's 1-877-497-5926.