UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : | SECTION: J |
| GULF OF MEXICO, on | : |  |
| APRIL 20, 2010 | : |  |
|  | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: |  | MAG. JUDGE SHUSHAN |
| (1) C.A. 10-1308, (2) C.A. 10-2994, |  |  |
| (3) C.A. 10-4489, (4) C.A. 10-2764 |  |  |
| (5) C.A. 10-1539, & (6) C.A. 10-1325 | : |  |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## MOTION FOR RECONSIDERATION OF FEBRUARY 16, 2011 ORDER

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the cases cited above, to submit this Motion For Reconsideration of this Court's February 16 Order (Doc. #1275) striking a previous Motion (Doc. #1108) by the undersigned, for the reasons stated in the accompanying Memorandum in Support.

Respectfully submitted,

this 23rd day of February, 2011.

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084

Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr et al. v BP et al* (C.A. 10-1325)
7. *Issadore Creppel v v BP et al* (C.A. 10-1346)

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __23rd__ day of __February__, 2011.

/s/   Daniel E. Becnel, Jr.