**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | **MDL NO. 2179** |
| "DEEPWATER HORIZON" in the | : | **SECTION: J** |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | **JUDGE BARBIER** |
| THIS DOCUMENT RELATES TO: | | **MAG. JUDGE SHUSHAN** |
| (1) C.A. 10-1308, (2) C.A. 10-2994, | | |
| (3) C.A. 10-4489, (4) C.A. 10-2764 | | |
| (5) C.A. 10-1539  & (6) C.A. 10-1325 | : | |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

**MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF**
**FEBRUARY 16, 2011 ORDER**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the cases

cited above, to submit this Memorandum in Support of their accompanying Motion For

Reconsideration for this Court's February 16 Order (striking a previous Motion by the

undersigned).

On February 4, 2011, undersigned counsel filed a Motion For Rehearing (Doc # 1108)

regarding this Court's February 2 Order (Doc. #1098 , regarding PSC's Motion re BP/GCCF and

*ex parte* communications).

Later that same day, February 4 , the Court, sent via email, a Deficiency Notice to

undersigned, stating that undersigned had seven days to cure a deficiency in the Motion

(regarding the case captioning), or it would be stricken from the record. (The Deficiency Notice

accompanies this Memorandum as Exhibit "1".)

During that time, however, our office e-mail system was not functioning properly and not

receiving all emails being sent to it. As a matter of  practice, three different people in our office

1

review such notices from federal court, but none of them saw or was aware this one. It came to our attention only after this Court entered its February 16 Order striking the Motion.

It is respectfully requested, therefore, that this Court reconsider its February 16 Order and then allow undersigned an additional five calendar days to correct the deficiencies in and refile the Motion For Rehearing it originally filed on February 4, 2011.

Respectfully submitted,

this 22<sup>3rd</sup>__ day of __February__, 2011.


_/s/    Daniel E. Becnel, Jr._____
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr et al. v BP et al* (C.A. 10-1325)
7. *Issadore Creppel v v BP et al* (C.A. 10-1346)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _23rd_ day of _February_, 2011.

_/s/    Daniel E. Becnel, Jr._