# "EXHIBIT 1"

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Friday, February 04, 2011 2:31 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Notice of Deficient Filing

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

## Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered on 2/4/2011 at 2:31 PM CST and filed on 2/4/2011

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**NOTICE OF DEFICIENT DOCUMENT:** re [1108] Motion for Reconsideration filed by attorney Daniel Becnel. Reason(s) of deficiency: Improper heading/caption/form of pleading. (1) Document must list individual cases on caption that it relates to per Pretrial Order #1. (2) Request for Oral argument is a separate filing & should not be combined with motion. This is for all cases - not only this MDL. (3) Proposed Order should not be titled 'Proposed' on actual document. This is the document that the Judge will sign & be sent out to all counsel of record. For corrective information, see section(s) D03 on
http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm
Attention: Document must be refiled in its entirety within seven(7) calendar days. Otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 2/11/2011. (sek, )

1

**2:10-md-02179-CJB-SS Notice has been electronically mailed to:**

Don Keller Haycraft dkhaycraft@liskow.com, agoldman@liskow.com, ejhinnigan@liskow.com, pfussell@liskow.com

James P. Roy jimr@wrightroy.com, sandym@wrightroy.com, susanl@wrightroy.com

Phillip A. Wittmann pwittmann@stonepigman.com, BRS383@BRSfirm.com, boneil@stonepigman.com, cbertaut@stonepigman.com, hmurphy@dkslaw.com, jdavidson@stonepigman.com, khall@stonepigman.com, lgodshall@stonepigman.com, rsiegert@stonepigman.com

Deborah DeRoche Kuchler dkuchler@kuchlerpolk.com, dholmes@kuchlerpolk.com, ljones@kuchlerpolk.com, mstokes@kuchlerpolk.com, rguidry@kuchlerpolk.com

Donald E. Godwin dgodwin@godwinronquillo.com, smckanna@godwinronquillo.com

Stephen J. Herman sherman@hhkc.com, acatalanotto@hhkc.com, regina@hhkc.com, rmiller@hhkc.com

Kerry J. Miller kmiller@frilot.com, scavet@frilot.com

David J. Beck dbeck@brsfirm.com, brs383@brsfirm.com

J. Andrew Langan andrew.langan@kirkland.com, frank.sramek@kirkland.com, mark.nomellini@kirkland.com

R Michael Underhill mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, christopher.f.coutu@uscg.mil, emily.liu@usdoj.gov, heather.s.kennealy@uscg.mil, michelle.delemarre@usdoj.gov, peter.frost@usdoj.gov, robin.a.ellerbe@usdoj.gov, sharon.shutler@usdoj.gov, stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov, veronica.garner@usdoj.gov

Ky E. Kirby ky.kirby@bingham.com, joyce.belton@bingham.com, randall.levine@bingham.com

Michael J. Lyle michael.lyle@weil.com, MCO.ECF@weil.com, dgianna@midrid.com, gregory.bailey@weil.com, jeremy.grabill@weil.com, sylvia.simson@weil.com, theodore.tsekerides@weil.com

Luther Strange luther.strange@ago.state.al.us

**2:10-md-02179-CJB-SS Notice has been delivered by other means to:**