UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: (1) C.A. 10-1308, (2) C.A. 10-2994, (3) C.A. 10-4489, (4) C.A. 10-2764 (5) C.A. 10-1539, & (6) C.A. 10-1325 | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF MOTION

Subject to Pre-Trial Order No. 15, a hearing on certain Plaintiffs' Motion For Reconsideration of February 16, 2011 Order may be set by the Court, with it tentatively noticed to be heard on Wednesday, March 16, 2011, at 9:30 a.m.

Respectfully submitted, this __23rd__ day of February, 2011.

/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)

2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr et al v BP et al* (C.A. 10-1325)
7. *Issadore Creppel v v BP et al* (C.A. 10-1346)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice of Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of _February_, 2011.

/s/ *Daniel E. Becnel, Jr.*