UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in the | : | SECTION: J |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE SHUSHAN |
| (1) C.A. 10-1308, (2) C.A. 10-2994, | | |
| (3) C.A. 10-4489, (4) C.A. 10-2764 | | |
| (5) C.A. 10-1539, & (6) C.A. 10-1325 | | |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

Considering certain Plaintiffs' "Motion For Reconsideration of February 16, 2011 Order"

IT IS ORDERED THAT that Motion For Reconsideration is GRANTED, and, accordingly,

IT IS FURTHER ORDERED that those Plaintiffs have five calendar days to correct the deficiencies in and refile their stricken "Motion For Rehearing Regarding February 2, 2011 Order…"

Signed this _____ day of _____, 2011, New Orleans, Louisiana

_____
Hon. Carl C. Barbier
U.S. District Judge