AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br> _Plaintiff_ <br> v. <br> These Pleadings apply to: <br> All Cases in Pleading Bundle Section iii.B(3) <br> _Defendant_ | ) <br> ) <br> ) <br> ) Civil Action No.  MDL No. 2179      Secion: J <br> ) <br> ) JUDGE BARBIER <br> ) MAGISTRATE SHUSHAN |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  DRC Emergency Services, LLC
through their Registered Agent
ISAKSON, ROBERT J
740 MUSEUM DR
MOBILE, AL 36608

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __Dec 23 2010__                                                            _/s/ Stephanie Kall_
                                                                                               Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL No. 2179          Secion: J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DRC Emergency Services LLC c/o registered Agent Robert J Isakson
was received by me on *(date)* 1-03-2011.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kip Sharp, attorney for DRC, who is
designated by law to accept service of process on behalf of *(name of organization)* DRC Emergency
Services, LLC.          on *(date)* 1/7/2011   2:25 pm   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: January 12/2011

_____
Server's signature

Roger Snow, private process server
Printed name and title

**Empire Investigations**
115 Higginbotham Road
Empire, Al 35063

Server's address

Additional information regarding attempted service, etc: