AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 <br> *Plaintiff* <br> v. <br> These Pleadings apply to: <br> All Cases in Pleading Bundle Section iii.B(3) <br> *Defendant* | Civil Action No.  MDL No. 2179      Secion: J <br><br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Airborne Support Inc.
through their Registered Agent
HOWARD BARKER
3626 THUNDERBIRD RD.
HOUMA, LA 70363

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen J. Herman
HERMAN HERMAN KATZ & COTLAR, LLP
820 O'Keefe Ave
New Orleans, LA 70113
(504) 581 4892

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Dec 23 2010__

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------------------------X    INDEX NO. 10-MD-02179

In re: Oil Spill b the Oil Rig " Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010
           Plaintiff(s)

                          **Affidavit of Service**
      Against              **Summons and Complaint**

These Pleadings apply to:
All Cases in Pleading Bundle Section iii. B (3)
           Defendant(s)
------------------------------------------------------------------X

STATE OF LOUISIANA, COUNTY OF _TERR._ SS:
The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at
That on ___01/05/11___, 2010 at _3:20 P._ M at the address
  C/O REGISTERED AGENT HOWARD BARKER
  3626 THUNDERBIRD ROAD
  HOUMA, LA 70363
deponent served the within **Summons and Complaint**

UPON: **AIRBORNE SUPPORT INC.**

By personally delivering a true copy of the Summons **and Complaint** to ___HOWARD BAKER___,
managing agent thereof.
Deponent describes the person actually served as follows:
SEX: M
SKIN: C
HAIR: WHITE
AGE: MID 60s
HEIGHT: 5' 10"
WEIGHT: 160 #

___✓___  I Asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the Unites States or of New York State as the term is defined in the State or in the Federal statutes.

Sworn to before me this _5th_ day of _JAN._, 20~~10~~ 11

NOTARY PUBLIC,
NO: Laura L. Robichaux, #87087
QUALIFIED IN Ex officio Notary, Terrebonne Parish Sheriff's Office
COMMISSION EXPIRES:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL No. 2179            Secion: J

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HOWARD BAKER (REGISTERED AGENT)
was received by me on *(date)* 01/05/11 .

☑ I personally served the summons on the individual at *(place)* AIRBORNE SUPPORT INC LLC
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/05/11

By Ralph Lirette
Server's signature

By. RALPH J. LIRETTE JR
Printed name and title

424 Roussell St. Houma, LA.
Server's address

Additional information regarding attempted service, etc: