UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: (1) C.A. 10-1308, (2) C.A. 10-2994, (3) C.A. 10-4489, (4) C.A. 10-2764 (5) C.A. 10-1539, & (6) C.A. 10-1325 | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

Considering certain Plaintiffs' "Motion For Reconsideration of February 16, 2011 Order"

IT IS ORDERED THAT that Motion For Reconsideration is GRANTED, and, accordingly,

IT IS FURTHER ORDERED that those Plaintiffs have five calendar days to correct the deficiencies in and refile their stricken "Motion For Rehearing Regarding February 2, 2011 Order…"

New Orleans, Louisiana this 24th day of February, 2011.

United States District Judge