UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 SECTION : J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO ALL CASES | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT OPPOSITION OF TRANSOCEAN, HALLIBURTON AND BP TO *EX PARTE* MOTION FOR LEAVE TO FILE LOCAL GOVERNMENT ENTITY MASTER COMPLAINT BY PLAINTIFFS' STEERING COMMITTEE**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted jointly by Defendants, Transocean Offshore Deepwater Drilling Inc., Halliburton Energy Services, Inc., BP Exploration & Production Inc. and BP America Production Company ("Defendants") in opposition to Plaintiffs' *Ex Parte* Motion for Leave to File Local Government Entity Voluntary Master Complaint and To Adopt Local Government Short-Form Joinder (Rec. Doc. No. 1093).

Plaintiffs' motion should be denied as premature, or continued until after April 20, 2011, because upon information and belief only two (2) local government entity claims for public

damages[1] have been filed. It is also unclear at this point whether some local government entities will want to participate in a master complaint, as opposed to filing their own complaints. This is evidenced by the recent Statement of Interest (Rec. Doc. No. 1323) filed by Plaquemines Parish objecting to the *ex parte* motion at issue. Therein, Plaquemines Parish raises concerns as to the Plaintiffs' standing to pursue claims on behalf of government entities and makes clear that its intent is to pursue its claims individually. *Id*. at p. 2. Other government entities, however, may decide that a master complaint will be useful in streamlining the litigation. Consequently, it is simply premature at this point to entertain the Plaintiffs' motion. There may or may not be a need for a Bundle C master complaint, but only time will tell. Regardless, waiting until after April 20, 2011 to determine if a master complaint is warranted will not negatively impact the February 2012 trial date or the discovery that is underway.

Similarly, in order to facilitate the efficient and effective management and prosecution of the coordinated actions herein,[2] the Court should stay the filing of responsive pleadings to individual local government actions until after the April 20, 2011 monition date, so at that time, a more informed decision can be made as to whether a master complaint is warranted. Piecemeal responses and motion practice regarding individual government entity actions in the interim two months will be a waste of the Court's time and resources if it is later determined that a master complaint will be filed to cover those same claims.

---

[1] *City of Greenville, et al.* (Case No. 10-4185*)* and *Plaquemines Parish School Board* (Case No. 11-0348). The local government entity claims for public damages at issue fall under Pleading Bundle C (Rec. Doc. No. 569, Section III(C)).

[2] Pursuant to 28 U.S.C. §1407, this Court has broad discretion in organizing and managing this complex litigation, including coordinating responsive pleadings.

## **CONCLUSION**

For the foregoing reasons, Plaintiffs' request for leave to file a Bundle C master complaint is premature and should be denied or continued until after April 20, 2011. And, to most effectively and efficiently manage this MDL, Defendants herein respectfully request that the Court stay all responsive pleadings to government entity public damage claims until after the April 20, 2011 monition date.

Respectfully submitted,

By:     /s/ Steven L. Roberts
    Steven L. Roberts (Texas, No. 17019300)
    Rachel Giesber Clingman (Texas, No. 00784125)
    Kent C. Sullivan (Texas, No. 19487300)
    Teri L. Donaldson (Florida, No. 784310)
    Sutherland Asbill & Brennan LLP
    1001 Fannin Street, Suite 3700
    Houston, Texas 77002
    Telephone: (713) 470-6100
    Facsimile: (713) 654-1301
    Email: steven.roberts@sutherland.com,
    rachel.clingman@sutherland.com,
    kent.sullivan@sutherland.com,
    teri.donaldson@sutherland.com

By:     /s/ Kerry J. Miller
    Kerry J. Miller (Louisiana, No. 24562)
    Frilot, L.L.C.
    1100 Poydras Street, Suite 3700
    New Orleans, Louisiana 70163
    Telephone: (504) 599-8169
    Facsimile: (504) 599-8154
    Email: kmiller@frilot.com

-and-

By:     /s/ Edwin G. Preis, Jr.
    Edwin G. Preis, Jr. (Louisiana, No. 10703)
    Edward F. Kohnke, IV (Louisiana, No. 07824)
    Preis & Roy PLC
    102 Versailles Boulevard, Suite 400
    Lafayette, Louisiana 70501
    Telephone: (337) 237-6062
    Facsimile: (337) 237-9129
    -and-
    601 Poydras Street, Suite 1700
    New Orleans, Louisiana 70130
    Telephone: (504) 581-6062
    Facsimile: (504) 522-9129
    Email: egp@preisroy.com,
    efk@preisroy.com

*Transocean Entities Of Counsel:*

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Transocean Offshore Deepwater Drilling Inc.*

*AND*

### GODWIN RONQUILLO PC

**By:** /s/ Donald E. Godwin
Donald E. Godwin
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com

4

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

  AND

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*Attorneys for Defendants Halliburton Energy Services, Inc.*

  AND

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

  AND

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

*Counsel for BP Exploration & Production Inc., BP America Production Company*

5

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 24, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system and by electronically uploading same with LexisNexis File & Serve in accordance with Pretrial Order No. 12.

                                                    s/Kerry J. Miller_____