# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| NO. 2:10-CV-1921, TAQUINO V. | : | MAGISTRATE SHUSHAN |
| TRANSOCEAN HOLDINGS, LLC, ET AL. | : | |

………………………………………………...

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Defendant Anthony Hayward in the above-captioned matter.

Respectfully submitted,

  /s/   Joseph L. Motto

Joseph L. Motto
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
(JMotto@winston.com)

*Attorney for Anthony Hayward*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing notice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 24th day of February, 2011.

                                      /s/   Joseph L. Motto