UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| | : | |

## MOTION FOR RECONSIDERATION OF FEBRUARY 2, 2011 "ORDER AND REASONS" REGARDING PSC's "MOTION TO SUPERVISE *EX PARTE* COMMUNICATIONS BETWEEN BP DEFENDANTS AND PUTATIVE CLASS MEMBERS"

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs, to submit this Motion For Reconsideration of this Court's February 2, 2011 "Order and Reasons" (Doc. #1098), granting in part and denying in part the PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members" (Doc. #912).

This Motion is based up material factual errors in the Court's February 2, 2011 "Order and Reasons" as specified in the accompanying Memorandum in Support.

Also, this Motion is being filed in accordance with this Court's February 24, 2011 Order (Doc. #1357) permitting the filing of this Motion (which had originally been filed on February 4 (Doc. # 1108) but stricken by a February 16 Order (Doc. # 1275) due to deficiencies in that filing).

Respectfully submitted,

this __24th__ day of __February__, 2011.

_/s/    Daniel E. Becnel, Jr._
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr et al. v BP et al* (C.A. 10-1325)
7. *Issadore Creppel v BP et al* (C.A. 10-1346)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __24th__ day of __February__, 2011.

_/s/    Daniel E. Becnel, Jr._