UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

Considering Plaintiffs' Motion For Reconsideration of February 2, 2011 "Order And Reasons" regarding the PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members",

IT IS ORDERED THAT the Motion For Reconsideration is GRANTED.

Signed this _____ day of _____, 2011, New Orleans, Louisiana

_____
Hon. Carl C. Barbier
U.S. District Judge