UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the : SECTION: J
GULF OF MEXICO, on :
APRIL 20, 2010 :
: JUDGE BARBIER
THIS DOCUMENT RELATES TO: MAG. JUDGE SHUSHAN
ALL CASES.
:

## ORDER

Considering Certain Plaintiffs' Motion For Reconsideration of February 2, 2011 "Order and Reasons" regarding the PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members", which Motion For Reconsideration this Court has granted,

IT IS ORDERED THAT the PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members", which had previously been granted in part, upon rehearing, is now DENIED IN FULL; and

IT IS FURTHER ORDERED THAT this Court's February 2, 2011 "Order and Reasons", which had granted that Motion in part, is no longer of any effect whatsoever.

Signed this _____ day of _____, 2011, New Orleans, Louisiana

_____
Hon. Carl C. Barbier
U.S. District Judge