UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES. | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument on their Motion For Reconsideration of this Court's February 2, 2011 "Order and Reasons" regarding PSC's "Motion To Supervise *Ex Parte* Communications Between BP Defendants and Putative Class Members". Plaintiffs believe that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

      /s/   *Daniel E. Becnel, Jr.*
DANIEL E. BECNEL, JR. (#2926)
CHRISTOPHER D. BECNEL (#30859)
DARRYL J. BECNEL (#22943)
TONI S. BECNEL (#23645)
SALVADORE CHRISTINA, JR. (#27198)
MATTHEW B. MORELAND (#24567)
WILLIAM A. PERCY III (#01532)
**BECNEL LAW FIRM, LLC**
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)

      2. *Howard Buras v BP et al* (C.A.10-2994)
      3. *Armand's Bistro v BP et al* (C.A. 10-4489)
      4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
      5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
      6. *Brent Rodrigue, Sr et al. v BP et al* (C.A. 10-1325)
      7. *Issadore Creppel v BP et al* (C.A. 10-1346)

## **CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that the above and foregoing Request For Oral Argument will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __24th__ day of __February__, 2011.

                                                             /s/    Daniel E. Becnel, Jr.