```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MD-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              FRIDAY, FEBRUARY 18, 2011, 2:00 P.M.
 8
     THIS DOCUMENT RELATES TO
 9   ALL ACTIONS

10   ****************************************************************

11
                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                   UNITED STATES MAGISTRATE JUDGE
13

14
     APPEARANCES:
15

16
     PLAINTIFFS'
17   LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
18                             P. O. BOX 3668
                               556 JEFFERSON STREET
19                             LAFAYETTE, LA  70502

20
                               HERMAN HERMAN KATZ & COTLAR
21                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
22                             NEW ORLEANS, LA  70113

23

24   FOR THE PLAINTIFFS:       CUNNINGHAM BOUNDS
                               BY:  ROBERT T. CUNNINGHAM, ESQUIRE
25                             1601 DAUPHIN STREET
                               MOBILE, AL 36604
```

```
 1   APPEARANCES CONTINUED:

 2

 3                             LIEFF CABRASER HEIMANN & BERNSTEIN
                              BY:  ELIZABETH J. CABRASER, ESQUIRE
 4                            EMBARCADERO CENTER WEST
                              275 BATTERY STREET, SUITE 3000
 5                            SAN FRANCISCO, CA 94111

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
 8                            TORTS BRANCH, CIVIL DIVISION
                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                            450 GOLDEN GATE AVENUE
                              7TH FLOOR, ROOM 5395
10                            SAN FRANCISCO, CA  94102

11

12   FOR STATE INTERESTS:     OFFICE OF THE ATTORNEY GENERAL
                              STATE OF ALABAMA
13                            BY:  LUTHER STRANGE, ESQUIRE
                              501 WASHINGTON AVENUE
14                            MONTGOMERY, AL  36130

15

16   FOR THE STATE OF
     LOUISIANA:               KANNER & WHITELEY
17                            BY:  ALLAN KANNER, ESQUIRE
                              701 CAMP STREET
18                            NEW ORLEANS, LA 70130

19

                              HENRY DART
20                            ATTORNEYS AT LAW
                              510 NORTH JEFFERSON STREET
21                            COVINGTON, LA  70433

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                       FRILOT
 6                               BY:  KERRY J. MILLER, ESQUIRE
                                 ENERGY CENTRE, 36TH FLOOR
 7                               1100 POYDRAS STREET
                                 NEW ORLEANS, LA  70163

 8

 9   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
10   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
11   BP CORPORATION NORTH
     AMERICA INC.,
12   BP EXPLORATION &
     PRODUCTION INC.,
13   BP HOLDINGS NORTH
     AMERICA LIMITED,
14   BP PRODUCTS NORTH
     AMERICA INC.:              KIRKLAND & ELLIS
15                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     RYAN S. BABIUCH, ESQUIRE
16                              300 N. LASALLE
                                CHICAGO, IL 60654
17

18                              LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQUIRE
19                              ONE SHELL SQUARE
                                701 POYDRAS STREET
20                              SUITE 5000
                                NEW ORLEANS, LA 70139
21

22   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
23                              BY:  PHILLIP A. WITTMANN, ESQUIRE
                                     CARMELITE M. BERTAUT, ESQUIRE
24                              546 CARONDELET STREET
                                NEW ORLEANS, LA 70130
25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                            BY:  DONALD E. GODWIN, ESQUIRE
                              1201 ELM STREET, SUITE 1700
 5                            DALLAS, TEXAS 75270

 6
                              GODWIN RONQUILLO
 7                            BY:  R. ALAN YORK, ESQUIRE
                              1331 LAMAR, SUITE 1665
 8                            HOUSTON, TEXAS 77010

 9

10   FOR ANADARKO
     PETROLEUM CORPORATION,
11   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
12   AND MOEX OFFSHORE 2007
     LLC:                     KUCHLER POLK SCHELL WEINER & RICHESON
13                            BY:  DEBORAH D. KUCHLER, ESQUIRE
                              1615 POYDRAS STREET, SUITE 1300
14                            NEW ORLEANS, LA  70112

15

16   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:     LABORDE & NEUNER
17                            BY:  BEN L. MAYEAUX, ESQUIRE
                              ONE PETROLEUM CENTER
18                            1001 W. PINHOOK RD., SUITE 200
                              LAFAYETTE, LA 70505
19

20   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
21                            BY:  GLENN G. GOODIER, ESQUIRE
                              PLACE ST. CHARLES
22                            201 ST. CHARLES AVENUE
                              NEW ORLEANS, LA 70170
23

24   FOR DRIL-QUIP, INC.:     WARE JACKSON LEE & CHAMBERS
                              BY:  DON JACKSON, ESQUIRE
25                            2929 ALLEN PARKWAY, 42ND FLOOR
                              HOUSTON, TEXAS 77019
```

```
 1  APPEARANCES CONTINUED:

 2

 3  ALSO PRESENT:              METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
 4                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
 5                            HOUSTON, TX  77002

 6
                              MARY ROSE ALEXANDER
 7                            LATHAM & WATKINS
                              233 SOUTH WACKER DRIVE, SUITE 5800
 8                            CHICAGO, IL 60606

 9
                              MORGAN LEWIS
10                            BY:  DENISE SCOFIELD, ESQUIRE
                              1000 LOUISIANA STREET, SUITE 4000
11                            HOUSTON, TX  77002

12
                              ANTHONY FITCH, ESQUIRE
13                            RICHARD HYMEL, ESQUIRE
                              CARTER WILLIAMS, ESQUIRE
14                            HEATHER KENNEALY, ESQUIRE

15
                              KENNY HOOKS, ESQUIRE
16                            WILLIAM BONNER, ESQUIRE
                              LAURA EDWARDS, ESQUIRE
17                            AMANDA COTTON, ESQUIRE

18
                              MARGIE WILLIAMS, ESQUIRE
19                            SHAUN CLARKE, ESQUIRE
                              JOHN ALLEN MEADE, ESQUIRE
20                            SKIP MCALOON, ESQUIRE
                              NOAH WEXLER, ESQUIRE

21

22  OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
23                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS, LA  70130
24                               (504) 589-7779
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25  PRODUCED BY COMPUTER.
```

1          **P-R-O-C-E-E-D-I-N-G-S**

2              FRIDAY, FEBRUARY 18, 2011

3           A F T E R N O O N   S E S S I O N

4             (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Okay, everybody.  Let's get started.  If you

9  haven't signed in, please, before you leave, make sure to sign

10  in.  Don't forget that when you address the Court, we've got a

11  court reporter listening, and we've got people on the phone, so

12  please come up to the podium and speak directly into the

13  microphone so everybody can hear us and understand what we're

14  saying.

15          First thing I wanted to do was, again, compliment

16  you all on how you're getting along.  This is a hairy case with a

17  lot of issues, and I'm very impressed with the way everybody is

18  working together to try to resolve the issues.  It's been really

19  interesting and enjoyable to watch you all work through the

20  issues, and I'm very grateful for it.

21          Please remember that when you're taking

22  depositions, the same rules apply.  We are to conduct ourselves

23  as though we are in the courtroom.

24          I know that tempers get short and people are

25  running on empty, but try to keep that in mind when you're in the

02:05PM 1   deposition room.  Pretend like either Judge Barbier or I are

02:05PM 2   there, and everything should go fine.  I really am very pleased

02:05PM 3   with how things are going, and I appreciate it.

02:05PM 4           Let's start with -- the depositions for January,

02:05PM 5   obviously, are done.  My last order talked about getting a report

02:05PM 6   *ex post facto* of who has been deposed, etcetera.  Let's just put

02:06PM 7   that on the radar.

02:06PM 8           Who wants to take the volunteer duty on that?

02:06PM 9       MR. HAYCRAFT:  Judge Shushan, Don Haycraft, and I think

02:06PM 10  I can do that.

02:06PM 11      THE COURT:  Perfect.  We're going to do that on a

02:06PM 12  rolling basis, just to see what we've accomplished, look forward

02:06PM 13  to what we have left to do.

02:06PM 14      MR. HAYCRAFT:  So far, there have been -- I'll tell

02:06PM 15  the -- at the end of my identification, if the list is ten or

02:06PM 16  11 witnesses.  With one exception, they have all been members of

02:06PM 17  the BP internal investigation team, including, yesterday and

02:06PM 18  today Mark Bly, the leader of that team.

02:06PM 19          On that team, Misters Anderson, Fontenot,

02:06PM 20  Weatherby, Robinson --

02:06PM 21      MR. LANGAN:  That was January.

02:06PM 22      MR. HAYCRAFT:  Yes, in January.

02:07PM 23          -- have been deposed.  Then, so far this month, the

02:07PM 24  ModuSpec 30(b)(6), the one nonBP witness, has been deposed.

02:07PM 25          Mr. Guillot, Mr. Corser, Mr. Winters.  Then today,

02:07PM 1    Mr. Bly and -- Mr. Bly, yesterday and today.

02:07PM 2              Have I left anybody out, Alan?  So, if anybody was

02:07PM 3    keeping track, that will give you the number.

02:07PM 4        THE COURT:  For the people on the phone, if you wouldn't

02:07PM 5    mind, put your phones on mute because we're getting some

02:07PM 6    background noise.

02:07PM 7        MR. HAYCRAFT:  Remaining, starting next week on Monday,

02:07PM 8    we have Mr. Martin; on Wednesday, Mr. McKay; and, on Thursday,

02:07PM 9    Mr. Lucas; and, Friday -- each of those, as per the Court's

02:07PM 10   directive, is two days.  We're being provided with two days.  So

02:07PM 11   next week there is one day of overlap, where two witnesses will

02:08PM 12   be deposed at the same time.

02:08PM 13       THE COURT:  So we're starting multi-tracking?

02:08PM 14       MR. HAYCRAFT:  In small form, but yes.

02:08PM 15       THE COURT:  Thank you.

02:08PM 16             All right.  Any issues that we need to take up

02:08PM 17   relative to the depositions that are currently scheduled for the

02:08PM 18   rest of the month?  Fabulous.

02:08PM 19       MR. DART:  Hank Dart for the State of Louisiana.

02:08PM 20             The only one is -- issue is one of timing.  I think

02:08PM 21   we have three witnesses scheduled for next week; and, with the

02:08PM 22   two-day-per-witness schedule, I'm not sure how that's going to

02:08PM 23   work.  I just have a question.

02:08PM 24       THE COURT:  Mr. Dart, it's going to work.

02:08PM 25       MR. DART:  Oh, I don't doubt it, Your Honor.

02:08PM  1          THE COURT:  It's going to work.

02:08PM  2          MR. HAYCRAFT:  On Thursday, two witnesses will be being

02:08PM  3  deposed simultaneously.

02:08PM  4          THE COURT:  That's right.

02:08PM  5          MR. DART:  Oh, okay.

02:08PM  6          THE COURT:  We're going to be multi-tracking.  Mr. Dart,

02:09PM  7  from now on we're going to be multi-tracking.

02:09PM  8          MR. DART:  I was unaware of that, Your Honor.

02:09PM  9          THE COURT:  We've been talking about it for a long time.

02:09PM 10          MR. DART:  Well, I didn't know that it had been

02:09PM 11  implemented.

02:09PM 12          THE COURT:  It's getting ready to be implemented today.

02:09PM 13          MR. DART:  All right.  Thank you.

02:09PM 14          THE COURT:  You're welcome.

02:09PM 15          MR. STRANGE:  Your Honor, if I may.

02:09PM 16          THE COURT:  Good afternoon.  How are you?

02:09PM 17          MR. STRANGE:  Good afternoon, Your Honor.  I'm

02:09PM 18  Luther Strange, the Attorney General of Alabama and the

02:09PM 19  coordinating counsel for the states.  I appreciate your remarks

02:09PM 20  about cooperation, and I appreciate our colleagues from

02:09PM 21  Louisiana.

02:09PM 22          I just wanted to report to you, and I thought this

02:09PM 23  might be the right time to do it, that we are working together

02:09PM 24  well.  We're, in terms of deposition timing and so forth, I

02:09PM 25  think, working well.  We'll make sure that we keep our colleagues

02:09PM 1  informed of the things that we just discussed.

02:09PM 2         We may have dropped the ball, and he was unaware of

02:09PM 3  that, but I'll make sure that my designee, Corey Maze, who I

02:09PM 4  believe the Court knows, is in close contact with them so those

02:09PM 5  questions will be addressed.

02:09PM 6         I did just want to mention to you, this might be

02:09PM 7  the best place, on document discovery which has been an issue.

02:09PM 8  We have reached an agreement with Louisiana on how we'll share

02:10PM 9  documents jointly, share costs and so forth, and I think that's

02:10PM 10 good.  So we're making progress.

02:10PM 11      THE COURT:  Great.  Thank you so much.  I appreciate the

02:10PM 12 report.

02:10PM 13      Now, let's talk about something Mr. Underhill

02:10PM 14 suggested last time, which is the custodial production

02:10PM 15 certification issue that we have been encountering.

02:10PM 16      We looked at it, and it seems to me that, perhaps,

02:10PM 17 what we should aim for is that by mid March, we might go to a

02:10PM 18 14-day turnaround period for production and certification.  Andy,

02:10PM 19 I wanted to know if you thought that was something we could aim

02:10PM 20 toward?

02:10PM 21      MR. LANGAN:  Andy Langan for BP.

02:11PM 22      Your Honor, we're willing to consider adjustments

02:11PM 23 to this.  It's a very difficult process.  Seven days has been

02:11PM 24 hard enough, and we're talking about accelerating the number of

02:11PM 25 deponents.

02:11PM 1        Once we get the Transocean and Halliburton

02:11PM 2  witnesses scheduled for March, let's talk about 14 days in

02:11PM 3  advance, we'll be all for that, but -- so I think it's really

02:11PM 4  tied to who is going to get deposed here.

02:11PM 5        THE COURT:  Andy, I don't want to just pick on you.  The

02:11PM 6  issue came up with you; and, necessarily, because you have over a

02:11PM 7  million documents already produced and everybody wants your

02:11PM 8  witnesses.

02:11PM 9        MR. LANGAN:  So -- like, for instance, Mr. Gagliano,

02:11PM 10 Mr. Keith, Mr. Willis, Vargo, Quirk, Robby from Halliburton, we

02:11PM 11 would like to depose them in March.  If Halliburton can make the

02:11PM 12 custodial productions 14 days in advance, terrific.

02:11PM 13       For Transocean, we would like Bertone, Burgess,

02:11PM 14 Ezell, Harrell, Johnson, Kuchta, Pleasant, Wheeler, Williams, and

02:12PM 15 Winslow.  If Transocean's counsel can make the custodial

02:12PM 16 productions 14 days in advance, fantastic.  That's the issue for

02:12PM 17 us.

02:12PM 18       We sent this list to counsel for Halliburton and

02:12PM 19 Transocean a couple days ago telling them to come today with

02:12PM 20 dates.  We haven't heard from them.

02:12PM 21       THE COURT:  We're going to get to the list in a minute.

02:12PM 22       It seems to me that the seven-day turnaround has

02:12PM 23 not worked, and that we want to try to lengthen it.  Maybe we can

02:12PM 24 go for 10 days.  I don't know.

02:12PM 25       It seems to me we need to lengthen the period of

02:12PM 1    custodial file production prior to a deposition so that we can

02:12PM 2    take pressure off of everybody who is taking the deposition.  I

02:12PM 3    mean, that seems to me to be a goal that we all want to meet.

02:12PM 4         MR. LANGAN:  It will put pressure on the producing

02:12PM 5    party.  So the question is where --

02:12PM 6         THE COURT:  It will put pressure.

02:12PM 7         MR. LANGAN:  Pressure has got to go somewhere.

02:13PM 8         THE COURT:  Exactly right.  Unfortunately, you've been

02:13PM 9    the brunt of it so far.

02:13PM 10        MR. LANGAN:  Right.

02:13PM 11        THE COURT:  You want me to spread the pain?

02:13PM 12        MR. LANGAN:  Yes.  We want to take -- we want our

02:13PM 13   discovery to defend ourselves.

02:13PM 14        THE COURT:  I understand.

02:13PM 15        MR. MILLER:  Your Honor, Kerry Miller on behalf of the

02:13PM 16   Transocean companies.

02:13PM 17             I think 10 days might be the right way to go, but I

02:13PM 18   think the second part of it is, is that it's really got to be

02:13PM 19   10 days.  It can't be 10 days to the plaintiffs, and then a

02:13PM 20   weekend comes up and somehow, some way, BP's vendor can't plug in

02:13PM 21   hard drives at the same time, so I get them four days after, so

02:13PM 22   it's really six.

02:13PM 23        THE COURT:  Let's not talk about BP.  Any one of the

02:13PM 24   defendants.

02:13PM 25        MR. MILLER:  Anybody.  No, I mean, we all live in glass

02:13PM 1   houses, so it's got to apply across the board, no doubt about it.

02:13PM 2           So if it's 10 days, it's got to be 10 days.  If

02:13PM 3   we've got to talk about getting files of certain sizes up on an

02:13PM 4   FTP site, as opposed to plugging them into a machine and get them

02:13PM 5   duplicated that way, then that's fine.

02:13PM 6           I think 10 days is the right amount of time, but

02:13PM 7   it's got to really be 10 days.  It can't be ten, but it's six

02:14PM 8   because you don't get it until six.

02:14PM 9           THE COURT:  Right.  Let's talk about the FTP issue.

02:14PM 10  Have you all had an opportunity to consider that?  I'm not just

02:14PM 11  looking at you, Andy.

02:14PM 12          MR. LANGAN:  The answer is we have.  We're looking at

02:14PM 13  it.  We think -- we can't promise it, but we're looking seriously

02:14PM 14  at it.  We think we can do something.

02:14PM 15          What we found, after hearing from Anadarko and

02:14PM 16  MOEX's counsel, was it works pretty well for smaller productions,

02:14PM 17  not so well for big productions; but, we're going to see what we

02:14PM 18  can do to help skin that cat.

02:14PM 19          THE COURT:  When we say it works well for small

02:14PM 20  productions, could you possibly divide the productions up and do

02:14PM 21  it over a number of sites?

02:14PM 22          MR. LANGAN:  You know what, I wish Mr. Nomellini was

02:14PM 23  back.

02:14PM 24          THE COURT:  Me, too.  That's something that I think that

02:14PM 25  all of the defendants should consider, rather than trying to get

02:15PM 1   it to people.  It certainly would cut down on the time lag.

02:15PM 2          So, good.  I'm glad to hear you all are considering

02:15PM 3   it.  When you get something, Andy, why don't you pick up the

02:15PM 4   phone and let us know.

02:15PM 5          MR. LANGAN:  Okay.  Will do.

02:15PM 6          THE COURT:  Thank you.

02:15PM 7          What about the other defendants, are you all

02:15PM 8   working on your custodial file gathering at this point?  You all

02:15PM 9   know who's on the list; and, even if they are not deposed for

02:15PM 10  another two months, let's get their documents together.  Gee, if

02:15PM 11  you could post them on up on the FTP now, that would be great.

02:15PM 12         There is no reason to wait until ten days before.

02:15PM 13  It takes a lot of pressure off of people if they can review the

02:15PM 14  documents in their leisure.

02:15PM 15         Is that right, Mr. York?

02:15PM 16         MR. YORK:  Yes, Your Honor.

02:16PM 17         MR. ROY:  Judge, may I address the Court?  Jim Roy.

02:16PM 18         THE COURT:  Sure.

02:16PM 19         MR. ROY:  We don't have our tech people here either, so

02:16PM 20  we're equally handicapped.

02:16PM 21         One of the concerns that was expressed about the

02:16PM 22  FTP site is that if it's on a single site, everyone is trying to

02:16PM 23  access it simultaneously, we're told there may be serious

02:16PM 24  concerns about download speed, download consistency and so forth.

02:16PM 25         We have been receiving a hard drive from the

02:16PM 1  defense for the production, and it has saved the ensuing time

02:16PM 2  that would have been otherwise necessary to try to download.

02:16PM 3          I'd like to suggest an alternative to the FTP for

02:16PM 4  at least large, whatever large is going to be; and that is, let's

02:16PM 5  hire a common vendor that the storage medium can be delivered to,

02:16PM 6  and let them use high-speed equipment to create a dozen more, or

02:17PM 7  whatever it is, and people are responsible for picking up their

02:17PM 8  own at a common location down here in New Orleans or something

02:17PM 9  like that.

02:17PM 10         It may be an alternative.  We have serious concerns

02:17PM 11 about trying to download from an FTP with a dozen other people

02:17PM 12 trying to do it simultaneously.

02:17PM 13         THE COURT:  Yes, I wasn't thinking of it as being

02:17PM 14 instead of.  I was thinking of it as being additional to --

02:17PM 15         MR. ROY:  Yes, ma'am.

02:17PM 16         THE COURT:  -- so that people who are worried that their

02:17PM 17 hard drive is not going to be available can go to the site and

02:17PM 18 see what they can see there.  So additional.

02:17PM 19         What are you all thinking?  Maybe you can put it in

02:17PM 20 the mix.  What do you all think about a local vendor that can

02:17PM 21 just burn a hard drive?

02:17PM 22         MR. LANGAN:  Andy Langan for BP.

02:17PM 23         Just speaking for us, I think we have enough vendor

02:17PM 24 relationships already.  Adding another vendor relationship is

02:17PM 25 certainly not high on our list.

02:17PM 1          I don't want to rain on your parade, Your Honor,

02:17PM 2 but --

02:17PM 3          THE COURT:  No, I asked the question; you answered it.

02:18PM 4          MR. YORK:  Alan York for Halliburton.

02:18PM 5          Your Honor, this may be the only time, but I'm

02:18PM 6 going to agree with Mr. Langan today on that issue because we

02:18PM 7 have already established a number of vendor relationships based

02:18PM 8 on the production that we've already been doing.  Adding another

02:18PM 9 vendor to that mix, I think, is just going to complicate things.

02:18PM 10          THE COURT:  Okay, Mr. Roy, we're taking that off the

02:18PM 11 idea list.

02:18PM 12          MR. ROY:  Of course, Judge, you know, we would be

02:18PM 13 perfectly happy for their vendors to prepare the multiple copies.

02:18PM 14 It's still a great idea, we submit.

02:18PM 15          THE COURT:  Well, I think, Andy -- the problem has been

02:18PM 16 that Andy's vendor hasn't been getting them done in a timely

02:18PM 17 manner, or at least as timely a manner as the group of plaintiffs

02:18PM 18 would like.

02:18PM 19          MR. LANGAN:  Your Honor, I think the plaintiffs have --

02:18PM 20 I have heard few complaints about the seven-day rule for delivery

02:18PM 21 to the plaintiffs.  I had heard Mr. Miller and others saying, you

02:18PM 22 know what, we got ours a day or two later.  So, frankly --

02:19PM 23          THE COURT:  Let's talk about categories of deponents.

02:19PM 24 Mr. Miller has presented me with a proposed track chart.

02:19PM 25          Mr. Miller, do you want to come on up?

02:19PM 1          MR. MILLER:  Sure.  Let me get a letter size one, if I

02:19PM 2  have it.

02:19PM 3          Kerry Miller on behalf of Transocean, Your Honor.

02:20PM 4  Just give me a second.  I had one on legal because it was long,

02:20PM 5  but I have got a smaller letter version in the jury box.

02:20PM 6          THE COURT:  Sure, no problem.

02:20PM 7          MR. CLARKE:  Your Honor, may I, while Mr. Miller is

02:20PM 8  doing that, briefly address the Court?

02:20PM 9          THE COURT:  Sure.  Come on up.

02:20PM 10          MR. CLARKE:  Good afternoon, Your Honor.  Shaun Clarke

02:20PM 11  on behalf of Bob Kaluza, who is one of the individual defendants

02:20PM 12  in these cases and is also, I think, someone who all parties are

02:20PM 13  going to want to depose.

02:20PM 14          I'm going to respectfully ask that Mr. Kaluza's

02:20PM 15  deposition be set toward the end of discovery.  The reason for

02:20PM 16  that is if he is deposed -- well, given the schedule, the last

02:20PM 17  thing we want to do is repeat efforts and take two depositions of

02:20PM 18  one person.

02:20PM 19          If he's deposed in the next, you know, 30 to

02:20PM 20  60 days, I can virtually guarantee he will invoke his

02:21PM 21  Fifth Amendment privilege and decline to testify.  That's fluid

02:21PM 22  depending on what the Department of Justice does.  The further

02:21PM 23  along we get, the better the chances that he will testify

02:21PM 24  substantively.

02:21PM 25          If he has to sit twice, first take the Fifth

02:21PM 1   Amendment and then has to be deposed again because he no longer

02:21PM 2   is taking the Fifth, he's subjected to two depositions, and I

02:21PM 3   submit the process would be slowed down.

02:21PM 4           THE COURT:  Thank you.

02:21PM 5           Currently, on the combined listed, Mr. Kaluza shows

02:21PM 6   up as Number 18.  I'm looking at the list that Mr. Miller is

02:21PM 7   proposing --

02:21PM 8           MR. MILLER:  Your Honor, if I may, I don't think the

02:21PM 9   names and the date slots are all that terribly important.  If I

02:21PM 10  could just explain what I tried to do before anybody gets their

02:21PM 11  ire up about what rank their particular witness is, it was not

02:22PM 12  intended to do that particular exercise.

02:22PM 13          Really, what this is, Your Honor, is after last

02:22PM 14  weeks's conference, you started out by suggesting four or five

02:22PM 15  different tracks that you thought made sense where you could

02:22PM 16  carve out discrete issues so that you could have separate teams

02:22PM 17  working on separate tracks.

02:22PM 18          That's the way that we've created our own internal

02:22PM 19  team.  It's not by party, it's by issue or topic, if you will.  I

02:22PM 20  didn't even include on this jurisdiction, which was one you

02:22PM 21  identified last week, which certainly is discrete.

02:22PM 22          But what I proposed, Your Honor, there is no magic

02:22PM 23  to it, it's really a modification of what you proposed last week,

02:22PM 24  just kind of thinking through it, would be what we called an

02:22PM 25  event track.  That's the issues that relate to the April 20th

02:22PM 1   event.  That's a long track, no doubt about it.  We're going to

02:22PM 2   be doing that for a long time.

02:22PM 3               On the far right is a response track, and that's,

02:22PM 4   you know, what happened after April 20th.

02:23PM 5               And, you know, the names that are on here -- again,

02:23PM 6   let me get to that -- all I did was I took the master list that

02:23PM 7   Don Godwin prepared, and I created these five separate tracks.  I

02:23PM 8   didn't do jurisdiction because those names weren't on it.  I just

02:23PM 9   populated the fields.

02:23PM 10              Now, I did this in my office.  Maybe I have

02:23PM 11  witnesses in the wrong fields and they belong in another field.

02:23PM 12  So it wasn't the intent to set certain witnesses for certain

02:23PM 13  dates, but was just to come up with a model of tracks, and then

02:23PM 14  take the witnesses that were on Don's chart and -- Don Godwin's

02:23PM 15  chart, not Don Haycraft's chart that he submitted to the Court,

02:23PM 16  and then populate it with those names.  Then you can play with

02:23PM 17  the names and play with the dates.

02:23PM 18              But, the suggestion was, is that we would have an

02:23PM 19  event track.  Then we would have -- you know, as I've explained

02:23PM 20  to you, Your Honor, we have this other issue going on out there

02:23PM 21  with some of the PTSD claims from some of the personal injury

02:23PM 22  plaintiffs.

02:23PM 23              And you'll see, and this ought to make Mr. Langan

02:24PM 24  happy, that track is populated with all Transocean former

02:24PM 25  employees, at least.  These are folks we don't have control of,

02:24PM  1    but their deposition would be taken for all purposes, including

02:24PM  2    their PTSD claim purposes.

02:24PM  3            But, of course, you know, they'll have information

02:24PM  4    as to the event, and their deposition would be fair game for

02:24PM  5    that.  So that would be a separate track.

02:24PM  6            I will tell you that these witnesses are all

02:24PM  7    clients of the Arnold & Itkin firm, so it would pertain to one

02:24PM  8    firm in making sure we got those depositions done.

02:24PM  9            The next track is the Fifth Amendment track.  You

02:24PM 10    know, I'm not trying to, you know, identify Mr. Clarke's client,

02:24PM 11    but these are just who we believe, based upon what they did

02:24PM 12    before the MBI hearings, would be the witnesses who would plead

02:24PM 13    the Fifth.

02:24PM 14            Maybe that's not the case, maybe it's an issue of

02:24PM 15    timing, but we talked about the Fifth Amendment track last week,

02:24PM 16    and it seems as if that lends itself to a separate team.  I mean,

02:24PM 17    that's an outline, reading an outline.

02:24PM 18            The next track that we came up with is kind of what

02:25PM 19    we have been doing now, the Bly investigation track.  It could be

02:25PM 20    anybody's internal investigation track.  These deal with reports,

02:25PM 21    not necessarily for the folks that were, you know, on the rig or

02:25PM 22    were directly involved with the Macondo project, but those who

02:25PM 23    wrote the internal investigation reports.  That's primarily what

02:25PM 24    we have been doing.

02:25PM 25            And then the next track, which is not all that

02:25PM  1    populated but I think will be populated with more names, not a

02:25PM  2    tremendous amount of names, is what I call the custodian or ESI

02:25PM  3    architecture track.

02:25PM  4            I think you've heard -- Mr. Herman has talked about

02:25PM  5    it a lot, that there may need to be some depositions of records

02:25PM  6    custodians, particularly of technical information, where they

02:25PM  7    come in and explain what the information is.  But these would be

02:25PM  8    depositions of records custodians and information systems type

02:25PM  9    people.  Nonsubstantive is what I would call it.

02:25PM 10            And then, finally, I put on the right-hand column a

02:25PM 11    response track, and this would be what you called the post-event

02:25PM 12    track from last week.

02:25PM 13            Now, what I would think, Your Honor, is you

02:26PM 14    wouldn't have to work one, two, three, four, five, six, and, if

02:26PM 15    you have jurisdiction, seven tracks at one time; but, what you

02:26PM 16    could do is you could work through event, work through

02:26PM 17    investigation, and then, you know, the other couple of tracks

02:26PM 18    aren't going to have that many names.

02:26PM 19            THE COURT:  Right.

02:26PM 20            MR. MILLER:  And you could focus on that track for a

02:26PM 21    week or two weeks, and then move on to the next one.

02:26PM 22            But it gives you a model to always work on at least

02:26PM 23    two tracks, and sometimes three tracks, if you have to, without

02:26PM 24    offending sort of the team concept that I think we've all created

02:26PM 25    for taking these depositions.

02:26PM  1          THE COURT:  I like the idea.  It seems to me another

02:26PM  2    track would be the London track.  I'm going to throw that in,

02:26PM  3    schedule it in May, whatever.

02:26PM  4          Did you populate these tracks with the 30(b)(6)

02:26PM  5    depositions?

02:26PM  6          MR. MILLER:  You know, I did because all I did was I

02:27PM  7    took -- if someone has the full copy, let me borrow it for a

02:27PM  8    second.  I think what you can -- well, this one doesn't show it.

02:27PM  9          THE COURT:  Yes, I see on page four, you've got

02:27PM 10    Transocean 30(b)(6).

02:27PM 11          MR. MILLER:  Yeah.  I mean, that was kind of toward the

02:27PM 12    end of Mr. Godwin's list is where he kind of collected the

02:27PM 13    30(b)(6)'s.  So everything that was on Mr. Godwin's list ought to

02:27PM 14    be on here.

02:27PM 15          I'm not saying I got it right, I got it in the

02:27PM 16    right track or the right location, but it ought to be on here in

02:27PM 17    some spot.

02:27PM 18          You know, and I ran this through April the 1st, but

02:27PM 19    you could run it -- there is a subsequent version where you run

02:27PM 20    it through kind of what we're talking about, the end of fact

02:27PM 21    discovery in the summertime, into August.  You can accommodate

02:27PM 22    the names that were on Mr. Godwin's master list fairly easily

02:28PM 23    that way -- maybe not fairly easily, but you can accommodate

02:28PM 24    them.

02:28PM 25          THE COURT:  The response track includes what, Kerry?

02:28PM  1          MR. MILLER:  The response track, I think, in essence,

02:28PM  2   Your Honor, would be what you'd call the post-event track.  That

02:28PM  3   may be driven more by who is designated on May 2nd as the trial

02:28PM  4   plaintiffs.

02:28PM  5          You know, I don't know how the plaintiffs are going

02:28PM  6   to put on their case with respect to the allocation of fault for

02:28PM  7   an economic loss plaintiff.  I don't know if it's going to be the

02:28PM  8   condo owner in Pensacola or the crab fisherman in Mobile or

02:28PM  9   whatever the case is, but that would be directed to the

02:28PM 10   post-event issues.

02:28PM 11          THE COURT:  Does it also include capping the well, after

02:28PM 12   it's been capped --

02:28PM 13          MR. MILLER:  Yes, everything after --

02:28PM 14          THE COURT:  Everything post-event?

02:28PM 15          MR. MILLER:  Everything post-event.  From April 21st

02:28PM 16   until August, September, whenever it was.  I guess, maybe

02:28PM 17   continuing damages, the plaintiffs would say, if there are some.

02:28PM 18          THE COURT:  All right.  I think that's very helpful.  I

02:29PM 19   realize everybody just got it and can't can comment on it other

02:29PM 20   than any initial reactions that anybody wants to express?

02:29PM 21          MR. LANGAN:  Your Honor, Andy Langan.

02:29PM 22          I think it's an interesting construct.  I would

02:29PM 23   just make the comment that on the Fifth Amendment thing, I

02:29PM 24   think -- I know that's a shorthand.  Like, take Mr. Vidrine, for

02:29PM 25   example, it's not a Fifth Amendment with Mr. Vidrine, it's a

02:29PM 1   medical issue.  So maybe it's Fifth Amendment/Unavailability

02:29PM 2   track, I don't know.  There are others.  I think Kerry alluded to

02:29PM 3   that, as well, but I don't want there to be any mistake about --

02:29PM 4        THE COURT:  I'm sorry, yeah.

02:29PM 5        MR. LANGAN:  -- Mr. Vidrine's position.

02:29PM 6        THE COURT:  Vidrine, yes.  It is what it is.  Yes.

