IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig | MDL No.: 2179 |
| "Deepwater Horizon" in the | Section J |
| Gulf of Mexico, on April 20, 2010 | |
| This Document Relates To: Civil Action No. 11-0241 | Judge Barbier |
| Section J/I | Magistrate Judge Shushan |

## WAIVER OF THE SERVICE OF SUMMONS

To:  J.P. Hughes, Jr.
     Hughes Brown, PLLC
     1300 Access Road, Suite 100
     Oxford, Mississippi 38655

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form and prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, by agreement of counsel, must file and serve an answer or motion under Rule 12 within 30 days from February 24, 2011, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  February 25, 2011

                                            /s/ Jennifer L. Anderson
                                            Jennifer L. Anderson (Bar No. 23620)
                                            Jones, Walker, Waechter, Poitevent,
                                              Carrere & Denegre, LLP
                                            Four United Plaza
                                            8555 United Plaza Boulevard
                                            Baton Rouge, Louisiana 70809

{B0714078.1}

Telephone: (225) 248-2040
Facsimile: (225) 248-3040
Email: ianderson@joneswalker.com

and

Mary Margaret Spell (Bar No. 32704)
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8262
Facsimile: (504) 589-8262
E-mail: mspell@joneswalker.com

and

James R. Lewis (Bar No. 8844)
Mary G. Erlingson (Bar No.19562)
Crawford Lewis
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
E-mail: jlewis@crawford-lewis.com
E-mail: merlingson@crawford-lewis.com

***Attorneys for Worley Catastrophe Response, LLC***

{B0714078.1}