UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG ) | |
| DEEPWATER HORIZON IN THE GULF OF ) | MDL No. 2179 |
| MEXICO, ON APRIL 20, 2010 ) | |
| ) | SECTION: J |
| ) | |
| **This Document Relates to :** ) | Judge Barbier |
| **CJK FAB & CONSULTING v. BP, plc,** *et. al.*, ) | Mag. Judge Shushan |
| **No. 10-02839** ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF MITSUI & CO.

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff CJK FAB & CONSULTING, by and through its undersigned counsel, hereby gives notice of the voluntary dismissal, without prejudice, of all claims asserted against Defendant Mitsui & Co. in Case No. 10-02839 that relates to MDL 2179. This dismissal is proper without Court order because the Defendant has yet to serve an answer or a motion for summary judgment. Accordingly, in Case No. 10-02839, Defendant Mitsui & Co. is hereby voluntarily dismissed without prejudice.

Dated this 25th day of February, 2011.

Respectfully submitted,
/s/Rhon Eugene Jones
Rhon Eugene Jones
**Beasley, Allen, Crow, Methvin,**
**Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
334-269-2343
rhon.jones@beasleyallen.com

1

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing NOTICE OF VOLUNTARY DISMISSAL OF MITSUI & CO. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Service in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2011.

                                                   /s/Rhon Eugene Jones