## CONFERENCE ATTENDANCE RECORD

**DATE:** 2-25-11                    **TIME:** 10:45

**CASE NAME:** In Re: Deep Water Horizon

**DOCKET NUMBER & SECTION:** MDL-2179

(STATUS)    PRELIMINARY    PRE-TRIAL    SETTLEMENT

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Glenn Goodier | Weatherford U.S., LP. |
| Mike Lemoine | " " |
| John Alden Meade | LAMPERS in MDL 2185 |
| Henry T Dart | St of LA |
| Olivia Martin | St of LA |
| Corey Maze | Alabama |
| Dennis Barrow | Dril-Quip |
| Denise Scofield | MI |
| Paul Sterbcow | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Mary McLeod | TO Access |
| Rachel Clingman | TO |
| Ky Kirby | Anadarko & Moex |
| Allan Kanner | LA AG |
| William Bonner | TS |
| Robert Cunningham | PSC |
| Donald Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Stefanie Major | Halliburton |
| Steve O'Rourke | USA |
| Skip McMullan | Dynamic Aviation |
| David Goodwin | BP |
| Philip Brooks | BP |
| G E Cross | Lane Aviation |
| Ted Tsekerdes | Seacor, O'Briens + NRC |
| Carmelite Bertaut | Cameron |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Daniel Beck | Cameron |
| Bill Stradley | 2185 Securities MDL (observer) |
| Andrew Langer | BP |
| Mark Nomellini | BP |
| Tim Duffy | BP |
| George Gily | TO Excess |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Alan Weigel | Marine Spill Reg. Corp |
| Tony Fitch | Anadarko - MOEX |
| David Cannon | MOEX |
| Mary Rose Alexander | Nalco Co. |
| Kenny Hooks | PSC |
| Jeremy Rush | O'Briens Mgmt Response |

↑ Via Telephone