UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO, On APRIL 20, 2010 | * * * * * | MDL. NO. 2179 SECTION "J" JUDGE CARL J. BARBIER |
| This Document Relates To: Civil Action No. 2:11-cv-453 | | * * * | MAGISTRATE SALLY SHUSHAN |

## NOTICE OF FILING OF LIMITATION ACTION AND ENTRY OF ORDER RESTRAINING PROSECUTION OF CLAIMS

NOW COME Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc., two of the limitation Petitioners in Civil Action No. 2:10-cv-02771-CJB-SS, entitled *In Re the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, in a cause for Exoneration from or Limitation of Liability*, filed in the United States District Court for the Southern District of Texas, transferred by Order dated June 18, 2010 to the United States District Court for the Eastern District of Louisiana, New Orleans Division, and consolidated with 10-MDL-2179 on August 24, 2010. Petitioners hereby give notice to this Honorable Court that an Order Directing

Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims was signed and entered in the aforementioned federal limitation action on May 13, 2010, by the original judge presiding, United States District Judge Keith P. Ellison. A copy of said Order is attached hereto as Exhibit "A." An Amended Order was signed and entered on May 26, 2010. A copy of said Amended Order is attached hereto as Exhibit "B." A Second Amended Order was signed and entered on June 14, 2010. A copy of said Second Amended Order is attached hereto as Exhibit "C." An Order was entered by the MDL court on August 24, 2010 providing specific instructions for the filing of claims. A copy of said Order is attached hereto as Exhibit "D".

Pursuant to the United States District Court's June 14, 2010, Order, further prosecution of the above styled and numbered cause of action against the limitation Petitioners are stayed and enjoined and restrained, and all parties wishing to assert claims in connection with the casualty event described in the limitation action were ordered to file their claims in the limitation action on or before November 15, 2010. However, presiding United States District Judge Carl J. Barbier ordered, by way of minute entry dated September 16, 2010, that the deadline be extended to April 20, 2011. A copy of said minute entry is attached hereto as Exhibit "E".

Respectfully submitted:

PREIS & ROY
(A Professional Law Corporation)

_____
EDWARD F. KOHNKE IV, T.A. (07824)
EDWIN G. PREIS, JR. (10703)
CARL J. HEBERT (6724)
RICHARD J. HYMEL (20230)
ROBERT M. KALLAM (20242)
JOSEPH E. LEE III (26968)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129

-and-

GEORGE M. GILLY (6234)
EVANS MARTIN MCLEOD (24846)
PHELPS DUNBAR, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

-and-

> MILES P. CLEMENTS (#4184)
> KERRY J. MILLER (#24562)
> CAMPBELL E. WALLACE (#13195)
> PAUL C. THIBODEAUX (#29446)
> EVERETT R. FINERAN (#31153)
> FRILOT, LLC
> 1100 Poydras Street, Suite 3800
> New Orleans, LA 70163
> Direct Phone: (504) 599-8169
> Direct Fax: (504) 599-8159
>
> Counsel for Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has on this 25th day of February 2011, been served on the following counsel of record in this proceeding by:

( ) Hand Delivery         ( ) Prepaid U.S. Mail

( ) Federal Express       ( ) E-Mail

( x ) ECF

_____
JOSEPH E. LEE III