# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                                    |   |                        |
|----------------------------------------------------|---|------------------------|
|                                                    | : | MDL NO. 2179           |
| IN RE: OIL SPILL by the OIL RIG                    | : |                        |
| &ldquo;DEEPWATER HORIZON&rdquo; in the             | : |                        |
| GULF OF MEXICO, on                                 | : |                        |
| APRIL 20, 2010                                     | : | SECTION: J             |
|                                                    | : |                        |
|                                                    | : |                        |
|                                                    | : | JUDGE BARBIER          |
|                                                    | : | MAG. JUDGE SHUSHAN     |

.. .. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO: CIVIL ACTION
NUMBER 10-2771 ONLY**

## ORDER

A complaint seeking exoneration from or limitation of

liability was filed in the United States District Court for the

Southern District of Texas by Triton Asset Leasing, GMBH,

Transocean Holdings, L.L.C, Transocean Offshore Deepwater

Drilling, Inc., and Transocean Deepwater, Inc. as managing owners

and operators of the Modu Deepwater Horizon.  On August 16, 2010,

the case was transferred to this Court pursuant to Supplemental

Rule F(9) and in the interests of efficiency and justice.  It was

allotted to this section and assigned Civil Action Number 10-

2771.

Having determined that this limitation action is related to

MDL-2179, **IT IS ORDERED** that Civil Action Number 10-2771 is

hereby **CONSOLIDATED** with MDL-2179 until further order.

**However, in order to effectively manage the docket sheet,**

**all answers and claims in the limitation action are to be filed**

**in the member case (10-2771).**  All other pleadings in the

limitation action are to be filed in the master case (10-MDL-

2179).

New Orleans, Louisiana, this ___24th___ day of ___August___, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

-2-