UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| *United States of America v.* | * | |
| *BP Exploration & Production, Inc., et al.,* | * | **JUDGE BARBIER** |
| **Civil Action No. 10-04536** | * | |
| | * | **MAGISTRATE NO.1** |
| | * | **MAG. JUDGE SHUSHAN** |
| * * * * * * * * * * * * | | |

### *EX PARTE*/CONSENT MOTION OF DEFENDANT MOEX OFFSHORE 2007 LLC TO EXTEND DEADLINE FOR FILING RESPONSE TO COMPLAINT OF THE UNITED STATES OF AMERICA

Defendant MOEX Offshore 2007 LLC, having been properly served by Plaintiff, the United States of America, hereby submits, with the consent of Plaintiff, this *ex parte*/consent motion to extend from February 28, 2011, until March 21, 2011, the deadline for MOEX Offshore 2007 LLC to file any response to Plaintiff's Complaint in *United States of America v. BP Exploration & Production, Inc., et al.*, Civil Action No. 10-04536, and in support therefore shows as follows:

1. Defendant MOEX Offshore 2007 LLC received service of Plaintiff's Complaint on February 14, 2011. Pursuant to Pretrial Order 28, MOEX Offshore 2007 LLC's deadline to file any response is February 28, 2011.

2. Defendant Anadarko Petroleum Corporation received service of Plaintiff's Complaint on February 17, 2011. Pursuant to Pretrial Order 25, ¶7, Anadarko Petroleum Corporation is required to file any response within 30 days of the date of service. Thus, in accordance with

Fed. R. Civ. P. 6(a), Anadarko Petroleum Corporation is subject to a filing deadline of March 21, 2011, for any response to Plaintiff's Complaint.

3. In order to facilitate the efficient and effective management of this action, MOEX Offshore 2007 LLC has conferred with Plaintiff, the United States of America, which consents to an extension of MOEX Offshore 2007 LLC's deadline for filing any response to Plaintiff's Complaint such that the deadline matches Anadarko Petroleum Corporation's. Anadarko Petroleum Corporation also does not oppose MOEX Offshore 2007 LLC's request.

**WHEREFORE**, Defendant MOEX Offshore 2007 LLC requests, with the consent of Plaintiff, the United States of America, that in order to facilitate the efficient and effective management of this action, MOEX Offshore 2007 LLC be granted until March 21, 2011, to file any response to Plaintiff's Complaint in *United States of America v. BP Exploration & Production, Inc., et al.*, Civil Action No. 10-04536. A proposed order is attached.

Respectfully Submitted:

BINGHAM McCUTCHEN LLP

 /s/ *Ky E. Kirby*_____

Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

2

James J. Dragna
jim.dragna@bingham.com
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLERPOLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Telephone (504) 592-0691
Facsimile (504) 592-0696

***ATTORNEYS FOR DEFENDANTS,
MOEX OFFSHORE 2007 LLC***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of February, 2011.

                                            /s/ *Ky E. Kirby*  
                                            Ky E. Kirby