UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico, on April 20, 2010** * | **SECTION: J** |
| * | |
| **This Document Relates to:** * | |
| *United States of America v.* * | |
| *BP Exploration & Production, Inc., et al.,* * | **JUDGE BARBIER** |
| **Civil Action No. 10-04536** * | |
| * | **MAGISTRATE NO.1** |
| * | **MAG. JUDGE SHUSHAN** |

* * * * * * * * * * * *

## ORDER

At the request of Defendant MOEX Offshore 2007 LLC, and with the consent of Plaintiff, the United States of America, and to facilitate the efficient and effective management of the action herein:

**IT IS ORDERED** that Defendant MOEX Offshore 2007 LLC's deadline for filing any response to Plaintiff's Complaint in *United States of America v. BP Exploration & Production, Inc., et al.*, Civil Action No. 10-04536, shall be extended until March 21, 2011.

New Orleans, Louisiana this _____day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

A/73673437.1