**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**          **SECTION J**

Applies to: *All Cases*                            **JUDGE BARBIER**
                                       **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Conference Schedule for the Working Group[1]]**

    The following Fridays through May are set for a status conference at 9:30 a.m. (unless

otherwise indicated below) with Magistrate Judge Sally Shushan and the Working Group, 500

Poydras Street, Courtroom B-309, New Orleans, Louisiana.

<u>**Conference schedule through May.**</u>

    Friday, March 4

    Friday, March 11

    Friday, March 18

    Friday, March 25 at 9:30 a.m. with Judge Barbier.  Working Group follows.

    Friday, April 1

    Friday, April 8

    Friday, April 15

    Friday, April 29 at 9:30 a.m with Judge Barbier.  Working Group follows.

    Friday, May 6

    Friday, May 13

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

Friday, May 20

Friday, May 27

New Orleans, Louisiana, this 24th day of February, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**