UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO, ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS PLEADING APPLIES TO: | § | JUDGE BARBIER |
| ALL CASES IN PLEADING BUNDLE | § | |
| SECTION III.B(3) ["B3 BUNDLE"] | § | MAGISTRATE JUDGE SHUSHAN |

## ANSWER TO MASTER COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CASE MANAGEMENT ORDER NO. 1] SECTION III.B(3) ["B3 BUNDLE"]

Defendants Transocean Offshore Deepwater Drilling, Inc. ("TODDI"), Transocean Deepwater Inc. ("TDI"), Transocean Holdings, LLC ("TH") and Triton Asset Leasing GmBH ("Triton") (collectively the "Transocean Defendants")[1] respond to Plaintiffs' Master Complaint ("Complaint") for post-incident personal injuries, medical monitoring, and/or property damage resulting from clean-up efforts, upon information and belief as follows:[2]

---

[1]   Transocean Ltd. is filing a motion challenging personal jurisdiction and, therefore, is not answering this Complaint.

[2]   The Transocean Defendants have filed a Petition for Exoneration From or Limitation of Liability in the proceeding *In Re The Complaint and Petition of Triton Asset Leasing GmbH, et al.*, Case No. 4:10-cv-01721, in the United States District Court for the Southern District of Texas (which was transferred and consolidated with MDL No. 2179 in the United States District Court for the Eastern District of Louisiana), under the Shipowners' Limitation of Liability Act, 46 U.S.C. §§ 30501, *et seq.*  On June 14, 2010, United States District Judge Keith P. Ellison entered his Second Amended Order, directing Claimants to file and make proof of claims, directing the issuance of monition, and restraining prosecution of claims in any jurisdiction against Petitioners other than the limitation

For each and every allegation of the Complaint, the Transocean Defendants respond as follows.  When a paragraph in the Complaint contains multiple subparts; the response of the Transocean Defendants to the paragraph applies equally to all subparts unless otherwise expressly stated.

**ANSWER**

The Introduction section of Plaintiffs' Complaint includes three (3) unnumbered paragraphs.  With respect to the first unnumbered Introduction paragraph, the Transocean Defendants admit that on April 20, 2010, an explosion occurred on board the *Deepwater Horizon* in the Gulf of Mexico, and that, subsequent to the explosion, oil leaked from the Macondo well. To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in this paragraph are true and, therefore, deny all aspects and implications of the allegations in this paragraph.

With respect to the second unnumbered Introduction paragraph, the Transocean Defendants deny that Plaintiffs are entitled to recover damages from the Transocean Defendants for physical injuries, costs of future medical screening and monitoring, the implementation of a medical screening and monitoring program or property damage resulting from clean-up efforts after the explosion at issue.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in this paragraph are true and, therefore, deny all aspects and implications of the allegations in this

---

action.  Transocean Defendants hereby serve notice upon the B3 Bundle Plaintiffs that the filing of the B3 Bundle Master Complaint against the Transocean Defendants violates the terms of Judge Ellison's Injunction/Restraining Order, and all such claims against the Transocean Defendants filed outside of the limitation action are enjoined, stayed, and restrained until the hearing and termination of the limitation proceedings.

paragraph.  The paragraph also contains statements of law, which do not require a response by the Transocean Defendants; this paragraph is denied.

Regarding the third unnumbered Introduction paragraph, the Transocean Defendants deny that the Plaintiffs are entitled to recover from the Transocean Defendants actual, compensatory, and/or punitive damages.  The remaining allegations set forth in the third unnumbered Introduction paragraph contain a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

1.      The Transocean Defendants admit that on April 20, 2010 an explosion and fire occurred aboard the *Deepwater Horizon* while located in the Gulf of Mexico, and that the *Deepwater Horizon* subsequently sank on April 22, 2010.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 1 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 1.

2.      The Transocean Defendants admit that oil leaked from the subject well.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 2 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 2.

3.      The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 3 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 3.

4.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 4 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 4.

5.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 5 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 5.

6.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 6 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 6.

7.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 7 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 7.

8.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 8 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 8.

9.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 9 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 9.

10.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 10 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 10.

11.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 11 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 11.

12.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 12 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 12.

13.     The allegation set forth in Paragraph 13 contains a statement of law and does not require a response by the Transocean Defendants, but this paragraph is denied.

14.     The allegation set forth in Paragraph 14 contains a statement of law and does not require a response by the Transocean Defendants, but this paragraph is denied.

15.     The allegation set forth in Paragraph 15 contains a statement of law and does not require a response by the Transocean Defendants, but this paragraph is denied.

16.     Denied as to the Transocean Defendants.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 16 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 16.  The remaining allegations set forth in Paragraph 16 contain statements of law and do not require a response by the Transocean Defendants; this paragraph is denied.

17.     The allegations set forth in Paragraph 17 do not require a response by the Transocean Defendants, but this paragraph is denied.

