

**CT Corporation**

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com



February 17, 2011

R. Michael Underhill
7-5395 Federal Bldg., Box 36028,
450 Golden Gate Avenue,
San Francisco, CA 94102-3463

Re: United States of America, Pltf. vs. BP Exploration & Production, Inc., et al. including Anadarko Exploration & Production Inc., Dfts.

Case No. 104536 ᴊ(U)

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Anadarko Exploration & Production Inc is not listed on our records or on the records of the State of TX.

Very truly yours,

A Garcia
Process Specialist

Log# 518059402

FedEx Tracking# 796777587803

cc: United States District Court, Eastern District
    500 Poydras,
    Room C-151,
    New Orleans, LA 70130