UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### ORDER

Before the Court is certain Plaintiffs' **Motion for Reconsideration of the Court's February 2, 2011 Order Regarding the Plaintiffs' Steering Committe's Motion to Supervise Ex Parte Communications Between BP Defendants and Putative Class Members (Rec. Doc. 1362)**.

In their Motion, Plaintiffs[1] dispute two of the Court's findings: that Mr. Ken Feinberg was chosen by Defendant BP and that Mr. Ken Feinberg is not completely independent from BP. Plaintiffs contend that President Obama chose Mr. Feinberg to lead the claims facility and that therefore the selection and control of Mr. Feinberg is not reviewable by the judicial branch. Furthermore, Plaintiffs argue that the political question doctrine prohibits the Court's interference with a process established by the executive branch of government.

The Court finds that Plaintiffs' arguments have no merit. Indeed, in its own Statement Regarding the Court's February 2, 2011 Order, the United States writes that Mr. Feinberg "is not a government official of any sort, and his decisions are neither controlled by the government nor BP." (Rec. Doc. 1332 at 5.) Accordingly,

---

[1]The Plaintiffs who bring this Motion are represented by attorneys who are not members of the Plaintiffs' Steering Committee.

**IT IS ORDERED** that Plaintiffs' **Motion for Reconsideration of the Court's February 2, 2011 Order Regarding the PSC's Motion to Supervise Ex Parte Communications Between BP Defendants and Putative Class Members (Rec. Doc. 1362)** is hereby **DENIED**.

New Orleans, Louisiana, this 28th day of February, 2011.

                                                                                          _____
                                                                                          **CARL J. BARBIER**
                                                                                          **United States District Judge**