UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Defendants O'Brien's Response Management, Inc. and National Response Corporation, pursuant to Local Civil Rule 78.1, respectfully request oral argument on their Motion to Dismiss the B3 Bundle Master Complaint.

Dated: February 28, 2011

      Respectfully submitted,

      /s/ Michael J. Lyle
      Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
      Eric C. Lyttle (DC Bar #482856)
      WEIL, GOTSHAL & MANGES LLP
      1300 Eye Street, NW, Suite 900
      Washington, D.C. 20005
      Telephone: (202) 682-7157
      Facsimile: (202) 857-0940

      Theodore E. Tsekerides (NY Bar #2609642)
      Jeremy T. Grabill (NY Bar #4501755)
      Sylvia E. Simson (NY Bar #4803342)
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York  10153
      Telephone: (212) 310-8218
      Facsimile: (212) 310-8007

      Patrick E. O'Keefe
      Philip S. Brooks, Jr.
      MONTGOMERY BARNETT
      3300 Energy Centre
      1100 Poydras Street
      New Orleans, LA 70163-3300
      Telephone: (504) 585-3200
      Facsimile: (504) 585-7688

      *Attorneys for O'Brien's Response Management, Inc.*

Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY Bar #2609642)
Jeremy T. Grabill (NY Bar #4501755)
Sylvia E. Simson (NY Bar # 4803342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

*Attorneys for National Response Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

/s/ Michael J. Lyle
Michael J. Lyle