## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## O'BRIEN'S RESPONSE MANAGEMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 5.6 of the Eastern District of Louisiana, O'Brien's Response Management, Inc. states that it is a subsidiary of SEACOR Holdings Inc. SEACOR Holdings Inc. is a publicly traded company and owns 100% of the stock in O'Brien's Response Management, Inc.

Dated: February 28, 2011

        Respectfully submitted,

        /s/ Michael J. Lyle
        Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
        Eric C. Lyttle (DC Bar #482856)
        WEIL, GOTSHAL & MANGES LLP
        1300 Eye Street, NW, Suite 900
        Washington, D.C. 20005
        Telephone: (202) 682-7157
        Facsimile: (202) 857-0940

        Theodore E. Tsekerides (NY Bar #2609642)
        Jeremy T. Grabill (NY Bar #4501755)
        Sylvia E. Simson (NY Bar #4803342)
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone: (212) 310-8218
        Facsimile: (212) 310-8007

        Patrick E. O'Keefe
        Philip S. Brooks, Jr.
        MONTGOMERY BARNETT
        3300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-3300
        Telephone: (504) 585-3200
        Facsimile: (504) 585-7688

        *Attorneys for O'Brien's Response Management, Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing O'Brien's Response Management, Inc.'s Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

            /s/ Michael J. Lyle
            Michael J. Lyle