MINUTE ENTRY
BARBIER, J.
FEBRUARY 25, 2011
JS-10: 1 hr., 15 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
    "DEEPWATER HORIZON" in the :
    GULF OF MEXICO, on :
    APRIL 20, 2010 : SECTION: J
     :
     : JUDGE BARBIER
     : MAG. JUDGE SHUSHAN

----

COURTROOM DEPUTY:                              COURT REPORTER:
EILEEN STENSRUD                              CATHY PEPPER

FRIDAY, FEBRUARY 25, 2011   9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported that approximately 15 cases are pending in various state courts. Additionally, a stay has been issued by the Texas MDL panel in seven of those cases.

1

BP Counsel Langan reported on the status of MDL No. 2185 before Judge Ellison in the Southern District of Texas.

David Goodwin, counsel for BP with respect to the related insurance-coverage litigation, reported on the insurance-coverage cases. A proposed Case Management Order for the insurance cases will be submitted to the Court within the month.

BP Counsel Don Haycraft reported that depositions are ongoing and on schedule. Twelve depositions have been taken thus far.

Department of Justice Attorney Steve O'Rourke reported on the status of the ongoing testing of the blowout preventer and cement.

The four pending motions regarding preservation-of-evidence obligations were discussed. IT IS ORDERED that the two motions submitted by the United States be GRANTED (Rec. Docs. 1277 and 1321). The Court will sign the proposed orders that were filed along with the motions. Plaintiffs' Liaison Counsel and BP Counsel are still working through the two preservation-of-evidence motions submitted by BP.

There was discussion of the pending Plaintiffs' Steering Committee's Motion for Leave to File Voluntary Local Government Master Complaint and to Adopt Local Government Short-Form Joinder (Rec. Doc. 1093). The parties were instructed to continue to meet and confer on the Motion.

Liaison Counsel informed the Court that they have reached an agreement with respect to how to handle documents produced by BP in the Texas City litigation, and they have submitted a proposed Pretrial Order to the Court. The Court agreed to sign the Order.

Alabama Attorney General Luther Strange informed the Court that an amended complaint will be filed shortly by the State of Alabama.

Transocean's Rule 14(c) pleading, and the pleadings schedule per CMO No. 1, were discussed by Kerry Miller, counsel for Transocean.

Two cases, Altier v. Worley Catastrophe Response, LLC, et al. (C.A. 11-241) and Altier v. Worley Catastrophe Response (C.A. 11-242) were filed on behalf of former claims adjusters. BP Counsel Andy Langan reported that the parties would return to the Court with a proposed plan for handling these cases.

**The Lexus-Nexus representative, Dana Argroves, introduced herself to the Court and counsel.**

**All counsel were reminded of the April 20, 2011 deadline to file claims in the limitation.**

**The Court asked counsel to begin discussing a trial plan for the limitation trial set for February 27, 2012.**

**The next status conference will be held on MARCH 25, 2011 at 9:30 a.m. CST.**

**The Court thanked counsel for their continued cooperation, both with each other and the Court.**

**Court adjourned at 10:45 a.m.**

**ATTORNEYS: See attached list**