# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Natalie Mitchell | 504-524-0206 | Cajun Crab, LLC etal |
| Mike Espy | 601 613 4608 | PSC |
| T. Roy | 337 278 7892 | PSC - co(unsel) |
| Luther Strange | 205-218-4379 | Alabama |
| Robin Greenwald | 212-558-5802 | PSC |
| Chris Searcy | 561-308-2453 | PSC |
| ~~Ben York~~ | | |
| Steve O'Rourke | 202 514 2779 | USA |
| Gary Davis | 828-622-0044 | PSC |
| Donnell Calmey | 504 258 5741 | TAM |
| Steven Hartmann | 225 326 2483 | AGO |
| Tracie Washington | 504.872.9134 | WJF |
| Josh Keller | 504-581-5141 | DRC |
| Roy Rundel | 504-522-2222 | JF |
| Shubha Chandu | (516) 695-8772 | Student |
| Halina Schiffman-Shilo | 202-489-4909 | Student |
| Corey Maze | 256 490 4878 | Alabama |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Carmelite Bertaut | 593-0898 | Cameron |
| Stefanie Major | (214) 939-4428 | Halliburton |
| Kathryn [illegible] | [illegible] 693-327-7128 | Brunswick |
| Steve Roberts | 7134706[illegible] | TO |
| Michael Maloney | 713 759-1600 | Ranger Ins. |
| Jeff Breit | 757-658382 | PSC |
| Drew Ranier | 337 494 0535 | P |
| Donald Godwin | (214) 939-4400 | Halliburton |
| Alan York | (214) 939-4400 | Halliburton |
| Jenny Martinez | (214) 939-4400 | Halliburton |
| D Arceneaux | 404 255448 | LANG |
| Robyn Lessinger | 4042818104 | PSC |
| Blayne Honeycutt | 225-664-0304 | PSC |
| Scott Bickford | 561-9065 | TC |
| Robert Cunningham | 251-471-6191 | PSC |
| Henry Dart | 985-809-8093 | St of LA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Brett Powers | 337-494-0599 | TT |
| Bobby Delise | 704-876-800 | TT |
| Kenneth W. Smith | (703) 887-2586 | Plaintiff |
| Russell S. Gill | 228 432-0007 | Plaintiff |
| Stan Duval | 985-855-2811 | TT |
| Olivia Martin | 334-242-7393 | State of AL |
| Josh Wexler | 954-877-8476 | TLS Student |
| Charles R. Osterberg | 510-225-8843 | TLS Student |
| Doug Kraus | 504 581-1312 | various plaintiff |
| Bill Stradley | 713-202-9064 | MDL2185 Securities |
| Becky Malone | 826-3417 | Times Pic |
| Aaron Ahlquist | 581-4892 | TT |
| Ed Sherman | 504-865-5979 |  |
| Brent Coon | 409 835 2666 | TT |
| David Goodwin | 415 591 0000 | BP |
| Chris Bantwell | 334-201-4805 | TT |
| Kevin Jones | 324 451 0301 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Nicholas Cepac | 206 225 6206 | N/A |
| Korey Nelson | 504 525.8100 | Plaintiff |
| Gabriel Scott | 907-494-0856 | Tulane Law Sch. |
| Kimberly Cheeseman | 304-8455-9664 | Tulane Law Sch. |
| Drew Bagwell | 228-596-5453 | Tulane |
| Soren Gisleson | 581-4892 | TTS |
| George Gilly | 584-9289 | TO insurers |
| Merel Alvarez | 599-3385 | Isadore Creppel |
| David McCendon | 261-8660 | Watts Law Firm |
| Stephen B. Murrey | 504 525 8100 | TY |
| Samuel M. Rosand(?) | 568-1933 | |
| George F. Crow | 281-391-9275 | Lone Aviation |
| Steve Fineman | 212-355-9500 | TT |
| Timothy A. Duffy | 312-862-2445 | BP |
| Gary Mason | (202-429-2290) | TT |
| Paul Sterbcow | 585-1500 | PSC |
| Jimmy Williamson | (713) 223-3330 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| BERWICK DUVAL | 985-876-6410 | PSC |
| MARTIN MCLEOD | 534-9212 | TO UNDERWRITERS |
| Scott Summy | 214-384-1913 | PSC |
| Russell Budd | 214/729-6285 | TP |
| Robert Gasaway | 202-879-5115 | BP |
| Wayne Conroy | 212 784 6402 | TI |
| Mitchell Breit | 212 784 6422 | TI |
| CHRIS HANNAN | 504-566-8612 | UNDERWRITERS |
| JIMMY ROUSSEL | | |
| Anthony Tarricone | 617-424-9100 | TI |
| Mikal Watts | 210-447-0500 | TI |
