UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179  SECTION:  J  JUDGE BARBIER |
| This document applies to: All cases. | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Defendant Marine Spill Response Corporation in the above-captioned matter.

Dated:   New York, New York
         February 28, 2011

                                    Respectfully submitted,

                                    **BLANK ROME LLP**
                          By:       /s/ Alan M. Weigel_____
                                    Alan M. Weigel, Esq.
                                    Attorneys for Marine Spill Response Corporation
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174
                                    Telephone: 212-885-5000
                                    Facsimile: 917-332-3836
                                    E-mail: aweigel@blankrome.com

810517.00025/6997748v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of February 2011.

                                           /s/ Alan M. Weigel_____
                                           Alan M. Weigel