UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>**THIS PLEADING APPLIES TO ALL CASES IN PLEADING BUNDLE B1**<br><br>**THIS PLEADING APPLIES TO:**<br>No. 10-2771 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MOTION OF CAMERON INTERNATIONAL CORPORATION TO
DISMISS THE FIRST AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND
THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC
LOSSES ["B1 BUNDLE"] FOR FAILURE TO STATE A CLAIM
AND DEMAND FOR TRIAL BY JURY**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Cameron International Corporation ("Cameron"), respectfully moves for an order dismissing all the claims against Cameron asserted in the First Amended Master Complaint, Cross-Claim, and Third Party Complaint for Private Economic Losses [Doc. 1128] (the "B1 Master Complaint and Third Party Action") for failure to state a claim upon which relief can be granted.

As grounds for its motion, Cameron submits the following:

1

1047736v.1

1. The claims of the B1 Master Complaint and Third-Party Action based on admiralty and state law are pre-empted by the Outer Continental Shelf Lands Act ("OCSLA"). OCSLA requires the exclusive application of federal law to any such causes of action – i.e., OPA – except that "applicable" law of the designated "adjacent" state, here Louisiana law, is borrowed as surrogate federal law to fill any gaps in federal law so long as it is "not inconsistent" with federal law in effect. 43 U.S.C. § 1333(a)(1), (2)(A).

2. The claims of the B1 Master Complaint and Third-Party Action Complaint are pre-empted by OCSLA and should be dismissed without prejudice because allowing the Plaintiffs in this case to invoke remedies of Louisiana law against Cameron would be "inconsistent with" the comprehensive remedial scheme for oil spill compensation established by OPA.

3. If the claims of the B1 Master Complaint and Third-Party Action Complaint are not dismissed without prejudice under OPA and OCSLA, they should be dismissed with prejudice under Louisiana law for the following independent reasons:

    a. The causes of action asserted against Cameron in the B1 Master Complaint and Third-Party Action Complaint fail to state a claim under the Louisiana law exclusively applicable to claims against Cameron as a product manufacturer. LA. REV. STAT. §§ 2800.51-59; and separately,

    b. Those causes of action seek relief that is barred by the "economic loss" doctrine of Louisiana law.

In support of this motion, Cameron respectfully submits the accompanying brief explaining in detail the foregoing grounds for dismissal.

Without waiving its Rule 12 motion, Cameron respectfully demands trial by jury of all issues triable of right by a jury herein.

WHEREFORE, Cameron International Corporation prays for an order dismissing the claims against it pursuant to Federal Rule 12(b)(6).

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A. | */s/ Phillip A. Wittmann* |
|     dbeck@brsfirm.com | Phillip A. Wittmann, 13625 |
| Joe W. Redden, Jr. |     pwittman@stonepigman.com |
|     jredden@brsfirm.com | Carmelite M. Bertaut, 3054 |
| David W. Jones |     cbertaut@stonepigman.com |
|     djones@brsfirm.com | Keith B. Hall, 24444 |
| Geoffrey Gannaway |     khall@stonepigman.com |
|     ggannaway@brsfirm.com | Jared A. Davidson, 32419 |
| |     jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | |
| One Houston Center | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| 1221 Mckinney, Suite 4500 | 546 Carondelet Street |
| Houston, TX 77010-2010 | New Orleans, Louisiana 70130 |
| 713-951-3700 | 504-581-3200 |
| 713-951-3720 (fax) | 504-581-3361 (fax) |
| | |
| Howard L. Murphy, 9844 | **ATTORNEYS FOR CAMERON** |
|     hmurphy@dkslaw.com | **INTERNATIONAL CORPORATION** |
| DEUTSCH, KERRIGAN & STILES | |
| 755 Magazine Street | |
| New Orleans, Louisiana 70130 | |
| 504-581-5141 | |
| 504-566-4039 | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Motion of Cameron International Corporation to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ("B1 Bundle") for Failure to State a Claim and Demand

3

1047736v.1

for Trial By Jury has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

                                                                       */s/ Phillip A. Wittmann*

1047736v.1