*In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010*

**MDL NO. 2179**

**Civil Actions Alleging OCSLA Jurisdiction**

| Action | | Complaint ¶ with OCSLA Allegation |
|---|---|---|
| Felix Alexie | 10-1250 | 4 |
| Larry Alexie | 10-1561 | 4 |
| Balius | 10-3271 | 3 |
| Bang | 10-2097 | 12 |
| Banks | 10-2979 | 11 |
| Peter Barber | 10-3249 | 4 |
| Barber's Seafood | 10-3098 | 15 |
| Bahranovich | 10-3270 | 3 |
| Barker | 10-3267 | 26 |
| Bill's Oyster House LLC | 10-1308 | 5 |
| Brondum | 10-1613 | 29 |
| Cajun Crab, LLC | 10-1516 | 3 |
| Cajun Maid | 10-2675 | 26 |
| Cajun Offshore Carters, LLC | 10-1341 | 4 |
| Carrone | 10-1315 | 5 |
| Cochran | 10-3105 | 34 |
| Contegni | 10-3175 | 8 |
| Contender Boats, Inc. | 10-4208 | 18 |
| Cooley | 10-4212 | 28 |
| Cooper | 10-1229 | 5 |
| Crenshaw | 10-3225 | 9 |
| Creppel | 10-1346 | 5 |
| Danger Corp. | 10-3113 | 3 |
| Daniels | 10-2679 | 5(b) |
| Danzig | 10-1726 | 26 |
| Dewey Destin | 10-2668 | 18 |
| Henry Do | 10-2750 | 5 |
| Donnell | 10-2982 | 11 |
| Duet | 10-1519 | 4 |
| Dugas | 10-1322 | 3 |
| Dumas | 10-1348 | 4 |
| Elmer | 10-1515 | 19 |
| Ferguson | 10-3251 | 28 |
| Fish Commander, LLC | 10-1339 | 4 |
| Fishing Magicians Charters, LLC | 10-1338 | 12 |



EXHIBIT

A

| Action | | Complaint ¶ with OCSLA Allegation |
|---|---|---|
| Friloux | 10-1246 | 4 |
| Frischhertz | 10-1908 | 4 |
| Fruge | 10-1752 | 54 |
| Galliano | 10-2715 | 22 |
| Gaskins | 10-2672 | 3 |
| Greene | 10-4249 | 27 |
| Gregoire | 10-1351 | 2 |
| Gulf Manufacturing | 10-4209 | 29 |
| Harmon | 10-1931 | 36 |
| Hopper | 10-2674 | 4 |
| Ivic | 10-1249 | 8 |
| J&M Boat Rentals, LLC | 10-1747 | 3 |
| Joe Patti Seafood | 10-2667 | 20 |
| Key West Tiki Charters, Inc. | 10-2976 | 11 |
| Kunstler | 10-1345 | 4 |
| Le Discount Seafood | 10-3101 | 30 |
| Hao Van Le | 10-3103 | 26 |
| Tam Le | 10-2114 | 40 |
| Lockridge | 10-2659 | 3 |
| Mandina | 10-2713 | 22 |
| Mandina's of New Orleans | 10-2712 | 22 |
| Manint | 10-2716 | 22 |
| McCoy | 10-2980 | 11 |
| Meyer | 10-2650 | 11 |
| Mitchell | 10-1472 | 52 |
| Moret | 10-2977 | 11 |
| National Vietnamese Fishermen | 10-1607 | 6 |
| Nelson | 10-2682 | 8 |
| Kha Van Nguyen | 10-1741 | 16 |
| Nova Affiliated | 10-1331 | 6 |
| O'Bryan | 10-2992 | 7 |
| Olivera | 10-3109 | 12 |
| Ortega | 10-3093 | 23 |
| Papa Rod | 10-3250 | IV |
| Darrick Parker | 10-2983 | 11 |
| Percy Parker | 10-1411 | 3 |
| Raffield Fisheries | 10-3102 | 24 |
| Richard | 10-1438 | 26 |
| Van Robin | 10-1248 | 5 |
| Robin Seafood | 10-1314 | IV |
| Rodrigue | 10-1325 | 5 |
| Satchfield | 10-3185 | 23 |
| Darren Schaff | 10-1484 | III.4.2 |
| Schmalz | 10-1452 | 3, second (2) |

1048014v.1

| Action | | Complaint ¶ with OCSLA Allegation |
|---|---|---|
| Schorr | 10-2989 | 34 |
| Schouest | 10-2673 | 7 |
| Sea Eagle Fisheries | 10-2661 | 30 |
| Sevel | 10-2677 | IV |
| Simcox | 10-2999 | 28 |
| Smiling Fish Café | 10-3089 | 28 |
| Smith | 10-2642 | 14 |
| Sophisticated Lady | 10-1387 | 4B |
| Staley | 10-2678 | 5(b) |
| Starchaser, Inc. | 10-3107 | 29 |
| Stevenson | 10-1611 | 22 |
| T& D Fishery | 10-1332 | 15 |
| Terrebone | 10-1352 | 4 |
| Theriot | 10-1560 | 4 |
| Thigpen | 10-3273 | 9 |
| Townsend | 10-3260 | 28 |
| Tracy Acree Construction | 10-4207 | 31 |
| Shannon Trahan | 10-2641 | 5 |
| Triad Seafood | 10-4539 | 34 |
| Two Headed Shark | 10-3108 | 11 |
| Van Duyn | 10-2680 | 7 |
| Cherry Verdin | 10-1841 | III.4.2 |
| Irene Verdin | 10-1842 | III.4.2 |
| Ward | 10-2670 | 5 |
| Water Street Seafood | 10-2671 | 21 |
| Woods Fisheries | 10-3104 | 15 |
| Micah Wright | 10-3177 | 23 |

1048014v.1