*In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"*
*in the Gulf of Mexico, on April 20, 2010*

**MDL NO. 2179**

## Civil Actions With Operative Pleadings That Name Cameron as Defendant But Do Not Allege Any Physical Injury to Property Alleged to Be Owned by Any Plaintiff

| | |
|---|---|
| 1st Rate LLC | 10-2993 |
| Abadie | 10-2116 |
| Adams | 10-3100 |
| Adventure Sports | 10-3243 |
| Felix Aguilar | 10-4220 |
| Alfano | 10-2981 |
| All Florida Keys Property Mgmt. | 10-3110 |
| Felix Alexie | 10-1250 |
| Larry Alexie | 10-1561 |
| Alpasito, Inc. | 10-4216 |
| American Gulf Seafood | 10-1970 |
| Anderson | 10-3264 |
| Arias | 10-4224 |
| Arispe | 10-4235 |
| Ascension Marine, Inc. | 10-1857 |
| Avocato | 10-2770 |
| Babin | 10-3300 |
| Balius | 10-3271 |
| Bang | 10-2097 |
| Banks | 10-2979 |
| Peter Barber | 10-3249 |
| Barber's Seafood | 10-3098 |
| Bahranovich | 10-3270 |
| Barker | 10-3267 |
| Bayona Corp. | 10-1839 |
| Bennett | 10-2991 |
| Bill's Oyster House LLC | 10-1308 |
| Billy's Seafood, Inc. | 10-2649 |
| Blue Water Yacht Sales & Service | 10-2656 |
| Bobby Merritt & Assoc., LLC | 10-3092 |
| Boettner | 10-1764 |
| Bones & Campbell Enterprises | 10-3068 |
| Bon Secour Fisheries, Inc. | 10-2646 |
| Brandt | 10-3275 |
| Brondum | 10-1613 |



| | |
|---|---|
| Bui | 11-463 |
| Carrone | 10-1315 |
| Buras | 10-2994 |
| Cajun Crab, LLC | 10-1516 |
| Cajun Maid | 10-2675 |
| Cajun Offshore Carters, LLC | 10-1341 |
| Callaway | 10-3257 |
| Capt. Ander, Inc. | 10-4205 |
| Casablanca Fish Markets, Inc. | 10-3106 |
| Chenault | 10-2638 |
| Chernin | 10-4223 |
| Chu | 10-3174 |
| CJK Fab & Consulting | 10-2839 |
| Cochran | 10-3105 |
| Contegni | 10-3175 |
| Contender Boats, Inc. | 10-4208 |
| Cooley | 10-4212 |
| Cooper | 10-1229 |
| Copeland's of New Orleans | 10-1926 |
| Coratella | 10-3083 |
| Cotton Bayou Marina, Inc. | 10-3244 |
| Creech | 10-3087 |
| Crenshaw | 10-3225 |
| Creppel | 10-1346 |
| Cressey | 10-1721 |
| D&H Outfitters, LLC | 10-1556 |
| Danger Corp. | 10-3113 |
| Daniels | 10-2679 |
| Danzig | 10-1726 |
| Susan Davis | 10-2984 |
| Decatur Hotels | 10-1767 |
| Derouen | 10-1573 |
| Destin Fishing Fleet, Inc. | 10-3088 |
| Dewey Destin | 10-2668 |
| Deupree Outdoor Guide Services | 10-3247 |
| Dinet | 10-1615 |
| Divine Fish House, Inc. | 10-3276 |
| Henry Do | 10-2750 |
| Liem Do | 10-3180 |
| Donnell | 10-2982 |
| Douglass | 10-2666 |
| Drawdy | 10-2660 |
| Duet | 10-1519 |
| Dugas | 10-1322 |

