*In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010*

MDL NO. 2179

**<u>Civil Action With Operative Pleading That Names Cameron as Defendant And Alleges Physical Injury to Property Alleged to Be Owned by Some But Not All Plaintiffs</u>**

Gallo                              10-2795

Plaintiffs Not Alleging Physical Damage to Owned Property – Tight Lines Fishing Charters, LLC; Red Hot Fishing Charters, LLC; Ernest Browne, Jr.; Gulf Coast Assets, LLC; Breath's Boats & Motors; Judy an Lawrence Simpson; Retreat, Inc.

