UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>**THIS PLEADING APPLIES TO ALL CASES IN PLEADING BUNDLE B1**<br><br>**THIS PLEADING APPLIES TO:**<br>No. 10-2771 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Cameron International Corporation's Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ("B1 Bundle") For Failure To State a Claim upon which relief may be granted is hereby set for submission on the 11th day of May, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for he Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

    Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>   dbeck@brsfirm.com | */s/ Phillip A. Wittmann*_____<br>Phillip A. Wittmann, 13625 |

1048027v.1

| | |
|---|---|
| Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 Mckinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax)<br><br>Howard L. Murphy, 9844<br>    hmurphy@dkslaw.com<br>DEUTSCH, KERRIGAN & STILES<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>504-581-5141<br>504-566-4039 |     pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared A. Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION** |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

                                              */s/ Phillip A. Wittmann*

1048027v.1