UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 **THIS PLEADING APPLIES TO ALL CASES IN PLEADING BUNDLE B1** **THIS PLEADING APPLIES TO:** **No. 10-2771** | MDL NO. 2179 SECTION:   J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Defendant Cameron International Corporation, pursuant to Local Rule 78.1E, respectfully requests oral argument on its Motion to Dismiss the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ("B1 Bundle") For Failure to State a Claim upon which relief may be granted.

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054

1

1048024v.1

David W. Jones
 djones@brsfirm.com
Geoffrey Gannaway
 ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 Mckinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

Howard L. Murphy, 9844
 hmurphy@dkslaw.com
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, Louisiana 70130
504-581-5141
504-566-4039

 cbertaut@stonepigman.com
Keith B. Hall, 24444
 khall@stonepigman.com
Jared A. Davidson, 32419
 jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

*/s/ Phillip A. Wittmann*

2

1048024v.1