IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * |
| This document applies to: All cases in Pleading Bundle III.B(3). | * |

MDL No. 2179

SECTION:  J

JUDGE BARBIER

MAGISTRATE SHUSHAN

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

## MARINE SPILL RESPONSE CORPORATION'S MOTION TO DISMISS

Defendant Marine Spill Response Corporation ("MSRC") hereby respectfully moves this Court for an order, pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons stated in the memorandum of law submitted herewith, dismissing all claims asserted against MSRC in the B(3) Pleading Bundle Master Complaint.

Dated:     New York, New York
           February 28, 2011

                                    Respectfully submitted,

                                    **BLANK ROME LLP**
                         By:        /s/ Alan M. Weigel_____
                                    Alan M. Weigel, Esq.
                                    Attorneys for Marine Spill Response Corporation
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174
                                    Telephone: 212-885-5000
                                    Facsimile: 917-332-3836
                                    E-mail: aweigel@blankrome.com

810517.00025/6997757v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of February 2011.

/s/ Alan M. Weigel_____
Alan M. Weigel