UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This document applies to: All cases in Pleading Bundle III.B(3). | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Marine Spill Response Corporation's Motion to Dismiss the B(3) Pleading Bundle Master Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) is hereby set for submission on the 11th day of May, 2011 at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Dated:   New York, New York
         February 28, 2011

                                Respectfully submitted,

                                **BLANK ROME LLP**
                   By:   /s/ Alan M. Weigel
                                Alan M. Weigel, Esq.
                                Attorneys for Marine Spill Response Corporation
                                The Chrysler Building
                                405 Lexington Avenue
                                New York, NY 10174
                                Telephone: 212-885-5000
                                Facsimile: 917-332-3836
                                E-mail: aweigel@blankrome.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of February 2011.

/s/ Alan M. Weigel_____
Alan M. Weigel