# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| This document applies to:<br>All cases in Pleading Bundle III.B(3). | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MARINE SPILL RESPONSE CORPORATION'S
## REQUEST FOR ORAL ARGUMENT

Defendant Marine Spill Response Corporation, pursuant to Local Rule 78.1, respectfully requests oral argument on its Motion to Dismiss the B(3) Pleading Bundle Master Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated:     New York, New York
           February 28, 2011

                                    Respectfully submitted,

                                    **BLANK ROME LLP**
                       By:          /s/ Alan M. Weigel_____
                                    Alan M. Weigel, Esq.
                                    Attorneys for Marine Spill Response Corporation
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174
                                    Telephone: 212-885-5000
                                    Facsimile: 917-332-3836
                                    E-mail: aweigel@blankrome.com

810517.00025/6998161v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of February 2011.

                                                /s/ Alan M. Weigel
                                                Alan M. Weigel