UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION:  J <br> * |
| These Pleadings apply to: <br> All Cases in Pleading Bundle Section III.B(3) | * <br> * <br> *  JUDGE BARBIER <br> * <br> *  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

**LYNDEN INCORPORATED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Lynden Incorporated ("LI") hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss LI as a defendant in this matter for lack of personal jurisdiction. In addition and in the alternative, LI moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all claims asserted against it in the B3 Master Complaint for failure to state a claim upon which relief can be granted.

As set forth in the accompanying Memorandum in Support of Lynden Incorporated's Motion to Dismiss for Lack of Personal Jurisdiction, and the accompanying Declaration of Everett H. Billingslea in Support of Lynden Incorporated's Motion to Dismiss for Lack of Personal Jurisdiction, both of which are filed herewith, LI did not itself undertake or participate in any way in the *Deepwater Horizon* spill response or cleanup operations. Likewise, LI does not do business in Louisiana and has no other contacts with the state. Accordingly, both general and specific personal jurisdiction are lacking and LI must be dismissed as a defendant in this matter. *See Jackson v. Tanfoglio Giuseppe, S.R.L.*, 615 F.3d 579 (5th Cir. 2010). For the same reason, the claims asserted against LI in the B3 Master Complaint fail to state a claim against LI upon which relief can be granted.

Accordingly, LI should be dismissed as a defendant in this matter for lack of personal jurisdiction. In the alternative, the claims asserted against LI in the B3 Master Complaint should be dismissed for failure to state a claim. A proposed order of dismissal is filed herewith.

RESPECTFULLY SUBMITTED this 28th day of February, 2011.

    BYRNES KELLER CROMWELL LLP

    By  /s/ Paul R. Taylor
       Paul R. Taylor, WSBA #14851
       Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    Email: ptaylor@byrneskeller.com
          jmcwilliam@byrneskeller.com
    Attorneys for Defendant
    Lynden Incorporated

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Lynden Incorporated's Motion to Dismiss for Lack of Jurisdiction has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.

/s/ Paul R. Taylor