UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION: J |
| | * | |
| These Pleadings apply to: | * | |
| All Cases in Pleading Bundle Section III.B(3) | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

**LYNDEN INCORPORATED'S NOTICE OF SUBMISSION**

1

**PLEASE TAKE NOTICE** that the undersigned party shall bring on for hearing its Motion to Dismiss for Lack of Personal Jurisdiction before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m. on the 11th day of May, 2011, or as soon thereafter as counsel may be heard.

RESPECTFULLY SUBMITTED this 28th day of February, 2011.

        BYRNES KELLER CROMWELL LLP

        By  /s/ Paul R. Taylor
          Paul R. Taylor, WSBA #14851
          Jofrey M. McWilliam, WSBA #28441
        1000 Second Avenue, 38th Floor
        Seattle, WA  98104
        Telephone:  (206) 622-2000
        Facsimile:  (206) 622-2522
        Email: ptaylor@byrneskeller.com
              jmcwilliam@byrneskeller.com
        Attorneys for Defendant
        Lynden Incorporated

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Lynden Incorporated's Notice of Hearing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.

      /s/ Paul R. Taylor