UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| These Pleadings apply to: <br> All Cases in Pleading Bundle Section III.B(3) | * <br> * <br> * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER GRANTING LYNDEN INCORPORATED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

This matter came before the Court on Lynden Incorporated's Motion to Dismiss for Lack of Personal Jurisdiction. The Court has reviewed the Motion and any response thereto and, based upon the foregoing, finds:

(1) Both general and specific personal jurisdiction over Lynden Incorporated are lacking;

(2) The B3 Master Complaint fails to state a claim against Lynden Incorporated upon which relief can be granted.

Accordingly, Lynden Incorporated's Motion to Dismiss is hereby GRANTED and Lynden Incorporated is hereby DISMISSED as a defendant from this matter.

New Orleans, Louisiana, May ___, 2011.

                        The Honorable Carl J. Barbier
                        UNITED STATES DISTRICT JUDGE

PRESENTED BY:

BYRNES KELLER CROMWELL LLP

By /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    Jofrey M. McWilliam, WSBA #28441
  1000 Second Avenue, 38th Floor
  Seattle, WA 98104
  Telephone: (206) 622-2000
  Facsimile: (206) 622-2522
  Email:  ptaylor@byrneskeller.com
           jmcwilliam@byrneskeller.com
  Attorneys for Defendant
  Lynden Incorporated

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing [Proposed] Order Granting Lynden Incorporated's Motion to Dismiss for Lack of Jurisdiction has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.

      /s/ Paul R. Taylor