AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, ET AL. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. MDL 2179 |
| BP, P.L.C, et al. | ) | re: 10-3879 |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP America, Inc.
c/o Ct Corporation System, Registered Agent
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Suttles
Southern Environmental Law Center
200 West Franklin Street, Suite 330
Chapel Hill, NC 27516-2559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 20 2010                                   Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America c/o Ct Corp Systems
was received by me on *(date)* 10-22-10 .

☐ I personally served the summons on the individual at *(place)* 5615 Corporate Blvd #400B BRLA 70808
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Bass , who is
designated by law to accept service of process on behalf of *(name of organization)* BP America c/o Ct Corp
Systems 5615 Corp. Blvd #400B BRLA on *(date)* 10-22-10 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-22-10        Richard M Hopkins
                        *Server's signature*

                        Richard M Hopkins, Messenger
                        *Printed name and title*

                        4007 Toulouse St NOLA 70119
                        *Server's address*

Additional information regarding attempted service, etc: