SFP: 2010-9987
Ref:

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 23 December 2010**
**que le demande a ete executee          le (date)**

-at (place, street, number)     **BP P.L.C.**
-a (localite, rue, numero)      **INTERNATIONAL HEADQUARTERS**
                                **1ST JAMES'S SQUARE**
                                **LONDON**
                                **SW1Y 4PD**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b) in accordance with the following particular**  LEFT AT RECEPTION OF THE
**method selon la forme particuliere suivante**     REGISTERED ADDRESS OF THE
                                                    COMPANY

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned                                  Done at London
Pieces renvoyees                                    fait a



in appropriate cases, documents                     the 14 January, 2011
establishing the service:                           le
le cas echeant, les documents
justicatifs de l'execution:                         Signature and/or stamp:
                                                    Signature et/ou cachet:

Return Copy

SEP290-9987

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
*Nom ei addressee tie l'autorite requirante:*

Gregory Buppert, Attorney, Defenders of Wildlife, 1130 17th Street, N.W., Washington, DC 20036-4604

**Particulars of the parties:**
*Identite des parties:*

Plaintiffs: Defenders of Wildlife, Save the Manatee Club, Inc., and Gulf Restoration Network, Inc.

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie I'acte-*

Complaint for injunctive and equitable relief pursuant to the U.S. Endangered Species Act and civil summons.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Plaintiffs seek injunctive and equitable relief pursuant to the U.S. Endangered Species Act as a result of the Gulf Oil Spill.

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

21 days after service or as directed by Court in Case No. 2:10-md-02179; U.S. District Court 500 Poydras Street, New Orleans LA.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la decision:*

**Dale of judgment\*\*:**
*Date de /a decision:*

**Time limits stated in the document\*\*:**
*Indication des delias figurant dans l'acte:*

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:\*\***
*Indication des delias figurant dans l'acte:*