UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Applies to:<br>All Cases in Pleading Bundle Section III.B (3) | * * * * | JUDGE: BARBIER<br><br>MAG. JUDGE: SHUSHAN |

*************************************************************************

## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Dynamic Aviation Group, Inc. hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E.

1. Dynamic Aviation Group, Inc. is a non-governmental, corporate party to the above captioned matter.

2. Dynamic Aviation Group, Inc. is a privately-held Virginia corporation having no parent corporation.

3. No publicly-held corporation owns more than 10% of Dynamic Aviation Group, Inc.

Respectfully Submitted,

*/s/ Leo R. McAloon, III*
LEO R. McALOON, III (NO. 19044)
EMAIL ADDRESS: lmcaloon@glllaw.com
MICHAEL D. CANGELOSI (NO. 30427)
EMAIL ADDRESS: mcangelosi@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Attorneys for Dynamic Aviation Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

*/s/ Leo R. McAloon, III*