UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL J. BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | * | MAG JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \*

## INTERNATIONAL AIR RESPONSE, INC.'S RULE 12 MOTION TO DISMISS ALL CLAIMS AGAINST IT CONTAINED IN THE B3 BUNDLE MASTER COMPLAINT

International Air Response, Inc. ("IAR"), who was named as a "Dispersant Defendant" in the B-3 Bundle Master Complaint, pursuant to the Court's scheduling order requiring the filing of Rule 12 defenses by February 28, 2011, and with full reservation of all of its rights, IAR respectfully moves to collectively and/or individually dismiss all claims and "causes of action" made against it in the B-3 Bundle Master Complaint pursuant to Rule 12(b)(6) as failing to state a cause of action upon which relief may be granted, and pursuant to Rule 12(b)(1 for lack of subject matter jurisdiction because of derivative governmental immunity and the discretionary function doctrine.

In addition, IAR asserts pursuant to Rule 12(b)(2), and otherwise preserves its objection based on the lack of persona jurisdiction as to all the claims made, and particularly including those of any non-mariners. Because the specific identification of the individual claimants and the specific facts and circumstances surrounding each claim, resolution of the Rule 12(b)(2) defenses should be deferred, and may be mooted by the Rule 12(b)(6) dismissals sought.

The filing of this motion pursuant to the Court's Scheduling Order is not to be construed as a waiver of any rights or defenses on the part of International Air Response, Inc.

Respectfully, submitted,

*[signature]*

DARRELL K. CHERRY (#4036 T.A.)
MARC J. YELLIN (#13741)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA 70130
Telephone: (504) 581-5141
Email: dcherry@dkslaw.com
myelin@dkslaw.com
*Attorneys for International Air Response, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of February, 2011 the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system pursuant to the rules and procedures of the United States District Court for the Eastern District of Louisiana and served in accordance therewith to all counsel of record.

*[signature]*

DARRELL K. CHERRY

2