UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL J. BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | * | MAG JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Notice is hereby given that International Air Response, Inc.'s Rule 12 Motion To Dismiss All Claims Against it Contained in the B3 Bundle Master Complaint will be set for hearing by The Court, which The Court indicated during the status conference of February 25, 2011. The hearing shall be scheduled by the Court on a date to be selected by the Court only after the completion of the briefings as set forth in the Court's Pretrial Order.

Respectfully, submitted,

/s/ Darrell K. Cherry

DARRELL K. CHERRY (#4039 T.A.)
MARC J. YELLIN (#13741)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA 70130
Telephone: (504) 581-5141
Email: dcherry@dkslaw.com
myellin@dkslaw.com
*Attorneys for International Air Response, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the ___28th___ day of ___Febru___, 2011 the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system pursuant to the rules and procedures of the United States District Court for the Eastern District of Louisiana and served in accordance therewith to all counsel of record.

_____
DARRELL K. CHERRY