## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE | * | MDL NO. 2179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL J. BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | * | MAG JUDGE SALLY SHUSHAN |

\*       \*       \*       \*       \*       \*       \*       \*

### REQUEST FOR ORAL ARGUMENT ON RULE 12 MOTION

International Air Response, Inc. respectfully requests oral argument on its Rule 12

motion as being helpful to the correct rulings on the various aspects of the motion.

Respectfully, submitted,

DARRELL K. CHERRY (#4036 T.A.)
MARC J. YELLIN (#13741)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA 70130
Telephone:  (504) 581-5141
Email:  dcherry@dkslaw.com
        myelin@dkslaw.com
*Attorneys for International Air Response, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on the ___ day of _____, 2011 the foregoing

pleading was electronically filed with the Clerk of Court by using the CM/ECF system pursuant

to the rules and procedures of the United States District Court for the Eastern District of Louisiana and served in accordance therewith to all counsel of record.

DARRELL K. CHERRY