## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL J. BARBIER |
| *ALL CASES IN PLEADING BUNDLE SECTION III.B(3)* | * | MAG JUDGE SALLY SHUSHAN |

\* \* \* \* \* \* \* \*

### ORDER

Considering the Request for Oral Argument on Rule 12 Motion filed by International Air Response, Inc., Oral Argument is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HON. CARL J. BARBIER