**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: *Complaints in Pleading Bundle B3* | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**BP DEFENDANTS' MOTION TO DISMISS PURSUANT TO**
**FED. R. CIV. P. 12(b)(1) & 12(b)(6) MASTER COMPLAINT IN ACCORDANCE WITH**
**PTO NO. 11 [CASE MANAGEMENT ORDER NO. 1]**
<u>**SECTION III.B(3) ["PLEADING BUNDLE B3"]**</u>

BP Exploration & Production Inc., BP America Production Co., and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move to dismiss the complaints against BP in Pleading Bundle B3. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiffs' complaint fails to state valid claims and/or this Court lacks jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Ill. 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-5985

Lee Ann Stevenson
Christopher Coulston
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**Attorneys for BP p.l.c., BP America Production Company and BP Exploration & Production Company**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.

          /s/ Don K. Haycraft
          Don K. Haycraft