UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| THIS PLEADING APPLIES TO: ALL CASES IN PLEADING BUNDLE SECTION III.D(1) ["D1 BUNDLE"] | § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC and Transocean Deepwater Inc. will bring the foregoing Rule 12(b)(6) Motion to Dismiss the D1 Master Complaint for submission before the Honorable Carl J. Barbier, Section "J", of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 29th day of April, 2011 beginning at 9:30 a.m. or as soon thereafter as counsel can be heard.

11462065.4

| | | |
|---|---|---|
| By: | /s/ Steven L. Roberts | By:  /s/ Kerry J. Miller |

By:   /s/ Steven L. Roberts
     Steven L. Roberts (Texas, No. 17019300)
     Rachel Giesber Clingman (Texas, No. 00784125)
     Kent C. Sullivan (Texas, No. 19487300)
     Teri L. Donaldson (Florida, No. 784310)
     Sutherland Asbill & Brennan LLP
     1001 Fannin Street, Suite 3700
     Houston, Texas 77002
     Telephone: (713) 470-6100
     Facsimile: (713) 654-1301
     Email: steven.roberts@sutherland.com,
     rachel.clingman@sutherland.com,
     kent.sullivan@sutherland.com,
     teri.donaldson@sutherland.com

By:   /s/ Kerry J. Miller
     Kerry J. Miller (Louisiana, No. 24562)
     Frilot, L.L.C.
     1100 Poydras Street, Suite 3700
     New Orleans, Louisiana 70163
     Telephone: (504) 599-8169
     Facsimile: (504) 599-8154
     Email: kmiller@frilot.com

     -and-

     /s/ Edwin G. Preis, Jr.
     Edwin G. Preis, Jr. (Louisiana, No. 10703)
     Edward F. Kohnke, IV (Louisiana, No. 07824)
     Preis & Roy PLC
     102 Versailles Boulevard, Suite 400
     Lafayette, Louisiana 70501
     Telephone: (337) 237-6062
     Facsimile: (337) 237-9129
     -and-

     601 Poydras Street, Suite 1700
     New Orleans, Louisiana 70130
     Telephone: (504) 581-6062
     Facsimile: (504) 522-9129
     Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:

     Daniel O. Goforth (Texas, No. 08064000)
     Goforth Geren Easterling LLP
     4900 Woodway, Suite 750
     Houston, Texas 77056
     Telephone: (713) 650-0022
     Facsimile: (713) 650-1669
     Email: dangoforth@goforthlaw.com

     John M. Elsley (Texas, No. 0591950)
     Royston, Rayzor, Vickery & Williams LLP
     711 Louisiana Street, Suite 500
     Houston, Texas 77002
     Telephone: (713) 224-8380
     Facsimile: (713) 225-9945
     Email: john.elsley@roystonlaw.com

56816:10022191
11462065.4

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

                Counsel for Transocean Defendants

56816:10022191
11462065.4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 28th day of February, 2011.

/s/  Kerry J. Miller

56816:10022191
11462065.4