UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 <br> SECTION "J" <br> JUDGE BARBIER |
| This Document Relates to: *All Cases in Pleading Bundle B1* | * * * * * | MAGISTRATE NO. 1 <br> MAGISTRATE SHUSHAN <br> **ORAL ARGUMENT REQUESTED** |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, AND MOEX USA CORPORATION TO DISMISS FIRST AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC LOSSES IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III (B1) ["B1 BUNDLE"]  PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation, pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Honorable Court to dismiss all claims against them in Plaintiffs' First Amended Master Complaint B1, Cross-Claim, and Third-Party Complaint for Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

**WHEREFORE**, Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation pray that this Court dismiss all claims asserted against them in Plaintiffs' First Amended Master Complaint B1, Cross-Claim, and Third-Party Complaint for Private Economic Losses In Accordance With PTO

No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] for failure to state a claim upon which relief can be granted.

        Respectfully submitted,

        BINGHAM McCUTCHEN, LLP

        /s/ *Ky E. Kirby*
        Ky E. Kirby
        ky.kirby@bingham.com
        David B. Salmons
        david.salmons@bingham.com
        Michael B. Wigmore
        michael.wigmore@bingham.com
        Warren Anthony Fitch
        tony.fitch@bingham.com
        Randall M. Levine
        randall.levine@bingham.com
        2020 K Street, NW
        Washington, DC 20006-1806
        Telephone (202) 373-6000
        Facsimile (202) 373-6001

        James J. Dragna
        jim.dragna@bingham.com
        Bingham McCutchen LLP
        355 South Grand Avenue
        Suite 4400
        Los Angeles, California 90071-3106
        Telephone (213) 680-6436
        Facsimile (213) 680-8636

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        dkuchler@kuchlerpolk.com
        Janika Polk (La. Bar No. 27608)
        jpolk@kuchlerpolk.com
        Robert Guidry (La. Bar No. 28064)
        rguidry@kuchlerpolk.com
        1615 Poydras Street, Suite 1300
        New Orleans, LA  70112
        Tel:  (504) 592-0691
        Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.

                                                    _____/s/ *Ky E. Kirby*_____
                                                           Ky E. Kirby