UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *All Cases in Pleading Bundle B1* | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation to dismiss all claims against them in Plaintiffs' First Amended Master Complaint B1, Cross-Claim, and Third-Party Complaint for Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation; Anadarko E&P Company, LP; MOEX Offshore 2007, LLC; and MOEX USA Corporation are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE