UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br>CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | JUDGE BARBIER<br>SECTION J<br>MAGISTRATE JUDGE SHUSHAN<br>MAG. DIV. 1 |
| THIS DOCUMENT RELATES TO:<br>2:10-CV-02771 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT OF DRC EMERGENCY SERVICES, LLC**

Defendant, DRC Emergency Services, LLC ("DRC"), pursuant to Federal Rule of Civil Procedure 7.1, represents to the Court that (1) it has no parent corporations and (2) no publicly traded company owns 10 percent or more of its stock.

Respectfully submitted,

/s/      Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that he foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of February, 2011.



/s/    Harold J. Flanagan