# EXHIBIT B

Your search returned 1 entries.
Current page number: 1

**OCS-** G32306

**Current Status** PRIMRY       Central Gulf of Mexico       **Sale#** 206       **Sale Date** 3/19/2008

| | Bonus Bid | Initial Acreage | Current Acreage | Per Acre Amt. | Royalty Rate | Rental |
|---|---|---|---|---|---|---|
| | 34003428.000 | 5760.000000 | 5760.000000 | 5903.37 | 18.7500000 | 9.50 |

**Original Lessee(s):**

BP Exploration & Production Inc.

**Description:**

All of Block 252, Mississippi Canyon, as shown on OCS Official Protraction Diagram, NH16-10.

| | | |
|---|---|---|
| 06/01/2008 | Date of lease. Expiration date: 05/31/2018 | |
| | 02/23/2010 | MOEX Offshore 2007 LLC designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon. |
| | 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |
| | | MOEX Offshore 2007 LLC                 10.00000 %<br>BP Exploration & Production Inc.        90.00000 % |
| | 02/23/2010 | Anadarko E&P Company LP designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon. |
| | 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |
| | | Anadarko E&P Company LP                 22.50000 %<br>BP Exploration & Production Inc.         67.50000 %<br>MOEX Offshore 2007 LLC                  10.00000 % |
| | 02/23/2010 | Anadarko Petroleum Corporation designates BP Exploration & Production Inc. as operator. ALL OF BLOCK 252, Mississippi Canyon . |
| | 02/23/2010 | Record title interest is now held as follows, effective 10/1/2009: |
| | | Anadarko Petroleum Corporation           2.50000 %<br>Anadarko E&P Company LP                 22.50000 %<br>MOEX Offshore 2007 LLC                  10.00000 %<br>BP Exploration & Production Inc.         65.00000 % |
| | 04/28/2010 | Record title interest is now held as follows, effective 4/1/2010: |
| | | MOEX Offshore 2007 LLC                  10.00000 %<br>BP Exploration & Production Inc.         65.00000 %<br>Anadarko Petroleum Corporation          25.00000 % |
| | 08/04/2010 | Placed on continuous production on 04/20/2010. |
| | 11/16/2010 | Held by prior production, production ceased on 07/15/2010. |

Back to The Serial Register Page Online Query

http://www.gomr.boemre.gov/homepg/fastfacts/serialregister/srlist.asp