UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All Cases in Pleading Bundles B1 and B3* | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

## ORDER

Considering the Request for Oral Argument of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation;

**IT IS HEREBY ORDERED** that the Court will hear oral argument on:

(1) the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation To Dismiss First Amended Master Complaint B1, Cross-Claim, and Third-Party Complaint for Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] Pursuant To Fed. R. Civ. P. 12(b)(6) (Dkt. # 1414), and;

(2) the Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, MOEX Offshore 2007 LLC, and MOEX USA Corporation To Dismiss Master Complaint In Accordance With PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"] Pursuant To Fed. R. Civ. P. 12(b)(6) (Dkt. # 1416).

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE