**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *State of Veracruz, Repub. of Mexico  v.* | * | |
| *BP, PLC*, No. 10-4239 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of  Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the First Amended Complaint of the State of Veracruz, Republic of Mexico Pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.


_____
UNITED STATES DISTRICT JUDGE