**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *State of Tamaulipas, Repub. of Mexico  v.* | * | |
| *BP, PLC*, **No. 10-4240** | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the First Amended Complaint of the State of Tamaulipas, Republic of Mexico, Pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP are dismissed.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE