UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | | |
| **of Mexico on April 20, 2010** * | | **SECTION "J"** |
| * | | **JUDGE BARBIER** |
| **This Document Relates to:** * | | |
| *State of Quintana Roo, Repub. of Mexico  v.* * | | |
| *BP, PLC*, No. 10-4241 * | | **MAGISTRATE NO. 1** |
| * | | **MAGISTRATE SHUSHAN** |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion of Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the First Amended Complaint of the State of Quintana Roo, Republic of Mexico Pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims against Defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE