UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | **MDL No. 2179** **SECTION "J"** **JUDGE BARBIER** |
| **This Document Relates to:** | * * * * | |
| *City of Greenville, et al. v.* *BP, PLC*, **No. 10-4185** *State of Veracruz, Repub. of Mexico v.* *BP, PLC*, **No. 10-4239** *State of Tamaulipas, Repub. of Mexico v.* *BP, PLC*, **No. 10-4240** *State of Quintana Roo, Repub. of Mexico v.* *BP, PLC*, **No. 10-4241** | * * * * * * * * * | **MAGISTRATE NO. 1** **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC respectfully request oral argument on the following:

1. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss the Complaint in *City of Greenville, et al. v. BP, PLC*, No. 10-4185 [Dkt. # 1421]

2. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's Motion to Dismiss First Amended Complaint in *State of Veracruz, Repub. of Mexico v. BP, PLC*, No. 10-4329 [Dkt. # 1422]

3. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss First Amended Complaint in *State of Tamaulipas, Repub. of Mexico v. BP, PLC*, No. 10-4240

[Dkt. # 1423]

4. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss First Amended Complaint in *State of Quintana Roo, Repub. of Mexico v. BP, PLC*, No. 10-4241 [Dkt. # 1424]

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC submit that oral argument may assist the Court in evaluating the Motions.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

                    KUCHLER POLK SCHELL
                    WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Request for Oral Argument to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.

              /s/ *Ky E. Kirby*
              Ky E. Kirby