UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: | * * | |
| *City of Greenville, et al. v.*  *BP, PLC*, No. 10-4185 *State of Veracruz, Repub. of Mexico v.*  *BP, PLC*, No. 10-4239 *State of Tamaulipas, Repub. of Mexico v.*  *BP, PLC*, No. 10-4240 *State of Quintana Roo, Repub. of Mexico v.*  *BP, PLC*, No. 10-4241 | * * * * * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the Request of Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's for Oral Argument,

**IT IS HEREBY ORDERED** that the Court will hear oral argument on the following:

1. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss the Complaint in *City of Greenville, et al. v. BP, PLC*, No. 10-4185 [Dkt. # 1421]

2. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's Motion to Dismiss First Amended Complaint in *State of Veracruz, Repub. of Mexico v. BP, PLC*, No. 10-4329 [Dkt. # 1422]

3. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss First Amended

2

Complaint in *State of Tamaulipas, Repub. of Mexico v. BP, PLC*, No. 10-4240 [Dkt. # 1423]

4. Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC's to Dismiss First Amended Complaint in *State of Quintana Roo, Repub. of Mexico v. BP, PLC*, No. 10-4241 [Dkt. # 1424]

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE