IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>**Applies to:**<br>*All Cases in Pleading Bundle B1* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

. .. .. .. .. .. .. .. .. .. .. .. . 

### HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' MASTER COMPLAINT FOR ECONOMIC LOSSES

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiffs' Master Complaint for Private Economic Losses pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this Motion, HESI submits the accompanying Memorandum in Support and states as follows:

1. Plaintiffs' claims, if any, arise exclusively under this Court's admiralty jurisdiction, which calls for the application of substantive maritime law to all of Plaintiffs' claims.  *See* HESI's Memorandum at Section IV.A.2.

2. The Outer Continental Shelf Lands Act's adjacent state law provision, 43 U.S.C. § 1333(a)(2)(A), does not require the application of state law to Plaintiffs' claims.  *See* HESI's Memorandum at Section IV.A.3.

3. The Oil Pollution Act of 1990, 33 U.S.C. §§ 2701, *et seq.* (the "OPA")*,* provides the exclusive federal remedy for the kinds of oil spill-related damages asserted by Plaintiffs and, as such, displaces or preempts Plaintiffs' maritime law claims arising from the oil spill.  *See* HESI's Memorandum at Section IV.A.4.

4. This Court cannot exercise subject matter jurisdiction over Plaintiffs' claims to the extent that Plaintiffs have failed to present their claims through the OPA-mandated claims

process. Therefore, such claims should be dismissed. *See* HESI's Memorandum at Section IV.A.5.

5. Plaintiffs' sole remedy for their alleged damages, if any, lies against a "responsible party" designated under the OPA, not against HESI. Accordingly, this Court should dismiss all Plaintiffs' claims asserted against HESI because such Plaintiffs have failed to state a proper claim against HESI. *See* HESI's Memorandum at Section IV.A.6.

6. Plaintiffs' claims are barred by the economic loss rule to the extent that they do not allege physical damage to a proprietary interest. *See* HESI's Memorandum at Section IV.B.

7. Finally, Plaintiffs cannot, as a matter of law, recover punitive damages from HESI because a request for punitive damages does not constitute a separate cause of action and because the OPA, which provides Plaintiffs' sole remedy, if any, does not permit the recovery of punitive damages. *See* HESI's Memorandum at Section IV.C.

WHEREFORE, for the reasons more fully set forth in the attached Memorandum in Support, HESI respectfully prays that this Court dismiss Plaintiffs' Master Complaint for Private Economic Losses in its entirety for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction.

Dated: February 28, 2011.

       **Respectfully Submitted,**

       **GODWIN RONQUILLO PC**

       **By:** __/s/__ *Donald E. Godwin, T.A.*
       Donald E. Godwin, T.A.
       dgodwin@godwinronquillo.com
       Bruce W. Bowman, Jr.
       bbowman@godwinronquillo.com
       Jenny L. Martinez
       jmartinez@godwinronquillo.com
       Floyd R. Hartley, Jr.
       fhartley@godwinronquillo.com
       Gavin Hill
       ghill@godwinronquillo.com
       1201 Elm Street, Suite 1700
       Dallas, Texas 75270-2041
       Telephone: 214.939.4400
       Facsimile: 214.760.7332

       and

       R. Alan York
       State Bar No. 22167500
       ayork@godwinronquillo.com
       Jerry C. von Sternberg
       State Bar No. 20618150
       jvonsternberg@godwinronquillo.com

       1331 Lamar, Suite 1665
       Houston, Texas 77010
       Telephone:  713.595.8300
       Facsimile:  713.425.7594

       **ATTORNEYS FOR DEFENDANT**
       **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 28th day of February, 2011.

                                                     /s/  Donald E. Godwin
                                                   Donald E. Godwin