# Appendix 1

| Case Name | Cause No. | Jurisdiction |
|---|---|---|
| *The St. Joe Company v. Halliburton* | 1:10-cv-0733 | Delaware |
| *Bennett, et a. v. BP, plc, et al.* | 6:10-cv-00137 | EDKY |
| *Abadie v. BP, plc., et al.* | 2:10-cv-02116 | EDLA |
| *Alexie v. HESI, et al.* | 2:10-cv-01561 | EDLA |
| *Ascension Marine v. BP, plc., et al.* | 2:10-cv-001857 | EDLA |
| *Babin v. BP, plc., et al.* | 2:10-cv-03300 | EDLA |
| *Bang v. BP, et al.* | 2:10-cv-02097 | EDLA |
| *Bartol v. BP, et al.* | 1:10-cv-00195 | EDLA |
| *Bartol, John Taliancich v. BP, et al.* | 2:10-cv-01489 | EDLA |
| *Bayona Corp. d/b/a Bayona Restaurant v. Transocean Ltd., et al* | 2:10-cv-01839 | EDLA |
| *Boettner v. BP, et al.* | 2:10-cv-01764 | EDLA |
| *Brondum v. BP, et al.* | 2:10-cv-01613 | EDLA |
| *Buras v. BP, plc., et al.* | 3:10-cv-00369 | EDLA |
| *Captain Charlie Thomason's Bayou Charters, Inc. v. BP, et al.* | 2:10-cv-01422 | EDLA |
| *Carrone, et al. v. BP, et al.* | 2:10-cv-01315 | EDLA |
| *CJK Fab & Consulting v. BP, et al.* | 2:10-cv-02839 | EDLA |
| *Cooper, et al. v. BP, et al.* | 2:10-cv-01229 | EDLA |
| *Copeland's of New Orleans, Inc. et al. v. BP, et al.* | 2:10-cv-01926 | EDLA |
| *Creppel v. BP, et al.* | 2:10-cv-01346 | EDLA |
| *Cressey v. BP, et al.* | 2:10-cv-01721 | EDLA |
| *Decatur Hotels, LLC, et al. v. BP, et al.* | 2:10-cv-01767 | EDLA |
| *Derouen v. BP, et al.* | 2:10-cv-01573 | EDLA |
| *Dinet v. BP, plc., et al.* | 2:10-cv-01615 | EDLA |
| *Duet, et al. v. BP, et al.* | 2:10-cv-01519 | EDLA |
| *Dugas, et al. v. BP, et al.* | 2:10-cv-01322 | EDLA |

| | | |
|---|---|---|
| *Dumas v. BP, et al.* | 2:10-cv-01348 | EDLA |
| *Dung, Tran Ngoc, et al. v. BP, et al.* | 4:10-cv-02129 | EDLA |
| *Ezell, et al. v. BP, et al.* | 2:10-cv-01920 | EDLA |
| *Firehouse Restaurant. LLC v. BP, et al.* | 2:10-cv-01445 | EDLA |
| *Floyd, et al. v. BP, et al.* | 1:10-cv-00445 | EDLA |
| *Friloux, et al. v. BP, et al.* | 2:10-cv-01246 | EDLA |
| *Gaker v. BP Exploration and Production, Inc., et al.* | 2:10-cv-03454 | EDLA |
| *Galliano, et al. v. BP, et al.* | 2:10-cv-02715 | EDLA |
| *Gautreaux v. BP, plc., et al.* | 2:10-cv-01539 | EDLA |
| *Gulf Crown Seafood, Inc. v. BP, et al.* | 2:10-cv-01344 | EDLA |
| *Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle v. Transocean, et al.* | 2:10-cv-02103 | EDLA |
| *Ivic, et al. v. BP, et al.* | 2:10-cv-01249 | EDLA |
| *JRKW Enterprises, LLC d/b/a Huck Finn's Café v. BP, et al.* | 2:10-cv-02846 | EDLA |
| *Kansas v. Transocean Ltd., et al.* | 2:10-cv-01836 | EDLA |
| *Le, Tam V., et al. v. BP, et al.* | 2:10-cv-02114 | EDLA |
| *Levy v. Transocean, et al.* | 2:10-cv-01245 | EDLA |
| *Loupe v. BP, et al.* | 2:10-cv-02764 | EDLA |
| *Mandina, et al. v. BP, et al.* | 2:10-cv-02713 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01741 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01855 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01852 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-001850 | EDLA |
| *Nguyen, Cuch, et al. v. BP, et al.* | 2:10-cv-01314 | EDLA |
| *Nova Affiliated, S.A. v. BP, et al.* | 2:10-cv-01313 | EDLA |

| | | |
|---|---|---|
| *Oser v. Transocean, Ltd., et al.* | 2:10-cv-01829 | EDLA |
| *Parker v. BP et al.* | 2:10-cv-01411 | EDLA |
| *Phillips v. BP, et al.* | 2:10-cv-01620 | EDLA |
| *Revenue Properties Southland Limited Partnership v. BP, et al.* | 2:10-cv-01947 | EDLA |
| *Richards Seafood Patio, et al. v. BP, et al.* | 2:10-cv-01438 | EDLA |
| *Robin Seafood Inc., et al. v. BP, et al.* | 2:10-cv-01314 | EDLA |
| *Rodrigue, Sr., et al. v. BP, et al.* | 2:10-cv-01325 | EDLA |
| *Russell, Avacato v. BP, et al.* | 2:10-cv-02770 | EDLA |
| *T&D Fishery, et al. v. BP, et al.* | 2:10-cv-01332 | EDLA |
| *Tobatex, Inc. and M.R.M. Energy, Inc. v. BP, et al.* | 2:10-cv-04573 | EDLA |
| *Vath v. BP, et al.* | 2:10-cv-01273 | EDLA |
| *Verdin, Captain Cherry David v. BP, et al.* | 2:10-cv-01841 | EDLA |
| *Verdin, Captain Irene D. v. BP, et al.* | 2:10-cv-01842 | EDLA |
| *Winnie's Artsy Cafe', LLC d/b/a Mahony's Po-Boy Shop v. BP, et al.* | 2:10-cv-02820 | EDLA |
| *Faris, John & Faris Properties, LLC II v. Transocean, et al.* | 3:10-cv-00222 | EDTN |
| *Le, Tien, et al. v. BP, et al.* | 4:10-cv-02619 | EDTX |
| *Tran v. BP, et al.* | 1:10-cv-00347 | EDTX |
| *Tran v. BP, et al.* | 1:10-cv-00345 | EDTX |
| *Adventure Sports II, Inc.* | 2:10-cv-00525 | MDAL |
| *City of Greenville, et al. v. BP, et al.* | 2:10-cv-00756 | MDAL |
| *State of Alabama v. Transocean et al.* | 2:10-cv-00691 | MDAL |
| *Coratella, et al. v. BP, et al.* | 8:10-cv-01337 | MDFL |
| *East Shore Land Development, LLC, et al. v. BP, et al.* | 8:10-cv-01316 | MDFL |

