Home
Search
Site Map

Bureau of Ocean Energy Management, Regulation and Enforcement

BOEMRE
About BOEMRE
Newsroom
FAQ
Renewable Energy
Offshore Energy
Enviro. Stewardship
Research
Jobs
Library
Kids' Page
Pipeline Open Access
GOMESA Rev. Sharing
Public Engagement
Contact Us

**Hot Topics:**

**NEW Reforms**

**Deepwater Drilling Compliance Info**

**Notice to Lessees**

**Well Permits and Plans**

**Investigations and Review Unit**

Contact:
Public Affairs

### *Deepwater Horizon* Response

On April 20, 2010 while working on an exploratory well approximately 50 miles offshore Louisiana, the semi-submersible drilling rig *Deepwater Horizon* experienced an explosion and fire. The cause of the incident is under investigation. The Bureau is actively working with the U.S. Coast Guard and the operator of the drilling rig in securing the well and protecting the environment. Updates regarding response operations can be found at *Deepwater Horizon* **Response**.

- To report oiled wildlife, please call 1-866-557-1401 and leave a message. Messages will be checked hourly.
- To report **oil** spill related damage, please call 1-800-440-0858.
- To report oiled shoreline or request volunteer information, please call 1-866-448-5816.
- Follow us on **Facebook** at *Deepwater Horizon* Response.
- To submit alternative response technology, services or products please call (281) 366-5511.
- The Joint Information Center: (713) 323-1670 and (713) 323-1671
- Submit a claim for damages: (800) 440-0858
- Medical support hotline: (888) 623-0287

### Documents

- BP's Gulf of Mexico Regional **Oil Spill Response Plan** *(62 KB PDF)*
- **Fact Sheet Regarding Halt on Permits To Drill New Wells**

| DOI.GOV | USA.GOV | Accessibility | Disclaimers |
| FOIA | Inspector General | Privacy | Topic Index |

