UNITED STATES DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE
GULF OF MEXICO REGION

INFORMATION TO LESSEES (ITL) AND OPERATORS OF FEDERAL OIL AND
GAS LEASES ON THE OUTER CONTINENTAL SHELF,
GULF OF MEXICO REGION

As part of the response efforts to the Deepwater Horizon incident, the Federal On-Scene Coordinator has made the decision to potentially use in-situ burning as one of the methods to contain the spill located offshore Louisiana.

The possible area for the in-situ burning includes the following blocks in the Mississippi Canyon Block area:

MC 166, MC 167, MC 168, MC 169, MC 170,
MC 210, MC 211, MC 212, MC 213, MC 214,
MC 254, MC 255, MC 256, MC 257, MC 258,
MC 298, MC 299, MC 300, MC 301, MC 302,
MC 342, MC 343, MC 344, MC 345, MC 346.

This notification is to make OCS operators aware of this activity.

In-situ burning is the controlled burning of oil using a fire resistant boom. The primary products of in-situ burning of oil are carbon dioxide and water vapor. About 90% to 95% of the carbon product is released to the atmosphere as carbon dioxide, while particulates commonly account for only about 5 % to 10% of the original volume burned. In addition, about half of the particulates are soot, which is responsible for the black appearance of the smoke plume.

Operators should assess any potential effects to facilities in the affected area and report to MMS.GOM.ICC@MMS.GOV.

April 28, 2010
Date

[original signed]

Lars Herbst
Regional Director
Gulf of Mexico Region


EXHIBIT C