UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All Cases in Pleading Bundles B(1) and B(3),* | * | |
| *Nos. 10-01921, 10-04252, 10-03815,* | * | |
| *10-03066, 10-01540, 10-01502, 10-4185,* | * | |
| *10-4239, 10-4240, 10-4241, 10-4188, 10-4536* | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |
| * * * * * * * * * * * * | | |

**ANADARKO E&P COMPANY LP'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Anadarko E&P Company LP provides the following information:

1.  Anadarko E&P Company, LP is a wholly-owned subsidiary of Anadarko Petroleum Corporation.

                                        BINGHAM McCUTCHEN LLP

                                        /s/ *Ky E. Kirby*_____
                                        Ky E. Kirby
                                        ky.kirby@bingham.com
                                        David B. Salmons
                                        david.salmons@bingham.com
                                        Michael B. Wigmore
                                        michael.wigmore@bingham.com
                                        Warren Anthony Fitch
                                        tony.fitch@bingham.com
                                        Randall M. Levine
                                        randall.levine@bingham.com
                                        2020 K Street, NW
                                        Washington, DC 20006-1806
                                        Telephone (202) 373-6000
                                        Facsimile (202) 373-6001

        James J. Dragna
        jim.dragna@bingham.com
        Bingham McCutchen LLP
        355 South Grand Avenue
        Suite 4400
        Los Angeles, California 90071-3106
        Telephone (213) 680-6436
        Facsimile (213) 680-8636

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC

        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        dkuchler@kuchlerpolk.com
        Janika Polk (La. Bar No. 27608)
        jpolk@kuchlerpolk.com
        Robert Guidry (La. Bar No. 28064)
        rguidry@kuchlerpolk.com
        1615 Poydras Street, Suite 1300
        New Orleans, LA  70112
        Tel:  (504) 592-0691
        Fax:  (504) 592-0696

Dated: February 28, 2011

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.



            /s/ *Ky E. Kirby*            
Ky E. Kirby