UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO ALL CLAIMS AND CASES IN PLEADING BUNDLE B1, INCLUDING ALL COMPLAINTS IN THE B1 BUNDLE NAMING WEATHERFORD AS DEFENDANT, IN PARTICULAR:** 10-01222, 10-1561, 10-1556, 10-1560, 10-01573, 10-01574, 10-03113, 10-03112, 10-02984, 10-02985, 10-03274, 10-03269, 10-01752, 10-02986, 10-01850, 10-01852, 10-01855, 10-01857, 10-03272, 10-02669, 10-02654, 10-1920, 10-03095, 10-01935, 10-04207, 10-04359, 10-03114, 10-03115, 10-03105, 10-01908, 10-03085, 10-03100, 10-2114, 10-02116, 10-02770 | * * * * * * * * * * * * * * * | JUDGE: BARBIER<br><br>MAGISTRATE: SHUSHAN |

*   *   *   *   *   *   *

## WEATHERFORD U.S., L.P.'S MOTION TO DISMISS THE PLAINTIFFS' BUNDLE B1 CLAIMS FOR PRIVATE ECONOMIC LOSSES

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Weatherford U.S., L.P. ("Weatherford"), who, pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules

{N2265428.2}

1

of Civil Procedure, moves to dismiss the Plaintiffs' Bundle B1 Claims For Private Economic Losses on the basis that:

(1) The Oil Pollution Act of 1990, 33 U.S.C. § 2701, *et seq.* ("OPA"), provides the B1 Plaintiffs' exclusive remedy for the claims sought herein, and the B1 Plaintiffs cannot avoid OPA's claims presentment requirement by attempting to re-characterize their OPA damage claims as damage claims against Weatherford under the General Maritime Law or state law; and

(2) To the extent that the B1 Plaintiffs' claims are not precluded by OPA, the B1 Plaintiffs have failed to state claims upon which relief can be granted under either the General Maritime Law or Louisiana law, as made applicable by the Outer Continental Shelf Lands Act. 43 U.S.C. §1333(a)(2)(A).

In support of this Motion to Dismiss, Weatherford respectfully submits the accompanying Memorandum in Support detailing the grounds for dismissal and for judgment on the pleadings.

**WHEREFORE**, Defendant, Weatherford U.S., L.P., prays for an order dismissing the Plaintiffs' Bundle B1 Claims for Private Economic Losses pursuant to Rule 12(b)(6) and Rule 12(c) of the Federal Rules of Civil Procedure.

This 28th day of February, 2011.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Facsimile: (504) 589-8174

{N2265428.2}

2

         MICHAEL G. LEMOINE, T.A. (#8308)
         GARY J. RUSSO (#10828)
         DOUGLAS C. LONGMAN, JR. (#8719)
         Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
         600 Jefferson Street, Suite 1600
         Lafayette, , Louisiana  70501-5100
         Telephone: (337) 262-9024

         *Counsel for Weatherford U.S., L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

         */s/ Glenn G. Goodier*

{N2265428.2}

         3