## EXHIBIT - 1

## Claims for Purely Economic Loss in Previously Filed Complaints Naming a Weatherford Entity as a Defendant

| No. | Civil Action No. | Claimant |
|---|---|---|
| 1. | EDLA No. 10-01222 | Troy Wetzel and Extreme Fishing, LLC |
| 2. | EDLA No. 10-01561 | Larry Alexie, Sr. |
| 3. | EDLA No. 01-01556 | D&H Outfitters, LLC, its members, Mardi Gras Fishing LLC, Selim Bagadi, Lance E. Densing, and Ira S. Herrington |
| 4. | EDLA No. 10-01560 | Rodney Theriot |
| 5. | EDLA No. 10-01573 | Uwell J. Derouen and Kelly Derouen |
| 6. | EDLA No. 10-01574 | P&S Restaurant Group, Louisiana, LLC |
| 7. | EDLA No. 10-03113 | Danger Corp. d/b/a Danger Charters |
| 8. | EDLA No. 10-03112 | Cory Shepardson, d/b/a Lower Keys Charters and Bradford T. Picariello, d/b/a Outlaw Sportfishing |
| 9. | EDLA No. 10-02985 | Professional Bars, Inc. d/b/a Brass Monkey |
| 10. | EDLA No. 10-03269 | Kimberly Nguyen and Do Nguyen, d/b/a The Shrimp Guy |
| 11. | EDLA No. 10-01752 | John T. Fruge, Calvine McCorvey, Joseph A. Sam, James A. Guidry, Jr., Rogers Ben, Mark Broussard, Gilberto S. Carrera, Willie Ceasar, Jr., Thomas P. Cessac, Joseph Davis, Fernando Guzman, Damian Guzman, David Hobbs, Elijah Holmes, Travis Hudson, Linwood Loups, Joseph K. Meaux, Curtis Mouton, Adrian G. Ramirez, Gregorio Trejo, Michael Williams, Edward Nguyen, Kent Wright, Curtis L. Alexandria, Marty Bush, Edwin Camara, Arthur Prejean, Ronnie Hartzog, Keldrick Bessard, George W. Petry, Jr., Herbert Fisher, Ruben Doxey, Barrett |

{N2268077.2}

| No. | Civil Action No. | Claimant |
|---|---|---|
| | | Doxey, William L. Doxey, Lawrence Leger, Robert Scott, Mark Acheson, Sean Bartie, Raymond Gregory, Douglas R. Randall, Leroy Savoy, Nathaniel Benfield, Godwin B. Henderson, Larry T. Boudoin, Phillip N. Whittington, John Newman, Jason Brown, Samuel Noel, Bernard Thornton, Jr., Kareem Campbell, Derek Holton, Nathan R. Davis, Anderson J. Williams, Jr., Jeffrey Benoit, Sam Guidry, Edward Chretien, Steve W. Shelton, Gerald J. Druilhet, Robert Doby, David W. Smith, Jr., Marlon Gruilhet, Melvin Cockrell |
| 12. | EDLA No. 10-02986 | Vacation Key West, Inc. |
| 13. | EDLA No. 10-01850 | Sang-Thanh Nguyen |
| 14. | EDLA No. 10-01852 | Giang T. Nguyen |
| 15. | EDLA No. 10-01857 | Ascension Marine, Inc. |
| 16. | EDLA No. 10-03272 | Bobby Wilson |
| 17. | EDLA No. 10-02669 | Stacey P. Walsh |
| 18. | EDLA No. 10-02654 | Steven Lavigne & Paul Lavigne |
| 19. | EDLA No. 10-03274 | Jacob R. Shemper |
| 20. | EDLA No. 10-03095 | Dr. Seymour Stricker |
| 21. | EDLA No. 10-01935 | Tensas Parish Sheriff's Department and Rickey A. Jones, Sheriff and Ex-Officio Tax Collector of Tensas Parish |
| 22. | EDLA No. 10-04207 | Tracy Acree Construction, Inc. and Johnnette Acree |
| 23. | EDLA No. 10-04359 | Triad Seafood, Inc., Charles P. McMullen d/b/a Ocean's 11, 3060 Atlantic, LLC, Tracy Acree Construction, Inc. |
| 24. | EDLA No. 10-03114 | Scott McCarthy |
| 25. | EDLA No. 10-03115 | Kevin Ware |
| 26. | EDLA No. 10-03085 | Thomas Murphy and Dolores Murphy |

