UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **of Mexico, on April 20, 2010** | \* | **SECTION "J"** |
| | \* | **JUDGE BARBIER** |
| **This Document Relates to:** | \* | |
| *All Cases in Pleading Bundles B(1) and B(3),* | \* | |
| *Nos. 10-01921, 10-04252, 10-03815,* | \* | |
| *10-03066, 10-01540, 10-01502, 10-4185,* | \* | |
| *10-4239, 10-4240, 10-4241, 10-4188, 104536* | \* | **MAGISTRATE NO. 1** |
| | \* | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOEX USA CORPORATION'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, MOEX USA Corporation provides the following information:

1. One hundred percent (100%) of MOEX USA Corporation's shares are owned by Mitsui Oil Exploration Co., Ltd. Sixty nine and ninety-one hundredths (69.91%) of Mitsui Oil Exploration Co., Ltd's shares are owned by Mitsui & Co., Ltd. Mitsui & Co., Ltd.'s shares are publicly-traded in Japan and its American Depository Receipts are publicly-traded in the United States.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch

tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Dated: February 28, 2011

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 28, 2011.



_____/s/ *Ky E. Kirby*_____
Ky E. Kirby