UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*All Cases in Pleading Bundle B2* | : <br>: <br>: MDL No. 2179<br>: <br>: SECTION: J<br>: <br>: The Hon. CARL J. BARBIER<br>: <br>: Magistrate Judge SHUSHAN<br>: <br>: |

**BP DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION RICO COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III(B2) ["B2 BUNDLE"]**

BP Exploration & Production Inc., BP America Production Company., and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move to dismiss the consolidated class action complaint against them in Pleading Bundle B2. For the reasons more fully set forth in the attached Memorandum in Support, Plaintiffs' consolidated class action complaint fails to state a valid RICO claim and therefore should be dismissed in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: February 28, 2011

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

1

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Ill. 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Christopher Landau, P.C.
Jennifer K. Hardy
Peter A. Farrell
Mark E. Champoux
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC   20005
Telephone: (202) 879-5000
Facsimile: (212) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985
Facsimile: (202) 662-6291

**Attorneys for BP p.l.c., BP America Production Company and BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 28, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                                   /s/ Don K. Haycraft
                                                                     Don K. Haycraft