DRAFT 2/28/11
ATTORNEY WORK PRODUCT
PRIVILEGED & CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL No. 2179 |
| | * | Section: J |
| | * | |
| | * | Judge Barbier |
| This Pleading applies to: | * | |
| *All Cases* (*including D1 Master Answer/Master Claim in Limitation* [*Doc. 244*]) | * * * | Magistrate Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned parties, BP p.l.c., BP America Production Company and BP Exploration & Production Inc., shall bring on for hearing **BP Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(1), 12(B)(6), And 12(B)(7) Plaintiffs' Master Complaint for Injunctive Relief Claims Against Private Parties, Filed In Accordance With PTO No. 11 [CMO No. 1], Section III (D1) ["D1 Bundle"]** before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 11th day of May, 2011, or as soon thereafter as counsel may be heard

Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  504 -581-7979
Facsimile:  504 -556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312- 862-2000 (Tel)
312- 862-2200 (Fax)

Granta Y. Nakayama, P.C.
Stuart A.C. Drake
Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202- 879-5000 (Tel)
202- 879-5200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202- 662-5985

3

        Joel M. Gross
        Allison Rumsey
        Arnold & Porter LLP
        555 Twelfth Street, NW
        Washington, DC  20004-1206
        E-Mail:  Joel.Gross@aporter.com
        Telephone:  202- 942-5000
        Facsimile:  202- 942-5999

        ***Attorneys for BP p.l.c., BP America***
        ***Production Company and BP Exploration &***
        ***Production Inc.***

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 28, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                                  /s/ Don K. Haycraft
                                                     Don K. Haycraft