**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Pleading Applies To:<br>*MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1*<br><br>This Pleading Applies To:<br>*No. 10-2771 (Limitation Action)* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BP DEFENDANTS' MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(B)(1) & 12(B)(6) PLAINTIFFS' FIRST AMENDED
MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT
FOR PRIVATE ECONOMIC LOSSES FILED IN ACCORDANCE WITH
<u>PTO NO. 11 (CMO NO. 1), SECTION III.B1 ("B1 BUNDLE")</u>**

BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc. and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move to dismiss Plaintiffs' First Amended Master Complaint, Cross-Claim, And Third-Party Complaint For Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] (hereinafter "B1 Amended Master Complaint").

For the reasons more fully set forth in the attached BP Defendants' Memorandum In Support Of BP Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1) And Fed.

1

R. Civ. P. 12(b)(6) Plaintiffs' First Amended Master Complaint, Cross-Claim, And Third-Party Complaint For Private Economic Losses In Accordance With PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] (hereinafter "BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint"), Plaintiffs' B1 Amended Master Complaint fails to state valid claims and/or this Court lacks jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 12(b)(1).

Additionally, the underlying complaints of specified individual B1 Plaintiffs should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 12(b)(1) for the reasons more fully set forth in the BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint, and Exhibit 11 to the BP Defendants' Memorandum.

Dated:  February 28, 2011

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Jeffrey Bossert Clark
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for BP p.l.c., BP America Production Company and BP Exploration & Production Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                    /s/ Don K. Haycraft
                                       Don K. Haycraft