# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179 SECTION: J |
| This Pleading Applies To: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | : : : | |
| | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| This Pleading Applies To: *No. 10-2771 (Limitation Action)* | : : | |

## EXHIBIT 1

## DECLARATION OF WENDY L. BLOOM

I, Wendy L. Bloom, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and one of the counsel for BP Defendants in these proceedings.

3. I am submitting this Declaration in support of **BP Defendants' Memorandum In Support Of BP Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1) And Fed. R. Civ. P. 12(b)(6) Plaintiffs' First Amended Master Complaint, Cross-Claim, And Third-Party Complaint For Private Economic Losses In Accordance With PTO No. 11**

**[CMO No. 1] Section III (B1) ["B1 Bundle"]** (hereinafter "BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint").

4. Exhibit 2 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is comprised of true and correct copies of screen shots of the BP website: How to make a Claim, http://www.bp.com/sectiongenericarticle.do?categoryId=9033791&contentId=7062345 (last visited June 17, 2010); How to make a claim, http://www.bp.com/sectiongenericarticle.do?categoryId=9033791&contentId=7062345 (last visited July 6, 2010); and Claims, http://www.bp.com/sectiongenericarticle.do?categoryId=9034722&contentId=7064398 (last visited Feb. 24, 2011).

5. Exhibit 3 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Barack Obama, President of the United States of America, Statement by the President After Meeting with BP Executives (June 16, 2010), *available at* http://www.whitehouse.gov/the-press-office/statement-president-after-meeting-with-bp-executives (last visited Feb. 24, 2011).

6. Exhibit 4 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of an excerpt from the GCCF Overall Program Statistics, http://www.gulfcoastclaimsfacility.com/GCCF_Overall_Status_Report.pdf, at 1 (last visited Feb. 28, 2011).

7. Exhibit 5 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Press Release, BP, BP to Pay a Second Month of Loss of Income Claims (June 4, 2010), *available at* http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7062660 (last visited Feb. 24, 2011).

8. Exhibit 6 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Press Release, White House, FACT SHEET: Claims and Escrow, *available at* http://www.whitehouse.gov/the-press-office/fact-sheet-claims-and-escrow (last visited Feb. 24, 2011).

9. Exhibit 7 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Press Release, BP, BP Forms Gulf of Mexico Oil Spill Escrow Trust (Aug. 9, 2010), *available at* http://www.bp.com/genericarticle.do?categoryId=2012968&contentId=7064316 (last visited Feb. 22, 2011).

10. Exhibit 8 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of the GCCF Frequently Asked Questions, http://www.gulfcoastclaimsfacility.com/faq (last visited Feb. 18, 2011).

11. Exhibit 9 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Press Release, BP, BP Establishes $20 Billion Claims Fund for Deepwater Horizon Spill and Outlines Dividend Decisions (June 16, 2010), *available at* http://www.bp.com/genericarticle.do?categoryId=2012968&contented=7062966 (last visited Feb. 25, 2011).

12. Exhibit 10 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of Summary of Options for Submission of Final and Interim Payment Claims, http://www.gulfcoastclaimsfacility.com/summary_options.pdf (last visited Feb. 18, 2011).

13. Exhibit 11 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Gulf Coast Claims Facility Protocol for Interim and Final Claims (February 8, 2011), http://www.gulfcoastclaimsfacility.com/proto_4 (last visited Feb. 18, 2011).

14. Exhibit 12 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is the Declaration Of Wendy L. Bloom Regarding Dismissal Of Individual B1 Plaintiffs, and attached thereto are exhibits labeled as Tabs A through Tab L.

15. Exhibit 13 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint are true and correct copy of a screen shot of Deepwater BP Oil Spill, http://whitehouse.gov/deepwater-bp-oil-spill (last visited June 28, 2010), and a screen shot of Deepwater BP Oil Spill, http://whitehouse.gov/deepwater-bp-oil-spill (last visited Feb. 25, 2011).

16. Exhibit 14 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of NPDES General Permit for Discharges from the Offshore Subcategory of the Oil and Gas Extraction Category for the Western Portion of the Outer Continental Shelf of the Gulf of Mexico off the Coasts of Louisiana and Texas (June 7, 2007), *announced at* Notice of Final NPDES General Permit, 72 Fed. Reg. 31,575 (June 7, 2007) (valid until midnight, CST September 30, 2012).

17. Exhibit 15 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a Letter from Carlos J. Moreno, Water Specialist, BP GoM, to U.S. EPA (Feb. 23, 2009).

18. Exhibit 16 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Press Release, Unified Command's Joint Information Center, About the Vessel of Opportunity Program (Sept. 17, 2010), *available at* http://www.restorethegulf.gov/release/2010/09/17/about-vessal-opportunity-program (last visited Feb 28, 2011).

19. Exhibit 17 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of a screen shot of Gulf Response GeoPlatform, http://gomex.erma.noaa.gov/erma.html#x=-89.59900&y=29.58779 &z=8&layers=5723 (clear all layers; select Background Layer "Google Terrain" and BP Deepwater Horizon Oil Spill Layer "Wellhead Surface Location"; then choose zoom-in level "8"; center map; and click "Legend" tab).

20. Exhibit 18 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of GCCF Full Review Final Payment Claim Form, http://www.gulfcoastclaimsfacility.com/Final% 20Claim%20Form%20Full_FINAL%20-%2012.23.10.pdf (last visited Feb 28, 2011); and Sample Release and Covenant Not to Sue, http://www.gulfcoastclaimsfacility.com/ sample_release.pdf (last visited Feb 28, 2011).

21. Exhibit 19 to BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' B1 Amended Master Complaint is a true and correct copy of *Turner v. Murphy Oil USA, Inc.*, No. 05-4206 (Dec. 29, 2005) (Fallon, J.) (ordering that where appropriate, the Court "dismisses causes of action in *all cases*" not only in the Administrative Complaint) (emphasis added).

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

_____
Wendy L. Bloom

Dated: February 28, 2011

Dated:  February 28, 2011					Respectfully submitted,


							/s/ Don K. Haycraft
							Don K. Haycraft (Bar #14361)
							R. Keith Jarrett (Bar #16984)
							LISKOW & LEWIS
							701 Poydras Street, Suite 5000
							New Orleans, Louisiana 70139-5099
							Telephone: (504) 581-7979
							Facsimile: (504) 556-4108

							And

							Richard C. Godfrey, P.C.
							J. Andrew Langan, P.C.
							Wendy L. Bloom
							Kirkland & Ellis LLP
							300 North LaSalle Street
							Chicago, IL 60654
							312-862-2000 (Tel)
							312-862-2200 (Fax)

							Robert C. "Mike" Brock
							Covington & Burling LLP
							1201 Pennsylvania Avenue, NW
							Washington, DC 20004-2401
							202-662-5985

							***Attorneys for BP p.l.c., BP America
							Production Company and BP Exploration &
							Production Company***