# EXHIBIT 2



Contact us | Reports and publications | BP worldwide | Home
Search:

About BP   Products and services   Environment and society   Investors   Press   Careers   | Gulf of Mexico response

You are here: BP Global ▸ Gulf of Mexico response ▸ How to make a claim

- Response in detail
- Response in pictures
- Response in video
- Response maps
- Reports from the Gulf
- BP in the media
- Contacts
- How to make a claim
  - Claims submission form
  - Formulario en español para presentar reclamaciones
  - Thông tin quan trọng
  - Claims satisfaction questionnaire

## How to make a claim



**BP deeply regrets the spill that has occurred in the Gulf of Mexico as a result of the Deepwater Horizon Incident. BP takes full responsibility for responding to the Deepwater Horizon Incident**

### Items covered

BP is committed to paying all legitimate claims for damages resulting from the oil spill and necessary response costs. This includes:

- Property damage
- Net loss of profits and earning capacity
- Subsistence loss and natural resource damage
- Removal and cleanup costs
- Cost of increased public services
- Net loss of government revenue

BP also will evaluate all claims for bodily injury even though they are not payable under the Oil Spill Pollution Act of 1990.

### Individuals and businesses

BP has established a process for individuals and businesses to file claims to cover losses and/or damage. File a claim by calling the toll-free number, 1-800-440-0858, or by submitting a form online:

- Claims submission form
- Formulario en español para presentar reclamaciones (Spanish form)
- Thông tin quan trọng (Vietnamese form)

### If you file a claim via the toll free number, 1-800-440-0858

- You will be given a claim number by the call center. It is important that you keep your claim number. You will need this information.
- After you have your claim number, a claim adjuster will contact you, or you can visit a claim center.
- If you visit the claim center, you will need to have documentation to support your claim and a photo ID.

### In this section

▸ BP community and claims office locations



**Latest video**
The impact the claims center has had in Bayou le Batre, Alabama
▸ Watch the video

### Helpful downloads

▸ BP Claims process (pdf, 216KB)
▸ BP Claims process (Government entity) (pdf, 34KB)
▸ Attorney representation form (pdf, 64KB)
▸ Commercial fisherman claims form (pdf, 103KB)
▸ Crabbers claims form (pdf, 104KB)
▸ Oyster lease owner claims form (pdf, 86KB)
▸ Commercial shrimper claims form (pdf, 94KB)
▸ Commercial claim documentation (pdf, 63KB)

### Press conference
Claims process press conference
Orange Beach Alabama - 5 June 2010
▸ Listen to the press conference

Ex. 2
How to make a claim,
http://www.bp.com/sectiongenericarticle.do
?categoryId=9033791&contentId=7062345
(last visited June 17, 2010)

- If you talk with a claim adjuster on the phone, documentation can be sent by mail, email, or fax.
- See below for what type of documentation is needed for each type of claim.

### If you file a claim online at www.bp.com/claims:

- You will be called and provided a claim number, usually the same day.
- After you have your claim number, a claim adjuster will contact you, or you can visit a claim center.
- If you visit the center, you will need a photo ID and documentation to support your claim.
- If you talk with a claim adjuster on the phone, documentation can be sent by mail, email, or fax.
- See below for what is needed for each type of claim.

### Visit a Claims Office

You may visit one of the 25 BP Claims Offices; however, we recommend that you first obtain a claim number by calling the toll free number 1-800-440-0858. This will help avoid delays.

▸ List of BP Claims Offices

### Claims by mail

You may submit a claim via mail by sending it to: ESIS, One Beaver Valley Road, Wilmington, DE 19803

### Other information

**You should only file one claim.** You can report different types of damages on the same form with the same claim number. Exceptions include if you are reporting property damage for more than one real estate property. If this is the case, file a separate form for each address. Claim adjusters can answer any questions or deal with exceptions.

Claims that are of large monetary value or are based on complex economic predictions of loss should be sent to ESIS, One Beaver Valley Road, Wilmington, DE 19803. These claims will be handled by specialized adjusters with the assistance of accountants and lawyers.

