# EXHIBIT 4



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of February 26, 2011)*

| All Claimants | No. of Claimants |
|---|---|
| **Total Unique Claimants** | **492,775** |
| 1. Individual | 403,230 |
| 2. Business | 89,545 |
| *Represented Claimants: 14,837* | |



Claimants by State: 39% LA, 33% FL, 15% AL, 10% MS, 2% TX, 1% --

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **169,553** | **$ 3,441,586,819.28** |
| 1. Quick Pay / Full Review / Interim Payment | 92,372 | $ 870,157,501.40 |
| a. Individual | 73,021 | $ 365,421,185.52 |
| b. Business | 19,351 | $ 504,736,315.88 |
| 2. Emergency Advanced Payment (EAP) | 168,873 | $ 2,571,429,317.88 |
| a. Individual | 123,524 | $ 1,053,567,741.88 |
| b. Business | 45,349 | $ 1,517,861,576.00 |
| Separate Fund for Real Estate Brokers and Agents | | $ 60,222,089.75 |
| **Total Paid:** | | **$ 3,501,808,909.03** |

| Quick Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Quick Payments** | **94,319** | **91,503** | **91,530** | **$ 844,075,000.00** |
| 1. Individual | 74,487 | 72,168 | 72,175 | $ 360,840,000.00 |
| 2. Business | 19,832 | 19,335 | 19,355 | $ 483,235,000.00 |

| Interim Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **57,094** | **866** | **866** | **$ 16,042,732.91** |
| 1. Individual | 42,638 | 852 | 852 | $ 4,573,685.52 |
| 2. Business | 14,456 | 14 | 14 | $ 11,469,047.39 |

| Full Review Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Payments** | **92,018** | **3** | **3** | **$ 10,039,768.49** |
| 1. Individual | 77,603 | 1 | 1 | $ 7,500.00 |
| 2. Business | 14,415 | 2 | 2 | $ 10,032,268.49 |

| Final Payment Offers | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **6,983** | **$ 57,208,068.22** | **150** | **$ 1,907,534.78** |
| 1. Final Offers: Interim Submissions | 1,977 | $ 16,365,520.61 | 96 | $ 948,924.43 |
| 2. Final Offers: Full Review Submissions | 5,006 | $ 40,842,547.61 | 54 | $ 958,610.35 |

| All Submitted and Paid Claimants | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 94,319 | 91,503 | 91,530 | $ 844,075,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 92,018 | 3 | 3 | $ 10,039,768.49 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 57,094 | 866 | 866 | $ 16,042,732.91 |
| **Total** | **243,431** | **92,372** | **92,399** | **$ 870,157,501.40** |

| Submitted and Paid Claimants - Individual | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 74,487 | 72,168 | 72,175 | $ 360,840,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 77,603 | 1 | 1 | $ 7,500.00 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 42,638 | 852 | 852 | $ 4,573,685.52 |
| **Sub-Total** | **194,728** | **73,021** | **73,028** | **$ 365,421,185.52** |

| Submitted and Paid Claimants - Business | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 19,832 | 19,335 | 19,355 | $ 483,235,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 14,415 | 2 | 2 | $ 10,032,268.49 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 14,456 | 14 | 14 | $ 11,469,047.39 |
| **Sub-Total** | **48,703** | **19,351** | **19,371** | **$ 504,736,315.88** |

Ex. 4 GCCF Overall Program Statistics, http://www.gulfcoastclaimsfacility.com/GCCF_Overall_Status_Report.pdf, at 1 (last visited Feb. 28, 2011).