# EXHIBIT 5



Reports and publications | Contact us | BP worldwide | Home

Search: _____ Go

About BP | Products and services | Environment and society | Investors | **Press** | Careers | Gulf of Mexico response

You are here: BP Global ▸ Press ▸ Press releases

**Press releases**
Speeches
Features
Images and graphics
Press contacts

What is RSS?

## BP to Pay a Second Month of Loss of Income Claims

Release date: 04 June 2010

### Loss of Income Compensation Totals About $84 Million

Robert, LA (June 4) -- BP said today it will be sending a second advance payment during June to individuals and businesses along the Gulf Coast to compensate for the loss of income or net profit due to the cleanup of the Deepwater Horizon Incident in the Gulf of Mexico.

With the second advance payments, BP estimates it will have spent about $84 million for loss of income or net profit through June, based on the claims it has received to date. This number will grow as additional claims are filed.

"We deeply regret the impact the oil spill has had on individuals and businesses, and understand the need for quick and reasonable compensation," said Doug Suttles, chief operating officer, BP Exploration and Production. "We hope these payments will assist individuals, businesses and the communities impacted."

About 14,000 individuals and businesses in Louisiana, Mississippi, Alabama and Florida have received an initial advance payment for loss of income or net profit to date.

With the second payment, about 7900 individuals and businesses in Louisiana will have received about $50 million for loss of income or net profit by the end of June. The numbers for Alabama are about 3000 claimants receiving about $16 million, in Mississippi about 1900 individuals and businesses receiving about $10 million, and in Florida about 1200 claimants receiving about $8 million. BP expects these numbers will grow as claims continue to be filed during the month.

The second advance payment will be the same amount as the first payment received; no check will be reduced. The mailings will start this week. Individuals and businesses will receive their second payment about 30 days after their initial advance payment was received. Checks will be mailed along with a letter that is printed in four languages -- English, Spanish, Vietnamese, and Khmer.

BP has moved to pay advances as fast as possible and, therefore, is still conducting evaluations of losses by claimants. Payment adjustments may be required in the future when evaluations are completed; however, BP will not seek repayment if it overpaid advances. Loss of income or net profit payments are made in advance because individuals and businesses need to pay their bills.

Claimants, who have provided documentation that demonstrates their loss of income or net profit was larger through May than the initial advance payment received, also will receive a supplemental payment for those losses. This payment will be provided after direct consultation with a claims adjuster.

Individuals or businesses with questions about an existing claim should contact BP's toll free number at 1-800-573-8249. To file a new claim, the number is 1-800-440-0858.

**Further information:**

BP Press Office London +44 20 7496 4076
BP Press office, US: +1 281 366 0265
www.bp.com/gulfofmexicoresponse
www.deepwaterhorizonresponse.com

**In this section**
- BP is to Sell its Veedol and Duckhams Lubricant Brands
- BP to Sell Package of UK Upstream Assets
- BP and Reliance Industries Announce Transformational Partnership in India
- BP Confirms Plans For Further Petrochemicals Growth in China Including Debottlenecking of BP Zhuhai
- BP Announces Plans to Enter into Arbitration Proceedings

▸ More

▲ back to top

BP to Pay a Second Month of Loss of Income Claims | Press release | BP
Case 2:10-md-02179-CJB-DPC   Document 1440-6   Filed 02/28/11   Page 3 of 3
Page 2 of 2

Site Index | Legal Notice | Privacy Statement