# EXHIBIT 6

Get Email Updates | Contact Us

Home • Briefing Room • Statements & Releases

Search WhiteHouse.gov    Search

**The White House**

Office of the Press Secretary

For Immediate Release                           June 16, 2010

**FACT SHEET: Claims and Escrow**

INDEPENDENT CLAIMS FACILITY

A new, independent claims process will be created with the mandate to be fairer, faster, and more transparent in paying damage claims by individuals and businesses.

- To assure independence, Kenneth Feinberg, who previously administered the September 11th Victim Compensation Fund, will serve as the independent claims administrator.
- The facility will develop standards for recoverable claims that will be published.
- A panel of three judges will be available to hear appeals of the administrator's decisions.
- The facility is designed for claims of individuals and businesses who have been harmed by the oil spill; local, state, tribal, and federal government claims will continue to be handled directly by BP.
- The facility will decide all claims as expeditiously as possible, and in any event within the existing statutory timeframe.
- Dissatisfied claimants maintain all current rights under law, including the right to go to court or to the Oil Spill Liability Trust Fund.
- Decisions under current law by the independent claims facility shall be binding on BP.
- All claims adjudicated under this facility have access to the escrow account for payment.

ESCROW ACCOUNT

BP has agreed to contribute $20 billion over a four-year period at a rate of $5 billion per year, including $5 billion within 2010. BP will provide assurance for these commitments by setting aside $20 billion in U.S. assets.

- BP has reaffirmed its commitment to pay all removal costs and damages that it owes as a responsible party. It will not assert any liability cap under OPA to avoid liability.
- The creation of the escrow account will provide assurance to the public that funds will be available to compensate the injured.
- This account is neither a floor nor a ceiling on liability.
- The escrow account is to be used to pay claims adjudicated by the independent claims facility, as well as judgments and settlements, natural resource damage costs, and state and local response costs.

VOLUNTARY CONTRIBUTION FOR RIG WORKERS

- BP will contribute to a foundation $100 million to support unemployed oil rig workers.
- The Administration's May legislative proposal would create a new program of unemployment assistance, modeled after the Disaster Unemployment Assistance Program, to provide benefits to workers who lose their jobs as a result of a spill of national significance.

ENVIRONMENTAL AND HEALTH MONITORING

- BP has previously committed $500 million for the ten-year Gulf of Mexico Research Initiative to improve understanding of the impacts of and ways to mitigate oil and gas pollution.
- As a part of this initiative, BP will work with governors, and state and local environmental and health authorities to design the long-term monitoring program to assure the environmental and public health of the Gulf Region.

**BLOG POSTS ON THIS ISSUE**

December 01, 2010 10:00 AM EST
**A Taste of the Gulf at the White House**
White House Executive Chef Cris Comerford higlights today's menu at the White House Mess including oysters, crab, shrimp and trout from the Gulf Coast region in honor of "America's Night Out for Gulf Seafood."

November 03, 2010 3:54 PM EST
**Criticizing the Inspectors**
Michael R. Bromwich, Director the Bureau of Ocean Energy Management, Regulation and Enforcement in the Department of Interior, addresses criticisms of federal employees responsible for conducting inspections on offshore rigs.

August 25, 2010 6:07 PM EST
**Administration Officials Travel to the Gulf Coast**



The Chair of the White House Council on Environmental Quality traveled to Louisiana to view relief work following the Deepwater oil spill and discuss long-term Gulf Coast restoration and recovery.

**VIEW ALL RELATED BLOG POSTS**

Facebook        YouTube
Twitter         Vimeo
Flickr          iTunes
MySpace         LinkedIn