# EXHIBIT 13

Get Email Updates   Contact Us

Home • Issues • Energy & Environment • Deepwater BP Oil Spill

Search WhiteHouse.gov   Search

**ISSUES**
Civil Rights
Defense
Disabilities
Economy
Education
Energy & Environment
  A New Foundation
  Deepwater BP Oil Spill
Ethics
Family
Fiscal Responsibility
Foreign Policy
Health Care
Homeland Security
Immigration
Poverty
Rural
Seniors & Social Security
Service
Taxes
Technology
Urban Policy
Veterans
Women
Additional Issues

## Deepwater BP Oil Spill

*"To the people of the Gulf Coast: I know that you've weathered your fair share of trials and tragedy. I know there have been times where you've wondered if you were being asked to face them alone. I am here to tell you that you're not alone. You will not be abandoned. You will not be left behind."*

— PRESIDENT BARACK OBAMA, U.S. COAST GUARD STATION, GRANDE ISLE, LOUISIANA, 5/28/10



Read the Transcript | Download Video: mp4 (136MB) | mp3 (13MB)

### Information on Spill-Related Damages and Claims
Fishermen and those affected by the BP Oil Spill who wish to contact BP about a claim should call 1-800-440-0858. For those who have already pursued the BP claims process and are not satisfied with BP's resolution, can call the Coast Guard at 1-800-280-7118. For more information on assistance for small business owners and others in affected areas, visit DisasterAssistance.gov.

### What You Can Do
- Request volunteer information and register to volunteer: **(866)-448-5816**
- Submit your vessel as a vessel of opportunity skimming system or submit alternative response technology, services or products: **(281) 366-5511**
- Report oiled or injured wildlife: **1-866-557-1401**
- Report oil on land: **1-866-448-5816**

**State specific volunteer opportunities:**

- Louisiana
- Mississippi
- Florida
- Alabama

### Federal Response Resources
Check out the links below to find out how federal departments and agencies are responding to the Deepwater BP Oil Spill:

**Joint Information Center**
At the beginning of the event, the Coast Guard elevated the response and established a Regional Command Center and Joint Information Center in Robert, La., inviting all partners in the response to join. Get the latest updates from the partners on the ground in the Gulf Coast: http://www.deepwaterhorizonresponse.com

- Facebook
- Flickr
- Twitter
- YouTube

**RELATED BLOG POSTS**

June 26, 2010 7:35 AM EDT
The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill: June 24 and June 25, 2010
Assistant to the President for Energy and Climate Change Carol Browner meets with BP executives to discuss a number of key issues, including containment, redundancy, the claims process and scientific monitoring and reiterates the President's commitment to the people of the Gulf.

June 24, 2010 9:40 AM EDT
The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill: June 22 and June 23, 2010
The President highlights the work of Ken Feinberg, the administrator of the $20 billion escrow account, and Homeland Security Secretary Janet Napolitano, who provides updates to the President on the operations to protect the shoreline, including skimming and controlled burns.

June 23, 2010 10:48 AM EDT
President Obama Meets with the Cabinet to Discuss Economy, Iraq, BP Oil Spill and Energy and Climate Legislation
President Obama meets with his Cabinet to discuss a wide range of issues including economic growth, national security and the war in Iraq, the BP Oil Spill, and the need for comprehensive energy and climate legislation.

VIEW ALL RELATED BLOG POSTS

**RELATED VIDEO**



June 18, 2010
West Wing Week: "Gator-cade"

**FROM THE PRESS OFFICE**

June 25, 2010 12:58 PM EDT
Vice President Biden to Travel to Gulf Coast Next Week

June 24, 2010 6:54 PM EDT
Readout of Carol Browner's Meeting with BP Executives

June 17, 2010 11:42 AM EDT
Statement by the Press Secretary on Congressman Joe Barton's Apology to BP

**Department of Homeland Security (DHS)**
Since the moments after the oil rig explosion on the night of April 20, DHS has played a lead role in federal response efforts—deploying the U.S. Coast Guard to search and rescue the 126 people aboard the rig, and quickly leading efforts to establish a command center on the Gulf Coast to address the potential environmental impact of the event and to coordinate with all state and local governments. Secretary Napolitano leads the National Response Team, an organization of 16 federal departments and agencies responsible for coordinating emergency preparedness and response to oil and hazardous substance pollution events.

