# EXHIBIT 15

**bp**



BP Exploration & Production Inc.
200 WestLake Park Boulevard
Houston, Texas 77079
USA

February 23, 2009

US Environmental Protection Agency
Water Enforcement Branch
c/o: Ms. Sharon Haggard (6EN-WC)
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733

RE:   NOI Form for NPDES OCS Permit No. GMG290110; BP Exploration & Production, Inc.

Dear Director:

Enclosed please find a Notice of Intent for BP Exploration & Production Inc., NPDES OCS Permit No. GMG290110. The NOI is to request coverage on lease block Mississippi Canyon 252.

Please call me at 281-366-8290 or email me at carlos.moreno@bp.com if you have any questions.

Sincerely,

Carlos J. Moreno
BP GoM Water Specialist

# ♻EPA

**Notice of Intent for the Offshore Subcategory of the Oil and Gas Extraction Point Source Category for the Western Portion of the Outer Continental Shelf of the Gulf of Mexico (GMG290000).**

U.S. EPA Region 6
Offshore General Permits
Mail Code 6EN-WC
1445 Ross Ave., Suite 1200
Dallas, TX 75202-2733

Submission of this completed Notice of Intent (NOI) constitutes notice that the entity in Section B intends to be authorized to discharge pollutants to Federal waters of the Gulf of Mexico seaward of the outer boundary of the territorial seas offshore of Louisiana and Texas [72 Fed. Reg. No. 109, p. 31575, October 1, 2007, www.epa.gov/region6/6wq/6wq.htm. Submission of the NOI also constitutes notice that the party identified in Section B of this form has read, understands, and meets the eligibility conditions in the Regulated Entities section of the Final General Permit for the above mentioned permit; agrees to comply with all applicable terms and conditions of the General Permit. In order to be granted coverage, all information required on this form must be completed unless designated as optional. Please read and make sure you comply with all permit requirements.

## Section A: Permit Selection
Permit Number assigned to your facility under the previous or existing permit: GMG290 110     ☐ Not Assigned

## Section B: Facility Legal Name and Address of Operator
1. Operator Name: BP Exploration & Production Inc.
   Contact Name (optional): Carlos J. Moreno
   Phone Number & e-mail (optional): 281-366-8290; carlos.moreno@bp.com
2. Mailing Address (Street or PO Box): 200 WestLake Park Blvd., WL4-401B
3. City: Houston     State: TX   Zip Code: 77079   -

## Section C: Mobile Offshore Drilling Units (MODUs):
Are you a MODU to which maintenance waste requirements apply, but not cooling water intake? If yes, you will receive an outfall number for the Maintenance/Sandblasting Waste.     ☑ No   ☐ Yes

Are you a MODU to which cooling water intake requirements apply? If yes, you will receive an outfall number for Cooling Water Intake.     ☑ No   ☐ Yes

## Section D: New Source
NOI must identify any facility which is a New Source and state the date on which the facility's protection from more stringent new source performance standards or technology based limitations ends. That date is the soonest of ten years from the date that construction is completed, ten years from the date the source begins to discharge process or non-construction related wastewater, or the end of the period of depreciation or amortization of the facility for the purposes of section 167 or 169 (or both) of the Internal Revenue Code of 1954. See 58 Fed. Reg. No. 12504 and 61 Fed. Reg. No. 66085 for more information.
New Source: ☐ Yes  Date:_____     ☑ No

## Section E: Cooling Water Intake
For lease areas/blocks in Section G (and on any subsequent pages) in which "Y" for "yes" was indicated, Part I.A.2. of the permit states: "These are new facilities in which construction was commenced after July 17, 2006, with a cooling water intake structure having a design intake capacity of greater than 2 million gallons of water per day, of which at least 25% is used for cooling purposes. Please see the attached for supplemental information, as required by Part I.A.2. of the permit."

## Section F: Synthetic Based Muds (SBMs)
Part I.B.2.c authorizes SBMs. However, operators will only be assigned an SBM outfall number where "Y" for "yes" is indicated under Section G.

