**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | |
| Horizon" in the Gulf of Mexico, | * | **MDL No. 2179** |
| on April 20, 2010, | * | |
| | * | **Section: J** |
| **This Pleading applies to:** | * | |
| | * | **Judge Barbier** |
| | * | |
| *All Cases* (*including D1 Master Answer/Master* | * | **Magistrate Shushan** |
| *Claim in Limitation* [*Doc. 244*]) | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**BP DEFENDANTS' MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(B)(1), 12(B)(6), AND 12(B)(7) THE MASTER COMPLAINT
FOR INJUNCTIVE RELIEF CLAIMS AGAINST PRIVATE PARTIES,
FILED IN ACCORDANCE WITH
PTO NO. 11 (CMO NO. 1), SECTION III (D1) ("D1 BUNDLE")**

BP p.l.c., BP America Production Company, and BP Exploration & Production Inc. (collectively, "BP" or the  "BP Defendants") respectfully move to dismiss the Plaintiffs' Master Complaint for Injunctive Relief Claims Against Private Parties, Filed In Accordance With Pto No. 11 [CMO No. 1], Section III (D1) ["D1 Bundle"] (hereinafter "D1 Master Complaint").

For the reasons more fully set forth in the attached BP Defendants' Memorandum In Support Of BP Defendants' Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), and Fed. R. Civ. P. 12(b)(7) Plaintiffs' Master Complaint for Injunctive Relief Claims Against Private Parties,  Filed In Accordance With PTO No. 11 [CMO No. 1], Section III (D1) ["D1 Bundle"] (hereinafter "BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' D1 Master Complaint"), Plaintiffs' D1 Master Complaint seeks relief that the Court does not have jurisdiction to provide, fails to state valid claims, and/or seeks to proceed without joining indispensable parties, and therefore the claims should be dismissed in their

1

entirety pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), and/or Fed. R. Civ. P. 12(b)(7).

Additionally, the underlying complaints of specified individual D1 Plaintiffs should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6), and/or Fed. R. Civ. P. 12(b)(7) for the reasons more fully set forth in the BP Defendants' Memorandum In Support Of Their Motion To Dismiss Plaintiffs' D1 Master Complaint.

Dated:  February 28, 2011                    Respectfully submitted,

                                             /s/ Don K. Haycraft
                                             Don K. Haycraft (Bar #14361)
                                             R. Keith Jarrett (Bar #16984)
                                             LISKOW & LEWIS
                                             701 Poydras Street, Suite 5000
                                             New Orleans, Louisiana 70139-5099
                                             Telephone:  504 -581-7979
                                             Facsimile:  504 -556-4108

                                             and

                                             Richard C. Godfrey, P.C.
                                             J. Andrew Langan, P.C.
                                             Kirkland & Ellis LLP
                                             300 North LaSalle Street
                                             Chicago, IL 60654
                                             312- 862-2000 (Tel)
                                             312- 862-2200 (Fax)

                                             Granta Y. Nakayama, P.C.
                                             Stuart A.C. Drake
                                             Jeffrey Bossert Clark
                                             Kirkland & Ellis LLP
                                             655 Fifteenth Street, N.W.
                                             Washington, D.C. 20005
                                             202- 879-5000 (Tel)
                                             202- 879-5200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202- 662-5985

Joel M. Gross
Allison Rumsey
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
E-Mail:  Joel.Gross@aporter.com
Telephone:  202- 942-5000
Facsimile:  202- 942-5999

***Attorneys for BP p.l.c., BP America
Production Company and BP Exploration &
Production Inc.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

_____/s/ Don K. Haycraft_____
Don K. Haycraft