# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | |
| Horizon" in the Gulf of Mexico, | * | **MDL No. 2179** |
| on April 20, 2010, | * | |
| | * | **Section: J** |
| This Pleading applies to: | * | |
| *All Cases* (*including D1 Master Answer/Master* | * | **Judge Barbier** |
| *Claim in Limitation* [*Doc. 244*]) | * | |
| | * | **Magistrate Shushan** |
| | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>DECLARATION OF JEFFREY BOSSERT CLARK</u>

I, Jeffrey Bossert Clark, declare as follows:

1.      I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2.      I am a partner of the law firm of Kirkland & Ellis LLP, and one of the counsel for BP in these proceedings.

3.      I am submitting this Declaration in support of BP Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) The Master Complaint For Injunctive Relief Claims Against Private Parties, Filed In Accordance With PTO No. 11 (CMO No. 1), Section III.D1 ("D1 Bundle").

4.      Attached hereto as Exhibit A is a true and correct copy of a screen shot of the opening page of "[www.restorethegulf.gov](www.restorethegulf.gov)," the website established by the Unified Command to

collect information on the response efforts, available online at http://www.restorethegulf.gov (last visited on February 28, 2011).

5.      Attached hereto as Exhibit B is a true and correct copy of a screen shot of the opening page of "www.deepwaterhorizonresponse.com," the predecessor site to "www.restorethegulf.gov" the website established by the Unified Command to collect information on the response efforts.

6.      Attached hereto as Exhibit C is a true and correct copy of Federal Oil Spill Response Transitions to Regional Structure, Releases Scientific Report: Responders Review Scientific Report to Guide Ongoing Cleanup and Mitigation Actions (Dec. 17, 2010), available online at http://www.restorethegulf.gov/release/2010/12/17/federal-oil-spill-response-transitions-regional-structure-releases-scientific-rep (last visited on February 28, 2011).

7.      Attached hereto as Exhibit D is a true and correct copy of The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill (July 30, 2010), available online at      http://www.restorethegulf.gov/release/2010/07/30/ongoing-administration-wide-response-deepwater-bp-oil-spill (last visited on February 28, 2011).

8.      Attached hereto as Exhibit E is a true and correct copy of a screen shot of "www.gulfspillrestoration.noaa.gov," available online at http://www.gulfspillrestoration.noaa.gov/ (last visited on February 28, 2011).

9.      Attached hereto as Exhibit F is a true and correct copy of NOAA's NRDA Process, available online at http://response.restoration.noaa.gov/dwh.php?entry_id=809 (last visited on February 28, 2011).

10.     Attached hereto as Exhibit G is a true and correct copy of a Listing of NOAA's NRDA Co-Trustees, available online at http://www.gulfspillrestoration.noaa.gov/about-us/co-trustees/ (last visited on February 28, 2011).

11.     Attached hereto as Exhibit H is a true and correct copy of the Description of Affected Resources, available online at http://www.gulfspillrestoration.noaa.gov/oil-spill/affected-gulf-resources/ (last visited on February 28, 2011).

12.     Attached hereto as Exhibit I is a true and correct copy of NOAA, NRDA by the Numbers (Dec. 1, 2010), available online at http://www.gulfspillrestoration.noaa.gov/wp-content/uploads/2010/12/FINAL-NRDA-by-the-Numbers-for-12-1-10.pdf (last visited on February 28, 2011).

13.     Attached hereto as Exhibit J is a true and correct copy of Federal and State Trustees Pre-Assessment NRDA Notice of Intent to Conduct Restoration Planning ("NOI") (Sept. 8, 2010), available online at http://www.gulfspillrestoration.noaa.gov/wp-content/uploads/2010/10/Deepwater_Horizon_Final_NOI1.pdf (last visited on February 28, 2011).

14.     Attached hereto as Exhibit K is a true and correct copy of Transcript, Press Briefing by Federal On-Scene Coordinator Rear Admiral Paul Zukunft (Sept. 28, 2010), available online at http://www.restorethegulf.gov/release/2010/09/28/transcript-%E2%80%93-press-briefing-federal-scene-coodinator-rear-admiral-paul-zukunft (last visited on February 28, 2011).

15.     Attached hereto as Exhibit L is a true and correct copy of Remarks by the President on Oil Spill (May 2, 2010), available online at http://www.restorethegulf.gov/release/2010/05/02/remarks-president-oil-spill (last visited on February 28, 2011).

16.     Attached hereto as Exhibit M is a true and correct copy of CBD Press Release: "Lawsuit Seeks $19 Billion in Clean Water Act Penalties from BP" (June 18, 2010), available online at http://www.biologicaldiversity.org/news/press_releases/2010/bp-clean-water-act-06-18-2010.html (last visited on February 28, 2011).

17.     Attached hereto as Exhibit N is a true and correct copy of Press Release, U.S. Coast Guard, Statement from Admiral Allen on the Successful Completion of the Relief Well (Sept. 19, 2010), available online at http://www.restorethegulf.gov/release/2010/09/19/statement-admiral-allen-successful-completion-relief-well (last visited on February 28, 2011).

18.     Attached hereto as Exhibit O is a true and correct copy of Press Release, Joint Information Center, The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill (July 30, 2010), available online at http://www.restorethegulf.gov/release/2010/07/30/ongoing-administration-wide-response-deepwater-bp-oil-spill (last visited on February 28, 2011).

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

    __/s/  Jeffrey  Bossert  Clark_____

        Jeffrey Bossert Clark

Dated:  February 28, 2011

# List of Exhibits

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | |
|              Horizon" in the Gulf of Mexico, | * | **MDL No. 2179** |
|              on April 20, 2010, | * | |
| | * | **Section: J** |
| **This Pleading applies to:** | * | |
| *All Cases* (*including D1 Master Answer/Master* | * | **Judge Barbier** |
| *Claim in Limitation* [*Doc. 244*]) | * | |
| | * | **Magistrate Shushan** |
| | * | |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**EXHIBITS**

| Tab | Document |
|---|---|
| A | Website Established by the Unified Command to Collect Information on the Response Efforts, www.restorethegulf.gov |
| B | Predecessor Site www.deepwaterhorizonresponse.com |
| C | Federal Oil Spill Response Transitions to Regional Structure, Releases Scientific Report: Responders Review Scientific Report to Guide Ongoing Cleanup and Mitigation Actions (Dec. 17, 2010), *available at* http://www.restorethegulf.gov/release/2010/12/17/federal-oil-spill-response-transitions-regional-structure-releases-scientific-rep |
| D | The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill (July 30, 2010), *available at* http://www.restorethegulf.gov/release/2010/07/30/ongoing-administration-wide-response-deepwater-bp-oil-spill |
| E | Beginning on April 20, 2010, the National Oceanic and Atmospheric Administration ("NOAA"), Federal Trustee of the Resources Impacted by the Spill, Begins NRDA Process. http://www.gulfspillrestoration.noaa.gov/ |
| F | NOAA's NRDA Process, http://response.restoration.noaa.gov/dwh.php?entry_id=809 |
| G | Listing of NOAA's NRDA Co-Trustees, http://www.gulfspillrestoration.noaa.gov/about-us/co-trustees/ |
| H | Description of Affected Resources, http://www.gulfspillrestoration.noaa.gov/oil-spill/affected-gulf-resources/ |
| I | NOAA, NRDA by the Numbers (Dec. 1, 2010), *available at* http://www.gulfspillrestoration.noaa.gov/wp-content/uploads/2010/12/FINAL-NRDA-by-the-Numbers-for-12-1-10.pdf |
| J | Federal and state Trustees Pre-Assessment NRDA Notice of Intent to Conduct Restoration Planning ("NOI") (Sept. 8, 2010), *available at* http://www.gulfspillrestoration.noaa.gov/wp-content/uploads/2010/10/Deepwater_Horizon_Final_NOI1.pdf |
| K | Transcript, Press Briefing by Federal On-Scene Coordinator Rear Admiral Paul Zukunft (Sept. 28, 2010), *available at* http://www.restorethegulf.gov/release/2010/09/28/transcript- |

| | |
|---|---|
| | %E2%80%93-press-briefing-federal-scene-coodinator-rear-admiral-paul-zukunft |
| L | Remarks by the President on Oil Spill (May 2, 2010), *available at* http://www.restorethegulf.gov/release/2010/05/02/remarks-president-oil-spill |
| M | CBD Press Release: "Lawsuit Seeks $19 Billion in Clean Water Act Penalties from BP" (June 18, 2010), *available at* http://www.biologicaldiversity.org/news/press_releases/2010/bp-clean-water-act-06-18-2010.html |
| N | Press Release, U.S. Coast Guard, Statement from Admiral Allen on the Successful Completion of the Relief Well (Sept. 19, 2010), *available at* http://www.restorethegulf.gov/release/2010/09/19/statement-admiral-allen-successful-completion-relief-well |
| O | Press Release, Joint Information Ctr., The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill (July 30, 2010), *available at* http://www.restorethegulf.gov/release/2010/07/30/ongoing-administration-wide-response-deepwater-bp-oil-spill |

# Exhibit A

An Official Website of the United States Government

Follow us:     Join Mailing List | About Us | Contact Us | Site Map

Search



## Latest News

Gulf Coast Ecosystem Restoration Task Force to hold meeting in New Orleans

**Friday, February 25, 2011 - 16:17**
Gulf Coast Ecosystem Restoration Task Force to hold meeting in New Orleans

OSAT-2: Fate and effects of oil on beaches
Sunday, February 20 2011

Video: Dolphin recovered from Deepwater Horizon oil spill flown to new home in Florida
Tuesday, February 15 2011

Photo: Dolphin recovered from Deepwater Horizon oil spill flown to new home in Florida
Tuesday, February 15 2011

Read More News

**Featured Fact Sheet**
Natural Resource Restoration Program
*(PDF, 2 pages - 1.9 MB)*




**WEST WING WEEK**

**West Wing Week:** "Dispatches from the Gulf"

This video travels through America's Gulf Coast. Get a behind the scenes look at the federal government's unprecedented and historic effort to clean up the Deepwater Horizon BP oil spill.

## Mapping the Response



GeoPlatform Gulf Response is a online mapping tool that provides you with near real time information about the response effort.

## Educational Resources

- Fact Sheets
- Drinking Water
- Seafood Safety
- Transcripts and Docs
- Maps and Data

## Take Part in the Recovery

File A Claim
Submit a Suggestion
Join Mailing List
Report a Concern
Volunteer



| Home | Task Force | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|---|---|---|---|---|---|---|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Education Resources | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Federal Partners | | Mental Health | Other Wildlife | Waste | Events |
| | Recovery Plan | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Investigation | | Workers and Volunteers | | | FOIA Library |
| | Response | | | | | Maps & Data |

State and Local        Multimedia

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Follow us:

Site Map | Site Notices & Plug-Ins

# Exhibit B

CONTACT: WILDLIFE (866) 557-1401   OIL ON LAND / BOOM ISSUES (866) 448-5816   HEALTH CONCERNS (888) 623-0287   DAMAGE CLAIM (800) 440-0858



**FEATURED INFORMATION**

### Ask a Responder: Q & A on Sea Turtle Rehabilitation with the Audubon Nature Institute Stranding Coordinator

Michele Kelley is the stranding coordinator for the Audubon Nature Institute and the entire state of Louisiana. She took some time to talk to U.S. Fish and Wildlife public affairs specialist Kim Betton and U.S. Coast Guard Seaman Grace Baldwin about what Audubon Nature Institute is doing for sea turtle rehabilitation and how agencies from the Deepwater Horizon Response are helping.

(Photo by University of California, Davis)

> Click here for the Q & A and related video



**Pelican Release**

> View More Videos| YouTube | CG Visual Imagery

A group of pelicans is returned to the wild.



LAFOURCHE PARISH, La. - Workers, contracted by BP, clean up oil on the beaches in Port Fourchon, La., during night operations June 25, 2010. Night operations allow workers to clean up while the tide is out. U.S. Coast Guard photo by Petty Officer 3rd Class Ann Marie Gorden.

Photo credit: Petty Officer 3rd Class Ann Marie Gorden > View More Photos | Flickr | CG Visual Imagery

**LEARN MORE**

### Hurricanes and the Oil Spill

What will the hurricane do to the oil slick in the Gulf?

