IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


In Re:  Oil Spill by the Oil Rig                       MDL No.: 2179
"Deepwater Horizon" in the                         Section J
Gulf of Mexico, on April 20, 2010


This Document Relates To: Civil Action No. 11-0242          Judge Barbier
                                              Section J/1          Magistrate Judge Shushan

---

## CONSENT & JOINDER AS PLAINTIFF

---

I, George Barton, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action.  I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this  21  day of February, 2011.


_____
GEORGE BARTON


Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*