IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

   Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

   Defendant

Civil Action No.: 11-0241
Section: J/1

## CONSENT & JOINDER AS PLAINTIFF

### NYWANNA COLLINS

  I, NYWANNA COLLINS, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or BP Corporation North America, Inc, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

  Signed this 16th day of February, 2011.

           _____
           NYWANNA COLLINS

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*