IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,   Civil Action No.: 11-0242
                                            Section: J/1
    Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

    Defendant

---

**CONSENT & JOINDER AS PLAINTIFF**

---

**MICHAEL MARTIN**

    I, MICHAEL MARTIN, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

    Signed this 14th day of February, 2011.

                                            MICHAEL MARTIN

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*