IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,

       Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

       Defendant

Civil Action No.: 11-0242
Section: J/1

---

### CONSENT & JOINDER AS PLAINTIFF

---

### THOMAS WILLIAM MCCLOSKEY

    I, Thomas William McCloskey, hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of breach of contract by Defendant Worley Catastrophe Response, LLC, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

    Signed this 16 day of February, 2011.

                                             THOMAS WILLIAM MCCLOSKEY

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*