IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOHN J. ALTIER,
Individually and on behalf of all others
Similarly situated and identified below,   Civil Action No.: 11-0241
                                            Section: J/1
        Plaintiff

v.

WORLEY CATASTROPHE RESPONSE, LLC

        Defendant

## CONSENT & JOINDER AS PLAINTIFF

### MARVIN UECKER, JR.

I, Marvin Uecker, Jr., hereby consent to being named as a party Plaintiff to this Action and consent and agree to pursue my claims arising out of unpaid overtime as an employee of Defendants Worley Catastrophe Response, LLC and/or BP Corporation North America, Inc, in connection with this Action. I also consent and agree, if such is necessary, to file this claim on behalf of all others similarly situated.

Signed this 23 day of February, 2011.

                                      _/s/ Marvin R. Uecker, Jr._
                                      MARVIN UECKER, JR.

Prepared By:

/s/ J. P. Hughes, Jr.
Hughes Brown, PLLC
1300 Access Road, Suite 100
Oxford, Mississippi 38655
Telephone: (662) 234-6080
Facsimile: (662) 234-6042
*Attorney for Plaintiffs*