UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010     SECTION J

**Applies to:** *All Cases*     JUDGE BARBIER
    MAGISTRATE JUDGE SHUSHAN

## ORDER

[Working Group[1] Conference on Friday, February 25, 2011]

**I.**     **Deadline for Production of Custodial Files.**

Effective March 14, 2011, PTO No. 17 (Rec. doc. 14), part M.4 (Certificate of Completeness – Custodial File Production) is modified as follows:

At <u>least</u> ten (10) calendar days prior to the deposition of any person currently or formerly employed by any of the defendants, said defendant shall provide Plaintiffs' Liaison Counsel with a written certification that it has completed production of documents from that witness's custodial files which are responsive to requests for production of documents and relevant to this litigation and said documents shall be produced to all Liaison Counsel and Coordinating Counsel within the same deadline.

**II.**     **UK Depositions.**

In the absence of agreement to the contrary by Liaison Counsel and Coordinating Counsel, the UK depositions shall be taken during the period from June 6 through June 30, 2011. It is anticipated that the following individuals will be deposed in the UK during that period:

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

| No.[2] | Name | Employer | Track[3] |
|---|---|---|---|
| 12. | Flynn, Steve | BP | Event |
| 16. | Hayward, Tony | BP | Response |
| 17. | Inglis, Andy | BP(E&P) | Response |
| 32. | Thierens, Henry "Harry" | BP | Event |
| 34. | Tooms, Paul | BP | Event |
| 37. | Wall, David | BP | Investigation |
| 95. | Cowie, Jim | BP | Investigation |
| 96. | Cowlam, Gill | BP | Investigation |
| 40. | Wong, Norman | BPplc | Investigation |

**Before the March 4, 2011 conference,** BP shall determine whether any of these deponents will require compliance with the Hague Convention.

**III.** **Fifth Amendment.**

The Plaintiffs Steering Committee (Paul Sterbcow) shall contact the individual counsel for the following deponents, provide them with dates in mid-May and confirm their depositions.

| 15. | Hafle, Mark | BP |
|---|---|---|
| 18. | Kaluza, Robert | BP |
| 22. | Morel, Brian | BP |
| 36. | Vidrine, Donald | BP |

---

[2] The number refers to the number of the deponent on the Master List of Potential Deponents ("Master List") which was prepared by Don Godwin and distributed by Alan York on February 17, 2011.

[3] Track refers to the tracks on Kerry Miller's Proposed Deposition Track Chart - Revised February 17, 2011: ((1) event; (2) plaintiff personal injury; (3) Fifth Amendment; (4) Bly investigation; (5) custodian/ESI archives; and (6) response).

Transocean reports that Jimmy Harrell's[4] individual counsel, Pat Fanning, indicates that Harrell may invoke the Fifth Amendment.  By **Friday, March 4, 2011**, Transocean shall communicate with counsel for Harrell and confirm whether he will invoke the Fifth Amendment.  If Harrell will invoke the Fifth Amendment, his deposition will be set in mid-May with the other Fifth Amendment deponents.

IV.  **Bly Investigation.**

**At the March 4, 2011 conference,** Liaison Counsel for the defendants shall report on the availability of the following for depositions:

| No. | Name | Employer | Requesting Party |
| --- | --- | --- | --- |
| 2. | Wright, John | Boots & Coots | PSC request |
| 3. | Abbassion, Fereidian | BP | PSC request |
| 10. | Defranco, Samuel | BP | APC/MOEX request |
| 42. | Brown, David | CSI Technologies | PSC request |
| 100. | McCarroll, John | BP | Transocean request |
| 108. | Sabins, Fred | CSI Technologies | Halliburton request |

V.  **Plaintiff Personal Injury**.

The scheduling of the deponents on this track shall be deferred until after April 20, 2011.

VI.  **Custodial/ESI Archives**.

If a Rule 30(b)(6) notice seeks custodial information or information on ESI archives, the parties shall endeavor to schedule the deposition of the corporate representative to testify on such

---

[4] Jimmy Wayne Harrell is no 58 on the Master List.  He is a Transocean employee who was on the rig.  His depositions was requested by plaintiffs and defendants.

3

matters for the open dates in March, 2011.

### VII. Plaintiffs' Cap and Contain Deponents.

**Prior to the conference on Friday, March 4, 2011**, the Plaintiffs' Liaison Counsel and counsel for BP shall meet and confer on the identification of these deponents.

### VIII. U.S. Deponents Requested by BP.

**Prior to the conference on Friday, March 4, 2011**, counsel for BP and Coordinating Counsel for the United States shall meet and confer on the list of deponents on the response track which were designated by BP and no other party.[5] At the conference the counsel shall report on the status of these depositions and any issues which must be resolved by the Court.

### IX. Subpoenas.

Individual counsel for at least three deponents (Master List no. 57 Andrea Fleytas-Transocean; no. 117 Christopher Haire-Halliburton; and no. 125 Cathleenia Willis-Halliburton) have reported that the deponents will not appear for their depositions. As promptly as possible the requesting parties shall serve these deponents with subpoenas for depositions.[6]

### X. Insurance Policies.

For those defendants who produced their insuring and indemnity agreements, counsel shall notify Liaison Counsel and Coordinating Counsel of the Bates Numbers for these agreements. By **Friday, March 4, 2011**, these defendants shall provide the identity of the counsel who represent the primary insurer and each layer of excess insurance. The dispersant defendants shall have until

---

[5] See nos. 133, 134 and 172-191 from the Master List.

[6] The requesting parties for Fleytas are PSC, USA, Alabama, APC/MOEX and BP. The requesting parties for Haire are BP and Transocean. The requesting parties for Willis are PB, APC/MOEX and Transocean.

**Friday, March 18, 2011**, to provide this information.

XI. <u>**Event Track**</u>.

By **Friday, March 4, 2011**, the employer or former employer for the following deponents from the event track shall provide dates for their depositions:

| | | |
|---|---|---|
| 4. | Bellow, Jonathan | BP |
| 11. | Dupree, James | BP |
| 14. | Guide, John Alex | BP |
| 20. | Lynch, Richard | BP |
| 21. | Mogford, John | BP |
| 23. | O'Bryan, Patrick | BP |
| 24. | Rainey, David | BP |
| 25. | Rich, David | BP |
| 28. | Skelton, Cindy | BP |
| 31. | Suttles, Doug | BP |
| 39. | Wells, Kent | BP |
| 55. | Lacy, Kevin | Former BP (Talisman En) |
| 102. | Sepulvado, Murray | BP |

New Orleans, Louisiana, this 1st day of March, 2011.

                                            **SALLY SHUSHAN**
                                            **United States Magistrate Judge**