UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

## ORDER

[Date Ranges of Searches for Requests for Production of Documents]

Considering the difference of opinion between the PSC and BP concerning the date ranges of searches for requests for production of documents; and considering the statements of counsel at the conference held on February 18, 2011; the undersigned sets the beginning and end dates for the following Requests for Production of Documents ("RPD") as follows:

|     | No. | Beginning | End |
| --- | --- | --------- | --- |
| RPD | 29  | 1/1/1997  | 9/19/2010 |
| RPD | 66  | 1/1/2004  | 2/15/2011 and supplement[1] |
| RPD | 83  | 1/1/2008  | 4/20/2010 |
| RPD | 88  | 1/1/2004  | 11/30/2010 |
| RPD | 89  | 1/1/2004  | 11/30/2010 |
| RPD | 90  | 1/1/2010  | 2/15/2011 and supplement |
| RPD | 123 | 1/1/2004  | 4/20/2010 |
| RPD | 124 | 1/1/2004  | 11/30/2010 |
| RPD | 140 | 1/1/2004  | 4/20/2010 |

---

[1] "Supplement" means that the search will be run again on a quarterly schedule through November, 2011.

   RPD 151 1/1/2004 4/20/2010

   RPD 153 1/1/2004 4/20/2010

   RPD 155 1/1/2004 4/20/2010

New Orleans, Louisiana, this 28th day of February, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**