## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| In re:  OIL SPILL by the OIL RIG | | |
| "DEEPWATER HORIZON" in the | * | MDL No. 2179 |
| GULF OF MEXICO, on | | |
| APRIL 20, 2010 | * | SECTION:  J |
| | * | JUDGE BARBIER |
| This document applies to: | * | MAGISTRATE SHUSHAN |
| All cases in Pleading Bundle III.B(3). | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MARINE SPILL RESPONSE CORPORATION'S
## REQUEST FOR ORAL ARGUMENT

Defendant Marine Spill Response Corporation, pursuant to Local Rule 78.1, respectfully requests oral argument on its Motion to Dismiss the B(3) Pleading Bundle Master Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated:          New York, New York
                February 28, 2011

                                        Respectfully submitted,

                                        **BLANK ROME LLP**
                        By:     /s/ Alan M. Weigel_____
                                Alan M. Weigel, Esq.
                                Attorneys for Marine Spill Response Corporation
                                The Chrysler Building
                                405 Lexington Avenue
                                New York, NY 10174
                                Telephone: 212-885-5000
                                Facsimile: 917-332-3836
                                E-mail: aweigel@blankrome.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the above and foregoing Request for Oral Argument has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 28th day of February 2011.

                            /s/ Alan M. Weigel
                            Alan M. Weigel