# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179<br>SECTION: J<br>JUDGE BARBIER |
| This document applies to: All cases. | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## MARINE SPILL RESPONSE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Marine Spill Response Corporation ("MSRC") in the captioned action, certifies that there are no parents, subsidiaries, and/or affiliates of MSRC that have issued shares or debt securities to the public.

Dated:   New York, New York
         March 1, 2011

                              Respectfully submitted,

                              **BLANK ROME LLP**
                    By:       /s/ Alan M. Weigel_____
                              Alan M. Weigel, Esq.
                              Attorneys for Marine Spill Response Corporation
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174
                              Telephone: 212-885-5000
                              Facsimile: 917-332-3836
                              E-mail: aweigel@blankrome.com

1

## CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing Corporate Disclosure has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 1st of March 2011.

                /s/ Alan M. Weigel_____
                Alan M. Weigel

810517.00025/6998755v.1