UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater | * | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | * | |
| April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to: | * | Judge Barbier |
| *Carlisle v. BP p.l.c., et al.* No. 10-4188. | * | Mag. Judge Shushan |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF VOLUNTARY DISMISSAL IN STATE COURT AND REQUEST FOR CORRECTION OF DOCKET

**NOW INTO COURT**, undersigned counsel, who represent Anadarko Petroleum Corporation, Anadarko E&P Company LP and MOEX Offshore 2007 LLC in MDL No. 2179 related Case No. 10-4188 provide this Honorable Court with notice of the Court's August 4, 2010 Order dismissing Mitsui & Co. (U.S.A.), Inc. in the Circuit Court of Mobile, Alabama, *Obie F. Carlisle v. BP p.l.c., et al.,* Case No. CV-2010-000943.00.[1]  Plaintiff's Notice of Voluntary Dismissal of Defendant Mitsui & Co. (U.S.A.), Inc. was filed on July 28, 2010 and the Court's dismissal occurred prior to the case's removal to United States District Court for the Southern District of Alabama in Civil Action No. 10-cv-422, which was subsequently transferred to MDL-2179 as related Case No. 10-4188,[2] is not reflected in this Court's case docket. Wherefore, correction of the docket to reflect the dismissal from this case of Mitsui & Co. (U.S.A.), Inc. is respectfully sought.

---

[1] *See* Plaintiff's Notice of Voluntary Dismissal of Defendant Mitsui & Co. (U.S.A.), Inc. filed in the Circuit Court of Mobile, Alabama, *Obie F. Carlisle v. BP PLC, et al.,* Case No. CV-2010-000943.00 (filed July 28, 2010) (attached hereto as Exhibit "A") and the August 4, 2010 Order granting this dismissal (attached hereto as Exhibit "B").

[2] *See* Conditional Transfer Order (CTO-5) of the United States Judicial Panel filed in 10-cv-4188 on November 12, 2010 (attached hereto as Exhibit "C").

Respectfully submitted,

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

*s/*Deborah D. Kuchler
Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
dkuchler@kuchlerpolk.com
jpolk@kuchlerpolk.com
rguidry@kuchlerpolk.com

and

Ky E. Kirby
David B. Salmons
Michael B. Wigmore
Warren Anthony Fitch
Randall M. Levine
**BINGHAM McCUTCHEN LLP**
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001
ky.kirby@bingham.com
david.salmons@bingham.com
michael.wigmore@bingham.com
tony.fitch@bingham.com
randall.levine@bingham.com

James J. Dragna
**BINGHAM McCUTCHEN LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636
jim.dragna@bingham.com
*Attorneys for*
*Anadarko Petroleum Corporation, Anadarko E&P*
*Company LP and MOEX Offshore 2007 LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 1, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

                                          s/ Deborah D. Kuchler_____