
**STATE OF ALABAMA**
Unified Judicial System
Revised 3/5/08

02-MOBILE

☐ District Court   ☑ Circuit Court

Case: CV2...

ELECTRONICALLY FILED
7/28/2010 2:29 PM
CV-2010-000943.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

**CIVIL MOTION COVER SHEET**

OBIE F CARLISLE VS BP PLC ET AL

Name of Filing Party: C001 - CARLISLE OBIE F

Name, Address, and Telephone No. of Attorney or Party. If Not Represented.
REBECCA PAIGE MERRITT
28 BRIDGESIDE BLVD
MOUNTPLEASANT, SC 29464

Attorney Bar No.: MER029

☐ Oral Arguments Requested

## TYPE OF MOTION

**Motions Requiring Fee**

- ☐ Default Judgment ($50.00)
- ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Judgment on the Pleadings ($50.00)
- ☐ Motion to Dismiss, or in the Alternative Summary Judgment ($50.00)
- ☐ Renewed Dispositive Motion (Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Summary Judgment pursuant to Rule 56 ($50.00)
- ☐ Motion to Intervene ($297.00)
- ☐ Other _____ pursuant to Rule _____ ($50.00)

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

- ☐ Add Party
- ☐ Amend
- ☐ Change of Venue/Transfer
- ☐ Compel
- ☐ Consolidation
- ☐ Continue
- ☐ Deposition
- ☐ Designate a Mediator
- ☐ Judgment as a Matter of Law (during Trial)
- ☐ Disburse Funds
- ☐ Extension of Time
- ☐ In Limine
- ☐ Joinder
- ☐ More Definite Statement
- ☐ Motion to Dismiss pursuant to Rule 12(b)
- ☐ New Trial
- ☐ Objection of Exemptions Claimed
- ☐ Pendente Lite
- ☑ Plaintiff's Motion to Dismiss
- ☐ Preliminary Injunction
- ☐ Protective Order
- ☐ Quash
- ☐ Release from Stay of Execution
- ☐ Sanctions
- ☐ Sever
- ☐ Special Practice in Alabama
- ☐ Stay
- ☐ Strike
- ☐ Supplement to Pending Motion
- ☐ Vacate or Modify
- ☐ Withdraw
- ☐ Other _____ pursuant to Rule _____ (Subject to Filing Fee)

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date: 7/28/2010 2:23:31 PM

Signature of Attorney or Party: /s REBECCA PAIGE MERRITT

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
7/28/2010 2:29 PM
CV-2010-000943.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT FOR
MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **OBIE F. CARLISLE;** | |
| **Plaintiff,** | |
| v. | Civil Action No. CV-10-0943 |
| BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, LP; MOEX OFFSHORE 2007, LLC; MOEX USA CORPORATION; MITSUI & CO. (U.S.A), INC.; TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC; WEATHERFORD U.S., L.P.; DRIL-QUIP, INC.; CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION; JOHN AND JANE DOES A-Z; AND CORPORATIONS A-Z. | NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MITSUI & CO. (U.S.A.), INC. |
| **Defendants.** | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MITSUI & CO. (U.S.A.), INC.**

COMES NOW Plaintiff and files this voluntary notice of dismissal of Defendant MITSUI & CO. (U.S.A.), INC. pursuant to Alabama Rule of Civil Procedure 41(a)(1).  This dismissal is proper without Order of the Court because the Defendant has yet to serve an answer or file a

1

motion for summary judgment. Accordingly, Defendant MITSUI & CO. (U.S.A.), INC. is voluntarily dismissed without prejudice.

                                              Respectfully submitted,

Dated: July 28, 2010.

                                              _s/ Rebecca P. Merritt_____
MOTLEY RICE LLC
Ronald L. Motley (*pro hac vice pending*)
Joseph F. Rice (*pro hac vice pending*)
Kevin R. Dean (*pro hac vice pending*)
Jodi Westbrook Flowers (*pro hac vice pending*)
Rebecca P. Merritt Ala. Bar No. ASB-6721-C58M
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Pho:  (843) 216-9000
Fax:  (843) 216-9450
MER029
rmotley@motleyrice.com
jrice@motleyrice.com
kdean@motleyrice.com
jflowers@motleyrice.com
rmerritt@motleyrice.com

*Attorneys for Plaintiff*