ELECTRONICALLY FILED
8/4/2010 2:15 PM
CV-2010-000943.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| CARLISLE OBIE F,<br>Plaintiffs, | )<br>)<br>) |
| V. | ) Case No.: CV-2010-000943.00 |
| | ) |
| BP PLC,<br>BP AMERICA INC C/O CT<br>CORPORATION SYSTEM,<br>BP PRODUCTS NORTH AMERICA<br>INC C/O CSC-LAWYERS,<br>BP AMERICA PRODUCTION<br>COMPANY C/O CORP SYSTEM ET<br>AL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff's Notice of Voluntary Dismissal of Defendant Mitsui & Co. is GRANTED.  Defendant Mitsui & Co. (U.S.A.), Inc. is Dismissed Without Prejudice.

**DONE this 4th day of August, 2010.**

**/s JOSEPH S. JOHNSTON**
**CIRCUIT JUDGE**