UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG | § | MDL NO. 10-2179 |
| | "DEEPWATER HORIZON" | § | |
| | in the GULF OF MEXICO, | § | MEMBER CASE NO. 10-2116 |
| | on APRIL 20, 2010 | § | |
| | | § | SECTION: "J" |
| This Document Relates To: | | § | |
| | | § | JUDGE BARBIER |
| Al Abadie, et al v. BP, PLC, et al | | § | MAG. JUDGE SHUSHAN |
| Plaintiff and Member No. 10-2116 | | § | |
| | | § | |

## O R D E R

Considering the foregoing Ex Parte Motion for Voluntary Dismissal without prejudice of Plaintiff David Harbiston,

**IT IS ORDERED** that the Motion is hereby **GRANTED** and that Plaintiff David Harbiston is voluntarily dismissed without prejudice in the above captioned matter.

New Orleans, Louisiana, this _____ day of March, 2011.

_____

United States District Judge