UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG § | MDL NO. 10-2179 |
| | "DEEPWATER HORIZON" § | |
| | in the GULF OF MEXICO, § | MEMBER CASE NO. 10-2116 |
| | on APRIL 20, 2010 § | |
| | § | SECTION: "J" |
| This Document Relates To: | § | |
| | § | JUDGE BARBIER |
| Al Abadie, et al v. BP, PLC, et al | § | MAG. JUDGE SHUSHAN |
| Plaintiff and Member No. 10-2116 | § | |
| | § | |

**EX PARTE MOTION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF PLAINTIFF TRUK HUYNH**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Truk Huynh, through undersigned counsel, voluntarily dismiss without prejudice their claims asserted in Cause No. 10-2116 against all defendants named in the complaint that was filed on, or about, July 29, 2010.  This notice of dismissal only pertains to the claims asserted by Truk Huynh, and does not relate to any claims raised by other Plaintiffs in Cause No. 10-2116.  No defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all defendants is not required.  Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

BY:    /s/ Edward T. Hayes
Edward T. Hayes, T.A. (#25700)
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: ehayes@leakeandersson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2011, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all

counsel of record.


        /s/ Edward T. Hayes