UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG | § | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | MEMBER CASE NO. 10-2116 |
| on APRIL 20, 2010 | § | |
| | § | SECTION: "J" |
| This Document Relates To: | § | |
| | § | JUDGE BARBIER |
| Al Abadie, et al v. BP, PLC, et al | § | MAG. JUDGE SHUSHAN |
| Plaintiff and Member No. 10-2116 | § | |
| | § | |

**O R D E R**

Considering the foregoing Ex Parte Motion for Voluntary Dismissal without prejudice of

Plaintiff Marie Murray,

**IT IS ORDERED** that the Motion is hereby **GRANTED** and that Plaintiff Marie Murray

is voluntarily dismissed without prejudice in the above captioned matter.

New Orleans, Louisiana, this _____ day of March, 2011.


_____
United States District Judge