UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Marital Privilege Asserted by Brian Morel]**

The PSC has brought to the Court's attention the invocation of the marital communications privilege as to documents produced from the custodial file of a BP employee, Brian Morel.

The documents at issue[1] shall be produced to the undersigned by the PSC for in camera review. **By Wednesday, March 9, 2011**, counsel for Mr. Morel[2] is to submit to the undersigned a memorandum outlining the reasons asserted for the privilege and non-waiver thereof. **By Monday, March 14, 2011**, the PSC is to submit to the undersigned a memorandum supporting its position that the marital communications privilege does not apply and/or has been waived. Thereafter, the undersigned will take the matter under submission and rule.

New Orleans, Louisiana, this 2nd day of March, 2011.

SALLY SHUSHAN
United States Magistrate Judge

**Clerk to serve:**
William W. Taylor, III *via email wtaylor@zuckerman.com*
Zuckerman Spaeder, LLP

---

[1] 1) BP-HZN-2179MDL00242109-110; 2) BP-HZN-2179MDL00242105-106; and 3) BP-HZN-2179MDL00081572-73.

[2] William W. Taylor, III of the Zuckerman Spaeder firm.