UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | |
| | * | SECTION:  J |
| | * | |
| These Pleadings apply to: | * | |
| All Cases in Pleading Bundle Section III.B(3) | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * *

**LYNDEN INCORPORATED'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 5.6 of the Eastern District of Louisiana,

Lynden Incorporated states that (1) it is a non-governmental, corporate party to the above-

captioned matter; (2) it is a privately-held Washington corporation having no parent

corporation, and (3) no publicly-held corporation owns more than 10 percent of it.

RESPECTFULLY SUBMITTED this 2nd day of March, 2011.

BYRNES KELLER CROMWELL LLP

By  /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    Jofrey M. McWilliam, WSBA #28441
   1000 Second Avenue, 38th Floor
   Seattle, WA  98104
   Telephone:  (206) 622-2000
   Facsimile:  (206) 622-2522
   Email: ptaylor@byrneskeller.com
          jmcwilliam@byrneskeller.com

1

2

Attorneys for Defendant
Lynden Incorporated

2

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that the above and foregoing Lynden Incorporated's Corporate Disclosure Statement has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 2, 2011.

/s/ Paul R. Taylor