UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: All Cases . | * * * | JUDGE BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * *

**STIPULATED ORDER GOVERNING DEFENDANTS' RESPONSES TO BUNDLE C COMPLAINTS**

By stipulation of Plaintiffs, by and through Plaintiffs Liaison Counsel, Coordinating Counsel for the States, and Defense Liaison Counsel, and to facilitate the efficient and effective management and prosecution of the coordinated actions herein:

**IT IS ORDERED** that Pre-Trial Orders Nos. 11, 24 and 25 are hereby supplemented, amended and clarified as follows:

An answer or other response to the currently-filed governmental entity plaintiffs now in Pleading Bundle C (not to include the United States' Complaint in "United States of America v. BP Exploration & Production, Inc., et al.," 10-4536 or the State of Alabama's Complaints in State of Alabama ex rel. Troy King, Attorney General v. BP, PLC et al, No. 10-4182 and State of Alabama ex. rel. Troy King, Attorney General v. Transocean, Ltd. et al., No 10-4183) shall be due on March 28, 2011.

New Orleans, Louisiana, this 2nd day of March, 2011.

CARL J. BARBIER
U.S. DISTRICT COURT JUDGE

1