UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | |
| "DEEPWATER HORIZON" in | : | MDL NO. 2179 |
| the GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION J |
| | : | MAG. (1) |
| | : | |
| This document relates to:  11-0275 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

## ORDER

Considering Anadarko E&P Company LP and Anadarko Petroleum Corporation's Unopposed Motion for Leave to File Complaint in Intervention:

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Leave to File Complaint in Intervention is granted and that Anadarko E&P Company LP and Anadarko Petroleum Corporation may file the Complaint attached as Exhibit B to the above-referenced motion.

NEW ORLEANS, LOUISIANA, this ____ day of March, 2011.

_____
JUDGE