# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* **PLAQUEMINES PARISH SCHOOL BOARD** | * * | **MDL NO. 2179** |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * * | **SECTION "J"** |
| **BP, PLC** *et al.* | * * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO REMAND

Now into court comes plaintiff, the State of Louisiana ex rel. Plaquemines Parish School Board, who moves this Court to remand this case to the 24th Judicial District Court for the Parish of Plaquemines, State of Louisiana, on the ground that it was improvidently removed therefrom.


 /s/ Robert E. Arceneaux                                         /s/ Margaret E. Woodward

_____        _____
ROBERT E. ARCENEAUX, (No. 1199)     MARGARET E. WOODWARD.(No. 13677)
Robert E. Arceneaux, LLC            3701 Canal Street, Suite C
47 Beverly Garden Drive             New Orleans, Louisiana 70119
Metairie, LA 70001                  Telephone:  504.301.4333
Telephone: 504.833.7533             Facsimile:  504.301.4365
Facsimile: 504.833.7612             Email:  mewno@aol.com
Email: rea7001@cox.net

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Hearing of  Motion for Remand and  for Certification under 28 U.s.c §1292(b) and Stay of Proceedings Pending Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2011.

/s/ Robert E. Arceneaux