UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

*******************************************

# ORDER

**IT IS ORDERED** that the captioned action be and it is hereby REMANDED to the 25th Judicial Court for the Parish of Plaquemines, State of Louisiana.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE