# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## REQUEST FOR HEARING OF  MOTION FOR REMAND AND  FOR CERTIFICATION UNDER 28 U.S.C §1292(b) AND STAY OF PROCEEDINGS PENDING APPEAL

NOW COMES State of Louisiana *ex rel.* Plaquemines Parish School Board, through undersigned counsel, and requests a hearing of its motion to remand, for certification that the order warrants immediate appeal, and for a stay of the proceedings pending appeal, for the following reasons:

1) the instant action is not governed by this Court's ruling of October 6, 2010, because this case presents the unique circumstance of a defense waiver of the right to remove by Halliburton Energy Services, Inc.'s actively invoked the state court's jurisdiction;

2) the instant action is further distinguishable from previously-considered removal actions in that the absence of a federal question and the presence of  forum defendants defeats removal under 28 U.S.C. §1441(b).

WHEREFORE, Mover requests that its motion be fixed for hearing on the next available hearing date. Mover also prays for oral argument, in that it believes that it would be off assistance to this Court in its consideration of the unique issues presented herein, which have heretofore not been briefed or heard by this court.

-2-

Respectfully submitted,

/s/ Robert E. Arceneaux                                      /s/ Margaret E. Woodward

_____          _____
ROBERT E. ARCENEAUX, ESQ. (No.               MARGARET E. WOODWARD, ESQ.(No.
1199)                                                               13677)
Robert E. Arceneaux, LLC                               3701 Canal Street, Suite C
47 Beverly Garden Drive                                  New Orleans, Louisiana 70119
Metairie, LA 70001                                          Telephone:  504.301.4333
Telephone: 504.833.7533                                Facsimile:  504.301.4365
Facsimile: 504.833.7612                                  Email:  mewno@aol.com
Email: rea7001@cox.net

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Hearing of  Motion for Remand and  for

Certification under 28 U.s.c §1292(b) and Stay of Proceedings Pending Appeal has been served on

All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with

Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in

MDL 2179, on this 3rd day of March, 2011.

/s/ Robert E. Arceneaux

_____