## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* **PLAQUEMINES PARISH SCHOOL BOARD** | * * | **MDL NO. 2179** |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PROPOSED ORDER

Upon the foregoing motion, the State of Lousiaina ex rel. Plaquemine Parish School Board's Motion to Remand will be heard on the \_\_\_\_ day fo \_\_\_\_\_, 2011, at \_\_\_\_\_ o'clock \_\_\_\_, with oral argument.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2011.


_____
DISTRICT JUDGE