UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### PRETRIAL ORDER NO. 32

### [CASE MANAGEMENT ORDER NO. 2]

### [Regarding Revised Time Line]

For ease of reference, the deadlines contained in the Pretrial Order No. 11 (Case Management Order No. 1)(Rec. Doc. 569) were summarized in a Time Line attached to PTO No. 11 as Exhibit A. Since the issuance of PTO No. 11, orders have been issued which modified the Time Line. Those modifications are in italics on the attached Revised Time Line. The Court has determined that other changes are required in the Time Line which are in bold on the attached Revised Time Line.

New Orleans, Louisiana, this 3rd day of March, 2011.

*[signature]*
**CARL J. BARBIER**
**United States District Judge**