DATE         DEADLINE / EVENT   **[REVISED March 3, 2011]**

03-01-2011   *Begin multi-track depositions. <u>See</u> PTO No. 27 (Rec. Doc. 1075) - January 27, 2011.*

03-18-2011   Answer, Cross-Claims and Third-Party Complaints by 14(c) Defendants in the Limitation and/or Defendants in the Bundle A Cases.

03-18-2011   Reply Briefs in Support of Motions to Dismiss.

03-25-2011   *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

03-28-2011   *Deadline for filing an opposition to a motion to dismiss Consolidated Class Action Complaint and RICO Case Statement (Bundle B2) (Rec. Doc. 1059). <u>See</u> Order (Rec. Doc. 1012) - January 18, 2011.*

03-28-2011   *Deadline for an answer or other response to the currently-filed governmental entity plaintiffs now in Pleading Bundle C (not to include complaints in 10-4536, 10-4182 and 10-4183). <u>See</u> Stipulated Order Governing Defendants' Responses to Bundle C Complaints (Rec. Doc. 1500) - March 3, 2011.*

03-30-2011   *Deadline for memoranda in opposition to any Rule 12(b)(1) 12(b)(6), or 12(c) motions filed as responsive pleadings referred to in Paragraph IV(B) of CMO NO. 1 (PTO no. 11) as may be applicable for Pleading Bundles B1, B2, B3, C (except for the Bundle C cases filed by State of Alabama) and D1. <u>See</u> PTO No. 28 (Rec. Doc. 1235) - February 14, 2011.*

04-01-2011   *PSC shall report to the Court on procedures it will employ to facilitate litigation updates to pro se claimants using the Short-Form Joinder. <u>See</u> PTO No. 24 (Rec. Doc. 982) - January 12, 2011.*

04-20-2011   Deadline for answers and responsive pleadings to cross-claims and third-party actions by Rule 14(c) Defendants in the Limitation Action and Defendants in the Bundle A Cases.

04-20-2011   Monition Date (re Limitation) (including deadline for BP to file claim in Limitation and/or other cross-claim and/or third party complaint seeking any subrogation, contribution and/or indemnity under OPA, per contract, or other applicable law).

04-20-2011   *Any Short-Form Joinder submitted to the Clerk of Court by April 20, 2011 or postmarked by April 20, 2011 shall be deemed filed by April 20, 2011 monition date. <u>See</u> PTO No. 24 (Rec. Doc. 982) - January 12, 2011.*

04-25-2011   *Deadline for reply briefs in support of motions to dismiss Consolidated Class Action Complaint and RICO Case Statement (Bundle B2) (Rec. Doc. 1059). <u>See</u> Order (Rec. Doc. 1012) - January 18, 2011.*

| | |
|---|---|
| *04-29-2011* | *Deadline for reply briefs in support of Rule 12(b)(1) 12(b)(6), or 12(c) motions applicable to Pleadings Bundles B1, B2, B3, C (except for the Pleading Bundle C cases filed by the State of Alabama which are the subject of a separate Order setting responsive pleadings deadlines) and D1.  <u>See</u> PTO No. 28 (Rec. Doc. 1235) - February 14, 2011.* |
| *04-29-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| **05-01-2011** | **Parties shall file preliminary lists of all witnesses who may or will be called to testify and all exhibits which may or will be used at February 27, 2011 trial.** |
| 05-02-2011 | Identify one or more PI/Wrongful Death Limitation action cases and *Robins Dry Dock* cases filed in EDLA and designated for Bench trial under Rule 9(h) for February 2012 Trial of Liability, Limitation, Exoneration and Fault allocation, and July 2012 trial of Damages. |
| **06-01-2011** | **Deadline for identification of fact witnesses not required for opinions of experts but who should be deposed before February 27, 2012 trial.** |
| *06-03-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| *07-08-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| *07-29-2011* | *Deadline for completion of fact depositions necessary as a predicate for the opinions of experts regarding blow-out, spill, limitation and related issues for the February 27, 2012.  <u>See</u> PTO No. 27 (Rec. Doc. 1075) - January 27, 2011.* |
| *08-12-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| 08-15-2011 | Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness. |
| **09-12-2011** | **Expert Reports from Vessel Owner/Petitioner in Limitation.** |
| *09-16-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| **10-05-2011** | **All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports.** |
| 10-10-2011 | Columbus Day. |
| *10-21-2011* | *Status Conferences - Judge Barbier and Magistrate Judge Shushan.* |
| **10-26-2011** | **Rebuttal Expert Reports for the February 2012 Trial.** |

*10-31-2011*   *Deadline for Transocean Ltd. to file reply brief in support of motion to dismiss for lack of jurisdiction.  Court to hold hearing on motion after briefing is complete.  See Stipulation/Scheduling Order (Rec. Doc. 1080) - January 28, 2011.*

**10-31-2011**   **Begin depositions of All Experts for February 27, 2012 trial.**

11-11-2011   Veterans Day.

*11-18-2011*   *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

11-24-2011   Thanksgiving.

*12-16-2011*   *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

**12-16-2011**   **End depositions of All Experts who will testify at February 27, 2012 trial.**

**12-30-2011**   **Parties shall exchange final lists of trial witnesses and exhibits.**

**01-09-2012**   **<u>Daubert</u> Motions for February 2012 Trial (if any).**

**01-13-2012**   **Conference with Magistrate Judge Shushan re - preparation of pretrial order.**

01-16-2012   Martin Luther King Day.

*01-20-2012*   *Status Conferences - Judge Barbier and Magistrate Judge Shushan.*

**01-30-2012**   **Oppositions to <u>Daubert</u> Motions.**

**01-31-2012**   **Submit pretrial order, pre-trial stipulations, witness and exhibit lists.**

**02-01-2012**   **File Pre-Trial Motions for February 27, 2012 Trial.**

02-03-2012   Final Pre-Trial Conference for February 27, 2012 Trial.

02-10-2012   Oppositions to any motions filed on 02-01-2012.

02-20-2012   Presidents' Day.

02-21-2012   Mardi Gras.

02-27-2012   Trial of Liability, Limitation, Exoneration and Fault Allocation.

            Additional Discovery, Expert Discovery, and Motion Practice Relating to July 2012

      Trial, as needed, and/or to be established under separate Scheduling Order.

7-16-2012  Trial of Damages for selected Limitation / Test Case PI/Death and *Robins Dry Dock* Claimants, Entitlement to Punitive Damages,[2] and Amount of Punitive Damages, if available.