UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| This document relates to:  2:10-cv-04536 | MAGISTRATE SHUSHAN |

### QBE MARINE & ENERGY SYNDICATE 1036'S ANSWER TO THE UNITED STATES OF AMERICA'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant QBE Marine & Energy Syndicate 1036, referred to in the Complaint as QBE Underwriting Ltd., Lloyd's Syndicate 1036 ("QBE Marine & Energy Syndicate 1036"), as lead guarantor on the Certificate of Financial Responsibility for the *Deepwater Horizon*, which responds to the Complaint of Plaintiff, the United States of America, upon information and belief as follows:

1.

QBE Marine & Energy Syndicate 1036 admits that on April 20, 2010, an explosion and fire occurred aboard the Mobile Offshore Drilling Unit ("MODU") *Deepwater Horizon* while located on the Macondo Prospect Mississippi Canyon 252 oil well ("BP well"); that the *Deepwater Horizon* subsequently sank; that eleven vessel workers lost their lives; and that oil leaked into the Gulf of Mexico.  To the extent not expressly admitted, QBE Marine & Energy

PD.4803674.1

Syndicate 1036 is without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraphs 1, 13, 57, 58, 60, and 61 of the Complaint are true and, therefore, denies all aspects and implications of the allegations in these Paragraphs.

2.

QBE Marine & Energy Syndicate 1036 is without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraphs 2, 3, 5, 9, 10, 14-22, 24-41, 43-56, 59, 63, 66-67, 69, 70-74, 76, 78-84, 86, 90, 92, and all unnumbered Paragraphs of the Complaint are true and, therefore, denies all aspects and implications of the allegations in these Paragraphs of the Complaint.

3.

The allegations set forth in Paragraphs 4, 6, 8, 12, 42, 62, 64, 65, 68, 75, 85, 87, 89, and 91 of the Complaint contain statements of law and do not require a response by QBE Marine & Energy Syndicate 1036, but to the extent the Court deems an answer necessary thereto, out of an abundance of caution, they are denied.

4.

The allegations of Paragraph 7 of the Complaint are admitted except to state that QBE Marine & Energy Syndicate 1036, as lead guarantor on the Certificate of Financial Responsibility for the *Deepwater Horizon*, was referred in the Complaint as QBE Underwriting Ltd., Lloyd's Syndicate 1036.

5.

QBE Marine & Energy Syndicate 1036 admits that, on April 20, 2010, the *Deepwater Horizon* was a vessel. To the extent not expressly admitted, QBE Marine & Energy Syndicate

1036 is without sufficient knowledge or information to form a belief as to whether the assertions set forth in Paragraph 11 of the Complaint are true, and, therefore, denies all aspects and implications of the allegations in Paragraph 11 of the Complaint.

6.

QBE Marine & Energy Syndicate 1036 admits that it is a foreign association and the lead guarantor on the Certificate of Financial Responsibility for the *Deepwater Horizon* concerning certain costs and damages, which was furnished as evidence of financial responsibility under the Oil Pollution Act of 1990 with one or more Transocean Defendants as the insured. To the extent not expressly admitted, all other aspect and implications of the allegations in Paragraphs 23 and 88 of the Complaint are denied.

7.

Paragraph 77 of the Complaint is a statement that Plaintiffs re-allege each and every allegation set forth in the preceding Paragraphs as if fully stated here. QBE Marine & Energy Syndicate 1036 has responded to each of the preceding Paragraphs and, so, no further response is required to the allegations contained in Paragraph 77 of the Complaint.

## GENERAL DENIAL

QBE Marine & Energy Syndicate 1036 denies all allegations of the Complaint not specifically admitted herein, including but not limited to those set forth in all unnumbered Paragraphs and/or sub-headings of the Complaint.

## AFFIRMATIVE DEFENSES

In further response to the Complaint, QBE Marine & Energy Syndicate 1036 sets forth their affirmative defenses, upon information and belief, as follows:

**FIRST DEFENSE**

QBE Marine & Energy Syndicate 1036 incorporates by reference each of the Affirmative Defenses set forth by the Transocean Defendants in their Answer to the Complaint (Rec. Doc. 1420).

**SECOND DEFENSE**

QBE Marine & Energy Syndicate 1036 specifically incorporates by reference and pleads the warranties, terms, definitions, provisions, conditions, exclusions, and limitations of the policy and insurance guaranty as if such were fully copied and set forth herein *in extenso*.

**THIRD DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

QBE Marine & Energy Syndicate 1036 reserves the right to amend its Answer, Rule 12(b) defenses and other defenses as may be appropriate.

WHEREFORE, QBE Marine & Energy Syndicate 1036 prays that its Answer and Defenses be deemed good and sufficient; that after due proceedings are had there be judgment in favor of QBE Marine & Energy Syndicate 1036, dismissing all claims asserted by the United States of America, with prejudice, at the United States of America's cost; and for any and all other just and equitable relief deemed appropriate.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY: _/s/ illegible signature/_
    Richard N. Dicharry (Bar #4929)
    George M. Gilly (Bar #6234)
    Evans Martin McLeod (Bar #24846)
    Marne Jones (Bar #32522)
    Canal Place | 365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: 504-566-1311
    Telecopier: 504-568-9130
    Email: Richard.Dicharry@phelps.com
           gillyg@phelps.com
           mcleodm@phelps.com
           marne.jones@phelps.com

COUNSEL FOR QBE MARINE & ENERGY SYNDICATE 1036

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 3rd day of March, 2011.

_/s/ illegible signature/_