1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     *******************************************************************

4     IN RE:  OIL SPILL BY THE
      OIL RIG *DEEPWATER HORIZON*
5     IN THE GULF OF MEXICO ON
      APRIL 20, 2010
6                                  CIVIL ACTION NO. 10-MD-2179 "J"
                                   NEW ORLEANS, LOUISIANA
09:23AM  7                         FRIDAY, FEBRUARY 25, 2011, 9:3O A.M.

8     THIS DOCUMENT RELATES TO
      ALL ACTIONS
9
      *******************************************************************
10

11              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                    UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15

16    PLAINTIFFS'
      LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                              BY:  JAMES P. ROY, ESQUIRE
                                P. O. BOX 3668
18                              556 JEFFERSON STREET
                                LAFAYETTE, LA  70502
19

20                              HERMAN HERMAN KATZ & COTLAR
                                BY:  STEPHEN J. HERMAN, ESQUIRE
21                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
22

23
      FOR THE PLAINTIFFS:       CUNNINGHAM BOUNDS
24                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                                1601 DAUPHIN STREET
25                              MOBILE, AL 36604

```
 1  APPEARANCES CONTINUED:

 2

 3                        LEWIS, KULLMAN, STERBCOW & ABRAMSON
                          BY:  PAUL M. STERBCOW, ESQUIRE
 4                        PAN AMERICAN LIFE BUILDING
                          601 POYDRAS STREET, SUITE 2615
 5                        NEW ORLEANS, LA  70130

 6

 7                        WATTS, GUERRA, CRAFT
                          BY:  MIKAL C. WATTS, ESQUIRE
 8                        4 DOMINION DRIVE
                          BUILDING 3, SUITE 100
 9                        SAN ANTONIO, TX 78257

10                        BREIT DRESCHER IMPREVENTO & WALKER
                          BY:  JEFFREY A. BREIT, ESQUIRE
11                        1000 DOMINION TOWER
                          999 WATERSIDE DRIVE
12                        NORFOLK, VA  23510

13

14                        COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
                          MARTÍNEZ, GONZALES, KALBAC & KANE
                          BY:  ERVIN A. GONZALEZ, ESQUIRE
15                        255 ALHAMBRA CIRCLE, PENTHOUSE
                          CORAL GABLES, FL  33134
16

17                        COSSICH, SUMICH, PARSIOLA & TAYLOR
                          BY:  PHILIP F. COSSICH, JR., ESQUIRE
18                        8397 HIGHWAY 23, SUITE 100
                          BELLE CHASSE, LA 70037
19

20                        WEITZ & LUXENBERG
                          BY:  ROBIN L. GREENWALD, ESQUIRE
21                        700 BROADWAY
                          NEW YORK CITY, NY  10003
22

23                        BARON & BUDD
                          BY:  SCOTT SUMMY, ESQUIRE
24                        3102 OAK LAWN AVENUE, SUITE 1100
                          DALLAS, TX  75219
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           MORGAN & MORGAN
                            BY:  ALPHONSO M. ESPY, ESQUIRE
 4                           188 EAST CAPITOL STREET, SUITE 777
                            JACKSON, MS   39201
 5

 6                           LEVIN PAPANTONIO THOMAS MITCHELL
                            RAFFERTY & PROCTOR
 7                           BY:  BRIAN H. BARR, ESQUIRE
                            316 SOUTH BAYLEN STREET, SUITE 600
 8                           PENSACOLA, FL   32502

 9
                            LUNDY, LUNDY, SOILEAU & SOUTH
10                           BY:  MATTHEW E. LUNDY, ESQUIRE
                            501 BROAD STREET
11                           LAKE CHARLES, LA   70601

12
                            BEASLEY, ALLEN, CROW, METHVIN,
13                           PORTIS & MILES
                            BY:  RHON E. JONES, ESQUIRE
14                           POST OFFICE BOX 4160
                            MONTGOMERY, AL   36013
15

16                           FAYARD & HONEYCUTT
                            BY:  CALVIN C. FAYARD, JR., ESQUIRE
17                               D. BLAYNE HONEYCUTT, ESQUIRE
                            519 FLORIDA AVENUE SOUTHWEST
18                           DENHAM SPRINGS, LA   70726

19

20   FOR THE UNITED STATES
     OF AMERICA:            ENVIRONMENTAL ENFORCEMENT SECTION
21                           U.S. DEPARTMENT OF JUSTICE
                            BY:  STEVEN O'ROURKE, ESQUIRE
22                           P.O. BOX 7611
                            WASHINGTON, D.C. 20044
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR STATE INTERESTS:      OFFICE OF THE ATTORNEY GENERAL
                              STATE OF ALABAMA
 4                            BY:  LUTHER STRANGE, ESQUIRE
                                   COREY L. MAZE, ESQUIRE
 5                            501 WASHINGTON AVENUE
                              MONTGOMERY, AL  36130
 6

 7  FOR THE STATE OF
    LOUISIANA:                KANNER & WHITELEY
 8                            BY:  ALLAN KANNER, ESQUIRE
                              701 CAMP STREET
 9                            NEW ORLEANS, LA  70130

10
                              HENRY DART
11                            ATTORNEYS AT LAW
                              510 NORTH JEFFERSON STREET
12                            COVINGTON, LA  70433

13

14  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
15  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
16  BP CORPORATION NORTH
    AMERICA INC.,
17  BP EXPLORATION &
    PRODUCTION INC.,
18  BP HOLDINGS NORTH
    AMERICA LIMITED,
19  BP PRODUCTS NORTH
    AMERICA INC.:             LISKOW & LEWIS
20                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
21                            701 POYDRAS STREET
                              SUITE 5000
22                            NEW ORLEANS, LA 70139

23
                              KIRKLAND & ELLIS
24                            BY:  J. ANDREW LANGAN, ESQUIRE
                              300 N. LASALLE
25                            CHICAGO, IL 60654
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
 4                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
 5

 6                           COVINGTON & BURLING
                            BY:  DAVID B. GOODWIN, ESQUIRE
 7                          ONE FRONT STREET
                            SAN FRANCISCO, CA  04111
 8

 9   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
10   OFFSHORE DEEPWATER
     DRILLING INC., AND
11   TRANSOCEAN DEEPWATER
     INC.:                  FRILOT
12                          BY:  KERRY J. MILLER, ESQUIRE
                            ENERGY CENTRE, 36TH FLOOR
13                          1100 POYDRAS STREET
                            NEW ORLEANS, LA  70163
14

15   FOR CAMERON INTERNATIONAL
     CORPORATION:           STONE PIGMAN WALTHER WITTMANN
16                          BY:  PHILLIP A. WITTMANN, ESQUIRE
                                 CARMELITE M. BERTAUT, ESQUIRE
17                          546 CARONDELET STREET
                            NEW ORLEANS, LA 70130
18

19                           BECK REDDEN & SECREST
                            BY:  DAVID J. BECK, ESQUIRE
20                          ONE HOUSTON CENTER
                            1221 MCKINNEY STREET, SUITE 4500
21                          HOUSTON, TX  77010

22

23   FOR HALLIBURTON
     ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                            BY:  DONALD E. GODWIN, ESQUIRE
24                               STEFANIE K. MAJOR, ESQUIRE
                                 JENNY L. MARTINEZ, ESQUIRE
25                          1201 ELM STREET, SUITE 1700
                            DALLAS, TEXAS 75270
```

```
 1  APPEARANCES CONTINUED:

 2

 3                            GODWIN RONQUILLO
                             BY:  R. ALAN YORK, ESQUIRE
 4                            1331 LAMAR, SUITE 1665
                             HOUSTON, TEXAS 77010
 5

 6  FOR ANADARKO
    PETROLEUM CORPORATION,
 7  ANADARKO E&P COMPANY LP,
    MOEX USA CORPORATION,
 8  AND MOEX OFFSHORE 2007
    LLC:                     BINGHAM MCCUTCHEN
 9                            BY:  KYLE KIRBY, ESQUIRE
                             2020 K STREET
10                            WASHINGTON, DC  20006

11

12  FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                             BY:  DENISE SCOFIELD, ESQUIRE
13                            1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002
14

15  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
16  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
17  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
18  SEACOR MARINE, INC.,
    SEACOR MARINE
19  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
20  INC.:                     WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
21                            767 FIFTH AVENUE
                             NEW YORK, NY  10153
22

23  FOR WEATHERFORD U.S.,
    L.P.:                     JONES WALKER
24                            BY:  GLENN G. GOODIER, ESQUIRE
                             PLACE ST. CHARLES
25                            201 ST. CHARLES AVENUE
                             NEW ORLEANS, LA 70170
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP, INC.:      WARE JACKSON LEE & CHAMBERS
                               BY:  C. DENNIS BARROW, JR., ESQUIRE
 4                             2929 ALLEN PARKWAY, 42ND FLOOR
                               HOUSTON, TEXAS 77019
 5

 6   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:      PHELPS DUNBAR
 7                             BY:  GEORGE M. GILLY, ESQUIRE
                                    EVANS M. MCLEOD, ESQUIRE
 8                             CANAL PLACE
                               365 CANAL STREET, SUITE 2000
 9                             NEW ORLEANS, LA   70130

10

11   ALSO PRESENT:            MAGISTRATE JUDGE SALLY SHUSHAN
                              PROFESSOR FRANCIS MCGOVERN, SPECIAL MASTER
12

13                            METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
14                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
15                            HOUSTON, TX   77002

16

17                            HENRY KING, ESQUIRE
                              JOHN ALLEN MEADE, ESQUIRE
                              STEVE FINEMAN, ESQUIRE
18                            MICHAEL BROCK, ESQUIRE

19

20   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
21                                 500 POYDRAS STREET, ROOM B406
                                   NEW ORLEANS, LA   70130
22                                 (504) 589-7779

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

09:53AM

1                              **I N D E X**

2

3    AGENDA ITEMS                                          PAGE

4

5    CONDITIONAL TRANSFER ORDERS AND TRANSFER STATUS REPORT.  13

6    STATUS OF THE PENDING STATE CASES......................  16

7    STATUS OF MDL 2185....................................  18

8    REPORT ON INSURANCE COVERAGE CASES....................  19

9    STATUS OF WRITTEN AND DEPOSITION DISCOVERY............  26

10   BOP TESTING STATUS....................................  28

11   CEMENT TESTING........................................  31

12   PENDING MOTIONS REGARDING PRESERVATION OF EVIDENCE.....  33

13   PRESERVATION OF EVIDENCE OBLIGATIONS...................  35

14   LOCAL VOLUNTARY GOVERNMENT MASTER COMPLAINT AND         43

15   SHORT-FORM JOINDER ISSUE...............................

16   OIL POLLUTION ACT.....................................  48

17   PENDING PRETRIAL ORDER REGARDING DOCUMENTS PRODUCED BY  48

18   BP IN THE TEXAS CITY LITIGATION.......................

19   PENDING PRETRIAL ORDER CLARIFYING THE PLEADINGS........  50

20   RESPONSIVE PLEADINGS AND RULE 12 MOTION PRACTICE       51

21   SCHEDULE..............................................

22   STATE OF ALABAMA'S PROPOSED AMENDED COMPLAINT..........  53

23   TRANSOCEAN'S RULE 14(C) PLEADING......................  53

24   *ALTIER V WORLEY CATASTROPHE RESPONSE*...................  55

25   LEXISNEXIS FILE & SERVE...............................  58

```
 1   NEXT STATUS CONFERENCE IS FRIDAY, MARCH 25, 2011, AT      59
 2   9:30 CENTRAL TIME......................................
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    **P-R-O-C-E-E-D-I-N-G-S**

09:23AM   2            FRIDAY, FEBRUARY 25, 2011

09:23AM   3            M O R N I N G   S E S S I O N

09:23AM   4            (COURT CALLED TO ORDER)

09:23AM   5

09:32AM   6

09:32AM   7            THE DEPUTY CLERK:  All rise.

09:32AM   8            THE COURT:  Good morning, everyone.  Please be seated.

09:32AM   9            VOICES:  Good morning, Your Honor.

09:32AM  10            THE COURT:  It looks like we may have an overflow crowd

09:32AM  11    again.  If there are people who can't get in, Eileen, are they

09:32AM  12    turning on the sound system down the hall in Judge Berrigan's

09:33AM  13    courtroom?

09:33AM  14            We moved it to this courtroom, which is obviously

09:33AM  15    much larger than mine, to try to accommodate everyone, but we

09:33AM  16    still have a limit on space.

09:33AM  17            Another reason I moved it here this morning was to

09:33AM  18    accommodate a request on behalf of some law students who wanted

09:33AM  19    to attend.  Where is Professor Sherman?  There you are.

09:33AM  20    Professor Ed Sherman from Tulane has a group of students in --

09:33AM  21    what is it, Professor, a complex litigation class?

09:33AM  22            PROFESSOR SHERMAN:  Yes, that's right.

09:33AM  23            THE COURT:  Welcome.

09:33AM  24            Ms. Tracy Washington.  Where are you, Tracy?

09:33AM  25            MS. WASHINGTON:  Hi, Judge.

09:33AM 1          THE COURT:  From the Louisiana Justice Institute.  Did I

09:33AM 2   get the name right?

09:33AM 3          MS. WASHINGTON:  Yes, sir.

09:33AM 4          THE COURT:  You also have five or six --

09:33AM 5          MS. WASHINGTON:  Five.

09:33AM 6          THE COURT:  -- students from New York who are down here

09:33AM 7   volunteering this week, right?

09:33AM 8          MS. WASHINGTON:  Yes, sir.

09:33AM 9          THE COURT:  Great.  Welcome.

09:34AM 10         I would like to, first of all, remind everyone that

09:34AM 11  we do have people listening in on the phone, so it's important

09:34AM 12  that each time whoever wants to speak, you need to make sure

09:34AM 13  you're speaking into the microphone at the podium, and that you

09:34AM 14  speak loudly so everyone can hear you, particularly the audience

09:34AM 15  on the telephone.

09:34AM 16         Now, I would like to start, as we usually do, with

09:34AM 17  having the folks who are liaison counsel, coordinating counsel

09:34AM 18  and the steering committees introduce themselves.

09:34AM 19         MR. ROY:  We'll start for the plaintiffs, Your Honor.

09:34AM 20  Jim Roy, plaintiff steering committee, plaintiff liaison counsel.

09:34AM 21         MR. HERMAN:  Steve Herman, plaintiff liaison counsel.

09:34AM 22         MR. STRANGE:  Your Honor, Luther Strange, coordinating

09:34AM 23  counsel for the states, from Alabama.

09:34AM 24         MR. O'ROURKE:  Good morning, Your Honor.

09:34AM 25  Steven O'Rourke from the Justice Department acting as

09:34AM 1    coordinating counsel for the United States.

09:34AM 2              THE COURT:  Thank you.

09:34AM 3              MR. GONZALES:  Good morning, Your Honor.

09:34AM 4    Ervin Gonzales, plaintiff steering committee.

09:34AM 5              MR. WATTS:  Mikal Watts, plaintiff steering committee.

09:34AM 6              MR. FINEMAN:  Steve Fineman, steering committee.

09:34AM 7              MR. PALMINTIER:  Mike Palmintier, steering committee.

09:35AM 8              MR. STERBCOW:  Paul Sterbcow, steering committee.

09:35AM 9              MS. GREENWALD:  Robin Greenwald, steering committee.

09:35AM 10             MR. SUMMY:  Scott Summy, steering committee.

09:35AM 11             MR. ESPY:  Mike Espy, steering committee.

09:35AM 12             MR. BARR:  Brian Barr, steering committee.

09:35AM 13             MR. CUNNINGHAM:  Robert Cunningham, steering committee.

09:35AM 14             MR. BREIT:  Jeffrey Breit, steering committee.

09:35AM 15             MR. LUNDY:  Matt Lundy, steering committee.

09:35AM 16             MR. COSSICH:  Phil Cossich, steering committee.

09:35AM 17             MR. JONES:  Rhon Jones, steering committee.

09:35AM 18             MR. FAYARD:  Calvin Fayard, Your Honor, for the PSC.

09:35AM 19             MR. GASAWAY:  Rob Gasaway, BP.

09:35AM 20             MR. HAYCRAFT:  Don Haycraft, BP.

09:35AM 21             MR. LANGAN:  Andy Langan for BP.  I'd like to introduce

09:35AM 22   Mr. Mike Brock, additional counsel for BP.

09:35AM 23             MR. BROCK:  Good morning, Your Honor.

09:35AM 24             THE COURT:  Good morning.  Welcome.

09:35AM 25             MR. BECK:  David Beck for Cameron.

09:35AM 1          MR. TSEKERIDES:  Ted Tsekerides for SEACOR and the

09:35AM 2    responder defendants.

09:35AM 3          MR. GODWIN:  Don Godwin for Halliburton.

09:35AM 4          MR. KIRBY:  Ky Kirby for Anadarko and MOEX.

09:35AM 5          MS. SCOFIELD:  Denise Scofield for MI.

09:35AM 6          MR. BARROW:  Dennis Barrow for Dril-Quip.

09:35AM 7          MR. YORK:  Alan York for Halliburton.

09:35AM 8          MS. MARTINEZ:  Jenny Martinez for Halliburton.

09:35AM 9          MR. WITTMANN:  Phil Wittmann for Cameron.

09:36AM 10         MR. MILLER:  Kerry Miller for Transocean, Your Honor.

09:36AM 11         MR. GOODIER:  Glenn Goodier, Weatherford US LP.

09:36AM 12         THE COURT:  Mr. Goodier, they are banishing you to the

09:36AM 13   back there, now?

09:36AM 14         MR. GOODIER:  I'm trying to be outside, Judge.

09:36AM 15         THE COURT:  Well, you're doing a pretty good job of it

09:36AM 16   so far.

09:36AM 17              All right.  I'll just mention that since the last

09:36AM 18   conference, I've issued a number of orders -- they are up on the

09:36AM 19   screen -- various pretrial orders.  Unless someone has something

09:36AM 20   to say specific to any of those, I think we'll just move on and

09:36AM 21   ask for a report on the recent conditional transfer orders and a

09:36AM 22   transfer status report.

09:36AM 23         MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

09:36AM 24   BP.

09:36AM 25              In addition to our written report of liaison

09:36AM  1    counsel that was submitted on Tuesday, just to summarize here,

09:37AM  2    there have been three additional conditional transfer orders for

09:37AM  3    three different cases since the January 25th status.

09:37AM  4            At this point, we think there are approximately

09:37AM  5    397 cases that have been transferred here or originally filed

09:37AM  6    here; and, of those, we think about 357 are active and haven't

09:37AM  7    been dismissed.

09:37AM  8            In terms of future proceedings before the Panel,

09:37AM  9    there is one objection to a transfer that was part of Conditional

09:37AM 10    Transfer Order Number 9 that we believe will be taken up at the

09:37AM 11    Panel's March 30th session in San Diego.

09:37AM 12            Conditional Transfer Order Number 12, I believe,

09:37AM 13    went final yesterday.  I'm not aware that any objection was

09:37AM 14    filed; although, I could be wrong about that.

09:37AM 15            Then, finally, we think there are about 18 other

09:37AM 16    cases in which the issue of appropriate transfer to this Court is

09:37AM 17    being briefed, including 16 cases relating to the Vessels of

09:38AM 18    Opportunity program.  We believe that those issues will be

09:38AM 19    decided without oral argument at the Panel's March 30th session

09:38AM 20    in San Diego.

09:38AM 21        THE COURT:  Do we currently have any of those types of

09:38AM 22    cases here?

09:38AM 23        MR. LANGAN:  I believe there is one Vessel of

09:38AM 24    Opportunity program that is part of pleading bundle B-1, and I

09:38AM 25    believe there are allegations in the master complaint in pleading

09:38AM 1    bundle B-1 that made claims under the Vessels of Opportunity

09:38AM 2    program.

09:38AM 3            THE COURT:  All right.  Thank you.

09:38AM 4            Does anybody want to weigh in on those comments?

09:38AM 5    Mr. Herman.

09:38AM 6            MR. HERMAN:  Steve Herman for the plaintiffs.

09:38AM 7            I just wanted to clarify for the Court, there are,

09:38AM 8    we believe -- if they haven't been filed yet -- there will be

09:38AM 9    several Vessel of Opportunity volunteers who, perhaps, have a

09:38AM 10   number of different claims.  Some of those claims may be that

09:38AM 11   they weren't paid what they were owed under the contract; but,

09:38AM 12   they might also have loss of earnings claims or other claims

09:38AM 13   arising out of the spill; potential exposure claims, medical

09:39AM 14   monitoring, something of that nature.

09:39AM 15           So, I guess, for lack of a better word, the

09:39AM 16   position that we've always taken is that, you know, it's up to

09:39AM 17   the Courts and the MDL Panel in their discretion to decide how to

09:39AM 18   treat people who are just asserting contract claims; but, to

09:39AM 19   prevent any claim splitting, we wanted to at least give Vessel of

09:39AM 20   Opportunity volunteers who may have both contract claims and

09:39AM 21   other types of claims arising out of the spill the opportunity,

09:39AM 22   at least, to join into the B-1 bundle and/or the B-3 bundle, so

09:39AM 23   that they don't have to worry about any prejudice in terms of

09:39AM 24   claim splitting.

09:39AM 25           THE COURT:  All right.  Do you know, or maybe I should

09:39AM 1    ask Mr. Langan if he knows, either of you, the cases that

09:39AM 2    Mr. Langan's mentioned, the 16 or 20 cases, whatever they are,

09:39AM 3    what types of claims are those?  Are they contract claims?

09:39AM 4         MR. LANGAN:  Your Honor, of the, I believe it's 16,

09:40AM 5    Vessel of Opportunity cases that are before the Panel, I believe

09:40AM 6    they are almost exclusively contract allegations under the

09:40AM 7    charter agreements and alleged underpayments under those.  Of

09:40AM 8    course, we have a different view on the facts, but that's the

09:40AM 9    allegation.

09:40AM 10         THE COURT:  Right.  I understand.  Thank you.

09:40AM 11         Does anybody else need to say anything on that?

09:40AM 12         Status of the pending state cases.

09:40AM 13         MR. LANGAN:  Andy Langan for BP, Your Honor.

09:40AM 14         Not much has changed since last month.  We believe

09:40AM 15    there are about 15 DEEPWATER HORIZON related cases still pending

09:40AM 16    in state court.  We continue to seek to coordinate and cooperate

09:40AM 17    on discovery, with the assistance of Your Honor and

09:40AM 18    Special Master McGovern.

09:40AM 19         One thing that has happened since the last status

09:40AM 20    is, on February 1st, BP renewed a motion before the Texas state

09:40AM 21    court MDL panel seeking the consolidation and coordination of a

09:41AM 22    number of Texas state court cases before that panel.  We don't

09:41AM 23    have a ruling on the application itself, but the Texas MDL panel

09:41AM 24    had issued a stay of seven cases pending its decision on whether

09:41AM 25    to consolidate and coordinate or not.  We see that as a positive

09:41AM  1    sign, but time will tell.

09:41AM  2         THE COURT:  I'll just mention for everyone's benefit, as

09:41AM  3    I had mentioned to you in our earlier conference, Mr. Langan,

09:41AM  4    that since the last in-court status conference, I did send a

09:41AM  5    letter to all the known state court judges who had pending state

09:41AM  6    court claims that were BP oil spill related cases, and I

09:41AM  7    basically just introduced myself and introducing

09:41AM  8    Professor McGovern to them and asking them to work with them in

09:41AM  9    terms of trying to coordinate what we're doing and what they are

09:41AM 10    doing.

09:41AM 11         I did get the response from several of the judges

09:42AM 12    in Harris County, Texas, that their cases had now been stayed

09:42AM 13    pending what you just said, the decision -- is there an MDL panel

09:42AM 14    there?

09:42AM 15         MR. LANGAN:  Yes, there is, Your Honor.  I think

09:42AM 16    Mr. Francis McGovern may have had something to do with it, as I

09:42AM 17    recall; I mean, that is, the creation of it originally.

09:42AM 18         THE COURT:  All right.  Thank you.  Anybody need to say

09:42AM 19    anything else on this issue?

09:42AM 20         I will state, too, again going back to the report

09:42AM 21    of the number of pending cases, while we have something short of

09:42AM 22    400 BP-related cases currently pending, it's a little deceptive

09:42AM 23    or misleading because, as we all know, there are thousands of

09:42AM 24    claims that are asserted in those various cases.  So the pure

09:43AM 25    number of cases is a little misleading as to the magnitude of the

09:43AM 1    scope of what we're all dealing with here.

09:43AM 2              Moving on, Number 4, status of MDL 2185 in Houston.

09:43AM 3         MR. LANGAN:   Andy Langan for BP, Your Honor.

09:43AM 4              Just to build on our written report a little bit,

09:43AM 5    essentially, the pleadings are being settled in the three strands

09:43AM 6    of cases in MDL 2185, that is, the derivative cases, securities,

09:43AM 7    and ERISA.  So amended pleadings have been filed.  Responsive

09:43AM 8    pleadings are due over the next six, eight weeks.

09:43AM 9              Then, in addition to the settling of the pleadings,

09:43AM 10   BP has stipulated with the plaintiffs' counsel in each of the

09:43AM 11   three groups of cases regarding access to things like BP's

09:43AM 12   document production in this proceeding, 2179, as well as access

09:43AM 13   to depositions.

