UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 10-2179<br><br>MEMBER CASE NO. 10-2116<br><br>SECTION: "J" |
| This Document Relates To: | | § § | |
| Al Abadie, et al v. BP, PLC, et al Plaintiff and Member No. 10-2116 | | § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**O R D E R**

Considering the foregoing Ex Parte Motion for Voluntary Dismissal without prejudice of

Plaintiff Riley Grimmett,

**IT IS ORDERED** that the Motion is hereby **GRANTED** and that Plaintiff Riley

Grimmett is voluntarily dismissed without prejudice in the above captioned matter.

New Orleans, Louisiana, this __4th__ day of March, 2011.

_____

United States District Judge