MINUTE ENTRY
SHUSHAN, M.J.
MARCH 4, 2011

**MJSTAR: 02:39**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, MARCH 4, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and by telephone.