# CONFERENCE ATTENDANCE RECORD

DATE: 3-4-11                              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| John Alden Meade | LAMPERS MDL 2185 Deriv. Ps |
| ROBERT CUNNINGHAM | PSC |
| Olivia Martin | STATE of AL. |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Steve Herman | Plaintiffs |
| Jim Roy | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Henry T Dart | St of LA |
| Mike Underhill | U.S. |
| Robert E. Guidry | Anadarko & MOEX |
| Corey Maze | State of Alabama |
| Andrew Langan | BP |
| Don Haycraft | BP |
| Ryan Babiuch | BP |
| Carmelite Bertaut | Cameron |
| Glenn Goodier | Weatherford U.S., L.P. |
| Allan Kanner | LA AG |



**BP Status Conference**
**Calendar Entry**
Fri **03/04/2011** 9:30 AM - 10:00 AM
Location:    888-684-8852, access code: 6331546; host 9323; security: 3411

**Description**

Tony Fitch - Anadardo and MOEx
Ky Kirby for Anadarko
Ted Tsekerides Seacor, OBriens and NRC
Denise Scofield - MI
Shaun Clarke - Bob Kaluza
Jessica McClellan - USA
Amit Mehta - Brian Morel