Cause No. 2:10-cv-04536-CJB-SS

| | |
|---|---|
| UNITED STATES OF AMERICA | IN THE UNITED STATES |
| VS | DISTRICT COURT |
| BP EXPLORATION & PRODUCTION INC., ANADARKO EXPLORATION PRODUCTION LP, ET AL | EASTERN DISTRICT OF LOUISIANA |

## AFFIDAVIT OF DELIVERY

BEFORE ME, the undersigned authority, on this day appeared, RON HARRIS, personally before me and stated under oath as follows:

1. My name is RON HARRIS. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a Texas Supreme Court certified private process server in The State Of Texas, ID# SCH 581, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

2. ON FEBRUARY 9TH, 2011 AT 2:45 PM -- Summons In A Civil Action And Complaint Of The United States Of America CAME TO HAND.

3. ON FEBRUARY 16TH, 2011 AT 10:00 AM - THE ABOVE NAMED DOCUMENTS WERE LEFT AT THE SECURITY DESK OF: Anadarko Exploration & Production Inc. 1201 Lake Robbins Drive The Woodlands, TX. 77380 (AS PER INSTRUCTIONS FROM THE ATTORNEY) BY PERSONAL DELIVERY.

FURTHER AFFIANT SAYETH NOT.

_____
RON HARRIS, AFFIANT, ID # SCH 581

SWORN TO AND SUBSCRIBED before me by RON HARRIS, appeared ON THIS 16TH DAY OF FEBRUARY, 2011 to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



ANNA M. HANCOX
MY COMMISSION EXPIRES
FEBRUARY 22, 2013