Case 2:10-cv-04536-CJB-SS   Document 5-3   Filed 12/15/10   Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __MOEX Offshore 2007 LLC__
was received by me on *(date)* __2-9-2011__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Napto Zichi, Registered Agent__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __MOEX Offshore__
__2007 LLC__ on *(date)* __2-14-2011__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2-15-2011__      __K. M. Scott 581__
                            *Server's signature*

                        __Ron Harris, Process Server__
                            *Printed name and title*


                        __PO Box 96134 Houston TX 77213__
                            *Server's address*

Additional information regarding attempted service, etc: