UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Working Group[1] Conference on Friday, March 4, 2011]

This order reflects the action taken at the Working Group Conference on Friday, March 4, 2011 and the requirements for the Working Group Conference on Friday, March 11, 2011.

**I.     Donald Vidrine**.

Donald Vidrine, a BP employee, was improperly described in the March 1, 2011 order (Rec. doc. 1458) as a deponent who would invoke the Fifth Amendment at his deposition. The Court regrets this error. Mr. Vidrine has a medical condition which may limit his availability for or the length of his deposition. Mr. Vidrine's deposition is tentatively set for May 18 and 19, 2011. These dates will be confirmed with his individual counsel, Robert Habans.

**II.    UK Depositions**.

BP reports that so far none of the UK deponents are requiring service pursuant to the Hague Convention. Dates were set for the following UK deponents. The depositions will be taken at the office of Kirkland & Ellis in London.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

| No.[2] | Name | Employer | Track[3] | Deposition Date |
|---|---|---|---|---|
| 16. | Hayward, Tony | BP | Response | June 6 and 8 |
| 32. | Thierens, Henry "Harry" | BP | Event | June 9 and 10 |
| 37. | Wall, David | BP | Investigation | June 27 and 8 |
| 95. | Cowie, Jim | BP | Investigation | June 15 and 16 |
| 96. | Cowlam, Gill | BP | Investigation | June 6 and 7 |
| 40. | Wong, Norman | BPplc | Investigation | June 13 and 14 |

**Before the March 11, 2011 conference** BP shall determine the availability of the following deponents and whether they require compliance with the Hague Convention.

| | | | | |
|---|---|---|---|---|
| 12. | Flynn, Steve | BP | Event | |
| 17. | Inglis, Andy | BP(E&P) | Response | |
| 34. | Tooms, Paul | BP | Event | |

At the request of Louisiana, BP shall determine the availability of John Baxter for his deposition in London.

| | | |
|---|---|---|
| **[4] | Baxter, Jim | BP -VP Safety & Operations |

### III. Certain Deponents.

Dates were set for the following deponents. The parties requesting these depositions shall be responsible for confirming the dates for the depositions with the individual counsel for the

---

[2] The number refers to the number of the deponent on the Master List of Potential Deponents ("Master List") which was prepared by Don Godwin and distributed by Alan York on February 17, 2011.

[3] Track refers to the tracks on Kerry Miller's Proposed Deposition Track Chart - Revised February 17, 2011: [(1) event; (2) plaintiff personal injury; (3) Fifth Amendment; (4) Bly investigation; (5) custodian/ESI archives; and (6) response].

[4] Baxter is not identified on the Master List.

deponents, issuing the notices, and remaining in communication with individual counsel concerning the depositions.

| No. | Name | Employer | | Date |
|---|---|---|---|---|
| 15. | Hafle, Mark | BP | Event | May 26 |
| 18. | Kaluza, Robert | BP | Event | May 27 |
| 22. | Morel, Brian | BP | Event | May 10 |
| 58. | Harrell, Jimmy W. | Transocean | Event | May 16 and 17 |

### IV. Randy Ezell.

Transocean reported that Mr. Ezell's deposition was moved from March 30 and 31 and to April 27 and 28.

| 152. | Ezell, Miles Randall | Transocean | Event | April 27 and 28 |
|---|---|---|---|---|

### V. Bly Investigation.

Dates were set for the following deponents.

| No. | Name | Employer | Requesting Party | Date |
|---|---|---|---|---|
| 2. | Wright, John | Boots & Coots | PSC | May 12 and 13 |
| 3. | Abbassion, Fereidian | BP | PSC | May 3 and 4 |
| 10. | Defranco, Samuel | BP | APC/MOEX | April 12-13 |

CSI Technologies was a contractor for BP. **Before the March 11, 2011 conference**, BP shall communicate with CSI Technologies and attempt to determine the availability of the following. This shall be done in conjunction with the Rule 30(b)(6) deposition of CSI Technologies (No. 109 on Master List) requested by APC and MOEX.

| 42. | Brown, David | CSI Technologies | PSC request |
|---|---|---|---|
| 108. | Sabins, Fred | CSI Technologies | Halliburton request |

BP reports that it has no record of an employee named John McCarroll. **Before the March 11, 2011 conference**, Transocean shall attempt to determine why McCarroll was listed and who he is employed by.

    100.    McCarroll, John    ????    Transocean request

**VI.**   **Event Track**.

Dates were set for the following deponents.

