UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION FOR ACCESS TO THE *DEEPWATER HORIZON* BLOWOUT PREVENTER FOR FURTHER FORENSIC INVESTIGATION

Defendants BP America Inc. ("BPA"), BP Exploration and Production Inc. ("BPXP"), and BP America Production Company ("BPAPC") (collectively, "BP") hereby move this Court for entry of an order that grants BP access to the *Deepwater Horizon* blowout preventer to perform further forensic activities following completion of the forensic examination currently being conducted by the BOEMRE/USCG Joint Investigation Team ("JIT").  This is more fully explained in the accompanying Memorandum.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

        Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Kirkland & Ellis LLP
        300 North LaSalle Street
        Chicago, IL  60654
        312-862-2000 (Tel)
        312-862-2200 (Fax)

        Robert C. "Mike" Brock
        Covington & Burling LLP
        1201 Pennsylvania Avenue, NW
        Washington, DC 20004-2401
        202-662-5985

        Attorneys for BP America, Inc., BP America Production Company, and BP Exploration & Production Inc.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 8, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

        s/ Don K. Haycraft
        Don K. Haycraft