# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

February 17, 2011

**By Electronic Mail**
**By Federal Express**

Silvia Murphy, Esq.
Attorney-Advisor
Division of Mineral Resources
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

Lt. Cmdr. Jeff R. Bray
United States Coast Guard
Marine Board of Investigation
1201 Elmwood Park Blvd.
New Orleans, LA 70123

Re:   *Deepwater Horizon* Blowout Preventer Forensic Testing

Dear Ms. Murphy and LCDR Bray:

I write on behalf of BP Exploration and Production Inc. ("BP") to make a request regarding the scope of work for the forensic investigation of the *Deepwater Horizon* blowout preventer ("BOP") currently ongoing at the Michoud Assembly Facility.

Both Det Norske Veritas ("DNV") and United States Coast Guard on-site personnel recently advised BP and other parties-in-interest as to the scope of work expected to be completed before the forensic investigation concludes, which we understand may be as early as the first week of March. *See, e.g.*, Transcript of Jan. 28, 2011 MDL-2179 Status Hearing at 31 ("projecting the end of the first week of March") (corrected copy).

In that connection, we received yesterday DNV's draft document entitled *BOP Forensic Investigation: Remaining Function Tests*, *see* Attachment A, which we much appreciate and are very grateful to have. Furthermore, DNV and the USCG have orally advised BP and other parties-in-interest that concerns regarding the scope of work envisioned before the conclusion of the investigation, or requests for additional forensic testing activities, should be directed to the Joint Investigation Team before the forensic investigation concludes. In light of this directive, BP would respectfully request that the JIT take the following steps:

- Grant our long-pending request and direct that the Technical Working Group be provided full access to the video, images, and other data obtained during the forensic inspection to ensure that the investigation has been fully and properly documented before it concludes;

# KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
February 17, 2011
Page 2

- Direct that Technical Working Group members be provided with the protocols that DNV will use to conduct the remaining forensic activities, in order to enable the TWG to provide meaningful input for potential additions or improvements to those remaining investigative tasks; and

- Direct that certain forensic activities be performed before the conclusion of the forensic investigation to allow a more comprehensive and authoritative forensic inspection report to be prepared.

As always, BP personnel and our counsel team are available at your convenience to discuss these issues.

## I.   FULL ACCESS TO VIDEO AND STILL BOP IMAGES

As an initial matter, we would renew our pending request that the JIT instruct that immediate and full access be provided to all video and still images acquired during the inspection. (*See*, December 23, 2010 Letter by R. Gasaway to Lt. Cmdr. Jeff R. Bray.)

As you know only a limited set of images from the BOP inspection are currently available through one-image-at-a-time "read only" access to a SharePoint site. Those persons allowed to access the "view only" images are not allowed to share or use them, which effectively prevents BP (and other parties) from gaining the full benefit of even this limited set of images.

Sharing the full set of video and images will permit Technical Working Group members to have a more meaningful dialog regarding potential additional forensic activities, such as those BP respectfully requests below. At a bare minimum, however, full access to all images created to date would permit the TWG to evaluate whether the inspection has been, and is being, adequately documented.

## II.   DISCLOSURE OF PROTOCOLS FOR REMAINING FORENSIC ACTIVITIES

As noted above, BP and other parties-in-interest recently received a "punch-list" of remaining activities that identifies generally the forensic activities that DNV expects to conduct before concluding the inspection. See *BOP Forensic Investigation: Remaining Function Tests* (Attachment A). For many of these remaining activities, neither BP nor other parties-in-interest (at least to our knowledge) have received written descriptions that specify precisely how the contemplated activity will be conducted.

Accordingly, we respectfully request that JIT direct that the Technical Working Group be provided formal protocols for all the forensic activities that DNV intends to complete as part of its current scope of work. For example, BP submitted a proposed testing procedure for Solenoid 103Y on September 29, 2010, see *Deepwater Horizon* Preservation and Testing of Solenoid

## KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
February 17, 2011
Page 3

Valves Removed from BOP Control Pods, Parameters, Protocols & Procedures (Sept. 29, 2010), but has not seen what protocol that DNV intends to use for further testing of this solenoid. Nonetheless, we understand that further testing of yellow pod solenoid 103 according to BP's protocol is *not* within DNV's currently projected scope of work for the inspection.

Similarly, BP has been unable to verify what protocol that DNV would currently propose for additional testing of the batteries from each control pod. As you know, Transocean and Cameron examined the BOP control pods when the pods were retrieved after the accident, and they found battery deficiencies in both pods. (*See Deepwater Horizon* Accident Investigation Report at 153-54 (BP Internal Investigation Team, Sept. 8, 2010).) BP responded by submitting a proposed procedure for additional control pod battery testing on September 24, 2010. (*See Deepwater Horizon* In Response to Submissions by Transocean Regarding BOP and LMRP Preservation, Parameters, Protocols & Procedures, at Section III (Sept. 24, 2010).) Nonetheless, although we understand from the recent "punch-list" that DNV intends to perform additional testing of batteries, we are uncertain as to what this testing will entail and the extent to which it will align with BP's previously submitted testing suggestions.

Once parties have the opportunity to analyze the protocols that will be used with the "punch-list" activities, they will be well positioned to make recommendations — either for improving those activities or for additional forensic activities to be conducted before the investigation's conclusion. Given that the inspection is quickly drawing to a close, we respectfully request that the TWG be provided these protocols right away.

### III. ADDITIONAL FORENSIC ACTIVITIES

As emphasized above, based on discussions with on-site DNV and United States Coast Guard personnel, we understand that the BOP inspection is near its close. Nonetheless, many potentially meaningful forensic activities remain to be conducted and, moreover, BP is concerned that many of these activities might well be omitted from the investigation unless the JIT acts promptly to expand the scope of work currently in contemplation.

