UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## DECLARATION OF RALPH A. LINENBERGER

I, Ralph A. Linenberger, hereby declare and state:

1. I provide this declaration regarding additional forensic inspection activities of the *Deepwater Horizon* Blowout Preventer ("BOP"), and could testify to the matters contained herein if called upon to do so.

2. I have over 40-years experience working with subsea well control systems, including subsea blowout preventers. In various positions, I have been responsible for the design, specification, selection, manufacturing, testing, installation, repair, and commissioning of subsea well control systems, including subsea blowout preventers.

3. I have also chaired or participated in several committees or subcommittees of the American Petroleum Institute ("API") related to blowout preventers, including the First Chairman of API Committee 16, "Drilling Well Control Systems," member of subcommittee API 16D, "Control Systems for Drilling Well Control Equipment," and member of subcommittee API Spec. 6A, "Specification for Wellhead and Christmas Tree Equipment."

4.      I believe the following additional forensic inspection activities will provide a more complete picture of the state and condition of the BOP both during and after the incident involving the *Deepwater Horizon* on April 20, 2010.  These activities are as follows:

(a)     **Removal and forensic analysis of each annular element**.  Analysis of each annular element may provide guidance for evaluating both the flow volume and flow path of hydrocarbons through the LMRP, as well as providing insight as to how each annular preventer performed during the Incident.  DNV has conducted a similar forensic inspection of each ram preventer of the BOP stack.

(b)     **Hydraulic signature testing of the annular preventer operator and ram preventers operators**.  This hydraulic signature testing may provide guidance as to the overall condition of each preventer and its internal components, as to whether the ram and annular operators are functioning as designed, and as to the minimum hydraulic pressure necessary to close each preventer in its current condition.

(c)     **Disassembly and inspection of the annular preventer and ram preventer bonnets**.  The results of the hydraulic signature testing that is discussed above will allow assessment of whether disassembly and inspection of the bonnets is appropriate.  If appropriate, the disassembly and inspection of the annular preventer and ram bonnets may provide guidance as to the condition of each individual preventer operators and may reveal how effectively each bonnet could be expected to operate.

(d)     **Laser scanning of (i) the entire BOP wellbore; (ii) the upper annular packer and upper annular cap; (iii) the inside of the riser kink; and (iv) the wellbore-facing surfaces of the casing shear ram bonnets**.  Laser scanning of these

areas may provide guidance as to the analysis of the flow volume and flow path of hydrocarbons up through the BOP, riser, and drill pipe, and may provide guidance in determining the sequence of events during the Incident.

(e)     **Hydraulic circuitry pressure test.** Hydraulic circuitry pressure testing will allow assessment of the configuration of the hydraulic circuits for the BOP preventers, and may provide guidance as to any potential leaks that could have interfered with the operation of the preventers.

(f)     **ST-lock circuit confirmation.** In the absence of updated drawings of hydraulic circuits for the ST-locks, this testing will allow for evaluation of the actuation and configuration of the ST-lock circuits for the ram preventers.

(g)     **Solenoid pie connector pin measurement and corresponding female receptacle analysis.** This procedure may provide guidance as to the electrical connection between Solenoid 103 and the Subsea Electronic Module ("SEM") of the yellow control pod, and as to whether a sufficient electrical connection was available to allow for Solenoid 103 to activate the AMF deadman system.

Dated: March 7, 2011

_____
RALPH A. LINENBERGER