UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the Oil Rig | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on April 20, 2010 | ) | MEMBER CASE NO. 10-2650 |
| | ) | |
| | ) | SECTION: "J" |
| | ) | |
| | ) | JUDGE BARBIER |
| This Document Relates To: | ) | MAG. JUDGE SHUSHAN |
| | ) | |
| David Meyer, et al v. BP, PLC, et al | ) | |
| Plaintiff and Member No. 10-2650 | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, RICHARD M. COLLIER, SR., individually and d/b/a P.J. SEAFOOD;  HERMAN RANDOLF BRIDGES, individually and d/b/a, H.R. BRIDGES SEAFOOD;  JOHN SAMUEL PONDER, d/b/a DEER RIVER SEAFOOD, LLC;  and, DENNIS BENJAMIN MILLER, by and through their undersigned counsel, hereby gives notice of voluntarily dismissal, without prejudice, each of their respective claims asserted in Cause No. 10-2650 against all defendants named in the complaint that was filed on, or about, May 3, 2010.  This notice of dismissal only pertains to the claims asserted by Richard M. Collier, Sr., individually and d/b/a P.J. Seafood; Herman Randolf Bridges, individually and d/b/a, H.R. Bridges Seafood; John Samuel Ponder, d/b/a Deer River

Seafood, LLC; and, Dennis Benjamin Miller and does not relate to any claims raised by other Plaintiffs in Cause No. 10-2650. No defendants have filed answers or motions for summary judgment in response to Plaintiffs' complaint, and therefore, stipulation by all defendants is not required. Fed. R. Civ. Proc. 41(a)(1)(A)(i).

DATED: March 8, 2011

              **RESPECTFULLY SUBMITTED BY:**

              /s/ Joseph D. Lane
              Joseph D. Lane
              Florida Bar Number: 0954550
              **THE COCHRAN FIRM, P.C.**
              Post Office Box 927
              Dothan, Alabama 36302
              Telephone number: (334) 793-1555
              Facsimile number: (334) 793-8280
              jlane@cochranfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

              /s/ Joseph D. Lane
              Attorney