IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG *"DEEPWATER HORIZON"* in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>4:10-cv-03198 | |

### NOTICE OF SUBMISSION

Please take notice that the undersigned parties shall bring on their Motion to Dismiss for Failure to State a Claim before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 11th day of May 2011, or as soon thereafter as counsel may be heard.

Date: March 9, 2011

            Respectfully submitted,

            **WARE, JACKSON, LEE & CHAMBERS, LLP**

            BY:  /s/ C. Dennis Barrow, Jr.
              Don Jackson
              Texas Bar No. 10476000
              Fed ID No. 6915
              C. Dennis Barrow, Jr.
              Texas Bar No. 00796169
              Fed ID No. 20624
              2929 Allen Parkway, 42nd Floor
              Houston, TX 77019
              Phone : (713) 659-6400
              Fax    : (713) 659-6262

            Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of March, 2011.

      /s/ C. Dennis Barrow, Jr.

      C. Dennis Barrow, Jr.