| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § |
| | | § |
| This Document Relates To: ALL CASES | | § § § § § § |

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD AND REQUEST FOR NOTIFICATION

**NOW INTO COURT**, through undersigned counsel, come Defendant, Weatherford U.S., L.P. ("Weatherford"), who respectfully requests that this Honorable Court allow the following individuals to be enrolled as additional counsel of record for Weatherford US, L.P., in the above-captioned matter:

Edward D. Wegmann (La. Bar No. 13315), William C. Baldwin (La. Bar No. 31613), Tarak Anada (La. Bar No. 31598), and Brett Venn (La. Bar No. 32943) of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., 201 St. Charles Avenue, 49th Floor, New Orleans, Louisiana 70170, Telephone No. (504) 582-8000, Fax No. (504) 589-8226; and

Michael A. Chernekoff (Louisiana Bar No. 01295) of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., Waterway Plaza Two, 10001 Woodloch Forest Dr., Suite 350, The Woodlands, TX 77380, Telephone No. (281) 296-4400, Fax No. (281) 296-4404,

Movant further requests that Edward D. Wegmann (dwegmann@joneswalker.com), William C. Baldwin (wbaldwin@joneswalker.com), Michael A. Chernekoff (mchernekoff@joneswalker.com), Tarak Anada (tanada@joneswalker.com), and Brett Venn (bvenn@joneswalker.com) be added to the Court's e-filing notification system.

{L0139611.1}

Respectfully submitted,

GLENN G. GOODIER (#06130) – Lead Counsel
RICHARD D. BERTRAM (#17881)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
Place St. Charles – 48th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Email: ggoodier@joneswalker.com;
rbertram@joneswalker.com

And

/s/ Gary J. Russo
MICHAEL G. LEMOINE (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
MEGAN E. DONOHUE (#32429)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
600 Jefferson Street – Suite 1600
Lafayette, Louisiana 70501
Telephone: (337) 262-9101
Email: mlemoine@joneswalker.com;
grusso@joneswalker.com; mdonohue@joneswalker.com
Counsel for Weatherford U.S., L.P.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel of Record and Request for Notification of Defendant, Weatherford U.S., L.P. has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, on this 10th day of March, 2011.

/s/ Gary J. Russo
Gary J. Russo