IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig § | | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf § | | |
| of Mexico, on April 20, 2010 § | | |
| § | | SECTION: J |
| § | | |
| This document relates to: § | | JUDGE BARBIER |
| 2:10-CV-3168 § | | MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO FILE
FIRST AMENDED COMPLAINT OF BILL FRANCIS,
TYRONE BENTON, and CARLOS RAMOS**

TO THE HONORABLE COURT:

Plaintiffs, Bill Francis, Tyrone Benton, and Carlos Ramos, by and through the undersigned counsel, file this Motion for Leave to File First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos.

In support of this motion, plaintiffs submit the accompanying Memorandum in Support.

1. On February 11, 2011, defendant, Halliburton Energy Services, Inc. (HESI), filed and served its Motion to Dismiss Plaintiffs' Petition for Failure to State a Claim Under Rule 12(b)(6) (**Document No. 1189**).

2. On March 4, 2011, plaintiffs filed their First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos (**Document No. 1524**).

3. On March 9, 2011, the undersigned counsel was notified via email correspondence from the Clerk of the Court that a Motion for Leave was required to be filed pursuant to Local Rule D18. Notice was further provided that plaintiffs' Amended Complaint must be refiled in its entirety within seven (7) calendar days and the deficiency must be remedied by March 16, 2011.

4. This Motion for Leave, together with plaintiffs' Amended Complaint, which is attached as Exhibit A to this motion, are timely filed within seven (7) calendar days of the notice of deficiency.

5. Plaintiffs would respectfully show the Court that they did not accompany their Amended Complaint with a motion for leave to file because Rule 15(a)(1)(B) permitted plaintiffs to amend their pleading as a matter of course within 21 days after service of HESI's Rule 12(b)(6) motion to dismiss. FED.R.CIV.P. 15(a)(1)(B). As the Court's file reflects, plaintiffs' Amended Complaint was filed within 21 days of service of HESI's Rule 12(b)(6) motion to dismiss.

6. In the alternative, plaintiffs seek leave to file the Amended Complaint pursuant to Rule 15(a)(2). Under Rule 15(a)(2), the Court "should freely give leave when justice so requires." FED.R.CIV.P. 15(a)(2).

7. This Court recognizes that Rule 15(a) provides a rather liberal standard for granting leave to amend. *Chaffe McCall, LLP v. World Trade Center of New Orleans*, 641 F.Supp.2d 585, 596 (E.D.La.2009). Further, none of the factors weighing against granting leave are present in this case. *Id.* (factors weighing against granting leave include undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment).

8. In sum, plaintiffs' Amended Complaint was timely because it was filed within 21 days of service of HESI's Rule 12(b)(6) motion to dismiss or, alternatively, plaintiffs move for leave under Rule 15(a)(2), permitting the Court to freely give leave when justice so requires.

For the reasons stated here, and in the accompanying Memorandum, plaintiffs respectfully request that their First Amended Complaint be filed pursuant to Rule 15(a)(1)(B), or that this Court grant this motion for leave to file the First Amended Complaint pursuant to Rule 15 (a)(2).

                SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

                */s/Matthew D. Shaffer*
                MATTHEW D. SHAFFER
                State Bar No. 18085600
                Fed I.D. No. 8877
                DENNIS M. MCELWEE
                State Bar No. 13587820
                Fed I.D. No. 7490
                ARTHUR L. SCHECHTER
                State Bar No. 17735000
                Fed I.D. No. 1454
                3200 Travis, 3rd Floor
                Houston, Texas  77006
                Tel:  713-524-3500
                Fax:  713-751-0412
                mshaffer@smslegal.com
                dmcelwee@smslegal.com
                arthurschechter@gmail.com

and

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana  70130
Tel:  (504) 588-1500
Fax: (504) 588-1514
sterbcow@lksalaw.com

ATTORNEYS FOR PLAINTIFFS, BILL FRANCIS,
TYRONE BENTON, and CARLOS RAMOS

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Motion for Leave to File First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 10th day of March, 2011.

*/s/Matthew D. Shaffer*
MATTHEW D. SHAFFER