1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3   ***********************************************************

4   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
5   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
6                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
7                              FRIDAY, MARCH 4, 2011, 9:3O A.M.

8   THIS DOCUMENT RELATES TO
    ALL ACTIONS
9

    ***********************************************************
10

11          TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
12                  UNITED STATES MAGISTRATE JUDGE

13

14  <u>APPEARANCES:</u>

15


16  PLAINTIFFS'
    LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668
18                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502
19

20                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE
21                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113
22

23  FOR THE PLAINTIFFS:       CUNNINGHAM BOUNDS
                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
24                            1601 DAUPHIN STREET
                              MOBILE, AL 36604
25

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                BY:  PAUL M. STERBCOW, ESQUIRE
 4                              PAN AMERICAN LIFE BUILDING
                                601 POYDRAS STREET, SUITE 2615
 5                              NEW ORLEANS, LA  70130

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
 8                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
10                              SAN FRANCISCO, CA  94102

11

12   FOR STATE INTERESTS:       OFFICE OF THE ATTORNEY GENERAL
                                STATE OF ALABAMA
13                              BY:  COREY L. MAZE, ESQUIRE
                                     OLIVIA MARTIN, ESQUIRE
14                              501 WASHINGTON AVENUE
                                MONTGOMERY, AL  36130
15

16   FOR THE STATE OF
     LOUISIANA:                 KANNER & WHITELEY
17                              BY:  ALLAN KANNER, ESQUIRE
                                701 CAMP STREET
18                              NEW ORLEANS, LA  70130

19
                                HENRY DART
20                              ATTORNEYS AT LAW
                                510 NORTH JEFFERSON STREET
21                              COVINGTON, LA  70433

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
 9                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
10                            701 POYDRAS STREET
                              SUITE 5000
11                            NEW ORLEANS, LA 70139

12
                              KIRKLAND & ELLIS
13                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   RYAN S. BABIUCH, ESQUIRE
14                            300 N. LASALLE
                              CHICAGO, IL 60654
15

16   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
17   OFFSHORE DEEPWATER
     DRILLING INC., AND
18   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
19                            BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
20                            1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163
21

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                             BY:  CARMELITE M. BERTAUT, ESQUIRE
                               546 CARONDELET STREET
 5                             NEW ORLEANS, LA 70130

 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 8                             BY:  DONALD E. GODWIN, ESQUIRE
                                    STEFANIE K. MAJOR, ESQUIRE
 9                                  JENNY L. MARTINEZ, ESQUIRE
                               1201 ELM STREET, SUITE 1700
10                             DALLAS, TEXAS 75270

11
                               GODWIN RONQUILLO
12                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
13                             HOUSTON, TEXAS 77010

14

15   FOR ANADARKO
     PETROLEUM CORPORATION,
16   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
17   AND MOEX OFFSHORE 2007
     LLC:                      BINGHAM MCCUTCHEN
18                             BY:  KYLE KIRBY, ESQUIRE
                               2020 K STREET
19                             WASHINGTON, DC  20006

20
                               KUCHLER POLK SCHELL WEINER & RICHESON
21                             BY:  ROBERT E. GUIDRY, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
22                             NEW ORLEANS, LA  70112

23

24   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                               BY:  DENISE SCOFIELD, ESQUIRE
25                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR WEATHERFORD U.S.,
    L.P.:                      JONES WALKER
 4                             BY:  GLENN G. GOODIER, ESQUIRE
                               PLACE ST. CHARLES
 5                             201 ST. CHARLES AVENUE
                               NEW ORLEANS, LA 70170
 6

 7  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 8  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 9  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
10  SEACOR MARINE, INC.,
    SEACOR MARINE
11  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
12  INC.:                      WEIL GOTSHAL & MANGES
                               BY:  MICHAEL J. LYLE, ESQUIRE
13                             1300 I ST., NW, SUITE 900
                               WASHINGTON, DC  20005
14

15  ALSO PRESENT:              METHOFF LAW FIRM
                               BY:  WILLIAM STRADLEY, ESQUIRE
16                             3450 ONE ALLEN CENTER
                               500 DALLAS STREET
17                             HOUSTON, TX  77002

18
                               JOHN ALDEN MEADE, ESQUIRE
19                             SHAUN CLARKE, ESQUIRE
                               ANTHONY FITCH, ESQUIRE
20                             JESSICA MCCLELLAN, ESQUIRE
                               AMIT MEHTA, ESQUIRE
21

22
    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
23                                CERTIFIED REALTIME REPORTER
                                  500 POYDRAS STREET, ROOM B406
24                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
```

```
 1                          I N D E X

 2

 3   AGENDA ITEMS                                    PAGE

 4

 5   UK DEPOSITIONS.......................................   7

 6   FIFTH AMENDMENT......................................  23

 7   INVESTIGATION........................................  33

 8   EVENT TRACK..........................................  38

 9   SCHEDULING OF THE 30(B)(6)'S.........................  43

10   30(B)(6) NOTICES.....................................  44

11   REMAINING 30(B)(6) DEPOSITIONS.......................  66

12   UNKNOWN DEPONENTS....................................  70

13   SUBPOENAS............................................  74

14   UNITED STATES DEPONENTS REQUESTED BY BP..............  77

15   PLAINTIFF PERSONAL INJURY............................  82

16   PSC HAS RAISED AN ISSUE ABOUT GETTING INQUIRIES......  83

17   INSURANCE POLICY.....................................  85

18   MARITAL PRIVILEGE....................................  95

19   COMMUNICATIONS TO AND FROM IN-HOUSE COUNSEL..........  99

20   MASTER LIST.......................................... 101

21   THIRD-PARTY DEPONENTS................................ 103

22   NEXT CONFERENCE IS FRIDAY, MARCH 11, 2011, AT 9:30... 104

23   UNFAIR QUESTIONS..................................... 104

24

25
```

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                FRIDAY, MARCH 4, 2011

3            M O R N I N G   S E S S I O N

4                (COURT CALLED TO ORDER)

5

09:32AM  6

09:32AM  7          THE DEPUTY CLERK:  All rise.

09:32AM  8          THE COURT:  Hello, everybody.  Good morning.

09:32AM  9          VOICES:  Good morning, Your Honor.

09:32AM 10          THE COURT:  Hello, phone participants.  Can you hear us

09:32AM 11 okay?

09:32AM 12          VOICES:  Yes, Your Honor.

09:32AM 13          THE COURT:  Oh, look, in addition to our usual

09:32AM 14 distinguished visitors, we have another distinguished visitor

09:32AM 15 this morning.  For the phone participants, Judge Carl Barbier is

09:32AM 16 in the courtroom.  I don't know if that's good news or bad news.

09:33AM 17 We'll find out, I guess.

09:33AM 18     How is everybody doing?

09:33AM 19          VOICES:  Good.  Fine, Your Honor.

09:33AM 20          THE COURT:  Let's get ourselves going.  We have an awful

09:33AM 21 lot to accomplish, so this may be a long one.  If at any point

09:33AM 22 anybody needs a break, stand up and tell me.  We'll take a

09:33AM 23 10-minute break and then move from there.

09:33AM 24     Where we left off last week was on a discussion of the UK

09:33AM 25 depositions.  We had kind of deferred that issue to see if things

09:33AM  1   could be worked out.  Where do we stand on that?

09:33AM  2            MR. DART:  Good morning, Your Honor, Hank Dart for the

09:33AM  3   State of Louisiana.

09:33AM  4            THE COURT:  Good morning.

09:33AM  5            MR. DART:  We did have a conference, as per your

09:33AM  6   suggestion.

09:33AM  7            THE COURT:  No, as per Mr. Maze's suggestion.

09:34AM  8            MR. DART:  All right.  Which you endorsed, I hope.  We,

09:34AM  9   I think, have come to an accommodation, subject, of course, to

09:34AM 10   the availability of these witnesses.

09:34AM 11       Louisiana had listed five people on our list.

09:34AM 12            THE COURT:  Speak up, please.

09:34AM 13            MR. DART:  Louisiana had listed five people on our list

09:34AM 14   that coincided with the PSC's list of witnesses for the UK

09:34AM 15   depositions, which was longer.

09:34AM 16       Our proposal was that the five witnesses that Louisiana

09:34AM 17   listed would be -- or at least an attempt would be made to

09:34AM 18   schedule those witnesses beginning no sooner than June 22nd, and

09:34AM 19   successively thereafter, and that the other PSC witnesses could

09:34AM 20   be scheduled in advance of June 22nd.

09:34AM 21            THE COURT:  Well, my only comment on that is that, with

09:35AM 22   five witnesses, that's a 10-day deposition schedule.

09:35AM 23            MR. DART:  That's correct.

09:35AM 24            THE COURT:  I think you're pushing things.

09:35AM 25       Has all counsel agreed to those dates?  I'm looking at the

09:35AM  1    defendants.

09:35AM  2            MR. GODWIN:  We haven't heard anything about it, Judge,

09:35AM  3    until just now.

09:35AM  4            THE COURT:  I would like for you all to consider the

09:35AM  5    proposal that -- what witnesses are they, please?

09:35AM  6            MR. DART:  David Wall, Norman Wong, Tony Hayward,

09:35AM  7    John Baxter and Harry --

09:35AM  8            THE COURT:  Hank, that's just clearly not going to work.

09:35AM  9    With Tony Hayward in there, it's not going to work.  It's not.

09:35AM 10        In any event, I'm sorry, I interrupted.

09:35AM 11            MR. DART:  -- and Harry Thierens.

09:35AM 12            THE COURT:  Gentlemen, the proposal is that those five

09:36AM 13    witnesses be scheduled -- starting on the 22nd?

09:36AM 14            MR. DART:  That's correct, Your Honor.

09:36AM 15            THE COURT:  Would you all consider that and contact

09:36AM 16    those witnesses for their availability.  Let me know whether you

09:36AM 17    agree or not that that's doable.

09:36AM 18        The other witnesses could be scheduled starting on June 6th,

09:36AM 19    and I would like to know their availability.

09:36AM 20        Let me ask you, Andy, have you contacted those witnesses yet

09:36AM 21    relative to availability?

09:36AM 22            MR. LANGAN:  Can I step to the podium, please?

09:36AM 23            THE COURT:  Please do.

09:36AM 24            MR. LANGAN:  Your Honor, Andy Langan for PB.

09:36AM 25        We have been working quite a bit, really, with your

09:36AM 1    March 1st order, going right down the March 1st order and doing

09:36AM 2    everything we can.  I believe we've reached out and contacted

09:36AM 3    either the witness or counsel for the witness on everybody that

09:36AM 4    we're responsible for on your March 1st order.

09:37AM 5        So I thought, starting with the UK people, one of the things

09:37AM 6    we would do today is I would give you a report on what we've got.

09:37AM 7            THE COURT:  I would like to do that.

09:37AM 8            MR. LANGAN:  So it may not always be music to Mr. Dart's

09:37AM 9    ears.

09:37AM 10            THE COURT:  It may not be, but I want to move it along.

09:37AM 11            MR. LANGAN:  And so do we.

09:37AM 12        Hayward, we have checked and rechecked with Mr. Hayward.  In

09:37AM 13    June, the only two dates he has available are June 6th and

09:37AM 14    June 8th, not consecutive, but he has June 6th and June 8th

09:37AM 15    available.

09:37AM 16        Your Honor, you also asked us as part of the March 1st order

09:37AM 17    to raise any Hague Convention issues.

09:37AM 18            THE COURT:  Please.

09:37AM 19            MR. LANGAN:  So far, we don't have any.

09:37AM 20            THE COURT:  Good.

09:37AM 21            MR. LANGAN:  It could change.  We haven't run it to

09:37AM 22    ground with everybody, but Mr. Hayward, for instance, would be a

09:37AM 23    classic example of someone, he's a former employee --

09:38AM 24            THE COURT:  He could invoke it.

09:38AM 25            MR. LANGAN:  -- he could.  So far, his counsel and he

09:38AM 1   have not.  But June 6th and June 8th are the dates.

09:38AM 2       With all due respect to Mr. Dart, I'm very sorry, but that's

09:38AM 3   kind of the way it is for Mr. Hayward.

09:38AM 4           THE COURT:  Yes.

09:38AM 5           MR. LANGAN:  Mr. Thierens, available the week of

09:38AM 6   June 6th.  So we have some flexibility there, Your Honor.  If you

09:38AM 7   want to pick a couple days the week of June 6th for Thierens.

09:38AM 8           THE COURT:  Do you all want to stop and talk about

09:38AM 9   Mr. Thierens and what days you would like?  I personally think

09:38AM 10  Mr. Hayward will be booked in for June 6th and 8th.

09:38AM 11      Who is taking the lead for -- Mr. Cunningham?

09:38AM 12          MR. CUNNINGHAM:  Yes, ma'am.

09:38AM 13          THE COURT:  Why don't you come on up and stand at the

09:38AM 14  podium next to Andy.

09:38AM 15      Do you want to pick some dates during the week of June 6th

09:38AM 16  for Mr. Thierens?

09:38AM 17          MR. CUNNINGHAM:  Let me get the June calendar here,

09:38AM 18  Your Honor.  Robert Cunningham.

09:39AM 19          MR. LANGAN:  Maybe we could do Thierens 9, 10, just

09:39AM 20  picking two dates.

09:39AM 21          THE COURT:  9 and 10.  All right.

09:39AM 22          MR. LANGAN:  Now, Your Honor, we're not going to solve

09:39AM 23  this issue today.  I see Mr. Meade here, and we have respect for

09:39AM 24  their position, as well.  There are going to be some witnesses

09:39AM 25  here where the 2185 plaintiffs want significant time.

09:39AM  1          THE COURT:  Yes.

09:39AM  2          MR. LANGAN:  It is our hope that, for instance,

09:39AM  3  Mr. Hayward on the 6th and the 8th will be enough time for both

09:39AM  4  proceedings.  We're going to have to do some horse trading.

09:39AM  5  There are going to have to be some accommodations.  We're going

09:39AM  6  to have to work things out.

09:39AM  7      One of the things that Mr. Hayward's counsel mentioned was

09:39AM  8  if people start pushing for a third or fourth day, maybe the

09:39AM  9  Hague Convention thing does come back into play.  So, I mean,

09:40AM 10  they are trying to work with us here, too.

09:40AM 11          THE COURT:  All right.

09:40AM 12          MR. LANGAN:  But, anyway, I don't want to get us off

09:40AM 13  track, but I do think there is an issue about Thierens for two

09:40AM 14  days, Hayward for two days, but we're hoping to do that for all

09:40AM 15  proceedings.

09:40AM 16          THE COURT:  I'm with you.

09:40AM 17      We'll get to your concern, Mr. Meade, after we finish the

09:40AM 18  scheduling, okay?

09:40AM 19          MR. MEADE:  Thank you, Your Honor.

09:40AM 20          MR. LANGAN:  Your Honor, I know that Mr. Flynn,

09:40AM 21  Mr. Inglis and Mr. Tooms are also on the list.  We are working

09:40AM 22  diligently to get dates for them.  Don't have them yet, but I

09:40AM 23  expect to shortly.

09:40AM 24          THE COURT:  Good.

09:40AM 25          MR. LANGAN:  Mr. Wall -- now, this is one that's on

09:40AM  1    Mr. Dart's list.  We could do Mr. Wall the 27th and 28th of June,

09:40AM  2    which could meet the State of Louisiana's and the State of

09:40AM  3    Alabama's request.

09:40AM  4              THE COURT:  All right.

09:40AM  5              MR. LANGAN:  6/27 or 28.

09:40AM  6              THE COURT:  Let's put those dates in for Mr. Wall.

09:40AM  7              MR. LANGAN:  Mr. Cowie, C-O-W-I-E, Mr. Cowie, we could

09:41AM  8    do -- he's available the week of June 13th.  We could do maybe, I

09:41AM  9    don't know, June 14, 15, or June 15, 16?

09:41AM 10              THE COURT:  You name it.

09:41AM 11              MR. LANGAN:  So I'm going to say June 15, 16.

09:41AM 12              THE COURT:  That makes better sense, yes.  Let's do 15,

09:41AM 13    16.  Is that okay, Mr. Cunningham?

09:41AM 14              MR. CUNNINGHAM:  Yes.

09:41AM 15              THE COURT:  15, 16.

09:41AM 16              MR. LANGAN:  Then, Mr. Cowlam, C-O-W-L-A-M, Cowlam

09:41AM 17    maybe, I'm going to propose June 13 and 14.

09:41AM 18              MR. CUNNINGHAM:  That's fine.

09:41AM 19              THE COURT:  Then we've got Mr. Wong.

09:41AM 20              MR. LANGAN:  Mr. Wong.  I am told he's available the

09:41AM 21    week of June 6th and June 13th, so -- again, I know that's on the

09:41AM 22    State of Louisiana's list.  My apologies that we can't

09:41AM 23    accommodate that one, but, I don't know, shall we do him --

09:42AM 24              THE COURT:  Well, it looks like the week of the 6th,

09:42AM 25    with Mr. Hayward, maybe we want to go --

09:42AM 1        MR. LANGAN:  13, 14?  There will be some overlap, but --

09:42AM 2        THE COURT:  Yes.

09:42AM 3     What do you think about that, Mr. Cunningham?

09:42AM 4        MR. CUNNINGHAM:  Talking about the 13th and 14th?

09:42AM 5        THE COURT:  I don't know.  I mean, it's up to you.  If

09:42AM 6  you want to go the week of the 5th, that's fine with me, but that

09:42AM 7  looks like it's going to be a tough week.

09:42AM 8        MR. CUNNINGHAM:  The 13th and 14th is fine.

09:42AM 9        MR. LANGAN:  By the way, one logistical note I would

09:42AM 10 like to raise.  My law firm has a London office.  I have not

09:42AM 11 talked to Mr. Cunningham about this, but --

09:42AM 12       THE COURT:  But he takes you up on the offer.

09:42AM 13       MR. LANGAN:  -- out of an abundance of caution, we have

09:42AM 14 set aside space in our London office.

09:42AM 15       THE COURT:  Fabulous.  That's very nice of you, Andy.

09:42AM 16 Very nice of you.  Thank you.

09:42AM 17       MR. GODWIN:  Your Honor.

09:42AM 18       THE COURT:  Come on up.

09:42AM 19       MR. GODWIN:  Thank you, Judge.  Your Honor, Don Godwin

09:42AM 20 for Halliburton.

09:42AM 21    We had talked about there being four weeks in London and

09:43AM 22 trying to get the ten witnesses done.  Assuming two days, you

09:43AM 23 would be able to do that, and single track.  With Mr. Cowlam now,

09:43AM 24 it appears we're going to be double tracking on 13 and 14.

09:43AM 25       THE COURT:  Yes.

09:43AM 1      MR. GODWIN:  I was just wondering, if we're going to be

09:43AM 2  there four weeks, could we try to schedule him on another two

09:43AM 3  days, so we can at least try to do the single tracking while

09:43AM 4  we're there for four weeks?  If we find it's impossible, then we

09:43AM 5  can do something else; but, if we're there for 20 days, we should

09:43AM 6  be able to do the ten witnesses.

09:43AM 7      THE COURT:  Well, I agree with you.  The problem is I

09:43AM 8  didn't say you're going to be there for four weeks.  I said

09:43AM 9  during those time periods.  I'm trying to get y'all finished.

09:43AM 10     Andy, you've checked, and that's his only availability?

09:43AM 11     MR. LANGAN:  For Mr. Wong?

09:43AM 12     THE COURT:  For Mr. Wong or Mr. Cowlam.

09:43AM 13     MR. LANGAN:  Mr. Wong is available the week of the 6th

09:43AM 14  or the week of the 13th.

09:43AM 15     Mr. Cowlam is available -- he does have some availability

09:43AM 16  the week of the 6th, if that helps.  I don't think we're going to

09:43AM 17  avoid double tracking, though, however you cut it.

09:44AM 18     MR. MAZE:  Can we do it 7 and 8 for one of them?

09:44AM 19     THE COURT:  I guess we could.  Would you prefer that?

09:44AM 20  7 and 8 double tracks with Hayward.

09:44AM 21     MR. LANGAN:  We could do Cowlam June 7th and 8th.

09:44AM 22  Your Honor, we could do Cowlam the 7th and 8th, if that is better

09:44AM 23  for counsel.

09:44AM 24     THE COURT:  Does that help you guys?  I don't know about

09:44AM 25  double tracking while Mr. Hayward is being deposed.

09:44AM 1      MR. CUNNINGHAM:  We're talking about the 7th and 8th

09:44AM 2  now?

09:44AM 3      MR. LANGAN:  Correct, for Cowlam.  That's an option.

09:44AM 4      MR. CUNNINGHAM:  We can work that out.

09:44AM 5      THE COURT:  You can do that?

09:44AM 6      MR. CUNNINGHAM:  We can work that out.

09:44AM 7      THE COURT:  Would you prefer to double track it on the

09:44AM 8  9th and the 10th?

09:44AM 9      MR. MAZE:  The 7th is an open date.

09:44AM 10      MR. CUNNINGHAM:  We need to use the 7th for somebody --

09:44AM 11      THE COURT:  That's right.

09:44AM 12      MR. CUNNINGHAM:  -- with it being an open day, so I

09:44AM 13  think we're fine with 7 and 8.

09:44AM 14      MR. MAZE:  Cowlam.

09:44AM 15      MR. LANGAN:  Very good.  We'll make that change.

09:45AM 16      THE COURT:  Okay.

09:45AM 17      MR. LANGAN:  So I still owe you and counsel Flynn,

09:45AM 18  Inglis and Tooms.

09:45AM 19      THE COURT:  That's right.

09:45AM 20      MR. LANGAN:  It's possible I, before we leave today, may

09:45AM 21  have some information on those.

09:45AM 22      THE COURT:  Last time, we lucked out.  Remember, we got

09:45AM 23  a text message and got them scheduled, so that would work out

09:45AM 24  fine.

09:45AM 25      MR. LANGAN:  So that's what we have on your Roman II,

09:45AM  1    the UK.  Not bad.

09:45AM  2            THE COURT:  Not bad.  I agree, not bad.

09:45AM  3            MR. UNDERHILL:  Andy, who are the others that you

09:45AM  4    mentioned?

09:45AM  5            THE COURT:  You want to go through it?

09:45AM  6            MR. LANGAN:  Yes, Andy Langan.

09:45AM  7        Mr. Flynn, Steve Flynn; Andy Inglis, I-N-G-L-I-S;

09:45AM  8    Paul Tooms, T-O-O-M-S.  Those are the three.

09:45AM  9            THE COURT:  Those are all --

09:45AM 10            MR. LANGAN:  Baxter and some others are not on your

09:45AM 11    order, but we haven't forgotten them.  We started with your

09:45AM 12    order.  That's typically what we like to do.

09:45AM 13            THE COURT:  Thank you, I appreciate that.  So far, we

09:46AM 14    have not had any Hague Convention issues, which is terrific.

09:46AM 15        Now, do you want to talk, Mr. Meade, about your situation?

09:46AM 16            MR. MEADE:  Yes, Your Honor.  John Alden Meade for the

09:46AM 17    derivative plaintiffs in MDL 2185.

09:46AM 18        I would first like to start by thanking Your Honor and your

09:46AM 19    staff and the PSC for -- we got a lot accomplished in terms of

09:46AM 20    getting us into the loop.  Communication issues have been a lot

09:46AM 21    better over the last week, and we feel a lot more apprised of

09:46AM 22    what's going on, so that's great.

09:46AM 23        With respect to the UK track, the central problem we're

09:46AM 24    having is that the overlap process of these depositions where

09:46AM 25    2185 has been invited to come in, it's never been our view that

09:46AM  1   it was designed to wipe everyone off the plate for subsequent

09:47AM  2   depositions in 2185.  Especially, I think, the Pretrial Order 27

09:47AM  3   even notes that certain of these deponents are tangentially

09:47AM  4   relevant to our case, so those are very good examples of people

09:47AM  5   that we're going to be able to agree with BP don't need to be

09:47AM  6   redeposed.

09:47AM  7        There is going to be a second category where certain

09:47AM  8   accommodations being made will work, where we get a certain

09:47AM  9   amount of extra time, perhaps, and we can get those efficiencies

09:47AM 10   accomplished.

09:47AM 11        But, when we get to actual defendants in our case and their

09:47AM 12   direct reports, given that we have not been able to serve any of

09:47AM 13   our own discovery requests, and given the unique nature of our

09:47AM 14   claims, in a derivative context, we don't feel that we're even in

09:47AM 15   a position to agree that such participation in any of these

09:48AM 16   scheduled depositions could somehow constitute any form of waiver

09:48AM 17   for our rights to redeposing people.

09:48AM 18        So we're particularly nervous about that, and we've asked

09:48AM 19   for some clarification from BP whether they would agree.  I take

09:48AM 20   it -- you know, I know we talked last week that -- and Andy

09:48AM 21   clarified that, certainly, on a categorical basis, they're

09:48AM 22   unwilling to do that; but, even with respect to a narrower

09:48AM 23   category, such as I mentioned defendants in our cases and their

09:48AM 24   direct reports, I wonder if they might further clarify.

09:48AM 25        As I said, our position is that we can't agree to waive our

09:48AM  1    rights to redepose these people given that we don't have any
09:48AM  2    responsive discovery in our case to our claims.
09:48AM  3              THE COURT:  Let's talk about who your defendant
09:48AM  4    witnesses are out of this list.
09:48AM  5         So, for instance, Steve Flynn, I assume not.
09:49AM  6              MR. MEADE:  He's not a director, but I believe he may be
09:49AM  7    one of the direct reports.  My impression -- some of these
09:49AM  8    weren't on my list, but there are a number of directors and, of
09:49AM  9    course, as I mentioned, their direct reports.
09:49AM 10         So I think I can speak as to the entire category of the
09:49AM 11    people scheduled in BP to say that if they are in the UK to begin
09:49AM 12    with, you know, the Board of BP, PLC and their people right there
09:49AM 13    with them in London, that's the category we're talking about as
09:49AM 14    being kind of insusceptible to generating such an efficiency that
09:49AM 15    -- such that we wouldn't have to redepose them.
09:49AM 16              THE COURT:  All right.  Now, let me ask you this
09:49AM 17    question --
09:49AM 18              MR. LANGAN:  Your Honor, I'm sorry.  I have no idea --
09:49AM 19    can we get clarification on that?  I mean, a week ago, I thought
09:50AM 20    you said for counsel to come back with a specific proposal as to
09:50AM 21    who they want --
09:50AM 22              THE COURT:  I thought so, too.
09:50AM 23              MR. LANGAN:  Yes.  Now, it could be that they did that
09:50AM 24    with counsel in the securities and derivative cases, but I think
09:50AM 25    that's where we left it.

09:50AM 1              MR. MEADE:  Sure, Your Honor.  I didn't mean to leave

09:50AM 2      that are part out.

09:50AM 3              THE COURT:  No, no problem, go ahead.

09:50AM 4              MR. MEADE:  We are in discussions with counsel, and BP

09:50AM 5      has separate counsel in the 2185 case, and we are trying to

09:50AM 6      negotiate production, maybe getting discovery on certain of these

09:50AM 7      people to try to see if we can make this work.

09:50AM 8          I don't have those reports.  I haven't been the one -- my

09:50AM 9      colleague up in New York has been handling those negotiations --

09:50AM 10     but, as of yet, we have not reached an agreement.  Those

09:50AM 11     discussions are ongoing, but the report at this point is

09:50AM 12     essentially no progress.

09:50AM 13             THE COURT:  Well, I guess what I'm going to want from

09:50AM 14     you is as follows.  I'm going to want to know which, if any, of

09:51AM 15     the deponents you have particular concerns about reserving your

09:51AM 16     rights concerning and whether you intend to participate in the

09:51AM 17     depositions of those people.

09:51AM 18         If you don't intend to participate, I can't compel you to

09:51AM 19     participate, but I thought the whole idea here was to allow you

09:51AM 20     all to participate so that we could try to move things forward

09:51AM 21     for both MDL proceedings.

09:51AM 22         If you choose not to participate, I can't do anything about

09:51AM 23     that.  I think Andy will be very upset, and I think BP will be

09:51AM 24     very upset.

09:51AM 25             MR. LANGAN:  Excuse me.

09:51AM 1          THE COURT:  Andy.

09:51AM 2          MR. LANGAN:  It might be a slightly different emotion

09:51AM 3    than upset.  It won't be that we're upset, it will be that we

09:52AM 4    feel like we have made these witnesses available, we have invited

09:52AM 5    them to participate, Your Honor and Judge Barbier has put a

09:52AM 6    process into place for them to participate.  They asked for extra

09:52AM 7    time.

09:52AM 8          If, under all of those circumstances, they choose not to, we

09:52AM 9    won't be upset.  We'll have a legal position to foreclose further

09:52AM 10   depositions.  That's what I would say.

09:52AM 11         MR. MEADE:  Your Honor, our position, I don't think, is

09:52AM 12   that we would decline to participate.  It's just that, from our

09:52AM 13   perspective, this overlap between the two MDL's has its inherent

09:52AM 14   limits, given that we're not even in the discovery process of our

09:52AM 15   case.

09:52AM 16         THE COURT:  I understand that.

09:52AM 17         MR. MEADE:  So our duty to our clients is such that we

09:52AM 18   can't participate if -- if participating were to be viewed as a

09:52AM 19   waiver of subsequent rights to redepose.

09:53AM 20         What we would like to do is be able to participate with the

09:53AM 21   understanding from BP, with respect to the defendants in our case

09:53AM 22   and their direct reports, that, in all likelihood, they are going

09:53AM 23   to have to be redeposed.

09:53AM 24         THE COURT:  Well, my comment on that would be as

09:53AM 25   follows, Mr. Meade.  I've got a mandate to get the limitation

22

09:53AM 1   trial set and ready to roll.  If you all want to participate, I

09:53AM 2   would like you to coordinate with Mr. Cunningham relative to the

09:53AM 3   time you need and see what you can do about that.

09:53AM 4       But if you sincerely believe that you're not going to be

09:53AM 5   able to fully take your deposition, I would prefer that you not

09:53AM 6   do any questioning if you're going to fully reserve your rights

09:53AM 7   to redepose.

09:53AM 8       That's something I would like you to think about, because my

09:53AM 9   mandate is to get these guys ready for trial.  I want to

09:54AM 10  accommodate you, I want to make sure that you feel like you're

09:54AM 11  included, you get your questioning, but not at the detriment to

09:54AM 12  this MDL proceeding.

09:54AM 13      MR. MEADE:  We agree, Your Honor.  I think that's

09:54AM 14  essentially the way we're looking at it, too.  That's why I spoke

09:54AM 15  of what we feel are the inherent limits of this process.  When we

09:54AM 16  bump into those limits, we don't want to be getting in the way of

09:54AM 17  the plaintiffs in 2179; but, of course, we have -- BP doesn't

09:54AM 18  view it the same way.

09:54AM 19      THE COURT:  No, it doesn't, and so that's a fight for

09:54AM 20  another day.

09:54AM 21      But what I would like to know from you is those witnesses

09:54AM 22  specifically that you intend to, you believe, reserve your rights

09:54AM 23  concerning, those that you don't think are critical to your case,

09:54AM 24  don't reserve your rights as to them, and then coordinate with

09:55AM 25  Mr. Cunningham relative to the questioning that you want to

09:55AM 1   input.

09:55AM 2       MR. MEADE:  Sure.  Certainly, everyone who is listed

09:55AM 3   here would be part of that group, everyone that's been scheduled

09:55AM 4   so far in London.

09:55AM 5       For us, just to reiterate one more time, it's about

09:55AM 6   discovery for us.

09:55AM 7       THE COURT:  I understand.

09:55AM 8       MR. MEADE:  Thank you, Your Honor.

09:55AM 9       THE COURT:  Thank you.

09:55AM 10      Let's see, we were going to talk about the Fifth Amendment

09:55AM 11  scheduling, and we had targeted mid May for those.

09:55AM 12      Has anybody heard from Pat Fanning as to Jimmy Harrell?

09:55AM 13      MR. MILLER:  I have, Your Honor.

09:55AM 14      THE COURT:  Good, thank you.

09:55AM 15      MR. CLARKE:  Your Honor, this is Shaun Clarke.  I'm on

09:55AM 16  the call for Bob Kaluza.

09:55AM 17      THE COURT:  Hello, Shaun, how are you doing?

09:55AM 18      MR. CLARKE:  Good, thank you.

09:56AM 19      THE COURT:  Good.

09:56AM 20      MR. MILLER:  Kerry Miller on behalf of Transocean,

09:56AM 21  Your Honor.

09:56AM 22      With respect to Jimmy Harrell, I did speak with Pat Fanning

09:56AM 23  a couple of times this week since your order came out, and there

09:56AM 24  is still no 100 percent certainty on whether Mr. Harrell is going

09:56AM 25  to take the Fifth or not.  I think the current temperature is

09:56AM 1    probably not.

09:56AM 2          But, at any rate, I went ahead, and I got deposition dates

09:56AM 3    for him --

09:56AM 4          THE COURT:  Great.

09:56AM 5          MR. MILLER:  -- during the week of the 16th, so he can

09:56AM 6    be plugged in right now.

09:56AM 7          As we get closer to the date, we'll know if he's going to

09:56AM 8    take the Fifth or not; but, at any rate, he's here.  He'll be

09:56AM 9    deposed in New Orleans.  We can secure some dates from him the

09:56AM 10   week of the 16th right now.

09:56AM 11         THE COURT:  All right.  Let's go ahead and do that.

09:56AM 12         MR. CLARKE:  Your Honor --

09:56AM 13         THE COURT:  Hold on just a second, Shaun.

09:56AM 14   We're going to do Jimmy Harrell on May 16, 17.

09:56AM 15   Shaun, what have you got?

09:57AM 16         MR. CLARKE:  Well, Mr. Sterbcow contacted us, and I gave

09:57AM 17   him a couple of dates, if, indeed, these are going to occur in

09:57AM 18   May, for Bob Kaluza.

09:57AM 19         I wanted to raise the issue, though, of whether, frankly, it

09:57AM 20   would serve both my client's interest and, I think, the parties',

09:57AM 21   the other parties' interest, that perhaps these were placed later

09:57AM 22   than May.

09:57AM 23         The reason is, you know, I obviously want to avoid Bob being

09:57AM 24   deposed twice.  The Court, given all that has to be done, and the

09:57AM 25   parties want to avoid taking depositions that, frankly, at the

09:57AM 1    end of the day, may not have any value.

09:57AM 2        The reason is, if Bob is deposed early, or even in the

09:57AM 3    middle of the process in May, barring some extraordinary change

09:57AM 4    in the DOJ investigation, he will invoke his Fifth Amendment

09:57AM 5    rights at that deposition.

09:58AM 6        As time goes on, the chances get greater that he would

09:58AM 7    testify; and, if, indeed, he does testify later on, these

09:58AM 8    depositions which now may take a week or two of the discovery

09:58AM 9    process would then have no value because it would be a

09:58AM 10   substantive deposition that would be used.

09:58AM 11       So I wanted to urge that the Court give some thought to,

09:58AM 12   frankly, putting the Fifth Amendment depositions as late in the

09:58AM 13   process as possible to avoid, or at least lessen as much as

09:58AM 14   possible, the risk of duplication.

09:58AM 15       The second thing I wanted to say is if, indeed, we are going

09:58AM 16   to have these, I wonder if these really need to have two days set

09:58AM 17   aside for each deposition, given that --

09:58AM 18       THE COURT:  No, they don't.  We're putting Jimmy Harrell

09:58AM 19   down for two days because we believe he was not going to invoke

09:58AM 20   the Fifth Amendment.  We're not putting the Fifth Amendment

09:58AM 21   witnesses down for two days, I can assure you.

09:59AM 22       MR. CLARKE:  Well, that's really my only point,

09:59AM 23   Your Honor, is I would like to avoid the possibility of being

09:59AM 24   deposed twice, and I'm sure everybody wants to avoid the prospect

09:59AM 25   of taking depositions that ultimately get superseded by

09:59AM  1    substantive testimony.

09:59AM  2         THE COURT:  We're going to hear from Mr. Sterbcow.

09:59AM  3    Thank you.

09:59AM  4         MR. STERBCOW:  Good morning, Your Honor, Paul Sterbcow

09:59AM  5    for the PSC.

09:59AM  6      The problem we have, and I understand what Shaun's saying,

09:59AM  7    is that we effectively have to reserve June for London,

09:59AM  8    obviously.

09:59AM  9         THE COURT:  That's right.

09:59AM 10         MR. STERBCOW:  So we're concerned about scheduling

09:59AM 11    domestic depositions when we have that in play.

09:59AM 12      If we don't do it in May, now it's July, and discovery

09:59AM 13    cutoff is in 30 days, and there is no guarantee that the DOJ is

09:59AM 14    going to have done anything by then.

09:59AM 15      I don't want to depose anybody twice, obviously.  None of us

09:59AM 16    do.

09:59AM 17         THE COURT:  It's the last thing we want to do.

09:59AM 18         MR. STERBCOW:  Right.  But if it takes us at least

09:59AM 19    getting them in the chair and answering questions for five hours

09:59AM 20    and taking the Fifth Amendment, we're going to feel like at least

10:00AM 21    we've done what we need to do to comply with the Court's

10:00AM 22    schedule; and, if things change, we deal with that as it comes.

10:00AM 23    The uncertainty is the issue.

10:00AM 24         THE COURT:  Shaun, I do think that's the problem, that

10:00AM 25    the majority of the attorneys are going to be in London for a

10:00AM 1  substantial part of June.  By the time they get to July, there is

10:00AM 2  no guarantee that the Department of Justice will have acted to

10:00AM 3  give these witnesses any comfort, and they've got to get their

10:00AM 4  fact discovery done by the end of July.

10:00AM 5      So I hear you, but I think, out of an abundance of caution,

10:00AM 6  we better go ahead and schedule these depositions so they can get

10:00AM 7  it on the record.  If something changes and they are not going to

10:00AM 8  invoke the Fifth, then we'll just have to cross that bridge.

10:00AM 9          MR. CLARKE:  What will the time limitation on these be,

10:00AM 10  Your Honor?

10:00AM 11          MR. STERBCOW:  It's still governed by the same order.  I

10:00AM 12  just think, from a practical standpoint, it's not going to take

10:01AM 13  two days to do these depositions.

10:01AM 14          THE COURT:  No, it's definitely not.  We're putting

10:01AM 15  these down for one-day depositions, and I'm thinking that they

10:01AM 16  should be able to be done -- you're going to have a script for

10:01AM 17  each these guys, right?

10:01AM 18          MR. STERBCOW:  Right.  It will be the same thing pretty

10:01AM 19  much for every one of them, or very close.

10:01AM 20          THE COURT:  Very close.  It's going to be just a script

10:01AM 21  going through, Shaun.  I'm figuring four to five hours, but

10:01AM 22  that's only my guess.

10:01AM 23          MR. STERBCOW:  I think that's a good guess, Judge.

10:01AM 24          MR. CLARKE:  Well, it might make sense to schedule two a

10:01AM 25  day then.

10:01AM 1    THE COURT:  Well, let me ask you this.  Can't we submit
10:01AM 2  the questions to the questioner ahead of time?  You're going to
10:01AM 3  have your script.  I'm looking at you, Alan.
10:02AM 4    MR. YORK:  I'm looking at Don.
10:02AM 5    MR. STERBCOW:  Your Honor, the PSC is not going to be
10:02AM 6  comfortable with that.
10:02AM 7    THE COURT:  You're not?
10:02AM 8    MR. STERBCOW:  No.
10:02AM 9    THE COURT:  No go, Shaun.
10:02AM 10      Do you want to give us projected dates?
10:02AM 11    MR. STERBCOW:  Shaun is on the phone, so he can say;
10:02AM 12  but, in terms of our communication during the week, he said
10:02AM 13  either the 26th or the 27th of May.
10:02AM 14    THE COURT:  Okay.
10:02AM 15    MR. CLARKE:  Your Honor, I just asked that because I
10:02AM 16  have a trial in San Antonio on the 16th.  So then I guess I would
10:02AM 17  prefer the 27th, Paul, if possible.
10:02AM 18    THE COURT:  Let's go for the 27th.
10:02AM 19    MR. STERBCOW:  That's Bob Kaluza.
10:02AM 20    THE COURT:  Thank you, Shaun.
10:02AM 21    MR. STERBCOW:  Mark Hafle's counsel gave me the same two
10:02AM 22  dates, so we better put him on the 26th.
10:02AM 23    THE COURT:  26th.
10:02AM 24    MR. STERBCOW:  Morel, we have four potential dates.  We
10:02AM 25  can pick one.  Either the 10th or the 11th, 17th or 18th.

10:02AM 1      THE COURT:  Why don't we go for either the 17th or 18th,
10:02AM 2  which are the dates that we had already targeted for Fifth
10:03AM 3  Amendment.
10:03AM 4      MR. STERBCOW:  Let's put him for the 18th.  That is
10:03AM 5  Brian Morel, M-O-R-E-L.
10:03AM 6      The last one, Judge, we need to correct the record on this.
10:03AM 7  Don Vidrine, Bob Habans represents him.  He corrected me.
10:03AM 8  Don Vidrine has never invoked the Fifth Amendment, and he's never
10:03AM 9  said he would.  Don Vidrine's unavailability has solely been
10:03AM 10  based on medical situation.
10:03AM 11      Having said that, and he wants me to correct that for the
10:03AM 12  record because he doesn't want anybody to think -- having said
10:03AM 13  that, though, he said tentatively, if we wouldn't mind, set
10:03AM 14  Vidrine on the 18th.  We just put Morel on the 18th.  We can move
10:03AM 15  him.  Maybe we want to move Morel up to the 10th or the 11th and
10:03AM 16  put Vidrine on the 18th.
10:03AM 17      THE COURT:  Can you take Vidrine in one day?
10:03AM 18      MR. STERBCOW:  If he's going to testify, that's a
10:03AM 19  two-day deposition.
10:03AM 20      THE COURT:  So let's think about that.  The only date
10:03AM 21  you got for Vidrine was the 18th.  Do we want to take one day of
10:03AM 22  Vidrine and then hold it open?
10:04AM 23      MR. STERBCOW:  Could we tentatively schedule him for the
10:04AM 24  18th and the 19th, and I'll just call Bob and tell him that's the
10:04AM 25  way it's going to have to be.

10:04AM 1          THE COURT:  I'm fine with that depending on his medical
10:04AM 2     situation.
10:04AM 3          MR. STERBCOW:  He is going to get back to us -- he would
10:04AM 4     have been here this morning, but he's out of town.  He's going to
10:04AM 5     come to one of these conferences in person and address this
10:04AM 6     issue.  I asked him to do that, and he said, absolutely, he
10:04AM 7     would.
10:04AM 8          THE COURT:  I don't have any problem with that.  We'll
10:04AM 9     correct it in our next minute entry.  We'll correct the
10:04AM 10    misimpression in our next minute entry.  It's not a problem.
10:04AM 11         MR. STERBCOW:  Let's move Morel to 10 or 11, either one.
10:04AM 12    Put him on the 10th.  We'll put Vidrine in on the 18th and 19th.
10:04AM 13    V-I-D-R-I-N-E.
10:04AM 14       One who was not on my list, Judge, but I took the liberty of
10:04AM 15    making a few phone calls, Captain Kuchta is represented by Kyle
10:04AM 16    Schonekas.  We just haven't hooked up.  We've traded phone
10:04AM 17    messages.  So I don't know what his status is yet.
10:04AM 18         THE COURT:  We'll hold him over to next week and
10:05AM 19    hopefully slot him in on the Fifth Amendment weeks that we
10:05AM 20    haven't -- give him those dates and see if we can't commit.
10:05AM 21         MR. MILLER:  He's already on the calendar for April 18
10:05AM 22    and 19.
10:05AM 23         MR. STERBCOW:  We need to follow up because there may be
10:05AM 24    an issue with him.
10:05AM 25         THE COURT:  You think there is going to be?

10:05AM  1      MR. STERBCOW:  There could be.  Kyle mentioned to me at

10:05AM  2  the last Marine Board hearing, which was December so it's been a

10:05AM  3  while, that they were contemplating it based on testimony that

10:05AM  4  had been given to the Coast Guard.  I don't know where they are.

10:05AM  5  I just don't know.

10:05AM  6      Let's leave it as is, and we'll just have to deal with him.

10:05AM  7          THE COURT:  Exactly.

10:05AM  8      MR. STERBCOW:  Thank you, Judge.

10:05AM  9          THE COURT:  Thank you, I appreciate it.

10:05AM 10      MR. LANGAN:  Andy Langan for BP, Your Honor.

10:05AM 11      Just to follow up for Mr. Vidrine, I appreciate the

10:05AM 12  clarification counsel has made.  I think where this started was

10:05AM 13  the good faith attempt to have some tracks and call these things

10:05AM 14  by their track names, and that has since become a convention.  We

10:05AM 15  have the Fifth Amendment track, and we just threw Vidrine in

10:05AM 16  there.

10:05AM 17      This is a public work, and people read this and say, wait a

10:06AM 18  minute.  So their counsel said, Mr. Vidrine has never said he's

10:06AM 19  going to take the Fifth, so this matters.

10:06AM 20          THE COURT:  I apologize for that.  This does matter.  I

10:06AM 21  don't understand how we threw him into the Fifth Amendment track

10:06AM 22  if he had never indicated invoking the Fifth.

10:06AM 23      So our next order will be very clear about that, that

10:06AM 24  Mr. Vidrine was put into the wrong track, he has never invoked,

10:06AM 25  nor, to our knowledge, does he intend to invoke the Fifth

10:06AM 1   Amendment, and we apologize for having mixed him in.

10:06AM 2          MR. LANGAN:  The solution I offered a week ago, which I

10:06AM 3   guess got lost in the shuffle, perhaps, was to call this the

10:06AM 4   Fifth Amendment/unavailability track.  That's what I had

10:06AM 5   suggested.

10:06AM 6          THE COURT:  We will correct the misimpression.

10:06AM 7          MR. LANGAN:  Thank you.

10:06AM 8          THE COURT:  Let's put it that way.  We'll be very clear,

10:06AM 9   and we might highlight it in bold because it is a serious thing.

10:06AM 10      All right.  Moving right along.

10:07AM 11         MR. FITCH:  Your Honor, if I may inquire, Tony Fitch,

10:07AM 12  could you just summarize those last few dates.  They got a bit

10:07AM 13  jumbled.

10:07AM 14         THE COURT:  I will be glad to.  Let's start with

10:07AM 15  Mr. Hafle, May 26th; Mr. Kaluza, K-A-L-U-Z-A, the 27th;

10:07AM 16  Mr. Morel, M-O-R-E-L, the 10th and the 11th; Mr. Vidrine,

10:07AM 17  V-I-D-R-I-N-E --

10:07AM 18         MR. CUNNINGHAM:  Your Honor, Mr. Morel is a one day

10:08AM 19  only.

10:08AM 20         THE COURT:  I'm sorry, Mr. Morel is just the 10th.

10:08AM 21      Mr. Vidrine, the 18th and the 19th; and, Mr. Harrell,

10:08AM 22  H-A-R-R-E-L-L, May 16th and 17th.

10:08AM 23      We're not sure about Vidrine's availability for the second

10:08AM 24  day, that will be left open; but, if he's available, those will

10:08AM 25  be the dates.

10:08AM 1     Let's move on to the investigation.  We want to go through

10:08AM 2  availability of witnesses on the investigation.  Who wants to

10:08AM 3  talk about that?

10:08AM 4       MR. MILLER:  Your Honor, Kerry Miller.

10:08AM 5     Before we do that, I made an error.  I think I misread an

10:08AM 6  e-mail last week on a date that I gave for a witness, and I would

10:08AM 7  like to correct that, if possible.

10:08AM 8     Randy Ezell, who was scheduled for March 30 and 31, I think

10:08AM 9  I misread his availability versus his unavailability.  He's out

10:09AM 10 of the country that week.  So I looked at April, and he is in the

10:09AM 11 country and able on the 27th and 28th, which were open slot days.

10:09AM 12      THE COURT:  Mr. Cunningham, how do you feel about that?

10:09AM 13 Are you good for that?

10:09AM 14      MR. CUNNINGHAM:  That's fine with us, Your Honor.

10:09AM 15      MR. MILLER:  Sorry for that.

10:09AM 16      THE COURT:  No problem.

10:09AM 17      MR. MILLER:  I misread his e-mail on availability.

10:09AM 18      THE COURT:  So Mr. Ezell will be the 27th and 28th of

10:09AM 19 April.

10:09AM 20    That leaves open what dates?

10:09AM 21      MR. MILLER:  The last two days of March.  Those are

10:09AM 22 double track days.

10:09AM 23      THE COURT:  I don't want to lose those days.

10:10AM 24    Andy.

10:10AM 25      MR. LANGAN:  Would you like to move to Roman IV, and the

10:10AM 1    investigation?  I have a couple dates --

10:10AM 2          THE COURT:  I would.  That would be good.

10:10AM 3          MR. LANGAN:  I can knock a few of these off, perhaps.

10:10AM 4          THE COURT:  Everybody that's on the conference call,

10:10AM 5    we're moving on to the investigation track and the availability

10:10AM 6    of those witnesses for deposition.

10:10AM 7          MR. LANGAN:  Abbassion, Witness Number 2 -- or Number 3,

10:10AM 8    actually, we could do May 3rd and 4th.

10:10AM 9          THE COURT:  Let's take a look.  Those days are open.

10:10AM 10         MR. LANGAN:  Fereidian Abbassion, A-B-B-A-S-S-I-O-N.

10:10AM 11         THE COURT:  Mr. Cunningham, that looks good?

10:10AM 12         MR. CUNNINGHAM:  Yes, ma'am.

10:10AM 13         MR. LANGAN:  May 3rd and 4th.

10:10AM 14     Defranco, let's go back and look at April, please.  Earlier

10:11AM 15   is always better, I know.

10:11AM 16     He has availability in the week of April 11th and, also, the

10:11AM 17   week of April 18th.  So, depending on how counsel feels -- maybe

10:11AM 18   the 18th is a little less quadruple tracked.  Maybe the 18th and

10:11AM 19   19th for Defranco?

10:11AM 20         MR. YORK:  Actually, 11 and 12 have the same numbers as

10:11AM 21   18 and 19, and possibly an extra.  Three on the 11th and 12th.

10:11AM 22         MR. CUNNINGHAM:  Three on the 11th and 12th.  18th and

10:11AM 23   19th, we only have two.

10:11AM 24         THE COURT:  Is he available -- let's look at the 11th

10:11AM 25   only has a 30(b)(6) deposition.

10:11AM  1          MR. MILLER:  Your Honor, those need to be confirmed.

10:11AM  2    They were still tentative.

10:11AM  3          THE COURT:  So those are still tentative.

10:11AM  4          MR. LANGAN:  11th and 12th is fine.

10:11AM  5          THE COURT:  11th and 12th, or do you want to try for --

10:11AM  6          MR. LANGAN:  12th and 13th?

10:11AM  7          THE COURT:  -- 12, 13?  What do you all think?

10:11AM  8    Mr. Cunningham?

10:11AM  9          MR. CUNNINGHAM:  12 and 13 at least gives us double

10:12AM 10    tracking of the 13th instead of --

10:12AM 11          THE COURT:  Exactly.  So I think 12, 13, would that

10:12AM 12    work?

10:12AM 13          MR. LANGAN:  Yes.  So Defranco, April 12th and 13th.

10:12AM 14          THE COURT:  Yes.

10:12AM 15          MR. LANGAN:  Your Honor, then looking at your order,

10:12AM 16    McCarroll, Number 100, we question if there is a mistake here, in

10:12AM 17    the sense that we don't think there is a McCarroll.  We think

10:12AM 18    there may be a McCarroll who is actually a member of a

10:12AM 19    Marine Board of Investigation, but we don't think that's a BP

10:12AM 20    witness.

10:12AM 21          Maybe others can weigh in on that; but, since our name was

10:12AM 22    down, we wanted to mention that, but we don't think that's a BP

10:12AM 23    witness.

10:12AM 24          THE COURT:  I appreciate that.

10:12AM 25          Mr. Miller, that's a Transocean request, and that's Witness

10:12AM 1   Number 100 on the master list.  It is listed as John McCarroll,

10:12AM 2   BP employee requested by Transocean.

10:12AM 3           MR. MILLER:  I'll check into it, but we can pass on that

10:12AM 4   until next time.

10:12AM 5           THE COURT:  We'll pass.  I'm shocked you don't have a

10:13AM 6   John McCarroll in your employ, but okay.

10:13AM 7       Who knows about John Wright and his availability?

10:13AM 8           MR. GODWIN:  Your Honor.

10:13AM 9           THE COURT:  Thank you.

10:13AM 10          MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

10:13AM 11      John Wright was formerly employed by Boots & Coots, which is

10:13AM 12  owned by Halliburton.  He is no longer with Boots & Coots, but we

10:13AM 13  have checked with him, Your Honor, and he is available for

10:13AM 14  anytime during the week of May 9 through 13.

10:13AM 15          THE COURT:  All right.  That's a good week.  That is a

10:13AM 16  PSC request, so, Mr. Cunningham, why don't you choose.

10:13AM 17          MR. CUNNINGHAM:  12 and 13.

10:13AM 18          THE COURT:  All right.

10:13AM 19          MR. MAZE:  W-R-I-G-H-T?

10:14AM 20          MR. GODWIN:  Yes.  May 12 and 13?

10:14AM 21          THE COURT:  Right.  Thank you.

10:14AM 22          MR. GODWIN:  We'll make him aware, Your Honor.  Thank

10:14AM 23  you.

10:14AM 24          THE COURT:  Thank you, Don.

10:14AM 25      Then we've got two witnesses from CSI Technologies,

10:14AM 1   Mr. David Brown and Mr. Fred Sabins, S-A-B-I-N-S.  Does anybody

10:14AM 2   know about their availability?  Deafening silence.

10:14AM 3        One is a PSC request.

10:14AM 4           MR. GODWIN:  Your Honor, may I approach?

10:14AM 5           THE COURT:  Sure, Don, come on up.

10:14AM 6           MR. GODWIN:  Don Godwin for Halliburton.

10:14AM 7        CSI was a company that BP hired with regard to the cementing

10:14AM 8   part of all of this, and I would think that BP, through Andy,

10:14AM 9   would perhaps be able to speak to CSI's availability or give us

10:14AM 10  some indication as to if they've spoken with them or -- the same

10:14AM 11  thing with Mr. Fred Sabins, and give us some idea if they are

10:15AM 12  going to be available and, if so, when, or when we might know

10:15AM 13  what their situation is.  Thank you, Judge.

10:15AM 14          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:15AM 15       I don't dispute what Mr. Godwin said.  I guess I didn't

10:15AM 16  understand that it was incumbent upon us to do that.  We're happy

10:15AM 17  to do that.  They are a third party.  We're not requesting their

10:15AM 18  deposition.  But we'll add this to our list of things to do, if

10:15AM 19  Your Honor wishes.

10:15AM 20          THE COURT:  What's another couple.

10:15AM 21          MR. LANGAN:  We'll make some inquiries.

10:15AM 22          THE COURT:  Thank you.  We'll defer those.

10:15AM 23          MR. HAYCRAFT:  I wanted to interject something, Judge.

10:15AM 24  Don Haycraft.

10:15AM 25       While we have the May calendar up, we have a deposition on

10:15AM  1   May 26, 27 of Alan Schneider.  In discussions last week with

10:15AM  2   counsel for ModuSpec, his employer, we moved that to a June date.

10:15AM  3          THE COURT:  Let's take him off the May date.

10:15AM  4      Telephone participant who is typing, would you put us on

10:16AM  5   mute, please.

10:16AM  6          MR. HAYCRAFT:  Thank you, Your Honor.

10:16AM  7          THE COURT:  Thank you, Don.  I appreciate it.

10:16AM  8      So progress is being made on the investigation track.  Let's

10:16AM  9   move on to the event track.

10:16AM 10          MR. FITCH:  Your Honor, I hate to interrupt, again, but

10:16AM 11   because of the typing, I think we missed the Schneider exchange.

10:16AM 12          THE COURT:  Mr. Schneider has been moved from the end of

10:16AM 13   May to Thursday and Friday, June 23rd and 24th.

10:17AM 14          MR. FITCH:  Thank you.

10:17AM 15          THE COURT:  No problem.

10:17AM 16          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:17AM 17      So, if you would like, we do have some information about

10:17AM 18   your Roman XI, the so-called event track.  I have a number of

10:17AM 19   dates, not all, but I think we'll at least get a B plus, perhaps

10:17AM 20   an A minus.

10:17AM 21          THE COURT:  Listen, I'm already in a bad mood, so, you

10:17AM 22   know.

10:17AM 23      Go ahead.

10:17AM 24          MR. LANGAN:  James -- actually, we start with

10:17AM 25   Jonathan Bellow.  Mr. Bellow has availability, basically, the

10:17AM 1    first three weeks of May, so we can pick some dates that work for

10:17AM 2    the PSC that are open.

10:17AM 3        So, Mr. Cunningham, Mr. Sterbcow, the week of the 2nd, 9th

10:17AM 4    or 16th of May, we're okay.

10:17AM 5            THE COURT:  Wonderful, wonderful.  Gentlemen, y'all want

10:17AM 6    to pick a date?

10:17AM 7            MR. CUNNINGHAM:  2nd and 3rd.

10:18AM 8            THE COURT:  2nd and 3rd.  That's Mr. Bellow,

10:18AM 9    B-E-L-L-O-W.

10:18AM 10           MR. LANGAN:  Okay.  Mr. Dupree, June 16, 17.

10:18AM 11           THE COURT:  Are we in June or May?

10:18AM 12           MR. LANGAN:  June.  June 16, 17.

10:18AM 13       We're still working on Mr. Guide, who has personal counsel.

10:18AM 14   I am told here in the note I am looking at that if there is a

10:18AM 15   need to pick a date today, we could pick some tentative dates in

10:18AM 16   May and try to make them work, and try to confirm those perhaps

10:18AM 17   next week.

10:18AM 18           THE COURT:  Mr. Cunningham, do you want to pick some

10:18AM 19   tentative dates for Mr. Guide?

10:19AM 20           MR. CUNNINGHAM:  Sure, how about 23 and 24?

10:19AM 21           THE COURT:  23, 24.  Do you have a second choice?

10:19AM 22           MR. CUNNINGHAM:  9th and 10th.

10:19AM 23           THE COURT:  Andy, that will give you something to work

10:19AM 24   with.

10:19AM 25           MR. LANGAN:  All right.  Thank you, Corey.

10:19AM  1          Still working on Mr. Richard Lynch.

10:19AM  2          John Mogford, ex-employee.  We're trying to find his contact

10:19AM  3   information.  He's no longer with the company.  The ball is in

10:19AM  4   our court on that.  Mogford, M-O-G-F-O-R-D.

10:19AM  5          Mr. Patrick O'Bryan, again, we have personal counsel

10:19AM  6   involved, but we think we could offer dates, perhaps, the week of

10:19AM  7   May 23rd, maybe right after Guide.

10:20AM  8              MR. MAZE:  We could put Guide back up to 9 and 10.

10:20AM  9              MR. CUNNINGHAM:  23rd and 24th.

10:20AM 10              MR. LANGAN:  O'Bryan, O-B-R-Y-A-N.  I probably need to

10:20AM 11   say that this has to be tentative, too, but --

10:20AM 12              THE COURT:  Right.

10:20AM 13              MR. LANGAN:  -- because I still need to confirm with his

10:20AM 14   counsel.

10:20AM 15              THE COURT:  Whenever we have personal counsel, we'll

10:20AM 16   agree that it's tentative.

10:20AM 17          So everybody on the phone, that means that we're going to,

10:20AM 18   then, put Mr. Guide tentatively on the 9th and 10th, and take

10:20AM 19   away the availability of 23, 24 for him.  So hopefully he'll be

10:20AM 20   able to accommodate 9 and 10.

10:20AM 21              MR. LANGAN:  So we then have Mr. David Rainey,

10:20AM 22   R-A-I-N-E-Y.  We could do, like -- let's see, maybe June 1 and 2?

10:21AM 23   This is an odd calendar there.  There is two 31st's.  June 1

10:21AM 24   and 2.

10:21AM 25              MR. CUNNINGHAM:  Rainey?

10:21AM 1        MR. LANGAN:  Rainey.

10:21AM 2        THE COURT:  That's really double tracking.

10:21AM 3        MR. LANGAN:  Mr. David Rich, again, the last week in May

10:21AM 4    should work for Mr. David Rich, R-I-C-H.

10:21AM 5        THE COURT:  Mr. Cunningham?

10:21AM 6        MR. CUNNINGHAM:  30 and 31.

10:21AM 7        MR. LANGAN:  Is that Memorial Day?  I just don't know.

10:21AM 8    It likely is.

10:21AM 9        MR. CUNNINGHAM:  It probably is.

10:21AM 10        THE COURT:  Yes, probably Monday, the 30th, is probably

10:21AM 11    Memorial Day.  Yes, it is.  We're confirming it.  Our crack

10:21AM 12    courtroom deputy said yes.

10:21AM 13        MR. CUNNINGHAM:  How about 31 and 1?

10:22AM 14        MR. LANGAN:  That is fine.  If you do that, would you

10:22AM 15    rather do Rainey June 2nd and 3rd, then, or do you care?

10:22AM 16        MR. CUNNINGHAM:  It doesn't matter.

10:22AM 17        MR. MAZE:  So is it 2 and 3?

10:22AM 18        MR. CUNNINGHAM:  Andy, are you going to move Mr. Rainey?

10:22AM 19        MR. LANGAN:  Maybe we should move Mr. Rainey to June 2nd

10:22AM 20    and 3rd, if that's okay with everybody.

10:22AM 21        THE COURT:  So Mr. Rainey is moving to June 2 and 3,

10:22AM 22    with Mr. Rich on the 31st and 1st.

10:22AM 23        MR. LANGAN:  Cindy Skelton, S-K-E-L-T-O-N.  We could

10:22AM 24    look at the week of May 16, and maybe do 19, 20 for Skelton.

10:22AM 25        MR. CUNNINGHAM:  That's fine.

10:22AM 1          THE COURT:  19, 20?

10:23AM 2          MR. CUNNINGHAM:  Yes.

10:23AM 3          MR. LANGAN:  Let's hold that thought because I'm now

10:23AM 4  looking, also, at Mr. Doug Suttles.  Mr. Suttles is also

10:23AM 5  available the 19th and 20th.  Maybe we could do Suttles the 19th

10:23AM 6  and 20th of May, and do Skelton 25 and 26 of May.  That might be

10:23AM 7  better, actually.

10:23AM 8          MR. CUNNINGHAM:  So Suttles 19 and 20?

10:23AM 9          MR. LANGAN:  Doug Suttles, 19 and 20.  That's

10:23AM 10  S-U-T-T-L-E-S.  Skelton, I'm going to say 25 and 26 of May.

10:23AM 11         MR. CUNNINGHAM:  That's fine.

10:23AM 12         THE COURT:  Okay, 25 and 26.  All right.

10:23AM 13         MR. LANGAN:  Kent Wells, W-E-L-L-S.  Let's go back to

10:23AM 14  April.  19, 20.  April 19, 20.

10:24AM 15     I have two more on this event list for us.  Kevin Lacy,

10:24AM 16  ex-employee.  We need to find out contact information for

10:24AM 17  Mr. Lacy.

10:24AM 18     Then we have Mr. Murray Sepulvado, brother of Ronnie

10:24AM 19  Sepulvado --

10:24AM 20         THE COURT:  I knew I recognized the name.

10:24AM 21         MR. LANGAN:  -- S-E-P-U-L-V-A-D-O, that we could slot in

10:24AM 22  basically the second, third or fourth week of May.  So we could

10:24AM 23  do Murray Sepulvado, to take an example, the 11th and 12th of

10:24AM 24  May.  Does that sound okay?

10:24AM 25         MR. CUNNINGHAM:  That's fine.

10:24AM 1          THE COURT:  Andy, I think that's a solid A.

10:25AM 2          MR. LANGAN:  Thank you, Your Honor.  I'll sit down now.

10:25AM 3          MR. GODWIN:  How about Ross Skidmore?

10:25AM 4          MR. LANGAN:  Your Honor, Mr. Godwin is never satisfied.

10:25AM 5          THE COURT:  Now, what does he want?

10:25AM 6          MR. LANGAN:  I don't know about Ross Skidmore.  I

10:25AM 7  promise to check, though.

10:25AM 8      And this is still an A, as far as I'm concerned.

10:25AM 9          THE COURT:  Yes, it is.

10:25AM 10          MR. GODWIN:  Maybe an A minus, Your Honor.

10:25AM 11          THE COURT:  No, solid A.

10:25AM 12      All right.  How do we stand on the scheduling of the

10:25AM 13  30(b)(6)'s.  Is there any problem with Cobalt, Kongsberg,

10:25AM 14  Oceaneering and Wild West?

10:25AM 15          MR. CUNNINGHAM:  We have Kongsberg, I believe.

10:25AM 16          MR. STERBCOW:  Kongsberg is set on the 4th and the 5th

10:26AM 17  of April.

10:26AM 18          THE COURT:  No problem there.

10:26AM 19          MR. ROY:  Your Honor, Jim Roy.

10:26AM 20      We have been in contact with Oceaneering's counsel,

10:26AM 21  Ralph Kraft, and are working on that, but I have nothing firm to

10:26AM 22  report.

10:26AM 23          THE COURT:  All right.

10:26AM 24          MR. CUNNINGHAM:  We've asked him to do it on the 12th,

10:26AM 25  if we can.

10:26AM 1        THE COURT:  On April 12th?

10:26AM 2        MR. CUNNINGHAM:  As scheduled.  Yes, as we have it

10:26AM 3 scheduled --

10:26AM 4        MR. ROY:  As currently scheduled.

10:26AM 5        MR. CUNNINGHAM:  -- but we don't have a response.

10:26AM 6        THE COURT:  What about Wild West and Cobalt?  Nothing

10:26AM 7 yet?

10:26AM 8        MR. CUNNINGHAM:  I don't think we have anything yet.

10:26AM 9        THE COURT:  Okay.  We're going to defer to next week on

10:26AM 10 those three, because Oceaneering we need to get confirmation on.

10:27AM 11     How do you-all want to try to tackle the mess that has been

10:27AM 12 created with the 30(b)(6) notices?  Any ideas?

10:27AM 13     Andy, I've read your letter in detail.

10:27AM 14        MR. LANGAN:  You have read our letter.  We appreciate

10:27AM 15 that.  I don't want to repeat what's in there.

10:27AM 16     I think my headlines are this.  My headlines are there is a

10:27AM 17 role for 30(b)(6).  We're not saying there is not.  We're happy

10:27AM 18 to work on appropriate 30(b)(6).  If you want -- our position is,

10:27AM 19 please pick a number, and just tell the parties to live with it,

10:27AM 20 along with they've got to be tailored and focused and not overly

10:27AM 21 broad.  We'll make it work.

10:27AM 22     But, frankly, 105 is out of control.  You know, and I'm not

10:28AM 23 sure if they would say even three hundred was okay.  There has

10:28AM 24 got to be a limit.

10:28AM 25     Now, in the Katrina case I think Mr. Roy was involved in, I

10:28AM 1  think the court cut it from 160 to 30.  Okay, 30, fine.  But I

10:28AM 2  guess what I would say is, I promise you, if you just set a

10:28AM 3  number, these good lawyers are going to make it work.  If we

10:28AM 4  leave it open-ended, then we're going to be here over and over

10:28AM 5  and over, again.

10:28AM 6          THE COURT:  We don't have time, guys, to fool around

10:28AM 7  with this.  We really don't.

10:28AM 8      Here is my problem.  My problem is, is that we need our

10:28AM 9  30(b)(6) designations so that the defendants can tell you who is

10:28AM 10 going to testify to each area of the examination.

10:28AM 11     I hope and I believe that there is going to be considerable

10:28AM 12 overlap between the people they designate as their deponents and

10:28AM 13 the people that you all are scheduling for depositions.  We're

10:29AM 14 not going to know that unless we get final designations from you

10:29AM 15 guys that they can then chew on and report, these are our

10:29AM 16 deponents.  Is that fair?

10:29AM 17         MR. LANGAN:  It is.  Let me also say, this is not just a

10:29AM 18 PSC issue.  All the parties drafted this, so it's all of us, BP

10:29AM 19 included.

10:29AM 20         THE COURT:  Everybody got their Dictaphones out.  Okay.

10:29AM 21 Blah, blah, blah, blah, blah.

10:29AM 22         MR. LANGAN:  The other thing I would say is they should

10:29AM 23 not be a substitute for contention interrogatories.

10:29AM 24         THE COURT:  I agree with that.

10:29AM 25         MR. LANGAN:  That's a major issue.  That's what they

10:29AM  1    seem to be in that case.

10:29AM  2              THE COURT:  Here comes Mr. Roy.  Watch it.

10:29AM  3          MR. ROY:  Jim Roy, Your Honor.

10:29AM  4       I hear Andy, and I understand and, potentially, am even

10:29AM  5    sympathetic, but here is the dilemma I think all the parties were

10:29AM  6    placed in.

10:29AM  7       It's entirely possible to have taken these

10:29AM  8    hundred-and-some-odd separate categories and probably crunched

10:30AM  9    them into 30 mega categories; but, then when the deposition is

10:30AM 10    taken, what are we going to hear?  We're going to hear, oh, I

10:30AM 11    didn't realize how precise you wanted to get into that specific

10:30AM 12    inquiry.  So it's really a red herring, with all due respect.

10:30AM 13       These can be bunched into macro areas, but what we're doing

10:30AM 14    up front, and all the parties have done it, is basically shown

10:30AM 15    the hand.  It's, in effect, signaling the type of questions that

10:30AM 16    are going to be asked, but they can be bunched into topic areas,

10:30AM 17    and they are.

10:30AM 18       But it is a -- I hate to use the word -- a precautionary

10:30AM 19    approach so that when the designated person shows up, they don't

10:30AM 20    say, oh, I didn't realize it was going to encompass that.

10:30AM 21              THE COURT:  Well, I'm sympathetic to you, but when you

10:30AM 22    talk about every communication between company A and company B.

10:31AM 23              MR. ROY:  I don't think that was a PSC.  That had to

10:31AM 24    have come from Kerry.

10:31AM 25              THE COURT:  I don't know who it was, but, for goodness

10:31AM 1    sake --

10:31AM 2         MR. ROY:  We would never do that, Your Honor.  That does

10:31AM 3    not sound like something that we drafted.

10:31AM 4         THE COURT:  I think that was Paul Sterbcow at 2 o'clock

10:31AM 5    in the morning.

10:31AM 6         MR. STERBCOW:  Well, that's possible.

10:31AM 7         THE COURT:  Y'all are getting punch drunk.

10:31AM 8       We've got to figure out how to streamline it.  We've got to

10:31AM 9    do it right away because I do think that there is going to be an

10:31AM 10   awful lot of overlap.  Taking the witness' deposition while he

10:31AM 11   testifies as a 30(b)(6) designee -- you know, a real time

10:31AM 12   savings, if we can get it right.

10:31AM 13      Now, I'm happy to work with you guys, but I do think that

10:31AM 14   the micro is overpowering the macro.  I'm not just looking at

10:32AM 15   you.  I'm looking at everybody who had input to these 30(b)(6)

10:32AM 16   depositions.  I'm looking at the United States Government.

10:32AM 17        MR. UNDERHILL:  I haven't said a word.

10:32AM 18        THE COURT:  I know.

10:32AM 19        MR. GODWIN:  Judge.

10:32AM 20        THE COURT:  Come on, Don.

10:32AM 21        MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

10:32AM 22   Halliburton.

10:32AM 23      Judge, this is going to come up very quickly for Halliburton

10:32AM 24   in that Mr. John Gisclair is scheduled to be deposed on March 14

10:32AM 25   and 15, and we're talking, you know, 10 days from now, and he's

10:32AM 1    going to be a 30(b)(6) witness for Halliburton.

10:32AM 2         So we're going to, obviously, have him available then, but

10:32AM 3    we're going to want to know more definitively what those 30(b)(6)

10:32AM 4    topics are going to be so he can be prepared.

10:32AM 5         THE COURT:  Now, before the 30(b)(6) notices exploded,

10:32AM 6    Don, had you looked at the earlier 30(b)(6) for Halliburton, and

10:32AM 7    had you determined that he was going to be the deponent for the

10:33AM 8    33 topics, or whatever it was?

10:33AM 9         MR. GODWIN:  Well, we had looked at him as a fact

10:33AM 10   witness, Your Honor, and really hadn't focused on the 30(b)(6)

10:33AM 11   until we started talking about that more openly, and now have

10:33AM 12   identified him -- or he will be identified as a 30(b)(6) for us.

10:33AM 13   So it was not contemplated that he was going to be a 30(b)(6)

10:33AM 14   until here recently.

10:33AM 15        THE COURT:  Now, how would you propose we get ourselves

10:33AM 16   out of this mess?

10:33AM 17        MR. GODWIN:  I'm happy to do whatever we can to work

10:33AM 18   with folks to narrow down these 30(b)(6) topics that might be

10:33AM 19   asked of this witness in order to just leave him on for

10:33AM 20   March 14 and 15, which we are certainly willing to do.

10:33AM 21        I think we can -- if everybody wants, we can work together

10:33AM 22   to do that.  The PSC can work with me.  Perhaps BP and/or others

10:33AM 23   that might be interested in him, if they want to take a shot

10:34AM 24   today or over the weekend and get back to me, say, by Monday,

10:34AM 25   regarding the topics, then, if I have any issues with those,

10:34AM 1    we'll let them know promptly.  Otherwise, we'll get him

10:34AM 2    available, get him ready.

10:34AM 3            THE COURT:  Have you looked at the revised 30(b)(6) for

10:34AM 4    Halliburton?

10:34AM 5            MR. GODWIN:  Some of my folks have.  Alan has,

10:34AM 6    Your Honor.

10:34AM 7            THE COURT:  Alan, come on up.  Come on up.

10:34AM 8            MR. YORK:  Your Honor, Mr. Godwin is absolutely correct.

10:34AM 9    Mr. Gisclair would be a 30(b)(6) representative on primarily the

10:34AM 10   Sperry side, not on the cementing side.  There would be somebody

10:34AM 11   else for that.

10:34AM 12      One other issue I just would raise really quickly,

10:34AM 13   Mr. Miller had given a separate short list that dealt more with

10:34AM 14   Sperry, Insite, ESI architecture, that I think is a separate

10:34AM 15   30(b)(6) topic from the 30(b)(6) general designations.

10:35AM 16   Mr. Gisclair would probably be in play on some of that, as well.

10:35AM 17      So, as a general rule, we would say on most Sperry topics,

10:35AM 18   it would be Mr. Gisclair.  For most cementing topics, it would be

10:35AM 19   somebody else.

10:35AM 20           THE COURT:  We've got to get straight on the 30(b)(6)

10:35AM 21   for the Sperry designations because I don't want to have to

10:35AM 22   reschedule him.  Rather, I want him to be able to testify

10:35AM 23   individually and as a 30(b)(6) witness at the same time.

10:35AM 24           MR. GODWIN:  Not being available as -- or designated as

10:35AM 25   a 30(b)(6) for Halliburton, I would think, would significantly

10:35AM 1    shorten the deposition insofar as 30(b)(6) would go because he

10:35AM 2    won't know anything about the Halliburton topics, but he will

10:35AM 3    Sperry.

10:35AM 4              THE COURT:  Right.

10:35AM 5              MR. GODWIN:  So if the guys want to work together and

10:35AM 6    get back to me by Monday regarding what they want to do as far as

10:35AM 7    30(b)(6), and we'll endeavor to still have him available on the

10:35AM 8    14th and 15th, Your Honor.

10:36AM 9              THE COURT:  Okay, good.  Thank you.

10:36AM 10             MR. GODWIN:  Thank you, Judge.

10:36AM 11             THE COURT:  Mr. Cunningham.

10:36AM 12             MR. CUNNINGHAM:  Robert Cunningham, Your Honor.

10:36AM 13        If there is an outstanding 30(b)(6) notice that focuses on

10:36AM 14   the Sperry aspect of that witness, we're fine going with that

10:36AM 15   notice as it exists, if Alan is saying that's acceptable.

10:36AM 16        Is that notice within reason?  Is that notice doable?  If it

10:36AM 17   is, we'll just --

10:36AM 18             THE COURT:  Kerry, you don't happen to have a copy of

10:36AM 19   that notice, do you?

10:36AM 20             MR. MILLER:  I didn't bring it with me.

10:36AM 21             MR. YORK:  We have copies of it, Judge.  I mean, it's

10:36AM 22   still broad.  It's broad in the same ways that Mr. Langan was

10:36AM 23   talking about, just -- they are just expansive topics.

10:36AM 24        So can I guarantee you that Mr. Gisclair is going to be able

10:36AM 25   to answer every question associated with every one of the Sperry

10:36AM 1   topics?  No, we can't guarantee that because they are broad.

10:36AM 2       We will say, Bobo, that he is the most all-encompassing --

10:36AM 3           THE COURT:  The most knowledgeable.

10:37AM 4           MR. YORK:  -- person to talk about the Sperry topics.

10:37AM 5   If there are topics that he is not appropriate for, then I think

10:37AM 6   we're perfectly willing to designate the right person for that

10:37AM 7   for a subsequent deposition.

10:37AM 8           MR. GODWIN:  Right.

10:37AM 9           MR. YORK:  But there may just be situations where he

10:37AM 10  says, I don't know that.

10:37AM 11          MR. CUNNINGHAM:  Well, that's fine.

10:37AM 12          THE COURT:  Let me ask you, Mr. Cunningham, as far as

10:37AM 13  the 30(b)(6) that was issued, the joint 30(b)(6), it's designated

10:37AM 14  with some areas including Sperry.  Is there overlap between

10:37AM 15  Mr. Miller's designation and designations for Sperry in the joint

10:37AM 16  30(b)(6)?

10:37AM 17          MR. CUNNINGHAM:  I wish I could answer that, Your Honor,

10:37AM 18  but I didn't do --

10:37AM 19          THE COURT:  But Mr. York probably can.

10:37AM 20          MR. CUNNINGHAM:  But we're fine to go with whatever they

10:37AM 21  will agree that he can speak to as to Sperry, whatever that is.

10:37AM 22  What I'm hearing Alan say is that's going to be a lot.  It may

10:37AM 23  not be all.  We're fine with going forward just on that basis.

10:38AM 24          THE COURT:  I'm fine with going forward on that basis,

10:38AM 25  but I do want to get a 30(b)(6) for Halliburton and a 30(b)(6)

10:38AM  1    for Sperry that everyone can live with, that Don Godwin and Alan

10:38AM  2    don't think are too broad, and that you-all think will satisfy

10:38AM  3    your need.  So how do you want to go about that?

10:38AM  4         MR. CUNNINGHAM:  I would suggest that they go through

10:38AM  5    the notice, strike out what they say he can't do, we'll look at

10:38AM  6    what's left and probably agree.

10:38AM  7         THE COURT:  Go through both notices, guys, the joint

10:38AM  8    notice, as well as Kerry Miller's.  I don't know how he got to be

10:38AM  9    his own 30(b)(6) noticer, but okay.

10:38AM 10         MR. MILLER:  I was the only one talking about Sperry two

10:38AM 11    weeks ago.  That's why.

10:38AM 12         MR. GODWIN:  Your Honor, responding to your request

10:38AM 13    there, I just spoke to Bobo, and we agree that we will look over

10:38AM 14    the weekend at the 30(b)(6) for Mr. Gisclair, and by Monday

10:38AM 15    morning, midmorning or so, I'll be in touch with Bobo and let him

10:39AM 16    know what our issues are with the outstanding 30(b)(6) notice, in

10:39AM 17    hopes of reaching an agreement.  But we'll do that this weekend

10:39AM 18    and talk about it Monday.

10:39AM 19         THE COURT:  That would be great, Don.

10:39AM 20       Also, while you're at it, include Kerry Miller's 30(b)(6),

10:39AM 21    as well --

10:39AM 22         MR. GODWIN:  I will.

10:39AM 23         THE COURT:  -- because I assume there's some overlap.

10:39AM 24         MR. GODWIN:  I will.  We'll communicate with Kerry and

10:39AM 25    Bobo Monday morning with regard to any questions or our agreement

10:39AM 1    with what they have outstanding.   Thank you, Judge.

10:39AM 2            THE COURT:   Now, beyond that, because I do want to keep

10:39AM 3    that on the calendar, it seems to me that I agree with Andy that

10:39AM 4    we probably need to limit the number of topics per 30(b)(6)

10:39AM 5    deposition.   I also agree with him that the idea of contention

10:39AM 6    interrogatories probably need to be handled by contention

10:39AM 7    interrogatories and not 30(b)(6) testimony.   I think that's

10:39AM 8    probably a waste of time in depositions.

10:40AM 9        So, Mr. Roy, do you have a proposal for the number of topics

10:40AM 10   that the joint 30(b)(6) designations may contain?

10:40AM 11           MR. ROY:   Well, Your Honor -- let me go to the

10:40AM 12   microphone.

10:40AM 13       I don't think that restriction to the 30(b)(6) of a certain

10:40AM 14   number of discrete topics is by any means impossible and

10:40AM 15   certainly can be done.   I think that even with the strictures you

10:40AM 16   just spoke to us about, it's going to be probably impossible to

10:40AM 17   get them all.

10:40AM 18       So, that being said, while we can do it for the initial

10:40AM 19   30(b)(6), that should not preclude a later 30(b)(6) on the other

10:40AM 20   topics, to the extent that's necessary because the appearing

10:41AM 21   person can't testify at the beginning.

10:41AM 22       With that understanding, I mean, I think that, you know, if

10:41AM 23   you limited a 30(b)(6) to, in aggregate from all of the parties,

10:41AM 24   you know, to 40 topics, I think that you probably have something

10:41AM 25   that is manageable, and, if it's not, then it may have to take

10:41AM 1   longer.

10:41AM 2           THE COURT:  Can you live with 30?

10:41AM 3           MR. ROY:  Well, we'll live with whatever Your Honor

10:41AM 4   orders us to as long as we have the understanding that it's

10:41AM 5   without acquiescence to or waiver of the ability to come back at

10:41AM 6   a later date with a subsequent 30(b)(6) to pick up topics that

10:41AM 7   aren't included.

10:41AM 8           THE COURT:  Or to propound contention interrogatories,

10:41AM 9   etcetera.

10:41AM 10          Yes, I think 30 should do it, guys.  I want you to work

10:41AM 11  really hard to get it down to 30 as a joint 30(b)(6) notice.

10:41AM 12          So, for instance, I'm looking at the Halliburton joint

10:41AM 13  30(b)(6) notice, and it contains "any and all communications or

10:42AM 14  discussions between or among you, BP and/or Transocean or any

10:42AM 15  other knowledge or experience you have regarding the estimated

10:42AM 16  budget, expected and/or actual time and/or cost savings realized

10:42AM 17  by," and then it lists nine discrete areas from there.  That's

10:42AM 18  tough.

10:42AM 19          So it seems to me what you may want to do is look at the

10:42AM 20  documents that you want to use and ask questions about it, maybe

10:42AM 21  designate, think about designating those documents and say, can

10:42AM 22  you testify about these documents relating to cost savings or --

10:42AM 23  but they really are over the top at this point.

10:42AM 24          MR. GODWIN:  May I, Judge?

10:42AM 25          THE COURT:  Sure.

10:42AM  1          MR. GODWIN:  Thank you, Your Honor.

10:43AM  2       Your Honor, I understand what Jim is saying about wanting to

10:43AM  3  go with 30, if that's Your Honor's order, that that's the number,

10:43AM  4  and then reserving the right to come back later and ask more.

10:43AM  5       I thought one of the underlying premises here is we are

10:43AM  6  going to produce witnesses one time.  If we produce a Halliburton

10:43AM  7  witness as a 30(b)(6) witness, and then they come back later and

10:43AM  8  they've got 30 more or some other number more at a later date,

10:43AM  9  that witness is going to be deposed twice.

10:43AM 10       We'd like to tender witnesses, as I think everybody has

10:43AM 11  said, one time, and not be subjected to being called up twice.

10:43AM 12  So whatever the number is going to be, whether it's 20, 30, 50 or

10:43AM 13  60, whatever the number is of subjects of inquiry, we would like

10:43AM 14  it known before the witnesses are deposed so that there is no

10:43AM 15  chance they would be called back a second time.

10:43AM 16       I think that rule should apply to everybody.  I'm not just

10:43AM 17  talking about Halliburton, Your Honor.

10:44AM 18          MR. ROY:  Your Honor, I don't disagree -- Jim Roy.

10:44AM 19       I don't disagree with Don, but this is why 30(b)(6) notices

10:44AM 20  have a multitude of topics.  We can disagree respectfully whether

10:44AM 21  item number 11 is appropriate or too broad or not.  I understand

10:44AM 22  that.  We'll do our best to address it.

10:44AM 23       But the purpose of having a unitary notice that is

10:44AM 24  encompassing and is not limited, all right, is so that the party

10:44AM 25  that is being noticed, the entity, the juridical entity that does

10:44AM 1    not have veins that have blood coursing through it, has to

10:44AM 2    produce people that have veins with blood coursing through the

10:44AM 3    veins --

10:44AM 4            THE COURT:  That's right.

10:44AM 5            MR. ROY:  -- and they have to choose who responds to

10:44AM 6    what topics.

10:44AM 7        If they pick all those topics out of the menu in the lengthy

10:44AM 8    list and say, this is all Mr. Smith is responsive to, then that

10:45AM 9    ought to be the only time we depose Mr. Smith.  I certainly agree

10:45AM 10   with Don on that.

10:45AM 11       But, by the same token, if there are 15 other discrete areas

10:45AM 12   of a notice that Mr. Smith is not the responsive person, he says,

10:45AM 13   I don't know, or he's not produced for those items, and that's

10:45AM 14   Mr. Boudreaux, then, by all means, Mr. Boudreaux is the

10:45AM 15   appropriate person.

10:45AM 16       It's not uncommon at all in 30(b)(6) notices to have a

10:45AM 17   multitude of people --

10:45AM 18           THE COURT:  No, I think Don agrees with that.  What he's

10:45AM 19   saying is he doesn't want to later be confronted with another

10:45AM 20   30 new topics that he has to redesignate people for.

10:45AM 21           MR. GODWIN:  Right.

10:45AM 22           MR. ROY:  There lies the dilemma, in that if we're going

10:45AM 23   to have people with a multitude of knowledge, then I would simply

10:45AM 24   submit to the Court that maybe the appropriate approach is, you

10:45AM 25   know, like I said, address the ones that are just so broad as to

10:46AM 1   be ridiculous and get rid of them.

10:46AM 2         THE COURT:  How about this one, any communications

10:46AM 3   between you, APC, AEP, MOEX Offshore, MOEX USA or MOECO regarding

10:46AM 4   any of the issues or topics in this schedule of topics?

10:46AM 5         MR. ROY:  It did not come from us.

10:46AM 6         THE COURT:  Whoever it came from.

10:46AM 7         MR. ROY:  But, regardless, I understand.  But if you go

10:46AM 8   through, and if we can agree on ones that are too broad, I would

10:46AM 9   submit to you that the number of topics is not nearly as

10:46AM 10  important as the scope of the topics.

10:46AM 11        THE COURT:  I agree with that, as well.

10:46AM 12        MR. ROY:  If we have, whatever it is, 50, 60, 70,

10:46AM 13  whatever, the issue is whoever the man that's being produced may

10:46AM 14  only be responsive to a discrete number.

10:46AM 15        THE COURT:  That's right.

10:46AM 16        MR. ROY:  That ought to be the one time he's deposed on

10:46AM 17  those topics, and those topics go away and you've got whatever is

10:46AM 18  left that's reasonable.

10:46AM 19        THE COURT:  That's right.  That's what we're trying to

10:47AM 20  accomplish is to depose Mr. Smith once as an individual deponent

10:47AM 21  and as the designee for Topics 1, 9 and 14.

10:47AM 22      So, Don?

10:47AM 23        MR. GODWIN:  Thank you, Your Honor.

10:47AM 24      Judge, I certainly understand and respect what Jim is

10:47AM 25  saying, but my thought is this.  Just like you and Judge Barbier

10:47AM 1    have said you're going to have 15 hours with a witness, you

10:47AM 2    better think of everything you want to ask during that time, all

10:47AM 3    of us, you've got two days, and on some you've got one, because

10:47AM 4    you're not going to come back another day.  That sets the stage

10:47AM 5    for you're given deadlines by which you're going to finish a

10:47AM 6    witness, and you're going to have to come up with your outlines

10:47AM 7    and make sure you cover everything you want during that time.

10:47AM 8        If we carve out a special rule or exception for the 30(b)(6)

10:47AM 9    and say, well, you're now going to be able to come up with 30

10:47AM 10   that you like now, and then later, if you decide you want more,

10:47AM 11   you're going to go back to Halliburton or BP or to whomever, and

10:48AM 12   you're going to ask some more, and then we've got to produce

10:48AM 13   other people as to those topics.

10:48AM 14       I think that it seems most reasonable to me that on

10:48AM 15   30(b)(6)'s, whoever is going to be sending them out, we're told

10:48AM 16   that you're going to have a number.  That's going to be the

10:48AM 17   number.  You can -- you can do whatever you want with it, but

10:48AM 18   that's all you're going to get on that particular party, so that

10:48AM 19   they can designate one time, whether it's one person or more than

10:48AM 20   one, to be responsive, but not be subjected to designating once,

10:48AM 21   a month later being told we have got to do it again.  That way,

10:48AM 22   the rules are more or less uniform with regard to all witnesses,

10:48AM 23   not just 30(b)(6), but also facts.  Thank you, Judge.

10:48AM 24       THE COURT:  All right, guys.  Relative to the

10:48AM 25   Halliburton deposition, and I guess specifically not Halliburton

10:49AM 1   but Sperry, why don't you guys go through both notices, Kerry

10:49AM 2   Miller's notice and the combined notice, and let everybody know

10:49AM 3   the areas that you believe are too broad or duplicative, maybe

10:49AM 4   even draft what you think is a reasonable 30(b)(6) Sperry notice

10:49AM 5   and circulate it to everybody for their approval, perhaps,

10:49AM 6   addition.  But I would hope that by mid week this week, we will

10:49AM 7   have that 30(b)(6) done, so we don't lose that date for that

10:49AM 8   witness.

10:49AM 9       Relative to the remainder of the 30(b)(6) notices, it seems

10:49AM 10  to me that since they are combined notices, we'll go ahead and

10:49AM 11  limit them to 35 topics, Jim, as a combined notice of the

10:50AM 12  remaining companies.

10:50AM 13      Why don't you -- all of you, not just the PSC, but everybody

10:50AM 14  who contributed to each of these 30(b)(6) notices, take a look at

10:50AM 15  them again.  I mean, I think I gave you some examples that

10:50AM 16  everybody in this room has got to agree are impossible to

10:50AM 17  complete a 30(b)(6) deposition on.  They are impossible to any

10:50AM 18  designee.

10:50AM 19      Get serious about it.  I would like to see a revision of

10:50AM 20  these 30(b)(6)'s going back to where we were approximately a week

10:50AM 21  ago.  If there is a problem, by Wednesday I would like to know

10:50AM 22  it, and then what I'd like to do is get the work group together.

10:50AM 23  We're just going to go through the 30(b)(6) notices and agree on

10:50AM 24  them.  We just don't have time to waste on it.

10:51AM 25      We'll just get them done.  We'll sit down, topic by topic,

10:51AM  1    get them done, because the defendants need to look at those final

10:51AM  2    topics and tell us who is going to be testifying.  That's my

10:51AM  3    number one goal.

10:51AM  4        So is that a doable thing?

10:51AM  5            MR. MILLER:  Your Honor, when would we get together?

10:51AM  6            THE COURT:  You mean with me?

10:51AM  7            MR. MILLER:  The working group, yes, the process that

10:51AM  8    you mentioned.

10:51AM  9            THE COURT:  Well, I forgot that I'm out of town next

10:51AM 10    week.  How do you like that?

10:51AM 11        If you can get me the draft 30(b)(6) notices, or just the

10:51AM 12    topics that you all can't agree on, I will be glad to hold a

10:51AM 13    telephone conference with you any time next Wednesday.

10:51AM 14        Andy?

10:51AM 15            MR. LANGAN:  Your Honor, Andy Langan for BP.  Wednesday

10:52AM 16    works fine for us.

10:52AM 17        The only thing that I was going to say is Your Honor has --

10:52AM 18    by the way, thank you for your consideration of this and the

10:52AM 19    limits.  Your Honor has pointed out a couple of notice

10:52AM 20    designations that are sort of at one extreme is probably, you

10:52AM 21    know, over the top.  I would like to point out a couple that are

10:52AM 22    on our list that I would say that works.  If Your Honor agrees,

10:52AM 23    maybe that --

10:52AM 24        For instance, number 62 --

10:52AM 25            THE COURT:  We're looking at the notice of BP.

| | |
|---|---|
| 10:52AM  1 | MR. LANGAN:  To BP. |
| 10:52AM  2 | THE COURT:  Hold on, let me get to it. |
| 10:52AM  3 | MR. LANGAN:  Number 62. |
| 10:52AM  4 | THE COURT:  Hold on.  I've got a bunch of them.  Here we |
| 10:52AM  5 | go.  BP.  Number what? |
| 10:52AM  6 | MR. LANGAN:  I think it's 62.  I could be off by one. |
| 10:52AM  7 | It says, "The determination of the well design for the |
| 10:52AM  8 | Macondo well," period.  Now, that's a 30(b)(6) notice that I |
| 10:52AM  9 | think we can work with. |
| 10:52AM 10 | Another one would be, for instance, Number 77, "The |
| 10:52AM 11 | existence, nature, scope, and contents of training provided to BP |
| 10:52AM 12 | employees regarding kick detection."  Okay. |
| 10:53AM 13 | I just think it's helpful to -- and if Your Honor agrees |
| 10:53AM 14 | with me, to point out those are 30(b)(6) notices that, if there |
| 10:53AM 15 | were 30 or 35 of those kinds of things, great.  So there are some |
| 10:53AM 16 | examples here that I don't know who drafted them, but those are |
| 10:53AM 17 | 30(b)(6) notices that work as far as we're concerned. |
| 10:53AM 18 | THE COURT:  I think Mr. Cunningham is going to take |
| 10:53AM 19 | credit for those. |
| 10:53AM 20 | MR. STERBCOW:  We drafted those. |
| 10:53AM 21 | Your Honor, Paul Sterbcow.  Could we have until Thursday on |
| 10:53AM 22 | this? |
| 10:53AM 23 | THE COURT:  Sure, absolutely. |
| 10:53AM 24 | MR. STERBCOW:  Wednesday is going to be tough. |
| 10:53AM 25 | MR. LANGAN:  He's got big plans for Fat Tuesday, |

10:53AM  1    Your Honor.

10:53AM  2         MR. STERBCOW:  I have a seven-year-old, Your Honor.

10:53AM  3    Thursday, if you don't mind.

10:53AM  4         THE COURT:  That's fine.  Thursday is fine, but we've

10:53AM  5    got to get moving on this because we've got to know who they are

10:53AM  6    going to designate.

10:53AM  7         MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

10:53AM  8     We've got Donald Sepulvado for deposition on Thursday and

10:53AM  9    Friday, if that makes a difference.

10:53AM 10         MR. CUNNINGHAM:  No.

10:53AM 11         MR. GODWIN:  Still doesn't -- all right.  We'll be

10:53AM 12    ready.

10:53AM 13         THE COURT:  Guys, if you-all want me to do a phone

10:54AM 14    conference, we'll do a dial-in call and go through it, but we

10:54AM 15    just don't have a lot of time to waste fooling around with this.

10:54AM 16    We've got to get it done and get the designees identified.

10:54AM 17     We've scheduled a lot of those designees, have we not?

10:54AM 18         MR. GODWIN:  What time on Thursday, Your Honor, next

10:54AM 19    week would you want to do it?

10:54AM 20         THE COURT:  You-all tell me.

10:54AM 21         MR. GODWIN:  You're going to have the hearing here?

10:54AM 22         THE COURT:  No, I thought we would do dial-in.  I'm

10:54AM 23    going to be out of town, so -- Andy is going to be in Chicago.

10:54AM 24         MR. LANGAN:  Maybe.  I'll be here if I need to be.  But,

10:54AM 25    what, 10:00 central time on Thursday?

10:54AM 1          THE COURT:  10:00 central time on Thursday.

10:54AM 2          MR. STERBCOW:  We're good.

10:54AM 3          MR. MILLER:  Your Honor, with respect to that, do we

10:54AM 4  have a conference next Friday with you?

10:54AM 5          THE COURT:  Yes, you do.

10:54AM 6          MR. MILLER:  So you're back on Friday?

10:54AM 7          THE COURT:  I'm back on Friday.

10:54AM 8          MR. LANGAN:  I believe, to answer Your Honor's last

10:54AM 9  question, that there are some witnesses that are being scheduled

10:54AM 10  that are potential, for BP at least, 30(b)(6) designees.

10:55AM 11     One important point here that, frankly, I hadn't focused on

10:55AM 12  until very recently is that the rule says the witness needs to

10:55AM 13  consent to be designated to testify to a 30(b)(6) topic.  In the

10:55AM 14  ordinary case, not an issue.

10:55AM 15          THE COURT:  Not a problem.

10:55AM 16          MR. LANGAN:  We have individual counsel here.  So,

10:55AM 17  therefore, that's a -- I don't want to manufacture problems that

10:55AM 18  don't exist.

10:55AM 19          THE COURT:  No, I understand.

10:55AM 20          MR. LANGAN:  I just want to note that when you're asking

10:55AM 21  someone to become a 30(b)(6) designee, there is a consent process

10:55AM 22  and individual counsel involved, and so we have some things to

10:55AM 23  work through there.

10:55AM 24          THE COURT:  Yes, and I'm glad you raised the issue.

10:55AM 25  Let's cross that bridge.  I guess you should go ahead and start

10:55AM 1   talking to --

10:55AM 2        MR. LANGAN:  Yes.

10:55AM 3        THE COURT:  -- individual counsel about that.  As long

10:55AM 4   as they are testifying and with BP's consent, hopefully

10:55AM 5   individual counsel is going to say, well, okay, no problem.  But

10:56AM 6   let's put it on the radar, and we'll see what happens.

10:56AM 7        MR. LANGAN:  I think it's the witness' consent, not the

10:56AM 8   corporation's consent.  I could be misreading the rule.

10:56AM 9        THE COURT:  Well, both need to consent.

10:56AM 10       MR. LANGAN:  Very true.

10:56AM 11       THE COURT:  The corporation has to consent to be bound

10:56AM 12  by this witness.

10:56AM 13       MR. LANGAN:  Correct.

10:56AM 14       THE COURT:  So as long as BP tells the witness, we

10:56AM 15  consent to it, hopefully that will induce the witness to say,

10:56AM 16  well, okay, what the hell.

10:56AM 17       MR. LANGAN:  Very good.  I just wanted to put that on

10:56AM 18  the radar screen.  We're trying to work through it, just like you

10:56AM 19  said, contact them, work through it.

10:56AM 20       THE COURT:  I appreciate that.

10:56AM 21     All right.  So hopefully, by next Friday, we will have what

10:56AM 22  everybody considers to be final joint 30(b)(6) depositions, and

10:56AM 23  hopefully, defendants, you-all can at least have an idea of who

10:56AM 24  might be designated.  I'm not going to tell you it has to be

10:56AM 25  final designations, but let's talk about who they might be so

10:57AM 1    that we can get a feel for how we are doing on scheduling those

10:57AM 2    witnesses.

10:57AM 3         If you-all have an idea of who the representatives are and

10:57AM 4    have the time, could you obtain dates if they are not already

10:57AM 5    going to be on our calendars?  Just potential dates.

10:57AM 6         MR. LANGAN:  We see that as on our to-do list, as well;

10:57AM 7    hopefully, by next Friday, but as quick as we can.

10:57AM 8         THE COURT:  Just a request.  We may not be in a position

10:57AM 9    to definitively say who the deponents are going to be.  Okay.

10:58AM 10        MR. MILLER:  Your Honor, one question on that.  I

10:58AM 11   understand we have a call on Thursday, and we'll have a hearing

10:58AM 12   next Friday, and what we're trying to do, but is there any

10:58AM 13   interim deadline on getting the new notices out?  What does the

10:58AM 14   Court think about that?

10:58AM 15        THE COURT:  I would hope that, jointly, everybody could

10:58AM 16   get their revisions done by Wednesday at noon?  Wednesday close

10:58AM 17   of business?

10:58AM 18        MR. STERBCOW:  We'll make it happen.

10:58AM 19        THE COURT:  Thursday at 9:00?

10:58AM 20        MR. ROY:  Much better.

10:58AM 21        MR. STERBCOW:  Thursday at 9:00.

10:58AM 22        THE COURT:  Thursday at 9:00 a.m.  How about it?  Of

10:58AM 23   course, that won't give you much time before the conference with

10:58AM 24   me.  Do you want to move the conference to the afternoon?

10:58AM 25        MR. CUNNINGHAM:  That's a good idea.

10:58AM 1        THE COURT:  Okay, 9 o'clock are the revisions.  What do

10:59AM 2  you want to do; do you want to do a 3 o'clock dial-in?

10:59AM 3        MR. STERBCOW:  3:00.

10:59AM 4        THE COURT:  3 o'clock dial-in to look at what we've got.

10:59AM 5     All right.  You're ready to talk about remaining 30(b)(6)

10:59AM 6  depositions.  We'll just put this on the list of topics to cover

10:59AM 7  next week.

10:59AM 8     By next week, if possible, I would like to go ahead and see

10:59AM 9  drafts of 30(b)(6) notices for the following -- and this will be

11:00AM 10  in our order, so if you don't get it all, it will be in the

11:00AM 11  order -- Randy Smith Training --

11:00AM 12     Mr. Typer, I'm sorry, but if you could put us on mute that

11:00AM 13  would be helpful.

11:00AM 14     -- Add, A-d-d, Energy; Baker Risk; CSI Technologies -- and I

11:00AM 15  think we probably covered that with Fred Sabins?

11:00AM 16        MR. LANGAN:  It sounds like that.  There were two people

11:00AM 17  on the list that we were supposed to check on availability.

11:00AM 18        THE COURT:  It sounds like we've covered CSI.

11:00AM 19        MR. GODWIN:  There are two, Your Honor.  Andy is correct

11:00AM 20  on that.

11:00AM 21        MR. LANGAN:  Andy Langan for BP.  Sorry.

11:00AM 22        MR. GODWIN:  Don Godwin for Halliburton.

11:01AM 23        THE COURT:  It sounds like we probably have covered CSI,

11:01AM 24  but let's make sure.

11:01AM 25     Okay.  Det, D-E-T, Norske, N-O-R-S-K-E, Veritas,

11:01AM 1   V-E-R-I-T-A-S.  Next is Dril, D-R-I-L, dash, Quip, Q-U-I-P, Inc.;

11:01AM 2   next is Nexen, N-E-X-E-N, Inc.; Stress, S-T-R-E-S-S, Engineering;

11:01AM 3   and, Vector, V-E-C-T-O-R, Magnetics.

11:01AM 4        MR. UNDERHILL:  Could you repeat that, Your Honor?

11:01AM 5        THE COURT:  All of them, or just that last?

11:01AM 6        MR. UNDERHILL:  Just the last.

11:01AM 7        THE COURT:  Vector, V-E-C-T-O-R, Magnetics.  That was

11:01AM 8   requested by Halliburton.

11:01AM 9        Jim.

11:01AM 10       MR. ROY:  Your Honor, Jim Roy.

11:02AM 11       It's my understanding you want draft notices -- I'm sorry,

11:02AM 12  you want draft notices by when?

11:02AM 13       THE COURT:  By next Friday.

11:02AM 14       Now, here is the deal.  Here is the deal.  Jim, you're going

11:02AM 15  to want to worry about Randy Smith Training, and that is going to

11:02AM 16  be PSC, US, Alabama, APC, and MOEX are going to want input into

11:02AM 17  that.

11:02AM 18       MR. ROY:  That's exactly where I was going with --

11:02AM 19       THE COURT:  I'll be glad to go through it with you.

11:02AM 20       MR. ROY:  The comment was who is in charge of drafting

11:02AM 21  which.

11:02AM 22       THE COURT:  Are you ready?  Get your pen, I'll go

11:02AM 23  through that with you.

11:02AM 24       Randy Smith, I need for PSC, US, Alabama, APC, and MOEX to

11:02AM 25  coordinate those topics.

11:02AM 1        Add Energy is going to be APC and MOEX.

11:02AM 2        Baker Risk, APC and MOEX will be preparing those.

11:03AM 3        CSI is going to be Halliburton.

11:03AM 4        Det Norske Veritas is going to be APC and MOEX.

11:03AM 5        Dril-Quip Inc., Halliburton.

11:03AM 6        Nexen, Inc., APC and MOEX.

11:03AM 7        Stress Engineering, APC and MOEX.

11:03AM 8        Vector Magnetics will be Halliburton.

11:03AM 9        Do you feel better?

11:03AM 10            MR. CUNNINGHAM:  Oh, yes.

11:03AM 11            THE COURT:  I guess I should have covered that the first

11:03AM 12    time around.  Sorry about that.

11:03AM 13            MR. UNDERHILL:  Could I ask a clarification?

11:03AM 14    Mike Underhill, US.

11:03AM 15            THE COURT:  Sure, Mike.

11:03AM 16            MR. UNDERHILL:  On Det Norske, they have -- they fit in

11:03AM 17    two ways, potentially, so that's a clarification.  Det Norske, on

11:03AM 18    the classification society side, had a role in prespill

11:04AM 19    activities.

11:04AM 20            THE COURT:  Correct.

11:04AM 21            MR. UNDERHILL:  A division of Det Norske is the forensic

11:04AM 22    tester of the BOP.

11:04AM 23        So could I ask what side of the house are they looking at?

11:04AM 24    They are completely different divisions.

11:04AM 25            THE COURT:  That's a good question.  Who is here?

11:04AM 1          MS. KIRBY:  Your Honor, this is Ky Kirby.  It's the BOP

11:04AM 2    testing side.

11:04AM 3          THE COURT:  The BOP testing side.

11:04AM 4          MR. UNDERHILL:  Sure.  I mean, if I can make a couple of

11:04AM 5    points is, one, that they haven't finished their report; that,

11:04AM 6    presumably, they will testify at the JIT hearing that's currently

11:04AM 7    scheduled for April.

11:04AM 8          I don't speak for that client, for the JIT, and certainly

11:04AM 9    don't speak for Det Norske, but I just want to flag that there

11:04AM 10   could be some problems on that.  I'm not saying there will be.

11:04AM 11         THE COURT:  No problem, and I appreciate your pointing

11:04AM 12   that out.

11:04AM 13         Ky, you understand that we'll probably have to take that

11:04AM 14   deposition post issuance of the report, etcetera?

11:05AM 15         MS. KIRBY:  Yes, we do, Your Honor.

11:05AM 16         THE COURT:  But I just want to get working on this,

11:05AM 17   guys.

11:05AM 18         So we'll show everybody those drafts, if you'll circulate

11:05AM 19   them.  The people who will be noticing those depositions will

11:05AM 20   also be responsible for contacting those deponents and getting

11:05AM 21   them to coordinate dates and make sure that they designate

11:05AM 22   witnesses.

11:05AM 23         Okay, does anybody want to take a quick break?

11:06AM 24         MR. HAYCRAFT:  How much more is on the agenda?

11:06AM 25         THE COURT:  A little bit more.  Why don't we come back

| | | |
|---|---|---|
| 11:06AM | 1 | in 10 minutes. |
| 11:16AM | 2 | (WHEREUPON, at this point in the proceedings, a brief |
| 11:19AM | 3 | recess was taken.) |
| 11:19AM | 4 | THE COURT:  Is everybody ready?  If you're conducting |
| 11:19AM | 5 | business, don't let me interrupt; but, if all you're doing is |
| 11:20AM | 6 | shooting the breeze, come on. |
| 11:20AM | 7 | We want to work next, just put it on your things to do, not |
| 11:20AM | 8 | that you don't have enough, but we still have to identify unknown |
| 11:20AM | 9 | deponents as follows:  The post spill well control and |
| 11:20AM | 10 | containment was requested by PSC, US, Alabama, APC, and MOEX.  So |
| 11:20AM | 11 | we want to try to figure out who those unknowns are. |
| 11:20AM | 12 | Next is the Halliburton accident investigation.  BP is |
| 11:20AM | 13 | looking for that. |
| 11:20AM | 14 | The Halliburton lab techs-tests cement, BP is looking for. |
| 11:21AM | 15 | So let's be on the lookout.  Do you-all want to think about |
| 11:21AM | 16 | a date by which we figure out who these unknowns are? |
| 11:21AM | 17 | MR. LANGAN:  Andy Langan for BP, Your Honor. |
| 11:21AM | 18 | On the cap and contain deponents, which I think was on your |
| 11:21AM | 19 | list -- |
| 11:21AM | 20 | THE COURT:  Yes, that's later on in the agenda -- |
| 11:21AM | 21 | MR. LANGAN:  It is. |
| 11:21AM | 22 | THE COURT:  -- but let's skip ahead. |
| 11:21AM | 23 | MR. LANGAN:  I appreciated Mr. Roy's note or |
| 11:21AM | 24 | Mr. Herman's note that -- |
| 11:21AM | 25 | THE COURT:  Eddy Redd. |

11:21AM  1              MR. LANGAN:  -- yes, that I think you were copied on
11:21AM  2    that basically said they think they've got what they need for
11:21AM  3    now.  I think that's how I read that.
11:21AM  4              THE COURT:  That's right.  That's on cap and contain,
11:21AM  5    and we need to talk about who Eddy Redd is and contact him for
11:21AM  6    dates.
11:21AM  7              MR. LANGAN:  So maybe we're good on that.
11:21AM  8              THE COURT:  I think we're good on that.  Cap and
11:22AM  9    contain, I think Eddy Redd is the man.
11:22AM 10              MR. ROY:  Your Honor, Jim Roy.
11:22AM 11         It might also be a post 30(b)(6) topic.
11:22AM 12              THE COURT:  I assume so.
11:22AM 13              MR. CUNNINGHAM:  Robert Cunningham --
11:22AM 14              THE COURT:  But Eddy Redd is employed by whom?
11:22AM 15              MR. MILLER:  He is a former Transocean employee.  I
11:22AM 16    don't know who his new employer is.
11:22AM 17              THE COURT:  Does anybody know the whereabouts or current
11:22AM 18    employment of Mr. Redd?
11:22AM 19              MR. ROY:  Your Honor, we have some leads.  We're
11:22AM 20    checking into it.  Mr. Miller is checking into it.  Hopefully, we
11:22AM 21    will be able to have that with some specificity soon.
11:22AM 22              THE COURT:  Great.  Thank you.
11:22AM 23         Do we know, Kerry, whether Mr. Redd will probably be
11:22AM 24    designated as your 30(b)(6) witness for cap and contain?
11:22AM 25              MR. MILLER:  I don't know, Your Honor.  I really don't

11:23AM  1    know.

11:23AM  2              THE COURT:  Fair enough.

11:23AM  3              MR. MILLER:  It may not even be an appropriate 30(b)(6)

11:23AM  4    topic for Transocean as a company because they weren't involved

11:23AM  5    in -- they drilled a relief well, but they weren't otherwise

11:23AM  6    involved in cap and contain.  This may be an individual-type

11:23AM  7    deposition.

11:23AM  8              THE COURT:  All right.  Good.

11:23AM  9              MR. GODWIN:  Your Honor?

11:23AM 10              THE COURT:  Sure, come on up, Don.

11:23AM 11              MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

11:23AM 12    Halliburton.

11:23AM 13         You had asked about the potential witnesses regarding the

11:23AM 14    Halliburton accident investigation.  We've inquired, Your Honor,

11:23AM 15    and our clients -- we're not aware of any investigation that was

11:23AM 16    conducted in the sense of by an investigative team.  Anything

11:23AM 17    that would have been done would have been under the direction of

11:23AM 18    Halliburton inside counsel.

11:23AM 19         So, as far as there being an investigation, much like what

11:23AM 20    BP did with the Bly report and Bly investigation, we don't have

11:23AM 21    that.

11:23AM 22         If, during the course of the depositions, others find out

11:23AM 23    that there was somebody that conducted something that they would

11:23AM 24    construe as an investigation, then we'll look at it at that

11:24AM 25    point, and we'll identify whoever was involved in that; but, we

11:24AM 1   just don't believe there is anyone that would fit within that

11:24AM 2   category.

11:24AM 3       Secondly, Your Honor, with regard to the Halliburton lab

11:24AM 4   cementing folks, or person or persons that was involved in

11:24AM 5   looking at the slurry, we'll have the name or names of those

11:24AM 6   folks at the hearing next Friday.

11:24AM 7           THE COURT:  That would be great.

11:24AM 8           MR. GODWIN:  Thank you, Judge.

11:24AM 9           THE COURT:  Thank you very much.

11:24AM 10          MR. GODWIN:  You're welcome.

11:24AM 11          MR. CUNNINGHAM:  Your Honor, could I respond?

11:24AM 12          THE COURT:  Sure.

11:24AM 13          MR. CUNNINGHAM:  Robert Cunningham for the PSC.

11:24AM 14      We already have, on our list of 50, about eight or ten we

11:24AM 15  consider cap and contain deponents, and a number of them are

11:24AM 16  already scheduled.  So we don't anticipate adding to the list or

11:24AM 17  differentiating in any other way.

11:24AM 18          THE COURT:  Correct.  What we had was, before, one

11:24AM 19  unknown, and you all have notified us that that unknown is now

11:24AM 20  Eddy Redd.

11:24AM 21          MR. CUNNINGHAM:  Right.

11:24AM 22          THE COURT:  So that's taken care of as far as we're

11:24AM 23  concerned.  The cap and contain is a done deal.

11:25AM 24      Okay, we had talked last time about three witnesses who are

11:25AM 25  individually represented and who stated that they did not want to

| | | |
|---|---|---|
| 11:25AM | 1 | give their depositions.  Do you remember that? |
| 11:25AM | 2 | MR. LANGAN:  Yes, Your Honor, I do. |
| 11:25AM | 3 | THE COURT:  That's Ms. Fleytas. |
| 11:25AM | 4 | MR. LANGAN:  Andy Langan for BP. |
| 11:25AM | 5 | THE COURT:  Yes, Andy.  What do we know?  Have we issued |
| 11:25AM | 6 | subpoenas?  Where do we stand on that? |
| 11:25AM | 7 | MR. LANGAN:  Your Honor, the reason I rose was to |
| 11:25AM | 8 | mention one thing about Number 125, Cathleenia Willis.  We could |
| 11:25AM | 9 | subpoena her; however, we have since been reminded since last |
| 11:25AM | 10 | Friday that Cathleenia Willis is actually a plaintiff in a |
| 11:25AM | 11 | lawsuit in MDL 2179, and represented by Mr. Kurt Arnold, I think. |
| 11:26AM | 12 | Therefore, it was our sense that perhaps a deposition notice |
| 11:26AM | 13 | by BP would do the trick for bringing her to court.  She would |
| 11:26AM | 14 | have to respond in New Orleans, I think. |
| 11:26AM | 15 | So that's kind of our plan at this point.  I think she's |
| 11:26AM | 16 | tentatively down for mid April, if I'm not mistaken, 6 and 7.  So |
| 11:26AM | 17 | it would be our intention, rather than a subpoena, to simply |
| 11:26AM | 18 | issue a deposition notice.  I think my assumption is correct. |
| 11:26AM | 19 | THE COURT:  That sounds good. |
| 11:26AM | 20 | MR. GODWIN:  It is correct, Your Honor.  Don Godwin for |
| 11:26AM | 21 | Halliburton. |
| 11:26AM | 22 | THE COURT:  Good.  Thank you. |
| 11:26AM | 23 | MR. STERBCOW:  Your Honor, Paul Sterbcow. |
| 11:26AM | 24 | Have you talked to Arnold at all?  Have you talked to Kurt |
| 11:26AM | 25 | Arnold at all about it? |

11:26AM 1      THE COURT:  I was supposed to do that.

11:26AM 2      MR. STERBCOW:  All right.  Because I received another

11:26AM 3  message this week reiterating the message I got last week, which

11:26AM 4  was she's not participating, period.

11:26AM 5      THE COURT:  Look, I didn't do what I was supposed to do.

11:26AM 6  He represents both Ms. Willis and --

11:26AM 7      MR. STERBCOW:  Fleytas.

11:26AM 8      THE COURT:  -- Fleytas.

11:27AM 9      MR. STERBCOW:  Right.

11:27AM 10      MR. GODWIN:  Mr. Arnold told me the same thing,

11:27AM 11  Your Honor, that he was not going to produce Ms. Willis for a

11:27AM 12  deposition.

11:27AM 13      THE COURT:  Despite the fact that she's a party to the

11:27AM 14  proceeding?

11:27AM 15      MR. STERBCOW:  Correct.

11:27AM 16      MR. GODWIN:  Correct, Your Honor.

11:27AM 17      MR. MILLER:  Your Honor, with respect to Fleytas, I

11:27AM 18  don't think she's a party yet.

11:27AM 19      Kerry Miller, by the way, on behalf of Transocean.

11:27AM 20      She is likely going to be a limitation claimant come April

11:27AM 21  20th.

11:27AM 22      THE COURT:  So I will have to follow up and do what I

11:27AM 23  told us I was going to do; is that right?

11:27AM 24      MR. STERBCOW:  It looks that way, Judge.

11:27AM 25      THE COURT:  Okay, I promise this time.

11:27AM 1   As to Christopher Haire, where do we stand on getting him

11:27AM 2 in?

11:27AM 3        MR. GODWIN:  May I, Judge?

11:27AM 4        THE COURT:  Please.

11:27AM 5        MR. GODWIN:  Thank you, Your Honor.  Don Godwin for

11:27AM 6 Halliburton.

11:28AM 7   I believe Ryan Christopher Haire is also a party as a

11:28AM 8 plaintiff in 2179.  That would need to be confirmed, but Alan and

11:28AM 9 I believe that is the case.

11:28AM 10       THE COURT:  Good.

11:28AM 11       MR. GODWIN:  Having said that, Your Honor, I spoke

11:28AM 12 yesterday with Tony Buzbee in Houston, who represents a number of

11:28AM 13 the folks involved.  I told him that you had said that we needed

11:28AM 14 to provide a date for Mr. Haire's deposition.  I had asked him if

11:28AM 15 he would provide me with one, and he said no.

11:28AM 16   I asked him, I said, Well, I would suggest that if it's a

11:28AM 17 matter of working out some convenient time, that you contact

11:28AM 18 either Jim Roy, Steve Herman or Bobo Cunningham, or me, contact

11:28AM 19 any of them, by e-mail or call, if you want to work out a date

11:28AM 20 that works; and, that's an option, or you can provide me with a

11:28AM 21 date.  He didn't respond to either.

11:28AM 22   I said, Well, the judge is probably going to have a subpoena

11:29AM 23 issued.  He said, Well, if that happens, we'll deal with it then.

11:29AM 24 That was what I was told yesterday.

11:29AM 25   I wish there was something more to say on it.  We would like

11:29AM 1   to have Mr. Haire available for a deposition, but we don't

11:29AM 2   represent him.

11:29AM 3          THE COURT:  We believe he will also be a claimant?

11:29AM 4          MR. GODWIN:  I think he is a plaintiff in the 2179,

11:29AM 5   Your Honor.

11:29AM 6          MR. YORK:  I'm pretty sure he's filed --

11:29AM 7          MR. GODWIN:  If he has, then he's a party just like

11:29AM 8   Ms. Willis, if that's the case.  We think that's the case, it

11:29AM 9   just needs to be verified.  If it is, then I agree with what Andy

11:29AM 10  is saying with her; perhaps, a notice might work for him rather

11:29AM 11  than a subpoena.

11:29AM 12         THE COURT:  I think that's fine.

11:29AM 13         MR. GODWIN:  Thank you, Judge.

11:29AM 14         THE COURT:  You're welcome.  I'm going to call

11:29AM 15  Mr. Buzbee, as well.

11:29AM 16         MR. GODWIN:  Do you have his phone number, Judge?

11:29AM 17         THE COURT:  I do.

11:30AM 18     Now, United States deponents requested by BP.  You guys, I

11:30AM 19  know, spoke this week.  Why don't we get an update on that.

11:30AM 20         MR. UNDERHILL:  Sure.  Your Honor, we'd like to defer --

11:30AM 21  I'm sorry, Mike Underhill, US.

11:30AM 22     We would like to defer it.  Part of the issue on this

11:30AM 23  depends on the scope of the trial.  If it's one scope, then it's

11:30AM 24  one set of witnesses.  If it's another scope, it's a whole bunch

11:30AM 25  more.

11:30AM 1    I think our concern is that if you try to pour five gallons

11:30AM 2    of milk into a one-quart container, either it spills all over or

11:30AM 3    it breaks the container; and, breaking the container means losing

11:30AM 4    the February trial date.

11:30AM 5    We've got a meeting, I think, scheduled with all of the

11:30AM 6    folks and Special Master McGovern, I think, at Don Haycraft's

11:30AM 7    office on March 22nd, where we're going to try to talk about some

11:30AM 8    of these issues.

11:30AM 9    I would like to alert the Court to an issue, just so you get

11:30AM 10   some perspective of what you're dealing with.  On April 20th,

11:31AM 11   there was no unified command.  Shortly thereafter, there was.

11:31AM 12   Where an army didn't exist one day, within days, and certainly a

11:31AM 13   week, there was an army of literally thousands.

11:31AM 14   It wasn't like an ongoing organization where you have a

11:31AM 15   structure, a corporate structure where you do things.  It was

11:31AM 16   created.

11:31AM 17   I'm actually proud -- I'm not expecting tears to come to

11:31AM 18   Your Honor's eyes -- but the fact that a whole bunch of people

11:31AM 19   came together in a very short time and created a structure to

11:31AM 20   deal with this.  Some things went better than others, but an

11:31AM 21   incredible amount of organization was created out of nothing.

11:31AM 22   The residual effects of that, however, and I was shocked

11:31AM 23   when I heard this, is that there are approximately -- and these

11:31AM 24   are big ball park numbers, I could be off by orders of

11:31AM 25   millions -- but I'm told that there are roughly, ballpark

11:32AM 1    figures, 15 million pages of hard copy documents, most of which

11:32AM 2    have not been processed, much of which can contain and probably

11:32AM 3    do contain privileged and work product materials, not only for

11:32AM 4    the government, but possibly BP, Transocean, anybody that was in

11:32AM 5    the unified command.

11:32AM 6         When I asked my people, I said, How can this possibly be?

11:32AM 7    He said, You can't imagine.  We had a field army.  A lot of

11:32AM 8    people that are there for nonlegal reasons, they're engineers,

11:32AM 9    responders, cleanup people, that they take a piece of paper, and

11:32AM 10   they put it in the box, because everybody, my clients, BP,

11:32AM 11   Transocean, is telling everybody, be paranoid, do not throw

11:32AM 12   things away.

11:32AM 13        So they are thrown into a box, and we're still dealing with

11:32AM 14   this.  There are pages that haven't been -- I mean, millions --

11:32AM 15   over 10 million haven't been accounted for.

11:32AM 16        The ESI is probably even a bigger problem.  What they did,

11:32AM 17   apparently was they came down and handed laptops out like candy,

11:33AM 18   over a thousand laptops to people.

11:33AM 19        So it wasn't like somebody, Mike Underhill, going in and

11:33AM 20   saying, I'm working on my laptop.  If there is a free laptop, you

11:33AM 21   can use it.  Simple as that.  I can go to that laptop tomorrow;

11:33AM 22   if that's occupied, that one is free, I go to that one.  There is

11:33AM 23   an incredible mess.

11:33AM 24        Where I'm leading with this is, in terms of witnesses, we'll

11:33AM 25   do what we have to do with witnesses.  If we go broad scope, then

11:33AM  1  I think I've got some suggestions at that time we can deal with

11:33AM  2  it.

11:33AM  3      But I want to tell the Court that with respect to the

11:33AM  4  certification requirements for a witness, that I will not sign a

11:33AM  5  certification, I will not sign a certification that I feel

11:33AM  6  confident that I have produced all custodial documents for a

11:33AM  7  witness, and I would advise my attorneys to do the same thing.

11:33AM  8      I would rather -- I would rather have the Court angry at me

11:33AM  9  for not signing it than tell the Court something that I believe

11:33AM 10  to be untrue.  It's not that we don't want to, it's that I don't

11:34AM 11  think it's going to be possible.

11:34AM 12      We're trying to work through that.  I don't know how we're

11:34AM 13  doing it.  Budget issues haven't helped things where we've got

11:34AM 14  agencies that are doing this out of a fixed budget that now they

11:34AM 15  are told doesn't even exist.

11:34AM 16      So I want to alert the Court to those facts.  So when we're

11:34AM 17  talking about scope of the trial, that I think there are some

11:34AM 18  practical considerations that need to be accounted for, in

11:34AM 19  addition to the legal considerations, and put the Court on

11:34AM 20  notice, so that if I can't produce those custodial files, I want

11:34AM 21  to let the Court know.

11:34AM 22      Admiral Allen is a good example.  Admiral Allen was, for all

11:34AM 23  intents and purposes, retired.  So he comes, and he leads a

11:34AM 24  structure.  So it's not like your normal -- it's a different

11:34AM 25  situation than with the pre-April 20th witnesses and corporate

11:34AM  1    structures.  It's a different animal.

11:34AM  2         So that's my best shot, Your Honor.  We're going to meet,

11:34AM  3    and I think that -- I'm not sure the parties -- I'm not sure any

11:34AM  4    of the parties really know the exact structure of what that trial

11:35AM  5    is going to be like.  I mean, the parties have ideas.  I think

11:35AM  6    we're still trying to flesh it out, trying to work cooperatively

11:35AM  7    together.

11:35AM  8         So we'll come back when we feel we have something, knowing

11:35AM  9    full well that we might all agree, and Judge Barbier might have

11:35AM 10    yet a different idea, and his idea is going to trump ours.  So

11:35AM 11    until we find that structure, I don't think it's a good time to

11:35AM 12    put these on the schedule.

11:35AM 13              THE COURT:  We'll defer.

11:35AM 14              MR. UNDERHILL:  Thank you very much.

11:35AM 15              THE COURT:  Andy.

11:35AM 16              MR. LANGAN:  Andy Langan for BP.

11:35AM 17         Mr. Underhill and I have had a chance to discuss this.  I

11:35AM 18    agree with the comments that he's made on various fronts,

11:35AM 19    including the fact that scope of trial, whatever that turns out

11:35AM 20    to be, will drive some of the need for BP to take discovery from

11:35AM 21    high ranking administrative officials or members of the unified

11:35AM 22    command.

11:35AM 23         As I've said, I think, the last two Fridays, depending on

11:35AM 24    the scope of the trial, it will either be relevant or it won't.

11:35AM 25    So the deferral thing does make sense.

11:35AM  1          I would also echo Mr. Underhill's comments about the

11:36AM  2   magnitude of the spill response documentation, not only of the

11:36AM  3   unified command, but also under the control of BP.  I think some

11:36AM  4   of those lines are blurred about whose documents they really are,

11:36AM  5   in many cases.  So it's enormous, and I'll just leave it at that.

11:36AM  6   Thank you.

11:36AM  7          THE COURT:  Thank you.

11:36AM  8      All right.  We talked about the plaintiff personal injury

11:36AM  9   track.  We agreed to defer that until April 20th.

11:36AM 10      Have you all talked amongst yourselves as to who those

11:36AM 11   people might be?

11:36AM 12          MR. MILLER:  Kerry Miller on behalf of Transocean.

11:36AM 13      No, not really.  In the spreadsheet that I first produced a

11:36AM 14   couple of weeks ago, just sort of preliminary, I had some names

11:36AM 15   on it of who those additional, both personal injury

11:37AM 16   deponents/fact witnesses may be, but, beyond that, I've had no

11:37AM 17   further discussions.

11:37AM 18          THE COURT:  Why don't you put that on your to-do list,

11:37AM 19   not for next week, but start thinking about who -- if you could

11:37AM 20   agree to a list of those people that, after April 20th, we can

11:37AM 21   start scheduling, okay.  Just put it on the radar.

11:37AM 22          MR. MILLER:  Your Honor, I think all of those people

11:37AM 23   will have appeared on someone's event track, wish list, anyway,

11:37AM 24   too, so you could knock out two birds with one stone.

11:37AM 25          THE COURT:  Exactly.  So let's just put it on the radar.

11:37AM 1    Then post April 20th, or whenever our next conference is beyond

11:37AM 2    that, I would like to go ahead and target dates for them.  Okay.

11:37AM 3        The PSC has raised an issue about getting inquiries from

11:37AM 4    people who want information about the lawsuit and what they do

11:38AM 5    about it.  They use, by way of an example, an e-mail that they

11:38AM 6    received -- no, that they didn't receive, that was sent to

11:38AM 7    Judge Barbier, right?  I'm sorry, it was sent to Judge Barbier.

11:38AM 8        It basically says, I've been affected by the BP oil spill,

11:38AM 9    rain damaging my home.  I made personal contact physically.  The

11:38AM 10   Gulf Coast Claims Facility is very complicated.  It's delayed.

11:38AM 11   You know, I've provided information, but I'm not getting

11:38AM 12   anywhere.  This is my case number.  Here is a picture of my

11:38AM 13   damage to my residence and myself, if needed.

11:38AM 14       My feeling on the response should be something along the

11:38AM 15   lines of sending this person the Court-approved notice and the

11:39AM 16   short form.  Does anybody want to address that, think about it,

11:39AM 17   talk about it?  We're going to have to address it.

11:39AM 18       MS. BERTAUT:  Your Honor, Carmelite Bertaut for Cameron.

11:39AM 19       I'm not clear, are you saying the Court would do that or the

11:39AM 20   PSC?

11:39AM 21       THE COURT:  I guess I would ask the PSC to do it because

11:39AM 22   they are getting the inquiries, as well.

11:39AM 23       MR. ROY:  We have had some, Your Honor.

11:39AM 24       MS. BERTAUT:  Well, it just strikes me that that's the

11:39AM 25   whole purpose of the notice that was issued was to drive -- or to

11:39AM  1   direct or to advise these folks of the PSC's existence.  So I
11:39AM  2   would think that that would -- I would think they are going to
11:39AM  3   see a whole lot more of that.
11:39AM  4       Now, maybe the issue is it's coming to the Court, and I
11:39AM  5   think it could be just referred to the PSC, I would think.
11:39AM  6            THE COURT:  Yes.  Then PSC can go ahead and give them
11:39AM  7   the Court-approved notice and a copy of the short form.  Is there
11:40AM  8   any problem with that, that anybody sees?
11:40AM  9            MR. ROY:  There is no problem, Your Honor, except that
11:40AM 10   the PSC, unless we're ordered to, is not going to be giving legal
11:40AM 11   advice to people that we are not hired by and we have no
11:40AM 12   intention of soliciting the representation of.
11:40AM 13       So, as a practical matter, if we get a call, we are going to
11:40AM 14   say, we can send you a notice; if that does not answer your
11:40AM 15   question, then you should consult a lawyer, someone other than
11:40AM 16   me, to help answer your questions.  That's our present plan, at
11:40AM 17   least.
11:40AM 18            THE COURT:  Andy.
11:40AM 19            MR. LANGAN:  Andy Langan for BP.
11:40AM 20       Mr. Roy's proposal sounds reasonable.  I just want to note
11:40AM 21   that I understand the practical issue here.  As I said, the
11:40AM 22   proposal sounds fine, but I don't want to lose sight of sort of
11:40AM 23   BP's legal position about presentment to the OPA responsible
11:41AM 24   party.
11:41AM 25       What Your Honor is talking about, in our opinion, is not

11:41AM  1    presentment to the OPA responsible party, and we're certainly not

11:41AM  2    waiving that as a defense; so, I figure as long as I'm here, I

11:41AM  3    better say something.

11:41AM  4         THE COURT:  No, I understand that.  This particular

11:41AM  5    person seems to have made a claim with the Gulf Coast Claims

11:41AM  6    Facility.  If they haven't made it --

11:41AM  7         MR. LANGAN:  They may have issues, they may not, and

11:41AM  8    that's what judges are for.

11:41AM  9         THE COURT:  They may or may not have issues.  We're not

11:41AM 10    going to take it up on a case-by-case basis.  It seems to me we

11:41AM 11    send them the notice, which is Court approved, and let them

11:41AM 12    individually take it from there.

11:41AM 13         MR. LANGAN:  Very good.

11:41AM 14         THE COURT:  We're not soliciting.  We're not doing

11:41AM 15    anything other than disseminating the Court-approved notice.

11:41AM 16         MR. LANGAN:  Thank you, Your Honor.

11:41AM 17         THE COURT:  That meets with your approval on the PSC

11:41AM 18    side?

11:41AM 19         MR. ROY:  Yes, Your Honor.

11:41AM 20         THE COURT:  Thank you.

11:41AM 21      All right.  How did we do on the insurance policy issue this

11:42AM 22    last week, as far as identification of the Bates ranges and, to

11:42AM 23    the extent that you know, providing information with regard to

11:42AM 24    counsel?

11:42AM 25         MR. LANGAN:  Andy Langan for BP.

11:42AM 1    I know we sent to a member of the PSC, Carla Burke, who

11:42AM 2 works with Mr. Summy, our information a couple of days ago.  I

11:42AM 3 think it had been done before, but we just reconfirmed what we

11:42AM 4 had already told them.

11:42AM 5    THE COURT:  Good.  Thank you.

11:42AM 6    MR. GODWIN:  Your Honor, Don Godwin for Halliburton.

11:42AM 7   We had previously provided the names of what we believed to

11:42AM 8 be the carriers, the insurance companies for Halliburton.  We

11:42AM 9 believe there are some additional ones.

11:42AM 10   We're going to send out to everyone by the close of business

11:42AM 11 today a complete list of all of the carriers providing coverage

11:42AM 12 for Halliburton and the companies under it, so direction, as well

11:42AM 13 as the names of the lawyers representing those companies.  That

11:42AM 14 will be done today, Judge.

11:42AM 15    THE COURT:  Thank you.

11:42AM 16    MR. GODWIN:  Thank you, Your Honor.

11:42AM 17    THE COURT:  Kerry.

11:42AM 18    MR. MILLER:  Yes, we sent a letter out, I think Tuesday

11:43AM 19 or Wednesday of this week, identifying the Bates number ranges of

11:43AM 20 the Transocean policies that have been produced.

11:43AM 21    THE COURT:  What about identification of counsel?

11:43AM 22    MR. MILLER:  I've got to see if the letter said that.

11:43AM 23 If not, that's something easy enough for me to do because we know

11:43AM 24 who they are.

11:43AM 25    THE COURT:  Exactly.

11:43AM 1    Anybody else have a problem with that issue; because, if

11:43AM 2 not, it will come off the agenda?

11:43AM 3    Next on the list, and it's been a long wait.  Mr. Taylor, I

11:43AM 4 take it you're on the phone and bored to death, right?  William

11:43AM 5 Taylor?

11:43AM 6    MR. LANGAN:  We can send him an e-mail and give him a

11:43AM 7 heads-up that it's time for his matter on the agenda.

11:43AM 8    UNIDENTIFIED SPEAKER ON THE TELEPHONE:  He's here.  I'll

11:43AM 9 go get him right now.

11:43AM 10    THE COURT:  Thank you.

11:43AM 11    MS. KIRBY:  Your Honor, it's Ky Kirby.

11:44AM 12    While we're waiting --

11:44AM 13    THE COURT:  Yes, Ky.

11:44AM 14    MS. KIRBY:  -- you have maxed out the 30(b)(6) topics at

11:44AM 15 35.  We happen to have 33 on our list.  So, realistically, I

11:44AM 16 think probably people won't redraft ours.  If they are planning

11:44AM 17 to, I wish they would let me know; but, if they are not, then I

11:44AM 18 would like to go ahead and try to start scheduling.

11:44AM 19    THE COURT:  Ky, you think those 33 are fine as written,

11:44AM 20 right?  Say yes.

11:44AM 21    MS. KIRBY:  Well, there are some that I think are

11:44AM 22 overbroad, each and every single communication about this, that

11:44AM 23 or the other.  Obviously, you're not going to find one single

11:44AM 24 human being who can repeat every single communication anybody in

11:44AM 25 the whole company ever had, but I think that nobody is really

11:44AM  1    truly expecting that.  I will certainly work with counsel who
11:44AM  2    have participated in drafting the notice.
11:44AM  3          But I think that we have, for the most part, identified who
11:45AM  4    our 30(b)(6)'s will be based on the very last draft we saw.
11:45AM  5                THE COURT:  Right.
11:45AM  6          Does anybody anticipate any changes to that 30(b)(6) notice?
11:45AM  7          Ky, start contacting those designees, and then next week,
11:45AM  8    you will have the pleasure of being the first one to slot those
11:45AM  9    30(b)(6) deponents in.
11:45AM 10                MS. KIRBY:  How about if we do it right now?
11:45AM 11                THE COURT:  Mr. Maze, please step forward.
11:45AM 12                MR. MAZE:  My pen is ready.
11:45AM 13                MS. KIRBY:  I want an A plus, too.
11:45AM 14                THE COURT:  Well, a solid A is all we've given out so
11:45AM 15    far.  Do you want to try for the A plus?
11:45AM 16                MS. KIRBY:  Certainly, like everyone else in the case,
11:45AM 17    some of our folks who appear individually on the master
11:45AM 18    deposition list will also be 30(b)(6)'s.  I will identify those
11:45AM 19    three people first.
11:45AM 20                THE COURT:  Okay, great.
11:46AM 21                MS. KIRBY:  Paul Chandler, C-H-A-N-D-L-E-R.
11:46AM 22                THE COURT:  When is he otherwise scheduled, Ky?
11:46AM 23                MS. KIRBY:  He's not scheduled at all yet.  I would
11:46AM 24    propose him for May 4 and 5.
11:46AM 25                THE COURT:  All right.  Let's take a look.

11:46AM  1      Mr. Cunningham?

11:46AM  2           MR. CUNNINGHAM:  That works, Your Honor.

11:46AM  3           THE COURT:  That works.

11:46AM  4           MR. MAZE:  Chandler.

11:46AM  5           MS. KIRBY:  Right.  The next one is --

11:46AM  6           THE COURT:  Ky, hold on just a second.  You will

11:46AM  7      circulate what Mr. Chandler is being designated for, right?

11:46AM  8           MS. KIRBY:  Yes, I will circulate the 30(b)(6)'s with

11:46AM  9      identification of who is doing what.

11:46AM  10          MR. STERBCOW:  For clarification, Ky, is this Anadarko,

11:46AM  11     MOEX, both?

11:46AM  12          MS. KIRBY:  I'm sorry.  The people I'm talking about

11:47AM  13     right at this moment are Anadarko, and I will conclude with MOEX.

11:47AM  14          MR. STERBCOW:  Got it.

11:47AM  15          THE COURT:  Then she will also circulate the 30(b)(6)

11:47AM  16     notice showing who is designated for each topic.

11:47AM  17          Okay.  Go ahead.

11:47AM  18          MS. KIRBY:  Next is Darrell Hollek.

11:47AM  19          THE COURT:  Spell that.

11:47AM  20          MS. KIRBY:  D-A-R-R-E-L-L, Hollek, H-O-L-L-E-K.  I'd

11:47AM  21     propose him for June 22 and 23.

11:47AM  22          THE COURT:  That's a London track, as well.

11:47AM  23          Mr. Cunningham, what do you think?

11:47AM  24          MR. CUNNINGHAM:  We'll cover it.

11:47AM  25          THE COURT:  That sounds good.

11:47AM 1          MS. KIRBY:  Next one is Robert Quitzau, Q-U-I-T-Z-A-U.

11:47AM 2     I would propose him for May 23 and 24.

11:47AM 3          THE COURT:  All right.  Hold on a second.

11:48AM 4          MS. KIRBY:  Right now, we have tentatively O'Bryan on

11:48AM 5     those days.

11:48AM 6          MR. CUNNINGHAM:  That will work.

11:48AM 7          THE COURT:  That will work.

11:48AM 8          MS. KIRBY:  Okay.

11:48AM 9          THE COURT:  Hold on, we're still writing on the

11:48AM 10    calendar, so I will tell you when.

11:48AM 11         MR. MAZE:  Q-U-I-T-Z-A-U.

11:48AM 12         MS. KIRBY:  That's correct.

11:48AM 13         THE COURT:  Now we're ready for you.

11:48AM 14         MS. KIRBY:  The next individual is not a proposed

11:48AM 15    30(b)(6) designee, but he is on the master list.

11:48AM 16         THE COURT:  What number?

11:48AM 17         MS. KIRBY:  Actually, I don't have the list in front of

11:48AM 18    me.

11:48AM 19         THE COURT:  We'll find him.

11:48AM 20         MS. KIRBY:  It's Nick Huch, H-U-C-H, for Anadarko.

11:48AM 21         THE COURT:  H-U-C-H, Nick Huch.  When would you propose

11:49AM 22    for him?

11:49AM 23         MS. KIRBY:  May 15, 16 -- 16 and 17, sorry.

11:49AM 24         THE COURT:  May 16, 17.

11:49AM 25         MR. CUNNINGHAM:  Okay.

11:49AM 1          THE COURT:  Okay, Mr. Cunningham says that's good.

11:49AM 2          MS. KIRBY:  The next group is three more people from

11:49AM 3  Anadarko who would be 30(b)(6)'s, but are not on the master

11:49AM 4  deposition list.

11:49AM 5      One is Steve Foster, who would be for one topic only, so I

11:49AM 6  really -- it's the insurance and indemnity topic, and I suspect

11:49AM 7  that would only be a few hours.

11:49AM 8          THE COURT:  Yes, that sounds right.  So what would you

11:49AM 9  propose for him?

11:49AM 10         MS. KIRBY:  The 27th of April.

11:49AM 11         THE COURT:  April 27.

11:49AM 12         MR. MAZE:  Is that Foster, F-O-S-T-E-R?

11:49AM 13         MS. KIRBY:  Right.

11:49AM 14         THE COURT:  Foster.  And it's the 27th?

11:50AM 15         MS. KIRBY:  Yes.

11:50AM 16         MR. CUNNINGHAM:  Fine.

11:50AM 17         MS. KIRBY:  The next one is Jim Bryan, B-R-Y-A-N.  He

11:50AM 18  would be for about five or six topics on the 30(b)(6) list.  I

11:50AM 19  don't know if we want to assume that's one day and not more or

11:50AM 20  not, but he can be available on -- he is generally available in

11:50AM 21  May, except for the date of May 12th.

11:50AM 22         THE COURT:  Mr. Cunningham, what do you want to do

11:50AM 23  there?

11:50AM 24         MR. CUNNINGHAM:  How about the 6th?

11:50AM 25         THE COURT:  How about the 6th?

11:50AM 1           MS. KIRBY:  Let me see.  Okay.  May 6th.

11:51AM 2           THE COURT:  The topics, Ky, that he's being designated

11:51AM 3    for, could you give us an idea so that maybe Mr. Cunningham could

11:51AM 4    be satisfied it's one day; or, if he thinks that it might be a

11:51AM 5    little bit more, we could do maybe the afternoon of the 5th?

11:51AM 6           MS. KIRBY:  It is generally the contract issue, lease

11:51AM 7    issues, the operating agreement issues with BP and Anadarko

11:51AM 8    vis-a-vis the Macondo well.

11:51AM 9           MR. CUNNINGHAM:  One day.

11:51AM 10          THE COURT:  One day will be fine.  That's great.

11:51AM 11          MS. KIRBY:  So that was May 6th?

11:51AM 12          THE COURT:  That was May 6th.  Friday, May 6th.

11:51AM 13          MS. KIRBY:  Then the final Anadarko 30(b)(6) is Allan

11:51AM 14   O'Donnell.  That's A-L-L-A-N, O apostrophe capital D-O-N-N-E-L-L.

11:52AM 15   He would be designated for a whopping one and one-third topics.

11:52AM 16   I can't imagine that that would be even a full day.

11:52AM 17          THE COURT:  Right, I agree.  What's the one, and,

11:52AM 18   certainly, what's the one-third?

11:52AM 19          MS. KIRBY:  One-third, there is a -- I have it down on

11:52AM 20   my list as Topic 7, which is "investigation, evaluation and due

11:52AM 21   diligence, other assessment performed by you prior to entering

11:52AM 22   into the lease and the operating agreement with BP, productivity,

11:52AM 23   assessments of productivity of the exploration and production

11:52AM 24   under the well," that kind of thing.

11:52AM 25          The fact is that there are always two departments that are

11:52AM 1  looking at things.  One is geology, one is exploration, and

11:52AM 2  sometimes contracts.  So Mr. O'Donnell would be for one-third of

11:52AM 3  that.

11:53AM 4      Then, he also would be for Topic 10, which is the

11:53AM 5  "existence, nature and substance of economic, financial,

11:53AM 6  accounting or other evaluations, projections or analyses of

11:53AM 7  anticipated, projected or potential income, revenue," blah, blah,

11:53AM 8  blah, from the prospects.

11:53AM 9          THE COURT:  That sounds like easily one day.

11:53AM 10          MR. CUNNINGHAM:  What about the same day as Bryan on the

11:53AM 11  6th?

11:53AM 12          THE COURT:  Is he, per chance, available on the same day

11:53AM 13  as Bryan, on the 6th?

11:53AM 14          MS. KIRBY:  On the 6th, yes, I believe he is.

11:53AM 15          THE COURT:  Bingo.

11:53AM 16          MR. CUNNINGHAM:  Who is Bryan, either the first or last

11:53AM 17  name?

11:53AM 18          THE COURT:  I'm sorry.  What was Mr. Bryan's first name?

11:53AM 19          MS. KIRBY:  Jim.

11:53AM 20          MR. CUNNINGHAM:  Jim.

11:53AM 21          THE COURT:  Jim.  Okay.

11:53AM 22          MS. KIRBY:  Finally, we will have one 30(b)(6) designee

11:53AM 23  for MOEX.  He is available -- I'm sorry, his name is Naoki Ishii.

11:54AM 24  N-A-O-K-I, last name, I-S-H-I-I.  He is available on June 29 and

11:54AM 25  30.

11:54AM 1          THE COURT:  Let's look.  Hold on just a second.  Look at

11:54AM 2    that.

11:54AM 3       He'll be here; is that correct?

11:54AM 4          MS. KIRBY:  Yes, he will.

11:54AM 5          THE COURT:  That's perfect.  Book it.

11:54AM 6          MS. KIRBY:  I do want to raise one last thing with you

11:54AM 7    for some of my deponents.

11:54AM 8       There were two names identified on the master deposition

11:54AM 9    list as MOEX; however, these people are employees of Mitsui Oil

11:54AM 10   Exploration Company in Tokyo.  Their last names are Shinjiro,

11:55AM 11   S-H-I-N-J-I-R-O, and Yamamoto, Y-A-M-A-M-O-T-O, and they both

11:55AM 12   will require Hague service.  I have advised the PSC of that fact.

11:55AM 13         THE COURT:  I appreciate that.  Now, is that it?

11:55AM 14         MS. KIRBY:  That is it.

11:55AM 15         THE COURT:  Do you want a grade report?

11:55AM 16         MS. KIRBY:  Yes, I want an A plus.

11:55AM 17         THE COURT:  What do you-all think?

11:55AM 18         MR. HAYCRAFT:  Not with the Hague.

11:55AM 19         THE COURT:  You would get an A plus but for the Hague

11:55AM 20   issue.

11:55AM 21         MR. GODWIN:  C minus on the --

11:55AM 22         THE COURT:  That bumps you down to a solid A.

11:55AM 23         MS. KIRBY:  Well, thank you, I appreciate that.

11:55AM 24         THE COURT:  Thank you, I appreciate the report.  Boy,

11:55AM 25   your dates worked out just great on the master calendar, so

11:55AM 1    that's great.

11:55AM 2              MR. UNDERHILL:  Could I get a clarification?

11:56AM 3              THE COURT:  Yes.  Mike Underhill speaking.

11:56AM 4              MR. UNDERHILL:  I'm sorry.

11:56AM 5         I may have gotten this wrong.  I had Chandler for the

11:56AM 6    Thursday and Friday, the 5th and the 6th.  Did I mess that up?

11:56AM 7              MR. CUNNINGHAM:  Yes, it's the 4th and the 5th.

11:56AM 8              MR. UNDERHILL:  Thank you very much.

11:56AM 9              THE COURT:  Yes, we'll get the revision out to

11:56AM 10   everybody.

11:56AM 11        Now, Mr. William Taylor.

11:56AM 12             MR. MEHTA:  Hello, Your Honor.  My name is Amit Mehta.

11:56AM 13   I'm a partner of Mr. Taylor's.  Mr. Taylor, I'm afraid, had a

11:56AM 14   commitment outside of the office, so I'm standing in --

11:56AM 15             THE COURT:  Would you spell your name for the court

11:56AM 16   reporter, please.

11:56AM 17             MR. MEHTA:  Of course, Your Honor.  It's A-M-I-T is my

11:56AM 18   first name, and the last name is M-E-H-T-A.  I represent

11:56AM 19   Mr. Brian Morel, and that's M-O-R-E-L.

11:56AM 20             THE COURT:  We have you on the agenda because of the

11:56AM 21   assertion of the marital privilege.  I saw Mr. Taylor's e-mail to

11:57AM 22   me about production of further documents that are e-mails between

11:57AM 23   Mr. and Mrs. Morel.

11:57AM 24        What I would like to do is I want to accommodate you-all.  I

11:57AM 25   don't want to jam you, but I think that everybody thinks that

11:57AM 1    this is an important issue that they would like to get resolved.

11:57AM 2        So what I would like to do is go ahead and get the briefing

11:57AM 3    done.  I will go ahead and review the three documents that we

11:57AM 4    know are going to be submitted in camera.  Then I'll hold ruling

11:57AM 5    on any documents that come out after the fact, subject to my in

11:57AM 6    camera review.

11:57AM 7        Now, if you need additional time, my recollection is I gave

11:57AM 8    you-all through the 9th to brief the marital privilege issue for

11:57AM 9    me.  If you would like further time on that, I'm willing to

11:58AM 10   accommodate you; but, I would like to go ahead and get the

11:58AM 11   briefing done, even before the documents are produced, so that

11:58AM 12   we'll have a decision, and I'll be able to review the documents.

11:58AM 13       Do you have any idea what the numbers are going to be?

11:58AM 14       MR. MEHTA:  My understanding, Your Honor, based on

11:58AM 15   conversations with BP counsel, is we're talking about maybe

11:58AM 16   another dozen to 20 or so that would fall under the marital

11:58AM 17   communication column.

11:58AM 18       THE COURT:  No problem.  That way, we'll have a real

11:58AM 19   feel for what we're doing, and when those next groupings come in

11:58AM 20   I can review them and rule pretty shortly.

11:58AM 21       Do you need more time, Amit?

11:58AM 22       MR. MEHTA:  An additional -- a little extra time would

11:58AM 23   help, Your Honor, just because of scheduling.

11:58AM 24       THE COURT:  What would you propose?

11:58AM 25       MR. MEHTA:  Could we do it on the 16th?  Even maybe by

11:59AM  1    then, the documents will have been produced.

11:59AM  2                THE COURT:  PSC?

11:59AM  3                MR. STERBCOW:  16th of?

11:59AM  4                MR. MEHTA:  We, obviously, Your Honor -- I'm sorry just

11:59AM  5    to interrupt, but we obviously would like to be able to address

11:59AM  6    the substance of the documents.  There are more of them that, I

11:59AM  7    think, would benefit the Court than just the three that are

11:59AM  8    already before it.

11:59AM  9                MR. ROY:  Your Honor, Jim Roy for the PSC.  That's fine

11:59AM 10    with us, but the question, are you going to want concurrent

11:59AM 11    briefing with reply briefs, if necessary, or what?

11:59AM 12                THE COURT:  No, I think I had staggered briefing before.

11:59AM 13    I don't have my order in front of me.  But we'll go ahead and

11:59AM 14    just revise the briefing schedule to give you, Amit, until the

11:59AM 15    16th, we'll give you-all a reply date beyond that, and then it

11:59AM 16    will be under submission.

11:59AM 17                MR. MEHTA:  Very good, Your Honor.

12:00PM 18          I will speak with BP counsel in an effort to try and get

12:00PM 19    them to disclose the additional documents and submit them under

12:00PM 20    seal to the Court and plaintiff counsel, and hopefully we can

12:00PM 21    have a complete record by the time we file.

12:00PM 22                THE COURT:  That would certainly be more efficient.  I

12:00PM 23    was just concerned about getting it done.

12:00PM 24          Kerry.

12:00PM 25                MR. MILLER:  Kerry Miller for Transocean.

12:00PM 1          I apologize, this may be yesterday's news, but in Mr.

12:00PM 2     Taylor's first letter about the marital privilege, it appeared

12:00PM 3     that the wife was also a BP employee.  She had a BP e-mail

12:00PM 4     address.

12:00PM 5               THE COURT:  Right.  That's my understanding.

12:00PM 6          Is that correct, Amit, that both of them are BP employed?

12:00PM 7               MR. MEHTA:  They are both BP employees, that is correct,

12:00PM 8     Your Honor.

12:00PM 9               THE COURT:  Great.  I appreciate it.  Yes, our next

12:00PM 10    order will give you through the 16th to get your briefs in on

12:00PM 11    that.

12:00PM 12              MR. MEHTA:  Thank you, Your Honor, we appreciate the

12:00PM 13    consideration.

12:00PM 14              THE COURT:  Not a problem.

12:00PM 15              MS. KIRBY:  Your Honor, this is Ky Kirby, if I may.

12:00PM 16              THE COURT:  Are you going to deduct points from your

12:01PM 17    score?

12:01PM 18              MS. KIRBY:  I hope not.

12:01PM 19         I do think that those documents are also of interest to all

12:01PM 20    of the other parties, not just the PSC and Mr. Morel and BP.  We

12:01PM 21    all have discovery requests out there.

12:01PM 22         So I think that, to the extent we're going to find out what

12:01PM 23    the other documents are, it should go to the rest of us, as well.

12:01PM 24              THE COURT:  Fair enough.  I didn't think otherwise.

12:01PM 25              MR. MEHTA:  Your Honor, I'll make sure that I

12:01PM 1  communicate that to BP counsel.  I know they are there.  But we,

12:01PM 2  obviously, are not doing the production.  We'll get the message

12:01PM 3  to them to make sure that all of the parties are served with the

12:01PM 4  relevant documents.

12:01PM 5       THE COURT:  Great.  Thank you very much.

12:01PM 6     Next up is communications to and from in-house counsel.  Do

12:01PM 7  we want to talk about that?

12:01PM 8       MR. LANGAN:  Your Honor, Andy Langan for BP.

12:01PM 9     This is something that was raised in a letter to Your Honor,

12:02PM 10 I think, earlier this week.  I think we asked for the opportunity

12:02PM 11 to submit a brief by next Wednesday, maybe take it up on the 11th

12:02PM 12 of March.  I think Pretrial Order 14, paragraph 2, covers this

12:02PM 13 already, but I guess we're going to revisit it.  Thank you.

12:02PM 14      THE COURT:  Yes.  No problem.

12:02PM 15      MR. GODWIN:  Don Godwin for Halliburton, Judge.

12:02PM 16    We would like that same time to do our briefing, as well.

12:02PM 17      THE COURT:  That will be extended to any defendant that

12:02PM 18 has the concern.

12:02PM 19      MR. GODWIN:  Thank you, Judge.

12:02PM 20      MS. KIRBY:  What is the date now for the briefing?

12:02PM 21      THE COURT:  Briefing was March 9.

12:02PM 22      MS. KIRBY:  Thank you.

12:02PM 23      THE COURT:  Let's go to looking forward.

12:03PM 24      MR. STERBCOW:  Your Honor, before we move on, we're not

12:03PM 25 sure -- and this is just because I haven't seen the letter, we're

12:03PM  1    not sure exactly what the issue is.

12:03PM  2         Paul Sterbcow.

12:03PM  3         With this in-house counsel, we're not sure what we're

12:03PM  4    talking about.

12:03PM  5              MR. LANGAN:  Well, let me see if I can help

12:03PM  6    Mr. Sterbcow.  As I understand the issue, it is whether or not a

12:03PM  7    defendant has an obligation to log post-April 20th communications

12:03PM  8    with lawyers who are employed by the defendant, as opposed to

12:03PM  9    outside counsel.  I think it's something like that.

12:03PM 10              MR. STERBCOW:  I got it.

12:03PM 11              THE COURT:  That's my understanding.

12:03PM 12              MR. LANGAN:  As I said, I think Pretrial Order 14,

12:03PM 13    paragraph 2 is dead on point, but I guess we're going to go over

12:03PM 14    that again.

12:03PM 15              MR. STERBCOW:  Then we will participate.

12:03PM 16         This came up for us, Your Honor, in a deposition about a

12:03PM 17    week ago where we found out that some issues regarding the scope

12:03PM 18    of the Bly report were eventually run by in-house counsel at BP.

12:04PM 19    Then, when further exploration was attempted, we were told, well,

12:04PM 20    it was run by in-house counsel, so it's attorney-client

12:04PM 21    privileged.  So we are going to be involved in this.

12:04PM 22              THE COURT:  So now you understand?

12:04PM 23              MR. STERBCOW:  Now, I understand, and I am involved.

12:04PM 24    Thank you.

12:04PM 25              THE COURT:  Looking ahead, guys, we're going back to the

12:04PM  1    master list, and I'm going to give you names that we need to

12:04PM  2    start looking for dates from deponents.  This will be on our next

12:04PM  3    order, so don't panic.

12:04PM  4        We talked previously about the Kongsberg depositions, and

12:04PM  5    you've got two people down for that.

12:04PM  6            MR. STERBCOW:  Correct.

12:04PM  7            THE COURT:  Are they going to come here?  Are you all

12:04PM  8    going to travel?

12:05PM  9            MR. STERBCOW:  Last discussions the PSC had with their

12:05PM 10    attorney, Mike Connolly, in Houston, they are coming here.

12:05PM 11            THE COURT:  Terrific.  If you'll coordinate dates, we'll

12:05PM 12    schedule them next week.

12:05PM 13            MR. STERBCOW:  Great.

12:05PM 14            THE COURT:  Next up was Timothy Crone, C-R-O-N-E.  He's

12:05PM 15    a nongovernment researcher, and the requesting party is BP.  Does

12:05PM 16    anybody know how to get in touch with Mr. Crone?

12:05PM 17        Andy?

12:05PM 18            MR. LANGAN:  We'll check it out, Your Honor.  This is

12:05PM 19    not -- I don't have --

12:05PM 20            THE COURT:  No problem.

12:05PM 21        Next is William Haynie, H-A-Y-N-I-E.  He's the ABS surveyor.

12:06PM 22        We talked about Paul Chandler.  Thank you, Ky.

12:06PM 23            MS. KIRBY:  It's a pleasure.

12:06PM 24            THE COURT:  We've talked about Mr. Hollek.  We've talked

12:06PM 25    about Mr. Huch, have we not?  Okay.

12:06PM  1          MS. KIRBY:  Yes, Your Honor.

12:06PM  2          THE COURT:  We've talked about Mr. Quitzau.

12:06PM  3          MS. KIRBY:  Right.

12:06PM  4          THE COURT:  Good.  Those were my next up, so those are

12:06PM  5  done.

12:06PM  6      Martin Breazeale, B-R-E-A-Z-E-A-L-E.  He's employed by BP.

12:06PM  7  Lambert Lee.

12:06PM  8          MR. LANGAN:  Lee Lambert.

12:06PM  9          THE COURT:  I'm sorry, Lee Lambert, employed by BP.

12:06PM 10  Earl Lee, also BP.  Philip Lee, BP.  Vincent Prince -- I'm sorry,

12:07PM 11  Price, Price, Price, BP.  Erwin Carter -- I'm sorry,

12:07PM 12  Carter Erwin, E-R-W-I-N, with Cameron.

12:07PM 13          MS. BERTAUT:  Yes, Your Honor.

12:07PM 14          THE COURT:  William LeNormand, L-E cap N-O-R-M-A-N-D,

12:07PM 15  also Cameron.

12:07PM 16      Do we have Mr. McWhorter already scheduled?

12:07PM 17          MS. BERTAUT:  We do not have Mr. McWhorter already

12:07PM 18  scheduled.

12:07PM 19          THE COURT:  David McWhorter, M-C cap W-H-O-R-T-E-R, with

12:07PM 20  Cameron.  Then Melvin Witvy, W-I-T-V-Y, also with Cameron.

12:08PM 21      That should give us plenty to do for next week, right?

12:08PM 22          MR. DART:  Your Honor, Hank Dart for the State of

12:08PM 23  Louisiana.

12:08PM 24      A witness' identity popped up in one of the depositions that

12:08PM 25  we were doing.  His name is John Baxter.  I'm not sure that he's

12:08PM  1   on anyone's list, but it relates to the issue that Mr. Sterbcow

12:08PM  2   was just discussing with you about counsel and all that.

12:08PM  3        He's a BP vice-president.  He was in charge of safety and

12:08PM  4   operations at the time.  We had asked that Andy produce him for

12:08PM  5   the London depositions because I believe he's in London.

12:08PM  6        I would like to add him to the top of the list, if possible,

12:08PM  7   even though he's not on anyone's list.  I think the PSC agrees

12:08PM  8   that he's a guy we really want to do.

12:09PM  9             THE COURT:  Okay.  Great.  Thank you.

12:09PM 10             UNIDENTIFIED SPEAKER:  Specifically for London, right?

12:09PM 11             MR. DART:  Yes, specifically for London.  I'm assuming

12:09PM 12   he's there, so that would be on the London track.

12:09PM 13             THE COURT:  Andy, would you check on Mr. Baxter?

12:09PM 14             MR. LANGAN:  Yes.

12:09PM 15             THE COURT:  I'd appreciate that.

12:09PM 16             MR. MILLER:  What's the first name of Mr. Baxter?

12:09PM 17             THE COURT:  John Baxter.  We'll check on him.

12:09PM 18        All right.  The only other thing on our list is for any

12:09PM 19   party requesting third-party deponents to provide further

12:10PM 20   information.  By way of example, Professor Darryl Bourgoyne,

12:10PM 21   B-O-U-R-G-O-Y-N-E, he is LSU Department of Petroleum Engineering.

12:10PM 22        We'll go through the list and give you a list of who those

12:10PM 23   third-party deponents are, and we can talk about how important

12:10PM 24   they are and what we're going to do to try to get them in.  Okay.

12:10PM 25   So we'll put that on next week's agenda.

12:10PM 1      We're going to get together Thursday at 3:00 by telephone,

12:10PM 2  and our next conference is next Friday at 9:30 here.  Anybody who

12:10PM 3  wants to dial in, as opposed to being here in person, is welcome

12:10PM 4  to do so.

12:10PM 5      Don.

12:10PM 6          MR. HAYCRAFT:  Yes, Judge, Don Haycraft for BP.

12:10PM 7      Last week, we discussed briefly the certain behavior in

12:11PM 8  depositions of BP witnesses.  I've come up with three examples of

12:11PM 9  what we feel are unfair questions, and I'm going to hand those

12:11PM 10 out.

12:11PM 11     Rather than terminate depositions, we just wanted to show

12:11PM 12 you some examples of what we would call categories of what we

12:11PM 13 believe are inappropriate questions.

12:11PM 14     The first question is just, I picked an example, but it's

12:11PM 15 really a lengthy preamble and not really a question.  But the

12:11PM 16 objectionable portion is when a lawyer continually tells the

12:11PM 17 witness, do you realize you're under oath?

12:11PM 18     I think a general reminder that the witness is under oath at

12:11PM 19 the beginning may be a typical lawyer practice, but I think doing

12:12PM 20 it in a fashion during the course of the deposition with an

12:12PM 21 incredulous tone of voice is inappropriate.

12:12PM 22     We can capture examples like that, but I just wanted to

12:12PM 23 bring it up this morning in case we can perhaps nip this in the

12:12PM 24 bud without need for motions.

12:12PM 25          THE COURT:  I agree with you relative to the Example

12:12PM  1    Number 1, there is no reason to constantly remind a witness that

12:12PM  2    he's under oath.  I think it does come across as being somewhat

12:12PM  3    intimidating to do that.

12:12PM  4        But, Mr. Cunningham, you sound like you want to respond to

12:12PM  5    that?

12:12PM  6            MR. CUNNINGHAM:  Yes, Your Honor, Robert Cunningham.

12:12PM  7        We're completely blindsided by this, to tell you the truth.

12:12PM  8    I knew nothing about whatever initiated these complaints and

12:12PM  9    whatever Don is referring to about some past discussion about

12:12PM 10    this.

12:12PM 11        We were not told it was going to take place with Your Honor

12:13PM 12    in advance.  I think I heard something about it after the fact,

12:13PM 13    but Jim and Steve had no idea how to respond to it because they

12:13PM 14    weren't at the depositions.

12:13PM 15        I had hoped to talk to Rick Godfrey last week, but he had

12:13PM 16    some problems and couldn't come down, and suggest to him that

12:13PM 17    before this kind of matter is brought to the Court, without

12:13PM 18    talking to us and without liaison counsel knowing anything about

12:13PM 19    how to respond, that we ought to work these kind of things out

12:13PM 20    together and sit down and talk about them.

12:13PM 21            THE COURT:  No problem.  Why don't you look at these

12:13PM 22    examples and talk to Don about it.

12:13PM 23        Obviously, guys, we want this to go as smoothly as we

12:13PM 24    possibly can.  We know that it's a high stakes case.  Everybody

12:13PM 25    is emotional.  But we want to try to keep it level,

12:13PM  1    nonobjectionable, unintimidating, to the extent that we can.

12:14PM  2         I will look at the next two examples.  You all talk about

12:14PM  3    it, and, if we need to put it on next week's agenda, we will be

12:14PM  4    glad to.

12:14PM  5         MR. CUNNINGHAM:  I would like to try to put it in some

12:14PM  6    perspective.  We have been in depositions for now about

12:14PM  7    six weeks.  I don't think that Don has been to but one or two.

12:14PM  8         THE COURT:  Well, that's why he looks so rested.

12:14PM  9         MR. CUNNINGHAM:  We have been in depositions day after

12:14PM 10    day after day, week after week after week, and it has gone as

12:14PM 11    smoothly as I could have ever hoped.  Everybody who has been

12:14PM 12    participating in these depositions has conducted themselves in a

12:14PM 13    professional manner day after day after day.

12:14PM 14         To pick a few questions out of all these weeks, and to

12:14PM 15    complain about it, and to claim that we ought to somehow change

12:14PM 16    the procedure, I think grossly distorts what's been going on over

12:14PM 17    there.

12:14PM 18         THE COURT:  Listen, I have not heard anything to the

12:14PM 19    contrary, nor do I mean to imply anything to the contrary.

12:15PM 20         MR. CUNNINGHAM:  I'm not suggesting Your Honor is.  I'm

12:15PM 21    suggesting that to have BP here, who hasn't been at the

12:15PM 22    depositions, complaining and raising a few questions here just

12:15PM 23    distorts what's been going on over there.  It's been going great.

12:15PM 24         We have had a few bumps in the road.  One of them --

12:15PM 25         THE COURT:  To be expected.

12:15PM 1          MR. CUNNINGHAM:  -- one of them with Rick.  It related

12:15PM 2    to some of the questions right here.

12:15PM 3        We went outside the room with our lawyer who was taking the

12:15PM 4    deposition, with Rick.  It was a disagreement about

12:15PM 5    interpretation of a document.  We worked it out there.  We didn't

12:15PM 6    call the Court.

12:15PM 7        I just, I'm really surprised that we're here raising these

12:15PM 8    kind of issues before the Court and not trying to meet and confer

12:15PM 9    and work it out.

12:15PM 10         THE COURT:  I'm not going to read the next two examples.

12:15PM 11         MR. HAYCRAFT:  That's fine, Your Honor.  I would very

12:15PM 12   much like to meet and confer, and so the PSC and others are on

12:15PM 13   notice that these three examples are intended to be discussed and

12:16PM 14   worked out and avoided, if we can work it out; and, if we can't,

12:16PM 15   we'll be with you next week.

12:16PM 16         THE COURT:  Let me know, and we'll put it down just as a

12:16PM 17   topic that might be covered if necessary.

12:16PM 18         MR. HAYCRAFT:  Absolutely.

12:16PM 19         THE COURT:  Not a problem.

12:16PM 20         MR. HAYCRAFT:  Thank you, Your Honor.

12:16PM 21         THE COURT:  Mr. Cunningham, I have heard nothing to the

12:16PM 22   contrary, and I want to compliment everyone because I have heard

12:16PM 23   nothing to the contrary.

12:16PM 24         MR. LANGAN:  Your Honor, Andy Langan for BP.

12:16PM 25       I have a great deal of respect for Mr. Cunningham and the

12:16PM 1    PSC here.  The only thing I want to point out is I believe the

12:16PM 2    history here is we saw Judge Barbier and Your Honor in chambers,

12:16PM 3    I think, two weeks ago.  An issue was raised.  The directions

12:16PM 4    from the Court were clear.

12:16PM 5         Then, last Friday, in chambers before the conference with

12:16PM 6    Judge Barbier, he asked again, *sua sponte*, how are things going?

12:16PM 7    At that time, the three examples you see had not occurred yet.

12:17PM 8         So we read it as being the Court really wanted to hear from

12:17PM 9    us affirmatively how are things going, and today's three examples

12:17PM 10   were really in response to the judge reaching out to us saying,

12:17PM 11   how are things going?  For the most part, pretty darned good, but

12:17PM 12   there are some things that bother us, and we don't want to let

12:17PM 13   them slip by.

12:17PM 14         THE COURT:  I appreciate that.

12:17PM 15         MR. CUNNINGHAM:  Can I respond, Your Honor?

12:17PM 16   Robert Cunningham.

12:17PM 17         The issue was raised by lawyers who weren't there and who

12:17PM 18   didn't tell us in advance so that we could brief our liaison

12:17PM 19   counsel to respond to the issues.

12:17PM 20         We think we agreed on one issue.  One issue, as I understand

12:17PM 21   it, related to inappropriate laughter.  We agreed that that --

12:17PM 22   you know, we would have agreed, if they would have told us they

12:17PM 23   were going to raise it, that that shouldn't occur.

12:17PM 24         THE COURT:  Right.

12:17PM 25         MR. CUNNINGHAM:  The second, as I understand it, that

12:17PM 1    was raised and is on that sheet is asking about being a convicted

12:17PM 2    felon, BP.  We've looked at the law.  We think that's perfectly

12:18PM 3    appropriate when you have a high level officer to get into that

12:18PM 4    issue, whether they're a convicted felon, whether he's working

12:18PM 5    for a convicted felon, but we didn't have a chance to respond to

12:18PM 6    that because we weren't told it was going to be raised.

12:18PM 7         MR. STERBCOW:  One other thing, Judge, just so we

12:18PM 8    understand, if we're going to get into this discussion, we're

12:18PM 9    going to raise -- Paul Sterbcow.

12:18PM 10        We're going to race the issue of witnesses showing up and

12:18PM 11   having selective amnesia and not being able to answer very basic,

12:18PM 12   simple, plain English questions, too.  So if we're going to do

12:18PM 13   this, we're going to do it on both sides.  I just want to let

12:18PM 14   everybody know.

12:18PM 15        THE COURT:  I would like you all to just see if you

12:18PM 16   can't work your way through this because, as everybody agrees,

12:18PM 17   everything has gone really smoothly so far.  We just want to keep

12:18PM 18   it on an even keel.

12:18PM 19        MR. UNDERHILL:  Mike Underhill, Your Honor.

12:18PM 20        I'll take credit for one of these.  I will, you know.  If

12:18PM 21   I'm asking something wrong, then I want somebody to tell me,

12:18PM 22   Judge.  It's the first one.

12:18PM 23        Let me give you the background where this comes from.  First

12:19PM 24   of all, I've spoken to BP counsel, and this issue was raised with

12:19PM 25   me in general terms, in just general questioning.  I was not told

12:19PM 1  this would be brought up today, and that doesn't make me a

12:19PM 2  tickled fellow.  So I don't like getting blindsided, point number

12:19PM 3  one.

12:19PM 4      The second point, the context of the under oath question, BP

12:19PM 5  wants to argue this.  Here is the perspective, and I think it's

12:19PM 6  shared by many in the deposition room.  There is a switch with BP

12:19PM 7  witnesses, it's an on switch and it's an off switch.

12:19PM 8  Mr. Sterbcow referred to it, alluded to it as selective amnesia.

12:19PM 9      We've heard hours, literally probably 14 hours of testimony

12:19PM 10 where a witness that has been prepped, not making this up, 21 to

12:19PM 11 23 hours of prep, that suddenly they get under oath and see no

12:19PM 12 evil, hear no evil, speak no evil, I don't know nothing, you've

12:19PM 13 got to talk to somebody else about that one.  It tends to be the

12:20PM 14 guy that was deposed previously.

12:20PM 15     So when the switch turns on, when BP does redirect, suddenly

12:20PM 16 this witness who couldn't remember a doggone thing about their

12:20PM 17 job and what they did, it's a miracle, an absolute miracle that

12:20PM 18 with their memory suddenly happens.

12:20PM 19     So that's the context of this question.  I don't think it's

12:20PM 20 appropriate, and in the context of a cross-examination -- look,

12:20PM 21 Your Honor, cross-examination is not always gentle.  There are

12:20PM 22 some tough questions.  So that's the background for that

12:20PM 23 question.  It was directed at Mr. Bly, specifically, if I recall,

12:20PM 24 one of the critical witnesses in this case.

12:20PM 25     So I encourage counsel, if they have something to talk

12:20PM 1    about, talk with us, try to work it out.

12:20PM 2        The second thing, don't blindside us in court because what

12:20PM 3    goes around can come around, and I don't think that's the way

12:20PM 4    that we should be doing business in this case.

12:20PM 5        THE COURT:  Look, I do think this is merely a bump in

12:20PM 6    the road.  I understand both sides' concerns.  Let's talk about

12:21PM 7    it this week, and maybe what we'll do next week is hopefully have

12:21PM 8    it worked out; but, if not, maybe we'll have a meet and confer

12:21PM 9    with me off the record.

12:21PM 10       Yes, Corey.

12:21PM 11       MR. MAZE:  I was going to try to switch topics so we

12:21PM 12   could end on a lighter note.

12:21PM 13       THE COURT:  Do you want a score?

12:21PM 14       MR. MAZE:  Ma'am?

12:21PM 15       THE COURT:  Do you want me to give you a score?

12:21PM 16       MR. MAZE:  Well, let's see how it goes at the end of

12:21PM 17   what I'm about to say.

12:21PM 18       We had earlier had discovery issues in which Louisiana would

12:21PM 19   get things after Alabama, etcetera, and we were worried, as more

12:21PM 20   states joined in, possibly, we would have the same problem.

12:21PM 21       So Louisiana and Alabama have come to an agreement to

12:21PM 22   cooperate by basically going in halves, currently, and later as

12:21PM 23   the other states come in, we've hired a third-party host for all

12:21PM 24   of our document discovery in which the defendants will send the

12:21PM 25   discovery to the third-party host, and it will become immediately

12:22PM  1    available to both of us.

12:22PM  2         We just wanted to put the defendants on notice, and the

12:22PM  3    Court on notice now, hopefully within the next week that will be

12:22PM  4    available.  We'll get the addresses to both the Court and the

12:22PM  5    defendants, but we want to put them on notice that that will be

12:22PM  6    coming sooner than later, and we hoped that that would address

12:22PM  7    some of the issues we had had earlier.

12:22PM  8              THE COURT:  Perfect.  That, plus your taking care of the

12:22PM  9    calendar, gives you a solid A minus.

12:22PM 10              MR. MAZE:  I will take that.  I just need to know what I

12:22PM 11    need to work on for next time to get better.  My mom was a

12:22PM 12    kindergarten teacher, so she tried to teach good penmanship.

12:22PM 13              THE COURT:  You did a very nice job.

12:22PM 14              MR. FITCH:  Judge, this is Tony Fitch for Anadarko.

12:22PM 15              THE COURT:  Yes.

12:22PM 16              MR. FITCH:  May I inquire, through you, of Kerry,

12:22PM 17    whether the Mike Williams deposition next Thursday and Friday is

12:22PM 18    confirmed?

12:22PM 19              MR. STERBCOW:  The Mike Williams deposition that was

12:22PM 20    proposed for the 3rd and 4th of March is off.  He has been

12:22PM 21    subpoenaed to testify before the Grand Jury on the 16th, and

12:23PM 22    we're going to wait until at least that ends and then revisit the

12:23PM 23    issue.

12:23PM 24              MR. FITCH:  So I thought his other alternative date was

12:23PM 25    the 10th and the 11th, so that is off?

12:23PM  1          THE COURT:  Off pending his grand jury testimony.

12:23PM  2          MR. FITCH:  Thank you, Judge, I appreciate it.

12:23PM  3          THE COURT:  No problem.

12:23PM  4       Anybody else on the phone have anything?  All right.   Thank

12:23PM  5    you, everybody.  I appreciate it.  Bye-bye.

12:23PM  6          VOICES:  Thank you, Judge.

12:23PM  7          THE COURT:  Everybody have a safe weekend.  Those of you

12:23PM  8    that are getting out of town, congratulations.

12:23PM  9       Corey, do you want to come back and visit?

       10          (WHEREUPON, at 12:23 p.m., the proceedings were

       11    concluded.)

       12                         *    *    *

       13

       14                    REPORTER'S CERTIFICATE

       15

       16       I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Registered Professional Reporter, Certified Court
             Reporter of the State of Louisiana, Official Court Reporter for
       17    the United States District Court, Eastern District of Louisiana,
             do hereby certify that the foregoing is a true and correct
       18    transcript, to the best of my ability and understanding, from the
             record of the proceedings in the above-entitled and numbered
       19    matter.

       20
                                      s/Cathy Pepper
       21                             _____
                                      Cathy Pepper, CRR, RMR, CCR
                                      Official Court Reporter
       22                             United States District Court

       23

       24

       25

## 1

**1** [5] - 40:22, 40:23, 41:13, 57:21, 105:1
**10** [9] - 11:19, 11:21, 30:11, 40:8, 40:20, 47:25, 70:1, 79:15, 93:4
**10-day** [1] - 8:22
**10-MD-2179** [1] - 1:6
**10-minute** [1] - 7:23
**100** [3] - 23:24, 35:16, 36:1
**1000** [1] - 4:25
**101** [1] - 6:20
**103** [1] - 6:21
**104** [2] - 6:22, 6:23
**105** [1] - 44:22
**10:00** [2] - 62:25, 63:1
**10th** [9] - 16:8, 28:25, 29:15, 30:12, 32:16, 32:20, 39:22, 40:18, 112:25
**11** [4] - 6:22, 30:11, 34:20, 55:21
**1100** [1] - 3:20
**11th** [12] - 28:25, 29:15, 32:16, 34:16, 34:21, 34:22, 34:24, 35:4, 35:5, 42:23, 99:11, 112:25
**12** [6] - 34:20, 35:7, 35:9, 35:11, 36:17, 36:20
**1201** [1] - 4:9
**125** [1] - 74:8
**12:23** [1] - 113:10
**12th** [10] - 34:21, 34:22, 35:4, 35:5, 35:6, 35:13, 42:23, 43:24, 44:1, 91:21
**13** [9] - 13:17, 14:1, 14:24, 35:7, 35:9, 35:11, 36:14, 36:17, 36:20
**1300** [2] - 4:21, 5:13
**1331** [1] - 4:12
**13th** [8] - 13:8, 13:21, 14:4, 14:8, 15:14, 35:6, 35:10, 35:13
**14** [10] - 13:9, 13:17, 14:1, 14:24, 47:24, 48:20, 57:21, 99:12, 100:12, 110:9
**14th** [3] - 14:4, 14:8, 50:8
**15** [11] - 13:9, 13:11, 13:12, 13:15, 47:25, 48:20, 56:11, 58:1,

79:1, 90:23
**15th** [1] - 50:8
**16** [11] - 13:9, 13:11, 13:13, 13:15, 24:14, 39:10, 39:12, 41:24, 90:23, 90:24
**160** [1] - 45:1
**1601** [1] - 1:24
**1615** [1] - 4:21
**1665** [1] - 4:12
**16th** [10] - 24:5, 24:10, 28:16, 32:22, 39:4, 96:25, 97:3, 97:15, 98:10, 112:21
**17** [5] - 24:14, 39:10, 39:12, 90:23, 90:24
**1700** [1] - 4:9
**17th** [3] - 28:25, 29:1, 32:22
**18** [2] - 30:21, 34:21
**18th** [14] - 28:25, 29:1, 29:4, 29:14, 29:16, 29:21, 29:24, 30:12, 32:21, 34:17, 34:18, 34:22
**19** [8] - 30:22, 34:21, 41:24, 42:1, 42:8, 42:9, 42:14
**19th** [7] - 29:24, 30:12, 32:21, 34:19, 34:23, 42:5
**1st** [5] - 10:1, 10:4, 10:16, 41:22

## 2

**2** [8] - 34:7, 40:22, 40:24, 41:17, 41:21, 47:4, 99:12, 100:13
**20** [10] - 1:5, 15:5, 41:24, 42:1, 42:8, 42:9, 42:14, 55:12, 96:16
**20005** [1] - 5:13
**20006** [1] - 4:19
**2007** [1] - 4:17
**201** [1] - 5:5
**2010** [1] - 1:5
**2011** [3] - 1:7, 6:22, 7:2
**2020** [1] - 4:18
**20th** [9] - 42:5, 42:6, 75:21, 78:10, 80:25, 82:9, 82:20, 83:1, 100:7
**21** [1] - 110:10
**2179** [4] - 22:17, 74:11, 76:8, 77:4
**2185** [5] - 11:25,

17:17, 17:25, 18:2, 20:5
**22** [1] - 89:21
**22nd** [4] - 8:18, 8:20, 9:13, 78:7
**23** [7] - 6:6, 39:20, 39:21, 40:19, 89:21, 90:2, 110:11
**23rd** [2] - 38:13, 40:7, 40:9
**24** [4] - 39:20, 39:21, 40:19, 90:2
**24th** [2] - 38:13, 40:9
**25** [3] - 42:6, 42:10, 42:12
**26** [4] - 38:1, 42:6, 42:10, 42:12
**2615** [1] - 2:4
**26th** [4] - 28:13, 28:22, 28:23, 32:15
**27** [3] - 18:2, 38:1, 91:11
**27th** [9] - 13:1, 28:13, 28:17, 28:18, 32:15, 33:11, 33:18, 91:10, 91:14
**28** [1] - 13:5
**28th** [3] - 13:1, 33:11, 33:18
**29** [1] - 93:24
**2nd** [5] - 39:3, 39:7, 39:8, 41:15, 41:19

## 3

**3** [5] - 34:7, 41:17, 41:21, 66:2, 66:4
**30** [16] - 26:13, 33:8, 41:6, 45:1, 46:9, 54:2, 54:10, 54:11, 55:3, 55:8, 55:12, 56:20, 58:9, 61:15, 93:25
**30(B)(6** [2] - 6:10, 6:11
**30(b)(6** [74] - 34:25, 44:12, 45:9, 47:11, 47:15, 48:1, 48:3, 48:5, 48:6, 48:10, 48:12, 48:13, 48:18, 49:3, 49:9, 49:15, 49:20, 49:23, 49:25, 50:1, 50:7, 50:13, 51:13, 51:16, 51:25, 52:9, 52:14, 52:16, 52:20, 53:4, 53:7, 53:10, 53:13, 53:19, 53:23, 54:6, 54:11, 54:13, 55:7, 55:19, 56:16, 58:8, 58:23,

59:4, 59:7, 59:9, 59:14, 59:17, 59:23, 60:11, 61:8, 61:14, 61:17, 63:10, 63:13, 63:21, 64:22, 66:5, 66:9, 71:11, 71:24, 72:3, 87:14, 88:6, 88:9, 89:15, 90:15, 91:18, 92:13, 93:22
**30(b)(6)** [2] - 44:17, 44:18
**30(b)(6)'s** [7] - 43:13, 58:15, 59:20, 88:4, 88:18, 89:8, 91:3
**30(B)(6)'S.................
.......** [1] - 6:9
**300** [1] - 3:14
**30th** [1] - 41:10
**31** [3] - 33:8, 41:6, 41:13
**31st** [1] - 41:22
**31st's** [1] - 40:23
**33** [4] - 6:7, 48:8, 87:15, 87:19
**3450** [1] - 5:16
**35** [3] - 59:11, 61:15, 87:15
**36130** [1] - 2:14
**36604** [1] - 1:24
**3668** [1] - 1:17
**36TH** [1] - 3:19
**38** [1] - 6:8
**3:00** [2] - 66:3, 104:1
**3rd** [7] - 34:8, 34:13, 39:7, 39:8, 41:15, 41:20, 112:20

## 4

**4** [3] - 1:7, 7:2, 88:24
**40** [1] - 53:24
**4000** [1] - 4:25
**43** [1] - 6:9
**44** [1] - 6:10
**450** [1] - 2:9
**4th** [5] - 34:8, 34:13, 43:16, 95:7, 112:20

## 5

**5** [1] - 88:24
**50** [3] - 55:12, 57:12, 73:14
**500** [2] - 5:16, 5:23
**5000** [1] - 3:10
**501** [1] - 2:14
**504** [1] - 5:24
**510** [1] - 2:20

**5395** [1] - 2:9
**546** [1] - 4:4
**556** [1] - 1:18
**589-7779** [1] - 5:24
**5th** [5] - 14:6, 43:16, 92:5, 95:6, 95:7

## 6

**6** [1] - 74:16
**6/27** [1] - 13:5
**60** [2] - 55:13, 57:12
**601** [1] - 2:4
**60654** [1] - 3:14
**62** [3] - 60:24, 61:3, 61:6
**66** [1] - 6:11
**6th** [23] - 9:18, 10:13, 10:14, 11:1, 11:6, 11:7, 11:10, 11:15, 12:3, 13:21, 13:24, 15:13, 15:16, 91:24, 91:25, 92:1, 92:11, 92:12, 93:11, 93:13, 93:14, 95:6

## 7

**7** [6] - 6:5, 15:18, 15:20, 16:13, 74:16, 92:20
**70** [2] - 6:12, 57:12
**701** [2] - 2:17, 3:10
**70112** [1] - 4:22
**70113** [1] - 1:21
**70130** [4] - 2:5, 2:18, 4:5, 5:24
**70139** [1] - 3:11
**70163** [1] - 3:20
**70170** [1] - 5:5
**70433** [1] - 2:21
**70502** [1] - 1:18
**74** [1] - 6:13
**75270** [1] - 4:10
**77** [2] - 6:14, 61:10
**77002** [2] - 4:25, 5:17
**77010** [1] - 4:13
**7th** [5] - 15:21, 15:22, 16:1, 16:9, 16:10
**7TH** [1] - 2:9

## 8

**8** [3] - 15:18, 15:20, 16:13
**82** [1] - 6:15
**820** [1] - 1:21
**83** [1] - 6:16

**85** [1] - 6:17
**8th** [8] - 10:14, 11:1, 11:10, 12:3, 15:21, 15:22, 16:1

**9**

**9** [8] - 11:19, 11:21, 36:14, 40:8, 40:20, 57:21, 66:1, 99:21
**900** [1] - 5:13
**94102** [1] - 2:10
**95** [1] - 6:18
**99** [1] - 6:19
**9:00** [3] - 65:19, 65:21, 65:22
**9:30** [1] - 104:2
**9:30....** [1] - 6:22
**9:3O** [1] - 1:7
**9th** [5] - 16:8, 39:3, 39:22, 40:18, 96:8

**A**

**A-B-B-A-S-S-I-O-N** [1] - 34:10
**a.m** [1] - 65:22
**A.M** [1] - 1:7
**Abbassion** [2] - 34:7, 34:10
**ability** [2] - 54:5, 113:18
**able** [17] - 14:23, 15:6, 18:5, 18:12, 21:20, 22:5, 27:16, 33:11, 37:9, 40:20, 49:22, 50:24, 58:9, 71:21, 96:12, 97:5, 109:11
**ABOUT** [1] - 6:16
**above-entitled** [1] - 113:18
**ABRAMSON** [1] - 2:3
**ABS** [1] - 101:21
**absolute** [1] - 110:17
**absolutely** [4] - 30:6, 49:8, 61:23, 107:18
**abundance** [2] - 14:13, 27:5
**acceptable** [1] - 50:15
**accident** [2] - 70:12, 72:14
**accommodate** [5] - 13:23, 22:10, 40:20, 95:24, 96:10
**accommodation** [1] - 8:9
**accommodations** [2] - 12:5, 18:8

**accomplish** [2] - 7:21, 57:20
**accomplished** [2] - 17:19, 18:10
**accounted** [2] - 79:15, 80:18
**accounting** [1] - 93:6
**acquiescence** [1] - 54:5
**acted** [1] - 27:2
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:8
**activities** [1] - 68:19
**actual** [2] - 18:11, 54:16
**add** [2] - 37:18, 103:6
**Add** [2] - 66:14, 68:1
**ADD** [1] - 66:14
**adding** [1] - 73:16
**addition** [3] - 7:13, 59:6, 80:19
**additional** [5] - 82:15, 86:9, 96:7, 96:22, 97:19
**address** [8] - 30:5, 55:22, 56:25, 83:16, 83:17, 97:5, 98:4, 112:6
**addresses** [1] - 112:4
**administrative** [1] - 81:21
**admiral** [1] - 80:22
**Admiral** [1] - 80:22
**advance** [3] - 8:20, 105:12, 108:18
**advice** [1] - 84:11
**advise** [2] - 80:7, 84:1
**advised** [1] - 94:12
**AEP** [1] - 57:3
**affected** [1] - 83:8
**affirmatively** [1] - 108:9
**afraid** [1] - 95:13
**afternoon** [2] - 65:24, 92:5
**agencies** [1] - 80:14
**AGENDA** [1] - 6:3
**agenda** [7] - 69:24, 70:20, 87:2, 87:7, 95:20, 103:25, 106:3
**aggregate** [1] - 53:23
**ago** [8] - 19:19, 32:2, 52:11, 59:21, 82:14, 86:2, 100:17, 108:3
**agree** [27] - 9:17, 15:7, 17:2, 18:5, 18:15, 18:19, 18:25, 22:13, 40:16, 45:24, 51:21, 52:6, 52:13, 53:3, 53:5, 56:9, 57:8,

57:11, 59:16, 59:23, 60:12, 77:9, 81:9, 81:18, 82:20, 92:17, 104:25
**agreed** [5] - 8:25, 82:9, 108:20, 108:21, 108:22
**agreement** [6] - 20:10, 52:17, 52:25, 92:7, 92:22, 111:21
**agrees** [5] - 56:18, 60:22, 61:13, 103:7, 109:16
**ahead** [19] - 20:3, 24:2, 24:11, 27:6, 28:2, 38:23, 59:10, 63:25, 66:8, 70:22, 83:2, 84:6, 87:18, 89:17, 96:2, 96:3, 96:10, 97:13, 100:25
**AL** [2] - 1:24, 2:14
**ALABAMA** [1] - 2:12
**Alabama** [8] - 67:16, 67:24, 70:10, 111:19, 111:21
**Alabama's** [1] - 13:3
**ALAN** [1] - 4:12
**Alan** [8] - 28:3, 38:1, 49:5, 49:7, 50:15, 51:22, 52:1, 76:8
**Alden** [1] - 17:16
**ALDEN** [1] - 5:18
**alert** [2] - 78:9, 80:16
**ALL** [1] - 1:8
**all-encompassing** [1] - 51:2
**Allan** [1] - 92:13
**ALLAN** [2] - 2:17, 92:14
**Allen** [1] - 80:22
**ALLEN** [1] - 5:16
**allow** [1] - 20:19
**alluded** [1] - 110:8
**ALSO** [1] - 5:15
**alternative** [1] - 112:24
**Amendment** [12] - 23:10, 25:4, 25:12, 25:20, 26:20, 29:3, 29:8, 30:19, 31:15, 31:21, 32:1
**AMENDMENT............ ........................ [1] - 6:6
**Amendment/ unavailability** [1] - 32:4
**AMERICA** [6] - 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
**AMERICAN** [1] - 2:4

**Amit** [4] - 95:12, 96:21, 97:14, 98:6
**AMIT** [2] - 5:20, 95:17
**amnesia** [2] - 109:11, 110:8
**amount** [2] - 18:9, 78:21
**AN** [1] - 6:16
**Anadarko** [7] - 89:10, 89:13, 90:20, 91:3, 92:7, 92:13, 112:14
**ANADARKO** [2] - 4:15, 4:16
**analyses** [1] - 93:6
**AND** [4] - 3:17, 4:17, 5:11, 6:19
**ANDREW** [1] - 3:13
**Andy** [41] - 9:20, 9:24, 11:14, 14:15, 15:10, 17:3, 17:6, 17:7, 18:20, 20:23, 21:1, 31:10, 33:24, 37:8, 37:14, 38:16, 39:23, 41:18, 43:1, 44:13, 46:4, 53:3, 60:14, 60:15, 62:23, 66:19, 66:21, 70:17, 74:4, 74:5, 77:9, 81:15, 81:16, 84:18, 84:19, 85:25, 99:8, 101:17, 103:4, 103:13, 107:24
**angry** [1] - 80:8
**animal** [1] - 81:1
**answer** [6] - 50:25, 51:17, 63:8, 84:14, 84:16, 109:11
**answering** [1] - 26:19
**ANTHONY** [1] - 5:19
**anticipate** [2] - 73:16, 88:6
**anticipated** [1] - 93:7
**Antonio** [1] - 28:16
**anytime** [1] - 36:14
**anyway** [2] - 12:12, 82:23
**APC** [9] - 57:3, 67:16, 67:24, 68:1, 68:2, 68:4, 68:6, 68:7, 70:10
**apologies** [1] - 13:22
**apologize** [3] - 31:20, 32:1, 98:1
**apostrophe** [1] - 92:14
**appear** [1] - 88:17
**APPEARANCES** [5] - 1:14, 2:1, 3:1, 4:1, 5:1
**appeared** [2] - 82:23,

98:2
**appearing** [1] - 53:20
**apply** [1] - 55:16
**appreciate** [17] - 17:13, 31:9, 31:11, 35:24, 38:7, 44:14, 64:20, 69:11, 94:13, 94:23, 94:24, 98:9, 98:12, 103:15, 108:14, 113:2, 113:5
**appreciated** [1] - 70:23
**apprised** [1] - 17:21
**approach** [3] - 37:4, 46:19, 56:24
**appropriate** [8] - 44:18, 51:5, 55:21, 56:15, 56:24, 72:3, 109:3, 110:20
**approval** [2] - 59:5, 85:17
**approved** [4] - 83:15, 84:7, 85:11, 85:15
**April** [22] - 30:21, 33:10, 33:19, 34:14, 34:16, 34:17, 35:13, 42:14, 43:17, 44:1, 69:7, 74:16, 75:20, 78:10, 80:25, 82:9, 82:20, 83:1, 91:10, 91:11, 100:7
**APRIL** [1] - 1:5
**architecture** [1] - 49:14
**area** [1] - 45:10
**areas** [6] - 46:13, 46:16, 51:14, 54:17, 56:11, 59:3
**argue** [1] - 110:5
**army** [3] - 78:12, 78:13, 79:7
**Arnold** [4] - 74:11, 74:24, 74:25, 75:10
**aside** [2] - 14:14, 25:17
**aspect** [1] - 50:14
**assertion** [1] - 95:21
**assessment** [1] - 92:21
**assessments** [1] - 92:23
**associated** [1] - 50:25
**assume** [4] - 19:5, 52:23, 71:12, 91:19
**assuming** [2] - 14:22, 103:11
**assumption** [1] - 74:18
**assure** [1] - 25:21
**AT** [2] - 2:20, 6:22

**attempt** [2] - 8:17, 31:13
**attempted** [1] - 100:19
**ATTORNEY** [1] - 2:12
**attorney** [2] - 100:20, 101:10
**attorney-client** [1] - 100:20
**attorneys** [2] - 26:25, 80:7
**ATTORNEYS** [1] - 2:20
**availability** [18] - 8:10, 9:16, 9:19, 9:21, 15:10, 15:15, 32:23, 33:2, 33:9, 33:17, 34:5, 34:16, 36:7, 37:2, 37:9, 38:25, 40:19, 66:17
**available** [25] - 10:13, 10:15, 11:15, 13:8, 13:20, 15:13, 15:15, 21:4, 32:24, 34:24, 36:13, 37:12, 42:5, 48:2, 49:2, 49:24, 50:7, 77:1, 91:20, 93:12, 93:23, 93:24, 112:1, 112:4
**AVENUE** [4] - 1:21, 2:9, 2:14, 5:5
**avoid** [6] - 15:17, 24:23, 24:25, 25:13, 25:23, 25:24
**avoided** [1] - 107:14
**aware** [2] - 36:22, 72:15
**awful** [2] - 7:20, 47:10

**B**

**B-E-L-L-O-W** [1] - 39:9
**B-R-E-A-Z-E-A-L-E** [1] - 102:6
**B-R-Y-A-N** [1] - 91:17
**B406** [1] - 5:23
**BABIUCH** [1] - 3:13
**background** [2] - 109:23, 110:22
**bad** [5] - 7:16, 17:1, 17:2, 38:21
**Baker** [2] - 66:14, 68:2
**ball** [2] - 40:3, 78:24
**ballpark** [1] - 78:25
**Barbier** [8] - 7:15, 21:5, 57:25, 81:9, 83:7, 108:2, 108:6
**barring** [1] - 25:3
**based** [4] - 29:10,

31:3, 88:4, 96:14
**basic** [1] - 109:11
**basis** [4] - 18:21, 51:23, 51:24, 85:10
**Bates** [2] - 85:22, 86:19
**Baxter** [6] - 9:7, 17:10, 102:25, 103:13, 103:16, 103:17
**become** [3] - 31:14, 63:21, 111:25
**BEFORE** [1] - 1:11
**begin** [1] - 19:11
**beginning** [3] - 8:18, 53:21, 104:19
**behalf** [3] - 23:20, 75:19, 82:12
**behavior** [1] - 104:7
**Bellow** [3] - 38:25, 39:8
**benefit** [1] - 97:7
**Bertaut** [1] - 83:18
**BERTAUT** [5] - 4:4, 83:18, 83:24, 102:13, 102:17
**best** [5] - 55:22, 81:2, 113:18
**better** [13] - 13:12, 15:22, 17:21, 27:6, 28:22, 34:15, 42:7, 55:2, 65:20, 68:9, 78:20, 85:3, 112:11
**between** [7] - 21:13, 45:12, 46:22, 51:14, 54:14, 57:3, 95:22
**beyond** [4] - 53:2, 82:16, 83:1, 97:15
**big** [2] - 61:25, 78:24
**bigger** [1] - 79:16
**BINGHAM** [1] - 4:17
**bingo** [1] - 93:15
**birds** [1] - 82:24
**bit** [4] - 9:25, 32:12, 69:25, 92:5
**blah** [8] - 45:21, 93:7, 93:8
**blindside** [1] - 111:2
**blindsided** [2] - 105:7, 110:2
**blood** [2] - 56:1, 56:2
**blurred** [1] - 82:4
**Bly** [4] - 72:20, 100:18, 110:23
**Board** [3] - 19:12, 31:2, 35:19
**Bob** [7] - 23:16, 24:18, 24:23, 25:2, 28:19, 29:7, 29:24
**Bobo** [5] - 51:2, 52:13, 52:15, 52:25, 76:18

**BOCKIUS** [1] - 4:24
**bold** [2] - 32:9
**book** [1] - 94:5
**booked** [1] - 11:10
**Boots** [2] - 36:11, 36:12
**BOP** [3] - 68:22, 69:1, 69:3
**bored** [1] - 87:4
**bother** [1] - 108:12
**Boudreaux** [2] - 56:14
**bound** [1] - 64:11
**BOUNDS** [1] - 1:23
**Bourgoyne** [1] - 103:20
**BOURGOYNE** [1] - 103:21
**BOX** [1] - 1:17
**box** [2] - 79:10, 79:13
**boy** [1] - 94:24
**BP** [78] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 18:5, 18:19, 19:11, 19:12, 20:4, 20:23, 21:21, 22:17, 31:10, 35:19, 35:22, 36:2, 37:7, 37:8, 37:14, 38:16, 45:18, 48:22, 54:14, 58:11, 60:15, 60:25, 61:1, 61:5, 61:11, 63:10, 64:14, 66:21, 70:12, 70:14, 70:17, 72:20, 74:4, 74:13, 77:18, 79:4, 79:10, 81:16, 81:20, 82:3, 83:8, 84:19, 85:25, 92:7, 92:22, 96:15, 97:18, 98:3, 98:6, 98:7, 98:20, 99:1, 99:8, 100:18, 102:9, 102:10, 102:11, 103:3, 104:6, 104:8, 106:21, 107:24, 109:2, 109:24, 110:4, 110:6, 110:15
**BP's** [2] - 64:4, 84:23
**BP............** [1] - 6:14
**BRANCH** [1] - 2:8
**break** [3] - 7:22, 7:23, 69:23
**breaking** [1] - 78:3
**breaks** [1] - 78:3
**Breazeale** [1] - 102:6
**breeze** [1] - 70:6
**Brian** [2] - 29:5, 95:19
**bridge** [2] - 27:8, 63:25
**brief** [4] - 70:2, 96:8,

99:11, 108:18
**briefing** [8] - 96:2, 96:11, 97:11, 97:12, 97:14, 99:16, 99:20, 99:21
**briefly** [1] - 104:7
**briefs** [2] - 97:11, 98:10
**bring** [2] - 50:20, 104:23
**bringing** [1] - 74:13
**broad** [10] - 44:21, 50:22, 51:1, 52:2, 55:21, 56:25, 57:8, 59:3, 79:25
**brother** [1] - 42:18
**brought** [2] - 105:17, 110:1
**Brown** [1] - 37:1
**Bryan** [4] - 91:17, 93:10, 93:13, 93:16
**Bryan's** [1] - 93:18
**bud** [1] - 104:24
**budget** [3] - 54:16, 80:13, 80:14
**BUILDING** [1] - 2:4
**bump** [2] - 22:16, 111:5
**bumps** [2] - 94:22, 106:24
**bunch** [3] - 61:4, 77:24, 78:18
**bunched** [2] - 46:13, 46:16
**Burke** [1] - 86:1
**business** [4] - 65:17, 70:5, 86:10, 111:4
**Buzbee** [2] - 76:12, 77:15
**BY** [23] - 1:4, 1:17, 1:20, 1:23, 2:3, 2:8, 2:13, 2:17, 3:9, 3:13, 3:19, 4:4, 4:8, 4:12, 4:18, 4:21, 4:24, 5:4, 5:12, 5:15, 5:25, 5:25, 6:14
**bye** [2] - 113:5
**bye-bye** [1] - 113:5

**C**

**C-H-A-N-D-L-E-R** [1] - 88:21
**C-R-O-N-E** [1] - 101:14
**CA** [1] - 2:10
**calendar** [8] - 11:17, 30:21, 37:25, 40:23, 53:3, 90:10, 94:25,

112:9
**calendars** [1] - 65:5
**CALLED** [1] - 7:4
**camera** [2] - 96:4, 96:6
**Cameron** [5] - 83:18, 102:12, 102:15, 102:20
**CAMERON** [1] - 4:3
**CAMP** [1] - 2:17
**candy** [1] - 79:17
**cap** [9] - 70:18, 71:4, 71:8, 71:24, 72:6, 73:15, 73:23, 102:14, 102:19
**capital** [1] - 92:14
**Captain** [2] - 30:15
**capture** [1] - 104:22
**care** [3] - 41:15, 73:22, 112:8
**Carl** [1] - 7:15
**Carla** [1] - 86:1
**CARMELITE** [1] - 4:4
**Carmelite** [1] - 83:18
**CARONDELET** [1] - 4:4
**carriers** [2] - 86:8, 86:11
**Carter** [2] - 102:11, 102:12
**carve** [1] - 58:8
**case** [21] - 18:4, 18:11, 19:2, 20:5, 21:15, 21:21, 22:23, 44:25, 46:1, 63:14, 76:9, 77:8, 83:12, 85:10, 88:16, 104:23, 105:24, 110:24, 111:4
**case-by-case** [1] - 85:10
**cases** [3] - 18:23, 19:24, 82:5
**categorical** [1] - 18:21
**categories** [3] - 46:8, 46:9, 104:12
**category** [5] - 18:7, 18:23, 19:10, 19:13, 73:2
**Cathleenia** [2] - 74:8, 74:10
**CATHY** [1] - 5:22
**Cathy** [2] - 113:15, 113:21
**caution** [2] - 14:13, 27:5
**CCR** [2] - 5:22, 113:21
**cement** [1] - 70:14
**cementing** [4] - 37:7, 49:10, 49:18, 73:4
**CENTER** [1] - 5:16

**central** [3] - 17:23, 62:25, 63:1
**CENTRE** [1] - 3:19
**certain** [6] - 18:3, 18:7, 18:8, 20:6, 53:13, 104:7
**Certainly** [1] - 88:16
**certainly** [12] - 18:21, 23:2, 48:20, 53:15, 56:9, 57:24, 69:8, 78:12, 85:1, 88:1, 92:18, 97:22
**certainty** [1] - 23:24
**CERTIFICATE** [1] - 113:14
**certification** [3] - 80:4, 80:5
**CERTIFIED** [1] - 5:23
**Certified** [2] - 113:15, 113:16
**certify** [1] - 113:17
**chair** [1] - 26:19
**chambers** [2] - 108:2, 108:5
**chance** [4] - 55:15, 81:17, 93:12, 109:5
**chances** [1] - 25:6
**Chandler** [3] - 88:21, 95:5, 101:22
**chandler** [2] - 89:4, 89:7
**change** [5] - 10:21, 16:15, 25:3, 26:22, 106:15
**changes** [2] - 27:7, 88:6
**charge** [2] - 67:20, 103:3
**CHARLES** [2] - 5:4, 5:5
**check** [6] - 36:3, 43:7, 66:17, 101:18, 103:13, 103:17
**checked** [3] - 10:12, 15:10, 36:13
**checking** [2] - 71:20
**chew** [1] - 45:15
**Chicago** [1] - 62:23
**CHICAGO** [1] - 3:14
**choice** [1] - 39:21
**choose** [4] - 20:22, 21:8, 36:16, 56:5
**Christopher** [2] - 76:1, 76:7
**Cindy** [1] - 41:23
**circulate** [5] - 59:5, 69:18, 89:7, 89:8, 89:15
**circumstances** [1] - 21:8

**CIVIL** [2] - 1:6, 2:8
**claim** [2] - 85:5, 106:15
**claimant** [2] - 75:20, 77:3
**claims** [2] - 18:14, 19:2
**Claims** [2] - 83:10, 85:5
**clarification** [7] - 18:19, 19:19, 31:12, 68:13, 68:17, 89:10, 95:2
**clarified** [1] - 18:21
**clarify** [1] - 18:24
**CLARKE** [9] - 5:19, 23:15, 23:18, 24:12, 24:16, 25:22, 27:9, 27:24, 28:15
**Clarke** [1] - 23:15
**classic** [1] - 10:23
**classification** [1] - 68:18
**cleanup** [1] - 79:9
**clear** [4] - 31:23, 32:8, 83:19, 108:4
**clearly** [1] - 9:8
**CLERK** [1] - 7:7
**client** [2] - 69:8, 100:20
**client's** [1] - 24:20
**clients** [3] - 21:17, 72:15, 79:10
**close** [4] - 27:19, 27:20, 65:16, 86:10
**closer** [1] - 24:7
**Coast** [3] - 31:4, 83:10, 85:5
**Cobalt** [2] - 43:13, 44:6
**coincided** [1] - 8:14
**colleague** [1] - 20:9
**column** [1] - 96:17
**combined** [3] - 59:2, 59:10, 59:11
**comfort** [1] - 27:3
**comfortable** [1] - 28:6
**coming** [4] - 84:4, 101:10, 112:6
**command** [4] - 78:11, 79:5, 81:22, 82:3
**comment** [3] - 8:21, 21:24, 67:20
**comments** [2] - 81:18, 82:1
**commit** [1] - 30:20
**commitment** [1] - 95:14
**communicate** [2] - 52:24, 99:1

**communication** [6] - 17:20, 28:12, 46:22, 87:22, 87:24, 96:17
**COMMUNICATIONS** [1] - 6:19
**communications** [4] - 54:13, 57:2, 99:6, 100:7
**companies** [4] - 59:12, 86:8, 86:12, 86:13
**COMPANY** [3] - 3:4, 4:16
**company** [6] - 37:7, 40:3, 46:22, 72:4, 87:25
**Company** [1] - 94:10
**compel** [1] - 20:18
**complain** [1] - 106:15
**complaining** [1] - 106:22
**complaints** [1] - 105:8
**complete** [3] - 59:17, 86:11, 97:21
**completely** [2] - 68:24, 105:7
**complicated** [1] - 83:10
**compliment** [1] - 107:22
**comply** [1] - 26:21
**COMPUTER** [1] - 5:25
**concern** [3] - 12:17, 78:1, 99:18
**concerned** [5] - 26:10, 43:8, 61:17, 73:23, 97:23
**concerning** [2] - 20:16, 22:23
**concerns** [2] - 20:15, 111:6
**conclude** [1] - 89:13
**concluded** [1] - 113:11
**concurrent** [1] - 97:10
**conducted** [3] - 72:16, 72:23, 106:12
**conducting** [1] - 70:4
**confer** [3] - 107:8, 107:12, 111:8
**conference** [10] - 8:5, 34:4, 60:13, 62:14, 63:4, 65:23, 65:24, 83:1, 104:2, 108:5
**CONFERENCE** [2] - 1:11, 6:22
**conferences** [1] - 30:5
**confident** [1] - 80:6
**confirm** [2] - 39:16, 40:13

**confirmation** [1] - 44:10
**confirmed** [3] - 35:1, 76:8, 112:18
**confirming** [1] - 41:11
**confronted** [1] - 56:19
**congratulations** [1] - 113:8
**Connolly** [1] - 101:10
**consecutive** [1] - 10:14
**consent** [8] - 63:13, 63:21, 64:4, 64:7, 64:8, 64:9, 64:11, 64:15
**consider** [3] - 9:4, 9:15, 73:15
**considerable** [1] - 45:11
**consideration** [2] - 60:18, 98:13
**considerations** [2] - 80:18, 80:19
**considers** [1] - 64:22
**constantly** [1] - 105:1
**constitute** [1] - 18:16
**construe** [1] - 72:24
**consult** [1] - 84:15
**contact** [9] - 9:15, 40:2, 42:16, 43:20, 64:19, 71:5, 76:17, 76:18, 83:9
**contacted** [3] - 9:20, 10:2, 24:16
**contacting** [2] - 69:20, 88:7
**contain** [10] - 53:10, 70:18, 71:4, 71:9, 71:24, 72:6, 73:15, 73:23, 79:2, 79:3
**container** [2] - 78:2, 78:3
**containment** [1] - 70:10
**contains** [1] - 54:13
**contemplated** [1] - 48:13
**contemplating** [1] - 31:3
**contention** [4] - 45:23, 53:5, 53:6, 54:8
**contents** [1] - 61:11
**context** [4] - 18:14, 110:4, 110:19, 110:20
**continually** [1] - 104:16
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**contract** [1] - 92:6

**contracts** [1] - 93:2
**contrary** [4] - 106:19, 107:22, 107:23
**contributed** [1] - 59:14
**control** [3] - 44:22, 70:9, 82:3
**convenient** [1] - 76:17
**convention** [1] - 31:14
**Convention** [3] - 10:17, 12:9, 17:14
**conversations** [1] - 96:15
**convicted** [3] - 109:1, 109:4, 109:5
**cooperate** [1] - 111:22
**cooperatively** [1] - 81:6
**coordinate** [5] - 22:2, 22:24, 67:25, 69:21, 101:11
**Coots** [2] - 36:11, 36:12
**copied** [1] - 71:1
**copies** [1] - 50:21
**copy** [5] - 50:18, 79:1, 84:7
**COREY** [1] - 2:13
**Corey** [3] - 39:25, 111:10, 113:9
**corporate** [2] - 78:15, 80:25
**corporation** [1] - 64:11
**CORPORATION** [4] - 3:5, 4:3, 4:15, 4:16
**corporation's** [1] - 64:8
**correct** [24] - 8:23, 9:14, 16:3, 29:6, 29:11, 30:9, 32:6, 33:7, 49:8, 64:13, 66:19, 68:20, 73:18, 74:18, 74:20, 75:15, 75:16, 90:12, 94:3, 98:6, 98:7, 101:6, 113:17
**corrected** [1] - 29:7
**cost** [2] - 54:16, 54:22
**COTLAR** [1] - 1:20
**counsel** [42] - 8:25, 10:3, 10:25, 12:7, 15:23, 16:17, 19:20, 19:24, 20:4, 20:5, 28:21, 31:12, 31:18, 34:17, 38:2, 39:13, 40:5, 40:14, 40:15, 43:20, 63:16, 63:22, 64:3, 64:5, 72:18, 85:24, 86:21, 88:1,

96:15, 97:18, 97:20, 99:1, 99:6, 100:3, 100:9, 100:18, 100:20, 103:2, 105:18, 108:19, 109:24, 110:25

**COUNSEL** [1] - 1:16

**COUNSEL............** [1] - 6:19

**country** [2] - 33:10, 33:11

**couple** [10] - 11:7, 23:23, 24:17, 34:1, 37:20, 60:19, 60:21, 69:4, 82:14, 86:2

**course** [7] - 8:9, 19:9, 22:17, 65:23, 72:22, 95:17, 104:20

**coursing** [2] - 56:1, 56:2

**Court** [31] - 24:24, 25:11, 56:24, 65:14, 78:9, 80:3, 80:8, 80:9, 80:16, 80:19, 80:21, 83:15, 83:19, 84:4, 84:7, 85:11, 85:15, 97:7, 97:20, 105:17, 107:6, 107:8, 108:4, 108:8, 112:3, 112:4, 113:16, 113:16, 113:17, 113:21, 113:22

**court** [5] - 40:4, 45:1, 74:13, 95:15, 111:2

**COURT** [391] - 1:1, 5:22, 7:4, 7:8, 7:10, 7:13, 7:20, 8:4, 8:7, 8:12, 8:21, 8:24, 9:4, 9:8, 9:12, 9:15, 9:23, 10:7, 10:10, 10:18, 10:20, 10:24, 11:4, 11:8, 11:13, 11:21, 12:1, 12:11, 12:16, 12:24, 13:4, 13:6, 13:10, 13:12, 13:15, 13:19, 13:24, 14:2, 14:5, 14:12, 14:15, 14:18, 14:25, 15:7, 15:12, 15:19, 15:24, 16:5, 16:7, 16:11, 16:16, 16:19, 16:22, 17:2, 17:5, 17:9, 17:13, 19:3, 19:16, 19:22, 20:3, 20:13, 21:1, 21:16, 21:24, 22:19, 23:7, 23:9, 23:14, 23:17, 23:19, 24:4, 24:11, 24:13, 25:18, 26:2, 26:9,

26:17, 26:24, 27:14, 27:20, 28:1, 28:7, 28:9, 28:14, 28:18, 28:20, 28:23, 29:1, 29:17, 29:20, 30:1, 30:8, 30:18, 30:25, 31:7, 31:9, 31:20, 32:6, 32:8, 32:14, 32:20, 33:12, 33:16, 33:18, 33:23, 34:2, 34:4, 34:9, 34:11, 34:24, 35:3, 35:5, 35:7, 35:11, 35:14, 35:24, 36:5, 36:9, 36:15, 36:18, 36:21, 36:24, 37:5, 37:20, 37:22, 38:3, 38:7, 38:12, 38:15, 38:21, 39:5, 39:8, 39:11, 39:18, 39:21, 39:23, 40:12, 40:15, 41:2, 41:5, 41:10, 41:21, 42:1, 42:12, 42:20, 43:1, 43:5, 43:9, 43:11, 43:18, 43:23, 44:1, 44:6, 44:9, 45:6, 45:20, 45:24, 46:2, 46:21, 46:25, 47:4, 47:7, 47:18, 47:20, 48:5, 48:15, 49:3, 49:7, 49:20, 50:4, 50:9, 50:11, 50:13, 51:3, 51:12, 51:19, 51:24, 52:7, 52:19, 52:23, 53:2, 54:2, 54:8, 54:25, 56:4, 56:18, 57:2, 57:6, 57:11, 57:15, 57:19, 58:24, 60:6, 60:9, 60:25, 61:2, 61:4, 61:18, 61:23, 62:4, 62:13, 62:20, 62:22, 63:1, 63:5, 63:7, 63:15, 63:19, 63:24, 64:3, 64:9, 64:11, 64:14, 64:20, 65:8, 65:15, 65:19, 65:22, 66:1, 66:4, 66:18, 66:23, 67:5, 67:7, 67:13, 67:19, 67:22, 68:11, 68:15, 68:20, 68:25, 69:3, 69:11, 69:16, 69:25, 70:4, 70:20, 70:22, 70:25, 71:4, 71:8, 71:12, 71:14, 71:17, 71:22, 72:2, 72:8, 72:10, 73:7, 73:9, 73:12, 73:18, 73:22, 74:3, 74:5, 74:19, 74:22, 75:1, 75:5,

75:8, 75:13, 75:22, 75:25, 76:4, 76:10, 77:3, 77:12, 77:14, 77:17, 81:13, 81:15, 82:7, 82:18, 82:25, 83:21, 84:6, 84:18, 85:4, 85:9, 85:14, 85:17, 85:20, 86:5, 86:15, 86:17, 86:21, 86:25, 87:10, 87:13, 87:19, 88:5, 88:11, 88:14, 88:20, 88:22, 88:25, 89:3, 89:6, 89:15, 89:19, 89:22, 89:25, 90:3, 90:7, 90:9, 90:13, 90:16, 90:19, 90:21, 90:24, 91:1, 91:8, 91:11, 91:14, 91:22, 91:25, 92:2, 92:10, 92:12, 92:17, 93:9, 93:12, 93:15, 93:18, 93:21, 94:1, 94:5, 94:13, 94:15, 94:17, 94:19, 94:22, 94:24, 95:3, 95:9, 95:15, 95:20, 96:18, 96:24, 97:2, 97:12, 97:22, 98:5, 98:9, 98:14, 98:16, 98:24, 99:5, 99:14, 99:17, 99:21, 99:23, 100:11, 100:22, 100:25, 101:7, 101:11, 101:14, 101:20, 101:24, 102:2, 102:4, 102:9, 102:14, 102:19, 103:9, 103:13, 103:15, 103:17, 104:25, 105:21, 106:8, 106:18, 106:25, 107:10, 107:16, 107:19, 107:21, 108:14, 108:24, 109:15, 111:5, 111:13, 111:15, 112:8, 112:13, 112:15, 113:1, 113:3, 113:7

**Court's** [1] - 26:21

**Court-approved** [3] - 83:15, 84:7, 85:15

**courtroom** [2] - 7:16, 41:12

**cover** [3] - 58:7, 66:6, 89:24

**coverage** [1] - 86:11

**covered** [5] - 66:15, 66:18, 66:23, 68:11, 107:17

**covers** [1] - 99:12

**COVINGTON** [1] - 2:21

**Cowie** [2] - 13:7

**COWIE** [1] - 13:7

**Cowlam** [9] - 13:16, 14:23, 15:12, 15:15, 15:21, 15:22, 16:3, 16:14

**COWLAM** [1] - 13:16

**crack** [1] - 41:11

**created** [4] - 44:12, 78:16, 78:19, 78:21

**credit** [2] - 61:19, 109:20

**critical** [2] - 22:23, 110:24

**Crone** [2] - 101:14, 101:16

**cross** [4] - 27:8, 63:25, 110:20, 110:21

**cross-examination** [2] - 110:20, 110:21

**CRR** [2] - 5:22, 113:21

**crunched** [1] - 46:8

**CSI** [6] - 36:25, 37:7, 66:14, 66:18, 66:23, 68:3

**CSI's** [1] - 37:9

**Cunningham** [31] - 11:11, 11:18, 13:13, 14:3, 14:11, 22:2, 22:25, 33:12, 34:11, 35:8, 36:16, 39:3, 39:18, 41:5, 50:11, 50:12, 51:12, 61:18, 71:13, 73:13, 76:18, 89:1, 89:23, 91:1, 91:22, 92:3, 105:4, 105:6, 107:21, 107:25, 108:16

**CUNNINGHAM** [69] - 1:23, 1:23, 11:12, 11:17, 13:14, 13:18, 14:4, 14:8, 16:1, 16:4, 16:6, 16:10, 16:12, 32:18, 33:14, 34:12, 34:22, 35:9, 36:17, 39:7, 39:20, 39:22, 40:9, 40:25, 41:6, 41:9, 41:13, 41:16, 41:18, 41:25, 42:2, 42:8, 42:11, 42:25, 43:15, 43:24, 44:2, 44:5, 44:8, 50:12, 51:11, 51:17, 51:20, 52:4, 62:10, 65:25, 68:10, 71:13, 73:11, 73:13, 73:21,

89:2, 89:24, 90:6, 90:25, 91:16, 91:24, 92:9, 93:10, 93:16, 93:20, 95:7, 105:6, 106:5, 106:9, 106:20, 107:1, 108:15, 108:25

**current** [2] - 23:25, 71:17

**custodial** [2] - 80:6, 80:20

**cut** [2] - 15:17, 45:1

**cutoff** [1] - 26:13

# D

**D-O-N-N-E-L-L** [1] - 92:14

**DALLAS** [2] - 4:10, 5:16

**damage** [1] - 83:13

**damaging** [1] - 83:9

**darned** [1] - 108:11

**Darrell** [1] - 89:18

**DARRELL** [1] - 89:20

**Darryl** [1] - 103:20

**DART** [11] - 2:19, 8:2, 8:5, 8:8, 8:13, 8:23, 9:6, 9:11, 9:14, 102:22, 103:11

**Dart** [2] - 8:2, 102:22

**dart** [1] - 11:2

**dart's** [2] - 10:8, 13:1

**dash** [1] - 67:1

**date** [20] - 16:9, 24:7, 29:20, 33:6, 38:2, 38:3, 39:6, 39:15, 54:6, 55:8, 59:7, 70:16, 76:14, 76:19, 76:21, 78:4, 91:21, 97:15, 99:20, 112:24

**dates** [32] - 8:25, 10:13, 11:1, 11:15, 11:20, 12:22, 13:6, 24:2, 24:9, 24:17, 28:10, 28:22, 28:24, 29:2, 30:20, 32:12, 32:25, 33:20, 34:1, 38:19, 39:1, 39:15, 39:19, 40:6, 65:4, 65:5, 69:21, 71:6, 83:2, 94:25, 101:2, 101:11

**DAUPHIN** [1] - 1:24

**David** [6] - 9:6, 37:1, 40:21, 41:3, 41:4, 102:19

**days** [22] - 11:7, 11:9, 12:14, 14:22, 15:3,

15:5, 25:16, 25:19, 25:21, 26:13, 27:13, 33:11, 33:21, 33:22, 33:23, 34:9, 47:25, 58:3, 78:12, 86:2, 90:5
**DC** [2] - 4:19, 5:13
**dead** [1] - 100:13
**deadline** [1] - 65:13
**deadlines** [1] - 58:5
**Deafening** [1] - 37:2
**deal** [9] - 26:22, 31:6, 67:14, 73:23, 76:23, 78:20, 80:1, 107:25
**dealing** [2] - 78:10, 79:13
**dealt** [1] - 49:13
**death** [1] - 87:4
**December** [1] - 31:2
**decide** [1] - 58:10
**decision** [1] - 96:12
**decline** [1] - 21:12
**deduct** [1] - 98:16
**DEEPWATER** [3] - 1:4, 3:17, 3:18
**defendant** [4] - 19:3, 99:17, 100:7, 100:8
**defendants** [10] - 9:1, 18:11, 18:23, 21:21, 45:9, 60:1, 64:23, 111:24, 112:2, 112:5
**defense** [1] - 85:2
**defer** [6] - 37:22, 44:9, 77:20, 77:22, 81:13, 82:9
**deferral** [1] - 81:25
**deferred** [1] - 7:25
**definitely** [1] - 27:14
**definitively** [2] - 48:3, 65:9
**Defranco** [3] - 34:14, 34:19, 35:13
**delayed** [1] - 83:10
**DENISE** [1] - 4:24
**Department** [2] - 27:2, 103:21
**DEPARTMENT** [1] - 2:7
**departments** [1] - 92:25
**deponent** [2] - 48:7, 57:20
**deponents** [15] - 18:3, 20:15, 45:12, 45:16, 65:9, 69:20, 70:9, 70:18, 73:15, 77:18, 88:9, 94:7, 101:2, 103:19, 103:23
**DEPONENTS** [1] - 6:14

**DEPONENTS**............ ....................... [1] - 6:21
**DEPONENTS**............ ....................... [1] - 6:12
**deponents/fact** [1] - 82:16
**depose** [3] - 26:15, 56:9, 57:20
**deposed** [10] - 15:25, 24:9, 24:24, 25:2, 25:24, 47:24, 55:9, 55:14, 57:16, 110:14
**deposition** [35] - 8:22, 22:5, 24:2, 25:5, 25:10, 25:17, 29:19, 34:6, 34:25, 37:18, 37:25, 46:9, 47:10, 50:1, 51:7, 53:5, 58:25, 59:17, 62:8, 69:14, 72:7, 74:12, 74:18, 75:12, 76:14, 77:1, 88:18, 91:4, 94:8, 100:16, 104:20, 107:4, 110:6, 112:17, 112:19
**depositions** [33] - 7:25, 8:15, 17:24, 18:2, 18:16, 20:17, 21:10, 24:25, 25:8, 25:12, 25:25, 26:11, 27:6, 27:13, 27:15, 45:13, 47:16, 53:8, 64:22, 66:6, 69:19, 72:22, 74:1, 101:4, 102:24, 103:5, 104:8, 104:11, 105:14, 106:6, 106:9, 106:12, 106:22
**DEPOSITIONS**............ ............... [1] - 6:11
**DEPOSITIONS**............ ................ [1] - 6:5
**DEPUTY** [1] - 7:7
**deputy** [1] - 41:12
**derivative** [3] - 17:17, 18:14, 19:24
**design** [1] - 61:7
**designate** [6] - 45:12, 51:6, 54:21, 58:19, 62:6, 69:21
**designated** [10] - 46:19, 49:24, 51:13, 63:13, 64:24, 71:24, 89:7, 89:16, 92:2, 92:15

**designating** [2] - 54:21, 58:20
**designation** [1] - 51:15
**designations** [8] - 45:9, 45:14, 49:15, 49:21, 51:15, 53:10, 60:20, 64:25
**designed** [1] - 18:1
**designee** [6] - 47:11, 57:21, 59:18, 63:21, 90:15, 93:22
**designees** [4] - 62:16, 62:17, 63:10, 88:7
**despite** [1] - 75:13
**Det** [6] - 66:25, 68:4, 68:16, 68:17, 68:21, 69:9
**DET** [1] - 66:25
**detail** [1] - 44:13
**detection** [1] - 61:12
**determination** [1] - 61:7
**determined** [1] - 48:7
**detriment** [1] - 22:11
**dial** [5] - 62:14, 62:22, 66:2, 66:4, 104:3
**dial-in** [4] - 62:14, 62:22, 66:2, 66:4
**Dictaphones** [1] - 45:20
**difference** [1] - 62:9
**different** [5] - 21:2, 68:24, 80:24, 81:1, 81:10
**differentiating** [1] - 73:17
**dilemma** [2] - 46:5, 56:22
**diligence** [1] - 92:21
**diligently** [1] - 12:22
**direct** [6] - 18:12, 18:24, 19:7, 19:9, 21:22, 84:1
**directed** [1] - 110:23
**direction** [2] - 72:17, 86:12
**directions** [1] - 108:3
**director** [1] - 19:6
**directors** [1] - 19:8
**disagree** [3] - 55:18, 55:19, 55:20
**disagreement** [1] - 107:4
**disclose** [1] - 97:19
**discovery** [13] - 18:13, 19:2, 20:6, 21:14, 23:6, 25:8, 26:12, 27:4, 81:20, 98:21, 111:18, 111:24,

111:25
**DISCOVERY** [1] - 1:11
**discrete** [4] - 53:14, 54:17, 56:11, 57:14
**discuss** [1] - 81:17
**discussed** [2] - 104:7, 107:13
**discussing** [1] - 103:2
**discussion** [3] - 7:24, 105:9, 109:8
**discussions** [6] - 20:4, 20:11, 38:1, 54:14, 82:17, 101:9
**dispute** [1] - 37:15
**disseminating** [1] - 85:15
**distinguished** [2] - 7:14
**distorts** [2] - 106:16, 106:23
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 113:17, 113:22
**division** [1] - 68:21
**DIVISION** [1] - 2:8
**divisions** [1] - 68:24
**doable** [3] - 9:17, 50:16, 60:4
**DOCUMENT** [1] - 1:8
**document** [2] - 107:5, 111:24
**documentation** [1] - 82:2
**documents** [17] - 54:20, 54:21, 54:22, 79:1, 80:6, 82:4, 95:22, 96:3, 96:5, 96:11, 96:12, 97:1, 97:6, 97:19, 98:19, 98:23, 99:4
**doggone** [1] - 110:16
**DOJ** [2] - 25:4, 26:13
**DOMENGEAUX** [1] - 1:16
**domestic** [1] - 26:11
**DON** [1] - 3:9
**Don** [34] - 14:19, 28:4, 29:7, 29:8, 29:9, 36:10, 36:24, 37:5, 37:6, 37:24, 38:7, 47:20, 47:21, 48:6, 52:1, 52:19, 55:19, 56:10, 56:18, 57:22, 62:7, 66:22, 72:10, 72:11, 74:20, 76:5, 78:6, 86:6, 99:15, 104:5, 104:6, 105:9, 105:22, 106:7
**DONALD** [1] - 4:8
**Donald** [1] - 62:8

**done** [21] - 14:22, 24:24, 26:14, 26:21, 27:4, 27:16, 46:14, 53:15, 59:7, 59:25, 60:1, 62:16, 65:16, 72:17, 73:23, 86:3, 86:14, 96:3, 96:11, 97:23, 102:5
**double** [8] - 14:24, 15:17, 15:20, 15:25, 16:7, 33:22, 35:9, 41:2
**Doug** [2] - 42:4, 42:9
**down** [17] - 10:1, 25:19, 25:21, 27:15, 35:22, 43:2, 48:18, 54:11, 59:25, 74:16, 79:17, 92:19, 94:22, 101:5, 105:16, 105:20, 107:16
**dozen** [1] - 96:16
**draft** [5] - 59:4, 60:11, 67:11, 67:12, 88:4
**drafted** [4] - 45:18, 47:3, 61:16, 61:20
**drafting** [2] - 67:20, 88:2
**drafts** [2] - 66:9, 69:18
**Dril** [2] - 67:1, 68:5
**DRIL** [1] - 67:1
**Dril-Quip** [1] - 68:5
**drilled** [1] - 72:5
**DRILLING** [1] - 3:17
**drive** [2] - 81:20, 83:25
**drunk** [1] - 47:7
**due** [3] - 11:2, 46:12, 92:20
**duplication** [1] - 25:14
**duplicative** [1] - 59:3
**Dupree** [1] - 39:10
**during** [9] - 11:15, 15:9, 24:5, 28:12, 36:14, 58:2, 58:7, 72:22, 104:20
**duty** [1] - 21:17

## E

**E&P** [1] - 4:16
**e-mail** [7] - 33:6, 33:17, 76:19, 83:5, 87:6, 95:21, 98:3
**e-mails** [1] - 95:22
**Earl** [1] - 102:10
**early** [1] - 25:2
**ears** [1] - 10:9
**easily** [1] - 93:9
**Eastern** [1] - 113:17
**EASTERN** [1] - 1:1

easy [1] - 86:23
echo [1] - 82:1
economic [1] - 93:5
Eddy [5] - 70:25, 71:5, 71:9, 71:14, 73:20
EDWARDS [1] - 1:16
effect [1] - 46:15
effectively [1] - 26:7
effects [1] - 78:22
efficiencies [1] - 18:9
efficiency [1] - 19:14
efficient [1] - 97:22
effort [1] - 97:18
eight [1] - 73:14
either [10] - 10:3, 28:13, 28:25, 29:1, 30:11, 76:18, 76:21, 78:2, 81:24, 93:16
ELLIS [1] - 3:12
ELM [1] - 4:9
emotion [1] - 21:2
emotional [1] - 105:25
employ [1] - 36:6
employed [6] - 36:11, 71:14, 98:6, 100:8, 102:6, 102:9
employee [6] - 10:23, 36:2, 40:2, 42:16, 71:15, 98:3
employees [3] - 61:12, 94:9, 98:7
employer [2] - 38:2, 71:16
employment [1] - 71:18
encompass [1] - 46:20
encompassing [2] - 51:2, 55:24
encourage [1] - 110:25
end [5] - 25:1, 27:4, 38:12, 111:12, 111:16
endeavor [1] - 50:7
ended [1] - 45:4
endorsed [1] - 8:8
ends [1] - 112:22
Energy [2] - 66:14, 68:1
ENERGY [2] - 3:19, 4:7
Engineering [3] - 67:2, 68:7, 103:21
engineers [1] - 79:8
English [1] - 109:12
enormous [1] - 82:5
entering [1] - 92:21
entire [1] - 19:10

entirely [1] - 46:7
entitled [1] - 113:18
entity [2] - 55:25
entry [2] - 30:9, 30:10
error [1] - 33:5
Erwin [2] - 102:11, 102:12
ERWIN [1] - 102:12
ESI [2] - 49:14, 79:16
especially [1] - 18:2
ESQUIRE [28] - 1:17, 1:20, 1:23, 2:3, 2:8, 2:13, 2:13, 2:17, 3:9, 3:13, 3:13, 3:19, 4:4, 4:8, 4:8, 4:9, 4:12, 4:18, 4:21, 4:24, 5:4, 5:12, 5:15, 5:18, 5:19, 5:19, 5:20, 5:20
essentially [2] - 20:12, 22:14
estimated [1] - 54:15
etcetera [3] - 54:9, 69:14, 111:19
evaluation [1] - 92:20
evaluations [1] - 93:6
EVENT [1] - 6:8
event [5] - 9:10, 38:9, 38:18, 42:15, 82:23
eventually [1] - 100:18
evil [1] - 110:12
ex [2] - 40:2, 42:16
ex-employee [2] - 40:2, 42:16
exact [1] - 81:4
exactly [4] - 31:7, 35:11, 67:18, 82:25, 86:25, 100:1
examination [3] - 45:10, 110:20, 110:21
Example [1] - 104:25
example [6] - 10:23, 42:23, 80:22, 83:5, 103:20, 104:14
examples [12] - 18:4, 59:15, 61:16, 104:8, 104:12, 104:22, 105:22, 106:2, 107:10, 107:13, 108:7, 108:9
except [2] - 84:9, 91:21
exception [1] - 58:8
exchange [1] - 38:11
excuse [1] - 20:25
exist [3] - 63:18, 78:12, 80:15
existence [3] - 61:11, 84:1, 93:5

exists [1] - 50:15
expansive [1] - 50:23
expect [1] - 12:23
expected [2] - 54:16, 106:25
expecting [2] - 78:17, 88:1
experience [1] - 54:15
exploded [1] - 48:5
exploration [3] - 92:23, 93:1, 100:19
EXPLORATION [1] - 3:6
Exploration [1] - 94:10
extended [1] - 99:17
extent [4] - 53:20, 85:23, 98:22, 106:1
extra [4] - 18:9, 21:6, 34:21, 96:22
extraordinary [1] - 25:3
extreme [1] - 60:20
eyes [1] - 78:18
Ezell [2] - 33:8, 33:18

# F

fabulous [1] - 14:15
Facility [2] - 83:10, 85:6
fact [9] - 27:4, 48:9, 75:13, 78:18, 81:19, 92:25, 94:12, 96:5, 105:12
facts [2] - 58:23, 80:16
fair [3] - 45:16, 72:2, 98:24
faith [1] - 31:13
fall [1] - 96:16
Fanning [2] - 23:12, 23:22
far [13] - 10:19, 10:25, 17:13, 23:4, 43:8, 50:6, 51:12, 61:17, 72:19, 73:22, 85:22, 88:15, 109:17
fashion [1] - 104:20
Fat [1] - 61:25
February [1] - 78:4
FEDERAL [1] - 2:7
fellow [1] - 110:2
felon [3] - 109:2, 109:4, 109:5
Fereidian [1] - 34:10
few [7] - 30:15, 32:12, 34:3, 91:7, 106:14, 106:22, 106:24
field [1] - 79:7

FIFTH [1] - 6:6
Fifth [18] - 23:10, 23:25, 24:8, 25:4, 25:12, 25:20, 26:20, 27:8, 29:2, 29:8, 30:19, 31:15, 31:19, 31:21, 31:22, 31:25, 32:4
fight [1] - 22:19
figure [4] - 47:8, 70:11, 70:16, 85:2
figures [1] - 79:1
figuring [1] - 27:21
file [1] - 97:21
filed [1] - 77:6
files [1] - 80:20
final [5] - 45:14, 60:1, 64:22, 64:25, 92:13
finally [1] - 93:22
FINANCIAL [1] - 5:11
financial [1] - 93:5
fine [29] - 7:19, 13:18, 14:6, 14:8, 16:13, 16:24, 30:1, 33:14, 35:4, 41:14, 41:25, 42:11, 42:25, 45:1, 50:14, 51:11, 51:20, 51:23, 51:24, 60:16, 62:4, 77:12, 84:22, 87:19, 91:16, 92:10, 97:9, 107:11
finish [2] - 12:17, 58:5
finished [2] - 15:9, 69:5
FIRM [1] - 5:15
firm [2] - 14:10, 43:21
first [14] - 17:18, 39:1, 68:11, 82:13, 88:8, 88:19, 93:16, 93:18, 95:18, 98:2, 103:16, 104:14, 109:22, 109:23
fit [2] - 68:16, 73:1
Fitch [2] - 32:11, 112:14
FITCH [8] - 5:19, 32:11, 38:10, 38:14, 112:14, 112:16, 112:24, 113:2
five [9] - 8:11, 8:13, 8:16, 8:22, 9:12, 26:19, 27:21, 78:1, 91:18
fixed [1] - 80:14
flag [1] - 69:9
flesh [1] - 81:6
flexibility [1] - 11:6
Fleytas [4] - 74:3, 75:7, 75:8, 75:17
FLOOR [2] - 2:9, 3:19

Flynn [5] - 12:20, 16:17, 17:7, 19:5
focused [3] - 44:20, 48:10, 63:11
focuses [1] - 50:13
folks [8] - 48:18, 49:5, 73:4, 73:6, 76:13, 78:6, 84:1, 88:17
follow [3] - 30:23, 31:11, 75:22
following [1] - 66:9
follows [3] - 20:14, 21:25, 70:9
fool [1] - 45:6
fooling [1] - 62:15
FOR [12] - 1:23, 2:7, 2:12, 2:16, 3:3, 3:16, 4:3, 4:7, 4:15, 4:24, 5:3, 5:7
foreclose [1] - 21:9
foregoing [1] - 113:17
forensic [1] - 68:21
forgot [1] - 60:9
forgotten [1] - 17:11
form [3] - 18:16, 83:16, 84:7
former [2] - 10:23, 71:15
formerly [1] - 36:11
forward [5] - 20:20, 51:23, 51:24, 88:11, 99:23
Foster [3] - 91:5, 91:12, 91:14
FOSTER [1] - 91:12
four [6] - 14:21, 15:2, 15:4, 15:8, 27:21, 28:24
fourth [2] - 12:8, 42:22
FRANCISCO [1] - 2:10
frankly [5] - 24:19, 24:25, 25:12, 44:22, 63:11
Fred [3] - 37:1, 37:11, 66:15
free [2] - 79:20, 79:22
FRIDAY [3] - 1:7, 6:22, 7:2
Friday [16] - 38:13, 62:9, 63:4, 63:6, 63:7, 64:21, 65:7, 65:12, 67:13, 73:6, 74:10, 92:12, 95:6, 104:2, 108:5, 112:17
Fridays [1] - 81:23
FRILOT [1] - 3:18
FROM [1] - 6:19
front [3] - 46:14, 90:17, 97:13
fronts [1] - 81:18

**full** [2] - 81:9, 92:16
**fully** [2] - 22:5, 22:6

# G

**gallons** [1] - 78:1
**GATE** [1] - 2:9
**general** [5] - 49:15, 49:17, 104:18, 109:25
**GENERAL** [1] - 2:12
**generally** [2] - 91:20, 92:6
**generating** [1] - 19:14
**gentle** [1] - 110:21
**gentlemen** [2] - 9:12, 39:5
**geology** [1] - 93:1
**GETTING** [1] - 6:16
**Gisclair** [6] - 47:24, 49:9, 49:16, 49:18, 50:24, 52:14
**given** [10] - 18:12, 18:13, 19:1, 21:14, 24:24, 25:17, 31:4, 49:13, 58:5, 88:14
**glad** [5] - 32:14, 60:12, 63:24, 67:19, 106:4
**GLENN** [1] - 5:4
**goal** [1] - 60:3
**Godfrey** [1] - 105:15
**GODWIN** [56] - 4:7, 4:8, 4:11, 9:2, 14:17, 14:19, 15:1, 36:8, 36:10, 36:20, 36:22, 37:4, 37:6, 43:3, 43:10, 47:19, 47:21, 48:9, 48:17, 49:5, 49:24, 50:5, 50:10, 51:8, 52:12, 52:22, 52:24, 54:24, 55:1, 56:21, 57:23, 62:7, 62:11, 62:18, 62:21, 66:19, 66:22, 72:9, 72:11, 73:8, 73:10, 74:20, 75:10, 75:16, 76:3, 76:5, 76:11, 77:4, 77:7, 77:13, 77:16, 86:6, 86:16, 94:21, 99:15, 99:19
**Godwin** [15] - 14:19, 36:10, 37:6, 37:15, 43:4, 47:21, 49:8, 52:1, 62:7, 66:22, 72:11, 74:20, 76:5, 86:6, 99:15
**GOLDEN** [1] - 2:9
**GOODIER** [1] - 5:4
**goodness** [1] - 46:25

**GOTSHAL** [1] - 5:12
**governed** [1] - 27:11
**Government** [1] - 47:16
**government** [1] - 79:4
**GOVERNMENT** [1] - 2:7
**grade** [1] - 94:15
**Grand** [1] - 112:21
**grand** [1] - 113:1
**great** [16] - 17:22, 24:4, 52:19, 61:15, 71:22, 73:7, 88:20, 92:10, 94:25, 95:1, 98:9, 99:5, 101:13, 103:9, 106:23, 107:25
**greater** [1] - 25:6
**grossly** [1] - 106:16
**ground** [1] - 10:22
**group** [4] - 23:3, 59:22, 60:7, 91:2
**groupings** [1] - 96:19
**guarantee** [4] - 26:13, 27:2, 50:24, 51:1
**Guard** [1] - 31:4
**guess** [15] - 7:17, 15:19, 20:13, 27:22, 27:23, 28:16, 32:3, 37:15, 45:2, 58:25, 63:25, 68:11, 83:21, 99:13, 100:13
**guide** [3] - 39:13, 39:19, 40:18
**Guide** [2] - 40:7, 40:8
**GUIDRY** [1] - 4:21
**GULF** [1] - 1:5
**Gulf** [2] - 83:10, 85:5
**guy** [2] - 103:8, 110:14
**guys** [6] - 15:24, 22:9, 27:17, 45:6, 45:15, 47:13, 50:5, 52:7, 54:10, 58:24, 59:1, 62:13, 69:17, 77:18, 100:25, 105:23

# H

**H-A-Y-N-I-E** [1] - 101:21
**H-O-L-L-E-K** [1] - 89:20
**Habans** [1] - 29:7
**Hafle** [1] - 32:15
**Hafle's** [1] - 28:21
**Hague** [6] - 10:17, 12:9, 17:14, 94:12, 94:18, 94:19

**Haire** [3] - 76:1, 76:7, 77:1
**Haire's** [1] - 76:14
**Halliburton** [36] - 14:20, 36:10, 36:12, 37:6, 47:22, 47:23, 48:1, 48:6, 49:4, 49:25, 50:2, 51:25, 54:12, 55:6, 55:17, 58:11, 58:25, 62:7, 66:22, 67:8, 68:3, 68:5, 68:8, 70:12, 70:14, 72:12, 72:14, 72:18, 73:3, 74:21, 76:6, 86:6, 86:8, 86:12, 99:15
**HALLIBURTON** [1] - 4:7
**halves** [1] - 111:22
**hand** [2] - 46:15, 104:9
**handed** [1] - 79:17
**handled** [1] - 53:6
**handling** [1] - 20:9
**Hank** [3] - 8:2, 9:8, 102:22
**happy** [4] - 37:16, 44:17, 47:13, 48:17
**hard** [2] - 54:11, 79:1
**Harrell** [6] - 23:12, 23:22, 23:24, 24:14, 25:18, 32:21
**HARRELL** [1] - 32:22
**Harry** [2] - 9:7, 9:11
**HAS** [1] - 6:16
**hate** [2] - 38:10, 46:18
**HAYCRAFT** [9] - 3:9, 37:23, 38:6, 69:24, 94:18, 104:6, 107:11, 107:18, 107:20
**Haycraft** [2] - 37:24, 104:6
**Haycraft's** [1] - 78:6
**Haynie** [1] - 101:21
**Hayward** [12] - 9:6, 9:9, 10:12, 10:22, 11:3, 11:10, 12:3, 12:14, 13:25, 15:20, 15:25
**Hayward's** [1] - 12:7
**headlines** [1] - 44:16
**heads** [1] - 87:7
**heads-up** [1] - 87:7
**hear** [8] - 7:10, 26:2, 27:5, 46:4, 46:10, 108:8, 110:12
**heard** [8] - 9:2, 23:12, 78:23, 105:12, 106:18, 107:21,

107:22, 110:9
**HEARD** [1] - 1:11
**hearing** [6] - 31:2, 51:22, 62:21, 65:11, 69:6, 73:6
**hell** [1] - 64:16
**Hello** [2] - 23:17, 95:12
**hello** [2] - 7:8, 7:10
**help** [4] - 15:24, 84:16, 96:23, 100:5
**helped** [1] - 80:13
**helpful** [2] - 61:13, 66:13
**helps** [1] - 15:16
**HENRY** [1] - 2:19
**hereby** [1] - 113:17
**HERMAN** [3] - 1:20, 1:20
**Herman** [1] - 76:18
**Herman's** [1] - 70:24
**herring** [1] - 46:12
**high** [3] - 81:21, 105:24, 109:3
**highlight** [1] - 32:9
**hired** [3] - 37:7, 84:11, 111:23
**history** [1] - 108:2
**hold** [12] - 24:13, 29:22, 30:18, 42:3, 60:12, 61:2, 61:4, 89:6, 90:3, 90:9, 94:1, 96:4
**HOLDINGS** [3] - 3:7, 3:16, 5:8
**Hollek** [3] - 89:18, 89:20, 101:24
**home** [1] - 83:9
**Honor** [149] - 7:9, 7:12, 7:19, 8:2, 9:14, 9:24, 10:16, 11:6, 11:18, 11:22, 12:19, 12:20, 14:17, 14:19, 15:22, 17:16, 17:18, 19:18, 20:1, 21:5, 21:11, 22:13, 23:8, 23:13, 23:15, 23:21, 24:12, 25:23, 26:4, 27:10, 28:5, 28:15, 31:10, 32:11, 32:18, 33:4, 33:14, 35:1, 35:15, 36:8, 36:10, 36:13, 36:22, 37:4, 37:14, 37:19, 38:6, 38:10, 38:16, 43:2, 43:4, 43:10, 43:19, 46:3, 47:2, 47:21, 48:10, 49:6, 49:8, 50:8, 50:12, 51:17, 52:12, 53:11, 54:3,

55:1, 55:2, 55:17, 55:18, 57:23, 60:5, 60:15, 60:17, 60:19, 60:22, 61:13, 61:21, 62:1, 62:2, 62:7, 62:18, 63:3, 65:10, 66:19, 67:4, 67:10, 69:1, 69:15, 70:17, 71:10, 71:19, 71:25, 72:9, 72:11, 72:14, 73:3, 73:11, 74:2, 74:7, 74:20, 74:23, 75:11, 75:16, 75:17, 76:5, 76:11, 77:5, 77:20, 81:2, 82:22, 83:18, 83:23, 84:9, 84:25, 85:16, 85:19, 86:6, 86:16, 87:11, 89:2, 95:12, 95:17, 96:14, 96:23, 97:4, 97:9, 97:17, 98:8, 98:12, 98:15, 98:25, 99:8, 99:9, 99:24, 100:16, 101:18, 102:1, 102:13, 102:22, 105:6, 105:11, 106:20, 107:11, 107:20, 107:24, 108:2, 108:15, 109:19, 110:21
**Honor's** [3] - 55:3, 63:8, 78:18
**HONORABLE** [1] - 1:11
**hooked** [1] - 30:16
**hope** [6] - 8:8, 12:2, 45:11, 59:6, 65:15, 98:18
**hoped** [3] - 105:15, 106:11, 112:6
**hopefully** [11] - 30:19, 40:19, 64:4, 64:15, 64:21, 64:23, 65:7, 71:20, 97:20, 111:7, 112:3
**hopes** [1] - 52:17
**hoping** [1] - 12:14
**HORIZON** [1] - 1:4
**horse** [1] - 12:4
**host** [2] - 111:23, 111:25
**hours** [7] - 26:19, 27:21, 58:1, 91:7, 110:9, 110:11
**house** [5] - 68:23, 99:6, 100:3, 100:18, 100:20
**HOUSE** [1] - 6:19
**Houston** [2] - 76:12,

101:10
**HOUSTON** [3] - 4:13, 4:25, 5:17
**Huch** [3] - 90:20, 90:21, 101:25
**HUCH** [2] - 90:20, 90:21
**human** [1] - 87:24
**hundred** [2] - 44:23, 46:8
**hundred-and-some-odd** [1] - 46:8

**I**

**I-S-H-I-I** [1] - 93:24
**idea** [12] - 19:18, 20:19, 37:11, 53:5, 64:23, 65:3, 65:25, 81:10, 92:3, 96:13, 105:13
**ideas** [2] - 44:12, 81:5
**identification** [3] - 85:22, 86:21, 89:9
**identified** [5] - 48:12, 62:16, 88:3, 94:8
**identify** [3] - 70:8, 72:25, 88:18
**identifying** [1] - 86:19
**identity** [1] - 102:24
**II** [1] - 16:25
**IL** [1] - 3:14
**imagine** [2] - 79:7, 92:16
**immediately** [1] - 111:25
**imply** [1] - 106:19
**important** [4] - 57:10, 63:11, 96:1, 103:23
**impossible** [5] - 15:4, 53:14, 53:16, 59:16, 59:17
**impression** [1] - 19:7
**IN** [3] - 1:4, 1:5, 6:19
**in-house** [4] - 99:6, 100:3, 100:18, 100:20
**IN-HOUSE** [1] - 6:19
**inappropriate** [3] - 104:13, 104:21, 108:21
**Inc** [4] - 67:1, 67:2, 68:5, 68:6
**INC** [14] - 3:3, 3:4, 3:5, 3:6, 3:8, 3:17, 3:18, 4:7, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12
**include** [1] - 52:20
**included** [3] - 22:11,

45:19, 54:7
**including** [2] - 51:14, 81:19
**income** [1] - 93:7
**incredible** [2] - 78:21, 79:23
**incredulous** [1] - 104:21
**incumbent** [1] - 37:16
**indeed** [3] - 24:17, 25:7, 25:15
**indemnity** [1] - 91:6
**indicated** [1] - 31:22
**indication** [1] - 37:10
**individual** [7] - 57:20, 63:16, 63:22, 64:3, 64:5, 72:6, 90:14
**individual-type** [1] - 72:6
**individually** [4] - 49:23, 73:25, 85:12, 88:17
**induce** [1] - 64:15
**information** [9] - 16:21, 38:17, 40:3, 42:16, 83:4, 83:11, 85:23, 86:2, 103:20
**Inglis** [3] - 12:21, 16:18, 17:7
**INGLIS** [1] - 17:7
**inherent** [2] - 21:13, 22:15
**initial** [1] - 53:18
**initiated** [1] - 105:8
**injury** [2] - 82:8, 82:15
**INJURY....................
........** [1] - 6:15
**input** [3] - 23:1, 47:15, 67:16
**inquire** [2] - 32:11, 112:16
**inquired** [1] - 72:14
**inquiries** [3] - 37:21, 83:3, 83:22
**INQUIRIES.......** [1] - 6:16
**inquiry** [2] - 46:12, 55:13
**inside** [1] - 72:18
**Insite** [1] - 49:14
**insofar** [1] - 50:1
**instance** [6] - 10:22, 12:2, 19:5, 54:12, 60:24, 61:10
**instead** [1] - 35:10
**insurance** [3] - 85:21, 86:8, 91:6
**INSURANCE** [1] - 6:17
**insusceptible** [1] - 19:14

**intend** [4] - 20:16, 20:18, 22:22, 31:25
**intended** [1] - 107:13
**intention** [2] - 74:17, 84:12
**intents** [1] - 80:23
**interest** [3] - 24:20, 24:21, 98:19
**interested** [1] - 48:23
**INTERESTS** [2] - 2:7, 2:12
**interim** [1] - 65:13
**interject** [1] - 37:23
**INTERNATIONAL** [2] - 4:3, 5:11
**interpretation** [1] - 107:5
**interrogatories** [4] - 45:23, 53:6, 53:7, 54:8
**interrupt** [3] - 38:10, 70:5, 97:5
**interrupted** [1] - 9:10
**intimidating** [1] - 105:3
**investigation** [13] - 25:4, 33:1, 33:2, 34:1, 34:5, 38:8, 70:12, 72:14, 72:15, 72:19, 72:20, 72:24, 92:20
**Investigation** [1] - 35:19
**INVESTIGATION.......
...........................
..** [1] - 6:7
**investigative** [1] - 72:16
**invited** [2] - 17:25, 21:4
**invoke** [5] - 10:24, 25:4, 25:19, 27:8, 31:25
**invoked** [2] - 29:8, 31:24
**invoking** [1] - 31:22
**involved** [10] - 40:6, 44:25, 63:22, 72:4, 72:6, 72:25, 73:4, 76:13, 100:21, 108:10
**IS** [1] - 6:22
**Ishii** [1] - 93:23
**issuance** [1] - 69:14
**ISSUE** [1] - 6:16
**issue** [36] - 7:25, 11:23, 12:13, 24:19, 26:23, 30:6, 30:24, 45:18, 45:25, 49:12, 57:13, 63:14, 63:24,

74:18, 77:22, 78:9, 83:3, 84:4, 84:21, 85:21, 87:1, 92:6, 94:20, 96:1, 96:8, 100:1, 100:6, 103:1, 108:3, 108:17, 108:20, 109:4, 109:10, 109:24, 112:23
**issued** [4] - 51:13, 74:5, 76:23, 83:25
**issues** [17] - 10:17, 17:14, 17:20, 48:25, 52:16, 57:4, 78:8, 80:13, 85:7, 85:9, 92:7, 100:17, 107:8, 108:19, 111:18, 112:7
**item** [1] - 55:21
**ITEMS** [1] - 6:3
**items** [1] - 56:13
**IV** [1] - 33:25

**J**

**jam** [1] - 95:25
**James** [1] - 38:24
**JAMES** [1] - 1:17
**JEFFERSON** [2] - 1:18, 2:20
**JENNY** [1] - 4:9
**JESSICA** [1] - 5:20
**Jim** [17] - 43:19, 46:3, 55:2, 55:18, 57:24, 59:11, 67:9, 67:10, 67:14, 71:10, 76:18, 91:17, 93:19, 93:20, 93:21, 97:9, 105:13
**Jimmy** [1] - 23:12, 23:22, 24:14, 25:18
**JIT** [2] - 69:6, 69:8
**job** [2] - 110:17, 112:13
**John** [10] - 9:7, 17:16, 36:1, 36:6, 36:7, 36:11, 40:2, 47:24, 102:25, 103:17
**JOHN** [1] - 5:18
**joined** [1] - 111:20
**joint** [7] - 51:13, 51:15, 52:7, 53:10, 54:11, 54:12, 64:22
**jointly** [1] - 65:15
**Jonathan** [1] - 38:25
**JONES** [1] - 5:3
**Judge** [37] - 7:15, 9:2, 14:19, 21:5, 27:23, 29:6, 30:14, 31:8, 37:13, 37:23, 47:19,

50:10, 50:21, 53:1, 54:24, 57:24, 57:25, 58:23, 73:8, 75:24, 76:3, 77:13, 77:16, 81:9, 83:7, 86:14, 99:15, 99:19, 104:6, 108:2, 108:6, 109:7, 109:22, 112:14, 113:2, 113:6
**JUDGE** [1] - 1:12
**judge** [3] - 47:23, 76:22, 108:10
**judges** [1] - 85:8
**July** [3] - 26:12, 27:1, 27:4
**jumbled** [1] - 32:13
**June** [39] - 8:18, 8:20, 9:18, 10:13, 10:14, 11:1, 11:6, 11:7, 11:10, 11:15, 11:17, 13:1, 13:8, 13:9, 13:11, 13:17, 13:21, 15:21, 26:7, 27:1, 38:2, 38:13, 39:10, 39:11, 39:12, 40:22, 40:23, 41:15, 41:19, 41:21, 89:21, 93:24
**juridical** [1] - 55:25
**Jury** [1] - 112:21
**jury** [1] - 113:1
**JUSTICE** [1] - 2:7
**Justice** [1] - 27:2

**K**

**Kaluza** [4] - 23:16, 24:18, 28:19, 32:15
**KALUZA** [1] - 32:15
**KANNER** [2] - 2:16, 2:17
**Katrina** [1] - 44:25
**KATZ** [1] - 1:20
**keel** [1] - 109:18
**keep** [3] - 53:2, 105:25, 109:17
**Kent** [1] - 42:13
**Kerry** [15] - 23:20, 33:4, 46:24, 50:18, 52:8, 52:20, 52:24, 59:1, 71:23, 75:19, 82:12, 86:17, 97:24, 97:25, 112:16
**KERRY** [1] - 3:19
**Kevin** [1] - 42:15
**kick** [1] - 61:12
**kind** [8] - 7:25, 11:3, 19:14, 74:15, 92:24, 105:17, 105:19, 107:8

**kindergarten** [1] - 112:12
**kinds** [1] - 61:15
**Kirby** [3] - 69:1, 87:11, 98:15
**KIRBY** [49] - 4:18, 69:1, 69:15, 87:11, 87:14, 87:21, 88:10, 88:13, 88:16, 88:21, 88:23, 89:5, 89:8, 89:12, 89:18, 89:20, 90:1, 90:4, 90:8, 90:12, 90:14, 90:17, 90:20, 90:23, 91:2, 91:10, 91:13, 91:15, 91:17, 92:1, 92:6, 92:11, 92:13, 92:19, 93:14, 93:19, 93:22, 94:4, 94:6, 94:14, 94:16, 94:23, 98:15, 98:18, 99:20, 99:22, 101:23, 102:1, 102:3
**KIRKLAND** [1] - 3:12
**knock** [2] - 34:3, 82:24
**knowing** [2] - 81:8, 105:18
**knowledge** [3] - 31:25, 54:15, 56:23
**knowledgeable** [1] - 51:3
**known** [1] - 55:14
**knows** [1] - 36:7
**Kongsberg** [4] - 43:13, 43:15, 43:16, 101:4
**Kraft** [1] - 43:21
**KUCHLER** [1] - 4:20
**Kuchta** [1] - 30:15
**KULLMAN** [1] - 2:3
**Kurt** [2] - 74:11, 74:24
**Ky** [12] - 69:1, 69:13, 87:11, 87:13, 87:19, 88:7, 88:22, 89:6, 89:10, 92:2, 98:15, 101:22
**Kyle** [2] - 30:15, 31:1
**KYLE** [1] - 4:18

**L**

**L.L.C** [1] - 4:24
**L.P** [1] - 5:3
**LA** [11] - 1:18, 1:21, 2:5, 2:18, 2:21, 3:11, 3:20, 4:5, 4:22, 5:5, 5:24
**lab** [2] - 70:14, 73:3
**Lacy** [2] - 42:15, 42:17
**LAFAYETTE** [1] - 1:18

**LAMAR** [1] - 4:12
**Lambert** [3] - 102:7, 102:8, 102:9
**LANGAN** [115] - 3:13, 9:22, 9:24, 10:8, 10:11, 10:19, 10:21, 10:25, 11:5, 11:19, 11:22, 12:2, 12:12, 12:20, 12:25, 13:5, 13:7, 13:11, 13:16, 13:20, 14:1, 14:9, 14:13, 15:11, 15:13, 15:21, 16:3, 16:15, 16:17, 16:20, 16:25, 17:6, 17:10, 19:18, 19:23, 20:25, 21:2, 31:10, 32:2, 32:7, 33:25, 34:3, 34:7, 34:10, 34:13, 35:4, 35:6, 35:13, 35:15, 37:14, 37:21, 38:16, 38:24, 39:10, 39:12, 39:25, 40:10, 40:13, 40:21, 41:1, 41:3, 41:7, 41:14, 41:19, 41:23, 42:3, 42:9, 42:13, 42:21, 43:2, 43:4, 43:6, 44:14, 45:17, 45:22, 45:25, 60:15, 61:1, 61:3, 61:6, 61:25, 62:24, 63:8, 63:16, 63:20, 64:2, 64:7, 64:10, 64:13, 64:17, 65:6, 66:16, 66:21, 70:17, 70:21, 70:23, 71:1, 71:7, 74:2, 74:4, 74:7, 81:16, 84:19, 85:7, 85:13, 85:16, 85:25, 87:6, 99:8, 100:5, 100:12, 101:18, 102:8, 103:14, 107:24
**Langan** [15] - 9:24, 17:6, 31:10, 37:14, 38:16, 50:22, 60:15, 66:21, 70:17, 74:4, 81:16, 84:19, 85:25, 99:8, 107:24
**laptop** [3] - 79:20, 79:21
**laptops** [2] - 79:17, 79:18
**LASALLE** [1] - 3:14
**last** [30] - 7:24, 16:22, 17:21, 18:20, 26:17, 29:6, 31:2, 32:12, 33:6, 33:21, 38:1, 41:3, 63:8, 67:5, 67:6, 73:24, 74:9,

75:3, 81:23, 85:22, 88:4, 93:16, 93:24, 94:6, 94:10, 95:18, 101:9, 104:7, 105:15, 108:5
**late** [1] - 25:12
**laughter** [1] - 108:21
**LAW** [2] - 2:20, 5:15
**law** [2] - 14:10, 109:2
**lawsuit** [2] - 74:11, 83:4
**lawyer** [4] - 84:15, 104:16, 104:19, 107:3
**lawyers** [4] - 45:3, 86:13, 100:8, 108:17
**LE** [1] - 102:14
**lead** [1] - 11:11
**leading** [1] - 79:24
**leads** [2] - 71:19, 80:23
**lease** [2] - 92:6, 92:22
**least** [11] - 8:17, 15:3, 25:13, 26:18, 26:20, 35:9, 38:19, 63:10, 64:23, 84:17, 112:22
**leave** [6] - 16:20, 20:1, 31:6, 45:4, 48:19, 82:5
**leaves** [1] - 33:20
**Lee** [4] - 102:7, 102:9, 102:10
**lee** [1] - 102:8
**left** [5] - 7:24, 19:25, 32:24, 52:6, 57:18
**legal** [4] - 21:9, 80:19, 84:10, 84:23
**lengthy** [2] - 56:7, 104:15
**LeNormand** [1] - 102:14
**less** [2] - 34:18, 58:22
**lessen** [1] - 25:13
**letter** [7] - 44:13, 44:14, 86:18, 86:22, 98:2, 99:9, 99:25
**level** [2] - 105:25, 109:3
**LEWIS** [3] - 2:3, 3:8, 4:24
**LIAISON** [1] - 1:16
**liaison** [2] - 105:18, 108:18
**liberty** [1] - 30:14
**lies** [1] - 56:22
**LIFE** [1] - 2:4
**lighter** [1] - 111:12
**likelihood** [1] - 21:22
**likely** [2] - 41:8, 75:20
**limit** [3] - 44:24, 53:4,

59:11
**limitation** [3] - 21:25, 27:9, 75:20
**limited** [2] - 53:23, 55:24
**LIMITED** [1] - 3:7
**limits** [4] - 21:14, 22:15, 22:16, 60:19
**lines** [2] - 82:4, 83:15
**LISKOW** [1] - 3:8
**list** [41] - 8:11, 8:13, 8:14, 12:21, 13:1, 13:22, 19:4, 19:8, 30:14, 36:1, 37:18, 42:15, 49:13, 56:8, 60:22, 65:6, 66:6, 66:17, 70:19, 73:14, 73:16, 82:18, 82:20, 82:23, 86:11, 87:3, 87:15, 88:18, 90:15, 90:17, 91:4, 91:18, 92:20, 94:9, 101:1, 103:1, 103:6, 103:7, 103:18, 103:22
**LIST**............................
  ................ [1] - 6:20
**listed** [5] - 8:11, 8:13, 8:17, 23:2, 36:1
**listen** [2] - 38:21, 106:18
**lists** [1] - 54:17
**literally** [2] - 78:13, 110:9
**live** [4] - 44:19, 52:1, 54:2, 54:3
**LLC** [4] - 3:16, 4:17, 5:8, 5:9
**log** [1] - 100:7
**logistical** [1] - 14:9
**London** [13] - 14:10, 14:14, 14:21, 19:13, 23:4, 26:7, 26:25, 89:22, 103:5, 103:10, 103:11, 103:12
**look** [20] - 7:13, 34:9, 34:14, 34:24, 41:24, 52:5, 52:13, 54:19, 59:14, 60:1, 66:4, 72:24, 75:5, 88:25, 94:1, 105:21, 106:2, 110:20, 111:5
**looked** [5] - 33:10, 48:6, 48:9, 49:3, 109:2
**looking** [20] - 8:25, 22:14, 28:3, 28:4, 35:15, 39:14, 42:4, 47:14, 47:15, 47:16, 54:12, 60:25, 68:23,

70:13, 70:14, 73:5, 93:1, 99:23, 100:25, 101:2
**lookout** [1] - 70:15
**looks** [5] - 13:24, 14:7, 34:11, 75:24, 106:8
**loop** [1] - 17:20
**lose** [3] - 33:23, 59:7, 84:22
**losing** [1] - 78:3
**lost** [1] - 32:3
**Louisiana** [9] - 8:3, 8:11, 8:13, 8:16, 102:23, 111:18, 111:21, 113:16, 113:17
**LOUISIANA** [4] - 1:1, 1:6, 2:16, 4:25
**Louisiana's** [2] - 13:2, 13:22
**LP** [1] - 4:16
**LSU** [1] - 103:21
**lucked** [1] - 16:22
**LYLE** [1] - 5:12
**Lynch** [1] - 40:1

**M**

**M-E-H-T-A** [1] - 95:18
**M-O-G-F-O-R-D** [1] - 40:4
**M-O-R-E-L** [2] - 29:5, 95:19
**ma'am** [3] - 11:12, 34:12, 111:14
**Macondo** [2] - 61:8, 92:8
**macro** [2] - 46:13, 47:14
**MAGISTRATE** [1] - 1:12
**Magnetics** [3] - 67:3, 67:7, 68:8
**magnitude** [1] - 82:2
**mail** [7] - 33:6, 33:17, 76:19, 83:5, 87:6, 95:21, 98:3
**mails** [1] - 95:22
**MAJOR** [1] - 4:8
**major** [1] - 45:25
**majority** [1] - 26:25
**man** [2] - 57:13, 71:9
**manageable** [1] - 53:25
**MANAGEMENT** [1] - 5:7
**mandate** [2] - 21:25, 22:9
**MANGES** [1] - 5:12

**manner** [1] - 106:13
**manufacture** [1] - 63:17
**MARCH** [3] - 1:7, 6:22, 7:2
**March** [12] - 10:1, 10:4, 10:16, 33:8, 33:21, 47:24, 48:20, 78:7, 99:12, 99:21, 112:20
**Marine** [2] - 31:2, 35:19
**MARINE** [3] - 5:9, 5:10, 5:10
**marital** [4] - 95:21, 96:8, 96:16, 98:2
**MARITAL** [1] - 6:18
**Mark** [1] - 28:21
**Martin** [1] - 102:6
**MARTIN** [1] - 2:13
**MARTINEZ** [1] - 4:9
**master** [7] - 36:1, 88:17, 90:15, 91:3, 94:8, 94:25, 101:1
**Master** [1] - 78:6
**MASTER** [1] - 6:20
**materials** [1] - 79:3
**matter** [7] - 31:20, 41:16, 76:17, 84:13, 87:7, 105:17, 113:19
**matters** [1] - 31:19
**maxed** [1] - 87:14
**MAZE** [12] - 2:13, 15:18, 16:9, 16:14, 36:19, 40:8, 41:17, 88:12, 89:4, 90:11, 91:12, 111:11, 111:14, 111:16, 112:10
**maze** [1] - 88:11
**maze's** [1] - 8:7
**MC** [1] - 102:19
**McCarroll** [5] - 35:16, 35:17, 35:18, 36:1, 36:6
**MCCLELLAN** [1] - 5:20
**MCCUTCHEN** [1] - 4:17
**McGovern** [1] - 78:6
**McWhorter** [3] - 102:16, 102:17, 102:19
**MDL** [4] - 17:17, 20:21, 22:12, 74:11
**MDL's** [1] - 21:13
**MEADE** [11] - 5:18, 12:19, 17:16, 19:6, 20:1, 20:4, 21:11, 21:17, 22:13, 23:2,

23:8
**Meade** [5] - 11:23, 12:17, 17:15, 17:16, 21:25
**mean** [12] - 12:9, 14:5, 19:19, 20:1, 50:21, 53:22, 59:15, 60:6, 69:4, 79:14, 81:5, 106:19
**means** [4] - 40:17, 53:14, 56:14, 78:3
**MECHANICAL** [1] - 5:25
**medical** [2] - 29:10, 30:1
**meet** [5] - 13:2, 81:2, 107:8, 107:12, 111:8
**meeting** [1] - 78:5
**meets** [1] - 85:17
**mega** [1] - 46:9
**MEHTA** [11] - 5:20, 95:12, 95:17, 96:14, 96:22, 96:25, 97:4, 97:17, 98:7, 98:12, 98:25
**Mehta** [1] - 95:12
**Melvin** [1] - 102:20
**member** [2] - 35:18, 86:1
**members** [1] - 81:21
**Memorial** [2] - 41:7, 41:11
**memory** [1] - 110:18
**mention** [2] - 35:22, 74:8
**mentioned** [6] - 12:7, 17:4, 18:23, 19:9, 31:1, 60:8
**menu** [1] - 56:7
**merely** [1] - 111:5
**Merit** [1] - 113:16
**mess** [4] - 44:11, 48:16, 79:23, 95:6
**message** [4] - 16:23, 75:3, 99:2
**messages** [1] - 30:17
**METHOFF** [1] - 5:15
**MEXICO** [1] - 1:5
**MI** [1] - 4:24
**MICHAEL** [2] - 2:8, 5:12
**micro** [1] - 47:14
**microphone** [1] - 53:12
**mid** [3] - 23:11, 59:6, 74:16
**middle** [1] - 25:3
**midmorning** [1] - 52:15
**might** [17] - 18:24,

21:2, 27:24, 32:9, 37:12, 42:6, 48:18, 48:23, 64:24, 64:25, 71:11, 77:10, 81:9, 82:11, 92:4, 107:17
**Mike** [9] - 68:14, 68:15, 77:21, 79:19, 95:3, 101:10, 109:19, 112:17, 112:19
**milk** [1] - 78:2
**Miller** [8] - 23:20, 33:4, 35:25, 49:13, 71:20, 75:19, 82:12, 97:25
**MILLER** [28] - 3:19, 23:13, 23:20, 24:5, 30:21, 33:4, 33:15, 33:17, 33:21, 35:1, 36:3, 50:20, 52:10, 60:5, 60:7, 63:3, 63:6, 65:10, 71:15, 71:25, 72:3, 75:17, 82:12, 82:22, 86:18, 86:22, 97:25, 103:16
**Miller's** [4] - 51:15, 52:8, 52:20, 59:2
**million** [2] - 79:1, 79:15
**millions** [2] - 78:25, 79:14
**mind** [2] - 29:13, 62:3
**minus** [4] - 38:20, 43:10, 94:21, 112:9
**minute** [2] - 30:9, 30:10, 31:18
**minutes** [1] - 70:1
**miracle** [2] - 110:17
**misimpression** [2] - 30:10, 32:6
**misread** [3] - 33:5, 33:9, 33:17
**misreading** [1] - 64:8
**missed** [1] - 38:11
**mistake** [1] - 35:16
**mistaken** [1] - 74:16
**Mitsui** [1] - 94:9
**mixed** [1] - 32:1
**MOBILE** [1] - 1:24
**ModuSpec** [1] - 38:2
**MOECO** [1] - 57:3
**MOEX** [16] - 4:16, 4:17, 57:3, 67:16, 67:24, 68:1, 68:2, 68:4, 68:6, 68:7, 70:10, 89:11, 89:13, 93:23, 94:9
**Mogford** [2] - 40:2, 40:4
**mom** [1] - 112:11
**moment** [1] - 89:13

**Monday** [6] - 41:10, 48:24, 50:6, 52:14, 52:18, 52:25
**MONTGOMERY** [1] - 2:14
**month** [1] - 58:21
**mood** [1] - 38:21
**Morel** [11] - 28:24, 29:5, 29:14, 29:15, 30:11, 32:16, 32:18, 32:20, 95:19, 95:23, 98:20
**MOREL** [1] - 32:16
**MORGAN** [1] - 4:24
**morning** [11] - 7:8, 7:9, 7:15, 8:2, 8:4, 26:4, 30:4, 47:5, 52:15, 52:25, 104:23
**most** [8] - 49:17, 49:18, 51:2, 51:3, 58:14, 79:1, 88:3, 108:11
**motions** [1] - 104:24
**move** [13] - 7:23, 10:10, 20:20, 29:14, 29:15, 30:11, 33:1, 33:25, 38:9, 41:18, 41:19, 65:24, 99:24
**moved** [2] - 38:2, 38:12
**moving** [4] - 32:10, 34:5, 41:21, 62:5
**MR** [416] - 8:2, 8:5, 8:8, 8:13, 8:23, 9:2, 9:6, 9:11, 9:14, 9:22, 9:24, 10:8, 10:11, 10:19, 10:21, 10:25, 11:5, 11:12, 11:17, 11:19, 11:22, 12:2, 12:12, 12:19, 12:20, 12:25, 13:5, 13:7, 13:11, 13:14, 13:16, 13:18, 13:20, 14:1, 14:4, 14:8, 14:9, 14:13, 14:17, 14:19, 15:1, 15:11, 15:13, 15:18, 15:21, 16:1, 16:3, 16:4, 16:6, 16:9, 16:10, 16:12, 16:14, 16:15, 16:17, 16:20, 16:25, 17:3, 17:6, 17:10, 17:16, 19:6, 19:18, 19:23, 20:1, 20:4, 20:25, 21:2, 21:11, 21:17, 22:13, 23:2, 23:8, 23:13, 23:18, 23:20, 24:5, 24:12, 24:16, 25:22, 26:4, 26:10, 26:18, 27:9, 27:11,

27:18, 27:23, 27:24, 28:4, 28:5, 28:8, 28:11, 28:15, 28:19, 28:21, 28:24, 29:4, 29:18, 29:23, 30:3, 30:11, 30:21, 30:23, 31:1, 31:8, 31:10, 32:2, 32:7, 32:11, 32:18, 33:4, 33:14, 33:15, 33:17, 33:21, 33:25, 34:3, 34:7, 34:10, 34:12, 34:13, 34:20, 34:22, 35:1, 35:4, 35:6, 35:9, 35:13, 35:15, 36:3, 36:8, 36:10, 36:17, 36:19, 36:20, 36:22, 37:4, 37:6, 37:14, 37:21, 37:23, 38:6, 38:10, 38:14, 38:16, 38:24, 39:7, 39:10, 39:12, 39:20, 39:22, 39:25, 40:8, 40:9, 40:10, 40:13, 40:21, 40:25, 41:1, 41:3, 41:6, 41:7, 41:9, 41:13, 41:14, 41:16, 41:17, 41:18, 41:19, 41:23, 41:25, 42:2, 42:3, 42:8, 42:9, 42:11, 42:13, 42:21, 42:25, 43:2, 43:3, 43:4, 43:6, 43:10, 43:15, 43:16, 43:19, 43:24, 44:2, 44:4, 44:5, 44:8, 44:14, 45:17, 45:22, 46:3, 46:23, 47:2, 47:6, 47:17, 47:19, 47:21, 48:9, 48:17, 49:5, 49:8, 49:24, 50:5, 50:10, 50:12, 50:20, 50:21, 51:4, 51:8, 51:9, 51:11, 51:17, 51:20, 52:4, 52:10, 52:12, 52:22, 52:24, 53:11, 54:3, 54:24, 55:1, 55:18, 56:5, 56:21, 56:22, 57:5, 57:7, 57:12, 57:16, 57:23, 60:5, 60:7, 60:15, 61:1, 61:3, 61:6, 61:20, 61:24, 61:25, 62:2, 62:7, 62:10, 62:11, 62:18, 62:21, 62:24, 63:2, 63:3, 63:6, 63:8, 63:16, 63:20, 64:2, 64:7, 64:10, 64:13, 64:17, 65:6, 65:10, 65:18, 65:20, 65:21,

65:25, 66:3, 66:16, 66:19, 66:21, 66:22, 67:4, 67:6, 67:10, 67:18, 67:20, 68:10, 68:13, 68:16, 68:21, 69:4, 69:24, 70:17, 70:21, 70:23, 71:1, 71:7, 71:10, 71:13, 71:15, 71:19, 71:25, 72:3, 72:9, 72:11, 73:8, 73:10, 73:11, 73:13, 73:21, 74:2, 74:4, 74:7, 74:20, 74:23, 75:2, 75:7, 75:9, 75:10, 75:15, 75:16, 75:17, 75:24, 76:3, 76:5, 76:11, 77:4, 77:6, 77:7, 77:13, 77:16, 77:20, 81:14, 81:16, 82:12, 82:22, 83:23, 84:9, 84:19, 85:7, 85:13, 85:16, 85:19, 85:25, 86:6, 86:16, 86:18, 86:22, 87:6, 88:12, 89:2, 89:4, 89:10, 89:14, 89:24, 90:6, 90:11, 90:25, 91:12, 91:16, 91:24, 92:9, 93:10, 93:16, 94:18, 94:21, 95:2, 95:4, 95:7, 95:8, 95:12, 95:17, 96:14, 96:22, 97:3, 97:4, 97:9, 97:17, 97:25, 98:7, 98:12, 98:25, 99:8, 99:15, 99:19, 99:24, 100:5, 100:10, 100:12, 100:15, 100:23, 101:6, 101:9, 101:13, 101:18, 102:8, 102:22, 103:11, 103:14, 103:16, 104:6, 105:6, 106:5, 106:9, 106:20, 107:1, 107:11, 107:18, 107:20, 107:24, 108:15, 108:25, 109:7, 109:19, 111:11, 111:14, 111:16, 112:10, 112:14, 112:16, 112:19, 112:24, 113:2
**MS** [52] - 69:1, 69:15, 83:18, 83:24, 87:11, 87:14, 87:21, 88:10, 88:13, 88:16, 88:21, 88:23, 89:5, 89:8, 89:12, 89:18, 89:20,

90:1, 90:4, 90:8, 90:12, 90:14, 90:17, 90:20, 90:23, 91:2, 91:10, 91:13, 91:15, 91:17, 92:1, 92:6, 92:11, 92:13, 92:19, 93:14, 93:19, 93:22, 94:4, 94:6, 94:14, 94:16, 94:23, 98:15, 98:18, 99:20, 99:22, 101:23, 102:1, 102:3, 102:13, 102:17
**multitude** [3] - 55:20, 56:17, 56:23
**Murray** [2] - 42:18, 42:23
**music** [1] - 10:8
**mute** [2] - 38:5, 66:12

**N**

**name** [14] - 13:10, 35:21, 42:20, 73:5, 93:17, 93:18, 93:23, 93:24, 95:12, 95:15, 95:18, 102:25, 103:16
**names** [8] - 31:14, 73:5, 82:14, 86:7, 86:13, 94:8, 94:10, 101:1
**Naoki** [1] - 93:23
**NAOKI** [1] - 93:24
**narrow** [1] - 48:18
**narrower** [1] - 18:22
**nature** [3] - 18:13, 61:11, 93:5
**nearly** [1] - 57:9
**necessary** [3] - 53:20, 97:11, 107:17
**need** [33] - 16:10, 18:5, 22:3, 25:16, 26:21, 29:6, 30:23, 35:1, 39:15, 40:10, 40:13, 42:16, 44:10, 45:8, 52:3, 53:4, 53:6, 60:1, 62:24, 64:9, 67:24, 71:2, 71:5, 76:8, 80:18, 81:20, 96:7, 96:21, 101:1, 104:24, 106:3, 112:10, 112:11
**needed** [2] - 76:13, 83:13
**needs** [3] - 7:22, 63:12, 77:9
**negotiate** [1] - 20:6

negotiations [1] - 20:9
**nervous** [1] - 18:18
**never** [8] - 17:25, 29:8, 31:18, 31:22, 31:24, 43:4, 47:2
**new** [3] - 56:20, 65:13, 71:16
**New** [2] - 20:9, 24:9, 74:14
**NEW** [10] - 1:6, 1:21, 2:5, 2:18, 3:11, 3:20, 4:5, 4:22, 5:5, 5:24
**news** [3] - 7:16, 98:1
**Nexen** [2] - 67:2, 68:6
**NEXEN** [1] - 67:2
**next** [53] - 11:14, 30:9, 30:10, 30:18, 31:23, 36:4, 39:17, 44:9, 60:9, 60:13, 62:18, 63:4, 64:21, 65:7, 65:12, 66:7, 66:8, 67:1, 67:2, 67:13, 70:7, 70:12, 73:6, 82:19, 83:1, 87:3, 88:7, 89:5, 90:1, 90:14, 91:2, 91:17, 96:19, 98:9, 99:6, 99:11, 101:2, 101:12, 101:14, 101:21, 102:4, 102:21, 103:25, 104:2, 106:2, 106:3, 107:10, 107:15, 111:7, 112:3, 112:11, 112:17
**Next** [1] - 89:18
**NEXT** [1] - 6:22
**nice** [3] - 14:15, 14:16, 112:13
**Nick** [2] - 90:20, 90:21
**nine** [1] - 54:17
**nip** [1] - 104:23
**NO** [1] - 1:6
**nobody** [1] - 87:25
**none** [1] - 26:15
**nongovernment** [1] - 101:15
**nonlegal** [1] - 79:8
**nonobjectionable** [1] - 106:1
**noon** [1] - 65:16
**normal** [1] - 80:24
**Norman** [1] - 9:6
**NORMAND** [1] - 102:14
**Norske** [6] - 66:25, 68:4, 68:16, 68:17, 68:21, 69:9
**NORSKE** [1] - 66:25
**NORTH** [5] - 2:20, 3:4,

3:5, 3:7, 3:8
**note** [7] - 14:9, 39:14, 63:20, 70:23, 70:24, 84:20, 111:12
**notes** [1] - 18:3
**nothing** [7] - 43:21, 44:6, 78:21, 105:8, 107:21, 107:23, 110:12
**notice** [36] - 50:13, 50:15, 50:16, 50:19, 52:5, 52:8, 52:16, 54:11, 54:13, 55:23, 56:12, 59:2, 59:4, 59:11, 60:19, 60:25, 61:8, 74:12, 74:18, 77:10, 80:20, 83:15, 83:25, 84:7, 84:14, 85:11, 85:15, 88:2, 88:6, 89:16, 107:13, 112:2, 112:3, 112:5
**noticed** [1] - 55:25
**noticer** [1] - 52:9
**notices** [17] - 44:12, 48:5, 52:7, 55:19, 56:16, 59:1, 59:9, 59:10, 59:14, 59:23, 60:11, 61:14, 61:17, 65:13, 66:9, 67:11, 67:12
**NOTICES...................**
**....................** [1] - 6:10
**noticing** [1] - 69:19
**notified** [1] - 73:19
**Number** [27] - 34:7, 35:16, 36:1, 61:10, 74:8, 105:1
**number** [27] - 19:8, 38:18, 44:19, 45:3, 53:4, 53:9, 53:14, 55:3, 55:8, 55:12, 55:13, 55:21, 57:9, 57:14, 58:16, 58:17, 60:3, 60:24, 61:3, 61:5, 73:15, 76:12, 77:16, 83:12, 86:19, 90:16, 110:2
**numbered** [1] - 113:18
**numbers** [1] - 34:20, 78:24, 96:13
**NW** [1] - 5:13

**O**

**O'BRIEN'S** [1] - 5:7
**O'Bryan** [3] - 40:5, 40:10, 90:4
**o'clock** [4] - 47:4,

66:1, 66:2, 66:4
**O'Donnell** [2] - 92:14, 93:2
**O'KEEFE** [1] - 1:21
**O-B-R-Y-A-N** [1] - 40:10
**oath** [5] - 104:17, 104:18, 105:2, 110:4, 110:11
**objectionable** [1] - 104:16
**obligation** [1] - 100:7
**obtain** [1] - 65:4
**obviously** [9] - 24:23, 26:8, 26:15, 48:2, 87:23, 97:4, 97:5, 99:2, 105:23
**occupied** [1] - 79:22
**occur** [2] - 24:17, 108:23
**occurred** [1] - 108:7
**Oceaneering** [2] - 43:14, 44:10
**Oceaneering's** [1] - 43:20
**odd** [2] - 40:23, 46:8
**OF** [8] - 1:1, 1:5, 1:11, 2:7, 2:12, 2:12, 2:16, 6:9
**offer** [2] - 14:12, 40:6
**offered** [1] - 32:2
**OFFICE** [1] - 2:12
**office** [4] - 14:10, 14:14, 78:7, 95:14
**officer** [1] - 109:3
**Official** [2] - 113:16, 113:21
**OFFICIAL** [1] - 5:22
**officials** [1] - 81:21
**OFFSHORE** [3] - 3:17, 4:17, 5:8
**Offshore** [1] - 57:3
**OIL** [2] - 1:4, 1:4
**oil** [1] - 83:8
**Oil** [1] - 94:9
**old** [1] - 62:2
**OLIVIA** [1] - 2:13
**ON** [2] - 1:5, 87:8
**once** [2] - 57:20, 58:20
**ONE** [2] - 3:9, 5:16
**one** [84] - 7:21, 10:5, 12:7, 12:25, 13:23, 14:9, 15:18, 19:7, 20:8, 23:5, 27:15, 27:19, 28:25, 29:6, 29:17, 29:21, 30:5, 30:11, 30:14, 32:18, 37:3, 49:12, 50:25, 52:10, 55:5, 55:6, 55:11, 57:2, 57:16,

58:3, 58:19, 58:20, 60:3, 60:20, 61:6, 61:10, 63:11, 65:10, 69:5, 73:18, 74:8, 76:15, 77:23, 77:24, 78:2, 78:12, 79:22, 82:24, 87:23, 88:8, 89:5, 90:1, 91:5, 91:17, 91:19, 92:4, 92:9, 92:10, 92:15, 92:17, 92:18, 92:19, 93:1, 93:2, 93:9, 93:22, 94:6, 102:24, 106:7, 106:24, 107:1, 108:20, 109:7, 109:20, 109:22, 110:3, 110:13, 110:24
**one-day** [1] - 27:15
**one-quart** [1] - 78:2
**one-third** [4] - 92:15, 92:18, 92:19, 93:2
**ones** [3] - 56:25, 57:8, 86:9
**ongoing** [2] - 20:11, 78:14
**OPA** [2] - 84:23, 85:1
**open** [9] - 16:9, 16:12, 29:22, 32:24, 33:11, 33:20, 34:9, 39:2, 45:4
**open-ended** [1] - 45:4
**openly** [1] - 48:11
**operating** [2] - 92:7, 92:22
**operations** [1] - 103:4
**opinion** [1] - 84:25
**opportunity** [1] - 99:10
**opposed** [2] - 100:8, 104:3
**option** [2] - 16:3, 76:20
**Order** [3] - 18:2, 99:12, 100:12
**ORDER** [1] - 7:4
**order** [17] - 10:1, 10:4, 10:16, 17:11, 17:12, 23:23, 27:11, 31:23, 35:15, 48:19, 55:3, 66:10, 66:11, 97:13, 98:10, 101:3
**ordered** [1] - 84:10
**orders** [2] - 54:4, 78:24
**ordinary** [1] - 63:14
**organization** [2] - 78:14, 78:21
**Orleans** [2] - 24:9, 74:14

**ORLEANS** [10] - 1:6, 1:21, 2:5, 2:18, 3:11, 3:20, 4:5, 4:22, 5:5, 5:24
**otherwise** [4] - 49:1, 72:5, 88:22, 98:24
**ought** [4] - 56:9, 57:16, 105:19, 106:15
**ourselves** [2] - 7:20, 48:15
**outlines** [1] - 58:6
**outside** [3] - 95:14, 100:9, 107:3
**outstanding** [3] - 50:13, 52:16, 53:1
**overbroad** [1] - 87:22
**overlap** [7] - 14:1, 17:24, 21:13, 45:12, 47:10, 51:14, 52:23
**overly** [1] - 44:20
**overpowering** [1] - 47:14
**owe** [1] - 16:17
**own** [2] - 18:13, 52:9
**owned** [1] - 36:12

**P**

**p.m** [1] - 113:10
**PAGE** [1] - 6:3
**pages** [2] - 79:1, 79:14
**PAN** [1] - 2:4
**panic** [1] - 101:3
**paper** [1] - 79:9
**paragraph** [2] - 99:12, 100:13
**paranoid** [1] - 79:11
**park** [1] - 78:24
**part** [8] - 10:16, 20:2, 23:3, 27:1, 37:8, 77:22, 88:3, 108:11
**participant** [1] - 38:4
**participants** [2] - 7:10, 7:15
**participate** [12] - 20:16, 20:18, 20:19, 20:20, 20:22, 21:5, 21:6, 21:12, 21:18, 21:20, 22:1, 100:15
**participated** [1] - 88:2
**participating** [3] - 21:18, 75:4, 106:12
**participation** [1] - 18:15
**particular** [3] - 20:15, 58:18, 85:4
**particularly** [1] - 18:18
**parties** [11] - 24:25,

44:19, 45:18, 46:5, 46:14, 53:23, 81:3, 81:4, 81:5, 98:20, 99:3
**parties'** [2] - 24:20, 24:21
**partner** [1] - 95:13
**PARTY** [1] - 6:21
**party** [15] - 37:17, 55:24, 58:18, 75:13, 75:18, 76:7, 77:7, 84:24, 85:1, 101:15, 103:19, 103:23, 111:23, 111:25
**pass** [2] - 36:3, 36:5
**past** [1] - 105:9
**Pat** [2] - 23:12, 23:22
**Patrick** [1] - 40:5
**PAUL** [1] - 2:3
**Paul** [9] - 17:8, 26:4, 28:17, 47:4, 61:21, 74:23, 100:2, 101:22, 109:9
**paul** [1] - 88:21
**PB** [1] - 9:24
**pen** [2] - 67:22, 88:12
**pending** [1] - 113:1
**penmanship** [1] - 112:12
**people** [37] - 8:11, 8:13, 10:5, 12:8, 18:4, 18:17, 19:1, 19:11, 19:12, 20:7, 20:17, 31:17, 45:12, 45:13, 56:2, 56:17, 56:20, 56:23, 58:13, 66:16, 69:19, 78:18, 79:6, 79:8, 79:9, 79:18, 82:11, 82:20, 82:22, 83:4, 84:11, 87:16, 88:19, 89:12, 91:2, 94:9, 101:5
**Pepper** [3] - 113:15, 113:20, 113:21
**PEPPER** [1] - 5:22
**per** [4] - 8:5, 8:7, 53:4, 93:12
**percent** [1] - 23:24
**perfect** [2] - 94:5, 112:8
**perfectly** [2] - 51:6, 109:2
**performed** [1] - 92:21
**perhaps** [3] - 18:9, 24:21, 32:3, 34:3, 37:9, 38:19, 39:16, 40:6, 48:22, 59:5, 74:12, 77:10, 104:23
**period** [2] - 61:8, 75:4
**periods** [1] - 15:9

**person** [12] - 30:5, 46:19, 51:4, 51:6, 53:21, 56:12, 56:15, 58:19, 73:4, 83:15, 85:5, 104:3
**PERSONAL** [1] - 6:15
**personal** [2] - 39:13, 40:5, 40:15, 82:8, 82:15, 83:9
**personally** [1] - 11:9
**persons** [1] - 73:4
**perspective** [4] - 21:13, 78:10, 106:6, 110:5
**PETROLEUM** [1] - 4:15
**Petroleum** [1] - 103:21
**Philip** [1] - 102:10
**phone** [10] - 7:10, 7:15, 28:11, 30:15, 30:16, 40:17, 62:13, 77:16, 87:4, 113:4
**physically** [1] - 83:9
**pick** [12] - 11:7, 11:15, 28:25, 39:1, 39:6, 39:15, 39:18, 44:19, 54:6, 56:7, 106:14
**picked** [1] - 104:14
**picking** [1] - 11:20
**picture** [1] - 83:12
**piece** [1] - 79:9
**PIGMAN** [1] - 4:3
**place** [2] - 21:6, 105:11
**PLACE** [1] - 5:4
**placed** [2] - 24:21, 46:6
**plain** [1] - 109:12
**PLAINTIFF** [1] - 6:15
**plaintiff** [5] - 74:10, 76:8, 77:4, 82:8, 97:20
**plaintiffs** [3] - 11:25, 17:17, 22:17
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**plan** [2] - 74:15, 84:16
**planning** [1] - 87:16
**plans** [1] - 61:25
**plate** [1] - 18:1
**play** [3] - 12:9, 26:11, 49:16
**PLC** [1] - 19:12
**pleasure** [2] - 88:8, 101:23
**plenty** [1] - 102:21
**plugged** [1] - 24:6
**plus** [6] - 38:19, 88:13, 88:15, 94:16, 94:19,

112:8
**podium** [2] - 9:22, 11:14
**point** [14] - 7:21, 20:11, 25:22, 54:23, 60:21, 61:14, 63:11, 70:2, 72:25, 74:15, 100:13, 108:1, 110:2, 110:4
**pointed** [1] - 60:19
**pointing** [1] - 69:11
**points** [2] - 69:5, 98:16
**policies** [1] - 86:20
**policy** [1] - 85:21
**POLICY.....................
.................** [1] - 6:17
**POLK** [1] - 4:20
**popped** [1] - 102:24
**portion** [1] - 104:16
**position** [8] - 11:24, 18:15, 18:25, 21:9, 21:11, 44:18, 65:8, 84:23
**possibility** [1] - 25:23
**possible** [10] - 16:20, 25:13, 25:14, 28:17, 33:7, 46:7, 47:6, 66:8, 80:11, 103:6
**possibly** [5] - 34:21, 79:4, 79:6, 105:24, 111:20
**post** [5] - 69:14, 70:9, 71:11, 83:1, 100:7
**post-April** [1] - 100:7
**potential** [5] - 28:24, 63:10, 65:5, 72:13, 93:7
**potentially** [2] - 46:4, 68:17
**pour** [1] - 78:1
**POYDRAS** [5] - 2:4, 3:10, 3:20, 4:21, 5:23
**practical** [4] - 27:12, 80:18, 84:13, 84:21
**practice** [1] - 104:19
**pre** [1] - 80:25
**pre-April** [1] - 80:25
**preamble** [1] - 104:15
**precautionary** [1] - 46:18
**precise** [1] - 46:11
**preclude** [1] - 53:19
**prefer** [4] - 15:19, 16:7, 22:5, 28:17
**preliminary** [1] - 82:14
**premises** [1] - 55:5
**prep** [1] - 110:11
**prepared** [1] - 48:4

**preparing** [1] - 68:2
**prepped** [1] - 110:10
**PRESENT** [1] - 5:15
**present** [1] - 84:16
**presentment** [2] -
84:23, 85:1
**president** [1] - 103:3
**prespill** [1] - 68:18
**presumably** [1] - 69:6
**Pretrial** [3] - 18:2,
99:12, 100:12
**pretty** [4] - 27:18,
77:6, 96:20, 108:11
**previously** [3] - 86:7,
101:4, 110:14
**Price** [3] - 102:11
**primarily** [1] - 49:9
**Prince** [1] - 102:10
**privilege** [3] - 95:21,
96:8, 98:2
**PRIVILEGE**..............
........................ [1] -
6:18
**privileged** [2] - 79:3,
100:21
**problem** [29] - 15:7,
17:23, 20:3, 26:6,
26:24, 30:8, 30:10,
33:16, 38:15, 43:13,
43:18, 45:8, 59:21,
63:15, 64:5, 69:11,
79:16, 84:8, 84:9,
87:1, 96:18, 98:14,
99:14, 101:20,
105:21, 107:19,
111:20, 113:3
**problems** [3] - 63:17,
69:10, 105:16
**procedure** [1] - 106:16
**proceeding** [2] -
22:12, 75:14
**PROCEEDINGS** [3] -
1:11, 5:25, 7:1
**proceedings** [6] -
12:4, 12:15, 20:21,
70:2, 113:10, 113:18
**process** [9] - 17:24,
21:6, 21:14, 22:15,
25:3, 25:9, 25:13,
60:7, 63:21
**processed** [1] - 79:2
**produce** [7] - 55:6,
56:2, 58:12, 75:11,
80:20, 103:4
**PRODUCED** [1] - 5:25
**produced** [7] - 56:13,
57:13, 80:6, 82:13,
86:20, 96:11, 97:1
**product** [1] - 79:3
**PRODUCTION** [2] -

3:3, 3:6
**production** [4] - 20:6,
92:23, 95:22, 99:2
**productivity** [1] -
92:22, 92:23
**PRODUCTS** [1] - 3:8
**professional** [1] -
106:13
**Professional** [1] -
113:16
**Professor** [1] - 103:20
**progress** [2] - 20:12,
38:8
**projected** [1] - 28:10,
93:7
**projections** [1] - 93:6
**promise** [3] - 43:7,
45:2, 75:25
**promptly** [1] - 49:1
**proposal** [7] - 8:16,
9:5, 9:12, 19:20,
53:9, 84:20, 84:22
**propose** [8] - 13:17,
48:15, 88:24, 89:21,
90:2, 90:21, 91:9,
96:24
**proposed** [2] - 90:14,
112:20
**propound** [1] - 54:8
**prospect** [1] - 25:24
**prospects** [1] - 93:8
**proud** [1] - 78:17
**provide** [6] - 76:14,
76:15, 76:20, 103:19
**provided** [3] - 61:11,
84:11, 86:7
**providing** [2] - 85:23,
103:5
**PSC** [32] - 6:16, 8:19,
17:19, 26:5, 28:5,
36:16, 37:3, 39:2,
45:18, 46:23, 48:22,
59:13, 67:16, 67:24,
70:10, 73:13, 83:3,
83:20, 83:21, 84:5,
84:6, 84:10, 85:17,
86:1, 94:12, 97:2,
97:9, 98:20, 101:9,
103:7, 107:12, 108:1
**PSC's** [2] - 8:14, 84:1
**public** [1] - 31:17
**punch** [1] - 47:7
**purpose** [2] - 55:23,
83:25
**purposes** [1] - 80:23
**pushing** [2] - 8:24,
12:8
**put** [30] - 13:6, 21:5,
28:22, 29:4, 29:14,
29:16, 30:12, 31:24,

32:8, 38:4, 40:8,
40:18, 64:6, 64:17,
66:6, 66:12, 70:7,
79:10, 80:19, 81:12,
82:18, 82:21, 82:25,
103:25, 106:3,
106:5, 107:16,
112:2, 112:5
**putting** [4] - 25:12,
25:18, 25:20, 27:14

## Q

**Q-U-I-T-Z-A-U** [2] -
90:1, 90:11
**quadruple** [1] - 34:18
**quart** [1] - 78:2
**questioner** [1] - 28:2
**questioning** [4] - 22:6,
22:11, 22:25, 109:25
**questions** [13] - 26:19,
28:2, 46:15, 52:25,
54:20, 84:16, 104:9,
104:13, 106:14,
106:22, 107:2,
109:12, 110:22
**QUESTIONS**..............
........................ [1] -
6:23
**quick** [2] - 65:7, 69:23
**quickly** [2] - 47:23,
49:12
**Quip** [2] - 67:1, 68:5
**QUIP** [1] - 67:1
**quite** [1] - 9:25
**Quitzau** [2] - 90:1,
102:2

## R

**R-A-I-N-E-Y** [1] - 40:22
**R-I-C-H** [1] - 41:4
**race** [1] - 109:10
**radar** [4] - 64:6, 64:18,
82:21, 82:25
**rain** [1] - 83:9
**Rainey** [7] - 40:21,
40:25, 41:1, 41:15,
41:18, 41:19, 41:21
**raise** [5] - 10:17,
14:10, 24:19, 49:12,
94:6, 108:23, 109:9
**RAISED** [1] - 6:16
**raised** [8] - 63:24,
83:3, 99:9, 108:3,
108:17, 109:1,
109:6, 109:24
**raising** [2] - 106:22,
107:7

**Ralph** [1] - 43:21
**Randy** [4] - 33:8,
66:11, 67:15, 67:24
**ranges** [2] - 85:22,
86:19
**ranking** [1] - 81:21
**rate** [2] - 24:2, 24:8
**rather** [7] - 41:15,
49:22, 74:17, 77:10,
80:8, 104:11
**RE** [1] - 1:4
**reached** [2] - 10:2,
20:10
**reaching** [2] - 52:17,
108:10
**read** [6] - 31:17,
44:13, 44:14, 71:3,
107:10, 108:8
**ready** [9] - 22:1, 22:9,
49:2, 62:12, 66:5,
67:22, 70:4, 88:12,
90:13
**real** [2] - 47:11, 96:18
**realistically** [1] - 87:15
**realize** [3] - 46:11,
46:20, 104:17
**realized** [1] - 54:16
**really** [23] - 9:25,
25:16, 25:22, 41:2,
45:7, 46:12, 48:10,
49:12, 54:11, 54:23,
71:25, 81:4, 82:4,
82:13, 87:25, 91:6,
103:8, 104:15,
107:7, 108:8,
108:10, 109:17
**Realtime** [1] - 113:15
**REALTIME** [1] - 5:23
**reason** [5] - 24:23,
25:2, 50:16, 74:7,
105:1
**reasonable** [4] -
57:18, 58:14, 59:4,
84:20
**reasons** [1] - 79:8
**receive** [1] - 83:6
**received** [2] - 75:2,
83:6
**recently** [2] - 48:14,
63:12
**recess** [1] - 70:3
**rechecked** [1] - 10:12
**recognized** [1] - 42:20
**recollection** [1] - 96:7
**reconfirmed** [1] - 86:3
**record** [6] - 27:7, 29:6,
29:12, 97:21, 111:9,
113:18
**RECORDED** [1] - 5:25
**red** [1] - 46:12

**Redd** [7] - 70:25, 71:5,
71:9, 71:14, 71:18,
71:23, 73:20
**redepose** [4] - 19:1,
19:15, 21:19, 22:7
**redeposed** [2] - 18:6,
21:23
**redeposing** [1] - 18:17
**redesignate** [1] -
56:20
**redirect** [1] - 110:15
**redraft** [1] - 87:16
**referred** [2] - 84:5,
110:8
**referring** [1] - 105:9
**regard** [5] - 37:7,
52:25, 58:22, 73:3,
85:23
**regarding** [7] - 48:25,
50:6, 54:15, 57:3,
61:12, 72:13, 100:17
**regardless** [1] - 57:7
**Registered** [2] -
113:15, 113:16
**reiterate** [1] - 23:5
**reiterating** [1] - 75:3
**related** [2] - 107:1,
108:21
**RELATES** [1] - 1:8
**relates** [1] - 103:1
**relating** [1] - 54:22
**relative** [6] - 9:21,
22:2, 22:25, 58:24,
59:9, 104:25
**relevant** [3] - 18:4,
81:24, 99:4
**relief** [1] - 72:5
**remainder** [1] - 59:9
**REMAINING** [1] - 6:11
**remaining** [2] - 59:12,
66:5
**remember** [3] - 16:22,
74:1, 110:16
**remind** [1] - 105:1
**reminded** [1] - 74:9
**reminder** [1] - 104:18
**repeat** [3] - 44:15,
67:4, 87:24
**reply** [2] - 97:11, 97:15
**report** [10] - 10:6,
20:11, 43:22, 45:15,
69:5, 69:14, 72:20,
94:15, 94:24, 100:18
**REPORTER** [2] - 5:22,
5:23
**Reporter** [6] - 113:15,
113:16, 113:16,
113:21
**reporter** [1] - 95:16
**REPORTER'S** [1] -

113:14
**reports** [6] - 18:12, 18:24, 19:7, 19:9, 20:8, 21:22
**represent** [2] - 77:2, 95:18
**representation** [1] - 84:12
**representative** [1] - 49:9
**representatives** [1] - 65:3
**represented** [3] - 30:15, 73:25, 74:11
**representing** [1] - 86:13
**represents** [3] - 29:7, 75:6, 76:12
**request** [6] - 13:1, 35:25, 36:16, 37:3, 52:12, 65:8
**requested** [4] - 36:2, 67:8, 70:10, 77:18
**REQUESTED** [1] - 6:14
**requesting** [3] - 37:17, 101:15, 103:19
**requests** [2] - 18:13, 98:21
**require** [1] - 94:12
**requirements** [1] - 80:4
**reschedule** [1] - 49:22
**researcher** [1] - 101:15
**reserve** [4] - 22:6, 22:22, 22:24, 26:7
**reserving** [2] - 20:15, 55:4
**residence** [1] - 83:13
**residual** [1] - 78:22
**resolved** [1] - 96:1
**respect** [12] - 11:2, 11:23, 17:23, 18:22, 21:21, 23:22, 46:12, 57:24, 63:3, 75:17, 80:3, 107:25
**respectfully** [1] - 55:20
**respond** [9] - 73:11, 74:14, 76:21, 105:4, 105:13, 105:19, 108:15, 108:19, 109:5
**responders** [1] - 79:9
**responding** [1] - 52:12
**responds** [1] - 56:5
**RESPONSE** [1] - 5:7
**response** [4] - 44:5,

82:2, 83:14, 108:10
**responsible** [4] - 10:4, 69:20, 84:23, 85:1
**responsive** [5] - 19:2, 56:8, 56:12, 57:14, 58:20
**rest** [1] - 98:23
**rested** [1] - 106:8
**restriction** [1] - 53:13
**retired** [1] - 80:23
**revenue** [1] - 93:7
**review** [4] - 96:3, 96:6, 96:12, 96:20
**revise** [1] - 97:14
**revised** [1] - 49:3
**revision** [2] - 59:19, 95:9
**revisions** [2] - 65:16, 66:1
**revisit** [2] - 99:13, 112:22
**Rich** [2] - 41:3, 41:4
**rich** [1] - 41:22
**Richard** [1] - 40:1
**RICHESON** [1] - 4:20
**Rick** [3] - 105:15, 107:1, 107:4
**rid** [1] - 57:1
**ridiculous** [1] - 57:1
**RIG** [1] - 1:4
**rights** [8] - 18:17, 19:1, 20:16, 21:19, 22:6, 22:22, 22:24, 25:5
**rise** [1] - 7:7
**risk** [1] - 25:14
**Risk** [2] - 66:14, 68:2
**RMR** [2] - 5:22, 113:21
**road** [2] - 106:24, 111:6
**Robert** [7] - 11:18, 50:12, 71:13, 73:13, 90:1, 105:6, 108:16
**ROBERT** [2] - 1:23, 4:21
**role** [2] - 44:17, 68:18
**roll** [1] - 22:1
**Roman** [3] - 16:25, 33:25, 38:18
**Ronnie** [1] - 42:18
**RONQUILLO** [2] - 4:7, 4:11
**room** [3] - 59:16, 107:3, 110:6
**ROOM** [2] - 2:9, 5:23
**rose** [1] - 74:7
**Ross** [2] - 43:3, 43:6
**roughly** [1] - 78:25
**ROY** [26] - 1:16, 1:17, 43:19, 44:4, 46:3,

46:3, 47:2, 53:11, 54:3, 55:18, 56:5, 56:22, 57:5, 57:7, 57:12, 57:16, 65:20, 67:10, 67:18, 67:20, 71:10, 71:19, 83:23, 84:9, 85:19, 97:9
**Roy** [10] - 43:19, 44:25, 46:2, 46:3, 53:9, 55:18, 67:10, 71:10, 76:18, 97:9
**Roy's** [2] - 70:23, 84:20
**rule** [6] - 49:17, 55:16, 58:8, 63:12, 64:8, 96:20
**rules** [1] - 58:22
**ruling** [1] - 96:4
**run** [3] - 10:21, 100:18, 100:20
**RYAN** [1] - 3:13
**Ryan** [1] - 76:7

# S

**S-A-B-I-N-S** [1] - 37:1
**S-K-E-L-T-O-N** [1] - 41:23
**S-U-T-T-L-E-S** [1] - 42:10
**s/Cathy** [1] - 113:20
**Sabins** [2] - 37:1, 37:11, 66:15
**safe** [1] - 113:7
**safety** [1] - 103:3
**sake** [1] - 47:1
**SALLY** [1] - 1:11
**San** [1] - 28:16
**SAN** [1] - 2:10
**satisfied** [2] - 43:4, 92:4
**satisfy** [1] - 52:2
**savings** [3] - 47:12, 54:16, 54:22
**saw** [3] - 88:4, 95:21, 108:2
**schedule** [11] - 8:18, 8:22, 15:2, 26:22, 27:6, 27:24, 29:23, 57:4, 81:12, 97:14, 101:12
**scheduled** [21] - 8:20, 9:13, 9:18, 16:23, 18:16, 19:11, 23:3, 33:8, 44:2, 44:3, 44:4, 47:24, 62:17, 63:9, 69:7, 73:16, 78:5, 88:22, 88:23, 102:16, 102:18

**scheduling** [9] - 12:18, 23:11, 26:10, 43:12, 45:13, 65:1, 82:21, 87:18, 96:23
**SCHEDULING** [1] - 6:9
**SCHELL** [1] - 4:20
**Schneider** [3] - 38:1, 38:11, 38:12
**Schonekas** [1] - 30:16
**SCOFIELD** [1] - 4:24
**scope** [10] - 57:10, 61:11, 77:23, 77:24, 79:25, 80:17, 81:19, 81:24, 100:17
**score** [3] - 98:17, 111:13, 111:15
**screen** [1] - 64:18
**script** [3] - 27:16, 27:20, 28:3
**SEACOR** [6] - 5:8, 5:8, 5:9, 5:9, 5:10, 5:10
**seal** [1] - 97:20
**second** [13] - 18:7, 24:13, 25:15, 32:23, 39:21, 42:22, 55:15, 89:6, 90:3, 94:1, 108:25, 110:4, 111:2
**secondly** [1] - 73:3
**secure** [1] - 24:9
**securities** [1] - 19:24
**see** [19] - 7:25, 11:23, 20:7, 22:3, 23:10, 30:20, 40:22, 59:19, 64:6, 65:6, 66:8, 84:3, 86:22, 92:1, 100:5, 108:7, 109:15, 110:11, 111:16
**seem** [1] - 46:1
**sees** [1] - 84:8
**selective** [2] - 109:11, 110:8
**send** [5] - 84:14, 85:11, 86:10, 87:6, 111:24
**sending** [2] - 58:15, 83:15
**sense** [6] - 13:12, 27:24, 35:17, 72:16, 74:12, 81:25
**sent** [4] - 83:6, 83:7, 86:1, 86:18
**separate** [4] - 20:5, 46:8, 49:13, 49:14
**Sepulvado** [4] - 42:18, 42:19, 42:23, 62:8
**SEPULVADO** [1] - 42:21
**serious** [2] - 32:9,

59:19
**serve** [2] - 18:12, 24:20
**served** [1] - 99:3
**service** [1] - 94:12
**SERVICES** [1] - 4:7
**set** [7] - 14:14, 22:1, 25:16, 29:13, 43:16, 45:2, 77:24
**sets** [1] - 58:4
**seven** [1] - 62:2
**seven-year-old** [1] - 62:2
**shall** [1] - 13:23
**shared** [1] - 110:6
**Shaun** [9] - 23:15, 23:17, 24:13, 24:15, 26:24, 27:21, 28:9, 28:11, 28:20
**SHAUN** [1] - 5:19
**Shaun's** [1] - 26:6
**sheet** [1] - 109:1
**SHELL** [1] - 3:9
**Shinjiro** [1] - 94:10
**SHINJIRO** [1] - 94:11
**shocked** [2] - 36:5, 78:22
**shooting** [1] - 70:6
**short** [4] - 49:13, 78:19, 83:16, 84:7
**shorten** [1] - 50:1
**shortly** [3] - 12:23, 78:11, 96:20
**shot** [2] - 48:23, 81:2
**show** [2] - 69:18, 104:11
**showing** [2] - 89:16, 109:10
**shown** [1] - 46:14
**shows** [1] - 46:19
**shuffle** [1] - 32:3
**SHUSHAN** [1] - 1:11
**side** [7] - 49:10, 68:18, 68:23, 69:2, 69:3, 85:18
**sides** [1] - 109:13
**sides'** [1] - 111:6
**SIEMENS** [1] - 5:11
**sight** [1] - 84:22
**sign** [2] - 80:4, 80:5
**signaling** [1] - 46:15
**significant** [1] - 11:25
**significantly** [1] - 49:25
**signing** [1] - 80:9
**silence** [1] - 37:2
**simple** [2] - 79:21, 109:12
**simply** [2] - 56:23,

74:17
**sincerely** [1] - 22:4
**single** [5] - 14:23,
15:3, 87:22, 87:23,
87:24
**sit** [3] - 43:2, 59:25,
105:20
**situation** [5] - 17:15,
29:10, 30:2, 37:13,
80:25
**situations** [1] - 51:9
**six** [2] - 91:18, 106:7
**Skelton** [4] - 41:23,
41:24, 42:6, 42:10
**Skidmore** [2] - 43:3,
43:6
**skip** [1] - 70:22
**slightly** [1] - 21:2
**slip** [1] - 108:13
**slot** [4] - 30:19, 33:11,
42:21, 88:8
**slurry** [1] - 73:5
**Smith** [7] - 56:8, 56:9,
56:12, 57:20, 66:11,
67:15, 67:24
**smoothly** [3] - 105:23,
106:11, 109:17
**so-called** [1] - 38:18
**society** [1] - 68:18
**solely** [1] - 29:9
**soliciting** [2] - 84:12,
85:14
**solid** [5] - 43:1, 43:11,
88:14, 94:22, 112:9
**solution** [1] - 32:2
**solve** [1] - 11:22
**someone** [3] - 10:23,
63:21, 84:15
**sometimes** [1] - 93:2
**somewhat** [1] - 105:2
**soon** [1] - 71:21
**sooner** [2] - 8:18,
112:6
**sorry** [20] - 9:10, 11:2,
19:18, 32:20, 33:15,
66:12, 66:21, 67:11,
68:12, 77:21, 83:7,
89:12, 90:23, 93:18,
93:23, 95:4, 97:4,
102:9, 102:10,
102:11
**sort** [3] - 60:20, 82:14,
84:22
**sound** [3] - 42:24,
47:3, 105:4
**sounds** [9] - 66:16,
66:18, 66:23, 74:19,
84:20, 84:22, 89:25,
91:8, 93:9
**space** [1] - 14:14

**SPEAKER** [2] - 87:8,
103:10
**speaking** [1] - 95:3
**special** [1] - 58:8
**Special** [1] - 78:6
**specific** [2] - 19:20,
46:11
**specifically** [5] -
22:22, 58:25,
103:10, 103:11,
110:23
**specificity** [1] - 71:21
**spell** [2] - 89:19, 95:15
**Sperry** [15] - 49:10,
49:14, 49:17, 49:21,
50:3, 50:14, 50:25,
51:4, 51:14, 51:15,
51:21, 52:1, 52:10,
59:1, 59:4
**SPILL** [1] - 1:4
**spill** [3] - 70:9, 82:2,
83:8
**spills** [1] - 78:2
**spoken** [2] - 37:10,
109:24
**sponte** [1] - 108:6
**spreadsheet** [1] -
82:13
**SQUARE** [1] - 3:9
**ST** [3] - 5:4, 5:5, 5:13
**staff** [1] - 17:19
**stage** [1] - 58:4
**staggered** [1] - 97:12
**stakes** [1] - 105:24
**stand** [6] - 7:22, 8:1,
11:13, 43:12, 74:6,
76:1
**standing** [1] - 95:14
**standpoint** [1] - 27:12
**start** [10] - 12:8, 17:18,
32:14, 38:24, 63:25,
82:19, 82:21, 87:18,
88:7, 101:2
**started** [3] - 17:11,
31:12, 48:11
**starting** [3] - 9:13,
9:18, 10:5
**STATE** [3] - 2:12,
2:12, 2:16
**State** [6] - 8:3, 13:2,
13:22, 102:22,
113:16
**STATES** [3] - 1:1,
1:12, 6:14
**states** [2] - 111:20,
111:23
**States** [4] - 47:16,
77:18, 113:17,
113:22
**STATUS** [1] - 1:11

**status** [1] - 30:17
**STEFANIE** [1] - 4:8
**STENOGRAPHY** [1] -
5:25
**step** [2] - 9:22, 88:11
**STEPHEN** [1] - 1:20
**Sterbcow** [12] - 24:16,
26:2, 26:4, 39:3,
47:4, 61:21, 74:23,
100:2, 100:6, 103:1,
109:9, 110:8
**STERBCOW** [49] - 2:3,
2:3, 26:4, 26:10,
26:18, 27:11, 27:18,
27:23, 28:5, 28:8,
28:11, 28:19, 28:21,
28:24, 29:4, 29:18,
29:23, 30:3, 30:11,
30:23, 31:1, 31:8,
43:16, 47:6, 61:20,
61:24, 62:2, 63:2,
65:18, 65:21, 66:3,
74:23, 75:2, 75:7,
75:9, 75:15, 75:24,
89:10, 89:14, 97:3,
99:24, 100:10,
100:15, 100:23,
101:6, 101:9,
101:13, 109:7,
112:19
**Steve** [5] - 17:7, 19:5,
76:18, 91:5, 105:13
**still** [16] - 16:17,
23:24, 27:11, 35:2,
35:3, 39:13, 40:1,
40:13, 43:8, 50:7,
50:22, 62:11, 70:8,
79:13, 81:6, 90:9
**STONE** [1] - 4:3
**stone** [1] - 82:24
**stop** [1] - 11:8
**STRADLEY** [1] - 5:15
**straight** [1] - 49:20
**streamline** [1] - 47:8
**STREET** [14] - 1:18,
1:24, 2:4, 2:17, 2:20,
3:10, 3:20, 4:4, 4:9,
4:18, 4:21, 4:25,
5:16, 5:23
**Stress** [2] - 67:2, 68:7
**STRESS** [1] - 67:2
**strictures** [1] - 53:15
**strike** [1] - 52:5
**strikes** [1] - 83:24
**structure** [6] - 78:15,
78:19, 80:24, 81:4,
81:11
**structures** [1] - 81:1
**sua** [1] - 108:6
**subject** [2] - 8:9, 96:5

**subjected** [2] - 55:11,
58:20
**subjects** [1] - 55:13
**submission** [1] -
97:16
**submit** [5] - 28:1,
56:24, 57:9, 97:19,
99:11
**submitted** [1] - 96:4
**subpoena** [4] - 74:9,
74:17, 76:22, 77:11
**subpoenaed** [1] -
112:21
**subpoenas** [1] - 74:6
**SUBPOENAS**............
.........................
.. [1] - 6:13
**subsequent** [4] - 18:1,
21:19, 51:7, 54:6
**substance** [2] - 93:5,
97:6
**substantial** [1] - 27:1
**substantive** [2] -
25:10, 26:1
**substitute** [1] - 45:23
**successively** [1] -
8:19
**suddenly** [3] - 110:11,
110:15, 110:18
**suggest** [3] - 52:4,
76:16, 105:16
**suggested** [1] - 32:5
**suggesting** [2] -
106:20, 106:21
**suggestion** [2] - 8:6,
8:7
**suggestions** [1] - 80:1
**SUITE** [7] - 2:4, 3:10,
4:9, 4:12, 4:21, 4:25,
5:13
**summarize** [1] - 32:12
**Summy** [1] - 86:2
**superseded** [1] -
25:25
**supposed** [3] - 66:17,
75:1, 75:5
**surprised** [1] - 107:7
**surveyor** [1] - 101:21
**suspect** [1] - 91:6
**Suttles** [5] - 42:4,
42:5, 42:8, 42:9
**switch** [5] - 110:6,
110:7, 110:15,
111:11
**sympathetic** [2] -
46:5, 46:21

**T**

**T-O-O-M-S** [1] - 17:8
**tackle** [1] - 44:11
**tailored** [1] - 44:20
**tangentially** [1] - 18:3
**target** [1] - 83:2
**targeted** [2] - 23:11,
29:2
**Taylor** [4] - 87:3, 87:5,
95:11, 95:13
**Taylor's** [3] - 95:13,
95:21, 98:2
**teach** [1] - 112:12
**teacher** [1] - 112:12
**team** [1] - 72:16
**tears** [1] - 78:17
**Technologies** [2] -
36:25, 66:14
**techs** [1] - 70:14
**techs-tests** [1] - 70:14
**TELEPHONE** [1] -
87:8
**telephone** [3] - 38:4,
60:13, 104:1
**temperature** [1] -
23:25
**ten** [3] - 14:22, 15:6,
73:14
**tender** [1] - 55:10
**tends** [1] - 110:13
**tentative** [6] - 35:2,
35:3, 39:15, 39:19,
40:11, 40:16
**tentatively** [5] - 29:13,
29:23, 40:18, 74:16,
90:4
**terminate** [1] - 104:11
**terms** [4] - 17:19,
28:12, 79:24, 109:25
**terrific** [2] - 17:14,
101:11
**tester** [1] - 68:22
**testifies** [1] - 47:11
**testify** [10] - 25:7,
29:18, 45:10, 49:22,
53:21, 54:22, 63:13,
69:6, 112:21
**testifying** [2] - 60:2,
64:4
**testimony** [5] - 26:1,
31:3, 53:7, 110:9,
113:1
**testing** [2] - 69:2, 69:3
**tests** [1] - 70:14
**TEXAS** [2] - 4:10, 4:13
**text** [1] - 16:23
**thanking** [1] - 17:18
**THE** [398] - 1:4, 1:5,

1:11, 1:23, 2:7, 2:12,
2:16, 6:9, 7:7, 7:8,
7:10, 7:13, 7:20, 8:4,
8:7, 8:12, 8:21, 8:24,
9:4, 9:8, 9:12, 9:15,
9:23, 10:7, 10:10,
10:18, 10:20, 10:24,
11:4, 11:8, 11:13,
11:21, 12:1, 12:11,
12:16, 12:24, 13:4,
13:6, 13:10, 13:12,
13:15, 13:19, 13:24,
14:2, 14:5, 14:12,
14:15, 14:18, 14:25,
15:7, 15:12, 15:19,
15:24, 16:5, 16:7,
16:11, 16:16, 16:19,
16:22, 17:2, 17:5,
17:9, 17:13, 19:3,
19:16, 19:22, 20:3,
20:13, 21:1, 21:16,
21:24, 22:19, 23:7,
23:9, 23:14, 23:17,
23:19, 24:4, 24:11,
24:13, 25:18, 26:2,
26:9, 26:17, 26:24,
27:14, 27:20, 28:1,
28:7, 28:9, 28:14,
28:18, 28:20, 28:23,
29:1, 29:17, 29:20,
30:1, 30:8, 30:18,
30:25, 31:7, 31:9,
31:20, 32:6, 32:8,
32:14, 32:20, 33:12,
33:16, 33:18, 33:23,
34:2, 34:4, 34:9,
34:11, 34:24, 35:3,
35:5, 35:7, 35:11,
35:14, 35:24, 36:5,
36:9, 36:15, 36:18,
36:21, 36:24, 37:5,
37:20, 37:22, 38:3,
38:7, 38:12, 38:15,
38:21, 39:5, 39:8,
39:11, 39:18, 39:21,
39:23, 40:12, 40:15,
41:2, 41:5, 41:10,
41:21, 42:1, 42:12,
42:20, 43:1, 43:5,
43:9, 43:11, 43:18,
43:23, 44:1, 44:6,
44:9, 45:6, 45:20,
45:24, 46:2, 46:21,
46:25, 47:4, 47:7,
47:18, 47:20, 48:5,
48:15, 49:3, 49:7,
49:20, 50:4, 50:9,
50:11, 50:18, 51:3,
51:12, 51:19, 51:24,
52:7, 52:19, 52:23,
53:2, 54:2, 54:8,

54:25, 56:4, 56:18,
57:2, 57:6, 57:11,
57:15, 57:19, 58:24,
60:6, 60:9, 60:25,
61:2, 61:4, 61:18,
61:23, 62:4, 62:13,
62:20, 62:22, 63:1,
63:5, 63:7, 63:15,
63:19, 63:24, 64:3,
64:9, 64:11, 64:14,
64:20, 65:8, 65:15,
65:19, 65:22, 66:1,
66:4, 66:18, 66:23,
67:5, 67:7, 67:13,
67:19, 67:22, 68:11,
68:15, 68:20, 68:25,
69:3, 69:11, 69:16,
69:25, 70:4, 70:20,
70:22, 70:25, 71:4,
71:8, 71:12, 71:14,
71:17, 71:22, 72:2,
72:8, 72:10, 73:7,
73:9, 73:12, 73:18,
73:22, 74:3, 74:5,
74:19, 74:22, 75:1,
75:5, 75:8, 75:13,
75:22, 75:25, 76:4,
76:10, 77:3, 77:12,
77:14, 77:17, 81:13,
81:15, 82:7, 82:18,
82:25, 83:21, 84:6,
84:18, 85:4, 85:9,
85:14, 85:17, 85:20,
86:5, 86:15, 86:17,
86:21, 86:25, 87:8,
87:10, 87:13, 87:19,
88:5, 88:11, 88:14,
88:20, 88:22, 88:25,
89:3, 89:6, 89:15,
89:19, 89:22, 89:25,
90:3, 90:7, 90:9,
90:13, 90:16, 90:19,
90:21, 90:24, 91:1,
91:8, 91:11, 91:14,
91:22, 91:25, 92:2,
92:10, 92:12, 92:17,
93:9, 93:12, 93:15,
93:18, 93:21, 94:1,
94:5, 94:13, 94:15,
94:17, 94:19, 94:22,
94:24, 95:3, 95:9,
95:15, 95:20, 96:18,
96:24, 97:2, 97:12,
97:22, 98:5, 98:9,
98:14, 98:16, 98:24,
99:5, 99:14, 99:17,
99:21, 99:23,
100:11, 100:22,
100:25, 101:7,
101:11, 101:14,
101:20, 101:24,

102:2, 102:4, 102:9,
102:14, 102:19,
103:9, 103:13,
103:15, 103:17,
104:25, 105:21,
106:8, 106:18,
106:25, 107:10,
107:16, 107:19,
107:21, 108:14,
108:24, 109:15,
111:5, 111:13,
111:15, 112:8,
112:13, 112:15,
113:1, 113:3, 113:7
**themselves** [1] -
106:12
**thereafter** [2] - 8:19,
78:11
**therefore** [2] - 63:17,
74:12
**they've** [5] - 27:3,
37:10, 44:20, 55:8,
71:2
**Thierens** [7] - 9:11,
11:5, 11:7, 11:9,
11:16, 11:19, 12:13
**thinking** [2] - 27:15,
82:19
**thinks** [2] - 92:4,
95:25
**THIRD** [1] - 6:21
**third** [11] - 12:8, 37:17,
42:22, 92:15, 92:18,
92:19, 93:2, 103:19,
103:23, 111:23,
111:25
**third-party** [4] -
103:19, 103:23,
111:23, 111:25
**THIRD-PARTY** [1] -
6:21
**THIS** [1] - 1:8
**thousand** [1] - 79:18
**thousands** [1] - 78:13
**three** [15] - 17:8,
34:21, 34:22, 39:1,
44:10, 44:23, 73:24,
88:19, 91:2, 96:3,
97:7, 104:8, 107:13,
108:7, 108:9
**threw** [2] - 31:15,
31:21
**throw** [1] - 79:11
**thrown** [1] - 79:13
**Thursday** [15] - 38:13,
61:21, 62:3, 62:4,
62:8, 62:18, 62:25,
63:1, 65:11, 65:19,
65:21, 65:22, 95:6,
104:1, 112:17

**tickled** [1] - 110:2
**Timothy** [1] - 101:14
**TO** [3] - 1:8, 6:19, 7:4
**to-do** [2] - 65:6, 82:18
**today** [8] - 10:6, 11:23,
16:20, 39:15, 48:24,
86:11, 86:14, 110:1
**today's** [1] - 108:9
**together** [8] - 48:21,
50:5, 59:22, 60:5,
78:19, 81:7, 104:1,
105:20
**token** [1] - 56:11
**Tokyo** [1] - 94:10
**tomorrow** [1] - 79:21
**tone** [1] - 104:21
**Tony** [5] - 9:6, 9:9,
32:11, 76:12, 112:14
**took** [1] - 30:14
**Tooms** [3] - 12:21,
16:18, 17:8
**top** [3] - 54:23, 60:21,
103:6
**topic** [11] - 46:16,
49:15, 59:25, 63:13,
71:11, 72:4, 89:16,
91:5, 91:6, 107:17
**Topic** [2] - 92:20, 93:4
**topics** [38] - 48:4,
48:8, 48:18, 48:25,
49:17, 49:18, 50:2,
50:23, 51:1, 51:4,
51:5, 53:4, 53:9,
53:14, 53:20, 53:24,
54:6, 55:20, 56:6,
56:7, 56:20, 57:4,
57:9, 57:10, 57:17,
58:13, 59:11, 60:2,
60:12, 66:6, 67:25,
87:14, 91:18, 92:2,
92:15, 111:11
**Topics** [1] - 57:21
**TORTS** [1] - 2:8
**touch** [2] - 52:15,
101:16
**tough** [4] - 14:7,
54:18, 61:24, 110:22
**town** [4] - 30:4, 60:9,
62:23, 113:8
**track** [18] - 12:13,
14:23, 16:7, 17:23,
31:14, 31:15, 31:21,
31:24, 32:4, 33:22,
34:5, 38:8, 38:9,
38:18, 82:9, 82:23,
89:22, 103:12
**TRACK**......................
.................... [1] -
6:8
**tracked** [1] - 34:18

**tracking** [6] - 14:24,
15:3, 15:17, 15:25,
35:10, 41:2
**tracks** [2] - 15:20,
31:13
**traded** [1] - 30:16
**trading** [1] - 12:4
**training** [1] - 61:11
**Training** [2] - 66:11,
67:15
**transcript** [1] - 113:18
**TRANSCRIPT** [2] -
1:11, 5:25
**TRANSOCEAN** [3] -
3:16, 3:16, 3:18
**Transocean** [12] -
23:20, 35:25, 36:2,
54:14, 71:15, 72:4,
75:19, 79:4, 79:11,
82:12, 86:20, 97:25
**travel** [1] - 101:8
**trial** [9] - 22:1, 22:9,
28:16, 77:23, 78:4,
80:17, 81:4, 81:19,
81:24
**trick** [1] - 74:13
**tried** [1] - 112:12
**true** [2] - 64:10,
113:17
**truly** [1] - 88:1
**trump** [1] - 81:10
**truth** [1] - 105:7
**try** [19] - 15:2, 15:3,
20:7, 20:20, 35:5,
39:16, 44:11, 70:11,
78:1, 78:7, 87:18,
88:15, 97:18,
103:24, 105:25,
106:5, 111:1, 111:11
**trying** [12] - 12:10,
14:22, 15:9, 20:5,
40:2, 57:19, 64:18,
65:12, 80:12, 81:6,
107:8
**Tuesday** [2] - 61:25,
86:18
**turns** [2] - 81:19,
110:15
**twice** [5] - 24:24,
25:24, 26:15, 55:9,
55:11
**two** [34] - 10:13,
11:20, 12:13, 12:14,
14:22, 15:2, 21:13,
25:8, 25:16, 25:19,
25:21, 27:13, 27:24,
28:21, 29:19, 33:21,
34:23, 36:25, 40:23,
42:15, 52:10, 58:3,
66:16, 66:19, 68:17,

81:23, 82:24, 92:25, 94:8, 101:5, 106:2, 106:7, 107:10, 108:3
**two-day** [1] - 29:19
**TX** [2] - 4:25, 5:17
**type** [2] - 46:15, 72:6
**typer** [1] - 66:12
**typical** [1] - 104:19
**typically** [1] - 17:12
**typing** [2] - 38:4, 38:11

## U

**U.S** [2] - 2:7, 5:3
**UK** [7] - 6:5, 7:24, 8:14, 10:5, 17:1, 17:23, 19:11
**ultimately** [1] - 25:25
**unavailability** [2] - 29:9, 33:9
**uncertainty** [1] - 26:23
**uncommon** [1] - 56:16
**under** [13] - 21:8, 72:17, 82:3, 86:12, 92:24, 96:16, 97:16, 97:19, 104:17, 104:18, 105:2, 110:4, 110:11
**UNDERHILL** [15] - 2:8, 17:3, 47:17, 67:4, 67:6, 68:13, 68:16, 68:21, 69:4, 77:20, 81:14, 95:2, 95:4, 95:8, 109:19
**Underhill** [6] - 68:14, 77:21, 79:19, 81:17, 95:3, 109:19
**Underhill's** [1] - 82:1
**underlying** [1] - 55:5
**unfair** [1] - 104:9
**UNFAIR** [1] - 6:23
**UNIDENTIFIED** [2] - 87:8, 103:10
**unified** [4] - 78:11, 79:5, 81:21, 82:3
**uniform** [1] - 58:22
**unintimidating** [1] - 106:1
**unique** [1] - 18:13
**unitary** [1] - 55:23
**UNITED** [3] - 1:1, 1:12, 6:14
**United** [4] - 47:16, 77:18, 113:17, 113:22
**UNKNOWN** [1] - 6:12
**unknown** [3] - 70:8, 73:19

**unknowns** [2] - 70:11, 70:16
**unless** [2] - 45:14, 84:10
**untrue** [1] - 80:10
**unwilling** [1] - 18:22
**up** [39] - 7:22, 8:12, 11:13, 14:5, 14:12, 14:18, 20:9, 29:15, 30:16, 30:23, 31:11, 37:5, 37:25, 40:8, 46:14, 46:19, 47:23, 49:7, 54:6, 55:11, 58:6, 58:9, 72:10, 75:22, 85:10, 87:7, 95:6, 99:6, 99:11, 100:16, 101:14, 102:4, 102:24, 104:8, 104:23, 109:10, 110:1, 110:10
**update** [1] - 77:19
**upset** [5] - 20:23, 20:24, 21:3, 21:9
**urge** [1] - 25:11
**US** [5] - 67:16, 67:24, 68:14, 70:10, 77:21
**USA** [2] - 4:16, 57:3
**usual** [1] - 7:13

## V

**V-E-R-I-T-A-S** [1] - 67:1
**V-I-D-R-I-N-E** [1] - 30:13
**value** [2] - 25:1, 25:9
**various** [1] - 81:18
**Vector** [2] - 67:3, 68:8
**VECTOR** [2] - 67:3, 67:7
**vector** [1] - 67:7
**veins** [3] - 56:1, 56:2, 56:3
**verified** [1] - 77:9
**Veritas** [2] - 66:25, 68:4
**versus** [1] - 33:9
**vice** [1] - 103:3
**vice-president** [1] - 103:3
**Vidrine** [14] - 29:7, 29:8, 29:14, 29:16, 29:17, 29:21, 29:22, 30:12, 31:11, 31:15, 31:18, 31:24, 32:16, 32:21
**VIDRINE** [1] - 32:17
**Vidrine's** [2] - 29:9,

32:23
**view** [2] - 17:25, 22:18
**viewed** [1] - 21:18
**Vincent** [1] - 102:10
**vis** [2] - 92:8
**vis-a-vis** [1] - 92:8
**visit** [1] - 113:9
**visitor** [1] - 7:14
**visitors** [1] - 7:14
**voice** [1] - 104:21
**VOICES** [4] - 7:9, 7:12, 7:19, 113:6

## W

**W-E-L-L-S** [1] - 42:13
**wait** [3] - 31:17, 87:3, 112:22
**waiting** [1] - 87:12
**waive** [1] - 18:25
**waiver** [3] - 18:16, 21:19, 54:5
**waiving** [1] - 85:2
**WALKER** [1] - 5:3
**Wall** [1] - 9:6
**wall** [3] - 12:25, 13:1, 13:6
**WALTHER** [1] - 4:3
**wants** [6] - 25:24, 29:11, 33:2, 48:21, 104:3, 110:5
**WASHINGTON** [3] - 2:14, 4:19, 5:13
**waste** [3] - 53:8, 59:24, 62:15
**watch** [1] - 46:2
**ways** [5] - 50:22, 68:17
**WEATHERFORD** [1] - 5:3
**Wednesday** [8] - 59:21, 60:13, 60:15, 61:24, 65:16, 86:19, 99:11
**week** [64] - 7:24, 11:5, 11:7, 11:15, 13:8, 13:21, 13:24, 14:6, 14:7, 15:13, 15:14, 15:16, 17:21, 18:20, 19:19, 23:23, 24:5, 24:10, 25:8, 28:12, 30:18, 32:2, 33:6, 33:10, 34:16, 34:17, 36:14, 36:15, 38:11, 39:3, 39:17, 40:6, 41:3, 41:24, 42:22, 44:9, 59:6, 59:20, 60:10, 62:19, 66:7, 66:8, 75:3, 77:19,

78:13, 82:19, 85:22, 86:19, 88:7, 99:10, 100:17, 101:12, 102:21, 104:7, 105:15, 106:10, 107:15, 111:7, 112:3
**week's** [2] - 103:25, 106:3
**weekend** [4] - 48:24, 52:14, 52:17, 113:7
**weeks** [11] - 14:21, 15:2, 15:4, 15:8, 30:19, 39:1, 52:11, 82:14, 106:7, 106:14, 108:3
**weigh** [1] - 35:21
**WEIL** [1] - 5:12
**WEINER** [1] - 4:20
**welcome** [3] - 73:10, 77:14, 104:3
**Wells** [1] - 42:13
**West** [2] - 43:14, 44:6
**whereabouts** [1] - 71:17
**WHEREUPON** [2] - 70:2, 113:10
**WHITELEY** [1] - 2:16
**whole** [6] - 20:19, 77:24, 78:18, 83:25, 84:3, 87:25
**whopping** [1] - 92:15
**WHORTER** [1] - 102:19
**wife** [1] - 98:3
**Wild** [2] - 43:14, 44:6
**William** [4] - 87:4, 95:11, 101:21, 102:14
**WILLIAM** [1] - 5:15
**Williams** [2] - 112:17, 112:19
**willing** [3] - 48:20, 51:6, 96:9
**Willis** [5] - 74:8, 74:10, 75:6, 75:11, 77:8
**wipe** [1] - 18:1
**wish** [4] - 51:17, 76:25, 82:23, 87:17
**wishes** [1] - 37:19
**witness** [28] - 10:3, 33:6, 35:20, 35:23, 48:1, 48:10, 48:19, 49:23, 50:14, 55:7, 55:9, 58:1, 58:6, 59:8, 63:12, 64:12, 64:14, 64:15, 71:24, 80:4, 80:7, 104:17, 104:18, 105:1, 110:10, 110:16
**Witness** [2] - 34:7,

35:25
**witness'** [3] - 47:10, 64:7, 102:24
**witnesses** [40] - 8:10, 8:14, 8:16, 8:18, 8:19, 8:22, 9:5, 9:13, 9:16, 9:18, 9:20, 11:24, 14:22, 15:6, 19:4, 21:4, 22:21, 25:21, 27:3, 33:2, 34:6, 36:25, 55:6, 55:10, 55:14, 58:22, 63:9, 65:2, 69:22, 72:13, 73:24, 77:24, 79:24, 79:25, 80:25, 82:16, 104:8, 109:10, 110:7, 110:24
**WITTMANN** [1] - 4:3
**Witvy** [1] - 102:20
**WITVY** [1] - 102:20
**wonder** [2] - 18:24, 25:16
**wonderful** [2] - 39:5
**wondering** [1] - 15:1
**Wong** [6] - 9:6, 13:19, 13:20, 15:11, 15:12, 15:13
**word** [2] - 46:18, 47:17
**works** [6] - 60:16, 60:22, 76:20, 86:2, 89:2, 89:3
**WORLDWIDE** [1] - 5:9
**worried** [1] - 111:19
**worry** [1] - 67:15
**Wright** [2] - 36:7, 36:11
**WRIGHT** [2] - 1:16, 36:19
**writing** [1] - 90:9
**written** [1] - 87:19

## X

**XI** [1] - 38:18

## Y

**y'all** [3] - 15:9, 39:5, 47:7
**Yamamoto** [1] - 94:11
**YAMAMOTO** [1] - 94:11
**year** [1] - 62:2
**yesterday** [2] - 76:12, 76:24
**yesterday's** [1] - 98:1
**YORK** [8] - 4:12, 28:4,

34:20, 49:8, 50:21,
51:4, 51:9, 77:6
**York** [2] - 20:9, 51:19
**you-all** [11] - 44:11,
52:2, 62:13, 62:20,
64:23, 65:3, 70:15,
94:17, 95:24, 96:8,
97:15
**yourselves** [1] - 82:10