UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| APPLIES TO: 11-274 and 11-275 | MAGISTRATE SHUSHAN |

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Certain Underwriters at Lloyd's, London and Various Insurance Companies subscribing to certain excess liability insurance policies issued to Transocean Ltd., and respectfully requests that this Honorable Court substitute Evans Martin McLeod (La. Bar No. 24846) and Marne Jones (La. Bar No. 32522) of the law firm of Phelps Dunbar LLP as counsel of record for Certain Underwriters at Lloyd's, London and Various Insurance Companies subscribing to certain excess liability insurance policies issued to Transocean Ltd., in place of Rebecca Y. Cooper (La. Bar No. 23004), formerly of Phelps Dunbar LLP, and Marcus G. Matthews of Phelps Dunbar LLP's Houston office.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Richard N. Dicharry (Bar #4929)
George M. Gilly (Bar No. 6234)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
gillyg@phelps.com

COUNSEL FOR CERTAIN UNDERWRITERS
AT LLOYD'S, LONDON AND VARIOUS
INSURANCE COMPANIES

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, which will send a notice of electronic filing to all counsel of record on this 10th day of March, 2011.

_____

PD.4812569.1