IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J |
| This Document Relates to: 2:10-cv-03076-CJB-SS | Judge Barbier<br>Mag. Judge Shushan |

### PLAINTIFF VICKIE NOBLE'S NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41 (a)

**COMES NOW** Plaintiff Vickie Nobles, by and through counsel of record, and file this her *Notice of Voluntary Dismissal*, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses her action against all Defendants, without prejudice. In support thereof, Plaintiff states as follows:

1. Plaintiff filed her Complaint in the Northern District of Florida, Panama City Division on or about May 20, 2010. The case was transferred to the Middle District of Florida, Jacksonville Division on or about June 1, 2010.

2. This action was removed to the Eastern District of Louisiana on or about September 17, 2010.

3. None of the Defendants in this action has filed an answer or a motion for summary judgment.

4. Plaintiff Vickie Nobles files her notice of dismissal with the intention of dismissing her case under FRCP 41(a)(1)(A)(i) without prejudice to refiling.

1

RESPECTFULLY SUBMITTED on this the 10th day of March, 2011.

                                     PLAINTIFF VICKIE NOBLES

By:     /s/Dewitt M. Lovelace
         Dewitt M. "Sparky" Lovelace (FSB # 0872326)
         LOVELACE LAW FIRM, P.A.
         12870 U.S. Highway, 98 West, Suite 200
         Miramar Beach, FL  32550
         Telephone:  (850) 837-6020
         Facsimile:  (850) 837-4093

## **CERTIFICATE OF SERVICE**

The undersigned counsel does hereby certify that he has this day served the above and foregoing document upon all counsel via the Court's ECF system and Lexis Nexis File and Serve.

ON THIS the 10th day of March, 2011.

                                     /s/Dewitt M. Lovelace
                                     Dewitt M. "Sparky" Lovelace (FSB #0872326)

OF COUNSEL:

Don Barrett (*pro hac vice* to be filed)
BARRETT LAW GROUP
404 Court Square North
P.O. Box 987
Lexington, MS 39095
Tel. (662) 834-2376
Fax. (662) 834-2628