IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the Oil Rig      *      MDL NO. 2179
     "DEEPWATER HORIZON: in the      *
     GULF OF MEXICO, on April 20, 2010    *
                                           *      SECTION: "J"
                                           *
                                           *
                                           *      JUDGE BARBIER
                                           *      MAG. JUDGE SHUSHAN
THIS DOCUMENT RELATES TO:         *
     Civil Action No. 10-1245            *
     Darleen Jacobs Levy vs. BP, PLC, et al   *

*******************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
EIGHTH SUPPLEMENTAL AND AMENDING COMPLAINT**

MAY IT PLEASE THE COURT:

Plaintiff, Darleen Jacobs Levy, seeks to file this Seventh Supplemental and Amending Complaint. Defendants have been consulted and there is no objection to the filing of the Eighth Supplemental and Amending Complaint. In accordance with Rule 7/6(E) there is no objection to this motion.

WHEREFORE, plaintiff, Darleen Jacobs Levy, moves this Honorable Court to grant the Eighth Supplemental and Amending Complaint as outlined above.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
823 ST. LOUIS STREET
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Fifth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

S/Darleen M. Jacobs
DARLEEN M. JACOBS