IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig  *<br>"DEEPWATER HORIZON: in the  *<br>GULF OF MEXICO, on April 20, 2010  *<br>  *<br>  *<br>  *<br>  *<br>THIS DOCUMENT RELATES TO:  *<br>**Civil Action No. 10-1245**  *<br>Darleen Jacobs Levy vs. BP, PLC, et al  * | MDL NO. 2179<br><br>SECTION: "J"<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*******************************************

EIGHTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third , Fourth, Fifth, Sixth and Seventh Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Kenneth Charbonnet, Glen Kilian, Roxanne Kilian, Warren Atkins, Paul and Nancy Hamburger, Robert Bullis, Craig Coffey, Melanie Mayeaux, Alicia Hawkes, Joshua Mayeaux, Robert Mayeaux, Germaine Reed, Roy and Ernestine Shell, Eric Menhennett and Bette Raburn

I.

Plaintiff adopts herein by reference all allegations contained in her Original, First, Second, Third, Fourth, Fifth, Sixth and Seventh Supplemental and Amending Complaints for Damages.

II.

Plaintiff supplements her Original, First, Second, Third, Fourth, Fifth, Sixth and Seventh Supplemental and Amending Complaints for Damages by adding the following to Paragraph 4 thereof:

1) Kenny Charbonnet, loss of use of fishing license and ability to use boat;

2) Glen Kilian-President of Paneling Factory, Inc., loss of income;

3) Glen & Roxanne Kilian-diminution in value of residence located at 1383 Raneus Run West, San Destin, Florida due to oil contamination;

4) Warren Atkins-loss of wages and earning capacity while at Gulf Management LLC as a shuttle bus driver;

5) Paul & Nancy Hamburger-diminution in value of residence located at 74235 Downs Avenue, Covington, LA due to oil contamination;

6) Robert Bullis-loss of wages and earning capacity while employed for Waltco-Instrumentation Tech.  Contract cancelled after oil spill;

7) Craig Coffey-Managing member of Ghram Investments, LLC-loss of income and earning capacity;

8) Melanie Mayeaux, Alicia Hawkes, Joshua Mayeaux and Robert Mayeaux-Owner Grande Centre Properties, LLC-loss of income and value of rental property (high end duplex's and apartments)3305 St. Marie Drive, Meraux, LA due to oil contamination and loss of tenants;

9) Melanie & Robert Mayeaux-Property claim and boat claim-Maria Drive in Lacomb due to oil contamination;

10) Germaine Reed-Health claim only-Team Labor Force employed for ESH shoveling oil balls which aggravated a lower back injury

11) Roy & Ernestine Schell-property damage of 4640 West Beach Blvd., Unit B-4, Gulfport, MS 39501 due to oil contamination;

12) Eric Menhennett-property claim, 4640 West Beach Blvd., Unit A-3, Gulfport, MS 39501 due to oil contamination;

13) Bette Raburn-property damage claim, 4640 West Beach Blvd., Unit D-6, Gulfport, MS 39501 due to oil contamination.

PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Complaints pray that the additional plaintiffs be added and pray for a judgment against Defendants as follows:

1. For all economic and compensatory damages sustained;

2. For punitive damages as permitted by law;

3. For all attorney's fees and cost of litigation;

4. For legal interest from the date of judicial demand until paid in full;

5. For class action certification and trial by jury;

6. For mental anguish, pain and suffering, lost wages, medical expenses, loss of enjoyment of life; and

6. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Sixth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS