UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **Applies to:** *All Cases.* | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | USLA Case #  10-3260 |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| | * | CLASS ACTION |
| JIMMIE TOWNSEND and DAN LEVAN, | * | Case No. CV-10-369 |
| | * | |
| Plaintiffs, | * | |
| v. | * | |
| | * | |
| BP, PLC, et al., | * | |

NOTICE OF VOLUNTARY DISMISSAL

Come now the Plaintiffs and pursuant to Rule 41 FRCP give notice no answers have been filed by Defendants and that Plaintiffs voluntarily dismiss their case without prejudice, costs taxed as paid to the Court.

_____/s/ *Kearney Dee Hutsler*_____
KEARNEY DEE HUTSLER
Attorney for Plaintiffs
2700 Hwy. 280, Ste. 320W
Birmingham Alabama 35223
(205) 414-9979
(205) 879-9229 fax

CERTIFICATE OF SERVICE

I hereby certify that on 10th day of **March, 2011**, I caused a copy of the foregoing by sent by electronic mail to all counsel of record.

_____/s/ *Kearney Dee Hutsler*_____