**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MARCH 10, 2011**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig       MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*       JUDGE BARBIER
      MAGISTRATE JUDGE SHUSHAN

A telephone conference was held this date.

Participating:      Jim Roy, Steve Herman, Don Haycraft, Andrew Langan, Corey
     Maze, Kerry Miller, Dan Goforth, Robert Guidry, Tim Duffy, Alan
     York, Jeremy Rush, Warner Hocker, Tony Fitch, Carmelite Bertaut,
     Al Myers, Diane Hertz, and Ron Kravitz.

Discussions were held regarding Rule 30(b)(6) depositions. The parties will follow-up as discussed.

                      **SALLY SHUSHAN**
                      **United States Magistrate Judge**

MJSTAR 00:50