IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>2:10-CV-3168 | § § | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

The Court has considered the Motion for Leave to File First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos and finds that the motion is well taken and should be granted. It is, therefore

**ORDERED** that the Motion for Leave to File First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos is **GRANTED**. It is further

**ORDERED** that the First Amended Complaint of Bill Francis, Tyrone Benton, and Carlos Ramos is deemed filed as of March 10, 2011.

New Orleans, Louisiana this 10th day of March, 2011.

_____
United States District Judge