IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| This document relates to: 2:10-cv-4427<br>*Kritzer, et al v. Transocean, et al* | ' ' | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## **Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint**

Subject to Plaintiffs' Motions to Remand, Plaintiffs Joshua Kritzer; Nick Watson; Bill Johnson; Heith Lambert; Coby Richard; Dustin Johnson; Brett Guillory; Stenson Roarke; Denise Arnold, mother of Shane Roshto; Jacquelyn Duncan; Cathleena Willis; and Rhonda Burkeen, individually, and as personal representative for the Estate of Aaron Dale Burkeen and on behalf of all heirs (including Aryn and Timothy Burkeen (minor children)), and as personal representative for her minor son, Timothy Burkeen, Frank Ireland, and Darren Costello (collectively as "Plaintiffs") respectfully request leave from the Court under Rule 15(a)(2) to amend their Complaint. The reasons why leave should be granted are more fully laid out in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint.

Halliburton and Cameron do not oppose this motion. The remaining defendants have not indicated whether they oppose the motion or not. Plaintiffs' proposed Amended Complaint is attached as Exhibit A to this motion.

### **Prayer**

Plaintiffs pray that this Honorable Court grants them leave to file their Amended Complaint.

motion.

        Respectfully submitted,

        ARNOLD & ITKIN LLP

        */s/ Kurt B. Arnold*

        _____
        Kurt B. Arnold, Texas Bar No. 24036150
        Robert P. Wynne, # 30123
        Jason A. Itkin, Texas Bar No. 24032461
        Cory D. Itkin, Texas Bar No. 24050808
        M. Paul Skrabanek, Texas Bar No. 24063005
        1401 McKinney Street, Suite 2550
        Houston, Texas 77010
        Telephone: (713) 222-3800
        Facsimile: (713) 222-3850

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 11, 2011.

        */s/ Kurt B. Arnold*

        _____
        Kurt B. Arnold