IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179  SECTION: J |
| *This document relates to: 2:10-cv-4427* *Kritzer, et al v. Transocean, et al* | ' ' | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiffs' motion is meritorious.  It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint is in all things granted.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**