UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179 SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 02:10-CV-1196 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO FILE THIRD AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Michelle M. Jones,** individually and as personal representative of her minor sons, **Stafford Hess Jones and Maxwell Gordon Jones**, who moves this Honorable Court to file the Third Amending Complaint for the following reasons:

1.

Since the Second Amended Complaint was filed, Plaintiff has determined through discovery and investigation that there are additional parties which need to be joined as defendants herein.

2.

Pursuant to LR 7.6E, consent was sought and obtained from defendant Transocean Ltd. Consent was sought but not obtained from all other defendants.

WHEREFORE, Plaintiff, Michelle M. Jones, individually and as personal representative of her minor sons, Stafford Hess Jones and Maxwell Gordon Jones, prays that she be allowed to file the Third Amending Complaint.

By attorneys:

*s/John W. deGravelles*
**JOHN W. deGRAVELLES** (#04808)
RANDOLPH W. HUNTER (#7084)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: 225/344-3735
Facsimile: 225/336-1146
jdegravelles@dphf-law.com
rhunter@dphf-law.com
ndegravelles@dphf-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

*s/John W. deGravelles*
**JOHN W. deGRAVELLES**