IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  "DEEPWATER HORIZON" in the  GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' | MDL NO. 2179  SECTION: J |
| *This document relates to:* 2:11-cv-00262  *Allen Seriale, et al v. Transocean Offshore Deepwater Drilling, Inc. et al* | ' ' ' | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

## Plaintiff's Motion for Leave to File Plaintiff's Amended Complaint

Subject to Plaintiff's Motion to Remand, Plaintiff Allen Seriale ("Plaintiff") respectfully requests leave from the Court under Rule 15(a)(2) to amend his Complaint. The reasons why leave should be granted are more fully laid out in Plaintiff's Memorandum in Support of Plaintiff's Motion for Leave to File Plaintiff's Amended Complaint.

Halliburton and Cameron do <u>not</u> oppose this motion. The remaining defendants have not indicated whether they oppose the motion or not. Plaintiff's proposed Amended Complaint is attached as Exhibit A to this motion.

## Prayer

Plaintiff prays that this Honorable Court grants him leave to file his Amended Complaint.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Robert P. Wynne, # 30123
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 11, 2011.

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold