UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA[1]

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-03168 | |

## PLAINTIFFS' MOTION FOR LEAVE
## TO FILE THEIR SIXTH AMENDED COMPLAINT

Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin, by and through undersigned counsel, file this Motion for Leave to File an Amended Complaint.[1]

In support of this motion, plaintiffs submit the accompanying Memorandum in Support.

1.     On February 11, 2011, Defendant Halliburton filed a motion to dismiss (Doc. 1189).  Cameron filed a motion for judgment on the pleadings (Doc. 1154), and Transocean (Docs. 1166, 1167, 1168, and 1200) and BP (Docs. 1221, 1224, 1227, and 1230) answered Plaintiff's suit.

---

[1] Plaintiffs file this without waiver of any prior or future filings, defenses, or arguments.  See Doc. 1522 at pages 1-2.

2.	On March 4, 2011, Plaintiffs filed an amended complaint, adding additional allegations. (Doc. 1522). They also added parties that now mirror Transcoean's Rule 14(c) tender.

3.	On March 9, 2011, the undersigned counsel was notified via email correspondence from the Clerk of the Court that a Motion for Leave was required to be filed pursuant to Local Rule D18. Notice was further provided that plaintiffs' Amended Complaint must be refiled in its entirety within seven (7) calendar days and the deficiency must be remedied by March 16, 2011.

4.	This Motion for Leave, together with plaintiffs' Amended Complaint, which is attached as Exhibit A to this motion, are timely filed within seven (7) calendar days of the notice of deficiency.

5.	Plaintiffs would respectfully show the Court that they did not accompany their Amended Complaint with a motion for leave to file because Rule 15(a)(1)(B) suggests that plaintiffs can amend their pleading as a matter of course within 21 days after service of Defendant's motions and answers.[2]

---

[2] Technically, Cameron's motion falls outside of Rule 15(a)(1)(B). But one may only file a motion for judgment on the pleadings if the pleadings are closed. To the undersigned's knowledge, the pleadings are not closed. Moreover, Cameron's motion is effectively a motion to dismiss. Indeed, in certain cases it had previously not answered, and Cameron filed a motion to dismiss those cases asserting the same argument as it did in the motion for judgment on the pleadings.

6. In the alternative, plaintiffs seek leave to file the Amended Complaint pursuant to Rule 15(a)(2). Under Rule 15(a)(2), the Court "should freely give leave when justice so requires." FED.R.CIV.P. 15(a)(2).

7. None of the factors weighing against granting leave are present in this case. *Chaffe McCall, LLP v. World Trade Center of New Orleans*, 641 F.Supp.2d 585, 596 (E.D. La. 2009) (factors weighing against granting leave include undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment).

For the reasons stated here, and in the accompanying Memorandum, plaintiffs respectfully request that their Sixth Amended Complaint be filed pursuant to Rule 15(a)(1)(B), or that this Court grant this motion for leave to file the First Amended Complaint pursuant to Rule 15 (a)(2).

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

*/s/ R. Todd Elias*

_____
R. Todd Elias
Federal:            21551
Texas Bar No.:      00787427
Steve Gordon
Texas Bar No. :     08207980
Jeff Seely
Texas Bar No.:      24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:          713-668-9999
Facsimile:          713-668-1980

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Plaintiffs' Motion for Leave to File Their Sixth Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 11th day of March, 2011.

*/s/ R. Todd Elias*

_____
R. Todd Elias