UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG      MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010     SECTION: J

                                                 JUDGE BARBIER

                                                 MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
2:10-cv-03168

## PLAINTIFFS MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THEIR SIXTH AMENDED COMPLAINT

Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin, by and through undersigned counsel, file this Memorandum in Support of Their Motion for Leave to File Their Sixth Amended Complaint.

### PROCEDURAL BACKGROUND

1. On February 11, 2011, Defendants Cameron (motion for judgment on the pleadings), Halliburton (motion to dismiss), BP (answer), and Transocean (answer) filed answers or motions.

2. On March 4, 2011, Plaintiffs filed an amended complaint.

3. On March 9, 2011, the undersigned counsel was notified via email correspondence from the Clerk of the Court that a Motion for Leave was required to be filed pursuant to Local Rule D18.

4. Plaintiffs' Motion for Leave, together with Plaintiffs' Sixth Amended Complaint, and this accompanying Memorandum in Support, are timely filed within seven (7) calendar days of the notice of deficiency.

### ARGUMENT AND AUTHORITIES

5. Plaintiffs would respectfully show the Court that they did not accompany their Amended Complaint with a motion for leave to file because Rule 15(a)(1)(B) suggests that plaintiffs can amend their pleading as a matter of course within 21 days after service of the answers and motions. FED. R. CIV. P. 15(a)(1)(B).

6. In the alternative, Plaintiffs seek leave to file the Amended Complaint pursuant to Rule 15(a)(2). Under Rule 15(a)(2), the Court "should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2).

7. This Court recognizes that Rule 15(a) provides a rather liberal standard for granting leave to amend. *Chaffe McCall, LLP v. World Trade Center of New Orleans*, 641 F.Supp.2d 585, 596 (E.D. La.2009). Further, none of the factors weighing against granting leave are present in this case. *Id.* (factors weighing against granting leave include undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments

previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of amendment).

## PRAYER

For the reasons stated, plaintiffs respectfully request that their amended complaint be filed pursuant to Rule 15(a)(1)(B), or that this Court grant Plaintiffs' Motion for Leave to File Their Amended Complaint pursuant to Rule 15 (a)(2).

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

*/s/ R. Todd Elias*
_____
R. Todd Elias
Federal:          21551
Texas Bar No.:    00787427
Steve Gordon
Texas Bar No. :   08207980
Jeff Seely
Texas Bar No.:    24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:        713-668-9999
Facsimile:        713-668-1980

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing Memorandum in Support of Plaintiff's Motion for Leave to File Their Sixth Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 11th day of March, 2011.

                                        */s/ R. Todd Elias*

                                        _____
                                        R. Todd Elias