UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-03168 | |

### ORDER

The Court has considered the Motion for Leave to File Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin and finds that the motion is well taken and should be granted.  It is, therefore

**ORDERED** that the Motion for Leave to File Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin is **GRANTED**.  It is further

**ORDERED** that the Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin is deemed filed as of March 3, 2011.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
CARL J. BARBIER
United States District Judge