UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-03168 | |

**PLAINTIFFS' RESPONSE TO HALLIBURTON'S MOTION TO DISMISS**

Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin, by and through undersigned counsel, file this response to Halliburton's Motion to Dismiss.[1]

Plaintiffs incorporate their accompanying memorandum and allege that:

1. Halliburton's motion is moot because Plaintiffs have filed an amended complaint.

2. Plaintiffs did not assert Jones Act, maintenance and cure, or unseaworthiness claims, so those portions of Halliburton's motion do not apply to them.

3. Plaintiffs also did not assert a res ipsa loquitur claim. They did in their recently-filed pleading. The Court can address this issue in the future.

---

[1] Plaintiffs file this without waiver of any prior or future filings, defenses, or arguments. See Doc. 1522 at pages 1-2

4. Plaintiffs sufficiently alleged their claims against Halliburton. They are detailed and easily satisfy the relevant pleading standards.

5. Punitive damages are available under *Exxon Shipping Co. v. Baker*, 554 U.S. 471, 128 S. Ct. 2605 (U.S. 2008)

## Conclusion

For the foregoing reasons, the Court should deny Halliburton's motion.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ *R. Todd Elias*

_____
R. Todd Elias
Federal:             21551
Texas Bar No.:       00787427
Steve Gordon
Texas Bar No. :      08207980
Jeff Seely
Texas Bar No.:       24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:           713-668-9999
Facsimile:           713-668-1980

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing Plaintiff's Response to Halliburton's Motion to Dismiss will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 11th day of March, 2011.

/s/ *R. Todd Elias*

_____
R. Todd Elias