## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG     MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010     SECTION:  J

                                      JUDGE BARBIER

                                      MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
2:10-cv-03168

### ORDER

The Court has considered Halliburton's Motion to Dismiss Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin's Complaint and finds that the motion should be denied.  It is, therefore

**ORDERED** that Halliburton's Motion to Dismiss Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin's Complaint is **DENIED**.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
CARL J. BARBIER
United States District Judge