UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 |
| | : : | SECTION J<br>MAG. (1) |
| This Document Relates to: | : : | JUDGE BARBIER |
| 2:11-cv-00275-CJB-SS | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**MOEX OFFSHORE 2007 LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1(a), MOEX Offshore 2007 LLC states:

**A.   Disclosure Statement**

One hundred percent (100%) of MOEX Offshore 2007 LLC's membership interests are owned by MOEX USA Corporation. One hundred percent (100%) of MOEX USA Corporation's shares are, in turn, owned by Mitsui Oil Exploration Co., Ltd. Sixty-nine and ninety-one hundredths (69.91%) of Mitsui Oil Exploration Co., Ltd.'s shares are owned by Mitsui & Co., Ltd. Mitsui & Co., Ltd.'s shares are publicly-traded in Japan and its American Depository Receipts are publicly-traded in the United States.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Vincent E. Morgan*
Vincent E. Morgan
Texas Bar No. 24027529
Southern District of Texas ID 30181
Amy P. Mohan
Texas Bar No. 24051070
909 Fannin, Suite 2000

Houston, Texas  77010
Telephone:     713.276.7600
Facsimile:      713.276.7676
vince.morgan@pillsburylaw.com
amy.mohan@pillsburylaw.com

Peter M. Gillon
District of Columbia Bar No. 384995
Geoffrey J. Greeves, T.A.
District of Columbia Bar No. 463035
James P. Bobotek
District of Columbia Bar No. 458375
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
Telephone:     202.663.8000
Facsimile:      202.663.8007
peter.gillon@pillsburylaw.com
geoffrey.greeves@pillsburylaw.com
james.bobotek@pillsburylaw.com

### CERTIFICATE OF SERVICE

I certify that on March 11, 2011, a copy of the above and foregoing **MOEX OFFSHORE 2007 LLC'S CORPORATE DISCLOSURE STATEMENT** has been filed electronically with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Vince E. Morgan*
Vincent E. Morgan