# CONFERENCE ATTENDANCE RECORD

DATE: 3-11-11                TIME: 9:30

CASE NAME: In Re: Deepwater Horizon

DOCKET NUMBER & SECTION: MDL- 2179

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| DON GODWIN | HALLIBURTON |
| Robert E. Gurdy | Anadarko & Moex |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| WILLIAM STRADLEY | MDL 2185 - Anadarko Ind. |
| ROBERT CUNNINGHAM | PSC |
| Carmelite Bertaut | Cameron |
| Henry T. Dart | LA. |
| James P. Roy | PSC - Co-Liaison |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| WILLIAM BONNER | MI |
| DON HAYCRAFT | BP |
| ANDY LANGAN | BP |
| TIM DUFFY | BP |
| RYAN BABIUCH | BP |
| DENNIS BARROW | Dril-Quip |
| Denise Scofield | MI |
| Melinda Nicholson | 2185 Derivative P's |
| R. Bertram | Weatherford U.S. LP |
| Steve Herman | Plaintiffs |
| Rick Simmons | Pat O'Bryan |
| Corey Maze | Alabama |
| MIKE UNDERHILL | U.S. |
| Suzie Wilson Paralegal K Miller | BP |
| Steve Roberts | TO |
| ANTHONY IRPINO | PSC |
| | |

3/11/11 BP conference via Telephone

Julie Reiser - for New York in Ohio - MDL 2185

Skip McAloon - Dynamic Aviation Group

Allan Kanner - La Atty General

Jeremy Rush - O'Brien Management Response

David Cannon - MOEX

Mary Rose Alexander - NALCO

Ken Mayeaux - Airborne Support, Inc.

Ted Tsekerides - SEACOR holdings, O'Brien Management Response, National Response Corporation

Tony Fitch - Anadarko and MOEX

Ron Kravitz - 2185 Counsel for the ERISA plaintiffs

Alan Weigel - Marine Spill Response Corp.

Al Myers - Derivative plaintifss in MDL 2185