UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>2:10-cv-03168 | |

**PLAINTIFFS' RESPONSE TO CAMERON'S MOTION TO DISMISS**

Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin, by and through undersigned counsel, file this Response to Cameron's Motion to Dismiss.  Plaintiffs have also filed an accompanying Memorandum of Law.[1]  Plaintiffs assert the following:

1. Cameron's motion is moot because Plaintiffs have filed an amended petition.

2. Plaintiffs incorporate their briefing in their motion to remand, which addresses the issues raised by Cameron.

3. The OCSLA does not apply simply because a riser was connected to the sea floor.

4. The Court, at least implicitly, has found that maritime law governs Plaintiffs' claims because it is conducting a trial with Rule 14(c) defendants.

---

[1] Plaintiffs file this without waiver of any prior or future filings, defenses, or arguments.  See Doc. 1522 at pages 1-2

5. General maritime law applies because injuries on vessels are maritime torts.

## Conclusion

For the foregoing reasons, the Court should deny Cameron's motion.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

*/s/ Steve Gordon*

_____
Steve Gordon
Texas Bar No. :     08207980
R. Todd Elias
Federal:            21551
Texas Bar No.:      00787427
Jeff Seely
Texas Bar No.:      24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:      713-668-9999
Facsimile:      713-668-1980

## **CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Plaintiff's Response to Cameron's Motion to Dismiss will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 11th day of March, 2011.

*/s/ Steve Gordon*

_____

Steve Gordon