UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:  J |
| | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:10-cv-03168 | |

**ORDER**

The Court has considered Cameron's Motion to Dismiss Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin's Complaint and finds that the motion should be denied.  It is, therefore

**ORDERED** that Cameron's Motion to Dismiss Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin's Complaint is **DENIED**.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
CARL J. BARBIER
United States District Judge