UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *U.S. v. BP, et al.*  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

STIPULATED NOTICE OF SUBSTITUTION OF PARTIES
AND DATE FOR RESPONSE

To all parties and their attorneys of record please take notice of the following Stipulation related solely to the case *United States of America v. BP Exploration & Production, Inc., et al.*, 2:10-cv-04536 (E.D. La.) ("*U.S. v. BP, et al.*").  To correct the complaint and provide for a uniform response date, the undersigned hereby stipulate as follows:

**IT IS STIPULATED** that:

1. Anadarko E & P Company LP is hereby substituted as a defendant in place of Anadarko Exploration and Production LP for purposes of *U.S. v. BP et al.*

2. Anadarko E & P Company LP hereby waives service of process, without any waiver of personal jurisdiction or other affirmative defenses.

3. Anadarko E & P Company LP shall file and serve its response to the complaint on or before March 21, 2011, consistent with the due dates for MOEX Offshore 2007 LLC and Anadarko Petroleum Corporation. [Doc 1380 and 1384].

SO STIPULATED AND SO NOTICED:

For the United States:

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

For Anadarko:

BINGHAM McCUTCHEN LLP

/s/ Ky E. Kirby
Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 18, 2011.

/s/ *Ky E. Kirby*

Ky E. Kirby