IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179  SECTION: J |
| *This document relates to: 2:10-cv-4427* *Kritzer, et al v. Transocean, et al* | ' ' | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Defendant Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Petitions for Failure to State a Claim Under Rule 12(b)(6), all responsive briefing, and/or the arguments of counsel and is of the opinion that Defendant Halliburton Energy Services, Inc.'s motion is DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Defendant Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Petitions for Failure to State a Claim Under Rule 12(b)(6) is in all things DENIED.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**