IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' | MDL NO. 2179<br><br>SECTION: J |
| *This document relates to:* 2:11-cv-00262 *Allen Seriale v. Transocean Offshore Deepwater Drilling, Inc. et al* | ' ' ' | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Defendant Cameron's Motion to Dismiss or Motion for Judgment on the Pleadings With Respect to the Bundle A Pleadings, all responsive briefing, and/or the arguments of counsel and is of the opinion that Defendant Cameron's motion is DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Cameron's Motion to Dismiss or Motion for Judgment on the Pleadings With Respect to the Bundle A Pleadings is in all things DENIED.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana

_____
**THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**