| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § | MDL No. 2179 SECTION:  J |
| Applies to: | § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |
| *Crawford v. BP, P.L.C.*, No. 2:10-CV-1540 | § § | |

# ORDER

Considering Defendant M-I L.L.C.'s Motion To Dismiss Plaintiff's Class Action Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/66797595.1