| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § | MDL No. 2179 SECTION: J |
| Applies to: § § | **Judge Carl J. Barbier** **Magistrate Judge Sally Shushan** |
| *Williams v. Transocean, Ltd., et al.,* § No. 2:10-CV-1243 § | |

## ORDER

Considering Defendant M-I L.L.C.'s Motion To Dismiss Plaintiff's First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/66836586.1