| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § | MDL No. 2179 SECTION: J |
| Applies to: § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |
| *Rhodes v. Transocean, Ltd., et al.*, § No. 2:10-CV-1502 § | |

**DEFENDANT M-I L.L.C.'S MOTION TO DISMISS PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss Plaintiff's Second Supplemental and Amended Complaint for failing to state a claim upon which relief can be granted.

A motion to dismiss must be granted "when the allegations in a complaint, however true, could not raise a claim of entitlement to relief." *Cuvillier v. Taylor*, 503 F.3d 397, 401 (5th Cir. 2007) (internal quotation omitted). Pursuant to Federal Rule of Civil Procedure 12(b)(6), and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, Plaintiff has failed to state cognizable causes of action against M-I. Accordingly, M-I respectfully requests dismissal of all claims alleged against it.

March 11, 2011

DB1/66836837.1

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: ___/s/ Hugh E. Tanner_____

    Hugh E. Tanner
    htanner@morganlewis.com
    Denise Scofield
    dscofield@morganlewis.com
    Shannon A. Lang
    slang@morganlewis.com
    James B. Tarter
    jtarter@morganlewis.com
    1000 Louisiana St., Suite 4000
    Houston, TX 77002
    Telephone: 713.890.5000
    Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *M-I L.L.C.'S Motion to Dismiss Plaintiff's Second Supplemental and Amended Complaint* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

                                */s/ Hugh E. Tanner*
                                Hugh E. Tanner

DB1/66836837.1