IN RE:  OIL SPILL by the OIL RIG § 
   "DEEPWATER HORIZON" in §   MDL No. 2179
   theGULF OF MEXICO on §
   APRIL 20, 2010 §   SECTION: J
               §
   Applies to: §   **Judge Carl J. Barbier**
               §   **Magistrate Judge Sally Shushan**
   *Rhodes v. Transocean Ltd., et al.,* §
      *No. 2:10-CV-1502* §

## ORDER

Considering the Defendant M-I L.L.C.'s Motion To Dismiss Plaintiff's Second Supplemental and Amended Complaint for failure to state a pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

                 _____
                 UNITED STATES DISTRICT JUDGE