| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § | MDL No. 2179<br><br>SECTION: J |
| Applies to: § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| *Rhodes v. Transocean Ltd., et al.,* § No. 2:10-CV-1502 § | |

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant M-I L.L.C. to Dismiss the Second Supplemental and Amended Complaint of Karl W. Rhodes pursuant to Fed. R. Civ. P. 12(b)(6) is tentatively notice for submission on May 25, 2011, at 9:30 a.m.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:   /s/ Hugh E. Tanner

Hugh E. Tanner
htanner@morganlewis.com
Denise Scofield
dscofield@morganlewis.com
Shannon A. Lang
slang@morganlewis.com
James B. Tarter
jtarter@morganlewis.com
1000 Louisiana St., Suite 4000
Houston, TX 77002
Telephone: 713.890.5000
Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

DB1/66836861.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *M-I L.L.C.'S Motion to Dismiss Plaintiff's Second Supplemental and Amended Complaint* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner