| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § | MDL No. 2179 SECTION: J |
| Applies to: § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |
| *Rhodes v. Transocean Ltd., et al.*, No. 2:10-CV-1502 § § | |

## M-I L.L.C.'S REQUEST FOR ORAL ARGUMENT

Defendant M-I L.L.C., pursuant to Local Rule 78.1 respectfully requests oral argument on its Motion to Dismiss the claims of Karl W. Rhodes for personal injury or death based on the events of April 20, 2010, for failure to state a claim upon which relief may be granted.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ Hugh E. Tanner

Hugh E. Tanner
htanner@morganlewis.com
Denise Scofield
dscofield@morganlewis.com
Shannon A. Lang
slang@morganlewis.com
James B. Tarter
jtarter@morganlewis.com
1000 Louisiana St., Suite 4000
Houston, TX 77002
Telephone: 713.890.5000
Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

DB1/66836887.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing *M-I L.L.C.'S Request for Oral Argument* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

                                            */s/ Hugh E. Tanner*
                                            Hugh E. Tanner