| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Applies to:<br><br>*Kleppinger v. Transocean Offshore Deepwater Drilling, Inc., et al.,* No. 2:11-CV-3168<br><br>**Plaintiffs in Intervention:** Stephen Stone and Sara Stone | MDL No. 2179<br><br>SECTION: J<br><br>**Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |

# ORDER

Considering the Defendant M-I L.L.C.'s Motion To Dismiss Plaintiffs Stephen Stone's and Sara Stone's Petition in Intervention for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE