| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to: | § § § | **Judge Carl J. Barbier**<br>**Magistrate Judge Sally Shushan** |
| **All cases in Pleading Bundle Section III.B(1) (the "B1 Bundle")** | § § § | |
| This pleading applies to: | § § § | |
| *No. 2:10-CV-2771* | § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion to Dismiss the First Amended Master Complaint, Cross-Claim, And Third-Party Complaint for Private Economic Losses ["B1 Bundle"] for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____<br>
UNITED STATES DISTRICT JUDGE