IN RE: OIL SPILL by the OIL RIG § 
      "DEEPWATER HORIZON" in the §    MDL No. 2179
      GULF OF MEXICO on §
      APRIL 20, 2010 §    SECTION: J
      §
    Applies to: §    Judge Carl J. Barbier
      §    Magistrate Judge Sally Shushan
*Roshto v. Transocean, Ltd, et al.*, §
    No. 2:10-CV-1156 §

## NOTICE OF SUBMISSION

TO:    Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Orders Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant M-I L.L.C. to Dismiss Plaintiffs' Second Amended Complaint is tentatively noticed for submission on May 25, 2011, at 9:30 a.m.

      Respectfully submitted,

      **MORGAN, LEWIS & BOCKIUS LLP**

  By:    /s/ Hugh E. Tanner

      Hugh E. Tanner
      htanner@morganlewis.com
      Denise Scofield
      dscofield@morganlewis.com
      Shannon A. Lang
      slang@morganlewis.com
      James B. Tarter
      jtarter@morganlewis.com
      1000 Louisiana St., Suite 4000
      Houston, TX 77002
      Telephone: 713.890.5000
      Facsimile: 713.890.5001

      **ATTORNEYS FOR DEFENDANT M-I L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing *M-I L.L.C.'S Notice of Submission* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2011.

                                                   */s/ Hugh E. Tanner*
                                                    Hugh E. Tanner