| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>**Judge Carl J. Barbier** |
| Applies to: | § § | **Magistrate Judge Sally Shushan** |
| *Trahan v. BP, PLC, et al.,*<br>No. 2:11-CV-0263 | § § | |

## ORDER

Considering the Defendant M-I L.L.C.'s Motion To Dismiss Plaintiff's Original Petition for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE