UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE OIL SPILL BY THE OIL RIG            MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010        SECTION:  J

THIS DOCUMENT RELATES TO:           JUDGE BARBIER
                                                              MAG.JUDGE SHUSHAN

Kurt Sachfield  v. BP, PLC, et al.
2:10-cv-03185 (E.D. La.)

---

**MOTION TO WITHDRAW AS COUNSEL**

---

The attorneys of record for Kurt Satchfield, Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner LLP move this Court to withdraw as counsel of record.  The Plaintiff has agreed to this withdrawal and his interest will still be represented by Rogen K. Chhabra & Darryl Gibbs of Chhabra & Gibbs P.A.

                                              Respectfully Submitted,

                                    /s/ Brent Hazzard_____
                                            Hazzard Law, LLC
                                            P.O. Box 24382
                                            Jackson, MS 39225

                                            /s/ William A. Isaacson_____
                                            William A. Isaacson
                                            David Boies
                                            Boies, Schiller & Flexner LLP
                                            5301 Wisconsin Avenue, N.W.

                                             Washington, D.C. 20015
                                             Tel: (202) 237-2727
                                             Fax: (202) 237-6131

<u>Certificate of Service</u>

This is to certify that a true and correct copy of the foregoing instrument has been served via electronic service on counsel of record, this 12th day of March, 2011.

                                             /s/ Brent Hazzard