UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE OIL SPILL BY THE OIL RIG                          MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010                       SECTION:  J

THIS DOCUMENT RELATES TO:                               JUDGE BARBIER
                                                        MAG.JUDGE SHUSHAN

Kurt Sachfield  v. BP, PLC, et al.
2:10-cv-03185 (E.D. La.)


**ORDER**

The Court, having considered the Motion to Withdraw as Counsel filed by Brent Hazzard

of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner

LLP , is of the opinion that same should be GRANTED.  It is therefore

ORDERED that Brent Hazzard of Hazzard Law, LLC and David Boies and William A.

Isaacson of Boies, Schiller, & Flexner LLP, are withdrawn as attorneys for Kurt Sachfield.  It is

further

ORDERED that Rogen K. Chhabra & Darryl Gibbs of Chhabra & Gibbs P.A., will

continue to represent Plaintiff in this action.

New Orleans, Louisiana this 9th day of March, 2011.


                                    _____
                                          United States District Judge