UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER MAG.JUDGE SHUSHAN |

Micah Wright v. BP, PLC, et al.
2:10-cv-03177 (E.D. La.)

---

**MOTION TO WITHDRAW AS COUNSEL**

---

The attorneys of record for Micah Wright, Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner LLP move this Court to withdraw as counsel of record. The Plaintiff has agreed to this withdrawal and his interest will still be represented by Steve L. Nicholas of Cummingham Bound, LLC.

Respectfully Submitted,

/s/ Brent Hazzard_____
Hazzard Law, LLC
P.O. Box 24382
Jackson, MS 39225

/s/ William A. Isaacson_____
William A. Isaacson
David Boies
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.

Washington, D.C. 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

Certificate of Service

This is to certify that a true and correct copy of the foregoing instrument has been served via electronic service on counsel of record, this 12th day of March, 2011.

/s/  Brent Hazzard