UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE OIL SPILL BY THE OIL RIG  　　　　　　　　　MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010 　　　　　　 SECTION:  J

THIS DOCUMENT RELATES TO: 　　　　　　　　　　JUDGE BARBIER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAG.JUDGE SHUSHAN

Micah Wright v. BP, PLC, et al.
2:10-cv-03177 (E.D. La.)

## ORDER

The Court, having considered the Motion to Withdraw as Counsel filed by Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner LLP , is of the opinion that same should be GRANTED.  It is therefore

ORDERED that Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson and Boies, Schiller, & Flexner LLP, are withdrawn as attorneys for Micah Wright.  It is further

ORDERED that Steve L. Nicholas of Cummingham Bound, LLC will continue to represent Plaintiff in this action.

New Orleans, Louisiana this 12th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge