UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Notice of Submission**

Please take notice that, pursuant to Pre-Trial Order Nos. 11 and 25 in which the Court directed that it will set the date of all hearings on Motions in this case, Karl W. Rhodes' Motion for Leave to File Third Amended Complaint, filed on or about March 13, 2011, has or will be set for consideration on the Court's Submission Docket.

*/s/ Richard R. Kennedy*
RICHARD R. KENNEDY (#7788), T.A.
RICHARD R. KENNEDY (#26951)
309 Polk Street
P.O. Box 3243
Lafayette, LA   70502-3243
Phone:    (337) 232-1934
Fax:        (337) 232-9720
E-Mail:   ken309@richardkennedy.com
E-Mail:   rrk3@richardkennedy.com
*Attorneys for Karl W. Rhodes*

1

**Certificate of Service**

I hereby certify that the above and foregoing Pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Nol. 12, and tha the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 13th day of March, 2011.

*/s/ Richard R. Kennedy*