UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Rule 7.6(E) Certificate**

Claimant's undersigned counsel certifies that he has consulted with defense counsel regarding his filing his Third Amended Complaint and none has objected. Claimant therefore moves that his Honorable Court allow him to file his Third Amended Complaint.

Lafayette, Louisiana this 13th day of March, 2010.

                                                Respectfully submitted,

                                                */s/Richard R. Kennedy*
                                                RICHARD R. KENNEDY (#7788), T.A.
                                                RICHARD R. KENNEDY III
                                                309 Polk Street
                                                P.O. Box 3243
                                                Lafayette, LA 70502-3243
                                                Phone: (337) 232-1934
                                                Fax: (337) 232-9720
                                                E-Mail: ken309@richardkennedy.com
                                                E-Mail: rrk3@richardkennedy.com
                                                *Attorneys for Karl W. Rhodes*