UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Relates to Case No. 10-4252 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION FOR LEAVE TO FILE THE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Darrell L. Reed, who respectfully requests that this honorable Court grant leave to amend his Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.  The granting of this Motion is in furtherance of justice and does not prejudice Defendants who have not filed an answer.  The reasons why leave should be granted are more fully laid out and articulated in the Plaintiff's Memorandum in Support of the Motion for Leave.  Plaintiff's proposed Amended Complaint is attached hereto as Exhibit "A".

**WHEREFORE**, Plaintiff prays that this Honorable Court grant his Motion for Leave to file the Amended Complaint.

Dated: March 14, 2011

Respectfully submitted,


   /s/   Soren E. Gisleson
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
Stephen J. Herman, La. Bar No. 23129
Joseph E. Cain, La. Bar No. 29785
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

Jerold Edward Knoll, La. Bar No. 2214
Jerold Edward Knoll, Jr., La. Bar No. 26956
Edmond H. Knoll, La. Bar No. 29046
THE KNOLL LAW FIRM, LLC
P.O. Box 426
233 South Main Street
Marksville, Louisiana 71351
Telephone: (318) 253-6200
Fax No. (318) 253-4044

*Counsel for Darrell L. Reed*


## Certificate of Service

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2011.

/s/   Soren E. Gisleson_____
Soren E. Gisleson, Esq.