**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Relates to Case No. 10-4252 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE MOTION FOR
LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Darrell L. Reed (hereinafter "Plaintiff"), who respectfully offers this Memorandum in Support of his Motion For Leave to File First Supplemental and Amending Complaint (the "Motion for Leave"), and requests that this Honorable Court grant leave to amend his Complaint, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.  The granting of the Motion for Leave is in furtherance of justice and does not prejudice Defendants who have not yet filed an answer.  Plaintiff's proposed First Supplemental and Amending Complaint is attached to the Motion for Leave as Exhibit "A".

I.      **Facts**

Plaintiff was severely injured on or about April 20, 2010 in the explosion and subsequent sinking of the Deepwater Horizon.  As a result, he filed suit in the 25th Judicial District Court for the Parish of Plaquemines, styled *Reed v. BP PLC, et al.*  The case was removed into MDL- 2179

in the Eastern District of Louisiana for pre-trial proceedings.  Three separate Motions to Dismiss were brought by defendants Haliburton Energy Services, Inc. ("Haliburton")(Doc. No. 1172), Cameron International Corporation f/k/a Cooper-Cameron Corporation ("Cameron")(Doc. No. 1154), and Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC (Doc. Nos. 1212 and 1212-2) respectively.  Plaintiff seeks leave to amend his Complaint in order to moot the arguments raised by Haliburton and Cameron.

## II.    Argument

The Court should grant the Plaintiff's Motion for Leave.  Rule 15(a)(2) of the FRCP clearly states that: "the court should freely give leave [to amend a complaint] when justice so requires."   Further, "under Rule 12(b)(6), a plaintiff with an arguable claim is ordinarily accorded notice of pending motion to dismiss for failure to state a claim and an opportunity to amend the complaint before the motion is ruled upon."  *Neitzke v. Williams*, 490 U.S. 319, 329, 109 S.Ct. 1827, 1834 (1989).

Here Plaintiff simply seeks leave to amend his Complaint in order to refine his allegations, provide additional factual support for his allegations, and moot the arguments made in Cameron's and Haliburton's respective Motions to Dismiss.  None of the defendants will be unfairly prejudiced, harmed, or surprised in any way if the Motion for Leave is granted.  The Motion for Leave is brought in good faith and for proper purposes, and will not cause undue delay.  Moreover, none of the factors that traditionally weigh against granting leave to amend (i.e. undue delay, improper motives, failure to cure deficiencies in prior amendments, undue prejudice to other parties, futility, etc.) exist here.  As such, the honorable Court should grant the Motion for Leave.

**III.     Conclusion**

The Court should grant the Plaintiff's Motion for Leave.  There is no prejudicial or unfair effect on the defendants in the Court's doing so, and furthers the interests of justice.

Dated: March 14, 2011

Respectfully submitted,

       /s/   Soren E. Gisleson
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
Stephen J. Herman, La. Bar No. 23129
Joseph E. Cain, La. Bar No. 29785
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

Jerold Edward Knoll, La. Bar No. 2214
Jerold Edward Knoll, Jr., La. Bar No. 26956
Edmond H. Knoll, La. Bar No. 29046
THE KNOLL LAW FIRM, LLC
P.O. Box 426
233 South Main Street
Marksville, Louisiana 71351
Telephone: (318) 253-6200
Fax No. (318) 253-4044

*Counsel for Darrell L. Reed*

## Certificate of Service

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which

will send a notice of electronic filing in accordance with the procedures established in MDL

2179, on this 14th day of March, 2011.


_____/s/ Soren E. Gisleson_____
Soren E. Gisleson, Esq.