**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Relates to Case No. 10-4252 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In consideration of the above and foregoing Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint, and all responsive briefing and arguments:

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Leave to File the First Supplemental and Amending Complaint is **GRANTED**;

**IT IS FURTHER ORDERED** that the Plaintiff's First Supplemental and Amending Complaint be entered into the record.

This done the _____ day of _____, 2011, New Orleans, Louisiana.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**