**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Relates to Case No. 10-4252 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint, filed on or about March 14, 2011, has been set for hearing on the Court's Submission Docket on Wednesday, March 30, 2011 at 9:30 a.m., to be considered without oral argument.

Dated: March 14, 2011

Respectfully submitted,

     /s/   Soren E. Gisleson
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
Stephen J. Herman, La. Bar No. 23129
Joseph E. Cain, La. Bar No. 29785
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

        Jerold Edward Knoll, La. Bar No. 2214
        Jerold Edward Knoll, Jr., La. Bar No. 26956
        Edmond H. Knoll, La. Bar No. 29046
        THE KNOLL LAW FIRM, LLC
        P.O. Box 426
        233 South Main Street
        Marksville, Louisiana 71351
        Telephone: (318) 253-6200
        Fax No. (318) 253-4044

        *Counsel for Darrell L. Reed*

## Certificate of Service

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2011.

        /s/ Soren E. Gisleson
        Soren E. Gisleson, Esq.