# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-02454-CJB-SS

Plaintiff:
**Center for Biological Diversity**

vs.

Defendant:
**BP America, Inc., et al.**

For:
Daniel Snyder
The Law Offices of Charles M. Tebbutt, P.C.
P.O. Box 10112
Eugene, OR  97440

Received by Austin Process LLC on the 9th day of November, 2010 at 9:56 am to be served on **Trans Ocean Offshore Deepwater Drilling, Inc. By serving its Registered Agent, Capitol Corporate Services, Inc., 800 Brazos, Ste. 400, Austin, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **1st day of December, 2010 at 4:30 pm**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Amended Complaint with Exhibits A and B** with the date of service endorsed thereon by me, to: **Trans Ocean Offshore Deepwater Drilling, Inc. By serving its Registered Agent, Capitol Corporate Services, Inc. Mary Ann Quick** as **authorized person** at the address of: **800 Brazos, Ste. 400, Austin, TX 78701** on behalf of **Trans Ocean Offshore Deepwater Drilling, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 1st day of December, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DANE R. CUPPETT
Notary Public, State of Texas
My Commission Expires
DECEMBER 8, 2013

_____
Mike Techow
SCH-1215

Austin Process LLC
809 Nueces
Austin, TX  78701
(512) 480-8071

Our Job Serial Number: 2010002902
Ref: Center for Biological Diversity

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

## United States District Court for the Eastern District of Louisiana

**Center for Biological Diversity, Inc.,**

        Plaintiff(s),

vs.

**BP America, Inc. et al.,**

        Defendant(s).

Case No.: 2.10-cv-02454-CJB-SS

**AFFIDAVIT OF SERVICE**

---

I, Alec Kinsey, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On December 02, 2010 at 12:25 PM, I served the within Summons and Complaint with Exhibits A and B on BP America, Inc. c/o Registered Agent: CT Corporation System in the following manner:

**Corporate Service:** By leaving a copy of the Summons and Complaint with Exhibits A and B with **Lourdes Vina, clerk,** an officer or agent of **BP America, Inc. c/o Registered Agent: CT Corporation System**.

Service was effected at 208 S LASALLE STE 814, CHICAGO, IL 60604.

Description of person process was left with:

Sex: **Female** – Skin: **Hispanic** – Hair: **black** – Approx. Age: **35** – Height: **sitting** – Weight: **160**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Prodecure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

X _____
Alec Kinsey
PERC: 129-326814
AUSTIN PROCESS, LLC
809 NUECES
AUSTIN, TX 78701

Signed and sworn to before me on this 2nd day of December, 2010.

_____
NotaryPublic

"OFFICIAL SEAL"
David Wegner
Notary Public, State of Illinois
My Commission Expires September 2, 2014

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License:117-00912
File:

*66159*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-02454-CJB-SS

Plaintiff:
**Center for Biological Diversity**
vs.
Defendant:
**BP America, Inc., et al.**

For: Daniel Snyder
   The Law Offices of Charles M. Tebbutt, P.C.

Received by Austin Process LLC on the 1st day of December, 2010 at 4:32 pm to be served on **BP Exploration & Production, Inc. By Serving its Registered Agent, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.** I, _Jeffery Brown_, being duly sworn, depose and say that on the _2_ day of _December_, 20_10_ at _11:55_ A.m., executed service by delivering a true copy of the **Summons and Amended Complaint with Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving _Lynette Bass @ CT_ as _Registered Agent_ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _Lynette Bass_ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _7_ day of _December_, _2010_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2010003072

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 2:10-CV-02454-CJB-SS

Plaintiff:
**Center for Biological Diversity**
vs.
Defendant:
**BP America, Inc., et al.**

For: Daniel Snyder
The Law Offices of Charles M. Tebbutt, P.C.

Received by Austin Process LLC on the 9th day of November, 2010 at 9:56 am to be served on BP America, Inc. By Serving its Registered Agent, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808. I, Jeffery Brown, being duly sworn, depose and say that on the 2 day of December, 20 10 at 11:55 A.m., executed service by delivering a true copy of the **Summons and Amended Complaint with Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving Lynette Bass at CT as Registered Agent of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 2* day of December, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2010002904

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of Louisiana

Case Number: 2:10-CV-02454-CJB-SS

Plaintiff:
**Center for Biological Diversity**
vs.
Defendant:
**BP America, Inc., et al.**

For: Daniel Snyder
The Law Offices of Charles M. Tebbutt, P.C.

Received by Austin Process LLC on the 9th day of November, 2010 at 9:56 am to be served on **TransOcean Offshore USA, Inc. By Serving its Registered Agent, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808.** I, Jeffery Brown, being duly sworn, depose and say that on the 2 day of December, 2010 at 11:55 Am, executed service by delivering a true copy of the **Summons and Amended Complaint with Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) PUBLIC AGENCY: By serving Lynette Bass @ CT as Registered Agent of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) CORPORATE SERVICE: By serving _____ as _____

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 7th day of December, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2010002903

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a