**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | |
|     APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *ALL CASES* | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT A**

| Case Caption: | USDC, EDLA Civil Action No.: |
|---|---|
| Acy J. Cooper, Jr., et al. vs. BP, plc, et al. | 10-1229 |
| David Meyer, et al. vs. BP, plc, et al. | 10-2650 |
| Joe Patti Seafood Company, et al. vs. Transocean, Ltd., et al. | 10-2667 |