UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of Record:

IT IS HEREBY ORDERED that Linda J. Nelson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in the matters listed in Exhibit "A" and that Candice C. Sirmon and Cayce C. Peterson of the law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 are allowed to enroll and substitute as counsel for Plaintiffs in the matters listed in Exhibit "A".

Thus done and signed this ___ day of _____, 20___ in New Orleans, Louisiana.

HONORABLE JUDGE CARL BARBIER
UNITED STATES DISTRICT JUDGE