UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs listed in Exhibit "A," certifies that Lead Counsel of Record for all Plaintiffs and all Defendants have been contacted and do not object to the Motion to Withdraw and Substitute Counsel.

Respectfully submitted,

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

**CERTIFICATE OF SERVICE**

I HEREBY BY CERTIFY that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 14th day of March, 2011.

/s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)