UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| Relates to Case No. 10-4252 | * | |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF'S RESPONSE
TO DEFENDANTS ANADARKO PETROLEUM CORPORATION AND
MOEX OFFSHORE 2007 LLC'S MOTION TO DISMISS COMPLAINT
IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III
[PLEADING BUNDLE A] PURSUANT TO FED. R. CIV. P. 12(b)(6)

NOW INTO COURT comes Plaintiff, Darrell L. Reed, through undersigned counsel, who respectfully submits the following opposition to DEFENDANTS ANADARKO PETROLEUM CORPORATION AND MOEX OFFSHORE 2007 LLC'S MOTION TO DISMISS COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III [PLEADING BUNDLE A] PURSUANT TO FED. R. CIV. P. 12(B)(6) [Record Docs. 1212 and 1212-2] for claims asserted in the case 10-4252, and respectfully requests the Court to **DENY** as moot.

Darrell L. Reed has, concurrently with the filing of this Response, moved this Court for leave to file a FIRST SUPPLEMENTAL AND AMENDING COMPLAINT eliminating claims against Defendants Anadarko Petroleum Corporation ("Anadarko") and MOEX Offshore 2007 LLC ("MOEX"). Should the Court grant such leave, Anadarko/MOEX's Motion to Dismiss the claims

1

against them would be moot (since there are no such claims in Plaintiff's FIRST SUPPLEMENTAL AND AMENDING COMPLAINT).

For the foregoing reasons, and the allegations in the FIRST SUPPLEMENTAL AND AMENDING COMPLAINT so stated, Anadarko Petroleum Corporation and MOEX Offshore 2007 LLC's Motion to Dismiss the claims of Darrell L. Reed should be **DENIED** as moot.

Dated: March 14, 2011

Respectfully submitted,

   /s/   Soren E. Gisleson
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
Stephen J. Herman, La. Bar No. 23129
Joseph E. Cain, La. Bar No. 29785
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

Jerold Edward Knoll, La. Bar No. 2214
Jerold Edward Knoll, Jr., La. Bar No. 26956
Edmond H. Knoll, La. Bar No. 29046
THE KNOLL LAW FIRM, LLC
P.O. Box 426
233 South Main Street
Marksville, Louisiana 71351
Telephone: (318) 253-6200
Fax No. (318) 253-4044

*Counsel for Darrell L. Reed*

## Certificate of Service

I hereby certify that the above and foregoing PLAINTIFF'S RESPONSE TO DEFENDANTS ANADARKO PETROLEUM CORPORATION AND MOEX OFFSHORE 2007 LLC'S MOTION TO DISMISS COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III [PLEADING BUNDLE A] PURSUANT TO FED. R. CIV. P. 12(B)(6) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2011.

        /s/   Soren E. Gislleson
        Soren E. Gisleson, Esq.