UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179  SECTION "J" JUDGE BARBIER |
| Relates to Case No. 10-4252 | * * * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT CAMERON'S MOTION TO DISMISS OR MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO THE BUNDLE "A" CLAIMS**

NOW INTO COURT comes Plaintiff, Darrell L. Reed (hereinafter "Plaintiff"), through undersigned counsel, who respectfully submits the following opposition to the CONSOLIDATED MOTION OF DEFENDANT CAMERON TO DISMISS OR MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO THE BUNDLE A PLEADINGS AND DEMAND FOR TRIAL BY JURY [Record Doc. No. 1154] filed Cameron International Corporation ("Cameron") for claims asserted by Plaintiff in Case No. 10-4252 and respectfully requests the Court to **DENY** same.

LEGAL ARGUMENT

As an initial matter, Plaintiff has, concurrently with this Response, filed PLAINTIFF'S MOTION FOR LEAVE TO FILE THE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT [Record Doc. No. 1607, filed 03/14/11] seeking leave to amend his claims, in part more fully detailing the allegations against Cameron. [See FIRST SUPPLEMENTAL AND AMENDING COMPLAINT, Record Doc. No. 1607-4, filed 03/14/11.]

1

Cameron has argued that the Outer Continental Shelf Lands Act governs Plaintiff's claims resulting in the application of Louisiana law (and in particular the Louisiana Products Liability Act). Plaintiff replies that federal maritime law applies in to these claims as is set forth in the legal argument presented by the Liaison Counsel of the Plaintiffs' Steering Committee ("PSC") in the OMNIBUS RESPONSE MEMORANDUM TO CAMERON'S MOTIONS TO DISMISS BUNDLE A CLAIMS [Record Doc. no. 1612, filed 03/14/11] which Plaintiff adopts and incorporates fully by reference, as if copied here *in extensio*.

Additionally, even if Louisiana law does govern Plaintiff's claims against Cameron, Plaintiff has properly stated a claim against Cameron under the Louisiana Products Liability Act in Plaintiff's FIRST SUPPLEMENTAL AND AMENDING COMPLAINT [Record Doc. No. 1607-4, filed 03/14/11, ¶ 23]. Granting of Plaintiff's MOTION FOR LEAVE will moot Cameron's argument that Plaintiff has failed to properly state a claim under the Louisiana Products Liability Act.

## CONCLUSION

For the foregoing reasons, and for the reasons presented in the PSC's OMNIBUS RESPONSE MEMORANDUM TO CAMERON'S MOTIONS TO DISMISS BUNDLE A CLAIMS, the CONSOLIDATED MOTION OF DEFENDANT CAMERON TO DISMISS OR MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO THE BUNDLE A PLEADINGS should be **DENIED.**

Dated: March 14, 2011

Respectfully submitted,


   /s/   Soren E. Gisleson
Soren E. Gisleson, La. Bar No. 26302
James C. Klick, La. Bar No. 7451
Stephen J. Herman, La. Bar No. 23129
Joseph E. Cain, La. Bar No. 29785
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024

Jerold Edward Knoll, La. Bar No. 2214
Jerold Edward Knoll, Jr., La. Bar No. 26956
Edmond H. Knoll, La. Bar No. 29046
THE KNOLL LAW FIRM, LLC
P.O. Box 426
233 South Main Street
Marksville, Louisiana 71351
Telephone: (318) 253-6200
Fax No. (318) 253-4044

*Counsel for Darrell L. Reed*


## Certificate of Service

I hereby certify that the above and foregoing PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT CAMERON'S MOTION TO DISMISS OR MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO BUNDLE "A" CLAIMS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a

4

notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2011.

                                          /s/   Soren E. Gisleson
                                          Soren E. Gisleson, Esq.