UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**MELINDA ANNE BECNEL**              CIVIL ACTION

**VERSUS**                                            NO: 10-3066-CJB-SS

**BP, PLC, ET AL.**

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 14th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE