UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 and 11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that Evans Martin McLeod (La. Bar No. 24846) and Marne Jones (La. Bar No. 32522) of the law firm of Phelps Dunbar LLP be substituted as counsel for Certain Underwriters at Lloyd's, London and Various Insurance Companies subscribing to certain excess liability insurance policies issued to Transocean Ltd., in place of Rebecca Y. Cooper (La. Bar No. 23004), formerly of Phelps Dunbar LLP, and Marcus G. Matthews of Phelps Dunbar LLP's Houston office.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge