**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *ALL CASES* | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the above and foregoing Motion to Withdraw and Substitute Counsel of

Record:

IT IS HEREBY ORDERED that Linda J. Nelson of the law firm Lambert & Nelson, PLC,

701 Magazine Street, New Orleans, Louisiana 70130 is allowed to withdraw as counsel in

the matters listed in Exhibit "A" and that Candice C. Sirmon and Cayce C. Peterson of the

law firm Lambert & Nelson, PLC, 701 Magazine Street, New Orleans, Louisiana 70130 are

allowed to enroll and substitute as counsel for Plaintiffs in the matters listed in Exhibit "A".

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge