IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>Judge Barbier<br>Mag. Judge Shushan |
| **This Document Relates to:** *Case No. 2:10-cv-04536-CJB-SS* | |

**MOTION FOR LEAVE TO FILE
REPLY MEMORANDUM OF SIERRA CLUB INC. TO
OPPOSITIONS TO SIERRA CLUB INC.'S MOTION TO INTERVENE**

Sierra Club Inc., respectfully moves the Court for leave to file the attached reply memorandum to United States' Memorandum in Opposition to Sierra Club's Motion to Intervene [Doc. 1411]; Defendants' Memorandum of Law in Opposition to Sierra Club, Inc.'s Motion to Intervene [Doc. 1438]; and Opposition of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and Moex Offshore 2007 LLC to Sierra Club's Motion to Intervene [Doc. 1428]. Sierra Club offers this memorandum in support of Sierra Club's Motion to Intervene.  Sierra Club previously was granted permission to file this brief of up to 30 pages in the First Amended Order of February 18, 2011 [Doc. 1314].  A proposed order is attached for the Court's consideration.

Respectfully submitted,

s/ Eric E. Huber
Eric E. Huber
La. Bar No. 23790
Sierra Club
1650 38th St., Suite 102W
Boulder, CO 80301
tel (303) 449-5595
fax (303) 449-6520
eric.huber@sierraclub.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of March, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 14th day of March, 2011, to George Gilly and Marty McLeod at Phelps Dunbar LLP Canal Place 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

s/ Eric E. Huber
Eric E. Huber