## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG
       "DEEPWATER HORIZON" in the          MDL NO. 2179
       GULF OF MEXICO, on
       APRIL 20, 2010               SECTION J

THIS DOCUMENT RELATES TO:
*Key West Tiki Charters, et al. v. Transocean, Ltd., et al.*     **JUDGE BARBIER**
*EDLA Case No. 2:2010-cv-02976*            **MAG. JUDGE SHUSHAN**

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, KEY WEST TIKI CHARTERS, INC., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned action *without* prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 15th day of March 2011, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

By: _____/s/ Jordan L. Chaikin_____.
        Jordan L. Chaikin
        Florida Bar Number 0878421
        **PARKER WAICHMAN ALONSO LLP**
        3301 Bonita Beach Road, Suite 101
        Bonita Springs, Florida 34134
        Telephone: (239) 390-1000
        Facsimile: (239) 390-0055
        Email: jchaikin@yourlawyer.com

        *Attorneys for Plaintiff*