UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates Only To: *Rhodes v. Transocean, Ltd., et al* 2:10-CV-01502 | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**Karl W. Rhodes' Opposition to Transocean, Ltd's
Motion to Dismiss for Lack of Personal Jurisdiction**

Petitioner, Karl W. Rhodes, files his opposition to Transocean, Ltd's Rule 12(b)(6) to dismiss all cases in which it has been named as a defendant in this matter for lack of personal jurisdiction (Rec. Doc. 1225).  On April 20, 2010, petitioner was a seaman working aboard the vessel the *Deepwater Horizon* when the blowout, fire, explosions, and sinking occurred.  He named Transocean, Ltd. as a defendant in his Original Complaint (Rec. Doc. 1 in 10-cv-01502).

Counsel for other claimants have already briefed their oppositions to this motion.  Those oppositions include, for example, (a) *Jones* (Rec. Doc. 1574), (b) *Roshto* (Rec. Doc. 1616), and (c) *Williams* (Rec. Doc. 1617).  Rather than burden the Court with another detailed opposition memorandum, Mr. Rhodes adopts and incorporates herein by reference those opposition memoranda and other opposition memoranda *in extenso*.

/s/ Richard R. Kennedy
RICHARD R. KENNEDY (#7788), T.A.
RICHARD R. KENNEDY (#26951)
309 Polk Street
P.O. Box 3243
Lafayette, LA   70502-3243
Phone:    (337) 232-1934
Fax:       (337) 232-9720
E-Mail:   ken309@richardkennedy.com
E-Mail:   rrk3@richardkennedy.com
*Attorneys for Karl W. Rhodes*

---

**Certificate of Service**

I hereby certify that the above and foregoing Pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 15th day of March, 2011.

*/s/ Richard R. Kennedy*

---