**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig         **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**        **SECTION J**

Applies to: *All Cases*             **JUDGE BARBIER**
                               **MAGISTRATE JUDGE SHUSHAN**

## ORDER

### [Working Group[1] Conference on Friday, March 11, 2011]

This order reflects the action taken at the Working Group Conference on Friday, March 11, 2011 and the requirements for the Working Group Conference on Friday, March 18, 2011.

**I.**      **PSC's Frequently Asked Questions List**.

The parties were granted until Monday, March 14, 2011, to submit further comments and revisions.  A ruling on PSC's FAQ list will be issued during the week of March 14, 2011.

**II.**      **UK Depositions**.

BP reports that none of the UK deponents are requiring service pursuant to the Hague Convention.  Dates were set for the following UK deponents.[2]

---

[1]  The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

[2]  The depositions will be taken at the offices of Kirkland & Ellis in London.

| No.[3] | Name | Employer | Track[4] | Deposition Date |
|---|---|---|---|---|
| 12. | Flynn, Steve | BP | Event | June 29 and 30 |
| 16. | Hayward, Tony | BP | Response | June 6 and 8 |
| 17. | Inglis, Andy | BP(E&P) | Response (tentative) | July 4, 5 or 6 |
| 32. | Thierens, Henry "Harry" | BP | Event | June 9 and 10 |
| 34. | Tooms, Paul | BP | Event | June 13 and 14 |
| 37. | Wall, David | BP | Investigation | June 27 and 28 |
| 40. | Wong, Norman | BPplc | Investigation | June 13 and 14 |
| 95. | Cowie, Jim | BP | Investigation | June 15 and 16 |
| 96. | Cowlam, Gill | BP | Investigation | June 7 and 8 |
| 104. | Erwin, Carter | Cameron | Event | June 6 and 7 |
| 200.[5] | Baxter, John | BP | ? | June 21 and 22 |

**At the March 18, 2011 conference**, BP will report on the availability of:

| 6. | Castell, Sir William | BP | Response |
|---|---|---|---|

## III.  Certain Deponents.

Dates were set for the following deponents.  **At the March 18, 2011 conference**, the PSC

shall confirm that: (1) there is agreement on the dates for the depositions with the individual counsel

---

[3]  The number refers to the number of the deponent on the Master List of Potential Deponents ("Master List") which was prepared by Don Godwin and distributed by Alan York on February 17, 2011.

[4]  Track refers to the tracks on Kerry Miller's Proposed Deposition Track Chart - Revised February 17, 2011: [(1) event; (2) plaintiff personal injury; (3) Fifth Amendment; (4) Bly investigation; (5) custodian/ESI archives; and (6) response].

[5]  John Baxter was not identified on the Master List.  He has been assigned number 200.

2

for the deponents; and (2) notices were issued for the depositions.

| | | | | |
|---|---|---|---|---|
| 15. | Hafle, Mark | BP | Event | May 26 |
| 18. | Kaluza, Robert | BP | Event | May 27 |
| 22. | Morel, Brian | BP | Event | May 10 |
| 58. | Harrell, Jimmy W. | Transocean | Event | May 16 and 17 |

**IV.    Bly Investigation.**[6]

BP contacted CSI Technologies.  **At the March 18, 2011 conference**, BP shall report on

available dates for Brown and confirm that Brown and Sabins are the only CSI designees.

| No. | Name | Employer | Requesting Party | Date |
|---|---|---|---|---|
| 42. | Brown, David | CSI Technologies | PSC | |
| 108. | Sabins, Fred | CSI Technologies | Halliburton | April 28 and 29 |
| 109. | Rule 30(b)(6) | CSI Technologies | APC/MOEX | |

**V.    Event Track**.

Dates were set for the following deponents.

