**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

---

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig** | ) | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | ) | |
| **Gulf of Mexico, on** | ) | |
| **April 20, 2010** | ) | **SECTION: J** |
| | ) | |
| | ) | |
| **This Document Relates to:** | ) | **Judge Barbier** |
| *Case No. 2:10-cv-04536-CJB-SS* | ) | **Mag. Judge Shushan** |
| | ) | |

---

## ORDER

CONSIDERING THE MOTION of Sierra Club Inc. for leave to file the attached Reply to Oppositions to Motion to Intervene in the captioned matter.  The motion is hereby granted and the Clerk of Court is ordered to file the attached reply memorandum into the record in the captioned case.

This __15th__ day of March, 2011

_____
Sally Shushan
United States Magistrate Judge