UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Karl W. Rhodes' Opposition to Cameron International
Corporation's Motion to Dismiss the Bundle "A" Claims**

Petitioner, Karl W. Rhodes, files his opposition to Cameron International Corporation's motions to dismiss Bundle A Claims (Rec. Doc. 1154). Petitioner is a member of this Bundle.

Multiple oppositions to this motion have been filed by various Bundle A claimants to include, for example, (Rec. Docs. 1575, 1584, 1585, 1587, 1612, 1615, 1622, and 1623). These memoranda present detailed discussions, authorities, arguments, and reasons why the Court should deny this motion. Rather than burden the Court with another detailed opposition memorandum, Mr. Rhodes adopts and incorporates herein by reference those opposition memoranda and all other opposition memoranda *in extenso*.

                                                          */s/ Richard R. Kennedy*
                                                          RICHARD R. KENNEDY (#7788), T.A.
                                                          RICHARD R. KENNEDY (#26951)
                                                          309 Polk Street
                                                          P.O. Box 3243
                                                          Lafayette, LA   70502-3243
                                                          Phone:     (337) 232-1934
                                                          Fax:       (337) 232-9720
                                                          E-Mail:    ken309@richardkennedy.com
                                                          E-Mail:    rrk3@richardkennedy.com
                                                          *Attorneys for Karl W. Rhodes*

**Certificate of Service**

I hereby certify that the above and foregoing Pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this15th day of March , 2011.

                                                          */s/ Richard R. Kennedy*