UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| Relates to: *All Cases* | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*********************************************

## ORDER

In the notice provided to potential claimants by the Plaintiff Steering Committee (PSC), reference is made to a website, identified as: www.OilSpillCourtCase.com (Rec. Doc. 1352-1). In the Court's Order of February 23, 2011 regarding same, the PSC was ordered to submit the proposed content of the website in advance for approval by the Court (Rec. Doc. 1352).

The PSC has since prepared and submitted Commonly Asked Questions (and answers) to be made available to potential claimants *via* the www.OilSpillCourtCase.com website, (attached hereto as EXHIBIT A).

The PSC has provided drafts of the Commonly Asked Questions (and answers) to Defense Liaison Counsel and the Court, and has worked with Defense Liaison Counsel to refine the language and to otherwise address Defendants' objections and concerns.

While BP maintains its position that additional notice is unnecessary, BP has no objection to the content of the Commonly Asked Questions (and answers) on EXHIBIT A. The PSC has addressed some, but not all, of the objections raised by Cameron and Halliburton.

Having reviewed the contents of the proposed Commonly Asked Questions and the argument of the parties, the Court finds that the PSC should be permitted to provide the proposed information in EXHIBIT A to potential claimants *via* the www.OilSpillCourtCase.com website.

SIGNED New Orleans, Louisiana, this 15th day of March, 2011.

Hon. Carl J. Barbier
U.S. District Court Judge