# Transcript of the Testimony of
# The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

**Date taken: December 8, 2010**
**AM Session**

**USCG/BOEM Board of Investigation (Re: Deepwater Horizon)**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:10-md-02179-CJB-DPC   Document 1636-2   Filed 03/15/11   Page 2 of 3

USCG/BOEM Board of Investigation (Re: Deepwater Horizon)   The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation

Page 52

```
 1    site leader, which is Mr. Vidrine,
 2    Mr. Kaluza and Mr. Sepulvado; is that right,
 3    sir?
 4         A    And Mr. Lambert.
 5         Q    And Mr. Lambert.  How about
 6    Mr. Morel, Brian Morel?
 7         A    I participated in one interview
 8    with Mr. Morel.  And I can't remember if I
 9    participated in Mr. Sepulvado's interview.
10    I may have.
11         Q    Are you under any restrictions in
12    terms of your discussions with the Board?
13         A    I'm not aware of any restrictions.
14         Q    Then I will proceed in touching
15    some --
16         MS. KARIS:
17              Captain, just so I can be clear,
18    BP is not asserting privilege over
19    Mr. Robinson's work in connection with those
20    interviews and internal investigation.
21              The only thing we would assert
22    privilege with is obviously any work in
23    connection with his testimony before this
24    Board.  But we're not asserting privilege
25    over those interviews.  And so when you say
```

Page 53

```
 1    restrictions, just to be clear.
 2         CAPT. NGUYEN:
 3              Yes, ma'am.  I just wanted to be
 4    clear in my mind what the rules of
 5    engagement are.
 6    EXAMINATION BY CAPT. NGUYEN:
 7         Q    Now, we discussed about well
 8    control training early on.  We talked about
 9    well control training early on?
10         A    Yes, sir.
11         Q    In a discussion between you and
12    Mr. Mathews.  What is the well control
13    training requirements for well site leader?
14         A    They are to comply with the MMS
15    well control certification requirements,
16    which I believe is every -- You have to
17    attend an MMS-approved well control course.
18    I believe it's every two years.
19         Q    Every two years, that's
20    specifically specified in the regulations or
21    does that refer to some industry standards
22    for the two years?
23         A    I believe that's a regulation.
24         Q    For two years, sir?
25         A    Maybe I got that wrong.
```