UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| Relates to Case No. 10-4252 | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| * * * * * * * * * * * * * * * | | |

## ORDER

In consideration of the above and foregoing Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint, and all responsive briefing and arguments:

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Leave to File the First Supplemental and Amending Complaint is **GRANTED**;

**IT IS FURTHER ORDERED** that the Plaintiff's First Supplemental and Amending Complaint be entered into the record.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge