## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*        JUDGE BARBIER
                                       MAGISTRATE JUDGE SHUSHAN

### <u>ORDER</u>

#### [Regarding Deadline for Answers, Cross-Claims and Third-Party Complaints]

Pretrial Order No. 11 (Case Management Order no. 1) (Rec. Doc. 569) provides that answers, cross-claims and third-party complaints by Fed. R. Civ. P. 14(c) defendants in the Limitation Action (CA 10-2177) and/or defendants in the Bundle A Cases[1] are to be filed by March 18, 2011.  The Transocean parties filed their Rule 14(c) third-party complaint on February 18, 2011 (Rec. Doc. 1320) as required by PTO no. 11.

Some parties have sought clarification regarding the filing of cross-claims.  Pursuant to Fed. R. Civ. P. 13(g), cross-claims are permissive.  6 Wright, Miller and Kane, Federal Practice and Procedure §1431 at 276 (2010).  Notwithstanding the permissive nature of cross-claims, it is necessary that all claims for the February 27, 2012 trial of liability, limitation and exoneration and fault allocation be presented in a timely manner.

Accordingly, the deadline for the filing of cross-claims for consideration in the February 27, 2012 trial is **Thursday, May 20, 2011.**

Because of the need to bring all parties before the Court, the deadline for filing answers and third-party complaints for Rule 14(c) defendants in the Limitation Action and defendants in <u>pending</u> Bundle A cases will be extended to **Friday, March 25, 2011.**

---

[1] Bundle A includes all personal injury and wrongful death claims resulting directly from the events of April 20, 2010.  Rec. Doc. 569 at 2.

The deadline for filing answers and third-party complaints for defendants in Bundle A cases filed between the entry of this order and through April 20, 2011 shall be **Thursday, May 20, 2011.**

New Orleans, Louisiana, this 15th day of March, 2011.

**CARL J. BARBIER**
**United States District Judge**