UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | | * | MDL No. 2179 |
| | | * | SECTION:   J |
| | | * | JUDGE BARBIER |
| | This document applies to: All Cases. | * | MAGISTRATE SHUSHAN |

**************************************

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of David J. Stetler, Corey B. Rubenstein and Mariah E. Moran as counsel for defendant John Guide.

Dated:  March 15, 2011                             Respectfully Submitted,

   /s/ David J. Stetler
David J. Stetler
Corey B. Rubenstein
Mariah E. Moran
STETLER, DUFFY & ROTERT, Ltd.
10 S. LaSalle, Suite 2800
Chicago, IL 60603
Phone: (312) 338-0200
Fax:    (312) 338-0070
dstetler@sdrlegal.com
cruben@sdrlegal.com
mmoran@sdrlegal.com

**Attorneys for Defendant John Guide**

## CERTIFICATE OF SERVICE

      I, David J. Stetler, an attorney, certify that I caused copies of **Notice of Appearance**, to be filed and served via the Court's CM/ECF System on this 15th day of March, 2011

                                                 /s/   David J. Stetler