UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

IN RE OIL SPILL BY THE OIL RIG         MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010      SECTION: J

THIS DOCUMENT RELATES TO:              JUDGE BARBIER
                                       MAG.JUDGE SHUSHAN

Kurt Sachfield v. BP, PLC, et al.
2:10-cv-03185 (E.D. La.)

## ORDER

The Court, having considered the Motion to Withdraw as Counsel filed by Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner LLP, is of the opinion that same should be GRANTED. It is therefore

ORDERED that Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller, & Flexner LLP, are withdrawn as attorneys for Kurt Sachfield. It is further

ORDERED that Rogen K. Chhabra & Darryl Gibbs of Chhabra & Gibbs P.A., will continue to represent Plaintiff in this action.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge