UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER<br>MAG.JUDGE SHUSHAN |

Micah Wright v. BP, PLC, et al.
2:10-cv-03177 (E.D. La.)

**ORDER**

The Court, having considered the Motion to Withdraw as Counsel filed by Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson of Boies, Schiller & Flexner LLP , is of the opinion that same should be GRANTED. It is therefore

ORDERED that Brent Hazzard of Hazzard Law, LLC and David Boies and William A. Isaacson and Boies, Schiller, & Flexner LLP, are withdrawn as attorneys for Micah Wright. It is further

ORDERED that Steve L. Nicholas of Cummingham Bound, LLC will continue to represent Plaintiff in this action.

 New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge