| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br> SECTION: J |
| Applies to: | § § § | Judge Carl J. Barbier <br> Magistrate Judge Sally Shushan |
| *Kleppinger v. Transocean Offshore Deepwater Drilling, Inc., et al.,* No. 2:10-CV-3168 | § § § § | |
| **Plaintiffs in Intervention:** <br> **Bill Francis, Tyrone Benton, and Carlos Ramos** | § § § § | |

## DEFENDANT M-I L.L.C.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss Plaintiffs' First Amended Complaint for failing to state a claim upon which relief can be granted.

A motion to dismiss must be granted "when the allegations in a complaint, however true, could not raise a claim of entitlement to relief." *Cuvillier v. Taylor*, 503 F.3d 397, 401 (5th Cir. 2007) (internal quotation omitted). Pursuant to Federal Rule of Civil Procedure 12(b)(6), and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, Plaintiff has failed to state cognizable causes of action against M-I. Accordingly, M-I respectfully requests dismissal of all claims alleged against it.

March 15, 2011

DB1/66836837.1

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:    /s/ Hugh E. Tanner

   Hugh E. Tanner
   htanner@morganlewis.com
   Denise Scofield
   dscofield@morganlewis.com
   Shannon A. Lang
   slang@morganlewis.com
   James B. Tarter
   jtarter@morganlewis.com
   1000 Louisiana St., Suite 4000
   Houston, TX 77002
   Telephone: 713.890.5000
   Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing ***M-I L.L.C.'S Motion to Dismiss Plaintiffs' First Amended Complaint*** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of March, 2011.

                                                    */s/ Hugh E. Tanner*
                                                       Hugh E. Tanner