| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| Applies to: | § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |
| *Kleppinger v. Transocean Offshore Deepwater Drilling, Inc., et al.,* No. 2:10-CV-3168 | § § § § | |
| **Plaintiffs in Intervention:** Bill Francis, Tyrone Benton, and Carlos Ramos | § § § | |

# ORDER

Considering the Defendant M-I L.L.C.'s Motion To Dismiss Plaintiffs' First Amended Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(B)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/66861317.1