DOCKET NO. 10-MD-2179

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
|---|---|---|---|
| 11-262 | A | Allen Seriale | Transocean Offshore Deepwater Drilling, Inc.<br>Transocean, Ltd.<br>Transocean Deepwater, Inc.<br>BP Products North America, Inc.<br>BP Exploration and Production, Inc.<br>BP, PLC<br>BP Corporation North America, Inc.<br>Halliburton Energy Services, Inc.<br>Sperry-Sun Drilling Services, Inc.<br>Cameron International Corporation<br>d/b/a Cameron Systems Corporation |
| 10-4211 | A | Carl Lavergne | Transocean, Ltd.<br>BP, PLC<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation<br>d/b/a Cameron Systems Corporation |
| 10-4185 | C | City of Greenville; City of Evergreen; City of Georgiana; Town of McKenzie | BP, PLC<br>BP Exploration & Production, Inc.<br>BP Products North America, Inc.<br>BP America, Inc.<br>Transocean, Ltd.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>Anadarko Petroleum Corporation<br>Anadarko E&P Companyu, LP<br>Mitsui & Co, (U.S.A.), Inc. (d)<br>MOEX Offshore 2007, LLC<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation f/k/a Cooper-Cameron Corporation M-I, L.L.C. |
| 10-4360 | A | Heber Morales | BP Corporation North America, Inc.<br>BP Exploration and Production, Inc. BP, PLC<br>BP Products North America, Inc.<br>Cameron International Corporation<br>Haliburton Emergy Services, Inc. Sperry-Sun Drilling Services Transocean Deepwater, Inc. Transocean Offshore Deepwater Drilling, Inc. |

DOCKET NO. 10-MD-2179

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
|---|---|---|---|
| 10-4427 | A | Joshua Kritzer, Nick Watson, Bill Johnson, Rhonda Burkeen (wife of deceased Aaron Burkeen), individually and on behalf of Burkeen's heirs, Heith Lambert, Coby Richard, Dustin Johnson, Brett Guillory, Stenson Roarke, Denise Arnold (Mother of Shane Roshto), Jacquelyn Duncan (Sister of Roy Kemp), Cathleena Willis | Transocean, Ltd<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>BP PLLC<br>BP Exploration & Production, Inc.<br>BP America, Inc.<br>BP Products North America, Inc.<br>BP Corporation North America<br>Halliburton Energy Services, Inc.<br>Sperry-Sun Drilling Services, Inc.<br>Cameron International Corporation f/k/a Cameron Systems Corporation |
| 10-01502 | A | Karl Rhodes | Transocean Offshore Deepwater Drilling, Inc.<br>Transocean, Ltd.<br>Transocean Deepwater, Inc.<br>Transocean Holdings, LLC<br>Triton Asset Leasing GMBH<br>BP, PLC<br>BP Products North America, Inc.<br>BP Exploration and Exploration, Inc.<br>BP America, Inc.<br>BP Corporation of North America, Inc.<br>Halliburton Energy Services, Inc.<br>Sperry-Sun Drilling Services<br>Weatherford International Ltd<br>Weatherford U.S., LP<br>Cameron International Corporation d/b/a Cameron Systems Corporation |
| 10-4229 | A | Lance John | Transocean Ltd.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Cameron International Corporation a/k/a Cameron Systems Corporation<br>Halliburton Energy Services, Inc.<br>BP Exploration and Production, Inc.<br>BP, PLC |

DOCKET NO. 10-MD-2179

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
| --- | --- | --- | --- |
| 10-01243 | A | Michael Williams | Transocean, Ltd.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>BP, PLC<br>BP Exploration and Production, Inc.<br>BP Products North America, Inc.<br>Halliburton Energy Services, Inc. |
| 10-01196 | A | Michelle M. Jones, individually and as personal representative of her minor son, Stafford Hess Jones | Transocean, LTD<br>BP, PLC<br>ABC Insurance Company<br>DEF Insurance Company<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>BP Products North America, Inc.<br>BP Exploration & Production, Inc.<br>Halliburton Energy Services, Inc.<br>Halliburton Company<br>Cameron International Corporation<br>GHI Insurance Company<br>JKL Insurance Company<br>MNO Insurance Company<br>PQR Insurance Company<br>STU Insurance Company<br>XYZ Insurance Company |
| 10-4226 | A | Oleander Benton and Gregory Luke Meche | Transocean Ltd.<br>Transocean Offshore Deepwater Drilling L.L.C.<br>Cameron International Corporation<br>Halliburton Energy Services Inc.<br>BP Exploration and Production Inc.<br>BP PLC<br>Cameron Systems Corporation |
| 11-364 | A | Patrick Morgan, Virginia Stevens and Leo Lidner | Transocean, Ltd.<br>Transocean Offshore Deepwater Drilling, L.L.C.<br>Cameron International Corporation aka Cameron Systems Corporation<br>Halliburton Energy Services, Inc.<br>BP Exploration and Production, Inc.<br>BP, PLC |

