IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ' | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ' | |
| GULF OF MEXICO, on APRIL 20, 2010 | ' | SECTION: J |
| | ' | |
| *This document relates to:* 2:11-cv-00262 | ' | JUDGE BARBIER |
| *Allen Seriale, et al v. Transocean Offshore* | ' | |
| *Deepwater Drilling, Inc. et al* | ' | MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiffs' motion is meritorious.  It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion for Leave to File Plaintiffs' Amended Complaint is in all things granted.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge