UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010        SECTION:  J

                                         JUDGE BARBIER

                                         MAGISTRATE JUDGE SHUSHAN
THIS DOCUMENT RELATES TO:
2:10-cv-03168

## ORDER

The Court has considered the Motion for Leave to File Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin and finds that the motion is well taken and should be granted.  It is, therefore

**ORDERED** that the Motion for Leave to File Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin is **GRANTED**.  It is further

**ORDERED** that the Sixth Amended Complaint of Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin is deemed filed as of March 3, 2011.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge