UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 |
| | : : | SECTION J<br>MAG. (1) |
| This Document Relates to: | : : | JUDGE BARBIER |
| 2:11-cv-00275-CJB-SS | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### ORDER GRANTING MOEX OFFSHORE 2007 LLC'S REFILED UNOPPOSED MOTION TO INTERVENE

Considering MOEX Offshore 2007 LLC's Refiled Unopposed Motion to Intervene:

**IT IS HEREBY ORDERED** that MOEX Offshore 2007 LLC's Refiled Unopposed Motion to Intervene is **GRANTED** and the Clerk of the Court is directed to file MOEX Offshore 2007 LLC's Complaint in Intervention as an intervenor in the above-captioned case.

New Orleans, Louisiana this 14th day of March, 2011.

_____
United States District Judge