| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| | "DEEPWATER HORIZON" | § | |
| | in the GULF OF MEXICO, | § | |
| | on APRIL 20, 2010 | § | SECTION: J |
| | | § | |
| This Document Relates To: ALL CASES | | § | |
| | | § | JUDGE BARBIER |
| | | § | MAG. JUDGE SHUSHAN |
| | | § | |
| | | § | |

**NOTICE OF CHANGE OF ADDRESS**

**NOW INTO COURT**, through undersigned counsel, come Defendant, Weatherford U.S., L.P. ("Weatherford"), and provides a notice of a change of address for Michael A. Chernekoff. Mr. Chernekoff's correct address and contact information is as follows:

Michael A. Chernekoff
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
JPMorgan Chase Tower
600 Travis, Suite 6601
Houston, Texas 77002
Telephone: 713.437.1827
Facsimile: 504.589.8264
E-Mail: mchernekoff@joneswalker.com.

Respectfully submitted,

/s/ Glenn G. Goodier
GLENN G. GOODIER (#06130) – Lead Counsel
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
Place St. Charles – 48th Floor
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

{N2272632.1}   1

Email: ggoodier@joneswalker.com;
rbertram@joneswalker.com;
lsannino@joneswalker.com

And

MICHAEL G. LEMOINE (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
MEGAN E. DONOHUE (#32429)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
600 Jefferson Street – Suite 1600
Lafayette, Louisiana 70501
Telephone: (337) 262-9101
Email: mlemoine@joneswalker.com;
grusso@joneswalker.com;
mdonohue@joneswalker.com
Counsel for Weatherford U.S., L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Change of Address for Defendant, Weatherford U.S., L.P. has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, on this 16th day of March, 2011.

*/s/ Glenn G. Goodier*
GLENN G. GOODIER

{N2272632.1}   2