LAW OFFICES
## Cotchett, Pitre & McCarthy, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES OFFICE
9454 WILSHIRE BOULEVARD, SUITE 907
BEVERLY HILLS, CA 90212
(310) 247-9247

WASHINGTON, DC OFFICE
1025 CONNECTICUT AVENUE NW, SUITE 1000
WASHINGTON, DC 20036
(202) 296-4515

NEW YORK OFFICE
ONE LIBERTY PLAZA, 23RD FLOOR
NEW YORK, NY 10006
(212) 682-3198

March 9, 2011

**By E-Mail and Mail**

Marc De Leeuw
Sullivan & Cromwell
125 Broad Street
New York, New York 10004-2498

   *Re: In re BP Securities Litigation; MDL 2185*

Dear Marc:

  Per our conference call yesterday, below please find a list of individuals who were identified in the February 17, 2011 Master List of Deponents compiled in MDL 2179 and who, at a minimum, we believe we will seek to depose separately in MDL 2185 should our complaints survive motions to dismiss. We note that of the 197 individuals set forth in the Master List, we have identified only 23 witnesses, just over 10%, who the Securities Plaintiffs believe we expect to call again in light of the variances between the allegations in our complaints and the allegations in MDL 2179.

1. Sir William Castell
2. Brett Cocales
3. James Dupree
4. Steve Flynn
5. Cheryl Grounds
6. John Alexander Guide
7. Mark Hafle
8. Tony Hayward
9. Andy Inglis
10. Robert Kaluza
11. Richard Lynch
12. John Mogford
13. Brian Morel
14. Patrick O'Bryan
15. David Rainey
16. David Rich

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

17. David Sims
18. Cindy Skelton
19. Doug Suttles
20. Henry "Harry" Thierens
21. Richard S. Tink
22. David Wall
23. Kevin Lacy

We understand that you will confer with your client concerning the production of these witnesses and corresponding discovery specifically for purposes of MDL 2185 depositions. We also look forward to working with you to find an acceptable protocol for all deponents, to the extent that we participate in the MDL 2179 depositions. We are available to discuss both the deposition process and deponents on Monday or Tuesday next week for such a conference. Please let us know what times would work for you.

Finally, as discussed, we would like to set a conference with Judge Ellison to advise the Court of discovery matters. When we next speak we would appreciate knowing if BP agrees to such a conference. Since depositions are set to resume later this week in MDL 2179, we would like to schedule a conference as soon as possible.

Very truly yours,

MARK C. MOLUMPHY
RICHARD W. MITHOFF
*Counsel for the Ludlow Plaintiffs*

JULIE GOLDSMITH REISER
JEFFREY C. BLOCK
*Counsel for New York and Ohio*

cc: Daryl Libow
    Steven J. Toll
    Paul Yetter