# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * | JUDGE BARBIER |
| Case No. 4:10-cv-2771 | * | |
| Case No. 4:10-cv-0823 | * | MAG. JUDGE SHUSHAN |
| Case No. 4:10-cv-2009 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## NOTICE OF APPEARANCE

Kevin R. Tully, H. Carter Marshall, and Gregory S. LaCour of Christovich & Kearney, LLP hereby file this Notice of Appearance as co-counsel of record for LYNDEN, INC., AND LYNDEN AIR CARGO, LLC, with Paul R. Taylor and Jofrey M. McWilliam of the firm Byrnes Keller Cromwell LLP and request copies of all pleadings served in this case be served upon the undersigned counsel at the following office and telephone number.

**KEVIN R. TULLY (#1627), T.A.**
**H. CARTER MARSHALL (#28136)**
**GREGORY S. LACOUR (#23823)**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
krtully@christovich.com
hcmarshall@christovich.com
gslacour@christovich.com

/s/ *Kevin R. Tully*
**KEVIN R. TULLY - BAR #1627**
**H. CARTER MARSHALL - BAR #28136**
**GREGORY S. LACOUR – BAR #23823**
**CHRISTOVICH & KEARNEY, LLP**
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
krtully@christovich.com
hcmarshall@christovich.com
gslacour@christovich.com
Attorneys for Lynden, Inc., and Lynden Air Cargo, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 16th day of March this document has been served on Plaintiffs' Liaison Counsel, and Defendants' Liaison Counsel, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the EM/ECF System of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ *Kevin R. Tully*
**Kevin R. Tully**
**H. Carter Marshall**