UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico, on APRIL 20, 2010 | * * * * * * * * * * | MDL No. 2179<br><br>SECTION:    "J"<br>JUDGE BARBIER<br><br>MAGISTRATE NO. 1<br><br>MAGISTRATE SHUSHAN |
| This document applies to: *11-CV-00348* | | |

-----------------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of David J. Stetler, Corey B. Rubenstein and Mariah E. Moran as counsel for defendant John Guide.

Dated:  March 16, 2011                              Respectfully Submitted,

                                                                                                           /s/ David J. Stetler
                                                                              David J. Stetler
                                                                               Corey B. Rubenstein
                                                                               Mariah E. Moran
                                                                               STETLER, DUFFY & ROTERT, Ltd.
                                                                               10 S. LaSalle, Suite 2800
                                                                               Chicago, IL 60603
                                                                               Phone: (312) 338-0200
                                                                               Fax:    (312) 338-0070
                                                                               dstetler@sdrlegal.com
                                                                               cruben@sdrlegal.com
                                                                               mmoran@sdrlegal.com

                                                                               **Attorneys for Defendant John Guide**

## CERTIFICATE OF SERVICE

I, David J. Stetler, an attorney, certify that I caused copies of **Notice of Appearance** to be filed and served via the Court's CM/ECF System on this 16th day of March, 2011

/s/   David J. Stetler