UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         "Deepwater Horizon" in the Gulf<br>         Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Case No. 2:11-cv-00275<br>Case No. 2:11-cv-00274 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**TRANSOCEAN'S MOTION FOR LEAVE TO
FILE COMPLAINT IN INTERVENTION**

Transocean Offshore Deepwater Drilling Inc., Transocean Holding LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), hereby moves pursuant to Fed. R. Civ. P. 24 to participate in this matter as a Plaintiff-Intervenor.[1]

As demonstrated in Transocean's Memorandum in Support filed herewith, Transocean should be granted intervention of right under Fed. R. Civ. P. 24(a)(2) because: (1) Transocean's Motion to Intervene is timely; (2) Transocean has direct, substantial and legally protected interests in this action; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Transocean's interests.

---

[1] Transocean's Motion and Memorandum in Support of Transocean's Motion is filed subject to, and without waiver of, Transocean Holdings' rights to invoke and compel arbitration of any disputes arising out of or related to the Drilling Contract dated December 9, 1998 between Transocean Holdings LLC and BP America Production Company.

If not granted intervention of right, Transocean requests that it be granted permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B). The claims and arguments of Transocean will serve to present questions of law and fact in common with the underlying suit and Transocean's Motion to Intervene is timely and will not delay or prejudice the litigation.

WHEREFORE, PREMISES CONSIDERED, Transocean Deepwater Drilling, Inc., Transocean Holding LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH respectfully request that this Court enter an Order granting intervention of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively, granting permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

Respectfully submitted,

| | |
|---|---|
| By:   /s/ Steven L. Roberts   | By:   /s/ Kerry J. Miller   |
| Steven L. Roberts (Texas, No. 17019300) | Kerry J. Miller (Louisiana, No. 24562) |
| Rachel Giesber Clingman (Texas, No. 00784125) | FRILOT, L.L.C. |
| Kent C. Sullivan (Texas, No. 19487300) | 1100 Poydras Street, Suite 3700 |
| Teri L. Donaldson (Florida, No. 784310) | New Orleans, Louisiana 70163 |
| SUTHERLAND ASBILL & BRENNAN LLP | Telephone: (504) 599-8169 |
| 1001 Fannin Street, Suite 3700 | Facsimile: (504) 599-8154 |
| Houston, Texas 77002 | Email: kmiller@frilot.com |
| Telephone: (713) 470-6100 | |
| Facsimile: (713) 654-1301 | -and- |
| Email: steven.roberts@sutherland.com, | |
| rachel.clingman@sutherland.com, | Edwin G. Preis, Jr. (Louisiana, No. 10703) |
| kent.sullivan@sutherland.com, | Edward F. Kohnke, IV (Louisiana, No. 07824) |
| teri.donaldson@sutherland.com | PREIS & ROY PLC |
| | 102 Versailles Boulevard, Suite 400 |
| | Lafayette, Louisiana 70501 |
| | Telephone: (337) 237-6062 |
| | Facsimile: (337) 237-9129 |
| | |
| | -and- |

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
GOFORTH GEREN EASTERLING LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH.,
Transocean Holdings LLC, Transocean
Offshore Deepwater Drilling Inc. and
Transocean Deepwater Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on March 16, 2010.

                                                /s/  Kerry J. Miller
                                                  KERRY J. MILLER