OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   March 16, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     OIL SPILL by the OIL RIG | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | |
| GULF OF MEXICO, on April 20, 2010 | SECTION:    J |

**JUDGE BARBIER**

**MAGISTRATE JUDGE SHUSHAN**

**THIS DOCUMENT RELATES TO:**
**2:10-cv-03168**

Dear Sir or Ma'am:

    Please issue summons on Plaintiffs' Sixth Amended Complaint to the following:

1.      Halliburton Energy Services, Inc.
        through its registered agent
        CT Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

2.      MOEX USA Corporation
        through its registered agent
        Naoki Ishii
        9 Greenway Plaza, Suite 1220
        Houston, Texas  77046

3.      M-I L.L.C.
        through its registered agent
        Capitol Corporate Services, In
        8550 United Plaza Building II, Suite 305
        Baton Rouge, LA  70809

4.      Dril-Quip, Inc.
        through its registered agent
        Jerry M. Brooks
        701 Poydras Street, Suite 375
        New Orleans, LA  70139

5.      Anadarko Petroleum Corporation
        through its registered agent
        CT Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

6.      BP, PLC
        1 St. James Square
        London
        SW1Y4PD
        United Kingdom

7.      Art Catering, Inc.
        through its registered agent
        Brenda J. Hingle
        132 Jarrell Road
        Belle Chasse, LA  70037

8.      BP Exploration & Production, Inc.
        through its registered agent
        C T Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

9.      BP America Production Company
        through its registered agent
        C T Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

10.     Cameron International Corporation
        through its registered agent
        C T Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

11.     Weatherford International, Inc.
        through its registered agent
        C T Corporation System
        350 N. St. Paul Street, Suite 2900
        Dallas, Texas  75201-4234

12.     Anadarko E&P Company, LP
        through its registered agent
        C T Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

13.     MOEX Offshore 2007, L.L.C.
        through its registered agent
        Naoki Ishii
        9 Greenway Plaza, Suite 1220
        Houston, Texas  77046

14.     Weatherford U.S., L.P.
        through its registered agent
        C T Corporation System
        5615 Corporate Blvd., Suite 400B
        Baton Rouge, LA  70808

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ *Steve Gordon*

By:     _____
        Steve Gordon
        Louisiana State Bar:  24109
        Federal Bar:  7237
        5821 Southwest Freeway, Suite 422
        Houston, Texas 77057
        (713) 668-9999
        (713) 668-1980 - Facsimile

ATTORNEYS FOR   PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing Request for Issuance of Summons will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _____ day of March, 2011.

/s/ *Steve Gordon*

_____

Steve Gordon