

AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

A court action was entered in the above case on 3/1/2011 8:16:50 AM

**D001 PLASH ISLAND RESORT LLC**

VACATE OR MODIFY

[Attorney: LUCADO MICHAEL SHANE]

Disposition:   MOOT
Judge:         RSV

Notice Date:   3/1/2011 8:16:50 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov





IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.: CV-2010-902180.00<br>) |
| PLASH ISLAND RESORT LLC,<br>ROTENBERRY KEITH,<br>LOCKHART LEWIS M.,<br>ROWE RICHARD D. ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>) |

ORDER

MOTION TO VACATE OR MODIFY filed by PLASH ISLAND RESORT LLC is hereby MOOT.

Plash Island, in its motion, sought to have this Court reconsider its prior order severing Plash Island's third-party complaint. A hearing had been set on that motion for March 11, 2011.

However, a bizarre development has since occurred. One of the would-be third party defendants, Cameron international Corporation, has filed a notice of removal, advising the Court that it has "removed" the severed, third-party claim to federal court. This Court is actually unsure whether anything has actually been removed since no new civil action number had been assigned to the severed claim.

Given the ostensible removal to federal court, however, this Court does not appear to have further jurisdiction to consider any issue involving the attempted third-party complaint. Plash Island's motion is thus deemed moot, and the hearing on it is cancelled.

DONE this 1st day of March, 2011.

/s/ ROBERT S. VANCE
CIRCUIT JUDGE