

AlaFile E-Notice

01-CV-2010-902180.00
Judge: COMPLEX LITIGATION DOCKET

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 3/11/2011 3:22:39 PM

Notice Date:    3/11/2011 3:22:39 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov





IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK,<br>Plaintiff,<br><br>V.<br><br>PLASH ISLAND RESORT LLC,<br>ROTENBERRY KEITH,<br>LOCKHART LEWIS M.,<br>ROWE RICHARD D. ET AL,<br>Defendants. | )<br>)<br>)<br>) Case No.: CV-2010-902180.00<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

The Court notes that the individual defendants have filed a motion to continue the hearing on the plaintiff's pending summary judgment motion under Rule 56(f). The defendants are advised that the Court does not accept a Rule 56(f) request as a matter of routine. The non-moving parties bear the burden of showing not only that is there need for additional information but that such information resides beyond their control.

This action ostensibly appears to be a straightforward collection action, and the plaintiff's motion does not raise issues of any complexity. While the defendants may claim fraud or other affirmative defenses, one might reasonably think that the basis for such defenses comes from the defendants themselves.

To be on the safe side, the defendants should file a substantive response to the plaintiff's summary judgment motion.

DONE this 11th day of March, 2011.

/s/ ROBERT S. VANCE
CIRCUIT JUDGE