

AlaFile E-Notice

01-CV-2010-902180.00
Judge: COMPLEX LITIGATION DOCKET

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

A court action was entered in the above case on 3/15/2011 9:07:48 AM

**D001 PLASH ISLAND RESORT LLC**
STAY

[Attorney: LUCADO MICHAEL SHANE]

| | |
|---|---|
| Disposition: | PENDING |
| Judge: | RSV |
| Notice Date: | 3/15/2011 9:07:48 AM |

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



EXHIBIT
D



ELECTRONICALLY FILED
3/15/2011 9:07 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.: CV-2010-902180.00 |
| | ) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

## ORDER

Defendant Plash Island Resort's pending MOTION FOR IMMEDIATE STAY will be heard on Monday, March 21, 2011, at 8:30 a.m.


DONE this 15th day of March, 2011.

/s/ ROBERT S. VANCE
CIRCUIT JUDGE