UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Motion for Leave to File Fourth Amended Complaint**

Petitioner, Karl W. Rhodes, appearing through his undersigned counsel, files his Fourth Amended Complaint. Defendants have been consulted and have no objection to the filing of this Fourth Supplemental and Amending Complaint. In accordance with Rule 7.6(E) there is no objection to this motion. In accordance with Fed. R. Civ. P. 15(a), petitioner asks that the Court grant him permission to file this pleading.

Wherefore, petitioner, Karl W. Rhodes, moves this Honorable Court to allow him to file his Fourth Amended Complaint.

1

          */s/ Richard R. Kennedy*
RICHARD R. KENNEDY (#7788), T.A.
RICHARD R. KENNEDY (#26951)
309 Polk Street
P.O. Box 3243
Lafayette, LA   70502-3243
Phone:   (337) 232-1934
Fax:   (337) 232-9720
E-Mail:   ken309@richardkennedy.com
E-Mail:   rrk3@richardkennedy.com
*Attorneys for Karl W. Rhodes*

**Certificate of Service**

I hereby certify that the above and foregoing Pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 17th day of March, 2011.

          */s/ Richard R. Kennedy*