UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only to *Karl W. Rhodes v. Transocean, Ltd., et al* No. 10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Rule 7.6(E) Certificate**

Claimant's undersigned counsel certifies that he has consulted with defense counsel regarding his filing his Fourth Amended Complaint and none has objected.  Claimant therefore moves that his Honorable Court allow his to file his Fourth Amended Complaint.

Lafayette, Louisiana this 17th day of March, 2011.

                                            Respectfully submitted,

                                             */s/Richard R. Kennedy*
                                            RICHARD R. KENNEDY (#7788), T.A.
                                            RICHARD R. KENNEDY III
                                            309 Polk Street
                                            P.O. Box 3243
                                            Lafayette, LA   70502-3243
                                            Phone:    (337) 232-1934
                                            Fax:       (337) 232-9720
                                            E-Mail:  ken309@richardkennedy.com
                                            E-Mail:  rrk3@richardkennedy.com
                                            *Attorneys for Karl W. Rhodes*