UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Order**

The Court has considered Karl W. Rhodes' Motion for Leave to File Fourth Amended Complaint and finds that the motion is well taken and should be granted. Therefore,

IT IS ORDERED that Karl W. Rhodes' Motion for Leave to File Fourth Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that this Fourth Amended Complaint is deemed filed as of the undersigned date.

New Orleans, Louisiana this _____ day of _____, 2011.

　　　　　　　　　　　　　　　　　　　　THE HONORABLE CARL J. BARBIER
　　　　　　　　　　　　　　　　　　　　United States District Judge

N:\Client\RhodesK\COURTS\E.D.La\Amendment\4th\Order KWR 4th Amended.wpd