UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *11-551* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

Before the Court is Defendants Nick Manakides, Lewis Lockhart, William Ivey, Jonathan Wilson, Keith Rotenberry, Richard Rowe, Michael McCain, and Ricky Lockhart's **Motion for Temporary Restraining Order (Rec. Doc. 1674)**.

For reasons stated orally in court, **IT IS ORDERED** that Defendants' **Motion for Temporary Restraining Order (Rec. Doc. 1674)** is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the original complaint in the matter of Synovus Bank v. Plash Island Resort, LLC et al., Case No. 11-551 in the Eastern District of Louisiana (formerly Case No. 2010-902180.00 in the Circuit Court of Jefferson County, Alabama), is hereby **REMANDED** to the Circuit Court of Jefferson County, Alabama for lack of federal jurisdiction.

The Court expressly retains jurisdiction over the third-party complaint, Plash Island Resort, LLC v. BP p.l.c. et al., formerly also part of Case No. 2010-902180.00 in the Circuit Court of Jefferson County, Alabama. Counsel are instructed to file any supplemental pleadings in the federal case docket relating to the third-party complaint.

New Orleans, Louisiana, this 17th day of March, 2011.

CARL J. BARBIER
United States District Judge