UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE                                               500 POYDRAS ST.,
                                                                ROOM C-151
    CLERK                                                  NEW ORLEANS, LA 70130

March 18, 2011

Clerk
Circuit Court of Jefferson County, Alabama
716 North Richard Arrington Jr  Blvd.
Room 400
Birmingham, AL 35203

                                                              RE: Synovus Bank
                                                                     v.
                                             Plash Island Resort, LLC, et al
                                         Civil Action No. 11-551 made part of
                                          MDL 10-2179, J(1)
                                          Your No.2010-902180.00

Dear Sir:

      I am enclosing herewith a certified copy of an order entered by this court on 3/18/11 PARTIALLY remanding the above-entitled case to your court.

                                                Very truly yours,

                                                LORETTA G. WHYTE, CLERK

                                                By: __sk/memo_____
                                                         Deputy Clerk

Enclosure