MINUTE ENTRY
BARBIER, J.
MARCH 17, 2011
JS-10: 50 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| APPLIES TO C.A. 11-00551 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**COURTROOM DEPUTY:**　　　　　　　　　**COURT REPORTER:**
EILEEN STENSRUD　　　　　　　　　　　　JODIE SIMCOX

THURSDAY, MARCH 17, 2011   2:30 P.M.
JUDGE CARL J. BARBIER PRESIDING

DEFENDANTS, KEITH ROTENBERRY, LEWIS M. LOCKHART, RICHARD D. ROWE, NIKOLAOS MANAKIDES, RICKEY L. LOCKHART, WILLIAM R. IVEY, MICHAEL W. MCCAIN'S MOTION FOR TEMPORARY RESTRAINING ORDER (1674):

Argued; ORDERED DENIED.
See separate order for rulings (Doc 1677).

PRESENT: William Rutledge, Esq. & Greg Yaghmai, Esq., for defendants
　　　　　J. Andrew Langan, Esq., for BP, PLC (By telephone)
　　　　　Clifton Mosteller, Esq. (by telephone) and Stewart Peck, Esq., for Synovus Bank
　　　　　Carmelite Bertaut, Atty at Law, for Cameron International