UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS)

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| | * | |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | JUDGE CARL BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ALL CASES | * | MAG. JUDGE SHUSHAN |

**DISCLOSURES PURSUANT TO MARCH 1, 2011 ORDER OF MAGISTRATE JUDGE SALLY SHUSHAN (REC. DOC. NO. 1458) ON BEHALF OF DYNAMIC AVIATION GROUP, INC.**

Defendant, Dynamic Aviation Group, Inc. (hereinafter referred to as "Dynamic"), with full reservation of all of its rights, and without a waiver of any objection, exception, defense, affirmative defense and/or motion available under applicable law, state or federal, respectfully submits the following disclosures in accordance with the March 1, 2011 Order of Magistrate Judge Sally Shushan (Rec. Doc. No. 1458):

A. **Insurance Policies**

Dynamic will produce the Declarations Pages issued by Commerce and Industry Insurance Company for Policy No. AV3383175-16, which policy was issued to Dynamic Aviation Group, Inc., Bates Nos. DYN 0100 - 0101. A complete copy of the referenced

policy, Bates Nos. DYN 0100- 0162, is in the possession of undersigned counsel, and will be produced to Liaison Counsel or otherwise be made available upon request.

Dynamic specifically reserves the right to amend and/or supplement this disclosure should additional information become known and/or additional policies be identified through further investigation and discovery.

## B. Indemnity Agreements

Dynamic submits that it has thus far been unable to gather, review and/or discover all contracts, agreements and/or instruments which may provide for defense, indemnification and/or insurance coverage for claims asserted in the above captioned matter. Dynamic maintains that the contract in effect between BP America, Inc. and Marine Spill Response Corporation (MSRC), a Marine Spill Response Corporation Service Agreement that has already been produced in this litigation, entitles Dynamic to defense and indemnity from BP America, Inc. for the claims asserted herein. Dynamic reserves the right to amend and/or supplement this disclosure should any other such contracts and/or agreements become known through further investigation and discovery. Additionally, Dynamic specifically reserves all rights under any contract, agreement and/or policy which provides for defense, indemnification and/or insurance coverage in favor of Dynamic for any claim(s) asserted in the above captioned matter, and all rights to assert any counter-claims, cross-claims, third-party demands and/or to institute any other action or proceeding as may be necessary and appropriate to enforce such rights.

## C. Identity of Counsel

1. **Primary Insurer:** Dynamic's primary insurer, Commerce and Industry Insurance Company, is not a party to this litigation, and is not represented by counsel in connection with this action.

2. **Excess Insurer:** Dynamic has no excess insurer for the claims asserted herein.

Respectfully submitted,

/s/ Leo R. McAloon, III
LEO R. McALOON, III (NO. 19044)
EMAIL ADDRESS: lmcaloon@glllaw.com
MICHAEL D. CANGELOSI (NO. 30427)
EMAIL ADDRESS: mcangelosi@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Attorneys for Dynamic Aviation Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Disclosures Pursuant to March 1, 2011 Order of Magistrate Judge Sally Shushan (Rec. Doc. No. 1458) on Behalf of Dynamic Aviation Group, Inc.* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of March, 2011.

/s/ *Leo R. McAloon, III*