This policy is issued by: **COMMERCE AND INDUSTRY INSURANCE COMPANY**
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

**PART 2**

**DECLARATIONS**

Policy Number __AV 3383175-16__                    Previous Policy Number __AV 3383175-15__

This page with "Policy Provisions -- Part 1" Form CAV01 (1/05) and all endorsements attached hereto completes this numbered aviation physical damage and liability policy, issued by the company as indicated above (hereinafter called the Company).

ITEM 1. NAMED INSURED   **DYNAMIC AVIATION GROUP, INC. AND AS ENDORSED**

ADDRESS   P.O. BOX 7, BRIDGEWATER AIRPORT
BRIDGEWATER, VA 22812

ITEM 2. Policy Period: From __DECEMBER 31, 2009__ to __DECEMBER 31, 2010__ 12:01 A.M. Standard Time at the address in Item 1. The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specified premium charge or charges. The limit of the Company's liability against such coverage shall be as stated herein, subject to all of the terms of this policy having reference thereto. If more than one aircraft is insured hereunder, the terms of this policy shall apply separately to each.

| ITEM 3. Liability Coverages | LIMITS OF LIABILITY | | LIABILITY PREMIUMS |
|---|---|---|---|
| | EACH PERSON | EACH OCCURRENCE | |
| A. Bodily Injury -- excluding Passengers | $ | $ | $ |
| B. Property Damage | X X X X | | |
| C. Passenger Liability | | | |
| D. Single Limit -- INcluding Passengers with Passenger Liability limited internally to: | X X X X  100,000. | *1,000,000.  X X X X | 15,909 |
| E. Medical Expense -- INcluding Crew | PER SEATING | 100,000. | INCLUDED |
| WAR LIABILITY WRITE-BACK PER UE52E - $1,591. | | LIAB. TOTAL  $ | 17,500. |

ITEM 4. Description of Aircraft and Physical Damage Coverage hereunder:                DEDUCTIBLES

| F.A.A. CERT. NO. | MAKE AND MODEL | YEAR BUILT | SEATS Crew | SEATS Pass excl Crew | INSURED VALUE | PHYSICAL DAMAGE COV. | PHYSICAL DAMAGE PREMIUMS | NOT IN MOTION | IN MOTION, INGESTION, OR MOORING |
|---|---|---|---|---|---|---|---|---|---|
| ---- | AS ENDORSED | --- | --- | --- | $ AS ENDORSED | - | $ 15,000. | $ 25,000. | $ 25,000. |

PHYSICAL DAMAGE Coverage Identified   G. Not in Flight.
F. Ground & Flight.                   H. Not in Motion.

PHYSICAL DAMAGE TOTAL  $   15,000.        POLICY PREMIUM  $   32,500.

ITEM 5. When in flight the aircraft will be operated only by pilots meeting the requirements endorsed in this policy.
ITEM 6. The aircraft will be used only for the purposes indicated by "X" below (see Definitions).
   ☐ "PLEASURE AND BUSINESS"   ☐ "CHARTER/AIR TAXI"   ☐ "COMMERCIAL"   ☒ AS ENDORSED HEREON
ITEM 7. The Named Insured is and shall remain the sole owner of the aircraft and the aircraft is not subject to any encumbrance other than as indicated herein.

Endorsements and forms forming a part of this policy on its effective date:
CAV01 (1/05); UE353; CAV128; CAV427; CAV347; CAV41; CAV122; UE48B; UE1066; UE46B; UE38B; UE882; CAV117; CAV98; CAV100; CAV20; CAV29; CAV658; CAV19; CAV131; CAV34; UE52E; CAV950; CAV133; CAV137; 52172; UE691; UE2000A; UE2001A; UE1013; UE86

Producer   **INSIGHT AVIATION INSURANCE D/B/A - AFFINITY CHANNEL FINANCIAL SERVICES**
A01022     2200 PUMP ROAD, SUITE 230
           RICHMOND, VA 23233

Countersigned _____

At _____                        Approved By _____
                                                      (Authorized Representative)
By _____
   (Authorized Representative)                   Date of Issue __FEBRUARY 3, 2010__   dd

CAV04 (1/05)                      - 1 -       © Copyright Chartis Inc. All Rights Reserved.
                                                                    DYN 000100

## NAMED INSURED ENDORSEMENT

This policy is amended as follows:

The **Named Insured** and/or Address set forth on the Declarations is    completed    as follows:

DYNAMIC AVIATION GROUP, INC.
ROCKINGHAM AVIATION, INC.
K & K AIRCRAFT, INC.
DYNAMIC - AVLEASE, INC.
K & K AIRCRAFT EXCHANGE, LLC
AVLEASE EXCHANGE PROPERTIES, LLC

"NOTICE TO THE FIRST NAMED INSURED IS DEEMED NOTICE TO THE ABOVE"

All other provisions of this policy remain the same.

This endorsement becomes effective ___DECEMBER 31, 2009___ to be attached to and hereby made a part of Policy No. ___AV 3383175-16___ issued to ___DYNAMIC AVIATION GROUP, INC. AND AS ENDORSED___

By ___Commerce and Industry Insurance Company___

Endorsement No. ___1___

Date of Issue ___FEBRUARY 3, 2010 (dd)___    By _____
(Authorized Representative)

UE353 (1/05)

DYN 000101