IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN LOUISIANA

IN RE:

OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON
IN THE GULF OF MEXICO
ON APRIL 20, 2010                    MDL NO. 2179

_____

SYNOVUS BANK,

        Plaintiff,

Vs.                                  CASE NUMBER
                                                                1:11-cv-00551-CJB-SS

PLASH ISLAND RESORT, LLC,
et al.,

        Defendants.

## AMENDED NOTICE OF APPEAL

     COME NOW Nick Manakides, Lewis M. Lockhart, William R. Ivey, Jonathan A. Wilson, Keith W. Rotenberry, Richard D. Rowe, Michael W. McCain and Ricky Lockhart and appeal to the United States Court of Appeals for the Fifth Circuit from the order entered herein on March 18, 2011.

                                            Respectfully submitted,

                                            /s/ *William Eugene Rutledge*
                                            asb-7707-r67w
                                            /s/ *Gregory F. Yaghmai*
                                            asb-2411-h67g
                                            Attorneys for the Movants-Defendants

**OF COUNSEL**:
RUTLEDGE & YAGHMAI
3800 Colonnade Parkway
Suite 490
Birmingham, AL 35243
T:  (205) 969-2868
F: (205) 969-2862
williamerutledge@aol.com
yaghmai@rylaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed today, March 18, 2011, by CM/ECF the above and foregoing with copies being served electronically on all parties of record.

/s/ *William Eugene Rutledge*
Of Counsel