UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL NO. 2179 |
| GULF OF MEXICO, on | * | 10-1348 CJB-SS |
| APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. (1) |

* * * * * * * * * * * * * * * * * * * * * * * * * * **

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Complainant, Eric Dumas d/b/a Living a Dream Guide Service, who respectfully shows this Honorable Court that the above captioned matter has been compromised and that Complainant now wishes to dismiss his claims herein with prejudice, Complainant to bear all costs involved herein.

Respectfully submitted,
DISCON LAW FIRM
**S/ THOMAS M. DISCON**
THOMAS M. DISCON, T.A. #14219
424 N. Causeway Boulevard, Ste. A
Mandeville, Louisiana    70448
Telephone: (985) 674-9748
E-mail: tdiscon@aol.com
Attorney for Complainant

## **CERTIFICATE OF SERVICES**

     I hereby certify that on March 18, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system to all CM/ECF participants.  I also certify that the above and foregoing has this date been forwarded by U.S. Mail, postage prepaid and properly addressed to the non-CM/ECF participants.

                                      S/ THOMAS M. DISCON
                                      THOMAS M. DISCON