UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | |
| "DEEPWATER HORIZON" in the | * | MDL NO. 2179 |
| GULF OF MEXICO, on | * | 10-1348 CJB-SS |
| APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * **

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the above captioned matter with respect to all claims involved herein is hereby dismissed with prejudice, Complainant to bear all costs herein.

New Orleans, Louisiana this____day of_____, 2011.

_____
JUDGE