<pre>
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3   *******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                                   CIVIL ACTION NO. 10-MD-2179 "J"
 7                                 NEW ORLEANS, LOUISIANA
                                   FRIDAY, MARCH 11, 2011, 9:30 A.M.
 8
     THIS DOCUMENT RELATES TO
 9   ALL ACTIONS

10   *******************************************************************

11
                          TRANSCRIPT OF PROCEEDINGS
12          HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
13

14   APPEARANCES:

15

16   PLAINTIFFS'
     LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
17                              BY:  JAMES P. ROY, ESQUIRE
                                P. O. BOX 3668
18                              556 JEFFERSON STREET
                                LAFAYETTE, LA  70502
19

20                              HERMAN HERMAN KATZ & COTLAR
                                BY:  STEPHEN J. HERMAN, ESQUIRE
21                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
22

23
     FOR THE PLAINTIFFS:        CUNNINGHAM BOUNDS
24                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                                1601 DAUPHIN STREET
25                              MOBILE, AL 36604
</pre>

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                                IRPINO LAW FIRM
                                 BY:  ANTHONY IRPINO, ESQUIRE
 4                               ONE CANAL PLACE
                                 365 CANAL STREET, SUITE 2990
 5                               NEW ORLEANS, LA  70130

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
 8                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                               450 GOLDEN GATE AVENUE
                                 7TH FLOOR, ROOM 5395
10                               SAN FRANCISCO, CA  94102

11

12   FOR STATE INTERESTS:        OFFICE OF THE ATTORNEY GENERAL
                                 STATE OF ALABAMA
13                               BY:  COREY L. MAZE, ESQUIRE
                                 501 WASHINGTON AVENUE
14                               MONTGOMERY, AL  36130

15

16   FOR THE STATE OF
     LOUISIANA:                  KANNER & WHITELEY
17                               BY:  ALLAN KANNER, ESQUIRE
                                 701 CAMP STREET
18                               NEW ORLEANS, LA  70130

19
                                 HENRY DART
20                               ATTORNEYS AT LAW
                                 510 NORTH JEFFERSON STREET
21                               COVINGTON, LA  70433

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  SUZIE WILSON FOR
                                     KERRY J. MILLER, ESQUIRE
 7                              ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
 8                              NEW ORLEANS, LA  70163

 9

10   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
11   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
12   BP CORPORATION NORTH
     AMERICA INC.,
13   BP EXPLORATION &
     PRODUCTION INC.,
14   BP HOLDINGS NORTH
     AMERICA LIMITED,
15   BP PRODUCTS NORTH
     AMERICA INC.:              LISKOW & LEWIS
16                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
17                              701 POYDRAS STREET
                                SUITE 5000
18                              NEW ORLEANS, LA 70139

19
                                KIRKLAND & ELLIS
20                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     TIMOTHY E. DUFFY, ESQUIRE
21                                   RYAN S. BABIUCH, ESQUIRE
                                300 NORTH LASALLE
22                              CHICAGO, IL 60654

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:                  STONE PIGMAN WALTHER WITTMANN
 4                                 BY:  CARMELITE M. BERTAUT, ESQUIRE
                                   546 CARONDELET STREET
 5                                 NEW ORLEANS, LA 70130

 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 8                                 BY:  DONALD E. GODWIN, ESQUIRE
                                        STEFANIE K. MAJOR, ESQUIRE
 9                                      JENNY L. MARTINEZ, ESQUIRE
                                   1201 ELM STREET, SUITE 1700
10                                 DALLAS, TEXAS 75270

11
                                   GODWIN RONQUILLO
12                                 BY:  R. ALAN YORK, ESQUIRE
                                   1331 LAMAR, SUITE 1665
13                                 HOUSTON, TEXAS 77010

14

15   FOR ANADARKO
     PETROLEUM CORPORATION,
16   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
17   AND MOEX OFFSHORE 2007
     LLC:                          KUCHLER POLK SCHELL WEINER & RICHESON
18                                 BY:  ROBERT E. GUIDRY, ESQUIRE
                                   1615 POYDRAS STREET, SUITE 1300
19                                 NEW ORLEANS, LA  70112

20

21
     FOR M-I L.L.C.:               MORGAN, LEWIS & BOCKIUS
22                                 BY:  DENISE SCOFIELD, ESQUIRE
                                   1000 LOUISIANA STREET, SUITE 4000
23                                 HOUSTON, TX  77002

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3
     FOR O'BRIEN'S RESPONSE
 4   MANAGEMENT, INC.,
     SEACOR HOLDINGS, INC.,
 5   SEACOR OFFSHORE LLC,
     SEACOR MARINE, LLC,
 6   SEACOR WORLDWIDE, INC.,
     SEACOR MARINE, INC.,
 7   SEACOR MARINE
     INTERNATIONAL, INC.,
 8   AND SIEMENS FINANCIAL,
     INC.:                    WEIL GOTSHAL & MANGES
 9                            BY:  THEODORE E. TSEKERIDES, ESQUIRE
                              767 FIFTH AVENUE
10                            NEW YORK, NY  10153

11
     FOR WEATHERFORD U.S.,
12   L.P.:                    JONES WALKER
                              BY:  RICHARD D. BERTRAM, ESQUIRE
13                            PLACE ST. CHARLES
                              201 ST. CHARLES AVENUE
14                            NEW ORLEANS, LA 70170

15

16   FOR DRIL-QUIP, INC.:     WARE JACKSON LEE & CHAMBERS
                              BY:  C. DENNIS BARROW, JR., ESQUIRE
17                            2929 ALLEN PARKWAY, 42ND FLOOR
                              HOUSTON, TEXAS 77019
18

19   FOR MARINE SPILL
     RESPONSE CORPORATION:    BLANK ROME
20                            BY:  ALAN M. WEIGEL, ESQUIRE
                              THE CHRYSLER BUILDING
21                            405 LEXINGTON AVENUE
                              NEW YORK, NY  10174
22

23   FOR NALCO CO.:           LATHAM & WATKINS
                              BY:  MARY ROSE ALEXANDER, ESQUIRE
24                            233 SOUTH WACKER DRIVE, SUITE 5800
                              CHICAGO, IL 60606
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:        LABORDE & NEUNER
 4                               BY:  BEN L. MAYEAUX, ESQUIRE
                                 ONE PETROLEUM CENTER
 5                               1001 W. PINHOOK RD., SUITE 200
                                 LAFAYETTE, LA 70505
 6

 7

 8   SPECIAL MASTER:             PROFESSOR FRANCIS MCGOVERN

 9

10

11   ALSO PRESENT:               METHOFF LAW FIRM
                                 BY:  WILLIAM STRADLEY, ESQUIRE
12                               3450 ONE ALLEN CENTER
                                 500 DALLAS STREET
13                               HOUSTON, TX  77002

14
                                 KAHN SWICK & FOTI
15                               BY:  ALBERT M. MYERS, ESQUIRE
                                 12 EAST 41ST STREET, 12TH FLOOR
16                               NEW YORK, NY  10017

17
                                 WILLIAM BONNER, ESQUIRE
18                               ANTHONY FITCH, ESQUIRE
                                 SKIP MCALOON
19                               DAVID CANNON, ESQUIRE
                                 JEREMY RUSH, ESQUIRE
20

21                               MELINDA NICHOLSON, ESQUIRE
                                 STEVE ROBERTS, ESQUIRE
22                               RICHARD SIMMONS, ESQUIRE
                                 RON KRAVITZ, ESQUIRE
23                               JULIE REISER, ESQUIRE

24

25
```

```
1   APPEARANCES CONTINUED:

2

3   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
4                                 500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA  70130
5                                 (504) 589-7779

6

7   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                           **I N D E X**

2

3    AGENDA ITEMS                                           PAGE

4

5    FREQUENTLY ASKED QUESTIONS.............................  9

6    CONFIRMING DON VIDRINE'S DEPOSITION...................  16

7    UK DEPOSITIONS........................................  18

8    "CERTAIN DEPONENTS," FORMERLY 5TH AMENDMENT TRACK......  24

9    INVESTIGATION TRACK...................................  24

10   EVENT TRACK...........................................  26

11   RULE 30(B)(6) NOTICES.................................  33

12   TRANSOCEAN 30(B)(6)...................................  57

13   SPERRY 30(B)(6) NOTICE................................  60

14   THIRD-PARTY 30(B)(6) DEPOSITIONS......................  65

15   BRIAN MOREL MARITAL PRIVILEGE ISSUE...................  71

16   EVENT TRACK WITNESSES.................................  72

17   MOTION FOR FURTHER FORENSIC TESTING...................  76

18   SEEDING TIME..........................................  95

19   PRIVILEGE LOG.........................................  96

20   FURTHER LIST OF DEPONENTS............................. 105

21   NEXT STATUS CONFERENCE IS MARCH 18, 2011, 9:30 A.M..... 107

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, MARCH 11, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:35AM  THE DEPUTY CLERK:  All rise.

09:35AM  THE COURT:  Please don't tell me I just hung up on

09:35AM  everybody.  Good morning, everybody.  We had a bunch of people on

09:35AM  the phone, but that's a really good way to speed up the meeting.

09:35AM  I was going to suggest that we hold the conference outside.

09:35AM  Does anybody have any disagreement with that issue?

09:36AM  MR. HERMAN:  No objection, Your Honor.

09:36AM  THE COURT:  It is another inducement to get the meeting

09:36AM  done quickly, right?

09:36AM  Jim, when is the last time you were outside?

09:36AM  MR. ROY:  This morning, walking over here.  I almost

09:36AM  stopped in the park and stayed there.

09:36AM  THE COURT:  I agree.  I walked over here this morning,

09:36AM  too.

09:36AM  Let's see if we can do some stuff before we get all of those

09:36AM  poor people dialed back on.

09:36AM  I tell you what we can do, why don't we work on frequently

09:36AM  asked questions.  What do you think of that idea?  It looks to

09:36AM  me -- I didn't get to look, Andy, at your most recent comments

09:36AM 1   because I had a couple of other things going, but it looks like

09:36AM 2   you guys are very, very close.  Do you want to take that up and

09:36AM 3   see if we can reach agreement?

09:36AM 4           MR. HERMAN:  I'm cautiously optimistic that within about

09:37AM 5   five minutes we can reach an agreement.  If not, I think there is

09:37AM 6   really one issue that we could just put to the Court regarding

09:37AM 7   how the GCCF is described.

09:37AM 8       Now, I see Carmelite standing up.  Cameron --

09:37AM 9           THE COURT:  Sit down, Carmelite.  Sit down.

09:37AM 10          MR. HERMAN:  Well, I don't know.  I mean, I don't know

09:37AM 11  if Cameron submitted their objections to Your Honor.  We got a

09:37AM 12  bunch of stuff from Cameron that I tried to accommodate to some

09:37AM 13  extent.

09:37AM 14      I kind of mentioned in my e-mail I thought some of it was a

09:37AM 15  little too legalesy and tried to cover it with some caveats that

09:37AM 16  Cameron actually suggested, about, you know, there's complex

09:37AM 17  legal issues, and if you're confused call an attorney --

09:37AM 18          THE COURT:  Right.

09:37AM 19          MR. HERMAN:  -- rather than trying to stick a lot of

09:37AM 20  legalese in.  I don't know if at this point Cameron has

09:37AM 21  objections, but I think BP and the plaintiffs are either very

09:37AM 22  close or maybe even in agreement.  We could reach it, probably.

09:37AM 23          THE COURT:  That's great.  Andy, what do you have to

09:37AM 24  say?

09:37AM 25          MR. LANGAN:  Your Honor, Andy Langan for BP.

09:37AM 1     I do not disagree with Mr. Herman.  I'd just like to take a
09:37AM 2  step back, if I might.
09:38AM 3     We appreciate the opportunity to comment on the FAQ's.  It
09:38AM 4  is a PSC web site, and I guess our role, as we see it, is not to
09:38AM 5  endorse it or -- it's really just to point out what we thought
09:38AM 6  were things that we think were just wrong.
09:38AM 7          THE COURT:  Correct.
09:38AM 8          MR. LANGAN:  But, at the end of the day, it's sort of
09:38AM 9  their web site and their thing.  If we had our druthers, there
09:38AM 10  wouldn't be anything like that.
09:38AM 11     So it's really -- we don't object as to form, per our last
09:38AM 12  set of comments, but I don't want to be on record as saying that
09:38AM 13  BP thinks this is a dandy idea or necessary or anything else.  We
09:38AM 14  didn't think the notice was necessary, but the point was, this
09:38AM 15  was a follow-up to that --
09:38AM 16          THE COURT:  Right.  I don't think Steve thinks you think
09:38AM 17  it's a dandy idea.
09:38AM 18          MR. HERMAN:  We understand that's BP's position.  We
09:38AM 19  just want to make sure that we're being accurate and fair, and
09:38AM 20  appreciate BP's help in that regard.
09:38AM 21          THE COURT:  What are the outstanding couple of things,
09:39AM 22  Steve, that you think we just need to work on?  I've got Andy's
09:39AM 23  latest, but, again, I hadn't marked it up with my comments.  So
09:39AM 24  maybe you can point me to it.
09:39AM 25     Carmelite, I'm not forgetting you.

09:39AM  1          MR. LANGAN:  I've handed Mr. Herman the e-mail and the

09:39AM  2  attachment from early this morning.

09:39AM  3          MR. HERMAN:  You guys are okay, I assume, with us

09:39AM  4  addressing the oil spill trust fund in those separate two

09:39AM  5  FAQ's --

09:39AM  6          MR. LANGAN:  Again, as to form --

09:39AM  7          MR. HERMAN:  -- as to form.

09:39AM  8          MR. LANGAN:  -- that's fine.  Yes, thank you.

09:39AM  9          THE COURT:  We're going to let that be a continuing

09:39AM 10  statement.

09:39AM 11          MR. HERMAN:  Then I think the only other issues are with

09:39AM 12  respect to the Gulf Coast Claims Facility, which is the second to

09:39AM 13  last page of the copy I'm looking at --

09:39AM 14          THE COURT:  Yes.  You're looking at Andy's latest?

09:39AM 15          MR. HERMAN:  Yes.

09:39AM 16          THE WITNESS:  You're talking about Mr. Feinberg being

09:39AM 17  appointed by the White House?

09:39AM 18          MR. HERMAN:  Yes, which --

09:39AM 19          THE COURT:  I think that's unnecessary.

09:40AM 20          MR. HERMAN:  That's what we thought.  It may or may not

09:40AM 21  be accurate, but I'm not sure why it's necessary.  I guess there

09:40AM 22  is a dispute about the extent --

09:40AM 23          MR. LANGAN:  Here is our last issue in terms of

09:40AM 24  accuracy.  It is not accurate to say that BP created the GCCF.

09:40AM 25  Mr. Feinberg created the GCCF.  I don't think, for purposes of

09:40AM 1    this document, it needs to say either one.

09:40AM 2         So what we proposed is to say that BP is attempting to meet

09:40AM 3    that obligation through the Gulf Coast Claims Facility, period,

09:40AM 4    without talking about who created it.

09:40AM 5              MR. HERMAN:  That's fine.  Plaintiffs agree with that.

09:40AM 6              THE COURT:  We can live with that.

09:40AM 7              MR. LANGAN:  Later on, when we go down to paragraph E,

09:40AM 8    say, "The Gulf Coast Claims Facility was created to fulfill BP's

09:40AM 9    legal obligations," without saying BP created it.

09:40AM 10             THE COURT:  Steve can live with it.

09:40AM 11             MR. LANGAN:  Great.

09:40AM 12             MR. HERMAN:  I think, as to form, we're in agreement.

09:40AM 13             MR. LANGAN:  Fine.  We might have had a word here or

09:40AM 14   there, but those were the -- these are the remaining major

09:41AM 15   knock-down-drag-outs that we had on form.

09:41AM 16             THE COURT:  You see, I knew we could -- oh, somebody is

09:41AM 17   blinking.  Do you think that's my line back?

09:41AM 18             MR. LANGAN:  Thank you, Your Honor, and thanks to the

09:41AM 19   PSC.

09:41AM 20             THE COURT:  Carmelite, if you'll step up to that

09:41AM 21   microphone, and let's hear from you.  If you all will hold for a

09:41AM 22   second, I am really going to --

09:41AM 23        Hello, phone participants.

09:41AM 24             VOICES:  Good morning, Your Honor.

09:41AM 25             THE COURT:  I owe you an apology.  That was me that

09:41AM 1    disconnected you.  I am not telephonically challenged, but I
09:41AM 2    guess that was a wrong impression.
09:41AM 3        We took up the issue of the frequently asked questions
09:41AM 4    because that was really something that I perceived as not being
09:42AM 5    something that the phone participants cared deeply about.
09:42AM 6        We seem to have worked out the language between the
09:42AM 7    Plaintiffs' Steering Committee and BP, and now we're getting
09:42AM 8    ready to hear from Carmelite Bertaut on that issue.  So now
09:42AM 9    you're fully up to date with us.
09:42AM 10       Okay, Carmelite.
09:42AM 11        MS. BERTAUT:  Carmelite Bertaut for Cameron.
09:42AM 12       Judge, I feel like I'm at a disadvantage because I have not
09:42AM 13   studied what was produced last night.  I'm sure it was a good
09:42AM 14   attempt to try to meet Cameron's objections.
09:42AM 15       I need to say two things, though.  I will tell you that we
09:42AM 16   will work very hard to get back to Steve, but we are placed in a
09:42AM 17   sort of strange position, which is this is coming with the Court
09:43AM 18   imprimatur.
09:43AM 19       I understand that BP is correct that this is, of course, the
09:43AM 20   PLC's web site, but if you present something to the Court and you
09:43AM 21   ask the Court to pass on it, and the Court has been, I think,
09:43AM 22   appropriately interested in the views of the other parties, then
09:43AM 23   I believe we have an obligation to tell the Court what we think
09:43AM 24   about that.
09:43AM 25       The two observations I would make, and I don't believe this

09:43AM 1  was asserted yesterday, but it was something we had talked about

09:43AM 2  internally and, frankly, things kind of got ahead of us on this,

09:43AM 3  and that is Cameron has requested a jury trial here.

09:43AM 4      Now, I appreciate there are many folks in this courtroom

09:43AM 5  that may dispute our right to a jury trial, but we believe we

09:43AM 6  have a jury trial right here.  One of the things that's happening

09:43AM 7  with this web site is a communication with potential jurors.

09:43AM 8      So when we go off and we describe and define the legal

09:43AM 9  definition of what gross negligence is, I don't understand why

09:43AM 10 that needs to be in here.  I'm not exactly clear on some of the

09:43AM 11 other legal descriptions that need to be in here.

09:43AM 12     So I would just raise that issue for the Court.  I

09:43AM 13 appreciate at some time Judge Barbier will rule on whether or not

09:44AM 14 Cameron has a right to a jury; but, until such time, we feel that

09:44AM 15 we are obligated to inform the Court that this is something that

09:44AM 16 is going to what we perceive to be potential jurors.  So I would

09:44AM 17 just ask the Court to consider that.

09:44AM 18     As for specific others -- I just have to look at it, Judge.

09:44AM 19 I promise you that, if you can wait until 1 o'clock, 2 o'clock,

09:44AM 20 we can get back to the plaintiffs.  If you can't, I totally

09:44AM 21 understand the speed with which you need to work.

09:44AM 22         THE COURT:  No, I think that's fine, Carmelite.  I would

09:44AM 23 like you to get your comments to Steve with a cc to me.  If Steve

09:44AM 24 can't resolve what your issues are, Steve, let me know, and I'm

09:44AM 25 just going to go ahead and rule on whatever the remaining

16

09:44AM 1  disagreements are.

09:44AM 2       We will then have a final form.  I'm going to ask you to

09:44AM 3  submit that to us with a proposed order, and that will be that.

09:45AM 4  Okay?  So we're just going to go ahead and get that done this

09:45AM 5  evening, but I would like your input, and we'll take it from

09:45AM 6  there.

09:45AM 7            MS. BERTAUT:  Thank you, Judge.

09:45AM 8            THE COURT:  No problem.

09:45AM 9       All right.  Okay.  Let's talk about getting back on the

09:45AM 10  agenda.  Mr. Maze, I take it you're going to be our ELMO -- we'll

09:45AM 11  call you Thomas Jefferson for the day.

09:45AM 12            MR. MAZE:  I've been called a lot worse.

09:45AM 13            THE COURT:  I'm sure you have.

09:45AM 14       All right.  We wanted to start out with confirming Don

09:46AM 15  Vidrine's deposition.  We had tentatively scheduled that for

09:46AM 16  May 18 and 19.  Do we have confirmation on that?

09:46AM 17       Andy, you might as well just come on up and stay for a

09:46AM 18  while.

09:46AM 19            MR. LANGAN:  All right, Your Honor.  Your Honor, I have

09:46AM 20  no further information about Vidrine.  I have no reason to

09:46AM 21  believe that it won't work.

09:46AM 22            THE COURT:  But it's still a question?

09:46AM 23            MR. LANGAN:  It is.

09:46AM 24       Your Honor, as long as I have the podium, I know we want to

09:46AM 25  look forward, but there are just a couple of minor nits on the

09:46AM 1   Court's March 7th order that I wanted to point out, if that's

09:46AM 2   okay.  Again, maybe people will disagree with me that they are

09:46AM 3   actual mistakes.

09:46AM 4         THE COURT:  No, I probably will agree with you.

09:46AM 5         MR. LANGAN:  There is a lot of information flowing

09:46AM 6   around here, so I thought it might be helpful to start with just

09:46AM 7   one or two minor date discrepancies, if I may.

09:46AM 8         THE COURT:  All right.  Let's take a look.

09:46AM 9         MR. LANGAN:  Page 2, Mr. David Wall, I just want to

09:47AM 10  confirm --

09:47AM 11        THE COURT:  Yes, that's June 27 and 28.

09:47AM 12        MR. LANGAN:  That is correct.

09:47AM 13        THE COURT:  I caught that.

09:47AM 14        MR. LANGAN:  We're on the same page then.

09:47AM 15    Gil Cowlam, Number 96 on page 2 there, our notes show that

09:47AM 16  we had him down for June 7th and 8th, not June 6th and 7th.

09:47AM 17        MR. MAZE:  That's what the calendar says, too.

09:47AM 18        THE COURT:  Then, you know what, we're going to go with

09:47AM 19  7 and 8.

09:47AM 20        MR. LANGAN:  I will also suggest that, more generally,

09:47AM 21  we have done a markup of Transocean's draft that picks up a

09:47AM 22  couple of these things, and I'm happy to give that later today to

09:47AM 23  Mr. Maze and the Court and counsel for TO, in case they find that

09:47AM 24  helpful.

09:47AM 25        THE COURT:  Good, that would be very helpful.  I

09:47AM 1    appreciate that.

09:47AM 2         MR. LANGAN:  I just have a couple more nits.  Real minor

09:47AM 3    one --

09:47AM 4         THE COURT:  Keep picking.

09:47AM 5         MR. LANGAN:  -- it is John Baxter, not Jim Baxter, at

09:47AM 6    the bottom of page 2.

09:47AM 7         THE COURT:  John Baxter.  Thank you.

09:47AM 8         MR. LANGAN:  There is no date yet.

09:48AM 9       This is not a clerical mistake in the Court's order, but it

09:48AM 10   is something that we need to deal with.  Page 4,

09:48AM 11   Mr. Patrick O'Bryan, we have a tentative date down of May 23rd

09:48AM 12   and 24th.  I now know that that will not work, and that --

09:48AM 13   primarily for the reason, this is on us, our fault, his

09:48AM 14   individual counsel, his personal counsel has a trial conflict in

09:48AM 15   the latter part of May, Mr. Simmons.  So when we come to it

09:48AM 16   appropriately, we may have some other dates for

09:48AM 17   Mr. Patrick O'Bryan.

09:48AM 18      Your Honor, in terms of like, quote, unquote, nits, that's

09:48AM 19   kind of what I've got right now.

09:48AM 20        THE COURT:  That wasn't very much.

09:48AM 21        MR. LANGAN:  No.

09:48AM 22        THE COURT:  Let's start with UK depositions.  Other than

09:49AM 23   Mr. Cowlam, everything else that we scheduled still looks solid,

09:49AM 24   right, Andy?

09:49AM 25        MR. LANGAN:  It does, yes.

09:49AM  1          THE COURT:  Good.  Good.

09:49AM  2          MR. LANGAN:  So I can talk about Flynn, Tooms and

09:49AM  3  Inglis, too.

09:49AM  4          THE COURT:  That would be great.  Let's talk about

09:49AM  5  Steve Flynn.

09:49AM  6          MR. LANGAN:  So we have some choices here.  The week of

09:49AM  7  June 13 through 16, or the end of June, 27 through 30.  We have

09:49AM  8  some day spans in there.  So depending on how the overall

09:49AM  9  calendar works, we can pencil those in.

09:49AM 10          MR. GODWIN:  29 and 30, Andy.  Take it.

09:49AM 11          MR. LANGAN:  June 29 and 30.  Does that work for the

09:49AM 12  PSC, Your Honor?

09:49AM 13          THE COURT:  June 29 and 30, okay.

09:49AM 14      Who have you got next, Andy?

09:49AM 15          MR. LANGAN:  Paul Tooms.  The week of June 13th, we can

09:50AM 16  pencil those in.  So do you want to do 14 and 15?  Maybe that

09:50AM 17  would be a wise time.

09:50AM 18          THE COURT:  Let's see what Mr. Cunningham says.

09:50AM 19          MR. CUNNINGHAM:  I'd say 13 and 14, so we can have two

09:50AM 20  for each day.

09:50AM 21          THE COURT:  Tooms will be 13 and 14.

09:50AM 22          MR. LANGAN:  Mr. John Baxter, which was also requested,

09:50AM 23  we could do June 21 and 22.

09:50AM 24          THE COURT:  Does that look good, Mr. Cunningham?

09:50AM 25          MR. CUNNINGHAM:  Yes, that's fine.

09:50AM 1          MR. LANGAN:  John Baxter.

09:50AM 2          MR. GODWIN:  What date, Andy?

09:50AM 3          MR. LANGAN:  June 21 and 22.

09:50AM 4          MR. GODWIN:  Thank you.

09:50AM 5          MR. LANGAN:  I have also confirmed that we're full speed

09:50AM 6    ahead at my law firm's London office.

09:50AM 7          THE COURT:  Good.  When we do the modification to the

09:50AM 8    calendar, why don't we just say London, because everybody

09:51AM 9    understands that it's at Kirkland & Ellis, and that kind of

09:51AM 10   muddies up the way the calendar looks.

09:51AM 11         MR. LANGAN:  Now, if we end up triple tracking, we may

09:51AM 12   want to revisit a backup venue.  But, I mean, in general --

09:51AM 13         THE COURT:  That office isn't big enough for triple

09:51AM 14   track?

09:51AM 15         MR. LANGAN:  I don't want to promise that.  We may have,

09:51AM 16   like, other business to conduct.  I don't know.

09:51AM 17         THE COURT:  Well, that's great.

09:51AM 18      Now, what about Mr. Inglis?

09:51AM 19         MR. LANGAN:  Inglis.  I have been told that it's

09:51AM 20   pronounced ING-GALLS no matter how it looks.

09:51AM 21         THE COURT:  Whatever.

09:51AM 22         MR. LANGAN:  We tried to get him for June.  His personal

09:51AM 23   counsel has a trial issue in June.  My suggestion is pick some

09:51AM 24   dates in July, mark them tentative, and at least have something

09:51AM 25   on the calendar.

09:51AM  1        By the way, if June frees up, because trials do go away,

09:51AM  2    then we're happy to come and revisit.  That would be my

09:51AM  3    suggestion.

09:51AM  4            THE COURT:  Okay, I think that's fine.  Do you think we

09:52AM  5    could -- let me look at the June calendar -- maybe go for the

09:52AM  6    first of July-ish, so that if people have to stay over, they can,

09:52AM  7    rather than fly back?  We don't have a July calendar.

09:52AM  8            MR. MAZE:  We can make one, though.

09:52AM  9            MR. LANGAN:  It looks like it's got to be 4, 5 or 5, 6.

09:52AM 10            THE COURT:  Why don't we target for, if at all possible,

09:52AM 11    4, 5, if he's available.  If not, 5, 6.

09:52AM 12            MR. LANGAN:  I'm not sure about the celebration of

09:52AM 13    Independence Day in the UK.

09:52AM 14            THE COURT:  I would suspect that that is an open day for

09:53AM 15    those people.

09:53AM 16            MR. LANGAN:  Do people seriously want to schedule

09:53AM 17    something on Monday, July 4th?

09:53AM 18            THE COURT:  If they are over there, I don't see any

09:53AM 19    reason why not.

09:53AM 20            MR. CUNNINGHAM:  That's fine.  We'll try to move it to

09:53AM 21    June, hopefully.

09:53AM 22            MR. MAZE:  So this is a question for Inglis?

09:53AM 23            MR. LANGAN:  Yes, tentative, July 4 and 5.

09:53AM 24            THE COURT:  And if not, 5, 6.

09:53AM 25            MR. MAZE:  That's I-N-G-L-I-S?

09:53AM 1          MR. LANGAN:  I-N-G-L-I-S.

09:53AM 2          THE COURT:  Inglis.  Go figure.

09:53AM 3          MR. LANGAN:  Your Honor, my last point on UK is that

09:53AM 4   Sir William Castell, we think we'll be able to get him in late

09:53AM 5   June, but I would like to hold for another week and confirm.  But

09:53AM 6   we know that's on the list, even though it may not be in the

09:53AM 7   order, and so we're working on Sir William Castell,

09:53AM 8   C-A-S-T-E-L-L.

09:53AM 9          THE COURT:  Got you.  Do we anticipate that that is

09:54AM 10  going to be it for UK deponents, guys?

09:54AM 11         MS. BERTAUT:  Your Honor --

09:54AM 12         MR. LANGAN:  We have the one Cameron witness, I think.

09:54AM 13  Erwin, right?

09:54AM 14         MS. BERTAUT:  Carter Erwin.  And I have some dates,

09:54AM 15  Andy.

09:54AM 16         THE COURT:  Carmelite, see if that mic is working.

09:54AM 17         MS. BERTAUT:  It's working.

09:54AM 18         THE COURT:  You just have to speak into it.

09:54AM 19      It's I-R-W-I-N?

09:54AM 20         MS. BERTAUT:  It's E-R-W-I-N.  Carter.  It's his last

09:54AM 21  name.  He's actually an Aberdeen resident.

09:54AM 22      Judge, just bear with me a minute.  I've got so many piles

09:54AM 23  of paper, and it's out of order.

09:54AM 24         THE COURT:  We expect you to be more organized.

09:54AM 25         MS. BERTAUT:  I know.  Hang on a second.

09:55AM 1      Yes, Carter Erwin.  How about Monday, June 6th, and Tuesday,

09:55AM 2   June 7th?  We recognize y'all already have dates, but we're

09:55AM 3   working with his calendar.

09:55AM 4          MR. LANGAN:  That's fine.

09:55AM 5          MS. BERTAUT:  Is that okay?

09:55AM 6          MR. LANGAN:  Yes.  That's Erwin, E-R-W-I-N, from

09:55AM 7   Cameron.

09:55AM 8          MR. YORK:  His first name is Carter?

09:55AM 9          MS. BERTAUT:  Carter Erwin.

09:55AM 10         MR. LANGAN:  June 6 and 7 in London.

09:55AM 11     It's okay coming to London?

09:55AM 12         MS. BERTAUT:  It's okay coming to London.  It's okay at

09:55AM 13  your office, maybe?

09:55AM 14         MR. LANGAN:  Again, Mr. Hayward gets the big conference

09:55AM 15  room.

09:55AM 16         MS. BERTAUT:  That's fine.

09:55AM 17         MR. MAZE:  Was that a tentative?

09:55AM 18         MS. BERTAUT:  No, that's definite.  But, Andy, if that

09:55AM 19  does not work out, you will let us know in time?

09:55AM 20         MR. LANGAN:  Absolutely.  Thank you.  Thank you,

09:55AM 21  Counsel.

09:55AM 22         MS. BERTAUT:  Thank you.

09:55AM 23         THE COURT:  Good.  Progress is being made.  That rounds

09:55AM 24  out almost entirely the London trip, which I'm planning on

09:55AM 25  attending.

09:55AM  1           MR. LANGAN:  Your Honor, we may take you up on that, in
09:56AM  2    part at least.
09:56AM  3           THE COURT:  We'll talk about that next week.
09:56AM  4       We've decided to refer to people as "certain deponents,"
09:56AM  5    formerly 5th Amendment track, but now they are the "certain
09:56AM  6    deponent" track, okay.
09:56AM  7       We just want to make sure that there has been no change in
09:56AM  8    confirmed dates for those individuals.  It's Hafle, Kaluza, Morel
09:56AM  9    and Harrell is what I have.  Have notices been issued for those?
09:56AM 10           MR. CUNNINGHAM:  I really don't know.  I don't think
09:57AM 11    they have.  They are in May.
09:57AM 12           THE COURT:  They are in May.  Why don't we just put that
09:57AM 13    on the list of things to do, and go ahead and make sure that we
09:57AM 14    confirm the dates with individual counsel, which I assume we have
09:57AM 15    done, right?  I guess we haven't.  Are those requested by you?
09:57AM 16    They are all requested by plaintiffs.
09:57AM 17           MR. CUNNINGHAM:  I think they are.
09:57AM 18           THE COURT:  They are?
09:57AM 19           MR. CUNNINGHAM:  Yes.
09:57AM 20           THE COURT:  What I would like you guys to do is go ahead
09:57AM 21    and confirm the deposition dates with individual counsel.  I
09:57AM 22    don't think there should be a problem, but I want to make sure
09:57AM 23    there is not.  Go ahead and issue the notices, and we can take
09:57AM 24    that off of our list.
09:57AM 25       Okay, we're moving on to the investigation track.  We've got

09:58AM 1   three people we're looking for -- well, not really.  We've got

09:58AM 2   two people we're looking for, David Brown and Fred Sabins, as

09:58AM 3   well as those two for the CSI Technologies depositions.

09:58AM 4           MR. LANGAN:  Your Honor, Andy Langan for BP.

09:58AM 5        We were tasked with reaching out to CSI, which I gather was

09:58AM 6   a contractor of ours.  We have met with modest success.

09:58AM 7        Can we start with Mr. Sabins?

09:58AM 8           THE COURT:  Sure.

09:58AM 9           MR. LANGAN:  We have availability for Mr. Sabins either

09:58AM 10  sometime perhaps in late April, or we could push it to late May,

09:58AM 11  the week of May 23rd.  So depending on what the PSC would like

09:58AM 12  and how the overall schedule looks --

09:58AM 13          MR. CUNNINGHAM:  How about the last week in April?

09:58AM 14          THE COURT:  You've got availability, guys, 28, 29.

09:59AM 15          MR. LANGAN:  28, 29 is fine.

09:59AM 16          MR. CUNNINGHAM:  That looks good.

09:59AM 17          MR. LANGAN:  28, 29 is fine.

09:59AM 18          MR. MAZE:  Sabins?

09:59AM 19          MR. LANGAN:  S-A-B-I-N-S.  I'm presuming New Orleans for

09:59AM 20  that.

09:59AM 21          THE COURT:  Okay.

09:59AM 22          MR. LANGAN:  We are working on Mr. David Brown.  I'm

09:59AM 23  quite confident by next Friday we can nail Mr. David Brown down.

09:59AM 24          THE COURT:  Great, great, great.

09:59AM 25       We'll get to the 30(b)(6) notices a little bit later on the

09:59AM 1  agenda.  We have been advised by Kerry, on behalf of Transocean,
09:59AM 2  that John McCarroll is not a priority for them any longer.  We
09:59AM 3  can keep him on the list, but he says, you know, later on is
09:59AM 4  fine.  So we'll pass him.  He is an engineer with BOEMRE.
10:00AM 5  Anybody know who that is?
10:00AM 6           MR. LANGAN:  It's a government agency, isn't it?
10:00AM 7           MR. GODWIN:  That's the --
10:00AM 8           THE COURT:  Now, that's now --
10:00AM 9           MR. GODWIN:  That's in that MBI hearings we have been
10:00AM 10  having, Judge.
10:00AM 11           THE COURT:  He said we can pass on him.
10:00AM 12       Okay, moving right along to event track.
10:00AM 13           MR. LANGAN:  Footnote here on event track, Your Honor.
10:00AM 14  Mr. James Dupree, just on the TO calendar, it really should be
10:00AM 15  New Orleans, not London.  Mr. Dupree is in the US, so we -- this
10:00AM 16  says Kirkland & Ellis London.  That is true for Mr. Cowie, but
10:00AM 17  not true for Mr. Dupree.  I'm just looking at the TO calendar.
10:00AM 18           THE COURT:  When was he scheduled?
10:00AM 19           MR. LANGAN:  16 and 17 of June.
10:00AM 20           THE COURT:  16, 17 of June.
10:00AM 21           MR. LANGAN:  We marked that on the --
10:00AM 22           THE COURT:  Good.  Got you.
10:01AM 23       We had tentatively set Mr. Guide for May 9 and 10.  Is
10:01AM 24  that --
10:01AM 25           MR. LANGAN:  Still looking good.

10:01AM 1          THE COURT:  Looking good, but still tentative?

10:01AM 2          MR. LANGAN:  Correct, but we're -- he's out of the

10:01AM 3    country.  He may be on a rig somewhere.  But we believe that's

10:01AM 4    going to work.

10:01AM 5          THE COURT:  Okay.  Good.

10:01AM 6       Next up was Mr. O'Bryan.  We've taken off May 23rd and 24th.

10:01AM 7    Have you got other suggested dates?

10:01AM 8          MR. LANGAN:  I'm working with Mr. Simmons on this, his

10:01AM 9    personal counsel.

10:01AM 10         THE COURT:  Got you.

10:01AM 11         MR. LANGAN:  We may be looking at the tail end of June

10:01AM 12   for this.

10:01AM 13         MR. DART:  Excuse me, Rick was just here, but he walked

10:01AM 14   out for a second.

10:01AM 15         MR. LANGAN:  Maybe we could circle back to that.

10:01AM 16         THE COURT:  I'm sorry, who was here?

10:01AM 17         MR. DART:  Mr. Simmons, his personal counsel, was

10:01AM 18   sitting here, and then he walked out for just a second.

10:02AM 19         THE COURT:  We'll come back.  When we find him, we'll

10:02AM 20   come back to him.  I didn't see him here.

10:02AM 21         MR. DART:  Here he comes.

10:02AM 22         THE COURT:  Oh, Mr. Simmons.

10:02AM 23         MR. SIMMONS:  Good morning, Your Honor.

10:02AM 24         THE COURT:  How are you?

10:02AM 25         MR. SIMMONS:  I guess, first of all --

10:02AM 1      THE COURT:  Why don't you state your name for the record

10:02AM 2  so our court reporter -- she knows everybody else.  She doesn't

10:02AM 3  know --

10:02AM 4      MR. SIMMONS:  Rick Simmons with Hailey McNamara in

10:02AM 5  Metairie, Your Honor, and I represent Mr. Pat O'Bryan.

10:02AM 6      For the record, he does not intend to invoke his privilege.

10:02AM 7  He's already testified before the Marine Board, the Presidential

10:02AM 8  Commission, etcetera, etcetera.  So the problem was with

10:02AM 9  conflict.  I have a trial in Kentucky during the week of May -- a

10:02AM 10  couple weeks in May, so --

10:02AM 11      THE COURT:  Are you admitted to practice in Kentucky?

10:02AM 12      MR. SIMMONS:  I'm going to get a special -- anyway, it's

10:02AM 13  a long story, but the bottom line is I'll be in Pikesville,

10:02AM 14  Kentucky, wherever that is.

10:02AM 15      THE COURT:  Right, exactly.

10:02AM 16      Have you got proposed dates that Mr. O'Bryan might be

10:02AM 17  available?

10:02AM 18      MR. SIMMONS:  Yes, I did.  In June, I came with the

10:02AM 19  16th, 17th, couple dates.  It was also suggested July.  I can do

10:03AM 20  that, too, but I have to check with Mr. O'Bryan.

10:03AM 21      MR. LANGAN:  We have a lawyer in our firm that would

10:03AM 22  like to be involved in this particular deposition, and he'll be

10:03AM 23  part of the London track.  So we were hoping, with the Court's

10:03AM 24  permission, to move that into the latter part of June, the last

10:03AM 25  week in June or early July for that reason.

10:03AM  1          THE COURT:  Mr. Cunningham is standing to tell us

10:03AM  2  something.

10:03AM  3          MR. CUNNINGHAM:  We would prefer July --

10:03AM  4          THE COURT:  You'd prefer July.

10:03AM  5          MR. CUNNINGHAM:  -- so we'll be back.  We have the same

10:03AM  6  issue about who's going to take the deposition.

10:03AM  7          THE COURT:  Fine and dandy.  Rick, do you have dates in

10:03AM  8  July that you might propose?

10:03AM  9          MR. SIMMONS:  I do, but I haven't checked with

10:03AM 10  Mr. O'Bryan because I thought we were going to do June.

10:03AM 11          THE COURT:  We'll make it tentative.  If you'll give us

10:03AM 12  dates, we'll put them down as tentative subject to your

10:03AM 13  confirmation.

10:03AM 14          MR. SIMMONS:  I'm open in July.

10:03AM 15          MR. LANGAN:  How about 7, 8?

10:03AM 16          THE COURT:  How do you all like 7, 8?

10:03AM 17          MR. CUNNINGHAM:  That's fine.

10:03AM 18          THE COURT:  That's tentative.

10:03AM 19          MR. LANGAN:  How about just the 7th?  Always worth a

10:03AM 20  shot, Your Honor.

10:03AM 21          THE COURT:  We're going to put it down, Rick, subject to

10:04AM 22  your confirmation, that Mr. O'Bryan is available for 7, 8.

10:04AM 23          MR. SIMMONS:  If that doesn't work, I'll be glad to go

10:04AM 24  to London, too, Your Honor.

10:04AM 25          THE COURT:  Yes, me, too.

10:04AM  1      Would you just pick up the phone and leave word for me?

10:04AM  2            MR. SIMMONS:  That's what I was trying to do.

10:04AM  3            THE COURT:  No, just -- or if you do it now, that's

10:04AM  4      great.  If not, just give me a buzz and tell me Mr. O'Bryan is

10:04AM  5      good for the 7th and 8th.

10:04AM  6            MR. SIMMONS:  That will be good, Your Honor.  Thank you.

10:04AM  7            THE COURT:  Thanks, Rick.  I appreciate it.

10:04AM  8         Andy, we're looking to see if we've got dates for Richard

10:04AM  9      Lynch.

10:04AM 10            MR. LANGAN:  Yes.  You'll remember that I got a solid A

10:04AM 11      last week, and I'm going to try to maintain my grade here.  I

10:04AM 12      know we're coming up on the end of the quarter, and it really

10:04AM 13      matters.

10:04AM 14            THE COURT:  Do you put this on your quarterly report?

10:04AM 15            MR. LANGAN:  19 and 20 of May.  Richard Lynch.

10:04AM 16            THE COURT:  Let's look.  How does Mr. Cunningham feel

10:05AM 17      about that?

10:05AM 18            MR. CUNNINGHAM:  That's fine, Your Honor.

10:05AM 19            THE COURT:  Okay, 19 and 20.

10:05AM 20         Mr. Mogford.

10:05AM 21            MR. LANGAN:  Mr. Mogford and Mr. Lacy, we are working

10:05AM 22      hard.  They are both former employees.  We have reached out to

10:05AM 23      both of them.  I hope, in a week's time, I will have dates.

10:05AM 24            THE COURT:  Okay, fair enough.

10:05AM 25            MR. LANGAN:  Does that put my A in jeopardy?

10:05AM 1          THE COURT:  It does as of next week.

10:05AM 2          MR. LANGAN:  Fair enough.

10:05AM 3          THE COURT:  Let's see, we really have covered a lot on

10:05AM 4    the 30(b)(6) notices because of our conference yesterday.  We had

10:05AM 5    a tentative date for the Oceaneering deposition for April 12th.

10:06AM 6    Have we confirmed that date?

10:06AM 7          MR. HERMAN:  I don't believe so, but I think that

10:06AM 8    tentatively it's still on.

10:06AM 9          THE COURT:  Let's put that on our list for next week,

10:06AM 10   and see if we can firm that date up.

10:06AM 11         Then we had -- let's just get a quick update on whether we

10:06AM 12   have dates for Cobalt, Wild Well and Kongsberg.  Have we firmed

10:06AM 13   anything up there?

10:06AM 14         MR. CUNNINGHAM:  Robert Cunningham, Your Honor, PSC.

10:06AM 15         We do have the Kongsberg dates confirmed with this caveat.

10:06AM 16   We have been asked to bring this to the Court's attention today,

10:06AM 17   and here is what we have been asked to do.

10:06AM 18         We would like to have you raise the issue of Kongsberg's

10:06AM 19   request for an agreement, stipulation of the parties or

10:06AM 20   protective order of the Court that Kongsberg's providing a

10:07AM 21   corporate rep for depo and producing documents will not operate

10:07AM 22   as a waiver of any jurisdictional challenge a nonresident

10:07AM 23   Kongsberg entity may choose to make if joined as a party in the

10:07AM 24   future.  That's the request.

10:07AM 25         THE COURT:  I don't have a problem with that.  I mean,

10:07AM  1   my initial reaction to that is, okay, does anybody else see a

10:07AM  2   problem with something like that?

10:07AM  3        Do you have a problem doing a stipulation at the start of

10:07AM  4   the deposition?

10:07AM  5        MR. CUNNINGHAM:  I think, Your Honor, they are planning

10:07AM  6   on drafting a protective order.  We haven't seen it yet, but

10:07AM  7   we'll take a look at it.  One or the other, I think, will

10:07AM  8   suffice.

10:07AM  9        THE COURT:  I think that's right, and you can attach it

10:07AM 10   as an exhibit to the deposition.  I'll be glad to take a look at

10:07AM 11   it and consider it.  I think that's fine.

10:07AM 12        What are the dates that you've got for that?

10:07AM 13        MR. CUNNINGHAM:  That's the 4th and 5th of April.

10:08AM 14        THE COURT:  That's for both of those witnesses?

10:08AM 15        MR. CUNNINGHAM:  Yes.

10:08AM 16        THE COURT:  Okay, 4th and 5th of April.

10:08AM 17        MR. CUNNINGHAM:  I don't think we have a final date for

10:08AM 18   the Oceaneering or Wild Well Control, but I know that our

10:08AM 19   representative has been in touch and is having conversations with

10:08AM 20   their counsel, so we expect to be able to confirm those for some

10:08AM 21   date.

10:08AM 22        THE COURT:  What about Cobalt?

10:08AM 23        MR. CUNNINGHAM:  The same with Cobalt.

10:08AM 24        THE COURT:  So we'll target those again for next week,

10:08AM 25   right?

33

10:08AM 1          MR. CUNNINGHAM:  Yes.

10:08AM 2          THE COURT:  Thank you.

10:08AM 3      All right.  Let's move on.  We were going to talk about the

10:08AM 4  Rule 30(b)(6) notices.  Would you prefer to -- well, no, let's

10:08AM 5  not jump out of order.  Never mind.

10:08AM 6      We did make some serious progress, I thought, yesterday on

10:09AM 7  the 30(b)(6) notices.  Do we want to get a report on where we

10:09AM 8  stand on the BP notice?

10:09AM 9          MR. LANGAN:  Your Honor, this is Mr. Duffy, my partner.

10:09AM 10         MR. DUFFY:  Good morning, Your Honor.

10:09AM 11         THE COURT:  Pleased to meet you.  How are you?

10:09AM 12         MR. DUFFY:  Good, Your Honor.  Thank you.  Tim Duffy,

10:09AM 13  D-U-F-F-Y.

10:09AM 14     We got from Mr. Herman late yesterday a revised list, and I

10:09AM 15  commend him.  I think we've made a lot of progress.  I think they

10:09AM 16  took a lot of our suggestions, so that's great.

10:09AM 17         MR. HERMAN:  Mr. Roy deserves the credit.

10:09AM 18         THE COURT:  Oh, Mr. Roy.  Look, he's standing up.

10:09AM 19         MR. DUFFY:  So here is where we are.  I think we have

10:09AM 20  25 requests that we can have agreement on.  I can rattle them off

10:09AM 21  for the record.

10:09AM 22         THE COURT:  That would be great.  Not too fast.

10:10AM 23         MR. DUFFY:  One, two, three, four, five, seven, nine,

10:10AM 24  12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 28, 31, 33,

10:10AM 25  34, and 35.

10:10AM 1          THE COURT:  Great.

10:10AM 2          MR. DUFFY:  So that's 25.  We all get congratulations

10:10AM 3   for that.

10:10AM 4          THE COURT:  Yes, we do.

10:10AM 5          MR. DUFFY:  There is one that I think we can put on that

10:10AM 6   list really easily.  It's Number 18, if we could take a quick

10:10AM 7   look at it.  I just think there are some words missing.

10:10AM 8       18 says, "Risks associated with various decisions performed

10:10AM 9   at the Macondo well, including, but not limited to, the creation

10:10AM 10  of entry of data into a risk register."

10:11AM 11      I think the way this originally read, it was getting at what

10:11AM 12  was documented in the risk register or similar tools; but, now,

10:11AM 13  it's not just those records, it's risks without any limitation in

10:11AM 14  front.

10:11AM 15      So I think if we started that one out that says, any

10:11AM 16  analysis of risks associated, so it's talking about something

10:11AM 17  that was actually considered, as opposed to some hypothetical

10:11AM 18  discussion of risk associated with the well; is that an

10:11AM 19  acceptable --

10:11AM 20         MR. ROY:  That's acceptable, Your Honor.

10:11AM 21         THE COURT:  Great.  Let's put a check mark next to 18.

10:11AM 22         MR. DUFFY:  Great.  So now we're up to 26.

10:11AM 23      Now, there are four more that we do not object to in

10:11AM 24  principal, in terms of a topic, but I still think they have

10:11AM 25  multiple parts.  If we want to do them, that's fine.  I just want

10:11AM   1    to get credit for more than one, because it's two or three or

10:11AM   2    nine parts in the request.

10:11AM   3         So the first one on that list is Number 6.  So here we've

10:11AM   4    got, "With respect to the Macondo well, communications,

10:12AM   5    evaluations, testing, training, policies, analyses relating to

10:12AM   6    foam stability, cement testing and/or on the decision not to

10:12AM   7    conduct or prepare cement bond logs and/or not to do negative

10:12AM   8    pressure tests."

10:12AM   9         There is some relationship between those things, but that's

10:12AM  10    a lot of stuff in one request.  I think it's fine if they want to

10:12AM  11    do that.  I just want to point out that I think it's more than

10:12AM  12    one.  So let's keep it on the list, but I think it's more than

10:12AM  13    one.

10:12AM  14              THE COURT:  Okay.

10:12AM  15              MR. DUFFY:  Number 8, we talked about yesterday on the

10:12AM  16    phone.  This is the one that asks for time and cost savings, and

10:12AM  17    it's got the nine subparts.  I don't think we need to go over

10:12AM  18    that, but I think it's clearly one that's going to take some

10:12AM  19    work, it's probably going to be an extra witness, and it's a lot

10:12AM  20    in one request.

10:12AM  21         Number 11, we've got implementation in the Gulf of Mexico of

10:12AM  22    safety management recommendations from three different incidents,

10:12AM  23    one of which was over ten years ago.  Again, if they want to do

10:13AM  24    that, that's fine.  I think it's a multifaceted request, and it's

10:13AM  25    something that's going to require a significant effort, so we

10:13AM 1    would count that as more than one.

10:13AM 2         THE COURT:  Okay.

10:13AM 3         MR. DUFFY:  Finally, Number 32 -- and this may be a

10:13AM 4    drafting issue -- it says, "Safety monitoring and risk mitigation

10:13AM 5    plans," and then it says, "compensation and goal setting

10:13AM 6    structures for Macondo rig personnel and management."  Those seem

10:13AM 7    to me to be two different things, and I don't understand.

10:13AM 8         THE COURT:  Yes, it looks like something got mixed up.

10:13AM 9    I remember the earlier version.  As a matter of fact, I probably

10:13AM 10   have the earlier version.  Hold on.

10:13AM 11        MR. FITCH:  Judge, Tony Fitch.

10:13AM 12      There seems to be a drafting problem there.  We had

10:13AM 13   compressed down three or four or five topics all on the safety

10:13AM 14   issue -- safety plan, safety systems issue, and I thought we had

10:13AM 15   gotten it down to one fairly coherent one.  So I'm happy to work

10:14AM 16   with counsel to straighten that out.

10:14AM 17        THE COURT:  Good.  Yes, it just seems to have been

10:14AM 18   scrambled somewhere.

10:14AM 19        MR. FITCH:  It certainly does.

10:14AM 20        MR. DUFFY:  There are lots of safety-related requests on

10:14AM 21   here.  It would seem to me that we could just say -- there is

10:14AM 22   also one about compensation and financial incentives elsewhere,

10:14AM 23   so --

10:14AM 24        THE COURT:  Right.  I remember that, as well.

10:14AM 25        MR. DUFFY:  Maybe that's one we can forget, but --

10:14AM 1          MR. FITCH:  It's a fair point.  We'll straighten that

10:14AM 2   out.

10:14AM 3          THE COURT:  Great.

10:14AM 4      Then, with regard to the remaining ones that we have not

10:14AM 5   discussed, Tim, what's the position at this point?

10:14AM 6          MR. DUFFY:  This leaves five that we just don't -- that

10:14AM 7   are either kind of -- that, as I like to say, should be taken out

10:14AM 8   and shot because they are just pretty bad.

10:14AM 9      The first one is Number 10.  Frankly, I just have a hard

10:14AM 10  time understanding it.  It's this laundry list of safety things

10:14AM 11  relating to all Outer Continental Shelf in the Gulf of Mexico,

10:15AM 12  including, obviously, the Macondo well.

10:15AM 13     It's just a huge list of stuff.  It's looking at every well

10:15AM 14  for -- you know, in the Gulf of Mexico, and collecting all of

10:15AM 15  these items and teaching somebody about them.

10:15AM 16     I think we have a lot of requests on here that are safety

10:15AM 17  oriented, risk assessment oriented, safety reports, analyses.  I

10:15AM 18  just don't see how we tackle that one.  I would urge them to drop

10:15AM 19  it off the list; and, if they take all of these other ones and

10:15AM 20  there is still some hole, then we can come back and talk about

10:15AM 21  it.

10:15AM 22         THE COURT:  Okay.

10:15AM 23         MR. DUFFY:  Number 26, this is related to the BOP.  I

10:15AM 24  would point out that we have several other requests that are fine

10:15AM 25  with regard to the BOP, and I think they are going to cover these

10:15AM 1   issues, but this one is just too Byzantine.  "Knowledge,
10:15AM 2   information and evaluation or testing or study by anyone prior to
10:16AM 3   April 20th on any component of the BOP, that any component
10:16AM 4   similar to the BOP may or would have difficulty performing as
10:16AM 5   designed in these three different scenarios."
10:16AM 6       I mean, that's just -- I don't even know what that's asking.
10:16AM 7   It sounds like it's asking us to look for things and hypothecate
10:16AM 8   about things that aren't in the BOP and how they would have done
10:16AM 9   in these circumstances, and I just don't see that as a realistic
10:16AM 10  request.
10:16AM 11      Number 27, and this one -- 27 and 29 are really contention
10:16AM 12  interrogatories.  One is your knowledge of any device, equipment
10:16AM 13  or design that would have had a better chance than the BOP of
10:16AM 14  controlling the well.  That's purely hypothetical.  I don't know
10:16AM 15  how we would answer that.  I think it's an interrogatory in
10:16AM 16  disguise.
10:16AM 17      29, this is actually my favorite one, "How would the BOP
10:16AM 18  have been different if it were in Norwegian waters?"  I have no
10:17AM 19  idea how we would -- how we would guess at that.  If we want to
10:17AM 20  produce somebody and have them say, I don't know, I think that's
10:17AM 21  a waste of everybody's time.
10:17AM 22      Finally, Number 30, if you'll recall on the original list of
10:17AM 23  105, Your Honor, the last two were ones that everyone focused on
10:17AM 24  as being sort of okay, fine, we crossed the line there, asking
10:17AM 25  for all communications with Anadarko and MOEX on any of these

10:17AM 1    topics.

10:17AM 2         Basically, what they have done is taken those two and put

10:17AM 3    them into one new request.  It doesn't say all topics, but, when

10:17AM 4    you read the language it pretty much says everything going on

10:17AM 5    with the Macondo well.  So I don't think taking the two worst

10:17AM 6    ones from the old list and putting it in a new request saves it.

10:17AM 7         So our proposal -- and I think it's a very reasonable one, I

10:17AM 8    think we've made a lot of progress -- if we forget these five

10:17AM 9    that I just talked about, we're willing to do the ones that I

10:17AM 10   said have these multiple parts.  That's -- that gives us 30 items

10:18AM 11   on the list.  I think it puts us over 35 in number of actual

10:18AM 12   topics.  Then let's call it a day and go forward.

10:18AM 13        THE COURT:  Great, thank you.

10:18AM 14   Jim, do you want to consider that?  You don't need to say

10:18AM 15   yea now, but, if you can, that would be great.

10:18AM 16        MR. ROY:  No, ma'am.  I can tell you no now.

10:18AM 17        THE COURT:  No?

10:18AM 18        MR. ROY:  Yes.

10:18AM 19        THE COURT:  You can tell me no?

10:18AM 20        MR. ROY:  I would like to explain why.

10:18AM 21        THE COURT:  Come on up.  I was hoping you would say yes

10:18AM 22   now.

10:18AM 23        MR. ROY:  Well, I would love to make it easy,

10:18AM 24   Your Honor, but it's not to happen today.

10:18AM 25        Going straight to the five that Tim raised, let me tell you

10:18AM 1    what we perceive the perspective to be in the need for these

10:18AM 2    things, starting with Number 10.

10:18AM 3        The Macondo well was put down into extremely high pressure

10:19AM 4    formation.  These type formations have special names and special

10:19AM 5    descriptors in the oil and gas industry.  They are known to

10:19AM 6    produce tremendous temperatures, tremendous velocities,

10:19AM 7    tremendous volumes, and present the highest of risks of virtually

10:19AM 8    any type of petroleum drilling that's currently done by man.

10:19AM 9    Number 10 goes to the very core of what exactly did BP do in

10:19AM 10   terms of risk assessment, safety analysis.

10:19AM 11       Let me tell you, we could use one word, we could use one

10:19AM 12   descriptor.  But, Your Honor, what happens is we'll get to the

10:19AM 13   deposition, and we'll start asking about these individual things,

10:19AM 14   which are all subsets of safety analysis and risk analysis, and

10:19AM 15   oh, well, heck, it wasn't in the notice.

10:20AM 16       So these are here as an abundance of caution.  I mean, yes,

10:20AM 17   it could be a simpler descriptor.  Tell us every kind of

10:20AM 18   analysis, risk analysis and safety analysis you did or had done

10:20AM 19   for you before and during the drilling of this well to this

10:20AM 20   formation.  Okay?  I mean, it could be said like that, as long as

10:20AM 21   it's clearly understood that it encompasses all these things.

10:20AM 22            THE COURT:  Let me ask you, Jim, when you say that, you

10:20AM 23   just limited it to the Macondo well and/or the DEEPWATER HORIZON.

10:20AM 24   What about the Macondo process in the Mississippi canyon?

10:20AM 25            MR. ROY:  I think that that is probably what I meant to

41

10:20AM 1  say, because the prospect itself is the formation.  The analyses

10:20AM 2  may have not been geared toward the DEEPWATER HORIZON itself.  We

10:20AM 3  may be dealing with geological assessments that were done years

10:21AM 4  before the DEEPWATER HORIZON was even ever selected to be the

10:21AM 5  drilling vessel.  So good catch.

10:21AM 6      It's the formation that we're interested in, and that in and

10:21AM 7  of itself would subsume a discussion of the DEEPWATER HORIZON's

10:21AM 8  involvement.  But 20 is, tell us about the safety analyses and

10:21AM 9  the risk analyses that went into your decision to go in and try

10:21AM 10 to produce --

10:21AM 11             THE COURT:  Oil from this location?

10:21AM 12             MR. ROY:  -- formation.  That's right.

10:21AM 13             MR. DUFFY:  Your Honor, I think that -- as reformulated,

10:21AM 14 I think that's probably all right.  I think it's probably covered

10:21AM 15 in other requests, even Number 1.

10:21AM 16             THE COURT:  Let's look at that and see if we can agree

10:21AM 17 if it's covered, or, if not, let's reformulate it, Jim, as you've

10:21AM 18 just explained it to us.

10:21AM 19             MR. DUFFY:  We would be much more comfortable with

10:21AM 20 something that says, your risk -- any risk assessments done for

10:21AM 21 the Macondo prospect.

10:21AM 22             THE COURT:  Risk assessments, we agree, includes safety

10:22AM 23 analysis --

10:22AM 24             MR. DUFFY:  Of whatever type.

10:22AM 25             THE COURT:  Exactly.

42

10:22AM 1        MR. DUFFY:  I sympathize with Jim's wanting to spell

10:22AM 2    these out, but what happens is then we have someone, you know,

10:22AM 3    has to go look for those things, you know, in 9,000 places, and

10:22AM 4    it turns out they don't even exist.

10:22AM 5        So it just makes it a little bit easier to say, look, I was

10:22AM 6    in charge of the project, I know what the -- reports that were

10:22AM 7    done, here they are, and let's talk about it.

10:22AM 8        MR. ROY:  Well, that's a very simple solution, but

10:22AM 9    simple is not always the answer.  All right.

10:22AM 10       I apologize if someone has to look in multiple places to

10:22AM 11   find out if there is or is not something, but at least they know

10:22AM 12   generally where to look and have access to it.  The plaintiffs

10:22AM 13   don't.

10:22AM 14       Tim, I tell you what, why don't we work together to combine

10:22AM 15   10 with Number 1.  I agree with you there appears to be some

10:22AM 16   overlap.  Expand Number 1 to the prospect, and take Number 10 and

10:22AM 17   let's combine it with Number 1.

10:23AM 18       Your Honor, we don't have a problem in doing that combining,

10:23AM 19   so long as it's with the clear understanding that just because we

10:23AM 20   take out the "including, but not limited to," all right, we have

10:23AM 21   every intention of asking and we expect the deponent to be

10:23AM 22   capable of answering these things to the extent they deal with

10:23AM 23   risk or safety analysis regarding the production of the --

10:23AM 24       THE COURT:  Jim, my only point to you is that your

10:23AM 25   explanation of what you're looking for was a lot more

10:23AM 1   understandable than the formulation of paragraph 10.

10:23AM 2         MR. ROY:  Would the court reporter please mark that.

10:23AM 3         THE COURT:  So I think you're entitled to what you

10:23AM 4   explained to us, and I think Tim thinks you're entitled to what

10:23AM 5   you explained to us.

10:23AM 6         MR. DUFFY:  And we've limited it to the Macondo

10:23AM 7   prospect.  It originally said everything on the Outer Continental

10:24AM 8   Shelf.  That was an issue, as well.  As written, it says on the

10:24AM 9   Outer Continental Shelf, in particular the Mississippi canyon

10:24AM 10  Macondo prospect.

10:24AM 11        MR. ROY:  In fairness, I think that our point here is

10:24AM 12  not just the Macondo prospect, so much as it is the Macondo

10:24AM 13  prospect or any similar high pressure, deep, high -- there is a

10:24AM 14  word.  I can't remember the phrase in the industry that actually

10:24AM 15  is a descriptor for this.

10:24AM 16     I don't know that BP didn't have some kind of analysis that

10:24AM 17  talked in general, okay, if we go down X number of feet and try

10:24AM 18  to produce these types of formations, these are the risk/reward

10:24AM 19  ratios we're going to face and whatnot.  We want that.  That's

10:24AM 20  not technically limited to just Macondo, but, implicitly, it's

10:24AM 21  the whole concept of going that deep into these high of pressure

10:25AM 22  formations, that when you hit them they are going to produce so

10:25AM 23  much faster, so much harder, at such higher pressures than any

10:25AM 24  other known formations in the oil and gas industry.  What did you

10:25AM 25  do to study that?  What did you do to prepare yourselves for it?

10:25AM 1   What did you do to analyze, can we safely do this?

10:25AM 2       So --

10:25AM 3           MR. DUFFY:  Your Honor, no one is arguing the relevance

10:25AM 4   of any of this stuff.  It's how do we get a narrow topic.  Now, I

10:25AM 5   think we're back in the soup because we have to investigate and

10:25AM 6   educate someone on a much broader set of information.

10:25AM 7       If they want to ask something that says, all your, you know,

10:25AM 8   deepwater drilling safety analyses, we would be having a

10:25AM 9   different conversation.  We're not going to hold something back

10:25AM 10  that was written for all Gulf of Mexico deepwater drilling just

10:25AM 11  because it doesn't say Macondo on it, if that's what he's worried

10:25AM 12  about, but I'm approaching this from a very practical perspective

10:26AM 13  of how do we get a witness ready to give answers that are going

10:26AM 14  to be helpful to everyone.

10:26AM 15          MR. ROY:  You just solved my problem with your

10:26AM 16  statement, Tim.

10:26AM 17          MR. DUFFY:  Okay.

10:26AM 18          THE COURT:  I think that one is solved.  I really do.

10:26AM 19      Why don't you, Jim, take a crack at combining Number 1 and

10:26AM 20  Number 10, and being as descriptive as you have been today, and I

10:26AM 21  think we've probably solved that one.

10:26AM 22      Now, let me take a break for a second.  Lennie, I see that

10:26AM 23  you're back in.  Do you have dates you want to report?  I'm

10:26AM 24  sorry, Rick.

10:26AM 25          MR. SIMMONS:  No, Your Honor, I have not been able.

10:26AM  1          THE COURT:  If you do, just stand up and let us know.

10:26AM  2      Okay, guys, let's talk about Number 26.

10:27AM  3          MR. ROY:  Your Honor, 26, again, is an attempt to be

10:27AM  4  very clear up front what we're interested in discussing.  It all

10:27AM  5  relates to the same thing.  With all due respect to Tim's

10:27AM  6  description of it as being Byzantine, we are always open to

10:27AM  7  better grammar.  We are willing to take the grammar lessons

10:27AM  8  offered by counsel.  But, in this particular situation, the key

10:27AM  9  here is, is what did BP know, if anything, about the

10:27AM 10  functionality of the equipment at three different types of

10:27AM 11  pressures?

10:27AM 12      Now, it could have just said, talk about the functionality

10:27AM 13  of the equipment, and I guess that would have made everybody

10:28AM 14  happy, but we want to know specifically what knowledge do you

10:28AM 15  have about this type of equipment, much less this particular

10:28AM 16  equipment, when you're dealing with pressures -- and, actually,

10:28AM 17  we would be talking about pressures in the assembly, all right,

10:28AM 18  that are less than the rated pressure rating of the assembly,

10:28AM 19  equal to it, or that exceed it.  The key two phrases come in the

10:28AM 20  introductory paragraph where we're talking about the performance.

10:28AM 21      Ultimately, another topic area involves the flow rate

10:28AM 22  pressure versus the static pressure, which, in mechanical

10:28AM 23  engineering and fluid dynamic engineering, have radically

10:28AM 24  different meanings, and we want to know what BP knew, okay?

10:29AM 25      To a certain extent, we already know what they know, but we

10:29AM 1   need to put that forth in a 30(b)(6).  For example, we believe

10:29AM 2   that BP certainly was aware of advances in designs and patents

10:29AM 3   and whatnot involving recognition by the industry that a static

10:29AM 4   pressure rating, if you will, let's just pick a figure,

10:29AM 5   10,000 psi, does not mean that a device can function against a

10:29AM 6   flowing pressure of 10,000 psi.  It may be able, if it's already

10:29AM 7   closed, to hold a pressure of 10,000 psi, but closing it against

10:30AM 8   a dynamic pressure is a whole different thing, we would contend.

10:30AM 9        So the purpose of this is to go toward the knowledge that BP

10:30AM 10  has.  It could have been stated as a very simple -- one phrase;

10:30AM 11  but, once again, we don't want to have the deponent show up and

10:30AM 12  say, I didn't understand what you meant, I'm not your guy.  We're

10:30AM 13  under too short a fuse to complete this by August.

10:30AM 14       THE COURT:  Here is my point, and let's see if Tim

10:30AM 15  agrees with that.  I think your A, B and C are clear and

10:30AM 16  unobjectionable.  It's the lead-in to that, that I think appears

10:30AM 17  to be overly broad.

10:30AM 18       Tim, is that what you're saying?

10:30AM 19       MR. DUFFY:  Well, yes, in part.  I mean, we've got four

10:30AM 20  requests that precede that, 22 through 25, that, frankly, touch

10:30AM 21  on these same issues.

10:30AM 22       Again, we're not begrudging the plaintiffs' ability to get

10:31AM 23  into this issue and to explore this issue in discovery.  There is

10:31AM 24  many devices of discovery.  The question here is whether the

10:31AM 25  30(b)(6) device is appropriate.  When it's to, you know,

10:31AM 1   undertake a reasonable effort to speak for the corporation,

10:31AM 2   that's fine; but, this is so broad, it's any component on the BOP

10:31AM 3   and any other component that might have done the same sort of

10:31AM 4   thing, and what did you know about it.  I mean, we're going to go

10:31AM 5   search the patent records for every patent associated with the

10:31AM 6   BOP if there's other things out there?

10:31AM 7       I'm not saying that he can't ask, you know, the several

10:31AM 8   witnesses they are going to depose who have knowledge about the

10:31AM 9   BOP, did you know about this, did you understand what a pressure

10:31AM 10  flow rating is, isn't 10,000 different if it's moving or if it's

10:31AM 11  standing still.  All of those questions are going to be asked.

10:31AM 12      The question for us here today is do we have the obligation

10:31AM 13  to take an employee, educate him as to everything everyone in

10:31AM 14  this company knows about that subject, and proffer him to answer

10:32AM 15  yes or no, black or white, on all those questions, and I just

10:32AM 16  think that's too burdensome in this context.

10:32AM 17      I think we've got lots of topics about the BOP.  I think

10:32AM 18  these questions are going to be asked of multiple witnesses.

10:32AM 19  There is nothing wrong with establishing a fact through saying, I

10:32AM 20  don't know, I never thought about that, from five people.  They

10:32AM 21  don't need a corporate representative, if that's their aim.  I

10:32AM 22  just think this one goes too far.

10:32AM 23      THE COURT:  Jim, I don't have a problem with the A, B,

10:32AM 24  and the C, but I do think the lead-in to that, which is "on any

10:32AM 25  component of the BOP or any other model," is too broad.  Do you

10:32AM 1   think you can work on that for us?

10:32AM 2        MR. LANGAN:  As long as it's the BOP or a substantially

10:32AM 3   similar one.  Okay.  If you've got six different manufacturers of

10:32AM 4   faucets or 60 different manufacturers of faucets, and there is

10:32AM 5   one that has failed, but they all operate -- or most of them

10:33AM 6   operate under the same basic mechanical engineering design

10:33AM 7   principle, your study and your analysis may have -- your

10:33AM 8   knowledge may come from one of the other 59 or more faucets that

10:33AM 9   you use or are aware of and not the particular one in question.

10:33AM 10       That's why here it's this BOP or something substantially

10:33AM 11  similar that operates substantially in a similar way.  It's a

10:33AM 12  typical question in a product liability case, where you're not

10:33AM 13  necessarily dealing with the particular model.  There may be 16

10:33AM 14  other models out there.  There may be 25 manufacturers.  But, in

10:33AM 15  the industry, they use a similar -- a substantially similar

10:33AM 16  method of closure and operation.  That's the intent here.

10:33AM 17       We're not interested in the microanalysis of the electronic

10:33AM 18  circuitry.  We are interested in the functionality of the devices

10:34AM 19  that are used -- at least intended to stop the flow, which didn't

10:34AM 20  happen here, we contend.

10:34AM 21       MR. DUFFY:  Your Honor, those are all legitimate areas

10:34AM 22  of inquiry.  There are going to be experts on this.  There are

10:34AM 23  going to be lots of fact witnesses on this.  If they want to put

10:34AM 24  other designs in front of someone and say, wouldn't this have

10:34AM 25  worked better, and did you look at this one, or did you think --

10:34AM  1   if they want to put other designs in front of someone and say,

10:34AM  2   did you think about this, did you know this existed, wouldn't

10:34AM  3   this have worked better, those are all fair game questions.

10:34AM  4       The question for today is do we need to take someone, have

10:34AM  5   them learn about every variation of the BOP that was possible,

10:34AM  6   and decide -- and have a corporate position on whether it may or

10:34AM  7   would have had difficulty performing in these three scenarios.

10:34AM  8            THE COURT:  Jim, I would ask that you take a crack at

10:34AM  9   modifying Number 26, especially in view of the questions that

10:35AM 10   precede that with regard to pressure.  Can you limit the scope of

10:35AM 11   the lead-in to take care of the problem?  Maybe you want to limit

10:35AM 12   it to BOP's that BP owned and used.

10:35AM 13            MR. DUFFY:  Used within the last five years or

10:35AM 14   something, I don't know.

10:35AM 15            THE COURT:  Take a crack at modifying the lead-in to

10:35AM 16   that one.  If we can't do it, then I'll take it up.  How about

10:35AM 17   that?

10:35AM 18            MR. ROY:  All right.

10:35AM 19            THE COURT:  All right.  Let's go to Number 27.  I think

10:35AM 20   that probably can be subsumed into your rewrite of number 26,

10:36AM 21   right?

10:36AM 22            MR. ROY:  I agree.

10:36AM 23            THE COURT:  All right.  Then we've got 29.

10:36AM 24            MR. ROY:  29, Your Honor, the BP -- our information is

10:36AM 25   BP, being a worldwide company, is certainly no stranger to

10:36AM 1    deepwater drilling operations within Norwegian waters or subject

10:36AM 2    to Norwegian laws.

10:36AM 3        The question is a very simple one, and at the end of the

10:36AM 4    day, basically, you know, how would the BOP assembly or its

10:36AM 5    components have been different if this well had been located

10:36AM 6    there.  If their answer is, we don't think it is any different,

10:36AM 7    then it's a very simple answer; but, for them to take the

10:36AM 8    position that they don't know --

10:36AM 9        THE COURT:  Is this a regulatory issue, Jim?

10:37AM 10       MR. ROY:  It is indirectly, yes, a regulatory issue as

10:37AM 11   to what type of equipment is or is not required.

10:37AM 12       THE COURT:  Can we take care of it by way of

10:37AM 13   interrogatory?

10:37AM 14       MR. ROY:  We can certainly try, Your Honor.

10:37AM 15       MR. DUFFY:  That's fine, Your Honor, although they are

10:37AM 16   running out of interrogatories, but let's cross that bridge when

10:37AM 17   we come to it.

10:37AM 18       MR. ROY:  Would we have leave to propound such an

10:37AM 19   interrogatory?

10:37AM 20       THE COURT:  You've got leave to propound such an

10:37AM 21   interrogatory.

10:37AM 22       Okay, Number 30.

10:37AM 23       MR. ROY:  I think 30 could actually be, if you give us

10:37AM 24   leave to propound that as an interrogatory, I think that's --

10:37AM 25       MR. FITCH:  Judge, this is Tony Fitch.

10:37AM 1      With Number 30, that's a topic that Anadarko and MOEX

10:38AM 2 submitted.  So, with your leave, I probably should address that.

10:38AM 3           THE COURT:  Go ahead.

10:38AM 4           MR. FITCH:  Judge, in the amended master complaints --

10:38AM 5 or in the master complaints, the sole theory of liability against

10:38AM 6 the Anadarko entities and the MOEX entities, entities which you

10:38AM 7 will recall are nonoperating parties under the operating

10:38AM 8 agreement, the sole theory of liability, the sole possibility of

10:38AM 9 our being allocated some amount of liability in the February 2012

10:38AM 10 trial is based on the allegations that the entities were

10:38AM 11 receiving information allegedly from the operator, BP, through

10:38AM 12 various means, telephone, Insite, all the means of communication

10:38AM 13 that were available from the rig, and that because of receiving

10:38AM 14 that information, despite the fact that the law says that

10:39AM 15 nonoperators don't have control and don't have liability, that

10:39AM 16 because receiving -- because of receiving that information, we

10:39AM 17 are, in fact, liable to some extent.

10:39AM 18      So it is crucial that we be able to explore the only theory

10:39AM 19 of liability against us, namely, whether or not we did, in fact,

10:39AM 20 receive information from BP and Transocean and Cameron and

10:39AM 21 Halliburton.

10:39AM 22      This same clause -- or topic, at our request, has been put

10:39AM 23 by Jim into each of those notices or schedules of topics, so it's

10:39AM 24 crucial to our defense, above any and everything else, that we be

10:39AM 25 able to explore that topic, both in individual fact depositions,

10:39AM 1   but more critically in the 30(b)(6) depositions of corporate

10:39AM 2   representatives.

10:39AM 3           THE COURT:  Okay.  Jim thought he had a suggestion for

10:40AM 4   fixing that.  Jim, what was your --

10:40AM 5           MR. ROY:  I would never presume to steal the thunder of

10:40AM 6   another lawyer, Your Honor.  I had forgotten that Number 30 in

10:40AM 7   the original 104, 105, did originate from MOEX, so I certainly

10:40AM 8   defer to them.

10:40AM 9       I was going to say if it was ours, you know, it may be

10:40AM 10  appropriate to take a stab through an interrogatory and a request

10:40AM 11  for production, but that's a decision that MOEX and Anadarko

10:40AM 12  would need to make, and I don't want to put words in their mouth.

10:40AM 13          MR. MAZE:  Your Honor, if I may, Corey Maze for the

10:40AM 14  states.

10:40AM 15      Mr. Dart is sort of trapped behind this, but Louisiana also

10:40AM 16  has an interest in this.  I think Mr. Dart would like to say

10:40AM 17  something before we decide what we're going to do with 30.

10:40AM 18          THE COURT:  Okay.

10:40AM 19          MR. FITCH:  That's right.  We face the same kinds of

10:40AM 20  claims in those action, as well.

10:40AM 21          MR. DART:  Right.  Hank Dart for the State of Louisiana,

10:40AM 22  Your Honor.

10:40AM 23          MR. FITCH:  But we need to figure out some way to

10:41AM 24  address this in the notices and in the deposition.  I'm perfectly

10:41AM 25  happy to work with Tim.  I'm afraid I missed Tim's last name,

10:41AM 1    because I do want to contact him.  But we do need that topic for

10:41AM 2    our defense in each of the depositions.

10:41AM 3            THE COURT:  Tim's last name is Duffy.

10:41AM 4        Let's hear what Mr. Dart has to say.  Hank, please speak

10:41AM 5    into the microphone so that everybody can hear you.

10:41AM 6            MR. DART:  Yes, Your Honor.  Hank Dart for the State of

10:41AM 7    Louisiana.

10:41AM 8        In our recently filed declaratory judgment suit and penalty

10:41AM 9    action, Louisiana has made specific allegations against Anadarko

10:41AM 10   and MOEX about contractual violations and contractual obligations

10:41AM 11   they had with BP.

10:41AM 12       It's not just a mere allegation that they should have done

10:41AM 13   something.  We have specifically pled the contractual provisions

10:41AM 14   that they had an obligation to take proactive steps, rather than

10:42AM 15   just being a silent partner.  So we would very much like to ask

10:42AM 16   these same questions in the 30(b)(6).

10:42AM 17           THE COURT:  Well, it's a broad area of questioning.  I

10:42AM 18   mean --

10:42AM 19           MR. DUFFY:  Your Honor, if I may.

10:42AM 20           THE COURT:  Certainly.  Go ahead.

10:42AM 21           MR. DUFFY:  I wasn't aware that Anadarko and MOEX had

10:42AM 22   proposed this, which makes it even a little more outside --

10:42AM 23   beyond the pale, I think, because they are the ones who either

10:42AM 24   received or didn't receive this information, so, if anybody

10:42AM 25   knows, it's them.

10:42AM 1     Perfectly appropriate subject for document requests,

10:42AM 2  interrogatories, requests for admission.  If they are concerned

10:42AM 3  that, hey, admit that you didn't send us X, Y, and Z, admit that

10:42AM 4  you only sent us only A, B, C, that's great.

10:42AM 5     But look at what this asks us to do, educate and produce a

10:42AM 6  corporate representative to talk about the existence, nature and

10:42AM 7  substance of essentially all information related to the well that

10:43AM 8  went back and forth between these entities.  That's crazy.  I

10:43AM 9  mean, it's just too much.

10:43AM 10     I would -- and if Louisiana needs it, great, pose a

10:43AM 11  discovery request to us, pose it to Anadarko and MOEX, but the

10:43AM 12  30(b)(6) is just not the way to go on this.  I think it's already

10:43AM 13  covered by existing discovery requests.

10:43AM 14          THE COURT:  Look, by next week, why don't you guys get

10:43AM 15  together and see if you can either narrow the scope of this

10:43AM 16  designation for the 30(b)(6) or propound discovery relative to

10:43AM 17  these issues, either requests for admissions, interrogatories or

10:43AM 18  requests for production, that could satisfy the request, because

10:43AM 19  it is really broad.

10:43AM 20     It's not limited in time, it's not limited in information

10:43AM 21  conveyed, and it's not limited as far as the activity.  It's

10:44AM 22  design, drilling or any other operations at the well.  I mean,

10:44AM 23  that is a broad topic for a 30(b)(6) deposition.

10:44AM 24          MR. DUFFY:  And the whole contractual relationship, all

10:44AM 25  the negotiation, all the business aspect is in there, too.

10:44AM   1          MR. DART:  Your Honor, Hank Dart, again.

10:44AM   2      If that's an invitation for the State of Louisiana to send

10:44AM   3  written discovery, I have a very nice set just ready to go.  So I

10:44AM   4  might be able to solve, at least for Louisiana's part, that

10:44AM   5  problem.

10:44AM   6          THE COURT:  Well, why don't you share that with the two

10:44AM   7  other gentlemen that are involved, and see if you all can agree

10:44AM   8  to that as a substitute for Number 30.

10:44AM   9          MR. DART:  Thank you, Your Honor.

10:44AM  10          MR. LANGAN:  Your Honor, it's Andy Langan.

10:44AM  11      I just want to remind the Court that I think, with respect

10:44AM  12  to discovery from the state, there was supposed to be some

10:44AM  13  coordination on that.  So I don't read Your Honor to be saying to

10:45AM  14  Mr. Dart, open season on discovery.  I mean, we haven't even been

10:45AM  15  served.  So we have to talk about that.

10:45AM  16      Obviously --

10:45AM  17          THE COURT:  That's why I said share it.

10:45AM  18          MR. LANGAN:  Thank you.

10:45AM  19          THE COURT:  Share it.  Okay?

10:45AM  20      No, I agree with that, Andy.  I mean, we've got to try to

10:45AM  21  work in a coordinated fashion; but, if we've got a draft, let's

10:45AM  22  share it and all look at it, and see what we can do.

10:45AM  23          MR. DART:  I'll be happy to.

10:45AM  24          MR. FITCH:  Judge, I would add two further points for

10:45AM  25  all of us to think about and to work on.  One, the time period is

10:45AM 1   not very extended.  It was a very short period of negotiation

10:45AM 2   that cut these guys into the deal in the late fall, and the

10:45AM 3   incident happens just five months later.  So we're not talking

10:45AM 4   about a long period.

10:45AM 5        Secondly, there may well be someone at BP who could very

10:45AM 6   well address the overall understanding, here are the negotiations

10:45AM 7   leading up to the operating agreement, what the scope of

10:45AM 8   communication was going to be, and that is, for example, a very

10:45AM 9   tolerable and limited area that appropriately and should

10:46AM 10  appropriately be explored through a 30(b)(6) --

10:46AM 11            THE COURT:  I think that's fine.

10:46AM 12            MR. FITCH:  -- I'll work with Tim.

10:46AM 13            THE COURT:  I think you're right.  I think that is a

10:46AM 14  very limited area that you could ask BP to designate someone

10:46AM 15  concerning.

10:46AM 16       So if you want to talk about the negotiations, the lead-up

10:46AM 17  to the agreement, and what was contemplated, that's a whole lot

10:46AM 18  different than what we have.

10:46AM 19            MR. FITCH:  We can come up with it through a combination

10:46AM 20  of approaches, and just save us one slot there.

10:46AM 21            THE COURT:  We're going to save you a slot.

10:46AM 22       Okay.  Great.  So that's our BP 30(b)(6).  We'll put it back

10:46AM 23  on the agenda for next week.  Next week, I'm going to ask if BP

10:46AM 24  could give us an initial run-down of proposed designees by topic

10:47AM 25  so that we can start slotting those people in for depositions.

10:47AM 1  If they've already been designated, meaning scheduled for

10:47AM 2  deposition, we'll take it from there.

10:47AM 3         MR. DUFFY:  Yes, Your Honor.  I'm sure we won't be able

10:47AM 4  to do everything, but we'll make our best effort, and we'll pay

10:47AM 5  particular attention to people who are coming up on the schedule

10:47AM 6  in case they need to be designated.

10:47AM 7         THE COURT:  That would be priority.

10:47AM 8         MR. DUFFY:  Thank you.

10:47AM 9         THE COURT:  Thank you.  I appreciate it very much.

10:47AM 10        MR. ROY:  Your Honor, I don't think we addressed 32,

10:47AM 11 which -- actually, I'm not sure 32 wouldn't be subsumed by ones

10:47AM 12 that we've earlier talked about, Tim.

10:47AM 13        MR. DUFFY:  I thought somebody was going to take another

10:47AM 14 crack at that, and it was the gentleman on the phone, because it

10:47AM 15 was his request, and it looks like it got garbled.

10:47AM 16        MR. FITCH:  Your Honor, that's right.  This is

10:47AM 17 Tony Fitch, again, Anadarko, MOEX.

10:47AM 18    I've actually already pulled up the original language, and

10:47AM 19 somehow in Jim's draft that one got jumbled.  I'll send our

10:48AM 20 original language both to Jim and to Tim.

10:48AM 21        THE COURT:  Great.

10:48AM 22        MR. DUFFY:  Okay.

10:48AM 23        THE COURT:  Next up is the Transocean 30(b)(6).

10:48AM 24 Kerry Miller advised us yesterday of only two objections to the

10:48AM 25 entire notice, which I thought was very helpful.

10:48AM 1      Jim, have you had an opportunity to look at those?

10:48AM 2          MR. ROY:  I apologize, Your Honor, Mr. Herman and I were

10:48AM 3  conferring.

10:48AM 4          MR. HERMAN:  My fault.

10:48AM 5          MR. ROY:  I'll take the hit.

10:48AM 6          THE COURT:  No, it's Mr. Herman.

10:48AM 7      On the two objections that were interposed by Transocean,

10:48AM 8  which are numbers 22 and 32, have you had an opportunity to look

10:49AM 9  at those?

10:49AM 10         MR. HERMAN:  My recollection -- I apologize that I'm

10:49AM 11 speaking off the top of my head -- is that 22 was what I think

10:49AM 12 was the catch-all, where we tried to put in all of the various

10:49AM 13 things that were requested by all of the various defendants,

10:49AM 14 etcetera.

10:49AM 15     I understand Kerry's point.  It was the same point made by

10:49AM 16 BP -- this is Steve Herman for the plaintiffs -- and it really

10:49AM 17 depends, from our point of view, I think, on whether there is one

10:49AM 18 single person that was the decision-maker or one narrow group of

10:49AM 19 people who were the decision-makers about these topics, because

10:49AM 20 these were all the main decisions that took place on the rig or

10:49AM 21 offshore or some combination thereof.

10:50AM 22     So if it went through the same person or small group of

10:50AM 23 people, then I don't think it's really that burdensome.  We can

10:50AM 24 divide it out into however many topics there are, eight or nine,

10:50AM 25 and then we all have to collectively get together, I guess, with

10:50AM 1    the rest of the defendants and figure out what other nine things

10:50AM 2    we're going to cut to get under the 35, unless Kerry is going to

10:50AM 3    waive that.  We can certainly work towards that.

10:50AM 4        My suspicion, based on what just transpired with BP, is that

10:50AM 5    32 is the MOEX/Anadarko question, so I'll let MOEX and Anadarko's

10:50AM 6    counsel address that.

10:50AM 7            MR. FITCH:  Judge, Tony Fitch again.

10:50AM 8        This is a different version of the same topic and the same

10:50AM 9    issue.  I'll add Kerry to our discussion list, and we'll go from

10:50AM 10   there.

10:50AM 11           THE COURT:  Great.

10:50AM 12       As to 22, that is your kitchen sink.  Let's see if maybe you

10:51AM 13   could take a crack at that.  What I am going to do for next week

10:51AM 14   is I'm going to ask Transocean to go ahead and do what I just

10:51AM 15   asked, which is go through all of the topics that have not been

10:51AM 16   objected to, and let's see who the proposed designees are.  That

10:51AM 17   may help us with your kitchen sink topic.

10:51AM 18           MR. HERMAN:  Thank you.  I know Mr. Miller is traveling,

10:51AM 19   and he may not have made the call-in.  I'll confer with him,

10:51AM 20   hopefully over the weekend, and try to see if we can work out

10:51AM 21   something on 22.

10:51AM 22           THE COURT:  He hasn't landed yet.  We're trying to get

10:51AM 23   the meeting done before he lands.

10:51AM 24       So let's put that down for next week.  We're going to want

10:51AM 25   BP proposed designees and Transocean proposed designees.

10:51AM 1    We're okay on the Sperry 30(b)(6) notice?

10:52AM 2         MR. YORK:  I have one thing you had asked me to report

10:52AM 3    back on, Judge.

10:52AM 4         THE COURT:  Good.  Come on up, Al.

10:52AM 5         MR. YORK:  I told the Court that I would check on

10:52AM 6    Transocean's additional five topic areas.  I did want to report

10:52AM 7    that I've talked to our point person back in the office.  He's

10:52AM 8    placed several phone calls to Mr. Gisclair to clear Topics 2

10:52AM 9    through 5, which we think he will be able to testify to, but we

10:52AM 10   have not been able to reach him yet.

10:52AM 11        Mr. Goforth was correct yesterday that Topic Number 1, which

10:52AM 12   is the general duties under the contract, will not be a topic

10:52AM 13   that Mr. Gisclair will testify to; but, as soon as we contact him

10:52AM 14   and get confirmation on two through five on the additional

10:52AM 15   topics, we'll let everyone know this weekend by e-mail.

10:52AM 16        THE COURT:  Perfect.  I'm going to ask you then,

10:52AM 17   depending on what Mr. Gisclair's response is, to next week have a

10:52AM 18   proposed designee for Topic Number 1, as well as any of the four

10:53AM 19   additional topics that we're not sure Mr. Gisclair can testify

10:53AM 20   concerning.

10:53AM 21        MR. YORK:  Right.

10:53AM 22        Then, the second follow-up, Judge, was on the Halliburton

10:53AM 23   topics.  I forwarded to Diane Hertz with Bingham, who is tasked

10:53AM 24   with redrafting the Halliburton topics, the general 30(b)(6) that

10:53AM 25   was forwarded last Friday, as well as the list of Sperry topics

10:53AM 1    that have been taken out of that.  It's my understanding she's

10:53AM 2    going to redraft the Halliburton side of the 30(b)(6), get it to

10:53AM 3    us, and we'll start working on that.

10:53AM 4            THE COURT:  Great.  Wonderful.

10:53AM 5        We're going to take up Cameron next week.  We're going to

10:53AM 6    want some proposed 30(b)(6) designees for next week, Carmelite.

10:53AM 7            MS. BERTAUT:  Yes, Your Honor.

10:53AM 8            THE COURT:  What about Weatherford?  Where do we stand

10:53AM 9    with Weatherford?  Does anybody know?

10:54AM 10           MR. HERMAN:  Is Mr. Goodier here?

10:54AM 11           MR. BERTRAM:  Good morning, Your Honor, Richard Bertram,

10:54AM 12   B-E-R-T-R-A-M, from Jones, Walker here for Mr. Goodier, who had a

10:54AM 13   conflict with another conference.

10:54AM 14           THE COURT:  Did he instruct you to sit in the back?

10:54AM 15           MR. BERTRAM:  No, he did not.

10:54AM 16           THE COURT:  That surprises me.

10:54AM 17           MR. BERTRAM:  With regard to Weatherford, we're happy to

10:54AM 18   cooperate with regard to producing a 30(b)(6) witness.  Based on

10:54AM 19   my discussions with Mr. Goodier, I believe that the person was

10:54AM 20   probably from the Houston area and would be available to come to

10:54AM 21   New Orleans at a mutually convenient time.

10:54AM 22       In order to designate a specific representative or

10:55AM 23   representatives, it would be much more helpful to obviously have

10:55AM 24   a specific notice, which we don't think is an unreasonable

10:55AM 25   request, but we're prepared to go through that exercise to

10:55AM  1    produce corporate representatives.

10:55AM  2              THE COURT:  Great.

10:55AM  3              MR. BERTRAM:  Thank you.

10:55AM  4              THE COURT:  I appreciate that.

10:55AM  5              MR. BERTRAM:  And, excuse me, as I mentioned, the

10:55AM  6    witness, I think, based on my discussions with Mr. Goodier, would

10:55AM  7    be from the Houston area, so I don't think there are any issues

10:55AM  8    about someone being out of the country or something like that.

10:55AM  9              THE COURT:  Okay.  Good.  Thank you.

10:55AM 10         Alan, do you all want to take the lead on drafting that

10:55AM 11    30(b)(6) notice?  You all are the main requesting party.

10:55AM 12              MR. YORK:  We'll be happy to, Your Honor.

10:55AM 13              THE COURT:  Why don't we put that on your list for next

10:55AM 14    week.  If you will coordinate with either Richard or Glenn, share

10:55AM 15    with them your draft.  You all start working toward that.

10:56AM 16         Then the only other thing for 30(b)(6)'s that I had on my

10:56AM 17    list was M-I Swaco.

10:56AM 18              MR. HERMAN:  Your Honor, Steve Herman for the

10:56AM 19    plaintiffs.

10:56AM 20         We had circulated -- I think we circulated a Weatherford

10:56AM 21    list.  If we did, I'll send it to Alan.  If we didn't, then I

10:56AM 22    apologize, it must have fallen through the crack.

10:56AM 23         I didn't know that anyone was necessarily objecting to the

10:56AM 24    Weatherford or M-I Swaco ones and wanted us to revise it in any

10:56AM 25    way.  We will.

10:56AM 1         THE COURT:  It may have just fallen through the crack.

10:56AM 2    I don't recall seeing one.

10:56AM 3         MR. HERMAN:  Maybe we didn't provide it to the Court,

10:56AM 4    but I think we circulated it among counsel.  If not, we will,

10:56AM 5    because I think they were done.

10:56AM 6         MR. LANGAN:  On the 2nd of March, Counsel circulated, I

10:56AM 7    know, M-I Swaco.  On the 2nd of March, Counsel -- I think

10:56AM 8    Weatherford, too -- to the defense liaison group.  I think what

10:56AM 9    may have happened is the defense liaison group does not

10:56AM 10   necessarily include counsel for MI, but they have it now.  I know

10:57AM 11   that.

10:57AM 12        MR. HERMAN:  Mr. Tanner is representing them, correct?

10:57AM 13        MS. SCOFIELD:  Actually, I am.

10:57AM 14        MR. HERMAN:  Do you have the list?

10:57AM 15        MS. SCOFIELD:  I do as of yesterday, thanks to Andy.

10:57AM 16    My name is Denise Scofield for MI.

10:57AM 17    We had worked off a previous draft that we had received in a

10:57AM 18   defense steering committee e-mail.  We had not seen the one until

10:57AM 19   yesterday afternoon that was circulated on March 2nd.

10:57AM 20        Having worked off the previous version, I can give you a

10:57AM 21   date for who we anticipate designating.  June 23rd and 24th work

10:57AM 22   for M-I Swaco.  Our designee is Brad Billon, B-I-L-L-O-N, as to

10:57AM 23   most topics that appeared on the earlier draft version that I had

10:57AM 24   seen.  We'll be prepared, unfortunately not next week --

10:57AM 25        MR. LANGAN:  In what month?

10:57AM 1          MS. SCOFIELD:  I'm sorry?

10:57AM 2          THE COURT:  June 23 and 24.

10:57AM 3          MS. SCOFIELD:  If I can have another week to look

10:58AM 4    through the notice that I received yesterday, we can make sure

10:58AM 5    that Mr. Billon is appropriate as to all topics.  I can tell you

10:58AM 6    right now, he will not be appropriate as to the insurance topic,

10:58AM 7    and we're still working on that issue.

10:58AM 8          THE COURT:  Great.  Thank you.

10:58AM 9       Anadarko and MOEX.  We've changed the dates for

10:58AM 10   Robert Quitzau to May 25 and 26, and I think that our updated

10:58AM 11   calendar shows that.

10:58AM 12         MR. MAZE:  It does.

10:58AM 13         THE COURT:  Do we know of any other changes to those

10:59AM 14   witnesses?  That would be Foster, Bryan, O'Donnell, Chandler,

10:59AM 15   Hollek, Huch, or Naoki?

10:59AM 16         MR. FITCH:  Judge, Tony Fitch again.

10:59AM 17       I know of no changes, and I assume you don't want me to ask

10:59AM 18   if anybody wants to make any changes.

10:59AM 19         THE COURT:  That's right.  Thank you.

10:59AM 20       The other thing we had with regard to those witnesses was a

10:59AM 21   request by BP for Mr. Naito and Mr. Yamamoto.  Is that still on

10:59AM 22   BP's radar?

10:59AM 23         MR. LANGAN:  Yes, Your Honor.

10:59AM 24         THE COURT:  It is.

10:59AM 25         MR. LANGAN:  Yes.

10:59AM  1          THE COURT:  Do we have any information on whether these

11:00AM  2  gentlemen will require compliance with the Hague Convention and,

11:00AM  3  perhaps, dates?

11:00AM  4          MR. FITCH:  I have the same information as we had

11:00AM  5  before, Your Honor.  I'm instructed that they will insist upon

11:00AM  6  compliance with the Hague Convention.  I, therefore, do not have

11:00AM  7  dates.

11:00AM  8          THE COURT:  So that takes care of that topic, right?

11:00AM  9      Let's go through and go to the third-party 30(b)(6)

11:00AM 10  depositions, and see if we have any updates on contacting these

11:00AM 11  companies and getting dates for depositions.

11:00AM 12      Randy Smith Training.

11:01AM 13          MR. FITCH:  Judge, Tony Fitch.

11:01AM 14      That was one of mine.  I reported yesterday that counsel,

11:01AM 15  Randy Van Wyk (spelled phonetically), told me that he would

11:01AM 16  recommend to his clients that they appear voluntarily in

11:01AM 17  New Orleans, and he expects that recommendation to be accepted.

11:01AM 18  He expects personnel from their Lafayette office to be the

11:01AM 19  30(b)(6) representatives, but he has not -- since you and I last

11:01AM 20  spoke yesterday afternoon, he has not yet gotten back to me like

11:01AM 21  the others have.

11:01AM 22          THE COURT:  We'll carry that over to next week.

11:01AM 23      How about Add Energy, any updates?

11:01AM 24          MR. FITCH:  Add Energy is one of the four companies who

11:01AM 25  provided consulting reports to BP.  I think Andy was going to

11:01AM 1   begin checking as to whether BP would like to coordinate those or

11:01AM 2   whether they want --

11:01AM 3           THE COURT:  That's right.

11:01AM 4           MR. FITCH:  -- to approach it otherwise.

11:01AM 5           THE COURT:  Did you get any feedback, Andy?

11:02AM 6           MR. LANGAN:  Not yet, Your Honor.

11:02AM 7           THE COURT:  We'll carry Add, Baker's -- is it CSI and

11:02AM 8   DNV forward?

11:02AM 9           MR. YORK:  CSI, we have a little information on.

11:02AM 10          MR. FITCH:  -- Your Honor, it would be Nexen and -- I'm

11:02AM 11  very sorry, the next one --

11:02AM 12          THE COURT:  No, Nexen --

11:02AM 13          MR. FITCH:  -- would be Stress Engineers.

11:02AM 14          THE COURT:  -- Stress Engineering and CSI.

11:02AM 15          MR. YORK:  And, also, Vector Magnetics.

11:02AM 16          MR. FITCH:  Add, Baker and Stress.

11:02AM 17          THE COURT:  I'm sorry, Alan, what did you say?

11:02AM 18          MR. YORK:  Vector Magnetics.  It's all in that same

11:02AM 19  category.

11:02AM 20          THE COURT:  So we'll carry those over to next week.

11:02AM 21      We all know that DNV will not be deposed until after

11:02AM 22  issuance of their report, but it seems to me that maybe we can go

11:02AM 23  ahead and select dates with them.

11:02AM 24          MR. FITCH:  Mr. Mark Barnett confirmed to me after the

11:02AM 25  status conference yesterday afternoon that, as he anticipated,

11:03AM 1    they will voluntarily appear in New Orleans.

11:03AM 2         THE COURT:  Could you follow up with Mr. Barnett and see

11:03AM 3    if they want to give us dates, maybe in June, where their witness

11:03AM 4    will be available?

11:03AM 5         MR. FITCH:  I told Mr. Barnett -- I took the liberty of

11:03AM 6    telling Mr. Barnett that I expected to be following up with him

11:03AM 7    on that within the next day or so.  If June is when you want me

11:03AM 8    to check, I will do so.

11:03AM 9         THE COURT:  Well, I don't know if it's June.  Let me ask

11:03AM 10   the group.

11:03AM 11        MR. CUNNINGHAM:  We're fine whenever, Your Honor.

11:03AM 12        THE COURT:  I want to do it --

11:03AM 13        MR. FITCH:  -- push them to July.

11:03AM 14        THE COURT:  I'm sorry?

11:03AM 15        MR. FITCH:  It might make sense to push them to July,

11:03AM 16   given the busy period in June and some uncertainty as to whether

11:03AM 17   that report will be on time.

11:03AM 18        THE COURT:  Okay.  Mr. Cunningham?

11:03AM 19        MR. CUNNINGHAM:  Your Honor, our inclination is to

11:03AM 20   schedule as many depositions as we can before July, because, as

11:03AM 21   we all know, no telling what's going to pop up between now and

11:04AM 22   then.  So we would prefer to do it sometime before the end of

11:04AM 23   June, if that's possible.

11:04AM 24        MR. FITCH:  I have a feeling that they will be pretty

11:04AM 25   flexible once they get their report in.  I'm happy to check for a

11:04AM 1   whole range of dates and report back.

11:04AM 2           THE COURT:  That would be great.  Why don't we do that

11:04AM 3   and not limit ourselves.  Why don't we check for May, June and

11:04AM 4   early July, and see what they think about that, and we'll take it

11:04AM 5   from there.

11:04AM 6           MR. FITCH:  Yes, ma'am.

11:04AM 7           THE COURT:  Thank you.

11:04AM 8           MR. FITCH:  That leaves Nexen, and they are willing to

11:04AM 9   appear voluntarily, and I'll get dates from them, also.  Is that

11:04AM 10  your directive?

11:04AM 11          THE COURT:  Yes, that would be great.

11:04AM 12      All right.  Is anybody looking for a break?

11:05AM 13      We heard from Kerry Miller that Eddy Redd, who is an

11:05AM 14  employee with Transocean, is currently in Russia, but he will get

11:05AM 15  dates for us when Mr. Redd is anticipating coming back to the

11:05AM 16  States, so we're just going to defer that.

11:05AM 17      We also had, for Halliburton, we had the unidentified lab

11:05AM 18  techs for the concrete testing.  Have you all, by chance,

11:05AM 19  followed up on that?

11:05AM 20          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

11:06AM 21  Halliburton.

11:06AM 22          THE COURT:  Good morning, Don.

11:06AM 23          MR. GODWIN:  We believe Mr. Tim Quirk will be the

11:06AM 24  appropriate person to be deposed regarding the subjects that have

11:06AM 25  been identified.

11:06AM  1          We know there are other folks in the lab that were involved

11:06AM  2     in the testing.  We would suggest that Mr. Quirk be the one --

11:06AM  3     he's the manager there -- be the one that would be deposed.  If,

11:06AM  4     during the course of his deposition, he names other people that

11:06AM  5     were involved, we will agree to make those folks available.

11:06AM  6          THE COURT:  Great.  Would you undertake to get some

11:06AM  7     dates from Mr. Quirk when he would be available for his

11:06AM  8     deposition?

11:06AM  9          MR. GODWIN:  I think we've already got him set, Judge.

11:06AM 10          THE COURT:  Do we?

11:06AM 11          MR. YORK:  Yes.

11:06AM 12          MR. CUNNINGHAM:  Yes.

11:06AM 13          MR. GODWIN:  He's already set, Your Honor.

11:06AM 14          THE COURT:  So that's taken care of.

11:06AM 15          MR. LANGAN:  March 21 and 22.

11:06AM 16          MR. GODWIN:  He's 21 and 22 of March.  He can testify at

11:06AM 17     that time about those subjects.  We will agree that, as I said,

11:06AM 18     if others are named, then shortly thereafter we will make them

11:07AM 19     available.

11:07AM 20          THE COURT:  Okay, great.  Thank you.

11:07AM 21          MR. GODWIN:  Thank you, Your Honor.

11:07AM 22          THE COURT:  Andy, did I skip something on

11:07AM 23     CSI Technologies that you wanted to report?

11:07AM 24          MR. LANGAN:  No, Your Honor.  I believe that we said

11:07AM 25     that we had -- we picked a date today for Mr. Sabins, and I think

11:07AM  1    Mr. Brown I said that we're working hard to try to get a date.

11:07AM  2              THE COURT:  Okay, thanks.

11:07AM  3       I have fallen behind on my promise to contact those three

11:07AM  4    witnesses who are represented by counsel.  I promise you by next

11:07AM  5    week I'll do it.

11:07AM  6              MR. LANGAN:  Your Honor, Andy Langan for BP.

11:07AM  7       On that topic, I believe you are referring in part to

11:07AM  8    Cathleenia Willis.

11:07AM  9              THE COURT:  I am.

11:07AM 10              MR. LANGAN:  Since last Friday's conference, we have

11:07AM 11    issued a notice for her deposition.

11:07AM 12              THE COURT:  Okay, when is it?

11:07AM 13              MR. LANGAN:  I want to say April 4, 5 or 5, 6.

11:07AM 14              MR. YORK:  April 6, 7, I think.

11:07AM 15              THE COURT:  April 6, 7?

11:07AM 16              MR. LANGAN:  April 6, 7.  Mr. York is correct.

11:08AM 17       Your Honor, we sent a courtesy copy of that notice to

11:08AM 18    Mr. Kurt Arnold.  He probably got it, anyway, but we sent him a

11:08AM 19    letter all packaged up and nice, so there is no mistake that he

11:08AM 20    knows about it.

11:08AM 21              THE COURT:  Good, that will help when I call.

11:08AM 22              MR. HAYCRAFT:  I'll also -- no one else knows this, but

11:08AM 23    Kurt Arnold called me yesterday morning and left me a message,

11:08AM 24    and I then returned his call.  He acknowledged receipt of

11:08AM 25    Ms. Willis' deposition notice.

11:08AM 1   His only question was did we realize that it was on the same
11:08AM 2   date as Jessie Gagliano's deposition.  So I left him a voicemail
11:08AM 3   that, indeed, we did, that we're double tracking depositions.  So
11:08AM 4   he's aware.
11:08AM 5       MR. LANGAN:  Andy Langan, again.
11:08AM 6   I don't think that's right, because I think the dates are a
11:08AM 7   little different, but it doesn't matter even if it was.
11:08AM 8       THE COURT:  Yes.  Okay.  Good.
11:08AM 9   All right.  The Brian Morel marital privilege issue is on
11:09AM 10  the schedule.  Do we have any update on the in camera submission?
11:09AM 11      MR. IRPINO:  Anthony Irpino on behalf of PSC.
11:09AM 12  We have the documents.  Currently, there are three.  We have
11:09AM 13  been advised by individual counsel for Mr. Morel that BP has
11:09AM 14  advised them that there are additional documents somewhere in the
11:09AM 15  range of 12, 15 --
11:09AM 16      THE COURT:  20.
11:09AM 17      MR. IRPINO:  -- something like that.  They want to
11:09AM 18  submit those and have it all decided at once.
11:10AM 19  My understanding is, is we've brought it to the Court's
11:10AM 20  attention.  We have not received any of those new ones.  You
11:10AM 21  wanted to see them all together.
11:10AM 22      THE COURT:  Right.
11:10AM 23      MR. IRPINO:  But the briefing schedule is still set, is
11:10AM 24  the same, and we're still a go on that.
11:10AM 25      THE COURT:  Okay.  Thank you.

11:10AM 1     We had given a list of event track witnesses we were looking

11:10AM 2 for dates on for depositions.  Do you want to go through those at

11:10AM 3 this point?

11:10AM 4     Let's see, I'm going to be looking for Andy and Carmelite.

11:10AM 5     Andy, do you want to come on up and let's talk about your

11:10AM 6 witnesses?

11:10AM 7         MR. LANGAN:  Your Honor, beyond Richard Lynch,

11:10AM 8 John Mogford and Kevin Lacy, because we talked about those?

11:10AM 9         THE COURT:  Yes.  Martin Breazeale?

11:11AM 10        MR. LANGAN:  Yes, I do have dates.

11:11AM 11        THE COURT:  I knew you would.

11:11AM 12        MR. LANGAN:  May 16, 17.

11:11AM 13        MR. MAZE:  Who was that, again?

11:11AM 14        THE COURT:  Martin Breazeale, B-R-E-A-Z-E-A-L-E.

11:11AM 15        MR. MAZE:  16 and 17?

11:11AM 16        MR. LANGAN:  Correct, May 16 and 17.

11:11AM 17        THE COURT:  I've got Lee Lambert.

11:11AM 18        MR. LANGAN:  We're working on Mr. Lambert.

11:11AM 19        THE COURT:  Earl Lee.

11:11AM 20        MR. LANGAN:  Yes, Phillip Earl Lee.  By the way,

11:11AM 21 Number 98 and Number 99 on your list we believe are the same

11:11AM 22 person.

11:11AM 23        THE COURT:  Phillip Earl Lee.

11:11AM 24        MR. LANGAN:  Correct.

11:11AM 25     We should look into the last two weeks in May, and just --

11:11AM  1   he has general availability -- we should pick a couple dates,

11:11AM  2   Your Honor, in the last couple days in May, and that will be

11:12AM  3   fine.  For instance, 23, 24.  We took out Mr. O'Bryan, so why

11:12AM  4   don't we --

11:12AM  5            MR. CUNNINGHAM:  That's fine.

11:12AM  6            THE COURT:  23, 24 of May.

11:12AM  7            MR. MAZE:  L-E-E.

11:12AM  8            MR. LANGAN:  L-E-E, Phillip Earl.

11:12AM  9            THE COURT:  Then the last one I had on my list for you,

11:12AM 10   Andy, was Vincent Price.

11:12AM 11            MR. LANGAN:  So we could look at a U.S. based deposition

11:12AM 12   between June 12 and 24, maybe slot him in there.  Pick two days,

11:12AM 13   June 12 and 24.  For instance, you could do 20 and 21.  June 20

11:12AM 14   and 21 for --

11:13AM 15            MR. CUNNINGHAM:  That's fine.

11:13AM 16            THE COURT:  20 and 21.

11:13AM 17            MR. LANGAN:  -- for Mr. Price.

11:13AM 18            MR. MAZE:  New Orleans, correct?

11:13AM 19            MR. LANGAN:  Yes, we assume New Orleans.

11:13AM 20            THE COURT:  Great, great, great.  Thank you, Andy.

11:13AM 21            MR. LANGAN:  Thank you, Your Honor.

11:13AM 22            THE COURT:  Carmelite, we are looking for Carter Erwin.

11:13AM 23            MS. BERTAUT:  Who we have scheduled, Your Honor.

11:13AM 24            THE COURT:  Oh, that's right.  We did that one.

11:13AM 25            MS. BERTAUT:  He's a London witness.

11:13AM 1        THE COURT:  Did we do William LeNormand?

11:13AM 2        MS. BERTAUT:  We do have dates for William LeNormand.

11:13AM 3   He's a New Orleans deposition.  He's available June 13 and 14.

11:13AM 4        MR. MAZE:  Could I get a spelling on the last name?

11:13AM 5        THE COURT:  L-E cap N-O-R-M-A-N-D.

11:13AM 6     Have we done McWhorter?

11:14AM 7        MS. BERTAUT:  We have dates for McWhorter, and he will

11:14AM 8   be a 30(b)(6) witness for Cameron.  We do not know exactly which

11:14AM 9   topics, but we hope, by Wednesday, to be in position that, once

11:14AM 10  we land on the topics, to identify.

11:14AM 11    We have dates July 7th and 8th, again, New Orleans.

11:14AM 12       MR. MAZE:  What's his first name, Carmelite?

11:14AM 13       MS. BERTAUT:  David McWhorter, M-C capital

11:14AM 14  W-H-O-R-T-E-R.

11:14AM 15       MR. MAZE:  What dates?

11:14AM 16       MS. BERTAUT:  July 7th and 8th in New Orleans.

11:14AM 17       THE COURT:  Then, last, but not least, Melvin Whitby.

11:14AM 18       MS. BERTAUT:  Another New Orleans witness, Your Honor,

11:14AM 19  July 21st and 22nd.

11:14AM 20       THE COURT:  That's all we've got for him.  We can't do

11:14AM 21  earlier?

11:14AM 22       MS. BERTAUT:  No, Your Honor.  I'm not exactly certain

11:14AM 23  what's going on, but there is some issue with a lot of these

11:14AM 24  Cameron witnesses in June.

11:14AM 25       THE COURT:  No availability in May for him?  I was going

11:15AM 1   to try to leave the last of July for the cleanup deposition

11:15AM 2   process that I think we're going to need.

11:15AM 3           MS. BERTAUT:  If you would like me to go back and ask

11:15AM 4   again, I'll be happy to do that.

11:15AM 5           THE COURT:  Why don't we do that.

11:15AM 6           MR. MAZE:  Put a question mark?

11:15AM 7           THE COURT:  We'll put him down tentatively for

11:15AM 8   July 21-22, with a question mark.  But if we could back up into

11:15AM 9   April or May, just to leave those last two weeks of July open, I

11:15AM 10  think that would be helpful.

11:15AM 11          MS. BERTAUT:  Yes, Your Honor.

11:15AM 12          THE COURT:  Thank you.

11:15AM 13      Then we had the nongovernmental researcher, Timothy Crone.

11:15AM 14  Does anybody have an update on his availability?

11:15AM 15          MR. CUNNINGHAM:  Judge, Robert Cunningham, PSC.

11:16AM 16      We may have an issue with Mr. Crone that hasn't really

11:16AM 17  gelled yet.  He may be a possible expert.  We don't know how he's

11:16AM 18  a fact witness, but we want to disclose that there has been some

11:16AM 19  communication with him by the PSC.  We don't want to agree that

11:16AM 20  he can be deposed as a fact witness at this stage until we see

11:16AM 21  how that's going to shake out.

11:16AM 22          THE COURT:  Andy, do you want to address that, or no?

11:16AM 23          MR. LANGAN:  I mean, he was on our list.  We're happy to

11:16AM 24  talk to the PSC about this.  So why don't we --

11:16AM 25          THE COURT:  Defer.

11:16AM 1          MR. LANGAN:  -- put this offline.

11:16AM 2          THE COURT:  Then the ABS surveyor, William Haynie, does

11:16AM 3   anybody have an update on him?  William Haynie, H-A-Y-N-I-E.

11:16AM 4      Who was going to contact him?  I don't remember who we

11:16AM 5   assigned that to.

11:17AM 6          MR. CUNNINGHAM:  Requested by BP.

11:17AM 7          THE COURT:  Yes, it was requested by BP.

11:17AM 8      Andy, do you want to put that on your to-do list?

11:17AM 9          MR. LANGAN:  Your Honor, yes, we will, thank you.

11:17AM 10         THE COURT:  Thank you.

11:17AM 11     Let's talk about the motion for further forensic testing.

11:17AM 12         MR. LANGAN:  Yes, Your Honor, BP filed that.  I will

11:17AM 13  tell you what our thought was, if it's okay.

11:17AM 14         THE COURT:  Sure.

11:17AM 15         MR. LANGAN:  Not knowing if this was going to be in

11:17AM 16  Your Honor's bailiwick or possibly Judge Barbier --

11:17AM 17         THE COURT:  I think we're both going to think about it.

11:17AM 18         MR. LANGAN:  Frankly, our thought was to maybe schedule

11:17AM 19  a time to get on the telephone, maybe next week, and to give us a

11:17AM 20  chance to talk to Mr. Underhill and maybe the other parties, just

11:17AM 21  to see if there is some accommodation that can be reached.

11:17AM 22     So we were going to suggest, frankly, to Ms. Shea after

11:17AM 23  court that maybe there's a time next week --

11:18AM 24         THE COURT:  Okay.  I think that's fine.

11:18AM 25         MR. LANGAN:  -- over the phone.

11:18AM  1          THE COURT:  Here are the issues that occurred to me that

11:18AM  2   maybe you all want to talk about.  Obviously, the first issue is

11:18AM  3   how long will it take, because we're worried about staying on

11:18AM  4   track.  Whether or not this testing would prompt others to want

11:18AM  5   to do additional testing, because that's another

11:18AM  6   let's-stay-on-track issue, as far as I'm concerned.

11:18AM  7       I was unclear, Andy -- hold on, Kat, I'll be right with

11:18AM  8   you -- I was unclear, Andy, the statements with regard to Cameron

11:18AM  9   and Transocean may need to provide engineering drawings and

11:18AM 10   specifications.  Has that not previously been produced?

11:19AM 11          MR. LANGAN:  Well, I think our point was that we know

11:19AM 12   from past history that support and cooperation from Cameron, sort

11:19AM 13   of the designer of the BOP, has been critical to the JIT's own

11:19AM 14   work.

11:19AM 15          THE COURT:  Absolutely.

11:19AM 16          MR. LANGAN:  We thought that would probably continue to

11:19AM 17   be the case.

11:19AM 18          THE COURT:  Okay.  I think those were my main concerns,

11:19AM 19   but, Kat, you had something else?

11:19AM 20       Okay.  Yes, how long would the testing take, where would it

11:19AM 21   take place?  I assume it will take place at Michoud?

11:19AM 22          MR. LANGAN:  That would be our assumption, too.  It's

11:19AM 23   not particularly portable, as I recall.

11:19AM 24          THE COURT:  That was my thought, which is why I didn't

11:19AM 25   ask the question, but you are anticipating it will take place out

11:19AM  1    at Michoud.

11:19AM  2              MR. LANGAN:  Yes, Your Honor.

11:19AM  3              THE COURT:  Who will be doing the testing?  Is it the

11:20AM  4    gentleman who gave the affidavit?

11:20AM  5              MR. LANGAN:  Well, or somebody contracted to BP, or

11:20AM  6    whoever wants to join us in this.

11:20AM  7              THE COURT:  You would discuss payment for it --

11:20AM  8              MR. LANGAN:  Right.  Well, I'm assuming that people who

11:20AM  9    want to join us will have to fund it, if anyone does; otherwise,

11:20AM 10    we'll fund it ourselves.

11:20AM 11              THE COURT:  When we have the conference, obviously, what

11:20AM 12    I would like is input from all of the other parties as to whether

11:20AM 13    they object to the testing, whether it will prompt their need for

11:20AM 14    additional testing, and specifically what objections they would

11:20AM 15    have.

11:20AM 16         You know, frankly, we're pretty uneducated about what these

11:20AM 17    parts are.  I don't know what this is all about, other than what

11:20AM 18    I've read in your expert's affidavit.

11:21AM 19         Do you all want to try to confer on this and then have a

11:21AM 20    conference call with us?

11:21AM 21              MR. LANGAN:  That would be fine.

11:21AM 22              THE COURT:  I'll tell you what we'll do, we'll have Kat

11:21AM 23    check the Judge's calendar and circulate a time for you guys to

11:21AM 24    participate with us.  Maybe the thing to do would be to dial in

11:21AM 25    to that number, perhaps a half hour before the conference, and

11:21AM 1    you all can talk through any issues you want.

11:21AM 2            MR. LANGAN:  Your Honor, as I said, we did not have any

11:21AM 3    preconceived notions about whether this is a Judge Barbier issue

11:21AM 4    or a Judge Shushan issue.  We are happy to -- we know in the past

11:21AM 5    Judge Barbier has expressed an interest in this.

11:21AM 6            THE COURT:  He's very interested.

11:21AM 7            MR. LANGAN:  So there you go.  So we were kind of

11:21AM 8    thinking -- but I really wanted to talk to Mr. Underhill about

11:21AM 9    this, frankly --

11:21AM 10           THE COURT:  You notice he's standing right behind you.

11:21AM 11           MR. LANGAN:  -- about the timing and everything, because

11:22AM 12   they are a very important stakeholder here, and we understand

11:22AM 13   that.

11:22AM 14           THE COURT:  Yes, absolutely.

11:22AM 15           MR. UNDERHILL:  Mike Underhill, US.

11:22AM 16       Your Honor, I want to note a very important precedent that a

11:22AM 17   BOP question arose when I wasn't the addressee.  I'm happy with

11:22AM 18   the change of guard here, but I think I need to -- I can't

11:22AM 19   completely abdicate my responsibilities on this one.  So I don't

11:22AM 20   have answers for all the Court's questions or Kat's questions or

11:22AM 21   Judge Barbier's questions.  I can give you, I think, some initial

11:22AM 22   thoughts that we have.

11:22AM 23       I think there may be a difference of opinion amongst some

11:22AM 24   parties as to whether further testing is needed or not.  As I

11:22AM 25   understand it, the JIT has determined that for their purposes

11:22AM  1    they don't think they need it.

11:22AM  2         I don't think that's necessarily the same question as saying

11:22AM  3    do the parties think they need more.

11:22AM  4              THE COURT:  I agree.

11:22AM  5              MR. UNDERHILL:  I think there is a legitimate basis for

11:22AM  6    differences of conclusions based upon who is asking the

11:22AM  7    questions.

11:22AM  8         So I don't think BP is necessarily wrong.  I certainly don't

11:23AM  9    think the JIT is wrong.  I think there are different things going

11:23AM 10    on.

11:23AM 11         One thing, I think, that Your Honor asked where it would

11:23AM 12    take place, I think there is a legal issue and a practical issue.

11:23AM 13    The practical issue is that nobody is going to be moving the

11:23AM 14    darned thing because it's so big.  The legal issue is for chain

11:23AM 15    of custody reasons.

11:23AM 16         I'm fairly confident about this, that the Department of

11:23AM 17    Justice would not want it to be moved from where it is.  Great

11:23AM 18    care has been taken, with Judge Barbier's assistance, from when

11:23AM 19    it was -- these things were taken off the sea floor all the way

11:23AM 20    until now, and I just don't see DOJ saying, well, okay, let's

11:23AM 21    just throw all of that out the window.  It's on a federal

11:23AM 22    reservation, secured, so I see no reason to change that, in

11:23AM 23    addition to the practical reasons.

11:23AM 24         So I think those are some outlines of where we're going.

11:23AM 25         I think that the cost issue needs to be addressed.  I'm

11:23AM 1   quite hoping that some of my colleagues will be happy to pick up

11:24AM 2   some of that cost.  It's not just that I'm cheap, A, it's not my

11:24AM 3   money --

11:24AM 4           THE COURT:  But you treat it like it is.

11:24AM 5           MR. UNDERHILL:  -- and it's duly noted by my superiors.

11:24AM 6       Again, a practical reason, if we make this a government

11:24AM 7   contracting issue -- I'm a tort lawyer, and I'm a tort lawyer for

11:24AM 8   good reason, because I hate government contracting.  I just don't

11:24AM 9   have the patience for it.  It's long, it's tedious, it's legal.

11:24AM 10  You can't get around it.  And they are going to have to do that,

11:24AM 11  which goes to Your Honor's question about timing.

11:24AM 12      So if there is a way to do this through the MDL process,

11:24AM 13  with all the parties' agreement, I think we're all ahead of the

11:24AM 14  game.

11:24AM 15          THE COURT:  I agree.

11:24AM 16          MR. UNDERHILL:  Insofar as who does it -- and I think

11:24AM 17  this is an open question, I'll be candid with my own views about

11:24AM 18  it -- is that DNV has done the testing for the JIT, so they are

11:24AM 19  qualified.  They have the corporate knowledge.  These are tests

11:25AM 20  that they were probably ready to do had somebody said do them.

11:25AM 21  They're -- well, they're not there, but they can be back quickly.

11:25AM 22  I see if we go to somebody else, we start from the ground floor

11:25AM 23  again.  Again, that goes to timing issues.

11:25AM 24      I think there is also a disadvantage of going to somebody

11:25AM 25  new because then you have two different testers, forensic

82

11:25AM 1    testers.  I don't see that as an advantage evidence wise.  So my

11:25AM 2    personal thinking is leaning -- and this is not necessarily my

11:25AM 3    client's, but my personal leaning is DNV makes sense.  So I think

11:25AM 4    that's where I am inclined to go.

11:25AM 5        Finally, as to the issue of whether further testing is

11:25AM 6    needed, I haven't gotten feedback from my own technical

11:25AM 7    consultants.  Honest, I go to them to say, I'm a lawyer, I don't

11:25AM 8    know, you tell me.

11:25AM 9        I think, even if they were going to say, Mr. Underhill, it's

11:25AM 10   sort of a wash, we don't know if it matters much, my initial view

11:26AM 11   is that the more testing we can have, within reason, and within

11:26AM 12   the parameters of the Court's schedule, the better we are,

11:26AM 13   because then certain parties will say, wait a minute, you didn't

11:26AM 14   do the tests we wanted, and now we're prejudiced.

11:26AM 15       So I think another reason why I'm happy to leave that to the

11:26AM 16   Court, frankly, rather than the JIT, because the Court is in a

11:26AM 17   better position to deal with parties and say, here is what I

11:26AM 18   think you need, here is what I think you don't; if you think I'm

11:26AM 19   wrong, tell me about it, and we know how to work that out

11:26AM 20   legally.  So those are just my general thoughts.

11:26AM 21       Finally, as far as the timing of this, if we can take -- if

11:26AM 22   we can have our discussions and do away with the motion practice

11:26AM 23   for now, speaking for myself, not any other party, I would like

11:26AM 24   to see if we can continue in a reasonably collaborative process

11:26AM 25   with parties who obviously have different legal interests, but if

| | | |
|---|---|---|
| 11:26AM | 1 | we can keep that together like we have been in the JIT and with a |
| 11:27AM | 2 | fair amount of bumps in the roads, but, you know what, the job is |
| 11:27AM | 3 | getting done. |
| 11:27AM | 4 | THE COURT:  It worked. |
| 11:27AM | 5 | MR. UNDERHILL:  So if we can continue doing that, rather |
| 11:27AM | 6 | than fire broadsides, I think it's to the Court's advantage, to |
| 11:27AM | 7 | the parties' advantage.  So if we can maybe relax the response |
| 11:27AM | 8 | dates so parties don't have to take formal position, I think |
| 11:27AM | 9 | we're the better for it. |
| 11:27AM | 10 | THE COURT:  I think that's fine.  I'm envisioning it |
| 11:27AM | 11 | that way. |
| 11:27AM | 12 | I would like to hear from you guys as to what your thought |
| 11:27AM | 13 | process is.  If somebody thinks that the testing may well lead to |
| 11:27AM | 14 | further testing that they are going to request, I would like to |
| 11:27AM | 15 | hear that; but, I would like to do it informally and see if we |
| 11:27AM | 16 | can't work out an agreement whereby this takes place sooner |
| 11:27AM | 17 | rather than later, because we are terribly concerned about time. |
| 11:27AM | 18 | MR. UNDERHILL:  The only thing I would say with -- sorry |
| 11:27AM | 19 | to interrupt, Your Honor -- with the timing issue, on DNV, DNV |
| 11:27AM | 20 | is -- I think their -- their report to the JIT is due sometime |
| 11:28AM | 21 | pretty soon, I think, around 20th, 25th, somewhere in that time |
| 11:28AM | 22 | frame.  They've scheduled JIT hearings, I think, for the week of |
| 11:28AM | 23 | April 4th. |
| 11:28AM | 24 | THE COURT:  Right. |
| 11:28AM | 25 | MR. UNDERHILL:  April 4th.  They will be testifying and |

11:28AM 1    formally presenting their report and be subject to questions by

11:28AM 2    the JIT and by my colleagues, some of them here.

11:28AM 3        I think if they are the party that would do this testing,

11:28AM 4    and assuming there is testing, then I think the strong preference

11:28AM 5    would be that they not -- that they not do testing at least until

11:28AM 6    they finish their present report, partly to keep their focus

11:28AM 7    there.  I think there is a potential issue about having them do

11:28AM 8    testing before they testify, but I don't think that's quite as

11:28AM 9    firm a position.

11:28AM 10       Finally, one final point, and I take, Andy, BP at their

11:28AM 11   word, when I read the papers that BP would be doing the testing,

11:29AM 12   giving access, I think, and I'm going to try to help out my

11:29AM 13   friends, BP, on this one, I think the intent was to say, look, we

11:29AM 14   need to put a marker out there; nobody has offered, so we're

11:29AM 15   going to make the offer.

11:29AM 16       So in that context, our position would be that it would not

11:29AM 17   be a good idea to have one of the interested parties themselves

11:29AM 18   doing the testing and have the direct access.  I think that if

11:29AM 19   that were to happen, other parties would be mightily upset.  So I

11:29AM 20   think if -- that will be a position we will take is that it

11:29AM 21   shouldn't be performed by a party.

11:29AM 22       Largely along the lines the JIT did it, which was an

11:29AM 23   independent tester do it, with input from the parties, like it

11:29AM 24   would be in a normal maritime lawsuit where we do surveys.  So

11:29AM 25   along those lines, I think that's where we're going.  I hope

11:29AM  1    that's some assistance to the Court and Judge Barbier.

11:29AM  2           THE COURT:  Great.  Okay.  It is.

11:29AM  3       I guess the big question being, Andy, is whether you all

11:29AM  4    will consider asking DNV to do this or whether you all are going

11:30AM  5    to want your own people to do this -- not your own, your own

11:30AM  6    consultant?

11:30AM  7           MR. LANGAN:  I don't think anything is off the table.  I

11:30AM  8    think, for a lot of reasons Mr. Underhill cited, keeping DNV

11:30AM  9    involved may make sense, and we might be open to that.

11:30AM 10           THE COURT:  Then, of course, how long is this process.

11:30AM 11           MR. LANGAN:  We've got to run that to ground.

11:30AM 12           THE COURT:  I don't know what we're talking about, much

11:30AM 13    less trying to figure out how long it will take.

11:30AM 14           MR. LANGAN:  Just by way of background, I think what

11:30AM 15    precipitated the filing when it was, was the word came from the

11:30AM 16    JIT that they were coming to the end of what they were doing.

11:30AM 17    They were getting ready, perhaps, to have some of the contractors

11:30AM 18    leave.

11:30AM 19       We thought, before all that happens, we would like it to be

11:30AM 20    known that some of the stuff we had asked for long -- not long

11:30AM 21    ago, but several weeks ago, they were not going to do.  We

11:30AM 22    thought, well, you know, really, this needs to be done.  So we

11:30AM 23    just want to make sure that the Court knew that we thought there

11:31AM 24    was additional work that somebody should do for the benefit of

11:31AM 25    everybody.  So that's why the motion was filed.

11:31AM 1          THE COURT:  Yes.  I took it that way.  I don't think

11:31AM 2    that anybody was particularly upset by it.

11:31AM 3          MR. LANGAN:  So, Your Honor, is one takeaway here is

11:31AM 4    that Your Honor or Kat will get back to us with a suggested

11:31AM 5    time --

11:31AM 6          THE COURT:  Correct.

11:31AM 7          MR. LANGAN:  -- for a call?

11:31AM 8          THE COURT:  Both Judge Barbier and I will participate

11:31AM 9    with you.

11:31AM 10         Why don't we try to do it maybe next Thursday, which would

11:31AM 11   give you guys time to think about the issue and perhaps confer

11:31AM 12   prior to that time.

11:31AM 13         MR. LANGAN:  Very good.  Thank you, Your Honor.

11:31AM 14         THE COURT:  Thank you.

11:31AM 15         MR. FITCH:  Judge, Tony Fitch from Anadarko and MOEX.

11:31AM 16         I'd just mention to Andy, through you, that Anadarko is

11:31AM 17   generally supportive of the request and might have, from our

11:31AM 18   technical people, one or two additional tests to suggest.

11:31AM 19         THE COURT:  Great.  If you would put that on the agenda

11:31AM 20   to talk to everybody about, if you all can reach agreement,

11:31AM 21   that's even better.

11:32AM 22         MR. ROBERTS:  Judge, Steve Roberts for Transocean.

11:32AM 23         We have a view different than BP on the need for further

11:32AM 24   testing.  What I heard earlier today was that the JIT may be even

11:32AM 25   further behind schedule than we had most recently been led to

11:32AM 1   believe.

11:32AM 2       But, nonetheless, I -- and I think what Mr. Underhill was

11:32AM 3   about to say, we need to make sure that criminal DOJ is advised

11:32AM 4   of this.  We cannot do anything.  We are under -- Transocean is

11:32AM 5   under a criminal hold, and we need to make sure that criminal DOJ

11:32AM 6   is a participant in this process.

11:32AM 7           THE COURT:  I think that's a good point.  I had thought

11:32AM 8   about it but didn't mention it.

11:32AM 9           MR. UNDERHILL:  I think that I stand here as the civil

11:32AM 10  division attorney, and we have certain walls.  I can convey that,

11:32AM 11  and I think the Court should understand that they are aware of

11:32AM 12  that already.

11:33AM 13          THE COURT:  I assumed that.

11:33AM 14          MR. UNDERHILL:  The chain of custody, frankly, on my

11:33AM 15  civil side, you know, I'd probably say BP, Transocean, you got

11:33AM 16  it.  So the chain of custody is really not a civil issue, at

11:33AM 17  least that I see.

11:33AM 18      So they have been advised of the motion.  I don't know how

11:33AM 19  they'll respond, whether they would think it appropriate that I

11:33AM 20  respond on their behalf.  I personally would prefer not to.  If

11:33AM 21  they can respond to the Court or to the parties or however we see

11:33AM 22  necessary --

11:33AM 23          THE COURT:  If they would like to participate in the

11:33AM 24  call that we're going to set up next week, they are welcome to.

11:33AM 25          MR. UNDERHILL:  I'll extend the invitation.  I'm not

11:33AM 1   sure whether they would want to mix apples and oranges, but I'll

11:33AM 2   inform them.

11:33AM 3           THE COURT:  If they want to express an opinion with

11:33AM 4   regard to chain of custody, or if they want to express an opinion

11:33AM 5   about being present during the testing, they are welcome to do

11:33AM 6   so.

11:33AM 7           MR. UNDERHILL:  They have -- what I said today about

11:33AM 8   chain of custody was -- that was a message from my friends on the

11:33AM 9   other side of the house, that they felt the chain of custody

11:34AM 10  would be something that they would not relinquish.

11:34AM 11          THE COURT:  That's fine.  That means they will be there.

11:34AM 12          MR. UNDERHILL:  Well, I don't know if they will be

11:34AM 13  there.  I honestly don't know how they do their process, but

11:34AM 14  we'll try to work that out.

11:34AM 15          THE COURT:  Okay.  Good.

11:34AM 16      I think it's time for a break.  Guys, we will -- well, I

11:34AM 17  don't know if it's time for a break.  I think we're almost

11:34AM 18  finished.

11:34AM 19      Maybe we better take a break.

11:34AM 20          MR. LANGAN:  Your Honor, before we do -- my apologies --

11:34AM 21  one quick process point.

11:34AM 22      Pretrial Order 27 and the time limits for depositions, which

11:34AM 23  I think, frankly, are working pretty darned well.  I believe the

11:34AM 24  pretrial order refers to the fact that a party can yield some of

11:34AM 25  its allocated time.  Like, for instance, I think the Plaintiffs'

11:34AM 1   Steering Committee gets five hours.  I think the defense, as a
11:34AM 2   whole, gets six.  They are entitled to yield some of that time.
11:35AM 3           THE COURT:  We put a one-hour limitation on yielding,
11:35AM 4   didn't we.
11:35AM 5           MR. LANGAN:  We did, and that's exactly my question.
11:35AM 6   There may come a time in which the Plaintiffs' Steering
11:35AM 7   Committee, maybe, and they can speak for themselves, may not be
11:35AM 8   that interested in a witness, and they don't want their full
11:35AM 9   five hours.  Would there be any problem with occasionally, on a
11:35AM 10  case-by-case basis, with them yielding more than one hour?
11:35AM 11          THE COURT:  Why don't we take our break, and you all
11:35AM 12  discuss it amongst yourselves, and we'll come back and talk about
11:35AM 13  it.
11:35AM 14          MR. LANGAN:  All right.  Thank you.
11:35AM 15          THE COURT:  We're really almost done.  Why don't we take
11:35AM 16  a 10-minute break, and I think we'll be done by noon.
11:36AM 17          (WHEREUPON, at this point in the proceedings, a brief
11:44AM 18  recess was taken.)
11:44AM 19          THE COURT:  We lost the phone participants again.
11:44AM 20          MR. MAZE:  That's unfortunate because, during the break,
11:44AM 21  Mr. Kanner asked me if he could make a statement about the
11:44AM 22  frequently asked questions, so I was going to put you on notice
11:44AM 23  that he wanted to talk.
11:44AM 24      Mr. Kanner told us during the break that he had a few
11:44AM 25  comments about the frequently asked questions and was hoping to

11:45AM 1    do so on the phone, so we need to get him back.

11:45AM 2            THE COURT:  Well, the call is gone.  It went to hold --

11:45AM 3            MR. MAZE:  If we can just submit those.  I know that we

11:45AM 4    didn't finish frequently asked questions today.  If we can just

11:45AM 5    send those around to the group over the weekend, we'll do that.

11:45AM 6            THE COURT:  That'd be great.

11:45AM 7            MR. HERMAN:  I'll just submit whatever we have on Monday

11:45AM 8    morning?

11:45AM 9            THE COURT:  Perfect, along with a proposed order.  If

11:45AM 10   you would submit it in Word and PDF, just in case.  But go ahead

11:45AM 11   and submit the proposed order, and we'll get it done.

11:45AM 12           MR. YORK:  Steve, would you mind sending out the most

11:45AM 13   recent draft of that?

11:45AM 14           MR. HERMAN:  If I have time.  It's whatever Andy sent

11:45AM 15   this morning.

11:45AM 16       I'd just say for the record that I'm not sure that

11:45AM 17   Mr. Kanner has any standing to object to the FAQ, but we'll be

11:46AM 18   happy to take his comments into consideration.

11:46AM 19           THE COURT:  Okay.

11:46AM 20       All right.  I didn't forget about you.  Come on up, and then

11:46AM 21   we'll return to the seeding of time.

11:46AM 22           MR. STRADLEY:  This will be very brief.  I'm

11:46AM 23   Bill Stradley with the Mithoff law firm, who represent the

11:46AM 24   private security holders individual group.  I just wanted to

11:46AM 25   address, so that the Court would know, what the status of the

11:46AM  1    discovery is in 2185.

11:46AM  2              THE COURT:  Okay.

11:46AM  3              MR. STRADLEY:  While we represent a subclass in 2185, it

11:46AM  4    is a different class than what Mr. Meade represents, for

11:46AM  5    instance.  So there are four separate factions in that MDL group.

11:46AM  6    Most of the time our interests are grouped together, but

11:47AM  7    sometimes they are somewhat distinct.

11:47AM  8         So for the Court's consideration, the securities plaintiffs

11:47AM  9    have a stipulation with BP that was put in place early in 2185,

11:47AM 10    whereby plaintiffs have the right to recall witnesses based on

11:47AM 11    reasonable grounds to be decided by Judge Ellison.

11:47AM 12         Consistent with that court's thoughts and this Court's

11:47AM 13    thoughts in prior conferences, we would be happy to stay out of

11:47AM 14    the way of the 2179 attorneys' ability to ask questions, given

11:47AM 15    the deadlines and the track that this case is on and issues in

11:47AM 16    this case, and we fully expect that BP will honor their

11:47AM 17    stipulations and we'll be protected.

11:47AM 18         We share the Court's interest in coordinating discovery

11:47AM 19    between 2185 and this MDL.  We recently conferred with BP about

11:48AM 20    deposition protocol, and I want to advise the Court what we have

11:48AM 21    concluded.

11:48AM 22         BP confirmed that it has not searched for yet, because we're

11:48AM 23    not in a period of discovery, has not searched for and, of

11:48AM 24    course, has not produced any documents relating to the issues in

11:48AM 25    our case, but has confined the search solely to the 2179 issues

11:48AM 1    that have been presented.

11:48AM 2        BP said it expects to produce additional documents after the

11:48AM 3    motions to dismiss are resolved, if they are resolved in

11:48AM 4    plaintiffs' favor.

11:48AM 5        Therefore, we're unable to determine now everyone we need to

11:48AM 6    depose or how much time we would need because we don't -- we

11:48AM 7    don't have the discovery to do so; but, we will continue to

11:48AM 8    participate to the extent of attending the depositions in 2179,

11:49AM 9    with your permission, and we will participate in accordance to

11:49AM 10   the Court's direction.

11:49AM 11       THE COURT:  I think that's fine.  If you all choose to

11:49AM 12   ask questions, I think that's fine within the parameters of what

11:49AM 13   we've previously discussed.  If you choose to participate in a

11:49AM 14   deposition and believe that you need additional time, then you'll

11:49AM 15   let me know that that's the case on a witness-by-witness basis,

11:49AM 16   and we'll certainly consider it.  But I do hear what you're

11:49AM 17   saying and appreciate the update on that.

11:49AM 18       MR. STRADLEY:  Thank you.

11:49AM 19       THE COURT:  I appreciate it.

11:49AM 20       MR. STRADLEY:  To reduce duplication, we have offered

11:49AM 21   that depositions in 2179 should be admissible in 2185 --

11:49AM 22       THE COURT:  Great.

11:49AM 23       MR. STRADLEY:  -- with, of course, the proviso that as

11:50AM 24   to a specific question, objections can be entertained.

11:50AM 25       Finally, we think it's appropriate that we keep Judge

11:50AM 1   Ellison advised as to the progress of discovery in 2185, together
11:50AM 2   with the progress of 2179, so that he is on board.
11:50AM 3           THE COURT:  You're reporting that we're making great
11:50AM 4   progress.
11:50AM 5           MR. STRADLEY:  We are -- we will.  We will do that, with
11:50AM 6   the Court's permission.  We certainly will.  But we would like
11:50AM 7   him to be involved in our discovery --
11:50AM 8           THE COURT:  Great, I appreciate that.
11:50AM 9           MR. STRADLEY:  -- so he knows where we are.
11:50AM 10          Having said that, I appreciate the opportunity to address
11:50AM 11  you.  I know it's late, so I won't take any more of your time.
11:50AM 12          THE COURT:  Not a problem at all.  I appreciate the
11:50AM 13  update from your point view.  Again, if you choose to
11:50AM 14  participate, fine; but, if you choose just to attend, that's
11:50AM 15  fine, as well.
11:50AM 16          MR. STRADLEY:  Thank you.
11:50AM 17          THE COURT:  Thank you very much.
11:50AM 18          MS. NICHOLSON:  Good morning, Judge Shushan,
11:51AM 19  Melinda Nicholson from Kahn Swick & Foti on behalf of derivative
11:51AM 20  plaintiffs in 2185.  I just wanted to give you an update on our
11:51AM 21  participation in the discovery here.
11:51AM 22          We sent a letter to BP earlier this week identifying the
11:51AM 23  deponents that are scheduled in 2179, and that are of particular
11:51AM 24  interest to us.  We did copy the Plaintiffs' Steering Committee
11:51AM 25  and the other defendants in -- the other plaintiffs in 2185.  I'm

11:51AM 1   happy to give you and anyone else here a copy of that letter, as

11:51AM 2   well, if you want at this point.

11:51AM 3           THE COURT:  Great.

11:51AM 4           MS. NICHOLSON:  I have extra copies with me.

11:51AM 5       In the letter, we identified a handful of deponents we want

11:51AM 6   additional time with and that we request that BP give us some

11:51AM 7   targeted limited discovery particular to our interests.

11:51AM 8       The requests for additional time range from two hours to

11:51AM 9   four hours.  BP has not responded yet.  We were trying to

11:51AM 10  negotiate with BP separately before coming to you; and, again,

11:52AM 11  we're trying to work all of this out before we have to go to

11:52AM 12  Judge Ellison at a later time to ask to redepose those witnesses.

11:52AM 13      Regarding our defendants, however, which are Hayward,

11:52AM 14  Castell and Inglis, who are being scheduled in this case --

11:52AM 15          THE COURT:  Yes.

11:52AM 16          MS. NICHOLSON:  -- we've confirmed with BP that they are

11:52AM 17  not willing to give us the expansive discovery that we feel we

11:52AM 18  need to adequately and appropriately depose them within the 2179

11:52AM 19  deadlines.

11:52AM 20      So, to that end, we're confirming with BP that they are

11:52AM 21  going to make -- we've asked BP to confirm that they'll make them

11:52AM 22  available in 2185.  Of course, if they don't, that would be an

11:52AM 23  issue we'll bring up with Judge Ellison at a later time.

11:52AM 24      But just to let you know, we have been moving forward trying

11:52AM 25  to negotiate with BP about those deponents.  If you want me to

11:52AM 1    give you a copy of that letter, I have it.

11:52AM 2            THE COURT:  That would be great.  That way I'll be

11:52AM 3    advised.

11:53AM 4            MS. NICHOLSON:  Sure.

11:53AM 5            THE COURT:  Thank you so much.

11:53AM 6            MS. NICHOLSON:  Thank you, Judge Shushan.

11:53AM 7            THE COURT:  I appreciate it.  Thank you.

11:53AM 8        Do you want to go back to seeding time?

11:53AM 9            MR. LANGAN:  Your Honor, before -- Andy Langan for BP.

11:53AM 10       Before the break, I think we were talking about the time

11:53AM 11   limits.  Pretrial Order 27 allows giving up as much as an hour.

11:53AM 12   I guess what I was asking, on a case-by-case basis would the

11:53AM 13   Court entertain giving up even more time if the parties can

11:53AM 14   agree?

11:53AM 15           THE COURT:  How do you guys -- how does everybody feel

11:53AM 16   about it?

11:53AM 17           MR. CUNNINGHAM:  Robert Cunningham, Your Honor.

11:53AM 18       We've made the offer that if any of the defendants have a

11:53AM 19   particular witness that they want to go first on, that's not on

11:53AM 20   our list, for example, and there have been a number of them, that

11:53AM 21   we're fine with allowing them to go first, as long as we go

11:53AM 22   second, fall back into our spot, and we will give them up to two

11:53AM 23   hours on an ongoing reconsideration basis.  We're going to see

11:54AM 24   how it works out.  We hope it does; and, if it does, we'll

11:54AM 25   continue to provide the same time to everybody.

11:54AM   1        THE COURT:  Andy, is that acceptable to you, up to two

11:54AM   2   hours on a case-by-case basis?

11:54AM   3        MR. LANGAN:  Well, yes.  I mean, I think that's

11:54AM   4   terrific, and we appreciate it.  We just -- I think

11:54AM   5   Mr. Cunningham, quite rightly, wanted to make sure that we didn't

11:54AM   6   want to get outside Pretrial Order 27 without telling Your Honor.

11:54AM   7        THE COURT:  I think that's fine, guys.

11:54AM   8        MR. CUNNINGHAM:  It's a informal agreement that we would

11:54AM   9   like to be able to change if things don't work out.

11:54AM  10        THE COURT:  Fair enough.  I appreciate your working it

11:54AM  11   out.  That's great.  As long as you all can work with those

11:54AM  12   limits, great; if there is a problem, let's put it back on the

11:54AM  13   agenda for another meeting.

11:54AM  14        Does anybody want to cover the privilege log for post -- and

11:55AM  15   I'm not sure, because we're cross-speaking with each other, it's

11:55AM  16   either post-incident or post litigation in-house communications.

11:55AM  17   I do want to get that clear because the language has been kind of

11:55AM  18   back and forth.

11:55AM  19        MR. HERMAN:  Steve Herman for the plaintiffs.

11:55AM  20        I might have to ask Anthony to help me out because he's more

11:55AM  21   familiar with the details, but I think the fundamental issue is

11:55AM  22   likely this, that we would like the Court's guidance because,

11:55AM  23   from our point of view, it's very hard to draw the line, and we

11:55AM  24   think that we understand that all communications is over broad

11:55AM  25   and unduly burdensome, and that's not a good line.  On the other

11:55AM 1  hand, we think that no communications is overly restrictive, and
11:55AM 2  that's not a good line either.  There has got to be some way --
11:55AM 3  and I don't have a solution, I think it's a very difficult issue
11:55AM 4  -- to try to draw the line.
11:55AM 5      But what we're concerned about, and this is something that I
11:56AM 6  understand came up in a deposition -- and Anthony can speak to
11:56AM 7  this more specifically, or we can provide a brief or whatever --
11:56AM 8  but the basic issue is they have a business decision or a
11:56AM 9  forensic decision or a PR decision.  Just because there is some
11:56AM 10 in-house counsel that's in the loop on that, if they don't even
11:56AM 11 have to list that on a privilege log, there is no way that we
11:56AM 12 would ever even know about it to even challenge the privilege.
11:56AM 13     I just want to make clear, we're not asking that every
11:56AM 14 communication be listed.  We understand that that's a problem.
11:56AM 15 But there has got to be some way that we can find out about
11:56AM 16 communications that may be highly relevant and clearly not
11:56AM 17 privileged, or at least arguably not privileged, and without
11:56AM 18 giving essentially unilateral control to the defendants on that
11:56AM 19 issue.  I think that's the issue we would like the Court's
11:56AM 20 guidance, to the extent possible.
11:56AM 21           THE COURT:  Well, as I read Andy's reply -- Andy --
11:57AM 22           MR. LANGAN:  Mr. Duffy is here for this purpose.
11:57AM 23           THE COURT:  I'm sorry.  Mr. Duffy's reply.
11:57AM 24           MR. DUFFY:  It was his signature.
11:57AM 25           THE COURT:  It was under Andy's signature, but let's

11:57AM 1  talk to the person who really drafted that letter.

11:57AM 2          MR. DUFFY:  That was actually somebody else, but he

11:57AM 3  couldn't make it today, so it's me.

11:57AM 4          THE COURT:  But here is what I'm reading, for both of

11:57AM 5  your purposes, and I'll ask you all to look at it.  As I

11:57AM 6  understand it, you all agree that if the communication was a

11:57AM 7  communication not for the purpose of obtaining legal advice, but

11:57AM 8  rather was a communication between BP employees that may have

11:57AM 9  been cc'd to in-house counsel, that is producible in the normal

11:57AM 10 course of business?

11:58AM 11         MR. DUFFY:  Right.  We've produced, and we were trying

11:58AM 12 to get an exact number, it's probably over a thousand documents

11:58AM 13 of that nature.  In other words, e-mails, what have you, where an

11:58AM 14 in-house counsel is involved or copied, and we've determined it's

11:58AM 15 not privileged, and we've produced it.

11:58AM 16     So we are not taking the position that everything that has

11:58AM 17 an in-house lawyer's name on it is privileged, by any means or

11:58AM 18 stretch of the imagination.

11:58AM 19     It is a line that needs to be drawn.  We just think it's a

11:58AM 20 line that Judge Barbier drew in November.  The plaintiffs asked

11:58AM 21 for all communications to be logged, and we said, no, you

11:58AM 22 shouldn't have to log communications with counsel post

11:58AM 23 April 20th, and that's what he ruled.

11:58AM 24     There is always -- you know, there is the hypothetical fear

11:58AM 25 that, well, yes, if we don't see it on a log, how are we going to

11:58AM  1    challenge it, but that's the decision that was made.

11:58AM  2          THE COURT:  Well, I guess what I'm trying to get at here

11:58AM  3    is this.  You all are reviewing your document production

11:58AM  4    including documents that contain cc's or otherwise that may have

11:59AM  5    gone to in-house or external counsel.

11:59AM  6          MR. DUFFY:  That's right.

11:59AM  7          THE COURT:  You are reviewing those documents for

11:59AM  8    privilege.

11:59AM  9          MR. DUFFY:  Correct.

11:59AM 10          THE COURT:  You are producing those documents which are

11:59AM 11    aimed at something other than obtaining legal advice.

11:59AM 12          MR. DUFFY:  Yes.

11:59AM 13          THE COURT:  My question to the Plaintiffs' Steering

11:59AM 14    Committee is as follows:  Would you all be satisfied with an

11:59AM 15    affidavit to that effect?

11:59AM 16          MR. HERMAN:  I think probably not.  I'm reluctant as to

11:59AM 17    how to address this issue because I have an understanding of what

12:00PM 18    occurred during a deposition, and, under PTO 14, I'm not sure

12:00PM 19    exactly what I can talk about and what I can't.

12:00PM 20          I understand that they have tried to claw back the key

12:00PM 21    document in question that really spurred this whole debate; but,

12:00PM 22    just talking in generalities, and this is my understanding -- and

12:00PM 23    maybe Mr. Cunningham or Anthony can correct me if I'm wrong --

12:00PM 24    but my understanding is taking the deposition about the

12:00PM 25    investigation, and a document that was produced to us, they claim

12:00PM 1   now inadvertently, that I don't believe says attorney-client

12:00PM 2   privilege on it -- but that's another issue -- you know, talked

12:00PM 3   about the scope of the investigation.  My understanding is in the

12:00PM 4   deposition they said, oh, well, because an attorney was present,

12:00PM 5   it's privileged.  And the document is inadvertently disclosed,

12:00PM 6   and that's privileged and we want it back.

12:00PM 7       Well, that seems to us to arguably be not privileged because

12:01PM 8   just because an attorney happened to be there, not necessarily

12:01PM 9   soliciting that attorney's advice, it regards the scope of the

12:01PM 10  investigation, which is critical to the entire case.  You know,

12:01PM 11  we would have never found out about their decision to do this if

12:01PM 12  they hadn't, quote, unquote, inadvertently given us the document,

12:01PM 13  which we don't think was privileged in the first place.

12:01PM 14      So that raises the issue, wait a second, if they are

12:01PM 15  withholding this, what else do we not know about.  That's what

12:01PM 16  really sprung the whole issue.

12:01PM 17          THE COURT:  Let me comment that maybe you should let me

12:01PM 18  see that document so I can more fully join in the conversation,

12:01PM 19  because I think that will be helpful.

12:01PM 20          MR. IRPINO:  Your Honor, if I can address.  I think,

12:01PM 21  what we can talk about -- Anthony Irpino for the Plaintiffs'

12:01PM 22  Steering Committee.

12:01PM 23      What we can talk about in terms of not the document, we'll

12:01PM 24  leave the document aside, but the deposition testimony relative

12:01PM 25  to the document, I think, gives some background as to what we're

12:02PM   1   talking about.  This was in Mr. Lucas' deposition.

12:02PM   2       He had been provided a document in preparation for his

12:02PM   3   deposition.  So, naturally, we had questions about everything

12:02PM   4   that he reviewed in preparation for his testimony.

12:02PM   5       This is what's interesting, and this is what's illustrative

12:02PM   6   of the type of problem that we are facing.  We're not saying

12:02PM   7   anything untoward is going on here or that there is anything

12:02PM   8   hiding, but, as a natural consequence of this privilege process,

12:02PM   9   you have lawyers who are reviewing them, some are more aggressive

12:02PM  10   than others, some have a different point of view as to what's

12:02PM  11   privileged and what's not, so we have different results.

12:02PM  12       But relative to this document, he looked at it in advance of

12:02PM  13   the deposition, reviewed it, so we thought, number one, that's

12:02PM  14   fair game, regardless or not of attorney-client privilege.

12:02PM  15       But, secondly, the substance of it, to us, really went far

12:03PM  16   outside of anything that could be claimed as attorney-client

12:03PM  17   privilege.  Mr. Bly, the head of the IIT, had been trying to get

12:03PM  18   this exception relative to -- relative to the GDP, the group

12:03PM  19   defined practices, of the investigation.  They were trying to not

12:03PM  20   to have to go into an issue that they wanted to.

12:03PM  21       What was said was, "Did you bring that to Mr. Bly's

12:03PM  22   attention, the second discussion, after you looked at the GDP?"

12:03PM  23       "I don't remember" -- this is from page 376 of the depo.  "I

12:03PM  24   don't remember the exact timing, but we reviewed the whole thing,

12:03PM  25   then we talked about all three of the exceptions."

12:03PM 1      "You and Mr. Bly?"

12:03PM 2      "Yes."

12:03PM 3      "Was anyone else in the conversation?"

12:03PM 4      "Counsel."

12:03PM 5      "Mr. Bondi?"  (Spelled phonetically)

12:03PM 6      "No."

12:03PM 7      "Whom, then?"

12:03PM 8      That's when the objection was made at the deposition, "Given

12:03PM 9   that counsel was involved, I'm going to instruct the witness not

12:03PM 10  to answer."

12:03PM 11     And it was, in fact, in-house counsel, not outside counsel.

12:03PM 12  The way it came across was that they literally just said, we need

12:04PM 13  to bring in an in-house counsel to be here while we discuss this.

12:04PM 14     Again, it's the same post April 20th concern, that just by

12:04PM 15  bringing an in-house counsel in, and these in-house counsels who

12:04PM 16  generally wear multiple hats within their corporation, some as

12:04PM 17  people who advice financially, some substantively other issues.

12:04PM 18     Then that brings us in or tumbles us into another issue

12:04PM 19  we've had through our multiple meet and confers with BP -- which

12:04PM 20  have gone very well, by the way -- relative to privilege.  We're

12:04PM 21  going to be getting supplemental privilege logs from BP where

12:04PM 22  they are now deprivileging -- I don't know the exact word --

12:04PM 23          THE COURT:  I think it's depriviligizing.

12:04PM 24          MR. ROY:  How about producing?

12:04PM 25          MR. IRPINO:  Producing.  If it's de, there's probably a

12:04PM 1    hyphen in that.

12:04PM 2         -- but a fairly significant number of documents today that

12:04PM 3    were previously on the log, that there has been a --

12:05PM 4              MR. DUFFY:  Further review.

12:05PM 5              MR. IRPINO:  -- further review, and now are going to be

12:05PM 6    produced.  That's been through the meet and confer process, and

12:05PM 7    it's been very successful.  We've mentioned to BP some of these

12:05PM 8    documents that we would like them to take a look at, they've

12:05PM 9    taken a look at that, done a further review, and now we're going

12:05PM 10   to be getting today, is my understanding, a whole new set.

12:05PM 11        Well, we wouldn't have been able to even -- I mean, this is

12:05PM 12   a process whereby we went through the privilege log --

12:05PM 13             THE COURT:  I understand.

12:05PM 14             MR. IRPINO:  -- and said, this one, that one, this one.

12:05PM 15   That would have never occurred.

12:05PM 16        I don't think that BP was doing anything trying to hide

12:05PM 17   something awful, but that whole potential for that process to

12:05PM 18   have occurred is not possible under the current scenario, and so

12:05PM 19   that's some of the bases by which we are looking at this.

12:05PM 20             THE COURT:  What I would like you to do, Anthony, is let

12:05PM 21   me have a copy of the particular document that you're talking

12:05PM 22   about, as well as the pages of the deposition where the

12:06PM 23   discussion take place.

12:06PM 24             MR. HERMAN:  We'll submit that under seal.

12:06PM 25             THE COURT:  You can just submit it to me in an envelope.

12:06PM 1   It's not going any further.

12:06PM 2           MR. HERMAN:  Thank you.

12:06PM 3           MR. IRPINO:  I have the pages of the depo.

12:06PM 4           THE COURT:  That will be fine.  Is the document

12:06PM 5   attached?

12:06PM 6           MR. IRPINO:  I did not want to do that because I read

12:06PM 7   that as being the sequester --

12:06PM 8           MR. DUFFY:  If you would just tell us what you handed

12:06PM 9   her, that would be great.

12:06PM 10          THE COURT:  He handed me deposition of Mr. Lucas,

12:06PM 11  pages 340 through 379.  I guess, Tim, I'm going to ask you to let

12:06PM 12  me see the document that was at issue.

12:06PM 13          MR. DUFFY:  Sure.  Your Honor, this issue is --

12:06PM 14  obviously, the issue raised in the letter is much broader than

12:06PM 15  just this document.

12:06PM 16          THE COURT:  Absolutely, but it will give me the flavor.

12:06PM 17          MR. DUFFY:  But we're happy to have the Court take a

12:06PM 18  look and resolve the issue as to document.

12:06PM 19      Let me just say for the record here, this notion that

12:06PM 20  somehow outside counsel aren't entitled to privilege

12:07PM 21  consideration, I think we need to set that aside.  I think

12:07PM 22  everyone realizes that is pretty much a red herring.

12:07PM 23      It is not surprising to me that were we to log all the post

12:07PM 24  April 20th counsel communications, they could find something on

12:07PM 25  that list that they disagree with and want to fight about.  The

12:07PM 1    question is a very practical one, should we have to do that, and

12:07PM 2    do we want to have those fights, given our limited time.

12:07PM 3         If we change the rule, we have to go back and look at all of

12:07PM 4    the things that we've now produced so far.  We have to do it all

12:07PM 5    going forward.  I think the letters from us and the other

12:07PM 6    parties, too, do a good job of setting out the burden, which

12:07PM 7    would be fairly substantial.

12:07PM 8         Happy to look at it in this isolated incident, and if there

12:07PM 9    is a document or documents that need to be produced, that's fine.

12:07PM 10   But I think we should keep the protections of PTO 14 as they are.

12:07PM 11              THE COURT:  Thank you very much.

12:07PM 12              MR. DUFFY:  Thanks.

12:07PM 13              THE COURT:  Are y'all ready for a further list of

12:08PM 14   deponents to start looking for?  Everybody's favorite part of the

12:08PM 15   meeting, right?  More work.

12:08PM 16        First would be David McKay, he's the DNV marine surveyor, BP

12:08PM 17   requesting.  Pat Campbel, C-A-M-P-B-E-L, with EVP, BP requesting.

12:08PM 18   Next is Fred Dupreist, D-U-P-R-I-E-S-T, Exxon Mobil, BP is

12:09PM 19   requesting.  Tim Probert, P-R-O-B-E-R-T, with Halliburton.

12:09PM 20            It's Dr. Kris, K-R-I-S, Ravi, R-A-V-I, with Halliburton.

12:09PM 21   Tommy Roth, R-O-T-H, with Halliburton.  Vincent Tabler,

12:09PM 22   T-A-B-L-E-R, with Halliburton.  Neil Adams, he's a petroleum

12:10PM 23   engineer and independent consultant.  Andy, BP is requesting him.

12:10PM 24        Darryl, D-A-R-R-Y-L, Bourgoyne -- didn't we cover him

12:10PM 25   already?  Seems like we did -- B-O-U-R-G-O-Y-N-E, with

12:10PM 1   LSU Department of Petroleum Engineering.  Andy, BP is requesting

12:10PM 2   him.

12:10PM 3        Mayank, M-A-Y-A-N-K, Tyagi, T-Y-A-G-I, also LSU Department

12:10PM 4   of Petroleum Engineering.  BP, again, requesting.

12:10PM 5        Why don't we make that our hit parade for next week.  Andy,

12:11PM 6   if they are independent but you're requesting them, I'm going to

12:11PM 7   put the burden on you.

12:11PM 8             MR. LANGAN:  It's on us to try to find them.

12:11PM 9             THE COURT:  Right.

12:11PM 10            MR. LANGAN:  Thank you, Your Honor.

12:11PM 11            THE COURT:  The others, if they are Halliburton,

12:11PM 12   obviously, Alan and Don, I'm going to ask you to contact them and

12:11PM 13   see if you can obtain dates for them.  That's 11 more people for

12:11PM 14   next week.

12:11PM 15            MR. CUNNINGHAM:  Your Honor, were the Halliburton

12:11PM 16   witnesses requested by BP?

12:11PM 17            THE COURT:  They were.  I'm sorry, Tabler was requested

12:11PM 18   by Transocean.  The other Halliburton witnesses were requested by

12:11PM 19   BP.

12:12PM 20            MR. YORK:  Your Honor, you said you had 11 names?

12:12PM 21            THE COURT:  I'm sorry.  Let's see, one, two, three,

12:12PM 22   four, five, six, seven, eight, nine, ten, eleven.

12:12PM 23        Oh, no, you're right.  Just 10.  10.  Sorry about that.  I

12:12PM 24   can't even count today.

12:12PM 25        Do you want more than that, or no?  That should keep you

12:12PM 1   busy?

12:12PM 2          MR. CUNNINGHAM:  That should keep us busy.

12:12PM 3          THE COURT:  Does anybody have anything else that we have

12:12PM 4   not covered, because that's the end of my agenda?  Call it a day.

12:12PM 5          MR. LANGAN:  9:30 next week, Your Honor?

12:12PM 6          THE COURT:  9:30 next week.  I'm hoping we're going to

12:12PM 7   get to the point where we can take a Friday off.  What do you

12:12PM 8   think?  Be thinking about that.

12:12PM 9          MR. HERMAN:  No objection, Your Honor.

12:12PM 10         MR. LANGAN:  Good Friday for sure.  I would make that

12:12PM 11  request.  Maybe that's already the case.

12:13PM 12         THE COURT:  I think we already didn't schedule a

12:13PM 13  Good Friday session, correct?

12:13PM 14         THE DEPUTY CLERK:  No, we did not.

12:13PM 15         THE COURT:  We did not schedule a Good Friday session.

12:13PM 16         MR. UNDERHILL:  Let it be known that Good Friday is the

12:13PM 17  anniversary of the Exxon VALDEZ, so, in honor of this case, we

12:13PM 18  should take it off.

12:13PM 19         THE COURT:  We should.  You're absolutely right.  Not to

12:13PM 20  mention that we just take Good Friday off.  In New Orleans, we do

12:13PM 21  that.

       22          (WHEREUPON, at 12:13 p.m., the proceedings were

       23  concluded.)

       24                        *    *    *

       25

```
1                         REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                          s/Cathy Pepper
                            _____
14                          Cathy Pepper, CRR, RMR, CCR

15                          Certified Realtime Reporter

16                          Official Court Reporter

17                          United States District Court

18

19

20

21

22

23

24

25
```

## 1

**1** [8] - 15:19, 41:15, 42:15, 42:16, 42:17, 44:19, 60:11, 60:18
**10** [10] - 26:23, 37:9, 40:2, 40:9, 42:15, 42:16, 43:1, 44:20, 106:23
**10,000** [4] - 46:5, 46:6, 46:7, 47:10
**10-MD-2179** [1] - 1:6
**10-minute** [1] - 89:16
**1000** [1] - 4:22
**1001** [1] - 6:5
**10017** [1] - 6:16
**10153** [1] - 5:10
**10174** [1] - 5:21
**104** [1] - 52:7
**105** [3] - 8:20, 38:23, 52:7
**107** [1] - 8:21
**11** [5] - 1:7, 9:2, 35:21, 106:13, 106:20
**1100** [1] - 3:7
**12** [5] - 6:15, 33:24, 71:15, 73:12, 73:13
**1201** [1] - 4:9
**12:13** [1] - 107:22
**12th** [1] - 31:5
**12TH** [1] - 6:15
**13** [5] - 19:7, 19:19, 19:21, 33:24, 74:3
**1300** [1] - 4:18
**1331** [1] - 4:12
**13th** [1] - 19:15
**14** [7] - 19:16, 19:19, 19:21, 33:24, 74:3, 99:18, 105:10
**15** [3] - 19:16, 33:24, 71:15
**16** [9] - 8:6, 19:7, 26:19, 26:20, 33:24, 48:13, 72:12, 72:15, 72:16
**1601** [1] - 1:24
**1615** [1] - 4:18
**1665** [1] - 4:12
**16th** [1] - 28:19
**17** [6] - 26:19, 26:20, 33:24, 72:12, 72:15, 72:16
**1700** [1] - 4:9
**17th** [1] - 28:19
**18** [6] - 8:7, 8:21, 16:16, 34:6, 34:8, 34:21
**19** [4] - 16:16, 30:15, 30:19, 33:24

## 2

**2** [5] - 15:19, 17:9, 17:15, 18:6, 60:8
**20** [9] - 1:5, 30:15, 30:19, 33:24, 41:8, 71:16, 73:13, 73:16
**200** [1] - 6:5
**2007** [1] - 4:17
**201** [1] - 5:13
**2010** [1] - 1:5
**2011** [3] - 1:7, 8:21, 9:2
**2012** [1] - 51:9
**20th** [5] - 38:3, 83:21, 98:23, 102:14, 104:24
**21** [8] - 19:23, 20:3, 33:24, 69:15, 69:16, 73:13, 73:14, 73:16
**21-22** [1] - 75:8
**2179** [7] - 91:14, 91:25, 92:8, 92:21, 93:2, 93:23, 94:18
**2185** [9] - 91:1, 91:3, 91:9, 91:19, 92:21, 93:1, 93:20, 93:25, 94:22
**21st** [1] - 74:19
**22** [10] - 19:23, 20:3, 33:24, 46:20, 58:8, 58:11, 59:12, 59:21, 69:15, 69:16
**22nd** [1] - 74:19
**23** [4] - 33:24, 64:2, 73:3, 73:6
**233** [1] - 5:24
**23rd** [4] - 18:11, 25:11, 27:6, 63:21
**24** [8] - 8:8, 8:9, 33:24, 64:2, 73:3, 73:6, 73:12, 73:13
**24th** [3] - 18:12, 27:6, 63:21
**25** [6] - 33:20, 33:24, 34:2, 46:20, 48:14, 64:10
**25th** [1] - 83:21
**26** [8] - 8:10, 34:22, 37:23, 45:2, 45:3, 49:9, 49:20, 64:10
**27** [8] - 17:11, 19:7, 38:11, 49:19, 88:22, 95:11, 96:6
**28** [5] - 17:11, 25:14, 25:15, 25:17, 33:24
**29** [10] - 19:10, 19:11, 19:13, 25:14, 25:15, 25:17, 38:11, 38:17,
49:23, 49:24
**2929** [1] - 5:17
**2990** [1] - 2:4
**2nd** [3] - 63:6, 63:7, 63:19

## 3

**30** [12] - 19:7, 19:10, 19:11, 19:13, 38:22, 39:10, 50:22, 50:23, 51:1, 52:6, 52:17, 55:8
**30(b)(6** [19] - 25:25, 31:4, 33:4, 33:7, 46:25, 52:1, 54:12, 54:16, 54:23, 56:10, 60:1, 60:24, 61:2, 61:6, 61:18, 62:11, 65:9, 65:19, 74:8
**30(B)(6** [3] - 8:11, 8:13, 8:14
**30(b)(6)** [4] - 46:1, 53:16, 56:22, 57:23
**30(b)(6)'s** [1] - 62:16
**30(B)(6).....................
..............** [1] - 8:12
**300** [1] - 3:21
**31** [1] - 33:24
**32** [5] - 36:3, 57:10, 57:11, 58:8, 59:5
**33** [2] - 8:11, 33:24
**34** [1] - 33:25
**340** [1] - 104:11
**3450** [1] - 6:12
**35** [3] - 33:25, 39:11, 59:2
**36130** [1] - 2:14
**365** [1] - 2:4
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 3:7
**376** [1] - 101:23
**379** [1] - 104:11

## 4

**4** [5] - 18:10, 21:9, 21:11, 21:23, 70:13
**4000** [1] - 4:22
**405** [1] - 5:21
**41ST** [1] - 6:15
**42ND** [1] - 5:17
**450** [1] - 2:9
**4th** [5] - 21:17, 32:13, 32:16, 83:23, 83:25

## 5

**5** [9] - 21:9, 21:11, 21:23, 21:24, 60:9, 70:13
**500** [2] - 6:12, 7:4
**5000** [1] - 3:17
**501** [1] - 2:13
**504** [1] - 7:5
**510** [1] - 2:20
**5395** [1] - 2:9
**546** [1] - 4:4
**556** [1] - 1:18
**57** [1] - 8:12
**5800** [1] - 5:24
**589-7779** [1] - 7:5
**59** [1] - 48:8
**5th** [3] - 24:5, 32:13, 32:16
**5TH** [1] - 8:8

## 6

**6** [9] - 21:9, 21:11, 21:24, 23:10, 35:3, 70:13, 70:14, 70:15, 70:16
**60** [2] - 8:13, 48:4
**60606** [1] - 5:24
**60654** [1] - 3:22
**65** [1] - 8:14
**6th** [2] - 17:16, 23:1

## 7

**7** [8] - 17:19, 23:10, 29:15, 29:16, 29:22, 70:14, 70:15, 70:16
**701** [2] - 2:17, 3:17
**70112** [1] - 4:19
**70113** [1] - 1:21
**70130** [4] - 2:5, 2:18, 4:5, 7:4
**70139** [1] - 3:18
**70163** [1] - 3:8
**70170** [1] - 5:14
**70433** [1] - 2:21
**70502** [1] - 1:18
**70505** [1] - 6:5
**71** [1] - 8:15
**72** [1] - 8:16
**75270** [1] - 4:10
**76** [1] - 8:17
**767** [1] - 5:9
**77002** [2] - 4:23, 6:13
**77010** [1] - 4:13
**77019** [1] - 5:17

## 7TH

**7TH** [1] - 2:9
**7th** [8] - 17:1, 17:16, 23:2, 29:19, 30:5, 74:11, 74:16

## 8

**8** [5] - 17:19, 29:15, 29:16, 29:22, 35:15
**820** [1] - 1:21
**8th** [4] - 17:16, 30:5, 74:11, 74:16

## 9

**9** [2] - 8:5, 26:23
**9,000** [1] - 42:3
**94102** [1] - 2:10
**95** [1] - 8:18
**96** [2] - 8:19, 17:15
**98** [1] - 72:21
**99** [1] - 72:21
**9:30** [4] - 1:7, 8:21, 107:5, 107:6

## A

**A.M** [1] - 1:7
**A.M....** [1] - 8:21
**abdicate** [1] - 79:19
**Aberdeen** [1] - 22:21
**ability** [3] - 46:22, 91:14, 108:8
**able** [12] - 22:4, 32:20, 44:25, 46:6, 51:18, 51:25, 55:4, 57:3, 60:9, 60:10, 96:9, 103:11
**above-entitled** [1] - 108:9
**ABS** [1] - 76:2
**absolutely** [5] - 23:20, 77:15, 79:14, 104:16, 107:19
**abundance** [1] - 40:16
**acceptable** [3] - 34:19, 34:20, 96:1
**accepted** [1] - 65:17
**access** [3] - 42:12, 84:12, 84:18
**accommodate** [1] - 10:12
**accommodation** [1] - 76:21
**accordance** [1] - 92:9
**accuracy** [1] - 12:24
**accurate** [3] - 11:19, 12:21, 12:24

acknowledged [1] - 70:24
**ACTION** [1] - 1:6
action [2] - 52:20, 53:9
**ACTIONS** [1] - 1:9
activity [1] - 54:21
actual [2] - 17:3, 39:11
Adams [1] - 105:22
Add [3] - 65:23, 65:24, 66:7
add [1] - 55:24, 59:9, 66:16
addition [1] - 80:23
additional [12] - 60:6, 60:14, 60:19, 71:14, 77:5, 78:14, 85:24, 86:18, 92:2, 92:14, 94:6, 94:8
address [9] - 51:2, 52:24, 56:6, 59:6, 75:22, 90:25, 93:10, 99:17, 100:20
addressed [2] - 57:10, 80:25
addressee [1] - 79:17
addressing [1] - 12:4
adequately [1] - 94:18
admissible [1] - 92:21
admission [1] - 54:2
admissions [1] - 54:17
admit [2] - 54:3
admitted [1] - 28:11
advance [1] - 101:12
advances [1] - 46:2
advantage [3] - 82:1, 83:6, 83:7
advice [4] - 98:7, 99:11, 100:9, 102:17
advise [1] - 91:20
advised [8] - 26:1, 57:24, 71:13, 71:14, 87:3, 87:18, 93:1, 95:3
affidavit [3] - 78:4, 78:18, 99:15
afraid [1] - 52:25
afternoon [3] - 63:19, 65:20, 66:25
agency [1] - 26:6
agenda [6] - 16:10, 26:1, 56:23, 86:19, 96:13, 107:4
**AGENDA** [1] - 8:3
aggressive [1] - 101:9
ago [3] - 35:23, 85:21
agree [16] - 9:19, 13:5, 17:4, 41:16, 41:22, 42:15, 49:22, 55:7,

55:20, 69:5, 69:17, 75:19, 80:4, 81:15, 95:14, 98:6
agreement [13] - 10:3, 10:5, 10:22, 13:12, 31:19, 33:20, 51:8, 56:7, 56:17, 81:13, 83:16, 86:20, 96:8
agrees [1] - 46:15
ahead [13] - 15:2, 15:25, 16:4, 20:6, 24:13, 24:20, 24:23, 51:3, 53:20, 59:14, 66:23, 81:13, 90:10
aim [1] - 47:21
aimed [1] - 99:11
**AIRBORNE** [1] - 6:3
**AL** [2] - 1:25, 2:14
**AI** [1] - 60:4
**ALABAMA** [1] - 2:12
**ALAN** [2] - 4:12, 5:20
Alan [4] - 62:10, 62:21, 66:17, 106:12
**ALBERT** [1] - 6:15
**ALEXANDER** [1] - 5:23
**ALL** [1] - 1:9
**ALLAN** [2] - 2:17
allegation [1] - 53:12
allegations [2] - 51:10, 53:9
allegedly [1] - 51:11
**ALLEN** [2] - 5:17, 6:12
allocated [2] - 51:9, 88:25
allowing [1] - 95:21
allows [1] - 95:11
almost [4] - 9:17, 23:24, 88:17, 89:15
**ALSO** [1] - 6:11
amended [1] - 51:4
**AMENDMENT** [1] - 8:8
Amendment [1] - 24:2
**AMERICA** [6] - 3:10, 3:10, 3:11, 3:12, 3:14, 3:15
amount [2] - 51:9, 83:2
Anadarko [8] - 38:25, 51:1, 51:6, 52:11, 53:9, 53:21, 54:11, 57:17, 64:9, 86:15, 86:16
**ANADARKO** [2] - 4:15, 4:16
Anadarko's [1] - 59:5
analyses [6] - 35:5, 37:17, 41:1, 41:8, 41:9, 44:8
analysis [11] - 34:16,

40:10, 40:14, 40:18, 41:23, 42:23, 43:16, 48:7
analyze [1] - 44:1
**AND** [3] - 3:4, 4:17, 5:8
**ANDREW** [1] - 3:20
Andy [38] - 9:25, 10:23, 10:25, 16:17, 18:24, 19:10, 19:14, 20:2, 22:15, 23:18, 25:4, 30:8, 55:10, 55:20, 63:15, 65:25, 66:5, 69:22, 70:6, 71:5, 72:4, 72:5, 73:10, 73:20, 75:22, 76:8, 77:7, 77:8, 84:10, 85:3, 86:16, 90:14, 95:9, 96:1, 97:21, 105:23, 106:1, 106:5
Andy's [4] - 11:22, 12:14, 97:21, 97:25
anniversary [1] - 107:17
answer [6] - 38:15, 42:9, 47:14, 50:6, 50:7, 102:10
answering [1] - 42:22
answers [2] - 44:13, 79:20
**ANTHONY** [2] - 2:3, 6:18
Anthony [6] - 71:11, 96:20, 97:6, 99:23, 100:21, 103:20
anticipate [2] - 22:9, 63:21
anticipated [1] - 66:25
anticipating [2] - 68:15, 77:25
anyway [2] - 28:12, 70:18
apologies [1] - 88:20
apologize [2] - 42:10, 58:2, 58:10, 62:22
apology [1] - 13:25
appear [2] - 65:16, 67:1, 68:9
**APPEARANCES** [7] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
appeared [1] - 63:23
apples [1] - 88:1
appointed [1] - 12:17
appreciate [16] - 11:3, 11:20, 15:4, 15:13, 18:1, 30:7, 57:9, 62:4, 92:17, 92:19, 93:8, 93:10, 93:12,

95:7, 96:4, 96:10
approach [1] - 66:4
approaches [1] - 56:20
approaching [1] - 44:12
appropriate [8] - 46:25, 52:10, 54:1, 64:5, 64:6, 68:24, 87:19, 92:25
appropriately [5] - 14:22, 18:16, 56:9, 56:10, 94:18
April [16] - 25:10, 25:13, 31:5, 32:13, 32:16, 38:3, 70:13, 70:14, 70:15, 70:16, 75:9, 83:23, 83:25, 98:23, 102:14, 104:24
**APRIL** [1] - 1:5
area [6] - 45:21, 53:17, 56:9, 56:14, 61:20, 62:7
areas [2] - 48:21, 60:6
arguably [2] - 97:17, 100:7
arguing [1] - 44:3
Arnold [2] - 70:18, 70:23
arose [1] - 79:17
aside [2] - 100:24, 104:21
**ASKED** [1] - 8:5
aspect [1] - 54:25
assembly [3] - 45:17, 45:18, 50:4
asserted [1] - 15:1
assessment [2] - 37:17, 40:10
assessments [3] - 41:3, 41:20, 41:22
assigned [1] - 76:5
assistance [2] - 80:18, 85:1
associated [4] - 34:8, 34:16, 34:18, 47:5
assume [5] - 12:3, 24:14, 64:17, 73:19, 77:21
assumed [1] - 87:13
assuming [2] - 78:8, 84:4
assumption [1] - 77:22
**AT** [1] - 2:20
attach [1] - 32:9
attached [1] - 104:5
attachment [1] - 12:2
attempt [2] - 14:14,

45:3
attempting [1] - 13:2
attend [1] - 93:14
attending [2] - 23:25, 92:8
attention [4] - 31:16, 57:5, 71:20, 101:22
**ATTORNEY** [1] - 2:12
attorney [7] - 10:17, 87:10, 100:1, 100:4, 100:8, 101:14, 101:16
attorney's [1] - 100:9
attorney-client [2] - 100:1, 101:14, 101:16
**ATTORNEYS** [1] - 2:20
attorneys' [1] - 91:14
August [1] - 46:13
availability [5] - 25:9, 25:14, 73:1, 74:25, 75:14
available [11] - 21:11, 28:17, 29:22, 51:13, 61:20, 67:4, 69:5, 69:7, 69:19, 74:3, 94:22
**AVENUE** [6] - 1:21, 2:9, 2:13, 5:9, 5:13, 5:21
aware [5] - 46:2, 48:9, 53:21, 71:4, 87:11
awful [1] - 103:17

# B

**B-R-E-A-Z-E-A-L-E** [1] - 72:14
**B406** [1] - 7:4
**BABIUCH** [1] - 3:21
background [2] - 85:14, 100:25
backup [1] - 20:12
bad [1] - 37:8
bailiwick [1] - 76:16
Baker [1] - 66:16
Baker's [1] - 66:7
Barbier [7] - 15:13, 76:16, 79:3, 79:5, 85:1, 86:8, 98:20
Barbier's [2] - 79:21, 80:18
Barnett [4] - 66:24, 67:2, 67:5, 67:6
**BARROW** [1] - 5:16
based [7] - 51:10, 59:4, 61:18, 62:6, 73:11, 80:6, 91:10

**bases** [1] - 103:19
**basic** [2] - 48:6, 97:8
**basis** [6] - 80:5, 89:10, 92:15, 95:12, 95:23, 96:2
**Baxter** [5] - 18:5, 18:7, 19:22, 20:1
**bear** [1] - 22:22
**BEFORE** [1] - 1:12
**begin** [1] - 66:1
**begrudging** [1] - 46:22
**behalf** [4] - 26:1, 71:11, 87:20, 93:19
**behind** [4] - 52:15, 70:3, 79:10, 86:25
**BEN** [1] - 6:4
**benefit** [1] - 85:24
**BERTAUT** [25] - 4:4, 14:11, 16:7, 22:11, 22:14, 22:17, 22:20, 22:25, 23:5, 23:9, 23:12, 23:16, 23:18, 23:22, 61:7, 73:23, 73:25, 74:2, 74:7, 74:13, 74:16, 74:18, 74:22, 75:3, 75:11
**Bertaut** [2] - 14:8, 14:11
**Bertram** [1] - 61:11
**BERTRAM** [7] - 5:12, 61:11, 61:12, 61:15, 61:17, 62:3, 62:5
**best** [2] - 57:4, 108:8
**better** [9] - 38:13, 45:7, 48:25, 49:3, 82:12, 82:17, 83:9, 86:21, 88:19
**between** [7] - 14:6, 35:9, 54:8, 67:21, 73:12, 91:19, 98:8
**beyond** [2] - 53:23, 72:7
**big** [4] - 20:13, 23:14, 80:14, 85:3
**Bill** [1] - 90:23
**Billon** [2] - 63:22, 64:5
**BILLON** [1] - 63:22
**Bingham** [1] - 60:23
**bit** [2] - 25:25, 42:5
**black** [1] - 47:15
**BLANK** [1] - 5:19
**blinking** [1] - 13:17
**Bly** [2] - 101:17, 102:1
**Bly's** [1] - 101:21
**Board** [1] - 28:7
**board** [1] - 93:2
**BOCKIUS** [1] - 4:21
**BOEMRE** [1] - 26:4
**bond** [1] - 35:7

**Bondi** [1] - 102:5
**BONNER** [1] - 6:17
**BOP** [18] - 37:23, 37:25, 38:3, 38:4, 38:8, 38:13, 38:17, 47:2, 47:6, 47:9, 47:17, 47:25, 48:2, 48:10, 49:5, 50:4, 77:13, 79:17
**BOP's** [1] - 49:12
**bottom** [2] - 18:6, 28:13
**BOUNDS** [1] - 1:23
**Bourgoyne** [1] - 105:24
**BOURGOYNE** [1] - 105:25
**BOX** [1] - 1:17
**BP** [78] - 3:10, 3:10, 3:11, 3:12, 3:13, 3:14, 3:15, 10:21, 10:25, 11:13, 12:24, 13:2, 13:9, 14:7, 14:19, 25:4, 33:8, 40:9, 43:16, 45:9, 45:24, 46:2, 46:9, 49:12, 49:24, 49:25, 51:11, 51:20, 53:11, 56:5, 56:14, 56:22, 56:23, 58:16, 59:4, 59:25, 64:21, 65:25, 66:1, 70:6, 71:13, 76:6, 76:7, 76:12, 78:5, 80:8, 84:10, 84:11, 84:13, 86:23, 87:15, 91:9, 91:16, 91:19, 91:22, 92:2, 93:22, 94:6, 94:9, 94:10, 94:16, 94:20, 94:21, 94:25, 95:9, 98:8, 102:19, 102:21, 103:7, 103:16, 105:16, 105:17, 105:18, 105:23, 106:1, 106:4, 106:16, 106:19
**BP's** [4] - 11:18, 11:20, 13:8, 64:22
**Brad** [1] - 63:22
**BRANCH** [1] - 2:8
**break** [10] - 44:22, 68:12, 88:16, 88:17, 88:19, 89:11, 89:16, 89:20, 89:24, 95:10
**Breazeale** [2] - 72:9, 72:14
**BRIAN** [1] - 8:15
**Brian** [1] - 71:9
**bridge** [1] - 50:16

**brief** [3] - 89:17, 90:22, 97:7
**briefing** [1] - 71:23
**bring** [4] - 31:16, 94:23, 101:21, 102:13
**bringing** [1] - 102:15
**brings** [1] - 102:18
**broad** [7] - 46:17, 47:2, 47:25, 53:17, 54:19, 54:23, 96:24
**broader** [2] - 44:6, 104:14
**broadsides** [1] - 83:6
**brought** [1] - 71:19
**Brown** [4] - 25:2, 25:22, 25:23, 70:1
**Bryan** [1] - 64:14
**BUILDING** [1] - 5:20
**bumps** [1] - 83:2
**bunch** [2] - 9:9, 10:12
**burden** [2] - 105:6, 106:7
**burdensome** [3] - 47:16, 58:23, 96:25
**business** [4] - 20:16, 54:25, 97:8, 98:10
**busy** [3] - 67:16, 107:1, 107:2
**buzz** [1] - 30:4
**BY** [26] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:8, 2:13, 2:17, 3:6, 3:16, 3:20, 4:4, 4:8, 4:12, 4:18, 4:22, 5:9, 5:12, 5:16, 5:20, 5:23, 6:4, 6:11, 6:15, 7:6, 7:7
**Byzantine** [2] - 38:1, 45:6

## C

**C-A-S-T-E-L-L** [1] - 22:8
**CA** [1] - 2:10
**calendar** [12] - 17:17, 19:9, 20:8, 20:10, 20:25, 21:5, 21:7, 23:3, 26:14, 26:17, 64:11, 78:23
**call-in** [1] - 59:19
**CALLED** [1] - 9:4
**camera** [1] - 71:10
**CAMERON** [1] - 4:3
**Cameron** [16] - 10:8, 10:11, 10:12, 10:16, 10:20, 14:11, 15:3, 15:14, 22:12, 23:7, 51:20, 61:5, 74:8,

74:24, 77:8, 77:12
**Cameron's** [1] - 14:14
**CAMP** [1] - 2:17
**Campbel** [1] - 105:17
**CAMPBEL** [1] - 105:17
**CANAL** [2] - 2:4, 2:4
**candid** [1] - 81:17
**CANNON** [1] - 6:19
**cannot** [1] - 87:4
**canyon** [2] - 40:24, 43:9
**cap** [1] - 74:5
**capable** [1] - 42:22
**capital** [1] - 74:13
**care** [5] - 49:11, 50:12, 65:8, 69:14, 80:18
**cared** [1] - 14:5
**Carmelite** [13] - 10:8, 10:9, 11:25, 13:20, 14:8, 14:10, 14:11, 15:22, 22:16, 61:6, 72:4, 73:22, 74:12
**CARMELITE** [1] - 4:4
**CARONDELET** [1] - 4:4
**carry** [3] - 65:22, 66:7, 66:20
**Carter** [6] - 22:14, 22:20, 23:1, 23:8, 23:9, 73:22
**case** [19] - 17:23, 48:12, 57:6, 77:17, 89:10, 90:10, 91:15, 91:16, 91:25, 92:15, 94:14, 95:12, 96:2, 100:10, 107:11, 107:17
**case-by-case** [3] - 89:10, 95:12, 96:2
**Castell** [2] - 22:4, 22:7, 94:14
**catch** [2] - 41:5, 58:12
**catch-all** [1] - 58:12
**category** [1] - 66:19
**Cathleenia** [1] - 70:8
**Cathy** [2] - 108:3, 108:14
**CATHY** [1] - 7:3
**caught** [1] - 17:13
**caution** [1] - 40:16
**cautiously** [1] - 10:4
**caveat** [1] - 31:15
**caveats** [1] - 10:15
**cc** [1] - 15:23
**cc'd** [1] - 98:9
**cc's** [1] - 99:4
**CCR** [2] - 7:3, 108:14
**celebration** [1] - 21:12
**cement** [2] - 35:6,

35:7
**CENTER** [2] - 6:4, 6:12
**CENTRE** [1] - 3:7
**certain** [6] - 24:4, 24:5, 45:25, 74:22, 82:13, 87:10
**CERTAIN** [1] - 8:8
**certainly** [10] - 36:19, 46:2, 49:25, 50:14, 52:7, 53:20, 59:3, 80:8, 92:16, 93:6
**CERTIFICATE** [1] - 108:1
**CERTIFIED** [1] - 7:3
**Certified** [3] - 108:3, 108:4, 108:15
**certify** [1] - 108:7
**chain** [6] - 80:14, 87:14, 87:16, 88:4, 88:8, 88:9
**challenge** [3] - 31:22, 97:12, 99:1
**challenged** [1] - 14:1
**CHAMBERS** [1] - 5:16
**chance** [3] - 38:13, 68:18, 76:20
**Chandler** [1] - 64:14
**change** [5] - 24:7, 79:18, 80:22, 96:9, 105:3
**changed** [1] - 64:9
**changes** [3] - 64:13, 64:17, 64:18
**charge** [1] - 42:6
**CHARLES** [2] - 5:13, 5:13
**cheap** [1] - 81:2
**check** [7] - 28:20, 34:21, 60:5, 67:8, 67:25, 68:3, 78:23
**checked** [1] - 29:9
**checking** [1] - 66:1
**CHICAGO** [2] - 3:22, 5:24
**choices** [1] - 19:6
**choose** [5] - 31:23, 92:11, 92:13, 93:13, 93:14
**CHRYSLER** [1] - 5:20
**circle** [1] - 27:15
**circuitry** [1] - 48:18
**circulate** [1] - 78:23
**circulated** [5] - 62:20, 63:4, 63:6, 63:19
**circumstances** [1] - 38:9
**cited** [1] - 85:8
**CIVIL** [1] - 1:6, 2:8
**civil** [3] - 87:9, 87:15,

87:16
**claim** [1] - 99:25
**claimed** [1] - 101:16
**Claims** [3] - 12:12,
13:3, 13:8
**claims** [1] - 52:20
**class** [1] - 91:4
**clause** [1] - 51:22
**claw** [1] - 99:20
**cleanup** [1] - 75:1
**clear** [7] - 15:10,
42:19, 45:4, 46:15,
60:8, 96:17, 97:13
**clearly** [3] - 35:18,
40:21, 97:16
**clerical** [1] - 18:9
**CLERK** [2] - 9:7,
107:14
**client** [3] - 100:1,
101:14, 101:16
**client's** [1] - 82:3
**clients** [1] - 65:16
**close** [2] - 10:2, 10:22
**closed** [1] - 46:7
**closing** [1] - 46:7
**closure** [1] - 48:16
**CO** [1] - 5:23
**Coast** [3] - 12:12,
13:3, 13:8
**Cobalt** [3] - 31:12,
32:22, 32:23
**coherent** [1] - 36:15
**collaborative** [1] -
82:24
**colleagues** [2] - 81:1,
84:2
**collecting** [1] - 37:14
**collectively** [1] - 58:25
**combination** [2] -
56:19, 58:21
**combine** [2] - 42:14,
42:17
**combining** [2] - 42:18,
44:19
**comfortable** [1] -
41:19
**coming** [8] - 14:17,
23:11, 23:12, 30:12,
57:5, 68:15, 85:16,
94:10
**commend** [1] - 33:15
**comment** [2] - 11:3,
100:17
**comments** [6] - 9:25,
11:12, 11:23, 15:23,
89:25, 90:18
**Commission** [1] -
28:8
**committee** [1] - 63:18
**Committee** [6] - 14:7,

89:1, 89:7, 93:24,
99:14, 100:22
**communication** [8] -
15:7, 51:12, 56:8,
75:19, 97:14, 98:6,
98:7, 98:8
**communications** [9] -
35:4, 38:25, 96:16,
96:24, 97:1, 97:16,
98:21, 98:22, 104:24
**companies** [2] -
65:11, 65:24
**COMPANY** [3] - 3:11,
4:16
**company** [2] - 47:14,
49:25
**compensation** [2] -
36:5, 36:22
**complaints** [2] - 51:4,
51:5
**complete** [1] - 46:13
**completely** [1] - 79:19
**complex** [1] - 10:16
**compliance** [2] - 65:2,
65:6
**component** [5] - 38:3,
47:2, 47:3, 47:25
**components** [1] - 50:5
**compressed** [1] -
36:13
**COMPUTER** [1] - 7:7
**concept** [1] - 43:21
**concern** [1] - 102:14
**concerned** [4] - 54:2,
77:6, 83:17, 97:5
**concerning** [2] -
56:15, 60:20
**concerns** [1] - 77:18
**concluded** [1] - 91:21,
107:23
**conclusions** [1] - 80:6
**concrete** [1] - 68:18
**conduct** [2] - 20:16,
35:7
**confer** [4] - 59:19,
78:19, 86:11, 103:6
**CONFERENCE** [1] -
8:21
**conference** [9] - 9:11,
23:14, 31:4, 61:13,
66:25, 70:10, 78:11,
78:20, 78:25
**conferences** [1] -
91:13
**conferred** [1] - 91:19
**conferring** [1] - 58:3
**confers** [1] - 102:19
**confident** [2] - 25:23,
80:16
**confined** [1] - 91:25

**confirm** [6] - 17:10,
22:5, 24:14, 24:21,
32:20, 94:21
**confirmation** [4] -
16:16, 29:13, 29:22,
60:14
**confirmed** [7] - 20:5,
24:8, 31:6, 31:15,
66:24, 91:22, 94:16
**confirming** [2] -
16:14, 94:20
**CONFIRMING** [1] - 8:6
**conflict** [3] - 18:14,
28:9, 61:13
**confused** [1] - 10:17
**congratulations** [1] -
34:2
**consequence** [1] -
101:8
**consider** [5] - 15:17,
32:11, 39:14, 85:4,
92:16
**consideration** [3] -
90:18, 91:8, 104:21
**considered** [1] - 34:17
**consistent** [1] - 91:12
**consultant** [2] - 85:6,
105:23
**consultants** [1] - 82:7
**consulting** [1] - 65:25
**contact** [5] - 53:1,
60:13, 70:3, 76:4,
106:12
**contacting** [1] - 65:10
**contain** [1] - 99:4
**contemplated** [1] -
56:17
**contend** [2] - 46:8,
48:20
**contention** [1] - 38:11
**context** [2] - 47:16,
84:16
**Continental** [3] -
37:11, 43:7, 43:9
**continue** [5] - 77:16,
82:24, 83:5, 92:7,
95:25
**CONTINUED** [6] - 2:1,
3:1, 4:1, 5:1, 6:1, 7:1
**continuing** [1] - 12:9
**contract** [1] - 60:12
**contracted** [1] - 78:5
**contracting** [2] - 81:7,
81:8
**contractor** [1] - 25:6
**contractors** [1] -
85:17
**contractual** [4] -
53:10, 53:13, 54:24
**Control** [1] - 32:18

**control** [2] - 51:15,
97:18
**controlling** [1] - 38:14
**convenient** [1] - 61:21
**Convention** [2] - 65:2,
65:6
**conversation** [3] -
44:9, 100:18, 102:3
**conversations** [1] -
32:19
**convey** [1] - 87:10
**conveyed** [1] - 54:21
**cooperate** [1] - 61:18
**cooperation** [1] -
77:12
**coordinate** [2] - 62:14,
66:1
**coordinated** [1] -
55:21
**coordinating** [1] -
91:18
**coordination** [1] -
55:13
**copied** [1] - 98:14
**copies** [1] - 94:4
**copy** [6] - 12:13,
70:17, 93:24, 94:1,
95:1, 103:21
**core** [1] - 40:9
**COREY** [1] - 2:13
**Corey** [1] - 52:13
**corporate** [7] - 31:21,
47:21, 49:6, 52:1,
54:6, 62:1, 81:19
**corporation** [2] - 47:1,
102:16
**CORPORATION** [5] -
3:12, 4:3, 4:15, 4:16,
5:19
**correct** [15] - 11:7,
14:19, 17:12, 27:2,
60:11, 63:12, 70:16,
72:16, 72:24, 73:18,
86:6, 99:9, 99:23,
107:13, 108:7
**cost** [3] - 35:16, 80:25,
81:2
**COTLAR** [1] - 1:20
**Counsel** [3] - 23:21,
63:6, 63:7
**COUNSEL** [1] - 1:16
**counsel** [30] - 17:23,
18:14, 20:23, 24:14,
24:21, 27:9, 27:17,
32:20, 36:16, 45:8,
59:6, 63:4, 63:10,
65:14, 70:4, 71:13,
97:10, 98:9, 98:14,
98:22, 99:5, 102:4,
102:9, 102:11,

102:13, 102:15,
104:20, 104:24
**counsels** [1] - 102:15
**count** [2] - 36:1,
106:24
**country** [2] - 27:3,
62:8
**couple** [9] - 10:1,
11:21, 16:25, 17:22,
18:2, 28:10, 28:19,
73:1, 73:2
**course** [7] - 14:19,
69:4, 85:10, 91:24,
92:23, 94:22, 98:10
**court** [3] - 28:2, 43:2,
76:23
**Court** [29] - 10:6,
14:17, 14:20, 14:21,
14:23, 15:12, 15:15,
15:17, 17:23, 31:20,
55:11, 60:5, 63:3,
82:16, 85:1, 85:23,
87:11, 87:21, 90:25,
91:20, 95:13,
104:17, 108:4,
108:5, 108:6,
108:16, 108:17
**COURT** [317] - 1:1,
7:3, 9:4, 9:8, 9:14,
9:19, 10:9, 10:18,
10:23, 11:7, 11:16,
11:21, 12:9, 12:14,
12:19, 13:6, 13:10,
13:16, 13:20, 13:25,
15:22, 16:8, 16:13,
16:22, 17:4, 17:8,
17:11, 17:13, 17:18,
17:25, 18:4, 18:7,
18:20, 18:22, 19:1,
19:4, 19:13, 19:18,
19:21, 19:24, 20:7,
20:13, 20:17, 20:21,
21:4, 21:10, 21:14,
21:18, 21:24, 22:2,
22:9, 22:16, 22:18,
22:24, 23:23, 24:3,
24:12, 24:18, 24:20,
25:8, 25:14, 25:21,
25:24, 26:8, 26:11,
26:18, 26:20, 26:22,
27:1, 27:5, 27:10,
27:16, 27:19, 27:22,
27:24, 28:1, 28:11,
28:15, 29:1, 29:4,
29:7, 29:11, 29:16,
29:18, 29:21, 29:25,
30:3, 30:7, 30:14,
30:16, 30:19, 30:24,
31:1, 31:3, 31:9,
31:25, 32:9, 32:14,

32:16, 32:22, 32:24, 33:2, 33:11, 33:18, 33:22, 34:1, 34:4, 34:21, 35:14, 36:2, 36:8, 36:17, 36:24, 37:3, 37:22, 39:13, 39:17, 39:19, 39:21, 40:22, 41:11, 41:16, 41:22, 41:25, 42:24, 43:3, 44:18, 45:1, 46:14, 47:23, 49:8, 49:15, 49:19, 49:23, 50:9, 50:12, 50:20, 51:3, 52:3, 52:18, 53:3, 53:17, 53:20, 54:14, 55:6, 55:17, 55:19, 56:11, 56:13, 56:21, 57:7, 57:9, 57:21, 57:23, 58:6, 59:11, 59:22, 60:4, 60:16, 61:4, 61:8, 61:14, 61:16, 62:2, 62:4, 62:9, 62:13, 63:1, 64:2, 64:8, 64:13, 64:19, 64:24, 65:1, 65:8, 65:22, 66:3, 66:5, 66:7, 66:12, 66:14, 66:17, 66:20, 67:2, 67:9, 67:12, 67:14, 67:18, 68:2, 68:7, 68:11, 68:22, 69:6, 69:10, 69:14, 69:20, 69:22, 70:2, 70:9, 70:12, 70:15, 70:21, 71:8, 71:16, 71:22, 71:25, 72:9, 72:11, 72:14, 72:17, 72:19, 72:23, 73:6, 73:9, 73:16, 73:20, 73:22, 73:24, 74:1, 74:5, 74:17, 74:20, 74:25, 75:5, 75:7, 75:12, 75:22, 75:25, 76:2, 76:7, 76:10, 76:14, 76:17, 76:24, 77:1, 77:15, 77:18, 77:24, 78:3, 78:7, 78:11, 78:22, 79:6, 79:10, 79:14, 80:4, 81:4, 81:15, 83:4, 83:10, 83:24, 85:2, 85:10, 85:12, 86:1, 86:6, 86:8, 86:14, 86:19, 87:7, 87:13, 87:23, 88:3, 88:11, 88:15, 89:3, 89:11, 89:15, 89:19, 90:2, 90:6, 90:9, 90:19, 91:2, 92:11, 92:19, 92:22, 93:3, 93:8, 93:12, 93:17,

94:3, 94:15, 95:2, 95:5, 95:7, 95:15, 96:1, 96:7, 96:10, 97:21, 97:23, 97:25, 98:4, 99:2, 99:7, 99:10, 99:13, 100:17, 102:23, 103:13, 103:20, 103:25, 104:4, 104:10, 104:16, 105:11, 105:13, 106:9, 106:11, 106:17, 106:21, 107:3, 107:6, 107:12, 107:15, 107:19
**Court's** [15] - 17:1, 18:9, 28:23, 31:16, 71:19, 79:20, 82:12, 83:6, 91:8, 91:12, 91:18, 92:10, 93:6, 96:22, 97:19
**court's** [1] - 91:12
**courtesy** [1] - 70:17
**courtroom** [1] - 15:4
**cover** [4] - 10:15, 37:25, 96:14, 105:24
**covered** [5] - 31:3, 41:14, 41:17, 54:13, 107:4
**COVINGTON** [1] - 2:21
**Cowie** [1] - 26:16
**Cowlam** [2] - 17:15, 18:23
**crack** [7] - 44:19, 49:8, 49:15, 57:14, 59:13, 62:22, 63:1
**crazy** [1] - 54:8
**created** [5] - 12:24, 12:25, 13:4, 13:8, 13:9
**creation** [1] - 34:9
**credit** [2] - 33:17, 35:1
**criminal** [3] - 87:3, 87:5
**critical** [2] - 77:13, 100:10
**critically** [1] - 52:1
**Crone** [2] - 75:13, 75:16
**cross** [2] - 50:16, 96:15
**cross-speaking** [1] - 96:15
**crossed** [1] - 38:24
**CRR** [2] - 7:3, 108:14
**crucial** [2] - 51:18, 51:24
**CSI** [6] - 25:3, 25:5,

66:7, 66:9, 66:14, 69:23
**Cunningham** [10] - 19:18, 19:24, 29:1, 30:16, 31:14, 67:18, 75:15, 95:17, 96:5, 99:23
**CUNNINGHAM** [32] - 1:23, 1:24, 19:19, 19:25, 21:20, 24:10, 24:17, 24:19, 25:13, 25:16, 29:3, 29:5, 29:17, 30:18, 31:14, 32:5, 32:13, 32:15, 32:17, 32:23, 33:1, 67:11, 67:19, 69:12, 73:5, 73:15, 75:15, 76:6, 95:17, 96:8, 88:8, 88:9
**current** [1] - 103:18
**custody** [6] - 80:15, 87:14, 87:16, 88:4, 88:8, 88:9
**cut** [2] - 56:2, 59:2

# D

**D-U-F-F-Y** [1] - 33:13
**DALLAS** [2] - 4:10, 6:12
**dandy** [3] - 11:13, 11:17, 29:7
**darned** [2] - 80:14, 88:23
**Darryl** [1] - 105:24
**DARRYL** [1] - 105:24
**DART** [9] - 2:19, 27:13, 27:17, 27:21, 52:21, 53:6, 55:1, 55:9, 55:23
**Dart** [4] - 52:15, 52:21, 53:6, 55:1
**dart** [3] - 52:16, 53:4, 55:14
**data** [1] - 34:10
**date** [14] - 14:9, 17:7, 18:8, 18:11, 20:2, 31:5, 31:6, 31:10, 32:17, 32:21, 63:21, 69:25, 70:1, 71:2
**dates** [38] - 18:16, 20:24, 22:14, 23:2, 24:8, 24:14, 24:21, 27:7, 28:16, 28:19, 29:7, 29:12, 30:8, 30:23, 31:12, 31:15, 32:12, 44:23, 64:9, 65:3, 65:7, 65:11, 66:23, 67:3, 68:1,

68:9, 68:15, 69:7, 71:6, 72:2, 72:10, 73:1, 74:2, 74:7, 74:11, 74:15, 83:8, 106:13
**DAUPHIN** [1] - 1:24
**DAVID** [1] - 6:19
**David** [6] - 17:9, 25:2, 25:22, 25:23, 74:13, 105:16
**days** [2] - 73:2, 73:12
**de** [1] - 102:25
**deadlines** [2] - 91:15, 94:19
**deal** [4] - 18:10, 42:22, 56:2, 82:17
**dealing** [3] - 41:3, 45:16, 48:13
**debate** [1] - 99:21
**decide** [2] - 49:6, 52:17
**decided** [3] - 24:4, 71:18, 91:11
**decision** [10] - 35:6, 41:9, 52:11, 58:18, 58:19, 97:8, 97:9, 99:1, 100:11
**decision-maker** [1] - 58:18
**decision-makers** [1] - 58:19
**decisions** [2] - 34:8, 58:20
**declaratory** [1] - 53:8
**deep** [2] - 43:13, 43:21
**deeply** [1] - 14:5
**deepwater** [3] - 44:8, 44:10, 50:1
**DEEPWATER** [7] - 1:4, 3:4, 3:5, 40:23, 41:2, 41:4, 41:7
**defendants** [6] - 58:13, 59:1, 93:25, 94:13, 95:18, 97:18
**defense** [6] - 51:24, 53:2, 63:8, 63:9, 63:18, 89:1
**defer** [3] - 52:8, 68:16, 75:25
**define** [1] - 15:8
**defined** [1] - 101:19
**definite** [1] - 23:18
**definition** [1] - 15:9
**Denise** [1] - 63:16
**DENISE** [1] - 4:22
**DENNIS** [1] - 5:16
**Department** [3] - 80:16, 106:1, 106:3
**DEPARTMENT** [1] - 2:7

**depo** [3] - 31:21, 101:23, 104:3
**deponent** [2] - 24:6, 42:21, 46:11
**DEPONENTS** [1] - 8:8
**deponents** [6] - 22:10, 24:4, 93:23, 94:5, 94:25, 105:14
**DEPONENTS............. ................** [1] - 8:20
**depose** [3] - 47:8, 92:6, 94:18
**deposed** [4] - 66:21, 68:24, 69:3, 75:20
**deposition** [32] - 16:15, 24:21, 28:22, 29:6, 31:5, 32:4, 32:10, 40:13, 52:24, 54:23, 57:2, 69:4, 69:8, 70:11, 70:25, 71:2, 73:11, 74:3, 75:1, 91:20, 92:14, 97:6, 99:18, 99:24, 100:4, 100:24, 101:1, 101:3, 101:13, 102:8, 103:22, 104:10
**DEPOSITION............. ......** [1] - 8:6
**depositions** [14] - 18:22, 25:3, 51:25, 52:1, 53:2, 56:25, 65:10, 65:11, 67:20, 71:3, 72:2, 88:22, 92:8, 92:21
**DEPOSITIONS.......... .............** [1] - 8:14
**DEPOSITIONS.......... .............** [1] - 8:7
**deprivileging** [1] - 102:22
**deprivilizing** [1] - 102:23
**DEPUTY** [2] - 9:7, 107:14
**derivative** [1] - 93:19
**describe** [1] - 15:8
**described** [1] - 10:7
**description** [1] - 45:6
**descriptions** [1] - 15:11
**descriptive** [1] - 44:20
**descriptor** [3] - 40:12, 40:17, 43:15
**descriptors** [1] - 40:5
**deserves** [1] - 33:17
**design** [3] - 38:13, 48:6, 54:22
**designate** [2] - 56:14,

61:22
**designated** [2] - 57:1, 57:6
**designating** [1] - 63:21
**designation** [1] - 54:16
**designed** [1] - 38:5
**designee** [2] - 60:18, 63:22
**designees** [5] - 56:24, 59:16, 59:25, 61:6
**designer** [1] - 77:13
**designs** [3] - 46:2, 48:24, 49:1
**despite** [1] - 51:14
**details** [1] - 96:21
**determine** [1] - 92:5
**determined** [2] - 79:25, 98:14
**device** [3] - 38:12, 46:5, 46:25
**devices** [2] - 46:24, 48:18
**dial** [1] - 78:24
**dialed** [1] - 9:22
**Diane** [1] - 60:23
**difference** [1] - 79:23
**differences** [1] - 80:6
**different** [23] - 35:22, 36:7, 38:5, 38:18, 44:9, 45:10, 45:24, 46:8, 47:10, 48:3, 48:4, 50:5, 50:6, 56:18, 59:8, 71:7, 80:9, 81:25, 82:25, 86:23, 91:4, 101:10, 101:11
**difficult** [1] - 97:3
**difficulty** [2] - 38:4, 49:7
**direct** [1] - 84:18
**direction** [1] - 92:10
**directive** [1] - 68:10
**disadvantage** [2] - 14:12, 81:24
**disagree** [3] - 11:1, 17:2, 104:25
**disagreement** [1] - 9:12
**disagreements** [1] - 16:1
**disclose** [1] - 75:18
**disclosed** [1] - 100:5
**disconnected** [1] - 14:1
**discovery** [17] - 46:23, 46:24, 54:11, 54:13, 54:16, 55:3, 55:12, 55:14, 91:1, 91:18,

91:23, 92:7, 93:1, 93:7, 93:21, 94:7, 94:17
**discrepancies** [1] - 17:7
**discuss** [3] - 78:7, 89:12, 102:13
**discussed** [2] - 37:5, 92:13
**discussing** [1] - 45:4
**discussion** [5] - 34:18, 41:7, 59:9, 101:22, 103:23
**discussions** [3] - 61:19, 62:6, 82:22
**disguise** [1] - 38:16
**dismiss** [1] - 92:3
**dispute** [2] - 12:22, 15:5
**distinct** [1] - 91:7
**District** [3] - 108:6, 108:17
**DISTRICT** [2] - 1:1, 1:1
**divide** [1] - 58:24
**DIVISION** [1] - 2:8
**division** [1] - 87:10
**DNV** [9] - 66:8, 66:21, 81:18, 82:3, 83:19, 85:4, 85:8, 105:16
**DOCUMENT** [1] - 1:8
**document** [19] - 13:1, 54:1, 99:3, 99:21, 99:25, 100:5, 100:12, 100:18, 100:23, 100:24, 100:25, 101:2, 101:12, 103:21, 104:4, 104:12, 104:15, 104:18, 105:9
**documented** [1] - 34:12
**documents** [12] - 31:21, 71:12, 71:14, 91:24, 92:2, 98:12, 99:4, 99:7, 99:10, 103:2, 103:8, 105:9
**DOJ** [3] - 80:20, 87:3, 87:5
**DOMENGEAUX** [1] - 1:16
**Don** [4] - 16:14, 68:20, 68:22, 106:12
**DON** [2] - 3:16, 8:6
**DONALD** [1] - 4:8
**done** [23] - 9:15, 16:4, 17:21, 24:15, 38:8, 39:2, 40:8, 40:18, 41:3, 41:20, 42:7, 47:3, 53:12, 59:23,

63:5, 74:6, 81:18, 83:3, 85:22, 89:15, 89:16, 90:11, 103:9
**double** [1] - 71:3
**down** [16] - 10:9, 13:7, 13:15, 17:16, 18:11, 25:23, 29:12, 29:21, 36:13, 36:15, 40:3, 43:17, 56:24, 59:24, 75:7
**Dr** [1] - 105:20
**draft** [7] - 17:21, 55:21, 57:19, 62:15, 63:17, 63:23, 90:13
**drafted** [1] - 98:1
**drafting** [4] - 32:6, 36:4, 36:12, 62:10
**drag** [1] - 13:15
**draw** [2] - 96:23, 97:4
**drawings** [1] - 77:9
**drawn** [1] - 98:19
**drew** [1] - 98:20
**DRIL** [1] - 5:16
**DRIL-QUIP** [1] - 5:16
**drilling** [7] - 40:8, 40:19, 41:5, 44:8, 44:10, 50:1, 54:22
**DRILLING** [1] - 3:4
**DRIVE** [1] - 5:24
**drop** [1] - 37:18
**druthers** [1] - 11:9
**due** [2] - 45:5, 83:20
**Duffy** [4] - 33:9, 33:12, 53:3, 97:22
**DUFFY** [43] - 3:20, 33:10, 33:12, 33:19, 33:23, 34:2, 34:5, 34:22, 35:15, 36:3, 36:20, 36:25, 37:6, 37:23, 41:13, 41:19, 41:24, 42:1, 43:6, 44:3, 44:17, 46:19, 48:21, 49:13, 50:15, 53:19, 53:21, 54:24, 57:3, 57:8, 57:13, 57:22, 97:24, 98:2, 98:11, 99:6, 99:9, 99:12, 103:4, 104:8, 104:13, 104:17, 105:12
**Duffy's** [1] - 97:23
**duly** [1] - 81:5
**duplication** [1] - 92:20
**Dupree** [3] - 26:14, 26:15, 26:17
**Dupreist** [1] - 105:18
**DUPRIEST** [1] - 105:18
**during** [7] - 28:9, 40:19, 69:4, 88:5,

89:20, 89:24, 99:18
**duties** [1] - 60:12
**dynamic** [2] - 45:23, 46:8

## E

**E&P** [1] - 4:16
**e-mail** [4] - 10:14, 12:1, 60:15, 63:18
**e-mails** [1] - 98:13
**E-R-W-I-N** [1] - 22:20
**Earl** [4] - 72:19, 72:20, 72:23, 73:8
**early** [4] - 12:2, 28:25, 68:4, 91:9
**easier** [1] - 42:5
**easily** [1] - 34:6
**EAST** [1] - 6:15
**EASTERN** [1] - 1:1
**Eastern** [1] - 108:6
**easy** [1] - 39:23
**Eddy** [1] - 68:13
**educate** [3] - 44:6, 47:13, 54:5
**EDWARDS** [1] - 1:16
**effect** [1] - 99:15
**effort** [3] - 35:25, 47:1, 57:4
**eight** [2] - 58:24, 106:22
**either** [10] - 10:21, 13:1, 25:9, 37:7, 53:23, 54:15, 54:17, 62:14, 96:16, 97:2
**electronic** [1] - 48:17
**eleven** [1] - 106:22
**ELLIS** [1] - 3:19
**Ellis** [2] - 20:9, 26:16
**Ellison** [4] - 91:11, 93:1, 94:12, 94:23
**ELM** [1] - 4:9
**ELMO** [1] - 16:10
**elsewhere** [1] - 36:22
**employee** [2] - 47:13, 68:14
**employees** [2] - 30:22, 98:8
**encompasses** [1] - 40:21
**end** [10] - 11:8, 19:7, 20:11, 27:11, 30:12, 50:3, 67:22, 85:16, 94:20, 107:4
**endorse** [1] - 11:5
**ENERGY** [2] - 3:7, 4:7
**Energy** [2] - 65:23, 65:24
**engineer** [2] - 26:4,

105:23
**engineering** [4] - 45:23, 48:6, 77:9
**Engineering** [3] - 66:14, 106:1, 106:4
**Engineers** [1] - 66:13
**entertain** [1] - 95:13
**entertained** [1] - 92:24
**entire** [2] - 57:25, 100:10
**entirely** [1] - 23:24
**entities** [5] - 51:6, 51:10, 54:8
**entitled** [5] - 43:3, 43:4, 89:2, 104:20, 108:9
**entity** [1] - 31:23
**entry** [1] - 34:10
**envelope** [1] - 103:25
**envisioning** [1] - 83:10
**equal** [1] - 45:19
**equipment** [6] - 38:12, 45:10, 45:13, 45:15, 45:16, 50:11
**Erwin** [6] - 22:13, 22:14, 23:1, 23:6, 23:9, 73:22
**ERWIN** [1] - 23:6
**especially** [1] - 49:9
**ESQUIRE** [36] - 1:17, 1:20, 1:24, 2:3, 2:8, 2:13, 2:17, 3:6, 3:16, 3:20, 3:20, 3:21, 4:4, 4:8, 4:8, 4:9, 4:12, 4:18, 4:22, 5:9, 5:12, 5:16, 5:20, 5:23, 6:4, 6:11, 6:15, 6:17, 6:18, 6:19, 6:19, 6:21, 6:21, 6:22, 6:22, 6:23
**essentially** [2] - 54:7, 97:18
**establishing** [1] - 47:19
**etcetera** [3] - 28:8, 58:14
**evaluation** [1] - 38:2
**evaluations** [1] - 35:5
**evening** [1] - 16:5
**event** [3] - 26:12, 26:13, 72:1
**EVENT** [2] - 8:10, 8:16
**evidence** [1] - 82:1
**EVP** [1] - 105:17
**exact** [5] - 98:12, 101:24, 102:22
**exactly** [8] - 15:10, 28:15, 40:9, 41:25, 74:8, 74:22, 89:5,

99:19
**example** [3] - 46:1, 56:8, 95:20
**exceed** [1] - 45:19
**exception** [1] - 101:18
**exceptions** [1] - 101:25
**excuse** [2] - 27:13, 62:5
**exercise** [1] - 61:25
**exhibit** [1] - 32:10
**exist** [1] - 42:4
**existed** [1] - 49:2
**existence** [1] - 54:6
**existing** [1] - 54:13
**expand** [1] - 42:16
**expansive** [1] - 94:17
**expect** [4] - 22:24, 32:20, 42:21, 91:16
**expected** [1] - 67:6
**expects** [3] - 65:17, 65:18, 92:2
**expert** [1] - 75:17
**expert's** [1] - 78:18
**experts** [1] - 48:22
**explain** [1] - 39:20
**explained** [3] - 41:18, 43:4, 43:5
**explanation** [1] - 42:25
**EXPLORATION** [1] - 3:13
**explore** [1] - 46:23, 51:18, 51:25
**explored** [1] - 56:10
**express** [2] - 88:3, 88:4
**expressed** [1] - 79:5
**extend** [1] - 87:25
**extended** [1] - 56:1
**extent** [7] - 10:13, 12:22, 42:22, 45:25, 51:17, 92:8, 97:20
**external** [1] - 99:5
**extra** [2] - 35:19, 94:4
**extremely** [1] - 40:3
**Exxon** [2] - 105:18, 107:17

## F

**face** [2] - 43:19, 52:19
**Facility** [3] - 12:12, 13:3, 13:8
**facing** [1] - 101:6
**fact** [11] - 36:9, 47:19, 48:23, 51:14, 51:17, 51:19, 51:25, 75:18, 75:20, 88:24, 102:11

**factions** [1] - 91:5
**failed** [1] - 48:5
**fair** [8] - 11:19, 30:24, 31:2, 37:1, 49:3, 83:2, 96:10, 101:14
**fairly** [4] - 36:15, 80:16, 103:2, 105:7
**fairness** [1] - 43:11
**fall** [2] - 56:2, 95:22
**fallen** [3] - 62:22, 63:1, 70:3
**familiar** [1] - 96:21
**FAQ** [1] - 90:17
**FAQ's** [2] - 11:3, 12:5
**far** [6] - 47:22, 54:21, 77:6, 82:21, 101:15, 105:4
**fashion** [1] - 55:21
**fast** [1] - 33:22
**faster** [1] - 43:23
**faucets** [3] - 48:4, 48:8
**fault** [2] - 18:13, 58:4
**favor** [1] - 92:4
**favorite** [2] - 38:17, 105:14
**fear** [1] - 98:24
**February** [1] - 51:9
**federal** [1] - 80:21
**FEDERAL** [1] - 2:7
**feedback** [2] - 66:5, 82:6
**feet** [1] - 43:17
**Feinberg** [2] - 12:16, 12:25
**felt** [1] - 88:9
**few** [1] - 89:24
**FIFTH** [1] - 5:9
**fight** [1] - 104:25
**fights** [1] - 105:2
**figure** [5] - 22:2, 46:4, 52:23, 59:1, 85:13
**filed** [3] - 53:8, 76:12, 85:25
**filing** [1] - 85:15
**final** [3] - 16:2, 32:17, 84:10
**finally** [6] - 36:3, 38:22, 82:5, 82:21, 84:10, 92:25
**FINANCIAL** [1] - 5:8
**financial** [1] - 36:22
**financially** [1] - 102:17
**fine** [40] - 12:8, 13:5, 13:13, 15:22, 19:25, 21:4, 21:20, 23:4, 23:16, 25:15, 25:17, 26:4, 29:7, 29:17, 30:18, 32:11, 34:25, 35:10, 35:24, 37:24,

38:24, 47:2, 50:15, 56:11, 67:11, 73:3, 73:5, 73:15, 76:24, 78:21, 83:10, 88:11, 92:11, 92:12, 93:14, 93:15, 95:21, 96:7, 104:4, 105:9
**finish** [2] - 84:6, 90:4
**finished** [1] - 88:18
**fire** [1] - 83:6
**FIRM** [2] - 2:3, 6:11
**firm** [4] - 28:21, 31:10, 84:9, 90:23
**firm's** [1] - 20:6
**firmed** [1] - 31:12
**first** [11] - 21:6, 23:8, 27:25, 35:3, 37:9, 74:12, 77:2, 95:19, 95:21, 100:13, 105:16
**Fitch** [7] - 36:11, 50:25, 57:17, 59:7, 64:16, 65:13, 86:15
**FITCH** [29] - 6:18, 36:11, 36:19, 37:1, 50:25, 51:4, 52:19, 52:23, 55:24, 56:12, 56:19, 57:16, 59:7, 64:16, 65:4, 65:13, 65:24, 66:4, 66:10, 66:13, 66:16, 66:24, 67:5, 67:13, 67:15, 67:24, 68:6, 68:8, 86:15
**five** [14] - 10:5, 33:23, 36:13, 37:6, 39:8, 39:25, 47:20, 49:13, 56:3, 60:6, 60:14, 89:1, 89:9, 106:22
**fixing** [1] - 52:4
**flavor** [1] - 104:16
**flexible** [1] - 67:25
**floor** [2] - 80:19, 81:22
**FLOOR** [4] - 2:9, 3:7, 5:17, 6:15
**flow** [4] - 45:21, 47:10, 48:19
**flowing** [2] - 17:5, 46:6
**fluid** [1] - 45:23
**fly** [1] - 21:7
**Flynn** [2] - 19:2, 19:5
**foam** [1] - 35:6
**focus** [1] - 84:6
**focused** [1] - 38:23
**folks** [3] - 15:4, 69:1, 69:5
**follow** [3] - 11:15, 60:22, 67:2
**follow-up** [2] - 11:15,

60:22
**followed** [1] - 68:19
**following** [1] - 67:6
**follows** [1] - 99:14
**footnote** [2] - 26:13
**FOR** [18] - 1:23, 2:7, 2:12, 2:16, 3:3, 3:6, 3:10, 4:3, 4:7, 4:15, 4:21, 5:3, 5:11, 5:16, 5:19, 5:23, 6:3, 8:17
**foregoing** [1] - 108:7
**FORENSIC** [1] - 8:17
**forensic** [2] - 76:11, 81:25, 97:9
**forget** [3] - 36:25, 39:8, 90:20
**forgetting** [1] - 11:25
**forgotten** [1] - 52:6
**form** [6] - 11:11, 12:6, 12:7, 13:12, 13:15, 16:2
**formal** [1] - 83:8
**formally** [1] - 84:1
**formation** [5] - 40:4, 40:20, 41:1, 41:6, 41:12
**formations** [4] - 40:4, 43:18, 43:22, 43:24
**former** [1] - 30:22
**formerly** [1] - 24:5
**FORMERLY** [1] - 8:8
**formulation** [1] - 43:1
**forth** [3] - 46:1, 54:8, 96:18
**forward** [5] - 16:25, 39:12, 66:8, 94:24, 105:5
**forwarded** [2] - 60:23, 60:25
**Foster** [1] - 64:14
**FOTI** [1] - 6:14
**Foti** [1] - 93:19
**four** [9] - 33:23, 34:23, 36:13, 46:19, 60:18, 65:24, 91:5, 94:9, 106:22
**frame** [1] - 83:22
**FRANCIS** [1] - 6:8
**FRANCISCO** [1] - 2:10
**frankly** [10] - 15:2, 37:9, 46:20, 76:18, 76:22, 78:16, 79:9, 82:16, 87:14, 88:23
**Fred** [2] - 25:2, 105:18
**frees** [1] - 21:1
**frequently** [5] - 9:23, 14:3, 89:22, 89:25, 90:4
**FREQUENTLY** [1] - 8:5

**Friday** [8] - 25:23, 60:25, 107:7, 107:10, 107:13, 107:15, 107:16, 107:20
**FRIDAY** [2] - 1:7, 9:2
**Friday's** [1] - 70:10
**friends** [2] - 84:13, 88:8
**FRILOT** [1] - 3:5
**front** [4] - 34:14, 45:4, 48:24, 49:1
**fulfill** [1] - 13:8
**full** [2] - 20:5, 89:8
**fully** [3] - 14:9, 91:16, 100:18
**function** [1] - 46:5
**functionality** [3] - 45:10, 45:12, 48:18
**fund** [3] - 12:4, 78:9, 78:10
**fundamental** [1] - 96:21
**FURTHER** [2] - 8:17, 8:20
**fuse** [1] - 46:13
**future** [1] - 31:24

## G

**Gagliano's** [1] - 71:2
**GALLS** [1] - 20:20
**game** [3] - 49:3, 81:14, 101:14
**garbled** [1] - 57:15
**gas** [2] - 40:5, 43:24
**GATE** [1] - 2:9
**gather** [1] - 25:5
**GCCF** [3] - 10:7, 12:24, 12:25
**GDP** [2] - 101:18, 101:22
**geared** [1] - 41:2
**gelled** [1] - 75:17
**general** [6] - 20:12, 43:17, 60:12, 60:24, 73:1, 82:20
**GENERAL** [1] - 2:12
**generalities** [1] - 99:22
**generally** [4] - 17:20, 42:12, 86:17, 102:16
**gentleman** [2] - 57:14, 78:4
**gentlemen** [2] - 55:7, 65:2
**geological** [1] - 41:3
**Gil** [1] - 17:15
**Gisclair** [3] - 60:8,

60:13, 60:19
**Gisclair's** [1] - 60:17
**Given** [1] - 102:8
**given** [5] - 67:16, 72:1, 91:14, 100:12, 105:2
**glad** [2] - 29:23, 32:10
**Glenn** [1] - 62:14
**goal** [1] - 36:5
**Godwin** [1] - 68:20
**GODWIN** [14] - 4:7, 4:8, 4:11, 19:10, 20:2, 20:4, 26:7, 26:9, 68:20, 68:23, 69:9, 69:13, 69:16, 69:21
**Goforth** [1] - 60:11
**GOLDEN** [1] - 2:9
**Goodier** [4] - 61:10, 61:12, 61:19, 62:6
**GOTSHAL** [1] - 5:8
**GOVERNMENT** [1] - 2:7
**government** [3] - 26:6, 81:6, 81:8
**grade** [1] - 30:11
**grammar** [2] - 45:7
**Great** [1] - 94:3
**great** [42] - 10:23, 13:11, 19:4, 20:17, 25:24, 30:4, 33:16, 33:22, 34:1, 34:21, 34:22, 37:3, 39:13, 39:15, 54:4, 54:10, 56:22, 57:21, 59:11, 61:4, 62:2, 64:8, 68:2, 68:11, 69:6, 69:20, 73:20, 80:17, 85:2, 86:19, 90:6, 92:22, 93:3, 93:8, 95:2, 96:11, 96:12, 104:9
**gross** [1] - 15:9
**ground** [2] - 81:22, 85:11
**grounds** [1] - 91:11
**group** [9] - 58:18, 58:22, 63:8, 63:9, 67:10, 90:5, 90:24, 91:5, 101:18
**grouped** [1] - 91:6
**guard** [1] - 79:18
**guess** [12] - 11:4, 12:21, 14:2, 24:15, 27:25, 38:19, 45:13, 58:25, 85:3, 95:12, 99:2, 104:11
**guidance** [2] - 96:22, 97:20
**guide** [1] - 26:23
**GUIDRY** [1] - 4:18

**Gulf** [7] - 12:12, 13:3, 13:8, 35:21, 37:11, 37:14, 44:10
**GULF** [1] - 1:5
**guy** [1] - 46:12
**guys** [14] - 10:2, 12:3, 22:10, 24:20, 25:14, 45:2, 54:14, 56:2, 78:23, 83:12, 86:11, 88:16, 95:15, 96:7

# H

**H-A-Y-N-I-E** [1] - 76:3
**Hafle** [1] - 24:8
**Hague** [2] - 65:2, 65:6
**Hailey** [1] - 28:4
**half** [1] - 78:25
**HALLIBURTON** [1] - 4:7
**Halliburton** [13] - 51:21, 60:22, 60:24, 61:2, 68:17, 68:21, 105:19, 105:20, 105:21, 105:22, 106:11, 106:15, 106:18
**hand** [1] - 97:1
**handed** [3] - 12:1, 104:8, 104:10
**handful** [1] - 94:5
**Hang** [1] - 22:25
**Hank** [4] - 52:21, 53:4, 53:6, 55:1
**happy** [20] - 17:22, 21:2, 36:15, 45:14, 52:25, 55:23, 61:17, 62:12, 67:25, 75:4, 75:23, 79:4, 79:17, 81:1, 82:15, 90:18, 91:13, 94:1, 104:17, 105:8
**hard** [5] - 14:16, 30:22, 37:9, 70:1, 96:23
**harder** [1] - 43:23
**Harrell** [1] - 24:9
**hate** [1] - 81:8
**hats** [1] - 102:16
**HAYCRAFT** [2] - 3:16, 70:22
**Haynie** [2] - 76:2, 76:3
**Hayward** [2] - 23:14, 94:13
**head** [2] - 58:11, 101:17
**hear** [7] - 13:21, 14:8, 53:4, 53:5, 83:12, 83:15, 92:16

**HEARD** [1] - 1:12
**heard** [2] - 68:13, 86:24
**hearings** [2] - 26:9, 83:22
**heck** [1] - 40:15
**hello** [1] - 13:23
**help** [5] - 11:20, 59:17, 70:21, 84:12, 96:20
**helpful** [2] - 17:6, 17:24, 17:25, 44:14, 57:25, 61:23, 75:10, 100:19
**HENRY** [1] - 2:19
**hereby** [1] - 108:7
**HERMAN** [33] - 1:20, 1:20, 9:13, 10:4, 10:10, 10:19, 11:18, 12:3, 12:7, 12:11, 12:15, 12:18, 12:20, 13:5, 13:12, 31:7, 33:17, 58:4, 58:10, 59:18, 61:10, 62:18, 63:3, 63:12, 63:14, 90:7, 90:14, 96:19, 99:16, 103:24, 104:2, 107:9
**Herman** [8] - 11:1, 12:1, 33:14, 58:2, 58:6, 58:16, 62:18, 96:19
**herring** [1] - 104:22
**Hertz** [1] - 60:23
**hide** [1] - 103:16
**hiding** [1] - 101:8
**high** [4] - 40:3, 43:13, 43:21
**higher** [1] - 43:23
**highest** [1] - 40:7
**highly** [1] - 97:16
**history** [1] - 77:12
**hit** [3] - 43:22, 58:5, 106:5
**hold** [9] - 9:11, 13:21, 22:5, 36:10, 44:9, 46:7, 77:7, 87:5, 90:2
**holders** [1] - 90:24
**HOLDINGS** [3] - 3:3, 3:14, 5:4
**hole** [1] - 37:20
**Hollek** [1] - 64:15
**honest** [1] - 82:7
**honestly** [1] - 88:13
**Honor** [96] - 9:13, 10:11, 10:25, 13:18, 13:24, 16:19, 16:24, 18:18, 19:12, 22:3, 22:11, 24:1, 25:4, 26:13, 27:23, 28:5,

29:20, 29:24, 30:6, 30:18, 31:14, 32:5, 33:9, 33:10, 33:12, 34:20, 38:23, 39:24, 40:12, 41:13, 42:18, 44:3, 44:25, 45:3, 48:21, 49:24, 50:14, 50:15, 52:6, 52:13, 52:22, 53:6, 53:19, 55:1, 55:9, 55:10, 55:13, 57:3, 57:10, 57:16, 58:2, 61:7, 61:11, 62:12, 62:18, 64:23, 65:5, 66:6, 66:10, 67:11, 67:19, 68:20, 69:13, 69:21, 69:24, 70:6, 70:17, 72:7, 73:2, 73:21, 73:23, 74:18, 74:22, 75:11, 76:9, 76:12, 78:2, 79:2, 79:16, 80:11, 83:19, 86:3, 86:4, 86:13, 88:20, 95:9, 95:17, 96:6, 100:20, 104:13, 106:10, 106:15, 106:20, 107:5, 107:9
**honor** [2] - 91:16, 107:17
**Honor's** [2] - 76:16, 81:11
**HONORABLE** [1] - 1:12
**hope** [4] - 30:23, 74:9, 84:25, 95:24
**hopefully** [2] - 21:21, 59:20
**hoping** [5] - 28:23, 39:21, 81:1, 89:25, 107:6
**HORIZON** [4] - 1:4, 40:23, 41:2, 41:4
**HORIZON's** [1] - 41:7
**hour** [4] - 78:25, 89:3, 89:10, 95:11
**hours** [6] - 89:1, 89:9, 94:8, 94:9, 95:23, 96:2
**House** [1] - 12:17
**house** [11] - 88:9, 96:16, 97:10, 98:9, 98:14, 98:17, 99:5, 102:11, 102:13, 102:15
**HOUSTON** [4] - 4:13, 4:23, 5:17, 6:13
**Houston** [2] - 61:20, 62:7
**Huch** [1] - 64:15
**huge** [1] - 37:13

**hung** [1] - 9:8
**hyphen** [1] - 103:1
**hypothecate** [1] - 38:7
**hypothetical** [3] - 34:17, 38:14, 98:24

# I

**I-N-G-L-I-S** [1] - 22:1
**idea** [5] - 9:24, 11:13, 11:17, 38:19, 84:17
**identified** [2] - 68:25, 94:5
**identify** [1] - 74:10
**identifying** [1] - 93:22
**IIT** [1] - 101:17
**IL** [2] - 3:22, 5:24
**illustrative** [1] - 101:5
**imagination** [1] - 98:18
**implementation** [1] - 35:21
**implicitly** [1] - 43:20
**important** [2] - 79:12, 79:16
**impression** [1] - 14:2
**imprimatur** [1] - 14:18
**IN** [2] - 1:4, 1:5
**in-house** [6] - 96:16, 97:10, 98:9, 98:14, 98:17, 99:5, 102:11, 102:13, 102:15
**inadvertently** [3] - 100:1, 100:5, 100:12
**INC** [16] - 3:4, 3:5, 3:10, 3:11, 3:12, 3:13, 3:15, 4:7, 5:4, 5:4, 5:6, 5:6, 5:7, 5:8, 5:16, 6:3
**incentives** [1] - 36:22
**incident** [3] - 56:3, 96:16, 105:8
**incidents** [1] - 35:22
**inclination** [1] - 67:19
**inclined** [1] - 82:4
**include** [1] - 63:10
**includes** [1] - 41:22
**including** [4] - 34:9, 37:12, 42:20, 99:4
**indeed** [1] - 71:3
**Independence** [1] - 21:13
**independent** [3] - 84:23, 105:23, 106:6
**indirectly** [1] - 50:10
**individual** [7] - 18:14, 24:14, 24:21, 40:13, 51:25, 71:13, 90:24
**individuals** [1] - 24:8

**inducement** [1] - 9:14
**industry** [5] - 40:5, 43:14, 43:24, 46:3, 48:15
**inform** [2] - 15:15, 88:2
**informal** [1] - 96:8
**informally** [1] - 83:15
**information** [15] - 16:20, 17:5, 38:2, 44:6, 49:24, 51:11, 51:14, 51:16, 51:20, 53:24, 54:7, 54:20, 65:1, 65:4, 66:9
**ING** [1] - 20:20
**ING-GALLS** [1] - 20:20
**Inglis** [6] - 19:3, 20:18, 20:19, 21:22, 22:2, 94:14
**INGLIS** [1] - 21:25
**initial** [4] - 32:1, 56:24, 79:21, 82:10
**input** [3] - 16:5, 78:12, 84:23
**inquiry** [1] - 48:22
**insist** [1] - 65:5
**Insite** [1] - 51:12
**insofar** [1] - 81:16
**instance** [4] - 73:3, 73:13, 88:25, 91:5
**instruct** [2] - 61:14, 102:9
**instructed** [1] - 65:5
**insurance** [1] - 64:6
**intend** [1] - 28:6
**intended** [1] - 48:19
**intent** [2] - 48:16, 84:13
**intention** [1] - 42:21
**interest** [4] - 52:16, 79:5, 91:18, 93:24
**interested** [8] - 14:22, 41:6, 45:4, 48:17, 48:18, 79:6, 84:17, 89:8
**interesting** [1] - 101:5
**interests** [3] - 82:25, 91:6, 94:7
**INTERESTS** [2] - 2:7, 2:12
**internally** [1] - 15:2
**INTERNATIONAL** [3] - 4:3, 5:7, 6:3
**interposed** [1] - 58:7
**interrogatories** [4] - 38:12, 50:16, 54:2, 54:17
**interrogatory** [6] - 38:15, 50:13, 50:19,

50:21, 50:24, 52:10
**interrupt** [1] - 83:19
**introductory** [1] - 45:20
**investigate** [1] - 44:5
**INVESTIGATION** [1] - 8:9
**investigation** [5] - 24:25, 99:25, 100:3, 100:10, 101:19
**invitation** [2] - 55:2, 87:25
**invoke** [1] - 28:6
**involved** [8] - 28:22, 55:7, 69:1, 69:5, 85:9, 93:7, 98:14, 102:9
**involvement** [1] - 41:8
**involves** [1] - 45:21
**involving** [1] - 46:3
**IRPINO** [11] - 2:3, 2:3, 71:11, 71:17, 71:23, 100:20, 102:25, 103:5, 103:14, 104:3, 104:6
**Irpino** [2] - 71:11, 100:21
**IRWIN** [1] - 22:19
**IS** [1] - 8:21
**ish** [1] - 21:6
**isolated** [1] - 105:8
**issuance** [1] - 66:22
**issue** [54] - 9:12, 10:6, 12:23, 14:3, 14:8, 15:12, 20:23, 24:23, 29:6, 31:18, 36:4, 36:14, 43:8, 46:23, 50:9, 50:10, 59:9, 64:7, 71:9, 74:23, 75:16, 77:2, 77:6, 79:3, 79:4, 80:12, 80:13, 80:14, 80:25, 81:7, 82:5, 83:19, 84:7, 86:11, 87:16, 94:23, 96:21, 97:3, 97:8, 97:19, 99:17, 100:2, 100:14, 100:16, 101:20, 102:18, 104:12, 104:13, 104:14, 104:18
**ISSUE**................... [1] - 8:15
**issued** [2] - 24:9, 70:11
**issues** [14] - 10:17, 12:11, 15:24, 38:1, 46:21, 54:17, 62:7, 77:1, 79:1, 81:23, 91:15, 91:24, 91:25,

102:17
**ITEMS** [1] - 8:3
**items** [2] - 37:15, 39:10
**itself** [3] - 41:1, 41:2, 41:7

## J

**JACKSON** [1] - 5:16
**James** [1] - 26:14
**JAMES** [1] - 1:17
**Jefferson** [1] - 16:11
**JEFFERSON** [2] - 1:18, 2:20
**JENNY** [1] - 4:9
**jeopardy** [1] - 30:25
**JEREMY** [1] - 6:19
**Jessie** [1] - 71:2
**Jim** [9] - 9:16, 18:5, 39:14, 40:22, 41:17, 42:24, 44:19, 47:23, 49:8, 50:9, 51:23, 52:3, 52:4, 57:20, 58:1
**Jim's** [2] - 42:1, 57:19
**JIT** [11] - 79:25, 80:9, 81:18, 82:16, 83:1, 83:20, 83:22, 84:2, 84:22, 85:16, 86:24
**JIT's** [1] - 77:13
**job** [2] - 83:2, 105:6
**John** [6] - 18:5, 18:7, 19:22, 20:1, 26:2, 72:8
**join** [3] - 78:6, 78:9, 100:18
**joined** [1] - 31:23
**Jones** [1] - 61:12
**JONES** [1] - 5:12
**JR** [1] - 5:16
**judge** [8] - 22:22, 36:11, 50:25, 51:4, 55:24, 59:7, 64:16, 75:15, 86:22
**Judge** [25] - 14:12, 15:13, 15:18, 16:7, 26:10, 60:3, 60:22, 65:13, 69:9, 76:16, 79:3, 79:4, 79:5, 79:21, 80:18, 85:1, 86:8, 86:15, 91:11, 92:25, 93:18, 94:12, 94:23, 95:6, 98:20
**JUDGE** [1] - 1:12
**Judge's** [1] - 78:23
**judgment** [1] - 53:8
**JULIE** [1] - 6:23
**July** [21] - 20:24, 21:6,

21:7, 21:17, 21:23, 28:19, 28:25, 29:3, 29:4, 29:8, 29:14, 67:13, 67:15, 67:20, 68:4, 74:11, 74:16, 74:19, 75:1, 75:8, 75:9
**July-ish** [1] - 21:6
**jumbled** [1] - 57:19
**jump** [1] - 33:5
**June** [39] - 17:11, 17:16, 19:7, 19:11, 19:13, 19:15, 19:23, 20:3, 20:22, 20:23, 21:1, 21:5, 21:21, 22:5, 23:1, 23:2, 23:10, 26:19, 26:20, 27:11, 28:18, 28:24, 28:25, 29:10, 63:21, 64:2, 67:3, 67:7, 67:9, 67:16, 67:23, 68:3, 73:12, 73:13, 74:3, 74:24
**jurisdictional** [1] - 31:22
**jurors** [2] - 15:7, 15:16
**jury** [4] - 15:3, 15:5, 15:6, 15:14
**Justice** [1] - 80:17
**JUSTICE** [1] - 2:7

## K

**Kahn** [1] - 93:19
**KAHN** [1] - 6:14
**Kaluza** [1] - 24:8
**Kanner** [3] - 89:21, 89:24, 90:17
**KANNER** [2] - 2:16, 2:17
**Kat** [4] - 77:7, 77:19, 78:22, 86:4
**Kat's** [1] - 79:20
**KATZ** [1] - 1:20
**keep** [9] - 18:4, 26:3, 35:12, 83:1, 84:6, 92:25, 105:10, 106:25, 107:2
**keeping** [1] - 85:8
**Kentucky** [3] - 28:9, 28:11, 28:14
**Kerry** [5] - 26:1, 57:24, 59:2, 59:9, 68:13
**KERRY** [1] - 3:6
**Kerry's** [1] - 58:15
**Kevin** [1] - 72:8
**key** [9] - 45:8, 45:19, 99:20
**kind** [9] - 10:14, 15:2,

18:19, 20:9, 37:7, 40:17, 43:16, 79:7, 96:17
**kinds** [1] - 52:19
**KIRKLAND** [1] - 3:19
**Kirkland** [2] - 20:9, 26:16
**kitchen** [2] - 59:12, 59:17
**knock** [1] - 13:15
**knock-down-drag-outs** [1] - 13:15
**knowing** [1] - 76:15
**knowledge** [7] - 38:1, 38:12, 45:14, 46:9, 47:8, 48:8, 81:19
**known** [4] - 40:5, 43:24, 85:20, 107:16
**knows** [6] - 2:2, 47:14, 53:25, 70:20, 70:22, 93:9
**Kongsberg** [3] - 31:12, 31:15, 31:23
**Kongsberg's** [2] - 31:18, 31:20
**KRAVITZ** [1] - 6:22
**Kris** [1] - 105:20
**KRIS** [1] - 105:20
**KUCHLER** [1] - 4:17
**Kurt** [2] - 70:18, 70:23

## L

**L-E-E** [1] - 73:7
**L.L.C** [1] - 4:21
**L.P** [1] - 5:12
**LA** [12] - 1:18, 1:21, 2:5, 2:18, 2:21, 3:8, 3:18, 4:5, 4:19, 5:14, 6:5, 7:4
**lab** [2] - 68:17, 69:1
**LABORDE** [1] - 6:3
**Lacy** [2] - 30:21, 72:8
**Lafayette** [1] - 65:18
**LAFAYETTE** [2] - 1:18, 6:5
**LAMAR** [1] - 4:12
**Lambert** [2] - 72:17, 72:18
**land** [1] - 74:10
**landed** [1] - 59:22
**lands** [1] - 59:23
**Langan** [6] - 10:25, 25:4, 55:10, 70:6, 71:5, 95:9
**LANGAN** [132] - 3:20, 10:25, 11:8, 12:1, 12:6, 12:8, 12:23, 13:7, 13:11, 13:13,

13:18, 16:19, 16:23, 17:5, 17:9, 17:12, 17:14, 17:20, 18:2, 18:5, 18:8, 18:21, 18:25, 19:2, 19:6, 19:11, 19:15, 19:22, 20:1, 20:3, 20:5, 20:11, 20:15, 20:19, 20:22, 21:9, 21:12, 21:16, 21:23, 22:1, 22:3, 22:12, 23:4, 23:6, 23:10, 23:14, 23:20, 24:1, 25:4, 25:9, 25:15, 25:17, 25:19, 25:22, 26:6, 26:13, 26:19, 26:21, 26:25, 27:2, 27:8, 27:11, 27:15, 28:21, 29:15, 29:19, 30:10, 30:15, 30:21, 30:25, 31:2, 33:9, 48:2, 55:10, 55:18, 63:6, 63:25, 64:23, 64:25, 66:6, 69:15, 69:24, 70:6, 70:10, 70:13, 70:16, 71:5, 72:7, 72:10, 72:12, 72:16, 72:18, 72:20, 72:24, 73:8, 73:11, 73:17, 73:19, 73:21, 75:23, 76:1, 76:9, 76:12, 76:15, 76:18, 76:25, 77:11, 77:16, 77:22, 78:2, 78:5, 78:8, 78:21, 79:2, 79:7, 79:11, 85:7, 85:11, 85:14, 86:3, 86:7, 86:13, 88:20, 89:5, 89:14, 95:9, 96:3, 97:22, 106:8, 106:10, 107:5, 107:10
language [5] - 14:6, 39:4, 57:18, 57:20, 96:17
largely [1] - 84:22
LASALLE [1] - 3:21
last [24] - 9:16, 11:11, 12:13, 12:23, 14:13, 22:3, 22:20, 25:13, 28:24, 30:11, 38:23, 49:13, 52:25, 53:3, 60:25, 65:19, 70:10, 72:25, 73:2, 73:9, 74:4, 74:17, 75:1, 75:9
late [6] - 22:4, 25:10, 33:14, 56:2, 93:11
latest [2] - 11:23, 12:14

LATHAM [1] - 5:23
latter [2] - 18:15, 28:24
laundry [1] - 37:10
LAW [3] - 2:3, 2:20, 6:11
law [3] - 20:6, 51:14, 90:23
laws [1] - 50:2
lawsuit [1] - 84:24
lawyer [2] - 28:21, 52:6, 81:7, 82:7
lawyer's [1] - 98:17
lawyers [1] - 101:9
LE [1] - 74:5
lead [7] - 46:16, 47:24, 49:11, 49:15, 56:16, 62:10, 83:13
lead-in [4] - 46:16, 47:24, 49:11, 49:15
lead-up [1] - 56:16
leading [1] - 56:7
leaning [2] - 82:2, 82:3
learn [1] - 49:5
least [9] - 20:24, 24:2, 42:11, 48:19, 55:4, 74:17, 84:5, 87:17, 97:17
leave [10] - 30:1, 50:18, 50:20, 50:24, 51:2, 75:1, 75:9, 82:15, 85:18, 100:24
leaves [2] - 37:6, 68:8
led [1] - 86:25
LEE [2] - 5:16, 73:8
Lee [4] - 72:17, 72:19, 72:20, 72:23
left [2] - 70:23, 71:2
legal [10] - 10:17, 13:9, 15:8, 15:11, 80:12, 80:14, 81:9, 82:25, 98:7, 99:11
legalese [1] - 10:20
legalesy [1] - 10:15
legally [1] - 82:20
legitimate [2] - 48:21, 80:5
Lennie [1] - 44:22
LeNormand [2] - 74:1, 74:2
less [3] - 45:15, 45:18, 85:13
lessons [1] - 45:7
let's-stay-on-track [1] - 77:6
letter [7] - 70:19, 93:22, 94:1, 94:5, 95:1, 98:1, 104:14
letters [1] - 105:5

LEWIS [2] - 3:15, 4:21
LEXINGTON [1] - 5:21
liability [6] - 48:12, 51:5, 51:8, 51:9, 51:15, 51:19
liable [1] - 51:17
liaison [2] - 63:8, 63:9
LIAISON [1] - 1:16
liberty [1] - 67:5
likely [1] - 96:22
limit [3] - 49:10, 49:11, 68:3
limitation [2] - 34:13, 89:3
LIMITED [1] - 3:14
limited [12] - 34:9, 40:23, 42:20, 43:6, 43:20, 54:20, 54:21, 56:9, 56:14, 94:7, 105:2
limits [3] - 88:22, 95:11, 96:12
line [9] - 13:17, 28:13, 38:24, 96:23, 96:25, 97:2, 97:4, 98:19, 98:20
lines [2] - 84:22, 84:25
LISKOW [1] - 3:15
list [30] - 22:6, 24:13, 24:24, 26:3, 31:9, 33:14, 34:6, 35:3, 35:12, 37:10, 37:13, 37:19, 38:22, 39:6, 39:11, 59:9, 60:25, 62:13, 62:17, 62:21, 63:14, 72:1, 72:21, 73:9, 75:23, 76:8, 95:20, 97:11, 104:25, 105:13
LIST [1] - 8:20
listed [1] - 97:14
literally [1] - 102:12
litigation [1] - 96:16
live [2] - 13:6, 13:10
LLC [4] - 3:3, 4:17, 5:5, 5:5
located [1] - 50:5
location [1] - 41:11
log [7] - 96:14, 97:11, 98:22, 98:25, 103:3, 103:12, 104:23
LOG...........................
..............[1] - 8:19
logged [1] - 98:21
logs [2] - 35:7, 102:21
London [1] - 20:6, 20:8, 23:10, 23:11, 23:12, 23:24, 26:15, 26:16, 28:23, 29:24, 73:25

look [32] - 9:25, 15:18, 16:25, 17:8, 19:24, 21:5, 30:16, 32:7, 32:10, 34:7, 38:7, 41:16, 42:3, 42:5, 42:10, 42:12, 48:25, 54:5, 54:14, 55:22, 58:1, 58:8, 64:3, 72:25, 73:11, 84:13, 98:5, 103:8, 103:9, 104:18, 105:3, 105:8
Look [1] - 33:18
looked [2] - 101:12, 101:22
looking [17] - 12:13, 12:14, 25:1, 25:2, 26:17, 26:25, 27:1, 27:11, 30:8, 37:13, 42:25, 68:12, 72:1, 72:4, 73:22, 103:19, 105:14
looks [10] - 9:24, 10:1, 18:23, 20:10, 20:20, 21:9, 25:12, 25:16, 36:8, 57:15
loop [1] - 97:10
lost [1] - 89:19
Louisiana [8] - 52:15, 52:21, 53:7, 53:9, 54:10, 55:2, 108:5, 108:6
LOUISIANA [4] - 1:1, 1:7, 2:16, 4:22
Louisiana's [1] - 55:4
love [1] - 39:23
LP [1] - 4:16
LSU [2] - 106:1, 106:3
Lucas [1] - 104:10
Lucas' [1] - 101:1
Lynch [3] - 30:9, 30:15, 72:7

## M

ma'am [2] - 39:16, 68:6
Macondo [15] - 34:9, 35:4, 36:6, 37:12, 39:5, 40:3, 40:23, 40:24, 41:21, 43:6, 43:10, 43:12, 43:20, 44:11
MAGISTRATE [1] - 1:12
Magnetics [2] - 66:15, 66:18
mail [4] - 10:14, 12:1, 60:15, 63:18
mails [1] - 98:13

main [3] - 58:20, 62:11, 77:18
maintain [1] - 30:11
MAJOR [1] - 4:8
major [1] - 13:14
maker [1] - 58:18
makers [1] - 58:19
man [1] - 40:8
management [2] - 35:22, 36:6
MANAGEMENT [1] - 5:4
manager [1] - 69:3
MANGES [1] - 5:8
manufacturers [3] - 48:3, 48:4, 48:14
MARCH [3] - 1:7, 8:21, 9:2
March [6] - 17:1, 63:6, 63:7, 63:19, 69:15, 69:16
marine [1] - 105:16
Marine [1] - 28:7
MARINE [4] - 5:5, 5:6, 5:7, 5:19
MARITAL [1] - 8:15
marital [1] - 71:9
maritime [1] - 84:24
mark [5] - 20:24, 34:21, 43:2, 75:6, 75:8
Mark [1] - 66:24
marked [2] - 11:23, 26:21
marker [1] - 84:14
markup [1] - 17:21
Martin [2] - 72:9, 72:14
MARTINEZ [1] - 4:9
MARY [1] - 5:23
master [2] - 51:4, 51:5
MASTER [1] - 6:8
matter [4] - 20:20, 36:9, 71:7, 108:10
matters [2] - 30:13, 82:10
Mayank [1] - 106:3
MAYANK [1] - 106:3
MAYEAUX [1] - 6:4
maze [2] - 16:10, 17:23
MAZE [20] - 2:13, 16:12, 17:17, 21:8, 21:22, 21:25, 23:17, 25:18, 52:13, 64:12, 72:13, 72:15, 73:7, 73:18, 74:4, 74:12, 74:15, 75:6, 89:20, 90:3
Maze [1] - 52:13

**MBI** [1] - 26:9
**MC** [1] - 74:13
**MCALOON** [1] - 6:18
**McCarroll** [1] - 26:2
**MCGOVERN** [1] - 6:8
**McKay** [1] - 105:16
**McNamara** [1] - 28:4
**McWhorter** [3] - 74:6, 74:7, 74:13
**MDL** [3] - 81:12, 91:5, 91:19
**Meade** [1] - 91:4
**mean** [17] - 10:10, 20:12, 31:25, 38:6, 40:16, 40:20, 46:5, 46:19, 47:4, 53:18, 54:9, 54:22, 55:14, 55:20, 75:23, 96:3, 103:11
**meaning** [1] - 57:1
**meanings** [1] - 45:24
**means** [4] - 51:12, 88:11, 98:17
**meant** [2] - 40:25, 46:12
**MECHANICAL** [1] - 7:6
**mechanical** [2] - 45:22, 48:6
**meet** [5] - 13:2, 14:14, 33:11, 102:19, 103:6
**meeting** [5] - 9:10, 9:14, 59:23, 96:13, 105:15
**Melinda** [1] - 93:19
**MELINDA** [1] - 6:21
**Melvin** [1] - 74:17
**mention** [3] - 86:16, 87:8, 107:20
**mentioned** [3] - 10:14, 62:5, 103:7
**mere** [1] - 53:12
**Merit** [1] - 108:4
**message** [2] - 70:23, 88:8
**met** [1] - 25:6
**Metairie** [1] - 28:5
**method** [1] - 48:16
**METHOFF** [1] - 6:11
**Mexico** [4] - 35:21, 37:11, 37:14, 44:10
**MEXICO** [1] - 1:5
**MI** [7] - 4:21, 62:17, 62:24, 63:7, 63:10, 63:16, 63:22
**mic** [1] - 22:16
**MICHAEL** [1] - 2:8
**Michoud** [2] - 77:21, 78:1
**microanalysis** [1] -

48:17
**microphone** [2] - 13:21, 53:5
**might** [12] - 11:2, 13:13, 16:17, 17:6, 28:16, 29:8, 47:3, 55:4, 67:15, 85:9, 86:17, 96:20
**mightily** [1] - 84:19
**Mike** [1] - 79:15
**MILLER** [1] - 3:6
**Miller** [3] - 57:24, 59:18, 68:13
**mind** [2] - 33:5, 90:12
**mine** [1] - 65:14
**minor** [3] - 16:25, 17:7, 18:2
**minute** [2] - 22:22, 82:13
**minutes** [1] - 10:5
**missed** [1] - 52:25
**missing** [1] - 34:7
**Mississippi** [2] - 40:24, 43:9
**mistake** [2] - 18:9, 70:19
**mistakes** [1] - 17:3
**Mithoff** [1] - 90:23
**mitigation** [1] - 36:4
**mix** [1] - 88:1
**mixed** [1] - 36:8
**Mobil** [1] - 105:18
**MOBILE** [1] - 1:25
**model** [2] - 47:25, 48:13
**models** [1] - 48:14
**modest** [1] - 25:6
**modification** [1] - 20:7
**modifying** [2] - 49:9, 49:15
**MOEX** [14] - 4:16, 4:17, 38:25, 51:1, 51:6, 52:7, 52:11, 53:10, 53:21, 54:11, 57:17, 59:5, 64:9, 86:15
**MOEX/Anadarko** [1] - 59:5
**Mogford** [3] - 30:20, 30:21, 72:8
**Monday** [3] - 21:17, 23:1, 90:7
**money** [1] - 81:3
**monitoring** [1] - 36:4
**MONTGOMERY** [1] - 2:14
**month** [1] - 63:25
**months** [1] - 56:3
**MOREL** [1] - 8:15
**Morel** [3] - 24:8, 71:9,

71:13
**MORGAN** [1] - 4:21
**morning** [14] - 9:9, 9:17, 9:19, 12:2, 13:24, 27:23, 33:10, 61:11, 68:20, 68:22, 70:23, 90:8, 90:15, 93:18
**most** [6] - 9:25, 48:5, 63:23, 86:25, 90:12, 94:24
**MOTION** [1] - 8:17
**motion** [4] - 76:11, 82:22, 85:25, 87:18
**motions** [1] - 92:3
**mouth** [1] - 52:12
**move** [3] - 21:20, 28:24, 33:3
**moved** [1] - 80:17
**moving** [5] - 24:25, 26:12, 47:10, 80:13, 94:24
**MR** [375] - 9:13, 9:17, 10:4, 10:10, 10:19, 10:25, 11:8, 11:18, 12:1, 12:3, 12:6, 12:7, 12:8, 12:11, 12:15, 12:18, 12:20, 12:23, 13:5, 13:7, 13:11, 13:12, 13:13, 13:18, 16:12, 16:19, 16:23, 17:5, 17:9, 17:12, 17:14, 17:17, 17:20, 18:2, 18:5, 18:8, 18:21, 18:25, 19:2, 19:6, 19:10, 19:11, 19:15, 19:19, 19:22, 19:25, 20:1, 20:2, 20:3, 20:4, 20:5, 20:11, 20:15, 20:19, 20:22, 21:8, 21:9, 21:12, 21:16, 21:20, 21:22, 21:23, 21:25, 22:1, 22:3, 22:12, 23:4, 23:6, 23:8, 23:10, 23:14, 23:17, 23:20, 24:1, 24:10, 24:17, 24:19, 25:4, 25:13, 25:15, 25:16, 25:17, 25:18, 25:19, 25:22, 26:6, 26:7, 26:9, 26:13, 26:19, 26:21, 26:25, 27:2, 27:8, 27:11, 27:13, 27:15, 27:17, 27:21, 27:23, 27:25, 28:4, 28:12, 28:18, 28:21, 29:3, 29:5, 29:9, 29:14, 29:15, 29:17, 29:19, 29:23,

30:2, 30:6, 30:10, 30:15, 30:18, 30:21, 30:25, 31:2, 31:7, 31:14, 32:5, 32:13, 32:15, 32:17, 32:23, 33:1, 33:9, 33:10, 33:12, 33:17, 33:19, 33:23, 34:2, 34:5, 34:20, 34:22, 35:15, 36:3, 36:11, 36:19, 36:20, 36:25, 37:1, 37:6, 37:23, 39:16, 39:18, 39:20, 39:23, 40:25, 41:12, 41:13, 41:19, 41:24, 42:1, 42:8, 43:2, 43:6, 43:11, 44:3, 44:15, 44:17, 44:25, 45:3, 46:19, 48:2, 48:21, 49:13, 49:18, 49:22, 49:24, 50:10, 50:14, 50:15, 50:18, 50:23, 50:25, 52:5, 52:13, 52:19, 52:21, 52:23, 53:6, 53:19, 53:21, 54:24, 55:1, 55:9, 55:10, 55:18, 55:23, 55:24, 56:12, 57:3, 57:8, 57:10, 57:13, 57:16, 57:22, 58:2, 58:4, 58:5, 58:10, 59:18, 60:2, 60:5, 60:21, 61:10, 61:11, 61:15, 61:17, 62:3, 62:5, 62:12, 62:18, 63:3, 63:6, 63:12, 63:14, 63:25, 64:12, 64:16, 64:23, 64:25, 65:4, 65:13, 65:24, 66:6, 66:10, 66:13, 66:16, 66:18, 66:24, 67:5, 67:11, 67:15, 67:19, 68:6, 68:8, 68:20, 68:23, 69:9, 69:11, 69:12, 69:13, 69:15, 69:16, 69:21, 69:24, 70:6, 70:10, 70:13, 70:14, 70:16, 70:22, 71:5, 71:11, 71:17, 71:23, 72:7, 72:10, 72:12, 72:13, 72:15, 72:16, 72:18, 72:20, 72:24, 73:5, 73:7, 73:8, 73:11, 73:15, 73:17, 73:18, 73:19, 73:21, 74:4, 74:12, 74:15, 75:6, 75:15, 75:23, 76:1, 76:6, 76:9, 76:12, 76:15, 76:18, 76:25, 77:11, 77:16, 77:22,

78:2, 78:5, 78:8, 78:21, 79:2, 79:7, 79:11, 79:15, 80:5, 81:5, 81:16, 83:5, 83:18, 83:25, 85:7, 85:11, 85:14, 86:3, 86:7, 86:13, 86:15, 86:22, 87:9, 87:14, 87:25, 88:7, 88:12, 88:20, 89:5, 89:14, 89:20, 90:3, 90:7, 90:12, 90:14, 90:22, 91:3, 92:18, 92:20, 92:23, 93:5, 93:9, 93:16, 95:9, 95:17, 96:3, 96:8, 96:19, 97:22, 97:24, 98:2, 98:11, 99:6, 99:9, 99:12, 99:16, 100:20, 102:24, 102:25, 103:4, 103:5, 103:14, 103:24, 104:2, 104:3, 104:6, 104:8, 104:13, 104:17, 105:12, 106:8, 106:10, 106:15, 106:20, 107:2, 107:5, 107:9, 107:10, 107:16
**MS** [33] - 14:11, 16:7, 22:11, 22:14, 22:17, 22:20, 22:25, 23:5, 23:9, 23:12, 23:16, 23:18, 23:22, 61:7, 63:13, 63:15, 64:1, 64:3, 73:23, 73:25, 74:2, 74:7, 74:13, 74:16, 74:18, 74:22, 75:3, 75:11, 93:18, 94:4, 94:16, 95:4, 95:6
**muddies** [1] - 20:10
**multifaceted** [1] - 35:24
**multiple** [6] - 34:25, 39:10, 42:10, 47:18, 102:16, 102:19
**must** [1] - 62:22
**mutually** [1] - 61:21
**MYERS** [1] - 6:15

## N

**N-O-R-M-A-N-D** [1] - 74:5
**nail** [1] - 25:23
**Naito** [1] - 64:21
**NALCO** [1] - 5:23
**name** [9] - 22:21, 23:8,

28:1, 52:25, 53:3, 63:16, 74:4, 74:12, 98:17
**named** [1] - 69:18
**namely** [1] - 51:19
**names** [3] - 40:4, 69:4, 106:20
**Naoki** [1] - 64:15
**narrow** [3] - 44:4, 54:15, 58:18
**natural** [1] - 101:8
**naturally** [1] - 101:3
**nature** [2] - 54:6, 98:13
**necessarily** [7] - 48:13, 62:23, 63:10, 80:2, 80:8, 82:2, 100:8
**necessary** [4] - 11:13, 11:14, 12:21, 87:22
**need** [34] - 11:22, 14:15, 15:11, 15:21, 18:10, 35:17, 39:14, 40:1, 46:1, 47:21, 49:4, 52:12, 52:23, 53:1, 57:6, 75:2, 77:9, 78:13, 79:18, 80:1, 80:3, 82:18, 84:14, 86:23, 87:3, 87:5, 90:1, 92:5, 92:6, 92:14, 94:18, 102:12, 104:21, 105:9
**needed** [2] - 79:24, 82:6
**needs** [6] - 13:1, 15:10, 54:10, 80:25, 85:22, 98:19
**negative** [1] - 35:7
**negligence** [1] - 15:9
**negotiate** [2] - 94:10, 94:25
**negotiation** [2] - 54:25, 56:1
**negotiations** [2] - 56:6, 56:16
**Neil** [1] - 105:22
**NEUNER** [1] - 6:3
**never** [5] - 33:5, 47:20, 52:5, 100:11, 103:15
**NEW** [13] - 1:7, 1:21, 2:5, 2:18, 3:8, 3:18, 4:5, 4:19, 5:10, 5:14, 5:21, 6:16, 7:4
**new** [5] - 39:3, 39:6, 71:20, 81:25, 103:10
**New** [12] - 25:19, 26:15, 61:21, 65:17, 67:1, 73:18, 73:19, 74:3, 74:11, 74:16,

74:18, 107:20
**Nexen** [3] - 66:10, 66:12, 68:8
**NEXT** [1] - 8:21
**next** [33] - 19:14, 24:3, 25:23, 27:6, 31:1, 31:9, 32:24, 34:21, 54:14, 56:23, 57:23, 59:13, 59:24, 60:17, 61:5, 61:6, 62:13, 63:24, 65:22, 66:11, 66:20, 67:7, 70:4, 76:19, 76:23, 86:10, 87:24, 105:18, 106:5, 106:14, 107:5, 107:6
**nice** [2] - 55:3, 70:19
**Nicholson** [1] - 93:19
**NICHOLSON** [6] - 6:21, 93:18, 94:4, 94:16, 95:4, 95:6
**night** [1] - 14:13
**nine** [6] - 33:23, 35:2, 35:17, 58:24, 59:1, 106:22
**nits** [3] - 16:25, 18:2, 18:18
**NO** [1] - 1:6
**nobody** [2] - 80:13, 84:14
**nonetheless** [1] - 87:2
**nongovernmental** [1] - 75:13
**nonoperating** [1] - 51:7
**nonoperators** [1] - 51:15
**nonresident** [1] - 31:22
**noon** [1] - 89:16
**normal** [2] - 84:24, 98:9
**NORTH** [6] - 2:20, 3:11, 3:12, 3:14, 3:15, 3:21
**Norwegian** [3] - 38:18, 50:1, 50:2
**note** [1] - 79:16
**noted** [1] - 81:5
**notes** [1] - 17:15
**nothing** [1] - 47:19
**notice** [13] - 11:14, 33:8, 40:15, 57:25, 60:1, 61:24, 62:11, 64:4, 70:11, 70:17, 70:25, 79:10, 89:22
**NOTICE.....................
............** [1] - 8:13
**notices** [8] - 24:9, 24:23, 25:25, 31:4,

33:4, 33:7, 51:23, 52:24
**NOTICES.................
............** [1] - 8:11
**notion** [1] - 104:19
**notions** [1] - 79:3
**November** [1] - 98:20
**number** [11] - 35:21, 37:23, 38:11, 39:11, 43:17, 49:20, 78:25, 95:20, 98:12, 101:13, 103:2
**Number** [27] - 17:15, 34:6, 35:3, 35:15, 36:3, 37:9, 38:22, 40:2, 40:9, 41:15, 42:15, 42:16, 42:17, 44:19, 44:20, 45:2, 49:9, 49:19, 50:22, 51:1, 52:6, 55:8, 60:11, 60:18, 72:21
**numbered** [1] - 108:9
**numbers** [1] - 58:8
**NY** [5] - 5:10, 5:21, 6:16

# O

**O'BRIEN'S** [1] - 5:3
**O'Bryan** [10] - 18:11, 18:17, 27:6, 28:5, 28:16, 28:20, 29:10, 29:22, 30:4, 73:3
**o'clock** [2] - 15:19
**O'Donnell** [1] - 64:14
**O'KEEFE** [1] - 1:21
**object** [4] - 11:11, 34:23, 78:13, 90:17
**objected** [1] - 59:16
**objecting** [1] - 62:23
**objection** [3] - 9:13, 102:8, 107:9
**objections** [7] - 10:11, 10:21, 14:14, 57:24, 58:7, 78:14, 92:24
**obligated** [1] - 15:15
**obligation** [4] - 13:3, 14:23, 47:12, 53:14
**obligations** [2] - 13:9, 53:10
**observations** [1] - 14:25
**obtain** [1] - 106:13
**obtaining** [2] - 98:7, 99:11
**obviously** [8] - 37:12, 55:16, 61:23, 77:2, 78:11, 82:25, 104:14, 106:12

**occasionally** [1] - 89:9
**occurred** [4] - 77:1, 99:18, 103:15, 103:18
**Oceaneering** [2] - 31:5, 32:18
**OF** [8] - 1:1, 1:5, 1:11, 2:7, 2:12, 2:12, 2:16, 8:20
**offer** [2] - 84:15, 95:18
**offered** [3] - 45:8, 84:14, 92:20
**office** [5] - 20:6, 20:13, 23:13, 60:7, 65:18
**OFFICE** [1] - 2:12
**Official** [2] - 108:5, 108:16
**OFFICIAL** [1] - 7:3
**offline** [1] - 76:1
**offshore** [1] - 58:21
**OFFSHORE** [3] - 3:4, 4:17, 5:5
**OIL** [2] - 1:4, 1:4
**oil** [4] - 12:4, 40:5, 41:11, 43:24
**old** [1] - 39:6
**ON** [1] - 1:5
**once** [4] - 46:11, 67:25, 71:18, 74:9
**one** [79] - 10:6, 13:1, 15:6, 17:7, 18:3, 21:8, 22:12, 32:7, 33:23, 34:5, 34:15, 35:1, 35:3, 35:10, 35:12, 35:13, 35:16, 35:18, 35:20, 35:23, 36:1, 36:15, 36:22, 36:25, 37:9, 37:18, 38:1, 38:11, 38:12, 38:17, 39:3, 39:7, 40:11, 44:3, 44:18, 44:21, 46:10, 47:22, 48:3, 48:5, 48:8, 48:9, 48:25, 49:16, 50:3, 55:25, 56:20, 57:19, 58:17, 58:18, 60:2, 63:2, 63:18, 65:14, 65:24, 66:11, 69:2, 69:3, 70:22, 73:9, 73:24, 79:19, 80:11, 84:10, 84:13, 84:17, 86:3, 86:18, 88:21, 89:3, 89:10, 101:13, 103:14, 105:1, 106:21
**ONE** [4] - 2:4, 3:16, 6:4, 6:12
**one-hour** [1] - 89:3
**ones** [9] - 37:4, 37:19,

38:23, 39:6, 39:9, 53:23, 57:11, 62:24, 71:20
**ongoing** [1] - 95:23
**open** [7] - 21:14, 29:14, 45:6, 55:14, 75:9, 81:17, 85:9
**operate** [3] - 31:21, 48:5, 48:6
**operates** [1] - 48:11
**operating** [2] - 51:7, 56:7
**operation** [1] - 48:16
**operations** [2] - 50:1, 54:22
**operator** [1] - 51:11
**opinion** [3] - 79:23, 88:3, 88:4
**opportunity** [4] - 11:3, 58:1, 58:8, 93:10
**opposed** [1] - 34:17
**optimistic** [1] - 10:4
**oranges** [1] - 88:1
**ORDER** [1] - 9:4
**order** [12] - 16:3, 17:1, 18:9, 22:7, 22:23, 31:20, 32:6, 33:5, 61:22, 88:24, 90:9, 90:11
**Order** [3] - 88:22, 95:11, 96:6
**organized** [1] - 22:24
**oriented** [2] - 37:17
**original** [4] - 38:22, 52:7, 57:18, 57:20
**originally** [2] - 34:11, 43:7
**originate** [1] - 52:7
**ORLEANS** [10] - 1:7, 1:21, 2:5, 2:18, 3:8, 3:18, 4:5, 4:19, 5:14, 7:4
**Orleans** [12] - 25:19, 26:15, 61:21, 65:17, 67:1, 73:18, 73:19, 74:3, 74:11, 74:16, 74:18, 107:20
**otherwise** [3] - 66:4, 78:9, 99:4
**ourselves** [2] - 68:3, 78:10
**Outer** [3] - 37:11, 43:7, 43:9
**outlines** [1] - 80:24
**outs** [1] - 13:15
**outside** [7] - 9:11, 9:16, 53:22, 96:6, 101:16, 102:11, 104:20
**outstanding** [1] -

11:21
**overall** [3] - 19:8, 25:12, 56:6
**overlap** [1] - 42:16
**overly** [2] - 46:17, 97:1
**owe** [1] - 13:25
**own** [6] - 77:13, 81:17, 82:6, 85:5
**owned** [1] - 49:12

**P**

**p.m** [1] - 107:22
**packaged** [1] - 70:19
**PAGE** [1] - 8:3
**page** [7] - 12:13, 17:9, 17:14, 17:15, 18:10, 18:10, 101:23
**pages** [3] - 103:22, 104:3, 104:11
**pale** [1] - 53:23
**paper** [1] - 22:23
**papers** [1] - 84:11
**parade** [1] - 106:5
**paragraph** [3] - 13:7, 43:1, 45:20
**parameters** [2] - 82:12, 92:12
**park** [1] - 9:18
**PARKWAY** [1] - 5:17
**part** [8] - 18:15, 24:2, 28:23, 28:24, 46:19, 55:4, 70:7, 105:14
**participant** [1] - 87:6
**participants** [3] - 13:23, 14:5, 89:19
**participate** [2] - 78:24, 86:8, 87:23, 92:8, 92:9, 92:13, 93:14
**participation** [1] - 93:21
**particular** [11] - 28:22, 43:9, 45:8, 45:15, 48:9, 48:13, 57:5, 93:23, 94:7, 95:19, 103:21
**particularly** [2] - 77:23, 86:2
**parties** [17] - 14:22, 31:19, 51:7, 76:20, 78:12, 79:24, 80:3, 82:13, 82:17, 82:25, 83:8, 84:17, 84:19, 84:23, 87:21, 95:13, 105:6
**parties'** [2] - 81:13, 83:7
**partly** [1] - 84:6
**partner** [2] - 33:9,

53:15
**parts** [4] - 34:25, 35:2, 39:10, 78:17
**party** [7] - 31:23, 62:11, 65:9, 82:23, 84:3, 84:21, 88:24
**PARTY** [1] - 8:14
**pass** [3] - 14:21, 26:4, 26:11
**past** [2] - 77:12, 79:4
**Pat** [2] - 28:5, 105:17
**patent** [2] - 47:5
**patents** [1] - 46:2
**patience** [1] - 81:9
**Patrick** [2] - 18:11, 18:17
**Paul** [1] - 19:15
**pay** [1] - 57:4
**payment** [1] - 78:7
**PDF** [1] - 90:10
**penalty** [1] - 53:8
**pencil** [2] - 19:9, 19:16
**people** [20] - 9:9, 9:22, 17:2, 21:6, 21:15, 21:16, 24:4, 25:1, 25:2, 47:20, 56:25, 57:5, 58:19, 58:23, 69:4, 78:8, 85:5, 86:18, 102:17, 106:13
**PEPPER** [1] - 7:3
**Pepper** [3] - 108:3, 108:13, 108:14
**per** [1] - 11:11
**perceive** [2] - 15:16, 40:1
**perceived** [1] - 14:4
**perfect** [2] - 60:16, 90:9
**perfectly** [2] - 52:24, 54:1
**performance** [1] - 45:20
**performed** [2] - 34:8, 84:21
**performing** [2] - 38:4, 49:7
**perhaps** [5] - 25:10, 65:3, 78:25, 85:17, 86:11
**period** [6] - 13:3, 55:25, 56:1, 56:4, 67:16, 91:23
**permission** [3] - 28:24, 92:9, 93:6
**person** [7] - 58:18, 58:22, 60:7, 61:19, 68:24, 72:22, 98:1
**personal** [6] - 18:14, 20:22, 27:9, 27:17,

82:2, 82:3
**personally** [1] - 87:20
**personnel** [2] - 36:6, 65:18
**perspective** [2] - 40:1, 44:12
**PETROLEUM** [2] - 4:15, 6:4
**petroleum** [2] - 40:8, 105:22
**Petroleum** [2] - 106:1, 106:4
**Phillip** [3] - 72:20, 72:23, 73:8
**phone** [10] - 9:10, 13:23, 14:5, 30:1, 35:16, 57:14, 60:8, 76:25, 89:19, 90:1
**phonetically** [2] - 65:15, 102:5
**phrase** [2] - 43:14, 46:10
**phrases** [1] - 45:19
**pick** [6] - 20:23, 30:1, 46:4, 73:1, 73:12, 81:1
**picked** [1] - 69:25
**picking** [1] - 18:4
**picks** [1] - 17:21
**PIGMAN** [1] - 4:3
**Pikesville** [1] - 28:13
**piles** [1] - 22:22
**PINHOOK** [1] - 6:5
**PLACE** [2] - 2:4, 5:13
**place** [9] - 58:20, 77:21, 77:25, 80:12, 83:16, 91:9, 100:13, 103:23
**placed** [2] - 14:16, 60:8
**places** [2] - 42:3, 42:10
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [13] - 10:21, 13:5, 15:20, 24:16, 42:12, 58:16, 62:19, 91:8, 91:10, 93:20, 93:25, 96:19, 98:20
**PLAINTIFFS'** [1] - 1:16
**Plaintiffs'** [6] - 14:7, 88:25, 89:6, 93:24, 99:13, 100:21
**plaintiffs'** [2] - 46:22, 92:4
**plan** [1] - 36:14
**planning** [2] - 23:24, 32:5
**plans** [1] - 36:5
**PLC's** [1] - 14:20

**Pleased** [1] - 33:11
**pled** [1] - 53:13
**podium** [1] - 16:24
**point** [28] - 10:20, 11:5, 11:14, 11:24, 17:1, 22:3, 35:11, 37:1, 37:5, 37:24, 42:24, 43:11, 46:14, 58:15, 58:17, 60:7, 72:3, 77:11, 84:10, 87:7, 88:21, 89:17, 93:13, 94:2, 96:23, 101:10, 107:7
**points** [1] - 55:24
**policies** [1] - 35:5
**POLK** [1] - 4:17
**poor** [1] - 9:22
**pop** [1] - 67:21
**portable** [1] - 77:23
**pose** [2] - 54:10, 54:11
**position** [12] - 11:18, 14:17, 37:5, 49:6, 50:8, 74:9, 82:17, 83:8, 84:9, 84:16, 84:20, 98:16
**possibility** [1] - 51:8
**possible** [6] - 21:10, 49:5, 67:23, 75:17, 97:20, 103:18
**possibly** [1] - 76:16
**post** [6] - 96:14, 96:16, 98:22, 102:14, 104:23
**post-incident** [1] - 96:16
**potential** [4] - 15:7, 15:16, 84:7, 103:17
**POYDRAS** [4] - 3:7, 3:17, 4:18, 7:4
**PR** [1] - 97:9
**practical** [6] - 44:12, 80:12, 80:13, 80:23, 81:6, 105:1
**practice** [2] - 28:11, 82:21
**practices** [1] - 101:19
**precede** [2] - 46:20, 49:10
**precedent** [1] - 79:16
**precipitated** [1] - 85:15
**preconceived** [1] - 79:3
**prefer** [5] - 29:3, 29:4, 33:4, 67:22, 87:20
**preference** [1] - 46:10
**prejudiced** [1] - 82:14
**preparation** [2] - 101:2, 101:4
**prepare** [2] - 35:7,

43:25
**prepared** [2] - 61:25, 63:24
**present** [5] - 14:20, 40:7, 84:6, 88:5, 100:4
**PRESENT** [1] - 6:11
**presented** [1] - 92:1
**presenting** [1] - 84:1
**Presidential** [1] - 28:7
**pressure** [3] - 35:8, 40:3, 43:13, 43:21, 45:18, 45:22, 46:4, 46:6, 46:7, 46:8, 47:9, 49:10
**pressures** [4] - 43:23, 45:11, 45:16, 45:17
**presume** [1] - 52:5
**presuming** [1] - 25:19
**pretrial** [3] - 88:22, 88:24, 95:11
**Pretrial** [1] - 96:6
**pretty** [7] - 37:8, 39:4, 67:24, 78:16, 83:21, 88:23, 104:22
**previous** [2] - 63:17, 63:20
**previously** [3] - 77:10, 92:13, 103:3
**Price** [1] - 73:10
**price** [1] - 73:17
**primarily** [1] - 18:13
**principal** [1] - 34:24
**principle** [1] - 48:7
**priority** [2] - 26:2, 57:7
**private** [1] - 90:24
**PRIVILEGE** [2] - 8:15, 8:19
**privilege** [14] - 28:6, 71:9, 96:14, 97:11, 97:12, 99:8, 100:2, 101:8, 101:14, 101:17, 102:20, 102:21, 103:12, 104:20
**privileged** [9] - 97:17, 98:15, 98:17, 100:5, 100:6, 100:7, 100:13, 101:11
**proactive** [1] - 53:14
**Probert** [1] - 105:19
**PROBERT** [17] - 16:8, 24:22, 28:8, 31:25, 32:2, 32:3, 36:12, 42:18, 44:15, 47:23, 49:11, 55:5, 89:9, 93:12, 96:12, 97:14, 101:6
**proceedings** [3] -

89:17, 107:22, 108:9
**PROCEEDINGS** [3] -
1:11, 7:6, 9:1
**process** [13] - 40:24,
75:2, 81:12, 82:24,
83:13, 85:10, 87:6,
88:13, 88:21, 101:8,
103:6, 103:12,
103:17
**produce** [8] - 38:20,
40:6, 41:10, 43:18,
43:22, 54:5, 62:1,
92:2
**PRODUCED** [1] - 7:7
**produced** [9] - 14:13,
77:10, 91:24, 98:11,
98:15, 99:25, 103:6,
105:4, 105:9
**producible** [1] - 98:9
**producing** [5] - 31:21,
61:18, 99:10,
102:24, 102:25
**product** [1] - 48:12
**PRODUCTION** [2] -
3:10, 3:13
**production** [4] -
42:23, 52:11, 54:18,
99:3
**PRODUCTS** [1] - 3:15
**Professional** [1] -
108:4
**PROFESSOR** [1] - 6:8
**proffer** [1] - 47:14
**progress** [7] - 23:23,
33:6, 33:15, 39:8,
93:1, 93:2, 93:4
**project** [1] - 42:6
**promise** [4] - 15:19,
20:15, 70:3, 70:4
**prompt** [2] - 77:4,
78:13
**pronounced** [1] -
20:20
**proposal** [1] - 39:7
**propose** [1] - 29:8
**proposed** [12] - 13:2,
16:3, 28:16, 53:22,
56:24, 59:16, 59:25,
60:18, 61:6, 90:9,
90:11
**propound** [4] - 50:18,
50:20, 50:24, 54:16
**prospect** [7] - 41:1,
41:21, 42:16, 43:7,
43:10, 43:12, 43:13
**protected** [1] - 91:17
**protections** [1] -
105:10
**protective** [2] - 31:20,
32:6

**protocol** [1] - 91:20
**provide** [4] - 63:3,
77:9, 95:25, 97:7
**provided** [2] - 65:25,
101:2
**providing** [1] - 31:20
**provisions** [1] - 53:13
**proviso** [1] - 92:23
**PSC** [9] - 11:4, 13:19,
19:12, 25:11, 31:14,
71:11, 75:15, 75:19,
75:24
**psi** [3] - 46:5, 46:6,
46:7
**PTO** [2] - 99:18,
105:10
**pulled** [1] - 57:18
**purely** [1] - 38:14
**purpose** [3] - 46:9,
97:22, 98:7
**purposes** [3] - 12:25,
79:25, 98:5
**push** [3] - 25:10,
67:13, 67:15
**put** [31] - 10:6, 24:12,
29:12, 29:21, 30:14,
30:25, 31:9, 34:5,
34:21, 39:2, 40:3,
46:1, 48:23, 49:1,
51:22, 52:12, 56:22,
58:12, 59:24, 62:13,
75:6, 75:7, 76:1,
76:8, 84:14, 86:19,
89:3, 89:22, 91:9,
96:12, 106:7
**puts** [1] - 39:11
**putting** [1] - 39:6

**Q**

**qualified** [1] - 81:19
**quarter** [1] - 30:12
**quarterly** [1] - 30:14
**questioning** [1] -
53:17
**questions** [19] - 9:24,
14:3, 47:11, 47:15,
47:18, 49:3, 49:9,
53:16, 79:20, 79:21,
80:7, 84:1, 89:22,
89:25, 90:4, 91:14,
92:12, 101:3
**QUESTIONS**..............
.............. [1] - 8:5
**quick** [3] - 31:11, 34:6,
88:21
**quickly** [1] - 9:15,
81:21
**QUIP** [1] - 5:16

**Quirk** [1] - 68:23
**quirk** [2] - 69:2, 69:7
**quite** [4] - 25:23, 81:1,
84:8, 96:5
**Quitzau** [1] - 64:10
**quote** [2] - 18:18,
100:12

**R**

**radar** [1] - 64:22
**radically** [1] - 45:23
**raise** [2] - 15:12, 31:18
**raised** [2] - 39:25,
104:14
**raises** [1] - 100:14
**Randy** [2] - 65:12,
65:15
**range** [3] - 68:1,
71:15, 94:8
**rate** [1] - 45:21
**rated** [1] - 45:18
**rather** [7] - 10:19,
21:7, 53:14, 82:16,
83:5, 83:17, 99:8
**rating** [3] - 45:18,
46:4, 47:10
**ratios** [1] - 43:19
**rattle** [1] - 33:20
**Ravi** [1] - 105:20
**RAVI** [1] - 105:20
**RD** [1] - 6:5
**RE** [1] - 1:4
**reach** [5] - 10:3, 10:5,
12:22, 60:10, 86:20
**reached** [2] - 30:22,
76:21
**reaching** [1] - 25:5
**reaction** [1] - 32:1
**read** [7] - 34:11, 39:4,
55:13, 78:18, 84:11,
97:21, 104:6
**reading** [1] - 98:4
**ready** [6] - 14:8, 44:13,
55:3, 81:20, 85:17,
105:13
**real** [1] - 18:2
**realistic** [1] - 38:9
**realize** [1] - 71:1
**realizes** [1] - 104:22
**really** [26] - 9:10, 10:6,
11:5, 11:11, 13:22,
14:4, 24:10, 25:1,
26:14, 30:12, 31:3,
34:6, 38:11, 44:18,
54:19, 58:16, 58:23,
75:16, 79:8, 85:22,
87:16, 89:15, 98:1,
99:21, 100:16,

101:15
**Realtime** [2] - 108:3,
108:15
**REALTIME** [1] - 7:3
**reason** [9] - 16:20,
18:13, 21:19, 28:25,
80:22, 81:6, 81:8,
82:11, 82:15
**reasonable** [3] - 39:7,
47:1, 91:11
**reasonably** [1] - 82:24
**reasons** [3] - 80:15,
80:23, 85:8
**receipt** [1] - 70:24
**receive** [2] - 51:20,
53:24
**received** [4] - 53:24,
63:17, 64:4, 71:20
**receiving** [4] - 51:11,
51:13, 51:16
**recent** [2] - 9:25,
90:13
**recently** [3] - 53:8,
86:25, 91:19
**recess** [1] - 89:18
**recognition** [1] - 46:3
**recognize** [1] - 23:2
**recollection** [1] -
58:10
**recommend** [1] -
65:16
**recommendation** [1] -
65:17
**recommendations** [1]
- 35:22
**reconsideration** [1] -
95:23
**record** [7] - 11:12,
28:1, 28:6, 33:21,
90:16, 104:19, 108:9
**RECORDED** [1] - 7:6
**records** [2] - 34:13,
47:5
**red** [1] - 104:22
**Redd** [2] - 68:13,
68:15
**redepose** [1] - 94:12
**redraft** [1] - 61:2
**redrafting** [1] - 60:24
**reduce** [1] - 92:20
**refer** [1] - 24:4
**referring** [1] - 70:7
**refers** [1] - 88:24
**reformulate** [1] -
41:17
**reformulated** [1] -
41:13
**regard** [9] - 11:20,
37:4, 37:25, 49:10,
61:17, 61:18, 64:20,

77:8, 88:4
**regarding** [4] - 10:6,
42:23, 68:24, 94:13
**regardless** [1] -
101:14
**regards** [1] - 100:9
**register** [2] - 34:10,
34:12
**Registered** [2] -
108:3, 108:4
**regulatory** [2] - 50:9,
50:10
**REISER** [1] - 6:23
**related** [3] - 36:20,
37:23, 54:7
**relates** [1] - 45:5
**RELATES** [1] - 1:8
**relating** [3] - 35:5,
37:11, 91:24
**relationship** [2] - 35:9,
54:24
**relative** [6] - 54:16,
100:24, 101:12,
101:18, 102:20
**relax** [1] - 83:7
**relevance** [1] - 44:3
**relevant** [1] - 97:16
**relinquish** [1] - 48:14
**reluctant** [1] - 99:16
**remaining** [3] - 13:14,
15:25, 37:4
**remember** [7] - 30:10,
36:9, 36:24, 43:14,
76:4, 101:23, 101:24
**remind** [1] - 55:11
**rep** [1] - 31:21
**reply** [2] - 97:21, 97:23
**report** [13] - 30:14,
33:7, 44:23, 60:2,
60:6, 66:22, 67:17,
67:25, 68:1, 69:23,
83:20, 84:1, 84:6
**reported** [1] - 65:14
**reporter** [2] - 28:2,
43:2
**REPORTER** [2] - 7:3,
7:3
**Reporter** [7] - 108:3,
108:4, 108:5,
108:15, 108:16
**REPORTER'S** [1] -
108:1
**reporting** [1] - 93:3
**reports** [3] - 37:17,
42:6, 65:25
**represent** [3] - 28:5,
90:23, 91:3
**representative** [4] -
32:19, 47:21, 54:6,
61:22

**representatives** [4] - 52:2, 61:23, 62:1, 65:19
**represented** [1] - 70:4
**representing** [1] - 63:12
**represents** [1] - 91:4
**request** [20] - 31:19, 31:24, 35:2, 35:10, 35:20, 35:24, 38:10, 39:3, 39:6, 51:22, 52:10, 54:11, 54:18, 57:15, 61:25, 64:21, 83:14, 86:17, 94:6, 107:11
**requested** [10] - 15:3, 19:22, 24:15, 24:16, 58:13, 76:6, 76:7, 106:16, 106:17, 106:18
**requesting** [8] - 62:11, 105:17, 105:19, 105:23, 106:1, 106:4, 106:6
**requests** [12] - 33:20, 36:20, 37:16, 37:24, 41:15, 46:20, 54:1, 54:2, 54:13, 54:17, 54:18, 94:8
**require** [2] - 35:25, 65:2
**required** [1] - 50:11
**researcher** [1] - 75:13
**reservation** [1] - 80:22
**resident** [1] - 22:21
**resolve** [2] - 15:24, 104:18
**resolved** [2] - 92:3
**respect** [4] - 12:12, 35:4, 45:5, 55:11
**respond** [2] - 87:19, 87:20, 87:21
**responded** [1] - 94:9
**RESPONSE** [2] - 5:3, 5:19
**response** [2] - 60:17, 83:7
**responsibilities** [1] - 79:19
**rest** [2] - 59:1
**restrictive** [1] - 97:1
**results** [1] - 101:11
**return** [1] - 90:21
**returned** [1] - 70:24
**review** [3] - 103:4, 103:5, 103:9
**reviewed** [3] - 101:4, 101:13, 101:24
**reviewing** [3] - 99:3, 99:7, 101:9

**revise** [1] - 62:24
**revised** [1] - 33:14
**revisit** [2] - 20:12, 21:2
**rewrite** [1] - 49:20
**RICHARD** [2] - 5:12, 6:22
**Richard** [5] - 30:8, 30:15, 61:11, 62:14, 72:7
**RICHESON** [1] - 4:17
**Rick** [6] - 27:13, 28:4, 29:7, 29:21, 30:7, 44:24
**RIG** [1] - 1:4
**rig** [4] - 27:3, 36:6, 51:13, 58:20
**rightly** [1] - 96:5
**rise** [1] - 9:7
**risk** [13] - 34:10, 34:12, 34:18, 36:4, 37:17, 40:10, 40:14, 40:18, 41:9, 41:20, 41:22, 42:23
**risk/reward** [1] - 43:18
**Risks** [1] - 34:8
**risks** [3] - 34:13, 34:16, 40:7
**RMR** [2] - 7:3, 108:14
**roads** [1] - 83:2
**Robert** [4] - 31:14, 64:10, 75:15, 95:17
**ROBERT** [2] - 1:24, 4:18
**Roberts** [1] - 86:22
**ROBERTS** [2] - 6:21, 86:22
**role** [1] - 11:4
**ROME** [1] - 5:14
**RON** [1] - 6:22
**RONQUILLO** [2] - 4:7, 4:11
**room** [1] - 23:15
**ROOM** [2] - 2:9, 7:4
**ROSE** [1] - 5:23
**Roth** [1] - 105:21
**ROTH** [1] - 105:21
**rounds** [1] - 23:23
**Roy** [2] - 33:17, 33:18
**ROY** [27] - 1:16, 1:17, 9:17, 34:20, 39:16, 39:18, 39:20, 39:23, 40:25, 41:12, 42:8, 43:2, 43:11, 44:15, 45:3, 49:18, 49:22, 49:24, 50:10, 50:14, 50:18, 50:23, 52:5, 57:10, 58:2, 58:5, 102:24
**rule** [3] - 15:13, 15:25, 105:3

**Rule** [1] - 33:4
**RULE** [1] - 8:11
**ruled** [1] - 98:23
**run** [2] - 56:24, 85:11
**run-down** [1] - 56:24
**running** [1] - 50:16
**RUSH** [1] - 6:19
**Russia** [1] - 68:14
**RYAN** [1] - 3:21

## S

**S-A-B-I-N-S** [1] - 25:19
**s/Cathy** [1] - 108:13
**Sabins** [5] - 25:2, 25:7, 25:9, 25:18, 69:25
**safely** [1] - 44:1
**safety** [15] - 35:22, 36:13, 36:14, 36:20, 37:10, 37:16, 37:17, 40:10, 40:14, 40:18, 41:8, 41:22, 42:23, 44:8
**Safety** [1] - 36:4
**safety-related** [1] - 36:20
**SALLY** [1] - 1:12
**SAN** [1] - 2:10
**satisfied** [1] - 99:14
**satisfy** [1] - 54:18
**save** [2] - 56:20, 56:21
**saves** [1] - 39:6
**savings** [1] - 35:16
**scenario** [1] - 103:18
**scenarios** [2] - 38:5, 49:7
**schedule** [1] - 21:16, 25:12, 57:5, 67:20, 71:10, 71:23, 76:18, 82:12, 86:25, 107:12, 107:15
**scheduled** [8] - 16:15, 18:23, 26:18, 57:1, 73:23, 83:22, 93:23, 94:14
**schedules** [1] - 51:23
**SCHELL** [1] - 4:17
**Scofield** [1] - 63:16
**SCOFIELD** [5] - 4:22, 63:13, 63:15, 64:1, 64:3
**scope** [5] - 49:10, 54:15, 56:7, 100:3, 100:9
**scrambled** [1] - 36:18
**sea** [1] - 80:19
**SEACOR** [6] - 5:4, 5:5, 5:5, 5:6, 5:6, 5:7

**seal** [1] - 103:24
**search** [2] - 47:5, 91:25
**searched** [2] - 91:22, 91:23
**season** [1] - 55:14
**second** [10] - 12:12, 13:22, 22:25, 27:14, 27:18, 44:22, 60:22, 95:22, 100:14, 101:22
**secondly** [2] - 56:5, 101:15
**secured** [1] - 80:22
**securities** [1] - 91:8
**security** [1] - 90:24
**see** [45] - 9:21, 10:3, 10:8, 11:4, 13:16, 19:18, 21:18, 22:16, 27:20, 30:8, 31:3, 31:10, 32:1, 37:18, 38:9, 41:16, 44:22, 46:14, 54:15, 55:7, 55:22, 59:12, 59:16, 59:20, 65:10, 67:2, 68:4, 71:21, 72:4, 75:20, 76:21, 80:20, 80:22, 81:22, 82:1, 82:24, 83:15, 87:17, 87:21, 95:23, 98:25, 100:18, 104:12, 106:13, 106:21
**SEEDING** [1] - 8:18
**seeding** [2] - 90:21, 95:8
**seeing** [1] - 63:2
**seem** [3] - 14:6, 36:6, 36:21
**select** [1] - 66:23
**selected** [1] - 41:4
**send** [5] - 54:3, 55:2, 57:19, 62:21, 90:5
**sending** [1] - 90:12
**sense** [3] - 67:15, 82:3, 85:9
**sent** [5] - 54:4, 70:17, 70:18, 90:14, 93:22
**separate** [2] - 12:4, 91:5
**separately** [1] - 94:10
**sequester** [1] - 104:7
**serious** [1] - 33:6
**seriously** [1] - 21:16
**served** [1] - 55:15
**SERVICES** [1] - 4:7
**session** [2] - 107:13, 107:15
**set** [10] - 11:12, 26:23, 44:6, 55:3, 69:9, 69:13, 71:23, 87:24,

103:10, 104:21
**setting** [2] - 36:5, 105:6
**seven** [2] - 33:23, 106:22
**several** [4] - 37:24, 47:7, 60:8, 85:21
**shake** [1] - 75:21
**share** [6] - 55:6, 55:17, 55:19, 55:22, 62:14, 91:18
**Shea** [1] - 76:22
**Shelf** [3] - 37:11, 43:8, 43:9
**SHELL** [1] - 3:16
**short** [2] - 46:13, 56:1
**shortly** [1] - 69:18
**shot** [2] - 29:20, 37:8
**show** [2] - 17:15, 46:11
**shows** [1] - 64:11
**SHUSHAN** [1] - 1:12
**Shushan** [2] - 79:4, 93:18, 95:6
**side** [3] - 61:2, 87:15, 88:9
**SIEMENS** [1] - 5:8
**signature** [2] - 97:24, 97:25
**significant** [2] - 35:25, 103:2
**silent** [1] - 53:15
**similar** [4] - 34:12, 38:4, 43:13, 48:3, 48:11, 48:15
**SIMMONS** [12] - 6:22, 27:23, 27:25, 28:4, 28:12, 28:18, 29:9, 29:14, 29:23, 30:2, 30:6, 44:25
**Simmons** [5] - 18:15, 27:8, 27:17, 27:22, 28:4
**simple** [5] - 42:8, 42:9, 46:10, 50:3, 50:7
**simpler** [1] - 40:17
**single** [1] - 58:18
**sink** [2] - 59:12, 59:17
**sit** [3] - 10:9, 61:14
**site** [4] - 11:4, 11:9, 14:20, 15:7
**sitting** [1] - 27:18
**situation** [1] - 45:8
**six** [3] - 48:3, 89:2, 106:22
**skip** [1] - 69:22
**SKIP** [1] - 6:18
**slot** [3] - 56:20, 56:21, 73:12
**slotting** [1] - 56:25

**small** [1] - 58:22
**Smith** [1] - 65:12
**sole** [3] - 51:5, 51:8
**solely** [1] - 91:25
**soliciting** [1] - 100:9
**solid** [2] - 18:23, 30:10
**solution** [2] - 42:8, 97:3
**solve** [1] - 55:4
**solved** [3] - 44:15, 44:18, 44:21
**someone** [9] - 42:2, 42:10, 44:6, 48:24, 49:1, 49:4, 56:5, 56:14, 62:8
**sometime** [3] - 25:10, 67:22, 83:20
**sometimes** [1] - 91:7
**somewhat** [1] - 91:7
**somewhere** [4] - 27:3, 36:18, 71:14, 83:21
**soon** [2] - 60:13, 83:21
**sooner** [1] - 83:16
**sorry** [11] - 27:16, 44:24, 64:1, 66:11, 66:17, 67:14, 83:18, 97:23, 106:17, 106:21, 106:23
**sort** [7] - 11:8, 14:17, 38:24, 47:3, 52:15, 77:12, 82:10
**sounds** [1] - 38:7
**soup** [1] - 44:5
**SOUTH** [1] - 5:24
**spans** [1] - 19:8
**speaking** [3] - 58:11, 82:23, 96:15
**SPECIAL** [1] - 6:8
**special** [3] - 28:12, 40:4
**specific** [5] - 15:18, 53:9, 61:22, 61:24, 92:24
**specifically** [4] - 45:14, 53:13, 78:14, 97:7
**specifications** [1] - 77:10
**speed** [3] - 9:10, 15:21, 20:5
**spell** [1] - 42:1
**spelled** [2] - 65:15, 102:5
**spelling** [1] - 74:4
**Sperry** [2] - 60:1, 60:25
**SPERRY** [1] - 8:13
**SPILL** [2] - 1:4, 5:19
**spill** [1] - 12:4

**spot** [1] - 95:22
**sprung** [1] - 100:16
**spurred** [1] - 99:21
**SQUARE** [1] - 3:16
**ST** [2] - 5:13, 5:13
**stab** [1] - 52:10
**stability** [1] - 35:6
**stage** [1] - 75:20
**stakeholder** [1] - 79:12
**stand** [4] - 33:8, 45:1, 61:8, 87:9
**standing** [6] - 10:8, 29:1, 33:18, 47:11, 79:10, 90:17
**start** [11] - 16:14, 17:6, 18:22, 25:7, 32:3, 40:13, 56:25, 61:3, 62:15, 81:22, 105:14
**started** [1] - 34:15
**starting** [1] - 40:2
**State** [4] - 52:21, 53:6, 55:2, 108:5
**STATE** [3] - 2:12, 2:12, 2:16
**state** [2] - 28:1, 55:12
**statement** [3] - 12:10, 44:16, 89:21
**statements** [1] - 77:8
**states** [1] - 52:14
**STATES** [2] - 1:1, 1:12
**States** [3] - 68:16, 108:6, 108:17
**static** [2] - 45:22, 46:3
**status** [2] - 66:25, 90:25
**STATUS** [1] - 8:21
**stay** [4] - 16:17, 21:6, 77:6, 91:13
**stayed** [1] - 9:18
**staying** [1] - 77:3
**steal** [1] - 52:5
**Steering** [6] - 14:7, 89:1, 89:6, 93:24, 99:13, 100:22
**steering** [1] - 63:18
**STEFANIE** [1] - 4:8
**STENOGRAPHY** [1] - 7:6
**step** [2] - 11:2, 13:20
**STEPHEN** [1] - 1:20
**steps** [1] - 53:14
**STEVE** [1] - 6:21
**Steve** [13] - 11:16, 11:22, 13:10, 14:16, 15:23, 15:24, 19:5, 58:16, 62:18, 86:22, 90:12, 96:19
**stick** [1] - 10:19
**still** [12] - 16:22,

18:23, 26:25, 27:1, 31:8, 34:24, 37:20, 47:11, 64:7, 64:21, 71:23, 71:24
**stipulation** [3] - 31:19, 32:3, 91:9
**stipulations** [1] - 91:17
**STONE** [1] - 4:3
**stop** [1] - 48:19
**stopped** [1] - 9:18
**story** [1] - 28:13
**STRADLEY** [9] - 6:11, 90:22, 91:3, 92:18, 92:20, 92:23, 93:5, 93:9, 93:16
**Stradley** [1] - 90:23
**straight** [1] - 39:25
**straighten** [2] - 36:16, 37:1
**strange** [1] - 14:17
**stranger** [1] - 49:25
**STREET** [14] - 1:18, 1:24, 2:4, 2:17, 2:20, 3:7, 3:17, 4:4, 4:9, 4:18, 4:22, 6:12, 6:15, 7:4
**Stress** [2] - 66:13, 66:14, 66:16
**stretch** [1] - 98:18
**strong** [1] - 84:4
**structures** [1] - 36:6
**studied** [1] - 14:13
**study** [3] - 38:2, 43:25, 48:7
**stuff** [6] - 9:21, 10:12, 35:10, 37:13, 44:4, 85:20
**subclass** [1] - 91:3
**subject** [6] - 29:12, 29:21, 47:14, 50:1, 54:1, 84:1
**subjects** [2] - 68:24, 69:17
**submission** [1] - 71:10
**submit** [8] - 16:3, 71:18, 90:3, 90:7, 90:10, 90:11, 103:24, 103:25
**submitted** [2] - 10:11, 51:2
**subparts** [1] - 35:17
**subsets** [1] - 40:14
**substance** [2] - 54:7, 101:15
**substantial** [1] - 105:7
**substantially** [4] - 48:2, 48:10, 48:11, 48:15

**substantively** [1] - 102:17
**substitute** [1] - 55:8
**subsume** [1] - 41:7
**subsumed** [2] - 49:20, 57:11
**success** [1] - 25:6
**successful** [1] - 103:7
**suffice** [1] - 32:8
**suggest** [5] - 9:11, 17:20, 69:2, 76:22, 86:18
**suggested** [4] - 10:16, 27:7, 28:19, 86:4
**suggestion** [3] - 20:23, 21:3, 52:3
**suggestions** [1] - 33:16
**suit** [1] - 53:8
**SUITE** [8] - 2:4, 3:17, 4:9, 4:12, 4:18, 4:22, 5:24, 6:5
**superiors** [1] - 81:5
**supplemental** [1] - 102:21
**SUPPORT** [1] - 6:3
**support** [1] - 77:12
**supportive** [1] - 86:17
**supposed** [1] - 55:12
**surprises** [1] - 61:16
**surprising** [1] - 104:23
**surveyor** [2] - 76:2, 105:16
**surveys** [1] - 84:24
**suspect** [1] - 21:14
**suspicion** [1] - 59:4
**SUZIE** [1] - 3:6
**Swaco** [4] - 62:17, 62:24, 63:7, 63:22
**Swick** [1] - 93:19
**SWICK** [1] - 6:14
**sympathize** [1] - 42:1
**systems** [1] - 36:14

## T

**table** [1] - 85:7
**Tabler** [2] - 105:21, 106:17
**TABLER** [1] - 105:22
**tackle** [1] - 37:18
**tail** [1] - 27:11
**takeaway** [1] - 86:3
**Tanner** [1] - 63:7
**target** [2] - 21:10, 32:24
**targeted** [1] - 94:7
**tasked** [2] - 25:5,

60:23
**teaching** [1] - 37:15
**technical** [2] - 82:6, 86:18
**technically** [1] - 43:20
**Technologies** [2] - 25:3, 69:23
**techs** [1] - 68:18
**tedious** [1] - 81:9
**telephone** [2] - 51:12, 76:19
**telephonically** [1] - 14:1
**temperatures** [1] - 40:6
**ten** [2] - 35:23, 106:22
**tentative** [9] - 18:11, 20:24, 21:23, 23:17, 27:1, 29:11, 29:12, 29:18, 31:5
**tentatively** [4] - 16:15, 26:23, 31:8, 75:7
**terms** [5] - 12:23, 18:18, 34:24, 40:10, 100:23
**terribly** [1] - 83:17
**terrific** [1] - 96:4
**tester** [1] - 84:23
**testers** [2] - 81:25, 82:1
**testified** [1] - 28:7
**testify** [5] - 60:9, 60:13, 60:19, 69:16, 84:8
**testifying** [1] - 83:25
**testimony** [2] - 100:24, 101:4
**testing** [26] - 35:5, 35:6, 38:2, 68:18, 69:2, 76:11, 77:4, 77:5, 77:20, 78:3, 78:13, 78:14, 79:24, 81:18, 82:5, 82:11, 83:13, 83:14, 84:3, 84:4, 84:5, 84:8, 84:11, 84:18, 86:24, 88:5
**TESTING...................**
**.** [1] - 8:17
**tests** [4] - 35:8, 81:19, 82:14, 86:18
**TEXAS** [3] - 4:10, 4:13, 5:17
**that'd** [1] - 90:6
**THE** [325] - 1:4, 1:5, 1:12, 1:23, 2:7, 2:12, 2:16, 5:20, 9:7, 9:8, 9:14, 9:19, 10:9, 10:18, 10:23, 11:7, 11:16, 11:21, 12:9,

12:14, 12:16, 12:19, 13:6, 13:10, 13:16, 13:20, 13:25, 15:22, 16:8, 16:13, 16:22, 17:4, 17:8, 17:11, 17:13, 17:18, 17:25, 18:4, 18:7, 18:20, 18:22, 19:1, 19:4, 19:13, 19:18, 19:21, 19:24, 20:7, 20:13, 20:17, 20:21, 21:4, 21:10, 21:14, 21:18, 21:24, 22:2, 22:9, 22:16, 22:18, 22:24, 23:23, 24:3, 24:12, 24:18, 24:20, 25:8, 25:14, 25:21, 25:24, 26:8, 26:11, 26:18, 26:20, 26:22, 27:1, 27:5, 27:10, 27:16, 27:19, 27:22, 27:24, 28:1, 28:11, 28:15, 29:1, 29:4, 29:7, 29:11, 29:16, 29:18, 29:21, 29:25, 30:3, 30:7, 30:14, 30:16, 30:19, 30:24, 31:1, 31:3, 31:9, 31:25, 32:9, 32:14, 32:16, 32:22, 32:24, 33:2, 33:11, 33:18, 33:22, 34:1, 34:4, 34:21, 35:14, 36:2, 36:8, 36:17, 36:24, 37:3, 37:22, 39:13, 39:17, 39:19, 39:21, 40:22, 41:11, 41:16, 41:22, 41:25, 42:24, 43:3, 44:18, 45:1, 46:14, 47:23, 49:8, 49:15, 49:19, 49:23, 50:9, 50:12, 50:20, 51:3, 52:3, 52:18, 53:3, 53:17, 53:20, 54:14, 55:6, 55:17, 55:19, 56:11, 56:13, 56:21, 57:7, 57:9, 57:21, 57:23, 58:6, 59:11, 59:22, 60:4, 60:16, 61:4, 61:8, 61:14, 61:16, 62:2, 62:4, 62:9, 62:13, 63:1, 64:2, 64:8, 64:13, 64:19, 64:24, 65:1, 65:8, 65:22, 66:3, 66:5, 66:7, 66:12, 66:14, 66:17, 66:20, 67:2, 67:9, 67:12, 67:14, 67:18, 68:2, 68:7, 68:11, 68:22, 69:6, 69:10, 69:14,

69:20, 69:22, 70:2, 70:9, 70:12, 70:15, 70:21, 71:8, 71:16, 71:22, 71:25, 72:9, 72:11, 72:14, 72:17, 72:19, 72:23, 73:6, 73:9, 73:16, 73:20, 73:22, 73:24, 74:1, 74:5, 74:17, 74:20, 74:25, 75:5, 75:7, 75:12, 75:22, 75:25, 76:2, 76:7, 76:10, 76:14, 76:17, 76:24, 77:1, 77:15, 77:18, 77:24, 78:3, 78:7, 78:11, 78:22, 79:6, 79:10, 79:14, 80:4, 81:4, 81:15, 83:4, 83:10, 83:24, 85:2, 85:10, 85:12, 86:1, 86:6, 86:8, 86:14, 86:19, 87:7, 87:13, 87:23, 88:3, 88:11, 88:15, 89:3, 89:11, 89:15, 89:19, 90:2, 90:6, 90:9, 90:19, 91:2, 92:11, 92:19, 92:22, 93:3, 93:8, 93:12, 93:17, 94:3, 94:15, 95:2, 95:5, 95:7, 95:15, 96:1, 96:7, 96:10, 97:21, 97:23, 97:25, 98:4, 99:2, 99:7, 99:10, 99:13, 100:17, 102:23, 103:13, 103:20, 103:25, 104:4, 104:10, 104:16, 105:11, 105:13, 106:9, 106:11, 106:17, 106:21, 107:3, 107:6, 107:12, 107:14, 107:15, 107:19

**themselves** [2] - 84:17, 89:7
**THEODORE** [1] - 5:9
**theory** [3] - 51:5, 51:8, 51:18
**thereafter** [1] - 69:18
**therefore** [2] - 65:6, 92:5
**thereof** [1] - 58:21
**they've** [3] - 57:1, 83:22, 103:8
**thinking** [3] - 79:8, 82:2, 107:8
**thinks** [4] - 11:13, 11:16, 43:4, 83:13

**THIRD** [1] - 8:14
**third** [1] - 65:9
**THIRD-PARTY** [1] - 8:14
**third-party** [1] - 65:9
**THIS** [1] - 1:8
**Thomas** [1] - 16:11
**thoughts** [4] - 79:22, 82:20, 91:12, 91:13
**thousand** [1] - 98:12
**three** [12] - 25:1, 33:23, 35:1, 35:22, 36:13, 38:5, 45:10, 49:7, 70:3, 71:12, 101:25, 106:21
**throw** [1] - 80:21
**thunder** [1] - 52:5
**Thursday** [1] - 86:10
**Tim** [15] - 33:12, 37:5, 39:25, 42:14, 43:4, 44:16, 46:14, 46:18, 52:25, 56:12, 57:12, 57:20, 68:23, 104:11, 105:19
**Tim's** [3] - 45:5, 52:25, 53:3
**TIME**..........................
.................. [1] - 8:18
**timing** [6] - 79:11, 81:11, 81:23, 82:21, 83:19, 101:24
**TIMOTHY** [1] - 3:20
**Timothy** [1] - 75:13
**TO** [1] - 1:8, 9:4, 17:23, 26:14, 26:17
**to-do** [1] - 76:8
**today** [14] - 17:22, 31:16, 39:24, 44:20, 47:12, 49:4, 69:25, 86:24, 88:7, 90:4, 98:3, 103:2, 103:10, 106:24
**together** [7] - 42:14, 54:15, 58:25, 71:21, 83:1, 91:6, 93:1
**tolerable** [1] - 56:9
**Tommy** [1] - 105:21
**Tony** [7] - 36:11, 50:25, 57:17, 59:7, 64:16, 65:13, 86:15
**took** [6] - 14:3, 33:16, 58:20, 67:5, 73:3, 86:1
**tools** [1] - 34:12
**Tooms** [3] - 19:2, 19:15, 19:21
**top** [1] - 58:11
**topic** [16] - 34:24, 44:4, 45:21, 51:1, 51:22, 51:25, 53:1,

54:23, 56:24, 59:8, 59:17, 60:6, 60:12, 64:6, 65:8, 70:7
**Topic** [2] - 60:11, 60:18
**topics** [18] - 36:13, 39:1, 39:3, 39:12, 47:17, 51:23, 58:19, 58:24, 59:15, 60:15, 60:19, 60:23, 60:24, 60:25, 63:23, 64:5, 74:9, 74:10
**Topics** [1] - 60:8
**tort** [2] - 81:7
**TORTS** [1] - 2:8
**totally** [1] - 15:20
**touch** [2] - 32:19, 46:20
**toward** [3] - 41:2, 46:9, 62:15
**towards** [1] - 59:3
**TRACK** [2] - 8:8, 8:16
**track** [11] - 20:14, 24:5, 24:6, 24:25, 26:12, 26:13, 28:23, 72:1, 77:4, 77:6, 91:15
**TRACK**....................
............ [1] - 8:9
**TRACK**.....................
...................... [1] - 8:10
**tracking** [2] - 20:11, 71:3
**training** [1] - 35:5
**Training** [1] - 65:12
**transcript** [1] - 108:8
**TRANSCRIPT** [2] - 1:11, 7:6
**Transocean** [12] - 26:1, 51:20, 57:23, 58:7, 59:14, 59:25, 68:14, 77:9, 86:22, 87:4, 87:15, 106:18
**TRANSOCEAN** [4] - 3:3, 3:3, 3:5, 8:12
**Transocean's** [2] - 17:21, 60:6
**transpired** [1] - 59:4
**trapped** [1] - 52:15
**traveling** [1] - 59:18
**treat** [1] - 81:4
**tremendous** [3] - 40:6, 40:7
**trial** [7] - 15:3, 15:5, 15:6, 18:14, 20:23, 28:9, 51:10
**trials** [1] - 21:1
**tried** [5] - 10:12, 10:15, 20:22, 58:12,

99:20
**trip** [1] - 23:24
**triple** [2] - 20:11, 20:13
**true** [3] - 26:16, 26:17, 108:7
**trust** [1] - 12:4
**try** [16] - 14:14, 21:20, 30:11, 41:9, 43:17, 50:14, 55:20, 59:20, 70:1, 75:1, 78:19, 84:12, 86:10, 88:14, 97:4, 106:8
**trying** [12] - 10:19, 30:2, 59:22, 85:13, 94:9, 94:11, 94:24, 98:11, 99:2, 101:17, 101:19, 103:16
**TSEKERIDES** [1] - 5:9
**Tuesday** [1] - 23:1
**tumbles** [1] - 102:18
**turns** [1] - 42:4
**two** [28] - 12:4, 14:15, 14:25, 17:7, 19:19, 25:2, 25:3, 33:23, 35:1, 36:7, 38:23, 39:2, 39:5, 45:19, 55:6, 55:24, 57:24, 58:7, 60:14, 72:25, 73:12, 75:9, 81:25, 86:18, 94:8, 95:22, 96:1, 106:21
**TX** [2] - 4:23, 6:13
**Tyagi** [1] - 106:3
**TYAGI** [1] - 106:3
**type** [6] - 40:4, 40:8, 41:24, 45:15, 50:11, 101:6
**types** [2] - 43:18, 45:10
**typical** [1] - 48:12

**U**

**U.S** [3] - 2:7, 5:11, 73:11
**UK** [5] - 8:7, 18:22, 21:13, 22:3, 22:10
**ultimately** [1] - 45:21
**unable** [1] - 92:5
**uncertainty** [1] - 67:16
**unclear** [2] - 77:7, 77:8
**under** [11] - 46:13, 48:6, 51:7, 59:2, 60:12, 87:4, 87:5, 97:25, 99:18, 103:18, 103:24
**Underhill** [6] - 76:20,

79:8, 79:15, 82:9, 85:8, 87:2
**UNDERHILL** [14] - 2:8, 79:15, 80:5, 81:5, 81:16, 83:5, 83:18, 83:25, 87:9, 87:14, 87:25, 88:7, 88:12, 107:16
**understandable** [1] - 43:1
**understood** [1] - 40:21
**undertake** [2] - 47:1, 69:6
**unduly** [1] - 96:25
**uneducated** [1] - 78:16
**unfortunate** [1] - 89:20
**unfortunately** [1] - 63:24
**unidentified** [1] - 68:17
**unilateral** [1] - 97:18
**UNITED** [2] - 1:1, 1:12
**United** [2] - 108:6, 108:17
**unless** [1] - 59:2
**unnecessary** [1] - 12:19
**unobjectionable** [1] - 46:16
**unquote** [2] - 18:18, 100:12
**unreasonable** [1] - 61:24
**untoward** [1] - 101:7
**up** [53] - 9:8, 9:10, 10:2, 10:8, 11:15, 11:23, 13:20, 14:3, 14:9, 16:17, 17:21, 20:10, 20:11, 21:1, 24:1, 27:6, 30:1, 30:12, 31:10, 31:13, 33:18, 34:22, 36:8, 39:21, 45:1, 45:4, 46:11, 49:16, 56:7, 56:16, 56:19, 57:5, 57:18, 57:23, 60:4, 60:22, 61:5, 67:2, 67:6, 67:21, 68:19, 70:19, 72:5, 75:8, 81:1, 87:24, 90:20, 94:23, 95:11, 95:13, 95:22, 96:1, 97:6
**update** [7] - 31:11, 71:10, 75:14, 76:3, 92:17, 93:13, 93:20
**updated** [1] - 64:10
**updates** [2] - 65:10,

65:23
**upset** [2] - 84:19, 86:2
**urge** [1] - 37:18
**US** [2] - 26:15, 79:15
**USA** [1] - 4:16

## V

**VALDEZ** [1] - 107:17
**Van** [1] - 65:15
**variation** [1] - 49:5
**various** [4] - 34:8, 51:12, 58:12, 58:13
**Vector** [2] - 66:15, 66:18
**velocities** [1] - 40:6
**venue** [1] - 20:12
**version** [5] - 36:9, 36:10, 59:8, 63:20, 63:23
**versus** [1] - 45:22
**vessel** [1] - 41:5
**Vidrine** [1] - 16:20
**VIDRINE'S** [1] - 8:6
**Vidrine's** [1] - 16:15
**view** [7] - 49:9, 58:17, 82:10, 86:23, 93:13, 96:23, 101:10
**views** [2] - 14:22, 81:17
**Vincent** [2] - 73:10, 105:21
**violations** [1] - 53:10
**virtually** [1] - 40:7
**voicemail** [1] - 71:2
**VOICES** [1] - 13:24
**volumes** [1] - 40:7
**voluntarily** [3] - 65:16, 67:1, 68:9

## W

**W-H-O-R-T-E-R** [1] - 74:14
**WACKER** [1] - 5:24
**wait** [3] - 15:19, 82:13, 100:14
**waive** [1] - 59:3
**waiver** [1] - 31:22
**walked** [3] - 9:19, 27:13, 27:18
**Walker** [1] - 61:12
**WALKER** [1] - 5:12
**walking** [1] - 9:17
**Wall** [1] - 17:9
**walls** [1] - 87:10
**WALTHER** [1] - 4:3
**wants** [2] - 64:18, 78:6

**WARE** [1] - 5:16
**wash** [1] - 82:10
**WASHINGTON** [1] - 2:13
**waste** [1] - 38:21
**waters** [2] - 38:18, 50:1
**WATKINS** [1] - 5:23
**wear** [1] - 102:16
**WEATHERFORD** [1] - 5:11
**Weatherford** [6] - 61:8, 61:9, 61:17, 62:20, 62:24, 63:8
**web** [4] - 11:4, 11:9, 14:20, 15:7
**Wednesday** [1] - 74:9
**week** [35] - 19:6, 19:15, 22:5, 24:3, 25:11, 25:13, 28:9, 28:25, 30:11, 31:1, 31:9, 32:24, 54:14, 56:23, 59:13, 59:24, 60:17, 61:5, 61:6, 62:14, 63:24, 64:3, 65:22, 66:20, 70:5, 76:19, 76:23, 83:22, 87:24, 93:22, 106:5, 106:14, 107:5, 107:6
**week's** [1] - 30:23
**weekend** [3] - 59:20, 60:15, 90:5
**weeks** [4] - 28:10, 72:25, 75:9, 85:21
**WEIGEL** [1] - 5:20
**WEIL** [1] - 5:8
**WEINER** [1] - 4:17
**welcome** [2] - 87:24, 88:5
**whatnot** [2] - 43:19, 46:3
**whereby** [3] - 83:16, 91:10, 103:12
**WHEREUPON** [2] - 89:17, 107:22
**Whitby** [1] - 74:17
**white** [1] - 47:15
**White** [1] - 12:17
**WHITELEY** [1] - 2:16
**whole** [11] - 43:21, 46:8, 54:24, 56:17, 68:1, 89:2, 99:21, 100:16, 101:24, 103:10, 103:17
**Wild** [2] - 31:12, 32:18
**William** [5] - 22:4, 22:7, 74:1, 74:2, 76:2
**WILLIAM** [2] - 6:11, 6:17

**william** [1] - 76:3
**willing** [4] - 39:9, 45:7, 68:8, 94:17
**Willis** [1] - 70:8
**Willis'** [1] - 70:25
**WILSON** [1] - 3:6
**window** [1] - 80:21
**wise** [2] - 19:17, 82:1
**withholding** [1] - 100:15
**witness** [16] - 22:12, 35:19, 44:13, 61:18, 62:6, 67:3, 73:25, 74:8, 74:18, 75:18, 75:20, 89:8, 92:15, 95:19, 102:9
**WITNESS** [1] - 12:16
**witness-by-witness** [1] - 92:15
**witnesses** [14] - 32:14, 47:8, 47:18, 48:23, 64:14, 64:20, 70:4, 72:1, 72:6, 74:24, 91:10, 94:12, 106:16, 106:18
**WITNESSES.............. .................** [1] - 8:16
**WITTMANN** [1] - 4:3
**wonderful** [1] - 61:4
**Word** [1] - 90:10
**word** [7] - 13:13, 30:1, 40:11, 43:14, 84:11, 85:15, 102:22
**words** [3] - 34:7, 52:12, 98:13
**works** [2] - 19:9, 95:24
**WORLDWIDE** [1] - 5:6
**worldwide** [1] - 49:25
**worried** [2] - 44:11, 77:3
**worse** [1] - 16:12
**worst** [1] - 39:5
**worth** [1] - 29:19
**WRIGHT** [1] - 1:16
**written** [3] - 43:8, 44:10, 55:3
**Wyk** [1] - 65:15

## Y

**y'all** [2] - 23:2, 105:13
**Yamamoto** [1] - 64:21
**years** [3] - 35:23, 41:3, 49:13
**yesterday** [14] - 15:1, 31:4, 33:6, 33:14, 35:15, 57:24, 60:11, 63:15, 63:19, 64:4,

65:14, 65:20, 66:25, 70:23
**yield** [2] - 88:24, 89:2
**yielding** [2] - 89:3, 89:10
**York** [1] - 70:16
**YORK** [16] - 4:12, 5:10, 5:21, 6:16, 23:8, 60:2, 60:5, 60:21, 62:12, 66:9, 66:15, 66:18, 69:11, 70:14, 90:12, 106:20
**yourselves** [2] - 43:25, 89:12