## CONFERENCE ATTENDANCE RECORD

DATE: 3-18-11              TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179 — CJB-SS

DISCOVERY STATUS    CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| William Bonner | TI |
| Jimmy Williamson | TI |
| Cory Maze | Alabama |
| Steve Herman | Plaintiffs |
| ROBERT CUNNINGHAM | PSC |
| Bill Stradley | MDL 2185 |
| Bryan Payne | MDL 2185 |
| Don Godwin | Halliburton |
| Alan York | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jerry Martinez | Halliburton |
| Shannon Lary | M-I |
| Steve Luxton | M-I |
| William Stradley | MDL 2185 |
| Carmelite Bertaut | Cameron |
| Geoff Gannaway | Cameron |
| Henry Dart | LA |
| Allan Kanner | LA |
| John Alden Meade | 2185 Rev P |
| Stephen Pence | DRC |
| Tim Duffy | BP |
| Andy Langan | BP |
| Don Haycraft | BP |
| Richard Bertram | Weatherford U.S. LP |
| Dennis Barrow | Dril-Quip |
| Deb Kuchler | Anadarko + MOEX |
| Tony Fitch - by phone | " " |

Jeremy Rush for O'Brien Management Response, Inc.

Lori Feldman for ERISA in MDL 2185

Tony Fitch for Anadarko & MOEX

Ted Tsekerides