# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig             *        MDL NO. 2179
   "Deepwater Horizon" in the Gulf   *
   Of Mexico, on April 20, 2010      *
           *        SECTION: J
           *
This Pleading Relates to:                    *        JUDGE BARBIER
All Cases in Pleading Bundle Section III.B(3) *
-and-                                        *        MAG. JUDGE SHUSHAN
2:10-CV-02771                                *
           *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*        \*

## LYNDEN, INC. RESPONSE TO ORDER [DOC. 1458]

Now into Court, through undersigned counsel and without waiving its pending personal jurisdictional motion, comes Lynden, Inc. to respond to the Court's February 25, 2011 Order [Working Group Conference on Friday, February 25, 2011][doc. 1458], particularly paragraph *X. Insurance Policies*, as follows:

### *Insurance*

Lynden, Inc., identified in plaintiffs' *Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B(3)) ["B3 Bundle"] Complaint in Admiralty Rule 9(h)* [doc. 881], as a "Dispersant Defendant," has Aviation Insurance, General Liability Insurance, and excess (bumbershoot) insurance as set forth below:

- Aviation Liability Insurance, Policy No. AI 1859880-03 – $300 million limit, written through lead underwriter Chartis Aerospace, 1175 Peachtree Street, NE, Suite 1000, Atlanta, GA 30361;

- Primary General Liability Insurance, Policy No. HDOG23742305 – $2 million limit with $1 million deductible, written through ACE American Insurance Company;

- Bumbershoot Insurance, Policy No. WFIS4543/09 – $25 million limit excess over $1 million primary General Liability Insurance Policy No. HDOG23742305, written through lead underwriter Liberty International Underwriters Policy/Reference No. SE124783007, claim reference – 45MAR000169411; and

- Excess Bumbershoot Insurance, Policy No. OXL92001166 – $10 million limit excess over $25 million Bumbershoot Insurance Policy No. WFIS4543/09, written through Allianz Global Corporate & Specialty, claim reference – none yet assigned.

*Indemnity Agreement(s)*

Lynden, Inc., has undertaken a search for all contracts, agreements or other instruments that may provide for a defense, indemnification and/or insurance coverage (whether as a named insured and/or additional insurance and/or insured pursuant to underlying contract), and will identify/produce such documents if located as per Court order or discovery request.  Lynden, Inc. further shows that BP Exploration Inc. agreed pursuant to the *Charter Agreement Oil Spill Dispersant Spraying Services* to provide a defense and indemnity for the claims asserted in this litigation.

*Identity of Insurance Counsel*

Lynden, Inc.'s insurers are not, as insurers of Lynden, Inc., parties to this litigation and, therefore, have no counsel appointed to represent their respective interests at this time.

Respectfully Submitted:


/s/ *Kevin R. Tully*

Kevin R. Tully - Bar #1627
H. Carter Marshall - Bar #28136
Gregory S. LaCour – bar #23823
CHRISTOVICH & KEARNEY, LLP
Suite 2300
Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
krtully@christovich.com
hcmarshall@christovich.com
gslacour@christovich.com
Attorneys for Lynden, Inc.,
and Lynden Air Cargo, LLC


– And –

Paul R. Taylor, WSBA #14851
Jofrey M. McWilliam, WSBA #28441
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone:  (206) 622-2000
Fax: (206) 622-2522
Attorneys for Lynden, Inc., and
Lynden Air Cargo, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 18[h] day of March this document has been served on Plaintiffs' Liaison Counsel, and Defendants' Liaison Counsel, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the EM/ECF System of the United States District

Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/  *Kevin R. Tully*

**Kevin R. Tully**
**H. Carter Marshall**

CK_DOCS 466375v1