UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the § | | |
| GULF OF MEXICO, § | | SECTION: J |
| on APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| *This Document Relates To:* § | | |
| 2:10-cv-04220-CJB-SS § | | |
| C.A. No 10-00237; Aguilar, *et al*. v. BP § | | |
| Company North America, Inc. *et al*. § | | MAGISTRATE SHUSHAN |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Felix C. Aguilar, Roman L. Alonso, Richard A. Cabreles, Jonquituo A. Cardenas, Joaquin M. Castillo, Jose E. Castro, Leon A. Cantu, David R. Cazares, Simon Chavez, Armond Che, Rito M. Constantino, Francisco M. Coronado, Alan Cortez,  Angel R. Cuevas, Edward Cuevas, Jose G. De La Garza, Antonio D. Diaz Vargas, Kenneth E. Ellzey, Guajardo Encarnation, Benito A. Escebedo, Raciel Estaban, Armando Flores, Elidio Z. Flores, Raul G. Fuentes, Jose A. Herrera, Teodulo Herrera, Benito Gallardo, Manuel Gallardo, Adan R. Garcia, Eddie Garcia, Feliz Garcia, Victor R. Garcia, Gilberto Garza, Mendoza German, Anthony Gonzalez, Carlos M. Gonzalez, Fausto Gomez Jr., Julio Guarjardo, Jeffery Guarjardo, Jose D. Guitierez, David W. Hamblin, Gustavo Hernandez, Jose Hernandez, Samuel L. Huff, Jerry L. Hurt, Gonzalo R. Ibanez, Jose D. Jimenez, Van S. Justice, Jose B. Ledezma, Miguel Leon, Sonia Leon, Walter Leon, Luis R. Linarte, Fostino Longoria, Victor Longoria, Vincent Longoria, Celestino Lopez, Juan L. Lopez, Mario Lopez,  Ramiro Lopez, Leon Maeroque, Antonio G. Marino, Hector O. Martinez, Juan M. Martinez, Evaristo H. Medrano, Raul B. Moreno, Gregorio Muniz, Atremio M. Ochoa, Gloria Ochoa, Marco A. Ochoa, Nicolas Olguin, Francisco Paz, Thomas G. Perez, Ruben Pinedo,

Walter Rall, Ray Ramos, Mariano G. Rey, Francisco Reyna Jr., Leandro Rodriguez, Lupe Rojas Sr., Roman C. Roman, Hector R. Rosas, Daniel M. Saavedra, Jose A. Salas, Ted T. Saldivar, Clarence E. Sandiford, Juan P. Sandoval, Victor M. Santa Cruz Alvizo, Alfredo L. Serrano, Edgar P. Tamay, Samuel T. Thomas, Cesar R. Tinoco, Thomas Torres, Brian I. Vasquez, Manuel Vasquez, Faustino Vela Villanueva, Alan W. White, Edgar A. Zapata, Nicolas R. Zapata, and Oscar H. Zapata, through undersigned counsel, voluntarily dismiss <u>without prejudice</u> their claims (asserted in C.A. No. 10-04220 in this consolidated matter) against all defendants named in the complaint that was filed on or about July 22, 2010 in the 107th Judicial District Court of Cameron County, Texas and transferred to this Court on November 4, 2010 pursuant to Conditional Transfer Order (CTO-5) by the Judicial Panel for Multidistrict Litigation.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:  */s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
Email:  jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN 916478)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

*/s/ Jason A. Itkin*