UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, | § | SECTION: J |
|     on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| ***This Document Relates To:*** | § | |
| 2:10-cv-04216-CJB-SS | § | |
| C.A. No 10-00236; Alpasito, Inc., *et al*. v. | § | |
| BP Company North America, Inc. *et al.* | § | MAGISTRATE SHUSHAN |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Alpasito, Inc., Bautista Corp., Bea Corp., Buccaneer Shrimp Corp., Boudreaux Shrimp Company, Inc., Capt. J.D.L., Inc., Capt. Walley, Inc., Capt. GDA, Inc., Castellanos Corp., DG & RC, Inc., Dos Caballeros, Inc., Fine Shrimp Co, Inc., Gulf One, Inc., Harrington Seafood, Inc., IBC, Inc., Independent Fish Company, Inc., J & C Reds, L & O Trawlers, Inc., Lighthouse Fisheries, Inc., Linda Labin, Inc., Linda Maria Trawlers, Inc. Linwood Trawlers, Inc. Lydia Shrimp Co., M&S Reyes Investments, Inc. d/b/a Reyes Seafood Products, Manteo Shrimp Corp., Mary Kalei Shrimp Co., Mighty B. Shrimp Co., Miro Trawlers, Inc., Marcos Hernandez, Oscar Rodriguez, Miss Caroline, Inc., Porto Jaibo, Inc., Reynaga, Inc., Sea Hunter Pride, Inc., Si Se Puede, Inc., Van Burren Shrimp Co., Inc., WBP Producers, Inc., W.L. & O., Inc., 2410 Net Works, Inc., Abrego Sandblaster & Paint Company, Arturo Hernandez d/b/a Hernandez Diesel Services, Coop Marine Railways, LLC, Harry Sexton Marine Electric, Lighthouse Docks, Inc., Maritime Marine Radio, Inc., Moore's Diesel, Raul Garcia d/b/a Garcia Bookkeeping Service, Raul Garcia d/b/a Garcia Shrimp Co., and Raul Garcia d/b/a Garcia Shrimping Co., through undersigned

counsel, voluntarily dismiss <u>without prejudice</u> their claims (asserted in C.A. No. 10-04216 in this consolidated matter) against all defendants named in the complaint that was filed on or about July 27, 2010 in the 103rd Judicial District Court of Cameron County, Texas and transferred to this Court on November 4, 2010 pursuant to Conditional Transfer Order (CTO-5) by the Judicial Panel for Multidistrict Litigation.

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY: */s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
Email: jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN 916478)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

/s/ Jason A. Itkin