UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| *This Document Relates To:* | § | |
| 2:11-cv-00276-CJB-SS | § | |
| C.A. No 10-624; Cosway Bait and | § | |
| Tackle Inc., *et al*. v. BP Company | § | |
| North America, Inc., *et al*. | § | MAGISTRATE SHUSHAN |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, CosWay Bait & Tackle Inc., Caney Creek Marina, Certified Manufacturing Technical Service, Inc., Ogles, Inc., Mark Sutherland, Luis Partida individually and as owner of Del Pueblo Mexican Restaurant, Shirley Yates individually and as owner of The Crow's Nest, Thomas Doran, Derry Beck, Donald Bell, Anthony Bennett, William Bradley, Gary Brand, Nicholai Browne, Michelle Dunn, David Etling, Michael Garza, Odell Griggs, Jr., Robert Townsend, Larry Turner, Randle Hall individually and as owner of Geaux Deep Offshore, David Sifford, Kathleen Stritchko, George Black, Trina Davis, Brandon Tankersley, William Catanese, Jorge Contero, Aaron Hamilton, John K. Lee, Robert Smith, Edilberto Trejos, David Triplett, Kimberly Calhoun, Charles Johnston, and Michael Yates, through undersigned counsel, voluntarily dismiss without prejudice their claims (asserted in C.A. No. 11-00276 in this consolidated matter) against all defendants named in the complaint that was filed on or about October 29, 2010 in the County Court at Law No. 2 of Galveston County, Texas and transferred to this Court on February 8,

2011 pursuant to Conditional Transfer Order (CTO-10) by the Judicial Panel for Multidistrict Litigation.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY: */s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
Email: jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN 916478)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

*/s/ Jason A. Itkin*