UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the § | | |
|     GULF OF MEXICO, § | | SECTION: J |
|     on APRIL 20, 2010 § | | |
| § | | JUDGE BARBIER |
| *This Document Relates To:* § | | |
| 2:10-cv-04225-CJB-SS § | | |
| C.A. No 10-00354; Ecco Solutions, *et al*. v. § | | |
| BP Company North America, Inc. *et al*. § | | MAGISTRATE SHUSHAN |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Ecco Solutions d/b/a Ecco Fish USA, Chris Moore, James Vincent, John Hubbard, Raymond Crumpton, Margo Broussard, Fred Clark, Crystal Cantor, Timothy Matherne, Jarrett Evans, Edward Bernard, Darlyn Sanders, Darren Bernard, Mario Rivas, Anthony Eggert, John Shadowwolf, Thomas Willits, Brian Belton, Craig Mavis, Adam Guillot, Scottie Ladnier, William Harden, David Rafes, Wilburn Rice, David Carr, Dwayne Louis, Daniel Shedrick, Michael Caiazza, Johnny Lopez, Gregory Jackson, Thomas Richard, Louis Luce, Jr., Robert Talebli individually and as owner of Robert's Seafood and Hot to Go Kitchen, Inc., Andrew Poppele,  James Johnson, William Peeples, Jimmy Sharp, Kirk Butler, Michele Gibbs, Anthony Liprie, Michael Frye, Elton Nelton individually and as owner of Uptown Antiques and Downtown Flee Market, Ricky and Debbie Michael individually and as owners of Will Duett Services, Inc., Craig Moreau individually and as owner of Weisenger Hydro Seeding & Erosion Control Services, Vincent Plumb, Tavia Mullen, Michael Bruce, John Debrow, Jon Sinku, Sandra Bogden, Donald Petry, Mike White, Timothy Brooks, Brandon Hudson, Timothy Pennington, Jaimmie Roach

individually and as owner of Two Chiefs Tile, LLC, Daveene Stelly, George Holtrey, Raymond Clark, Mark Kidder, John Berryman, Daniel Andelin, Thaddeus Washington, Worth Day, John Lee, Monroe Goodman, Thomas J. Howard, Niki Williams, Gwendolyn Shanks individually and as owner of Gwendolyn Shank's Soul Food, and Hinds & Kerschner Construction, LLC, through undersigned counsel, voluntarily dismiss <u>without prejudice</u> their claims (asserted in C.A. No. 10-04225 in this consolidated matter) against all defendants named in the complaint that was filed on or about August 11, 2010 in the County Court at Law No. 2 of Galveston County, Texas and transferred to this Court on November 4, 2010 pursuant to Conditional Transfer Order (CTO-5) by the Judicial Panel for Multidistrict Litigation.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:  */s/ Jason A. Itkin*
Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
Email: jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN 916478)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

/s/ Jason A. Itkin