UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| ***This Document Relates To:*** | § | |
| 2:10-cv-04361-CJB-SS | § | |
| C.A. No 10-00486; Gore, *et al*. v. BP | § | |
| Company North America, Inc. *et al*. | § | MAGISTRATE SHUSHAN |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Raymond Gore, Wright Gore, Jr., Gore Family Limited Partnership, Annie Thornton, Inc., Barbara Brooks, Inc., Beth Lomonte, Inc., Charlotte Maier, Inc., Elmira Pflueckhahn, Inc., Freeport Diesel, Inc., Helen Kay, Inc., Isabel Maier, Inc., Lynda Riley, Inc., Marine and Industrial Specialties, Inc., Oil Patch Brazos Valley, Inc., Southern Restaurants, Inc., Southern Tri-Star Markets, Ltd., Star Bright Markets, Inc., Star Bright Markets II, Inc., Three Sons, Inc., Velasco Transport, Inc., Western Seafood Company, and Western Shellfish Company, through undersigned counsel, voluntarily dismiss without prejudice their claims (asserted in C.A. No. 10-04361 in this consolidated matter) against all defendants named in the complaint that was filed on or about October 13, 2010 in the 239th Judicial District Court of Brazoria County, Texas and transferred to this Court on November 18, 2010 pursuant to Conditional Transfer Order (CTO-6) by the Judicial Panel for Multidistrict Litigation.

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:    */s/ Jason A. Itkin*

Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
Email:  jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN  916478)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

*/s/ Jason A. Itkin*