UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|     "DEEPWATER HORIZON" | § | |
|     in the GULF OF MEXICO, | § | SECTION: J |
|     on APRIL 20, 2010 | § | |
| | § | |
| ***This Document Relates To:*** | § | |
| 2:11-cv-00363-CJB-SS | § | |
| C.A. No. 10-0623; Villas at The | § | |
| Promenade, LLC, *et al.* v. BP | § | |
| Company North America, Inc. *et al.* | § | MAGISTRATE SHUSHAN |

## PLAINTIFFS' NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Villas at the

Promenade, LLC, Greg Boston, Pamela Demps, Lee Ann Fial, Ira Fontenette, Henry

Grzegorczyk, Marie Hall, Casey Kehoe, Ricky Lee, John Lilley, Sylvia Mooney, Terry O'Neal,

Dayle Osborne individually and as owner of Don't Hate Havens, LLC, Thomas Pearson, Greg

Raymer, Doris Rigby, Billy Simpson, Dana Strickland, Julie A. Stuber, Northeast Aquatic

Design & Supply, Inc., Break Away to S.W. Florida, Inc., C&J Bait Company, Inc., Coastwide

Construction, LLC, Deepwater Structures, Inc., James Duty individually and as owner of

Ginny's, Jeffery Ewald individually and as President of Cash Flow Solutions, LLC, Anthony

Frenger individually and as owner of Maintenance Unlimited, John Gieder individually and as

owner of Integrity Marine Solutions, John Hanson individually and as owner of The Hanson

Company, LLC, Vincent Jemison individually and as owner of Response Emergency Training

Consultants, Joe Hauter individually and as owner of Joe Rugs Water Adventures, Yvonne

Kuntz, Laurette Mequet individually and as owner of Houseboat Adventures, John Mothershed

individually and as owner of J and J Custom Tile Installation, Inc., William Pritchard

individually and as owner of Best Buy Boats, Quality Oil Field, LLC, Arthur Reeder individually and as owner of Richards Home Maintenance, Bernard Sandler, Beverly Small individually and as owner of Get It Together, Marian Swindell individually and as President of GreenStar Corporation, Terry Valdez individually and as owner of Extreme Carpet Cleaning Services, Washington Donoso individually and as owner of Donoso Enterprises, Rocky Welch, Hashem Yousef, Behzad Yousefzadeh individually and as owner of Southern Display Mirror Company, Allen Brooks individually and as owner of The Chicago Dog House, Joseph Chenoweth, Brian Landry individually and as owner of Beaux Hawg Barbeque and Catering, LLC, Stephen Gonzales individually and as owner of S J T Seafood, Michael Serio individually and as owner of Serio's Po-Boys & Deli, Eric Sorrels individually and as owner of The Shrimp Man, Timothy Strong individually and as owner of T.J Strong Meats, Joseph Worth individually and as owner of Englund's Deli, Inc., Errol Bloomfield, Gregory Bonnet, Angela Booty, Mark Boyd, , Douglas Booth, Reed Deroche, David Edwards, Pete French, Kristopher Heath,  George Henry, Craig Guidry, Austin Jackson, John Mouton, Brett Ortego, Charles Stevenson, Mark Pelser, Curtis Ross, Shawn Voisine, James Walker, Joseph Washington, John Yates, Jason Aguillard individually and as owner of Baja Fishing, Charles Connally, Joseph Dlugosz individually and as owner of TJ's Sailing Charters, Derrick Forth individually and as owner of Bait Me Fishing Charters,  John Gordon individually and as owner of Florida Sunshine Charters, Lawrence Kurtz, John Mullis, Joshua Stenstrom individually and as owner of Josh's RS Diving and Fishing, Joseph Vayo, Freddie Black, David Johnson, Steven Lecompte, Mitchell McConnell, Charles McCorkle, Glenn Michalak, Stevon Richard, Franklin Williams, Angel Cabal, Byron Marshall, Pamela Smith, Merlin Berger, Kelvin Broughton individually and as owner of K-Broughton Trucking, Billy K. Brown, Michael Brown, Demetrius Cain, Jose Cervantes, Jason Cocchi,

Amanda Collins, Jessie Cook, Melinda Daniels, Warren Daniels, Chris Dyess, Steve Fox, Anthony Fulmer, Ernest Hernandez, Terry Hooker, Dianna Mainus, Faye Nicholson, Gerald Plunk, Javier Ramos, Michael Romero individually and as owner of Mike Romero Trucking, LLC, Sydney Sevin-Bird, Teresia Stovall, Daniele Taschner, Keesha Taylor, Shannon Thibodeaux, Christian Umland individually and as owner of CJ Handyman, and Charles Watson, through undersigned counsel, voluntarily dismiss without prejudice their claims (asserted in C.A. No.11-00363 in this consolidated matter) against all defendants named in the complaint that was filed on or about October 26, 2010 in the County Court at Law No. 3, Galveston County, Texas and transferred to this Court on March 1, 2011, pursuant to Conditional Transfer Order No. 9 by the Judicial Panel for Multidistrict Litigation.

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:  */s/ Jason A. Itkin*

Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
Email:  jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN  916478)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 18th day of March, 2011.

/s/ Jason A. Itkin