# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAG. NO. 1 |
| *U.S. v. BP, et al.*  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

## NOTICE OF STIPULATED DATE FOR RESPONSE TO COMPLAINT

To all parties and their attorneys of record please take notice of the following Stipulation related solely to the case *United States of America v. BP Exploration & Production, Inc., et al.*, 2:10-cv-04536 (E.D. La.) ("*U.S. v. BP, et al.*"). To provide for a uniform response date **IT IS STIPULATED AND AGREED** by the undersigned that MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation, and Anadarko E&P Company LP shall file and serve their responses to the complaint of the United States of America (10-04536, Rec. Doc. 1) on or before April 4, 2011.

**SO STIPULATED AND SO NOTICED**:

For the United States of America:

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

For MOEX Offshore 2007 LLC, Anadarko Petroleum Corporation and Anadarko E&P Company LP:

BINGHAM McCUTCHEN LLP

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

*/s/ Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 18, 2011.

                                               /s/ *Ky E. Kirby*

                                               Ky E. Kirby