UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION: J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| ***This Document Relates To:*** | § | |
| 2:10-cv-04223-CJB-SS | § | MAGISTRATE SHUSHAN |
| Chernin, *et al*. v. BP Company | § | |
| North America, Inc., *et al*. | § | |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Samuel Chernin individually and as owner of Sammy's Fish Box Restaurant, Sammy's Shrimp Box Restaurant, Seashore Restaurant, City Island Lobster House, Crab Shanty, Seaside Johnnies, and Pier Restaurant and Tiki Bar; Frank Sanchez individually and as owner of Da Kra-a-azy Gator Gulf Coast Kitchen, LLC; Joy Spaulding individually and as owner of Flava Café, Inc.; Steve and Anna Walsh individually and as owners of Bajas Seafood, Inc. and Bajas Seafood and Oyster Bar; and Willie Williams individually and as owner of Overtime Sports Grill, LLC, through undersigned counsel, voluntarily dismiss <u>without prejudice</u> their claims (asserted in C.A. No. 10-04223 in this consolidated matter) against all defendants named in the complaint that was filed on or about August 11, 2010 in the County Court at Law No. 2 of Galveston County, Texas and transferred to this Court on November 4, 2010 pursuant to Conditional Transfer Order (CTO-5) by the Judicial Panel for Multidistrict Litigation.

<u>**CERTIFICATE OF CONFERENCE**</u>

Counsel for Plaintiffs have conferred or attempted to confer with counsel for Defendants, and counsel for Defendants are unopposed to this relief.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

BY:    ___*/s/ Jason A. Itkin*_____

Jason A. Itkin
State Bar No. 24032461 | FBN 33053
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone:  (713) 222-3800
Facsimile:  (713) 222-3850
Email:  jitkin@arnolditkin.com
**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**
Robert P. Wynne (La. Bar Roll No. 30123 | TX State Bar No. 24060861 / FBN 943939)
Noah M. Wexler, Esq. (FBN  916478)

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system, and will be served electronically via LexisNexis File & Serve, on this 21st day of March, 2011.

___*/s/ Jason A. Itkin*_____