UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| 02:10-CV-1196 | MAGISTRATE JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

MEMORANDUM IN SUPPORT OF MOTION
TO FILE THIRD AMENDING COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff, **Michelle M. Jones,** individually and as personal representative of her minor sons, **Stafford Hess Jones and Maxwell Gordon Jones**, submit this memorandum in support of Third Amending Complaint.

On November 10, 2010, Plaintiff filed her Second Amending Complaint.  Since the time of that filing, the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling presented its report to President Obama.  Additionally, depositions and other hearings have been held.

It has been determined from the report and testimony that additional defendants should be named.

Pursuant to Fed. Rule Civ. Proc. Rule 15, Plaintiff desires to amend her Second Amending Complaint to name those additional defendants.

WHEREFORE, Plaintiff, Michelle M. Jones, individually and as personal representative of her minor sons, Stafford Hess Jones and Maxwell Gordon Jones, prays that she be allowed to file the Third Amending Complaint.

By attorneys:

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES** (#04808)
RANDOLPH W. HUNTER (#7084)
J. NEALE deGRAVELLES (#29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: 225/344-3735
Facsimile: 225/336-1146
jdegravelles@dphf-law.com
rhunter@dphf-law.com
ndegravelles@dphf-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

   *s/John W. deGravelles*
**JOHN W. deGRAVELLES**