UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
|     "DEEPWATER HORIZON" in the | : | |
|     GULF OF MEXICO, on | : | |
|     APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | | |

..............................................................................................................

## MOTION TO SUBSTITUTE

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General, who respectfully requests that this Court withdraw Rebecca J. Davis as counsel of record in this case. The law firm of Kanner & Whiteley, LLC, Allan Kanner and Elizabeth B. Petersen will remain as counsel of record for the State of Louisiana.

Further, the Plaintiff requests that David A. Pote, La. Bar No. 32967 of the law firm Kanner & Whiteley, LLC, be substituted as additional counsel of record.

WHEREFORE, the Plaintiff prays that this court grants this motion and enters an Order withdrawing Rebecca J. Davis and substituting David A. Pote of the law firm Kanner & Whiteley, LLC as counsel of record for the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General.

Dated this 21st day of March, 2010.

                                                            Respectfully submitted,

                                                            James D. "Buddy" Caldwell
                                                           Louisiana Attorney General

        James Trey Phillips
        First Assistant Attorney General
        Megan K. Terrell
        Assistant Attorney General
        Section Chief – Environmental
        State of Louisiana
        P.O. Box 94005
        Baton Rouge, Louisiana  70804-9005
        Tel: 225- 326-6708
        Fax: 225- 326-6797


        Kanner & Whiteley, L.L.C.


        _/s/ Elizabeth B. Petersen_____
        Allan Kanner
        a.kanner@kanner-law.com
        Elizabeth B. Petersen
        e.petersen@kanner-law.com
        701 Camp Street
        New Orleans, Louisiana 70130
        Tel: 504-524-5777
        Fax: 504-524-5763


## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Substitute has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of March, 2011.

        Kanner & Whiteley, L.L.C.


        _/s/ Elizabeth B. Petersen_____
        Elizabeth B. Petersen
        e.petersen@kanner-law.com