# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | | |

..................................................................................................................

## ORDER

Considering the foregoing Motion to Substitute;

**IT IS ORDERED** that the motion is **GRANTED** and that Rebecca J. Davis, La. Bar No. 28896 is withdrawn as counsel of record in the above referenced proceeding.

**IT IS FURTHER ORDERED** that David A. Pote, La. Bar No 32967, of Kanner & Whiteley, LLC is added as additional counsel of record in this matter on behalf of the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General.

New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**