UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **Of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | |
| **Relates to:** *All Cases* | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the Limited Motion to Strike Jury Demand filed by the Plaintiffs' Steering Committee:

**IT IS ORDERED** that the 9(h) designation and selection of a non-jury trial by some Plaintiffs is hereby confirmed and preserved.

**SIGNED** this ___ day of March, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**