UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG :MDL NO. 2179
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010 :SECTION: J

:JUDGE BARBIER
APPLIES TO: All cases :MAG. JUDGE SHUSHAN

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

On March 10, 2011, a motion to enroll counsel (Doc #1552) was filed by Weatherford, U.S., L.P., which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of March 21, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this 21st day of MARCH, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE