UNITED STATES JUDICIAL PANEL
On
MULTIDISTRICT LITIGATION

---

IN RE: OIL SPILL BY THE OIL RIG    *    MDL No. 2179
"DEEPWATER HORIZON" IN THE GULF    *
OF MEXICO, ON APRIL 20, 2010       *    Section J
---*
                                        Judge Barbier
                                        Mag. Judge Shushan

MOTION TO WITHDRAW AS COUNSEL FOR M-I, LLC.

Noel R. Boeke, Joseph H. Varner, III, Bradford D. Kimbro, and the law firm of Holland & Knight LLP move on the following grounds to withdraw as counsel for M-I, LLC, in all matters pending in this MDL proceeding.

1. Movants have appeared for M-I-, LLC, in the following matters:

   Cases originating in the United States District Court, Northern District of Florida

   - Emily R. Adams, et al. v. BP, PLC, et al., Case No. 4:10-cv-00306
   - Dewey Destin, et al. v. BP, PLC, et al., Case No. 3:10-cv-00141-MCR-MD
   - Hao Van Le, et al. v. BP, PLC, et al., Case No. 5:10-00124-RS-MD
   - Le Discount Seafood, Inc., et al. v. BP, PLC, et al., Case No. 5:10-cv-00106-RS-MD
   - Vickie Nobles v. BP, PLC, et al., Case No. 5:10-cv-00126, RS-MD
   - Smiling Fish Café, Inc. v. BP, PLC, et al., Case No. 3:10-cv-00177-RV-EMT
   - Dr. Seymour Stricker v. BP, PLC, et al., Case No. 3:10-cv-00229-LC-EMT
   - Stacey P. Walsh v. BP, PLC, et al., Case No. 3:10-cv-00143-RV-MD

   Cases originating in the United States District Court, Southern District of Florida

   - Susan Davis, et al. v. BP, PLC, et al., Case No. 4:10-10055
   - Key West Tiki Charters, Inc. v. BP, PLC, et al., Case No. 4:10-cv-10039-Moore
   - Scott McCarthy v. BP, PLC, et al., Case No. 4:10-cv-10068-KMM
   - Professional Bars, Inc. d/b/a Brass Monkey v. BP, PLC, et al., Case No. 4:10-cv-10056
   - Cory Shepardson d/b/a Lower Keys Charters, et al. v. BP, PLC, Case No. 4:10-cv-10054
   - Vacation Key West, Inc. v. BP, PLC, et al., Case No. 4:10-cv-10059

Cases originating in the United States District Court, Middle District of Florida

- Vickie Nobles v. BP, PLC, et al., Case No. 3:10-cv-468-J-32MCR

2. Movants were retained by M-I, LLC's initial counsel, Geoffrey Bracken, to serve as co-counsel with him and his firm.

3. On or about September 28, 2010, Mr. Bracken informed Movants that he and his firm were being replaced by Hugh Tanner and the firm of Morgan, Lewis & Bockius LLP.

4. Movants have attempted on numerous occasions to contact Mr. Tanner about their continuing role in this litigation; Mr. Tanner has never responded.

5. On March 8, 2011, Movants sent the communication attached as Exhibit A to Mr. Tanner. As of the filing of this motion, Mr. Tanner has failed to respond.

6. Based on Mr. Tanner's latest failure to respond, M-I, LLC, consents to Movants' withdrawal as counsel. Alternatively, Movants are unable to continue this representation as a result of Mr. Tanner's persistent failures to communicate about the representation.

7. M-I, LLC, is represented by Mr. Tanner and his firm. As such, neither M-I, LLC, nor any other party will be prejudiced by Movants' withdrawal as counsel.

WHEREFORE, Movants respectfully request that the Court grant this motion to withdraw and relieve Movants of any further responsibility to M-I, LLC, in these proceedings.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/Noel R. Boeke
Noel R. Boeke
Florida Bar No. 151830
noel.boeke@hklaw.com
Joseph H. Varner, III

Florida Bar No. 0394904
joe.varner@hklaw.com
Bradford D. Kimbro
Florida Bar No. 908002
brad.kimbro@hklaw.com
P.O. Box 1288, Tampa FL 33601-1288
100 N. Tampa St., Suite 100
Tampa FL 33602
813-227-8500
813-299-0134 fax
***ATTORNEYS FOR DEFENDANT, M-I L.L.C.***

## CERTIFICATE OF SERVICE

I certify that on March 17, 2011, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/Noel R. Boeke
Attorney