**Varner, Joseph H (TPA - X36703)**

| | |
|---|---|
| **From:** | Varner, Joseph H (TPA - X36703) |
| **Sent:** | Tuesday, March 08, 2011 1:50 PM |
| **To:** | 'htanner@morganlewis.com' |
| **Cc:** | BRACKEN, GEOFF |
| **Subject:** | M-I, LLC - BP Oil Spill Litigation |
| **Importance:** | High |

Hugh--

To follow up on the voice mail I just left for you (and my many prior e-mails and messages), please let me know if M-I, LLC, wants Holland & Knight to continue to represent it in the BP oil spill litigation. We are happy to remain involved or have you substituted as counsel; we just need some direction. If I do not hear from you by 5:00 p.m., EST, Friday, March 11, 2011, we will move to withdraw with M-I, LLC's consent.

We also have an outstanding, past due balance of $2850.78 that needs to be paid.

Please respond to this e-mail.

Joe

**Joseph H. Varner, III | Holland & Knight**
Partner | Board Certified Civil Trial Lawyer
100 North Tampa Street, Suite 4100 | Tampa FL 33602
Phone 813.227.6703 | Fax 813.229.0134
joe.varner@hklaw.com | www.hklaw.com

Add to address book | View professional biography



Tracking:

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

***TIP:*** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 36534254 |
| **Submitted by:** | Noel Boeke, Holland & Knight LLP-Tampa |
| **Authorized by:** | Noel Robert Boeke, Holland & Knight LLP-Tampa |
| **Authorize and file on:** | Mar 17 2011 1:36PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Oil Spill Litigation |
| **Case Type:** | Oil Spill-All Cases |
| **Case Number:** | MC MDL-2179 |
| **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 124495-1 |

**Documents List**
**1 Document(s)**

Attached Document, 4 Pages   Document ID: 37695279       PDF Format | Original Format
**Document Type:**                          **Access:**            **Statutory Fee:**     **Linked:**
Motion to Withdraw as Attorney          Secure Public         $0.00
**Document title:**
Motion to Withdraw as counsel for M-I-, LLC

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Defendant | Interested Party | Boeke, Noel Robert | Holland & Knight LLP-Tampa | Attorney in Charge |

⊞ **Recipients (647)**

  ⊞ Service List (647)

  ⊟ Additional Recipients (0)

⊟ **Case Parties**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Amicus | Interested Party | Sevin, Kelley A | Duncan Courington & Rydberg LLC | Attorney in Charge |
| Amicus | Interested Party | Morse, Harry E | Duncan Courington & Rydberg LLC | Attorney in Charge |
| Amicus | Interested Party | Duncan, Elton Ford | Duncan Courington & Rydberg LLC | Attorney in Charge |
| Claimant | Interested Party | Bickford, Scott R | Martzell & Bickford | Attorney in Charge |
| Claimant | Interested Party | Bilek, Thomas E | Bilek Law Firm LLP | Attorney in Charge |

**Holland & Knight**

Holland & Knight LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602

District Court
Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130-3373

7013083973 0026