UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates To: ALL CASES | | § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF
RECORD AND REQUEST FOR NOTIFICATION**

**NOW INTO COURT**, through undersigned counsel, come Defendant, Weatherford U.S., L.P. ("Weatherford"), who respectfully requests that this Honorable Court allow the following individuals to be enrolled as additional counsel of record for Weatherford US, L.P., in the above-captioned matter:

> Edward D. Wegmann (La. Bar No. 13315), William C. Baldwin (La. Bar No. 31613), Tarak Anada (La. Bar No. 31598), and Brett Venn (La. Bar No. 32943) of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., 201 St. Charles Avenue, 51st Floor, New Orleans, Louisiana 70170, Telephone No. (504) 582-8000, Fax No. (504) 589-8226; and

> Michael A. Chernekoff (Louisiana Bar No. 01295) of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., JPMorgan Chase Tower, 600 Travis, Suite 6601, Houston, Texas 77002, Telephone No. (713) 437-1827, Fax No. (504) 589-8264,

Movant further requests that Edward D. Wegmann (dwegmann@joneswalker.com), William C. Baldwin (wbaldwin@joneswalker.com), Tarak Anada (tanada@joneswalker.com), Brett Venn (bvenn@joneswalker.com) and Michael A. Chernekoff (mchernekoff@joneswalker.com) be added to the Court's e-filing notification system.

        Respectfully submitted:

        */s/  Glenn G. Goodier*
        GLENN G. GOODIER (#06130)
        RICHARD D. BERTRAM (#17881)
        LANCE M. SANNINO (#29409)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        201 St. Charles Avenue. 48th Floor
        New Orleans, Louisiana  70170-5100
        Telephone:     (504) 582-8174
        Facsimile:     (504) 589-8174

        MICHAEL G. LEMOINE, T.A. (#8308)
        GARY J. RUSSO (#10828)
        DOUGLAS C. LONGMAN, JR. (#8719)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        600 Jefferson Street, Suite 1600
        Lafayette, , Louisiana  70501-5100
        Telephone:     (337) 262-9024

        *Counsel for Weatherford U.S., L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2011, the above and foregoing has been served on all counsel by electronically filing in the Eastern District of Louisiana and by uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

        */s/  Glenn G. Goodier*