UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates To: ALL CASES | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**O R D E R**

Considering the foregoing Motion to Enroll Additional Counsel of Record filed herein by defendant, Weatherford US, L.P.;

IT IS HEREBY ORDERED that the same be and is hereby granted, enrolling Edward D. Wegmann, William C. Baldwin, Tarak Anada, Brett Venn, and Michael A. Chernekoff as counsel of record for defendant, Weatherford U.S., L.P.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

{N2276212.1}