UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 |
| | SECTION:   J |
| | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:10-cv-03168 | |

## PLAINTIFFS' NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41a(1) AS TO CERTAIN DEFENDANTS

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Douglas Harold Brown, Christopher Choy, Brent Mansfield and Dominique Ussin voluntarily dismiss, without prejudice, claims against Defendants BP Exploration & Production , Inc., BP America Production Company, BP p.l.c., Anadarko E & P Company, LP, Anadarko Petroleum Corporation Co., MOEX Offshore 2007 LLC, MOEX USA, Weatherford U.S. L.P., Weatherford International, Inc. and Dril-Quip, Inc. in the above-captioned matter.

Plaintiffs are not dismissing their claims against Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, Triton Asset Leasing GmbH, Triton Hungary Asset Management Limited Liability Company, Halliburton Energy Services, Inc., M-I, LLC, Art Catering, Inc., and Cameron International Corporation d/k/a Cooper-Cameron Corporation.

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ *R. Todd Elias*

_____
R. Todd Elias
Federal:            21551
Texas Bar No.:      00787427
Steve Gordon
Texas Bar No. :     08207980
Jeff Seely
Texas Bar No.:      24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:          713-668-9999
Facsimile:          713-668-1980

**CERTIFICATE OF SERVICE**

     I certify that the above and foregoing Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 22nd day of March, 2011.

/s/ *R. Todd Elias*

_____
R. Todd Elias