UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG        "DEEPWATER HORIZON" in the        GULF OF MEXICO, on APRIL 20, 2010 | :   :   :   : | MDL NO. 2179      SECTION: J |
| THIS PLEADING APPLIES TO:   2:10-CV-02771 | :   :   :   : | JUDGE BARBIER   MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..   .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

### ORDER

**CONSIDERING THE FOREGOING** Motion for Enforcement of the Limitation of Liability Monition Against The St. Joe Company filed by Defendants Transocean Offshore Deepwater Drilling Inc. ("TODDI"), Transocean Holdings L.L.C., Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively, "Transocean");

**IT IS HEREBY ORDERED** that Transocean's Motion is granted, and the continued prosecution by The St. Joe Company of its lawsuit against Transocean originally filed in the Superior Court for the State of Delaware, in an for New Castle County, Case Number 10C-10-099, is hereby **ENJOINED, STAYED,** and **RESTRAINED** until further order of this Court.

Signed this ____ day of March, 2011.

_____
HONORABLE JUDGE CARL J. BARBIER

1