UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS PLEADING APPLIES TO:  2:10-CV-02771 | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

……………………………………….. …………………………..

**EX PARTE MOTION FOR EXPEDITED
CONSIDERATION OF MOTION FOR ENFORCEMENT OF THE
LIABILITY MONITION**

**NOW COME** defendants, Transocean Offshore Deepwater Drilling Inc. ("TODDI"), Transocean Holdings L.L.C., Transocean Deepwater Inc. and Triton Asset Leasing GmbH (hereinafter collectively referred to as "Transocean") and respectfully move this Honorable Court for expedited consideration of its motion for enforcement of the Court's Monition Order to enjoin the prosecution of the lawsuit by plaintiff, The St. Joe Company, pending in the United States District Court for the State of Delaware as Case No. 11-1695 (the St. Joe Lawsuit), for the following reasons:

1.      Counsel for St. Joe in the St. Joe Lawsuit has declared his client's intention to violate this Court's monition order by prosecution of the St. Joe lawsuit if it is remanded to Delaware State Court.  Transocean, therefore, assumes that St. Joe objects to this motion. Notwithstanding, the Court should immediately enforce its Order without the necessity of a

hearing until such time as the parties and the Court can determine the scope of the Monition Order and whether it applies in accordance with the Court's briefing schedule and pending pre-trial motions.

2.  St. Joe is a party to other suits in MDL 2179 against other defendants in MDL 2179. There is no monition order enjoining St. Joe's prosecution of its suits against those defendants.

3.  Transocean has not been sued by St. Joe in any matter pending in MDL 2179, and St. Joe's interests adverse Transocean are not represented in this matter.

4.  In accordance with our duty of candor and obligations to report potential violations of court orders, undersigned counsel brings this motion.

5.  Undersigned counsel requests that this matter be decided on an expedited basis before the St. Joe Lawsuit is transferred from federal court in Delaware to state court wherein it may commence prosecution of the state court suit as the Third Circuit or the district court of Delaware as early as tomorrow and as late as the temporary stay pending appeal of the remand order expires on Monday, March 28, 2011.

                Respectfully submitted,

By:     /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

      -and-

By:     /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

*Transocean Entities Of Counsel:*

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*