02:29PM 7             Where is he located now?

02:29PM 8        MR. LANGAN:  Louisiana.

02:29PM 9        THE COURT:  Oh, he is.  Okay.  I should know by the

02:30PM 10  name, shouldn't I.

02:30PM 11            Come on, Don.  Sure.

02:30PM 12       MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

02:30PM 13  Halliburton.

02:30PM 14            Judge, I like what Kerry has done here.  It's

02:30PM 15  certainly a good start and looks reasonable to me.

02:30PM 16            The concern that I continue to have is, is on the

02:30PM 17  priority list that you asked me to prepare, we've got 197 names.

02:30PM 18  You can't, between now and July 31, do 197 depositions unless you

02:30PM 19  go to maybe five or six or seven tracks.  I haven't been able to

02:30PM 20  figure out how you can do it with two or three.

02:30PM 21            And so I think when we go to plugging names in and

02:30PM 22  doing what we're going to be doing here with what Kerry

02:30PM 23  suggested -- which, again, I like the idea -- we need to be

02:30PM 24  mindful that the list has either got to be shorter or we've got

02:30PM 25  to know -- we've got to have an extended number of tracks that

02:30PM 1    are going to be going on at the same time, or we've got to have

02:30PM 2    an extended period of time for the discovery.  I don't see what

02:30PM 3    other options there may be.

02:30PM 4         THE COURT:  I don't think there are any.  You just

02:30PM 5    covered the scope.

02:31PM 6         MR. GODWIN:  Thank you, Your Honor.

02:31PM 7         MR. CUNNINGHAM:  Your Honor, Robert Cunningham for the

02:31PM 8    PSC.

02:31PM 9         Don touched on a concern we have.  We're ready to

02:31PM 10   do whatever it takes to get it done by July 31st; but, we,

02:31PM 11   frankly, think that the Court may want to consider exercising its

02:31PM 12   inherent power to limit the number of witnesses.

02:31PM 13        We think the present list has a lot of fat on it.

02:31PM 14   One example we would give is that we've conferred with the

02:31PM 15   coordinating counsel for the State of Alabama -- or for the

02:31PM 16   states, rather, and we've submitted 50 names for the PSC.  The

02:31PM 17   U.S. has submitted four names.  We agree that that is adequate to

02:31PM 18   accomplish the goals that the Court has set for us, and that is

02:31PM 19   to provide expert reports by August 15th.

02:31PM 20        Louisiana does not agree.  They've submitted

02:31PM 21   30 names.  I'm sure they're witnesses that they have reasons they

02:31PM 22   would like to depose, but we don't think they're witnesses that

02:32PM 23   need to be deposed in order to meet the challenge that's before

02:32PM 24   us.

02:32PM 25        THE COURT:  Well, and let me comment on that.  It seems

02:32PM 1    to me that there are two things we need to accomplish today.

02:32PM 2    Number one, we're going to schedule witnesses that -- more than

02:32PM 3    141.  Those are going to be our priority.

02:32PM 4              Second, in fairness to Mr. Lang -- we're going to

02:32PM 5    try to take some of the witnesses he wants to take.

02:32PM 6              Beyond that, we are not going to go down to, it

02:32PM 7    seems to me, initially, those witnesses that are designated by

02:32PM 8    one or two parties.  We just are not going to do it.

02:32PM 9         MR. CUNNINGHAM:  Thank you.

02:32PM 10        MR. UNDERHILL:  Good afternoon, Your Honor.

02:33PM 11   Mike Underhill, U.S.

02:33PM 12             In the spirit that Bobo was -- Mr. Cunningham was

02:33PM 13   talking about to try to limit witnesses, I've got some questions,

02:33PM 14   and perhaps all the parties can help me and all work this out.

02:33PM 15             First is in the limiting factor.  On the response

02:33PM 16   side, there are a number of cabinet secretaries listed,

02:33PM 17   Secretary Chu, Secretary Brown, etcetera, or EPA Administrator

02:33PM 18   Brown.

02:33PM 19             And our general position in any litigation is that

02:33PM 20   you have to show some truly great need to depose cabinet

02:33PM 21   secretaries because their day job is fairly important; which

02:33PM 22   isn't to imply that other people's day jobs aren't either, but

02:33PM 23   that generally leads to motion practice.

02:33PM 24             So we're happy to work out with people.  Generally,

02:33PM 25   what we try to do is find somebody that can testify in that

02:33PM 1  person's behalf; and, if somebody lays down a marker and says

02:33PM 2  that doesn't work, then we'll be talking to you.  So I just want

02:33PM 3  to reserve that.  We'll try to work out those with the parties as

02:33PM 4  we go along.

02:33PM 5          That segues into the response side of it.  One of

02:34PM 6  the questions I have in terms of where that fits into the trial

02:34PM 7  is -- and, also, Kerry on behalf of Transocean mentioned things

02:34PM 8  like the capping stack, flow rate.  What I see happening there is

02:34PM 9  a conflation of natural resource damage issues which I don't

02:34PM 10 understand to be the subject of the limitation trial.

02:34PM 11         The flow rate issues certainly pertain very

02:34PM 12 intrinsically to the Clean Water Act penalty side because there's

02:34PM 13 the penalty kicker, either 1100 a barrel or 4300 a barrel.

02:34PM 14 Perhaps that pertains to other issues that aren't the subject of

02:34PM 15 the Clean Water Act penalty kicker, I don't know.

02:34PM 16         I just raise these issues now, and I don't think

02:34PM 17 we're going to solve these today, but flag them, perhaps, that we

02:34PM 18 can start working those out, talking with them, and structure how

02:34PM 19 they fit or don't fit into an eventual trial.

02:34PM 20         THE COURT:  Thank you.  Look, what I think we should do

02:35PM 21 is, you know -- Kerry, you've got this in Excel spreadsheet?

02:35PM 22         MR. MILLER:  Both Excel and Word.

02:35PM 23         THE COURT:  And Word.  Why don't you just circulate to

02:35PM 24 liaison coordinating counsel, and we can start fooling with it.

02:35PM 25         But, Mike, I appreciate those comments, and I don't

28

02:35PM 1    know the answer to the second issue that you raised.  I wish you
02:35PM 2    did.
02:35PM 3            MR. LANGAN:  May I comment on the second issue?  It's
02:35PM 4    Andy Langan.
02:35PM 5            And it really ties back, also, to what
02:35PM 6    Mr. Cunningham had to say.  Some good points were made.  BP heard
02:35PM 7    Your Honor talking about a priority list for getting ready for
02:35PM 8    the limitation trial, and we saw it as an exercise in making sure
02:35PM 9    that we had covered the issues that might be tried.
02:35PM 10           Frankly, until we sit down with Judge Barbier and
02:35PM 11   figure out the scope and structure of that trial, there is some
02:35PM 12   uncertainty.  We don't have the answers, but I -- but you and I
02:36PM 13   were together with the PSC this morning talking about ESI issues,
02:36PM 14   and I heard Mr. Roy say that part of the discovery here is things
02:36PM 15   like where did the oil go, could it have been capped sooner, fate
02:36PM 16   and transport.
02:36PM 17           Knowing that those issues could possibly be part of
02:36PM 18   the initial trial, we felt it was incumbent upon us to list as
02:36PM 19   potential deponents people that were integrally involved in that.
02:36PM 20   So, you know, if those aren't going to be part of the limitations
02:36PM 21   trial, fine; but, I think there is enough uncertainty about that,
02:36PM 22   that we didn't have any choice.
02:36PM 23           THE COURT:  Jim, do you want to respond to that?
02:36PM 24           MR. ROY:  Yes, ma'am, I do.  Jim Roy.
02:36PM 25           It has never been a mystery since the first status

02:36PM 1    conference with the Court, Judge Barbier, in a liaison

02:36PM 2    conference, in particular when we were talking about the

02:36PM 3    scheduling order, CMO Number 1, is where it ultimately began, and

02:37PM 4    the timeline and discussions that ran on for about eight weeks

02:37PM 5    prior to that, the plaintiffs' position was consistently that we

02:37PM 6    believed there needed to be two separate fault findings; one, a

02:37PM 7    fault finding for why the casualty occurred, and then a second

02:37PM 8    fault finding as to why the extent of the oil reached as far as

02:37PM 9    it did.

02:37PM 10              That was manifested in the form of *Robin Dry Dock*

02:37PM 11   plaintiffs being inserted by the Court as a category of test

02:37PM 12   cases for the limitation trial, so that both fault allocations

02:37PM 13   could be captured.

02:37PM 14              So this is not a surprise.  This -- it shouldn't

02:37PM 15   be.  It's been a matter of continual discussion ever since the

02:37PM 16   weeks leading up to the issuance of CMO 1.

02:38PM 17         THE COURT:  And, Jim, do you see that as a second phase

02:38PM 18   of the trial?

02:38PM 19         MR. ROY:  No, ma'am.  I do not.  I think that -- well,

02:38PM 20   let's put it like this.  It is within the discretion of the

02:38PM 21   Court, and the Court will tell us, and we will respect that

02:38PM 22   decision.

02:38PM 23              As I appreciate the CMO that is currently issued,

02:38PM 24   it calls for a trial on liability and fault allocation as to both

02:38PM 25   categories of plaintiffs occurring in the February of 2012 trial.

02:38PM 1          I think that to insert the issue of environmental

02:38PM 2   damage in the sense of a natural resource damage or something

02:38PM 3   like this, I don't think that it was contemplated by anyone that

02:38PM 4   that'd be a part of the February trial or the ensuing damage

02:38PM 5   trial, whatever number of months later that it follows, in the

02:39PM 6   bifurcation of the damages, along with punitive damages

02:39PM 7   quantification, if requisite findings are made in the first part.

02:39PM 8          And to the extent we're talking about quantifying

02:39PM 9   when the fisheries are going to come back, when the oyster

02:39PM 10  population is going to come back, etcetera, etcetera, at least I

02:39PM 11  personally never envisioned that being a part of the February or

02:39PM 12  the summer trial.

02:39PM 13         THE COURT:  But you do see some overlap in the discovery

02:39PM 14  phase of the second portion of the damages trial?

02:39PM 15         MR. ROY:  I think that -- I'm not sure that's exactly

02:39PM 16  how I'd word it, Your Honor.  Maybe that's a better way.  But I

02:39PM 17  do think that it is absolutely incumbent in this discovery

02:39PM 18  process that -- and in our experts that we're retaining and

02:39PM 19  expect to have reports by August 15th, that one of the

02:40PM 20  fundamental issues -- and I would think this would matter to the

02:40PM 21  other defendants other than BP, significantly, is that if, in

02:40PM 22  fact, one or more of the defendants, let's just say

02:40PM 23  hypothetically BP, could have and should have capped this well

02:40PM 24  eight weeks sooner than it did or six weeks sooner than it did,

02:40PM 25  and if the oil wouldn't have reached, more probably than not, the

02:40PM 1    coast of Florida, or, more probably than not, the coast of

02:40PM 2    Alabama, that's very material to the Court's determination of

02:40PM 3    that second allocation of fault in the February trial.

02:40PM 4          So, to the extent we use the phrase "fate and

02:40PM 5    transport" this morning and capping or not capping and the

02:40PM 6    reasons why, we think it is very much relevant to the February

02:40PM 7    trial for those reasons.

02:40PM 8          THE COURT:  Okay.

02:41PM 9          By the way, it's warm in here.  If anybody wants to

02:41PM 10   take their jacket off, feel free.

02:41PM 11         MR. MEADE:  Good afternoon, Your Honor.  John Alden

02:41PM 12   Meade.  I represent the derivative plaintiffs in the MDL 2185.

02:41PM 13         And this is just a quick response to this proposal.

02:41PM 14   We understand that we're a minor player in the 2179, and that we

02:41PM 15   exist here, really, only to achieve whatever efficiencies can be.

02:41PM 16   You know, we actually just served our amended complaint a few

02:41PM 17   weeks ago.  We haven't served our own discovery or anything like

02:41PM 18   that.

02:41PM 19         So we're really here to facilitate the economy of

02:41PM 20   both the Court and the parties, and especially as it relates to

02:41PM 21   the smaller -- I shouldn't say smaller -- I should say let's take

02:41PM 22   the event track, the people, for instance, on the rig.  I think

02:41PM 23   Your Honor has already noted that those are tangentially related

02:41PM 24   to us, so we don't have a problem with the current system.

02:42PM 25         As we get a little bit further along in this

02:42PM  1    response track, we start to see people that are in a more senior

02:42PM  2    position, as you see, board members from BP, PLC.  Those are

02:42PM  3    obviously of particular interest to us.

02:42PM  4            Pretrial Order 27 already notes that for such

02:42PM  5    people that we may very well need more time.  For that, I would

02:42PM  6    say not only would we need more time, but, really, it's also just

02:42PM  7    as important the timing, where in the process -- where in the

02:42PM  8    calendar these people get scheduled.

02:42PM  9            And if we can't be accommodated, then we'll have

02:42PM 10    to -- you know, we'll just do what we have to; but, if there is a

02:42PM 11    chance that we could be accommodated, the best way for this to

02:42PM 12    happen is for those senior board members to be scheduled later.

02:42PM 13            So those tracks, whether the response track, I

02:42PM 14    think you also referred to like a London track, that would

02:42PM 15    probably be very much what we would be interested in doing.  We

02:43PM 16    would probably need a full day with those people, so I don't know

02:43PM 17    if we would have to have a third day for the depositions.

02:43PM 18            And, of course, we can acknowledge that maybe it

02:43PM 19    just doesn't work, and maybe we just have to renotice these

02:43PM 20    people to be deposed separately in our case.  Frankly, that's

02:43PM 21    usually the way we would proceed; but, like I said, we're here to

02:43PM 22    try to see if we can contribute to any efficiencies.

02:43PM 23            THE COURT:  I appreciate that.  To the extent that we

02:43PM 24    can accommodate you and you can accommodate us, it would be

02:43PM 25    helpful.

02:43PM  1          MR. MEADE:  Thank you, Your Honor.

02:43PM  2          MR. STRADLEY:  Your Honor, may I address the Court?

02:43PM  3          THE COURT:  Certainly.

02:43PM  4          MR. STRADLEY:  I'm Bill Stradley.  I'm with the Mithoff

02:43PM  5   Law Firm in Houston, and we're also involved in 2185.

02:43PM  6          I just wanted the Court to be aware that we have

02:43PM  7   attended all the depositions so far that have been taken, at

02:43PM  8   least representatives from our law firm.  Either myself

02:43PM  9   personally or someone from our firm has been present throughout

02:44PM 10   the entire discovery.

02:44PM 11          In addition to that, we have maintained a close

02:44PM 12   relationship with the PSC and the PSC's schedule, but we have

02:44PM 13   just received within the last three weeks or so a tremendous

02:44PM 14   amount of information that has been produced and shared with us,

02:44PM 15   so that we need to have as much time as possible to go through

02:44PM 16   that information before knowing which witnesses we have to pay

02:44PM 17   particular attention to.

02:44PM 18          We already know some of those witnesses, obviously,

02:44PM 19   and it's been addressed by counsel; but, we, too, are working on

02:44PM 20   the problem to lessen any problems and lessen the necessity for

02:44PM 21   second depositions, and to coordinate everything we're doing with

02:44PM 22   the PSC here.  We will make every effort to coordinate everything

02:44PM 23   we do over in 2185 together.

02:44PM 24          THE COURT:  I appreciate that.  That's very helpful.

02:44PM 25   Thank you.

02:44PM  1          MR. STRADLEY:  Thank you, Your Honor, for allowing me to

02:44PM  2  attend.

02:44PM  3          THE COURT:  No problem.

02:44PM  4              All right, let's get down to the tough work.  Have

02:45PM  5  we set dates for March and April depositions?  Is that on the

02:45PM  6  calendar?

02:45PM  7              Let's do it.  Kerry, do you want to act as the

02:45PM  8  ELMO --

02:45PM  9          MR. MILLER:  Operator?

02:45PM 10          THE COURT:  -- operator?

02:45PM 11          MR. MILLER:  Sure.  I may need to borrow a pen, though.

02:45PM 12          MR. ROY:  Do you have a neat handwriting?

02:45PM 13          MR. MILLER:  No, but I'll try my best.

02:45PM 14          THE COURT:  All right.  We're looking at March.

02:45PM 15              Now, we know Mardi Gras is March 8th, and we've

02:45PM 16  previously discussed the fact that you probably should get out of

02:45PM 17  town at the close of business on Thursday, March 3rd.  So that

02:46PM 18  gives us the 28th, 1st, 2nd, 3rd.  Does everybody want those

02:46PM 19  days?

02:46PM 20          VOICES:  Yes.

02:46PM 21          THE COURT:  So we're going to go for those days.

02:46PM 22              Do you all want to try to do something for the

02:46PM 23  latter part of the week of March 7th?

02:46PM 24          MR. CUNNINGHAM:  Yes, Your Honor, for the plaintiff.

02:46PM 25          THE COURT:  Do you want to try something for the 9th, or

02:46PM 1    would you rather just go for the 10th and 11th?

02:46PM 2        MR. CUNNINGHAM:  If it will work, we would do it on the

02:46PM 3    9th.  People from New Orleans probably have a better feel for

02:46PM 4    that than I do.

02:46PM 5        THE COURT:  We're all hung over, but --

02:46PM 6        MS. KUCHLER:  Travel and hotel will be difficult the day

02:46PM 7    after Mardi Gras.

02:47PM 8        THE COURT:  Did we have some witnesses in Houston that

02:47PM 9    we talked about?

02:47PM 10       MR. MILLER:  I think those were the Fifth Amendment

02:47PM 11   witnesses in Houston you mentioned last week, Your Honor.

02:47PM 12       THE COURT:  All right.  Let's go for the 10th and 11th.

02:47PM 13          What about the week of the 14th?

02:47PM 14       MR. MILLER:  Your Honor, I tried to be a good boy, and I

02:47PM 15   got some requests from both the plaintiffs' priority Transocean

02:47PM 16   witnesses and from Andy.

02:47PM 17          I wasn't sure -- I tried to get dates in the order

02:47PM 18   in which they were presented, which is not the priority that I

02:47PM 19   heard five minutes ago; but, at any rate, I have someone on

02:47PM 20   March 15th that can be plugged in that was number one on the

02:47PM 21   plaintiffs' list.  At least he appeared in the number one slot on

02:47PM 22   the plaintiffs' list.  His name is Adrian Rose.

02:47PM 23       THE COURT:  So are we going to go for the week of the

02:48PM 24   14th in its entirety?

02:48PM 25       MR. CUNNINGHAM:  Yes, ma'am.

02:48PM  1           MR. MILLER:  I know the date -- I guess he can move to

02:48PM  2     the 14.  It was the 15th, but I could move him.

02:48PM  3           THE COURT:  Great.  That gives us how many?  That's

02:48PM  4     12 dates.  Do you want to go into the week of March 21st?  Do you

02:48PM  5     want four days that week and call it quits for March?

02:48PM  6           MR. MILLER:  It seems to me we need to start --

02:48PM  7           MR. CUNNINGHAM:  With the numbers we have, it seems to

02:48PM  8     me we need to fill every day.

02:48PM  9           THE COURT:  Then we're going to go the week of

02:48PM 10     March 21st.

02:48PM 11           MR. MILLER:  Now, we're still not going on Fridays,

02:48PM 12     right?

02:48PM 13           THE COURT:  Well, you all tell me.  Let's look at --

02:48PM 14           MR. CUNNINGHAM:  It really depends on whether the list

02:48PM 15     is going to be cut down from the current number.

02:48PM 16           MR. GODWIN:  This list will have to be a lot shorter,

02:48PM 17     Your Honor, if we're going to take Fridays off.

02:49PM 18           MR. MILLER:  So we're going Fridays, but we're carving

02:49PM 19     out a week; or, are we going every week and carving -- what's the

02:49PM 20     ideal, I guess is what my question is?

02:49PM 21           THE COURT:  Why don't we do this, why don't we not go on

02:49PM 22     the Fridays that you all have the conference with Judge Barbier,

02:49PM 23     so I can give you those dates coming up.

02:49PM 24           March 25th is the conference with Judge Barbier.

02:49PM 25     You're going to have conferences with me every Friday, so we

02:49PM  1    can't take that off, but that's just going to be the working

02:49PM  2    group.

02:49PM  3            MR. MILLER:  Your Honor, I know I have another date or

02:49PM  4    two in March.  If I can go over, I can put them --

02:49PM  5            THE COURT:  Please, let's go ahead and slot them in.

02:49PM  6            MR. MILLER:  And I guess what we need to do is since,

02:49PM  7    unless someone tells me otherwise, the witnesses are going to be

02:49PM  8    the 15-hour witnesses, so we need to plug them in over two days,

02:50PM  9    right, as we fill it in?

02:50PM 10            THE COURT:  Right.  So we need to put an arrow.

02:50PM 11            MR. MILLER:  Yes, I put him on both days.

02:50PM 12            MR. GODWIN:  Your Honor, may I?

02:50PM 13            THE COURT:  Sure, Don.

02:50PM 14            MR. GODWIN:  Thank you, Judge.

02:50PM 15            Mr. Cunningham said, and I tend to agree, that if

02:50PM 16    we're going to get through this list -- Don Godwin for

02:50PM 17    Halliburton, thank you.  I apologize.

02:50PM 18            If we're going to get through this list, other than

02:50PM 19    the days we're going to be with Judge Barbier, I think we're

02:50PM 20    going to need to be in depositions Monday through Friday every

02:50PM 21    week, and you're still not going to get it done with even triple

02:50PM 22    tracking unless the list is cut in half.

02:50PM 23            And so we've got 197 people on the list.  I can

02:50PM 24    tell you, without getting into the details -- I don't want to do

02:50PM 25    that -- other than one party, every other party in this lawsuit

02:50PM  1    increased their list from the February 9 list.  The list didn't

02:50PM  2    go down; the list went up in terms of numbers.

02:51PM  3              And that's fine, and we'll do whatever, but I think

02:51PM  4    if we're going to get through it and meet the deadlines that

02:51PM  5    Your Honor and Judge Barbier have set, we need to -- we need to

02:51PM  6    not think about not working on March 8 and 9.  We need to be

02:51PM  7    somewhere taking depositions that date.  Whether it's Houston or

02:51PM  8    some other place, we need to be there.

02:51PM  9              If -- I don't see how we knock out days like that

02:51PM 10    when we know we're going to have July 4 holidays that are going

02:51PM 11    to be upon us.  So my suggestion is, is that we go back and look

02:51PM 12    at March 1, and we put somebody in for every day of the month

02:51PM 13    through, what -- at least March and April, and see where we go

02:51PM 14    from there.

02:51PM 15              THE COURT:  I plan on covering March and April today.

02:51PM 16              MR. GODWIN:  Yes, Your Honor.  But, I mean, we've got

02:51PM 17    some days up here that appear to be marked out.  7, 8, and 9

02:51PM 18    don't appear to be -- at least here so far, doesn't appear that

02:51PM 19    we're going to be doing depos that day, and I don't think that's

02:51PM 20    going to work.

02:52PM 21              THE COURT:  Okay.

02:52PM 22              MR. GODWIN:  Thank you, Your Honor.

02:52PM 23              MR. UNDERHILL:  Mike Underhill for the United States.

02:52PM 24              About 15 years ago, I had what at the time I

02:52PM 25    thought was a big case.  It was worth about 135 million bucks.

02:52PM 1    My opposing counsel, during a deposition, gave me a notice of 50

02:52PM 2    deposition notices for my client.  I know told him no way, no

02:52PM 3    how.  He said, yes, you are.  I said, we'll talk about it with

02:52PM 4    the judge.

02:52PM 5          Called the judge.  We both happened to be in

02:52PM 6    Seattle, the venue was.  Judge Rothstein, chief judge, said, can

02:52PM 7    y'all be down here in an hour and a half.  I said, yep.

02:52PM 8          And we got down there, and she said, gentlemen,

02:52PM 9    here is what you're going to do.  You're going to come back

02:52PM 10   tomorrow, each of you with a list of 10 deponents, numbered from

02:52PM 11   one to ten, one being the most important, ten being the least

02:52PM 12   important, and I may even each give you ten.  That's what she

02:52PM 13   did.  I think she gave us ten apiece.

02:52PM 14         Turns out, at the end of the case, we had each,

02:52PM 15   total, taken, I think, six or seven depositions.  Part of it was

02:53PM 16   trying to buy the case.  I got it.  The judge got it.

02:53PM 17         I think that we all need to exercise some

02:53PM 18   discretion.  If we can't govern ourselves properly, then you're

02:53PM 19   the one that does it, Your Honor.

02:53PM 20         And I think that there are certainly critical

02:53PM 21   witnesses that all the parties want.

02:53PM 22         THE COURT:  And can agree to.

02:53PM 23         MR. UNDERHILL:  We've got that.  We've got that.  But I

02:53PM 24   think we're getting to the point where -- I don't want to say

02:53PM 25   we're scraping the bottom of the apple barrel, but --

02:53PM 1       THE COURT:  But we are.

02:53PM 2       MR. UNDERHILL:  -- I have a sneaking suspicion, by about

02:53PM 3  June or July, we're going to say, you know, I think I've heard

02:53PM 4  that story by now about five times with five different witnesses.

02:53PM 5           Now, maybe we'll start taking shorter depositions,

02:53PM 6  but I don't think we need to hear the same story five times,

02:53PM 7  because there's only so much.

02:53PM 8       THE COURT:  Totally agree.

02:53PM 9       MR. UNDERHILL:  And if we get to trial, there's -- you

02:53PM 10 know, and apparently Kerry did me the favor of trying to bring me

02:53PM 11 in today.  He filed a third-party complaint that included my new

02:53PM 12 client.  Horrible thing to do, I might add.

02:54PM 13      MR. MILLER:  It's a very nice third-party complaint.

02:54PM 14      MR. UNDERHILL:  We'll be talking about it.  We'll be

02:54PM 15 doing a little motion practice here.

02:54PM 16          But, in any event, whomever is at that trial, if

02:54PM 17 somebody presents Judge Barbier with a witness list, a live

02:54PM 18 witness list of 200 people, I kind of want to be there, to buy a

02:54PM 19 ticket just to see what the response is.  It's not going to work.

02:54PM 20      THE COURT:  I don't disagree.  I was hoping that we

02:54PM 21 would have pared the list down to, perhaps, 75 to a hundred by

02:54PM 22 today.  I was disappointed to see that that hadn't happened,

02:54PM 23 which is why we're going to go defendant by defendant, see who

02:54PM 24 they hustled up, see if everybody agrees they want to take those

02:54PM 25 witnesses.

02:54PM  1          Hopefully, y'all will exhaust yourself and decide

02:54PM  2   that you've got to revise your witness list, or I'll have to do,

02:54PM  3   Mike, what you suggested.

02:54PM  4          Go ahead, Kerry.

02:54PM  5       MR. MILLER:  Obviously, I made a mistake without looking

02:55PM  6   at the dates I had for my people, so I've made that correction.

02:55PM  7          The other dates I have for the folks that were

02:55PM  8   priority witnesses are in April, and I think these are all track

02:55PM  9   one.

02:55PM 10          I'm calling track one event track, by the way.

02:55PM 11   Maybe that's what we ought to focus on, Your Honor, if we're

02:55PM 12   going to use my parlance.

02:55PM 13       THE COURT:  Let's focus on that track first and make it

02:55PM 14   event track.

02:55PM 15          Does everybody agree that Chris Pleasant and

02:55PM 16   Jerry Canducci are witnesses that are priority witnesses?

02:55PM 17       MR. MILLER:  They were requested by multiple parties.

02:55PM 18       THE COURT:  That's what I'm looking for.

02:55PM 19       MR. MILLER:  I think Canducci is down as number one

02:55PM 20   priority.

02:55PM 21       MR. HAYCRAFT:  No, no, no, Captain Kuchta.

02:55PM 22       MR. MILLER:  I have Kuchta, but he's --

02:55PM 23       MR. HAYCRAFT:  We need him on the list for March.

02:55PM 24       THE COURT:  What have you got in April, Kerry?  Anything

02:56PM 25   in April?

02:56PM 1          MR. MILLER:  Yeah, I have some folks I can plug in in

02:56PM 2     April, but I don't have an April calendar.  So --

02:56PM 3          THE COURT:  Oh, I'm sorry.

02:56PM 4          MR. MILLER:  -- if there's a second sheet, I can start

02:56PM 5     plugging them in.

02:56PM 6               I've just filled in the dates that I have.  I'm

02:56PM 7     trying to get more, but I have to go through individual

02:56PM 8     counsel --

02:56PM 9          THE COURT:  I'm with you.

02:56PM 10         MR. MILLER:  We're back with you next Friday, and we'll

02:56PM 11    certainly deliver the message and expedite it.

02:56PM 12         THE COURT:  April 19th, who do you have?

02:56PM 13         MR. MILLER:  18th.

02:56PM 14         THE COURT:  18th.  Kuchta.

02:57PM 15         MR. MILLER:  I'll make the request.  Those are the dates

02:57PM 16    that I got from his individual counsel.

02:57PM 17         THE COURT:  Okay.

02:57PM 18         MR. MILLER:  Again, without hearing you say it, I

02:57PM 19    focused on those witnesses who were the most requested witnesses.

02:57PM 20         THE COURT:  That's what I'm looking to do is get the

02:57PM 21    most requested witnesses lined up and deposed.

02:57PM 22              For those who can't either see it or are on the

02:58PM 23    phone, we're looking at March 14 and 15, Chris Pleasant; March 22

02:58PM 24    and 23, Jerry Canducci; April 18 and 19, Curt Kuchta; April 20

02:58PM 25    and 21, Micah Burgess; April 25 and 26, Adrian Rose.

02:58PM 1          MR. MILLER:  I'm getting more dates in by the moment, so

02:58PM 2    maybe we need to start a system, I don't know if it's daily or

02:58PM 3    weekly or whatever it is, where we plug them in, so -- and I

02:59PM 4    think after we all get back to our respective offices, we'll

02:59PM 5    redeliver the message on the importance of doing this.

02:59PM 6          THE COURT:  That's great.  Okay.

02:59PM 7          All right.  Who else has contacted their witnesses

02:59PM 8    and gotten dates that we can slot in?  Don, come on up.

02:59PM 9          MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

02:59PM 10   Halliburton.

02:59PM 11         Your Honor, Nathan Chaisson is available all of

02:59PM 12   March, any days in there that --

02:59PM 13         THE COURT:  Is he high on the hit parade?  Lots of

02:59PM 14   people have requested him?

02:59PM 15         MR. GODWIN:  Yes, Your Honor.

02:59PM 16         THE COURT:  Do you want to take him, guys?  Don wants to

02:59PM 17   use February 28th and March 1st.  Is that too early?

02:59PM 18         MS. KUCHLER:  Yes.  Excuse me.

02:59PM 19         MR. GODWIN:  We need him in March, Your Honor, I would

03:00PM 20   think.  February, I can't --

03:00PM 21         MS. KUCHLER:  I have the lead on the Halliburton and

03:00PM 22   Sperry Sun issues for our clients, and I'm going to be out of

03:00PM 23   town the last week in February, first week in March.  So I would

03:00PM 24   ask that the Halliburton folks be put to the middle or the end of

03:00PM 25   March, please.

03:00PM   1          THE COURT:  Don, what about March 16 and 17?

03:00PM   2          MR. GODWIN:  He's available then, Your Honor.

03:00PM   3          THE COURT:  And his name is?

03:00PM   4          MR. GODWIN:  Nathan Chaisson, C-H-A-I-S-S-O-N.

03:00PM   5          MR. MILLER:  Don, can I correct you, since that's my

03:00PM   6   grandmother's maiden name?  It's Chaisson.

03:00PM   7          MR. GODWIN:  Like Michoud.  We're in NEW-ORLUNS, not

03:00PM   8   NEW-OR-LEANS.

03:00PM   9          THE COURT:  That's right.

03:00PM  10          MR. MILLER:  But the Chaissons are from Chackbay, which

03:00PM  11   is a complete different story.

03:00PM  12          MR. GODWIN:  I continue to learn every day.

03:00PM  13          MR. MILLER:  And these are the 16th and 17th?

03:00PM  14          MR. GODWIN:  Yes.

03:00PM  15              Joe Keith is available any time in March,

03:01PM  16   Your Honor.

03:01PM  17          THE COURT:  Deb, I'm sorry, you don't want any

03:01PM  18   Halliburton people the front of the month.

03:01PM  19          MS. KUCHLER:  If possible, correct.

03:01PM  20          MR. HAYCRAFT:  How about the 10th?

03:01PM  21          MS. KUCHLER:  That's fine.

03:01PM  22          THE COURT:  How about the 10th and 11th?

03:01PM  23          MS. KUCHLER:  No, I'll be out that week, I'm sorry.

03:01PM  24          THE COURT:  You're out that week.

03:01PM  25              What about March 28th, 29th?

03:01PM 1          MS. KUCHLER:  Perfect.

03:01PM 2          MR. GODWIN:  He's available, Your Honor.

03:01PM 3          THE COURT:  Okay.

03:01PM 4          MR. GODWIN:  May I go ahead, Your Honor?

03:01PM 5          THE COURT:  Please.

03:01PM 6          MR. GODWIN:  Richard Vargo has been one that's been

03:01PM 7     requested by a number of folks.  He is not available on March 1

03:01PM 8     through 4 or March 14 through 18; otherwise, he's available any

03:01PM 9     time in March.

03:01PM 10         THE COURT:  What about the 30th, 31st?

03:01PM 11         MR. GODWIN:  Of?

03:01PM 12         THE COURT:  March.

03:01PM 13         MR. GODWIN:  That's fine, Your Honor.

03:01PM 14         MR. MILLER:  It's Richard?

03:01PM 15         MR. GODWIN:  Yeah, Richard Vargo, V-A-R-G-O.

03:02PM 16         Next, Your Honor, is Mr. Tim Quirk, Q-U-I-R-K.  He

03:02PM 17    is not available March 4 or 18; otherwise, he's available any

03:02PM 18    time in March.

03:02PM 19         THE COURT:  I guess the problem I'm looking at is our

03:02PM 20    week of March 21st is kind of chopped up by Jerry Canducci,

03:02PM 21    right?  We don't have two days in a row.