18.     With respect to the factual allegations referred to by Plaintiffs in Paragraph 18, the Transocean Defendants hereby adopt and incorporate by reference their Answer to Plaintiffs'

Master Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1)["B1 Bundle"], including Count I, "A" through "E".  The remaining allegations set forth in Paragraph 18 contain a statement of law and do not require a response by the Transocean Defendants; this paragraph is denied.

19.     Denied as to the Transocean Defendants.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 19 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 19.  The remaining allegations set forth in Paragraph 19 contain statements of law and do not require a response by the Transocean Defendants; this paragraph is denied.

20.     The allegation set forth in Paragraph 20 contains a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

21.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 21 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 21 (and its subparts).

22.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 22 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 22.

23.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 23 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 23.

24.     The Transocean Defendants admit that BP Exploration and Production, Inc. was a leaseholder of Mississippi Canyon Block 252 where the Macondo well was located.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 24 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 24.

25.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 25 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 25.

26.     The Transocean Defendants admit that the U.S. Coast Guard named BP and others as responsible parties ("RP") under the Oil Pollution Act ("OPA").   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 26 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 26.

27.     The Transocean Defendants deny that Transocean Ltd. was a party to the drilling contract with BP America Production Company.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the remaining assertions set forth in Paragraph 27 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 27.

28.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 28 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 28.

29.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 29 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 29.

30.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 30 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 30.

31.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 31 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 31.

32.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 32 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 32.

33.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 33 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 33.

34.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 34 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 34.

35.     The allegation set forth in Paragraph 35 contains a statement of law and does not require a response by the Transocean Defendants, but this paragraph is denied.  The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the

assertions set forth in Paragraph 35 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 35.

36.     Admitted as to the Transocean Defendants.

37.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 37 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 37.

38.      The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 38 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 38.

39.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 39 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 39.

40.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 40 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 40.

41.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 41 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 41.

42.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 42 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 42.

43.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 43 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 43.

44.     The allegations set forth in Paragraph 44 do not require a response by the Transocean Defendants; this paragraph is denied.

45.     The Transocean Defendants admit that BP was the charterer of the *Deepwater Horizon* and deny that the concept of a "leaseholder" is applicable to a drilling rig.  To the extent not expressly admitted, the allegations set forth in Paragraph 45 are denied.

46.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 46 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 46.

47.     The allegation set forth in Paragraph 47 contains a statement of law and does not require a response by the Transocean Defendants, but this paragraph is denied.

48.     Transocean Ltd. is filing a motion challenging personal jurisdiction and, therefore, is not answering this Complaint.

49.     The Transocean Defendants admit that TODDI is a Delaware corporation with its principal place of business in Houston, Texas.  The Transocean Defendants admit that one or more of them are the managing owners, owners *pro hac vice*, and/or operators of the *Deepwater Horizon*. To the extent not expressly admitted, the allegations in this paragraph are denied.

50.     The Transocean Defendants admit that TDI is a Delaware corporation with its principal place of business in Houston, Texas. The Transocean Defendants admit that one or more

of them are the managing owners, owners *pro hac vice*, and/or operators of the *Deepwater Horizon*. To the extent not expressly admitted, the allegations in this paragraph are denied.

51.     The Transocean Defendants admit that TH is a Delaware corporation with its principal place of business in Houston, Texas.  The Transocean Defendants admit that one or more of them are the managing owners, owners *pro hac vice*, and/or operators of the *Deepwater Horizon*. The Transocean Defendants further admit that on April 28, 2010, the U.S. Coast Guard named TH as a Responsible Party ("RP") under the Oil Pollution Act ("OPA") for the release of diesel fuel emanating from the *Deepwater Horizon* on the surface of the water (not for discharges from the well).  TH is a wholly owned subsidiary of TODDI, and was a party to the drilling contract.  To the extent not expressly admitted, the allegations in this paragraph are denied.

52.     The Transocean Defendants admit that Triton is a Swiss corporation with its principal place of business in Zug, Switzerland.  The Transocean Defendants admit that one or more of the Transocean Defendants is the managing owner, owners *pro hac vice*, and/or operator of the *Deepwater Horizon*.  To the extent not expressly admitted, the allegations in this paragraph are denied.

53.     The Transocean Defendants admit that one or more of them provided the *Deepwater Horizon* and, along with other entities and/or defendants, personnel for the rig pursuant to a drilling contract with BP.  The Transocean Defendants admit that one or more of them provided drilling services at the direction of and subject to inspection and approval of BP. To the extent not expressly admitted, all aspects and implications of the allegations in Paragraph 53 are denied.

54.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 54 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 54.

55.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 55 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 55.

56.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 56 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 56.

57.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 57 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 57.

58.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 58 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 58.

59.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 59 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 59.

60.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 60 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 60.

61.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 61 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 61.

62.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 62 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 62.

63.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 63 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 63.

64.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 64 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 64.