| Mark Nomellini | 312 862 2410 | BP |
| ALEXANDRA NATAL | 787-507-4124 | Tulane |
| Cheryl Chapman | | |
| Bill Markovits | 513-621-0267 | TI |
| Stephen Pesce | (504) 569 0255 | DRC |
| Andy Dupre | " | DRC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Allan Kanner | 304 5245777 | LIA AG |
| Lauren Paulk | 804-423-1803 | TLS Student |
| [illegible] | 738905105 | MJ |
| [illegible] Brown | 334.299.1994 | BP |
| Matt Lundy | 337-439-0707 | [illegible] |
| [illegible] Peters | 458/218-0x5? | PSC |
| Skip [illegible] | 504 561-0400 | Dynamic |
| Karen Gase | 281-366-4294 | BP |
| John Tomlinson | 334-269-2343 | PSC |
| Parker Miller | 334-269-2343 | TI |
| Chris [illegible] | 202-722-4374 | TLS student |
| [illegible] | 585-3200 | O'Briens |
| [illegible] | 362-2466 | [illegible] |
| [illegible] | 2256644192 | PSC |
| Salanna Canfield | 504 940-7294 | [illegible] |
| Glenn Goodier | 504-582-8174 | Weatherford U.S., L.P. |
| Marc Yellin | 5045815141 | IAR |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Phil Cossich | 481-4396 | IP |
| Robert Holden | 586-4130 | BP |
| J. Neale deGravelles | 225-344-3735 | TT |
| John W. deGravelles | " " | TT |
| Scott Richards | 813-222-2073 | TT |
| IRMA ESPINO | 214-521-3606 (108) | TT |
| Colleen Jerry | 592-4600 | Apote |
| DENNIS BARROW | 713 659 6400 | Drill-Quip |
| Matthew Mauby | 913-583-6658 | |
| Liz Caldwell | 214-534-2964 | |
| ERIC Veith | (504) 234.3791 | TT's |
| Ted Tsekerdes | 212-310-8218 | Seaca, O'Bricis, NRC |
| Lili Petersen | 504 524-5777 | LA |
| Phil Wittmann | (504) 581-3200 | CAMERON |
| Jenny Martinez | 214-939-4620 | Halliburton |
| Hugh Lambert | (504) 581-1750 | TT |
| Jerry Neunier | 522-2304 | TTS |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| CARLA BURKE | 214.525.3775 | PSC |
| Don Haycraft | 581-7979 | BP |
| Ky Neil | 202-373-6795 | Anadarko & Moex |
| JEFF FRIEDMAN | 205 616 4559 | T/s |
| Brian Barr | (650) 572-2164 | PSC |
| David A Baswell | 251-928-2970 | PSC Committee |
| Avanle Painter | 985-249-0810 | T/S |
| Andrew Jacoby | 847-224-0388 | PSC Comte – PR+Gulf Ways |
| Yasamin Roomina | 301 412 6563 | |
| Olga Zagika | 347-446-2556 | PSC |
| Josh Palmintier | 225-281-3336 | |
| DENIEL MCCOVEY | 337-291-2431 | BronDum |
| Tripp Sepais | 803-486-0440 | Alies South Seafood |
| Christina Soileau | 504-586-8899 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | Halliburton |
| Jenny Martinez | 214-939-4620 | Halliburton |
| David Beck | 713-951-6209 | Cameron |
| Phil Wittman | 504-581-32?? | Cameron |
| Ky Kirby | 202-373-6795 | Anadarko & Moex |
| Don Haycraft | 581-7979 | BP |
| Andy Langan | — | BP |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's + NRC |
| James P. Roy | 337-278-7892 | [illegible] |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| Kerry Miller | 599-8194 | TO |
| Luther Strange | 205-218-4379 | Alabama |
| Rachel Clingman | 713-470-6189 | Transocean |
| Steve O'Rourke | 202-514-2779 | USA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–February 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ervin A. Long | 305 476 7400 | PSC |
| GARY HEDGPETH | 584-9222 | SEACOR |
| Kevin Tully | 593.4237 | |
| Ralph Whalen | 525-1600 | Ronald Sepulvado |
| John Andry | 586-8899 | Wetzel |
| Shaena Johnson | @939-6482 | |
| Dennis Reich | 713-622-7271 | πs |
| Jason Bonnet | 585-7500 | πs |
| WILLIAM BONNER | 281-471-991 | πs |
| Clay Garside | 504 254-4400 | π |
| Gerald Maples | 228 263 8100 | π |