1047993v.1

| | |
|---|---|
| Dumas | 10-1348 |
| Dung | 10-3178 |
| East Shore Land Development | 10-3078 |
| Ecco Solutions | 10-4225 |
| Elmer | 10-1515 |
| Faris | 10-2998 |
| Esquivel | 10-4214 |
| Evans | 10-3094 |
| Fago | 10-3084 |
| Ferguson | 10-3251 |
| Firehouse Restaurants | 10-1445 |
| Fish Commander, LLC | 10-1339 |
| Fishburn | 10-3246 |
| Fisher | 10-4187 |
| Fishing Magicians Charters, LLC | 10-1338 |
| Fish Market Restaurant | 10-4192 |
| Fishtrap Charters | 10-2644 |
| Floyd | 10-3116 |
| Ford | 10-3252 |
| Fort Morgan Sales | 10-2645 |
| Friloux | 10-1246 |
| Freischhertz | 10-1908 |
| Fruge | 10-1752 |
| Gaker | 10-3454 |
| Galaris | 10-3081 |
| Galliano | 10-2715 |
| Garner | 10-1482 |
| Gaskins | 10-2672 |
| Gautreaux | 10-1539 |
| Gay | 10-2990 |
| Gionis | 10-3080 |
| Gold Fingers Jewelers | 10-3079 |
| Gore | 10-4361 |
| Gregoire | 10-1351 |
| Greishaber | 10-2681 |
| Groomer Seafood | 10-4242 |
| Gulf Crown Seafood, Inc. | 10-1344 |
| Gulf King Services, Inc. | 11-339 |
| Gulf Shores West Beach Investment | 10-2648 |
| Gulf Manufacturing | 10-4209 |
| Harmon | 10-1931 |
| John Harris | 10-2662 |
| Nicholas T. Harris | 10-2665 |
| HB 13, LLC | 10-1462 |

3

| | |
|---|---|
| Hill | 10-4193 |
| Hobson | 10-3258 |
| Hopper | 10-2674 |
| Hudley | 10-4200 |
| Inter-Tour Louisiane | 10-2103 |
| Ireland | 10-4202 |
| Ivic | 10-1249 |
| J&M Boat Rentals, LLC | 10-1747 |
| Joe Patti Seafood | 10-2667 |
| Chase Jones | 10-4189 |
| JKRW Enterprises, LLC | 10-2846 |
| J.J.S. Properties | 10-3082 |
| Key West Tiki Charters, Inc. | 10-2976 |
| Kilgore Realty | 10-3086 |
| Kunstler | 10-1345 |
| Lam | 10-3183 |
| Le Discount Seafood | 10-3101 |
| Duc Truong Le | 10-3173 |
| Hao Van Le | 10-3103 |
| Tam Le | 10-2114 |
| Thum Le | 10-3172 |
| Tien Le | 10-3189 |
| Lithchfield Company | 10-3277 |
| Lockridge | 10-2659 |
| Loupe | 10-2764 |
| M.P. Cheng LLC | 10-4428 |
| Mai | 10-3190 |
| Mandina | 10-2713 |
| Mandina's of New Orleans | 10-2712 |
| Manint | 10-2716 |
| Marine Horizons | 10-2657 |
| Mason | 10-2639 |
| McCarthy | 10-3114 |
| McCoy | 10-2980 |
| Meyer | 10-2650 |
| Millson | 10-3259 |
| Mitchell | 10-1472 |
| Mobile Fixture & Supply | 10-3262 |
| Monroe | 10-4194 |
| Montagnet | 10-3265 |
| Moret | 10-2977 |
| Murphy | 10-3085 |
| Narcosis, Inc. | 10-3077 |
| National Vietnamese Fishermen | 10-1607 |