| | | |
|---|---|---|
| *Fago v. BP, et al.* | 2:10-cv-00346 | MDFL |
| *Galaris, et al. v. BP, et al.* | 8:10-cv-01319 | MDFL |
| *Gionis, et al. v. BP, et al.* | 8:10-cv-01318 | MDFL |
| *Gold Fingers Jewelers & Gift Shop, Inc. v. BP, et al.* | 8:10-cv-01317 | MDFL |
| *J.J.S. Properties, Inc., et al. v. BP, et al.* | 8:10-cv-01320 | MDFL |
| *Murphy, et al. v. BP, et al.* | 8:10-cv-01521 | MDFL |
| *Narcosis, Inc. v. BP, PLC, et al.* | 8:10-cv-01312 | MDFL |
| *Vacation Key West, Inc. v. BP, et al.* | 4:10-cv-10059 | MDFL |
| *1st Rate, LLC v. BP, et al.* | 2:10-cv-01444 | MDLA |
| *Anderson v. BP, plc, et al.* | 1:10-cv-00414 | NDAL |
| *Chenault, et al. v. Transocean, et al.* | 1:10-cv-1139 | NDAL |
| *Adams v. BP, et al.* | 4:10-cv-00306 | NDFL |
| *Capt Ander, Inc. v. BP, et al.* | 4:10-cv-00364 | NDFL |
| *Carswell, et al. v. Lisa Echeverri, BP, et al.* | 4:10-cv-00486 | NDFL |
| *Creech, et al. v. Transocean, et al.* | 3:10-cv-00158 | NDFL |
| *Destin Fishing Fleet, Inc., et al. v. BP, et al.* | 3:10-cv-00160 | NDFL |
| *Douglass, et al. v. Transocean, et al.* | 3:10-cv-00136 | NDFL |
| *Evans v. BP, et al.* | 3:10-cv-00207 | NDFL |
| *Harris v. Transocean, et al.* | 3:10-cv-00134 | NDFL |
| *Harris v. Transocean, et al.* | 3:10-cv-00129 | NDFL |
| *Ireland v. BP, et al.* | 3:10-cv-00317 | NDFL |
| *Kilgore Realty, LLC v. Transocean, et al.* | 3:10-cv-00156 | NDFL |
| *Ocean Reef Realty, Inc. et al. v. Transocean Holdings, et al.* | 3:10-cv-00132 | NDFL |
| *Petitjean v. BP, et al.* | 3:10-cv-00361 | NDFL |
| *Salley, et al. v. Transocean, et al.* | 3:10-cv-00133 | NDFL |

| | | |
|---|---|---|
| *Sandcastle Escapes, L.L.C. v. BP, et al.* | 3:10-cv-00184 | NDFL |
| *Stricker, et al v. BP, et al.* | 3:10-cv-00229 | NDFL |
| *West, et al. v. BP, et al.* | 3:10-cv-00274 | NDFL |
| *Billy's Seafood, Inc. v. Transocean, et al.* | 1:10-cv-00215 | SDAL |
| *Blue Water Yacht Sales, et al. v. Transocean, et al.* | 1:10-cv-00224 | SDAL |
| *Bon Secour Fisheries, Inc. and Bon Secour Boats Inc. v. BP, et al.* | 1:10-cv-00206 | SDAL |
| *Cotton Bayou Marina, Inc. d/b/a Tacky Jack's Restaurant v. BP, et al.* | 1:10-cv-00249 | SDAL |
| *Deupree Outdoor Guide, Inc. et al. v. BP, et al.* | 1:10-cv-00252 | SDAL |
| *Drawdy, et al. v. Transocean et al.* | 1:10-cv-00235 | SDAL |
| *Fishburn, et al. v. BP, et al.* | 1:10-cv-00248 | SDAL |
| *Fishtrap Charters, LLC, et al. v. Transocean, et al.* | 1:10-cv-00202 | SDAL |
| *Ford v. BP, et al.* | 1:10-cv-00292 | SDAL |
| *Fort Morgan Sales, et al. v. Transocean, et al.* | 1:10-cv-00203 | SDAL |
| *Gulf Shores West Beach Investments, LLC, et al. v. Transocean, et al.* | 1:10-cv-00213 | SDAL |
| *Hobson v. BP, et al.* | 1:10-cv-00341 | SDAL |
| *Jones, Chase, et al. v. BP, et al.* | 2:10-cv-02165 | SDAL |
| *Marine Horizon, Inc. et al. v. BP, et al.* | 1:10-cv-00227 | SDAL |
| *Mason et al. v. Transocean et. al.* | 1:10-cv-0191 | SDAL |
| *Milson v. Transocean, et al.* | 1:10-cv-0354 | SDAL |
| *Mobile Fixture & Equipment Company, Inc. v. BP, et al.* | 1:10-cv-00395 | SDAL |
| *Monroe, Paul, et al. v. BP, et al.* | 1:10-cv-00472 | SDAL |
| *Moore, et al. v. BP, et al.* | 1:10-cv-00293 | SDAL |

| | | |
|---|---|---|
| *Orange Beach Marina, Inc. et al. v. Transocean, et al.* | 1:10-cv-00217 | SDAL |
| *Original Oysterhouse, Inc., et al. v. Transocean Holdings, Inc., et al.* | 1:10-cv-00223 | SDAL |
| *Pendarvis v. BP, et al.* | 1:10-cv00218 | SDAL |
| *Simpson, et. al. v. Transocean, et al.* | 1:10-cv-00210 | SDAL |
| *Sunrise Rentals Enterprises v. BP, et al.* | 1:10-cv-00261 | SDAL |
| *The Fish Market Restaurant, Inc. et al. v. BP, et al.* | 1:10-cv-00469 | SDAL |
| *Vision Bank v. 145, LLC and James Dalton (Third Party Defendants) v. BP, et al.* | 1:10-cv-00521 | SDAL |
| *Wilkerson, et al. v. Transocean, et al.* | 1:10-cv-00201 | SDAL |
| *Worldwide Interiors v. BP, et al.* | 1:10-cv-00468 | SDAL |
| *Wright et al. v. BP, et al.* | 1:10-cv-00397 | SDAL |
| *Casablanca Fish Market, Inc. v. BP, et al.* | 1:10-cv-21694 | SDFL |
| *Davis, et al. v. BP, et al.* | 4:10-cv-10055 | SDFL |
| *Lee v. BP, et al.* | 4:10-cv-10062 | SDFL |
| *McCarthy v. BP, et al.* | 4:10-cv-10068 | SDFL |
| *Professional Bars, Inc. et al. v. BP, et al.* | 4:10-cv-10056 | SDFL |
| *Shepardson, et al. v. BP, et al.* | 4:10-cv-10054 | SDFL |
| *Triad Seafood, Inc. v. BP, et al.* | 0:10-cv-61181 | SDFL |
| *Ware v. BP, et al.* | 4:10-cv-10069 | SDFL |
| *Gay v. Transocean, et al.* | 3:10-cv-00045 | SDGA |
| *Balius, et al v. BP, et a.l* | 1:10-cv-00262 | SDMS |
| *Brian Howard's Charter Fishing, LLC. v. Transocean, et al.* | 1:10cv--00207 | SDMS |
| *Capt Kenny Barhanovich v. BP, et al.* | 1:10-cv-00258 | SDMS |
| *Cooley v. BP, et al.* | 1:10-cv-00391 | SDMS |