| No. | Civil Action No. | Claimant |
|---|---|---|
| 27. | EDLA No. 03100 | Emily R. Adams |
| 28. | EDLA No. 10-2114 | Tam V. Le, Huong Thanh Bui, Theu Thi Bui, C&J Seafood, Inc., Captain John's Seafood, Inc., MI Kyong Chang, He Trinh Dang, D&T Marine, Inc., Xuan T. Dang, Mai Thi Do, Domino Seafood, Corporation, Dong Van Duong, My Thanh Duong, Thuy Lai Thi Ha, Lac Van Ho, Ret Thi Ho, Tina Hoang, Tommy Van Ho, Nhan T. Hoang, Anh D. Huynh, Duc Van Huynh, Mau Van Huynh, Ngan Ngoc Huynh, Tuoi Van Huynh, James D.Q., Inc. d/b/a Jonathan Boy II, John's Seafood Restaurant #2, Inc., Khamphoy Senabandith, Inc. d/b/a John's Seafood Restaurant, L.V. Marine Corporation, Lady More, LLC, Le Seafood Enterprises, LLC d/b/a Mid City Seafood and Deli, Chau Ngoc Le, Dung Ngoc Le, Duc Van Le, Luu Thi Le, Michael M. Le, Michelle H. Le, Nhac Van Le, Phuong Thanh Le, Thuan T. Le, Vinh Van Le, Les Chicken, Inc., Le's Produce & Market, Inc., Neardey Long, Liet An Lu, David Do Lu, M&Lorie, Inc. d/b/a Petro Mart, MC Mart, LLC, d/b/a Greensburg Seafood & Deli, Mrs. Kay, Inc. d/b/a D&K Food Mart, Natural Nine, LLC, Bang Xuan Nguyen, Boa Van Nguyen, Chau Nguyen, Chi V. Nguyen, Christina T. Nguyen, Da Thi Nguyen, Dang Minh Nguyen, David Dieu Nguyen, Duong Van Nguyen, Eric Oanh Nguyen, Hien Van Nguyen, Hong Van Nguyen, Hung Nguyen, Huong Hoai Nguyen, Van HUU Duc Nguyen, Jason Nguyen d/b/a Nguyen TJ and TJ II, Jessica Nguyen, Joe Nguyen, Kha Hoang-Tran Nguyen, Kim-Thoa Thi Nguyen, Long Nguyen, Mary T. Nguyen, Ngoc Yen T. Nguyen, Oanh Hoang Nguyen, Tam Hong |

| No. | Civil Action No. | Claimant |
|---|---|---|
| | | Nguyen, Teo Van Nguyen, Thanh V. Nguyen, Thanh Van Nguyen, Thim Thi Nguyen, Thuan Nguyen, Thuy Thu Thi Nguyen, Tony Thai Nguyen, Trang Thi Nguyen, Vuong Nguyen d/b/a Capt Kevin, Osaka Thai Corporation, Paul & Brian, LLC, Chinh Van Pham, Chon Pham, Diep Thi Phan, Hong Thi Pham, Ky Pham, Hung Van Phan, Si Van Pham, Van Thi Pham, Vui Phan, James D. Quach, Jennifer Quach, Khamphoy Senabandith, Shinto Restaurant, Ly Thanh Ta, Trinh Ton, Tam Minh Thai, Bien Van Tran, Binh Than Tran, Canh Van Tran, Che Van Tran, Duong Van Tran, Duyen Van Tran, Em Van Tran, Ha Van Tran, Hoa T. Tran, Kim Dung T. Tran, Manh Tran d/b/a Rising Angel II, Micki Khanh Tran d/b/a Capt Duyen, Nhan T. Tran, Tai Tran, Thang Tran, Thanh Tran, Tu Tran, Kham Van Truong, Pat (PHUOC) Van Truong, Tho Thi Truong, Tu Do Vietnamese Restaurant, Inc. Minh Duc Hong Vo, Dung My Vo, Phuong Vo, Hoang Thanh Vu, Kim-Anh Thi Vu, Luot T. Vu, West Park Market & Deli, Inc., Huong Kerry Le, John Quang Le, Du Van Nguyen, Su Huu Nguyen, Thanh John Nguyen, Thanh Tuan Nguyen, Tom Nguyen, Liep Tran, and Loi Van Vo |
| 29. | EDLA No. 10-02116 | Al Abadie, Don Abadie, Ralph Atkins, Southern Fish & Oyster Co., Earl Aucoin, Jr., AAH, Inc. Albert D. Ballard, Sr., Joseph A. Billiot, Louis Carson, Nguyen Huanh Chau, Chris Chester, Andrea Collins, Robert J. Collins, Jr., Jai L. Crosby, Bryan E. Cumbie, Gulf Stream Enterprises, Cuong Dang, George J. Danos, Archie A. Dantin, 3-G Enterprises, d/b/a Griffin's Seafood, Retriever, LLC, William Driggers, Ronnie C. Dugar, |