### Government entities

States, parishes, counties and local government and other political subdivisions that have incurred expenses responding to the Deepwater Horizon Incident and oil spill will have a separate dedicated process. Government entities can send their claims to ESIS Government Entity Claims, One Beaver Valley Road, Wilmington, DE 19803. The fax number is (302) 476-6272. Local government entities may submit claims by phone by calling (302) 476-7732. All government claims will be handled by a specialized team and will be given high priority.

BP has made advanced funds available to the states of Louisiana, Mississippi, Alabama and Florida, as well as several local parishes in Louisiana. Local Government Entities are not required to submit claims to the states and parishes who received advanced funds prior to submitting claims to BP.

### Supporting documentation

You will need to provide photo ID and documentation supporting your loss. Below is information about what is needed to support various claims.

### Loss of income or net profit claim documentation can include:

- Tax records
- Trip tickets
- Wage loss statements
- Deposit slips
- Boat registrations
- Copies of your current fishing license

Deckhands and others that work on a cash-only basis can also submit claims.

They will need to provide photo ID and a copy of a pay stub or another document showing how much money they earn. They will also need to provide a phone number for their captain or manager to confirm employment.

**Commercial economic loss claims** may require additional business specific records.

**Property damage claims** can require photographs and replacement or cleaning receipts.

**Larger property damage claims** may require on-site inspection by a claim adjuster.

**Loss of rental claims** can include prior occupancy rates, cancellations, tax records, and bookkeeping records.

**Bodily injury claims** are not payable under the Oil Pollution Act of 1990; however, BP will evaluate each bodily injury claim submitted on a case-by-case basis. You will need to provide medical records, medical bills, or pharmacy records to support the claim.

## Loss of income or net profit

Loss of income or net profit payments are made in advance because individuals and businesses need to pay their bills. Advance interim payments are made to claimants who are not receiving their ordinary income or profit while the cleanup is underway.

The process works as follows:

- Once your supporting documentation is received, your claim will be evaluated, and you will be notified if an advance payment will be provided for your claim.
- The advance payment will be up to the equivalent of one month lost income, based on documentation you provide. The advance is not based on actual income, and you may receive supplemental payments if documented losses are larger than the amount of the interim advance payment.

## Second payments

If you were given an interim advance payment for loss of income or net profits before June 1, you are eligible for a second payment. The second interim advance payment will be for the same amount as the first payment you received. No check will be reduced.

Individuals and businesses will receive their second payment about 30 days after their initial advance payment was received. For example, if you received a payment on May 15, you will receive a second interim advance payment about June 15. Checks will be mailed to you along with a letter that is printed in four languages -- English, Spanish, Vietnamese, and Khmer.

If you are receiving your first interim advance payment in June, the claims center will communicate with you about any further possible payments.

BP will continue to evaluate whether additional payments are appropriate because claimants remain out of work due to the spill.

## Supplemental payment

If you have losses that are larger than the amount of any interim advance payment, you must work with a claim adjuster to discuss those losses. Those who have provided documentation that demonstrates the losses actually incurred are larger than the total amount of interim advance payments received will receive a supplemental payment for the difference. This payment will be provided by a claim adjuster after talking with the individual or business owner.

## Help after you file a claim

You may call 1-800-573-8249 to check on the status of a claim if you have a claim number and have not heard from a claim adjuster. You should be prepared to provide your name, address and claim number so that the claim can be more easily located.

## Legal representation

An attorney is not necessary to submit a claim to BP. Some claimants may want to seek the advice or assistance of an attorney. BP pledges to treat claimants represented by attorneys the same as claimants proceeding without

the assistance of an attorney.

You and your attorney may prefer that you deal with BP or its adjusters directly. In that event, your attorney must consent in writing. To assist you, we have provided the attached authorization in the link below, which will allow us to communicate with you directly with respect to your claim(s).

► Attorney representation form (pdf, 64KB)

Your attorney must send a letter of representation or the 'Attorney representation form' to ESIS, Inc.