**U.S. Coast Guard**
The Coast Guard has played a major role from the very beginning, when it responded to the explosion on a search and rescue mission to save lives. Pursuant to the National Contingency Plan, Rear Admiral Mary Landry was named the Federal On-Scene Coordinator to lead a Regional Response Team which was stood up that included DHS, DOC/NOAA, DOI and the EPA, as well as state and local representatives. As the event escalated, Coast Guard Admiral Thad Allen was announced as the National Incident Commander for the administration's continued, coordinated response—providing additional coordinated oversight in leveraging every available resource to respond to the BP oil spill and minimize the associated environmental risks.

**Department of the Interior (DOI)**
The morning after the explosion, Secretary of the Interior deployed Deputy Secretary David J. Hayes to the Gulf Coast to assist with coordination and response to the event, and provide hourly reports back to the administration. Since then, DOI has played a vital role in overseeing BP's response efforts while—at the President's request—working to deliver a report with recommendations on what, if any, additional safety measures should be required for offshore operations. Secretary Salazar has announced that inspections of all deepwater rigs and platforms are underway.

**Environmental Protection Agency (EPA)**
Since the BP Oil Spill, EPA has provided full support to the U.S. Coast Guard and is monitoring and responding to potential public health and environmental concerns. Environmental data, including air quality and water samples, will be posted and frequently updated on this site as it is collected and validated by EPA's response teams along the impacted coastlines. This data is meant to determine potential risks to public health and the environment:
http://www.epa.gov/bpspill

**National Oceanic and Atmospheric Administration**
As the nation's leading scientific resource for oil spills, NOAA has been on the scene of the Deepwater Horizon spill from the start, providing coordinated scientific weather and biological response services to federal, state and local organizations:
http://response.restoration.noaa.gov/deepwaterhorizon
Weather Forecast: http://www.srh.noaa.gov/lix/

**Small Business Administration**
SBA is making low-interest loans available to small businesses in the Gulf Coast regions of Alabama, Florida, Louisiana and Mississippi suffering financial losses following the April 20 Deepwater BP oil spill that shut down commercial and recreational fishing in the Gulf of Mexico. SBA's Economic Injury Disaster Loans (EIDL) are available immediately in designated counties and parishes of each of the four states to help meet the financial needs of qualifying small businesses following the oil spill: http://www.sba.gov/services/disasterassistance/

**Department of Defense (DOD)**
DOD continues to support the ongoing response effort by lending Naval and Air Force bases to provide vital staging areas for boom deployments and other activities, and providing C-130 aircraft equipped with Modular Aerial Spray Systems, which dispense chemical dispersant—capable of covering up to 250 acres per flight. DOD also plays a significant role in the National Response Team, helping to lead the coordination of response actions for the federal government. Secretary of Defense Gates has authorized use of Title 32 status for up to 17,500 National Guard members in four states: Alabama (3,000), Florida (2,500), Louisiana (6,000) and Mississippi (6,000).

**Department of the Interior's Fish and Wildlife Service**
The Fish and Wildlife Service continues to support the joint agency response to the Deepwater Horizon oil spill in the Gulf of Mexico with experienced specialists, land managers, and support personnel. Booms to capture and deflect anticipated oil are being deployed at Breton National Wildlife Refuge, where thousands of brown pelicans and shorebirds are currently nesting. The Service also is initiating Natural Resource Damage Assessment and Restoration activities in this incident to assess and address the long-term damage to impacted resources:
http://www.fws.gov/home/dhoilspill

**Department of the Interior's National Park Service**
The National Park Service is focused on human safety and resource protection in eight national parks in the Gulf area. These parks are working to assess resources, collect baseline data, coordinate boom placements, plan for responsible cleanup, install barriers for shore bird and turtle nest protection, and plan for potential park closures, if necessary:
http://www.nps.gov/aboutus/oil-spill-response.htm

**National Institute for Occupational Safety and Health**
Oil spill response workers may be exposed to many different chemical, physical, biological, and psychological hazards. These hazards vary depending on the type and location of the oil spill, type and stage of response, degree of coordination between entities involved in response and recovery, and the workers' specific tasks. Therefore, occupational and environmental hazards need to be identified, assessed, and monitored in each oil spill response:
http://www.cdc.gov/niosh/topics/oilspillresponse

### Daily Updates

A chronology of the ongoing administration-wide response to the Deepwater BP Oil Spill, beginning on April 20, is available here.