## Section G: See page 2 for Section G

## Section H: Certification
I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Print Name: Neil Shaw
Signature: _____     Date (mm/dd/yyyy): 02 / 23 / 2009
Title: Senior Vice President

Reserved: EPA Use Only

v2. Modified January 22, 2008 by EPA Region 6 for use with the general permit referenced above. Copies of this form may be obtained on the Internet at: http://www.epa.gov/region6/offshore.

**Page 1 of 2**     Permit Expires Midnight September 30, 2012



| | Notice of Intent for the Offshore Subcategory of the Oil and Gas Extraction Point Source Category for the Western Portion of the Outer Continental Shelf of the Gulf of Mexico (GMG290000). | U.S. EPA Region 6 Offshore General Permits Mail Code 6EN-WC 1445 Ross Ave., Suite 1200 Dallas, TX 75202-2733 |
|---|---|---|

**Section G:** List of lease areas/block numbers assigned by the Department of Interior or the State, if none, the name commonly assigned to the lease area.

| | Maintenance Waste Y/N | Cooling Water Intake Y/N | SBM Y/N | EPA Use | | Maintenance Waste Y/N | Cooling Water Intake Y/N | SBM Y/N | EPA Use |
|---|---|---|---|---|---|---|---|---|---|
| Mississippi Canyon 252 | Y | N | Y | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Do not abbreviate lease area names. For additional lease area/blocks, please list the names on another page with the certification statement at the bottom, signature of authorized official, and date.

# Instructions

This form is an optional form prepared to assist applicants in the completion of the Notice of Intent for the EPA Region 6 Western Outer Continental Shelf National Pollutant Discharge Elimination System permit [72 Fed. Reg. No. 109, p. 31575, October 1, 2007, in accordance with Part I.A.2. of the permit. The general permit language can be found on the internet at www.epa.gov/region6/6wq/6wq.htm. Operators covered under the previous general permit are automatically extended permit coverage without taking any action, and will retain the same NPDES permit number. Additional guidance on this permit may be found on the internet at www.epa.gov/region6/offshore.

When to File the NOI Form:

Administratively complete NOIs will be granted permit coverage effective on midnight of the postmark date.

Where to File the NOI Form:

U.S. EPA Region 6
Water Enforcement Branch (6EN-WC)
1445 Ross Ave., Suite 1200
Dallas, TX 75202-2733

Completing the NOI Form:

Please ensure all sections and requirements of this NOI form have been completed. Failure to submit a completed NOI will delay coverage as the omitted data will have to be requested and submitted prior to coverage.

Note Well: You will only receive sandblasting/ maintenance waste, SBM, and/or Cooling Water Intake outfall numbers, and corresponding Discharge Monitoring Report forms, for those lease areas/blocks so marked as "Y" for "yes" on the NOI form.

NOI Certification:

Federal statutes provide for severe penalties for submitting false information on this application form. Federal regulations at 40 CFR 122.22 require this application to be signed as follows:

For a corporation. By a responsible corporate officer. For the purpose of this section, a responsible corporate officer means: (i) A president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy- or decision-making functions for the corporation, or (ii) the manager of one or more manufacturing, production, or operating facilities, provided, the manager is authorized to make management decisions which govern the operation of the regulated facility including having the explicit or implicit duty of making major capital investment recommendations, and initiating and directing other comprehensive measures to assure long term environmental compliance with environmental laws and regulations; the manager can ensure that the necessary systems are established or actions taken to gather complete and accurate information for permit application requirements; and where authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

For a partnership or sole proprietorship. By a general partner or the proprietor, respectively; or

For a municipality, State, Federal, or other public agency. By either a principal executive officer or ranking elected official. For purposes of this section, a principal executive officer of a Federal agency includes: (i) The chief executive officer of the agency, or (ii) a senior executive officer having responsibility for the overall operations of a principal geographic unit of the agency (e.g., Regional Administrators of EPA).

Who is Not Authorized Under This General Permit:

Facilities which adversely affect properties listed or eligible for listing in the National Register of Historic Places.