• The high winds and seas will mix and "weather" the oil which can help accelerate the biodegradation process.
• The high winds may distribute oil over a wider area, but it is difficult to model exactly where the oil may be transported.
• Movement of oil would depend greatly on the track of the hurricane.
• Storms' surges may carry oil into the coastline and inland as far as the surge reaches. Debris resulting from the hurricane may be contaminated by oil from the Deepwater Horizon incident, but also from other oil releases that may occur during the storm.

> Read More

### Latest Information

June 27, 2010
**MEDIA ADVISORY: BP to hold technical briefing on relief wells; status update on subsea containment efforts**

June 27, 2010
**PHOTO RELEASE: Nighttime Beach Cleanup**

June 27, 2010
**PHOTO RELEASE: Coast Guard Overflight to Observe Spill Cleanup Activities**

June 27, 2010
**VIDEO RELEASE: Public Service Announcement Publicizing the Hotline To Report Impacted Wildlife**

June 27, 2010
**PHOTO RELEASE: Admiral Watson Inspects Cutter Cypress**

June 27, 2010
**The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill**



SIGN UP FOR SMS / TEXT ALERTS
TEXT "NEWS@GULF" TO 84469
MORE INFORMATION



> View More Photos | Flickr | CG Visual Imagery

Horizon Hotline:

- **Environmental Hotline/Community Information** - 866-448-5816

- **Assistance Hotline/Boom Reports** - 281-366-5511

- **Vessels of Opportunity (boats)** - (866) 279-7983 or (877) 847-7470

- **Wildlife Distress Hotline** - 866-557-1401

- **PEC Hotline (Specialty Volunteer Training)** - 866-647-2338

- **Claims Hotline** - 800-440-0858

- **Medical Support Hotline** - 888-623-0287

Powered by the PER System

Download Plug-Ins



**Find us on Facebook**

**Deepwater Horizon Response**

Like

**Deepwater Horizon Response**
Volunteers are playing a key role in sharing information about the Deepwater BP Oil Spill
http://ht.ly/23USa

ht.ly
**Volunteers, agencies counter misinformation about oil spill**
PENSACOLA, Fla.- Rumors have been spreading about the oil spill. Cancelled vacations, due to exaggerated rumors about dirty beaches, can cause a languishing economy in an otherwise pristine beach town.

Yesterday at 4:39pm

**Deepwater Horizon Response** Update:
The Ongoing Administration-Wide Response

Deepwater Horizon Response has 37,710 fans

Joe  Cathy  Taylor  Katie  Aditya

Ann  Roger  Billi  Timothy  Lori

Facebook social plugin

# Exhibit C

*An Official Website of the United States Government*

Follow us:   Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Federal Oil Spill Response Transitions to Regional Structure, Releases Scientific Report

## Federal Oil Spill Response Transitions to Regional Structure, Releases Scientific Report

December 17, 2010 | 10:35:28 AM EST

20 tweets

### Responders review scientific report to guide ongoing cleanup and mitigation actions

retweet     NEW ORLEANS - As planned and in coordination and consultation with state and local partners, the federal government's response framework for the Deepwater Horizon BP oil spill will transition on Friday, allowing for long-term response operations to be overseen by regional U.S. Coast Guard units rather than surge forces.

Capt. Lincoln Stroh will assume duties as the Federal On-scene Coordinator from Rear Adm. Paul Zukunft and the Unified Area Command, which Zukunft led, will transfer oversight of cleanup operations to the existing Gulf Coast Incident Management Team as part of the Coast Guard's 8th District.

Stroh has been working alongside Zukunft and the UAC for several weeks in preparation for a smooth transition. He will report to the Coast Guard's 8th District Commander, Rear Adm. Mary Landry, who leads all Coast Guard operations in the Gulf Coast from her headquarters in New Orleans. This transition to the permanent regional command structure will ensure that response activities continue to effectively target the areas requiring cleanup.

Zukunft has served on the response since June 4, and relieved Rear Adm. James Watson as the FOSC on July 12. He will return to his permanent assignment at U.S. Coast Guard headquarters in Washington, D.C., as assistant commandant for marine safety, security and stewardship.

"It has been my honor to serve with more than the 47,000 responders from the federal, state, tribal, local, private and volunteer sectors who aggressively and diligently fought the worst oil spill in US history," said Zukunft. "The passion and commitment of these responders to mitigate the environmental and economic impacts of this spill has been awe inspiring and something I have observed during each of the hundreds of oil spill site visits that I made during these past six months. The unity of effort amoung our local stakeholders has evolved to provide seamless and extremely well coordinated operations."

Stroh has been acting as an assistant to Zukunft since Nov. 13. As the FOSC, Stroh will serve as the representative of the federal government in charge of overseeing the cleanup of recoverable oil from the BP Deepwater Horizon oil spill. More than 6,400 total personnel and 360 vessels continue to actively work on the oil spill response.

Additionally, in conjunction with the transition, a scientific report identifying the location and distribution of subsurface oil was provided to the Federal On-scene Coordinator on Thursday. The report, produced by the interagency Operational Science Advisory Team, provides findings based on more than six months of subsurface monitoring in the Gulf, and gives the response organization detailed information about where recoverable oil remains to guide efforts moving forward.

The report includes chemical analysis of nearly 17,000 water and sediment samples collected between May and October. In the very near shore, scientists observed oil mats or indications of oil mats in shallow, sub-tidal areas. Traces of oil were also found in deepwater sediments near the wellhead. Based on this information, the FOSC has directed response teams to focus assessment and recovery efforts on the potentially recoverable near-shore oil.

This report is not intended to quantify the remaining oil nor determine the fate of unrecoverable oil. It is also not intended to evaluate long term damage caused by the spill. Rather, it will guide responders and allow clean-up workers to respond most effectively as they continue to clean up any remaining recoverable oil.

In all sampling there were no exceedances of the Environmental Protection Agency's (EPA) human health benchmark and no exceedances of the EPA's dispersant benchmarks. Approximately one percent of samples taken since Aug. 3 exceeded aquatic life benchmarks. Of these, only sediment samples taken within two miles of the wellhead were consistent with the Deepwater Horizon source. Sediment samples with above-normal levels of oil compounds were found as far as six miles away from the Deepwater Horizon source, but could not be conclusively fingerprinted as oil from the Deepwater Horizon source.

The report, "Summary Report for Sub-sea and Sub-surface Oil and Dispersant Detection: Sampling and Monitoring," includes analytical chemistry data from 17,000 samples, making it the most comprehensive data set and analysis yet completed since the Deepwater Horizon BP oil spill in April. Although no recoverable offshore oil was identified through this sampling effort, continued sampling and monitoring activities will be conducted as part of the Natural Resource Damage Assessment (NRDA) process. In keeping with the Federal Government's commitment to transparency and collaboration, all the data that were analyzed in this report are available online at restorethegulf.gov.

To view the report and associated data, please visit
http://www.restorethegulf.gov/release/2010/12/16/data-analysis-and-findings.

For more information about the OSAT report, contact Jennifer Austin, NOAA, at (202) 302-9047.

For questions about the UAC to IMT Transition, contact the Joint Information Center at (713) 323-1670.
                                                                          ###

---

**Home**

**Task Force**
About Task Force
Joint Info Center
Education Resources
Federal Partners
Recovery Plan
Investigation
Response
State and Local

**Assistance**
File a Claim
Other Assistance
Small Business

**Health & Safety**
Boating
Drinking Water
Health Matters
Mental Health
Seafood Safety
Workers and Volunteers

**Fish & Wildlife**
Birds
Fish
Turtles
Other Wildlife
Fish & Wildlife Reports

**Environment**
Air
Beaches
Coral
Waste
Water

**News**
Press Releases
Response Updates
Transcripts & Docs
Events
Features
FOIA Library
Maps & Data
Multimedia

Follow us:

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins

# Exhibit D

*An Official Website of the United States Government*

Follow us:   | Join Mailing List | About Us | Contact Us | Site Map

Search

Home › The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

## The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

July 30, 2010 | 2:03:00 PM EDT

0
tweets

tweet

**Prepared by the Joint Information Center**

**UPDATED July 30, 2010 7 PM**

*\* For a full timeline of the Administration-wide response, visit the White House Blog.*

**PAST 24 HOURS**

**Admiral Allen Provides an Update on the BP Oil Spill Response**

National Incident Commander Admiral Thad Allen provided a briefing to inform the American public and answer questions on the administration-wide response to the BP oil spill. He was joined by Major General Garry Dean from Tyndall Air Force base. A full transcript is available.

Major General Dean gave an overview of the Air Force's role in the response—managing the air space in the vicinity of the well and along the Gulf coastline and facilitating the collection of aerial surveillance data and communicating that information to response crews on the water and on the shoreline.

Admiral Allen reiterated the administration's commitment to long-term recovery in the Gulf. "We are on scene. We are fully staffed and ready to go. Let me restate to the American public and the people of the Gulf coast: we are here to see this thing through to the finish," he said. Our forces are ready to deploy. We are going to make sure this well is killed, make sure the oil on the surface is responded to, and make sure the shores are clean—and how clean is clean is something we will develop with our local leaders and the trustees of all of the resources that are applied as we move forward."

**NOAA: Gulf's Surface Oil Not a Threat to Southern Florida, Keys, and East Coast**

Southern Florida, the Florida Keys, and the East Coast are not likely to experience any effects from the remaining oil on the surface of the Gulf as the oil continues to degrade and is hundreds of miles away from the loop current, according to a new NOAA analysis—including aerial and satellite-based observations of surface oil and monitoring of the loop current. This analysis assumes the Deepwater Horizon/BP wellhead will remained capped.

"For southern Florida, the Florida Keys, and the Eastern Seaboard, the coast remains clear," said NOAA Administrator Dr. Jane Lubchenco, Ph.D. "With the flow stopped and the loop current a considerable distance away, the light sheen remaining on the Gulf's surface will continue to biodegrade and disperse, but will not travel far." More information.

**FDA Expresses Confidence in Seafood Testing**

The Food and Drug Administration today released a statement expressing confidence in the process for re-opening closed fishing areas. NOAA has closed portions of the Gulf to fishing as a precautionary measure to ensure the safety of seafood from the Gulf of Mexico and protect consumers.

"Through close coordination with our state and federal partners, we are confident all appropriate steps have been taken to ensure that seafood harvested from the waters being opened today is safe and that Gulf seafood lovers everywhere can be confident eating and enjoying the fish and shrimp that will be coming out of this area," the FDA statement said.

**Drilling of the Relief Well Continues**

*Development Driller III* is clearing out debris that was found at the bottom of the wellbore and preparing to lay the casing line, a necessary step before beginning the static kill procedure—which involves pumping mud and cement in through the top of the well. *Development Driller II* is conducting maintenance and will hold operations and await results of the DDIII relief well. *Development Driller III* has drilled the first relief well to a depth of 17,864 feet below the Gulf surface and *Development Driller II* has drilled the second relief well—a redundancy measure taken at the direction of the administration—to a depth of 15,963 feet below the surface.

**Seismic and Acoustic Testing Continue to Ensure the Integrity of the Wellhead**

In order to ensure the integrity of the wellhead and search for and respond to anomalies, the research vessel *Geco Topaz* is conducting seismic surveys of the seafloor around the wellhead, and the NOAA Ship *Gordon Gunter* is conducting acoustic surveys—part of continued efforts to use the best scientific tools available in response to the BP oil spill. As of this morning, the pressure continues to rise, demonstrating that it has integrity, and is currently at 6,969 pounds per square inch.

**FWS Personnel Continue Wildlife Rescue and Recovery Missions Across the Region**

As part of the ongoing effort to protect wildlife and wildlife habitats from the impacts of the BP oil spill, two sea turtle nests with a total of 181 eggs was excavated and relocated from St. Vincent's National Wildlife Refuge.

From the Houma, La., Incident Command Post, 272 field personnel, 82 vessels and 3 helicopters participated in reconnaissance and wildlife rescue and recovery missions. From the Mobile, Ala., Incident Command Post, wildlife recovery teams responded to 41 calls on the Wildlife Hotline. To report oiled wildlife, call (866) 557-1401.

**Shoreline Cleanup Operations Continue Along the Gulf Coast**

Cleanup operations to remove oil and oiled debris from shorelines continue on National Parks Service lands and Fish and Wildlife Service refuges along the Gulf Coast. On the Gulf Islands National Seashore, a 22-person crew removed 16,225 pounds of oiled debris from Horn Island; a 30-person crew removed 8,000 pounds from Petit Bois Island; a 26-person crew removed 1,025 pounds from Ship Island; and a 30-person crew removed 2,050 pounds from Cat Island.