09:43AM 14             In fact, we have been working closely with our

09:44AM 15   counsel and the plaintiffs' counsel in MDL 2185 to invite them to

09:44AM 16   the 2179 depositions.  They have been attending.  They have been

09:44AM 17   asking questions.  They've been participating.  Under your

09:44AM 18   Pretrial Orders 17 and otherwise, they have an opportunity to ask

09:44AM 19   questions and to seek more time if they think they need it.  So I

09:44AM 20   think it's working pretty well.

09:44AM 21        THE COURT:  All right.  Does anybody else want to weigh

09:44AM 22   in on that?

09:44AM 23             Yes, I appreciate the cooperation of counsel.  I

09:44AM 24   know we all spend -- you-all, myself and Judge Shushan, in

09:44AM 25   particular -- have spent a great deal of time trying to

09:44AM 1   coordinate all of this discovery, these depositions, and trying

09:44AM 2   to accommodate everybody.  I think we're all doing the best we

09:44AM 3   can under circumstances where there are just so many, in the

09:44AM 4   context of this case, there are so many different parties and

09:44AM 5   entities that want a seat at the table when a deposition is

09:45AM 6   taken, and we're trying to accommodate everyone as best we can to

09:45AM 7   hopefully preclude witnesses from having to be deposed multiple

09:45AM 8   times.

09:45AM 9          Report on insurance coverage cases.

09:45AM 10          MR. LANGAN:  Your Honor, for this purpose, I would like

09:45AM 11   to introduce my colleague, BP's coverage counsel,

09:45AM 12   Mr. David Goodwin, of the Covington firm.

09:45AM 13          THE COURT:  Very well.  Good morning.

09:45AM 14          MR. GOODWIN:  Good morning, Your Honor.

09:45AM 15          The insurance dispute, as the Court may be aware

09:45AM 16   from the status conference statement, involves $750 million of

09:45AM 17   insurance coverage issued to Transocean as the named insured,

09:45AM 18   covering BP as an additional insured.

09:45AM 19          The Transocean insurers filed coverage actions in

09:45AM 20   the Southern District of Texas seeking a declaration that the

09:45AM 21   insurance coverage that they provide to BP as an additional

09:46AM 22   insured is limited to the scope of the indemnity that Transocean

09:46AM 23   agreed to give BP in the drilling contract.

09:46AM 24          BP's position is that that is wrong as a matter of

09:46AM 25   law; that there is a Texas Supreme Court case from three years

09:46AM 1    ago and a Fifth Circuit case from two years ago that rejects that

09:46AM 2    position.  At some point quite early, BP would like to move for

09:46AM 3    summary judgment.  We believe it's a pure legal issue the Court

09:46AM 4    can adjudicate quite simply.

09:46AM 5         In addition, the immediate issues on top of that

09:46AM 6    are, one, the -- one of the two cases, the *Ranger* case, was

09:46AM 7    administratively stayed when the conditional transfer order was

09:46AM 8    issued.  The parties agree that it should be unstayed.

09:46AM 9         Two, the parties agree that the two insurance cases

09:46AM 10   should be consolidated.

09:46AM 11        Three, the parties don't believe that the insurance

09:46AM 12   cases fit within any pleading bundle before this Court, and we

09:47AM 13   respectfully would like the Court to create a new pleading bundle

09:47AM 14   just for the insurance cases.

09:47AM 15        Four, we have an issue of who is going to be in

09:47AM 16   those cases, because MOEX and Anadarko -- MOEX has moved for

09:47AM 17   leave to intervene in the cases; Anadarko has indicated that it

09:47AM 18   wouldn't move for leave to intervene.

09:47AM 19        I think the parties to the cases do not dispute

09:47AM 20   that they ought to be parties, they ought to be -- the motion for

09:47AM 21   intervention ought to be granted, but reserve their rights as to

09:47AM 22   whether those two entities are actually entitled to insurance.

09:47AM 23        Finally, of the immediate things, the

09:47AM 24   counter-defendants in one of the lawsuits, who are referred to as

09:47AM 25   the *marine package insurers*, who paid $560 million for the damage

09:48AM 1   to the DEEPWATER HORIZON hull, have attempted to file a

09:48AM 2   counterclaim for subrogation against BP.  They filed it an hour

09:48AM 3   or two after Judge Atlas stayed the case in which they filed it,

09:48AM 4   so we're fairly certain they just need to refile it, and then BP

09:48AM 5   would plan to move to dismiss on the ground that there was not

09:48AM 6   only a subrogation waiver in the drilling contract, but, in

09:48AM 7   addition, one can't subrogate against one's own insured under

09:48AM 8   governing Texas law.  Texas law governs these insurance policies.

09:48AM 9          On top of all of that, the insurers and BP plan to

09:48AM 10  meet over the coming months to develop a discovery plan and

09:48AM 11  expect to report back to the Court on that at the next status

09:48AM 12  conference.

09:48AM 13         THE COURT:  All right.  I'm not quite clear.  Are you

09:48AM 14  asking me to rule on these pending motions, the motions you've

09:48AM 15  mentioned, the motion to intervene, the motion to consolidate,

09:49AM 16  and I guess there is a motion to unstay one case, now, or do you

09:49AM 17  want to do that as part of a CMO that you plan to present?

09:49AM 18         MR. GOODWIN:  I think it would be simplest to do it as

09:49AM 19  part of a CMO, rather than make Your Honor write a new set of

09:49AM 20  orders.  But I think that we would like to -- as part of that

09:49AM 21  proposed CMO, to have a separate pleading bundle for the

09:49AM 22  insurance cases.  Then, we also will need to, again, ask the

09:49AM 23  Court for a hearing date for a motion to dismiss the counterclaim

09:49AM 24  and for a motion for summary judgment on the complaint.

09:49AM 25         I should add, Your Honor, I didn't mention, BP has

09:49AM 1    a counterclaim against the insurers for a declaration of

09:49AM 2    coverage, which presents more complicated issues; but, BP's

09:49AM 3    position is that its right to coverage does not turn on whether

09:50AM 4    BP or any other entity was negligent or grossly negligent, that

09:50AM 5    you buy insurance to cover that, so that the trial that the Court

09:50AM 6    has scheduled for early next year would not affect BP's right to

09:50AM 7    coverage.

09:50AM 8         THE COURT:  All right.  Does anybody else want to speak

09:50AM 9    to this?

09:50AM 10        MR. ROY:  Yes, Your Honor.  Jim Roy, PSC.

09:50AM 11        Your Honor, regardless of how the Court proceeds,

09:50AM 12   with a separate bundle for the insurance matters or otherwise,

09:50AM 13   the PSC is keenly interested in the nature and extent of

09:50AM 14   insurance and any discovery that's associated with insurance

09:50AM 15   coverage across the board, and I suspect other parties are, as

09:50AM 16   well.

09:50AM 17        So, if there is going to be a CMO that addresses

09:50AM 18   discovery issues relative to any insurance, we certainly want to

09:50AM 19   be a part of that, to at least monitor it, if nothing else.

09:50AM 20        THE COURT:  Right.  In fact, as I mentioned earlier to

09:50AM 21   liaison counsel, that I had had a brief discussion about that

09:51AM 22   issue with Magistrate Judge Shushan yesterday or this morning --

09:51AM 23   I think it was actually earlier this morning -- and asked her to

09:51AM 24   take that up with you-all this afternoon, or after this, when

09:51AM 25   she's meeting with you, because it seems to me that we shouldn't

09:51AM 1   have to engage in a lot of back and forth paper discovery just to

09:51AM 2   produce whatever insurance policies may be applicable in this

09:51AM 3   case.

09:51AM 4           So we need to find a way, if it takes an order,

09:51AM 5   whatever it takes, to just order everybody to produce their

09:51AM 6   insurance policies, you know, insurance agreements, indemnity

09:51AM 7   agreements, contracts, those things.  After all, Rule 26 requires

09:51AM 8   that you produce that without even being asked, so I don't see

09:51AM 9   why that should be an issue.

09:51AM 10          MR. ROY:  Thank you, Your Honor.

09:51AM 11          MR. ROBERTS:  Your Honor, Steve Roberts for Transocean.

09:52AM 12          I just wanted to advise the Court that once the

09:52AM 13  pleading dust settles for MOEX and, potentially, Anadarko coming

09:52AM 14  in, Transocean is likely to move to stay the dispute involving

09:52AM 15  insurance in favor of arbitration.

09:52AM 16          The contract between Transocean and BP calls for

09:52AM 17  arbitration.  We believe that disputes involving our insurance

09:52AM 18  coverage and the extent to which BP would be entitled to our

09:52AM 19  insurance coverage would be a contractual dispute properly

09:52AM 20  subject to arbitration.

09:52AM 21          So we have a very keen interest, obviously, in BP's

09:52AM 22  attempts to obtain or attack our insurance tower for its own

09:52AM 23  purposes.  I just wanted to let the Court know, before we get too

09:52AM 24  far down the road with separate bundles and separate discovery

09:52AM 25  tracks, that we will be intervening in that aspect of the case to

09:52AM 1   seek arbitration.

09:52AM 2           THE COURT:  Sure, I understand.  Thank you very much,

09:52AM 3   Mr. Roberts.

09:53AM 4           MR. ROBERTS:  Thank you.

09:53AM 5           MR. MCLEOD:  Good morning, Your Honor.  Marty McLeod and

09:53AM 6   George Gilly for Transocean's excess underwriters.

09:53AM 7           Obviously, we strongly disagree with BP's position

09:53AM 8   with respect to the legal issues in the case, and the cases that

09:53AM 9   he cited are certainly factually distinguishable.

09:53AM 10          We also disagree with the nature and scope of

09:53AM 11  discovery.  Their position is, is that they would like to move

09:53AM 12  for summary judgment quickly.  Our position is, is that there

09:53AM 13  needs to be fact discovery, document exchange.  We would like to

09:53AM 14  depose BP's contract personnel because that implicates the scope

09:53AM 15  and nature of coverage.

09:53AM 16          In addition, it's our position that any

09:53AM 17  determination on any of the insurance coverage issues should be

09:53AM 18  decided only after the combination fault/limitation trial, just

09:53AM 19  as in any other case.  The reason is, is because although their

09:53AM 20  position is that BP's gross negligence would not affect the

09:53AM 21  policy interpretation, our position is that it could.  In fact,

09:53AM 22  in connection with BP's obligation to indemnify Transocean in

09:53AM 23  this case, they've taken the position that Transocean's alleged

09:53AM 24  breach of contract or other fault might invalidate those

09:54AM 25  indemnity obligations, and all of that would obviously affect

09:54AM 1   insurance coverage, as well.

09:54AM 2               That being said, we conducted a conference call on

09:54AM 3   Wednesday to try to discuss the issues.  We're going to draft a

09:54AM 4   CMO that we'll submit to BP within one week; and, then, hopefully

09:54AM 5   by the next status conference on March 25, I think it is, we'll

09:54AM 6   be able to have this issue resolved.  Thank you.

09:54AM 7               THE COURT:  All right.  Thank you.

09:54AM 8               MR. MALONEY:  Thank you, Your Honor.  Just for a

09:54AM 9   moment --

09:54AM 10              I'm Mike Maloney.  I represent Ranger in the *Ranger*

09:54AM 11  declaratory judgment against BP.

09:54AM 12              We concur with the excess underwriters regarding

09:54AM 13  the position on coverage, but we think that what we ought to do

09:54AM 14  is, as explained, get together, work on a case management order

09:54AM 15  that we submit to the Court as to how we ought to develop these

09:54AM 16  issues.

09:54AM 17              THE COURT:  I agree with you fully.  Thank you.

09:54AM 18              MR. MALONEY:  Thank you for your time, Your Honor.

09:54AM 19              THE COURT:  Sure.

09:54AM 20              MS. KIRBY:  Your Honor, Ky Kirby on behalf of Anadarko

09:54AM 21  and MOEX.

09:54AM 22              Both of my clients independently have other

09:55AM 23  insurance counsel, but they have asked me to convey their

09:55AM 24  position that, to the extent there is discovery that is

09:55AM 25  overlapping in the MDL currently going on, e.g., who is liable,

09:55AM 1    what kind of liability is it, is it gross negligence, and that

09:55AM 2    overlaps in the insurance coverage litigation, that there should

09:55AM 3    not be permitted separate tracks on that particular segment of

09:55AM 4    the discovery so that we can avoid the duplicativeness. Thank

09:55AM 5    you.

09:55AM 6        THE COURT: Thank you. Anybody else?

09:55AM 7        MR. MCLEOD: Marty McLeod for Transocean excess

09:55AM 8    underwriters' position.

09:55AM 9            In terms of the discovery issue and gross

09:55AM 10   negligence, we agree. We're fully prepared to abide by the

09:55AM 11   current discovery.

09:55AM 12       THE COURT: Mr. McLeod, is your policy one of these

09:55AM 13   eroding policies, by the way?

09:55AM 14       MR. MCLEOD: Yes, sir, it is.

09:55AM 15       THE COURT: You represent Lloyd's?

09:56AM 16       MR. MCLEOD: We represent four layers of excess

09:56AM 17   insurance for Transocean. Those policies total $750 million.

09:56AM 18   There is one extra layer above our four layers. Our clients are

09:56AM 19   various U.S. underwriters and, also, various Lloyd's syndicates.

09:56AM 20       THE COURT: Thank you.

09:56AM 21           Anybody else need to say anything regarding the

09:56AM 22   pending insurance cases?

09:56AM 23           All right. Does somebody want to report on the

09:56AM 24   status of written and deposition discovery?

09:56AM 25       MR. HAYCRAFT: Yes, Your Honor. Don Haycraft for BP.

09:56AM  1          As Your Honor is aware, depositions are ongoing;

09:56AM  2  and, as a matter of fact, a witness is being deposed today across

09:56AM  3  the street.

09:56AM  4          To date, 12 witnesses have been deposed, including

09:56AM  5  today's witness.  11 of those have been BP witnesses, and one

09:57AM  6  nonparty witness, ModuSpec USA, has been deposed.

09:57AM  7          On the written discovery side, as Your Honor can

09:57AM  8  see, in excess of two million documents have been produced thus

09:57AM  9  far, and document production is a rolling production and ongoing;

09:57AM 10  but, quite an impressive document production has been

09:57AM 11  established.

09:57AM 12          As you can see, BP has certainly fulfilled its

09:57AM 13  discovery responsibilities and continues to do so.

09:57AM 14          We're meeting, as you know, with Judge Shushan on a

09:57AM 15  weekly basis, and we'll be meeting with her after this conference

09:57AM 16  to establish depositions not only every day set aside in March,

09:57AM 17  but April and May and going forward.  So it's a very arduous

09:57AM 18  process, but being conducted in a most professional and diligent

09:58AM 19  manner.

09:58AM 20          THE COURT:  Have you-all started double tracking yet,

09:58AM 21  the depositions?

09:58AM 22          MR. HAYCRAFT:  Yes.  In fact, yesterday two depositions

09:58AM 23  were going on simultaneously.  Two different BP witnesses were

09:58AM 24  being deposed in two different rooms across the street.  Going

09:58AM 25  forward in March, we are double tracking depositions.  I'm sure

09:58AM  1   this afternoon we'll be talking further about that; but, yes,

09:58AM  2   Your Honor.

09:58AM  3          THE COURT:  Great.  Does anybody else want to say

09:58AM  4   anything on this issue?

09:58AM  5          Obviously, we try to, again, make this work as

09:58AM  6   smoothly and as efficiently as possible.  Originally, the Court

09:58AM  7   was trying to keep most of the depositions of fact witnesses to

09:58AM  8   one-day depositions, but that became impossible with the large

09:58AM  9   number of parties who wanted in on the depositions.

09:58AM 10          As a consequence, we decided that it was going to

09:59AM 11   be necessary to double or perhaps even triple track depositions

09:59AM 12   simultaneously, if we're going to finish the depositions in time

09:59AM 13   to let everyone be prepared for this trial, which is just about

09:59AM 14   one year away right now, which, again, sounds like a long time,

09:59AM 15   but those of you in this business know it's not a long time at

09:59AM 16   all considering the volume of work that has to be done.

09:59AM 17          I do really appreciate, and I know Judge Shushan

09:59AM 18   does, too, the continued cooperation of counsel in this regard.

09:59AM 19          Okay, next is BOP testing status.  Mr. Underhill is

09:59AM 20   not here, but he has sent a duly qualified replacement.

09:59AM 21   Mr. O'Rourke, right?

09:59AM 22          MR. O'ROURKE:  Yes, Steve O'Rourke for the

09:59AM 23   United States.

09:59AM 24          THE COURT:  Good morning.

09:59AM 25          MR. O'ROURKE:  Good morning.

09:59AM  1          So, last month Mr. Underhill reported to you that

10:00AM  2  the BOP testing was planned to be finished by the first week of

10:00AM  3  March, and I'm able to report that that still remains the plan;

10:00AM  4  so, a week from today to complete all the BOP testing, barring

10:00AM  5  any significant bumps in the road.

10:00AM  6          The report of the testing, as we reported last

10:00AM  7  month, would be out a few weeks later.  The current estimate --

10:00AM  8  or the current request from the JIT to the contractor is for the

10:00AM  9  20th, March 20th, for the report to come out.

10:00AM 10          THE COURT:  Would that be made available to the parties

10:00AM 11  at that time?

10:00AM 12          MR. O'ROURKE:  That's my understanding, yes.

10:00AM 13          There is always a potential for some delay.  You

10:00AM 14  know, just in the interest of a disclaimer, there is always a

10:00AM 15  chance of some delay, the expected government shutdown, for

10:00AM 16  example; but, for right now, we have the plan of a week from

10:00AM 17  today --

10:00AM 18          THE COURT:  We may all be shut down.

10:01AM 19          MR. O'ROURKE:  Obviously, that would be beyond our

10:01AM 20  control.

10:01AM 21          So unless anybody else wants to add anything, I

10:01AM 22  could move on to the cement testing.

10:01AM 23          THE COURT:  Mr. Roy.

10:01AM 24          MR. ROY:  Yes, sir.

10:01AM 25          Your Honor, just to perpetuate a record of our

10:01AM 1    conversation this morning among liaison counsel and coordinating

10:01AM 2    counsel, it's our understanding and appreciation that within the

10:01AM 3    next week or so, we're going to have full copies of all

10:01AM 4    photographs, video and other media from the testing and

10:01AM 5    observation that's been done to date on the BOP.

10:01AM 6         THE COURT:  Yes.  This is what Mr. Underhill stated last

10:01AM 7    month, as I recall, that those things would be made available as

10:01AM 8    soon as possible to all counsel, all interested parties, even in

10:01AM 9    advance of the formal written report coming out; is that correct,

10:01AM 10   Mr. O'Rourke?

10:01AM 11        MR. O'ROURKE:  We're still trying to arrange for the

10:01AM 12   production of that type of information prior to the report.  I

10:02AM 13   think there was an aborted attempt to use a share point site, and

10:02AM 14   now it's turned into the defendants will pay the contractor to

10:02AM 15   burn them hard drives of this information.  I don't understand

10:02AM 16   there to be any dispute about this; it's just a question of

10:02AM 17   dotting the I's and crossing the T's --

10:02AM 18        THE COURT:  When will that be done?

10:02AM 19        MR. O'ROURKE:  I can't give you a specific date.  I

10:02AM 20   think that they are, you know, working as hard as they can on

10:02AM 21   that issue and the BOP testing and the cement testing all at the

10:02AM 22   same time.

10:02AM 23        I would imagine these hard drives can be burned in

10:02AM 24   a week or two, is my understanding.  The JIT has said that they

10:02AM 25   are willing to issue whatever orders for the contractor that they

10:02AM 1    need to, to make that happen.

10:02AM 2         THE COURT:  I would just ask you to pass on a message

10:02AM 3    from the Court, as I've asked Mr. Underhill in the past, how

10:02AM 4    important all of this is, that this stay on track and get done

10:02AM 5    and this information be made available to the interested parties

10:02AM 6    as soon as possible.

10:03AM 7         MR. O'ROURKE:  I will do that.

10:03AM 8         THE COURT:  Does anybody else want to weigh in on this?

10:03AM 9    Thank you, Mr. O'Rourke.

10:03AM 10        You want to talk about the cement testing?

10:03AM 11        MR. O'ROURKE:  Yes, sir.  So last month's report on the

10:03AM 12   cement testing was that we couldn't find anybody to work for us;

10:03AM 13   but, in the intervening month, we've located a contractor who's

10:03AM 14   expressed a willingness.

10:03AM 15        THE COURT:  You may have more problems if the government

10:03AM 16   shuts down.  You won't be able to pay them.

10:03AM 17        MR. O'ROURKE:  Well, I'm not going to guarantee that

10:03AM 18   he's going to work for us, but we are trying to let the contract

10:03AM 19   within the next week or two.  So let's suggest a date of about

10:03AM 20   two weeks from now we'll have the contractor, hopefully.

10:03AM 21        The JIT is finalizing the testing protocols.  We've

10:03AM 22   got protocol recommendations from --

10:03AM 23        THE COURT:  You keep using the term "JIT."  Just for my

10:03AM 24   benefit and everybody else, you're talking about JIT, Joint

10:03AM 25   Investigative Team?

10:03AM 1          MR. O'ROURKE:  That's right, Your Honor.  Thank you.

10:03AM 2              So they're finalizing the testing protocols based

10:03AM 3     on comments received from the interested parties.

10:03AM 4              Once we have the contractor and the protocols,

10:04AM 5     we're going to have to come back to you for permission to do the

10:04AM 6     testing because it's evidence that would be subject to Pretrial

10:04AM 7     Order Number 1.

10:04AM 8          THE COURT:  Any sense at all of how long this might take

10:04AM 9     once you have a contract in place?

10:04AM 10         MR. O'ROURKE:  I don't think it -- it's a matter of

10:04AM 11    weeks after the contract --

10:04AM 12         THE COURT:  Not months?

10:04AM 13         MR. O'ROURKE:  I believe that's correct.  Just to

10:04AM 14    clarify, the BOP testing is a separate track.  The cement isn't

10:04AM 15    going to delay that at all.

10:04AM 16         THE COURT:  Sure.

10:04AM 17         MR. O'ROURKE:  So that's the report.  After the testing

10:04AM 18    is done, the data will be provided to the interested parties.

10:04AM 19             So I would say that's the report on the cement

10:04AM 20    testing.  Unless other people want to talk about that, I would

10:04AM 21    leap frog down to Number 10 quickly, because there is another

10:04AM 22    issue there related to the JIT.

10:04AM 23         THE COURT:  Well, let's see if anybody else wants to say

10:04AM 24    anything about either the BOP testing or -- well, we've moved on

10:04AM 25    from that -- the cement testing in particular?  Okay.

10:04AM 1              All right.  You want to talk about something

10:04AM 2 related to Number 10?

10:05AM 3         MR. O'ROURKE:  Yes, sir.

10:05AM 4         THE COURT:  Go ahead.

10:05AM 5         MR. O'ROURKE:  I don't think this is very controversial.

10:05AM 6              One of the proposed motions filed by the

10:05AM 7 United States is for permission for relief from your preservation

10:05AM 8 order to do some testing of some rocks, the rocks that were found

10:05AM 9 on the DAMON BANKSTON.

10:05AM 10        THE COURT:  Rocks.  As I understand, these are rocks

10:05AM 11 that were somehow found on the deck of a vessel after the

10:05AM 12 casualty?

10:05AM 13        MR. O'ROURKE:  Yes, sir.

10:05AM 14        THE COURT:  They are trying to compare or figure out

10:05AM 15 where these rocks came from, essentially, whether they came from

10:05AM 16 the wellbore or not?

10:05AM 17        MR. O'ROURKE:  That's right.

10:05AM 18        THE COURT:  They are going to compare these to drill

10:05AM 19 cuttings?

10:05AM 20        MR. O'ROURKE:  That's right.

10:05AM 21              So it is destructive, some of it is destructive

10:05AM 22 testing; and, therefore, we need your permission to do it.

10:05AM 23              None of the parties have opposed that motion.  I

10:05AM 24 only bring it up now because it is the third line of testing.

10:05AM 25 The BOP, the cement and the rocks are all going forward in

10:05AM  1    tandem.

10:05AM  2            THE COURT:  Since you brought that up, let me ask if

10:05AM  3    anybody -- nobody has filed any objections, to your knowledge, to

10:05AM  4    your motion, right?

10:06AM  5            MR. O'ROURKE:  That's correct, sir.

10:06AM  6            THE COURT:  Does anybody want to say anything in

10:06AM  7    response to that motion regarding the rocks and the drill

10:06AM  8    cuttings?

10:06AM  9            MR. HERMAN:  Steve Herman for the plaintiffs.

10:06AM 10                We don't have any objection to the testing.  We

10:06AM 11    just want complete documentation with photographs and diagrams

10:06AM 12    and test results, just like with all the other protocols.

10:06AM 13            THE COURT:  I think there is protocol, and the order

10:06AM 14    provides for that, right, Mr. O'Rourke?

10:06AM 15            MR. O'ROURKE:  Right.  The protocol is -- one of the

10:06AM 16    exhibits to the motion is the protocols.

10:06AM 17            THE COURT:  Anybody else?

10:06AM 18            MR. O'ROURKE:  If I may just add, the name of the ship

10:06AM 19    is the DAMON BANKSTON.

10:06AM 20            THE COURT:  Did you submit a proposed order with your

10:06AM 21    motion?

10:06AM 22            MR. O'ROURKE:  Yes, sir.