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 4. | Bellow, Jonathan | BP | Event | May 2 and 3 |
| 11. | Dupree, James | BP | Event | June 16 and 17 |
| 14. | Guide, John Alex | BP | Event | May 9 and 10 (tentative) |
| 23. | O'Bryan, Patrick | BP | Event | May 23 and 24 (tentative) |
| 24. | Rainey, David | BP | Event | June 2 and 3 |
| 25. | Rich, David | BP | Event | May 31 and June 1 |
| 28. | Skelton, Cindy | BP | Event | May 25 and 26 |
| 31. | Suttles, Doug | BP | Event | May 19 and 20 |
| 39. | Wells, Kent | BP | Event | April 19 and 20 |
| 102. | Sepulvado, Murray | BP | Event | May 11 and 12 |

**Before the March 11, 2011 conference**, BP shall determine the availability of the following for depositions.

| No. | Name | Employer | Track |
|---|---|---|---|
| 20. | Lynch, Richard | BP | Event |
| 21. | Mogford, John | BP | Event |
| 55. | Lacy, Kevin | Former BP (Talisman En) | Event |

Some of the deponents in this portion of the event track have individual counsel. It shall be the responsibility of BP to maintain continuing contact with individual counsel concerning the depositions.

**VII.** **Rule 30(b)(6) for Cobalt, Kongsberg, Oceaneering and Wildwest.**

The PSC reported the following:

| | | |
|---|---|---|
| 49. | Rule 30(b)(6) Kongsberg | April 4 and 5 |
| 53. | Rule 30(b)(6) Oceaneering | April 12 (tentative) |

**By March 11, 2011**, the PSC shall report on the status of the following:

41. Rule 30(b)(6) Cobalt Int'l Energy

47. Alderr, Hayyan - Kongsberg

48. Johnson, Ronald - Kongsberg

198. Rule 30(b)(6) Wild West[5]

It shall be the responsibility of the PSC to maintain continuing contact with the representative of these deponents concerning the depositions.

**VIII.** **Rule 30(b)(6) for Primary Defendants other than Anadarko and MOEX.**

**By 9:00 a.m. on Thursday, March 10, 2011**, the parties shall revise the Rule 30(b)(6) notices for the following defendants. **By that deadline** the PSC shall e-mail the notices to the Court, including Marie Firmin (marie_firmin@laed.uscourts.gov). There will be a telephone conference on **Thursday, March 10, 2011, at 3:00 p.m.** to resolve any issues with the revised Rule 30(b)(6) notices. An e-mail will be sent on **Wednesday, March 10, 2011**, to Liaison Counsel, Coordinating Counsel and MDL 2185 Counsel notifying them of the call-in information.

---

[5] Wild West's Rule 30(b)(6) is not on the Master List. It is assigned no. 198.

**Before the March 11, 2011 conference**, the following defendants shall make a preliminary determination as to who will be the representative(s) designated to testify on their behalf.[6]

| Nos. on Master List | Defendant |
|---|---|
| 35 and 103. | BP |
| 77 and 168-171. | Transocean |
| 126 and 144. | Halliburton |
| 132 | M-I Swaco |
| 195-197. | Weatherford |
| 199. | Cameron[7] |

**Before the March 11, 2011 conference**, the PSC and Halliburton shall meet and confer on the portion of the Speery Rule 30(b)(6) notice applicable to John Gisclair (Master List No. 115) as he will be the designated representative and his deposition is set for March 14 and 15, 2011.

## IX. Rule 30(b)(6) Anadarko and MOEX.

Anadarko and MOEX reported dates for the following designees for their Rule 30(b)(6) depositions.

|  |  |  |  |
|---|---|---|---|
|  | Foster, Steve | Anadarko (insurance and indemnity) | April 27 |
|  | Bryan, Jim | Anadarko (contract, lease and JOA) | May 6 |
|  | O'Donnell, Alan | Anadarko (due diligence) | May 6 |
| 89. | Chandler, Paul | Anadarko | May 4 and 5 |
| 90. | Hollek, Darrell | Anadarko | June 22 and 23 |

---

[6] It is understood that where a person is represented by counsel, there may be an issue on whether the person consents to testify on behalf of the defendant.

[7] Cameron's Rule 30(b)(6) is not on the Master List. It is assigned no. 199.

| | | | | |
|---|---|---|---|---|
| 91. | Huch, Nick | Anadarko | | May 16 and 17 |
| 92. | Quitzau, Robert | Anadarko | | May 24 and 25[8] |
| | Nokia Ishii | MOEX | | June 29 and 30 |

MOEX reported that the following will require compliance with the Hague Convention.

|  |  |  |  | Requested by |
|---|---|---|---|---|
| 136. | Naito, Shinjiro | Mitsui | Event | BP |
| 137. | Yamamoto, Kyoto | Mitsui | Event | BP |

**X.    Remaining Rule 30(b)(6) Depositions from Master List of Potential Deponents**.

**By the March 11, 2011 conference**, the requesting parties shall prepare deposition notices for the following and contact them regarding their depositions.

| | Deponent | Track | Requested by |
|---|---|---|---|
| 54. | Randy Smith Training | Response | PSC, US, AL, APC & MOEX |
| 85. | Add Energy | Investigation | APC & MOEX |
| 86. | Baker Risk | Investigation | APC & MOEX |
| 109. | CSI Technologies | Investigation | APC & MOEX |
| 111. | Det Norske Veritas | Event | APC & MOEX |
| 112. | Dril-Quip, Inc. | Event | Halliburton |
| 138. | Nexen, Inc. | Response | APC & MOEX |
| 145. | Stress Engineering | Investigation | APC & MOEX |
| 192. | Vector Magnetics | Event | Halliburton |

---

[8] The dates for Quitzau's deposition were changed after the conference by agreement between Ky Kirby and the PSC.