Specifically, BP believes that the following forensic investigation activities should be conducted, but we presently understand all of these activities are *not* within DNV's currently projected scope of remaining work:

- **Hydraulic Signature Testing of Each Annular and Each Ram Preventer.** Hydraulic signature testing would greatly assist the JIT in determining the overall condition of each preventer and its internal components, and it could also determine the minimum hydraulic pressure necessary to close each preventer in its current condition. This information in turn could shed light on how each preventer could be expected to perform with the hydraulic pressure available to it during the incident.

## KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
February 17, 2011
Page 4

>We nonetheless understand that such testing currently is *not* within the projected scope of work for this forensic inspection.

- **Disassembly and Forensic Inspection of the Bonnets of Each Annular and Ram Preventer.** Disassembly and inspection of each BOP bonnet would assist in the evaluation of the condition of individual preventer components and may reveal how effectively each bonnet could be expected to operate when called upon to do so. Nonetheless, we understand that this disassembly and inspection work is *not* currently projected as within the scope of this forensic inspection.

- **Additional Laser Scanning.** Additional laser scanning of certain specific BOP areas also could be performed, including most importantly, (i) the entire BOP wellbore; (ii) the inside of the riser kink; and (iii) the wellbore-facing surfaces of the casing shear ram bonnets. (For images of the specific areas of interest, *see Protocol for Metallurgical Examination and Testing of Drill Pipe (Modification 4 of Contract M10PX00335)* at Appendix A, Fig. 4 (Det Norske Veritas Feb. 3. 2011).) Laser scanning of these areas might greatly assist with analysis of the flow volume and flow path of hydrocarbons up through the BOP, riser, and drill pipe. We nonetheless understand that DNV does *not* currently expect to perform such scanning.

- **Forensic Analysis of each Ram Packer and Annular Element.** We further understand that analysis of individual ram packer and annular elements is not currently being contemplated. Analyses of these elastomeric components, too, might well assist in determining both the flow volume and flow path of hydrocarbons up through the BOP and how each preventer performed during the incident.

While certainly not an exhaustive list, the above roster indicates the types and general significance of the many activities that lie outside the scope of work currently contemplated by DNV. For the benefit the BOP forensic investigation, all of these activities should be undertaken.

## KIRKLAND & ELLIS LLP

Silvia Murphy, Esq.
Lt. Cmdr. Jeff R. Bray
February 17, 2011
Page 5

\* \* \* \* \*

      In closing, please allow me to repeat BP's appreciation for its active and ongoing collaborations with the Department, the MBI, and DNV, and BP's sincere interest in helping to achieve a comprehensive and technically appropriate forensic evaluation of the *Deepwater Horizon* BOP. BP greatly appreciates the opportunity to participate in this important endeavor.

Sincerely,

Robert R. Gasaway

Attachment

cc:    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Hariklia Karis
        Antonio J. Rodriguez
        Michael Underhill, United States Department of Justice



| DET NORSKE VERITAS DNV | REMAINING FUNCTION TESTS DRAFT | BOP FORENSIC INVESTIGATION |
|---|---|---|

# Remaining Function Tests

**Summary of Remaining Function Tests:**
1. ROV Panel
2. Battery Test
3. LMRP – Emergency Disconnect Sequence (EDS)
4. Control Pods – AMF/Deadman
5. Examine/test Solenoid 103
6. Examine H.P. Casing Shear Regulator

## 1. ROV Panel
- Confirm functioning of Blind Shea Rams by supplying hydraulic fluid through *Shear Ram Close*
    - Flow rate to simulate subsea conditions
    - Pressurize through *Shear Ram Close* (5,500 psig) and check for system leaks
- Functioning of Lower Pipe and Middle Pipe Rams - low priority

## 2. Battery Test
- Measure battery voltage prior to performing AMF/Deadman simulation through Control Pods.

## 3. LMRP – Emergency Disconnect Sequence
- Function test of Blue and Yellow Pods in "As-Is" and "Simulated Subsea" pre-charge conditions
    - Position Pods on LMRP
    - Configure high pressure hoses as-needed
    - Run and test LMRP related EDS functions
        - Wellbore Pressure/Temperature Sensor – RETRACT
        - Choke & Kill Line Connectors (Primary/Secondary) – UNLATCH
        - Stack Stingers – DENERGIZE AND UNLATCH
        - LMRP Connector - UNLATCH
    - Four tests total to be run
        - (i.e. Blue Pod "As-Is" and "subsea" and Yellow Pod "As-Is and "subsea")

## 4. Control Pods – AMF/Deadman
- Pods positioned on LMRP
- Connect block & bleed valve and pressure gauge to Function 103
- Connect block & bleed valve and pressure gauge to Function 121
- Simulate AMF/Deadman activation
- Confirm pressures to Solenoids 103 and 121

PRIVILEGED & CONFIDENTIAL – CLIENT ATTORNEY WORK PRODUCT

| | | |
|---|---|---|
| DET NORSKE VERITAS<br>DNV | REMAINING FUNCTION TESTS<br>DRAFT | BOP<br>FORENSIC INVESTIGATION |

### 5. Bench Test Solenoid 103 (previously removed from Yellow Pod)
- Visual examination
- Measurements of dimensions of various components
- Electrical measurements (Megger and Coil A&B measurements)
- Function testing
- Hydrostatic testing (if possible)

### 6. Examine H.P. Casing Shear Regulator
- Determine Drip and Decay Rate
- Determine discharge side pressure
- Establish cause of leak.