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 14. | Guide, John Alex | BP | Event | May 9 and 10 (tentative) |
| 20. | Lynch, Richard | BP | Event | May 19 and 20 |
| 23. | O'Bryan, Patrick | BP | Event | July 7 and 8 (tentative) |

**Before the March 18, 2011 conference**, BP shall confirm the tentative dates and determine

the availability of the following for depositions.

| | | | | |
|---|---|---|---|---|
| 21. | Mogford, John | BP | | Event |

---

[6] Transocean reported that: (1) John McCarroll is a BOEMRE engineer; and (2) he is not a priority deponent. He will not appear on the agenda for March 18, 2011.

36.   Vidrine, Donald[7]        BP                          Event

55.   Lacy, Kevin    Former BP (Talisman En)    Event

Some of the deponents in the event track have individual counsel.  It shall be the responsibility of the employer to maintain continuing contact with individual counsel concerning the depositions.

**VI**.   **Rule 30(b)(6) for Cobalt, Kongsberg, Oceaneering and Wildwell**.

The PSC confirmed the dates for Kongsberg and its two designees, Hayyan and Johnson. Kongsberg requests a stipulation that producing witnesses for depositions does not waive any of its rights.  **By March 18, 2011**, the PSC shall submit a proposed stipulation to counsel for Kongsberg.

47.   Alderr, Hayyan - Kongsberg          April 4 and 5

48.   Johnson, Ronald - Kongsberg        April 4 and 5

49.   Rule 30(b)(6) Kongsberg              April 4 and 5

**At the March 18, 2011 conference**, the PSC shall confirm the date for Oceaneering.

53.   Rule 30(b)(6) Oceaneering           April 12 (tentative)

**At the March 18, 2011 conference**, BP shall report on the status of the following:

41.   Rule 30(b)(6) Cobalt Int'l Energy

198.   Rule 30(b)(6) Wild Well[8]

---

[7]  Donald Vidrine is represented by Bob Habans.

[8]  Wild Well's Rule 30(b)(6) is not on the Master List.  It is assigned no. 198.

4

**VII.** **Rule 30(b)(6) for Certain Primary Defendants**.

There was discussion concerning the Rule 30(b)(6) notices, in particular the Rule 30(b)(6) notice fo BP.  Transocean reported that most of the areas designated for its Rule 30(b)(6) deposition will be covered by persons whose depositions have been scheduled.  M-I Swaco reported that Brad Billon will be designated as to all areas except insurance.  Mr. Billon's deposition is set for June 23 and 24, 2011.  Weatherford reported that its designees will come from Houston for the depositions.

**By the March 18, 2011 conference**, the following defendants shall identify persons designated to testify in response to the revised Rule 30(b)(6) notices and dates for those witnesses' depositions.

| Nos. on Master List | Defendant | |
|---|---|---|
| 35 and 103. | BP | |
| 77 and 168-171. | Transocean | |
| 126 and 144. | Halliburton | |
| 132 | M-I Swaco - Insurance | |
| Billon, Brad | M-I Swaco (all areas except insurance) | June 23 and 24 |
| 195-197. | Weatherford | |
| 199. | Cameron[9] | |
| 106.   McWhorter, David | Cameron (Rule 30(b)(6)) | July 7 and 8 |

**VIII.** **Rule 30(b)(6) Speery**.

John Gisclair will be a Rule 30(b)(6) representative for Sperry.  After the conference, Halliburton reported that he will not be the representative on one area requested by Transocean.  **At**

---

[9]  Cameron's Rule 30(b)(6) is not on the Master List.  It is assigned no. 199.