DOCKET NO. 10-MD-2179

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
| --- | --- | --- | --- |
| 10-4227 | A | Shane Faulk | Transocean Ltd.<br>Transocean Offshore Deepwater Drilling L.L.C.<br>Cameron International Corporation<br>Halliburton Energy Services Inc.<br>BP Exploration and Production Inc.<br>BP PLC<br>Cameron Systems Corporation |
| 10-1156 | A | Shane Roshto and Natalie Roshto | Transocean Ltd.<br>BP p.l.c.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater, Inc.<br>BP Products North America, Inc.<br>Halliburton Energy Services, Inc.<br>BP Exploration & Production, Inc.<br>Halliburton Company (d)<br>Weatherford International Ltd (d)<br>Cameron International Corporation<br>Sperry Drilling Services (d)<br>Triton Asset Leasing, GMbh<br>Triton Hungary Asset Management Limited Liability Company<br>Triton Hungary Asset Management KFT<br>Transocean Holdings, L.L.C.<br>MI Swaco<br>Sperry-Sun Drilling Services<br>M-I L.L.C. |
| 10-4183 | C | State of Alabama, ex rel. Troy King, Attorney General | Transocean LTD<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transocean Deepwater Inc.<br>Anadarko Petroleum Corp.<br>Anadarko E&P, LP<br>Mitsui & Co (USA)<br>Moex Offshore 2007, LLC<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation f/k/a Cooper-Cameron Corporation<br>M-I, L.L.C. |

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
|---|---|---|---|
| 11-00348 | C | State of Louisiana ex rel. Plaquemine Parish School Board | BP, PLC<br>BP Corporation North America, Inc.<br>BP Company North America, Inc.<br>BP POrudcts North America, Inc.<br>BP America, Inc.<br>BP Exploration and Production, Inc.<br>Transcoean, Ltd.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Transcoean Deepwater, Inc. Transocean Holdings, LLC<br>Anadarko Petroleum Corporation<br>Anadarko E&P Company, LP<br>MOEX Offshore 2007, LLC<br>Brian P. Morel<br>Ronald E. Sepulvado<br>Don J. Vidrine<br>Robert Kaluza<br>Lee Lambert<br>John Guide<br>Mark E. Hafle<br>James Harrell<br>Curt Kutcha<br>Jesse Gagliano |
| 10-4241 | C | State of Quintana Roo, Republic of Mexico | BP, PLC<br>BP America, Inc.<br>BP Corporation North America, Inc.<br>BP Company North America, Inc.<br>BP Products North America, Inc.<br>BP Exploration and Production, Inc.<br>Transocean, Ltd.<br>Transocean Deepwater, Inc.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Anadarko Petroleum Coporation<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation f/k/a Cooper Cameron Corporation |

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
|---|---|---|---|
| 10-4240 | C | State of Tamaulipas, Republic of Mexico | BP, PLC<br>BP America, Inc.<br>BP Corporation North America, Inc.<br>BP Company North America, Inc.<br>BP Products North America, Inc.<br>BP Exploration and Production, Inc.<br>Transocean, Ltd.<br>Transocean Deepwater, Inc.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Anadarko Petroleum Coporation<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation f/k/a Cooper Cameron Corporation |
| 10-4239 | C | State of Veracruz, Republic of Mexico | BP, PLC<br>BP America, Inc.<br>BP Corporation North America, Inc.<br>BP Company North America, Inc.<br>BP Products North America, Inc.<br>BP Exploration and Production, Inc.<br>Transocean, Ltd.<br>Transocean Deepwater, Inc.<br>Transocean Offshore Deepwater Drilling, Inc.<br>Anadarko Petroleum Coporation<br>Halliburton Energy Services, Inc.<br>Cameron International Corporation f/k/a Cooper Cameron Corporation |
| 10-md-2179 | Bundle 3 Cases** | Master Complaint In Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"] | **Supercedes any and all underlying Bundle B3 cases naming Transocean, Ltd. |
| 10-md-2179 | Bundle B1 Cases** | Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance With PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] | **Supercedes any and all underlying Bundle B1 cases naming Transocean, Ltd. |

DOCKET NO. 10-MD-2179

Attachment "A"

| MDL Docket No. | Bundle | Plaintiff Name | All Defendants |
|---|---|---|---|
| 10-md-2179 | Bundle D1 Cases** | Master Complaint ("Bundle D1") Claims for Injunctive Relief Against Private Parties [Pursuant to PTO No. 11, Section III(D1)] | **Supercedes any and all underlying Bundle D1 cases naming Transocean, Ltd. |