03:02PM 22         MR. LANGAN:  Can't we double track?

03:02PM 23         THE COURT:  I'm fine with that, if you all are fine with

03:02PM 24    that.

03:02PM 25         What's this witness' name?

03:02PM 1      MR. GODWIN:  It's Mr. Tim Quirk, Your Honor, Q-U-I-R-K.

03:02PM 2      MR. MILLER:  Do you want to start him on the 21st?

03:02PM 3      MR. GODWIN:  Yes.

03:02PM 4      THE COURT:  Let's start him on the 21st.  He'll go 21,

03:02PM 5  22.

03:02PM 6           And who was your other witness?

03:02PM 7      MR. GODWIN:  I've got some others, Your Honor.

03:02PM 8      THE COURT:  But you said another one -- well, give me

03:02PM 9  the next name.

03:03PM 10     MR. GODWIN:  The next one is Jesse Gagliano, Your Honor.

03:03PM 11 I know that everybody wants to depose Mr. Gagliano.  He's

03:03PM 12 represented, has his own attorney in Washington, DC, so we're

03:03PM 13 going to have to work through him to be able to obtain dates.  I

03:03PM 14 would request that his deposition be toward the end of March,

03:03PM 15 sometime in April.

03:03PM 16     THE COURT:  Well, why don't we try to put him in during

03:03PM 17 the first week of April, which would be the week of April 4th.

03:03PM 18     MR. GODWIN:  We'll ask for that.

03:03PM 19     THE COURT:  See if his attorney can make him available

03:03PM 20 for two consecutive days during that week.

03:03PM 21     MR. GODWIN:  The week of April 4th.

03:03PM 22     THE COURT:  What's his name?

03:03PM 23     MR. GODWIN:  Mr. Jesse Gagliano, G-A-G-L-I-A-N-O,

03:03PM 24 Your Honor.

03:03PM 25     THE COURT:  All of these are good Louisiana and

03:03PM 1   New Orleans names.  We know how to spell them.

03:03PM 2           MR. GODWIN:  Aren't you impressed that I can spell them,

03:03PM 3   as well, Your Honor?

03:03PM 4           THE COURT:  I am, yes.

03:03PM 5           MR. MILLER:  He can spell them, he just can't pronounce

03:03PM 6   them.

03:03PM 7           THE COURT:  Can't pronounce them.

03:03PM 8           MR. GODWIN:  Your Honor, as far as the spelling, I'm

03:03PM 9   having to read it.

03:04PM 10          Next, Your Honor.

03:04PM 11          THE COURT:  So let's all pencil in.

03:04PM 12          MR. MILLER:  Do we want to put him down as tentative?

03:04PM 13          THE COURT:  Let's see if we can get him on April 4th and

03:04PM 14  5th, with a question mark.

03:04PM 15          MR. GODWIN:  That's fine.

03:04PM 16          MR. MILLER:  And his name is Jesse?

03:04PM 17          MR. GODWIN:  Jesse Gagliano.

03:04PM 18          We'll get back to everybody by mid week or next

03:04PM 19  week, soon, with an e-mail.

03:04PM 20          The next, Your Honor, is a lady name

03:04PM 21  Cathleenia Willis.  She has her own attorney in Houston.

03:04PM 22          THE COURT:  She also has her own attorney?

03:04PM 23          MR. GODWIN:  Yes, Your Honor.  We'll endeavor to contact

03:04PM 24  and get some available dates.

03:04PM 25          THE COURT:  Why don't we try for April 6 and 7, which

03:04PM  1   gives them some time to look ahead and -- why don't you propose

03:04PM  2   those dates to them.

03:04PM  3          MR. GODWIN:  Thank you.

03:04PM  4              Next is Mr. John Gisclair, G-I-S-C-L-A-I-R.  He's

03:05PM  5   available any time after -- in the month of March, any time after

03:05PM  6   March 8.

03:05PM  7          THE COURT:  What about if we double track him, the

03:05PM  8   second witness, March 23rd and going into March 24th?

03:05PM  9          MR. GODWIN:  Well, you can do that, or people can go to

03:05PM 10   Houston and take him on the 7th and 8th, Your Honor, of March.

03:05PM 11          THE COURT:  Does anybody want to go to Houston on the

03:05PM 12   7th and 8th?

03:05PM 13          MS. KUCHLER:  No.  I can't do it that week, Judge.

03:05PM 14          MR. GODWIN:  Okay, I'm sorry, Judge.

03:05PM 15          MR. MILLER:  So he's 23, 24?

03:05PM 16          THE COURT:  Let's put him in 23, 24.

03:05PM 17          MR. GODWIN:  John Gisclair.

03:05PM 18              Kelly Gray, Your Honor.  Kelly, K-E-L-L-Y, Gray,

03:05PM 19   G-R-A-Y, any time in March.

03:06PM 20          THE COURT:  Okay.

03:06PM 21          MR. GODWIN:  Another one that many folks have asked for

03:06PM 22   is Mr. Chris Haire, H-A-I-R-E.  He has got his own attorney in

03:06PM 23   Houston.  We will try to obtain dates.  Do you want us to shoot

03:06PM 24   for --

03:06PM 25          MR. MILLER:  The one before that.  Kelly Gray, I'm

03:06PM  1    sorry.

03:06PM  2              THE COURT:  You all want to do Kelly Gray 17, 18?

03:06PM  3              MR. MILLER:  That overlaps with Chaisson.

03:06PM  4              MR. GODWIN:  I would rather do him on a day when they're

03:06PM  5    not overlapping, if we could, Your Honor.

03:06PM  6              MR. CUNNINGHAM:  Your Honor, can I make a comment here?

03:06PM  7              THE COURT:  Please.

03:06PM  8              MR. CUNNINGHAM:  I don't know how to react to this

03:06PM  9    because I'm not sure exactly how it's happening, but an awful lot

03:06PM  10   of these witnesses are witnesses not on the plaintiffs' list.  We

03:06PM  11   think that there may be some that would be cut if we got to that

03:06PM  12   point.  I'm seeing more and more witnesses come that we really

03:06PM  13   don't have an interest in deposing.

03:06PM  14             THE COURT:  What I'm trying to do is accommodate BP's

03:07PM  15   perception that we're picking on them.

03:07PM  16             MR. GODWIN:  If there are other names with

03:07PM  17   Halliburton -- I don't have the list in front of me --

03:07PM  18             THE COURT:  What we're going to do is let's slot these

03:07PM  19   people in, and then I'm going to go look to see how many people

03:07PM  20   and who requested these witnesses.  Maybe we'll take a break,

03:07PM  21   we'll look at it, see if it makes sense, get back together.

03:07PM  22   Okay?

03:07PM  23             MR. GODWIN:  Those are the Halliburton names,

03:07PM  24   Your Honor.  If there are any others that people have --

03:07PM  25             THE COURT:  We had one more witness, I thought, that we

03:07PM  1   haven't penciled in.

03:07PM  2        MR. MILLER:  Kelly Gray.  When do we want to pencil Gray

03:07PM  3   in?  If we're blocked off the first two weeks in March, and then

03:07PM  4   we don't have a -- we have a lot of single days that are

03:07PM  5   Halliburton free, but it doesn't look like we have two days in a

03:07PM  6   row that are Halliburton free.

03:07PM  7        THE COURT:  That's right.  So let's do April.  When is

03:08PM  8   Kelly Gray available in April; do you know?

03:08PM  9        MR. GODWIN:  Let's see, Your Honor, here.  Kelly Gray, I

03:08PM 10   don't have anything for April.  I've got him available all of

03:08PM 11   March, but I can ask about April, Judge.  If you give me a couple

03:08PM 12   of suggested dates; you want two dates, and we'll make the

03:08PM 13   request and get back to everybody the first of the week?

03:08PM 14        THE COURT:  Kerry, what are you thinking?  Why don't we

03:08PM 15   go --

03:08PM 16        MR. MILLER:  April is still pretty clean.

03:08PM 17        THE COURT:  April 14, 15, Kelly Gray?

03:08PM 18        MR. ROY:  Still got the first week of March, too.

03:08PM 19        MR. GODWIN:  Andy had just asked me about one other

03:08PM 20   Halliburton witness, Your Honor.  Did you have one you wanted to

03:08PM 21   ask about?

03:08PM 22        THE COURT:  I wanted to make sure we've covered

03:08PM 23   everybody you had thrown out.

03:08PM 24        MR. GODWIN:  There was one other one that Andy brought

03:08PM 25   up.  It was Dr. Kris Ravi, K-R-I-S, R-A-V-I.  He's a cementing

03:08PM 1   expert within Halliburton.

03:08PM 2          And he's an expert for us, Your Honor, and we're

03:09PM 3   not prepared to tender him at this time.  We will when the expert

03:09PM 4   witnesses are going to be deposed, but we don't think that is

03:09PM 5   now.  We're not going to provide dates for him without being

03:09PM 6   ordered to do so.

03:09PM 7          MR. LANGAN:  I guess we'll have to have a discussion

03:09PM 8   about that because somebody could have both hats on, right?

03:09PM 9          THE COURT:  They could have both hats on, yes.  Why

03:09PM 10  don't you all talk about that.

03:09PM 11         MR. LANGAN:  Otherwise, the next time Mr. Godwin asks

03:09PM 12  for a BP witness, I'm going to say he's an expert.

03:09PM 13         MR. GODWIN:  Well, you know, I think Andy is being

03:09PM 14  disingenuous.  I've only said that on one witness, Your Honor.

03:09PM 15  I'm the first one stood up here and listed several other people

03:09PM 16  to be deposed.  I'm saying that Dr. Ravi is the one that we would

03:09PM 17  prefer to have him deposed when the experts are deposed.

03:09PM 18         THE COURT:  Okay.  Thank you.

03:09PM 19         MR. GODWIN:  Thank you.

03:09PM 20         THE COURT:  I appreciate it, Don, very much.

03:09PM 21         Who else has witnesses that they are ready to

03:09PM 22  slot in?

03:09PM 23         MR. LANGAN:  Well, can I just -- in terms of the people

03:09PM 24  from TO that we're quite interested in, we haven't heard about

03:09PM 25  Mr. Mike Williams or Jimmy Harrell.  I was hoping that -- maybe

03:10PM 1   that's been covered by Kerry, but I was hoping to get them back

03:10PM 2   on the front burner.

03:10PM 3           MR. MILLER:  Maybe that's where we go next, just in

03:10PM 4   terms of disclosure.

03:10PM 5           Mike Williams, Transocean has no control over at

03:10PM 6   all.  He doesn't even have individual counsel as far as I know.

03:10PM 7   He's got personal injury counsel, Mr. Ronnie Penton and

03:10PM 8   Scott Bickford.  Those are the only lawyers that I'm aware of

03:10PM 9   that Mr. Williams has retained.

03:10PM 10          But we have absolutely no ability to schedule

03:10PM 11  Mr. Williams' deposition.  In fact, we would be very interested

03:10PM 12  in Mr. Williams' deposition for his PTSD claim, as well.

03:10PM 13          So anything the Court or Mr. Langan or anybody can

03:10PM 14  do to schedule Mr. Williams' deposition, we're all for.  We just

03:10PM 15  can't help out.

03:10PM 16          THE COURT:  What about Harrell?  Just separate counsel?

03:10PM 17          MR. MILLER:  His counsel, Your Honor, and I think

03:10PM 18  that -- you know, Shaun Clarke talked about Mr. Kaluza.  I think

03:10PM 19  he's in a similar situation.

03:10PM 20          His individual counsel is Pat Fanning.  I talked to

03:11PM 21  Mr. Fanning yesterday about his situation.  All I can say about

03:11PM 22  it now is it sounded similar to Mr. Clarke's description of

03:11PM 23  Mr. Kaluza.  If parties want to follow up with Mr. Fanning or

03:11PM 24  have a meeting with him where we can discuss Mr. Harrell's

03:11PM 25  issues, I'm happy to set that up.

03:11PM 1          THE COURT:  What do you suggest, Andy?

03:11PM 2          MR. LANGAN:  Well, I appreciate Mr. Miller's comments

03:11PM 3     very much.

03:11PM 4               I guess, with respect to Mr. Michael Williams, one

03:11PM 5     way to proceed is, is for Your Honor to pick some dates in March,

03:11PM 6     set the deposition, and we can subpoena him or look to the PSC.

03:11PM 7     I don't know if PSC feels like they have any control over him,

03:11PM 8     but we would like to take his deposition in March, and it seems

03:11PM 9     like we're entitled to that.  So we're just looking for

03:11PM 10    Your Honor's guidance.

03:11PM 11              I believe Mr. Miller that they can't produce him.

03:11PM 12    Fine, but there are other ways to proceed.

03:11PM 13         THE COURT:  Yes.

03:12PM 14         MR. LANGAN:  So we would just like to pick some dates in

03:12PM 15    March, and let's get on with it.

03:12PM 16         MR. ROY:  Your Honor, Jim Roy.

03:12PM 17              We obviously don't represent Mr. Williams; however,

03:12PM 18    we are in close contact with Mr. Penton on a regular basis.  If

03:12PM 19    the Court has dates that they decide they want Mr. Williams to

03:12PM 20    consider, we'll be glad to carry the message back to Mr. Penton

03:12PM 21    and instruct him to get back in touch with Kerry or Andy.

03:12PM 22         THE COURT:  Jim, why don't we look at Thursday and

03:12PM 23    Friday, March 3rd and 4th.

03:12PM 24         MR ROY:  We'll pass the message on.

03:12PM 25         MR. LANGAN:  I mean, just to pick a date?  I mean, 10

03:12PM  1   and 11.

03:12PM  2            MR. HAYCRAFT:  Well, she said the 3rd and 4th.

03:12PM  3            MR. LANGAN:  I'm sorry, the 3rd and 4th of March.

03:12PM  4            THE COURT:  Would you rather the 10th and 11th?

03:12PM  5            MR. LANGAN:  No, the 3rd and 4th is good.  Thank you.

03:12PM  6            THE COURT:  I was just going on the dates there.

03:12PM  7            MR. LANGAN:  I was distracted, Your Honor, and didn't

03:12PM  8   hear your comment.  The 3rd and 4th is better.

03:12PM  9            THE COURT:  Okay.

03:12PM 10            MR. ROY:  Could we get an alternate date, Your Honor?

03:13PM 11            THE COURT:  The 10th and the 11th.

03:13PM 12            MR. MILLER:  Your Honor, on the issue of Mike Williams,

03:13PM 13   he was on -- well, he wasn't on, but he would have been in the

03:13PM 14   personal injury track.  We would certainly like to have some

03:13PM 15   additional time with him to deal with his alleged -- he's got a

03:13PM 16   lawsuit, and deal with his PTSD claim while we're doing it.  I

03:13PM 17   think that's another important purpose, at least for us, and I

03:13PM 18   think it is for the Court, as well.

03:13PM 19            THE COURT:  Yes.

03:13PM 20            MR. ROY:  Your Honor, my memory is just not good enough

03:13PM 21   to remember whether we've addressed the issue of damages before,

03:13PM 22   but I seem to recall that the concept was to focus on liability

03:13PM 23   until February; and, then, to the extent we had damage test

03:13PM 24   plaintiffs coming up for the trial in mid 2012, then the damage

03:14PM 25   aspects would open up, including the depositions.

03:14PM 1        So while Mr. Penton is not here to defend his

03:14PM 2   client or himself, I feel compelled to say that I suspect he

03:14PM 3   would say that the damage side is -- should not be on the table

03:14PM 4   right now, at least not on the nickel of the time clock, for

03:14PM 5   sure, as to the PSC, and probably not until such time as the

03:14PM 6   claim is selected for a test case or not.

03:14PM 7        THE COURT:  And, Kerry, the reason you're asking this is

03:14PM 8   I assume you think this was a good test case?  You're going to

03:14PM 9   think about nominating Mr. Williams for one of the test cases?

03:14PM 10        MR. MILLER:  Could be, Your Honor.

03:14PM 11        Also, as you're putting together your matrix on the

03:14PM 12   settlements of these claims, he's got a maintenance and cure

03:14PM 13   claim, he's got a PTSD issue.

03:14PM 14        And I know we're always balancing a lot of factors

03:14PM 15   and considerations, and I'm not asking for a tremendous amount of

03:15PM 16   additional time.  But if our allocation is 45 minutes or an hour

03:15PM 17   and a half, which is what it has been, we haven't come to

03:15PM 18   Your Honor with a good cause showing yet, but we may, after

03:15PM 19   Mr. Bly's deposition is done, for separate good cause reasons,

03:15PM 20   while he's there, and while the Court is doing what it's doing

03:15PM 21   and making progress and trying to put someone into a grid so that

03:15PM 22   we can get these claims settled, which I think is a very good

03:15PM 23   purpose, not only for Mr. Williams but for other claimants out

03:15PM 24   there, I think the additional time would be worth it.

03:15PM 25        THE COURT:  Jim, I guess what we might want to do is see

03:15PM 1   what Ronnie has to say when you contact him about taking

03:15PM 2   Mr. Williams, and why don't you report back to Kerry, me and

03:15PM 3   Andy.

03:15PM 4            MR. ROY:  Will do.  You know, it may be that an

03:15PM 5   alternative is that if there is going to be questioning on who is

03:16PM 6   your doctors, how do you feel, the damage aspect of it, maybe

03:16PM 7   that can be the subject of a separate discrete session limited to

03:16PM 8   just that --

03:16PM 9            THE COURT:  No, I think that's a good idea.

03:16PM 10           MR. ROY:  -- that Mr. Miller can deal with.  But that's

03:16PM 11  going to be for Mr. Penton to fight, but that would be my

03:16PM 12  suggestion.

03:16PM 13           THE COURT:  Not everybody has to attend that portion of

03:16PM 14  the deposition being conducted by Kerry or someone from Kerry's

03:16PM 15  office.

03:16PM 16           MR. LANGAN:  And I appreciate the Court's consideration

03:16PM 17  of some of our requests today.

03:16PM 18              There are a couple more TO people that we had

03:16PM 19  mentioned before.  Some of them have already been scheduled.

03:16PM 20  Mr. Bertone, B-E-R-T-O-N-E -- as a midwesterner, I'm sure I'm

03:16PM 21  going to butcher some of these, but -- Ezell, E-Z-E-L-L; Johnson,

03:16PM 22  Paul Johnson; Wyman Wheeler; and, Winslow.

03:17PM 23           MR. MILLER:  I'm sorry, Andy, give me those others.  I'm

03:17PM 24  trying to see if I got any e-mails on them in the last two hours

03:17PM 25  since we've been here.

03:17PM 1          THE COURT:  Bertone.

03:17PM 2          MR. MILLER:  I don't think I have.  Let me go grab my

03:17PM 3   notes.

03:17PM 4          THE COURT:  But you've sent inquiries out for all of

03:17PM 5   them?

03:17PM 6          MR. MILLER:  For all of them.  Bertone may be a

03:17PM 7   Mike Williams type.

03:17PM 8          MR. UNDERHILL:  Your Honor, Mike Underhill, Department

03:17PM 9   of Justice.

03:17PM 10          Maybe this is an appropriate time to do it because

03:17PM 11   a lot of names I'm hearing, this is just my own personal

03:17PM 12   perspective, is that I think Mr. Bertone has had testimony before

03:17PM 13   the JIT.  Many of the people -- shouldn't say many -- some of the

03:17PM 14   names I've heard have testified.

03:17PM 15          So when we're trying to prioritize witnesses, I

03:17PM 16   understand other parties may want to have more bites at that

03:18PM 17   apple; but, for witnesses like that who have had testimony under

03:18PM 18   oath by, I think, probably everybody in this room, balanced

03:18PM 19   against witnesses who haven't talked to lawyers under oath, I

03:18PM 20   think that's a balancing factor.

03:18PM 21          And I know that the PSC and the government and the

03:18PM 22   states have tried to pare back witnesses that, sure, we would

03:18PM 23   like to talk to them again; but, we thought, in terms of really

03:18PM 24   making the tough decision that we all need to meet to make

03:18PM 25   scheduling, we tried to, frankly, do with less than we would

03:18PM 1   like.  So I'd say that's maybe where we need to start looking at

03:18PM 2   this.

03:18PM 3              THE COURT:  Yes, Don.

03:18PM 4              MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

03:18PM 5   Halliburton.

03:18PM 6              Judge, we cannot use those transcripts from the MBI

03:18PM 7   hearings in any court proceeding.

03:18PM 8              Secondly, we were not given the opportunity to

03:18PM 9   fully examine those witnesses.  They were very abbreviated, that

03:18PM 10  the panel allowed us to examine those folks.  So I don't want,

03:18PM 11  and I don't believe anybody else here would like to be hamstrung

03:19PM 12  by being tied to use a transcript of a witness that we had to do

03:19PM 13  on an abbreviated fashion, as opposed to what you and

03:19PM 14  Judge Barbier have given us.

03:19PM 15             So, the fact that they have been examined before, I

03:19PM 16  don't think should be used against us here.

03:19PM 17             THE COURT:  Don, my only comment would be that to the

03:19PM 18  extent that you can review their prior testimony and shorten your

03:19PM 19  questioning, that would be appreciated.

03:19PM 20             MR. GODWIN:  Yes, we can definitely do that, Your Honor.

03:19PM 21             THE COURT:  I would expect that of you.

03:19PM 22             MR. GODWIN:  Oh, we could definitely do that.  Thank

03:19PM 23  you, Judge.

03:19PM 24             MR. MILLER:  Your Honor, just to get back from

03:19PM 25  Mr. Langan's question, Bertone is in -- I use it loosely, and I

03:19PM 1    hate that this is on a transcript, but he is in the Williams

03:19PM 2    category.  His personal injury lawyer is the Arnold & Itkin firm.

03:19PM 3              Wyman Wheeler was, I think, the next one that Andy

03:19PM 4    requested.  He's got serious medical issues.  He's both got

03:20PM 5    personal injury counsel and he also has individual counsel, who

03:20PM 6    is probably the right person to reach out to.

03:20PM 7              We reached out to him.  His individual counsel is

03:20PM 8    Mike Walsh.  We'll continue to reach out to his individual

03:20PM 9    counsel.  But he does have serious medical issues, and it's

03:20PM 10   unlikely his medical issues are going to allow him to give

03:20PM 11   testimony any time soon, just from what I understand.

03:20PM 12             Who else, Andy?

03:20PM 13        THE COURT:  Ezell.

03:20PM 14        MR. MILLER:  Oh, yes.  Winslow is the next one Don

03:20PM 15   reminded me of.  We've reached out to him.  I think I'll have

03:20PM 16   some dates for you coming up soon.  He's been relocated to either

03:20PM 17   Indonesia or Malaysia, so we're going to have to get him to

03:20PM 18   travel in, but we can control him.  We can get him.  We'll report

03:20PM 19   back to the Court.

03:20PM 20        MR. HAYCRAFT:  Paul Johnson.

03:20PM 21        MR. MILLER:  Paul Johnson, same category.  I don't think

03:20PM 22   he's in Indonesia.  There is a pending request for him.  I expect

03:20PM 23   to hear back any moment -- you know, in the next couple days

03:21PM 24   about Johnson.

03:21PM 25             The same for Ezell.  I can hear back from him and

03:21PM 1  plug him in early next week.

03:21PM 2          THE COURT:  Good.  Thank you.

03:21PM 3              Do you-all want to take a break and look at what

03:21PM 4  we've got so far?

03:21PM 5          MR. MILLER:  Your Honor, before we break, I do have,

03:21PM 6  going back to my tracks, one request that I would like to make --

03:21PM 7  I think Don and Alan are the right folks to field the request --

03:21PM 8  is the Sperry Sun 30(b)(6) custodian deposition for some

03:21PM 9  important data on defending our limitation claim.

03:21PM 10         THE COURT:  Do y'all want to address that?  I saw those.

03:21PM 11 You've got two of those, don't you?

03:21PM 12         MR. MILLER:  I think the other one is from the PSC,

03:21PM 13 though, Cobalt.

03:21PM 14         THE COURT:  Cobalt and Sperry.

03:21PM 15         MR. MILLER:  Those are custodian depositions, so they're

03:21PM 16 important, I think, to take early on because we need to get

03:21PM 17 records from those folks.

03:22PM 18         THE COURT:  Do we have suggested dates for those depos?

03:22PM 19         MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

03:22PM 20             Your Honor, we are going to need first to hear from

03:22PM 21 Kerry what it is he wants in the 30(b)(6).  When they tell us

03:22PM 22 that, then we can find out from our company, our client, who it

03:22PM 23 is that would be the most responsive to that.

03:22PM 24             So if we could be told by him today or Monday or

03:22PM 25 whenever what it is they want, we can get you some suggested

03:22PM  1    dates very quickly.

03:22PM  2             MR. MILLER:  Thanks, Don.  On Monday, what I'll do is

03:22PM  3    I'll give him an Exhibit A to a 30(b)(6) deposition notice so

03:22PM  4    they can identify the right records custodian.

03:22PM  5             MR. GODWIN:  For Sperry Sun.

03:22PM  6             MR. MILLER:  Yes, for Sperry Sun.

03:22PM  7             THE COURT:  Does anybody have that issue?

03:22PM  8             MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

03:22PM  9    plaintiffs.

03:22PM 10             I believe that as of this point, the PSC has four

03:22PM 11    sets of subpoenas requesting documents and/or 30(b)(6)

03:23PM 12    depositions to third parties.  In all of those cases, what we've

03:23PM 13    done -- well, I guess there is two different situations.  In the

03:23PM 14    case of Kongsberg, we've asked to -- the defendants, in essence,

03:23PM 15    to reserve, what is it, April -- well, sometime in the first week

03:23PM 16    of April, those dates, which, I think, is April 4th and 5th.

03:23PM 17    That's correct.  It's 4th and 5th.  Maybe we could double track

03:23PM 18    that.  Kongsberg has indicated that they are available at that

03:23PM 19    time.

03:23PM 20             We had, for the most part, negotiated a

03:23PM 21    30(b)(6) notice.  That was provided in response to Your Honor's

03:23PM 22    request last week that we make kind of a master set of topics to

03:23PM 23    all the defendants, I think, just within the last couple days.

03:24PM 24             And so we don't know what that is going to do to,

03:24PM 25    perhaps, hopefully not upset the deposition.  Hopefully, if there

03:24PM 1    is additional topics, we can address those at that time.

03:24PM 2         THE COURT:  And you think those are going to be full

03:24PM 3    two-day depos?

03:24PM 4         MR. HERMAN:  I'm not sure how many witnesses they are

03:24PM 5    going to put up.  I think that they have it -- they believe, at

03:24PM 6    least based on what the plaintiffs have negotiated with them,

03:24PM 7    that they can put up one witness to respond to our areas of

03:24PM 8    inquiry, so that would be one deposition.

03:24PM 9         Then we have three other defendants -- excuse me,

03:24PM 10   not defendants, third parties.  What we've done in those cases is

03:24PM 11   we've issued subpoenas just picking dates out of a hat, I think

03:24PM 12   sometime in April, maybe April 11th or something, and we've

03:24PM 13   written a cover letter, which we've provided copies to defense

03:24PM 14   counsel, saying we picked this date out of a hat, we want you to

03:24PM 15   know what our topics are.  The defendants might have some

03:24PM 16   additional topics, but we just want you to know that this is

03:25PM 17   coming.  We'll be happy to work with you and with defendants and

03:25PM 18   everybody else on available dates.

03:25PM 19        So that's where we are with our third-party

03:25PM 20   30(b)(6) notices/subpoenas.

03:25PM 21        THE COURT:  Good.  Okay.

03:25PM 22        Kerry, anything else?

03:25PM 23        MR. MILLER:  No, I guess we sort of take a break.  I

03:25PM 24   know there are some other witnesses we would like to talk about

03:25PM 25   and plug in, but we can take a break.

03:25PM  1          THE COURT:  Let's see where we are.  Everybody kind of
03:25PM  2   get the lay of the land.  I'll do likewise.  Then we'll take
03:25PM  3   requests for more witnesses.
03:25PM  4              Look for the first three days -- I'm sorry, the
03:25PM  5   last of February and the first two days in March, March 10th and
03:25PM  6   March 11th, March 17th and 18th, and then we've got lots of time
03:26PM  7   in April still to work with.  Okay.
03:26PM  8              What did y'all think, 10 minutes?
03:46PM  9          (WHEREUPON, at this point in the proceedings, a brief
03:47PM 10   recess was taken.)
03:47PM 11          THE DEPUTY CLERK:  All rise.
03:47PM 12          THE COURT:  We're back.
03:47PM 13          MR. MCALOON:  Judge --
03:47PM 14          THE COURT:  Yes.
03:47PM 15          MR. MCALOON:  -- this is Skip McAloon for
03:47PM 16   Dynamic Aviation.
03:47PM 17          THE COURT:  Hello, Skip.
03:47PM 18          MR. MCALOON:  How are you?
03:47PM 19          THE COURT:  Fine, thanks.
03:47PM 20          MR. MCALOON:  Good.
03:47PM 21              Could I just ask two quick questions?
03:47PM 22          THE COURT:  Sure.
03:47PM 23          MR. MCALOON:  Is the remainder of this conference, the
03:47PM 24   intent, to schedule depositions?
03:47PM 25          THE COURT:  It is.

03:47PM 1      MR. MCALOON:  In other words, if there is anything else

03:47PM 2  on the agenda?  If not, I'm going to sign off.

03:47PM 3      THE COURT:  I wish I could get more people to say that.

03:47PM 4          Let me see.  No, I think we are pretty much talking

03:48PM 5  about scheduling depositions, timelines, and a couple of

03:48PM 6  miscellaneous things that I promise you, by the time we get

03:48PM 7  there, you're not going to care about.

03:48PM 8      MR. MCALOON:  Okay.  I appreciate that, Judge.  I assume

03:48PM 9  somebody will circulate a proposed schedule, so we can make

03:48PM 10 determinations on attendance or not, but --

03:48PM 11     THE COURT:  That's right.

03:48PM 12     MR. MCALOON:  Thank you, Judge.  Have a nice weekend.

03:48PM 13     THE COURT:  See you, Skip.

03:48PM 14         All right.  We took a good look at that, and

03:48PM 15 hopefully Andy is feeling much better about things after this

03:48PM 16 session.

03:48PM 17     MR. LANGAN:  Your Honor, I'm delighted that you care.

03:48PM 18     THE COURT:  Well, I'm delighted that you're delighted,

03:48PM 19 but it looks like we got your hit parade started.

03:48PM 20     MR. LANGAN:  Yes, we're started.  Mr. Miller and I are

03:48PM 21 going to -- he's going to get back to us on those dates.

03:48PM 22     THE COURT:  Good.

03:48PM 23     MR. MILLER:  Your Honor, on that -- on what we've just

03:48PM 24 done, sort of a point of clarification that Mr. Cunningham

03:49PM 25 mentioned to you before the break, and certainly there was some

03:49PM 1    discussion about it in the hallway, is clearly you said we want

03:49PM 2    to focus on and prioritize the witnesses that have been requested

03:49PM 3    by multiple parties.

03:49PM 4            THE COURT:  We do.

03:49PM 5            MR. MILLER:  And that's what we're trying to do.

03:49PM 6            Now, what happens -- I guess, where we ought to

03:49PM 7    proceed, then, is Mr. Cunningham has a list of BP witnesses that

03:49PM 8    the PSC thinks fall next in priority for them.

03:49PM 9            I talked to my folks at Transocean and Mr. Godwin

03:49PM 10   at Halliburton, and what we can do is listen to Mr. Cunningham,

03:49PM 11   work with him; and, if they are our priority, too, fine, that's

03:49PM 12   great, we'll move on.

03:49PM 13           And it may be that one way to streamline things is

03:49PM 14   that when you agree that a witness is a priority, maybe the

03:49PM 15   parties that agree that that witness is a priority can share the

03:50PM 16   burden, so to speak, particularly for multi-tracking.

03:50PM 17           What I mean by that is if Witness A is a priority

03:50PM 18   for three different parties, maybe Party 1 out of the three that

03:50PM 19   it's a priority takes Witness A first, so they have a laboring

03:50PM 20   order.  Then, if it's Witness B, then it's Party 2, so on and so

03:50PM 21   forth.

03:50PM 22           So that's what we're going to try to work on, I

03:50PM 23   think.  But I think the understanding is to focus on parties that

03:50PM 24   everybody wants, number one; and, number two, how do you deal

03:50PM 25   with the situation is who is the requesting party here, is it the

03:50PM 1    Court, is it the PSC, Andy made some specific requests for

03:50PM 2    Transocean witnesses, and how is that going to affect the order

03:50PM 3    of examination.

03:50PM 4         THE COURT:  Fair enough.  We sort of tried to sort it by

03:50PM 5    requesting parties.

03:50PM 6         My next track -- or my next list, and it is the

03:50PM 7    Transocean event track, contains anywhere from four to seven

03:51PM 8    people requesting them.  I'm assuming, Mr. Cunningham, these

03:51PM 9    names are going to coincide, so why don't you come up.

03:51PM 10        Let me see if you recognize any of these names and

03:51PM 11   you want to try to get them.

03:51PM 12        Cocales.

03:51PM 13        MR. CUNNINGHAM:  Yes, ma'am.

03:51PM 14        THE COURT:  Bret Cocales, C-O-C-A-L-E-S.

03:51PM 15        Neil Cramond?

03:51PM 16        MR. CUNNINGHAM:  Yes.

03:51PM 17        THE COURT:  Erick Cunningham?

03:51PM 18        MR. CUNNINGHAM:  He is not on our list, Your Honor.

03:51PM 19        THE COURT:  All right.  I've got four people requesting

03:51PM 20   him.

03:51PM 21        John Guide?

03:51PM 22        MR. CUNNINGHAM:  Absolutely.

03:51PM 23        THE COURT:  Patrick O'Bryan?

03:51PM 24        MR. CUNNINGHAM:  Yes.

03:51PM 25        THE COURT:  Ronald Sepulvado?

03:52PM 1          MR. CUNNINGHAM:  Yes.

03:52PM 2          THE COURT:  David Sims?

03:52PM 3          MR. CUNNINGHAM:  Yes.