65.     The allegations set forth in Paragraph 65 do not require a response by the Transocean Defendants; this paragraph is denied.

66.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 66 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 66.

67.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 67 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 67.

68.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 68 are true and, therefore, deny

all aspects and implications of the allegations in Paragraph 68.  The paragraph also contains a statement of law, which does not require a response by the Transocean Defendants; this paragraph is denied.

69.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 69 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 69.  The paragraph also contains a statement of law, which does not require a response by the Transocean Defendants; this paragraph is denied.

70.     Denied as to the Transocean Defendants.   With regard to the remaining defendants and assertions, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 70 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 70.  Additionally, the allegations set forth in Paragraph 70 contain a statement of law, which does not require a response by the Transocean Defendants; this paragraph is denied.

71.     The Transocean Defendants admit that jurisdiction exists before this Court pursuant to Article III, Section 2 of the United States Constitution, which empowers the federal judiciary to hear "all Cases of admiralty and maritime jurisdiction."  To the extent not expressly admitted, the allegations in this paragraph are denied.

72.     The Transocean Defendants admit that the cited statutes can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

73.     The Transocean Defendants admit that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

74.     The Transocean Defendants admit that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

75.     The Transocean Defendants admit that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

76.     Admitted as to the Transocean Defendants.

77.     The assertions contained in Paragraph 77 contain statements of law, which do not require a response from the Transocean Defendants, but out of an abundance of caution are denied.  The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the remaining assertions set forth in Paragraph 77 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 77.

78.     The Transocean Defendants admit that the *Deepwater Horizon* was a dynamically-positioned, semi-submersible MODU that was put in to service in 2001. The Transocean Defendants further admit that an amendment to the drilling contract was intended to extend the duration of the charter through September 2013.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the remaining assertions set forth in Paragraph 78 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 78.

79.     The Transocean Defendants admit that the Macondo well is located in Mississippi Canyon Block 252 on the Outer Continental Shelf ("OCS") off the coast of Louisiana.   The Transocean Defendants also admit that BP chartered the *Deepwater Horizon*.  To the extent not expressly admitted,  the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 79 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 79.

80.     The Transocean Defendants admit that on April 20, 2010, the Macondo well blew out and an explosion and fire occurred on the *Deepwater Horizon*.  Paragraph 80 also references the Master Complaint for Pleading Bundle B1.  The Transocean Defendants have responded to each of the factual allegations pleaded in the Master Complaint for the B1 Pleading Bundle and incorporate those responses as necessary and, accordingly, no further response is required to the allegations contained in Paragraph 80.  To the extent not expressly admitted, the allegations in this paragraph are denied.

81.     The Transocean Defendants admit that on April 20, 2010, eleven vessel workers lost their lives.  The Transocean Defendants further admit that on or about April 22, 2010, the *Deepwater Horizon* sank.  To the extent not expressly admitted,  the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 81 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 81.

82.     The Transocean Defendants admit that the *Deepwater Horizon* sank on or about April 22, 2010.  The Transocean Defendants deny all other aspects and implications of the allegations in Paragraph 82.

83.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 83 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 83.

84.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 84 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 84.

85.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 85 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 85.

86.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 86 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 86.

87.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 87 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 87.

88.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 88 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 88.

89.     The Transocean Defendants admit that oil leaked from the Macondo well into the Gulf of Mexico.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in

Paragraph 89 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 89.

90.     The Transocean Defendants admit that flow from the well stopped on or about July 15, 2010. To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 90 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 90.

91.     The allegation set forth in Paragraph 91 contains a statement of law and does not require a response by the Transocean Defendants, but out of an abundance of caution this paragraph is denied.

92.     The allegations set forth in Paragraph 92 do not require a response from the Transocean Defendants; this paragraph is denied.

93.     The Transocean Defendants admit that the U.S. Coast Guard named TH as an RP under the OPA for the release of diesel fuel emanating from the *Deepwater Horizon* on the surface of the water.  The Transocean Defendants deny that they are RPs under the OPA for any underwater discharges of oil from the Macondo well. The Transocean Defendants also admit that BP Exploration & Production, Inc. and others were designated as RPs for the discharges from the well.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 93 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 93.

94.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 94 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 94.

95.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 95 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 95.

96.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 96 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 96.

97.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 97 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 97.

98.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 98 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 98.

99.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 99 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 99.

100.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 100 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 100.

101.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 101 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 101.

102.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 102 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 102.

103.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 103 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 103.

104.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 104 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 104.

105.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 105 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 105.

106.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 106 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 106.

107.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 107 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 107.

108.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 108 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 108.

109.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 109 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 109.

110.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 110 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 110.

111.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 111 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 111.

112.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 112 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 112.

113.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 113 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 113.

114.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 114 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 114.

115.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 115 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 115.

116.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 116 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 116.

117.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 117 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 117.

118.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 118 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 118.

119.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 119 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 119.

120.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 120 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 120.