4

| | |
|---|---|
| Nelson | 10-2682 |
| Ngo | 10-4233 |
| Ann Nguyen | 10-3182 |
| Chieu Nguyen | 10-3193 |
| Cindy Nguyen | 10-3176 |
| Cuch Nguyen | 10-3188 |
| Dong Nguyen | 10-3171 |
| Giang Nguyen | 10-1852 |
| Giau Nguyen | 10-1855 |
| Kha Van Nguyen | 10-1741 |
| Kimberley Nguyen | 10-3269 |
| Sang-Thanh Nguyen | 10-1850 |
| Susie Nguyen | 10-4234 |
| Trinh Nguyen | 10-4230 |
| Xuan Nguyen | 10-3170 |
| Nova Affiliated | 10-1331 |
| O'Bryan | 10-2992 |
| Olivera | 10-3109 |
| Ocean Reef Realty | 10-2663 |
| Orange Beach Marina | 10-2651 |
| Original Oyster House | 10-2655 |
| Ortega | 10-3093 |
| Oser | 10-1829 |
| P&S Restaurant | 10-1574 |
| Papa Rod | 10-3250 |
| Pappas Restaurants | 10-1912 |
| Darrick Parker | 10-2983 |
| Percy Parker | 10-1411 |
| Petitjean | 10-4201 |
| PGKR Enterprises | 10-3278 |
| Pham | 10-4238 |
| Phillips | 10-1620 |
| Professional Bars | 10-2985 |
| Raffield Fisheries | 10-3102 |
| Revenue Properties Southland | 10-1947 |
| Richard | 10-1438 |
| Ben Robin | 10-1248 |
| Robin Seafood | 10-1314 |
| Rodrigue | 10-1325 |
| Salley | 10-2664 |
| Sandcastle Escapes | 10-3090 |
| Satchfield | 10-3185 |
| Darren Schaff | 10-1484 |
| Rick Schaff | 10-2709 |

| | |
|---|---|
| Schmalz | 10-1452 |
| Schorr | 10-2989 |
| Schouest | 10-2673 |
| Sea Eagle Fisheries | 10-2661 |
| Sevel | 10-2677 |
| Shemper | 10-3274 |
| Shepardson | 10-3112 |
| Simcox | 10-2999 |
| Simpson | 10-2647 |
| Smiling Fish Café | 10-3089 |
| Sophisticated Lady | 10-1387 |
| Smith | 10-2642 |
| Staley | 10-2678 |
| Starchaser, Inc. | 10-3107 |
| Stevenson | 10-1611 |
| Stricker | 10-3095 |
| Sunrise Rentals | 10-3248 |
| T& D Fishery | 10-1332 |
| Terrebone | 10-1352 |
| Theriot | 10-1560 |
| Thigpen | 10-3273 |
| Three Captains, Inc. | 10-3111 |
| Timmons Restaurants | 10-4237 |
| Tobatex | 10-4573 |
| Townsend | 10-3260 |
| Tracy Acree Construction | 10-4207 |
| Shannon Trahan | 10-2641 |
| Dai Tran | 10-3279 |
| Doanh Tran | 10-4228 |
| Peter Tran | 10-3280 |
| Phong Tran | 10-3192 |
| Sang Tran | 10-4231 |
| St. Romain | 10-2995 |
| Tam Tran | 10-4232 |
| Thomason | 10-1422 |
| Thong Tran | 10-3179 |
| Trehern | 10-4213 |
| Triad Seafood | 10-4539 |
| Two Headed Shark | 10-3108 |
| Vacation Key West | 10-2986 |
| Van Duyn | 10-2680 |
| Van | 10-3181 |
| Cherry Verdin | 10-1841 |
| Irene Verdin | 10-1842 |

6

1047993v.1

| | |
|---|---|
| Vo | 10-3191 |
| Walsh | 10-2669 |
| Walton | 10-4204 |
| Ward | 10-2670 |
| Ware | 10-3115 |
| Water Street Seafood | 10-2671 |
| Weiss | 10-2978 |
| West | 10-3097 |
| Wetzel | 10-1222 |
| Wilkerson | 10-2643 |
| Wilson | 10-3272 |
| Winnie's Artsy Café | 10-2820 |
| Woods Fisheries | 10-3104 |
| Worldwide Interiors | 10-4191 |
| Micah Wright | 10-3177 |

**Short-Form Joinders in _First and Amended Master Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al for Exoneration from or Limitation of Liability; First and Amended Master Claim in Limitation; and First and Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses_ That do Not Allege Any Physical Injury to Property Alleged to Be Owned by Any Claimants in Short-Form Joinders**

| | |
|---|---|
| Adams | 10-8888-93 |
| American's Mini Storage & Office Complex | 10-8888-133 |
| Arema | 10-8888-115 |
| Automatic Power, Inc. | 10-8888-41 |
| Baker | 10-8888-123 |
| Balentine | 10-8888-53 |
| Balkcom Construction Co., LLC | 10-8888-89 |
| Bama Seafood Restaurant, Inc. dba The Fish Market Restaurant, Inc. | 10-8888-30 |
| Barkus | 10-8888-150 |
| Bates | 10-8888-39 |
| B-boy Productions, Inc. | 10-8888-7 |
| BeeGee, LLC, d/b/a B Boutique | 10-8888-137 |
| Bell | 10-8888-117 |
| Bella Terra, LLC | 10-8888-77 |
| Berges | 10-8888-10 |
| Bhavesh & Sanjiv, LLC, d/b/a Best Value Inn | 10-8888-108 |