| | | |
|---|---|---|
| *Grieshaber v. BP, et al.* | 1:10-cv-00185 | SDMS |
| *Montagnet v. Transocean, et al.* | 1:10-cv-00201 | SDMS |
| *Nguyen v. BP, et al.* | 1:10-cv-00241 | SDMS |
| *Nguyen v. Transocean, Ltd., et al.* | 1:10-cv-00236 | SDMS |
| *Parker v. Transocean, et al.* | 1:10-cv-174 | SDMS |
| *Shemper v. BP, et al.* | 2:10-cv-00138 | SDMS |
| *Wilson, Bobby v. BP, et al.* | 1:10-cv-00263 | SDMS |
| *Aguilar, et al. v. BP, et al.* | 1:10-cv-00237 | SDTX |
| *Alpasito, Inc., et al. v. BP, et al.* | 1:10-cv-00236 | SDTX |
| *Arispe, et al. v. BP, et al.* | 4:10-cv-03197 | SDTX |
| *Cheiu Nguyen, et al. v. BP, et al.* | 4:10-cv-02625 | SDTX |
| *Cheng v. BP,et al.* | 4:10-cv-02717 | SDTX |
| *Chernin, et al. v. BP, et al.* | 3:10-cv-00350 | SDTX |
| *Chu v. BP, et al.* | 4:10-cv-01972 | SDTX |
| *Davis, M. v. Cameron et al.* | 4:10-cv-01852 | SDTX |
| *Do, Liem Do, et al. v. BP, et al.* | 4:10-cv-02256 | SDTX |
| *Gore, et al. v. BP, et al.* | 3:10-cv-00486 | SDTX |
| *Lam, et al. v. BP, et al.* | 4:10-cv-02261 | SDTX |
| *Le, Duc Truong, et al. v. BP, et al.* | 4:10-cv-01971 | SDTX |
| *Le, Thum, et al. v. BP, et al.* | 4:10-cv-01970 | SDTX |
| *Mai, et al. v. PB, et al.* | 4:10-cv-02621 | SDTX |
| *Ngo, et al. v. BP, et al.* | 4:10-cv-03071 | SDTX |
| *Nguyen, Cindy T., et al. v. BP, et al.* | 4:10-cv-02030 | SDTX |
| *Nguyen, Dong, et al. v. BP, et al.* | 4:10-cv-01969 | SDTX |
| *Nguyen, et al. v. BP, et al.* | 4:10-cv-02259 | SDTX |
| *Nguyen, et al. v. BP, et al.* | 4:10-cv-03068 | SDTX |
| *Nguyen, Susie v. BP, et al.* | 4:10-cv-03072 | SDTX |
| *Nguyen, Xuan et al v. BP, et al* | 4:10-cv-01968 | SDTX |

| | | |
|---|---|---|
| *Pham, et al. v. BP, et al.* | 4:10-cv-03346 | SDTX |
| *Timmons Restaurant Partners, Ltd. d/b/a Tony's, et al. v. BP, et al.* | 4:10-cv-03201 | SDTX |
| *Tran, et al. v. BP, et al.* | 4:10-cv-03069 | SDTX |
| *Tran, et al. v. BP, et al.* | 4:10-cv-02624 | SDTX |
| *Tran, Tam v. BP, et al.* | 4:10-cv-03070 | SDTX |
| *Tran, Thong et al. v. BP, et al.* | 4:10-cv-02254 | SDTX |
| *Van, et al. v. BP, et al.* | 4:10-cv-02257 | SDTX |
| *Vo, Tung et al. v. BP, et al.* | 4:10-cv-02622 | SDTX |
| *Brandt, et al v. BP, et al.* | 2:10-cv-01460 | SCD |
| *Divine Fish House, et al. v. BP, et al.* | 2:10-cv-01461 | SCD |
| *PGKR Enterprises, LLC v. BP, et al.* | 4:10-cv-01782 | SCD |
| *The Litchfield Company v. BP, et al.* | 2:10-cv-01462 | SCD |
| *Callaway v. BP, et al.* | 1:10-cv-00321 | SWAL |
| *Gaskins v. BP, et al.* | 2:10-cv-00738 | WDLA |
| *James Fisher, et al. v. BP, et al.* | 1:10-cv-00421 | Circuit Court Baldwin Co., AL |
| *Walton, et al. v. BP, et al.* | 4:10-cv-00331 | Circuit Ct., Leon County, FL |
| *Schoest, et al. v. BP, et al.* | 6:10-cv-00727 | WDLA |

**Appendix 2**

| Case Name | Cause No. | Jurisdiction |
|---|---|---|
| *Charles C. Elmer* | 2:10-cv-1515 | EDLA |
| *Hinton v. Halliburton Energy Services, Inc.* | 1:10-cv-00767 | EDVA |
| *Simcox, Carden v. BP, et al.* | 3:10-cv-00514 | MDTN |
| *Barbers's Seafood, Inc. v. BP, et al.* | 4:10-cv-00223 | NDFL |
| *Destin, et al. v. BP, et al.* | 3:10-cv-00141 | NDFL |
| *Emerald Coast Property Group, LLP. v. BP, et al.* | 3:10-cv-00186 | NDFL |
| *Joe Patti Seafood Company, et al. v. Transocean, et al.* | 3:10-cv-00137 | NDFL |
| *Le Discount Seafood, Inc., et al v. Transocean, et al.* | 5:10-cv-00106 | NDFL |
| *Le, Hao, et al. v. BP, et al.* | 5:10-cv-00124 | NDFL |
| *Merritt & Associates, LLC, et al. v. Transocean, et al.* | 3:10-cv-00191 | NDFL |
| *Nobles, et al. v. BP, et al.* | 5:10-cv-00126 | NDFL |
| *Raffield Fisheries, Inc., et al. v. BP, et al.* | 5:10-cv-00114 | NDFL |
| *Smiling Fish Cafe, Inc. v. BP, et al.* | 3:10-cv-00177 | NDFL |
| *Ward,et. al. v. BP, et al.* | 4:10-cv-00157 | NDFL |
| *Water Street Seafood, Inc. et. al. v. BP, et al.* | 4:10-cv-00162 | NDFL |
| *Wood Fisheries, Inc. v. BP, et al.* | 5:10-cv-00127 | NDFL |
| *Schorr, et al v. BP, et al.* | 1:10-cv-02151 | NDGA |
| *Barber, et al. v. BP, et al.* | 1:10-cv-00263 | SDAL |
| *Captain Edward Lockridge v. BP, et al.* | 1:10-cv-00233 | SDAL |
| *Crenshaw v. BP, et al.* | 1:10-cv-00314 | SDAL |
| *Ferguson v. BP, et al.* | 1:10-cv-00281 | SDAL |
| *Hopkins, et al v. Transocean, et al.* | 1:10-cv-00221 | SDAL |
| *Obie Carlise v. BP, et al.* | 1:10-cv-00422 | SDAL |
| *Papa Rod, Inc. v. BP, et al.* | 1:10-cv-00272 | SDAL |