| No. | Civil Action No. | Claimant |
|---|---|---|
|  |  | Tran Van Dung, Truong V. Dung, Steven Dunning, Rodney Enclade, Reed M. Esponge, Tam's Nails, LLC, Bell Aviation Doug Firmanty, Vanessa E. Forest, Ben J. Griffin, Don P. Griffin, Griffin Station & Marina, Inc., Riley C. Grimmett, Clinton P. Guidry, David Harbiston, Joey Hebert, Mark Hebert, Lang Van Ho, Karen M. Hopkins, Floyd Hunt, Andy Huynh, Hai V. Huynh, Hoa Huynh, John Juynh, JL Seafood, Loi Huu Huynh, Tam Huynh, Thai (Doa) Huynh, Fulton Seafood, Inc., Robert Jackson, Jr., Breanne Ladd, Phuong Vu Lai, Phong Hong Le, Patricia Leblanc, Thon Loe Kim Chi Ly, Men Thi Ly, Richard S. McKnight, Terral J. Melancon, Jack Montelbano, Monte's Seafood Emporium, Marie Murray, H&M Seafood, Francis Ngo, Thao Van Ngo, Tran Anh Ngoe, Ben Nguyen, Binh V. Nguyen, Charles C. Nguyen, Doan Nguyen, Duc Phuoc Nguyen, Duong Anh Nguyen, Hai Nguyen, Henry T. Nguyen, Ho V. Nguyen, Hong Van Nguyen, Johnny Nguyen, Khang Nguyen, Kho Thai Nguyen, Kim Hoa Nguyen, Lang Nguyen, Men Hou Nguyen, Minh Nguyen, Nghia Nguyen, Ngoc Tim Nguyen, Phe Nguyen, Ri V. Nguyen, Roi Van Nguyen, Sheldon Nguyen, Teo Nguyen, Thuy Nguyen, Tim Nguyen, Tong Van Nguyen, Viet My Nguyen, Vu L. Nguyen, Dranson C. Pham, Lan Duy Pham, Minh Due Phan, Tam Phan, Keith Pitre, Richard R. Polkey, Jr., Ronald W. Polkey, Jason Poon, Marine Foods Express, Nguyen V. Quan, Larry Roberts, Bestway Refrigerated Services, Inc., CCT Logistics, Inc., Honey Transport, Inc., Shelli Schwartz, Captain Jackie's Seafood, Carol Terrebonne, Seafood |

| No. | Civil Action No. | Claimant |
|---|---|---|
| | | Shed, Coa An Thanh, Maude A. Thomas, Lam Tho V, Francis J. Toups, Jr., Todd M. Toups, Adam J. Trahan, Sr., Han Van Tran, Kiet Tran, Krystal Lieu Tran, Linh N. Tran, Ly Van Tran, Men Van Tran, Son Tran, Tropical Seafood, Thach Tran, Thi Hoai An Tran, Tuong Tran, Dung Truong, Hen Truong, Man Truong, Nan Van Truong, Cai Ut Van, Duong Kiet Van, Percy J. Vegas, Si Van Vo, Terry Willis, Imaex Trading Co. and Lam Van Xieu |
| 30. | EDLA No. 10-03105 | Fred and Pamela Cochran, Robert and Dawn Herbert, Kenneth Fisher, Trustee of the Angelica Palank Revocable Intervivos Trust Agreement |
| 31. | EDLA No. 10-01855 | Giau V. Nguyen |