Fax: 302-476-6272
Mail: ESIS, Inc.
1 Beaver Valley Road
1 West
Wilmington, DE 19803

If you are an attorney, filing on behalf of claimant(s), please fax a letter of representation to ESIS, Inc. at 302-476-6272

### Translators available

Some of the Claims Offices are staffed with translators including the following:

For Vietnamese:

- Bayou LaBatre, AL
- Bay St. Louis, MS; Biloxi, MS
- New Orleans, LA
- Boothville-Venice, LA
- Gretna/Belle Chase, LA

For Spanish:

- Bayou LaBatre, AL
- Bay St, Louis, MS
- Orange Brach, AL
- Mobile, AL

For Khmer

- Bay St. Louis, MS

BP Community Offices also have translators. Additional translators will be provided as needed at Claims Offices.

► List of Claims Offices

### Materials are available in:

► Spanish
► Vietnamese

### Fraud

A fraud reporting hotline has been established at: 1-877-359-6281. All potential claims of fraud, waste, or abuse will be investigated by a dedicated Special Investigation Unit, and where appropriate, submitted to authorities.

Anyone submitting false claims may be subject to civil and criminal prosecution under Federal law.

### Our commitment to resolving pending claims

BP is committed to working with individuals to ensure that ALL legitimate claims are paid. We have asked the companies processing claims to assist individuals and businesses that may be experiencing difficulty identifying or locating necessary information.

BP deeply regrets that you have been impacted and inconvenienced.

Share this article:    Share on Twitter    Post on Facebook

▲ back to top

Site Index | Legal Notice | Privacy Statement                © 1999-2010 BP p.l.c.

This page intentionally left blank.



Contact us | Reports and publications | BP worldwide | Home
Search:

About BP   Products and services   Environment and society   Investors   Press   Careers   Gulf of Mexico response

You are here: BP Global ▸ Gulf of Mexico response ▸ How to make a claim

- Response in detail
- Response in pictures
- Response in video
- Response maps
- Blogs from the Gulf
- BP in the media
- Contacts
- How to make a claim
  - Claims submission form
  - Formulario en español para presentar reclamaciones
  - Thông tin quan trọng
  - Claims satisfaction questionnaire
  - Claims Report Deepwater Horizon Incident

## How to make a claim



**BP deeply regrets the spill that has occurred in the Gulf of Mexico as a result of the Deepwater Horizon Incident. BP takes full responsibility for responding to the Deepwater Horizon Incident**

**Key claims statistics – July 06, 2010**

- $149 million paid
- 48,500 checks written since May 3 (9 weeks)
- 114,000 calls received
- 6 second average call wait time
- 14,700 claims submitted online (as of June 29)
- 35 field offices, with translation capability at 9
- 96,300 total claims
- 1300 member claims team
- 5 day average time from "claim to paid" for individuals who have received checks
- 8 day average time from "claim to paid" for commercial entities who have received checks
- More than 44,000 claims are awaiting documentation
- More than 12,700 claims have "contact difficulties"
  (All numbers are rounded)

**Items covered by claims**

BP is committed to paying all legitimate claims for damages resulting from the oil spill and necessary response costs. This includes:

- Property damage
- Net loss of profits and earning capacity
- Subsistence loss and natural resource damage
- Removal and cleanup costs
- Cost of increased public services
- Net loss of government revenue

BP also will evaluate all claims for bodily injury even though they are not payable under the Oil Spill Pollution Act of 1990.

**Individuals and businesses**

### In this section
▸ BP community and claims office locations



**Latest video**
The impact the claims center has had in Bayou le Batre, Alabama
▸ Watch the video

### Helpful downloads
▸ FAQs about the BP claims process (pdf, 100KB)
▸ BP claims process (pdf, 222KB)
▸ BP claims process (Government entity) (pdf, 34KB)
▸ Attorney representation form (pdf, 64KB)
▸ Commercial fisherman claims form (pdf, 103KB)
▸ Crabbers claims form (pdf, 104KB)
▸ Oyster lease owner claims form (pdf, 88KB)
▸ Commercial shrimper claims form (pdf, 94KB)
▸ Commercial claim documentation (pdf, 63KB)
▸ Vietnamese form for Attorney Representation (pdf, 103KB)

### Press conference
Claims process press conference Orange Beach Alabama - 5 June 2010
▸ Listen to the press conference

Ex. 2
How to make a claim,
http://www.bp.com/sectiongenericarticle.do?categoryId=9033791&contentId=7062345
(last visited July 6, 2010).