### Information on Air, Food, and Water Safety

Air: With the prevalence of vapor concerns from oil near the Gulf coast and the controlled burning to help contain the spread of oil, air quality is a health concern. EPA has initiated an air monitoring effort to ensure the safety of local residents and track any developing air quality changes.

Food: Although crude oil has the potential to taint seafood with flavors and odors caused by exposure to hydrocarbon chemicals, the public should not be concerned about the safety of seafood in stores at this time. There is no reason to believe that any contaminated product has made its way to the market.

Water: NOAA is restricting fishing for a minimum of ten days in federal waters most affected by the BP oil spill, largely between Louisiana state waters at the mouth of the Mississippi River to waters off Florida's Pensacola Bay. The closure is effective immediately. Fishermen who wish to contact BP about a claim should call 1-800-440-0858.

WWW.WHITEHOUSE.GOV
En español | Accessibility | Copyright Information | Privacy Policy | Contact
USA.gov | Subscribe to RSS Feeds | Apply for a Job

Get Email Updates  |  Contact Us

Home • Issues • Energy & Environment • Deepwater BP Oil Spill

**ISSUES**
Civil Rights
Defense
Disabilities
Economy
Education
Energy & Environment
  A New Foundation
  Deepwater BP Oil Spill
Ethics
Family
Fiscal Responsibility
Foreign Policy
Health Care
Homeland Security
Immigration
Poverty
Rural
Seniors & Social Security
Service
Taxes
Technology
Urban Policy
Veterans
Women
Additional Issues

## Deepwater BP Oil Spill

"To the people here in the Gulf, we are going to be standing by your side. And to Americans all across the country, come on down and visit."

-- PRESIDENT BARACK OBAMA, U.S. COAST GUARD PANAMA CITY DISTRICT OFFICE, PANAMA CITY, FLORIDA, 8/14/10



Download Video: mp4 (123MB) | mp3 (12MB)

### Information on Spill-Related Damages and Claims

Individuals and businesses that have incurred damages as a result of the oil spill may submit a claim to the Gulf Coast Claims Facility (GCCF) for removal and cleanup costs, damage to real or personal property, lost earnings or profits, loss of subsistence use of natural resources, or physical injury or death.  Claims can be submitted at www.gulfcoastclaimsfacility.com, or by calling (800) 916-4893 (toll free); (800) 916-4893 (multilingual); or (866) 682-1758 (TTY).

If, after 90 days, BP or the GCCF has not settled your claim (or any time after BP or the GCCF has denied your claim), you may present it to the National Pollution Fund Center.  Information on presenting a claim to the NPFC is available at 1-800-280-7118 and at http://www.uscg.mil/npfc/Claims/.

For more information on assistance for small business owners and others in affected areas, visit RestoreTheGulf.gov.

### What You Can Do

- Request volunteer information and register to volunteer: **(866)-448-5816**
- Submit your vessel as a vessel of opportunity skimming system or submit alternative response technology, services or products:
  **(281) 366-5511**
- Report oiled or injured wildlife: **1-866-557-1401**
- Report oil on land: **1-866-448-5816**

**State specific volunteer opportunities:**

- Louisiana
- Mississippi
- Florida
- Alabama

### Federal Response Resources
Check out the links below to find out how federal departments and agencies are responding to the Deepwater BP Oil Spill:



**RELATED BLOG POSTS**

December 01, 2010 10:00 AM EST
*A Taste of the Gulf at the White House*
White House Executive Chef Cris Comerford highlights today's menu at the White House Mess including oysters, crab, shrimp and trout from the Gulf Coast region in honor of "America's Night Out for Gulf Seafood."