**Approved SBA Economic Injury Assistance Loans Surpass $17.5 Million**

SBA has approved 208 economic injury assistance loans to date, totaling more than $17.5 million for small businesses in the Gulf Coast impacted by the BP oil spill. Additionally, the agency has granted deferments on 707 existing SBA disaster loans in the region, totaling more than $3.7 million per month in payments. For information on assistance loans for affected businesses, visit the SBA's Web site at www.sba.gov/services/disasterassistance, call (800) 659-2955 (800-877-8339 for the hearing impaired), or email disastercustomerservice@sba.gov.

**Administration Continues to Oversee BP's Claims Process**

The administration will continue to hold the responsible parties accountable for repairing the damage, and repaying Americans who've suffered a financial loss as a result of the BP oil spill. To date, 135,217 claims have been opened, from which more than $261 million has been disbursed. No claims have been denied to date. There are 1,264 claims adjusters

on the ground. To file a claim, visit www.bp.com/claims or call BP's helpline at 1-800-440-0858. Those who have already pursued the BP claims process and are not satisfied with BP's resolution can call the Coast Guard at (800) 280-7118. Additional information about the BP claims process and all available avenues of assistance can be found at www.disasterassistance.gov

**By the Numbers to Date:**

- The administration has authorized the deployment of 17,500 National Guard troops from Gulf Coast states to respond to this crisis; currently, 1,735 are active.
- More than 32,600 personnel are currently responding to protect the shoreline and wildlife and cleanup vital coastlines.
- More than 4,400 vessels are currently responding on site, including skimmers, tugs, barges, and recovery vessels to assist in containment and cleanup efforts—in addition to dozens of aircraft, remotely operated vehicles, and multiple mobile offshore drilling units.
- Approximately 3.45* million feet of containment boom and 7.9 million feet of sorbent boom have been deployed to contain the spill—and approximately 976,000 feet of containment boom and 3.27 million feet of sorbent boom are available.
- More than 34.7 million gallons of an oil-water mix have been recovered.
- Approximately 1.84 million gallons of total dispersant have been applied—1.07 million on the surface and 771,000 sub-sea. Approximately 577,000 gallons are available.
- 411 controlled burns have been conducted, efficiently removing a total of more than 11.14 million gallons of oil from the open water in an effort to protect shoreline and wildlife. Because calculations on the volume of oil burned can take more than 48 hours, the reported total volume may not reflect the most recent controlled burns.
- 17 staging areas are in place to protect sensitive shorelines.
- Approximately 621 miles of Gulf Coast shoreline is currently oiled—approximately 356 miles in Louisiana, 106 miles in Mississippi, 66 miles in Alabama, and 93 miles in Florida. These numbers reflect a daily snapshot of shoreline currently experiencing impacts from oil so that planning and field operations can more quickly respond to new impacts; they do not include cumulative impacts to date, or shoreline that has already been cleared.
- Approximately 57,539 square miles of Gulf of Mexico federal waters remain closed to fishing in order to balance economic and public health concerns. Approximately 76 percent remains open. Details can be found at http://sero.nmfs.noaa.gov/.
- To date, the administration has leveraged assets and skills from numerous foreign countries and international organizations as part of this historic, all-hands-on-deck response, including Argentina, Belgium, Canada, China, Estonia, France, Germany, Greece, Ireland, Japan, Kenya, Mexico, Netherlands, Norway, Qatar, Russia, Spain, Sweden, Taiwan, Tunisia, United Arab Emirates, United Kingdom, the United Nations' International Maritime Organization, the European Union's Monitoring and Information Centre, and the European Maritime Safety Agency.

*The decrease in boom numbers since yesterday is due to the recovery of some displaced boom in Florida. Once recovered, this boom must be decontaminated, repaired, inspected, and certified before being staged or redeployed.*

| Home | Task Force | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|------|-----------|-----------|-----------------|-----------------|-------------|------|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Education Resources | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Federal Partners | | Mental Health | Other Wildlife | Waste | Events |
| | Recovery Plan | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Investigation | | Workers and Volunteers | | | FOIA Library |
| | Response | | | | | Maps & Data |
| | State and Local | | | | | Multimedia |

Follow us:

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins

# Exhibit E

# NOAA Gulf Spill Restoration

- Home
- About Us»»
- Damage Assessment»»
- BP Oil Spill»»
- Restoration»»
- What You Can Do»»
- News & Media»»

Search Here



Agencies Take Next Step in Planning for Gulf Restoration

Your comments are needed to help shape new Programmatic Environmental Impact Statement

Keep Reading

## Restoration Scoping Begins

## Assessing Marine Mammals

## Assessing Damage to Turtles

## Join Our Mailing List

**Restoration Scoping**

Participate in the restoration scoping process taking place following the Deepwater BP spill.

☑ Learn More About the Restoration Scoping Process

☑ Submit a Comment

☑ Learn More at Public Meetings

**Events Calendar**

| February  2011 | | | | | | |
|---|---|---|---|---|---|---|
| Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |  |  |  |  |  |  |
| «Jan |  |  |  |  |  | Mar» |

**Recent Publications**

- February 25, 2011
  Fact Sheet – Restoration Approaches (Spanish Translation – pdf, 432 KB)
- February 25, 2011
  Fact Sheet – Assessment and Restoration (Spanish Translation – pdf, 449 KB)
- February 25, 2011
  Fact Sheet – Assessing the Impacts of Oil: Next Steps (Spanish Translation – pdf, 280 KB)
- February 25, 2011
  Diagram – Assessing the Impacts of Oil: First Steps (Spanish Translation – pdf, 578 KB)
- February 23, 2011
  Fact Sheet: NRDA Case Study Westchester (pdf, 333KB)

View the Publications Archive

**Latest News**

## Restoration Scoping for BP Oil Spill Begins



Read More...

## Road to Restoration: Assessing the Damage to Marine Mammals



Read More...

## New Video Features Dolphin Assessment Team and NOAA Administrator Dr. Lubchenco

Read More...

## Road to Restoration: Assessing the Damage to Turtles



Read More...

View the News Archive

**NOAA Offices**

- Office of Response and Restoration
- Office of Habitat Conservation
- General Counsel for Natural Resources

**Important Links**

- Site Map
- Contact Us
- Document Accessibility

- Privacy Policy
- Copyright Information
- Disclaimer

STAY **CONNECTED**



Copyright © 2011 · All Rights Reserved · NOAA Gulf Spill Restoration

Home · RSS · Log in · Site Admin

loading

# Exhibit F



**NOAA** Deepwater Horizon / BP Oil Spill Response
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Office of Response and Restoration

Search [          ]  [Go]



emergency response

As the nation's leading scientific resource for oil spills, NOAA has been on the scene of the Deepwater Horizon/BP oil spill from the start, providing coordinated weather and biological response services to federal, state, and local organizations.

| Latest News | NOAA Roles | NOAA People | External Affairs | Factsheets Publications | Press Releases | Multimedia |
|---|---|---|---|---|---|---|

**Emergency Response**

Pollutants in the Environment

Serving Communities

Natural Resource Restoration

**Information for:**

Emergency Responders

Students and Teachers

Interested Public

Research Institutions

Other Agencies

Current News

Special Note

FAQs

**Catalogs of:**

Publications

Software & Data Sets

Web Portals

Links

Downloads

Image Galleries

Abandoned Vessels

Drift Card Studies

About OR&R

Contact Us

Advanced Search

Site Index

Privacy Policy

Document Accessibility

**Deepwater Horizon / BP Oil Spill Response**

As the nation's experts on oceanic and atmospheric science, the lead science agency for oil spills — and the nation's steward for our oceans, coasts and Great Lakes — NOAA has been on the scene from day one, providing coordinated scientific, weather and biological information and products when and where they are needed most.

**More Information**

- **Deepwater Horizon/BP Oil Spill: 100 Days — A Snapshot of NOAA's Response** Here's a brief snapshot of some of NOAA's efforts and achievements in the first hours — and the first 100 days — of this aggressive and sustained federal response.   [leaves OR&R site]

- **ERMA Gulf of Mexico at GeoPlatform.gov** A new online tool that employs the Environmental Response Management Application (ERMA®) a web-based GIS platform that provides you with near-real time information about the response effort. The site offers you a "one-stop shop" for spill response information.

  The site integrates the latest data the federal responders have about the oil spill's trajectory with fishery area closures, wildlife data and place-based Gulf Coast resources — such as pinpointed locations of oiled shoreline and current positions of deployed research ships — into one customizable interactive map.   [leaves OR&R site]

NOAA provides coordinated scientific weather and biological response services to federal, state and local organizations. Experts from across the agency have mobilized to help contain the spreading oil spill and protect the Gulf of Mexico's many marine mammals, sea turtles, fish, shellfish, and other endangered marine life.  NOAA spill specialists are advising the U.S. Coast Guard on cleanup options as well as advising all affected federal, state and local partners on sensitive marine resources at risk in this area of the Gulf of Mexico. Overflights are conducted on a daily basis (weather permitting) to provide field verification of model trajectories. NOAA's Office of Marine and Aviation Operations (OMAO) is supporting the response work in the Gulf with NOAA-owned ships and aircraft.

Please see GeoPlatform.gov/gulfresponse   [leaves OR&R site] for further information on the federal response to the Deepwater Horizon Incident.

**Trajectory Forecasts**

Trajectory forecasting has been discontinued as of August 23,



**On board the NOAA Ship Thomas Jefferson**
NOAA Corps Ensign Jasmine Cousins, junior officer onboard the NOAA Ship *Thomas Jefferson*, provides an overview of oil spill-related ship activities in the Gulf of Mexico.



**Trajectory Forecast Maps**
Trajectory forecast maps are no longer being produced. If the situation warrants, map production will resume.

2010. NOAA's Office of Reponse and Restoration (OR&R) modeling team generated daily trajectories for 107 days, beginning April 21. As of July 31, no recoverable surface oil has been observed. If any surface oil is observed, OR&R will resume trajectory forecasts.

Trajectory maps produced by NOAA OR&R during the course of this spill are available in the **Trajectory Map Archive**.

The Loop Current is no longer a threat in this spill. For general Loop Current information, see the NOAA Atlantic Oceanographic and Meteorological Laboratory (AOML) page, Altimetry-Derived Products [leaves OR&R site].

### Closures

For the latest closure information, see Deepwater Horizon/BP Oil Spill: Federal Fisheries Closure and Other Information [leaves OR&R site].

Modeling and mapping the actual and projected spill area is not an exact science. NOAA Fisheries Service strongly advises fishermen not to fish in areas where oil or oil sheens (very thin layers of floating oil) are present, even if those areas are not currently closed to fishing. Any changes to the closure are announced daily at 12 p.m. Eastern at sero.nmfs.noaa.gov [leaves OR&R site] and take effect at 6 p.m. Eastern the same day.

### Sea Turtles and Marine Mammals

For information on sea turtle and marine mammals affected by the spill, please visit: Sea Turtles, Dolphins, and Whales and the Gulf of Mexico Oil Spill [leaves OR&R site] (NOAA Fisheries Office of Protected Resources) or RestoreTheGulf.gov [leaves OR&R site].

### Assessment

To help determine the type and amount of restoration needed to compensate the public for harm to natural resources as a result of the spill, a Natural Resource Damage Assessment (Document format: **PDF**, size: **90.8 K**) will be conducted by NOAA and our co-trustee agencies. Although many agencies are involved in this process, NOAA is a lead federal trustee for coastal and marine natural resources, including marine and migratory fish, endangered species, marine mammals and their habitats. The focus currently is to assemble existing data on resources and their habitats and collect baseline (pre-spill impact) data. Data on oiled resources and habitats are also being collected. For additional information, see the DARRP Deepwater Horizon Web page [leaves OR&R site].

### Important Contacts

- **For NOAA media inquiries,** please contact Ben Sherman, John Ewald or Rachel Wilhelm or phone 301.713.3066.

- **To offer suggestions to clean, contain or recover the oil** visit Deepwater Horizon Response Suggestions. This Web site also provides procedures and forms for Alternative Response Tool Evaluation System (ARTES) proposals.