10:06AM 23            THE COURT:  Hearing no objection, I will sign that order

10:06AM 24    today, okay?

10:06AM 25            MR. O'ROURKE:  Thank you.

10:06AM 1          THE COURT:  Thank you.

10:06AM 2              I know we skipped over Number 9, and we'll talk

10:06AM 3      about that in a minute; but, since we got into Number 10, there

10:06AM 4      are actually three other pending motions regarding preservation

10:06AM 5      of evidence obligations.  The government actually has a second

10:07AM 6      one, so why don't you take that up, too, Mr. O'Rourke.

10:07AM 7          MR. O'ROURKE:  Thank you.  This is Steve O'Rourke for

10:07AM 8      the United States.

10:07AM 9              Right, the United States has been preserving

10:07AM 10     samples pursuant to your order.  It's just becoming onerous and

10:07AM 11     expensive to retain samples when the holding time on these

10:07AM 12     samples has expired, and so they are of no value to chemists

10:07AM 13     anymore.

10:07AM 14         THE COURT:  Give some examples.  Samples of what?

10:07AM 15         MR. O'ROURKE:  For example, a sample of sea water.  Back

10:07AM 16     early in the spill, the National Oceanic and Atmospheric

10:07AM 17     Administration, NOAA, had ships out there taking sea water

10:07AM 18     samples, in part to see if there was oil there to respond; in

10:07AM 19     part, to see if there was oil in there to see if there would be

10:07AM 20     long-term environmental impacts.

10:07AM 21             Those samples, if they were sent to a laboratory,

10:07AM 22     were tested under standard operating procedures, and the results

10:07AM 23     we have been putting up on the Internet publicly available.  But,

10:08AM 24     after a prescribed period of time, the samples can't be analyzed

10:08AM 25     any longer because hydrocarbons are volatile, and the composition

10:08AM 1    changes, and they are not really useful anymore to double check

10:08AM 2    the results.

10:08AM 3            If you want to double check the results, you would,

10:08AM 4    instead, look to the quality assurance and quality control

10:08AM 5    programs that are in place under the protocols.

10:08AM 6            So we're moving for your permission to throw away

10:08AM 7    these samples because there are thousands of them.  They are

10:08AM 8    being held under refrigeration and are being held in big storage

10:08AM 9    bins, and they are of no real use to anybody.

10:08AM 10           We floated a list by all of the parties of specific

10:08AM 11   samples, and the samples that are in the proposed order nobody

10:08AM 12   objected to.

10:08AM 13           Then the proposed order also sets up a procedure

10:08AM 14   for us to throw away samples in the future.  If we identify a new

10:08AM 15   cache of samples that are becoming unduly burdensome to maintain,

10:08AM 16   we'll contact all the parties with a 60-day warning.  If they

10:08AM 17   don't object, your order will allow us to throw those away.  If

10:09AM 18   they do object, we'll have to come back to you.

10:09AM 19           THE COURT:  With respect to the samples that are

10:09AM 20   disposed of, you're keeping, of course, all of the documentation,

10:09AM 21   photographs, analyses and those sorts of things that have been

10:09AM 22   done.

10:09AM 23           MR. O'ROURKE:  Everything electronically or in paper to

10:09AM 24   back up the analysis that have been done and to allow the parties

10:09AM 25   to check the quality of that work.

10:09AM 1        THE COURT:  Does anybody want to speak to this?
10:09AM 2   Mr. Herman?
10:09AM 3        MR. HERMAN:  Steve Herman for the plaintiffs.
10:09AM 4        We have no objection to the government's proposed
10:09AM 5   order.  I just want to make clear, as we discussed in liaison
10:09AM 6   counsel meeting before the conference, that we are still trying
10:09AM 7   to work through issues with BP as to their similar order on
10:09AM 8   the --
10:09AM 9        THE COURT:  We haven't gotten to their orders yet.
10:09AM 10       MR. HERMAN:  I apologize.  We don't have an objection to
10:09AM 11  this one.
10:09AM 12       THE COURT:  Anybody else?  Any defendants?  No one
10:09AM 13  objects to this order?
10:10AM 14       Okay, you won both of your arguments this morning,
10:10AM 15  Mr. O'Rourke.  Tell Mr. Underhill to give you a big raise if the
10:10AM 16  government doesn't shut down.
10:10AM 17       MR. O'ROURKE:  I will tell him I'm doing better than he
10:10AM 18  is.
10:10AM 19       THE COURT:  Let's take up the two BP motions.  Who wants
10:10AM 20  to speak for those?  This is still under Number 10 on the agenda.
10:10AM 21       MR. GASAWAY:  Good morning, Your Honor, Robert Gasaway
10:10AM 22  on behalf of BP.
10:10AM 23       Let's start with the 1325 motion, which is, as the
10:10AM 24  plaintiffs suggested, very similar to the government's motion.
10:10AM 25       It's a mirror image order that we're seeking.  Like

10:10AM 1    the government's order, this is only concerned with water-based

10:10AM 2    samples.  Like the government's case, this involves

10:10AM 3    15,000 samples that are being kept at very great expense, and

10:10AM 4    they are materials that represent absolutely clear cases of

10:10AM 5    nonevidence.  All of this stuff is either duplicative or it's

10:11AM 6    left over from stuff that has been tested.  All of it is out of

10:11AM 7    date and is of no use to anybody.

10:11AM 8         As in the case of the government, we will, of

10:11AM 9    course, offer this to any party who wants to take it off our

10:11AM 10   hands.  They are welcome to it.

10:11AM 11        Then, finally, a process point.  Because the

10:11AM 12   negotiations with the government were so thorough, and because

10:11AM 13   the plaintiffs vetted that so thoroughly, we held off.  We did

10:11AM 14   not insert ourselves in those discussions.  We just submitted a

10:11AM 15   mirror image order without talking about it afterward.  As the

10:11AM 16   plaintiffs have suggested, that compressed the time frame, and so

10:11AM 17   they really didn't have as much of a chance to talk to us about

10:11AM 18   our 15,000-item list.

10:11AM 19        We did provide a sworn declaration that said all of

10:11AM 20   the criteria with respect to the government samples are met here,

10:11AM 21   left over, duplicative, out of date, nonevidence; but, out of

10:11AM 22   deference to them, we had a number of conversations this morning

10:11AM 23   in chambers and out here.  What we're going to do is we're going

10:11AM 24   to make our expert available for a conversation, give them some

10:11AM 25   more information, just get them more comfortable with this, and

10:12AM 1   then hopefully come back to you next month with a greater level

10:12AM 2   of comfort on their part, to be honest, and get the similar order

10:12AM 3   entered.

10:12AM 4           So no action on Item Number 1325 for today from

10:12AM 5   BP's perspective.

10:12AM 6           THE COURT:  Who wants to speak to this?  Anybody?  Is

10:12AM 7   this something Mr. Breit is handling, I think, right?  Are you

10:12AM 8   involved in that, Jeffrey?

10:12AM 9       MR. BREIT:  Your Honor, Jeffrey Breit for the plaintiff

10:12AM 10  steering committee.

10:12AM 11          We're actually dealing with the second BP motion.

10:12AM 12  We understand that there are discussions ongoing on this.  What

10:12AM 13  they have indicated on this, discussions continue until our next

10:12AM 14  status conference.

10:12AM 15      THE COURT:  So when you-all complete your discussion,

10:12AM 16  you'll be in a position to submit a proposed order to the Court?

10:12AM 17      MR. BREIT:  Yes, sir.

10:12AM 18      THE COURT:  Either at or before the next status

10:12AM 19  conference, correct?

10:12AM 20      MR. BREIT:  Hopefully before.

10:12AM 21      THE COURT:  Why don't you talk about your other motion.

10:13AM 22      MR. GASAWAY:  Thank you, Your Honor.

10:13AM 23          This is the second one up there, the 1338 motion.

10:13AM 24  This involves 184 equipment items that are urgently needed by the

10:13AM 25  Marine Well Containment Company.  That's the company we talked

10:13AM 1   about in connection with the November 19th order that's going to

10:13AM 2   provide a generalized spill response, for the benefit not only of

10:13AM 3   its members, but, really, anybody who is drilling in the Gulf.

10:13AM 4            For purposes of getting the Gulf back to work, they

10:13AM 5   set a hard deadline of February 28th.  They said, we need to have

10:13AM 6   the capability available for use by February 28th.  We really

10:13AM 7   want to hit that deadline.

10:13AM 8            So, as things developed after our November 19th

10:13AM 9   order, they looked around at BP's equipment, and they pointed to

10:13AM 10  some other items and said, we'd like to have that so we can have

10:13AM 11  the greatest capability possible available for use by

10:13AM 12  February 28th.  Now, that's Monday.

10:13AM 13           Now, February 28th availability for use does not

10:13AM 14  mean actual use.  All of these 184 equipment items are still

10:13AM 15  going to be sitting in the same warehouse.  They are still going

10:14AM 16  to be sitting in the same condition.  But what they want is a

10:14AM 17  change in legal status from a legal hold status -- where they are

10:14AM 18  now, do not use for any purpose -- to a legal hold status with

10:14AM 19  one caveat, do not use for any purpose except if -- and this

10:14AM 20  event is not going to happen, it's not expected to happen, there

10:14AM 21  is no possibility realistic that we foresee it -- but in case

10:14AM 22  there were a demand by the Marine Well Containment Company, they

10:14AM 23  want that equipment's availability to them to trump the legal

10:14AM 24  hold status.

10:14AM 25           Mr. Breit has been very understanding of that, has

10:14AM 1    worked with us very collegially with this.  We've made a number

10:14AM 2    of accommodations on both sides.

10:14AM 3            We've agreed to provide them with their full

10:14AM 4    inspection rights.  We've agreed to extend that to two weeks,

10:14AM 5    expedite photographs of all 184 items which have now reached

10:14AM 6    Mr. Breit, and also give him an opportunity to confirm that this

10:14AM 7    stuff is not evidence.  We believe he will; but, in the event

10:15AM 8    that he should have a different view on that and think it should

10:15AM 9    be preserved as evidence, we have said that we will not change it

10:15AM 10   at all unless the Marine Well Containment Company actually needs

10:15AM 11   it for actual use, which we don't expect.

10:15AM 12           So this has been a little bit of a dance of

10:15AM 13   combining two things, preservation of evidence and availability

10:15AM 14   for use as of Monday.  Mr. Breit has worked very helpfully with

10:15AM 15   us, and we think we've gotten to a place where we're all agreed

10:15AM 16   to how we can go forward.

10:15AM 17       MR. BREIT:  Jeffrey Breit for the plaintiff steering

10:15AM 18   committee.

10:15AM 19           The only caveat to that, Your Honor, is it's our

10:15AM 20   understanding that all of these items are going to be held for

10:15AM 21   two weeks, that we get to look at them, our experts get to look

10:15AM 22   at them if we want to; but, if we put a hold on any item, and

10:15AM 23   right now our concern is with certain subsea connectors and

10:15AM 24   hoses, if we put a hold on them, they are going to hold them

10:15AM 25   subject to any blowout in the Gulf.

10:15AM 1          So all of these items can be used by them in the

10:16AM 2   event of a blowout, unless, of course, we have a hold on them for

10:16AM 3   some other reason, at which point in time they'll advise us that

10:16AM 4   they need the specific items that have the hold, and then we'll

10:16AM 5   confer and make sure that we can get it out to the Gulf if it's

10:16AM 6   needed.

10:16AM 7          Other than that, we have two weeks to do our

10:16AM 8   inspections, and we plan on telling them whether or not anything

10:16AM 9   needs to be held after that time.

10:16AM 10          THE COURT:  So am I hearing that you're okay with their

10:16AM 11   proposed order?

10:16AM 12          MR. BREIT:  I'm okay with their proposed order as it was

10:16AM 13   amended, I believe, to extend the discovery for our experts for

10:16AM 14   two weeks, and with the understanding that if we put a hold on an

10:16AM 15   item, they will hold it subject to an emergency.

10:16AM 16          THE COURT:  That sounds like what they wanted.  I

10:16AM 17   haven't seen the order, so why don't you-all make sure the order

10:16AM 18   is in proper form and make sure we get it, and I'll sign it.

10:16AM 19          MR. BREIT:  They submitted an order to us last evening,

10:16AM 20   and so I wanted to make sure this morning that we're all on the

10:16AM 21   same page first.

10:16AM 22          THE COURT:  Kat, do you know if we have it?

10:16AM 23          THE LAW CLERK:  I don't have it yet, but I'll get it --

10:16AM 24          MR. BREIT:  We will get it to you.

10:17AM 25          THE COURT:  Thanks.

10:17AM 1           I guess we should back up to Number 9, local

10:17AM 2   voluntary government master complaint and short-form joinder

10:17AM 3   issue.

10:17AM 4           MR. STRANGE:  Your Honor, Luther Strange, coordinating

10:17AM 5   counsel for the states, and from Alabama.

10:17AM 6           As we discussed in our prehearing conference, this

10:17AM 7   is an issue of importance certainly to my state of Alabama, and

10:17AM 8   it's simply that if there are local taxing bodies or

10:17AM 9   municipalities who are not represented by counsel, we just want

10:17AM 10  to provide them with the option to be able to sign the short

10:17AM 11  form, join the master complaint.

10:17AM 12          The only issue that we really have, we want to

10:17AM 13  accommodate the parties, but we are mindful of the April 20th

10:17AM 14  date to join the limitation.  So we're hearing a lot about that

10:18AM 15  in my state, and I suspect the other states, and so we'll work

10:18AM 16  with the parties to see if we can make progress on that issue.

10:18AM 17          THE COURT:  Thank you.

10:18AM 18          Anybody else want to speak to this right now?

10:18AM 19  Mr. Roy, go ahead.

10:18AM 20          MR. ROY:  Your Honor, as the pleadings that were filed

10:18AM 21  make it abundantly clear, the proposed master complaint for local

10:18AM 22  is a voluntary, purely voluntary.  It's not obligatory.

10:18AM 23          We want to also add to General Strange's comments

10:18AM 24  that we have had -- what precipitated this was a number of

10:18AM 25  inquiries that were brought to us about whether or not, actually,

10:18AM 1    the B-1 short form could be used.  Our advice to them was

10:18AM 2    probably not, which is what precipitated the whole issue of a

10:18AM 3    separate master complaint that's purely voluntarily for any local

10:18AM 4    government that wanted to avail itself of it.

10:19AM 5              As Your Honor knows, this morning in liaison

10:19AM 6    conference, we, at your suggestion, agreed to meet with BP's

10:19AM 7    counsel and anyone else who wanted to meet to confer next week to

10:19AM 8    hopefully be able to submit you what we hope will address any

10:19AM 9    remaining issues.

10:19AM 10             The primary issue, as we appreciated it, was the

10:19AM 11   request on the part of the defendants to have it be a superseding

10:19AM 12   complaint, and we believe that that can be addressed.

10:19AM 13             In discussion with Cameron's counsel, we believe

10:19AM 14   that we have got at least an understanding there at this time,

10:19AM 15   subject to wordsmithing, that a deeming order to cause the

10:19AM 16   defendants to only have to respond one time to one issue through

10:19AM 17   the master complaint on these issues may very well satisfy them;

10:19AM 18   but, we'll report to the Court next week.

10:19AM 19             THE COURT:  All right.

10:19AM 20             MR. KING:  Your Honor, Henry King on behalf of the

10:20AM 21   Parish of Plaquemines.  As you know, we're not yet a party.  We

10:20AM 22   haven't filed a complaint, but we have filed a statement of

10:20AM 23   interest.

10:20AM 24             Other than the people who perished from this

10:20AM 25   tragedy, the United States and the State of Louisiana, I think

10:20AM 1  the Parish of Plaquemines has probably the most severe impact

10:20AM 2  from the oil spill.  We don't want to be part of in any fashion a

10:20AM 3  master complaint.  We feel our damages are so immense that we

10:20AM 4  should be --

10:20AM 5       THE COURT:  You don't have to.  You understand, at least

10:20AM 6  what's been proposed, as I read it, would not require you to be

10:20AM 7  part of that.

10:20AM 8       MR. KING:  So long as that extends that we would not be

10:20AM 9  burdened with any common benefit fee and that the --

10:20AM 10       THE COURT:  Well, you know, you're jumping ahead by

10:20AM 11  leaps and bounds.  We are nowhere near dealing with common

10:20AM 12  benefit fees.

10:20AM 13        So all we're talking about, Mr. King, just so

10:20AM 14  everybody will understand, at the request of some local

10:21AM 15  governments, there seems to be an interest in having a simplified

10:21AM 16  way that, if they wish to, they can join this litigation without

10:21AM 17  incurring a lot of additional expense, attorney's fees or

10:21AM 18  whatever, at this time, and by filing some sort of a short-form

10:21AM 19  joinder, just as individuals and corporations and businesses can

10:21AM 20  do now.  That's what's been proposed, but there are issues that

10:21AM 21  need to be worked out, and you could certainly be part of those

10:21AM 22  conversations.

10:21AM 23       MR. KING:  We appreciate that.  We understand it's

10:21AM 24  voluntary.  We also believe -- I think BP made this point in

10:21AM 25  their submission -- that since only two municipalities have, I

10:21AM 1   think, filed a complaint, that, at best, we would consider the

10:21AM 2   motion for leave premature.

10:21AM 3         THE COURT:  Understand that to the extent, if and when

10:21AM 4   you do file a claim or your client does file a claim, to the

10:22AM 5   extent there are common factual and legal issues, which it seems

10:22AM 6   to me there certainly will be, that has to be coordinated with

10:22AM 7   the parties who are already in the case, and we're not going to

10:22AM 8   duplicate efforts that incur unnecessary expense and effort here.

10:22AM 9         MR. KING:  We certainly, in our brief, said that we

10:22AM 10  certainly appreciate that fact, Judge.

10:22AM 11        THE COURT:  Thank you, Mr. King.

10:22AM 12        MR. KING:  Thank you.

10:22AM 13        MR. MILLER:  Your Honor, Kerry Miller on behalf of

10:22AM 14  Transocean.

10:22AM 15        We actually filed a response of BP and Halliburton

10:22AM 16  saying that maybe this issue was premature, and I know we had a

10:22AM 17  good discussion about it in chambers among liaison counsel.

10:22AM 18        I think you had both an administrative issue, as

10:22AM 19  has been pointed out, and maybe a substantive issue to deal with,

10:22AM 20  too, but that's down the road.

10:22AM 21        I want to ask Mr. Strange, when we get back

10:22AM 22  together next week on this issue, that it might be helpful if we

10:22AM 23  had an idea as to who we were talking about.  It just might help

10:22AM 24  the process work a little smoother; how many, you know, where are

10:23AM 25  they coming from, those kind of things, so that we have an idea

10:23AM 1    as to what we're dealing with.

10:23AM 2           THE COURT:  Sure.

10:23AM 3                Mr. Strange, did you want to say anything in

10:23AM 4    follow-up to any of that?

10:23AM 5           MR. STRANGE:  We'll be happy --

10:23AM 6           THE COURT:  By the way, for the benefit of the Tulane

10:23AM 7    students and the audience, turn around, Mr. Strange, and show

10:23AM 8    them your Tulane tie.

10:23AM 9           MR. STRANGE:  At the risk of being too much of a

10:23AM 10   politician, Judge, I did want to welcome these fine Tulane

10:23AM 11   students as an alum, parent alum.

10:23AM 12               I'll be happy to work with the parties, as I said

10:23AM 13   before, on that.  I don't, at this time, know, Judge, what the

10:23AM 14   number we're talking about, but our plan is, because we received

10:23AM 15   so many inquiries, is to make sure our municipalities know their

10:23AM 16   options so they can make a decision for themselves.  So we'll

10:23AM 17   learn that number.

10:23AM 18          THE COURT:  Thank you very much.

10:23AM 19          MR. COSSICH:  Your Honor --

10:23AM 20          THE COURT:  I'm sorry.  I didn't want to cut anybody

10:23AM 21   off.  Yes.

10:23AM 22          MR. COSSICH:  Phil Cossich, PSC, Your Honor.

10:24AM 23               With regards to the Plaquemines Parish government,

10:24AM 24   I represent the Plaquemines Parish district attorney for his

10:24AM 25   civil penalties claim, as well as the Plaquemines Parish

10:24AM  1    sheriff's office for his claim.

10:24AM  2            The sheriff will be using the short form if it is

10:24AM  3    made available; and, the district attorney, who has most likely

10:24AM  4    the largest claim in Plaquemines Parish for his civil penalties,

10:24AM  5    will probably use it, as well.  In fact, we have been instructed

10:24AM  6    to use it.

10:24AM  7            THE COURT:  Very well.  Then definitely you ought to be

10:24AM  8    part of this conversation that's going to go on, too.

10:24AM  9            Anybody else on that issue?

10:24AM 10            Number 11, we didn't have it separately labeled as

10:24AM 11    GCCF.  I don't know if Mr. Haycraft wants to say anything

10:24AM 12    specific to the GCCF.  Just generally, is there anything new to

10:24AM 13    report?

10:24AM 14            MR. HAYCRAFT:  No, Your Honor.

10:24AM 15            THE COURT:  Okay.  The Court, several weeks ago, after I

10:25AM 16    issued an order pertaining to the GCCF, I invited supplemental

10:25AM 17    briefing on the issue of compliance with the Oil Pollution Act,

10:25AM 18    and that briefing was just due a few days ago.  The Court has

10:25AM 19    received extensive additional briefing, which I will take under

10:25AM 20    consideration and act on in due course.  Does anybody want to say

10:25AM 21    anything in particular about that?

10:25AM 22            Let's move on to Number 12, pending pretrial order

10:25AM 23    regarding documents produced by BP in the Texas City litigation.

10:25AM 24            MR. HERMAN:  Steve Herman for the plaintiffs,

10:25AM 25    Your Honor.

10:25AM 1          THE COURT:  Is this the hard drive that was deftly

10:25AM 2  handed off to you, Mr. Herman?

10:25AM 3          MR. HERMAN:  Yes, Your Honor.  And BP and the plaintiffs

10:25AM 4  have --

10:25AM 5          THE COURT:  It looked like a wishbone formation, I

10:26AM 6  think.  You looked you didn't want to take the handoff.  I don't

10:26AM 7  know.

10:26AM 8          MR. HERMAN:  I have, as the Court may be interested to

10:26AM 9  know, definitely handed that hard drive off to somebody else, and

10:26AM 10 now it's his responsibility.

10:26AM 11         In the meantime, BP and the plaintiffs have come to

10:26AM 12 an agreement about how to treat those files.  I don't believe any

10:26AM 13 of the other defendants have an objection.  Their interest was

10:26AM 14 just to get a copy, and the plaintiffs have agreed to give copies

10:26AM 15 to all of the other defense liaison counsel and to any other

10:26AM 16 defendants who want it.  I think we submitted a proposed order

10:26AM 17 earlier in the week.

10:26AM 18         MR. LANGAN:  Andy Langan for BP.

10:26AM 19         Yes, there is an agreed form of order that sort of

10:26AM 20 resolves the process for handling of the hard drive.  So we've

10:26AM 21 worked with the PSC, got the language down, and I think it's been

10:26AM 22 shared with all counsel.  We're happy to have Your Honor enter it

10:26AM 23 at this point.  Thank you.

10:26AM 24         THE COURT:  This is basically, as I understand it, the

10:27AM 25 documents will continue to be considered confidential, as

10:27AM 1  originally designated by the Court in Texas; and, BP reserves the

10:27AM 2  right to object to the relevance or admissibility of any

10:27AM 3  document; and, if the plaintiffs or other parties seek to

10:27AM 4  challenge, declassify or otherwise change the confidential status

10:27AM 5  of the documents, they must seek relief from either the

10:27AM 6  appropriate court in Texas or from this Court.

10:27AM 7        MR. LANGAN:  That's right.

10:27AM 8            I think, finally, they will be made available to

10:27AM 9  other parties to this litigation, which I know is something that

10:27AM 10 has been raised, and obviously that's fine.

10:27AM 11       THE COURT:  Very well.  Anybody else want to speak to

10:27AM 12 this issue?  All right.  I will sign that order.

10:27AM 13           We're on Number 13.

10:27AM 14       MR. HAYCRAFT:  Yes, Your Honor.  Don Haycraft for BP.

10:27AM 15           Number 13 is a proposed order that's being

10:27AM 16 circulated among counsel, and we've discussed it this morning in

10:28AM 17 some detail, and we'll be ready to provide a -- it's basically a

10:28AM 18 cleanup order on pretrial -- on CMO and on Pretrial Order

10:28AM 19 Number 24 and 25, where just some details need to be clarified.

10:28AM 20 We're working together to get that done, and we'll have an agreed

10:28AM 21 order probably on Monday.

10:28AM 22       THE COURT:  Okay.  Very well.  Does anybody want to

10:28AM 23 speak to this?

10:28AM 24       MR. HERMAN:  Steve Herman for the plaintiffs.

10:28AM 25           Just briefly, Your Honor, we agree with

10:28AM 1    Mr. Haycraft.  There was one issue that was brought to our

10:28AM 2    attention.  It's our understanding that everybody is in agreement

10:28AM 3    on all of the other issues, and we should have something to the

10:28AM 4    Court that's agreed to by everyone by early next week.

10:28AM 5              THE COURT:  Very well.  Thank you.

10:28AM 6              Number 14, responsive pleadings and Rule 12 motion

10:28AM 7    practice schedule.  Who wants to say anything on that?