XI.  **Unknown Deponents from Master List of Potential Deponents**.

The PSC reported that it identified Eddy Redd as an additional person to be deposed. He is a former Transocean employee. He has been assigned no. 82 on the Master List. By **Friday, March 11, 2011**, Transocean shall report on the availability of Mr. Redd.

    82.    Redd, Eddy-Transocean    PSC

The PSC reported that it has not identified any persons who should be added to the Master List as "Cap and Contain" deponents.

Halliburton reports that it did not conduct a "Bly type" investigation, so it has no one to designate for:

    123.    Halliburton accident investigation    BP

By **Friday, March 11, 20111**, Halliburton shall identify the persons to be deposed for the following:

    124.    Haliburton lab techs-tests cement    BP

XII.  **Subpoenas**

Individual counsel for at least three deponents reported that the deponents will not appear for their depositions. Christopher Haire is a plaintiff in an action in MDL 2179.[9] The other two deponents may have made claims in MDL 2179. The Court shall contact the individual counsel.

| | Name | Employer | Requesting Parties |
|---|---|---|---|
| 57. | Fleytas, Andrea | Transocean | PSC, US, AL, APC, MOEX, BP |

---

[9] _Matthew Davis, et al v. Cameron International Corporation_, 10-3169. Anthony G. Buzbee is counsel for Christopher Haire.

| 117. | Haire, Christopher | Halliburton | BP and Transocean |
| 125. | Willis, Cathleenia | Halliburton | BP, APC, MOEX, Transocean |

**XIII. U.S. Deponents Requested by BP.**

This category is deferred pending discussions on the scope of the February 27, 2012 trial.

**XIV. Plaintiff Personal Injury.**

The following were identified as deponents who are asserting claims for personal injury. **By the March 11, 2011 conference** the parties shall report any additions to this list. The schedule of these depositions is deferred until after April 20, 2011.

| No. | Name | Employer |
|---|---|---|
| 155. | Ingram, James | Transocean |
| 156. | Johnson, Bill | Transocean |
| 157. | Johnson, Dustin | Transocean |
| 159. | Meinhart, Paul | Transocean |
| 164. | Taylor, Carl | Transocean |
| 165. | Watson, Nick | Transocean |

**XV. Inquiries to Court and PSC from unrepresented persons.**

There was discussion concerning this issue. The PSC shall provide such persons copies of the legal notice and the short form claim.

**XVI. Insurance Policies.**

Defendants reported on the information which was provided to the PSC. It was agreed that this would not be on the agenda for March 11, 2011.

**XVII. Marital privilege asserted by Brian Morel.**

Counsel for Mr. Morel reported that there may be an additional twelve to twenty documents which Mr. Morel contends are subject to the marital privilege. The deadlines in the March 2, 2011 order (Rec. doc. 1498) are modified and the parties shall proceed as follows:

1. By **Wednesday, March 16, 2011**, the PSC shall produce for *in camera* inspection the three documents identified in the March 2, 2011 letter from liaison counsel for the PSC on which disagreement remains.

2. By **Wednesday, March 16, 2011**, counsel for Mr. Morel shall submit a memorandum outlining the reasons asserted for the privilege and the non-waiver thereof.

3. By **Wednesday, March 23, 2011**, the PSC shall submit a memorandum supporting its position that the marital communications privilege does not apply and/or has been waived.

4. The additional twelve to twenty documents on which Mr. Morel asserts the marital privilege shall be produced as promptly as possible.

5. The Court will not rule on the issue until the parties report that all of the documents at issue have been produced for *in camera* inspection.

**XVIII.** **Further Deponents**.

**By the Friday, March 11, 2011 conference**, the employer or in the case of a non-party deponent, the requesting party shall provide dates for the following deponents.

| No. | Name | Employer | Track | Requested by |
|---|---|---|---|---|
| 87. | Crone, Timothy | Non-Gov. Researcher | Event | BP |

| | | | | |
|---|---|---|---|---|
| 88. | Haynie, William | ABS Surveyor | Event | BP |
| 94. | Breazeale, Martin | BP | Event | Transocean |
| 97. | Lambert, Lee | BP | Event | Transocean |
| 98. | Lee, Earl | BP | Event | Transocean |
| 99. | Lee, Phillip | BP | Event | Transocean |
| 101. | Price, Vincent | BP | Event | Transocean |
| 104. | Erwin, Carter | Cameron | Event | BP |
| 105. | LeNormand, William | Cameron | Event | BP |
| 106. | McWhorter, David | Cameron | Event | BP |
| 107. | Whitby, Melvin | Cameron | Event | BP |

New Orleans, Louisiana, this 7th day of March, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**