5

**the March 18, 2011 conference,** Halliburton shall report on the designated representative for that area.

| | | | |
|---|---|---|---|
| 115. | Gisclair, John | Sperry/Halliburton | March 14 and 15 |
| 144. | Gisclair, John | Rule 30(b)(6) Sperry | March 14 and 15 |

## IX.   Rule 30(b)(6) Anadarko and MOEX.

No changes were reported in the dates for the Anadarko and MOEX depositions.

| | | | |
|---|---|---|---|
| | Foster, Steve | Anadarko (insurance and indemnity) | April 27 |
| | Bryan, Jim | Anadarko (contract, lease and JOA) | May 6 |
| | O'Donnell, Alan | Anadarko (due diligence) | May 6 |
| 89. | Chandler, Paul | Anadarko | May 4 and 5 |
| 90. | Hollek, Darrell | Anadarko | June 22 and 23 |
| 91. | Huch, Nick | Anadarko | May 16 and 17 |
| 92. | Quitzau, Robert | Anadarko | May 24 and 25 |
| | Nokia, Ishii | MOEX | June 29 and 30 |

MOEX has reported that the following will require compliance with the Hague Convention.

**At the March 18, 2011 conference**, BP shall report on whether the following can be removed as priority witnesses.

| | | | | |
|---|---|---|---|---|
| 136. | Naito, Shinjiro | Mitsui | Event | BP |
| 137. | Yamamoto, Kyoto | Mitsui | Event | BP |

**X.**     **Remaining Rule 30(b)(6) Depositions from Master List of Potential Deponents**.

The requesting parties prepared deposition notices for the following.[10]  **At the March 18, 2011 conference**, the requesting parties shall report on the status of the scheduling of these depositions.

|      | Deponent | Track | Requested by |
|------|----------|-------|--------------|
| 54.  | Randy Smith Training | Response | PSC, US, AL, APC & MOEX |
| 85.  | Add Energy | Investigation | APC & MOEX |
| 86.  | Baker Risk | Investigation | APC & MOEX |
| 111. | Det Norske Veritas | Event | APC & MOEX |
| 112. | Dril-Quip, Inc. | Event | Halliburton |
| 138. | Nexen, Inc. | Response | APC & MOEX |
| 145. | Stress Engineering | Investigation | APC & MOEX |
| 192. | Vector Magnetics | Event | Halliburton |

**XI**.     **Unknown Deponents from Master List of Potential Deponents**.

Transocean reported that Eddy Redd is in Russia and it is working on dates for Mr. Redd's deposition in the United States.

| 82.[11] | Redd, Eddy-Transocean | PSC |
|---------|-----------------------|-----|

Halliburton reported that Tim Quirk (No. 119 on the Master List) is the person to be deposed on the following.  Mr. Quirk's deposition is set for March 21 and 22.

| 124. | Haliburton lab techs-tests cement | BP | March 21 and 22 |
|------|-----------------------------------|----|-----------------|

---

[10]  The parties reported that Randy Smith Training Responses, DNV and Nexen will appear voluntarily.

[11]  The PSC reported that it identified Eddy Redd, a former Transocean employee, as an additional person to be deposed.  He was assigned no. 82 on the Master List.

## XII.   Subpoenas

Counsel reported that they understood that three deponents will not appear for their depositions.  Christopher Haire is a plaintiff in an action in MDL 2179.[12]  The other two deponents may have made claims in MDL 2179.  The Court shall contact the individual counsel.[13]

|     | Name | Employer | Requesting Parties |
|-----|------|----------|--------------------|
| 57. | Fleytas, Andrea (Arnold) | Transocean | PSC, US, AL, APC, MOEX, BP |
| 117. | Haire, Christopher (Buzbee) | Halliburton | BP and Transocean |
| 125. | Willis, Cathleenia (Arnold) | Halliburton | BP, APC, MOEX, Transocean (tentative dates: April 6 and 7) |

## XIII.   U.S. Deponents Requested by BP.

This category is deferred pending discussions on the scope of the February 27, 2012 trial.

## XIV.   Plaintiff Personal Injury.

The following were identified as deponents who are asserting claims for personal injury.  The parties did not report any additions to this list.  The schedule for these depositions is deferred until after April 20, 2011.

| No. | Name | Employer |
|-----|------|----------|
| 155. | Ingram, James | Transocean |
| 156. | Johnson, Bill | Transocean |
| 157. | Johnson, Dustin | Transocean |
| 159. | Meinhart, Paul | Transocean |
| 164. | Taylor, Carl | Transocean |

---

[12] Matthew Davis, et al v. Cameron International Corporation, 10-3169.