03:52PM 4          THE COURT:  Jonathan Sprague?

03:52PM 5          MR. CUNNINGHAM:  Yes.

03:52PM 6          THE COURT:  Gregory Waltz?

03:52PM 7          MR. CUNNINGHAM:  Yes.

03:52PM 8          THE COURT:  Are those people the top of your priority

03:52PM 9     list, middle of your priority list?

03:52PM 10         MR. CUNNINGHAM:  There is a mix, where they fall, but we

03:52PM 11    would be happy to get those in the early stages.

03:52PM 12         THE COURT:  Does anybody have knowledge of the

03:52PM 13    availability of any of those witnesses?

03:52PM 14         MR. LANGAN:  Your Honor, we do.  Not all of them, but I

03:52PM 15    can speak to some of them.

03:52PM 16         THE COURT:  All right.

03:52PM 17         MR. LANGAN:  Cocales, any time between April 18th and

03:52PM 18    26th.

03:52PM 19         THE COURT:  Let's look at April.

03:53PM 20         MR. CUNNINGHAM:  So we've got some people down, but we

03:53PM 21    could do that same week as Kuchta.

03:53PM 22         MR. MILLER:  Do you want to put him underneath?

03:53PM 23         THE COURT:  Is everybody okay taking Mr. Cocales, 18th,

03:53PM 24    19th of April?

03:53PM 25         MR. CUNNINGHAM:  We are.

03:53PM 1          MR. MILLER:  So, Your Honor, we're going to put him the

03:53PM 2  18th and 19th?

03:53PM 3          THE COURT:  Yes.

03:53PM 4              And who is he employed by?

03:53PM 5          MR. LANGAN:  He's affiliated with BP.

03:53PM 6              Walz.

03:53PM 7          THE COURT:  Okay.

03:53PM 8          MR. LANGAN:  April 21, 22.

03:53PM 9          MR. MILLER:  That's Greg.

03:53PM 10         MS. KUCHLER:  I'd just mention that April 22nd is

03:53PM 11 Good Friday, I don't know if that matters, and I don't know when

03:53PM 12 Passover is.

03:53PM 13         MR. LANGAN:  Passover, it looks like, begins on the 18th

03:54PM 14 at sundown.

03:54PM 15         MS. KUCHLER:  I don't know if that makes a difference in

03:54PM 16 our scheduling.

03:54PM 17         MR. LANGAN:  Maybe they'll let them go early on

03:54PM 18 Good Friday, I don't know.

03:54PM 19         THE COURT:  That would be nice.

03:54PM 20             Okay, Mr. Walz is going to be April 21, 22.

03:54PM 21         MR. LANGAN:  Now, let's see here.  Sims.

03:54PM 22         THE COURT:  Sims.

03:54PM 23         MR. LANGAN:  Sims.  The week of April 4, 4 through 7,

03:54PM 24 Sims could be done.

03:54PM 25         THE COURT:  Do you all want to double track Sims with,

03:54PM 1    possibly, Cathleenia?

03:55PM 2         MR. MILLER:  Your Honor, I was supposed to mention

03:55PM 3    something.  I think that's supposed to be the week of the next

03:55PM 4    MBI hearings, the week of April 4th.

03:55PM 5         Don, maybe you know better?

03:55PM 6         MR. GODWIN:  They were talking about it, but it's not

03:55PM 7    set yet.

03:55PM 8         THE COURT:  And what would that do to us, Kerry?

03:55PM 9         MR. MILLER:  That would spread folks pretty thin.  I

03:55PM 10   think Mr. Godwin and some of the others, it might spread them

03:55PM 11   thin.  It's just something we need to keep in mind.

03:55PM 12        THE COURT:  Well, we tentatively -- Cathleenia's last

03:55PM 13   name is what?

03:55PM 14        MR. GODWIN:  Willis, Your Honor.

03:55PM 15        THE COURT:  Everybody knows who I'm talking about?

03:55PM 16        MR. GODWIN:  Yes, Your Honor.

03:55PM 17        THE COURT:  We tentatively have her penciled in for the

03:55PM 18   6th and the 7th.  Do you all want to try to definitely set Sims

03:55PM 19   for the 6th and the 7th?

03:56PM 20        Mr. Cunningham, you were going to say something?

03:56PM 21        MR. CUNNINGHAM:  I was just going to say that Mr. Sims

03:56PM 22   is a very important witness.  If we double tracked him, we would

03:56PM 23   hope that we could double track him with a less significant

03:56PM 24   witness.

03:56PM 25        THE COURT:  She's significant?

03:56PM 1          MR. CUNNINGHAM:  And I think --

03:56PM 2          MR. GODWIN:  How about 11 and 12 for him?

03:56PM 3          MR. CUNNINGHAM:  We'll work it out.  That's fine.

03:56PM 4          MR. LANGAN:  The dates I had were that week of the

03:56PM 5    4th of April.  We can move him around that week.

03:56PM 6          THE COURT:  Well, we've already got possibly

03:56PM 7    Mr. Gagliano the 4th and the 5th, and he's an important witness.

03:56PM 8          MR. CUNNINGHAM:  Right, he is.  The 6th and 7th is fine.

03:56PM 9          THE COURT:  Let's put Mr. Sims in on the 6th and the

03:56PM 10   7th.

03:56PM 11         MR. GODWIN:  Judge, do you still want me to ask

03:56PM 12   Ms. Willis that date, check with her lawyer about it?

03:56PM 13         THE COURT:  How does the group feel?  I think --

03:56PM 14         MR. CUNNINGHAM:  That's fine.

03:56PM 15         THE COURT:  That's fine.

03:56PM 16         MR. LANGAN:  I think there was a question about Sprague.

03:56PM 17   The information I have is the week of March 21, Mr. Sprague may

03:57PM 18   have some availability.

03:57PM 19         THE COURT:  All right.  That's a bad week already.

03:57PM 20         MR. MILLER:  Unless you did want to -- we've only got

03:57PM 21   one on the 24th and --

03:57PM 22         MR. LANGAN:  Then we have one on the 21st.

03:57PM 23         MR. MILLER:  It may be that he could --

03:57PM 24         THE COURT:  Well, you've got Judge Barbier.  Do you want

03:57PM 25   to do the 24th, 25th, and then whoever is taking and defending

03:57PM  1    that deposition just won't attend?

03:57PM  2         MR. LANGAN:  That's fine with us.  24 and 25 for

03:57PM  3    Sprague?

03:57PM  4         MR. GODWIN:  Judge, may I offer a suggestion?

03:57PM  5         THE COURT:  Sure.

03:58PM  6         MR. GODWIN:  Don Godwin for Halliburton.

03:58PM  7              We show we have Mr. Canducci's set for Tuesday and

03:58PM  8    Wednesday, the 22nd and 23rd.  If, perhaps, we moved him to

03:58PM  9    Monday and Tuesday, the 21st and 22nd, then you could take

03:58PM 10    Mr. Sprague on 23 and 24, and still be available -- be open for

03:58PM 11    Friday with Judge Barbier.

03:58PM 12         MR. LANGAN:  Fine with us.

03:58PM 13         THE COURT:  Kerry needs to check with him.  We know that

03:58PM 14    Canducci was definitely available 22, 23.

03:58PM 15         MR. MILLER:  He was available 22 through 24.  I didn't

03:58PM 16    have 21 on the e-mail I got from his individual counsel.  I mean,

03:58PM 17    I can check.  I just -- he gave me 22 through 24.

03:58PM 18         MR. LANGAN:  Maybe we better leave it where it is.

03:58PM 19         THE COURT:  Let's leave it where it is.  If Kerry can

03:58PM 20    get confirmation --

03:58PM 21         MR. GODWIN:  What about 23, 24?  That's -- and then

03:58PM 22    Sprague 21 and 22?

03:58PM 23         MR. LANGAN:  We could do that.  We've got Quirk.

03:58PM 24         MR. MILLER:  So Canducci 23 and 24.  We'll do Sprague --

03:59PM 25         MR. LANGAN:  21 and 22.  Canducci goes 23 and 24?

03:59PM  1           MR. GODWIN:  That's right.

03:59PM  2           MR. LANGAN:  Does everybody have this?

03:59PM  3           THE COURT:  And Mr. Gisclair stays on the 23rd, 24th,

03:59PM  4  right?

03:59PM  5           MR. LANGAN:  What I have down, Your Honor, is Canducci

03:59PM  6  is 23 and 24, Sprague is 21 and 22 of March.

03:59PM  7           MR. MILLER:  I think what we have is we have two double

03:59PM  8  tracks that week, Your Honor:  Sprague and Quirk, 21 and 22;

03:59PM  9  Canducci and Gisclair, 23 and 24.

03:59PM 10           THE COURT:  Right.

03:59PM 11           MR. LANGAN:  Right.

03:59PM 12           THE COURT:  Anybody else, Andy?

03:59PM 13           MR. LANGAN:  Your Honor, on Mr. Sepulvado, I know he's

03:59PM 14  been requested.  I think at one point in this process we talked

03:59PM 15  about maybe doing him on the 1st of March.

03:59PM 16           Now, the problem, he may be available -- there is a

04:00PM 17  couple complications there.  Number one, he is now a party to

04:00PM 18  a -- I think, a Plaquemines school board case which was filed in

04:00PM 19  Plaquemines Parish, and now removed and now part of MDL 2179.

04:00PM 20           So the point is, he's now a party to the case, and

04:00PM 21  he and whoever his lawyer is may have something to say about

04:00PM 22  this.  He is a retired BP employee, so -- and not only that, we

04:00PM 23  would be instantly in violation of the custodial file production,

04:00PM 24  since it's less than seven or eight days away.

04:00PM 25           So I'm trying to be cooperative here, but there is

04:00PM 1   the art of the possible here about Sepulvado.

04:00PM 2           THE COURT:  How does the group feel about that?  We've

04:00PM 3   got custodial file problems.  Do you want to try to look for

04:00PM 4   dates in April?

04:00PM 5           MR. MILLER:  Your Honor, he was high up on Transocean's

04:00PM 6   list of BP witnesses.

04:00PM 7           THE COURT:  He's high up on everybody's lists.  Seven

04:01PM 8   parties want him.

04:01PM 9           MR. MILLER:  He was a rig guy, so it may be that his

04:01PM 10  custodial file is not so large.  That is, you know, 10 days would

04:01PM 11  give us enough time to process the information, as opposed to

04:01PM 12  someone who is shore based who has got a massive custodial file.

04:01PM 13          THE COURT:  Andy is looking skeptical.

04:01PM 14          MR. MILLER:  I think we're willing to go with it, but --

04:01PM 15          MR. LANGAN:  I think it's a mistake.  I think what

04:01PM 16  Your Honor ought to have us do is get back to you Monday with a

04:01PM 17  date for Sepulvado.

04:01PM 18          THE COURT:  Do you all want him so badly that you can't

04:01PM 19  wait till April 11th?

04:01PM 20          MR. MILLER:  No, I think we could wait, but the week is

04:01PM 21  so nice and clean.  Understanding what role he had, I mean, he's

04:01PM 22  a blue collar guy, not a white collar guy.

04:01PM 23          THE COURT:  If everybody is comfortable --

04:02PM 24          MR. LANGAN:  And I think I have the 1st him.  That's it.

04:02PM 25          MR. MILLER:  What dates do you have, Andy, for him?

04:02PM 1           MR. LANGAN:  March 1st, I think.

04:02PM 2           THE COURT:  March 1, one day.

04:02PM 3           MR. MILLER:  Could he be available March 10 and 11?  Can

04:02PM 4 you check those?  Those are those Mardi Gras week dates.  Deb

04:02PM 5 says she doesn't have a conflict with them.

04:02PM 6           MR. LANGAN:  I could definitely check that.

04:02PM 7           THE COURT:  That might work.  That might be a better way

04:02PM 8 to take care of custodial file and get him taken.

04:02PM 9           MR. LANGAN:  Why don't I check that.

04:02PM 10          MR. MILLER:  I'll put that as tentative.

04:02PM 11          THE COURT:  Let's put it down tentatively.

04:02PM 12          MR. LANGAN:  John Guide is another one that was on the

04:02PM 13 list, and he, again, is now a party to the case.  I don't have

04:02PM 14 dates for Guide at this point.

04:03PM 15          THE COURT:  So that's that list so far, right?

04:03PM 16          MR. GODWIN:  How about O'Bryan?

04:03PM 17          MR. LANGAN:  You know, I have to check on O'Bryan.  May

04:03PM 18 I have a minute?

04:03PM 19          THE COURT:  Sure.  Please.

04:03PM 20          MR. GODWIN:  And Erick Cunningham, Your Honor.  He's

04:03PM 21 with BP.

04:03PM 22          MR. LANGAN:  I don't have a date for O'Bryan, but I'm

04:03PM 23 willing to work harder on that.

04:03PM 24             And then Cunningham?

04:03PM 25          THE COURT:  Yes.

04:03PM 1        MR. MEADE:  Your Honor, if I may, very briefly.

04:03PM 2   John Alden Meade for the derivative plaintiffs in 2185.

04:03PM 3            O'Bryan is just one of those people that is the VP.

04:04PM 4   We don't want to interfere with the process; but, to the extent

04:04PM 5   people are indifferent in putting him later, we would be in a

04:04PM 6   better position to generate some of the efficiencies that we're

04:04PM 7   trying to get done between the two MDL's.

04:04PM 8            I realize it's a smaller concern, but I just

04:04PM 9   thought I would bring it to your attention.

04:04PM 10       THE COURT:  Mr. Cunningham, come on up.

04:04PM 11       MR. CUNNINGHAM:  We don't have to have Mr. O'Bryan in

04:04PM 12  March, but we don't want to wait much past April for Mr. O'Bryan.

04:04PM 13  He was on the rig the night of the explosion.

04:04PM 14       THE COURT:  Right.

04:04PM 15            Have you got dates in April for him, or you don't

04:04PM 16  have dates?

04:04PM 17       MR. LANGAN:  I don't know, but I have Cunningham.  If I

04:04PM 18  may step up.

04:04PM 19       THE COURT:  Oh, Cunningham.  Please do.

04:04PM 20       MR. LANGAN:  The week of the 28th of March, the last

04:04PM 21  week in March, we could do Cunningham.

04:04PM 22       THE COURT:  Okay.

04:04PM 23       MR. MILLER:  First part or second part.

04:04PM 24       MR. LANGAN:  My note here says he's generally available

04:04PM 25  the week of the 28th.  So do you want to do the 28th and 29th?

04:05PM 1          MR. GODWIN:  The issue with that is, Judge -- Don Godwin

04:05PM 2    for Halliburton -- is we've got all Halliburton witnesses that

04:05PM 3    week.  So I would think we could maybe do him two other days,

04:05PM 4    because you've got Joe Keith and Richard Vargo.  I would

04:05PM 5    suggest --

04:05PM 6          MR. MILLER:  He presents an issue conflict, Your Honor.

04:05PM 7    He's cement related, cement team guy.

04:05PM 8          MR. GODWIN:  So I'm going to need to be there for

04:05PM 9    Mr. Cunningham and for these Halliburton people that are cement

04:05PM 10   related.

04:05PM 11         THE COURT:  That's the only dates you had, Andy?

04:05PM 12         MR. LANGAN:  Well, I actually had the prior week, but --

04:05PM 13   like the 23rd and 24th, but we've already stacked that one up

04:05PM 14   pretty good.

04:05PM 15         THE COURT:  We have.

04:05PM 16         MR. GODWIN:  But Mr. Gisclair is on those days, the 23rd

04:05PM 17   and 24th, and I can move him.  I can try to move him to two other

04:05PM 18   days, if that will work for you, Andy?

04:05PM 19         MR. LANGAN:  I'm sure we can, if you move him closer,

04:05PM 20   sooner.

04:05PM 21         MR. GODWIN:  Let me look at it.

04:05PM 22            How about, Andy -- Your Honor, we could do

04:06PM 23   Mr. Gisclair on March 14 and 15, and then that way we can do --

04:06PM 24         MR. LANGAN:  Cunningham 23 and 24.

04:06PM 25         MR. GODWIN:  Yes.  That will work for us, Judge.

04:06PM  1          THE COURT:  Okay.  Gisclair, 14 and 15.

04:06PM  2    Mr. Cunningham --

04:06PM  3          MR. GODWIN:  23 and 24, Judge.

04:06PM  4          THE COURT:  -- is 23 and 24.

04:06PM  5          MR. MILLER:  What's his first name?

04:06PM  6          THE COURT:  Mr. Cunningham's name is Erick, E-R-I-C-K.

04:06PM  7          MR. LANGAN:  So we did okay.

04:06PM  8          THE COURT:  Doing great.  Thank you, Andy.

04:06PM  9          Everybody continue to contact witnesses.

04:06PM  10          Now, let's see what we've got left.  We've got

04:06PM  11   February 28, March 1 and 2.  Really, we could do another one

04:06PM  12   March 3 and 4.  We've got March 16, 17, and 18 look pretty good.

04:07PM  13   March 28th, possibly, through the 31st, and Friday, the 4th.

04:07PM  14          So who else has some witnesses they have available?

04:07PM  15   Anybody else?  Nobody has any witnesses that they can slot in for

04:07PM  16   the rest of March and going into April?

04:07PM  17          MR. CUNNINGHAM:  Judge, we have an Anadarko corporate

04:07PM  18   representative, unnamed, and that seems to me we could slot

04:07PM  19   somebody like that in on one of these --

04:07PM  20          THE COURT:  Well, we could.  You have not issued your

04:07PM  21   30(b)(6) notice.  That will be out next Friday.

04:07PM  22          MS. KUCHLER:  I can't get dates until I know who would

04:08PM  23   be the corporate rep, but we'll be glad to work on that once we

04:08PM  24   know what the issues are.

04:08PM  25          THE COURT:  Yes.  Let's cover 30(b)(6) notices at next

04:08PM 1   week's conference.  We can take a look and see what we think

04:08PM 2   about that.

04:08PM 3            So there is no other -- guys, we asked for the

04:08PM 4   30(b)(6) notice to come out next Friday, the 25th.  We're getting

04:08PM 5   together next Friday.

04:08PM 6            Steve, do you think you could get it out by close

04:08PM 7   of business Thursday, so everybody has a chance to think about

04:08PM 8   who might be responsive?

04:08PM 9       MR. HERMAN:  This is Steve Herman for the plaintiffs.

04:08PM 10           And I apologize to everyone, because I had intended

04:08PM 11  to circulate drafts of all of them by the end of the week, and we

04:09PM 12  had some other briefs that were due.  I only was able to

04:09PM 13  circulate the -- in addition to the third-party ones that I

04:09PM 14  mentioned before, BP's.

04:09PM 15           So a draft that at least the PSC worked on for

04:09PM 16  areas of inquiry for BP defendants was provided to everyone

04:09PM 17  either Wednesday or Thursday, and so presumably they'll add

04:09PM 18  whatever they are going to add.

04:09PM 19           My hope is to, by, ideally, Sunday, but maybe not

04:09PM 20  until Monday, get out at least a PSC draft of areas of inquiry

04:09PM 21  for the other major defendants to everyone, so that coordinating

04:09PM 22  counsel for the states, Mr. Underhill and all the defendants can

04:09PM 23  add whatever areas of inquiry they see fit.  Then, hopefully,

04:09PM 24  we'll have a master set by next Friday.  At least that's the

04:09PM 25  ideal.

04:09PM 1        THE COURT:  What I would like the defendants to do, as

04:09PM 2   soon as you see the 30(b)(6) notices from the PSC, is start

04:09PM 3   talking about what witnesses might be responsive to the areas of

04:10PM 4   examination, and contact them for dates, probably in April, that

04:10PM 5   you can make them available to respond to the areas they are

04:10PM 6   designated for.  That would be really helpful for next week's

04:10PM 7   meeting.

04:10PM 8        MR. HERMAN:  Okay.  We'll work on it.

04:10PM 9        THE COURT:  Thank you.

04:10PM 10        Let me give you the hit parade of the most

04:10PM 11   requested witnesses.  Mr. Cunningham, why don't you come up and

04:10PM 12   tell me if these people are on your list.

04:10PM 13        You all have that first list.  The only people we

04:10PM 14   have left to look for are Cramond, Guide, O'Bryan, and Sepulvado.

04:10PM 15   So the next hit parade, the next most requested witnesses are as

04:11PM 16   follows:  Alan Schneider, five people want him.

04:11PM 17        MR. CUNNINGHAM:  I don't think he's on our list.  Does

04:11PM 18   it say who he's employed by?

04:11PM 19        MR. HAYCRAFT:  He's with ModuSpec.

04:11PM 20        MR. CUNNINGHAM:  He is on our list.

04:11PM 21        THE COURT:  Fleytas, Andrea Fleytas?

04:11PM 22        MR. CUNNINGHAM:  She's on our list, also.

04:11PM 23        THE COURT:  We talked about Jimmy Harrell.

04:11PM 24        Stringfellow, William Stringfellow?

04:11PM 25        MR. CUNNINGHAM:  He is on our list.

04:11PM  1           THE COURT:  And we've talked about Daun Winslow, so

04:11PM  2  that's --

04:11PM  3           MR. CUNNINGHAM:  He's on our list.

04:11PM  4           THE COURT:  -- that's the next -- one, two, three, four,

04:11PM  5  five -- six most requested witnesses.

04:11PM  6           Do you want to work from there?  So whoever has

04:11PM  7  those witnesses, and we know who those people are, all Transocean

04:12PM  8  except for ModuSpec.

04:12PM  9           The next most requested are as follows:

04:12PM 10  John Wright.

04:12PM 11           MR. CUNNINGHAM:  He's on our list.  He's Halliburton, I

04:12PM 12  believe.

04:12PM 13           THE COURT:  He's Boots & Coots.

04:12PM 14           MR. CUNNINGHAM:  They are owned by Halliburton, if I'm

04:12PM 15  not mistaken.

04:12PM 16           THE COURT:  A gentleman by the name of Abassion,

04:12PM 17  A-B-A-S-S-I-O-N?

04:12PM 18           MR. CUNNINGHAM:  He's on our list.

04:12PM 19           THE COURT:  Jonathan Bellow, B-E-L-L-O-W?

04:12PM 20           MR. CUNNINGHAM:  Who is he employed by?

04:12PM 21           THE COURT:  BP.

04:12PM 22           MR. CUNNINGHAM:  Bellow.  He's not on our list.

04:12PM 23           THE LAW CLERK:  He's Number 4 on the master list of Don,

04:12PM 24  but he's listed as PSC.

04:12PM 25           THE COURT:  Number 4 on the master list is

04:12PM 1    Jonathan Bellow, requested by PSC, USA, Alabama, APC and MOEX.

04:13PM 2           MR. CUNNINGHAM:  I don't have him on the list that I

04:13PM 3    have, but I will assume that he was on whatever list you got.

04:13PM 4           THE COURT:  All right.  Bodek, B-O-D-E-K?  Robert Bodek,

04:13PM 5    BP again.

04:13PM 6           MR. CUNNINGHAM:  We do want him.  I think he's on the

04:13PM 7    U.S. list, and there was some debate about that.  We didn't put

04:13PM 8    him on our list, but we would --

04:13PM 9           THE COURT:  He's highly requested.

04:13PM 10          MR. CUNNINGHAM:  -- we would like to have him.

04:13PM 11          THE COURT:  All right.  James Dupree, D-U-P-R-E-E.

04:13PM 12          MR. CUNNINGHAM:  He is on our list.

04:13PM 13          THE COURT:  John LeBleu, L-E-B-L-E-U?

04:13PM 14          MR. CUNNINGHAM:  Not on our list.  He's BP, I take it?

04:13PM 15          THE COURT:  Yes, he is.

04:13PM 16          MR. CUNNINGHAM:  He's not on our list.  Do you have it?

04:13PM 17          THE COURT:  Yes, PSC requested him.

04:13PM 18          MR. CUNNINGHAM:  Well --

04:14PM 19          THE COURT:  I've got PSC, USA, Alabama, APC and MOEX.

04:14PM 20   According to Mr. Godwin, he's Number 19 on the list.

04:14PM 21          MR. CUNNINGHAM:  Sounds like he slid some extras in

04:14PM 22   there, because it's not on my list.

04:14PM 23          THE COURT:  Okay.  Richard Lynch, L-Y-N-C-H?

04:14PM 24          MR. CUNNINGHAM:  He is on our list.

04:14PM 25          THE COURT:  John Mogford, M-O-G-F-O-R-D?

04:14PM 1        MR. CUNNINGHAM:  He is on our list.

04:14PM 2        THE COURT:  David Rainey, R-A-I-N-E-Y?

04:14PM 3        MR. CUNNINGHAM:  On our list, too.

04:14PM 4        THE COURT:  David Rich?

04:14PM 5        MR. CUNNINGHAM:  On our list.

04:14PM 6        THE COURT:  Doug Suttles?  He's on everybody's list.

04:14PM 7        MR. CUNNINGHAM:  Yes, he is.

04:14PM 8        THE COURT:  Kent Wells?

04:14PM 9        MR. CUNNINGHAM:  He's on ours.

04:14PM 10       THE COURT:  David Brown?

04:14PM 11       MR. CUNNINGHAM:  BP.

04:14PM 12       THE COURT:  No.

04:14PM 13            Mike, you've got SI.  Who is SI?

04:15PM 14       MR. CUNNINGHAM:  Sperry International, I suspect.

04:15PM 15       THE COURT:  Sperry International.

04:15PM 16       MR. CUNNINGHAM:  He is not on our list.

04:15PM 17       THE COURT:  Let me see.  He was requested by PSC, USA,

04:15PM 18  Alabama, APC and MOEX.

04:15PM 19            Okay, is that enough to work on for next week --

04:15PM 20       MR. CUNNINGHAM:  Sounds to me like --

04:15PM 21       THE COURT:  -- as far as contacting those witnesses and

04:15PM 22  getting available dates?

04:15PM 23       MR. LANGAN:  There will be some individual counsel

04:15PM 24  involved with some of those, I know, but we'll definitely get to

04:15PM 25  work.

04:15PM  1          THE COURT:  Let me give you a few more because it will

04:15PM  2   take care of the top list.  You ready?

04:15PM  3               These are all -- these two are Kongsberg witnesses,

04:15PM  4   Alderr, A-L-D-E-R-R.  Let me see, we show that PSC asked for

04:16PM  5   that.

04:16PM  6          MR. CUNNINGHAM:  That's correct.  There are negotiations

04:16PM  7   going on, or have been.

04:16PM  8          THE COURT:  The same with Ronald Johnson?

04:16PM  9          MR. CUNNINGHAM:  Yes.

04:16PM 10          THE COURT:  So we've got them on the list of next round.

04:16PM 11               Victor Martinez, which is ModuSpec?

04:16PM 12          MR. CUNNINGHAM:  Correct, he's on our list.

04:16PM 13          THE COURT:  And then Kevin Lacy, former BP?

04:16PM 14          MR. CUNNINGHAM:  He's an addition to our list.

04:16PM 15          THE COURT:  That's the hit parade for next week, to find

04:16PM 16   out availability and see if we can get them scheduled.

04:16PM 17               Well, we made lots of progress, but not as much as

04:16PM 18   I wanted because I want to have all of March and April booked;

04:17PM 19   but, whatever, we'll do that next week.  We'll look into May next

04:17PM 20   week.  Okay.  So if you're talking to witnesses, why don't you

04:17PM 21   also look at May, as well.

04:17PM 22               Does anybody want to cover the Transocean insurance

04:17PM 23   litigation issue, or do we want to defer that to next week?

04:17PM 24          MR. MILLER:  Defer, Your Honor.

04:17PM 25          THE COURT:  Okay.

04:17PM 1        MR. LANGAN:  Your Honor, it's Andy Langan.

04:17PM 2            I think that the way we were thinking about the

04:17PM 3   Transocean coverage case, which is I think what you're referring

04:17PM 4   to, is our plan was to list it as an agenda item for

04:17PM 5   Judge Barbier for the status conference, just to give him a

04:17PM 6   heads-up about what's going on, how we see it unfolding.  I'm

04:17PM 7   sure we'll be talking to Mr. Miller or other counsel, so that's

04:18PM 8   where we're --

04:18PM 9        THE COURT:  So you want to defer that until then?

04:18PM 10       MR. MILLER:  You know, what track, you know, different

04:18PM 11  track, those kind of things, I think.

04:18PM 12       MR. ROY:  Your Honor, Jim Roy.  The only observation

04:18PM 13  that PSC would have on the matter is we think it is

04:18PM 14  appropriate -- anecdotally we have been told, and anecdotally we

04:18PM 15  have seen evidence that there are potentially dozens of layers of

04:18PM 16  insurance or whatnot.  There are many, to say the least.

04:18PM 17           We think it would be appropriate to have, not just

04:18PM 18  in this situation, but for all of the defendants to consider

04:18PM 19  advising the Court and all counsel as to who the lawyers are for

04:18PM 20  every single insurer, indemnitor, etcetera, across the board and

04:18PM 21  their contact information for purposes of communication, if

04:18PM 22  nothing else.

04:18PM 23       THE COURT:  Yes, we had talked about that last time.

04:18PM 24  Why don't we keep this on the agenda just to keep updated on it.

04:19PM 25  We'll defer to Judge Barbier to give him the heads-up on how you

04:19PM 1    all think it's going to work.

04:19PM 2            We have a revised date line, which was the

04:19PM 3    attachment to the Case Management Order.  We haven't circulated

04:19PM 4    it.  We'll probably go ahead and circulate it to you-all via

04:19PM 5    e-mail to look at and comment on the next time.

04:19PM 6            And next time, I want to talk about whether you all

04:19PM 7    want a restated Case Management Order; once we've put the

04:19PM 8    timeline together, whether you want the whole thing restated or

04:19PM 9    not.  It's not a big deal.  It's a housekeeping issue.

04:19PM 10           Looking ahead, we're going to get together next

04:19PM 11   Friday.  I've got the working group down for Friday, March 4th,

04:19PM 12   at 7:30 a.m.  Anybody who wants to participate by telephone,

04:20PM 13   please feel free.  I think this could be done just as easily by

04:20PM 14   phone as it is in person.

04:20PM 15           March 11th is Mardi Gras week.  Do you all want to

04:20PM 16   get together with me?

04:20PM 17           MR. GODWIN:  You've got us in a deposition.

04:20PM 18           THE COURT:  I'm happy to do it by phone.  We could all

04:20PM 19   get our calendars out and talk.

04:20PM 20           MR. CUNNINGHAM:  We're happy to be here.

04:20PM 21           MR. GODWIN:  It seems that makes more sense, Judge.  We

04:20PM 22   can come over here, and if there are any issues on depos we can

04:20PM 23   take them up with you then.

04:20PM 24           THE COURT:  What time do you want to do it, ten o'clock?

04:20PM 25   I'm trying to get the guys that are in from out of town out, so I

04:20PM 1  would rather morning.

04:20PM 2       MR. GODWIN:  8:30.  8:30 or 10:00.  Whatever works for

04:20PM 3  you, Judge.

04:20PM 4       THE COURT:  I'm early.  I can get you at 6:30.

04:20PM 5       MR. GODWIN:  We're going to be going back to the

04:21PM 6  deposition, so whatever time you want to do it.  A suggestion,

04:21PM 7  come over 10:00 to 12:00?

04:21PM 8       THE COURT:  Let's make it 10:00 to 11:00.

04:21PM 9          Do you want to do it March 18th?

04:21PM 10      MR. GODWIN:  Fine, Judge.

04:21PM 11      THE COURT:  10 o'clock?

04:21PM 12      MR. GODWIN:  Fine, Judge.

04:21PM 13      THE COURT:  We're doing it March 25th after

04:21PM 14 Judge Barbier.

04:21PM 15          And then do you want to continue for the Fridays in

04:21PM 16 April?

04:21PM 17      MR. GODWIN:  I think it's helpful, Your Honor.

04:21PM 18      THE COURT:  We only have one person who thinks it's

04:21PM 19 helpful.

04:21PM 20      MR. HERMAN:  We think it's helpful.

04:21PM 21      MR. ROY:  We think it's very helpful.

04:21PM 22      MR. MILLER:  I think it's helpful, too.

04:21PM 23      MR. GODWIN:  Cunningham is not going to speak up.  He

04:21PM 24 knows it is, but he won't speak up.

04:21PM 25      MR. MILLER:  Don took our breath away.

04:21PM 1          THE COURT:  Tentatively, let's set it for the 8th, 15th,
04:22PM 2  22nd at 10:00, and then the 29th, following the conference with
04:22PM 3  Judge Barbier.
04:22PM 4          MS. KUCHLER:  What time next week on the 4th, Judge?
04:22PM 5          THE COURT:  Next week is 7:30.
04:22PM 6          MR. LANGAN:  I think it's probably around 11:00, after
04:22PM 7  the conference with Judge Barbier on the 25th of February.
04:22PM 8          THE COURT:  Oh, I'm sorry, yes.  I'm looking at
04:22PM 9  March 4th.
04:22PM 10          MR. LANGAN:  7:30 a.m. on March 4th.
04:22PM 11          THE COURT:  Next week is after Judge Barbier.  March 4th
04:22PM 12  is at 7:30.  If you all like 7:30 --
04:22PM 13          MR. CUNNINGHAM:  No.
04:22PM 14          THE COURT:  -- we can do it.
04:22PM 15          MR. MILLER:  Your Honor, are you going to enter a minute
04:22PM 16  entry with all of these dates?
04:22PM 17          THE COURT:  Maybe.
04:22PM 18          THE DEPUTY CLERK:  April 22nd is Good Friday.
04:22PM 19          THE COURT:  April 22nd is Good Friday, and I'm being
04:22PM 20  advised that the Court is probably not open; and, if it is open,
04:22PM 21  court staff won't be here to assist us.  So if y'all want to do
04:23PM 22  it, we could do a dial-in, but we won't have a transcript.  Take
04:23PM 23  it off?
04:23PM 24          When you all communicate with me via e-mail, which
04:23PM 25  is very efficient and I like it, would you also make sure to

04:23PM  1   include on your e-mails cc to Mike_O'Keefe at the same address.

04:23PM  2   I just presume he's getting things, but he's not.