121.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 121 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 121.

122.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 122 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 122.

123.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 123 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 123.

124.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 124 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 124.

125.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 125 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 125.

126.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 126 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 126.

127.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 127 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 127.

128.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 128 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 128.

129.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 129 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 129.

130.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 130 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 130.

131.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 131 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 131.

132.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 132 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 132.

133.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 133 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 133.

134.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 134 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 134.

135.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 135 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 135.

136.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 136 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 136.

137.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 137 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 137.

138.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 138 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 138.

139.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 139 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 139.

140.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 140 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 140.

141.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 141 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 141.

142.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 142 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 142.

143.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 143 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 143.

144.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 144 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 144.

145.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 145 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 145.

146.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 146 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 146.

147.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 147 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 147.

148.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 148 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 148.

149.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 149 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 149.

150.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 150 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 150.

151.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 151 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 151.

152.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 152 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 152.

153.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 153 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 153.

154.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 154 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 154.

155.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 155 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 155.

156.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 156 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 156.

157.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 157 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 157.

158.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 158 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 158.

159.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 159.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 159 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 159.

160.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 160.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 160 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 160.

161.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 161.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 161 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 161.

162.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 162.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 162 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 162.

163.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 163.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 163 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 163.

164.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 164 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 164.

165.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 165 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 165.

166.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 166 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 166.

167.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 167 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 167.

168.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 168 (and its subparts).  As to the remaining defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 168 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 168 (and its subparts).

169.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 169 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 169.

170.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 170 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 170.

171.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 171 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 171.

172.     The Transocean Defendants admit only that Plaintiffs are seeking injunctive or equitable relief.  To the extent not expressly admitted, and with regard to other assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 172 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 172.

173.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 173 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 173.

174.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 174 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 174.

175.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 175 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 175.

176.    The Transocean Defendants admit only that Plaintiffs seek certification of a class action.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 176 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 176.

177.    The Transocean Defendants admit only that Plaintiffs seek certification of a class and three subclasses.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 177 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 177.

178.    The Transocean Defendants admit only that Plaintiffs seek certification of a class and three subclasses.  To the extent not expressly admitted, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 178 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 178 (and its subparts).

179.    The Transocean are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 179 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 179.

180.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 180 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 180.

181.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 181 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 181.

182.    The Transocean Defendants deny misconduct.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 182 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 182.

183.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 183 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 183.

184.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 184 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 184.

185.    The Transocean Defendants deny unlawful conduct.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 185 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 185.

186.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 186 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 186 (and its subparts).

187.    The Transocean Defendants deny unlawful and/or wrongful conduct.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 187 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 187.

188.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 188 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 188.

189.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 189 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 189.

190.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 190 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 190.

191.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 191 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 191.

192.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 192 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 192.

193.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 193 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 193.

194.   Paragraph 194 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as necessary and, accordingly, no further response is required to the allegations contained in Paragraph 194.

195.   The allegation set forth in Paragraph 195 contains a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

196.   The Transocean Defendants admit that the Coast Guard has named BP Exploration & Production, Inc. and others as RPs for the release of oil emanating from the Macondo well beneath the surface of the water.   The Transocean Defendants further admit that the Coast Guard has named TH as a responsible party for the release of diesel fuel emanating from the *Deepwater Horizon* on the surface of the water (not oil discharged from the Macondo well).   The Transocean Defendants deny the allegation that they are liable pursuant to Section 2702 for all the damages that result from the oil spill.   The remaining allegations set forth in this paragraph contain a statement of law and do not require a response by the Transocean Defendants; this paragraph is denied.

197.   The Transocean Defendants deny that Plaintiffs are entitled to recovery from the Transocean Defendants.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 197 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 197.

198.     The Transocean Defendants deny the allegation that they are liable pursuant to Section 2702(b)(2)(B).  The remaining allegations set forth in this paragraph contain a statement of law and do not require a response by the Transocean Defendants; this paragraph is denied.

199.     The Transocean Defendants deny the allegation that they are liable pursuant to Section 2702(b)(2)(E).  The remaining allegations set forth in this paragraph contain a statement of law and do not require a response by the Transocean Defendants; this paragraph is denied.

200.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 200 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 200.  The remaining allegations set forth in this paragraph contain a statement of law and do not require a response by the Transocean Defendants; this paragraph is denied.

201.     Admitted as pertaining to BP.

202.     Paragraph 202 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.  The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate, and accordingly no further response is required to the allegations contained in Paragraph 202.

203.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 203 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 203.

204.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 204 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 204.

205.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 205 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 205.

206.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 206 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 206.

207.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 207 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 207.

208.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 208 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 208.

209.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 209 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 209.

210.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 210 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 210.

211.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 211 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 211.

212.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 212 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 212.

213.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 213 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 213.

214.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 214 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 214.

215.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 215 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 215.

216.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 216 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 216.

217.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 217 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 217.