1047993v.1

| | |
|---|---|
| Bongiorno Italian Restaurant | 10-8888-105 |
| Bookit.com, Inc. | 10-8888-11 |
| Braasch | 10-8888-72 |
| Brady | 10-8888-12 |
| Bridges | 10-8888-141 |
| Buck | 10-8888-64 |
| Burgess | 10-8888-86 |
| Byers | 10-8888-69 |
| Byrne | 10-8888-121 |
| Cacciotti | 10-8888-148 |
| Joseph Callway | 10-8888-145 |
| Marion Callaway | 10-8888-129 |
| Chadwick | 10-8888-16 |
| Coker | 10-8888-22 |
| Richard A. Cooper | 10-8888-17 |
| Cortlandt's Restaurant, LLC | 10-8888-29 |
| Cox Seafood Tarpon Springs, Inc. | 10-8888-144 |
| Croce | 10-8888-49 |
| Deano's Backyard BBQ, dba<br>   Spanish Fort | 10-8888-76 |
| Deupree | 10-8888-147 |
| Discover Excellent Cleaning<br>Service | 10-8888-134 |
| DMD | 10-8888-126 |
| Drakos Holding Corporation | 10-8888-54 |
| Durham | 10-8888-124 |
| Elegant Beginnings, Inc. | 10-8888-50 |
| Elston & Lee Enterprises, d/b/a<br>   Bryant's Seafood | 10-8888-90 |
| Falke | 10-8888-71 |
| Fete Weddings & Events | 10-8888-25 |
| Folgosi | 10-8888-151 |
| Fresh Catch of the Day | 10-8888-27 |
| Gendusa | 10-8888-48 |
| Giaa Inn, Inc. | 10-8888-120 |
| Glass | 10-8888-23 |
| Gulf Breeze Hospitality, LLC | 10-8888-19 |
| Gulf Coast Construction | 10-8888-60 |
| Hacienda DeJalisco, Inc. | 10-8888-80 |
| Hacienda DeQueretaro, Inc. | 10-8888-78 |
| Harbin | 10-8888-122 |
| Harbour House Crabs | 10-8888-24 |
| Hariohm of America, Inc., d/b/a<br>   Baymont Inns & Suites | 10-8888-102 |

1047993v.1

| | |
|---|---|
| Healing World Ministries dba | |
| TLC Kids Care | 10-8888-47 |
| Hydrocarbon Flow Specialist, Inc. | 10-8888-20 |
| It's A Shore Thing, Inc. | 10-8888-45 |
| J&S Construction, LLC | 10-8888-83 |
| Jack Beattie's House of Carpet | 10-8888-99 |
| Jack Green Insurance Agency, Inc. | 10-8888-130 |
| Jai Bhagvan, LLC, d/b/a | |
| Sunbelt Lodge Motel | 10-8888-98 |
| Jaimini, LLC, d/b/a LaQuinta | |
| Inns & Suites | 10-8888-104 |
| JBL Properties | 10-8888-153 |
| John Davidson Commercial | |
| Fishing, Inc. | 10-8888-67 |
| Joines | 10-8888-57 |
| Karma Tattoo | 10-8888-43 |
| Karma Tattoo | 10-8888-44 |
| Kea | 10-8888-74 |
| Kelley | 10-8888-73 |
| King Neptune Steamed Seafood | |
| & Deep Water Saloon, Inc. | 10-8888-56 |
| Kodiac Holding Company, LLC | 10-8888-109 |
| David Lam | 10-8888-13 |
| LeBlanc | 10-8888-127 |
| Lee | 10-8888-152 |
| Leytham Photography, LLC dba | |
| Rae Leytham Photography, LLC | 10-8888-8 |
| Martens | 10-8888-37 |
| McAllister Construction, LLC | 10-8888-84 |
| Moore Brothers Fresh Market, LLC | 10-8888-42 |
| Daphne Nelson | 10-8888-14 |
| Ricky L. Nelson | 10-8888-15 |
| Nirdev, Inc., d/b/a America's Best | |
| Value Inn & Suites | 10-8888-116 |
| Owner of Deano's Backyard BBQ | 10-8888-81 |
| P&A Specialty Rentals, a/k/a | |
| Hot Tap Tools | 10-8888-85 |
| Palmetto Creek, Inc. | 10-8888-46 |
| Panama City Weddings | 10-8888-92 |
| Paradise Services, LLC | 10-8888-18 |
| Parramore, Inc., d/b/a Our Mother | 10-8888-68 |
| Pinchers | 10-8888-26 |
| Pitts | 10-8888-87 |