| | | |
|---|---|---|
| *Sea Eagles Fisheries, Inc. et al. v. BP, et al.* | 1:10-cv-00238 | SDAL |
| *Smith, et al. v. BP, et al.* | 1:10-cv-00200 | SDAL |
| *Townsend et al. v. BP, et al.* | 1:10-cv-00369 | SDAL |
| *Trahan et al. v. BP, et al.* | 1:10-cv-00198 | SDAL |
| *Alfano v. Transocean, et al.* | 4:10-cv-10047 | SDFL |
| *All Florida Keys Property Management, LLC v. Transocean, et al.* | 4:10-cv-10051 | SDFL |
| *Banks v. Transocean, et al.* | 4:10-cv-10045 | SDFL |
| *Cochran, et al. v. BP, et al.* | 0:10-cv-61179 | SDFL |
| *Contender Boats, Inc. v. Anadarko, et al* | 1:10-cv-23203 | SDFL |
| *Danger Corp. v. BP, et al* | 4:10-cv-10057 | SDFL |
| *Donnell v. Transocean, et al.* | 4:10-cv-10048 | SDFL |
| *Gulf Manufacturing Company v. BP, et al* | 1:10-cv-23323 | SDFL |
| *Key West Tiki Charters, Inc. et al. v. BP, et al.* | 4:10-cv-10039 | SDFL |
| *Moret v. Transocean, et al.* | 4:10-cv-10043 | SDFL |
| *Olivera v. Transocean, et al* | 4:10-cv-10050 | SDFL |
| *Ortega, et al v. BP, et al* | 3:10-cv-00193 | SDFL |
| *Parker v. Transocean, et al.* | 4:10-cv-10049 | SDFL |
| *Starchaser, Inc., et al. v. BP, et al.* | 1:10-cv-21736 | SDFL |
| *Three Captains, Inc. v. Transocean, et al* | 4:10-cv-10052 | SDFL |
| *Tracey Acree Construction, Inc. et al. v. BP, et al.* | 0:10-cv-61180 | SDFL |
| *Two Headed Shark, LLC, et al. v. Transocean, et al.* | 4:10-cv-10038 | SDFL |
| *Barker v. BP, et al* | 1:10-cv-00225 | SDMS |
| *Cajun Maid v. BP, et al.* | 1:10-cv-00176 | SDMS |
| *Cooley v. BP, et al.* | 1:10-cv-00391 | SDMS |
| *Daniels, et al. v. Cameron, et al.* | 1:10-cv-00182 | SDMS |
| *Duyn v. Cameron et al.* | 1:10-cv-00183 | SDMS |

| | | |
|---|---|---|
| *Hopper v. Cameron, et al.* | 1:10-cv-00173 | SDMS |
| *Pelaez, et al. v. Cameron, et al.* | 1:10-cv-180 | SDMS |
| *Sevel v. BP, et al.* | 1:10-cv-00179 | SDMS |
| *Staley v. Cameron, et al.* | 1:10-cv-00181 | SDMS |
| *Thigpen, et al v.BP, et al.* | 1:10-cv-00280 | SDMS |
| *Trieu v. BP, et al.* | 1:10-cv-00177 | SDMS |
| *Arias, et al. v. BP, et al.* | 3:10-cv-00353 | SDTX |
| *Contegni, et al. v. Transocean et al.* | 4:10-cv-01978 | SDTX |
| *Juan Esquivel, et al. v. BP, et al.* | 1:10-cv-00227 | SDTX |
| *Nelson, et al v. Transocean, et al.* | 3:10-cv-00172 | SDTX |
| *Pappas Restaurants, Inc. v. Transocean et al.* | 4:10-cv-01912 | SDTX |
| *Satchfield v. BP, plc., et al.* | 4:10-cv-02397 | SDTX |
| *Seta, et al. v. BP, et al.* | 4:10-cv-02448 | SDTX |
| *ECCO Solutions v. BP, et al.* | 3:10-cv-00354 | SDTX |
| *Gulf King Services, Inc. v. BP Exploration and Production, Inc., et al.* | 4:11-cv-00312 | SDTX |
| *Leagre v. BP, et al.* | 4:10-cv-02446 | SDTX. |
| *Wright, et al. v. BP, et al.* | 4:10-cv-02088 | SDTX. |
| *O'Bryan, et al v. BP, et al.* | 3:10-cv-00368 | WDKY |
| *Gaskins v. BP, et al.* | 2:10-cv-00738 | WDLA |
| *Groomer Seafood, Inc. v. BP, et al.* | 5:20-cv-00780 | WDTX |

## Appendix 3

| Case Name | Cause No. | Jurisdiction |
|---|---|---|
| *Bang v. BP, et al.* | 2:10-cv-02097 | EDLA |
| *Bayona Corp. d/b/a Bayona Restaurant v. Transocean Ltd., et al.* | 2:10-cv-01839 | EDLA |
| *Brondum v. BP, et al.* | 2:10-cv-01613 | EDLA |
| *Gaker v. BP Exploration & Production, Inc., et al.* | 2:10-cv-03454 | EDLA |
| *Galliano v. BP, et al.* | 2:10-cv-02715 | EDLA |
| *Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle v. Transocean, et al.* | 2:10-cv-02103 | EDLA |
| *Kansas v. Transocean Ltd., et al.* | 2:10-cv-01836 | EDLA |
| *Mandina v. BP, et al.* | 2:10-cv-02713 | EDLA |
| *Mandina's of New Orleans v. BP, et al.* | 2:10-cv-02712 | EDLA |
| *Manint v. BP, et al.* | 2:10-cv-02716 | EDLA |
| *Oser v. Transocean Ltd., et al.* | 2:10-cv-01829 | EDLA |
| *Richards Seafood Patio, et al. v. BP, et al.* | 2:10-cv-01438 | EDLA |
| *Schaff v. Transocean Ltd., et al.* | 2:10-cv-02709 | EDLA |
| *Stevenson v. BP, et al.* | 2:10-cv-01161 | EDLA |
| *T&D Fishery, et al. v. BP, et al.* | 2:10-cv-01332 | EDLA |
| *State of Alabama v. Transocean et al.* | 2:10-cv-00691 | MDAL. |
| *Destin, et al. v. BP, et al.* | 3:10-cv-00141 | NDFL |
| *Casablanca Fish Market Inc. v. BP, et al.* | 1:10-cv-21694 | SDFL |
| *Nguyen v. Transocean, Ltd., et al.* | 1:10-cv-00236 | SDMS |
| *Brian Howard's Charter Fishing, LLC. v. Transocean, et al.* | 1:10-00207 | SDMS. |
| *Cajun Maid v. BP, et al.* | 1:10-cv-00176 | SDMS. |
| *Satchfield v. BP, et al.* | 4:10-cv-02397 | SDTX |
| *Wright, et al. v. BP, et al.* | 4:10-cv-02088 | SDTX |

| Case Name | Cause No. | Jurisdiction |
|---|---|---|
| *Divine Fish House, et al. v. BP, et al.* | 2:10-cv-01461 | SCD |
| *Gulf Manufacturing Company v. BP, et al.* | 1:10-cv-23323 | SCD |
| *The Litchfield Company v. BP, et al.* | 2:10-cv-01462 | SCD |