BP has established a process for individuals and businesses to file claims to cover losses and/or damage. File a claim by calling the toll-free number, 1-800-440-0858 (TTY device 1-800-572-3053), or by submitting a form online:

- Claims submission form
- Formulario en español para presentar reclamaciones (Spanish form)
- Thông tin quan trọng (Vietnamese form)

### If you file a claim via the toll free number, 1-800-440-0858 (TTY device 1-800-572-3053)

- You will be given a claim number by the call center. It is important that you keep your claim number. You will need this information.
- After you have your claim number, a claim adjuster will contact you, or you can visit a claim center.
- If you visit the claim center, you will need to have documentation to support your claim and a photo ID.
- If you talk with a claim adjuster on the phone, documentation can be sent by mail, email, or fax.
- See below for what type of documentation is needed for each type of claim.

### If you file a claim online at www.bp.com/claims:

- You will be called and provided a claim number, usually the same day.
- After you have your claim number, a claim adjuster will contact you, or you can visit a claim center.
- If you visit the center, you will need a photo ID and documentation to support your claim.
- If you talk with a claim adjuster on the phone, documentation can be sent by mail, email, or fax.
- See below for what is needed for each type of claim.

### Visit a Claims Office

You may visit one of the 25 BP Claims Offices; however, we recommend that you first obtain a claim number by calling the toll free number 1-800-440-0858 (TTY device 1-800-572-3053). This will help avoid delays.

- List of BP Claims Offices

### Claims by mail

You may submit a claim via mail by sending it to: ESIS, One Beaver Valley Road, Wilmington, DE 19803

### Other information

You should only file one claim. You can report different types of damages on the same form with the same claim number. Exceptions include if you are reporting property damage for more than one real estate property. If this is the case, file a separate form for each address. Claim adjusters can answer any questions or deal with exceptions.

Claims that are of large monetary value or are based on complex economic predictions of loss should be sent to ESIS, One Beaver Valley Road, Wilmington, DE 19803. These claims will be handled by specialized adjusters with the assistance of accountants and lawyers.

### Government entities

States, parishes, counties and local government and other political subdivisions that have incurred expenses responding to the Deepwater Horizon Incident and oil spill will have a separate dedicated process. Government entities can send their claims to ESIS Government Entity Claims, One Beaver Valley Road, Wilmington, DE 19803. The fax number is (302) 476-6272. Local government entities may submit claims by phone by calling (302) 476-7732. All government claims will be handled by a specialized team and will be given high priority.

BP has made advanced funds available to the states of Louisiana, Mississippi, Alabama and Florida, as well as several local parishes in Louisiana. Local Government Entities are not required to submit claims to the states and parishes who received advanced funds prior to submitting claims to BP.

### Supporting documentation

You will need to provide photo ID and documentation supporting your loss. Below is information about what is needed to support various claims.

### Loss of income or net profit claim documentation can include:

- Tax records
- Trip tickets
- Wage loss statements
- Deposit slips
- Boat registrations
- Copies of your current fishing license

Deckhands and others that work on a cash-only basis can also submit claims. They will need to provide photo ID and a copy of a pay stub or another document showing how much money they earn. They will also need to provide a phone number for their captain or manager to confirm employment.

**Commercial economic loss claims** may require additional business specific records.

**Property damage claims** can require photographs and replacement or cleaning receipts.

**Larger property damage claims** may require on-site inspection by a claim adjuster.

**Loss of rental claims** can include prior occupancy rates, cancellations, tax records, and bookkeeping records.

**Bodily injury claims** are not payable under the Oil Pollution Act of 1990; however, BP will evaluate each bodily injury claim submitted on a case-by-case basis. You will need to provide medical records, medical bills, or pharmacy records to support the claim.

### Loss of income or net profit

Loss of income or net profit payments are made in advance because individuals and businesses need to pay their bills. Advance interim payments are made to claimants who are not receiving their ordinary income or profit while the cleanup is underway.

The process works as follows:

- Once your supporting documentation is received, your claim will be evaluated, and you will be notified if an advance payment will be provided for your claim.
- The advance payment will be up to the equivalent of one month lost income, based on documentation you provide. The advance is not based on actual income, and you may receive supplemental payments if documented losses are larger than the amount of the interim advance payment.