November 03, 2010 3:54 PM EST
*Criticizing the Inspectors*
Michael R. Bromwich, Director the Bureau of Ocean Energy Management, Regulation and Enforcement in the Department of Interior, addresses criticisms of federal employees responsible for conducting inspections on offshore rigs.

August 25, 2010 6:07 PM EST
*Administration Officials Travel to the Gulf Coast*



The Chair of the White House Council on Environmental Quality traveled to Louisiana to view relief work following the Deepwater oil spill and discuss long-term Gulf Coast restoration and recovery.

VIEW ALL RELATED BLOG POSTS

**RELATED VIDEO**



August 29, 2010 11:19 AM
*A Commitment to Restoring New Orleans*

**RestoreTheGulf.gov**
RestoretheGulf.gov is the official federal portal for the Deepwater BP oil spill response and recovery. This site provides the public with information on the response, current operations, news and updates, how to file a claim and obtain other assistance, and links to federal, state and local partners: http://www.restorethegulf.gov

- Facebook
- Flickr
- Twitter
- YouTube

**Department of Homeland Security (DHS)**
Since the moments after the oil rig explosion on the night of April 20, DHS has played a lead role in federal response efforts—deploying the U.S. Coast Guard to search and rescue the 126 people aboard the rig, and quickly leading efforts to establish a command center on the Gulf Coast to address the potential environmental impact of the event and to coordinate with all state and local governments. Secretary Napolitano leads the National Response Team, an organization of 16 federal departments and agencies responsible for coordinating emergency preparedness and response to oil and hazardous substance pollution events.

**U.S. Coast Guard**
The Coast Guard has played a major role from the very beginning, when it responded to the explosion on a search and rescue mission to save lives. Pursuant to the National Contingency Plan, Rear Admiral Mary Landry was named the Federal On-Scene Coordinator to lead a Regional Response Team which was stood up that included DHS, DOC/NOAA, DOI and the EPA, as well as state and local representatives. As the event escalated, Coast Guard Admiral Thad Allen was announced as the National Incident Commander for the administration's continued, coordinated response—providing additional coordinated oversight in leveraging every available resource to respond to the oil spill and minimize the associated environmental risks.

**Department of the Interior (DOI)**
The morning after the explosion, Secretary of the Interior deployed Deputy Secretary David J. Hayes to the Gulf Coast to assist with coordination and response to the event, and provide hourly reports back to the administration. Since then, DOI has played a vital role in overseeing BP's response efforts while—at the President's request—working to deliver a report with recommendations on what, if any, additional safety measures should be required for offshore operations. Secretary Salazar has announced that inspections of all deepwater rigs and platforms are underway.

**Environmental Protection Agency (EPA)**
Since the Deepwater BP Oil Spill, EPA has provided full support to the U.S. Coast Guard and is monitoring and responding to potential public health and environmental concerns. Environmental data, including air quality and water samples, will be posted and frequently updated on this site as it is collected and validated by EPA's response teams along the impacted coastlines. This data is meant to determine potential risks to public health and the environment: http://www.epa.gov/bpspill

**National Oceanic and Atmospheric Administration**
As the nation's leading scientific resource for oil spills, NOAA has been on the scene of the Deepwater Horizon oil spill from the start, providing coordinated scientific weather and biological response services to federal, state and local organizations: http://response.restoration.noaa.gov/deepwaterhorizon
Weather Forecast: http://www.srh.noaa.gov/lix/

**Small Business Administration**
SBA is making low-interest loans available to small businesses in the Gulf Coast regions of Alabama, Florida, Louisiana and Mississippi suffering financial losses following the April 20 Deepwater BP oil spill that shut down commercial and recreational fishing in the Gulf of Mexico. SBA's Economic Injury Disaster Loans (EIDL) are available immediately in designated counties and parishes of each of the four states to help meet the financial needs of qualifying small businesses following the oil spill: http://www.sba.gov/services/disasterassistance/

**Department of Defense (DOD)**
DOD continues to support the ongoing response effort by lending Naval and Air Force bases to provide vital staging areas for boom deployments and other