- **For response-related inquiries,** please phone the Joint Information Center (JIC) at 985.902.5231 or 985.902.5240.

- **To report oil on land, or for general community information,** please phone 866.448.5816.

- **To report oiled or injured wildlife,** please phone 866.557.1401.

- **To learn about volunteer opportunities** in all areas and what training is required, please phone 866.448.5816.

- **To discuss spill related damage claims,** please phone 800.440.0858.

- BP is asking fishermen for their assistance in cleaning up the oil spill. BP is calling this the **Vessel of Opportunities Program** and through it, BP is looking to contract shrimp boats, oyster boats and other vessels for hire to deploy boom in the Gulf of Mexico. **To learn more about the Vessel of Opportunity Program,** fishermen



**Emergency Fishing Closure - Updated Daily**
For current information on the oil spill-related federal fishery closure please visit the Southeast Regional Office Web site.



**Gulf Marine Forecast**
More Deepwater Horizon decision support information available from the National Weather Service - New Orleans.

should phone 281.366.5511.

**More Information about this Incident**

| Latest News | NOAA Roles | NOAA People | External Affairs | Factsheets Publications | Press Releases | Multimedia |
| --- | --- | --- | --- | --- | --- | --- |



First published on April 21, 2010, and last revised on October 28, 2010.
E-mail OR&R Headquarters | Disclaimer
Web site owner: Office of Response and Restoration | NOAA's Ocean Service | National Oceanic and Atmospheric Administration | US Department of Commerce | USA.gov

# Exhibit G

# NOAA Gulf Spill Restoration

- Home
- About Us»»
- Damage Assessment»»
- BP Oil Spill»»
- Restoration»»
- What You Can Do»»
- News & Media»»

Search Here

## Co-Trustees

### Trustee Council: Working Cooperatively

The Oil Pollution Act authorizes certain federal agencies, states, and Indian tribes—collectively known as natural resource trustees—to evaluate the impacts of the Deepwater Horizon oil spill on natural resources.

These trustees are responsible for studying the effects of the spill through a process known as Natural Resource Damage Assessment (NRDA). As part of this process, scientists work together to identify potential injuries to natural resources and lost human uses resulting from the spill.

NRDA activities for the Deepwater Horizon oil spill have been divided into these categories that focus on specific species, habitats, or uses:

- Marine mammals and sea turtles
- Fish and shellfish
- Birds
- Deep water habitat (e.g., deepwater coral)
- Near-shore habitats (including sea grasses, mud flats, coral reefs)
- Shoreline habitats (including salt marsh, beaches, mangroves)
- Land-based wildlife and habitat
- Pubic uses of natural resources (recreational fishing, boating, beach closures)

NOAA is working with other federal and state agencies as part of the Deepwater Horizon Trustee Council. The Trustee Council acts on behalf of the public to restore resources directly or indirectly harmed by oil released into the environment following the BP oil spill. The goal of the short-term and long-term recovery projects implemented by the trustees is to restore, replace, rehabilitate, or acquire the equivalent of the impacted resources.

Below is a list of the federal agencies and states of the Trustee Council for the Deepwater BP oil spill:

**Federal**                                    **State**

 [Department of Commerce: NOAA](#)

 [Department of the Interior: Fish and Wildlife Service, National Park Service, Bureau of Land Management, Bureau of Indian Affairs](#)

[Department of Defense](#)

 [Alabama](#)

 [Florida](#)

 [Louisiana](#)

 [Mississippi](#)

 [Texas](#)

- [Home](#)
- [About Us](#)
  - [Co-Trustees](#)
  - [What We Do](#)
  - [Contact Us](#)
- [Damage Assessment](#)
- [BP Oil Spill](#)
- [Restoration Scoping](#)
- [What You Can Do](#)
- [News & Media](#)

**NOAA Offices**

**Important Links**

- [Office of Response and Restoration](#)
- [Office of Habitat Conservation](#)
- [General Counsel for Natural Resources](#)

- [Site Map](#)
- [Contact Us](#)
- [Document Accessibility](#)

- [Privacy Policy](#)
- [Copyright Information](#)
- [Disclaimer](#)

**STAY CONNECTED**

Case 2:10-md-02179-CJB-DPC   Document 1441-2   Filed 02/28/11   Page 31 of 72



Copyright © 2011 · All Rights Reserved · NOAA Gulf Spill Restoration

Home · RSS · Log in · Site Admin

loading

# Exhibit H

# NOAA Gulf Spill Restoration

- Home
- About Us»»
- Damage Assessment»»
- BP Oil Spill»»
- Restoration»»
- What You Can Do»»
- News & Media»»

Search Here

## Affected Gulf Resources



Oiled Kemp's Ridley turtle.

The trustees are evaluating potential oil spill impacts to sensitive habitats, fisheries, and wildlife, as well as current and completed restoration projects on the coast. NOAA is concerned about ongoing and long-term impacts to:

**Fisheries and Wildlife -** During past oil spills in the Gulf of Mexico, NOAA has documented direct toxic impacts to commercially important aquatic life including blue crabs, squid, shrimp, and a variety fish species. Toxins in the oil can kill these species or have other harmful effects such as: genetic damage, liver disease, cancer, and reproductive, developmental, and immune system impairment in fish and other organisms.

⊞ **Fish and Invertebrates**

⊞ **Marine Mammals**

⊞ **Turtles**

⊞ **Birds**

⊞ **Habitat**

⊞ **Current Gulf Restoration**

- [Home](#)
- [About Us](#)
- [Damage Assessment](#)
- [BP Oil Spill](#)
  - [Affected Gulf Resources](#)
  - [Restoration in the Gulf](#)
  - [Frequently Asked Questions](#)
  - [Links](#)
  - [Case Documents](#)
  - [BP Spill Data](#)
- [Restoration Scoping](#)
- [What You Can Do](#)
- [News & Media](#)

**NOAA Offices**

**Important Links**

- [Office of Response and Restoration](#)
- [Office of Habitat Conservation](#)
- [General Counsel for Natural Resources](#)

- [Site Map](#)
- [Contact Us](#)
- [Document Accessibility](#)

- [Privacy Policy](#)
- [Copyright Information](#)
- [Disclaimer](#)

**STAY CONNECTED**



Copyright © 2011 · All Rights Reserved · NOAA Gulf Spill Restoration

[Home](#) · [RSS](#) · [Log in](#) · [Site Admin](#)

loading

# Exhibit I

# DEEPWATER HORIZON SPILL
## Natural Resource Damage Assessment (NRDA)


## NRDA BY THE NUMBERS — December 1, 2010

The NOAA role in this Natural Resource Damage Assessment (NRDA) began on **April 20, 2010**, in the hours immediately following the report of an explosion on the Deepwater Horizon mobile drilling unit. Personnel began monitoring the oil's trajectory and collecting environmental data.

By mid-May, NOAA and its partners had formed *more than a dozen technical working groups* devoted to assessing damages to various types of natural resources, from our coastlines to the deep seas, and from plankton to porpoises.

*Three federal agencies* (Commerce, Interior, Defense) and *five affected states* (Alabama, Louisiana, Florida, Mississippi, Texas) are co-trustees in the NRDA.

The "Notice of Intent to Conduct Restoration Planning" (released by the co-trustees September 29, 2010) names *eight responsible parties*: BP Exploration and Production, Inc. ("BP"); Transocean Holdings Inc. ("Transocean"); Triton Asset Leasing GmbH ("Triton"); Transocean Offshore Deepwater Drilling Inc. ("Transocean Offshore"); Transocean Deepwater Inc. ("Transocean Deepwater"); Anadarko Petroleum ("Anadarko"); Anadarko E&P Company LP ("Anadarko E&P"); and MOEX Offshore 2007 LLC ("MOEX").

As of early November, response teams had documented *2,263 visibly oiled dead birds; 2,079 visibly oiled live birds; 18 visibly oiled dead sea turtles; and 456 visibly oiled live sea turtles.*

In most large oil spill cases, the total samples collected from the field number in the hundreds. As of Nov. 15, 2010, NRDA teams had collected *29,599 environmental samples* for analysis.

Our *laboratories have conducted 37,183 NRDA analyses* on these samples.

*More than 8,000 analyses* have been validated and made available to the public.

The almost *30,000 total samples* include those collected by *83 offshore research cruises* NOAA either has conducted or under way, and include:

- *17,026 water samples*
- *3,806 sediment samples*
- *5,007 tissue samples*
- *1,917 tarball samples.*

Photographs represent an important type of data collection. As of late November, NRDA teams had logged *34,768 images.*

NRDA teams have surveyed about *4,000 linear miles of shoreline.*

NRDA teams have deployed *several hundred transmitters in wide-ranging species* like whale sharks, bluefin tuna and sperm whales to inform studies designed to detect changes in species behavior, reproductive patterns and mortality.

::: **DEEPWATER** BP OIL SPILL ::: NATURAL RESOURCE DAMAGE ASSESSMENT :::

# Exhibit J

**Notice of Intent to Conduct Restoration Planning (pursuant to 15 C.F.R. Section 990.44) - DISCHARGE OF OIL FROM THE DEEPWATER HORIZON MOBILE OFFSHORE DRILLING UNIT AND THE SUBSEA MACONDO WELL INTO THE GULF OF MEXICO, APRIL 20, 2010**

**SUMMARY:** On or about April 20, 2010, the mobile offshore drilling unit *Deepwater Horizon* experienced a significant explosion, fire and subsequent sinking in the Gulf of Mexico, resulting in discharges of oil and other substances from the rig and from the wellhead on the seabed into the Gulf of Mexico (referred to as the "*Deepwater Horizon* Incident or Incidents"). These discharges are estimated to have been in excess of thousands of barrels of oil per day and continue, along with associated removal activities, to adversely affect and threaten natural resources within the jurisdictions of the United States and the States of Louisiana, Mississippi, Alabama, Florida, and Texas.

Pursuant to section 1006 of the Oil Pollution Act ("OPA"), 33 U.S.C. §§ 2701, *et seq.,* federal and state trustees for natural resources are authorized to (1) assess natural resource injuries resulting from a discharge of oil or the substantial threat of a discharge and response activities, and (2) develop and implement a plan for restoration of such injured resources. The federal trustees are designated pursuant to the National Contingency Plan, 40 C.F.R. Section 300.600 and Executive Order 12777. State trustees are designated by the Governors of each state pursuant to the National Contingency Plan, 40 C.F.R. Section 300.605. The following agencies are designated natural resources trustees under OPA and are currently acting as trustees for this Incident(s): the United States Department of the Interior ("DOI"), as represented by the National Park Service, United States Fish and Wildlife Service, Bureau of Indian Affairs, and Bureau of Land Management; the National Oceanic and Atmospheric Administration ("NOAA"), on behalf of the United States Department of Commerce; the United States Department of Defense ("DOD"); the State of Louisiana's Coastal Protection and Restoration Authority, Oil Spill Coordinator's Office, Department of Environmental Quality, Department of Wildlife and Fisheries and Department of Natural Resources; the State of Mississippi's Department of Environmental Quality; the State of Alabama's Department of Conservation and Natural Resources and Geological Survey of Alabama; the State of Florida's Department of Environmental Protection; and the State of Texas' Parks and Wildlife Department, General Land Office and Commission on Environmental Quality, (collectively, the "Trustees"). In addition to acting as trustees for this Incident(s) under OPA, the States of Louisiana, Mississippi, Alabama, Florida and Texas are also acting pursuant to their applicable state laws and authorities, including the Louisiana Oil Spill Prevention and Response Act of 1991, La. R.S. 30:2451 *et seq.*, and accompanying regulations, La. Admin. Code 43:101 *et seq.*; the Texas Oil Spill Prevention and Response Act, Tex. Nat. Res. Code, Chapter 40, Section 376.011 *et seq.*, Fla. Statutes, and Section 403.161, Fla. Statutes; the Mississippi Air and Water Pollution Control Law, Miss. Code Ann. §§ 49-17-1 through 49-17-43; and Alabama Code §§ 9-2-1 *et seq.* and 9-4-1 *et seq.*;.