10:28AM 8              MR. WITTMANN:  Your Honor, just briefly.  Phil Wittmann

10:29AM 9    representing Cameron.

10:29AM 10             The briefing schedule on the Rule 12 motions is due

10:29AM 11   to be completed at the end of April, and Your Honor indicated

10:29AM 12   that you would set motions for hearing in May, as soon as you

10:29AM 13   could conveniently do so.  I just wanted to make that known.

10:29AM 14             THE COURT:  I intend to entertain oral argument on those

10:29AM 15   motions.  It's just a matter of making sure we have all the

10:29AM 16   briefing in.  Then, obviously, I have to look at my schedule and

10:29AM 17   coordinate that with liaison counsel, and we'll do that.

10:29AM 18             All I can tell you, as I said this morning, I'll

10:29AM 19   certainly try to entertain oral argument as promptly as I can.  I

10:29AM 20   can't promise you when I'll be able to decide the motions.

10:29AM 21   That's a different issue.  But I'll certainly try to take them up

10:29AM 22   and decide them as reasonably promptly as possible because I know

10:29AM 23   it's important to the course of the litigation.

10:30AM 24             MR. WITTMANN:  Thank you, Judge.

10:30AM 25             MR. HAYCRAFT:  Judge, Don Haycraft for BP.

10:30AM 1          Also, in connection with the responsive pleadings

10:30AM 2  deadline of Monday, February 28th, which Mr. Wittmann was

10:30AM 3  referring to the motions to dismiss that will be filed on Monday

10:30AM 4  in connection with the local, the voluntary local governmental

10:30AM 5  master complaint and voluntary joinder issue, pleadings bundle C

10:30AM 6  would appear to be affected by that, potentiality.

10:30AM 7          Accordingly, we would request that the Court defer

10:30AM 8  responsive pleadings deadline for pleadings bundle C for 30 days

10:30AM 9  pending discussions on this voluntary governmental form --

10:30AM 10          THE COURT:  Bundle C is the governmental claims, right?

10:30AM 11          MR. HAYCRAFT:  Correct.

10:30AM 12          THE COURT:  Does anybody want to say anything about

10:30AM 13  that?

10:30AM 14          MR. ROY:  Your Honor, Jim Roy for the PSC.

10:31AM 15          As we indicated this morning in conference, PSC has

10:31AM 16  no objection to that, to allow them to commonly plead as

10:31AM 17  necessary.  Hopefully, next week we'll be able to come back to

10:31AM 18  you with the local government voluntary form and master

10:31AM 19  complaint, so they'll be dealing with their individual and the

10:31AM 20  master.

10:31AM 21          THE COURT:  Mr. Haycraft, why don't you or someone on

10:31AM 22  behalf of the defendants submit a joint motion of some sort -- it

10:31AM 23  sounds like no one is going to oppose that -- just to temporarily

10:31AM 24  amend that part of the existing pretrial order with respect to

10:31AM 25  bundle C only, okay?

10:31AM 1      MR. HAYCRAFT:  Yes, I will.  Thank you.

10:31AM 2      THE COURT:  I'll sign that, okay?

10:31AM 3          This somewhat ties in to the next issue, which is

10:31AM 4  State of Alabama's proposed amended complaint.  I think we had

10:31AM 5  issued an order saying that the defendants did not have to

10:31AM 6  respond to Alabama's existing original complaint because it was

10:32AM 7  the intention of the State of Alabama to file a proposed amended

10:32AM 8  complaint.  General Strange?

10:32AM 9      MR. STRANGE:  Yes, Your Honor.  Luther Strange.

10:32AM 10         We do plan to file an amended complaint.  It will

10:32AM 11 probably not be next week due to some ongoing negotiations, but

10:32AM 12 we're mindful of the need to get it filed.  We will notify the

10:32AM 13 defendants in advance, hopefully several days before we file it;

10:32AM 14 but, I hope that will happen by the end of maybe the week after

10:32AM 15 next.

10:32AM 16     THE COURT:  Very well.

10:32AM 17     MR. STRANGE:  Thank you, Your Honor.

10:32AM 18     THE COURT:  Thank you.

10:32AM 19         Anybody else need to say anything on that?

10:32AM 20         Number 16, where are we with Transocean's

10:32AM 21 Rule 14(c) pleading, etcetera?

10:32AM 22     MR. MILLER:  Kerry Miller on behalf of Transocean.

10:32AM 23         Your Honor, last Friday, February 18th, the

10:32AM 24 14(c) tenders were filed involving a number of parties.  The

10:32AM 25 parties that were the recipients of the 14(c) tenders owe

10:32AM 1    responses under the current scheduling order on March 18th.  That

10:33AM 2    would be responses, crossclaims, and any additional third-party

10:33AM 3    claims that they would want to bring would be due that day

10:33AM 4    according to the scheduling order.

10:33AM 5         Your Honor, in terms of the schedule we're

10:33AM 6    operating under, you mentioned we're only a year away from the

10:33AM 7    trial; and, while that seems like a long way away, it's really

10:33AM 8    not.  I would ask the defendants who were the recipients of the

10:33AM 9    14(c) tenders to accept service of process or waive service of

10:33AM 10   process of the 14(c) tenders.

10:33AM 11        If any defendant has an issue with that -- and I

10:33AM 12   don't think the event defendants do, I think they indicated to

10:33AM 13   Your Honor they would go ahead and waive, but if any other

10:33AM 14   defendants do, perhaps the defendants that dealt with the

10:33AM 15   response, they should contact me, and we'll try and work

10:33AM 16   something out.  But I think it's important to get those pleadings

10:33AM 17   on file pursuant to the schedule.

10:33AM 18        THE COURT:  I agree with that.  As was mentioned earlier

10:33AM 19   this morning, I want to strongly encourage or request any party

10:34AM 20   who was made part of the limitation by virtue of Transocean's

10:34AM 21   filing of the Rule 14(c) tender pleading to accept service so we

10:34AM 22   can continue moving on procedurally with this litigation.

10:34AM 23        If there is any reason why any party feels they

10:34AM 24   cannot accept service, they need to let Mr. Miller know right

10:34AM 25   away, so he can take it from there.

10:34AM 1                    Does anybody else need to talk about that?

10:34AM 2                    Number 17, this is an issue dealing with -- it came

10:34AM 3          to the Court's attention recently when I started looking at

10:35AM 4          the -- I try every few days or so to at least glance at the

10:35AM 5          electronic docket sheet and try to keep up with what's being

10:35AM 6          filed in the case.

10:35AM 7                    I noticed the other day that there were a number of

10:35AM 8          people filing something called *consent and joinders*, and I really

10:35AM 9          had no idea what that was at first.  I thought that they were

10:35AM 10         these short-form joinders relating to master complaints, and I

10:35AM 11         was a little concerned because those are not supposed to be filed

10:35AM 12         in 2179, as most people should know.

10:35AM 13                   It turns out there were people who were opting into

10:35AM 14         this litigation that's listed in Number 17, which is a collective

10:35AM 15         action under the Fair Labor Standards Act.  I'm talking about now

10:35AM 16         the first case, 11-241, *Altier v. Worley*.

10:36AM 17                   Apparently, these are claims brought by former or

10:36AM 18         on behalf of former insurance adjusters working for Worley Claims

10:36AM 19         Service after the casualty, who are alleging that they were not

10:36AM 20         paid overtime as allegedly required by the Fair Labor Standards

10:36AM 21         Act.  Of course, those types of claims are not Rule 23 class

10:36AM 22         actions.  They are collective actions where people have to opt in

10:36AM 23         instead of opting out.

10:36AM 24                   The second case filed by the same party against the

10:36AM 25         same defendant, 11-242, appears to me to be a more traditional

10:36AM 1   Rule 23 class action alleging somehow, again, that these folks

10:36AM 2   were not paid properly pursuant to their contract.

10:36AM 3            I'm also understanding, and I forget the name of

10:36AM 4   the case -- Mr. Haycraft reminded me of it this morning, or

10:36AM 5   Mr. Langan, one.

10:36AM 6            MR. LANGAN:  I think it's called *Schlesinger*.

10:37AM 7            THE COURT:  There's a third case that is in

10:37AM 8   Judge Lemelle's court, in this courtroom, yes.  So maybe you

10:37AM 9   might want to comment on all of that.

10:37AM 10            MR. LANGAN:  Your Honor, just a couple comments, just to

10:37AM 11   kind of repeat what we talked about in chambers with liaison

10:37AM 12   counsel.  These are new to us, so we're just getting our arms

10:37AM 13   around them.

10:37AM 14            As far as BP is concerned, I think we're named in a

10:37AM 15   couple of them.  Eventually, when we get to the merits, it will

10:37AM 16   probably be our position that they are employees of somebody

10:37AM 17   else, either our contractor or our contractor's subcontractor;

10:37AM 18   so, I don't know that we have any role here other than to invoke

10:37AM 19   indemnities.

10:37AM 20            Having said all of that, procedurally, we're just

10:37AM 21   fine having those cases heard as part of 2179 by Your Honor.  I

10:37AM 22   mean, there is some logic to it.  We're happy to proceed and talk

10:37AM 23   with plaintiffs' counsel and the PSC about is this another

10:37AM 24   bundle, or just what is it.

10:38AM 25            We probably need a little bit of time to sort

10:38AM 1   through that, so, perhaps, on the 25th of March, we can come

10:38AM 2   back, having spoken to counsel for Worley, perhaps, and counsel

10:38AM 3   for the plaintiffs, and come to Your Honor with some suggestions

10:38AM 4   about the way forward.

10:38AM 5        THE COURT:  I think that is something I put on the

10:38AM 6   agenda, right?

10:38AM 7        MR. LANGAN:  You did.

10:38AM 8        THE COURT:  My purpose was just to start a discussion

10:38AM 9   and bring it to everyone's attention that these are filed, and we

10:38AM 10  need to start looking at them and decide what to do with them,

10:38AM 11  how they will be handled.

10:38AM 12           I don't know if there is anyone here on behalf of

10:38AM 13  the plaintiffs in those cases?

10:38AM 14       MR. LANGAN:  The only thing I was going to add is, I

10:38AM 15  think, Mr. Haycraft, my colleague, did reach out to

10:38AM 16  Judge Lemelle's chambers just to mention that there were related

10:38AM 17  cases before Your Honor.

10:38AM 18       MR. TSEKERIDES:  Your Honor, Ted Tsekerides.

10:38AM 19           We represent O'Brien's, who is a defendant in that

10:38AM 20  *Schlesinger* case.  We don't represent them in that case.

10:38AM 21           As we discussed this morning, that is not before

10:38AM 22  the Court.  It's before Judge Lemelle.  We haven't really had a

10:39AM 23  discussion with the client about whether they want that to be in

10:39AM 24  the MDL.  I think the best way to proceed -- I know BP's

10:39AM 25  position, but I think we should have a discussion with

10:39AM 1   Mr. Haycraft and Mr. Langan, and then maybe bring something to
10:39AM 2   the Court if there's a decision made on that.
10:39AM 3          THE COURT:  With whoever the counsel are who represent
10:39AM 4   the plaintiffs in those cases, too.
10:39AM 5          MR. TSEKERIDES:  Correct.
10:39AM 6          THE COURT:  I haven't had a chance to have any
10:39AM 7   discussions with Judge Lemelle either.  Maybe I'll wait to hear
10:39AM 8   from you-all before I talk to Judge Lemelle, and then we can see
10:39AM 9   where we are.
10:39AM 10         MR. LANGAN:  Fine with us, Your Honor.
10:39AM 11         THE COURT:  Does anybody else need to say anything on
10:39AM 12  those?
10:39AM 13             I had a request by Dana Argroves.
10:39AM 14         MS. ARGROVES:  Yes, Your Honor.
10:39AM 15         THE COURT:  There you are.  Did you want to come
10:39AM 16  forward?
10:39AM 17         MS. ARGROVES:  I really just wanted to let everyone know
10:39AM 18  I'm from LexisNexis File & Serve, and I want to make myself
10:39AM 19  available after this conference if anybody had any questions
10:39AM 20  regarding our web site, how to use it.
10:39AM 21             I know it's covered in Pretrial Order Number 12,
10:39AM 22  but I just wanted to make sure if there are any questions in
10:40AM 23  person today.
10:40AM 24         THE COURT:  So now we know the face of LexisNexis, if
10:40AM 25  anyone needs to speak to Ms. Argroves.

10:40AM  1                    Thank you, Ms. Argroves.

10:40AM  2                    I want to remind everyone, again, it's been said

10:40AM  3    many times, of the monition date or claims deadline and filing

10:40AM  4    date in the limitation action, which is April 20, 2011.  The

10:40AM  5    limitation trial, of course, is scheduled just about exactly one

10:40AM  6    year from now, to begin February 27, 2012.

10:40AM  7                    In that regard, again, I had a brief discussion

10:40AM  8    during our liaison counsel meeting this morning that I think we

10:40AM  9    all need to start thinking about a trial plan and the structure

10:41AM 10    of that trial.

10:41AM 11                    Mr. Langan, I think, offered to take the lead on

10:41AM 12    putting together a meeting --

10:41AM 13                    MR. LANGAN:  Yes, Your Honor.

10:41AM 14                    THE COURT:  -- among counsel to -- and I suggested that

10:41AM 15    you invite Professor McGovern to, perhaps, see if he can assist

10:41AM 16    you-all in that regard, and sometime over the next month put

10:41AM 17    together some sort of at least beginning outlines of a trial

10:41AM 18    plan, okay?

10:41AM 19                    MR. LANGAN:  Yes, Your Honor.

10:41AM 20                    THE COURT:  Does anybody need to say anything on that?

10:41AM 21    Thank you.

10:41AM 22                    I think we've covered everything that's on the

10:41AM 23    agenda, except to say that the next status conference here in

10:41AM 24    court will be Friday, March 25, 2011, at 9:30 central time.  I

10:42AM 25    haven't decided yet if we'll be back in my courtroom or in this

10:42AM 1   courtroom.  If I get some sense, if we need this much space, we

10:42AM 2   can certainly try to ask Judge Lemelle to let us use his

10:42AM 3   courtroom, again, if he's not using it.  So it will either be in

10:42AM 4   my courtroom on the second floor or up here.

10:42AM 5           If anybody has anything else on any other matters

10:42AM 6   that they want to bring up or need to bring up at this time, now

10:42AM 7   is your chance.  I see no takers.

10:42AM 8           I want to thank everyone, not only for being here,

10:42AM 9   but particularly liaison counsel and steering committee members.

10:42AM 10  Beyond that, I know there are a large number of lawyers who are

10:42AM 11  involved in working on this case in terms of discovery and

10:42AM 12  depositions and experts and testing and everything else that's

10:43AM 13  going on, and I want to just express the Court's appreciation for

10:43AM 14  counsel continuing to be cooperative with each other and with the

10:43AM 15  Court.

10:43AM 16          Particularly in this type of litigation, because of

10:43AM 17  the scope and size of this litigation, the number of parties and

10:43AM 18  the schedule that we are all operating under, I think it's

10:43AM 19  absolutely necessary that everyone cooperate with each other,

10:43AM 20  continue to be civil with each other, and, to the extent problems

10:43AM 21  arise, which I know they will from time to time, meet and confer,

10:43AM 22  and then if you can't solve them yourself, bring them to my

10:43AM 23  attention.

10:43AM 24          We are having these monthly meetings.

10:43AM 25  Judge Shushan, I know, is meeting with you-all weekly with regard

10:43AM 1   to discovery issues.  That's going to continue for the

10:43AM 2   foreseeable future.  Beyond those meetings, she or I or both of

10:44AM 3   us are available pretty much at any time if any urgent issues

10:44AM 4   arise that need to be dealt with, either by phone or impromptu

10:44AM 5   conferences.

10:44AM 6                    Again, I thank everyone for coming, and I think

10:44AM 7   Judge Shushan will meet with you-all following this conference.

10:44AM 8   Thank you very much.

10:44AM 9            THE DEPUTY CLERK:  All rise.

10          (WHEREUPON, at 10:44 a.m. the proceedings were

11   concluded.)

12                                *    *    *

13

14

15                         REPORTER'S CERTIFICATE

16

17       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Registered Professional Reporter, Certified Court
     Reporter of the State of Louisiana, Official Court Reporter for
18   the United States District Court, Eastern District of Louisiana,
     do hereby certify that the foregoing is a true and correct
19   transcript, to the best of my ability and understanding, from the
     record of the proceedings in the above-entitled and numbered
20   matter.

21

                                    s/Cathy Pepper
22                                  Cathy Pepper, CRR, RMR, CCR
                                    Official Court Reporter
23                                  United States District Court

24

25

**$**

**$560** [1] - 20:25
**$750** [2] - 19:16, 26:17

**0**

**04111** [1] - 5:7

**1**

**1** [1] - 32:7
**10** [4] - 32:21, 33:2, 35:3, 37:20
**10-MD-2179** [1] - 1:6
**100** [2] - 2:8, 2:18
**1000** [2] - 2:11, 6:13
**10003** [1] - 2:21
**10153** [1] - 6:21
**10:44** [1] - 61:10
**11** [2] - 27:5, 48:10
**11-241** [1] - 55:16
**11-242** [1] - 55:25
**1100** [2] - 2:24, 5:13
**12** [7] - 8:20, 14:12, 27:4, 48:22, 51:6, 51:10, 58:21
**1201** [1] - 5:25
**1221** [1] - 5:20
**13** [3] - 8:5, 50:13, 50:15
**1325** [2] - 37:23, 39:4
**1331** [1] - 6:4
**1338** [1] - 39:23
**14** [1] - 51:6
**14(C** [1] - 8:23
**14(c** [6] - 53:21, 53:24, 53:25, 54:9, 54:10, 54:21
**15** [1] - 16:15
**15,000** [1] - 38:3
**15,000-item** [1] - 38:18
**16** [5] - 8:6, 14:17, 16:2, 16:4, 53:20
**1601** [1] - 1:24
**1665** [1] - 6:4
**17** [3] - 18:18, 55:2, 55:14
**1700** [1] - 5:25
**18** [2] - 8:7, 14:15
**184** [3] - 39:24, 40:14, 41:5
**188** [1] - 3:4
**18th** [2] - 53:23, 54:1
**19** [1] - 8:8
**19th** [2] - 40:1, 40:8
**1st** [1] - 16:20

**2**

**20** [3] - 1:5, 16:2, 59:4
**2000** [1] - 7:8
**20005** [1] - 5:4
**20006** [1] - 6:10
**20044** [1] - 3:22
**2007** [1] - 6:8
**201** [1] - 6:25
**2010** [1] - 1:5
**2011** [5] - 1:7, 9:1, 10:2, 59:4, 59:24
**2012** [1] - 59:6
**2020** [1] - 6:9
**20th** [2] - 29:9, 43:13
**2179** [4] - 18:12, 18:16, 55:12, 56:21
**2185** [3] - 18:2, 18:6, 18:15
**2185**......................
........... [1] - 8:7
**23** [3] - 2:18, 55:21, 56:1
**23510** [1] - 2:12
**24** [1] - 50:19
**25** [6] - 1:7, 9:1, 10:2, 25:5, 50:19, 59:24
**255** [1] - 2:15
**25th** [2] - 14:3, 57:1
**26** [2] - 8:9, 23:7
**2615** [1] - 2:4
**27** [1] - 59:6
**28** [1] - 8:10
**28th** [5] - 40:5, 40:6, 40:12, 40:13, 52:2
**2929** [1] - 7:4

**3**

**3** [1] - 2:8
**30** [1] - 52:8
**300** [1] - 4:24
**30th** [2] - 14:11, 14:19
**31** [1] - 8:11
**3102** [1] - 2:24
**316** [1] - 3:7
**32502** [1] - 3:8
**33** [1] - 8:12
**33134** [1] - 2:15
**3450** [1] - 7:14
**35** [1] - 8:13
**357** [1] - 14:6
**36013** [1] - 3:14
**36130** [1] - 4:5
**365** [1] - 7:8
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 5:12

**39201** [1] - 3:4
**397** [1] - 14:5

**4**

**4** [2] - 2:7, 18:2
**400** [1] - 17:22
**4000** [1] - 6:13
**4160** [1] - 3:14
**42ND** [1] - 7:4
**43** [1] - 8:14
**4500** [1] - 5:20
**48** [2] - 8:16, 8:17

**5**

**50** [1] - 8:19
**500** [2] - 7:14, 7:21
**5000** [1] - 4:21
**501** [2] - 3:10, 4:5
**504** [1] - 7:22
**51** [1] - 8:20
**510** [1] - 4:11
**519** [1] - 3:17
**53** [2] - 8:22, 8:23
**546** [1] - 5:17
**55** [1] - 8:24
**556** [1] - 1:18
**58** [1] - 8:25
**589-7779** [1] - 7:22
**59** [1] - 9:1

**6**

**60-day** [1] - 36:16
**600** [1] - 3:7
**601** [1] - 2:4
**60654** [1] - 4:25
**655** [1] - 5:4

**7**

**700** [1] - 2:21
**70037** [1] - 2:18
**701** [2] - 4:8, 4:21
**70113** [1] - 1:21
**70130** [5] - 2:5, 4:9, 5:17, 7:9, 7:21
**70139** [1] - 4:22
**70163** [1] - 5:13
**70170** [1] - 6:25
**70433** [1] - 4:12
**70502** [1] - 1:18
**70601** [1] - 3:11
**70726** [1] - 3:18
**75219** [1] - 2:24
**75270** [1] - 5:25

**7611** [1] - 3:22
**767** [1] - 6:21
**77002** [2] - 6:13, 7:15
**77010** [2] - 5:21, 6:4
**77019** [1] - 7:4
**777** [1] - 3:4
**78257** [1] - 2:8

**8**

**820** [1] - 1:21
**8397** [1] - 2:18

**9**

**9** [3] - 14:10, 35:2, 43:1
**999** [1] - 2:11
**9:30** [2] - 9:2, 59:24
**9:3O** [1] - 1:7

**A**

**a.m** [1] - 61:10
**A.M** [1] - 1:7
**abide** [1] - 26:10
**ability** [1] - 61:19
**able** [7] - 25:6, 29:3, 31:16, 43:10, 44:8, 51:20, 52:17
**aborted** [1] - 30:13
**above-entitled** [1] - 61:19
**ABRAMSON** [1] - 2:3
**absolutely** [2] - 38:4, 60:19
**abundantly** [1] - 43:21
**accept** [3] - 54:9, 54:21, 54:24
**access** [2] - 18:11, 18:12
**accommodate** [5] - 10:15, 10:18, 19:2, 19:6, 43:13
**accommodations** [1] - 41:2
**according** [1] - 54:4
**accordingly** [1] - 52:7
**Act** [3] - 48:17, 55:15, 55:21
**act** [1] - 48:20
**ACT**...........................
........... [1] - 8:16
**acting** [1] - 11:25
**action** [4] - 39:4, 55:15, 56:1, 59:4
**ACTION** [1] - 1:6
**actions** [3] - 19:19,

55:22
**ACTIONS** [1] - 1:8
**active** [1] - 14:6
**actual** [2] - 40:14, 41:11
**add** [5] - 21:25, 29:21, 34:18, 43:23, 57:14
**addition** [5] - 13:25, 18:9, 20:5, 21:7, 24:16
**additional** [7] - 12:22, 14:2, 19:18, 19:21, 45:17, 48:19, 54:2
**address** [1] - 44:8
**addressed** [1] - 44:12
**addresses** [1] - 22:17
**adjudicate** [1] - 20:4
**adjusters** [1] - 55:18
**Administration** [1] - 35:17
**administrative** [1] - 46:18
**administratively** [1] - 20:7
**admissibility** [1] - 50:2
**advance** [2] - 30:9, 53:13
**advice** [1] - 44:1
**advise** [2] - 23:12, 42:3
**affect** [3] - 22:6, 24:20, 24:25
**affected** [1] - 52:6
**afternoon** [2] - 22:24, 28:1
**agenda** [2] - 37:20, 57:6, 59:23
**AGENDA** [1] - 8:3
**ago** [4] - 20:1, 48:15, 48:18
**agree** [6] - 20:8, 20:9, 25:17, 26:10, 50:25, 54:18
**agreed** [9] - 19:23, 41:3, 41:4, 41:15, 44:6, 49:14, 49:19, 50:20, 51:4
**agreement** [2] - 49:12, 51:2
**agreements** [3] - 16:7, 23:6, 23:7
**ahead** [4] - 33:4, 43:19, 45:10, 54:13
**AL** [3] - 1:25, 3:14, 4:5
**ALABAMA** [1] - 4:3
**Alabama** [4] - 11:23, 43:5, 43:7, 53:7
**Alabama's** [2] - 53:4, 53:6