[13] Fleytas and Willis are represented by Kurt Arnold and Haire by Tony Buzbee.

| | | |
|---|---|---|
| 165. | Watson, Nick | Transocean |

**XV.**   **Marital privilege asserted by Brian Morel**.

This will be considered in accord with the order from the March 11, 2011 conference.

**XVI.**   **Further Deponents**.

The following were scheduled for depositions.

| No. | Name | Employer | Track | Date |
|---|---|---|---|---|
| 94. | Breazeale, Martin | BP | Event | May 16 and 17 |
| 98. | Lee, Phillip Earl[14] | BP | Event | May 23 and 24 |
| 101. | Price, Vincent | BP | Event | June 20 and 21 |
| 105. | LeNormand, William | Cameron | Event | June 13 and 14[15] |

The PSC reported that it may use Timothy Crone (No. 87) as an expert. **Before the March 18, 2011 conference** the PSC and BP shall meet and confer on Mr. Crone's deposition and report at the **March 18, 2011 conference** on the status of his deposition.

| No. | Name | Employer | Track | Requested by |
|---|---|---|---|---|
| 87. | Crone, Timothy | Non-Gov. Researcher | Event | BP |

**By the March 18, 2011 conference**, Cameron shall secure dates for Melvin Whitby's deposition prior to the end of June.

| | | | | |
|---|---|---|---|---|
| 107. | Whitby, Melvin | Cameron | Event | BP |

**At the March 18, 2011 conference**, BP shall report on dates for the following.

| | | | | |
|---|---|---|---|---|
| 88. | Haynie, William | ABS Surveyor | Event | BP |

---

[14] Phillip Earl Lee was listed twice on the Master List.  See Nos. 98 and 99.

[15] This date needs clarification.  Ms. Bertaut, counsel for Cameron, advises that this witness is set for June 20 and 21.

9

| | | | | |
|---|---|---|---|---|
| 97. | Lambert, Lee | BP | Event | Transocean |

**At the March 18, 2011 conference**, either the employer or the requesting party, shall report on dates for depositions for the following.

| | | | | |
|---|---|---|---|---|
| 110. | McKay, David | DNV Marine Surveyor | | BP |
| 113. | Campbell, Pat | EVP | | BP |
| 114. | Dupriest, Fred | Exxon Mobil | | BP |
| 118. | Probert, Tim | Halliburton | Event | BP |
| 120. | Ravi, Dr. Kris | Halliburon | Event | BP |
| 121. | Roth, Tommy | Halliburton | Event | BP |
| 122. | Tabler, Vincent | Halliburton | Event | Transocean |
| 127. | Adams, Neal | Inpndnt Consultant (Petro Engineer) | | BP |
| 128. | Bourgoyne, Darryl | LSU-Dept Petro Engineering | | BP |
| 129. | Tyagi, Mayank | LSU-Dept Petro Engineering | | BP |

**XVII**. **BP's Motion for Access to BOP for Further Forensic Testing (Rec. doc. 1533)**.

The motion was discussed. The United States reported that: (1) DNV may be the right entity to conduct the test to minimize any delay with additional testing; (2) moving the BOP would not be feasible and may present chain-of-custody issues. Transocean suggested that the Department of Justice-Criminal Division be notified of the motion.

**XVIII.** **Ceding of Time at Depositions**.

The Court approved the ability of the parties to cede more than one hour to other parties. If conflicts arise, the parties shall work within the restrictions in PTO No. 27 (Rec. doc. 1075).

**XIX.    MDL 2185 Update**.

There were reports from counsel for the plaintiffs in MDL 2185 concerning their participation in the depositions.

New Orleans, Louisiana, this 15th day of March, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

11