04:23PM  3             That's all I've got.  Has anybody got anything

04:23PM  4   else?

04:23PM  5        MR. LANGAN:  You want the master calendar as an exhibit

04:23PM  6   to this, to circulate to everybody?

04:23PM  7        THE COURT:  Sure, we can do that, and then we'll go

04:23PM  8   ahead and clean it up and circulate it.

04:23PM  9        MR. MILLER:  Since it's my chicken scratch, you want me

04:23PM 10   to clean it up, have someone type it in and then circulate it to

04:23PM 11   liaison counsel and to Mike?

04:24PM 12        THE COURT:  Perfect.

04:24PM 13        MR. MILLER:  I had one question for you, Your Honor, and

04:24PM 14   maybe some of the folks can answer it.

04:24PM 15             In the depositions, as we covered today, I think

04:24PM 16   we're kind of dividing them up by teams.  So, if a particular

04:24PM 17   witness spans two areas of inquiry, and it would involve two

04:24PM 18   different lawyers from the same team, same party, so to speak,

04:24PM 19   and, for example, if a party were to get one hour of the

04:24PM 20   allocation schedule, is it possible and permissible to split it

04:24PM 21   up 30 minutes with me and 30 minutes with Richard, so I cover my

04:24PM 22   area, he covers his area, same party; is that okay?

04:24PM 23        THE COURT:  I don't see any reason not to.  Do you all

04:24PM 24   have any problem with that?

04:24PM 25        MR. CUNNINGHAM:  We have been doing that.

04:24PM  1          THE COURT:  Fine, Kerry, not a problem.

04:24PM  2              Anybody else?  All right.  Everybody on the phone,

04:24PM  3  thank you very much.

04:24PM  4          MR. GODWIN:  Thank you, Judge.

5              (WHEREUPON, at 4:24 p.m., the proceedings were

6  concluded.)

7                          *    *    *

8

9                      REPORTER'S CERTIFICATE

10

11      I, Cathy Pepper, Certified Realtime Reporter, Registered

12  Merit Reporter, Registered Professional Reporter, Certified Court

13  Reporter of the State of Louisiana, Official Court Reporter for

14  the United States District Court, Eastern District of Louisiana,

15  do hereby certify that the foregoing is a true and correct

16  transcript, to the best of my ability and understanding, from the

17  record of the proceedings in the above-entitled and numbered

18  matter.

19

20

21                          _s/Cathy Pepper_____

22                          Cathy Pepper, CRR, RMR, CCR

23                          Official Court Reporter

24                          United States District Court

25

**1**

**1** [7] - 29:3, 29:16, 38:12, 45:7, 65:18, 74:2, 77:11
**10** [14] - 11:24, 12:17, 12:19, 13:2, 13:6, 13:7, 39:10, 53:25, 63:8, 73:10, 74:3, 86:11
**10-MD-2179** [1] - 1:6
**1000** [1] - 5:10
**1001** [1] - 4:18
**10:00** [4] - 86:2, 86:7, 86:8, 87:2
**10th** [7] - 35:1, 35:12, 44:20, 44:22, 54:4, 54:11, 63:5
**11** [4] - 7:16, 54:1, 70:2, 74:3
**1100** [2] - 3:7, 27:13
**11:00** [2] - 86:8, 87:6
**11th** [9] - 35:1, 35:12, 44:22, 54:4, 54:11, 62:12, 63:6, 73:19, 85:15
**12** [2] - 36:4, 70:2
**1201** [1] - 4:4
**12:00** [1] - 86:7
**1300** [1] - 4:13
**1331** [1] - 4:7
**135** [1] - 38:25
**14** [9] - 11:2, 11:12, 11:16, 36:2, 42:23, 45:8, 50:17, 76:23, 77:1
**14-day** [1] - 10:8
**141** [1] - 26:3
**14th** [2] - 35:13, 35:24
**15** [5] - 38:24, 42:23, 50:17, 76:23, 77:1
**15-hour** [1] - 37:8
**15th** [5] - 25:19, 30:19, 35:20, 36:2, 87:1
**16** [2] - 44:1, 77:12
**1601** [1] - 1:25
**1615** [1] - 4:13
**1665** [1] - 4:7
**16th** [1] - 44:13
**17** [3] - 44:1, 49:2, 77:12
**1700** [1] - 4:4
**17th** [2] - 44:13, 63:6
**18** [8] - 1:7, 6:2, 18:6, 42:24, 45:8, 45:17, 49:2, 77:12
**18th** [8] - 42:13, 42:14, 63:6, 67:17, 67:23, 68:2, 68:13, 86:9

**19** [2] - 42:24, 81:20
**197** [3] - 24:17, 24:18, 37:23
**19th** [3] - 42:12, 67:24, 68:2
**1st** [6] - 22:18, 34:18, 43:17, 72:15, 73:24, 74:1

**2**

**2** [2] - 65:20, 77:11
**20** [2] - 1:5, 42:24
**200** [2] - 4:18, 40:18
**2007** [1] - 4:12
**201** [1] - 4:22
**2010** [1] - 1:5
**2011** [2] - 1:7, 6:2
**2012** [2] - 29:25, 54:24
**20th** [2] - 18:25, 19:4
**21** [10] - 42:25, 46:4, 46:8, 68:20, 70:17, 71:16, 71:22, 71:25, 72:6, 72:8
**2179** [2] - 31:14, 72:19
**2185** [4] - 31:12, 33:5, 33:23, 75:2
**21st** [8] - 23:15, 36:4, 36:10, 45:20, 46:2, 46:4, 70:22, 71:9
**22** [11] - 42:23, 46:5, 68:8, 68:20, 71:14, 71:15, 71:17, 71:22, 72:5, 72:6, 72:8
**22nd** [6] - 68:10, 71:8, 71:9, 87:2, 87:18, 87:19
**23** [13] - 42:24, 48:15, 48:16, 71:10, 71:14, 71:21, 71:24, 71:25, 72:6, 72:9, 76:24, 77:3, 77:4
**233** [1] - 5:7
**23rd** [5] - 48:8, 71:8, 72:3, 76:13, 76:16
**24** [14] - 48:15, 48:16, 71:2, 71:10, 71:15, 71:17, 71:21, 71:24, 71:25, 72:6, 72:9, 76:24, 77:3, 77:4
**24th** [6] - 48:8, 70:21, 70:25, 72:3, 76:13, 76:17
**25** [2] - 42:25, 71:2
**25th** [5] - 36:24, 70:25, 78:4, 86:13, 87:7
**26** [1] - 42:25
**26th** [1] - 67:18
**27** [1] - 32:4

**275** [1] - 2:4
**28** [1] - 77:11
**28th** [7] - 34:18, 43:17, 44:25, 75:20, 75:25, 77:13
**2929** [1] - 4:25
**29th** [3] - 44:25, 75:25, 87:2
**2:00** [1] - 1:7
**2nd** [2] - 23:3, 34:18

**3**

**3** [1] - 77:12
**30** [4] - 17:19, 25:21, 88:21
**30(b)(6** [11] - 7:24, 22:4, 60:8, 61:3, 61:11, 61:21, 62:20, 77:21, 77:25, 78:4, 79:2
**30(b)(6)** [2] - 22:10, 60:21
**30(b)(6)'s** [1] - 22:13
**300** [1] - 3:16
**3000** [1] - 2:4
**30th** [1] - 45:10
**31** [1] - 24:18
**31st** [3] - 25:10, 45:10, 77:13
**3450** [1] - 5:4
**36130** [1] - 2:14
**36604** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 3:6
**3rd** [7] - 34:17, 34:18, 53:23, 54:2, 54:3, 54:5, 54:8

**4**

**4** [8] - 38:10, 45:8, 45:17, 68:23, 77:12, 80:23, 80:25
**4000** [1] - 5:10
**42ND** [1] - 4:25
**4300** [1] - 27:13
**45** [1] - 55:16
**450** [1] - 2:9
**4:24** [1] - 89:5
**4th** [19] - 46:17, 46:21, 47:13, 53:23, 54:2, 54:3, 54:5, 54:8, 61:16, 61:17, 69:4, 70:5, 70:7, 77:13, 85:11, 87:4, 87:9, 87:10, 87:11

**5**

**50** [2] - 25:16, 39:1
**500** [2] - 5:4, 5:23
**5000** [1] - 3:20
**501** [1] - 2:13
**504** [1] - 5:24
**510** [1] - 2:20
**5395** [1] - 2:9
**546** [1] - 3:24
**556** [1] - 1:18
**5800** [1] - 5:7
**589-7779** [1] - 5:24
**5th** [4] - 47:14, 61:16, 61:17, 70:7

**6**

**6** [1] - 47:25
**60** [1] - 17:20
**60606** [1] - 5:8
**60654** [1] - 3:16
**6:30** [1] - 86:4
**6th** [4] - 69:18, 69:19, 70:8, 70:9

**7**

**7** [3] - 38:17, 47:25, 68:23
**701** [2] - 2:17, 3:19
**70112** [1] - 4:14
**70113** [1] - 1:22
**70130** [3] - 2:18, 3:24, 5:23
**70139** [1] - 3:20
**70163** [1] - 3:7
**70170** [1] - 4:22
**70433** [1] - 2:21
**70502** [1] - 1:19
**70505** [1] - 4:18
**75** [1] - 40:21
**75270** [1] - 4:5
**77002** [2] - 5:5, 5:11
**77010** [1] - 4:8
**77019** [1] - 4:25
**7:30** [5] - 85:12, 87:5, 87:10, 87:12
**7TH** [1] - 2:9
**7th** [7] - 34:23, 48:10, 48:12, 69:18, 69:19, 70:8, 70:10

**8**

**8** [3] - 38:6, 38:17, 48:6

**820** [1] - 1:21
**8:30** [2] - 86:2
**8th** [4] - 34:15, 48:10, 48:12, 87:1

**9**

**9** [3] - 38:1, 38:6, 38:17
**94102** [1] - 2:10
**94111** [1] - 2:5
**9th** [2] - 34:25, 35:3

**A**

**A-L-D-E-R-R** [1] - 83:4
**a.m** [2] - 85:12, 87:10
**Abassion** [1] - 80:16
**ABASSION** [1] - 80:17
**abbreviated** [2] - 58:9, 58:13
**ability** [2] - 52:10, 89:16
**able** [3] - 24:19, 46:13, 78:12
**above-entitled** [1] - 89:17
**absolutely** [3] - 30:17, 52:10, 66:22
**accelerating** [1] - 10:24
**access** [1] - 14:23
**accommodate** [5] - 22:21, 22:23, 32:24, 49:14
**accommodated** [2] - 32:9, 32:11
**accomplish** [2] - 25:18, 26:1
**accomplished** [1] - 7:12
**according** [1] - 81:20
**achieve** [1] - 31:15
**acknowledge** [1] - 32:18
**act** [1] - 34:7
**Act** [2] - 27:12, 27:15
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**add** [4] - 40:12, 78:17, 78:18, 78:23
**adding** [2] - 15:24, 16:8
**addition** [3] - 33:11, 78:13, 83:14
**additional** [7] - 15:14, 15:18, 54:15, 55:16, 55:24, 62:1, 62:16

**address** [7] - 6:10, 14:17, 17:8, 33:2, 60:10, 62:1, 88:1
**addressed** [3] - 10:5, 33:19, 54:21
**adequate** [1] - 25:17
**adjustments** [1] - 10:22
**Administrator** [1] - 26:17
**Adrian** [2] - 35:22, 42:25
**advance** [3] - 11:3, 11:12, 11:16
**advised** [1] - 87:20
**advising** [1] - 84:19
**affect** [1] - 66:2
**affiliated** [1] - 68:5
**afternoon** [5] - 9:16, 9:17, 17:10, 26:10, 31:11
**agenda** [3] - 64:2, 84:4, 84:24
**ago** [4] - 11:19, 31:17, 35:19, 38:24
**agree** [9] - 16:6, 25:17, 25:20, 37:15, 39:22, 40:8, 41:15, 65:14, 65:15
**agreement** [1] - 10:8
**agrees** [1] - 40:24
**ahead** [7] - 37:5, 41:4, 45:4, 48:1, 85:4, 85:10, 88:8
**aim** [2] - 10:17, 10:19
**AIRBORNE** [1] - 4:16
**AL** [2] - 1:25, 2:14
**Alabama** [6] - 9:18, 25:15, 31:2, 81:1, 81:19, 82:18
**ALABAMA** [1] - 2:12
**ALAN** [1] - 4:7
**Alan** [4] - 8:2, 16:4, 60:7, 79:16
**Alden** [2] - 31:11, 75:2
**Alderr** [1] - 83:4
**ALEXANDER** [1] - 5:6
**ALL** [1] - 1:9
**ALLAN** [1] - 2:17
**alleged** [1] - 54:15
**ALLEN** [3] - 4:25, 5:4, 5:19
**allocation** [3] - 5:6, 29:24, 31:3, 55:16, 88:20
**allocations** [1] - 29:12
**allow** [1] - 59:10
**allowed** [1] - 58:10
**allowing** [1] - 34:1
**alluded** [1] - 24:2

**ALSO** [1] - 5:3
**alternate** [1] - 54:10
**alternative** [3] - 15:3, 15:10, 56:5
**AMANDA** [1] - 5:17
**amended** [1] - 31:16
**Amendment** [7] - 17:21, 18:1, 20:9, 20:15, 23:23, 23:25, 35:10
**Amendment/ Unavailability** [1] - 24:1
**AMERICA** [6] - 3:9, 3:9, 3:10, 3:11, 3:13, 3:14
**amount** [4] - 13:6, 21:2, 33:14, 55:15
**ANADARKO** [2] - 4:10, 4:11
**Anadarko** [2] - 13:15, 77:17
**AND** [2] - 3:4, 4:12
**Anderson** [1] - 7:19
**Andrea** [1] - 79:21
**ANDREW** [1] - 3:15
**Andy** [29] - 10:18, 10:21, 11:5, 13:11, 14:3, 15:22, 16:15, 23:21, 28:4, 35:16, 50:19, 50:24, 51:13, 53:1, 53:21, 56:3, 56:23, 59:3, 59:12, 64:15, 66:1, 72:12, 73:13, 73:25, 76:11, 76:18, 76:22, 77:8, 84:1
**Andy's** [1] - 16:16
**anecdotally** [1] - 84:14
**answer** [3] - 13:12, 28:1, 88:14
**answered** [1] - 16:3
**answers** [1] - 28:12
**ANTHONY** [1] - 5:12
**APC** [3] - 81:1, 81:19, 82:18
**apiece** [1] - 39:13
**apologize** [2] - 37:17, 78:10
**appear** [3] - 38:17, 38:18
**APPEARANCES** [5] - 1:14, 2:1, 3:1, 4:1, 5:1
**appeared** [1] - 35:21
**apple** [2] - 39:25, 57:17
**apply** [2] - 6:22, 13:1
**appreciate** [12] - 7:3,

9:19, 9:20, 10:11, 27:25, 29:23, 32:23, 33:24, 51:20, 53:2, 56:16, 64:8
**appreciated** [1] - 58:19
**appropriate** [3] - 57:10, 84:14, 84:17
**APRIL** [1] - 1:5
**April** [53] - 18:25, 19:4, 22:18, 23:15, 34:5, 38:13, 38:15, 41:8, 41:24, 41:25, 42:2, 42:12, 42:24, 42:25, 46:15, 46:17, 46:21, 47:13, 47:25, 50:7, 50:8, 50:10, 50:11, 50:16, 50:17, 61:15, 61:16, 62:12, 63:7, 67:17, 67:19, 67:24, 68:8, 68:10, 68:20, 68:23, 69:4, 70:5, 73:4, 73:19, 75:12, 75:15, 77:16, 79:4, 83:18, 86:16, 87:18, 87:19
**architecture** [1] - 21:3
**area** [2] - 88:22
**areas** [7] - 62:7, 78:16, 78:20, 78:23, 79:3, 79:5, 88:17
**Arnold** [2] - 20:7, 59:2
**arrow** [1] - 37:10
**art** [1] - 73:1
**aspect** [1] - 56:6
**aspects** [1] - 54:25
**assist** [1] - 87:21
**assume** [3] - 55:8, 64:8, 81:3
**assuming** [1] - 66:8
**AT** [1] - 2:20
**attachment** [1] - 85:3
**attend** [3] - 34:2, 56:13, 71:1
**attendance** [1] - 64:10
**attended** [1] - 33:7
**attention** [2] - 33:17, 75:9
**ATTORNEY** [1] - 2:12
**Attorney** [1] - 9:18
**attorney** [5] - 46:12, 46:19, 47:21, 47:22, 48:22
**ATTORNEYS** [1] - 2:20
**August** [4] - 22:21, 23:16, 25:19, 30:19
**availability** [3] - 67:13, 70:18, 83:16
**available** [25] - 15:17,

43:11, 44:2, 44:15, 45:2, 45:7, 45:8, 45:17, 46:19, 47:24, 48:5, 50:8, 50:10, 61:18, 62:18, 71:10, 71:14, 71:15, 72:16, 74:3, 75:24, 77:14, 79:5, 82:22
**AVENUE** [4] - 1:21, 2:9, 2:13, 4:22
**Aviation** [1] - 63:16
**aware** [2] - 33:6, 52:8
**awful** [1] - 49:9

**B**

**B406** [1] - 5:23
**BABIUCH** [1] - 3:15
**background** [1] - 8:6
**bad** [1] - 70:19
**badly** [1] - 73:18
**balanced** [1] - 57:18
**balancing** [2] - 55:14, 57:20
**ball** [1] - 10:2
**Barbier** [17] - 7:1, 28:10, 29:1, 36:22, 36:24, 37:19, 38:5, 40:17, 58:14, 70:24, 71:11, 84:5, 84:25, 86:14, 87:3, 87:7, 87:11
**barrel** [3] - 27:13, 39:25
**based** [4] - 16:7, 20:11, 62:6, 73:12
**basis** [2] - 7:12, 53:18
**BATTERY** [1] - 2:4
**BEFORE** [1] - 1:12
**began** [1] - 29:3
**begins** [1] - 68:13
**behalf** [5] - 12:15, 17:3, 17:11, 27:1, 27:7
**Bellow** [3] - 80:19, 80:22, 81:1
**BELLOW** [1] - 80:19
**belong** [1] - 19:11
**BEN** [1] - 4:17
**BERNSTEIN** [1] - 2:3
**BERTAUT** [1] - 3:23
**Bertone** [6] - 11:13, 56:20, 57:1, 57:6, 57:12, 58:25
**BERTONE** [1] - 56:20
**best** [4] - 10:7, 32:11, 34:13, 89:16
**better** [9] - 17:23, 30:16, 35:3, 54:8,

64:15, 69:5, 71:18, 74:7, 75:6
**between** [3] - 24:18, 67:17, 75:7
**beyond** [1] - 26:6
**Bickford** [1] - 52:8
**bifurcation** [1] - 30:6
**big** [3] - 13:17, 38:25, 85:9
**Bill** [1] - 33:4
**bit** [1] - 31:25
**bites** [1] - 57:16
**blocked** [1] - 50:3
**blue** [1] - 73:22
**Bly** [4] - 7:18, 8:1, 20:19
**Bly's** [1] - 55:19
**board** [5] - 13:1, 32:2, 32:12, 72:18, 84:20
**Bob** [1] - 17:11
**Bobo** [1] - 26:12
**Bodek** [1] - 81:4
**BODEK** [1] - 81:4
**BONNER** [1] - 5:16
**booked** [1] - 83:18
**Boots** [1] - 80:13
**borrow** [2] - 22:7, 34:11
**bottom** [1] - 39:25
**BOUNDS** [1] - 1:24
**box** [1] - 17:5
**BOX** [1] - 1:18
**boy** [1] - 35:14
**BP** [27] - 3:9, 3:9, 3:10, 3:11, 3:12, 3:13, 3:14, 7:17, 10:21, 12:23, 15:22, 28:6, 30:21, 30:23, 32:2, 51:12, 65:7, 68:5, 72:22, 73:6, 74:21, 78:16, 80:21, 81:5, 81:14, 82:11, 83:13
**BP's** [3] - 12:20, 49:14, 78:14
**BRANCH** [1] - 2:8
**break** [6] - 49:20, 60:3, 60:5, 62:23, 62:25, 64:25
**breath** [1] - 86:25
**Bret** [1] - 66:14
**brief** [1] - 63:9
**briefly** [2] - 17:8, 75:1
**briefs** [1] - 78:12
**bring** [2] - 40:10, 75:9
**brought** [1] - 50:24
**Brown** [3] - 26:17, 26:18, 82:10
**brunt** [1] - 12:9
**bucks** [1] - 38:25

**burden** [1] - 65:16
**Burgess** [2] - 11:13, 42:25
**burn** [1] - 15:21
**burner** [1] - 52:2
**business** [2] - 34:17, 78:7
**butcher** [1] - 56:21
**buy** [2] - 39:16, 40:18
**BY** [22] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:8, 2:13, 2:17, 3:6, 3:15, 3:18, 3:23, 4:4, 4:7, 4:13, 4:17, 4:21, 4:24, 5:3, 5:10, 5:24, 5:25

# C

**C-H-A-I-S-S-O-N** [1] - 44:4
**C-O-C-A-L-E-S** [1] - 66:14
**CA** [2] - 2:5, 2:10
**cabinet** [2] - 26:16, 26:20
**CABRASER** [2] - 2:3, 2:3
**calendar** [4] - 32:8, 34:6, 42:2, 88:5
**calendars** [1] - 85:19
**CALLED** [1] - 6:4
**CAMERON** [1] - 3:22
**CAMP** [1] - 2:17
**Canducci** [9] - 41:16, 41:19, 42:24, 45:20, 71:14, 71:14, 71:25, 72:5, 72:9
**Canducci's** [1] - 71:7
**cannot** [1] - 58:6
**capped** [3] - 23:12, 28:15, 30:23
**capping** [4] - 23:11, 27:8, 31:5
**Captain** [1] - 41:21
**captured** [1] - 29:13
**care** [4] - 64:7, 64:17, 74:8, 83:2
**CARMELITE** [1] - 3:23
**CARONDELET** [1] - 3:24
**carry** [1] - 53:20
**CARTER** [1] - 5:13
**carve** [1] - 18:16
**carving** [2] - 36:18, 36:19
**case** [15] - 6:16, 20:14, 23:6, 23:9, 32:20, 38:25, 39:14, 39:16,

55:6, 55:8, 61:14, 72:18, 72:20, 74:13, 84:3
**Case** [2] - 85:3, 85:7
**cases** [5] - 17:12, 29:12, 55:9, 61:12, 62:10
**casualty** [1] - 29:7
**cat** [1] - 13:18
**categories** [2] - 16:23, 29:25
**category** [3] - 29:11, 59:2, 59:21
**Cathleenia** [2] - 47:21, 69:1
**Cathleenia's** [1] - 69:12
**CATHY** [1] - 5:22
**Cathy** [2] - 89:11, 89:22
**cc** [1] - 88:1
**CCR** [2] - 5:22, 89:22
**cement** [3] - 76:7, 76:9
**cementing** [1] - 50:25
**CENTER** [3] - 2:4, 4:17, 5:4
**CENTRE** [1] - 3:6
**certain** [3] - 13:3, 19:12
**certainly** [10] - 14:1, 15:25, 18:21, 24:15, 27:11, 33:3, 39:20, 42:11, 54:14, 64:25
**CERTIFICATE** [1] - 89:9
**certification** [2] - 10:15, 10:18
**Certified** [2] - 89:11, 89:12
**CERTIFIED** [1] - 5:22
**certify** [1] - 89:15
**Chackbay** [1] - 44:10
**Chaisson** [4] - 43:11, 44:4, 44:6, 49:3
**Chaissons** [1] - 44:10
**challenge** [1] - 25:23
**CHAMBERS** [1] - 4:24
**chance** [2] - 32:11, 78:7
**chances** [1] - 17:23
**CHARLES** [2] - 4:21, 4:22
**chart** [4] - 16:24, 19:14, 19:15
**check** [7] - 70:12, 71:13, 71:17, 74:4, 74:6, 74:9, 74:17
**CHICAGO** [2] - 3:16, 5:8

**chicken** [1] - 88:9
**chief** [1] - 39:6
**choice** [1] - 28:22
**chopped** [1] - 45:20
**Chris** [3] - 41:15, 42:23, 48:22
**Chu** [1] - 26:17
**circulate** [8] - 27:23, 64:9, 78:11, 78:13, 85:4, 88:6, 88:8, 88:10
**circulated** [1] - 85:3
**CIVIL** [2] - 1:6, 2:8
**claim** [6] - 20:2, 52:12, 54:16, 55:6, 55:13, 60:9
**claimants** [1] - 55:23
**claims** [3] - 19:21, 55:12, 55:22
**clarification** [1] - 64:24
**Clarke** [2] - 17:10, 52:18
**CLARKE** [3] - 5:19, 17:7, 17:10
**Clarke's** [2] - 20:10, 52:22
**clean** [4] - 50:16, 73:21, 88:8, 88:10
**Clean** [2] - 27:12, 27:15
**clearly** [1] - 65:1
**CLERK** [4] - 6:7, 63:11, 80:23, 87:18
**client** [5] - 20:10, 39:2, 40:12, 55:2, 60:22
**clients** [2] - 20:7, 43:22
**clock** [1] - 55:4
**close** [5] - 10:4, 33:11, 34:17, 53:18, 78:6
**closer** [1] - 76:19
**CMO** [3] - 29:3, 29:16, 29:23
**coast** [2] - 31:1
**Cobalt** [1] - 60:13
**cobalt** [1] - 60:14
**Cocales** [4] - 66:12, 66:14, 67:17, 67:23
**coincide** [1] - 66:9
**collar** [2] - 73:22
**colleagues** [2] - 9:20, 9:25
**collected** [1] - 22:12
**column** [1] - 21:10
**combined** [1] - 18:5
**comfortable** [1] - 73:23
**coming** [4] - 36:23, 54:24, 59:16, 62:17

**comment** [8] - 23:19, 23:23, 25:25, 28:3, 49:6, 54:8, 58:17, 85:5
**comments** [2] - 27:25, 53:2
**common** [2] - 15:5, 15:8
**communicate** [1] - 87:24
**communication** [1] - 84:21
**companies** [1] - 12:16
**company** [1] - 60:22
**COMPANY** [3] - 3:10, 4:11
**compelled** [1] - 55:2
**complaint** [3] - 31:16, 40:11, 40:13
**complaints** [1] - 16:20
**complete** [1] - 44:11
**complicate** [1] - 16:9
**complications** [1] - 72:17
**compliment** [1] - 6:15
**COMPUTER** [1] - 5:25
**concept** [2] - 21:24, 54:22
**concern** [3] - 24:16, 25:9, 75:8
**concerns** [3] - 14:21, 14:24, 15:10
**concluded** [1] - 89:6
**condo** [1] - 23:8
**conduct** [1] - 6:22
**conducted** [1] - 56:14
**conference** [10] - 18:14, 29:1, 29:2, 36:22, 36:24, 63:23, 78:1, 84:5, 87:2, 87:7
**CONFERENCE** [1] - 1:11
**conferences** [1] - 36:25
**conferred** [1] - 25:14
**confirmation** [1] - 71:20
**conflation** [1] - 27:9
**conflict** [2] - 74:5, 76:6
**consecutive** [1] - 46:20
**consider** [6] - 10:22, 13:10, 13:25, 25:11, 53:20, 84:18
**consideration** [1] - 56:16
**considerations** [1] - 55:15

**considering** [1] - 14:2
**consistency** [1] - 14:24
**consistently** [1] - 29:5
**construct** [1] - 23:22
**contact** [7] - 10:4, 47:23, 53:18, 56:1, 77:9, 79:4, 84:21
**contacted** [1] - 43:7
**contacting** [1] - 82:21
**contains** [1] - 66:7
**contemplated** [1] - 30:3
**continual** [1] - 29:15
**continue** [5] - 24:16, 44:12, 59:8, 77:9, 86:15
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**continuing** [1] - 23:17
**contribute** [1] - 32:22
**control** [4] - 19:25, 52:5, 53:7, 59:18
**cooperation** [1] - 9:20
**cooperative** [1] - 72:25
**coordinate** [2] - 33:21, 33:22
**coordinating** [4] - 9:19, 25:15, 27:24, 78:21
**Coots** [1] - 80:13
**copies** [2] - 16:13, 62:13
**copy** [1] - 22:7
**Corey** [1] - 10:3
**corporate** [2] - 77:17, 77:23
**CORPORATION** [4] - 3:11, 3:22, 4:10, 4:11
**correct** [6] - 44:5, 44:19, 61:17, 83:6, 83:12, 89:15
**correction** [1] - 41:6
**Corser** [1] - 7:25
**costs** [1] - 10:9
**COTLAR** [1] - 1:20
**COTTON** [1] - 5:17
**counsel** [26] - 9:19, 11:15, 11:18, 13:16, 25:15, 27:24, 33:19, 39:1, 42:8, 42:16, 52:6, 52:7, 52:16, 52:17, 52:20, 59:5, 59:7, 59:9, 62:14, 71:16, 78:22, 82:23, 84:7, 84:19, 88:11
**COUNSEL** [1] - 1:17
**couple** [8] - 11:19,

21:17, 50:11, 56:18, 59:23, 61:23, 64:5, 72:17

**course** [3] - 16:12, 20:3, 32:18

**Court** [27] - 6:10, 10:4, 14:17, 17:8, 19:15, 25:11, 25:18, 29:1, 29:11, 29:21, 31:20, 33:2, 33:6, 52:13, 53:19, 54:18, 55:20, 59:19, 66:1, 84:19, 87:20, 89:12, 89:13, 89:14, 89:23, 89:24

**COURT** [286] - 1:1, 5:22, 6:4, 6:8, 7:11, 8:4, 8:13, 8:15, 8:24, 9:1, 9:4, 9:6, 9:9, 9:12, 9:14, 9:16, 10:11, 11:5, 11:21, 12:6, 12:8, 12:11, 12:14, 12:23, 13:9, 13:19, 13:24, 14:6, 14:18, 15:13, 15:16, 16:3, 16:10, 16:15, 16:23, 17:6, 17:9, 18:4, 21:19, 22:1, 22:9, 22:25, 23:11, 23:14, 23:18, 24:4, 24:6, 24:9, 25:4, 25:25, 27:20, 27:23, 28:23, 29:17, 30:13, 31:8, 32:23, 33:3, 33:24, 34:3, 34:10, 34:14, 34:21, 34:25, 35:5, 35:8, 35:12, 35:23, 36:3, 36:9, 36:13, 36:21, 37:5, 37:10, 37:13, 38:15, 38:21, 39:22, 40:1, 40:8, 40:20, 41:13, 41:18, 41:24, 42:3, 42:9, 42:12, 42:14, 42:17, 42:20, 43:6, 43:13, 43:16, 44:1, 44:3, 44:9, 44:17, 44:22, 44:24, 45:3, 45:5, 45:10, 45:12, 45:19, 45:23, 46:4, 46:8, 46:16, 46:19, 46:22, 46:25, 47:4, 47:7, 47:11, 47:13, 47:22, 47:25, 48:7, 48:11, 48:16, 48:20, 49:2, 49:7, 49:14, 49:18, 49:25, 50:7, 50:14, 50:17, 50:22, 51:9, 51:18, 51:20, 52:16, 53:1, 53:13, 53:22, 54:4, 54:6, 54:9, 54:11, 54:19,

55:7, 55:25, 56:9, 56:13, 57:1, 57:4, 58:3, 58:17, 58:21, 59:13, 60:2, 60:10, 60:14, 60:18, 61:7, 62:2, 62:21, 63:1, 63:12, 63:14, 63:17, 63:19, 63:22, 63:25, 64:3, 64:11, 64:13, 64:18, 64:22, 65:4, 66:4, 66:14, 66:17, 66:19, 66:23, 66:25, 67:2, 67:4, 67:6, 67:8, 67:12, 67:16, 67:19, 67:23, 68:3, 68:7, 68:19, 68:22, 68:25, 69:8, 69:12, 69:15, 69:17, 69:25, 70:6, 70:9, 70:13, 70:15, 70:19, 70:24, 71:5, 71:13, 71:19, 72:3, 72:10, 72:12, 73:2, 73:7, 73:13, 73:18, 73:23, 74:2, 74:7, 74:11, 74:15, 74:19, 74:25, 75:10, 75:14, 75:19, 75:22, 76:11, 76:15, 77:1, 77:4, 77:6, 77:8, 77:20, 77:25, 79:1, 79:9, 79:21, 79:23, 80:1, 80:4, 80:13, 80:16, 80:19, 80:21, 80:25, 81:4, 81:9, 81:11, 81:13, 81:15, 81:17, 81:19, 81:23, 81:25, 82:2, 82:4, 82:6, 82:8, 82:10, 82:12, 82:15, 82:17, 82:21, 83:1, 83:8, 83:10, 83:13, 83:15, 83:25, 84:9, 84:23, 85:18, 85:24, 86:4, 86:8, 86:11, 86:13, 86:18, 87:1, 87:5, 87:8, 87:11, 87:14, 87:17, 87:19, 88:7, 88:12, 88:23, 89:1

**Cunningham** [21] - 25:7, 26:12, 28:6, 37:15, 64:24, 65:7, 65:10, 66:8, 66:17, 69:20, 74:20, 74:24, 75:10, 75:17, 75:19, 75:21, 76:9, 76:24, 77:2, 79:11, 86:23