218.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 218 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 218.

219.    Paragraph 219 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have

responded to each of the preceding paragraphs and incorporate those responses as appropriate, and accordingly no further response is required to the allegations contained in Paragraph 219.

220.     The Transocean Defendants deny that they failed to exercise reasonable care in the operation, maintenance, handling, design, implementation and execution of the relief and recovery measures.  With respect to the remaining assertions and defendants, the Transocean Defendants lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations in this Paragraph 220 and deny these allegations for lack of sufficient information or knowledge.

221.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 221 (and its subparts).  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 221 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 221 (and its subparts).

222.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 222 (and its subparts).  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 222 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 222 (and its subparts).

223.     The Transocean Defendants deny that they breached any duty or duties by the conduct identified in Paragraph 223 (and its subparts).  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 223 (and its subparts) are true

and, therefore, deny all aspects and implications of the allegations in Paragraph 223 (and its subparts).

224.    The Transocean Defendants deny breach of duty or duties.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 224 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 224.

225.    The Transocean Defendants deny breach of duty or duties.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 225 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 225.

226.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 226.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 226 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 226.

227.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 227.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 227 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 227.

228.    The Transocean Defendants deny breach of duties.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or

information to form a belief as to whether the assertions set forth in Paragraph 228 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 228.

229.    Paragraph 229 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.  The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate, and accordingly no further response is required to the allegations contained in Paragraph 229.

230.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 230.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 230 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 230.

231.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 231.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 231 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 231.

232.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 232.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 232 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 232.

233.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 233.  With respect to the remaining assertions and defendants, the Transocean

Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 233 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 233.

234.   The Transocean Defendants deny wanton or reckless conduct.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 234 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 234.

235.   The Transocean Defendants deny wanton or reckless acts.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 235 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 235.

236.   The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 236.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 236 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 236.

237.   Paragraph 237 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.  The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 237.

238.   The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 238.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the

assertions set forth in Paragraph 238 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 238.

239.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 239.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 239 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 239.

240.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 240.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 240 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 240.

241.     The Transocean Defendants deny grossly negligent, reckless, willful, and/or wanton actions or inactions.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 241 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 241.

242.     The Transocean Defendants specifically deny violations of statutory and/or regulatory standards.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 242 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 242.

243.     Paragraph 243 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 243.

244.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 244 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 244.

245.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 245 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 245.

246.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 246 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 246.

247.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 247 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 247.

248.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 248 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 248.

249.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 249 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 249.

250.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 250 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 250.

251.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 251 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 251.

252.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 252 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 252.

253.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 253 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 253.

254.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 254 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 254.

255.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 255 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 255.

256.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 256 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 256.

257.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 257 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 257.

258.    The allegation set forth in Paragraph 258 is not directed at the Transocean Defendants and does not require a response by the Transocean Defendants; this paragraph is denied.

259.    Paragraph 259 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 259.

260.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 260 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 260.

261.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 261 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 261.

262.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 262 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 262.

263.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 263 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 263.

264.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 264 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 264.

265.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 265 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 265.

266.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 266.

267.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 267.

268.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 268.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 268 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 268.

269.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 269.

270.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 270.

271.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 271.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the

assertions set forth in Paragraph 271 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 271.

272.     Paragraph 272 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 272.

273.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 273.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 273 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 273.

274.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 274.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 274 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 274.

275.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 275.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 275 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 275.

276.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 276.   With respect to the remaining assertions and defendants, the Transocean

Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 276 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 276.

277.   The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 277.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 277 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 277.

278.   Paragraph 278 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 278.

279.   The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 279.

280.   The Transocean Defendants admit only that Plaintiffs are seeking injunctive or equitable relief from the Transocean Defendants, but deny entitlement to such relief from the Transocean Defendants. With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 280 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 280.

281.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 281 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 281.

282.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 282 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 282.

283.   The Transocean Defendants deny negligence or tortious conduct.   As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 283 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 283.

284.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 284 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 284.

285.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 285 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 285.

286.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 286 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 286.

287.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 287 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 287.

288.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 288 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 288.

289.     Paragraph 289 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.   The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 289.

290.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 290 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 290.

291.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 291 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 291.

292.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 292 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 292.

293.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 293 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 293.

294.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 294 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 294.

295.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 295 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 295.

296.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 296.    As to the remaining defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 296 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 296.

297.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 297 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 297.

298.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 298 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 298.

299.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 299 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 299.

300.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 300 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 300.

301.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 301 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 301.

302.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 302 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 302.

303.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 303 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 303.

304.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 304 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 304.

305.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 305 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 305.

306.    The allegation set forth in paragraph 306 is not directed at the Transocean Defendants and does not require a response by the Transocean Defendants; this paragraph is denied.

307.    Paragraph 307 is a statement that Plaintiffs reallege each and every allegation set forth in the preceding paragraphs as if fully stated here.  The Transocean Defendants have responded to each of the preceding paragraphs and incorporate those responses as appropriate and, accordingly, no further response is required to the allegations contained in Paragraph 307.