1047993v.1

| | |
|---|---|
| Plaza Vea, Inc. dba Margaritas | |
| Mexican Restaurant | 10-8888-62 |
| Provisions, Inc. | 10-8888-34 |
| RFA Mexican Restaurant, Inc. | 10-8888-79 |
| Rivere | 10-8888-9 |
| Rob Littleton Construction Co. | 10-8888-101 |
| Rodriguez | 10-8888-94 |
| Satyanam, Inc., d/b/a Country | |
| Inn & Suites | 10-8888-100 |
| Sawyer Properties, LLC. dba | |
| Captains Galley Seafood Restaurant | 10-8888-55 |
| Schmitz | 10-8888-138 |
| SCK Trucking & General | |
| Construction | 10-8888-128 |
| Shree Jalaram, d/b/a Super 8 | 10-8888-118 |
| Laura Slavins | 10-8888-140 |
| William Slavins | 10-8888-139 |
| Solomon | 10-8888-51 |
| Southeast Straw, Inc. | 10-8888-58 |
| Southern Skin Divers Supply, Inc. | 10-8888-35 |
| Spirits Acquisition dba Oak Hills | |
| Golf and Country Club | 10-8888-21 |
| Stephens | 10-8888-40 |
| Steward | 10-8888-146 |
| Sunset Coastal Grill, LLC | 10-8888-113 |
| Superior, LLC, d/b/a City Grill | 10-8888-110 |
| Surf's Up, Inc., d/b/a Ocean Motion | 10-8888-136 |
| Surf's Up, Inc., d/b/a Surf's Up | 10-8888-135 |
| Takeout Taxi of Louisiana, LLC | 10-8888-103 |
| Tell Dat Enterprises | 10-8888-132 |
| The Bartrick Co., d/b/a The | |
| Blind Mule | 10-8888-91 |
| Thomas | 10-8888-131 |
| Tru-Turn, Inc. | 10-8888-112 |
| Twin Peaks, LLC, d/b/a Hampton | |
| Inn | 10-8888-106 |
| Variali | 10-8888-38 |
| Vera's Valet (Pramukh, Inc.) | 10-8888-114 |
| Loucas Vesoulis | 10-8888-70 |
| Villas at Ocean Club HOA | 10-8888-125 |
| Scott Vincent, Jr. | 10-8888-96 |
| Scott Vincent, Jr. | 10-8888-97 |
| Benjamin Walsh | 10-8888-95 |
| Jacqueline Watson | 10-8888-143 |

1047993v.1

| | |
|---|---|
| Robert Watson | 10-8888-142 |
| WCA Restaurant, Inc. | 10-8888-61 |
| WCAR Investments, Inc. dba | |
|    Las Cazuelas Cocina | 10-8888-63 |
| Werhan | 10-8888-88 |
| What's UR Point, LLC | 10-8888-36 |
| Williams | 10-8888-75 |
| Lawrence Wright | 10-8888-119 |
| Yucateco, Inc. | 10-8888-111 |
| Zeb's Seafood & Chicken, LLC | 10-8888-107 |
| Zeke's Landing Marina, LLC | 10-8888-6 |
| Zenon | 10-8888-65 |

11