## Appendix 4

| Case Name | Cause No. | Jurisdiction |
| --- | --- | --- |
| *Synovus Bank v. Flash Island Resort, et al, Third Party Intervenor v. BP, et al.* | 2010-902180 | CC of Jefferson Co., AL |
| *James Fisher, et al. v. BP, et al.* | 1:10-cv-00421 | Circuit Court Baldwin Co., AL |
| *Walton, et al. v. BP, et al.* | 4:10-cv-00331 | Circuit Ct., Leon County, FL |
| *The St. Joe Company v. Halliburton* | 1:10-cv-0733 | Delaware |
| *Bennett, et a. v. BP, et al.* | 6:10-cv-00137 | EDKY. |
| *Abadie, et al. v. BP, et al.* | 2:10-cv-02116 | EDLA |
| *Alexie v. BP, et al.* | 2:10-cv-01250 | EDLA |
| *Alexie v. Halliburton, et al.* | 2:10-cv-01561 | EDLA |
| *American Gulf Seafood, LLC, et al. v. BP, et al.* | 2:10-cv-01970 | EDLA |
| *Ascension Marine, Inc. v. BP, et al.* | 2:10-cv-01857 | EDLA |
| *Bang v. BP, et al.* | 2:10-cv-02097 | EDLA |
| *Bartol v. BP, et al.* | 2:10-cv-01489 | EDLA |
| *Bayona Corp. d/b/a Bayona Restaurant v. Transocean, et al.* | 2:10-cv-01839 | EDLA |
| *Bill's Oyster House, et al v. BP, et al.* | 2:10-cv-01308 | EDLA |
| *Boettner v. BP, et al.* | 2:10-cv-01764 | EDLA |
| *Bones & Campbell, et al. v. BP, et al.* | 2:10-cv-03068 | EDLA |
| *Brondum v. BP, et al.* | 2:10-cv-01613 | EDLA |
| *Buras, et al. v. BP, et al.* | 3:10-cv-00369 | EDLA |
| *Cajun Crab, LLC, et al v. BP, et al.* | 2:10-cv-01516 | EDLA |
| *Cajun Offshore Charters, LLC v. BP, et al.* | 2:10-cv-01341 | EDLA |
| *Capt. Darren Patrick Schaff v. BP, et al.* | 2:10-cv-01484 | EDLA |
| *Captain Charlie Thomason's Bayou Charters, Inc. v. BP, et al.* | 2:10-cv-01422 | EDLA |

| | | |
|---|---|---|
| *Carrone, et al. v. BP, et al.* | 2:10-cv-01315 | EDLA |
| *Charles C. Elmer* | 2:10-cv-01515 | EDLA |
| *CJK Fab & Consulting v. BP, et al.* | 2:10-cv-02839 | EDLA |
| *Commander v. BP, et al.* | 2:10-cv-01339 | EDLA |
| *Cooper, et al. v. BP, et al.* | 2:10-cv-01229 | EDLA |
| *Copeland's of New Orleans, Inc., et al. v. BP, et al.* | 2:10-cv-01926 | EDLA |
| *Creppel v. BP, et al.* | 2:10-cv-01346 | EDLA |
| *Cressey v. BP, et al.* | 2:10-cv-01721 | EDLA |
| *D&H Outfitters v. BP, et al.* | 2:10-cv-01556 | EDLA |
| *Danzig v. BP, et al.* | 2:10-cv-01726 | EDLA |
| *Decatur Hotels v. BP, et al.* | 2:10-cv-01767 | EDLA |
| *Derouen v. BP, et al.* | 2:10-cv-01573 | EDLA |
| *Dinet v. BP, et al.* | 2:10-cv-0615 | EDLA |
| *Duet, et al. v. BP, et al.* | 2:10-cv-01519 | EDLA |
| *Dugas, et al. v. BP, et al.* | 2:10-cv-01322 | EDLA |
| *Dumas v. BP, et al.* | 2:10-cv-01348 | EDLA |
| *Dung, Tran Ngoc, et al. v. BP, et al.* | 4:10-cv-02129 | EDLA |
| *Ezell, et al. v. BP, et al* | 2:10-cv-01920 | EDLA |
| *Firehouse Restaurant. LLC v. BP, et al.* | 2:10-cv-01445 | EDLA |
| *Fishing Magicians Charters, LLC v. BP, et al.* | 2:10-cv-01338 | EDLA |
| *Floyd, et al. v. BP, et al.* | 1:10-cv-00445 | EDLA |
| *Friloux, et al. v. BP, et al.* | 2:10-cv-01246 | EDLA |
| *Frischertz v. Halliburton Energy Services, Inc., et al.* | 2:10-cv-01906 | EDLA |
| *Fruge, et al. v. BP, et al.* | 2:10-cv-01752 | EDLA |
| *Gaker v. BP Exploration and Production, Inc., et al.* | 2:10-cv-03454 | EDLA |
| *Galliano, et al. v. BP, et al.* | 2:10-cv-02715 | EDLA |
| *Gallo, et al. v. BP, et al.* | 2:10-cv-02795 | EDLA |
| *Garner v. BP, et al.* | 2:10-cv-01482 | EDLA |
| *Gautreaux v. BP, et al.* | 2:10-cv-01539 | EDLA |
| *Greene v. BP, et al.* | 2:10-cv-04249 | EDLA |

| | | |
|---|---|---|
| *Gregoire v. Transocean, et al.* | 2:10-cv-01351 | EDLA |
| *Gulf Crown Seafood, Inc. v. BP, et al.* | 2:10-cv-01344 | EDLA |
| *Harmon v. BP, et al.* | 2:10-cv-01931 | EDLA |
| *HB13, LLC v. BP, et al.* | 2:10-cv-01462 | EDLA |
| *Inter-Tour Louisiane, Inc. d/b/a Tours by Isabelle v. Transocean, et al.* | 2:10-cv-02103 | EDLA |
| *Ivic, et al. v. BP, et al.* | 2:10-cv-01249 | EDLA |
| *J&M Boat Rentals v. BP, et al.* | 2:10-cv-01747 | EDLA |
| *JRKW Enterprises, LLC d/b/a Huck Finn's Café v. BP, et al.* | 2:10-cv-02846 | EDLA |
| *Kansas v. Transocean, et al.* | 2:10-cv-01836 | EDLA |
| *Kunstler, et al v. BP, et al.* | 2:10-cv-01345 | EDLA |
| *Le, et al. v. BP, et al.* | 2:10-cv-02114 | EDLA |
| *Le, Tam V., et al. v. BP, et al.* | 2:10-cv-02114 | EDLA |
| *Levy v. Transocean, et al.* | 2:10-cv-01245 | EDLA |
| *Loupe v. BP, et al.* | 2:10-cv-02764 | EDLA |
| *Mandina, et al. v. BP, et al.* | 2:10-cv-02713 | EDLA |
| *Mandina's of New Orleans, et al. v. BP, et al.* | 2:10-cv-02712 | EDLA |
| *Mitchell, et al. v. BP, et al.* | 2:10-cv-01472 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01741 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01855 | EDLA |
| *Nguyen v. BP, et al.* | 2:10-cv-01852 | EDLA |
| *Nguyen, Cuch, et al. v. BP, et al.* | 2:10-cv-01314 | EDLA |
| *Nguyen, Giau v.BP, et al.* | 2:10-cv-01855 | EDLA |
| *Nova Affiliated, S.A. v. BP, et al.* | 2:10-cv-01313 | EDLA |
| *Oser v. Transocean, et al.* | 2:10-cv-01829 | EDLA |
| *P&S Restaurant Group v. BP, et al.* | 2:10-cv-01574 | EDLA |
| *Parker v. BP et al.* | 2:10-cv-01411 | EDLA |
| *Phillips v. BP, et al.* | 2:10-cv-01820 | EDLA |