### Second payments

If you were given an interim advance payment for loss of income or net profits before June 1, you are eligible for a second payment. The second interim advance payment will be for the same amount as the first payment you received. No check will be reduced.

Individuals and businesses will receive their second payment about 30 days after their initial advance payment was received. For example, if you received a payment on May 15, you will receive a second interim advance payment about June 15. Checks will be mailed to you along with a letter that is printed in four languages - English, Spanish, Vietnamese, and Khmer.

If you are receiving your first interim advance payment in June, the claims center will communicate with you about any further possible payments.

BP will continue to evaluate whether additional payments are appropriate because claimants remain out of work due to the spill.

### Supplemental payment

If you have losses that are larger than the amount of any interim advance

payment, you must work with a claim adjuster to discuss those losses. Those who have provided documentation that demonstrates the losses actually incurred are larger than the total amount of interim advance payments received will receive a supplemental payment for the difference. This payment will be provided by a claim adjuster after talking with the individual or business owner.

### Help after you file a claim

You may call 1-800-573-8249 to check on the status of a claim if you have a claim number and have not heard from a claim adjuster. You should be prepared to provide your name, address and claim number so that the claim can be more easily located.

### Legal representation

An attorney is not necessary to submit a claim to BP. Some claimants may want to seek the advice or assistance of an attorney. BP pledges to treat claimants represented by attorneys the same as claimants proceeding without the assistance of an attorney.

You and your attorney may prefer that you deal with BP or its adjusters directly. In that event, your attorney must consent in writing. To assist you, we have provided the attached authorization in the link below, which will allow us to communicate with you directly with respect to your claim(s).

► Attorney representation form (pdf, 64KB)

Your attorney must send a letter of representation or the 'Attorney representation form' to ESIS, Inc.

Fax: 302-476-6272
Mail: ESIS, Inc.
1 Beaver Valley Road
1 West
Wilmington, DE 19803

If you are an attorney, filing on behalf of claimant(s), please fax a letter of representation to ESIS, Inc. at 302-476-6272

### Translators available

Some of the Claims Offices are staffed with translators including the following:

For Vietnamese:

- Bayou LaBatre, AL
- Bay St. Louis, MS; Biloxi, MS
- New Orleans, LA
- Boothville-Venice, LA
- Gretna/Belle Chase, LA

For Spanish:

- Bayou LaBatre, AL
- Bay St. Louis, MS
- Orange Brach, AL
- Mobile, AL

For Khmer

- Bay St. Louis, MS

BP Community Offices also have translators. Additional translators will be provided as needed at Claims Offices.

► List of Community and Claims Offices

### Materials are available in:

► Spanish
► Vietnamese

### Fraud

A fraud reporting hotline has been established at: 1-877-359-6281. All potential claims of fraud, waste, or abuse will be investigated by a dedicated Special Investigation Unit, and where appropriate, submitted to authorities.

Anyone submitting false claims may be subject to civil and criminal prosecution under Federal law.

### Our commitment to resolving pending claims

BP is committed to working with individuals to ensure that ALL legitimate claims are paid. We have asked the companies processing claims to assist individuals and businesses that may be experiencing difficulty identifying or locating necessary information.

BP deeply regrets that you have been impacted and inconvenienced.

Share this article:     Share on Twitter     Post on Facebook

▲ back to top

Site Index | Legal Notice | Privacy Statement

© 1999-2010 BP p.l.c.

This page intentionally left blank.



Reports and publications | Contact us | BP worldwide | Home
Search: _____ Go

About BP | Products and services | Environment and society | Investors | Press | Careers | Gulf of Mexico response

You are here: BP Global ► Gulf of Mexico response ► Claims

- Response overview
- Response timeline
- Response in pictures
- Response in video
- Response maps
- Claims
  - Government claims
  - Individual and business claims
- Supporting materials
- Contacts
- BP internal investigation

Follow us on:
- BP on Twitter
- BP on Facebook
- BP on YouTube
- BP on Flickr
- RSS Feed

## Claims



### BP is committed to paying all legitimate claims for damages resulting from the Deepwater Horizon incident

► Individual and business claims
► Government claims

### Individual and business claims

All claims by individuals and businesses related to the Deepwater Horizon incident are now being processed by the Gulf Coast Claims Facility (GCCF) administered by Ken Feinberg. To file a new claim or check on the status of an existing claim.