**FROM THE PRESS OFFICE**

September 28, 2010 4:51 PM EST
Statement by the President on the Long-Term Recovery Plan After the Deepwater Horizon Oil Spill

September 19, 2010 10:54 AM EST
Statement by President Obama on Final Termination of BP's Blown Out Well in the Gulf of Mexico

August 14, 2010 1:47 PM EST
Remarks by the President on Gulf Coast Recovery in Panama City, Florida

activities, and providing C-130 aircraft equipped with Modular Aerial Spray Systems, which dispense chemical dispersant—capable of covering up to 250 acres per flight. DOD also plays a significant role in the National Response Team, helping to lead the coordination of response actions for the federal government. Secretary of Defense Gates has authorized use of Title 32 status for up to 17,500 National Guard members in four states: Alabama (3,000), Florida (2,500), Louisiana (6,000) and Mississippi (6,000).

**Department of Labor**
A number of agencies within the Department of Labor are working every day for the health, safety, and well-being of those involved in the oil spill response and cleanup operations. The Occupational Safety and Health Administration (OSHA) is evaluating the safety at worksites around the Gulf, covering the vessels of opportunity, beach cleanup, staging areas, decontamination, distribution and deployment sites. Worker exposure data and requirements for training and personal protective equipment are posted on OSHA's website. The Employment and Training Administration (ETA) supports a number of One Stop Career Centers in the area, and is helping to facilitate retraining and re-employment assistance to help workers who have been displaced find new work opportunities. In addition, DOL is providing resources to area workers regarding wage laws and federal contract compliance: http://www.dol.gov/dol/gulf.htm

**Department of the Interior's Fish and Wildlife Service**
The Fish and Wildlife Service continues to support the joint agency response to the Deepwater Horizon oil spill in the Gulf of Mexico with experienced specialists, land managers, and support personnel. Booms to capture and deflect anticipated oil are being deployed at Breton National Wildlife Refuge, where thousands of brown pelicans and shorebirds are currently nesting. The Service also is initiating Natural Resource Damage Assessment and Restoration activities in this incident to assess and address the long-term damage to impacted resources: http://www.fws.gov/home/dhoilspill

**Department of the Interior's National Park Service**
The National Park Service is focused on human safety and resource protection in eight national parks in the Gulf area. These parks are working to assess resources, collect baseline data, coordinate boom placements, plan for responsible cleanup, install barriers for shore bird and turtle nest protection, and plan for potential park closures, if necessary: http://www.nps.gov/aboutus/oil-spill-response.htm

**National Institute for Occupational Safety and Health**
Oil spill response workers may be exposed to many different chemical, physical, biological, and psychological hazards. These hazards vary depending on the type and location of the oil spill, type and stage of response, degree of coordination between entities involved in response and recovery, and the workers' specific tasks. Therefore, occupational and environmental hazards need to be identified, assessed, and monitored in each oil spill response: http://www.cdc.gov/niosh/topics/oilspillresponse

## Daily Updates
The latest in the Ongoing Administration-Wide Response to the Deepwater BP Oil Spill including additional resources and the response by the numbers is available here.

## Information on Air, Food, and Water Safety

Air: EPA continues air monitoring effort to ensure the safety of local residents and track any developing air quality changes.

Food: Consumers need to know that seafood from the open waters of the Gulf of Mexico is safe and fishermen need to be able to sell their products with confidence. That's why there's an aggressive, comprehensive, coordinated, multi-agency program to ensure the safety of Gulf seafood – working across federal agencies and with state and local officials, and the seafood industry, to closely monitor the effects of the oil spill and its potential impact on seafood safety. This includes rigorous testing and protocols throughout the process of bringing safe Gulf seafood to market – from active monitoring of the Gulf fisheries where seafood is caught to the inspection of companies that catch and sell Gulf seafood to the frequent testing of seafood caught in the Gulf to ensure that all seafood that goes to market is safe.

Water: With the ongoing reopening of Gulf fisheries, fishermen are going back to work and Americans can confidently and safely enjoy Gulf seafood again.

En español  | Accessibility  | Copyright Information  | Privacy Policy  | Contact

USA.gov  | Subscribe to RSS Feeds  | Apply for a Job