The Responsible Parties ("RPs") identified for this Incident(s) thus far are BP Exploration and Production, Inc. ("BP"); Transocean Holdings Inc. ("Transocean"); Triton Asset Leasing GmbH

1

("Triton"); Transocean Offshore Deepwater Drilling Inc. ("Transocean Offshore"); Transocean Deepwater Inc. ("Transocean Deepwater"); Anadarko Petroleum ("Anadarko"); Anadarko E&P Company LP ("Anadarko E&P"); and MOEX Offshore 2007 LLC ("MOEX"). Pursuant to 15 C.F.R. 990.14(c), concurrent with the publication of this Notice, the Trustees are inviting the RPs identified above to participate in a Natural Resource Damage Assessment ("NRDA"). The Trustees have coordinated with BP representatives on activities undertaken to date as part of the NRDA process.

The Trustees began the Preassessment Phase of the NRDA in accordance with 15 C.F.R. § 990.40, to determine if they had jurisdiction to pursue restoration under OPA, and, if so, whether it was appropriate to do so. During the Preassessment Phase, the Trustees collected and analyzed and are continuing to collect and analyze the following: (1) data reasonably expected to be necessary to make a determination of jurisdiction or a determination to conduct restoration planning, (2) ephemeral data, and (3) information needed to design or implement anticipated emergency restoration and assessment activities as part of the Restoration Planning Phase.

Under the NRDA regulations applicable to OPA, 15 C.F.R. Part 990 ("NRDA regulations"), the Trustees prepare and issue a Notice of Intent to Conduct Restoration Planning ("Notice") if they determine conditions that confirm the jurisdiction of the Trustees and the appropriateness of pursuing restoration of natural resources have been met.

Pursuant to 15 C.F.R. § 990.44, this Notice announces that the Trustees have determined to proceed with restoration planning to fully evaluate, assess, quantify and develop plans for restoring, replacing or acquiring the equivalent of natural resources injured and losses resulting from the *Deepwater Horizon* Incident or Incidents. The restoration planning process will include collection of information that the Trustees determine is appropriate for identifying and quantifying the injuries and losses of natural resources, including resource services, and to determine the need for, and type and scale of restoration actions.

**SUPPLEMENTARY INFORMATION:**

**Determination of Jurisdiction**

The Trustees have made the following findings pursuant to 15 C.F.R. § 990.41:

1. The explosion on the mobile offshore drilling unit *Deepwater Horizon* on April 20, 2010, and other associated occurrences, resulted in discharges of oil into and upon navigable waters of the United States, including the Gulf of Mexico, as well as adjoining shorelines, all of which constitute an "Incident" or "Incidents" within the meaning of 15 C.F.R. § 990.30.

2. The ongoing discharges are not permitted pursuant to federal, state, or local law; are not from a public vessel; and are not from an onshore facility subject to the Trans-Alaska Pipeline Authority Act, 43 U.S.C. §§ 1651 *et seq*.

3.  Natural resources under the trusteeship of the Trustees have been and continue to be injured and/or threatened as a result of discharged oil and associated removal efforts.  The discharged oil is harmful to natural resources exposed to the oil, including aquatic organisms, birds, wildlife, vegetation, and habitats.  Discharged oil and the response activities to address the discharges of oil have resulted in adverse effects on natural resources in and around the Gulf of Mexico and along its adjoining shorelines, and impaired services that those resources provide.  The full extent of potential injuries is currently unknown, and may not be known for many years; however, current natural resources and resource services that have been impacted due to the discharged oil include but are not limited to the following (as of August 19, 2010):

- Over 950 miles of shoreline habitats, including salt marshes, sandy beaches, and mangroves.
- A variety of wildlife, including birds, sea turtles, and marine mammals.  As of  June 29, 2010:
  - Over 1,900 oiled birds captured and over 1,850 visibly oiled dead birds collected.
  - Over 400 oiled sea turtles captured and 17 visibly oiled dead sea turtles collected.
  - 5 visibly oiled dead marine mammals collected.
- Lost human use opportunities associated with various natural resources in the Gulf region, including fishing, swimming, beach-going and viewing of birds and wildlife.
- Waters of the Gulf of Mexico and adjoining coastal states.
- Various other biota, including benthic communities and fish.
- Water column habitat.

Accordingly, the Trustees have determined they have jurisdiction to pursue restoration under the OPA.

**Determination to Conduct Restoration Planning**

Pursuant to 15 C.F.R. § 990.42(a), the Trustees determined that:

1.  Observations and data collected pursuant to 15 C.F.R. § 990.43 demonstrate that injuries to natural resources and the services they provide have resulted from the Incident or Incidents; however, the nature and extent of such injuries has not been fully determined at this time.  The Trustees have identified numerous categories of impacted and potentially impacted resources, including fish, shellfish, marine mammals, turtles, birds and other sensitive resources as well as their habitats, such as wetlands, marshes, beaches, mudflats, bottom sediments, corals and the water column as well as effects to human use resulting from the impacts on the resources.  The Trustees have been conducting and continue to conduct, activities to evaluate injuries and potential injuries within these categories.  More information on these resource categories will be available in the Administrative Record ("AR," as defined below), including assessment work plans developed jointly by the Trustees and BP and information gathered during the

3

preassessment.  The full nature and extent of injuries will be determined during the injury assessment phase of restoration planning.

2.  Response actions employed for this spill include in situ burning, dispersant applications, containment and skimming of oil, and removal operations.  These response actions have not addressed and are not expected to address all injuries resulting from the discharges of oil.  Although response actions were initiated soon after the explosion and continue to date, they have been unable to prevent injuries to many natural resources, and the size, nature and location of the discharges have prevented recovery of most of the oil.  In addition, some of these response actions have caused or are likely to cause injuries to natural resources and the services they provide, including destruction of sensitive marshes, beaches, and other habitats and impacts to human uses of resources.  While injured natural resources may eventually naturally recover to the condition they would have been in had the discharges not occurred, interim losses have occurred, or are likely to occur in the future, and these will continue until baseline conditions are achieved.  In addition, there have been and will continue to be losses of and diminution of human uses of the resources resulting from the impacts to the natural resources and from the response actions themselves.

3.  Feasible restoration actions exist to address the natural resource injuries and losses, including lost human uses, resulting from the discharges of oil.  Assessment procedures are available to scale the appropriate amount of restoration required to offset these ecological and human use service losses.  During the restoration planning phase, the Trustees will evaluate potential projects, determine the scale of restoration actions needed to make the environment and the public whole, and release a draft Restoration Plan for public review and comment.

Based upon these determinations, the Trustees intend to proceed with restoration planning for the Incident or Incidents.

**Administrative Record**
The United States Department of the Interior, acting on behalf of the Trustees, is in the process of establishing and opening an Administrative Record ("AR") in compliance with 15 C.F.R. § 990.45 and applicable state authorities.  The AR will be publicly accessible and include documents considered by the Trustees during the preassessment, assessment, and restoration planning phases of the NRDA performed in connection with the Incident or Incidents.  The AR will be augmented with additional information over the course of the NRDA process.  The availability of the AR will be addressed in one or more future notices and announcements.  State-specific ARs may also be kept and will be made available by state trustees in their normal course of business.

**Opportunity to Comment**
The Trustees invite the public to participate in restoration planning for this Incident or Incidents in accordance with 15 C.F.R. § 990.14(d) and state authorities.  The Trustees will be providing substantial opportunities for public involvement in the restoration planning for this Incident or

4

Incidents.  The opportunities for public involvement will be addressed in future notices and announcements.

**Adoption By Natural Resource Trustees**

The undersigned, on behalf of their agencies as designated natural resource Trustees, hereby adopt the foregoing.  This document may be signed in counterparts.  A copy with all original executed signature pages affixed shall constitute the original.

**SIGNATURES:**

5

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: 9 | 2 , 2010

**UNITED STATES DEPARTMENT OF
THE INTERIOR**

By:

Cindy Dohner
Southeast Regional Director
U.S. Fish and Wildlife Service

6

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: _Feb 30_, 2010

NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION

By: _____
David G. Westerholm
Director
Office of Response and Restoration

7

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: _____, 2010                    **UNITED STATES DEPARTMENT OF DEFENSE**


By:   **SIGNATURE PENDING**

Dated: 6/2-4 , 2010

**GEOLOGICAL SURVEY OF**
**ALABAMA**

By:

Dr. Berry H. Tew, Jr.
State Geologist

9

Dated: _9/2_ , 2010

**ALABAMA DEPARTMENT OF
CONSERVATION AND NATURAL
RESOURCES**

By:

M. Barnett Lawley
Commissioner

10

Dated: 8/30 , 2010

**FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION**

By: *Lee Edmiston*

Lee Edmiston
Director
Office of Coastal and Aquatic
    Managed Areas

11

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: 09/07 , 2010        **LOUISIANA COASTAL PROTECTION AND RESTORATION AUTHORITY**

By:

Garret Graves
Chair

12

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: _30 aug_, 2010

**LOUISIANA OIL SPILL
COORDINATOR'S OFFICE**

By:

Roland Guidry
Louisiana Oil Spill Coordinator

Dated: 8-30, 2010

**LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY**

By:

Peggy Hatch
Secretary

14

Dated: 9-7_____, 2010

**LOUISIANA DEPARTMENT OF**
**WILDLIFE AND FISHERIES**

By: _____

Robert Barham
Secretary

15

Dated: _8/30_ , 2010

**LOUISIANA DEPARTMENT OF
NATURAL RESOURCES**

By: _____

        Bob Harper
        Acting Secretary

16

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: 9/2 , 2010

**MISSISSIPPI DEPARTMENT OF
ENVIRONMENTAL QUALITY**

By: _____

Trudy D. Fisher
Executive Director

17

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: 13 Sept. 2010

**TEXAS PARKS AND WILDLIFE DEPARTMENT**

By: _____

Carter Smith
Executive Director

18

Dated: 8/26, 2010

**TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY**

By:

Mark R. Vickery, P.G.
Executive Director

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

Dated: _9/8_ , 2010                              **TEXAS GENERAL LAND OFFICE**

By:

        Larry L. Laine
        Deputy Land Commissioner
        & Chief Clerk

Deepwater Horizon Oil Spill – Notice of Intent to Conduct Restoration Planning

# Exhibit K

An Official Website of the United States Government

Follow us:    Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Transcript – Press Briefing by Federal On-Scene Coodinator Rear Admiral Paul Zukunft

## Transcript – Press Briefing by Federal On-Scene Coodinator Rear Admiral Paul Zukunft

September 28, 2010 | 1:11:53 PM EDT

0 tweets

tweet

Listen to Audio file

Paul Zukunft: Well, good afternoon.  Thank you for joining us.  And again, it's great to be joined by NOAA, our scientific support coordinator, and also with David who represents academia as we look at this phase of the operation, as we look at what's below the surface.

And I'm also joined by the captain of the NOAA research vessel Pisces, Jesse Stark.  And it's great to be pier side before this vessel prepares to set sail this afternoon on a very critical mission integral to this oil spill.

Just to bring you up to date on where we are with the spill, we still have a very active response across the four states and the Gulf of Mexico and Florida, Alabama, Mississippi and Louisiana.  On Wednesday, I was down in Bay Jimmy down in Barataria Bay where we had over 600 workers working off a floating barge responding to oil in that area in a very isolated marshland.

But there's still removal operations taking place as I speak today.  So we're still recovering oil, but at the same time, our next area of concern, as it has been from day one, is what is below the surface.

We heard that the well was killed on the 19th of September, and actually we've had no oil introduced – no new oil since the 15th of July, and our oil trajectory grid went to a white screen with no recoverable oil since on or about the 1st of August.

So now our challenge is to look at what is on the sea floor, and so the NOAA vessel Pisces is one of several vessels that will participate in that mission.  I have the best of science here surrounding me just as we did, when we did that relief well, which was a feat – quite a feat onto itself to be able to intercept that well from three miles away, a seven-inch casing intercepting a seven-inch casing.

Well, now we need to verify with the best of science what is in that water column, what is in the sea floor, down to depths up to and exceeding 5,000 feet integral to this oil spill response.  So that's where we're going in the next phase of this operation.  And I do look forward to seeing the NOAA vessel Pisces get underway for this mission this afternoon.

With that, I'll turn it over to Dr. Janet Baran.

Janet Baran:        Baran, yes, thank you, Admiral.

So we're very glad to be here today on the NOAA ship Pisces.  The Pisces has been a very important part of our mission this whole summer.  It's been out doing acoustic monitoring during the well head integrity tests as well as doing water sampling in the last couple cruises.