**ALABAMA'S** [1] - 8:22
**ALAN** [1] - 6:3
**Alan** [1] - 13:7
**ALHAMBRA** [1] - 2:15
**ALL** [1] - 1:8
**ALLAN** [1] - 4:8
**allegation** [1] - 16:9
**allegations** [2] - 14:25, 16:6
**alleged** [2] - 16:7, 24:23
**allegedly** [1] - 55:20
**alleging** [2] - 55:19, 56:1
**ALLEN** [4] - 3:12, 7:4, 7:14, 7:17
**allow** [3] - 36:17, 36:24, 52:16
**almost** [1] - 16:6
**ALPHONSO** [1] - 3:3
**ALSO** [1] - 7:11
**Altier** - 55:16
**ALTIER** [1] - 8:24
**alum** [2] - 47:11
**amend** [1] - 52:24
**amended** [5] - 18:7, 42:13, 53:4, 53:7, 53:10
**AMENDED** [1] - 8:22
**AMERICA** [7] - 3:20, 4:14, 4:14, 4:15, 4:16, 4:18, 4:19
**AMERICAN** [1] - 2:4
**Anadarko** [5] - 13:4, 20:16, 20:17, 23:13, 25:20
**ANADARKO** [2] - 6:6, 6:7
**analyses** [1] - 36:21
**analysis** [1] - 36:24
**analyzed** [1] - 35:24
**AND** [7] - 5:10, 6:8, 6:19, 8:5, 8:9, 8:14, 8:20
**ANDREW** [1] - 4:24
**Andy** [5] - 12:21, 13:23, 16:13, 18:3, 49:18
**ANTONIO** [1] - 2:8
**apologize** [1] - 37:10
**appear** [1] - 52:6
**APPEARANCES** [7] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**applicable** [1] - 23:2
**application** [1] - 16:23
**appreciate** [4] - 18:23, 28:17, 45:23, 46:10
**appreciated** [1] - 44:10

**appreciation** [2] - 30:2, 60:13
**appropriate** [2] - 14:16, 50:6
**APRIL** [1] - 1:5
**April** [4] - 27:17, 43:13, 51:11, 59:4
**arbitration** [4] - 23:15, 23:17, 23:20, 24:1
**arduous** [1] - 27:17
**Argroves** [3] - 58:13, 58:25, 59:1
**ARGROVES** [2] - 58:14, 58:17
**argument** [3] - 14:19, 51:14, 51:19
**arguments** [1] - 37:14
**arise** [2] - 60:21, 61:4
**arising** [2] - 15:13, 15:21
**arms** [1] - 56:12
**arrange** [1] - 30:11
**aside** [1] - 27:16
**aspect** [1] - 23:25
**asserted** [1] - 17:24
**asserting** [1] - 15:18
**assist** [1] - 59:15
**assistance** [1] - 16:17
**associated** [1] - 22:14
**assurance** [1] - 36:4
**AT** [2] - 4:11, 9:1
**Atlas** [1] - 21:3
**Atmospheric** [1] - 35:16
**attack** [1] - 23:22
**attempt** [1] - 30:13
**attempted** [1] - 21:1
**attempts** [1] - 23:22
**attend** [1] - 10:19
**attending** [1] - 18:16
**attention** [4] - 51:2, 55:3, 57:9, 60:23
**ATTORNEY** [1] - 4:3
**attorney** [2] - 47:24, 48:3
**attorney's** [1] - 45:17
**ATTORNEYS** [1] - 4:11
**audience** [2] - 11:14, 47:7
**avail** [1] - 44:4
**availability** [3] - 40:13, 40:23, 41:13
**available** [11] - 29:10, 30:7, 31:5, 35:23, 38:24, 40:6, 40:11, 48:3, 50:8, 58:19, 61:3
**AVENUE** [6] - 1:21,

2:24, 3:17, 4:5, 6:21, 6:25
**avoid** [1] - 26:4
**aware** [3] - 14:13, 19:15, 27:1

# B

**B-1** [4] - 14:24, 15:1, 15:22, 44:1
**B-3** [1] - 15:22
**B406** [1] - 7:21
**banishing** [1] - 13:12
**BANKSTON** [2] - 33:9, 34:19
**BARBIER** [1] - 1:11
**BARON** [1] - 2:23
**BARR** [2] - 3:7, 12:12
**Barr** [1] - 12:12
**barring** [1] - 29:4
**BARROW** [2] - 7:3, 13:6
**Barrow** [1] - 13:6
**based** [2] - 32:2, 38:1
**basis** [1] - 27:15
**BAYLEN** [1] - 3:7
**BEASLEY** [1] - 3:12
**became** [1] - 28:8
**BECK** [3] - 5:19, 5:19, 12:25
**Beck** [1] - 12:25
**becoming** [2] - 35:10, 36:15
**BEFORE** [1] - 1:11
**begin** [1] - 59:6
**beginning** [1] - 59:17
**behalf** [9] - 10:18, 25:20, 37:22, 44:20, 46:13, 52:22, 53:22, 55:18, 57:12
**BELLE** [1] - 2:18
**benefit** [6] - 17:2, 31:24, 40:2, 45:9, 45:12, 47:6
**Berrigan's** [1] - 10:12
**BERTAUT** [1] - 5:16
**best** [5] - 19:2, 19:6, 46:1, 57:24, 61:19
**better** [2] - 15:15, 37:17
**between** [1] - 23:16
**beyond** [3] - 29:19, 60:10, 61:2
**big** [2] - 36:8, 37:15
**BINGHAM** [1] - 6:8
**bins** [1] - 36:9
**bit** [3] - 18:4, 41:12, 56:25
**BLAYNE** [1] - 3:17

**blowout** [2] - 41:25, 42:2
**board** [1] - 22:15
**BOCKIUS** [1] - 6:12
**bodies** [1] - 43:8
**BOP** [9] - 8:10, 28:19, 29:2, 29:4, 30:5, 30:21, 32:14, 32:24, 33:25
**BOUNDS** [1] - 1:23
**bounds** [1] - 45:11
**BOX** [3] - 1:17, 3:14, 3:22
**BP** [50] - 4:14, 4:14, 4:15, 4:16, 4:17, 4:18, 4:19, 8:18, 12:19, 12:20, 12:21, 12:22, 13:24, 16:13, 16:20, 17:6, 17:22, 18:3, 18:10, 19:18, 19:21, 19:23, 20:2, 21:2, 21:4, 21:9, 21:25, 22:4, 23:16, 23:18, 25:4, 25:11, 26:25, 27:5, 27:12, 27:23, 37:7, 37:19, 37:22, 39:11, 45:24, 46:15, 48:23, 49:3, 49:11, 49:18, 50:1, 50:14, 51:25, 56:14
**BP's** [14] - 18:11, 19:11, 19:24, 22:2, 22:6, 23:21, 24:7, 24:14, 24:20, 24:22, 39:5, 40:9, 44:6, 57:24
**BP-related** [1] - 17:22
**breach** [1] - 24:24
**Breit** [7] - 12:14, 39:7, 39:9, 40:25, 41:6, 41:14, 41:17
**BREIT** [10] - 2:10, 2:10, 12:14, 39:9, 39:17, 39:20, 41:17, 42:12, 42:19, 42:24
**BRIAN** [1] - 3:7
**Brian** [1] - 12:12
**brief** [3] - 22:21, 46:9, 59:7
**briefed** [1] - 14:17
**briefing** [5] - 48:17, 48:18, 48:19, 51:10, 51:16
**briefly** [2] - 50:25, 51:8
**bring** [7] - 33:24, 54:3, 57:9, 58:1, 60:6, 60:22
**BROAD** [1] - 3:10
**BROADWAY** [1] - 2:21

**Brock** [1] - 12:22
**BROCK** [2] - 7:18, 12:23
**brought** [4] - 34:2, 43:25, 51:1, 55:17
**BUDD** [1] - 2:23
**build** [1] - 18:4
**BUILDING** [2] - 2:4, 2:8
**bumps** [1] - 29:5
**bundle** [13] - 14:24, 15:1, 15:22, 20:12, 20:13, 21:21, 22:12, 52:5, 52:8, 52:10, 52:25, 56:24
**bundles** [1] - 23:24
**burdened** [1] - 45:9
**burdensome** [1] - 36:15
**BURLING** [1] - 5:6
**burn** [1] - 30:15
**burned** [1] - 30:23
**business** [1] - 28:15
**businesses** [1] - 45:19
**buy** [1] - 22:5
**BY** [38] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:17, 2:20, 2:23, 3:3, 3:7, 3:10, 3:13, 3:16, 3:21, 4:4, 4:8, 4:20, 4:24, 5:3, 5:6, 5:12, 5:16, 5:19, 5:23, 6:3, 6:9, 6:12, 6:20, 6:24, 7:3, 7:7, 7:13, 7:23, 7:23, 8:17

# C

**CA** [1] - 5:7
**cache** [1] - 36:15
**CALLED** [1] - 10:4
**Calvin** [1] - 12:18
**CALVIN** [1] - 3:16
**CAMERON** [1] - 5:15
**Cameron** [3] - 12:25, 13:9, 51:9
**Cameron's** [1] - 44:13
**CAMP** [1] - 4:8
**CANAL** [2] - 7:8, 7:8
**cannot** [1] - 54:24
**capability** [2] - 40:6, 40:11
**CAPITOL** [1] - 3:4
**CARL** [1] - 1:11
**CARMELITE** [1] - 5:16
**CARONDELET** [1] - 5:17

**case** [24] - 19:4, 19:25, 20:1, 20:6, 21:3, 21:16, 23:3, 23:25, 24:8, 24:19, 24:23, 25:14, 38:2, 38:8, 40:21, 46:7, 55:6, 55:16, 55:24, 56:4, 56:7, 57:20, 60:11

**cases** [37] - 14:3, 14:5, 14:16, 14:17, 14:22, 16:1, 16:2, 16:5, 16:12, 16:15, 16:22, 16:24, 17:6, 17:12, 17:21, 17:22, 17:24, 17:25, 18:6, 18:11, 19:9, 20:6, 20:9, 20:12, 20:14, 20:16, 20:17, 20:19, 21:22, 24:8, 26:22, 38:4, 56:21, 57:13, 57:17, 58:4

**CASES**..................... [1] - 8:8

**CASES**..................... [1] - 8:6

**casualty** [2] - 33:12, 55:19

**CATASTROPHE** [1] - 8:24

**CATHY** [1] - 7:20

**Cathy** [2] - 61:16, 61:22

**caveat** [2] - 40:19, 41:19

**CCR** [2] - 7:20, 61:22

**cement** [8] - 29:22, 30:21, 31:10, 31:12, 32:14, 32:19, 32:25, 33:25

**CEMENT** [1] - 8:11

**CENTER** [2] - 5:20, 7:14

**central** [1] - 59:24

**CENTRAL** [1] - 9:2

**CENTRE** [1] - 5:12

**certain** [2] - 21:4, 41:23

**certainly** [11] - 22:18, 24:9, 27:12, 43:7, 45:21, 46:6, 46:9, 46:10, 51:19, 51:21, 60:2

**CERTIFICATE** [1] - 61:15

**CERTIFIED** [1] - 7:20

**Certified** [2] - 61:16, 61:17

**certify** [1] - 61:18

**challenge** [1] - 50:4

**CHAMBERS** [1] - 7:3

**chambers** [4] - 38:23, 46:17, 56:11, 57:16

**chance** [4] - 29:15, 38:17, 58:6, 60:7

**change** [3] - 40:17, 41:9, 50:4

**changed** [1] - 16:14

**changes** [1] - 36:1

**CHARLES** [3] - 3:11, 6:24, 6:25

**charter** [1] - 16:7

**CHASSE** [1] - 2:18

**check** [3] - 36:1, 36:3, 36:25

**chemists** [1] - 35:12

**CHICAGO** [1] - 4:25

**CIRCLE** [1] - 2:15

**Circuit** [1] - 20:1

**circulated** [1] - 50:16

**circumstances** [1] - 19:3

**cited** [1] - 24:9

**City** [1] - 48:23

**CITY** [2] - 2:21, 8:18

**CIVIL** [1] - 1:6

**civil** [3] - 47:25, 48:4, 60:20

**claim** [7] - 15:19, 15:24, 46:4, 47:25, 48:1, 48:4

**claims** [18] - 15:1, 15:10, 15:12, 15:13, 15:18, 15:20, 15:21, 16:3, 17:6, 17:24, 52:10, 54:3, 55:17, 55:21, 59:3

**Claims** [1] - 55:18

**clarified** [1] - 50:16

**clarify** [2] - 15:7, 32:14

**CLARIFYING** [1] - 8:19

**class** [3] - 10:21, 55:21, 56:1

**cleanup** [1] - 50:18

**clear** [4] - 21:13, 37:5, 38:4, 43:21

**CLERK** [3] - 10:7, 42:23, 61:9

**client** [2] - 46:4, 57:23

**clients** [2] - 25:22, 26:18

**closely** [1] - 18:14

**CMO** [6] - 21:17, 21:19, 21:21, 22:17, 25:4, 50:18

**colleague** [2] - 19:11, 57:15

**collective** [2] - 55:14, 55:22

**collegially** [1] - 41:1

**COLSON** [2] - 2:13

**combination** [1] - 24:18

**combining** [1] - 41:13

**comfort** [1] - 39:2

**comfortable** [1] - 38:25

**coming** [5] - 21:10, 23:13, 30:9, 46:25, 61:6

**comment** [1] - 56:9

**comments** [4] - 15:4, 32:3, 43:23, 56:10

**committee** [18] - 11:20, 12:4, 12:5, 12:6, 12:7, 12:8, 12:9, 12:10, 12:11, 12:12, 12:13, 12:14, 12:15, 12:16, 12:17, 39:10, 41:18, 60:9

**committees** [1] - 11:18

**common** [3] - 45:9, 45:11, 46:5

**commonly** [1] - 52:16

**Company** [3] - 39:25, 40:22, 41:10

**COMPANY** [2] - 4:15, 6:7

**company** [1] - 39:25

**compare** [2] - 33:14, 33:18

**COMPLAINT** [1] - 8:14

**complaint** [17] - 14:25, 21:24, 43:2, 43:11, 43:21, 44:3, 44:12, 44:17, 44:22, 45:3, 46:1, 52:5, 52:19, 53:4, 53:6, 53:8, 53:10

**COMPLAINT**......... [1] - 8:22

**complaints** [1] - 55:10

**complete** [3] - 29:4, 34:11, 39:15

**completed** [1] - 51:11

**complex** [1] - 10:21

**compliance** [1] - 48:17

**complicated** [1] - 22:2

**composition** [1] - 35:25

**compressed** [1] - 38:16

**COMPUTER** [1] - 7:23

**concern** [1] - 41:23

**concerned** [3] - 38:1, 55:11, 56:14

**concluded** [1] - 61:11

**concur** [1] - 25:12

**condition** [1] - 40:16

**Conditional** [2] - 14:9, 14:12

**conditional** [3] - 13:21, 14:2, 20:7

**CONDITIONAL** [1] - 8:5

**conducted** [2] - 25:2, 27:18

**confer** [3] - 42:5, 44:7, 60:21

**CONFERENCE** [2] - 1:11, 9:1

**conference** [17] - 13:18, 17:3, 17:4, 19:16, 21:12, 25:2, 25:5, 27:15, 37:6, 39:14, 39:19, 43:6, 44:6, 52:15, 58:19, 59:23, 61:7

**conferences** [1] - 61:5

**confidential** [2] - 49:25, 50:4

**confirm** [1] - 41:6

**connection** [4] - 24:22, 40:1, 52:1, 52:4

**connectors** [1] - 41:23

**consent** [1] - 55:8

**consequence** [1] - 28:10

**consider** [1] - 46:1

**consideration** [1] - 48:20

**considered** [1] - 49:25

**considering** [1] - 28:16

**consolidate** [2] - 16:25, 21:15

**consolidated** [1] - 20:10

**consolidation** [1] - 16:21

**contact** [2] - 36:16, 54:15

**Containment** [3] - 39:25, 40:22, 41:10

**context** [1] - 19:4

**continue** [6] - 16:16, 39:13, 49:25, 54:22, 60:20, 61:1

**continued** [1] - 28:18

**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1

**continues** [1] - 27:13

**continuing** [1] - 60:14

**contract** [14] - 15:11, 15:18, 15:20, 16:3, 16:6, 19:23, 21:6, 23:16, 24:14, 24:24,

31:18, 32:9, 32:11, 56:2

**contractor** [7] - 29:8, 30:14, 30:25, 31:13, 31:20, 32:4, 56:17

**contractor's** [1] - 56:17

**contracts** [1] - 23:7

**contractual** [1] - 23:19

**control** [2] - 29:20, 36:4

**controversial** [1] - 33:5

**conveniently** [1] - 51:13

**conversation** [3] - 30:1, 38:24, 48:8

**conversations** [2] - 38:22, 45:22

**convey** [1] - 25:23

**cooperate** [2] - 16:16, 60:19

**cooperation** [2] - 18:23, 28:18

**cooperative** [1] - 60:14

**coordinate** [5] - 16:16, 16:25, 17:9, 19:1, 51:17

**coordinated** [1] - 46:6

**coordinating** [5] - 11:17, 11:22, 12:1, 30:1, 43:4

**coordination** [1] - 16:21

**copies** [2] - 30:3, 49:14

**copy** [1] - 49:14

**CORAL** [1] - 2:15

**COREY** [1] - 4:4

**CORPORATION** [4] - 4:16, 5:15, 6:6, 6:7

**corporations** [1] - 45:19

**correct** [7] - 30:9, 32:13, 34:5, 39:19, 52:11, 58:5, 61:18

**COSSICH** [2] - 2:17, 2:17, 12:16, 47:19, 47:22

**Cossich** [2] - 12:16, 47:22

**COTLAR** [1] - 1:20

**counsel** [38] - 11:17, 11:20, 11:21, 11:23, 12:1, 12:22, 14:1, 18:10, 18:15, 18:23, 19:11, 22:21, 25:23, 28:18, 30:1, 30:2, 30:8, 37:6, 43:5,

43:9, 44:7, 44:13, 46:17, 49:15, 49:22, 50:16, 51:17, 56:12, 56:23, 57:2, 58:3, 59:8, 59:14, 60:9, 60:14
**COUNSEL** [1] - 1:16
**counter** [1] - 20:24
**counter-defendants** [1] - 20:24
**counterclaim** [3] - 21:2, 21:23, 22:1
**County** [1] - 17:12
**couple** [2] - 56:10, 56:15
**course** [8] - 16:8, 36:20, 38:9, 42:2, 48:20, 51:23, 55:21, 59:5
**Court** [33] - 14:16, 15:7, 19:15, 19:25, 20:3, 20:12, 20:13, 21:11, 21:23, 22:5, 22:11, 23:12, 23:23, 25:15, 28:6, 31:3, 39:16, 44:18, 48:15, 48:18, 49:8, 50:1, 50:6, 51:4, 52:7, 57:22, 58:2, 60:15, 61:17, 61:17, 61:18, 61:22, 61:23
**court** [9] - 16:16, 16:21, 16:22, 17:4, 17:5, 17:6, 50:6, 56:8, 59:24
**COURT** [110] - 1:1, 7:20, 10:4, 10:8, 10:10, 10:23, 11:1, 11:4, 11:6, 11:9, 12:2, 12:24, 13:12, 13:15, 14:21, 15:3, 15:25, 16:10, 17:2, 17:18, 18:21, 19:13, 21:13, 22:8, 22:20, 24:2, 25:7, 25:17, 25:19, 26:6, 26:12, 26:15, 26:20, 27:20, 28:3, 28:24, 29:10, 29:18, 29:23, 30:6, 30:18, 31:2, 31:8, 31:15, 31:23, 32:8, 32:12, 32:16, 32:23, 33:4, 33:10, 33:14, 33:18, 34:2, 34:6, 34:13, 34:17, 34:20, 34:23, 35:1, 35:14, 36:19, 37:1, 37:9, 37:12, 37:19, 39:6, 39:15, 39:18, 39:21, 42:10, 42:16, 42:22,

42:25, 43:17, 44:19, 45:5, 45:10, 46:3, 46:11, 47:2, 47:6, 47:18, 47:20, 48:7, 48:15, 49:1, 49:5, 49:24, 50:11, 50:22, 51:5, 51:14, 52:10, 52:12, 52:21, 53:2, 53:16, 53:18, 54:18, 56:7, 57:5, 57:8, 58:3, 58:6, 58:11, 58:15, 58:24, 59:14, 59:20
**Court's** [2] - 55:3, 60:13
**courtroom** [7] - 10:13, 10:14, 56:8, 59:25, 60:1, 60:3, 60:4
**Courts** [1] - 15:17
**cover** [1] - 22:5
**coverage** [16] - 19:9, 19:11, 19:17, 19:19, 19:21, 22:2, 22:3, 22:7, 22:15, 23:18, 23:19, 24:15, 24:17, 25:1, 25:13, 26:2
**COVERAGE** [1] - 8:8
**covered** [2] - 58:21, 59:22
**covering** [1] - 19:18
**COVINGTON** [2] - 4:12, 5:6
**Covington** [1] - 19:12
**CRAFT** [1] - 2:6
**create** [1] - 20:13
**creation** [1] - 17:17
**criteria** [1] - 38:20
**crossclaims** [1] - 54:2
**crossing** [1] - 30:17
**CROW** [1] - 3:12
**crowd** [1] - 10:10
**CRR** [2] - 7:20, 61:22
**Cunningham** [1] - 12:13
**CUNNINGHAM** [3] - 1:23, 1:24, 12:13
**current** [4] - 26:11, 29:7, 29:8, 54:1
**cut** [1] - 47:20
**cuttings** [2] - 33:19, 34:8

# D

**D.C** [1] - 3:22
**DALLAS** [3] - 2:24, 5:25, 7:14
**damage** [1] - 20:25
**damages** [1] - 45:3

**DAMON** [2] - 33:9, 34:19
**Dana** [1] - 58:13
**dance** [1] - 41:12
**DART** [1] - 4:10
**data** [1] - 32:18
**date** [10] - 21:23, 27:4, 30:5, 30:19, 31:19, 38:7, 38:21, 43:14, 59:3, 59:4
**DAUPHIN** [1] - 1:24
**David** [2] - 12:25, 19:12
**DAVID** [2] - 5:6, 5:19
**days** [4] - 48:18, 52:8, 53:13, 55:4
**DC** [2] - 5:4, 6:10
**deadline** [5] - 40:5, 40:7, 52:2, 52:8, 59:3
**deal** [2] - 18:25, 46:19
**dealing** [6] - 18:1, 39:11, 45:11, 47:1, 52:19, 55:2
**dealt** [2] - 54:14, 61:4
**deceptive** [1] - 17:22
**decide** [4] - 15:17, 51:20, 51:22, 57:10
**decided** [4] - 14:19, 24:18, 28:10, 59:25
**decision** [4] - 16:24, 17:13, 47:16, 58:2
**deck** [1] - 33:11
**declaration** [3] - 19:20, 22:1, 38:19
**declaratory** [1] - 25:11
**declassify** [1] - 50:4
**deeming** [1] - 44:15
**DEEPWATER** [5] - 1:4, 5:10, 5:11, 16:15, 21:11
**defendant** [3] - 54:11, 55:25, 57:19
**defendants** [15] - 13:2, 20:24, 30:14, 37:12, 44:11, 44:16, 49:13, 49:16, 52:22, 53:5, 53:13, 54:8, 54:12, 54:14
**defense** [1] - 49:15
**defer** [1] - 52:7
**deference** [1] - 38:22
**definitely** [2] - 48:7, 49:9
**deftly** [1] - 49:1
**delay** [3] - 29:13, 29:15, 32:15
**demand** [1] - 40:22
**DENHAM** [1] - 3:18
**DENISE** [1] - 6:12

**Denise** [1] - 13:5
**DENNIS** [1] - 7:3
**Dennis** [1] - 13:6
**DEPARTMENT** [1] - 3:21
**Department** [1] - 11:25
**depose** [1] - 24:14
**deposed** [5] - 19:7, 27:2, 27:4, 27:6, 27:24
**DEPOSITION** [1] - 8:9
**deposition** [2] - 19:5, 26:24
**depositions** [14] - 18:13, 18:16, 19:1, 27:1, 27:16, 27:21, 27:22, 27:25, 28:7, 28:8, 28:9, 28:11, 28:12, 60:12
**DEPUTY** [2] - 10:7, 61:9
**derivative** [1] - 18:6
**designated** [1] - 50:1
**destructive** [2] - 33:21
**detail** [1] - 50:17
**details** [1] - 50:19
**determination** [1] - 24:17
**develop** [2] - 21:10, 25:15
**developed** [1] - 40:8
**diagrams** [1] - 34:11
**Diego** [2] - 14:11, 14:20
**different** [8] - 14:3, 15:10, 16:8, 19:4, 27:23, 27:24, 41:8, 51:21
**diligent** [1] - 27:18
**disagree** [2] - 24:7, 24:10
**disclaimer** [1] - 29:14
**discovery** [19] - 16:17, 19:1, 21:10, 22:14, 22:18, 23:1, 23:24, 24:11, 24:13, 25:24, 26:4, 26:9, 26:11, 26:24, 27:7, 27:13, 42:13, 60:11, 61:1
**DISCOVERY............** [1] - 8:9
**discretion** [1] - 15:17
**discuss** [1] - 25:3
**discussed** [4] - 37:5, 43:6, 50:16, 57:21
**discussion** [8] - 22:21, 39:15, 44:13, 46:17, 57:8, 57:23, 57:25, 59:7