**Cunningham's** [1] - 77:6

**cure** [1] - 55:12

**current** [2] - 31:24, 36:15

**Curt** [1] - 42:24

**custodial** [10] - 10:14, 11:12, 11:15, 12:1, 14:8, 72:23, 73:3, 73:10, 73:12, 74:8

**custodian** [4] - 21:2, 60:8, 60:15, 61:4

**custodians** [2] - 21:6, 21:8

**cut** [4] - 14:1, 36:15, 37:22, 49:11

**covers** [1] - 88:22

**COVINGTON** [1] - 2:21

**crab** [1] - 23:8

**Cramond** [2] - 66:15, 79:14

**create** [1] - 15:6

**created** [3] - 18:18, 19:7, 21:24

**critical** [1] - 39:20

**CRR** [2] - 5:22, 89:22

**CUNNINGHAM** [65] - 1:24, 1:24, 25:7, 26:9, 34:24, 35:2, 35:25, 36:7, 36:14, 49:6, 49:8, 66:13, 66:16, 66:18, 66:22, 66:24, 67:1, 67:3, 67:5, 67:7, 67:10, 67:20, 67:25, 69:21, 70:1, 70:3, 70:8, 70:14, 75:11, 77:17, 79:17, 79:20, 79:22, 79:25, 80:3, 80:11, 80:14, 80:18, 80:20, 80:22, 81:2, 81:6, 81:10, 81:12, 81:14, 81:16, 81:18, 81:21, 81:24, 82:1, 82:3, 82:5, 82:7, 82:9, 82:11, 82:14, 82:16, 82:20, 83:6, 83:9, 83:12, 83:14, 85:20, 87:13, 88:25

**covers** — *see above*

**D**

**D-U-P-R-E-E** [1] - 81:11

**daily** [1] - 43:2

**DALLAS** [2] - 4:5, 5:4

**damage** [8] - 27:9, 30:2, 30:4, 54:23, 54:24, 55:3, 56:6

**damages** [5] - 23:17, 30:6, 30:14, 54:21

**DART** [7] - 2:19, 8:19, 8:25, 9:5, 9:8, 9:10, 9:13

**Dart** [1] - 8:19

**dart** [2] - 8:24, 9:6

**data** [1] - 60:9

**date** [11] - 18:9, 36:1, 37:3, 38:7, 53:25, 54:10, 62:14, 70:12, 73:17, 74:22, 85:2

**dates** [43] - 11:20, 19:13, 19:17, 34:5, 35:17, 36:4, 36:23, 41:6, 41:7, 42:6, 42:15, 43:1, 43:8, 46:13, 47:24, 48:2, 48:23, 50:12, 51:5, 53:5, 53:14, 53:19, 54:6, 59:16, 60:18, 61:1, 61:16, 62:11, 62:18, 64:21, 70:4, 73:4, 73:25, 74:4, 74:14, 75:15, 75:16, 76:11, 77:22, 79:4, 82:22, 87:16

**Daun** [1] - 80:1

**DAUPHIN** [1] - 1:25

**David** [4] - 67:2, 82:2, 82:4, 82:10

**days** [40] - 8:10, 10:23, 11:2, 11:12, 11:16, 11:19, 11:24, 12:17, 12:19, 12:21, 13:2, 13:6, 13:7, 14:12, 17:20, 34:19, 34:21, 36:5, 37:8, 37:11, 37:19, 38:9, 38:17, 43:12, 45:21, 46:20, 50:4, 50:5, 59:23, 61:23, 63:4, 63:5, 72:24, 73:10, 76:3, 76:16, 76:18

**DC** [1] - 46:12

**deadlines** [1] - 38:4

**deal** [6] - 20:20, 54:15, 54:16, 56:10, 65:24, 85:9

**Deb** [2] - 44:17, 74:4

**debate** [1] - 81:7

**DEBORAH** [1] - 4:13

**decide** [2] - 41:1, 53:19

**decision** [2] - 29:22, 57:24

**decline** [1] - 17:21

**DEEPWATER** [3] - 1:4, 3:4, 3:5

**defend** [2] - 12:13, 55:1

**defendant** [2] - 40:23

**defendants** [17] - 12:24, 13:25, 14:7, 17:11, 30:21, 30:22, 61:14, 61:23, 62:9, 62:10, 62:15, 62:17, 78:16, 78:21, 78:22, 79:1, 84:18

**defending** [2] - 60:9, 70:25

**defense** [2] - 15:1, 62:13

**defer** [4] - 83:23, 83:24, 84:9, 84:25

**definitely** [6] - 58:20, 58:22, 69:18, 71:14, 74:6, 82:24

**delighted** [3] - 64:17, 64:18

**deliver** [1] - 42:11

**delivered** [1] - 15:5

**delivery** [1] - 16:20

**DENISE** [1] - 5:10

**DEPARTMENT** [1] - 2:7

**Department** [2] - 17:22, 57:8

**deponents** [4] - 10:25, 16:23, 28:19, 39:10

**depos** [4] - 38:19, 60:18, 62:3, 85:22

**depose** [5] - 11:11, 17:13, 25:22, 26:20, 46:11

**deposed** [17] - 7:6, 7:23, 7:24, 8:12, 9:3, 11:4, 14:9, 17:16, 17:19, 18:1, 25:23, 32:20, 42:21, 51:4, 51:16, 51:17

**deposing** [1] - 49:13

**deposition** [24] - 7:1, 9:24, 12:1, 12:2, 17:15, 20:1, 20:4, 39:1, 39:2, 46:14, 52:11, 52:12, 52:14, 53:6, 53:8, 55:19, 56:14, 60:8, 61:3, 61:25, 62:8, 71:1,

85:17, 86:6
**depositions** [25] - 6:22, 7:4, 8:17, 17:17, 18:2, 20:8, 21:5, 21:8, 21:25, 22:5, 24:18, 32:17, 33:7, 33:21, 34:5, 37:20, 38:7, 39:15, 40:5, 54:25, 60:15, 61:12, 63:24, 64:5, 88:15
**DEPUTY** [3] - 6:7, 63:11, 87:18
**derivative** [2] - 31:12, 75:2
**description** [1] - 52:22
**designated** [3] - 23:3, 26:7, 79:6
**designee** [1] - 10:3
**details** [1] - 37:24
**determination** [1] - 31:2
**determinations** [1] - 64:10
**dial** [1] - 87:22
**dial-in** [1] - 87:22
**difference** [1] - 68:15
**different** [7] - 18:15, 40:4, 44:11, 61:13, 65:18, 84:10, 88:18
**difficult** [2] - 10:23, 35:6
**directed** [1] - 23:9
**directive** [1] - 8:10
**directly** [2] - 6:12, 20:22
**disagree** [1] - 40:20
**disappointed** [1] - 40:22
**disclosure** [1] - 52:4
**discovery** [10] - 10:7, 12:13, 17:15, 22:21, 25:2, 28:14, 30:13, 30:17, 31:17, 33:10
**discrete** [3] - 18:16, 18:21, 56:7
**discretion** [2] - 29:20, 39:18
**discuss** [1] - 52:24
**discussed** [2] - 10:1, 34:16
**discussion** [3] - 29:15, 51:7, 65:1
**discussions** [1] - 29:4
**disingenuous** [1] - 51:14
**distracted** [1] - 54:7
**District** [3] - 89:14, 89:24
**DISTRICT** [2] - 1:1, 1:1

**divide** [1] - 13:20
**dividing** [1] - 88:16
**DIVISION** [1] - 2:8
**Dock** [1] - 29:10
**doctors** [1] - 56:6
**document** [1] - 10:7
**DOCUMENT** [1] - 1:8
**documents** [5] - 10:9, 11:7, 14:10, 14:14, 61:11
**DOMENGEAUX** [1] - 1:17
**DON** [2] - 3:18, 4:24
**Don** [27] - 7:9, 19:7, 19:14, 19:15, 24:11, 24:12, 25:9, 37:13, 37:16, 43:8, 43:9, 43:16, 44:1, 44:5, 51:20, 58:3, 58:4, 58:17, 59:14, 60:7, 60:19, 61:2, 69:5, 71:6, 76:1, 80:23, 86:25
**Don's** [1] - 19:14
**DONALD** [1] - 4:4
**done** [5] - 7:5, 16:16, 20:8, 24:14, 25:10, 37:21, 55:19, 61:13, 62:10, 64:24, 68:24, 75:7, 85:13
**double** [7] - 45:22, 48:7, 61:17, 68:25, 69:22, 69:23, 72:7
**doubt** [3] - 8:25, 13:1, 19:1
**Doug** [1] - 82:6
**down** [18] - 14:1, 15:8, 18:3, 26:6, 27:1, 28:10, 34:4, 36:15, 38:2, 39:7, 39:8, 40:21, 41:19, 47:12, 67:20, 72:5, 74:11, 85:11
**download** [4] - 14:24, 15:2, 15:11
**dozen** [2] - 15:6, 15:11
**dozens** [1] - 84:15
**Dr** [2] - 50:25, 51:16
**draft** [2] - 78:15, 78:20
**drafts** [1] - 78:11
**DRIL** [1] - 4:24
**DRIL-QUIP** [1] - 4:24
**DRILLING** [1] - 3:4
**drive** [3] - 14:25, 15:17, 15:21
**DRIVE** [1] - 5:7
**driven** [1] - 23:3
**drives** [1] - 12:21
**dropped** [1] - 10:2
**Dry** [1] - 29:10

**due** [1] - 78:12
**duplicated** [1] - 13:5
**Dupree** [1] - 81:11
**during** [3] - 39:1, 46:16, 46:20
**duty** [1] - 7:8
**Dynamic** [1] - 63:16

**E**

**E&P** [1] - 4:11
**e-mail** [4] - 47:19, 71:16, 85:5, 87:24
**e-mails** [2] - 56:24, 88:1
**E-R-I-C-K** [1] - 77:6
**early** [6] - 43:17, 60:1, 60:16, 67:11, 68:17, 86:4
**easily** [3] - 22:22, 22:23, 85:13
**EASTERN** [1] - 1:1
**Eastern** [1] - 89:14
**economic** [1] - 23:7
**economy** [1] - 31:19
**EDWARDS** [2] - 1:17, 5:16
**efficiencies** [3] - 31:15, 32:22, 75:6
**efficient** [1] - 87:25
**effort** [1] - 33:22
**efforts** [1] - 17:17
**eight** [3] - 29:4, 30:24, 72:24
**either** [9] - 7:1, 14:19, 24:24, 26:22, 27:13, 33:8, 42:22, 59:16, 78:17
**ELIZABETH** [1] - 2:3
**ELLIS** [1] - 3:14
**ELM** [1] - 4:4
**ELMO** [1] - 34:8
**EMBARCADERO** [1] - 2:4
**employed** [3] - 68:4, 79:18, 80:20
**employee** [1] - 72:22
**employees** [1] - 19:25
**empty** [1] - 6:25
**encountering** [1] - 10:15
**end** [8] - 7:15, 17:15, 22:12, 22:20, 39:14, 43:24, 46:14, 78:11
**endeavor** [1] - 47:23
**ENERGY** [2] - 3:6, 4:3
**enjoyable** [1] - 6:19
**ensuing** [2] - 15:1, 30:4

**enter** [1] - 87:15
**entire** [1] - 33:10
**entirety** [1] - 35:24
**entitled** [2] - 53:9, 89:17
**entry** [1] - 87:16
**environmental** [1] - 30:1
**envisioned** [1] - 30:11
**EPA** [1] - 26:17
**equally** [1] - 14:20
**equipment** [1] - 15:6
**Erick** [3] - 66:17, 74:20, 77:6
**ESI** [2] - 21:2, 28:13
**especially** [1] - 31:20
**ESQUIRE** [34] - 1:17, 1:21, 1:24, 2:3, 2:8, 2:13, 2:17, 3:6, 3:15, 3:15, 3:18, 3:23, 3:23, 4:4, 4:7, 4:13, 4:17, 4:21, 4:24, 5:3, 5:10, 5:12, 5:13, 5:13, 5:14, 5:15, 5:16, 5:16, 5:17, 5:18, 5:19, 5:19, 5:20, 5:20
**essence** [2] - 23:1, 61:14
**established** [1] - 16:7
**etcetera** [5] - 7:6, 26:17, 30:10, 84:20
**event** [15] - 18:25, 19:1, 19:19, 20:4, 21:11, 21:16, 23:2, 23:10, 23:14, 23:15, 31:22, 40:16, 41:10, 41:14, 66:7
**eventual** [1] - 27:19
**evidence** [1] - 84:15
**ex** [1] - 7:6
**exactly** [3] - 12:8, 30:15, 49:9
**examination** [2] - 66:3, 79:4
**examine** [2] - 58:9, 58:10
**examined** [1] - 58:15
**example** [3] - 23:25, 25:14, 88:19
**Excel** [2] - 27:21, 27:22
**except** [1] - 80:8
**exception** [1] - 7:16
**excuse** [2] - 43:18, 62:9
**exercise** [3] - 18:12, 28:8, 39:17
**exercising** [1] - 25:11
**exhaust** [1] - 41:1

**Exhibit** [1] - 61:3
**exhibit** [1] - 88:5
**exist** [1] - 31:15
**expect** [3] - 30:19, 58:21, 59:22
**expedite** [1] - 42:11
**expert** [5] - 25:19, 51:1, 51:2, 51:3, 51:12
**experts** [2] - 30:18, 51:17
**explain** [2] - 18:10, 21:7
**explained** [1] - 19:19
**EXPLORATION** [1] - 3:12
**explosion** [1] - 75:13
**express** [1] - 23:20
**expressed** [1] - 14:21
**extended** [2] - 24:25, 25:2
**extent** [7] - 29:8, 30:8, 31:4, 32:23, 54:23, 58:18, 75:4
**extras** [1] - 81:21
**Ezell** [4] - 11:14, 56:21, 59:13, 59:25
**EZELL** [1] - 56:21

**F**

**fabulous** [1] - 8:18
**facilitate** [1] - 31:19
**fact** [5] - 22:20, 30:22, 34:16, 52:11, 58:15
**facto** [1] - 7:6
**factor** [2] - 26:15, 57:20
**factors** [1] - 55:14
**fair** [2] - 20:4, 66:4
**fairly** [3] - 22:22, 22:23, 26:21
**fairness** [1] - 26:4
**fall** [2] - 65:8, 67:10
**Fanning** [1] - 52:20
**fanning** [2] - 52:21, 52:23
**fantastic** [1] - 11:16
**far** [12] - 7:14, 7:23, 12:9, 19:3, 29:8, 33:7, 38:18, 47:8, 52:6, 60:4, 74:15, 82:21
**fashion** [1] - 58:13
**fat** [1] - 25:13
**fate** [2] - 28:15, 31:4
**fault** [7] - 23:6, 29:6, 29:7, 29:8, 29:12, 29:24, 31:3

**favor** [1] - 40:10
**FEBRUARY** [2] - 1:7, 6:2
**February** [13] - 29:25, 30:4, 30:11, 31:3, 31:6, 38:1, 43:17, 43:20, 43:23, 54:23, 63:5, 77:11, 87:7
**FEDERAL** [1] - 2:7
**felt** [1] - 28:18
**few** [3] - 16:20, 31:16, 83:1
**field** [2] - 19:11, 60:7
**fields** [2] - 19:9, 19:11
**Fifth** [10] - 17:21, 17:25, 18:2, 20:9, 20:13, 20:15, 23:23, 23:25, 24:1, 35:10
**fight** [1] - 56:11
**figure** [2] - 24:20, 28:11
**file** [7] - 12:1, 14:8, 72:23, 73:3, 73:10, 73:12, 74:8
**filed** [2] - 40:11, 72:18
**files** [1] - 13:3
**fill** [2] - 36:8, 37:9
**filled** [1] - 42:6
**finally** [1] - 21:10
**findings** [2] - 29:6, 30:7
**fine** [21] - 7:2, 13:5, 28:21, 38:3, 44:21, 45:13, 45:23, 47:15, 53:12, 63:19, 65:11, 70:3, 70:8, 70:14, 70:15, 71:2, 71:12, 86:10, 86:12, 89:1
**firm** [5] - 20:7, 20:8, 33:8, 33:9, 59:2
**Firm** [1] - 33:5
**FIRM** [1] - 5:3
**first** [20] - 6:15, 17:25, 26:15, 28:25, 30:7, 41:13, 43:23, 46:17, 50:3, 50:13, 50:18, 51:15, 60:20, 61:15, 63:4, 63:5, 65:19, 75:23, 77:5, 79:13
**fisheries** [1] - 30:9
**fisherman** [1] - 23:8
**fit** [3] - 27:19, 78:23
**FITCH** [1] - 5:12
**fits** [1] - 27:6
**five** [10] - 18:14, 19:7, 21:14, 24:19, 35:19, 40:4, 40:6, 79:16, 80:5
**flag** [1] - 27:17
**Fleytas** [2] - 79:21

**FLOOR** [3] - 2:9, 3:6, 4:25
**Florida** [1] - 31:1
**flow** [2] - 27:8, 27:11
**fluid** [1] - 17:21
**focus** [6] - 21:20, 41:11, 41:13, 54:22, 65:2, 65:23
**focused** [1] - 42:19
**folks** [5] - 19:25, 20:21, 41:7, 42:1, 43:24, 45:7, 48:21, 58:10, 60:7, 60:17, 65:9, 69:9, 88:14
**follow** [1] - 52:23
**following** [1] - 87:2
**follows** [3] - 30:5, 79:16, 80:9
**Fontenot** [1] - 7:19
**fooling** [1] - 27:24
**FOR** [12] - 1:24, 2:7, 2:12, 2:16, 3:3, 3:9, 3:22, 4:3, 4:10, 4:16, 4:20, 4:24
**foregoing** [1] - 89:15
**forget** [1] - 6:10
**form** [2] - 8:14, 29:10
**former** [2] - 19:24, 83:13
**forth** [4] - 9:24, 10:9, 14:24, 65:21
**forward** [1] - 7:12
**four** [10] - 12:21, 18:14, 21:14, 22:9, 25:17, 36:5, 61:10, 66:7, 66:19, 80:4
**FRANCISCO** [2] - 2:5, 2:10
**frankly** [5] - 16:22, 25:11, 28:10, 32:20, 57:25
**free** [4] - 31:10, 50:5, 50:6, 85:13
**Friday** [17] - 8:9, 36:25, 37:20, 42:10, 53:23, 68:11, 68:18, 71:11, 77:13, 77:21, 78:4, 78:5, 78:24, 85:11, 87:18, 87:19
**FRIDAY** [2] - 1:7, 6:2
**Fridays** [5] - 36:11, 36:17, 36:18, 36:22, 86:15
**FRILOT** [1] - 3:5
**front** [3] - 44:18, 49:17, 52:2
**FTP** [6] - 13:4, 13:9, 14:11, 14:22, 15:3, 15:11
**full** [3] - 22:7, 32:16,

62:2
**fully** [1] - 58:9
**fundamental** [1] - 30:20

# G

**G-I-S-C-L-A-I-R** [1] - 48:4
**Gagliano** [6] - 11:9, 46:10, 46:11, 46:23, 47:17, 70:7
**GAGLIANO** [1] - 46:23
**game** [1] - 20:4
**GATE** [1] - 2:9
**gathering** [1] - 14:8
**gee** [1] - 14:10
**General** [1] - 9:18
**general** [1] - 26:19
**GENERAL** [1] - 2:12
**generally** [3] - 26:23, 26:24, 75:24
**generate** [1] - 75:6
**gentleman** [1] - 80:16
**gentlemen** [1] - 39:8
**Gisclair** [7] - 48:4, 48:17, 72:3, 72:9, 76:16, 76:23, 77:1
**given** [3] - 17:16, 58:8, 58:14
**glad** [3] - 14:2, 53:20, 77:23
**glass** [1] - 12:25
**GLENN** [1] - 4:21
**goal** [1] - 12:3
**goals** [1] - 25:18
**GODWIN** [80] - 4:3, 4:4, 4:6, 24:12, 25:6, 36:16, 37:12, 37:14, 38:16, 38:22, 43:9, 43:15, 43:19, 44:2, 44:4, 44:7, 44:12, 44:14, 45:2, 45:4, 45:6, 45:11, 45:13, 45:15, 46:1, 46:3, 46:7, 46:10, 46:18, 46:21, 46:23, 47:2, 47:8, 47:15, 47:17, 47:23, 48:3, 48:9, 48:14, 48:17, 48:21, 49:4, 49:16, 49:23, 50:9, 50:19, 50:24, 51:13, 51:19, 58:4, 58:20, 58:22, 60:19, 61:5, 69:6, 69:14, 69:16, 70:2, 70:11, 71:4, 71:6, 71:21, 72:1, 74:16, 74:20, 76:1, 76:8, 76:16,

76:21, 76:25, 77:3, 85:17, 85:21, 86:2, 86:5, 86:10, 86:12, 86:17, 86:23, 89:4
**Godwin** [12] - 19:7, 24:12, 37:16, 43:9, 51:11, 58:4, 60:19, 65:9, 69:10, 71:6, 76:1, 81:20
**Godwin's** [4] - 19:14, 22:12, 22:13, 22:22
**GOLDEN** [1] - 2:9
**GOODIER** [1] - 4:21
**govern** [1] - 39:18
**government** [1] - 57:21
**GOVERNMENT** [1] - 2:7
**grab** [1] - 57:2
**grandmother's** [1] - 44:6
**Gras** [4] - 34:15, 35:7, 74:4, 85:15
**grateful** [1] - 6:20
**Gray** [9] - 48:18, 48:25, 49:2, 50:2, 50:8, 50:9, 50:17
**GRAY** [1] - 48:19
**great** [8] - 10:11, 14:11, 16:14, 26:20, 36:3, 43:6, 65:12, 77:8
**Greg** [1] - 68:9
**Gregory** [1] - 67:6
**grid** [1] - 55:21
**group** [5] - 16:17, 37:2, 70:13, 73:2, 85:11
**guarantee** [1] - 17:20
**guess** [11] - 23:16, 36:1, 36:20, 37:6, 45:19, 51:7, 53:4, 55:25, 61:13, 62:23, 65:6
**guidance** [1] - 53:10
**Guide** [4] - 66:21, 74:12, 74:14, 79:14
**Guillot** [1] - 7:25
**GULF** [1] - 1:5
**guy** [4] - 73:9, 73:22, 76:7
**guys** [3] - 43:16, 78:3, 85:25

# H

**H-A-I-R-E** [1] - 48:22
**Haire** [1] - 48:22
**hairy** [1] - 6:16

**half** [3] - 37:22, 39:7, 55:17
**Halliburton** [26] - 11:1, 11:10, 11:11, 11:18, 16:4, 24:13, 37:17, 43:10, 43:21, 43:24, 44:18, 49:17, 49:23, 50:5, 50:6, 50:20, 51:1, 58:5, 60:19, 65:10, 71:6, 76:2, 76:9, 80:11, 80:14
**HALLIBURTON** [1] - 4:3
**hallway** [1] - 65:1
**hamstrung** [1] - 58:11
**hand** [1] - 21:10
**handicapped** [1] - 14:20
**handwriting** [1] - 34:12
**Hank** [1] - 8:19
**happy** [8] - 16:13, 19:24, 26:24, 52:25, 62:17, 67:11, 85:18, 85:20
**hard** [5] - 10:24, 12:21, 14:25, 15:17, 15:21
**harder** [1] - 74:23
**Harrell** [4] - 11:14, 51:25, 52:16, 79:23
**Harrell's** [1] - 52:24
**hat** [2] - 62:11, 62:14
**hate** [1] - 59:1
**hats** [2] - 51:8, 51:9
**HAYCRAFT** [13] - 3:18, 7:9, 7:14, 7:22, 8:7, 8:14, 9:2, 41:21, 41:23, 44:20, 54:2, 59:20, 79:19
**Haycraft** [1] - 7:9
**Haycraft's** [1] - 19:15
**heads** [2] - 84:6, 84:25
**heads-up** [2] - 84:6, 84:25
**hear** [7] - 6:13, 14:2, 40:6, 54:8, 59:23, 59:25, 60:20
**HEARD** [1] - 1:12
**heard** [10] - 11:20, 16:20, 16:21, 21:4, 28:6, 28:14, 35:19, 40:3, 51:24, 57:14
**hearing** [3] - 13:15, 42:18, 57:11
**hearings** [3] - 20:12, 58:7, 69:4
**HEATHER** [1] - 5:14
**HEIMANN** [1] - 2:3

**hello** [1] - 63:17
**help** [3] - 13:18, 26:14, 52:15
**helpful** [9] - 23:18, 32:25, 33:24, 79:6, 86:17, 86:19, 86:20, 86:21, 86:22
**HENRY** [1] - 2:19
**hereby** [1] - 89:15
**Herman** [3] - 21:4, 61:8, 78:9
**HERMAN** [8] - 1:20, 1:21, 61:8, 62:4, 78:9, 79:8, 86:20
**high** [5] - 15:6, 15:25, 43:13, 73:5, 73:7
**high-speed** [1] - 15:6
**highly** [1] - 81:9
**himself** [1] - 55:2
**hire** [1] - 15:5
**hit** [5] - 43:13, 64:19, 79:10, 79:15, 83:15
**HOLDINGS** [2] - 3:3, 3:13
**holidays** [1] - 38:10
**Honor** [110] - 8:25, 9:8, 9:15, 9:17, 10:22, 12:15, 14:16, 16:1, 16:5, 16:19, 17:3, 17:7, 17:10, 18:8, 18:13, 18:22, 19:20, 21:13, 23:2, 23:21, 24:12, 25:6, 25:7, 26:10, 28:7, 30:16, 31:11, 31:23, 33:1, 33:2, 34:1, 34:24, 35:11, 35:14, 36:17, 37:3, 37:12, 38:5, 38:16, 38:22, 39:19, 41:11, 43:9, 43:11, 43:15, 43:19, 44:2, 44:16, 45:2, 45:4, 45:13, 45:16, 46:1, 46:7, 46:10, 46:24, 47:3, 47:8, 47:10, 47:20, 47:23, 48:10, 48:18, 49:5, 49:6, 49:24, 50:9, 50:20, 51:2, 51:14, 52:17, 53:5, 53:16, 54:7, 54:10, 54:12, 54:20, 55:10, 55:18, 57:8, 58:4, 58:20, 58:24, 60:5, 60:19, 60:20, 61:8, 64:17, 64:23, 66:18, 67:14, 68:1, 69:2, 69:14, 69:16, 72:5, 72:8, 72:13, 73:5, 73:16, 74:20, 75:1, 76:6,

76:22, 83:24, 84:1, 84:12, 86:17, 87:15, 88:13
**Honor's** [2] - 53:10, 61:21
**HONORABLE** [1] - 1:12
**HOOKS** [1] - 5:15
**hope** [2] - 69:23, 78:19
**hopefully** [5] - 41:1, 61:25, 64:15, 78:23
**hoping** [3] - 40:20, 51:25, 52:1
**HORIZON** [1] - 1:4
**horrible** [1] - 40:12
**hotel** [1] - 35:6
**hour** [3] - 39:7, 55:16, 88:19
**hours** [1] - 56:24
**housekeeping** [1] - 85:9
**houses** [1] - 13:1
**HOUSTON** [4] - 4:8, 4:25, 5:5, 5:11
**Houston** [8] - 33:5, 35:8, 35:11, 38:7, 47:21, 48:10, 48:11, 48:23
**hundred** [1] - 40:21
**hung** [1] - 35:5
**hustled** [1] - 40:24
**HYMEL** [1] - 5:13
**hypothetically** [1] - 30:23

## I

**idea** [5] - 16:11, 16:14, 22:1, 24:23, 56:9
**ideal** [2] - 36:20, 78:25
**ideally** [1] - 78:19
**identification** [1] - 7:15
**identified** [1] - 18:21
**identify** [2] - 20:10, 61:4
**IL** [2] - 3:16, 5:8
**implemented** [2] - 9:11, 9:12
**imply** [1] - 26:22
**importance** [1] - 43:5
**important** [10] - 18:9, 26:21, 32:7, 39:11, 39:12, 54:17, 60:9, 60:16, 69:22, 70:7
**impressed** [2] - 6:17, 47:2
**IN** [2] - 1:4, 1:5

**INC** [10] - 3:4, 3:5, 3:9, 3:10, 3:11, 3:12, 3:14, 4:3, 4:16, 4:24
**include** [3] - 18:20, 23:11, 88:1
**included** [1] - 40:11
**includes** [1] - 22:25
**including** [3] - 7:17, 20:1, 54:25
**increased** [1] - 38:1
**incumbent** [2] - 28:18, 30:17
**indemnitor** [1] - 84:20
**indicated** [1] - 61:18
**indifferent** [1] - 75:5
**individual** [10] - 17:11, 42:7, 42:16, 52:6, 52:20, 59:5, 59:7, 59:8, 71:16, 82:23
**Indonesia** [2] - 59:17, 59:22
**information** [9] - 20:3, 21:6, 21:7, 21:8, 33:14, 33:16, 70:17, 73:11, 84:21
**informed** [1] - 10:1
**inherent** [1] - 25:12
**initial** [2] - 23:20, 28:18
**injury** [5] - 19:21, 52:7, 54:14, 59:2, 59:5
**inquiries** [1] - 57:4
**inquiry** [5] - 62:8, 78:16, 78:20, 78:23, 88:17
**insert** [1] - 30:1
**inserted** [1] - 29:11
**instance** [2] - 11:9, 31:22
**instantly** [1] - 72:23
**instead** [1] - 15:14
**instruct** [1] - 53:21
**insurance** [2] - 83:22, 84:16
**insurer** [1] - 84:20
**integrally** [1] - 28:19
**intended** [2] - 18:12, 78:10
**intent** [2] - 19:12, 63:24
**interest** [2] - 32:3, 49:13
**interested** [3] - 32:15, 51:24, 52:11
**interesting** [2] - 6:19, 23:22
**INTERESTS** [2] - 2:7, 2:12
**interfere** [1] - 75:4

**internal** [4] - 7:17, 18:18, 20:20, 20:23
**International** [2] - 82:14, 82:15
**INTERNATIONAL** [2] - 3:22, 4:16
**intrinsically** [1] - 27:12
**investigation** [5] - 7:17, 20:19, 20:20, 20:23, 21:17
**invoke** [1] - 17:20
**involve** [1] - 88:17
**involved** [4] - 20:22, 28:19, 33:5, 82:24
**ire** [1] - 18:11
**issuance** [1] - 29:16
**issue** [22] - 8:20, 10:7, 10:15, 11:6, 11:16, 13:9, 16:6, 18:19, 19:20, 20:14, 24:1, 28:1, 28:3, 30:1, 54:12, 54:21, 55:13, 61:7, 76:1, 76:6, 83:23, 85:9
**issued** [3] - 29:23, 62:11, 77:20
**issues** [22] - 6:17, 6:18, 6:20, 8:16, 18:16, 18:25, 23:10, 27:9, 27:11, 27:14, 27:16, 28:9, 28:13, 28:17, 30:20, 43:22, 52:25, 59:4, 59:9, 59:10, 77:24, 85:22
**item** [1] - 84:4
**Itkin** [2] - 20:7, 59:2
**itself** [1] - 20:16

## J

**jacket** [1] - 31:10
**JACKSON** [2] - 4:24, 4:24
**JAMES** [1] - 1:17
**James** [1] - 81:11
**January** [3] - 7:4, 7:21, 7:22
**JEFFERSON** [2] - 1:18, 2:20
**Jerry** [3] - 41:16, 42:24, 45:20
**Jesse** [4] - 46:10, 46:23, 47:16, 47:17
**Jim** [8] - 14:17, 28:23, 28:24, 29:17, 53:16, 53:22, 55:25, 84:12
**Jimmy** [2] - 51:25, 79:23

**JIT** [1] - 57:13
**job** [1] - 26:21
**jobs** [1] - 26:22
**Joe** [2] - 44:15, 76:4
**JOHN** [1] - 5:19
**John** [9] - 31:11, 48:4, 48:17, 66:21, 74:12, 75:2, 80:10, 81:13, 81:25
**Johnson** [7] - 11:14, 56:21, 56:22, 59:20, 59:21, 59:24, 83:8
**jointly** [1] - 10:9
**Jonathan** [3] - 67:4, 80:19, 81:1
**JONES** [1] - 4:20
**Judge** [39] - 7:1, 7:9, 16:12, 28:10, 29:1, 36:22, 36:24, 37:14, 37:19, 38:5, 39:6, 40:17, 48:13, 48:14, 50:11, 58:6, 58:14, 58:23, 63:13, 64:8, 64:12, 70:24, 71:4, 71:11, 76:1, 76:25, 77:3, 84:5, 84:25, 85:21, 86:3, 86:10, 86:12, 86:14, 87:3, 87:4, 87:7, 87:11, 89:4
**judge** [8] - 14:17, 24:14, 39:4, 39:5, 39:6, 39:16, 70:11, 77:17
**JUDGE** [1] - 1:12
**July** [4] - 24:18, 25:10, 38:10, 40:3
**June** [1] - 40:3
**jurisdiction** [3] - 18:20, 19:8, 21:15
**jury** [1] - 17:5
**JUSTICE** [1] - 2:7
**Justice** [2] - 17:22, 57:9

## K

**Kaluza** [4] - 17:11, 18:5, 52:18, 52:23
**Kaluza's** [1] - 17:14
**KANNER** [2] - 2:16, 2:17
**KATZ** [1] - 1:20
**keep** [5] - 6:25, 9:25, 69:11, 84:24
**keeping** [1] - 8:3
**Keith** [3] - 11:10, 44:15, 76:4
**Kelly** [8] - 48:18,

48:25, 49:2, 50:2, 50:8, 50:9, 50:17
**KELLY** [1] - 48:18
**KENNEALY** [1] - 5:14
**KENNY** [1] - 5:15
**Kent** [1] - 82:8
**Kerry** [24] - 12:15, 17:3, 22:25, 24:2, 24:14, 24:22, 27:7, 27:21, 34:7, 40:10, 41:4, 41:24, 50:14, 52:1, 53:21, 55:7, 56:2, 56:14, 60:21, 62:22, 69:8, 71:13, 71:19, 89:1
**KERRY** [1] - 3:6
**Kerry's** [1] - 56:14
**Kevin** [1] - 83:13
**kicker** [2] - 27:13, 27:15
**kind** [11] - 18:24, 20:18, 22:11, 22:12, 22:20, 40:18, 45:20, 61:22, 63:1, 84:11, 88:16
**KIRKLAND** [1] - 3:14
**knock** [1] - 38:9
**knowing** [2] - 28:17, 33:16
**knowledge** [1] - 67:12
**knows** [3] - 10:4, 69:15, 86:24
**Kongsberg** [3] - 61:14, 61:18, 83:3
**Kris** [1] - 50:25
**KRIS** [1] - 50:25
**KUCHLER** [14] - 4:12, 4:13, 35:6, 43:18, 43:21, 44:19, 44:21, 44:23, 45:1, 48:13, 68:10, 68:15, 77:22, 87:4
**Kuchta** [6] - 11:14, 41:21, 41:22, 42:14, 42:24, 67:21