308.    The Transocean Defendants admit that one or more of the Transocean Defendants are the managing owners, owners *pro hac vice*, and/or operators of the *Deepwater Horizon*.  The Transocean Defendants further admit that on or about April 20, 2010, an explosion and fire occurred on the *Deepwater Horizon*, the *Deepwater Horizon* subsequently sank, and the Macondo well leaked oil into the Gulf of Mexico.  The Transocean Defendants deny that they owned, leased, operated, and/or maintained the Macondo well.   The Transocean Defendants lack information or knowledge sufficient to form a belief as to the truth of the remaining allegations in this paragraph and deny these allegations for lack of sufficient information or knowledge.

309.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 309.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 309 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 309.

310.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 310.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 310 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 310.

311.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 311.  Additionally, the allegation set forth in Paragraph 311 contains a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

312.    The allegation set forth in Paragraph 312 contains statements of law, which do not require a response by the Transocean Defendants; this paragraph is denied.

313.    The Transocean Defendants admit that the U.S. Coast Guard named TH as an RP under the OPA for the release of diesel fuel emanating from the *Deepwater Horizon* on the surface of the water (and not from the Macondo well).  The Transocean Defendants deny that they are RPs under the OPA for any underwater discharges of oil from the Macondo well, and/or that they are liable under the Florida Act for all damages, as defined by the Florida Act, that result from the oil spill.  As to the remaining defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 313 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 313.

314.   The allegation set forth in Paragraph 314 contains a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

315.   The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 315 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 315.

316.   The Transocean Defendants deny that Plaintiffs are entitled to recovery from the Transocean Defendants.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 316 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 316.

317.   The Transocean Defendants deny that they are liable under Fla. Stat. § 376.031(5).  The allegations set forth in Paragraph 317 contain a statement of law, which does not require a response by the Transocean Defendants; this paragraph is denied.  With regard to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 317 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 317.

318.   The allegation set forth in Paragraph 318 contains a statement of law and does not require a response by the Transocean Defendants; this paragraph is denied.

319.   The Transocean Defendants deny breach of duty or duties.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 319 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 319.

320.     The Transocean Defendants deny that Plaintiffs are entitled to compensatory and punitive damages from the Transocean Defendants.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 320 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 320.

321.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 321.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 321 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 321.

322.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 322.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 322 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 322.

323.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 323.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 323 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 323.

324.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 324 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 324.

325.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 325.

326.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 326.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 326 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 326.

327.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 327.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 327 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 327.

328.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 328.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 328 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 328.

329.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 329.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 329 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 329.

330.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 330.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 330 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 330.

331.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 331.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 331 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 331.

332.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 332.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 332 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 332.

333.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 333.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 333 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 333.

334.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 334.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the

assertions set forth in Paragraph 334 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 334.

335.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 335.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 335 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 335.

336.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 336.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 336 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 336.

337.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 337.   With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 337 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 337.

338.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 338 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 338.

339.    The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 339 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 339.

340.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 340 (and its subparts).  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 340 (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in Paragraph 340 (and its subparts).

341.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 341 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 341.

342.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 342 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 342.

343.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 343.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 343 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 343.

344.     The Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 344 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 344.

345.     The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 345.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the

assertions set forth in Paragraph 345 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 345.

346.    The Transocean Defendants deny all aspects and implications of the allegations in Paragraph 346.  With respect to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 346 are true and, therefore, deny all aspects and implications of the allegations in Paragraph 346.

With respect to the unnumbered Prayer for Relief (and its subparts), the Transocean Defendants deny that Plaintiffs are entitled to the relief requested.  As to the remaining assertions and defendants, the Transocean Defendants are without sufficient knowledge or information to form a belief as to whether the assertions set forth in the Prayer for Relief (and its subparts) are true and, therefore, deny all aspects and implications of the allegations in the Prayer for Relief (and its subparts).

## GENERAL DENIAL

The Transocean Defendants deny all allegations of the Complaint not specifically admitted herein, including but not limited to those set forth in all unnumbered paragraphs and/or sub-headings.

## AFFIRMATIVE DEFENSES

1.    The Transocean Defendants set forth their affirmative defenses which apply to all claims unless otherwise noted.  By setting forth these affirmative defenses, the Transocean Defendants do not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs.

### Personal Jurisdiction

2.    This Court lacks personal jurisdiction over the Transocean Defendants.

**Standing**

3.     Plaintiffs lack standing because they have not alleged nor can they prove an actual or threatened injury caused by the Transocean Defendants' conduct and redressable by this Court.

**Proper Parties/Joinder**

4.     Plaintiffs are not the proper parties to assert any claims for natural resource damages.

5.     Plaintiffs have failed to join an indispensable party (or parties) under Rule 19, Federal Rules of Civil Procedure.