| | | |
|---|---|---|
| *Revenue Properties Southland Limited Partnership, v. BP, et al.* | 2:10-cv-01947 | EDLA |
| *Richards Seafood Patio, et al. v. BP, et al.* | 2:10-cv-01438 | EDLA |
| *Robin Seafood Inc. et al. v. BP, et al.* | 2:10-cv-01314 | EDLA |
| *Robin, et al v. BP, et al.* | 2:10-cv-01248 | EDLA |
| *Rodrigue, Sr., et al. v. BP, et al.* | 2:10-cv-01325 | EDLA |
| *Russell v. BP, et al.* | 2:10-cv-02770 | EDLA |
| *Schaff, et al. v. Transocean, et al.* | 2:10-cv-02709 | EDLA |
| *Schmalz, et al v. Transocean, et al* | 2:10-cv-01452 | EDLA |
| *Sophisticated Lady, LLC, et al v. BP, et al.* | 2:10-cv-01387 | EDLA |
| *Stevenson v. BP, et al.* | 2:10-cv-01611 | EDLA |
| *T&D Fishery, et al. v. BP, et al.* | 2:10-cv-01332 | EDLA |
| *Terrebonne, et al v. BP, et al.* | 2:10-cv-01352 | EDLA |
| *Theriot v. Halliburton Energy Services, Inc.* | 2:10-cv-01560 | EDLA |
| *Tobatex, Inc. and M.R.M. Energy, Inc. v. BP, et al.* | 2:10-cv-4573 | EDLA |
| *Vath v. BP, et al.* | 2:10-cv-01273 | EDLA |
| *Verdin, Captain Cherry David v. BP, et al.* | 2:10-cv-01841 | EDLA |
| *Verdin, Captain Irene D. v. BP, et al.* | 2:10-cv-01842 | EDLA |
| *Wetzel, et al v. Transocean, et al* | 2:10-cv-1222 | EDLA |
| *Winnie's Arsty Café, LLC v. BP, et al.* | 2:10-cv-02820 | EDLA |
| *Wunstell, et al. v. Halliburton, et al.* | 2:10-cv-02010 | EDLA |
| *Faris, John & Faris Properties, LLC II v. Transocean, et al.* | 3:10-cv-00222 | EDTN |
| *Tran v. BP, et al.* | 1:10-cv-00347 | EDTX |
| *Tran v. BP, et al.* | 1:10-cv-00345 | EDTX |

| | | |
|---|---|---|
| *Le, Tien, et al. v. BP, et al.* | 4:10-cv-02619 | EDTX. |
| *Hinton v. Halliburton* | 1:10-cv-00767 | EDVA |
| *Adventure Sports II, Inc.* | 2:10-cv-00525 | MDAL |
| *City of Greenville, et al. v. BP, et al.* | 2:10-cv-00756 | MDAL |
| *State of Alabama v. Transocean et al.* | 2:10-cv-00691 | MDAL |
| *Coratella, et al. v. BP, et al.* | 8:10-cv-01337 | MDFL |
| *East Shore Land Development, LLC, et al v. BP, et al.* | 8:10-cv-01316 | MDFL |
| *Fago v. BP, et al.* | 2:10-cv-00346 | MDFL |
| *Galaris, et al. v. BP, et al.* | 8:10-cv-01319 | MDFL |
| *Gold Fingers Jewelers & Gift Shop, Inc. v. BP, et al.* | 8:10-cv-01317 | MDFL |
| *Murphy, et al. v. BP, et al.* | 8:10-cv-01521 | MDFL |
| *Narcosis, Inc. v. BP, PLC, et al.* | 8:10-cv-01312 | MDFL |
| *Vacation Key West, Inc. v. BP, et al.* | 4:10-cv-10059 | MDFL |
| *Gionis, et al. v. BP, et al.* | 8:10-cv-01318 | MDFL. |
| *J.J.S. Properties, Inc., et al. v. BP, et al.* | 8:10-cv-01320 | MDFL. |
| *1st Rate, LLC v. BP, et al.* | 2:10-cv-01444 | MDLA |
| *Simcox, Carden v. BP, et al* | 3:10-cv-00514 | MDTN |
| *Anderson v. BP, et al.* | 1:10-cv-00414 | NDAL |
| *Chenault, et al. v. Transocean, et al.* | 1:10-cv-1139 | NDAL |
| *Adams v. BP, et al.* | 4:10-cv-00306 | NDFL |
| *Barbers's Seafood, Inc. v. BP, et al.* | 4:10-cv-00223 | NDFL |
| *Capt Ander, Inc. v. BP, et al.* | 4:10-cv-00364 | NDFL |
| *Carswell, et al. v. Lisa Echeverri, BP, et al.* | 4:10-cv-00486 | NDFL |
| *Creech, et al. v. Transocean, et al.* | 3:10-cv-00158 | NDFL |
| *Destin, et al. v. BP, et al.* | 3:10-cv-00141 | NDFL |
| *Douglass, et al. v. Transocean, et al.* | 3:10-cv-00136 | NDFL |

| | | |
|---|---|---|
| *Emerald Coast Property Group, LLP. v. BP, et al.* | 3:10-cv-00186 | NDFL |
| *Evans v. BP, et al.* | 3:10-cv-00207 | NDFL |
| *Harris v. Transocean, et al.* | 3:10-cv-00134 | NDFL |
| *Harris v. Transocean, et al.* | 3:10-cv-00129 | NDFL |
| *Ireland v. BP, et al.* | 3:10-cv-00317 | NDFL |
| *Joe Patti Seafood Company, et al. v. Transocean, et al.* | 3:10-cv-00137 | NDFL |
| *Kilgore Realty, LLC v. Transocean, et al.* | 3:10-cv-00156 | NDFL |
| *Le Discount Seafood, Inc. et al v. BP, et al.* | 5:10-cv-00106 | NDFL |
| *Le, Hao et al. v. BP, et al.* | 5:10-cv-00124 | NDFL |
| *Merritt & Associates, LLC, et al. v. Transocean, et al* | 3:10-cv-00191 | NDFL |
| *Nobles, et al. v. BP, et al.* | 5:10-cv-00126 | NDFL |
| *Ocean Reef Realty, Inc. et al. v. Transocean Holdings, et al.* | 3:10-cv-00132 | NDFL |
| *Ortega, et al v. BP, et al.* | 3:10-cv-00193 | NDFL |
| *Petitjean v. BP, et al.* | 3:10-cv-00361 | NDFL |
| *Raffield Fisheries, Inc., et al. v. BP, et al.* | 5:10-cv-00114 | NDFL |
| *Salley, et al. v. Transocean, et al.* | 3:10-cv-00133 | NDFL |
| *Sandcastle Escapes, L.L.C. v. BP, et al.* | 3:10-cv-00184 | NDFL |
| *Smiling Fish Cafe, Inc. v. BP, et al.* | 3:10-cv-00177 | NDFL |
| *Stricker, et al v. BP, et al.* | 3:10-cv-00229 | NDFL |
| *Ward,et. al. v. BP, et al.* | 4:10-cv-00157 | NDFL |
| *Water Street Seafood, Inc. et. al. v. BP, et al.* | 4:10-cv-00162 | NDFL |
| *West, et al. v. BP, et al.* | 3:10-cv-00274 | NDFL |
| *Wood Fisheries, Inc. v. BP, et al.* | 5:10-cv-00127 | NDFL |
| *Destin Fishing Fleet, Inc., et al. v. BP, et al.* | 3:10-cv-00160 | NDFL. |
| *Schorr, et al v. BP, et al.* | 1:10-cv-02151 | NDGA |
| *Barber, et al. v. BP, et al.* | 1:10-cv-00263 | SDAL |