► Individual and business claims

### Government claims and funding requests

BP has established a dedicated process for managing claims and funding requests for losses and/or expenses incurred by states, parishes, counties, Indian tribes and other government entities and political subdivisions.

All government claims and funding requests will be handled by a specialized team and given high priority. BP has made advanced funds available to the States of Alabama, Florida, Louisiana and Mississippi, as well as several local parishes in Louisiana.

► Government claims

### Claims and government payments
### Gulf of Mexico oil spill

Public Report - data as of February 18, 2011

### In this section

► Vessels of Opportunity claims
► Gulf of Mexico oil spill escrow trust



**Gulf Coast Claims Facility Hotline**
1 800 916 4893
TTY: 866 682 1758

► Gulf Coast Claims Facility

### Related links

Press release

► BP Reports Nearly $400 Million in Claims Payments as Program Transitions to GCCF

| Payments | Amount Paid |
|---|---|
| Gulf Coast Claims Facility Payments (Individuals & Businesses) [1] | $3,405,332,755 |
| Gulf Coast Claims Facility Payments (Fund for Real Estate Brokers and Agents) [1] | $60,000,000 |
| Claims Paid by BP Prior to August 23rd (Individuals and Businesses) | $395,619,857 |
| Total Payments to Individuals and Businesses | $3,860,952,612 |

Ex. 2
Claims,
http://www.bp.com/sectiongenericarticle.do?categoryId=9034722&contentId=7064398 (last visited Feb. 24, 2011).

|  |  |
|---|---|
| Response and Removal Advances | $476,640,000 |
| Response and Removal Payments[2, 3, 4, 5] | $695,295,805 |
| Loss of Revenue | $11,198,854 |
| Increased Public Service Costs | $907,643 |
| Payments to Government for Advances and Claims | $1,184,042,302 |
| Payments to Individuals, Businesses, and Governments for Advances and Claims | $5,044,994,913 |
| Other Payments[6] | $251,373,009 |
| Total Payments (Includes Advances, Claims, and Other Payments) | $5,296,367,922 |
| Trust Payments | $3,656,902,856 |
| Non-Trust Payments | $1,639,465,067 |
| Approved Additional Government Payments (In Process for Payment)[7] | $14,118,953 |
| Total Paid or Approved for Payment | $5,310,486,875 |

[1] Data provided by GCCF as of 2/17/2011
[2] Includes payments made to Federal government and other government entities.
[3] Includes $260 million of the $360 million committed for Louisiana Berm Project.
[4] Includes amounts paid prior to August 23rd via Unified Command.
[5] Includes government requests paid by BP Claims Process prior to August 23rd.
[6] Includes payments for NRDA, Research, Tourism, Behavioral Health, Contributions, and Other Response Payments.
[7] Includes $13.2 million pending for fisheries monitoring agreement.

▶ Claims and government payments public report – data as of February 18, 2011 (pdf, 52KB)

### Detailed information on government claims payments

Below you will find information regarding advances and payments made by BP to government entities due to the Deepwater Horizon incident in the Gulf of Mexico. Under the Oil Pollution Act of 1990 (OPA), types of reimbursable losses from government entities include the following:

- Response and removal costs
- Net costs of increased or additional public services
- Net loss of revenue

BP pays claims consistent with the law and is guided by the relevant statutes and regulations, including the U.S. Coast Guard's guidelines addressing claims compensability and claims handling procedures.

▶ State of Alabama government claims paid as of February 18, 2011 (pdf, 8KB)
▶ State of Florida government claims paid as of February 18, 2011 (pdf, 10KB)
▶ State of Louisiana government claims paid as of February 18, 2011 (pdf, 9KB)
▶ State of Mississippi government claims paid as of February 18, 2011 (pdf, 8KB)

Share this article:    Share on Twitter    Post on Facebook

© 1996-2011 BP p.l.c.

Site Index | Legal Notice | Privacy Statement