We have been working on monitoring the subsurface since early May and continue to do so.  This – our monitoring covers the near shore, the south and the deep water, from the surface to the bottom of the ocean.  And we're looking to really understand if there is any recoverable oil or if there's anything else that we can do about it.

We've had numerous vessels out.  Currently we have about six vessels who are working in the continental shelf and deep water doing sediment and water sampling, and this vessel will be part of that.  All vessels are coordinated through unified area command, and we even host a call every day between all the chief scientists to talk about what they're finding so that we can (adaptably) change our missions if there is something we find.

To date, we have collected more than 30,000 samples in the Gulf of Mexico, from the Texas-Louisiana border to the Florida Keys.  Last week we had over six vessels out, mostly doing water sampling.  This week has been the initiation of most of our deeper water sediment sampling.

The Gyre went out this week as well as the Ocean Veritas and now the Pisces.  These three vessels will do all the deeper water sediment sampling.  We have a couple vessels out in the near shore doing sediment and water sampling, that's up to three nautical miles from the shore, doing a wide sweep to ensure that there is no oil in the sediment.

We find very little amounts of (residue) oil on near shore.  It's being degraded naturally and recovered where possible.  And we really are committed to ensuring the safety of the Gulf and restoring the Gulf as we move out of this phase of trying to determine how we can fix things – not fix things – how we can stop and recover oil and moving to restoration.

We have teams out, part of the Natural Resources Damage Assessment Team, who will be looking at the long-term impacts and helping restore the Gulf. We do have a couple of resources which may be helpful to you.  We have a live mission log at NOAA.gov where we have blogs from all of our vessels that are out, giving live updates on what they're finding.  And also, if you would like to see the sampling location data and results, you can go to GeoPlatform.gov.

And with that, I'm going to turn it over to Dr. David Valentine who is our chief scientist on this mission.

David Valentine:   My name is Dr. David Valentine, I'm a professor at the University of California-Santa Barbara, and I'm here representing academia.  I'm serving currently as chief scientist on the NOAA ship Pisces for this expedition.

Joining me – I have additional academic scientists from a number of institutions, including the U.S. Geological Survey, East Carolina University, California Institute of Technology and Woods Hole Oceanographic Institution.

We have four main sampling areas that we're targeting – or four main sampling devices, I should specify, that allow us to collect sediment, allow us to visualize sediment on the sea floor, allow us to collect and analyze water from the deep waters as well as tools that are available shipboard to visualize natural seepage that may be occurring from the sea floor.

And with that, I'll turn it back over to Janet.

Nancy MacKenzie:   Thank you for taking my call.  I have a question about seafood testing.  Is it possible to get that answered?

Paul Zukunft:   Go ahead, Nancy.  I'll answer that.  This is Rear Admiral Zukunft.  I'll be happy to take that question.

Nancy MacKenzie:   OK, I've actually been trying to get this answered for a while.  When the shrimp are seafood tested, sensory and chemical analysis, do you know if that is with the shells on or off?

Paul Zukunft:   That question I do not know.  I do know it goes through a two-stage test, and the more elaborate test is when it goes through a GC-MS test.

Nancy MacKenzie:   Right.

Paul Zukunft:      For any presence of hydrocarbon that would, in all likelihood, test the shell and flesh.  But I can't say ...

Nancy MacKenzie:     Yes, I'm interested in that and whether they're deveined or not.

Paul Zukunft:      OK, best place to answer that would be ...

Nancy MacKenzie:     And I've really been trying to get that answered for three weeks, so ...

Paul Zukunft:      Or with the Food and Drug Administration.

Nancy MacKenzie:     Yes, having difficulty there, so I was hoping that you'd able to.  But here's one that you – that you all – probably more up your alley.  If the protocol for reopening fishing areas is the evaluation of oil movement, oil in the water column, sheen on the water and the seafood assessment, why are so many square miles still closed?  Does that mean that the seafood is tainted or there's oil in the water?

Paul Zukunft:      No, right now we're waiting to get a representational sample for a number of fish species in those federal waters that remain closed.  We do have a number of vessels that are out there with NOAA observers on there to actually catch those fish and then run those through the laboratory results.  And so that is actually part of the process to get those areas reopened.

But the key part is having a representational sample.  And as you realize, we did have 8,000 square miles that were just reopened on the 21st of September, and then also recreational fishing for red snapper was opened.  There was allowable quota remaining for red snapper, so for Friday, Saturday and Sunday, starting on October 1st for the next eight -week period, that red snapper season will be opened for recreational fishing, not for commercial though.

Nancy MacKenzie:     Right, right, OK, well just one last thing as long as we're talking about it.  On the e-mails that I get, it says that areas remain closed to balance economic and public health concerns, and I'm not sure exactly what that means.

Paul Zukunft:      OK, you had broken up through part of that, did you ...

Nancy MacKenzie:     Oh, I'm sorry, it's – the e-mails that I get, you know the by the numbers (sent) from the unified command, says that the areas remain closed due to balance economic and public health concerns.  And I'm not exactly sure what that means.

Paul Zukunft:      OK, yea, those areas were closed when there was oil in those areas, and that was due to the concern for public health if fish were to be caught from there, and should there be polycyclic aromatic hydrocarbons, or PAHs, found in the fish flesh.  So that's why there were closed.

And obviously we can close an area quite quickly to go through the requisite sampling protocols to then reopen it.  It is a somewhat time-consuming process.

Nancy MacKenzie:     Sure.

Paul Zukunft:      So it is a process where we error on the side of caution.

Nancy MacKenzie:     Sure.

Paul Zukunft:      Anytime – you know the economic indicator there, if that fish is caught and, for whatever reason, it is not found to be in compliance, it could actually have a detrimental effect you know on the economic fishing industry in the Gulf of Mexico.

So you probably heard on a number of a blogs – and it is – it is the most-sampled seafood anywhere in the face of the Earth.  But again, if there's going to be any error in this process, it will be on the side of caution.  But again, I am working extremely closely with the NOAA Marine Fishery Service, who in turn works with the Food and Drug Administration on the sampling protocols that – to continue to reopen those closed areas.  And they are gradually reopening.

Nancy MacKenzie:     Thank you, I appreciate your time.

Paul Zukunft:      OK, thank you.

Operator:      Your next question comes from the line of Laura Parker with AOL News.

Laura Parker:      Yes, I have a – sort of a big-picture question in terms of the total effort involving the – NOAA's research.  It was announced, I think it was last week, or in the last few days, that NOAA's now embarking on a larger systematic effort to understand the oil in the water and sort out some of the differences between academic sciences and government scientists with regard to oil on the – on the sea floor and plume and so on.

Can you lay out how and when some of these particular issues may be resolved?  Is this – is there sort of a map that you set out for how you're going to get to the bottom of some of these things?  Or will these be you know many months away?

Janet Baran:      This is Janet Baran, (inaudible) many months away.  So we already have – there's two parts of it.  There's water and sediment.  So the water sampling has been going on all summer.  We have a team in place at unified area command that represents six different agencies that is an operational science advisory team.  And they are analyzing all the data as it's coming in to make recommendations of when we reach the – reach the end game of the response, not the restoration, not the long-term care of the Gulf.

And so the water sampling is mostly completed.  But the analysis is still ongoing.  The team is in place.  They are looking at the data every day and trying to determine if there are gaps of what we need to infill or if we have completed and have an answer to the American public.

The second part is the sediment.  And, as I said, the Gyre, the Ocean Veritas and the Pisces will be out doing the sediment sampling.  And so it's expected within the next couple weeks we will have all of the sediment samples, and that same team will be looking at what that tells us and if there needs to be additional sampling.

Much of the near shore sediment sampling is already completed, and the indicators we're getting from there so far is a lack of presence of oil in the sediment.

Laura Parker:      Have you – I mean, come – have you been able to resolve sort of the issue of the plume, for instance?  We've got the – what the Berkeley Labs report versus the Woods Hole report ...

Janet Baran:      Sure.

Laura Parker:      Or is there – has there just been a change from the date of the one and the date of the other?

Janet Baran:      Sure, a lot of those were based in samples that were taken in June.  And Dr. Chris Reddy, who was a part of the Woods Hole study, has – was the academic liaison at unified area command the last couple of weeks.  And we have engaged with him and talked about what he found.

Our vessels were out there also, that all that.  And those academic data have been included into the response database.  So we're looking at all of it in total.

Currently what we're finding is that dilution has occurred.  So over time, more and more water has mixed in.  And also the microbes have continued to decrease the amount of oil that would be in that area.  We're finding less and less what we could consider (hits) and having to use more and more sophisticated instruments ...

Laura Parker:      I'm sorry, you broke up a little bit.  Finding less and less ...

Janet Baran:      I would say any kind of – any kind of signal at all in the water column.  And what we're finding is that the concentrations are now in the parts of a billion.  So we're having to use more and more sophisticated instruments to even see if there is this dispersed oil cloud and that's all.

Laura Parker:      And what?

Janet Baran:        That's all.

Laura Parker:        Oh, and what about the sediment on the sea?  Because I'm sure you're very well familiar with what Mandy Joye is finding at the University of Georgia, and I think she had something in her blog about it earlier in the month.

Janet Baran:        That is correct.  So Dr. Samuel Walker, who is also part of the subsurface monitoring team, he got in contact with Dr. Joye, and she has shared her locations, and we will be going and revisiting those.  We want to ensure that we're not just taking observations and doing – we want to make sure we're doing a full analysis.  And so this is part of why we are going and looking at where she has sampled.

Laura Parker:        So in both of those instances of the plume and the oil on the floor, on the sea floor, you're taking that – these other analyses into account and looking at them, but you guys have not – you're not at the stage where you've reached any conclusion on either of them.  Is that what you're saying?

Janet Baran:        I wouldn't say that exactly.  The sediment sampling we've only just initiated, so we have not gone to those sites yet.  And the water sampling we have always been in (agreeance) with our academic partners that there was this layer in the water column.  It still exists, however it is at much lower concentrations and continues to degrade over time.

David Valentine:  This is Dave Valentine.  I think I can follow up a little bit, having been involved in many of these discussions.  With regard to the sediments, that's really one of the primary targets of this upcoming cruise, and we have two tools that we are using to address this issue of whether or not there's oil that has fallen into the sediments and is sitting there.  We're doing extensive coring operations with a sort of corer that preserves that interface very, very well.

Onboard, we have the (mastectrometers) that we need to quantify the amount of oil that may be there on the sediment surface.  We also have a towed camera system that we'll be deploying.  We can tow it along the sea floor.  It resides about nine to 15 feet above the sea floor and is dragged by the boat.  That takes pictures of the sea floor, about 2,000 images for every five-hour deployment.

And with that, we are hoping to look for the distribution of oil, if there is oil on the sea floor, to help us understand exactly what the patterns of deposition of this oil may be, if it's there, and we'll follow up, then, with the coring to quantify how much is there in those areas.

Janet Baran:        And also fingerprint – that's the key here, too, is that we want to ensure chemically, if we do find oil, we need to check that it is MC252.  There are plenty of natural seeps in the Gulf of Mexico, which can cause oil to be found within sediment.

Laura Parker:        Right.  When is the Pisces coming back?

Janet Baran:        The Pisces will be out until October 4.

Laura Parker:        But you send this – you can send – you're sending data in every day, is that correct?

Janet Baran:        That is correct.  We have a secure FTP site, and they're – they will be uploading all of their analysis.  There – some of the – there will be additional work done on samples in labs that take longer than what can be done here.

Laura Parker:        And do you have a target date for when you'll release your findings from this particular trip?

Janet Baran:        Not at this time.  We will continue to update – as we get results.  Science, unfortunately, takes more time than we care to admit, and we want to make sure that we fully investigate this and have strong conclusions.

Laura Parker:        And are you – in addition to – as things break down, are you looking at all of the things that are in the – in the – you know as they – the breakdown products that result from the breaking down of the oil?  I'm wording that badly.

David Valentine:  I guess I can take that to a certain – this is Dave Valentine.  I can't ...

Laura Parker:        There's – do you need me to reword it?  Because I've worded it badly, but I think you might get my point.

David Valentine:  Yes, I do, and the compounds that are being analyzed for are the standard toxic compounds that are known in oil.  And these include the polycyclic aromatic hydrocarbons as well as other hydrocarbon components within oil.