**discussions** [5] - 38:14, 39:12, 39:13, 52:9, 58:7
**dismiss** [3] - 21:5, 21:23, 52:3
**dismissed** [1] - 14:7
**disposed** [1] - 36:20
**dispute** [5] - 19:15, 20:19, 23:14, 23:19, 30:16
**disputes** [1] - 23:17
**distinguishable** [1] - 24:9
**district** [2] - 47:24, 48:3
**District** [4] - 19:20, 61:18, 61:23
**DISTRICT** [3] - 1:1, 1:1, 1:12
**docket** [1] - 55:5
**document** [5] - 18:12, 24:13, 27:9, 27:10, 50:3
**DOCUMENT** [1] - 1:8
**documentation** [2] - 34:11, 36:20
**DOCUMENTS** [1] - 8:17
**documents** [4] - 27:8, 48:23, 49:25, 50:5
**DOMENGEAUX** [1] - 1:16
**DOMINION** [2] - 2:7, 2:11
**Don** [5] - 12:20, 13:3, 26:25, 50:14, 51:25
**DON** [1] - 4:20
**DONALD** [1] - 5:23
**done** [8] - 28:16, 30:5, 30:18, 31:4, 32:18, 36:22, 36:24, 50:20
**dotting** [1] - 30:17
**double** [5] - 27:20, 27:25, 28:11, 36:1, 36:3
**down** [9] - 10:12, 11:6, 23:24, 29:18, 31:16, 32:21, 37:16, 46:20, 49:21
**draft** [1] - 25:3
**DRESCHER** [1] - 2:10
**Dril** [1] - 13:6
**DRIL** [1] - 7:3
**Dril-Quip** [1] - 13:6
**DRIL-QUIP** [1] - 7:3
**drill** [2] - 33:18, 34:7
**drilling** [3] - 19:23, 21:6, 40:3
**DRILLING** [1] - 5:10
**drive** [3] - 49:1, 49:9,

49:20
**DRIVE** [2] - 2:7, 2:11
**drives** [2] - 30:15, 30:23
**due** [6] - 18:8, 48:18, 48:20, 51:10, 53:11, 54:3
**duly** [1] - 28:20
**DUNBAR** [1] - 7:6
**duplicate** [1] - 46:8
**duplicative** [2] - 38:5, 38:21
**duplicativeness** [1] - 26:4
**during** [1] - 59:8
**dust** [1] - 23:13

**E**

**E&P** [1] - 6:7
**e.g** [1] - 25:25
**early** [4] - 20:2, 22:6, 35:16, 51:4
**earnings** [1] - 15:12
**EAST** [1] - 3:4
**EASTERN** [1] - 1:1
**Eastern** [1] - 61:18
**Ed** [1] - 10:20
**EDWARDS** [1] - 1:16
**efficiently** [1] - 28:6
**effort** [1] - 46:8
**efforts** [1] - 46:8
**EIDSON** [1] - 2:13
**eight** [1] - 18:8
**Eileen** [1] - 10:11
**either** [9] - 16:1, 32:24, 38:5, 39:18, 50:5, 56:17, 58:7, 60:3, 61:4
**electronic** [1] - 55:5
**electronically** [1] - 36:23
**ELLIS** [2] - 4:23, 5:3
**ELM** [1] - 5:25
**emergency** [1] - 42:15
**employees** [1] - 56:16
**encourage** [1] - 54:19
**end** [2] - 51:11, 53:14
**ENERGY** [2] - 5:12, 5:23
**ENFORCEMENT** [1] - 3:20
**engage** [1] - 23:1
**enter** [1] - 49:22
**entered** [1] - 39:3
**entertain** [2] - 51:14, 51:19
**entities** [2] - 19:5, 20:22

**entitled** [3] - 20:22, 23:18, 61:19
**entity** [1] - 22:4
**ENVIRONMENTAL** [1] - 3:20
**environmental** [1] - 35:20
**equipment** [2] - 39:24, 40:9, 40:14
**equipment's** [1] - 40:23
**ERISA** [1] - 18:7
**eroding** [1] - 26:13
**ERVIN** [1] - 2:14
**Ervin** [1] - 12:4
**ESPY** [2] - 3:3, 12:11
**Espy** [1] - 12:11
**ESQUIRE** [44] - 1:17, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:17, 2:20, 2:23, 3:3, 3:7, 3:10, 3:13, 3:16, 3:17, 3:21, 4:4, 4:4, 4:8, 4:20, 4:24, 5:3, 5:6, 5:12, 5:16, 5:16, 5:19, 5:23, 5:24, 5:24, 6:3, 6:9, 6:12, 6:20, 6:24, 7:3, 7:7, 7:7, 7:13, 7:16, 7:17, 7:17, 7:18
**essentially** [2] - 18:5, 33:15
**establish** [1] - 27:16
**established** [1] - 27:11
**estimate** [1] - 29:7
**etcetera** [1] - 53:21
**EVANS** [1] - 7:7
**evening** [1] - 42:19
**event** [4] - 40:20, 41:7, 42:2, 54:12
**eventually** [1] - 56:15
**EVIDENCE** [1] - 8:13
**evidence** [5] - 32:6, 35:5, 41:7, 41:9, 41:13
**EVIDENCE....** [1] - 8:12
**exactly** [1] - 59:5
**example** [2] - 29:16, 35:15
**examples** [1] - 35:14
**except** [2] - 40:19, 59:23
**excess** [5] - 24:6, 25:12, 26:7, 26:16, 27:8
**EXCESS** [1] - 7:16
**exchange** [1] - 24:13
**exclusively** [1] - 16:6

**exhibits** [1] - 34:16
**existing** [2] - 52:24, 53:6
**expect** [2] - 21:11, 41:11
**expected** [2] - 29:15, 40:20
**expedite** [1] - 41:5
**expense** [3] - 38:3, 45:17, 46:8
**expensive** [1] - 35:11
**expert** [1] - 38:24
**experts** [3] - 41:21, 42:13, 60:12
**expired** [1] - 35:12
**explained** [1] - 25:14
**EXPLORATION** [1] - 4:17
**exposure** [1] - 15:13
**express** [1] - 60:13
**expressed** [1] - 31:14
**extend** [2] - 41:4, 42:13
**extends** [1] - 45:8
**extensive** [1] - 48:19
**extent** [6] - 22:13, 23:18, 25:24, 46:3, 46:5, 60:20
**extra** [1] - 26:18

**F**

**face** [1] - 58:24
**fact** [9] - 18:14, 22:20, 24:13, 24:21, 27:2, 27:22, 28:7, 46:10, 48:5
**facts** [1] - 16:8
**factual** [1] - 24:9
**factually** [1] - 24:9
**Fair** [2] - 55:15, 55:20
**fairly** [1] - 21:4
**far** [4] - 13:16, 23:24, 27:9, 56:14
**fashion** [1] - 45:2
**fault** [1] - 24:24
**fault/limitation** [1] - 24:18
**favor** [1] - 23:15
**Fayard** [1] - 12:18
**FAYARD** [3] - 3:16, 3:16, 12:18
**FEBRUARY** [2] - 1:7, 10:2
**February** [8] - 16:20, 40:5, 40:6, 40:12, 40:13, 52:2, 53:23, 59:6
**fee** [1] - 45:9

**fees** [2] - 45:12, 45:17
**few** [3] - 29:7, 48:18, 55:4
**FIFTEENTH** [1] - 5:4
**FIFTH** [1] - 6:21
**Fifth** [1] - 20:1
**figure** [1] - 33:14
**FILE** [1] - 8:25
**File** [1] - 58:18
**file** [7] - 21:1, 46:4, 53:7, 53:10, 53:13, 54:17
**filed** [21] - 14:5, 14:14, 15:8, 18:7, 19:19, 21:2, 21:3, 33:6, 34:3, 43:20, 44:22, 46:1, 46:15, 52:3, 53:12, 53:24, 55:6, 55:11, 55:24, 57:9
**files** [1] - 49:12
**filing** [4] - 45:18, 54:21, 55:8, 59:3
**final** [1] - 14:13
**finalizing** [2] - 31:21, 32:2
**finally** [4] - 14:15, 20:23, 38:11, 50:8
**FINANCIAL** [1] - 6:19
**fine** [4] - 47:10, 50:10, 56:21, 58:10
**Fineman** [1] - 12:6
**FINEMAN** [2] - 7:17, 12:6
**finish** [1] - 28:12
**finished** [1] - 29:2
**firm** [1] - 19:12
**FIRM** [1] - 7:13
**first** [5] - 11:10, 29:2, 42:21, 55:9, 55:16
**fit** [1] - 20:12
**five** [2] - 11:4, 11:5
**FL** [2] - 2:15, 3:8
**floated** [1] - 36:10
**FLOOR** [2] - 5:12, 7:4
**floor** [1] - 60:4
**FLORIDA** [1] - 3:17
**folks** [2] - 11:17, 56:1
**follow** [1] - 47:4
**follow-up** [1] - 47:4
**following** [1] - 61:7
**FOR** [14] - 1:23, 3:20, 4:3, 4:7, 4:14, 5:9, 5:15, 5:22, 6:6, 6:12, 6:15, 6:23, 7:3, 7:6
**foregoing** [1] - 61:18
**foresee** [1] - 40:21
**foreseeable** [1] - 61:2
**forget** [1] - 56:3
**form** [10] - 42:18, 43:2,

43:11, 44:1, 45:18, 48:2, 49:19, 52:9, 52:18, 55:10
**FORM** [1] - 8:15
**formal** [1] - 30:9
**formation** [1] - 49:5
**former** [2] - 55:17, 55:18
**forth** [1] - 23:1
**forward** [6] - 27:17, 27:25, 33:25, 41:16, 57:4, 58:16
**four** [3] - 20:15, 26:16, 26:18
**frame** [1] - 38:16
**Francis** [1] - 17:16
**FRANCIS** [1] - 7:11
**FRANCISCO** [1] - 5:7
**FRIDAY** [3] - 1:7, 9:1, 10:2
**Friday** [2] - 53:23, 59:24
**FRILOT** [1] - 5:11
**frog** [1] - 32:21
**FRONT** [1] - 5:7
**fulfilled** [1] - 27:12
**full** [2] - 30:3, 41:3
**fully** [2] - 25:17, 26:10
**future** [3] - 14:8, 36:14, 61:2

**G**

**GABLES** [1] - 2:15
**Gasaway** [2] - 12:19, 37:21
**GASAWAY** [4] - 5:3, 12:19, 37:21, 39:22
**GCCF** [3] - 48:11, 48:12, 48:16
**GENERAL** [1] - 4:3
**General** [2] - 43:23, 53:8
**generalized** [1] - 40:2
**generally** [1] - 48:12
**GEORGE** [1] - 7:7
**George** [1] - 24:6
**GILLY** [1] - 7:7
**Gilly** [1] - 24:6
**glance** [1] - 55:4
**Glenn** [1] - 13:11
**GLENN** [1] - 6:24
**GODWIN** [4] - 5:23, 5:23, 6:3, 13:3
**Godwin** [1] - 13:3
**GONZALES** [2] - 2:14, 12:3
**Gonzales** [1] - 12:4
**GONZALEZ** [1] - 2:14

**GOODIER** [3] - 6:24, 13:11, 13:14
**Goodier** [2] - 13:11, 13:12
**GOODWIN** [3] - 5:6, 19:14, 21:18
**Goodwin** [1] - 19:12
**GOTSHAL** [1] - 6:20
**governing** [1] - 21:8
**GOVERNMENT** [1] - 8:14
**government** [11] - 29:15, 31:15, 35:5, 37:16, 38:8, 38:12, 38:20, 43:2, 44:4, 47:23, 52:18
**government's** [4] - 37:4, 37:24, 38:1, 38:2
**governmental** [3] - 52:4, 52:9, 52:10
**governments** [1] - 45:15
**governs** [1] - 21:8
**granted** [1] - 20:21
**great** [4] - 11:9, 18:25, 28:3, 38:3
**greater** [1] - 39:1
**greatest** [1] - 40:11
**GREENWALD** [2] - 2:20, 12:9
**Greenwald** [1] - 12:9
**gross** [3] - 24:20, 26:1, 26:9
**grossly** [1] - 22:4
**ground** [1] - 21:5
**group** [1] - 10:20
**groups** [1] - 18:11
**guarantee** [1] - 31:17
**GUERRA** [1] - 2:6
**guess** [3] - 15:15, 21:16, 43:1
**Gulf** [4] - 40:3, 40:4, 41:25, 42:5
**GULF** [1] - 1:5

**H**

**hall** [1] - 10:12
**Halliburton** [4] - 13:3, 13:7, 13:8, 46:15
**HALLIBURTON** [1] - 5:22
**handed** [2] - 49:2, 49:9
**handled** [1] - 57:11
**handling** [2] - 39:7, 49:20
**handoff** [1] - 49:6

**hands** [1] - 38:10
**happy** [4] - 47:5, 47:12, 49:22, 56:22
**hard** [7] - 30:15, 30:20, 30:23, 40:5, 49:1, 49:9, 49:20
**Harris** [1] - 17:12
**HAYCRAFT** [9] - 4:20, 12:20, 26:25, 27:22, 48:14, 50:14, 51:25, 52:11, 53:1
**Haycraft** [10] - 12:20, 26:25, 48:11, 50:14, 51:1, 51:25, 52:21, 56:4, 57:15, 58:1
**hear** [2] - 11:14, 58:7
**HEARD** [1] - 1:11
**heard** [1] - 56:21
**hearing** [5] - 21:23, 34:23, 42:10, 43:14, 51:12
**held** [5] - 36:8, 38:13, 41:20, 42:9
**help** [1] - 46:23
**helpful** [1] - 46:22
**helpfully** [1] - 41:14
**Henry** [1] - 44:20
**HENRY** [2] - 4:10, 7:16
**hereby** [1] - 61:18
**HERMAN** [12] - 1:20, 1:20, 11:21, 15:6, 34:9, 37:3, 37:10, 48:24, 49:3, 49:8, 50:24
**Herman** [9] - 11:21, 15:5, 15:6, 34:9, 37:2, 37:3, 48:24, 49:2, 50:24
**hi** [1] - 10:25
**HICKS** [1] - 2:13
**HIGHWAY** [1] - 2:18
**hit** [1] - 40:7
**hold** [10] - 40:17, 40:18, 40:24, 41:22, 41:24, 42:2, 42:4, 42:14, 42:15
**holding** [1] - 35:11
**HOLDINGS** [3] - 4:18, 5:9, 6:16
**honest** [1] - 39:2
**HONEYCUTT** [2] - 3:16, 3:17
**Honor** [66] - 10:9, 11:19, 11:22, 11:24, 12:3, 12:18, 12:23, 13:10, 13:23, 16:4, 16:13, 16:17, 17:15, 18:3, 19:10, 19:14, 21:19, 21:25, 22:10,

22:11, 23:10, 23:11, 24:5, 25:8, 25:18, 25:20, 26:25, 27:1, 27:7, 28:2, 29:25, 32:1, 37:21, 39:9, 39:22, 41:19, 43:4, 43:20, 44:5, 44:20, 46:13, 47:19, 47:22, 48:14, 48:25, 49:3, 49:22, 50:14, 50:25, 51:8, 51:11, 52:14, 53:9, 53:17, 53:23, 54:5, 54:13, 56:10, 56:21, 57:3, 57:17, 57:18, 58:10, 58:14, 59:13, 59:19
**HONORABLE** [1] - 1:11
**hope** [2] - 44:8, 53:14
**hopefully** [8] - 19:7, 25:4, 31:20, 39:1, 39:20, 44:8, 52:17, 53:13
**HORIZON** [3] - 1:4, 16:15, 21:1
**hoses** [1] - 41:24
**hour** [1] - 21:2
**HOUSTON** [6] - 5:20, 5:21, 6:4, 6:13, 7:4, 7:15
**Houston** [1] - 18:2
**hull** [1] - 21:1
**hydrocarbons** [1] - 35:25

**I**

**I's** [1] - 30:17
**idea** [3] - 46:23, 46:25, 55:9
**identify** [1] - 36:14
**IL** [1] - 4:25
**image** [2] - 37:25, 38:15
**imagine** [1] - 30:23
**immediate** [2] - 20:5, 20:23
**immense** [1] - 45:3
**impact** [1] - 45:1
**impacts** [1] - 35:20
**implicates** [1] - 24:14
**importance** [1] - 43:7
**important** [4] - 11:11, 31:4, 51:23, 54:16
**impossible** [1] - 28:8
**impressive** [1] - 27:10
**IMPREVENTO** [1] - 2:10
**impromptu** [1] - 61:4

**IN** [3] - 1:4, 1:5, 8:18
**in-court** [1] - 17:4
**INC** [15] - 4:14, 4:15, 4:16, 4:17, 4:19, 5:10, 5:11, 5:23, 6:15, 6:16, 6:17, 6:18, 6:19, 6:20, 7:3
**including** [2] - 14:17, 27:4
**incur** [1] - 46:8
**incurring** [1] - 45:17
**indemnify** [1] - 24:22
**indemnities** [1] - 56:19
**indemnity** [3] - 19:22, 23:6, 24:25
**independently** [1] - 25:22
**indicated** [5] - 20:17, 39:13, 51:11, 52:15, 54:12
**individual** [1] - 52:19
**individuals** [1] - 45:19
**information** [4] - 30:12, 30:15, 31:5, 38:25
**inquiries** [2] - 43:25, 47:15
**insert** [1] - 38:14
**inspection** [1] - 41:4
**inspections** [1] - 42:8
**instead** [2] - 36:4, 55:23
**Institute** [1] - 11:1
**instructed** [1] - 48:5
**INSURANCE** [1] - 8:8
**insurance** [29] - 19:9, 19:15, 19:17, 19:21, 20:9, 20:11, 20:14, 20:22, 21:8, 21:22, 22:5, 22:12, 22:14, 22:18, 23:2, 23:6, 23:15, 23:17, 23:19, 23:22, 24:17, 25:1, 25:23, 26:2, 26:17, 26:22, 55:18
**insured** [4] - 19:17, 19:18, 19:22, 21:7
**insurers** [4] - 19:19, 20:25, 21:9, 22:1
**intend** [1] - 51:14
**intention** [1] - 53:7
**interest** [5] - 23:21, 29:14, 44:23, 45:15, 49:13
**interested** [6] - 22:13, 30:8, 31:5, 32:3, 32:18, 49:8
**INTERESTS** [1] - 4:3
**INTERNATIONAL** [2] -

5:15, 6:19
**Internet** [1] - 35:23
**interpretation** [1] - 24:21
**intervene** [3] - 20:17, 20:18, 21:15
**intervening** [2] - 23:25, 31:13
**intervention** [1] - 20:21
**introduce** [3] - 11:18, 12:21, 19:11
**introduced** [1] - 17:7
**introducing** [1] - 17:7
**invalidate** [1] - 24:24
**Investigative** [1] - 31:25
**invite** [2] - 18:15, 59:15
**invited** [1] - 48:16
**invoke** [1] - 56:18
**involved** [2] - 39:8, 60:11
**involves** [3] - 19:16, 38:2, 39:24
**involving** [3] - 23:14, 23:17, 53:24
**IS** [1] - 9:1
**issue** [32] - 14:16, 17:19, 20:3, 20:15, 22:22, 23:9, 25:6, 26:9, 28:4, 30:21, 30:25, 32:22, 43:3, 43:7, 43:12, 43:16, 44:2, 44:10, 44:16, 46:16, 46:18, 46:19, 46:22, 48:9, 48:17, 50:12, 51:1, 51:21, 52:5, 53:3, 54:11, 55:2
**ISSUE........................ ...... [1] - 8:15
**issued** [6] - 13:18, 16:24, 19:17, 20:8, 48:16, 53:5
**issues** [15] - 14:18, 20:5, 22:2, 22:18, 24:8, 24:17, 25:3, 25:16, 37:7, 44:9, 44:17, 45:20, 46:5, 51:3, 61:1, 61:3
**Item** [1] - 39:4
**item** [2] - 41:22, 42:15
**ITEMS** [1] - 8:3
**items** [7] - 39:24, 40:10, 40:14, 41:5, 41:20, 42:1, 42:4
**itself** [2] - 16:23, 44:4

## J

**JACKSON** [2] - 3:4, 7:3
**JAMES** [1] - 1:17
**January** [1] - 14:3
**JEFFERSON** [2] - 1:18, 4:11
**JEFFREY** [1] - 2:10
**Jeffrey** [4] - 12:14, 39:8, 39:9, 41:17
**JENNY** [1] - 5:24
**Jenny** [1] - 13:8
**Jim** [3] - 11:20, 22:10, 52:14
**JIT** [6] - 29:8, 30:24, 31:21, 31:23, 31:24, 32:22
**job** [1] - 13:15
**JOHN** [1] - 7:17
**join** [4] - 15:22, 43:11, 43:14, 45:16
**joinder** [3] - 43:2, 45:19, 52:5
**JOINDER** [1] - 8:15
**joinders** [2] - 55:8, 55:10
**joint** [1] - 52:22
**Joint** [1] - 31:24
**JONES** [3] - 3:13, 6:23, 12:17
**Jones** [1] - 12:17
**JR** [3] - 2:17, 3:16, 7:3
**JUDGE** [2] - 1:12, 7:11
**Judge** [20] - 10:12, 10:25, 13:14, 18:24, 21:3, 22:22, 27:14, 28:17, 46:10, 47:10, 47:13, 51:24, 56:8, 57:16, 57:22, 58:7, 58:8, 60:2, 60:25, 61:7
**judge** [1] - 51:25
**judges** [2] - 17:5, 17:11
**judgment** [4] - 20:3, 21:24, 24:12, 25:11
**jumping** [1] - 45:10
**Justice** [2] - 11:1, 11:25
**JUSTICE** [1] - 3:21

## K

**KALBAC** [1] - 2:14
**KANE** [1] - 2:14
**KANNER** [2] - 4:7, 4:8
**Kat** [1] - 42:22

**KATZ** [1] - 1:20
**keen** [1] - 23:21
**keenly** [1] - 22:13
**keep** [3] - 28:7, 31:23, 55:5
**keeping** [1] - 36:20
**kept** [1] - 38:3
**KERRY** [1] - 5:12
**Kerry** [3] - 13:10, 46:13, 53:22
**kind** [3] - 26:1, 46:25, 56:11
**KING** [6] - 7:16, 44:20, 45:8, 45:23, 46:9, 46:12
**King** [1] - 44:20, 45:13, 46:11
**KIRBY** [3] - 6:9, 13:4, 25:20
**Kirby** [1] - 13:4, 25:20
**KIRKLAND** [2] - 4:23, 5:3
**knowledge** [1] - 34:3
**known** [2] - 17:5, 51:13
**knows** [2] - 16:1, 44:5
**KULLMAN** [1] - 2:3
**Ky** [2] - 13:4, 25:20
**KYLE** [1] - 6:9

## L

**L.L.C** [1] - 6:12
**L.P** [1] - 6:23
**LA** [14] - 1:18, 1:21, 2:5, 2:18, 3:11, 3:18, 4:9, 4:12, 4:22, 5:13, 5:17, 6:25, 7:9, 7:21
**labeled** [1] - 48:10
**Labor** [2] - 55:15, 55:20
**laboratory** [1] - 35:21
**lack** [1] - 15:15
**LAFAYETTE** [1] - 1:18
**LAKE** [1] - 3:11
**LAMAR** [1] - 6:4
**LANGAN** [18] - 4:24, 12:21, 13:23, 14:23, 16:4, 16:13, 17:15, 18:3, 19:10, 49:18, 50:7, 56:6, 56:10, 57:7, 57:14, 58:10, 59:13, 59:19
**Langan** [10] - 12:21, 13:23, 16:1, 16:13, 17:3, 18:3, 49:18, 56:5, 58:1, 59:11
**Langan's** [1] - 16:2
**language** [1] - 49:21

**large** [2] - 28:8, 60:10
**larger** [1] - 10:15
**largest** [1] - 48:4
**LASALLE** [1] - 4:24
**last** [10] - 13:17, 16:14, 16:19, 17:4, 29:1, 29:6, 30:6, 31:11, 42:19, 53:23
**law** [4] - 10:18, 19:25, 21:8
**LAW** [3] - 4:11, 7:13, 42:23
**LAWN** [1] - 2:24
**lawsuits** [1] - 20:24
**lawyers** [1] - 60:10
**layer** [1] - 26:18
**layers** [2] - 26:16, 26:18
**lead** [1] - 59:11
**leap** [1] - 32:21
**leaps** [1] - 45:11
**learn** [1] - 47:17
**least** [7] - 15:19, 15:22, 22:19, 44:14, 44:5, 55:4, 59:17
**leave** [3] - 20:17, 20:18, 46:2
**LEE** [1] - 7:3
**left** [2] - 38:6, 38:21
**legal** [7] - 20:3, 24:8, 40:17, 40:18, 40:23, 46:5
**Lemelle** [4] - 57:22, 58:7, 58:8, 60:2
**Lemelle's** [2] - 56:8, 57:16
**letter** [1] - 17:5
**level** [1] - 39:1
**LEVIN** [1] - 3:6
**LEWIS** [3] - 2:3, 4:19, 6:12
**LEXISNEXIS** [1] - 8:25
**LexisNexis** [2] - 58:18, 58:24
**liability** [1] - 26:1
**liable** [1] - 25:25
**LIAISON** [1] - 1:16
**liaison** [14] - 11:17, 11:20, 11:21, 13:25, 22:21, 30:1, 37:5, 44:5, 46:17, 49:15, 51:17, 56:11, 59:8, 60:9
**LIFE** [1] - 2:4
**likely** [2] - 23:14, 48:3
**limit** [1] - 10:16
**limitation** [1] - 43:14, 54:20, 59:4, 59:5
**LIMITED** [1] - 4:18
**limited** [1] - 19:22