## L

**L.P** [1] - 4:20
**LA** [11] - 1:19, 1:22, 2:18, 2:21, 3:7, 3:20, 3:24, 4:14, 4:18, 4:22, 5:23
**LABORDE** [1] - 4:16
**laboring** [1] - 65:19
**Lacy** [1] - 83:13
**lady** [1] - 47:20
**LAFAYETTE** [2] - 1:19, 4:18

**lag** [1] - 14:1
**LAMAR** [1] - 4:7
**land** [1] - 63:2
**Lang** [1] - 26:4
**LANGAN** [70] - 3:15, 7:21, 10:21, 11:9, 12:4, 12:7, 12:10, 12:12, 13:12, 13:22, 14:5, 15:22, 16:19, 23:21, 24:5, 24:8, 28:3, 45:22, 51:7, 51:11, 51:23, 53:2, 53:14, 53:25, 54:3, 54:5, 54:7, 56:16, 64:17, 64:20, 67:14, 67:17, 68:5, 68:8, 68:13, 68:17, 68:21, 68:23, 70:4, 70:16, 70:22, 71:2, 71:12, 71:18, 71:23, 71:25, 72:2, 72:5, 72:11, 72:13, 73:15, 73:24, 74:1, 74:6, 74:9, 74:12, 74:17, 74:22, 75:17, 75:20, 75:24, 76:12, 76:19, 76:24, 77:7, 82:23, 84:1, 87:6, 87:10, 88:5
**Langan** [8] - 10:21, 15:22, 16:6, 19:23, 23:21, 28:4, 52:13, 84:1
**Langan's** [1] - 58:25
**large** [3] - 15:4, 73:10
**LASALLE** [1] - 3:16
**last** [18] - 7:5, 10:14, 17:16, 18:13, 18:21, 18:23, 20:15, 21:12, 33:13, 35:11, 43:23, 56:24, 61:22, 61:23, 63:5, 69:12, 75:20, 84:23
**LATHAM** [1] - 5:7
**latter** [1] - 34:23
**LAURA** [1] - 5:14
**LAW** [3] - 2:20, 5:3, 80:23
**Law** [1] - 33:5
**law** [1] - 33:8
**lawsuit** [2] - 37:25, 54:16
**lawyer** [3] - 59:2, 70:12, 72:21
**lawyers** [4] - 52:8, 57:19, 84:19, 88:18
**lay** [1] - 63:2
**layers** [1] - 84:15
**lays** [1] - 27:1
**lead** [1] - 43:21
**leader** [1] - 7:18

**leading** [1] - 29:16
**leads** [1] - 26:23
**LEANS** [1] - 44:8
**learn** [1] - 44:12
**least** [17] - 15:4, 16:17, 19:25, 21:22, 30:10, 33:8, 35:21, 38:13, 38:18, 39:11, 54:17, 55:4, 62:6, 78:15, 78:20, 78:24, 84:16
**leave** [3] - 6:9, 71:18, 71:19
**LeBleu** [1] - 81:13
**LEBLEU** [1] - 81:13
**LEE** [1] - 4:24
**left** [4] - 7:13, 8:2, 77:10, 79:14
**legal** [1] - 17:4
**leisure** [1] - 14:14
**lends** [1] - 20:16
**lengthen** [2] - 11:23, 11:25
**less** [3] - 57:25, 69:23, 72:24
**lessen** [2] - 33:20
**letter** [3] - 17:1, 17:5, 62:13
**LEWIS** [2] - 3:18, 5:9
**liability** [2] - 29:24, 54:22
**LIAISON** [1] - 1:17
**liaison** [3] - 27:24, 29:1, 88:11
**LIEFF** [1] - 2:3
**likewise** [1] - 63:2
**limit** [2] - 25:12, 26:13
**limitation** [4] - 27:10, 28:8, 29:12, 60:9
**limitations** [1] - 28:20
**LIMITED** [1] - 3:13
**limited** [1] - 56:7
**limiting** [1] - 26:15
**line** [1] - 85:2
**lined** [1] - 42:21
**LISKOW** [1] - 3:18
**list** [76] - 7:15, 11:18, 11:21, 14:9, 15:25, 16:11, 18:6, 19:6, 22:12, 22:13, 22:22, 24:17, 24:24, 25:13, 28:7, 28:18, 35:21, 35:22, 36:14, 36:16, 37:16, 37:18, 37:22, 37:23, 38:1, 38:2, 39:10, 40:17, 40:18, 40:21, 41:2, 41:23, 49:10, 49:17, 65:7, 66:6, 66:18, 67:9, 73:6, 74:13, 74:15,

79:12, 79:13, 79:17, 79:20, 79:22, 79:25, 80:3, 80:11, 80:18, 80:22, 80:23, 80:25, 81:2, 81:3, 81:7, 81:8, 81:12, 81:14, 81:16, 81:20, 81:22, 81:24, 82:1, 82:3, 82:5, 82:6, 82:16, 83:2, 83:10, 83:12, 83:14, 84:4
**listed** [4] - 18:5, 26:16, 51:15, 80:24
**listen** [1] - 65:10
**listening** [1] - 6:11
**lists** [1] - 73:7
**litigation** [2] - 26:19, 83:23
**live** [2] - 12:25, 40:17
**LLC** [2] - 3:3, 4:12
**local** [1] - 15:20
**located** [1] - 24:7
**location** [2] - 15:8, 22:16
**London** [2] - 22:2, 32:14
**look** [22] - 7:12, 27:20, 36:13, 38:11, 48:1, 49:19, 49:21, 50:5, 53:6, 53:22, 60:3, 63:4, 64:14, 67:19, 73:3, 76:21, 77:12, 78:1, 79:14, 83:19, 83:21, 85:5
**looked** [1] - 10:16
**looking** [15] - 13:11, 13:12, 13:13, 18:6, 34:14, 41:5, 41:18, 42:20, 42:23, 45:19, 53:9, 58:1, 73:13, 85:10, 87:8
**looks** [3] - 24:15, 64:19, 68:13
**loosely** [1] - 58:25
**loss** [1] - 23:7
**Louisiana** [8] - 8:19, 9:21, 10:8, 24:8, 25:20, 46:25, 89:13, 89:14
**LOUISIANA** [4] - 1:1, 1:7, 2:16, 5:10
**LP** [1] - 4:11
**Lucas** [1] - 8:9
**LUTHER** [1] - 2:13
**Luther** [1] - 9:18
**Lynch** [1] - 81:23
**LYNCH** [1] - 81:23

## M

**ma'am** [5] - 15:15, 28:24, 29:19, 35:25, 66:13
**machine** [1] - 13:4
**Macondo** [1] - 20:22
**magic** [1] - 18:22
**MAGISTRATE** [1] - 1:12
**maiden** [1] - 44:6
**mail** [4] - 47:19, 71:16, 85:5, 87:24
**mails** [2] - 56:24, 88:1
**maintained** [1] - 33:11
**maintenance** [1] - 55:12
**major** [1] - 78:21
**Malaysia** [1] - 59:17
**Management** [2] - 85:3, 85:7
**manifested** [1] - 29:10
**manner** [2] - 16:17
**March** [78] - 10:17, 11:2, 11:11, 34:5, 34:14, 34:15, 34:17, 34:23, 35:20, 36:4, 36:5, 36:10, 36:24, 37:4, 38:6, 38:12, 38:13, 38:15, 41:23, 42:23, 43:12, 43:17, 43:19, 43:23, 43:25, 44:1, 44:15, 44:25, 45:7, 45:8, 45:9, 45:12, 45:17, 45:18, 45:20, 46:14, 48:5, 48:6, 48:8, 48:10, 48:19, 50:3, 50:11, 50:18, 53:5, 53:8, 53:15, 53:23, 54:3, 63:5, 63:6, 70:17, 72:6, 72:15, 74:1, 74:2, 74:3, 75:12, 75:20, 75:21, 76:23, 77:11, 77:12, 77:13, 77:16, 83:18, 85:11, 85:15, 86:9, 86:13, 87:9, 87:10, 87:11
**Mardi** [4] - 34:15, 35:7, 74:4, 85:15
**MARGIE** [1] - 5:18
**mark** [1] - 47:14
**Mark** [1] - 7:18
**marked** [1] - 38:17
**marker** [1] - 27:1
**Martin** [1] - 8:8
**Martinez** [1] - 83:11
**MARY** [1] - 5:6
**massive** [1] - 73:12

**master** [7] - 19:6, 22:22, 61:22, 78:24, 80:23, 80:25, 88:5

**material** [1] - 31:2

**matrix** [1] - 55:11

**matter** [4] - 29:15, 30:20, 84:13, 89:18

**matters** [1] - 68:11

**MAYEAUX** [1] - 4:17

**Maze** [1] - 10:3

**MBI** [3] - 20:12, 58:6, 69:4

**MCALOON** [9] - 5:20, 63:13, 63:15, 63:18, 63:20, 63:23, 64:1, 64:8, 64:12

**McAloon** [1] - 63:15

**McKay** [1] - 8:8

**MDL** [2] - 31:12, 72:19

**MDL's** [1] - 75:7

**Meade** [2] - 31:12, 75:2

**MEADE** [4] - 5:19, 31:11, 33:1, 75:1

**mean** [10] - 12:3, 12:25, 20:16, 22:11, 38:16, 53:25, 65:17, 71:16, 73:21

**MECHANICAL** [1] - 5:24

**medical** [4] - 24:1, 59:4, 59:9, 59:10

**medium** [1] - 15:5

**meet** [4] - 12:3, 25:23, 38:4, 57:24

**meeting** [2] - 52:24, 79:7

**members** [3] - 7:16, 32:2, 32:12

**memory** [1] - 54:20

**mention** [3] - 10:6, 68:10, 69:2

**mentioned** [5] - 27:7, 35:11, 56:19, 64:25, 78:14

**Merit** [1] - 89:12

**message** [4] - 42:11, 43:5, 53:20, 53:24

**METHOFF** [1] - 5:3

**MEXICO** [1] - 1:5

**Micah** [1] - 42:25

**Michael** [1] - 53:4

**MICHAEL** [1] - 2:8

**Michoud** [1] - 44:7

**microphone** [1] - 6:13

**mid** [3] - 10:17, 47:18, 54:24

**middle** [2] - 43:24, 67:9

**midwesterner** [1] -

56:20

**might** [13] - 9:23, 10:6, 10:17, 12:17, 28:9, 40:12, 55:25, 62:15, 69:10, 74:7, 78:8, 79:3

**Mike** [12] - 26:11, 27:25, 38:23, 41:3, 51:25, 52:5, 54:12, 57:7, 57:8, 59:8, 82:13, 88:11

**Mike_O'Keefe** [1] - 88:1

**Miller** [11] - 12:15, 16:21, 16:24, 16:25, 17:3, 17:7, 18:6, 53:11, 56:10, 64:20, 84:7

**MILLER** [94] - 3:6, 12:15, 12:25, 17:1, 18:8, 21:20, 22:6, 22:11, 23:1, 23:13, 23:15, 27:22, 34:9, 34:11, 34:13, 35:10, 35:14, 36:1, 36:6, 36:11, 36:18, 37:3, 37:6, 37:11, 40:13, 41:5, 41:17, 41:19, 41:22, 42:1, 42:4, 42:10, 42:13, 42:15, 42:18, 43:1, 44:5, 44:10, 44:13, 45:14, 46:2, 47:5, 47:12, 47:16, 48:15, 48:25, 49:3, 50:2, 50:16, 52:3, 52:17, 54:12, 55:10, 56:23, 57:2, 57:6, 58:24, 59:14, 59:21, 60:5, 60:12, 60:15, 61:2, 61:6, 62:23, 64:23, 65:5, 67:22, 68:1, 68:9, 69:2, 69:9, 70:20, 70:23, 71:15, 71:24, 72:7, 73:5, 73:9, 73:14, 73:20, 73:25, 74:3, 74:10, 75:23, 76:6, 77:5, 83:24, 84:10, 86:22, 86:25, 87:15, 88:9, 88:13

**Miller's** [1] - 53:2

**million** [2] - 11:7, 38:25

**mind** [3] - 6:25, 8:5, 69:11

**mindful** [1] - 24:24

**minor** [1] - 31:14

**minute** [3] - 11:21, 74:18, 87:15

**minutes** [5] - 35:19,

55:16, 63:8, 88:21

**miscellaneous** [1] - 64:6

**mistake** [3] - 24:3, 41:5, 73:15

**mistaken** [1] - 80:15

**Misters** [1] - 7:19

**Mithoff** [1] - 33:4

**mix** [3] - 15:20, 16:9, 67:10

**MOBILE** [1] - 1:25

**Mobile** [1] - 23:8

**model** [2] - 19:13, 21:22

**modification** [1] - 18:23

**ModuSpec** [4] - 7:24, 79:19, 80:8, 83:11

**MOEX** [5] - 4:11, 4:12, 81:1, 81:19, 82:18

**MOEX's** [1] - 13:16

**Mogford** [1] - 81:25

**MOGFORD** [1] - 81:25

**moment** [2] - 43:1, 59:23

**Monday** [7] - 8:7, 37:20, 60:24, 61:2, 71:9, 73:16, 78:20

**MONTGOMERY** [1] - 2:14

**month** [5] - 7:23, 8:18, 38:12, 44:18, 48:5

**months** [2] - 14:10, 30:5

**MORGAN** [1] - 5:9

**morning** [3] - 28:13, 31:5, 86:1

**most** [9] - 39:11, 42:19, 42:21, 60:23, 61:20, 79:10, 79:15, 80:5, 80:9

**motion** [2] - 26:23, 40:15

**move** [8] - 21:21, 36:1, 36:2, 65:12, 70:5, 76:17, 76:19

**moved** [1] - 71:8

**MR** [369] - 7:9, 7:14, 7:21, 7:22, 8:7, 8:14, 8:19, 8:25, 9:2, 9:5, 9:8, 9:10, 9:13, 9:15, 9:17, 10:21, 11:9, 12:4, 12:7, 12:10, 12:12, 12:15, 12:25, 13:12, 13:22, 14:5, 14:16, 14:17, 14:19, 15:15, 15:22, 16:4, 16:12, 16:19, 17:1, 17:7, 17:10, 18:8, 21:20, 22:6, 22:11,

23:1, 23:13, 23:15, 23:21, 24:5, 24:8, 24:12, 25:6, 25:7, 26:9, 26:10, 27:22, 28:3, 28:24, 29:19, 30:15, 31:11, 33:1, 33:2, 33:4, 34:1, 34:9, 34:11, 34:12, 34:13, 34:24, 35:2, 35:10, 35:14, 35:25, 36:1, 36:6, 36:7, 36:11, 36:14, 36:16, 36:18, 37:3, 37:6, 37:11, 37:12, 37:14, 38:16, 38:22, 38:23, 39:23, 40:2, 40:9, 40:13, 40:14, 41:5, 41:17, 41:19, 41:21, 41:22, 41:23, 42:1, 42:4, 42:10, 42:13, 42:15, 42:18, 43:1, 43:9, 43:15, 43:19, 44:2, 44:4, 44:5, 44:7, 44:10, 44:12, 44:13, 44:14, 44:20, 45:2, 45:4, 45:6, 45:11, 45:13, 45:14, 45:15, 45:22, 46:1, 46:2, 46:3, 46:7, 46:10, 46:18, 46:21, 46:23, 47:2, 47:5, 47:8, 47:12, 47:15, 47:16, 47:17, 47:23, 48:3, 48:9, 48:14, 48:15, 48:17, 48:21, 48:25, 49:3, 49:4, 49:6, 49:8, 49:16, 49:23, 50:2, 50:9, 50:16, 50:18, 50:19, 50:24, 51:7, 51:11, 51:13, 51:19, 51:23, 52:3, 52:17, 53:2, 53:14, 53:16, 53:24, 53:25, 54:2, 54:3, 54:5, 54:7, 54:10, 54:12, 54:20, 55:10, 56:4, 56:10, 56:16, 56:23, 57:2, 57:6, 57:8, 58:4, 58:20, 58:22, 58:24, 59:14, 59:20, 59:21, 60:5, 60:12, 60:15, 60:19, 61:2, 61:5, 61:6, 61:8, 62:4, 62:23, 63:13, 63:15, 63:18, 63:20, 63:23, 64:1, 64:8, 64:12, 64:17, 64:20, 64:23, 65:5, 66:13, 66:16, 66:18, 66:22, 66:24, 67:1, 67:3, 67:5, 67:7,

67:10, 67:14, 67:17, 67:20, 67:22, 67:25, 68:1, 68:5, 68:8, 68:9, 68:13, 68:17, 68:21, 68:23, 69:2, 69:6, 69:9, 69:14, 69:16, 69:21, 70:1, 70:2, 70:3, 70:4, 70:8, 70:11, 70:14, 70:16, 70:20, 70:22, 70:23, 71:2, 71:4, 71:6, 71:12, 71:15, 71:18, 71:21, 71:23, 71:24, 71:25, 72:1, 72:2, 72:5, 72:7, 72:11, 72:13, 73:5, 73:9, 73:14, 73:15, 73:20, 73:24, 73:25, 74:1, 74:3, 74:6, 74:9, 74:10, 74:12, 74:16, 74:17, 74:20, 74:22, 75:1, 75:11, 75:17, 75:20, 75:23, 75:24, 76:1, 76:6, 76:8, 76:12, 76:16, 76:19, 76:21, 76:24, 76:25, 77:3, 77:5, 77:7, 77:17, 78:9, 79:8, 79:17, 79:19, 79:20, 79:22, 79:25, 80:3, 80:11, 80:14, 80:18, 80:20, 80:22, 81:2, 81:6, 81:10, 81:12, 81:14, 81:16, 81:18, 81:21, 81:24, 82:1, 82:3, 82:5, 82:7, 82:9, 82:11, 82:14, 82:16, 82:20, 82:23, 83:6, 83:9, 83:12, 83:14, 83:24, 84:1, 84:10, 84:12, 85:17, 85:20, 85:21, 86:2, 86:5, 86:10, 86:12, 86:17, 86:20, 86:21, 86:22, 86:23, 86:25, 87:6, 87:10, 87:13, 87:15, 88:5, 88:9, 88:13, 88:25, 89:4

**MS** [12] - 35:6, 43:18, 43:21, 44:19, 44:21, 44:23, 45:1, 48:13, 68:10, 68:15, 77:22, 87:4

**multi** [4] - 8:13, 9:6, 9:7, 65:16

**multi-tracking** [4] - 8:13, 9:6, 9:7, 65:16

**multiple** [3] - 16:13, 41:17, 65:3

**mute** [1] - 8:5
**mystery** [1] - 28:25

## N

**name** [13] - 24:10, 35:22, 44:3, 44:6, 45:25, 46:9, 46:22, 47:16, 47:20, 69:13, 77:5, 77:6, 80:16
**names** [21] - 18:9, 19:5, 19:8, 19:16, 19:17, 21:1, 21:2, 21:18, 22:22, 24:17, 24:21, 25:16, 25:17, 25:21, 47:1, 49:16, 49:23, 57:11, 57:14, 66:9, 66:10
**Nathan** [2] - 43:11, 44:4
**natural** [2] - 27:9, 30:2
**neat** [1] - 34:12
**necessarily** [2] - 11:6, 20:21
**necessary** [1] - 15:2
**necessity** [1] - 33:20
**need** [33] - 8:16, 11:25, 21:5, 24:23, 25:23, 26:1, 26:20, 32:5, 32:6, 32:16, 33:15, 34:11, 36:6, 36:8, 37:6, 37:8, 37:10, 37:20, 38:5, 38:6, 38:8, 39:17, 40:6, 41:23, 43:2, 43:19, 57:24, 58:1, 60:16, 60:20, 69:11, 76:8
**needed** [1] - 29:6
**needs** [1] - 71:13
**negotiated** [2] - 61:20, 62:6
**negotiations** [1] - 83:6
**Neil** [1] - 66:15
**NEUNER** [1] - 4:16
**never** [2] - 28:25, 30:11
**new** [1] - 40:11
**NEW** [11] - 1:7, 1:22, 2:18, 3:7, 3:20, 3:24, 4:14, 4:22, 5:23, 44:7, 44:8
**New** [3] - 15:8, 35:3, 47:1
**NEW-OR-LEANS** [1] - 44:8
**NEW-ORLUNS** [1] - 44:7
**next** [48] - 8:7, 8:11,

8:21, 17:19, 20:9, 20:18, 20:25, 21:21, 42:10, 45:16, 46:9, 46:10, 47:10, 47:18, 47:20, 48:4, 51:11, 52:3, 59:3, 59:14, 59:23, 60:1, 65:8, 66:6, 69:3, 77:21, 77:25, 78:4, 78:5, 78:24, 79:6, 79:15, 80:4, 80:9, 82:19, 83:10, 83:15, 83:19, 83:23, 85:5, 85:6, 85:10, 87:4, 87:5, 87:11
**nice** [4] - 40:13, 64:12, 68:19, 73:21
**nickel** [1] - 55:4
**night** [1] - 75:13
**NO** [1] - 1:6
**NOAH** [1] - 5:20
**nobody** [1] - 77:15
**noise** [1] - 8:6
**Nomellini** [1] - 13:22
**nominating** [1] - 55:9
**nonBP** [1] - 7:24
**nonsubstantive** [1] - 21:9
**NORTH** [5] - 2:20, 3:10, 3:11, 3:13, 3:14
**note** [1] - 75:24
**noted** [1] - 31:23
**notes** [2] - 32:4, 57:3
**nothing** [1] - 84:22
**notice** [5] - 39:1, 61:3, 61:21, 77:21, 78:4
**notices** [1] - 39:2, 77:25, 79:2
**notices/subpoenas** [1] - 62:20
**number** [15] - 8:3, 10:24, 13:21, 16:7, 24:25, 25:12, 26:16, 30:5, 35:20, 35:21, 36:15, 41:19, 45:7, 65:24
**Number** [1] - 18:6, 26:2, 29:3, 72:17, 80:23, 80:25, 81:20
**numbered** [2] - 39:10, 89:17
**numbers** [2] - 36:7, 38:2

## O

**O'Bryan** [8] - 66:23, 74:16, 74:17, 74:22,

75:3, 75:11, 75:12, 79:14
**o'clock** [2] - 85:24, 86:11
**O'KEEFE** [1] - 1:21
**oath** [2] - 57:18, 57:19
**observation** [1] - 84:12
**obtain** [2] - 46:13, 48:23
**obviously** [5] - 7:5, 32:3, 33:18, 41:5, 53:17
**occurred** [1] - 29:7
**occurring** [1] - 29:25
**OF** [7] - 1:1, 1:5, 1:11, 2:7, 2:12, 2:12, 2:16
**offending** [1] - 21:24
**offer** [1] - 71:4
**office** [2] - 19:10, 56:15
**OFFICE** [1] - 2:12
**offices** [1] - 43:4
**OFFICIAL** [1] - 5:22
**Official** [2] - 89:13, 89:23
**OFFSHORE** [2] - 3:4, 4:12
**oil** [3] - 28:15, 29:8, 30:25
**OIL** [2] - 1:4, 1:4
**ON** [1] - 1:5
**once** [3] - 11:1, 77:23, 85:7
**ONE** [3] - 3:19, 4:17, 5:9
**one** [70] - 7:16, 7:24, 8:11, 8:20, 12:23, 14:21, 17:1, 17:4, 17:11, 17:18, 18:20, 20:7, 21:14, 21:15, 21:21, 22:8, 25:14, 26:2, 26:8, 27:5, 29:6, 30:19, 30:22, 35:20, 35:21, 37:25, 39:11, 39:19, 41:9, 41:10, 41:19, 45:6, 46:8, 46:10, 48:21, 48:25, 49:25, 50:19, 50:20, 50:24, 51:14, 51:15, 51:16, 53:4, 55:9, 59:3, 59:14, 60:6, 60:12, 62:7, 62:8, 65:13, 65:24, 70:21, 70:22, 72:14, 72:17, 74:2, 74:12, 75:3, 76:13, 77:11, 77:19, 80:4, 86:18, 88:13, 88:19
**ones** [1] - 78:13

**open** [4] - 54:25, 71:10, 87:20
**operator** [2] - 34:9, 34:10
**opportunity** [2] - 13:10, 58:8
**opposed** [3] - 13:4, 58:13, 73:11
**opposing** [1] - 39:1
**options** [1] - 25:3
**OR** [1] - 44:8
**ORDER** [1] - 6:4
**Order** [3] - 32:4, 85:3, 85:7
**order** [6] - 7:5, 25:23, 29:3, 35:17, 65:20, 66:2
**ordered** [1] - 51:6
**ORLEANS** [9] - 1:7, 1:22, 2:18, 3:7, 3:20, 3:24, 4:14, 4:22, 5:23
**Orleans** [2] - 15:8, 35:3, 47:1
**ORLUNS** [1] - 44:7
**otherwise** [5] - 15:2, 37:7, 45:8, 45:17, 51:11
**ought** [6] - 19:23, 22:13, 22:16, 41:11, 65:6, 73:16
**ourselves** [6] - 6:22, 12:13, 39:18
**outline** [1] - 20:17
**overlap** [2] - 8:11, 30:13
**overlapping** [1] - 49:5
**overlaps** [1] - 49:3
**own** [8] - 15:8, 18:18, 31:17, 46:12, 47:21, 47:22, 48:22, 57:11
**owned** [1] - 80:14
**owner** [1] - 23:8
**oyster** [1] - 30:9

## P

**P.M** [1] - 1:7
**p.m** [1] - 89:5
**page** [1] - 22:9
**pain** [1] - 12:11
**panel** [1] - 58:10
**parade** [6] - 16:1, 43:13, 64:19, 79:10, 79:15, 83:15
**pare** [1] - 57:22
**pared** [1] - 40:21
**Parish** [1] - 72:19
**PARKWAY** [1] - 4:25

**parlance** [1] - 41:12
**part** [13] - 12:18, 28:14, 28:17, 28:20, 30:4, 30:7, 30:11, 34:23, 39:15, 61:20, 72:19, 75:23
**participate** [1] - 85:12
**particular** [6] - 18:11, 18:12, 29:2, 32:3, 33:17, 88:16
**particularly** [2] - 21:6, 65:16
**parties** [17] - 17:12, 26:8, 26:14, 27:3, 31:20, 39:21, 41:17, 52:23, 57:16, 61:12, 62:10, 65:3, 65:15, 65:18, 65:23, 66:5, 73:8
**Party** [2] - 65:18, 65:20
**party** [15] - 12:5, 18:19, 37:25, 40:11, 40:13, 62:19, 65:25, 72:17, 72:20, 74:13, 78:13, 88:18, 88:19, 88:22
**pass** [1] - 53:24
**Passover** [1] - 68:12
**passover** [1] - 68:13
**past** [1] - 75:12
**Pat** [1] - 52:20
**Patrick** [1] - 66:23
**Paul** [3] - 56:22, 59:20, 59:21
**pay** [1] - 33:16
**pen** [1] - 34:11
**penalty** [2] - 27:12, 27:13, 27:15
**pencil** [2] - 47:11, 50:2
**penciled** [2] - 50:1, 69:17
**pending** [1] - 59:22
**Pensacola** [1] - 23:8
**Penton** [5] - 52:7, 53:18, 53:20, 55:1, 56:11
**people** [44] - 6:11, 6:24, 8:4, 14:1, 14:13, 14:19, 15:7, 15:11, 15:16, 21:9, 26:24, 28:19, 31:22, 32:1, 32:5, 32:8, 32:16, 32:20, 35:3, 37:23, 40:18, 41:6, 43:14, 44:18, 48:9, 49:19, 49:24, 51:15, 51:23, 56:18, 57:13, 64:3, 66:8, 66:19, 67:8, 67:20, 75:3,

75:5, 76:9, 79:12, 79:13, 79:16, 80:7
**people's** [1] - 26:22
**Pepper** [3] - 89:11, 89:21, 89:22
**PEPPER** [1] - 5:22
**per** [2] - 8:9, 8:22
**perception** [1] - 49:15
**perfect** [3] - 7:11, 45:1, 88:12
**perfectly** [1] - 16:13
**perhaps** [7] - 10:16, 26:14, 27:14, 27:17, 40:21, 61:25, 71:8
**period** [3] - 10:18, 11:25, 25:2
**permissible** [1] - 88:20
**person** [4] - 17:18, 59:6, 85:14, 86:18
**person's** [1] - 27:1
**personal** [6] - 19:21, 52:7, 54:14, 57:11, 59:2, 59:5
**personally** [2] - 30:11, 33:9
**perspective** [1] - 57:12
**pertain** [2] - 20:7, 27:11
**pertains** [1] - 27:14
**PETROLEUM** [2] - 4:10, 4:17
**phase** [2] - 29:17, 30:14
**PHILLIP** [1] - 3:23
**phone** [7] - 6:11, 8:4, 14:4, 42:23, 85:14, 85:18, 89:2
**phones** [1] - 8:5
**phrase** [1] - 31:4
**pick** [5] - 11:5, 14:3, 53:5, 53:14, 53:25
**picked** [1] - 62:14
**picking** [3] - 15:7, 49:15, 62:11
**PIGMAN** [1] - 3:22
**PINHOOK** [1] - 4:18
**place** [2] - 10:7, 38:8
**PLACE** [1] - 4:21
**plaintiff** [2] - 23:7, 34:24
**plaintiffs** [16] - 12:19, 16:17, 16:19, 16:21, 19:22, 23:4, 23:5, 23:17, 29:11, 29:25, 31:12, 54:24, 61:9, 62:6, 75:2, 78:9
**PLAINTIFFS** [1] - 1:24
**PLAINTIFFS'** [1] -

1:16
**plaintiffs'** [5] - 29:5, 35:15, 35:21, 35:22, 49:10
**plan** [2] - 38:15, 84:4
**Plaquemines** [2] - 72:18, 72:19
**play** [2] - 19:16, 19:17
**player** [1] - 31:14
**PLC** [1] - 32:2
**plead** [1] - 20:12
**Pleasant** [3] - 11:14, 41:15, 42:23
**pleased** [1] - 7:2
**plug** [6] - 12:20, 37:8, 42:1, 43:3, 60:1, 62:25
**plugged** [1] - 35:20
**plugging** [3] - 13:4, 24:21, 42:5
**podium** [1] - 6:12
**point** [9] - 14:8, 39:24, 49:12, 61:10, 63:9, 64:24, 72:14, 72:20, 74:14
**points** [1] - 28:6
**POLK** [1] - 4:12
**populate** [2] - 19:16, 22:4
**populated** [4] - 19:9, 19:24, 21:1
**population** [1] - 30:10
**portion** [2] - 30:14, 56:13
**position** [5] - 24:5, 26:19, 29:5, 32:2, 75:6
**possible** [4] - 33:15, 44:19, 73:1, 88:20
**possibly** [5] - 13:20, 28:17, 69:1, 70:6, 77:13
**post** [7] - 7:6, 14:11, 21:11, 23:2, 23:10, 23:14, 23:15
**post-event** [5] - 21:11, 23:2, 23:10, 23:14, 23:15
**potential** [1] - 28:19
**potentially** [1] - 84:15
**power** [1] - 25:12
**POYDRAS** [4] - 3:7, 3:19, 4:13, 5:23
**practice** [2] - 26:23, 40:15
**prefer** [1] - 51:17
**prepare** [2] - 16:13, 24:17
**prepared** [2] - 19:7, 51:3

**PRESENT** [1] - 5:3
**present** [2] - 25:13, 33:9
**presented** [2] - 16:24, 35:18
**presents** [2] - 40:17, 76:6
**pressure** [5] - 12:2, 12:4, 12:6, 12:7, 14:13
**presumably** [1] - 78:17
**presume** [1] - 88:2
**pretend** [1] - 7:1
**Pretrial** [1] - 32:4
**pretty** [6] - 13:16, 50:16, 64:4, 69:9, 76:14, 77:12
**previously** [1] - 34:16
**primarily** [1] - 20:23
**prioritize** [2] - 57:15, 65:2
**priority** [16] - 24:17, 26:3, 28:7, 35:15, 35:18, 41:8, 41:16, 41:20, 65:8, 65:11, 65:14, 65:15, 65:17, 65:19, 67:8, 67:9
**privilege** [1] - 17:21
**problem** [9] - 16:15, 17:6, 31:24, 33:20, 34:3, 45:19, 72:16, 88:24, 89:1
**problems** [2] - 33:20, 73:3
**proceed** [4] - 32:21, 53:5, 53:12, 65:7
**proceeding** [1] - 58:7
**proceedings** [3] - 63:9, 89:5, 89:17
**PROCEEDINGS** [3] - 1:11, 5:24, 6:1
**process** [7] - 10:23, 18:3, 30:18, 32:7, 72:14, 73:11, 75:4
**produce** [1] - 53:11
**produced** [2] - 11:7, 33:14
**PRODUCED** [1] - 5:25
**producing** [1] - 12:4
**PRODUCTION** [2] - 3:9, 3:12
**production** [6] - 10:14, 10:18, 12:1, 15:1, 16:8, 72:23
**productions** [6] - 11:12, 11:16, 13:16, 13:17, 13:20
**PRODUCTS** [1] - 3:14
**Professional** [1] -

89:12
**progress** [3] - 10:10, 55:21, 83:17
**project** [1] - 20:22
**promise** [2] - 13:13, 64:6
**pronounce** [2] - 47:5, 47:7
**properly** [1] - 39:18
**proposal** [1] - 31:13
**propose** [1] - 48:1
**proposed** [4] - 16:24, 18:22, 18:23, 64:9
**proposing** [1] - 18:7
**provide** [2] - 25:19, 51:5
**provided** [4] - 8:10, 61:21, 62:13, 78:16
**PSC** [23] - 25:8, 25:16, 28:13, 33:12, 33:22, 53:6, 53:7, 55:5, 57:21, 60:12, 61:10, 65:8, 66:1, 78:15, 78:20, 79:2, 80:24, 81:1, 81:17, 81:19, 82:17, 83:4, 84:13
**PSC's** [1] - 33:12
**PTSD** [5] - 19:21, 20:2, 52:12, 54:16, 55:13
**punitive** [1] - 30:6
**purpose** [2] - 54:17, 55:23
**purposes** [3] - 20:1, 20:2, 84:21
**put** [26] - 7:6, 8:5, 12:4, 12:6, 15:19, 21:10, 23:6, 29:20, 37:4, 37:10, 37:11, 38:12, 43:24, 46:16, 47:12, 48:16, 55:21, 62:5, 62:7, 67:22, 68:1, 70:9, 74:10, 74:11, 81:7, 85:7
**putting** [2] - 55:11, 75:5