**Ripeness**

6.     Plaintiffs' claims for relief are not ripe.

**Failure To State A Claim**

7.     Plaintiffs have failed to state a claim upon which relief can be granted.

8.     Plaintiffs have failed to plead, much less satisfy, conditions precedent to recovery.

9.     Plaintiffs' claims are barred to the extent that the Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

**Shipowners' Limitation of Liability Act**

10.     The Transocean Defendants assert all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, *et. seq.*  As a separate and complete defense to some or all of Plaintiffs' claims, the Transocean Defendants aver that the subject incident was occasioned without the privity or knowledge of the Transocean Defendants; and that the amount of damages alleged in the Complaint greatly exceed the amount of value of the interest of the Transocean Defendants in the mobile offshore drilling unit ("MODU") *Deepwater Horizon* and her freight then pending, and Transocean Defendants accordingly invoke the

benefits of the provisions of the revised statute of the United States of America and acts amendatory thereof and supplement thereto, specifically 46 U.S.C. § 30501 *et seq.*, in the limitation of liability of shipowners, under which provision Plaintiffs are not entitled to recover damages in a sum in excess of the value of Transocean Defendants' interest in said vessel and her pending freight at the conclusion of the voyage during which the subject incident occurred. The pleading of limitation of liability is not made as an admission of liability, but is made subject to the full denial set forth above in this pleading of any and all liability.

11.    Certain of Plaintiffs' claims are enjoined, stayed and restrained until the hearing and termination of the Limitation of Liability proceedings pursuant to the Limitation Court's Order dated June 14, 2010, and the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, *et seq.*

## Oil Pollution Act

12.    The Transocean Defendants assert all defenses available under the Oil Pollution Act ("OPA"), 33 U.S.C. § 2701 *et seq.*, including, without limitation:

(a)    Plaintiffs have failed to make presentment of some or all of its claims as required under OPA.

(b)    Plaintiffs have no right of action against one or more of the Transocean Defendants to the extent any of them is not a responsible party as defined under OPA.

(c)    OPA eliminates or limits Plaintiffs' alleged rights of recovery for certain economic loss claims.

(d)    OPA does not provide for or allow a determination of joint and several liability, but requires an apportionment of fault.

**Maritime And State Law Claims**

13.     The Transocean Defendants assert all defenses to any maritime and state law claims including, without limitation:

(a)     The Transocean Defendants assert preemption to the extent that federal common law, including maritime law, is displaced by the Outer Continental Shelf Land Act, 43 U.S.C. §1331 *et. seq.* or the Oil Pollution Act, 33 U.S.C. §2701 *et. seq.*

(b)     The Transocean Defendants assert that, under the Outer Continental Shelf Lands Act, 43 U.S.C. §1331, *et seq.*, the Court must apply federal law, including the Oil Pollution Act and/or maritime law, to the exclusion of the law of the adjacent State.

(c)     The Transocean Defendants assert that Plaintiffs' claims for purely economic losses, and any declaration or injunction pertaining to such claims, are barred absent physical injury to a proprietary interest, pursuant to *Robins Dry Dock & Repair Co. v. Flint*, 271 U.S. 303, 309 (1927) or similar precedent in Texas, Louisiana, Mississippi, Alabama, Florida, and/or other states.

(d)     The Transocean Defendants assert that under Florida law liability is limited by F.S. §376.12(2).  The Transocean Defendants are not responsible parties under F.S. § 376.12.  The Transocean Defendants further assert the defenses available under F.S. §376.12(7).

**Causation**

14.     Plaintiffs complain of harm not caused or contributed to in any manner by the Transocean Defendants, their alleged servants, employees, agents, or anyone for whom the Transocean Defendants are responsible.  The incident and resulting harm that are the subject of the Complaint were caused by the fault, negligence, breach of contract, breach of warranty,

statutory and regulatory violations of other persons, entities, or sovereigns for whom Transocean Defendants are not legally responsible.

15.     The injuries and resulting damages alleged to have been sustained by the Plaintiffs resulted from a superseding or intervening cause for which the Transocean Defendants are not responsible.

16.     The injuries and resulting damages alleged to have been sustained by the Plaintiffs were not proximately caused by any acts and/or omissions of the Transocean Defendants.

17.     The injuries and resulting damages alleged to have been sustained by the Plaintiffs were not foreseeable as a matter of law.

### Damages

18.     Plaintiffs may not recover on the claims pleaded in the Complaint because the damages sought are too speculative and remote.

19.     Plaintiffs have not reasonably mitigated their damages.

20.     The Transocean Defendants are entitled to set off, should any damages be awarded against them, in the amount recovered by Plaintiffs with respect to the same alleged injuries.  The Transocean Defendants assert payment and release to the extent that any Plaintiffs' alleged injuries have been or will be fully redressed under the Oil Pollution Act or other applicable statute or rule.  The Transocean Defendants are also entitled to have any damages that may be awarded to Plaintiffs reduced by the value of any benefit or payment to Plaintiffs from any collateral source.