| | | |
|---|---|---|
| *Billy's Seafood, Inc. v. Transocean, et al.* | 1:10-cv-00215 | SDAL |
| *Blue Water Yacht Sales, et al. v. Transocean et al.* | 1:10-cv-00224 | SDAL |
| *Bon Secour Fisheries, Inc. and Bon Secour Boats, Inc. v. BP, et al.* | 1:10-cv-00206 | SDAL |
| *Callaway v. BP, et al.* | 1:10-cv-00321 | SDAL |
| *Captain Edward Lockridge v. BP, et al.* | 1:10-cv-00233 | SDAL |
| *Cotton Bayou Marina, Inc. d/b/a Tacky Jack's Restaurant v. BP, et al.* | 1:10-cv-00249 | SDAL |
| *Crenshaw v. BP, et al.* | 1:10-cv-00314 | SDAL |
| *Deupree Outdoor Guide, Inc. et al v. BP, et al.* | 1:10-cv-00252 | SDAL |
| *Drawdy, et al. v. Transocean, et al.* | 1:10-cv-0235 | SDAL |
| *Ferguson v. BP, et al.* | 1:10-cv-00281 | SDAL |
| *Fishburn, et al. v. BP, et al.* | 1:10-cv-248 | SDAL |
| *Fishtrap Charters, LLC et al. v. Transocean, et al.* | 1:10-cv-00202 | SDAL |
| *Ford v. BP, et al.* | 1:10-cv-00292 | SDAL |
| *Fort Morgan Sales, et al. v. Transocean, et al.* | 1:10-cv-00203 | SDAL |
| *Gulf Shores West Beach Investments, LLC, et al. v. Transocean, et al.* | 1:10-cv-00213 | SDAL |
| *Hopkins, et al v. Transocean, et al.* | 1:10-cv-00221 | SDAL |
| *Marine Horizon, Inc. et al v. BP, et al.* | 1:10-cv-00227 | SDAL |
| *Mason, et al. v. Transocean et. al.* | 1:10-cv-00191 | SDAL |
| *Meyer, et al. v. BP, et al.* | 1:10-cv-00216 | SDAL |
| *Milson v. Transocean, et al.* | 1:10-cv-00354 | SDAL |
| *Mobile Fixture & Equipment Company, Inc. v. BP, et al.* | 1:10-cv-00395 | SDAL |
| *Monroe, Paul, et al. v. BP, et al.* | 1:10-cv-00472 | SDAL |
| *Moore, et al. v. BP, et al.* | 1:10-dv-00293 | SDAL |

| | | |
|---|---|---|
| *Orange Beach Marina, Inc. et al. v. Transocean, et al.* | 1:10-cv-00217 | SDAL |
| *Original Oysterhouse, Inc., et al. v. Transocean Holdings, Inc., et al.* | 1:10-cv-00223 | SDAL |
| *Papa Rod, Inc. v. BP, et al.* | 1:10-cv-00272 | SDAL |
| *Pendarvis v. BP, et al.* | 1:10-cv00218 | SDAL |
| *Sea Eagles Fisheries, Inc., et al. v. BP, et al.* | 1:10-cv-00238 | SDAL |
| *Simpson et. al. v. Transocean, et al.* | 1:10-cv-00210 | SDAL |
| *Smith, et al. v. BP, et al.* | 1:10-cv-00200 | SDAL |
| *Sunrise Rentals Enterprises v. BP, et al.* | 1:10-cv-00261 | SDAL |
| *The Fish Market Restaurant, Inc. et al. v. BP, et al.* | 1:10-cv-00469 | SDAL |
| *Townsend, et al. v. BP, et al.* | 1:10-cv-00369 | SDAL |
| *Trahan, et al. v. BP, et al.* | 1:10-cv-00198 | SDAL |
| *Vision Bank v. 145, LLC and James Dalton (Third Party Defendants) v. BP, et al.* | 1:10-cv-521 | SDAL |
| *Wilkerson, et al. v. Transocean, et al.* | 1:10-cv-00201 | SDAL |
| *Worldwide Interiors v. BP, et al.* | 1:10-cv-00468 | SDAL |
| *Wright, et al., v. BP, et al.* | 1:10-cv-00397 | SDAL |
| *Jones, et al. v. BP, et al.* | 2:10-cv-02165 | SDAL. |
| *Alfano v. Transocean, et al.* | 4:10-cv-10047 | SDFL |
| *All Florida Keys Property Management, LLC v. Transocean, et al.* | 4:10-cv-10051 | SDFL |
| *Banks v. Transocean, et al.* | 4:10-cv-10045 | SDFL |
| *Casablanca Fish Market Inc. v. BP, et al.* | 1:10-cv-21694 | SDFL |
| *Cochran, et al. v. BP, et al.* | 0:10-cv-61179 | SDFL |
| *Contender Boats, Inc. v. Anadarko, et al.* | 1:10-cv-23203 | SDFL |
| *Danger Corp. v. BP, et al.* | 4:10-cv-10057 | SDFL |
| *Davis, et al. v. BP, et al.* | 4:10-cv-10055 | SDFL |