The issue of breakdown products is a very tricky one, and it moves into the academic realm, which I'm always happy to talk about, because I'm a geochemist, and that's what I do for a living.  But it's – you know it's really insider talk, insider speak.  A lot of it – and the bottom line is that – so the kinds of breakdown products that we're talking about tend to be fairly low on concentration.  These are intermediates or terminal products.  And they're not – they're very difficult things to analyze, and they tend to be at very low concentration.

Personally, we are trying to look for those at very trace levels.  That's one of the things that my research entails.  But it's not, to my knowledge, part of the standard plan, because these compounds tend to be very, very low in concentration.


Russell Tippets:    OK, can we get the next caller, please, to ensure everybody gets a question answered timely?

Operator:          OK, and your next question comes from the line of (Laurie Wiegler).

(Laurie Wiegler):  (Laurie Wiegler), thank you.

Hi, thank you very much for taking my call.  If more oil is found, and we know that it will be, I'm curious what the next step is for NOAA.  Is bioremediation a possibility?  Do you just let it continue to disperse?  What's your game plan?

Paul Zukunft:      Actually, in terms of the response, that's – this is Admiral Zukunft, the federal on-scene coordinator.  You know just bear in mind, right now what we've been detecting in that water column is parts per million and parts per billion.  And actually, we had – we're seeing more and more in the parts per billion, which lends itself to the fact that there is some natural biodegradation taking place in the Gulf of Mexico, which is actually quite common in a body of water that has a significant amount of natural seeps and hydrocarbons occurring naturally, plus the fact that this well is located in relative proximity to the outflow of the Mississippi River, which is also rich in nutrients.

So, again, the key part of this study that's ongoing is to detect any significant amounts, beyond what we've seen so far, but we need to expand the scope of that monitoring effort.  The preponderance of the sampling data right now has been in the water column.  This next phase is very focused upon what's in that sediment layer as well.

And then, depending on what we find from those – you know from the sampling and analytic data – at that point, we can then consider if in fact there is an appropriate response protocol to address that.  But right now, that's not one that I would make unilaterally.  We have a regional response team that would actually share that data, and then they would ultimately provide me recommendations whether to use such intervention methods such as bioremediation.

(Laurie Wiegler):  Thank you.  May I just ask one more follow-up to that?  Is Admiral Thad Allen no longer involved in this?  And, would that change if you decided to have another effort there to, say with the bioremediation or for cleaning up any excess oil that's found?

Paul Zukunft:      Yes, Admiral Allen and I did a press conference yesterday where he announced that he will be retiring a week from today.  I will continue in my role as federal on-scene coordinator, as I have for some time now.  And the regional response team does provide these recommendations to the federal on-scene coordinator.

And at the same time, I also have direct access to all the interagency administrators and will assume that capacity from Admiral Allen as he goes into retirement, which certainly falls within my purview as the federal on-scene coordinator.

(Laurie Wiegler):  OK, thank you, and I apologize for that.  I was not on the call yesterday.  Thank you.

Paul Zukunft:      OK, you're quite welcome.  Actually, you know this was a local press conference.

(Laurie Wiegler):    OK.

Paul Zukunft:    So, no, you did not miss that.

(Laurie Wiegler):    All right.

Paull Zukunft:    But I am the one they call Admiral Z.

(Laurie Wiegler):    OK, yes, I know who you are.  Thank you.

Paul Zukunft:    OK, thank you.

**Home**

**Task Force**
About Task Force
Joint Info Center
Education Resources
Federal Partners
Recovery Plan
Investigation
Response
State and Local

**Assistance**
File a Claim
Other Assistance
Small Business

**Health & Safety**
Boating
Drinking Water
Health Matters
Mental Health
Seafood Safety
Workers and Volunteers

**Fish & Wildlife**
Birds
Fish
Turtles
Other Wildlife
Fish & Wildlife Reports

**Environment**
Air
Beaches
Coral
Waste
Water

**News**
Press Releases
Response Updates
Transcripts & Docs
Events
Features
FOIA Library
Maps & Data
Multimedia

Follow us:    

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins

# Exhibit L

*An Official Website of the United States Government*

Follow us:  |  Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Remarks by the President on oil spill

## Remarks by the President on oil spill

May 2, 2010 | 2:23:00 PM EDT
3:25 P.M. CDT

0
tweets

tweet

THE PRESIDENT: Good afternoon, everybody. First let me say a few words about the incident in New York City. I want to commend the work of the NYPD, the New York Fire Department, and the FBI, which responded swiftly and aggressively to a dangerous situation. And I also want to commend the vigilant citizens who noticed this suspicious activity and reported it to the authorities.

I just got off the phone on the way down here with Mayor Bloomberg to make sure that state and federal officials are coordinating effectively. Since last night my national security team has been taking every step necessary to ensure that our state and local partners have the full support and cooperation of the federal government. Were going to do whats necessary to protect the American people, to determine who is behind this potentially deadly act, and to see that justice is done. And Im going to continue to monitor the situation closely and do what it takes at home and abroad to safeguard the security of the American people.

Now, we just finished a meeting with Admiral Thad Allen, our National Incident Commander for this spill, as well as Coast Guard personnel who are leading the response to this crisis. And they gave me an update on our efforts to stop the BP oil spill and mitigate the damage.

By the way, I just want to point out, I was told there was drizzling out here -- (laughter) -- is this Louisiana drizzle right here? (Laughter.)

They gave me a sense of how this spill is moving. It is now about nine miles off the coast of southeastern Louisiana. And by the way, we had the Governor of Louisiana, Bobby Jindal, as well as parish presidents who were taking part in this meeting, because we want to emphasize the importance of coordinating between local, state, and federal officials throughout this process.

Now, I think the American people are now aware, certainly the folks down in the Gulf are aware, that were dealing with a massive and potentially unprecedented environmental disaster. The oil that is still leaking from the well could seriously damage the economy and the environment of our Gulf states and it could extend for a long time. It could jeopardize the livelihoods of thousands of Americans who call this place home.

And thats why the federal government has launched and coordinated an all-hands-on-deck, relentless response to this crisis from day one. After the explosion on the drilling rig, it began with an aggressive search-and-rescue effort to evacuate 115 people, including three badly injured. And my thoughts and prayers go out to the family of the 11 workers who have not yet -- who have not been found.

When the drill unit sank on Thursday, we immediately and intensely investigated by remotely operated vehicles the entire 5,000 feet of pipe thats on the floor of the ocean. In that process, three leaks were identified, the most recent coming just last Wednesday evening. As Admiral Allen and Secretary Napolitano have made clear, weve made preparations from day one to stage equipment for a worse-case scenario. We immediately set up command center operations here in the Gulf and coordinated with all state and local governments. And the third breach was discovered on Wednesday.

We already had by that time in position more than 70 vessels and hundreds of thousands of feet of boom. And I dispatched the Secretaries of the Interior and Homeland Security; the Administrator of the EPA, Lisa Jackson, who is here; my Assistant for Energy and Climate Change Policy; and the Administrator of NOAA to the Gulf Coast to ensure that we are doing whatever is required to respond to this event.

So I want to emphasize, from day one we have prepared and planned for the worst, even as we hoped for the best. And while we have prepared and reacted aggressively, Im not going to rest -- and none of the gentlemen and women who are here are going to rest -- or be satisfied until the leak is stopped at the source, the oil on the Gulf is contained and cleaned up, and the people of this region are able to go back to their lives and their livelihoods.

Currently, the most advanced technology available is being used to try and stop a leak that is more than 5,000 feet under the surface. Because this leak is unique and unprecedented, it could take many days to stop. Thats why were also using every resource available to stop the oil from coming ashore and mitigating the damage it could cause. And much of the discussion here at the center was focused on if we, and when we have to deal with these mitigation efforts.

Thus far, as you can tell, the weather has not been as cooperative as wed like on this front. But were going to continue to push forward.

I also want to stress that we are working closely with the Gulf states and local communities to help every American affected by this crisis. Let me be clear: BP is responsible for this leak; BP will be paying the bill. But as President of the United States, Im going to spare no effort to respond to this crisis for as long as it continues. And we will spare no resource to clean up whatever damage is caused. And while there will be time to fully investigate what happened on that rig and hold responsible parties accountable, our focus now is on a fully coordinated, relentless response effort to stop the leak and prevent more damage to the Gulf.

I want to thank the thousands of Americans whove been working around the clock to stop this crisis -- whether its the brave men and women of our military, or the local officials who call the Gulf home. They are doing everything in their power to mitigate this disaster, prevent damage to our environment, and help our fellow citizens.

During this visit, I am hoping to have the opportunity to speak with some of the individuals who are directly affected by the disaster. Ive heard already that people are, understandably, frustrated and frightened, especially because the people of this region have been through worse disasters than anybody should have to bear.

But every American affected by this spill should know this: Your government will do whatever it takes, for as long as it takes, to stop this crisis.

This is one of the richest and most beautiful ecosystems on the planet, and for centuries its residents have enjoyed and made a living off the fish that swim in these waters and the wildlife that inhabit these shores. This is also the heartbeat of the regions economic life. And were going to do everything in our power to protect our natural resources, compensate those who have been harmed, rebuild what has been damaged, and help this region persevere like it has done so many times before.

Thats a commitment Im making as President of the United States, and I know that everybody who works for the federal government feels the exact same way.

Thank you very much, everybody. (Applause.)

END 3:33 P.M. CDT

| Home | Task Force | Assistance | Health & Safety | Fish & Wildlife | Environment | News |
|------|-----------|------------|-----------------|-----------------|-------------|------|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | |
| | | | Health Matters | Turtles | Coral | |

Education Resources
Federal Partners
Recovery Plan
Investigation
Response
State and Local

Small Business

Mental Health
Seafood Safety
Workers and Volunteers

Other Wildlife
Fish & Wildlife
Reports

Waste
Water

Response
Updates
Transcripts & Docs
Events
Features
FOIA Library
Maps & Data
Multimedia

Cambodian | Croatian |
Español | Français | Korean |
Kreyòl ayisyen | Lao | Russian |
Thai | Vietnamese

Follow us:   

Site Map | Site Notices & Plug-Ins

# Exhibit M



CENTER *for* BIOLOGICAL DIVERSITY

*Because life is good.*

For Immediate Release, June 18, 2010



E-mail this page
More press releases

Contact: Kierán Suckling, (520) 275-5960

### Lawsuit Seeks $19 Billion in Clean Water Act Penalties From BP

NEW ORLEANS— In the largest citizen enforcement action ever taken under the Clean Water Act, the Center for Biological Diversity sued BP and Transocean Ltd. on Friday for illegally spewing more than 100 million gallons of oil and other toxic pollutants into the Gulf of Mexico. The suit was filed in federal court in New Orleans.

The Center is seeking the maximum possible penalty against BP. If BP's violations are found to have been the result of gross negligence or willful misconduct, the maximum fine is $4,300 per barrel spilled. At this rate, the company is already liable for approximately $11 billion in Clean Water Act penalties. If the spill continues through August 1, 2010, BP's liability will be approximately $19 billion.

The penalties will be paid to the U.S. treasury and will be available for Gulf Coast restoration efforts.

"The government has yet to take any criminal or civil actions against BP," said Kierán Suckling, executive director of the Center for Biological Diversity. "We filed this suit to ensure BP is held accountable for every drop of oil and pollution it has released into the Gulf of Mexico. We can't bring back dead sea turtles, dolphins and whales, but we can ensure BP is penalized to the full extent of the law for causing the worst environmental disaster in American history."

The Center's lawsuit also seeks a full and honest accounting from BP of how much oil is gushing into the Gulf each day and what toxic pollutants are mixed in with the oil. In addition to the oil, the spill is also leaking hazardous chemicals including benzene, arsenic and naphthalene.

"Gulf residents, cleanup crews, wildlife officials and the American public have a right to know the magnitude and danger of this spill," said Suckling. "The company hasn't been forthright even in the face of public outrage. A judge's order will change all that. Until then, we're flying blind when it comes to protecting human health and the environment."

The Center is represented by Charlie Tebbutt of Eugene, Oregon, Marc Fink, a staff attorney with the Center, and Damon Kirin of Metairie, Louisiana.