**line** [1] - 33:24
**LISKOW** [1] - 4:19
**list** [2] - 36:10, 38:18
**listed** [1] - 55:14
**listening** [1] - 11:11
**litigation** [10] - 10:21, 26:2, 45:16, 48:23, 50:9, 51:23, 54:22, 55:14, 60:16, 60:17
**LITIGATION..............**
**........** [1] - 8:18
**LLC** [4] - 5:9, 6:8, 6:16, 6:17
**Lloyd's** [2] - 26:15, 26:19
**local** [8] - 43:1, 43:8, 43:21, 44:3, 45:14, 52:4, 52:18
**LOCAL** [1] - 8:14
**located** [1] - 31:13
**logic** [1] - 56:22
**long-term** [1] - 35:20
**look** [4] - 36:4, 41:21, 51:16
**looked** [3] - 40:9, 49:5, 49:6
**looking** [2] - 55:3, 57:10
**looks** [1] - 10:10
**loss** [1] - 15:12
**loudly** [1] - 11:14
**LOUISIANA** [4] - 1:1, 1:6, 4:7, 6:13
**Louisiana** [4] - 11:1, 44:25, 61:17, 61:18
**LP** [2] - 6:7, 13:11
**Lundy** [1] - 12:15
**LUNDY** [4] - 3:9, 3:10, 12:15
**Luther** [3] - 11:22, 43:4, 53:9
**LUTHER** [1] - 4:4
**LUXENBERG** [1] - 2:20

## M

**MAGISTRATE** [1] - 7:11
**Magistrate** [1] - 22:22
**magnitude** [1] - 17:25
**maintain** [1] - 36:15
**MAJOR** [1] - 5:24
**MALONEY** [2] - 25:8, 25:18
**Maloney** [1] - 25:10
**management** [1] - 25:14
**MANAGEMENT** [1] -

6:15
**MANGES** [1] - 6:20
**manner** [1] - 27:19
**MARCH** [1] - 9:1
**March** [10] - 14:11, 14:19, 25:5, 27:16, 27:25, 29:3, 29:9, 54:1, 57:1, 59:24
**marine** [1] - 20:25
**Marine** [3] - 39:25, 40:22, 41:10
**MARINE** [3] - 6:17, 6:18, 6:18
**Martinez** [1] - 13:8
**MARTINEZ** [2] - 5:24, 13:8
**Marty** [1] - 24:5, 26:7
**MARTÍNEZ** [1] - 2:14
**master** [11] - 14:25, 43:2, 43:11, 43:21, 44:3, 44:17, 45:3, 52:5, 52:18, 52:20, 55:10
**MASTER** [2] - 7:11, 8:14
**Master** [1] - 16:18
**materials** [1] - 38:4
**Matt** [1] - 12:15
**matter** [5] - 19:24, 27:2, 32:10, 51:15, 61:20
**matters** [2] - 22:12, 60:5
**MATTHEW** [1] - 3:10
**MATTHEWS** [1] - 2:13
**MAZE** [1] - 4:4
**MCCUTCHEN** [1] - 6:8
**McGovern** [4] - 16:18, 17:8, 17:16, 59:15
**MCGOVERN** [1] - 7:11
**MCKINNEY** [1] - 5:20
**McLeod** [3] - 24:5, 26:7, 26:12
**MCLEOD** [5] - 7:7, 24:5, 26:7, 26:14, 26:16
**MDL** [10] - 8:7, 15:17, 16:21, 16:23, 17:13, 18:2, 18:6, 18:15, 25:25, 57:24
**MEADE** [1] - 7:17
**mean** [3] - 17:17, 40:14, 56:22
**meantime** [1] - 49:11
**MECHANICAL** [1] - 7:23
**media** [1] - 30:4
**medical** [1] - 15:13
**meet** [5] - 21:10, 44:6, 44:7, 60:21, 61:7

**meeting** [7] - 22:25, 27:14, 27:15, 37:6, 59:8, 59:12, 60:25
**meetings** [2] - 60:24, 61:2
**members** [2] - 40:3, 60:9
**mention** [4] - 13:17, 17:2, 21:25, 57:16
**mentioned** [6] - 16:2, 17:3, 21:15, 22:20, 54:6, 54:18
**Merit** [1] - 61:17
**merits** [1] - 56:15
**message** [1] - 31:2
**met** [1] - 38:20
**METHOFF** [1] - 7:13
**METHVIN** [1] - 3:12
**MEXICO** [1] - 1:5
**MI** [2] - 6:12, 13:5
**MICHAEL** [1] - 7:18
**microphone** [1] - 11:13
**might** [6] - 15:12, 24:24, 32:8, 46:22, 46:23, 56:9
**Mikal** [1] - 12:5
**MIKAL** [1] - 2:7
**Mike** [4] - 12:7, 12:11, 12:22, 25:10
**MILES** [1] - 3:13
**MILLER** [4] - 5:12, 13:10, 46:13, 53:22
**Miller** [4] - 13:10, 46:13, 53:22, 54:24
**million** [4] - 19:16, 20:25, 26:17, 27:8
**mindful** [2] - 43:13, 53:12
**mine** [1] - 10:15
**minute** [1] - 35:3
**mirror** [2] - 37:25, 38:15
**misleading** [2] - 17:23, 17:25
**MITCHELL** [1] - 3:6
**MOBILE** [1] - 1:25
**ModuSpec** [1] - 27:6
**MOEX** [7] - 6:7, 6:8, 13:4, 20:16, 23:13, 25:21
**moment** [1] - 25:9
**Monday** [5] - 40:12, 41:14, 50:21, 52:2, 52:3
**monition** [1] - 59:3
**monitor** [1] - 22:19
**monitoring** [1] - 15:14
**MONTGOMERY** [2] - 3:14, 4:5

**month** [7] - 16:14, 29:1, 29:7, 30:7, 31:13, 39:1, 59:16
**month's** [1] - 31:11
**monthly** [1] - 60:24
**months** [2] - 21:10, 32:12
**MORGAN** [3] - 3:3, 6:12
**morning** [28] - 10:8, 10:9, 10:17, 11:24, 12:3, 12:23, 12:24, 13:23, 19:13, 19:14, 22:22, 22:23, 24:5, 28:24, 28:25, 30:1, 37:14, 37:21, 38:22, 42:20, 44:5, 50:16, 51:18, 52:15, 54:19, 56:4, 57:21, 59:8
**most** [5] - 27:18, 28:7, 45:1, 48:3, 55:12
**motion** [20] - 16:20, 20:20, 21:15, 21:16, 21:23, 21:24, 33:23, 34:4, 34:7, 34:16, 34:21, 37:23, 37:24, 39:11, 39:21, 39:23, 46:2, 51:6, 52:22
**MOTION** [1] - 8:20
**motions** [10] - 21:14, 33:6, 35:4, 37:19, 51:10, 51:12, 51:15, 51:20, 52:3
**MOTIONS** [1] - 8:12
**move** [8] - 13:20, 20:2, 20:18, 21:5, 23:14, 24:11, 29:22, 48:22
**moved** [4] - 10:14, 10:17, 20:16, 32:24
**moving** [3] - 18:2, 36:6, 54:22
**MR** [124] - 11:19, 11:21, 11:22, 12:3, 12:6, 12:7, 12:10, 12:11, 12:12, 12:13, 12:14, 12:15, 12:16, 12:18, 12:20, 12:21, 12:23, 12:25, 13:1, 13:3, 13:4, 13:6, 13:7, 13:9, 13:14, 13:23, 14:23, 15:6, 16:4, 16:13, 17:15, 18:3, 19:10, 19:14, 21:18, 22:10, 23:10, 23:11, 24:4, 24:5, 25:8, 25:18, 26:7, 26:14, 26:16, 26:25, 27:22, 28:22, 28:25, 29:12, 29:19, 29:24, 30:11, 30:19, 31:7,

31:11, 31:17, 32:1, 32:10, 32:13, 32:17, 33:3, 33:5, 33:13, 33:17, 33:20, 34:5, 34:9, 34:15, 34:18, 34:22, 34:25, 35:7, 35:15, 36:23, 37:3, 37:10, 37:17, 37:21, 39:9, 39:20, 39:22, 41:17, 42:12, 42:19, 42:24, 43:4, 43:20, 44:20, 45:8, 45:23, 46:9, 46:12, 46:13, 47:5, 47:9, 47:19, 47:22, 48:14, 48:24, 49:3, 49:8, 49:18, 50:7, 50:14, 50:24, 51:8, 51:24, 51:25, 52:11, 52:14, 53:1, 53:9, 53:17, 53:22, 56:6, 56:10, 57:7, 57:14, 57:18, 58:5, 58:10, 59:13, 59:19
**MS** [11] - 3:4, 10:25, 11:3, 11:5, 11:8, 12:9, 13:5, 13:8, 25:20, 58:14, 58:17
**multiple** [1] - 19:7
**municipalities** [3] - 43:9, 45:25, 47:15
**must** [1] - 50:5

**N**

**N.W** [1] - 5:4
**name** [3] - 11:2, 34:18, 56:3
**named** [2] - 19:17, 56:14
**National** [1] - 35:16
**nature** [4] - 15:14, 22:13, 24:10, 24:15
**near** [1] - 45:11
**necessary** [3] - 28:11, 52:17, 60:19
**need** [26] - 11:12, 16:11, 17:18, 18:19, 21:4, 21:22, 23:4, 26:21, 31:1, 33:22, 40:5, 42:4, 45:21, 50:19, 53:12, 53:19, 54:24, 55:1, 56:25, 57:10, 58:11, 59:9, 59:20, 60:1, 60:6, 61:4
**needed** [2] - 39:24, 42:6
**needs** [4] - 24:13, 41:10, 42:9, 58:25
**negligence** [3] -

24:20, 26:1, 26:10
**negligent** [2] - 22:4
**negotiations** [2] - 38:12, 53:11
**NEW** [12] - 1:6, 1:21, 2:5, 2:21, 4:9, 4:22, 5:13, 5:17, 6:21, 6:25, 7:9, 7:21
**new** [5] - 20:13, 21:19, 36:14, 48:12, 56:12
**New** [1] - 11:6
**next** [20] - 18:8, 21:11, 22:6, 25:5, 28:19, 30:3, 31:19, 39:1, 39:13, 39:18, 44:7, 44:18, 46:22, 51:4, 52:17, 53:3, 53:11, 53:15, 59:16, 59:23
**NEXT** [1] - 9:1
**NO** [1] - 1:6
**NOAA** [1] - 35:17
**nobody** [2] - 34:3, 36:11
**none** [1] - 33:23
**nonevidence** [2] - 38:5, 38:21
**nonparty** [1] - 27:6
**NORFOLK** [1] - 2:12
**NORTH** [5] - 4:11, 4:15, 4:16, 4:18, 4:19
**nothing** [1] - 22:19
**noticed** [1] - 55:7
**notify** [1] - 53:12
**November** [2] - 40:1, 40:8
**nowhere** [1] - 45:11
**number** [16] - 13:18, 15:10, 16:22, 17:21, 17:25, 28:9, 38:22, 41:1, 43:24, 47:14, 47:17, 50:15, 53:24, 55:7, 60:10, 60:17
**Number** [20] - 14:10, 14:12, 18:2, 32:7, 32:21, 33:2, 35:2, 35:3, 37:20, 39:4, 43:1, 48:10, 48:22, 50:13, 50:19, 51:6, 53:20, 55:2, 55:14, 58:21
**numbered** [1] - 61:19
**NY** [2] - 2:21, 6:21

**O**

**O'Brien's** [1] - 57:19
**O'BRIEN'S** [1] - 6:15
**O'KEEFE** [1] - 1:21

**O'Rourke** [9] - 11:25, 28:21, 28:22, 30:10, 31:9, 34:14, 35:6, 35:7, 37:15
**O'ROURKE** [29] - 3:21, 11:24, 28:22, 28:25, 29:12, 29:19, 30:11, 30:19, 31:7, 31:11, 31:17, 32:1, 32:10, 32:13, 32:17, 33:3, 33:5, 33:13, 33:17, 33:20, 34:5, 34:15, 34:18, 34:22, 34:25, 35:7, 35:15, 36:23, 37:17
**OAK** [1] - 2:24
**object** [3] - 36:17, 36:18, 50:2
**objected** [1] - 36:12
**objection** [8] - 14:9, 14:13, 34:10, 34:23, 37:4, 37:10, 49:13, 52:16
**objections** [1] - 34:3
**objects** [1] - 37:13
**obligation** [1] - 24:22
**obligations** [2] - 24:25, 35:5
**OBLIGATIONS..........
........** [1] - 8:13
**obligatory** [1] - 43:22
**observation** [1] - 30:5
**obtain** [1] - 23:22
**obviously** [8] - 10:14, 23:21, 24:7, 24:25, 28:5, 29:19, 50:10, 51:16
**Oceanic** [1] - 35:16
**OF** [14] - 1:1, 1:5, 1:11, 3:20, 3:21, 4:3, 4:3, 4:7, 8:6, 8:7, 8:9, 8:12, 8:13, 8:22
**offer** [1] - 38:9
**offered** [1] - 59:11
**OFFICE** [2] - 3:14, 4:3
**office** [1] - 48:1
**OFFICIAL** [1] - 7:20
**Official** [2] - 61:17, 61:22
**OFFSHORE** [5] - 5:10, 6:8, 6:16
**Oil** [1] - 48:17
**oil** [4] - 17:6, 35:18, 35:19, 45:2
**OIL** [3] - 1:4, 1:4, 8:16
**ON** [2] - 1:5, 8:8
**once** [3] - 23:12, 32:4, 32:9
**one** [27] - 14:9, 14:23, 16:19, 20:6, 20:24,

21:7, 21:16, 25:4, 26:12, 26:18, 27:5, 28:8, 28:14, 33:6, 34:15, 35:6, 37:11, 37:12, 39:23, 40:19, 44:16, 51:1, 52:23, 56:5, 59:5
**ONE** [4] - 4:20, 5:7, 5:20, 7:14
**one's** [1] - 21:7
**one-day** [1] - 28:8
**onerous** [1] - 35:10
**ongoing** [4] - 27:1, 27:9, 39:12, 53:11
**operating** [3] - 35:22, 54:6, 60:18
**Opportunity** [6] - 14:18, 14:24, 15:1, 15:9, 15:20, 16:5
**opportunity** [3] - 15:21, 18:18, 41:6
**oppose** [1] - 52:23
**opposed** [1] - 33:23
**opt** [1] - 55:22
**opting** [2] - 55:13, 55:23
**option** [1] - 43:10
**options** [1] - 47:16
**oral** [3] - 14:19, 51:14, 51:19
**order** [40] - 20:7, 23:4, 23:5, 25:14, 33:8, 34:13, 34:20, 34:23, 35:10, 36:11, 36:13, 36:17, 37:5, 37:7, 37:13, 37:25, 38:1, 38:15, 39:2, 39:16, 40:1, 40:9, 42:11, 42:12, 42:17, 42:19, 44:15, 48:16, 48:22, 49:16, 49:19, 50:12, 50:15, 50:18, 50:21, 52:24, 53:5, 54:1, 54:4
**ORDER** [3] - 8:17, 8:19, 10:4
**Order** [5] - 14:10, 14:12, 32:7, 50:18, 58:21
**ORDERS** [1] - 8:5
**orders** [7] - 13:18, 13:19, 13:21, 14:2, 21:20, 30:25, 37:9
**Orders** [1] - 18:18
**original** [1] - 53:6
**originally** [4] - 14:5, 17:17, 28:6, 50:1
**ORLEANS** [10] - 1:6, 1:21, 2:5, 4:9, 4:22, 5:13, 5:17, 6:25, 7:9,

7:21
**otherwise** [3] - 18:18, 22:12, 50:4
**ought** [6] - 20:20, 20:21, 25:13, 25:15, 48:7
**ourselves** [1] - 38:14
**outlines** [1] - 59:17
**outside** [1] - 13:14
**overflow** [1] - 10:10
**overlapping** [1] - 25:25
**overlaps** [1] - 26:2
**overtime** [1] - 55:20
**owe** [1] - 53:25
**owed** [1] - 15:11
**own** [2] - 21:7, 23:22

## P

**P.O** [1] - 3:22
**package** [1] - 20:25
**PAGE** [1] - 8:3
**page** [1] - 42:21
**paid** [4] - 15:11, 20:25, 55:20, 56:2
**PALMINTIER** [1] - 12:7
**Palmintier** [1] - 12:7
**PAN** [1] - 2:4
**panel** [4] - 16:21, 16:22, 16:23, 17:13
**Panel** [1] - 14:8, 15:17, 16:5
**Panel's** [2] - 14:11, 14:19
**PAPANTONIO** [1] - 3:6
**paper** [2] - 23:1, 36:23
**parent** [1] - 47:11
**Parish** [6] - 44:21, 45:1, 47:23, 47:24, 47:25, 48:4
**PARKWAY** [1] - 7:4
**PARSIOLA** [2] - 2:17
**part** [17] - 14:9, 14:24, 21:17, 21:19, 21:20, 22:19, 35:18, 35:19, 39:2, 44:11, 45:2, 45:7, 45:21, 48:8, 52:24, 54:20, 56:21
**participating** [1] - 18:17
**particular** [4] - 18:25, 26:3, 32:25, 48:21
**particularly** [3] - 11:14, 60:9, 60:16
**parties** [26] - 19:4, 20:8, 20:9, 20:11,

20:19, 20:20, 22:15, 28:9, 29:10, 30:8, 31:5, 32:3, 32:18, 33:23, 36:10, 36:16, 36:24, 43:13, 43:16, 46:7, 47:12, 50:3, 50:9, 53:24, 53:25, 60:17
**party** [6] - 38:9, 44:21, 54:2, 54:19, 54:23, 55:24
**pass** [1] - 31:2
**past** [1] - 31:3
**PAUL** [1] - 2:3
**Paul** [1] - 12:8
**pay** [2] - 30:14, 31:16
**penalties** [2] - 47:25, 48:4
**PENDING** [4] - 8:6, 8:12, 8:17, 8:19
**pending** [12] - 16:12, 16:15, 16:24, 17:5, 17:13, 17:21, 17:22, 21:14, 26:22, 35:4, 48:22, 52:9
**PENSACOLA** [1] - 3:8
**PENTHOUSE** [1] - 2:15
**people** [9] - 10:11, 11:11, 15:18, 32:20, 44:24, 55:8, 55:12, 55:13, 55:22
**Pepper** [3] - 61:16, 61:21, 61:22
**PEPPER** [1] - 7:20
**perhaps** [6] - 5:9, 28:11, 54:14, 57:1, 57:2, 59:15
**period** [1] - 35:24
**perished** [1] - 44:24
**permission** [4] - 32:5, 33:7, 33:22, 36:6
**permitted** [1] - 26:3
**perpetuate** [1] - 29:25
**person** [1] - 58:23
**personnel** [1] - 24:14
**perspective** [1] - 39:5
**pertaining** [1] - 48:16
**PETROLEUM** [1] - 6:6
**PHELPS** [1] - 7:6
**Phil** [4] - 12:16, 13:9, 47:22, 51:8
**PHILIP** [1] - 2:17
**PHILLIP** [1] - 5:16
**phone** [2] - 11:11, 61:4
**photographs** [4] - 30:4, 34:11, 36:21, 41:5
**PIGMAN** [1] - 5:15

**place** [3] - 32:9, 36:5, 41:15
**PLACE** [2] - 6:24, 7:8
**plaintiff** [7] - 11:20, 11:21, 12:4, 12:5, 39:9, 41:17
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [16] - 11:19, 15:6, 34:9, 37:3, 37:24, 38:13, 38:16, 48:24, 49:3, 49:11, 49:14, 50:3, 50:24, 57:3, 57:13, 58:4
**PLAINTIFFS'** [1] - 1:16
**plaintiffs'** [3] - 18:10, 18:15, 56:23
**plan** [11] - 21:5, 21:9, 21:10, 21:17, 29:3, 29:16, 42:8, 47:14, 53:10, 59:9, 59:18
**planned** [1] - 29:2
**Plaquemines** [6] - 44:21, 45:1, 47:23, 47:24, 47:25, 48:4
**plead** [1] - 52:16
**pleading** [8] - 14:24, 14:25, 20:12, 20:13, 21:21, 23:13, 53:21, 54:21
**PLEADING............... ...... [1] - 8:23
**pleadings** [11] - 18:5, 18:7, 18:8, 18:9, 43:20, 51:6, 52:1, 52:5, 52:8, 54:16
**PLEADINGS** [1] - 8:20
**PLEADINGS....... [1] - 8:19
**podium** [1] - 11:13
**point** [7] - 14:4, 20:2, 30:13, 38:11, 42:3, 45:24, 49:23
**pointed** [2] - 40:9, 46:19
**policies** [5] - 21:8, 23:2, 23:6, 26:13, 26:17
**policy** [2] - 24:21, 26:12
**politician** [1] - 47:10
**Pollution** [1] - 48:17
**POLLUTION** [1] - 8:16
**PORTIS** [1] - 3:13
**position** [17] - 15:16, 19:24, 20:2, 22:3, 24:7, 24:11, 24:12, 24:16, 24:20, 24:21, 24:23, 25:13, 25:24, 26:8, 39:16, 56:16,

57:25
**positive** [1] - 16:25
**possibility** [1] - 40:21
**possible** [5] - 28:6, 30:8, 31:6, 40:11, 51:22
**POST** [1] - 3:14
**potential** [2] - 15:13, 29:13
**potentiality** [1] - 52:6
**potentially** [1] - 23:13
**POYDRAS** [4] - 2:4, 4:21, 5:13, 7:21
**PRACTICE** [1] - 8:20
**practice** [1] - 51:7
**precipitated** [2] - 43:24, 44:2
**preclude** [1] - 19:7
**prehearing** [1] - 43:6
**prejudice** [1] - 15:23
**premature** [2] - 46:2, 46:16
**prepared** [2] - 26:10, 28:13
**prescribed** [1] - 35:24
**PRESENT** [1] - 7:11
**present** [1] - 21:17
**presents** [1] - 22:2
**PRESERVATION** [1] - 8:12, 8:13
**preservation** [3] - 33:7, 35:4, 41:13
**preserved** [1] - 41:9
**preserving** [1] - 35:9
**pretrial** [4] - 13:19, 48:22, 50:18, 52:24
**PRETRIAL** [2] - 8:17, 8:19
**Pretrial** [4] - 18:18, 32:6, 50:18, 58:21
**pretty** [3] - 13:15, 18:20, 61:3
**prevent** [1] - 15:19
**primary** [1] - 44:10
**problems** [2] - 31:15, 60:20
**procedurally** [2] - 54:22, 56:20
**procedure** [1] - 36:13
**procedures** [1] - 35:22
**proceed** [2] - 56:22, 57:24
**proceeding** [1] - 18:12
**proceedings** [3] - 14:8, 61:10, 61:19
**PROCEEDINGS** [3] - 1:11, 7:23, 10:1
**proceeds** [1] - 22:11
**process** [6] - 27:18, 38:11, 46:24, 49:20,

54:9, 54:10
**PROCTOR** [1] - 3:6
**produce** [3] - 23:2, 23:5, 23:8
**produced** [2] - 27:8, 48:23
**PRODUCED** [2] - 7:23, 8:17
**PRODUCTION** [2] - 4:14, 4:17
**production** [5] - 18:12, 27:9, 27:10, 30:12
**PRODUCTS** [1] - 4:19
**Professional** [1] - 61:17
**professional** [1] - 27:18
**Professor** [4] - 10:19, 10:21, 17:8, 59:15
**PROFESSOR** [2] - 7:11, 10:22
**professor** [1] - 10:20
**program** [3] - 14:18, 14:24, 15:2
**programs** [1] - 36:5
**progress** [1] - 43:16
**promise** [1] - 51:20
**promptly** [2] - 51:19, 51:22
**proper** [1] - 42:18
**properly** [2] - 23:19, 56:2
**proposed** [16] - 21:21, 33:6, 34:20, 36:11, 36:13, 37:4, 39:16, 42:11, 42:12, 43:21, 45:6, 45:20, 49:16, 50:15, 53:4, 53:7
**PROPOSED** [1] - 8:22
**protocol** [3] - 31:22, 34:13, 34:15
**protocols** [6] - 31:21, 32:2, 32:4, 34:12, 34:16, 36:5
**provide** [6] - 19:21, 38:19, 40:2, 41:3, 43:10, 50:17
**provided** [1] - 32:18
**provides** [1] - 34:14
**PSC** [8] - 12:18, 22:10, 22:13, 47:22, 49:21, 52:14, 52:15, 56:23
**publicly** [1] - 35:23
**pure** [2] - 17:24, 20:3
**purely** [2] - 43:22, 44:3
**purpose** [4] - 19:10, 40:18, 40:19, 57:8
**purposes** [2] - 23:23,

40:4
**pursuant** [3] - 35:10, 54:17, 56:2
**put** [5] - 41:22, 41:24, 42:14, 57:5, 59:16
**putting** [1] - 35:23, 59:12

# Q

**qualified** [1] - 28:20
**quality** [3] - 36:4, 36:25
**questions** [4] - 18:17, 18:19, 58:19, 58:22
**quickly** [2] - 24:12, 32:21
**Quip** [1] - 13:6
**QUIP** [1] - 7:3
**quite** [4] - 20:2, 20:4, 21:13, 27:10