**Q**

**Q-U-I-R-K** [2] - 45:16, 46:1
**quantification** [1] - 30:7
**quantifying** [1] - 30:8
**questioning** [2] - 56:5, 58:19
**questions** [4] - 10:5, 26:13, 27:6, 63:21
**quick** [2] - 31:13, 63:21

**quickly** [1] - 61:1
**QUIP** [1] - 4:24
**Quirk** [5] - 11:10, 45:16, 46:1, 71:23, 72:8
**quite** [1] - 51:24
**quits** [1] - 36:5

**R**

**R-A-V-I** [1] - 50:25
**radar** [1] - 7:7
**rain** [1] - 16:1
**Rainey** [1] - 82:2
**RAINEY** [1] - 82:2
**raise** [1] - 27:16
**raised** [1] - 28:1
**ran** [2] - 22:18, 29:4
**rank** [1] - 18:11
**rate** [3] - 27:8, 27:11, 35:19
**rather** [6] - 13:25, 25:16, 35:1, 49:4, 54:4, 86:1
**Ravi** [2] - 50:25, 51:16
**RD** [1] - 4:18
**RE** [1] - 1:4
**reach** [2] - 59:6, 59:8
**reached** [5] - 10:8, 29:8, 30:25, 59:7, 59:15
**react** [1] - 49:8
**reactions** [1] - 23:20
**read** [1] - 47:9
**reading** [1] - 20:17
**ready** [5] - 9:12, 25:9, 28:7, 51:21, 83:2
**realize** [2] - 23:19, 75:8
**really** [17] - 6:18, 7:2, 11:3, 12:18, 12:22, 13:7, 18:13, 18:23, 28:5, 31:15, 31:19, 32:6, 36:14, 49:12, 57:23, 77:11, 79:6
**Realtime** [1] - 89:11
**REALTIME** [1] - 5:22
**reason** [4] - 14:12, 17:15, 55:7, 88:23
**reasonable** [1] - 24:15
**reasons** [4] - 25:21, 31:6, 31:7, 55:19
**received** [1] - 33:13
**receiving** [1] - 14:25
**recess** [1] - 63:10
**recognize** [1] - 66:10
**record** [1] - 89:17
**RECORDED** [1] - 5:24
**records** [4] - 21:5,

21:8, 60:17, 61:4
**redeliver** [1] - 43:5
**referred** [1] - 32:14
**referring** [1] - 84:3
**Registered** [2] -
89:11, 89:12
**regular** [1] - 53:18
**relate** [1] - 18:25
**related** [3] - 31:23,
76:7, 76:10
**RELATES** [1] - 1:8
**relates** [1] - 31:20
**relationship** [2] -
15:24, 33:12
**relationships** [2] -
15:24, 16:7
**relative** [1] - 8:17
**relevant** [1] - 31:6
**relocated** [1] - 59:16
**remainder** [1] - 63:23
**remaining** [1] - 8:7
**remarks** [1] - 9:19
**remember** [2] - 6:21,
54:21
**reminded** [1] - 59:15
**removed** [1] - 72:19
**renotice** [1] - 32:19
**rep** [1] - 77:23
**repeat** [1] - 17:17
**report** [5] - 7:5, 9:22,
10:12, 56:2, 59:18
**REPORTER** [2] - 5:22,
5:22
**Reporter** [6] - 89:11,
89:12, 89:13, 89:23
**reporter** [1] - 6:11
**REPORTER'S** [1] -
89:9
**reports** [4] - 20:20,
20:23, 25:19, 30:19
**represent** [2] - 31:12,
53:17
**representative** [1] -
77:18
**representatives** [1] -
33:8
**represented** [1] -
46:12
**request** [7] - 42:15,
46:14, 50:13, 59:22,
60:6, 60:7, 61:22
**requested** [17] -
41:17, 42:19, 42:21,
43:14, 45:7, 49:20,
59:4, 65:2, 72:14,
79:11, 79:15, 80:5,
80:9, 81:1, 81:9,
81:17, 82:17
**requesting** [5] - 61:11,
65:25, 66:5, 66:8,

66:19
**requests** [4] - 35:15,
56:17, 63:3, 66:1
**requisite** [1] - 30:7
**reserve** [2] - 27:3,
61:15
**resolve** [1] - 6:18
**resource** [2] - 27:9,
30:2
**respect** [3] - 23:6,
29:21, 53:4
**respectfully** [1] -
17:14
**respective** [1] - 43:4
**respond** [3] - 28:23,
62:7, 79:5
**response** [11] - 19:3,
21:11, 22:25, 23:1,
26:15, 27:5, 31:13,
32:1, 32:13, 40:19,
61:21
**responsible** [1] - 15:7
**responsive** [3] -
60:23, 78:8, 79:3
**rest** [2] - 8:18, 77:16
**restated** [2] - 85:7,
85:8
**retained** [1] - 54:9
**retaining** [1] - 30:18
**retired** [1] - 72:22
**review** [2] - 14:13,
58:18
**revise** [1] - 41:2
**revised** [1] - 85:2
**Rich** [1] - 82:4
**Richard** [6] - 45:6,
45:14, 45:15, 76:4,
81:23, 88:21
**RICHARD** [1] - 5:13
**RICHESON** [1] - 4:12
**rig** [4] - 20:21, 31:22,
73:9, 75:13
**RIG** [1] - 1:4
**right-hand** [1] - 21:10
**rise** [2] - 6:7, 63:11
**RMR** [2] - 5:22, 89:22
**Robby** [1] - 11:10
**ROBERT** [1] - 1:24
**Robert** [2] - 25:7, 81:4
**Robin** [1] - 29:10
**Robinson** [1] - 7:20
**role** [1] - 73:21
**rolling** [1] - 7:12
**Ronald** [2] - 66:25,
83:8
**Ronnie** [2] - 52:7, 56:1
**RONQUILLO** [2] - 4:3,
4:6
**ROOM** [2] - 2:9, 5:23

**room** [2] - 7:1, 57:18
**Rose** [2] - 35:22,
42:25
**ROSE** [1] - 5:6
**Rothstein** [1] - 39:6
**round** [1] - 83:10
**row** [2] - 45:21, 50:6
**ROY** [19] - 1:17, 1:17,
14:17, 14:19, 15:15,
16:12, 28:24, 29:19,
30:15, 34:12, 50:18,
53:16, 53:24, 54:10,
54:20, 56:4, 56:10,
84:12, 86:21
**Roy** [6] - 14:17, 16:10,
28:14, 28:24, 53:16,
84:12
**rule** [1] - 16:20
**rules** [1] - 6:22
**run** [2] - 22:19
**running** [1] - 6:25
**RYAN** [1] - 3:15

## S

**s/Cathy** [1] - 89:21
**SALLY** [1] - 1:12
**SAN** [2] - 2:5, 2:10
**saved** [1] - 15:1
**saw** [2] - 28:8, 60:10
**schedule** [10] - 8:22,
17:16, 22:3, 26:2,
33:12, 52:10, 52:14,
63:24, 64:9, 88:20
**scheduled** [7] - 8:17,
8:21, 11:2, 32:8,
32:12, 56:19, 83:16
**scheduling** [4] - 29:3,
57:25, 64:5, 68:16
**SCHELL** [1] - 4:12
**Schneider** [1] - 79:16
**school** [1] - 72:18
**SCOFIELD** [1] - 5:10
**scope** [2] - 25:5, 28:11
**Scott** [1] - 52:8
**scraping** [1] - 39:25
**scratch** [1] - 88:9
**Seattle** [1] - 39:6
**second** [14] - 12:18,
17:4, 22:8, 26:4,
28:1, 28:3, 29:7,
29:17, 30:14, 31:3,
33:21, 42:4, 48:8,
75:23
**secondly** [1] - 58:8
**secretaries** [2] -
26:16, 26:21
**Secretary** [1] - 26:17
**see** [41] - 7:12, 13:17,

15:18, 19:23, 22:9,
25:2, 27:8, 29:17,
30:13, 32:1, 32:2,
32:22, 38:9, 38:13,
40:19, 40:22, 40:23,
40:24, 42:22, 46:19,
47:13, 49:19, 49:21,
50:9, 55:25, 56:24,
63:1, 64:4, 64:13,
66:10, 68:21, 77:10,
78:1, 78:23, 79:2,
82:17, 83:4, 83:16,
84:6, 88:23
**seeing** [1] - 49:12
**seem** [1] - 54:22
**segues** [1] - 27:5
**selected** [1] - 55:6
**senior** [2] - 32:1,
32:12
**sense** [4] - 18:15,
30:2, 49:21, 85:21
**sent** [2] - 11:18, 57:4
**separate** [9] - 18:16,
18:17, 19:7, 20:5,
20:16, 29:6, 52:16,
55:19, 56:7
**separately** [1] - 32:20
**September** [1] - 23:16
**Sepulvado** [5] - 66:25,
72:13, 73:1, 73:17,
79:14
**serious** [4] - 14:23,
15:10, 59:4, 59:9
**seriously** [1] - 13:13
**served** [2] - 31:16,
31:17
**SERVICES** [1] - 4:3
**session** [2] - 56:7,
64:16
**set** [13] - 17:15, 19:12,
25:18, 34:5, 38:5,
52:25, 53:6, 61:22,
69:7, 69:18, 71:7,
78:24, 87:1
**sets** [1] - 61:11
**settled** [1] - 55:22
**settlements** [1] -
55:12
**seven** [9] - 10:23,
11:22, 16:20, 21:15,
24:19, 39:15, 66:7,
72:24, 73:7
**seven-day** [1] - 11:22,
16:20
**several** [1] - 51:15
**share** [3] - 10:8, 10:9,
65:15
**shared** [1] - 33:14
**SHAUN** [1] - 5:19
**Shaun** [2] - 17:10,

52:18
**sheet** [1] - 42:4
**SHELL** [1] - 3:19
**shoot** [1] - 48:23
**shore** [1] - 73:12
**short** [1] - 6:24
**shorten** [1] - 58:18
**shorter** [3] - 24:24,
36:16, 40:5
**shorthand** [1] - 23:24
**show** [4] - 22:8, 26:20,
71:7, 83:4
**showing** [1] - 55:18
**shows** [1] - 18:5
**SHUSHAN** [1] - 1:12
**Shushan** [1] - 7:9
**SI** [1] - 82:13
**side** [4] - 26:16, 27:5,
27:12, 55:3
**sign** [2] - 6:9, 64:2
**signed** [1] - 6:9
**significant** [2] - 69:23,
69:25
**significantly** [1] -
30:21
**similar** [2] - 52:19,
52:22
**Sims** [9] - 67:2, 68:21,
68:22, 68:23, 68:24,
68:25, 69:18, 69:21,
70:9
**simultaneously** [3] -
9:3, 14:23, 15:12
**single** [3] - 14:22,
50:4, 84:20
**sit** [2] - 17:25, 28:10
**site** [4] - 13:4, 14:22,
15:17
**sites** [1] - 13:21
**situation** [4] - 52:19,
52:21, 65:25, 84:18
**situations** [1] - 61:13
**six** [8] - 12:22, 13:7,
13:8, 21:14, 24:19,
30:24, 39:15, 80:5
**size** [1] - 17:1
**sizes** [1] - 13:3
**skeptical** [1] - 73:13
**skin** [1] - 13:18
**SKIP** [1] - 5:20
**Skip** [3] - 63:15,
63:17, 64:13
**slid** [1] - 81:21
**slot** [7] - 35:21, 37:5,
43:8, 49:18, 51:22,
77:15, 77:18
**slots** [1] - 18:9
**slowed** [1] - 18:3
**small** [2] - 8:14, 13:19

**smaller** [5] - 13:16, 17:5, 31:21, 75:8
**sneaking** [1] - 40:2
**solve** [1] - 27:17
**someone** [9] - 17:12, 22:7, 33:9, 35:19, 37:7, 55:21, 56:14, 73:12, 88:10
**sometime** [3] - 46:15, 61:15, 62:12
**sometimes** [1] - 21:23
**somewhere** [2] - 12:7, 38:7
**soon** [4] - 47:19, 59:11, 59:16, 79:2
**sooner** [4] - 28:15, 30:24, 76:20
**sorry** [10] - 24:4, 42:3, 44:17, 44:23, 48:14, 49:1, 54:3, 56:23, 63:4, 87:8
**sort** [5] - 21:24, 62:23, 64:24, 66:4
**sounded** [1] - 52:22
**sounds** [2] - 81:21, 82:20
**SOUTH** [1] - 5:7
**spans** [1] - 88:17
**speaking** [1] - 15:23
**specific** [1] - 66:1
**speed** [2] - 14:24, 15:6
**spell** [3] - 47:1, 47:2, 47:5
**spelling** [1] - 47:8
**Sperry** [7] - 43:22, 60:8, 60:14, 61:5, 61:6, 82:14, 82:15
**SPILL** [1] - 1:4
**spirit** [1] - 26:12
**split** [1] - 88:20
**spot** [1] - 22:17
**Sprague** [9] - 67:4, 70:16, 70:17, 71:3, 71:10, 71:22, 71:24, 72:6, 72:8
**spread** [3] - 12:11, 69:9, 69:10
**spreadsheet** [1] - 27:21
**SQUARE** [1] - 3:19
**ST** [2] - 4:21, 4:22
**stack** [1] - 27:8
**stacked** [1] - 76:13
**staff** [1] - 87:21
**stages** [1] - 67:11
**start** [13] - 7:4, 24:15, 27:18, 27:24, 32:1, 36:6, 40:5, 42:4, 43:2, 46:2, 46:4, 58:1, 79:2

**started** [4] - 6:8, 18:14, 64:19, 64:20
**starting** [2] - 8:7, 8:13
**STATE** [3] - 2:12, 2:12, 2:16
**State** [3] - 8:19, 25:15, 89:13
**states** [4] - 9:19, 25:16, 57:22, 78:22
**STATES** [2] - 1:1, 1:12
**States** [3] - 38:23, 89:14, 89:24
**status** [2] - 28:25, 84:5
**STATUS** [1] - 1:11
**stays** [1] - 72:3
**STENOGRAPHY** [1] - 5:24
**step** [1] - 75:18
**STEPHEN** [1] - 1:21
**Steve** [3] - 61:8, 78:6, 78:9
**still** [8] - 16:14, 36:11, 37:21, 50:16, 50:18, 63:7, 70:11, 71:10
**STONE** [1] - 3:22
**stood** [1] - 51:15
**storage** [1] - 15:5
**story** [3] - 40:4, 40:6, 44:11
**Stradley** [1] - 33:4
**STRADLEY** [4] - 5:3, 33:2, 33:4, 34:1
**STRANGE** [3] - 2:13, 9:15, 9:17
**Strange** [1] - 9:18
**streamline** [1] - 65:13
**STREET** [13] - 1:18, 1:25, 2:4, 2:17, 2:20, 3:7, 3:19, 3:24, 4:4, 4:13, 5:4, 5:10, 5:23
**Stringfellow** [2] - 79:24
**structure** [2] - 27:18, 28:11
**subject** [3] - 27:10, 27:14, 56:7
**subjected** [1] - 18:2
**submit** [2] - 16:14, 18:3
**submitted** [4] - 19:15, 25:16, 25:17, 25:20
**subpoena** [1] - 53:6
**subpoenas** [2] - 61:11, 62:11
**subsequent** [1] - 22:19
**substantively** [1] - 17:24
**suggest** [3] - 15:3,

53:1, 76:5
**suggested** [6] - 10:14, 24:23, 41:3, 50:12, 60:18, 60:25
**suggesting** [1] - 18:14
**suggestion** [5] - 19:18, 38:11, 56:12, 71:4, 86:6
**SUITE** [8] - 2:4, 3:20, 4:4, 4:7, 4:13, 4:18, 5:7, 5:10
**summer** [1] - 30:12
**summertime** [1] - 22:21
**Sun** [4] - 43:22, 60:8, 61:5, 61:6
**Sunday** [1] - 78:19
**sundown** [1] - 68:14
**SUPPORT** [1] - 4:16
**supposed** [2] - 69:2, 69:3
**surprise** [1] - 29:14
**suspect** [2] - 55:2, 82:14
**suspicion** [1] - 40:2
**Suttles** [1] - 82:6
**system** [2] - 31:24, 43:2
**systems** [1] - 21:8

## T

**table** [1] - 55:3
**tangentially** [1] - 31:23
**team** [8] - 7:17, 7:18, 7:19, 18:19, 20:16, 21:24, 76:7, 88:18
**teams** [2] - 18:16, 88:16
**tech** [1] - 14:19
**technical** [1] - 21:6
**telephone** [1] - 85:12
**tempers** [1] - 6:24
**ten** [8] - 7:15, 13:7, 14:12, 39:11, 39:12, 39:13, 85:24
**tend** [1] - 37:15
**tender** [1] - 51:3
**tentative** [2] - 47:12, 74:10
**tentatively** [4] - 69:12, 69:17, 74:11, 87:1
**terms** [6] - 9:24, 27:6, 38:2, 51:23, 52:4, 57:23
**terribly** [1] - 18:9
**terrific** [1] - 11:12
**test** [5] - 29:11, 54:23,

55:6, 55:8, 55:9
**testified** [1] - 57:14
**testify** [3] - 17:21, 17:23, 26:25
**testimony** [4] - 57:12, 57:17, 58:18, 59:11
**TEXAS** [3] - 4:5, 4:8, 4:25
**that'd** [1] - 30:4
**THE** [294] - 1:4, 1:5, 1:12, 1:24, 2:7, 2:12, 2:16, 6:7, 6:8, 7:11, 8:4, 8:13, 8:15, 8:24, 9:1, 9:4, 9:6, 9:9, 9:12, 9:14, 9:16, 10:11, 11:5, 11:21, 12:6, 12:8, 12:11, 12:14, 12:23, 13:9, 13:19, 13:24, 14:6, 14:18, 15:13, 15:16, 16:3, 16:10, 16:15, 16:23, 17:6, 17:9, 18:4, 21:19, 22:1, 22:9, 22:25, 23:11, 23:14, 23:18, 24:4, 24:6, 24:9, 25:4, 25:25, 27:20, 27:23, 28:23, 29:17, 30:13, 31:8, 32:23, 33:3, 33:24, 34:3, 34:10, 34:14, 34:21, 34:25, 35:5, 35:8, 35:12, 35:23, 36:3, 36:9, 36:13, 36:21, 37:5, 37:10, 37:13, 38:15, 38:21, 39:22, 40:1, 40:8, 40:20, 41:13, 41:18, 41:24, 42:3, 42:9, 42:12, 42:14, 42:17, 42:20, 43:6, 43:13, 43:16, 44:1, 44:3, 44:9, 44:17, 44:22, 44:24, 45:3, 45:5, 45:10, 45:12, 45:19, 45:23, 46:4, 46:8, 46:16, 46:19, 46:22, 46:25, 47:4, 47:7, 47:11, 47:13, 47:22, 47:25, 48:7, 48:11, 48:16, 48:20, 49:2, 49:7, 49:14, 49:18, 49:25, 50:7, 50:14, 50:17, 50:22, 51:9, 51:18, 51:20, 52:16, 53:1, 53:13, 53:22, 54:4, 54:6, 54:9, 54:11, 54:19, 55:7, 55:25, 56:9, 56:13, 57:1, 57:4, 58:3, 58:17, 58:21,

59:13, 60:2, 60:10, 60:14, 60:18, 61:7, 62:2, 62:21, 63:1, 63:11, 63:12, 63:14, 63:17, 63:19, 63:22, 63:25, 64:3, 64:11, 64:13, 64:18, 64:22, 65:4, 66:4, 66:14, 66:17, 66:19, 66:23, 66:25, 67:2, 67:4, 67:6, 67:8, 67:12, 67:16, 67:19, 67:23, 68:3, 68:7, 68:19, 68:22, 68:25, 69:8, 69:12, 69:15, 69:17, 69:25, 70:6, 70:9, 70:13, 70:15, 70:19, 70:24, 71:5, 71:13, 71:19, 72:3, 72:10, 72:12, 73:2, 73:7, 73:13, 73:18, 73:23, 74:2, 74:7, 74:11, 74:15, 74:19, 74:25, 75:10, 75:14, 75:19, 75:22, 76:11, 76:15, 77:1, 77:4, 77:6, 77:8, 77:20, 77:25, 79:1, 79:9, 79:21, 79:23, 80:1, 80:4, 80:13, 80:16, 80:19, 80:21, 80:23, 80:25, 81:4, 81:9, 81:11, 81:13, 81:15, 81:17, 81:19, 81:23, 81:25, 82:2, 82:4, 82:6, 82:8, 82:10, 82:12, 82:15, 82:17, 82:21, 83:1, 83:8, 83:10, 83:13, 83:15, 83:25, 84:9, 84:23, 85:18, 85:24, 86:4, 86:8, 86:11, 86:13, 86:18, 87:1, 87:5, 87:8, 87:11, 87:14, 87:17, 87:18, 87:19, 88:7, 88:12, 88:23, 89:1
**they've** [1] - 25:20
**thin** [2] - 69:9, 69:11
**thinking** [6] - 15:13, 15:14, 15:19, 18:24, 50:14, 84:2
**thinks** [2] - 65:8, 86:18
**third** [7] - 32:17, 40:11, 40:13, 61:12, 62:10, 62:19, 78:13
**third-party** [4] - 40:11, 40:13, 62:19, 78:13
**THIS** [1] - 1:8
**three** [10] - 8:21,

21:14, 21:23, 24:20, 33:13, 62:9, 63:4, 65:18, 80:4
**throughout** [1] - 33:9
**throw** [1] - 22:2
**thrown** [1] - 50:23
**Thursday** [6] - 8:8, 9:2, 34:17, 53:22, 78:7, 78:17
**ticket** [1] - 40:19
**tied** [2] - 11:4, 58:12
**ties** [1] - 28:5
**Tim** [2] - 45:16, 46:1
**timeline** [2] - 29:4, 85:8
**timelines** [1] - 64:5
**timely** [2] - 16:16, 16:17
**timing** [4] - 8:20, 9:24, 20:15, 32:7
**TO** [4] - 1:8, 6:4, 51:24, 56:18
**today** [14] - 7:18, 7:25, 8:1, 9:12, 11:19, 16:6, 26:1, 27:17, 38:15, 40:11, 40:22, 56:17, 60:24, 88:15
**together** [11] - 6:18, 9:23, 14:10, 28:13, 33:23, 49:21, 55:11, 78:5, 85:8, 85:10, 85:16
**tomorrow** [1] - 39:10
**took** [4] - 19:6, 22:7, 64:14, 86:25
**top** [2] - 67:8, 83:2
**topic** [1] - 18:19
**topics** [4] - 61:22, 62:1, 62:15, 62:16
**TORTS** [1] - 2:8
**total** [1] - 39:15
**totally** [1] - 40:8
**touch** [1] - 53:21
**touched** [1] - 25:9
**tough** [2] - 34:4, 57:24
**toward** [4] - 10:20, 17:15, 22:11, 46:14
**town** [3] - 34:17, 43:23, 85:25
**track** [45] - 8:3, 16:24, 18:25, 19:1, 19:3, 19:19, 19:24, 20:5, 20:9, 20:15, 20:18, 20:19, 20:20, 20:25, 21:3, 21:11, 21:12, 21:20, 22:2, 22:16, 22:25, 23:1, 23:2, 24:2, 31:22, 32:1, 32:13, 32:14, 41:8, 41:10, 41:13, 41:14,

45:22, 48:7, 54:14, 61:17, 66:6, 66:7, 68:25, 69:23, 84:10, 84:11
**tracked** [1] - 69:22
**tracking** [5] - 8:13, 9:6, 9:7, 37:22, 65:16
**tracks** [14] - 18:15, 18:17, 19:7, 19:13, 21:15, 21:17, 21:23, 22:4, 24:19, 24:25, 32:13, 60:6, 72:8
**transcript** [4] - 58:12, 59:1, 87:22, 89:16
**TRANSCRIPT** [2] - 1:11, 5:24
**transcripts** [1] - 58:6
**Transocean** [16] - 11:1, 11:13, 11:19, 12:16, 17:3, 19:24, 22:10, 27:7, 35:15, 52:8, 65:9, 66:2, 66:7, 80:7, 83:22, 84:3
**TRANSOCEAN** [3] - 3:3, 3:3, 3:5
**Transocean's** [2] - 11:15, 73:5
**transport** [2] - 28:16, 31:5
**travel** [2] - 35:6, 59:18
**tremendous** [3] - 21:2, 33:13, 55:15
**trial** [21] - 23:3, 27:6, 27:10, 27:19, 28:8, 28:11, 28:18, 28:21, 29:12, 29:18, 29:24, 29:25, 30:4, 30:5, 30:12, 30:14, 31:3, 31:7, 40:9, 40:16, 54:24
**tried** [7] - 18:10, 28:9, 35:14, 35:17, 57:22, 57:25, 66:4
**triple** [1] - 37:21
**true** [1] - 89:15
**truly** [1] - 26:20
**try** [20] - 6:18, 6:25, 11:23, 15:2, 26:5, 26:13, 26:25, 27:3, 32:22, 34:13, 34:22, 34:25, 46:16, 47:25, 48:23, 65:22, 66:11, 69:18, 73:3, 76:17
**trying** [16] - 13:25, 14:22, 15:11, 15:12, 20:10, 39:16, 40:10, 42:7, 49:14, 55:21, 56:24, 57:15, 65:5,

72:25, 75:7, 85:25
**Tuesday** [2] - 71:7, 71:9
**turnaround** [2] - 10:18, 11:22
**turns** [1] - 39:14
**twice** [1] - 17:25
**two** [38] - 8:10, 8:11, 8:22, 9:2, 14:10, 16:22, 17:17, 18:2, 21:14, 21:21, 21:23, 24:20, 26:1, 26:8, 29:6, 37:4, 37:8, 45:21, 46:20, 50:3, 50:5, 50:12, 56:24, 60:11, 61:13, 62:3, 63:5, 63:21, 65:24, 72:7, 75:7, 76:3, 76:17, 80:4, 83:3, 88:17
**two-day** [1] - 62:3
**two-day-per-witness** [1] - 8:22
**TX** [2] - 5:5, 5:11
**type** [3] - 21:8, 57:7, 88:10

## U

**U.S** [5] - 2:7, 4:20, 25:17, 26:11, 81:7
**ultimately** [1] - 29:3
**unaware** [2] - 9:8, 10:2
**uncertainty** [2] - 28:12, 28:21
**under** [2] - 57:17, 57:19
**Underhill** [5] - 10:13, 26:11, 38:23, 57:8, 78:22
**UNDERHILL** [8] - 2:8, 26:10, 38:23, 39:23, 40:2, 40:9, 40:14, 57:8
**underneath** [1] - 67:22
**unfolding** [1] - 84:6
**unfortunately** [1] - 12:8
**UNITED** [2] - 1:1, 1:12
**United** [3] - 38:23, 89:14, 89:24
**unless** [4] - 24:18, 37:7, 37:22, 70:20
**unlikely** [1] - 59:10
**unnamed** [1] - 77:18
**up** [48] - 6:12, 8:16, 11:6, 12:20, 13:3,

13:20, 14:3, 14:11, 15:7, 16:25, 17:9, 18:6, 18:11, 19:13, 20:18, 29:16, 36:23, 38:2, 38:17, 40:24, 42:21, 43:8, 45:20, 50:25, 51:15, 52:23, 52:25, 54:24, 54:25, 59:16, 62:5, 62:7, 66:9, 73:5, 73:7, 75:10, 75:18, 76:13, 79:11, 84:6, 84:25, 85:23, 86:23, 86:24, 88:8, 88:10, 88:16, 88:21
**updated** [1] - 84:24
**upset** [1] - 61:25
**USA** [4] - 4:11, 81:1, 81:19, 82:17

## V

**V-A-R-G-O** [1] - 45:15
**Vargo** [2] - 11:10, 45:6, 45:15, 76:4
**vendor** [8] - 12:20, 15:5, 15:20, 15:23, 15:24, 16:7, 16:9, 16:16
**vendors** [1] - 16:13
**venue** [1] - 39:6
**version** [2] - 17:5, 22:19
**via** [2] - 85:4, 87:24
**Victor** [1] - 83:11
**Vidrine** [3] - 23:24, 23:25, 24:6
**Vidrine's** [1] - 24:5
**violation** [1] - 72:23
**virtually** [1] - 17:20
**VOICES** [1] - 34:20
**volunteer** [1] - 7:8
**VP** [1] - 75:3

## W

**WACKER** [1] - 5:7
**wait** [4] - 14:12, 73:19, 73:20, 75:12
**WALKER** [1] - 4:20
**Walsh** [1] - 59:8
**WALTHER** [1] - 3:22
**Waltz** [1] - 67:6
**Walz** [2] - 68:6, 68:20
**wants** [7] - 7:8, 11:7, 23:20, 26:5, 31:9, 43:16, 46:11, 60:21, 65:24, 85:12
**WARE** [1] - 4:24

**warm** [1] - 31:9
**Washington** [1] - 46:12
**WASHINGTON** [1] - 2:13
**watch** [1] - 6:19
**Water** [2] - 27:12, 27:15
**WATKINS** [1] - 5:7
**ways** [1] - 53:12
**Weatherby** [1] - 7:20
**WEATHERFORD** [1] - 4:20
**Wednesday** [3] - 8:8, 71:8, 78:17
**week** [61] - 8:7, 8:11, 8:21, 18:21, 18:23, 20:15, 21:12, 21:21, 34:23, 35:11, 35:13, 35:23, 36:4, 36:5, 36:9, 36:19, 37:21, 43:23, 44:23, 44:24, 45:20, 46:17, 46:20, 46:21, 47:18, 47:19, 48:13, 50:13, 50:18, 60:1, 61:15, 61:22, 67:21, 68:23, 69:3, 69:4, 70:4, 70:5, 70:17, 70:19, 72:8, 73:20, 74:4, 75:20, 75:21, 75:25, 76:3, 76:12, 78:11, 82:19, 83:15, 83:19, 83:20, 83:23, 85:15, 87:4, 87:5, 87:11
**week's** [2] - 78:1, 79:6
**weekend** [2] - 12:20, 64:12
**weekly** [1] - 43:3
**weeks** [8] - 21:21, 29:4, 29:16, 30:24, 31:17, 33:13, 50:3
**weeks's** [1] - 18:14
**WEINER** [1] - 4:12
**welcome** [1] - 9:14
**Wells** [1] - 82:8
**WEST** [1] - 2:4
**WEXLER** [1] - 5:20
**whatnot** [1] - 84:16
**Wheeler** [3] - 11:14, 56:22, 59:3
**WHEREUPON** [2] - 63:9, 89:5
**white** [1] - 73:22
**WHITELEY** [1] - 2:16
**whole** [1] - 85:8
**William** [1] - 79:24
**WILLIAM** [2] - 5:3, 5:16
**Williams** [13] - 11:14,

51:25, 52:5, 52:9,
  53:4, 53:17, 53:19,
  54:12, 55:9, 55:23,
  56:2, 57:7, 59:1
**WILLIAMS** [2] - 5:13,
  5:18
**Williams'** [3] - 52:11,
  52:12, 52:14
**willing** [3] - 10:22,
  73:14, 74:23
**Willis** [4] - 11:10,
  47:21, 69:14, 70:12
**Winslow** [4] - 11:15,
  56:22, 59:14, 80:1
**winters** [1] - 7:25
**wish** [3] - 13:22, 28:1,
  64:3
**Witness** [3] - 65:17,
  65:19, 65:20
**witness** [20] - 7:24,
  8:22, 18:11, 40:17,
  40:18, 41:2, 46:6,
  48:8, 49:25, 50:20,
  51:12, 51:14, 58:12,
  62:7, 65:14, 65:15,
  69:22, 69:24, 70:7,
  88:17
**witness'** [1] - 45:25
**witnesses** [66] - 7:16,
  8:11, 8:21, 9:2, 11:2,
  11:8, 19:11, 19:12,
  19:14, 20:6, 20:12,
  25:12, 25:21, 25:22,
  26:2, 26:5, 26:7,
  26:13, 33:16, 33:18,
  35:8, 35:11, 35:16,
  37:7, 37:8, 39:21,
  40:4, 40:25, 41:8,
  41:16, 42:19, 42:21,
  43:7, 49:10, 49:12,
  49:20, 51:4, 51:21,
  57:15, 57:17, 57:19,
  57:22, 58:9, 62:4,
  62:24, 63:3, 65:2,
  65:7, 66:2, 67:13,
  73:6, 76:2, 77:9,
  77:14, 77:15, 79:3,
  79:11, 79:15, 80:5,
  80:7, 82:21, 83:3,
  83:20
**WITTMANN** [2] - 3:22,
  3:23
**word** [1] - 30:16
**Word** [2] - 27:22,
  27:23
**words** [1] - 64:1
**works** [3] - 13:16,
  13:19, 86:2
**worried** [1] - 15:16
**worth** [2] - 38:25,

  55:24
**Wright** [1] - 80:10
**WRIGHT** [1] - 1:17
**written** [1] - 62:13
**wrote** [1] - 20:23
**Wyman** [2] - 56:22,
  59:3

## Y

**y'all** [5] - 39:7, 41:1,
  60:10, 63:8, 87:21
**years** [1] - 38:24
**yesterday** [3] - 7:17,
  8:1, 52:21
**YORK** [3] - 4:7, 14:16,
  16:4
**York** [2] - 14:15, 16:4
**you-all** [2] - 60:3, 85:4
**yourself** [1] - 41:1