21.     Punitive damages are not recoverable against the Transocean Defendants as a matter of law.

22.     The Transocean Defendants deny that any of them have engaged in conduct that would support an award of punitive damages.

23.     Any award of punitive damages against the Transocean Defendants would be in violation of the Constitutional safeguards provided to the Transocean Defendants under the Constitution of the United States, and under state constitutions or statutory regimes, if applicable. The imposition of punitive damages would violate Transocean Defendants' rights to (1) protection against excessive fines under the Eighth Amendment to the Constitution of the United States (and state constitutions or statutory regimes, if applicable) and (2) due process and equal protection of the law under the Fifth and Fourteenth Amendments of the United States Constitution (and state constitutions or statutory regimes, if applicable) in that: (a) the issue of punitive damages would be submitted to a jury without any adequate standards for determination, (b) the jury would be required to decide issues of law rather than issues of fact, (c) there is no adequate review of a jury determination of punitive damages, (d) punitive damages can be imposed jointly without regard to the responsibility of the individual defendants, (e) penalties can be imposed without the increased burden of proof and other protections required by criminal laws, (f) evidence is submitted to the jury on issues of liability that should be limited to the issues of punitive damages only, and (g) the amount of punitive damages are determined in part by the financial status of the defendant.

### Equitable Relief

24.     Plaintiffs' claims for equitable relief are barred because of improper claim splitting and/or because equitable relief is not available under any of the alleged causes of action, Plaintiffs have an adequate remedy at law, the hardship that would be imposed on the Transocean Defendants by the relief is greatly disproportionate to any hardship that the Plaintiffs might suffer in its absence, because the Court lacks any sufficiently certain, non-speculative

basis for fashioning such relief, and/or because the alleged conduct of the Transocean Defendants was undertaken in good faith for a valid business purpose.

### Class Actions

25.     A class action claim cannot be maintained in the context of an action under the Shipowners Limitation of Liability Act.  In such an action, each claimant must assert their claim individually.

26.     The Transocean Defendants assert all defenses to Plaintiffs' allegation that a class action under Rule 23, Federal Rules of Civil Procedure, is appropriate in this matter, including, but not limited to, lack of numerosity, commonality, typicality, and inability of the representative party or parties to fairly and adequately protect the interests of the purported class.

### Adoption Of Affirmative Defenses And Reservation To Amend Answer

27.     Any affirmative defenses pleaded by the other defendants and not pleaded by the Transocean Defendants are incorporated herein to the extent such defenses do not conflict with the Transocean Defendants' affirmative defenses.

28.     The Transocean Defendants reserve the right to amend their Answer, Rule 12(b) defenses and other defenses, and to assert cross-claims and third-party claims, as appropriate.

WHEREFORE, the Transocean Defendants pray that their defenses be deemed good and sufficient; that after due proceedings are had there be judgment in favor of the Transocean Defendants, dismissing all claims asserted by Plaintiffs, with prejudice, at Plaintiffs' cost; and for any and all other just and equitable relief deemed appropriate.

Respectfully submitted,


By:   /s/ Steven L. Roberts
      Steven L. Roberts (Texas, No. 17019300)
      Rachel Giesber Clingman (Texas, No. 00784125)
      Kent C. Sullivan (Texas, No. 19487300)
      Teri L. Donaldson (Florida, No. 784310)
      Sutherland Asbill & Brennan LLP
      1001 Fannin Street, Suite 3700
      Houston, Texas 77002
      Telephone: (713) 470-6100
      Facsimile: (713) 654-1301
      Email: steven.roberts@sutherland.com,
      rachel.clingman@sutherland.com,
      kent.sullivan@sutherland.com,
      teri.donaldson@sutherland.com

By:   /s/ Kerry J. Miller
      Kerry J. Miller (Louisiana, No. 24562)
      Frilot, L.L.C.
      1100 Poydras Street, Suite 3700
      New Orleans, Louisiana 70163
      Telephone: (504) 599-8169
      Facsimile: (504) 599-8154
      Email: kmiller@frilot.com

      -and-

      /s/ Edwin G. Preis, Jr.
      Edwin G. Preis, Jr. (Louisiana, No. 10703)
      Edward F. Kohnke, IV (Louisiana, No. 07824)
      Preis & Roy PLC
      102 Versailles Boulevard, Suite 400
      Lafayette, Louisiana 70501
      Telephone: (337) 237-6062
      Facsimile: (337) 237-9129
      -and-
      601 Poydras Street, Suite 1700
      New Orleans, Louisiana 70130
      Telephone: (504) 581-6062
      Facsimile: (504) 522-9129
      Email: egp@preisroy.com,
      efk@preisroy.com


Of Counsel:

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

COUNSEL FOR THE TRANSOCEAN DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 28th day of February, 2011.


/s/ Kerry J. Miller
_____