| | | |
|---|---|---|
| *Donnell v. Transocean, et al.* | 4:10-cv-10048 | SDFL |
| *Gulf Manufacturing Company v. BP, et al.* | 1:10-cv-23323 | SDFL |
| *Key West Tiki Charters, Inc. et al. v. BP, et al.* | 4:10-cv-10039 | SDFL |
| *Lee v. BP, et al.* | 4:10-cv-10062 | SDFL |
| *McCarthy v. BP, et al.* | 4:10-cv-10068 | SDFL |
| *Moret v. Transocean, et al.* | 4:10-cv-10043 | SDFL |
| *Olivera v. Transocean, et al.* | 4:10-cv-10050 | SDFL |
| *Parker v. Transocean, et al.* | 4:10-cv-10049 | SDFL |
| *Professional Bars, Inc. et al v. BP, et al.* | 4:10-cv-10056 | SDFL |
| *Shepardson, et al v. BP, et al.* | 4:10-cv-10054 | SDFL |
| *Starchaser, Inc. v. et al. BP, et al.* | 1:10-cv-21736 | SDFL |
| *Three Captains, Inc. v. Transocean, et al.* | 4:10-cv-10052 | SDFL |
| *Tracey Acree Construction, Inc. et al. v. BP, et al.* | 0:10-cv-61180 | SDFL |
| *Triad Seafood, Inc. v. BP, et al.* | 0:10-cv-61181 | SDFL |
| *Two Headed Shark, LLC, et al. v. Transocean, et al.* | 4:10-cv-10038 | SDFL |
| *Ware v. BP, et al.* | 4:10-cv-10069 | SDFL |
| *Gay v. Transocean, et al.* | 3:10-cv-00045 | SDGA |
| *Balius, et al v. BP, et al.* | 1:10-cv-00262 | SDMS |
| *Barker v. BP, et al.* | 1:10-cv-00225 | SDMS |
| *Brian Howard's Charter Fishing, LLC. v. Transocean, et al.* | 1:10-00207 | SDMS |
| *Cajun Maid v. BP, et al.* | 1:10-cv-00176 | SDMS |
| *Capt Kenny Barhanovich v. BP, et al.* | 1:10-cv-00258 | SDMS |
| *Cooley v. BP, et al.* | 1:10-cv-391 | SDMS |
| *Duyn v. Cameron, et al.* | 1:10-cv-00183 | SDMS |
| *Grieshaber v. BP, et al.* | 1:10-cv-00185 | SDMS |
| *Hopper v. Cameron, et al.* | 1:10-cv-00173 | SDMS |

| | | |
|---|---|---|
| *Montagnet v. Transocean, et al.* | 1:10-cv-00201 | SDMS |
| *Nguyen v. BP, et al.* | 1:10-cv-00241 | SDMS |
| *Nguyen v. Transocean, Ltd., et al.* | 1:10-cv-00236 | SDMS |
| *Parker v. Transocean, et al.* | 1:10-cv-174 | SDMS |
| *Pelaez, et al. v. Cameron, et al.* | 1:10-cv-180 | SDMS |
| *Sevel v. BP, et al.* | 1:10-cv-00179 | SDMS |
| *Shemper v. BP, et al.* | 2:10-cv-00138 | SDMS |
| *Staley v. Cameron, et al.* | 1:10-cv-00181 | SDMS |
| *Thigpen, et al v. BP, et al.* | 1:10-cv-280 | SDMS |
| *Trieu v. BP, et al.* | 1:10-cv-00177 | SDMS |
| *Wilson v. BP, et al.* | 1:10-cv-00263 | SDMS |
| *Daniels, et al. v. Cameron, et al.* | 1:10-cv-00182 | SDMS. |
| *Aguilar, et al. v. BP, et al.* | 1:10-cv-00237 | SDTX |
| *Alpasito, Inc., et al. v. BP, et al.* | 1:10-cv-00237 | SDTX |
| *Arias, et al. v. BP, et al.* | 3:10-cv-00353 | SDTX |
| *Arispe v. BP, et al.* | 4:10-cv-03197 | SDTX |
| *Cheng, et al. v. BP, et al.* | 4:10-cv-02717 | SDTX |
| *Chernin, et al. v. BP, et al.* | 3:10-cv-00350 | SDTX |
| *Chu, Shun et al v. BP, et al.* | 4:10-cv-01972 | SDTX |
| *Contegni, et al. v. Transocean, et al.* | 4:10-cv-01978 | SDTX |
| *Davis, M. v. Cameron, et al.* | 4:10-cv-01852 | SDTX |
| *Do, Liem Do, et al. v. BP, et al.* | 4:10-cv-02256 | SDTX |
| *Gore, et al. v. BP, et al.* | 3:10-cv-00486 | SDTX |
| *Juan Esquivel, et al. v. BP, et al.* | 1:10-cv-00227 | SDTX |
| *Le, Thum, et al. v. BP, et al.* | 4:10-cv-01970 | SDTX |
| *Leagre v. BP, et al.* | 4:10-cv-02446 | SDTX |
| *Mai, et al. v. BP, et al.* | 4:10-cv-02621 | SDTX |
| *Nelson v. Transocean, et al.* | 3:10-cv-00172 | SDTX |

| | | |
|---|---|---|
| *Ngo v. BP, et al.* | 4:10-cv-03071 | SDTX |
| *Nguyen, Ann v. BP, et al.* | 4:10-cv-02259 | SDTX |
| *Nguyen, Cindy T., et al. v. BP, et al.* | 4:10-cv-02030 | SDTX |
| *Nguyen, Dong et al. v. BP, et al.* | 4:10-cv-01969 | SDTX |
| *Nguyen, Susie v. BP, et al.* | 4:10-cv-03072 | SDTX |
| *Nguyen, Trinh v. BP, et al.* | 4:10-cv-03068 | SDTX |
| *Nguyen, Xuan et al v. BP, et al.* | 4:10-cv-01968 | SDTX |
| *Nguyen,Cheiu et al. v. BP, et al.* | 4:10-cv-02625 | SDTX |
| *Pappas Restaurants, Inc. v. Transocean et al.* | 4:10-cv-01912 | SDTX |
| *Pham v. BP, et al.* | 4:10-cv-03346 | SDTX |
| *Satchfield v. BP, et al.* | 4:10-cv-02397 | SDTX |
| *Seta, et al. v. BP, et al.* | 4:10-cv-02448 | SDTX |
| *The National Vietnamese American Fisherman Emergency Association, et al v. BP, et al.* | 4:10-cv-01607 | SDTX |
| *Timmons Restaurant Partners, Ltd. d/b/a Tony's, et al. v. BP Company North America, Inc. v. BP, et al.* | 4:10-cv-03201 | SDTX |
| *Tran, Phong et al. v. BP, et al.* | 4:10-cv-02624 | SDTX |
| *Tran, Sang v. BP, et al.* | 4:10-cv-03069 | SDTX |
| *Tran, Tam v. BP, et al.* | 4:10-cv-03070 | SDTX |
| *Tran, Thong et al. v. PB, et al.* | 4:10-cv-02254 | SDTX |
| *Van, et al. v. BP, et al.* | 4:10-cv-02257 | SDTX |
| *Vo, Tung et al. v. BP, et al.* | 4:10-cv-02622 | SDTX |
| *ECCO Solutions v. BP, et al.* | 3:10-cv-00354 | SDTX. |
| *Lam, et al. v. BP, et al.* | 4:10-cv-02261 | SDTX. |
| *Le, Duc Truong, et al. v. BP, et al.* | 4:10-cv-01971 | SDTX. |
| *Wright, et al. v. BP, et al.* | 4:10-cv-02088 | SDTX. |
| *Brandt, et al v. BP, et al.* | 2:10-cv-01460 | SCD |
| *Divine Fish House, et al. v.* | 2:10-cv-01461 | SCD |

| | | |
|---|---|---|
| *BP, et al.* | | |
| *The Litchfield Company v. BP, et al.* | 2:10-cv-01462 | SCD |
| *O'Bryan, et al v. BP, et al.* | 3:10-cv-00368 | WDKY |
| *Schoest, et al. v. BP, et al.* | 6:10-cv-00727 | WDLA |
| *Groomer Seafood, Inc. v. BP, et al.* | 5:20-cv-00780 | WDTX |