Arizona · California · Nevada · New Mexico · New York · Alaska · Oregon · Illinois · Minnesota · Vermont · Washington, DC

P.O. Box 710 · Tucson, AZ 85702-0710   *tel:* (520) 623.5252   *fax:* (520) 623.9797   *www.BiologicalDiversity.org*

Go back

# Exhibit N

*An Official Website of the United States Government*

Follow us: 🐦 📘 📶 ✉️         | Join Mailing List | About Us | Contact Us | Site Map

Search

Home › Statement from Admiral Allen on the Successful Completion of the Relief Well

## Statement from Admiral Allen on the Successful Completion of the Relief Well

September 19, 2010 | 10:37:00 AM EDT

**0**
tweets

tweet

Statement from Admiral Allen on the Successful Completion of the Relief Well

"After months of extensive operations planning and execution under the direction and authority of the U.S. government science and engineering teams, BP has successfully completed the relief well by intersecting and cementing the well nearly 18,000 feet below the surface.  With this development, which has been confirmed by the Department of the Interiors Bureau of Ocean Energy Management, we can finally announce that the Macondo 252 well is effectively dead.   Additional regulatory steps will be undertaken but we can now state, definitively, that the Macondo well poses no continuing threat to the Gulf of Mexico.  From the beginning, this response has been driven by the best science and engineering available.  We insisted that BP develop robust redundancy measures to ensure that each step was part of a deliberate plan, driven by science, minimizing risk to ensure we did not inflict additional harm in our efforts to kill the well.  I commended the response personnel, both from the government and private sectors, for seeing this vital procedure through to the end.  And although the well is now dead, we remain committed to continue aggressive efforts to clean up any additional oil we may see going forward."

Additional Background:

The cement pressure test on the DDIII relief well was completed at 5:54 a.m. CDT.

The Bureau of Ocean Energy Management, Regulation, and Enforcement has confirmed that the cementing operation on the Macondo well was successful, that the well has been permanently sealed with cement plugs, and that pressure tests verify the integrity of the plugs.

Oversight of the well now transitions from the National Incident Command to the Bureau of Ocean Energy Management, Regulation and Enforcement under the process laid out in the National Response Framework.

The Department of the Interior and the Bureau of Ocean Energy Management, Regulation, and Enforcement will oversee the continuing decommissioning of the Macondo well and its associated relief wells.

| **Home** | **Task Force** | **Assistance** | **Health & Safety** | **Fish & Wildlife** | **Environment** | **News** |
|---|---|---|---|---|---|---|
| | About Task Force | File a Claim | Boating | Birds | Air | Press Releases |
| | Joint Info Center | Other Assistance | Drinking Water | Fish | Beaches | Response Updates |
| | Education Resources | Small Business | Health Matters | Turtles | Coral | Transcripts & Docs |
| | Federal Partners | | Mental Health | Other Wildlife | Waste | Events |
| | Recovery Plan | | Seafood Safety | Fish & Wildlife Reports | Water | Features |
| | Investigation | | Workers and Volunteers | | | FOIA Library |
| | Response | | | | | Maps & Data |
| | State and Local | | | | | Multimedia |

Follow us: 🐦 📘 📶 ✉️

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins

# Exhibit O

*An Official Website of the United States Government*

Follow us: [Twitter] [Facebook] [RSS] [Email]    Join Mailing List | About Us | Contact Us | Site Map

Search

Home › The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

## The Ongoing Administration-Wide Response to the Deepwater BP Oil Spill

July 30, 2010 | 2:03:00 PM EDT

0 tweets

tweet

**Prepared by the Joint Information Center**

**UPDATED July 30, 2010 7 PM**

*** For a full timeline of the Administration-wide response, visit the White House Blog.**

### PAST 24 HOURS

### Admiral Allen Provides an Update on the BP Oil Spill Response

National Incident Commander Admiral Thad Allen provided a briefing to inform the American public and answer questions on the administration-wide response to the BP oil spill. He was joined by Major General Garry Dean from Tyndall Air Force base. A full transcript is available.

Major General Dean gave an overview of the Air Force's role in the response—managing the air space in the vicinity of the well and along the Gulf coastline and facilitating the collection of aerial surveillance data and communicating that information to response crews on the water and on the shoreline.

Admiral Allen reiterated the administration's commitment to long-term recovery in the Gulf. "We are on scene. We are fully staffed and ready to go. Let me restate to the American public and the people of the Gulf coast: we are here to see this thing through to the finish," he said. Our forces are ready to deploy. We are going to make sure this well is killed, make sure the oil on the surface is responded to, and make sure the shores are clean—and how clean is clean is something we will develop with our local leaders and the trustees of all of the resources that are applied as we move forward."

### NOAA: Gulf's Surface Oil Not a Threat to Southern Florida, Keys, and East Coast

Southern Florida, the Florida Keys, and the East Coast are not likely to experience any effects from the remaining oil on the surface of the Gulf as the oil continues to degrade and is hundreds of miles away from the loop current, according to a new NOAA analysis—including aerial and satellite-based observations of surface oil and monitoring of the loop current. This analysis assumes the Deepwater Horizon/BP wellhead will remained capped.

"For southern Florida, the Florida Keys, and the Eastern Seaboard, the coast remains clear," said NOAA Administrator Dr. Jane Lubchenco, Ph.D. "With the flow stopped and the loop current a considerable distance away, the light sheen remaining on the Gulf's surface will continue to biodegrade and disperse, but will not travel far." More information.

### FDA Expresses Confidence in Seafood Testing

The Food and Drug Administration today released a statement expressing confidence in the process for re-opening closed fishing areas. NOAA has closed portions of the Gulf to fishing as a precautionary measure to ensure the safety of seafood from the Gulf of Mexico and protect consumers.

"Through close coordination with our state and federal partners, we are confident all appropriate steps have been taken to ensure that seafood harvested from the waters being opened today is safe and that Gulf seafood lovers everywhere can be confident eating and enjoying the fish and shrimp that will be coming out of this area," the FDA statement said.

### Drilling of the Relief Well Continues

*Development Driller III* is clearing out debris that was found at the bottom of the wellbore and preparing to lay the casing line, a necessary step before beginning the static kill procedure—which involves pumping mud and cement in through the top of the well. *Development Driller II* is conducting maintenance and will hold operations and await results of the DDIII relief well. *Development Driller III* has drilled the first relief well to a depth of 17,864 feet below the Gulf surface and *Development Driller II* has drilled the second relief well—a redundancy measure taken at the direction of the administration—to a depth of 15,963 feet below the surface.

### Seismic and Acoustic Testing Continue to Ensure the Integrity of the Wellhead

In order to ensure the integrity of the wellhead and search for and respond to anomalies, the research vessel *Geco Topaz* is conducting seismic surveys of the seafloor around the wellhead, and the NOAA Ship *Gordon Gunter* is conducting acoustic surveys—part of continued efforts to use the best scientific tools available in response to the BP oil spill. As of this morning, the pressure continues to rise, demonstrating that it has integrity, and is currently at 6,969 pounds per square inch.

### FWS Personnel Continue Wildlife Rescue and Recovery Missions Across the Region

As part of the ongoing effort to protect wildlife and wildlife habitats from the impacts of the BP oil spill, two sea turtle nests with a total of 181 eggs was excavated and relocated from St. Vincent's National Wildlife Refuge.

From the Houma, La., Incident Command Post, 272 field personnel, 82 vessels and 3 helicopters participated in reconnaissance and wildlife rescue and recovery missions. From the Mobile, Ala., Incident Command Post, wildlife recovery teams responded to 41 calls on the Wildlife Hotline. To report oiled wildlife, call (866) 557-1401.

### Shoreline Cleanup Operations Continue Along the Gulf Coast

Cleanup operations to remove oil and oiled debris from shorelines continue on National Parks Service lands and Fish and Wildlife Service refuges along the Gulf Coast. On the Gulf Islands National Seashore, a 22-person crew removed 16,225 pounds of oiled debris from Horn Island; a 30-person crew removed 8,000 pounds from Petit Bois Island; a 26-person crew removed 1,025 pounds from Ship Island; and a 30-person crew removed 2,050 pounds from Cat Island.

### Approved SBA Economic Injury Assistance Loans Surpass $17.5 Million

SBA has approved 208 economic injury assistance loans to date, totaling more than $17.5 million for small businesses in the Gulf Coast impacted by the BP oil spill. Additionally, the agency has granted deferments on 707 existing SBA disaster loans in the region, totaling more than $3.7 million per month in payments. For information on assistance loans for affected businesses, visit the SBA's Web site at www.sba.gov/services/disasterassistance, call (800) 659-2955 (800-877-8339 for the hearing impaired), or email disastercustomerservice@sba.gov.

### Administration Continues to Oversee BP's Claims Process

The administration will continue to hold the responsible parties accountable for repairing the damage, and repaying Americans who've suffered a financial loss as a result of the BP oil spill. To date, 135,217 claims have been opened, from which more than $261 million has been disbursed. No claims have been denied to date. There are 1,264 claims adjusters

on the ground. To file a claim, visit www.bp.com/claims or call BP's helpline at 1-800-440-0858. Those who have already pursued the BP claims process and are not satisfied with BP's resolution can call the Coast Guard at (800) 280-7118. Additional information about the BP claims process and all available avenues of assistance can be found at www.disasterassistance.gov

**By the Numbers to Date:**

- The administration has authorized the deployment of 17,500 National Guard troops from Gulf Coast states to respond to this crisis; currently, 1,735 are active.
- More than 32,600 personnel are currently responding to protect the shoreline and wildlife and cleanup vital coastlines.
- More than 4,400 vessels are currently responding on site, including skimmers, tugs, barges, and recovery vessels to assist in containment and cleanup efforts—in addition to dozens of aircraft, remotely operated vehicles, and multiple mobile offshore drilling units.
- Approximately 3.45* million feet of containment boom and 7.9 million feet of sorbent boom have been deployed to contain the spill—and approximately 976,000 feet of containment boom and 3.27 million feet of sorbent boom are available.
- More than 34.7 million gallons of an oil-water mix have been recovered.
- Approximately 1.84 million gallons of total dispersant have been applied—1.07 million on the surface and 771,000 sub-sea. Approximately 577,000 gallons are available.
- 411 controlled burns have been conducted, efficiently removing a total of more than 11.14 million gallons of oil from the open water in an effort to protect shoreline and wildlife. Because calculations on the volume of oil burned can take more than 48 hours, the reported total volume may not reflect the most recent controlled burns.
- 17 staging areas are in place to protect sensitive shorelines.
- Approximately 621 miles of Gulf Coast shoreline is currently oiled—approximately 356 miles in Louisiana, 106 miles in Mississippi, 66 miles in Alabama, and 93 miles in Florida. These numbers reflect a daily snapshot of shoreline currently experiencing impacts from oil so that planning and field operations can more quickly respond to new impacts; they do not include cumulative impacts to date, or shoreline that has already been cleared.
- Approximately 57,539 square miles of Gulf of Mexico federal waters remain closed to fishing in order to balance economic and public health concerns. Approximately 76 percent remains open. Details can be found at http://sero.nmfs.noaa.gov/.
- To date, the administration has leveraged assets and skills from numerous foreign countries and international organizations as part of this historic, all-hands-on-deck response, including Argentina, Belgium, Canada, China, Estonia, France, Germany, Greece, Ireland, Japan, Kenya, Mexico, Netherlands, Norway, Qatar, Russia, Spain, Sweden, Taiwan, Tunisia, United Arab Emirates, United Kingdom, the United Nations' International Maritime Organization, the European Union's Monitoring and Information Centre, and the European Maritime Safety Agency.

*The decrease in boom numbers since yesterday is due to the recovery of some displaced boom in Florida. Once recovered, this boom must be decontaminated, repaired, inspected, and certified before being staged or redeployed.*

**Home**

**Task Force**
About Task Force
Joint Info Center
Education Resources
Federal Partners
Recovery Plan
Investigation
Response
State and Local

**Assistance**
File a Claim
Other Assistance
Small Business

**Health & Safety**
Boating
Drinking Water
Health Matters
Mental Health
Seafood Safety
Workers and Volunteers

**Fish & Wildlife**
Birds
Fish
Turtles
Other Wildlife
Fish & Wildlife Reports

**Environment**
Air
Beaches
Coral
Waste
Water

**News**
Press Releases
Response Updates
Transcripts & Docs
Events
Features
FOIA Library
Maps & Data
Multimedia

Follow us:

Cambodian | Croatian | Español | Français | Korean | Kreyòl ayisyen | Lao | Russian | Thai | Vietnamese

Site Map | Site Notices & Plug-Ins