# R

**RAFFERTY** [1] - 3:6
**raise** [1] - 37:15
**raised** [1] - 50:10
**Ranger** [3] - 20:6, 25:10
**rather** [1] - 21:19
**RE** [1] - 1:4
**reach** [1] - 57:15
**reached** [1] - 41:5
**read** [1] - 45:6
**ready** [1] - 50:17
**real** [1] - 36:9
**realistic** [1] - 40:21
**really** [10] - 28:17, 36:1, 38:17, 40:3, 40:6, 43:12, 54:7, 55:8, 57:22, 58:17
**REALTIME** [1] - 7:20
**Realtime** [1] - 61:16
**reason** [4] - 10:17, 24:19, 42:3, 54:23
**reasonably** [1] - 51:22
**received** [3] - 32:3, 47:14, 48:19
**recent** [1] - 13:21
**recently** [1] - 55:3
**recipients** [2] - 53:25, 54:8
**recommendations** [1] - 31:22
**record** [2] - 29:25, 61:19
**RECORDED** [1] - 7:23
**REDDEN** [1] - 5:19

**referred** [1] - 20:24
**referring** [1] - 52:3
**refile** [1] - 21:4
**refrigeration** [1] - 36:8
**regard** [4] - 28:18, 59:7, 59:16, 60:25
**regarding** [7] - 18:11, 25:12, 26:21, 34:7, 35:4, 48:23, 58:20
**REGARDING** [2] - 8:12, 8:17
**regardless** [1] - 22:11
**regards** [1] - 47:23
**Registered** [2] - 61:16, 61:17
**rejects** [1] - 20:1
**related** [6] - 16:15, 17:6, 17:22, 32:22, 33:2, 57:16
**RELATES** [1] - 1:8
**relating** [2] - 14:17, 55:10
**relative** [1] - 22:18
**relevance** [1] - 50:2
**relief** [2] - 33:7, 50:5
**remaining** [1] - 44:9
**remains** [1] - 29:3
**remind** [2] - 11:10, 59:2
**reminded** [1] - 56:4
**renewed** [1] - 16:20
**repeat** [1] - 56:11
**replacement** [1] - 28:20
**REPORT** [2] - 8:5, 8:8
**report** [18] - 13:21, 13:22, 13:25, 17:20, 18:4, 19:9, 21:11, 26:23, 29:3, 29:6, 29:9, 30:9, 30:12, 31:11, 32:17, 32:19, 44:18, 48:13
**reported** [2] - 29:1, 29:6
**Reporter** [6] - 61:16, 61:17, 61:17, 61:22
**REPORTER** [2] - 7:20, 7:20
**REPORTER'S** [1] - 61:15
**represent** [8] - 25:10, 26:15, 26:16, 38:4, 47:24, 57:19, 57:20, 58:3
**represented** [1] - 43:9
**representing** [1] - 51:9
**request** [7] - 10:18, 29:8, 44:11, 45:14, 52:7, 54:19, 58:13

**require** [1] - 45:6
**required** [1] - 55:20
**requires** [1] - 23:7
**reserve** [1] - 20:21
**reserves** [1] - 50:1
**resolved** [1] - 25:6
**resolves** [1] - 49:20
**respect** [4] - 24:8, 36:19, 38:20, 52:24
**respectfully** [1] - 20:13
**respond** [3] - 35:18, 44:16, 53:6
**responder** [1] - 13:2
**response** [5] - 17:11, 34:7, 40:2, 46:15, 54:15
**RESPONSE** [1] - 6:15
**RESPONSE.............** ... [1] - 8:24
**responses** [2] - 54:1, 54:2
**responsibilities** [1] - 27:13
**responsibility** [1] - 49:10
**responsive** [4] - 18:7, 51:6, 52:1, 52:8
**RESPONSIVE** [1] - 8:20
**results** [4] - 34:12, 35:22, 36:2, 36:3
**retain** [1] - 35:11
**RHON** [1] - 3:13
**Rhon** [1] - 12:17
**RIG** [1] - 1:4
**rights** [2] - 20:21, 41:4
**rise** [2] - 10:7, 61:9
**risk** [1] - 47:9
**RMR** [2] - 7:20, 61:22
**road** [3] - 23:24, 29:5, 46:20
**rob** [1] - 12:19
**ROBERT** [2] - 1:24, 5:3
**Robert** [2] - 12:13, 37:21
**ROBERTS** [2] - 23:11, 24:4
**Roberts** [2] - 23:11, 24:3
**ROBIN** [1] - 2:20
**Robin** [1] - 12:9
**rocks** [2] - 33:8, 33:10, 33:15, 33:25, 34:7
**role** [1] - 56:18
**rolling** [1] - 27:9
**RONQUILLO** [2] -

5:23, 6:3
**ROOM** [1] - 7:21
**rooms** [1] - 27:24
**Roy** [5] - 11:20, 22:10, 29:23, 43:19, 52:14
**ROY** [8] - 1:16, 1:17, 11:19, 22:10, 23:10, 29:24, 43:20, 52:14
**rule** [1] - 21:14
**RULE** [2] - 8:20, 8:23
**Rule** [6] - 23:7, 51:6, 51:10, 53:21, 54:21, 55:21, 56:1
**ruling** [1] - 16:23

# S

**s/Cathy** [1] - 61:21
**SALLY** [1] - 7:11
**sample** [1] - 35:15
**samples** [16] - 35:10, 35:11, 35:12, 35:14, 35:18, 35:21, 35:24, 36:7, 36:11, 36:14, 36:15, 36:19, 38:2, 38:3, 38:20
**SAN** [2] - 2:8, 5:7
**San** [2] - 14:11, 14:20
**satisfy** [1] - 44:17
**schedule** [6] - 51:7, 51:10, 51:16, 54:5, 54:17, 60:18
**SCHEDULE.............**
...................................... [1] - 8:21
**scheduled** [2] - 22:6, 59:5
**scheduling** [2] - 54:1, 54:4
**Schlesinger** [2] - 56:6, 57:20
**SCOFIELD** [2] - 6:12, 13:5
**Scofield** [1] - 13:5
**scope** [5] - 18:1, 19:22, 24:10, 24:14, 60:17
**SCOTT** [1] - 2:23
**Scott** [1] - 12:10
**screen** [1] - 13:19
**sea** [2] - 35:15, 35:17
**SEACOR** [7] - 6:16, 6:16, 6:17, 6:17, 6:18, 6:18, 13:1
**seat** [1] - 19:5
**seated** [1] - 10:8
**second** [5] - 35:5, 39:11, 39:23, 55:24, 60:4

SECREST [1] - 5:19
SECTION [1] - 3:20
securities [1] - 18:6
see [12] - 16:25, 23:8,
27:8, 27:12, 32:23,
35:18, 35:19, 43:16,
58:8, 59:15, 60:7
seek [5] - 16:16,
18:19, 24:1, 50:3,
50:5
seeking [3] - 16:21,
19:20, 37:25
segment [1] - 26:3
send [1] - 17:4
sense [2] - 32:8, 60:1
sent [2] - 28:20, 35:21
separate [7] - 21:21,
22:12, 23:24, 26:3,
32:14, 44:3
separately [1] - 48:10
Serve [1] - 58:18
SERVE.....................
......... [1] - 8:25
service [4] - 54:9,
54:21, 54:24
Service [1] - 55:19
SERVICES [1] - 5:23
session [2] - 14:11,
14:19
set [4] - 21:19, 27:16,
40:5, 51:12
sets [1] - 36:13
settled [1] - 18:5
settles [1] - 23:13
settling [1] - 18:9
seven [1] - 16:24
several [4] - 15:9,
17:11, 48:15, 53:13
severe [1] - 45:1
share [1] - 30:13
shared [1] - 49:22
sheet [1] - 55:5
SHELL [1] - 4:20
sheriff [1] - 48:2
sheriff's [1] - 48:1
Sherman [2] - 10:19,
10:20
SHERMAN [1] - 10:22
ship [1] - 34:18
ships [1] - 35:17
SHORT [1] - 8:15
short [7] - 17:21, 43:2,
43:10, 44:1, 45:18,
48:2, 55:10
short-form [3] - 43:2,
45:18, 55:10
SHORT-FORM [1] -
8:15
show [1] - 47:7

SHUSHAN [1] - 7:11
Shushan [6] - 18:24,
22:22, 27:14, 28:17,
60:25, 61:7
shut [2] - 29:18, 37:16
shutdown [1] - 29:15
shuts [1] - 31:16
side [1] - 27:7
sides [1] - 41:2
SIEMENS [1] - 6:19
sign [6] - 17:1, 34:23,
42:18, 43:10, 50:12,
53:2
significant [1] - 29:5
similar [3] - 37:7,
37:24, 39:2
simplest [1] - 21:18
simplified [1] - 45:15
simply [2] - 20:4, 43:8
simultaneously [2] -
27:23, 28:12
site [2] - 30:13, 58:20
sitting [2] - 40:15,
40:16
six [2] - 11:4, 18:8
size [1] - 60:17
skipped [1] - 35:2
smoother [1] - 46:24
smoothly [1] - 28:6
SOILEAU [1] - 3:9
solve [1] - 60:22
someone [2] - 13:19,
52:21
sometime [1] - 59:16
somewhat [1] - 53:3
soon [2] - 30:8, 31:6,
51:12
sorry [1] - 47:20
sort [5] - 45:18, 49:19,
52:22, 56:25, 59:17
sorts [1] - 36:21
sound [1] - 10:12
sounds [3] - 28:14,
42:16, 52:23
SOUTH [2] - 3:7, 3:9
Southern [1] - 19:20
SOUTHWEST [1] -
3:17
space [2] - 10:16, 60:1
speaking [1] - 11:13
Special [1] - 16:18
SPECIAL [1] - 7:11
specific [5] - 13:20,
30:19, 36:10, 42:4,
48:12
spend [1] - 18:24
spent [1] - 18:25
spill [6] - 15:13, 15:21,
17:6, 35:16, 40:2,

45:2
SPILL [1] - 1:4
splitting [2] - 15:19,
15:24
spoken [1] - 57:2
SPRINGS [1] - 3:18
SQUARE [1] - 4:20
ST [2] - 6:24, 6:25
standard [1] - 35:22
Standards [2] - 55:15,
55:20
start [6] - 11:16,
11:19, 37:23, 57:8,
57:10, 59:9
started [2] - 27:20,
55:3
state [9] - 16:12,
16:16, 16:20, 16:22,
17:5, 17:20, 43:7,
43:15
STATE [5] - 4:3, 4:3,
4:7, 8:6, 8:22
State [4] - 44:25, 53:4,
53:7, 61:17
statement [2] - 19:16,
44:22
states [3] - 11:23,
43:5, 43:15
STATES [3] - 1:1,
1:12, 3:20
States [8] - 12:1,
28:23, 33:7, 35:8,
35:9, 44:25, 61:18,
61:23
status [19] - 13:22,
14:3, 16:12, 16:19,
17:4, 18:2, 19:16,
21:11, 25:5, 26:24,
28:19, 39:14, 39:18,
40:17, 40:18, 40:24,
50:4, 59:23
STATUS [6] - 1:11,
8:5, 8:6, 8:7, 8:9, 9:1
STATUS.................
................ [1] - 8:10
stay [3] - 16:24, 23:14,
31:4
stayed [3] - 17:12,
20:7, 21:3
steering [19] - 11:18,
11:20, 12:4, 12:5,
12:6, 12:7, 12:8,
12:9, 12:10, 12:11,
12:12, 12:13, 12:14,
12:15, 12:16, 12:17,
39:10, 41:17, 60:9
STEFANIE [1] - 5:24
STENOGRAPHY [1] -
7:23
STEPHEN [1] - 1:20

Sterbcow [1] - 12:8
STERBCOW [3] - 2:3,
2:3, 12:8
STEVE [1] - 7:17
Steve [10] - 11:21,
12:6, 15:6, 23:11,
28:22, 34:9, 35:7,
37:3, 48:24, 50:24
STEVEN [1] - 3:21
Steven [1] - 11:25
still [8] - 10:16, 16:15,
29:3, 30:11, 37:6,
37:20, 40:14, 40:15
stipulated [1] - 18:10
STONE [1] - 5:15
storage [1] - 36:8
STRADLEY [1] - 7:13
strands [1] - 18:5
STRANGE [7] - 4:4,
11:22, 43:4, 47:5,
47:9, 53:9, 53:17
Strange [7] - 11:22,
43:4, 46:21, 47:3,
47:7, 53:8, 53:9
Strange's [1] - 43:23
STREET [20] - 1:18,
1:24, 2:4, 3:4, 3:7,
3:10, 4:8, 4:11, 4:21,
5:4, 5:7, 5:13, 5:17,
5:20, 5:25, 6:9, 6:13,
7:8, 7:14, 7:21
street [2] - 27:3, 27:24
strongly [2] - 24:7,
54:19
structure [1] - 59:9
students [5] - 10:18,
10:20, 11:6, 47:7,
47:11
stuff [3] - 38:5, 38:6,
41:7
subcontractor [1] -
56:17
subject [5] - 23:20,
32:6, 41:25, 42:15,
44:15
submission [1] -
45:25
submit [6] - 25:4,
25:15, 34:20, 39:16,
44:8, 52:22
submitted [4] - 14:1,
38:14, 42:19, 49:16
subrogate [1] - 21:7
subrogation [2] -
21:2, 21:6
subsea [1] - 41:23
substantive [1] -
46:19
suggest [1] - 31:19
suggested [3] - 37:24,

38:16, 59:14
suggestion [1] - 44:6
suggestions [1] - 57:3
SUITE [12] - 2:4, 2:8,
2:18, 2:24, 3:4, 3:7,
4:21, 5:20, 5:25, 6:4,
6:13, 7:8
SUMICH [1] - 2:17
summarize [1] - 14:1
summary [3] - 20:3,
21:24, 24:12
Summy [1] - 12:10
SUMMY [2] - 2:23,
12:10
superseding [1] -
44:11
supplemental [1] -
48:16
supposed [1] - 55:11
Supreme [1] - 19:25
suspect [2] - 22:15,
43:15
sworn [1] - 38:19
syndicates [1] - 26:19
system [1] - 10:12

T

T's [1] - 30:17
table [1] - 19:5
takers [1] - 60:7
tandem [1] - 34:1
taxing [1] - 43:8
TAYLOR [1] - 2:17
Team [1] - 31:25
Ted [2] - 13:1, 57:18
telephone [1] - 11:15
temporarily [1] - 52:23
tender [1] - 54:21
tenders [1] - 53:24,
53:25, 54:9, 54:10
term [2] - 31:23, 35:20
terms [6] - 14:8,
15:23, 17:9, 26:9,
54:5, 60:11
test [1] - 34:12
tested [2] - 35:22,
38:6
testing [23] - 28:19,
29:2, 29:4, 29:6,
29:22, 30:4, 30:21,
31:10, 31:12, 31:21,
32:2, 32:6, 32:14,
32:17, 32:20, 32:24,
32:25, 33:8, 33:22,
33:24, 34:10, 60:12
TESTING [1] - 8:10
TESTING.................
.................... [1] -

8:11

**TEXAS** [4] - 5:25, 6:4, 7:4, 8:18

**Texas** [11] - 16:20, 16:22, 16:23, 17:12, 19:20, 19:25, 21:8, 48:23, 50:1, 50:6

**THE** [120] - 1:4, 1:5, 1:11, 1:23, 3:20, 4:3, 4:7, 8:6, 8:18, 8:19, 10:7, 10:8, 10:10, 10:23, 11:1, 11:4, 11:6, 11:9, 12:2, 12:24, 13:12, 13:15, 14:21, 15:3, 15:25, 16:10, 17:2, 17:18, 18:21, 19:13, 21:13, 22:8, 22:20, 24:2, 25:7, 25:17, 25:19, 26:6, 26:12, 26:15, 26:20, 27:20, 28:3, 28:24, 29:10, 29:18, 29:23, 30:6, 30:18, 31:2, 31:8, 31:15, 31:23, 32:8, 32:12, 32:16, 32:23, 33:4, 33:10, 33:14, 33:18, 34:2, 34:6, 34:13, 34:17, 34:20, 34:23, 35:1, 35:14, 36:19, 37:1, 37:9, 37:12, 37:19, 39:6, 39:15, 39:18, 39:21, 42:10, 42:16, 42:22, 42:23, 42:25, 43:17, 44:19, 45:5, 45:10, 46:3, 46:11, 47:2, 47:6, 47:18, 47:20, 48:7, 48:15, 49:1, 49:5, 49:24, 50:11, 50:22, 51:5, 51:14, 52:10, 52:12, 52:21, 53:2, 53:16, 53:18, 54:18, 56:7, 57:5, 57:8, 58:3, 58:6, 58:11, 58:15, 58:24, 59:14, 59:20, 61:9

**themselves** [2] - 11:18, 47:16

**THEODORE** [1] - 6:20

**therefore** [1] - 33:22

**they've** [2] - 18:17, 24:23

**thinking** [1] - 59:9

**third** [3] - 33:24, 54:2, 56:7

**third-party** [1] - 54:2

**THIS** [1] - 1:8

**THOMAS** [1] - 3:6

**thorough** [1] - 38:12

**thoroughly** [1] - 38:13

**thousands** [2] - 17:23, 36:7

**three** [7] - 14:2, 14:3, 18:5, 18:11, 19:25, 20:11, 35:4

**throw** [3] - 36:6, 36:14, 36:17

**tie** [1] - 47:8

**ties** [1] - 53:3

**TIME** ......................... ............. [1] - 9:2

**TO** [2] - 1:8, 10:4

**today** [6] - 27:2, 29:4, 29:17, 34:24, 39:4, 58:23

**today's** [1] - 27:5

**together** [5] - 25:14, 46:22, 50:20, 59:12, 59:17

**top** [2] - 20:5, 21:9

**total** [1] - 26:17

**TOWER** [1] - 2:11

**tower** [1] - 23:22

**track** [3] - 28:11, 31:4, 32:14

**tracking** [1] - 27:20, 27:25

**tracks** [2] - 23:25, 26:3

**Tracy** [1] - 10:24

**traditional** [1] - 55:25

**tragedy** [1] - 44:25

**transcript** [1] - 61:19

**TRANSCRIPT** [2] - 1:11, 7:23

**transfer** [6] - 13:21, 13:22, 14:2, 14:9, 14:16, 20:7

**TRANSFER** [2] - 8:5

**Transfer** [2] - 14:10, 14:12

**transferred** [1] - 14:5

**TRANSOCEAN** [4] - 5:9, 5:9, 5:11, 7:6

**Transocean** [12] - 13:10, 19:17, 19:19, 19:22, 23:11, 23:14, 23:16, 24:22, 26:7, 26:17, 46:14, 53:22

**TRANSOCEAN'S** [1] - 8:23

**Transocean's** [4] - 24:6, 24:23, 53:20, 54:20

**treat** [2] - 15:18, 49:12

**trial** [8] - 22:5, 24:18, 28:13, 54:7, 59:5, 59:9, 59:10, 59:17

**triple** [1] - 28:11

**true** [1] - 61:18

**trump** [1] - 40:23

**try** [9] - 10:15, 25:3, 28:5, 51:19, 51:21, 54:15, 55:4, 55:5, 60:2

**trying** [10] - 13:14, 17:9, 18:25, 19:1, 19:6, 28:7, 30:11, 31:18, 33:14, 37:6

**Tsekerides** [2] - 13:1, 57:18

**TSEKERIDES** [4] - 6:20, 13:1, 57:18, 58:5

**Tuesday** [1] - 14:1

**Tulane** [4] - 10:20, 47:6, 47:8, 47:10

**turn** [2] - 22:3, 47:7

**turned** [1] - 30:14

**turning** [1] - 10:12

**turns** [1] - 55:13

**two** [20] - 20:1, 20:6, 20:9, 20:22, 21:3, 27:8, 27:22, 27:23, 27:24, 30:24, 31:19, 31:20, 37:19, 41:4, 41:13, 41:21, 42:7, 42:14, 45:25

**TX** [5] - 2:8, 2:24, 5:21, 6:13, 7:15

**type** [2] - 30:12, 60:16

**types** [4] - 14:21, 15:21, 16:3, 55:21

## U

**U.S** [3] - 3:21, 6:23, 26:19

**under** [16] - 15:1, 15:11, 16:6, 16:7, 18:17, 19:3, 21:7, 35:22, 36:5, 36:8, 37:20, 48:19, 54:1, 54:6, 55:15, 60:18

**Underhill** [5] - 28:19, 29:1, 30:6, 31:3, 37:15

**underpayments** [1] - 16:7

**UNDERWRITERS** [1] - 7:6

**underwriters** [3] - 24:6, 25:12, 26:19

**underwriters'** [1] - 26:8

**unduly** [1] - 36:15

**UNITED** [3] - 1:1, 1:12, 3:20

**United** [8] - 12:1,

28:23, 33:7, 35:8, 35:9, 44:25, 61:18, 61:23

**unless** [5] - 13:19, 29:21, 32:20, 41:10, 42:2

**unnecessary** [1] - 46:8

**unstay** [1] - 21:16

**unstayed** [1] - 20:8

**up** [19] - 13:18, 14:10, 15:16, 22:24, 33:24, 34:2, 35:6, 35:23, 36:13, 36:24, 37:19, 39:23, 43:1, 47:4, 51:21, 55:5, 60:4, 60:6

**urgent** [1] - 61:3

**urgently** [1] - 39:24

**US** [1] - 13:11

**USA** [2] - 6:7, 27:6

**useful** [1] - 36:1

## V

**VA** [1] - 2:12

**value** [1] - 35:12

**various** [4] - 13:19, 17:24, 26:19

**vessel** [1] - 33:11

**Vessel** [4] - 14:23, 15:9, 15:19, 16:5

**Vessels** [2] - 14:17, 15:1

**vetted** [1] - 38:13

**video** [1] - 30:4

**view** [2] - 16:8, 41:8

**virtue** [1] - 54:20

**VOICES** [1] - 10:9

**volatile** [1] - 35:25

**volume** [1] - 28:16

**voluntarily** [1] - 44:3

**VOLUNTARY** [1] - 8:14

**voluntary** [8] - 43:2, 43:22, 45:24, 52:4, 52:5, 52:9, 52:18

**volunteering** [1] - 11:7

**volunteers** [2] - 15:9, 15:20

## W

**wait** [1] - 58:7

**waive** [2] - 54:9, 54:13

**waiver** [1] - 21:6

**WALKER** [2] - 2:10,

6:23

**WALTHER** [1] - 5:15

**wants** [8] - 11:12, 29:21, 32:23, 37:19, 38:9, 39:6, 48:11, 51:7

**WARE** [1] - 7:3

**warehouse** [1] - 40:15

**warning** [1] - 36:16

**WASHINGTON** [8] - 3:22, 4:5, 5:4, 6:10, 10:25, 11:3, 11:5, 11:8

**Washington** [1] - 10:24

**water** [3] - 35:15, 35:17, 38:1

**water-based** [1] - 38:1

**WATERSIDE** [1] - 2:11

**Watts** [1] - 12:5

**WATTS** [3] - 2:6, 2:7, 12:5

**WEATHERFORD** [1] - 6:23

**Weatherford** [1] - 13:11

**web** [1] - 58:20

**Wednesday** [1] - 25:3

**week** [16] - 11:7, 25:4, 29:2, 29:4, 29:16, 30:3, 30:24, 31:19, 44:7, 44:18, 46:22, 49:17, 51:4, 52:17, 53:11, 53:14

**weekly** [2] - 27:15, 60:25

**weeks** [9] - 18:8, 29:7, 31:20, 32:11, 41:4, 41:21, 42:7, 42:14, 48:15

**weigh** [3] - 15:4, 18:21, 31:8

**WEIL** [1] - 6:20

**WEITZ** [1] - 2:20

**Welcome** [1] - 12:24

**welcome** [4] - 10:23, 11:9, 38:10, 47:10

**wellbore** [1] - 33:16

**WHEREUPON** [1] - 61:10

**WHITELEY** [1] - 4:7

**whole** [1] - 44:2

**WILLIAM** [1] - 7:13

**willing** [1] - 30:25

**willingness** [1] - 31:14

**wish** [1] - 45:16

**wishbone** [1] - 49:5

**witness** [3] - 27:2, 27:5, 27:6

**witnesses** [5] - 19:7,

27:4, 27:5, 27:23,
28:7
**WITTMANN** [5] - 5:15,
5:16, 13:9, 51:8,
51:24
**Wittmann** [3] - 13:9,
51:8, 52:2
**won** [1] - 37:14
**word** [1] - 15:15
**wordsmithing** [1] -
44:15
**WORLDWIDE** [1] -
6:17
**WORLEY** [1] - 8:24
**Worley** [3] - 55:16,
55:18, 57:2
**worry** [1] - 15:23
**WRIGHT** [1] - 1:16
**write** [1] - 21:19
**WRITTEN** [1] - 8:9
**written** [5] - 13:25,
18:4, 26:24, 27:7,
30:9

## Y

**year** [4] - 22:6, 28:14,
54:6, 59:6
**years** [2] - 19:25, 20:1
**yesterday** [3] - 14:13,
22:22, 27:22
**YORK** [4] - 2:21, 6:3,
6:21, 13:7
**York** [2] - 11:6, 13:7
**you-all** [9] - 18:24,
22:24, 27:20, 39:15,
42:17, 58:8, 59:16,
60:25, 61:7
**yourself** [1] - 60:22