FILED

2011 Feb-23  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-2010-902180.00<br>Date of Filing:<br>06/21/2010 | ELECTRONICALLY FILED<br>6/21/2010 1:20 PM<br>CV-2010-902180.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |

## GENERAL INFORMATION

IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**

First Plaintiff: ☑ Business ☐ Individual       First Defendant: ☑ Business ☐ Individual
☐ Government ☐ Other                                  ☐ Government ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
   Appeal/Enforcement of Agency Subpoena/Petition to
   Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory
   Judgment/Injunction Election Contest/Quiet Title/Sale For
   Division
☐ CVUD-Eviction Appeal/Unlawful Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☑ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING      A ☐ APPEAL FROM       O ☐ OTHER
                                              DISTRICT COURT

          R ☐ REMANDED           T ☐ TRANSFERRED FROM    _____
                                              OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ Yes ☑ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   JOS004      6/21/2010 1:19:31 PM           /s JOE ALAN JOSEPH

**MEDIATION REQUESTED:**   ☐ Yes ☐ No ☑ Undecided

ELECTRONICALLY FILED
6/21/2010 1:20 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PLASH ISLAND RESORT, LLC, an | ) |
| Alabama Limited Liability Company, | ) |
| KEITH ROTENBERRY, an Individual, | ) |
| LEWIS M. LOCKHART, an Individual, | ) |
| RICHARD D. ROWE, an Individual, | ) |
| NIKOLAOS MANAKIDES, an Individual, | ) |
| RICKEY L. LOCKHART, an Individual, | ) Case No. _____ |
| WILLIAM R. IVEY, an Individual, | ) |
| MICHAEL W. MCCAIN, an Individual, | ) |
| CHRISTOPHER ANDREW | ) |
| YARBOROUGH, an Individual, DONNA | ) |
| S. MARCRUM, As Executrix For The | ) |
| ESTATE OF GARY L. MARCRUM SR., | ) |
| and MARCRUM DEVELOPMENT, | ) |
| L.L.C., an Alabama Limited Liability | ) |
| Company, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## COMPLAINT

**COMES NOW** Plaintiff, Synovus Bank, formerly known as Columbus Bank and Trust

Company, as successor in interest through name change and by merger with Coastal Bank and

Trust, a Georgia Bank state bank, d\b\a Coastal Bank and Trust ("Synovus" or "Plaintiff") and

for its Complaint against defendants Plash Island Resort LLC, ("Plash Island" or "Borrower"),

and defendants Keith Rotenberry ("Rotenberry"), Lewis M. Lockhart ("L. Lockhart"), Richard

D. Rowe ("Rowe"), Nikolaos Manakides ("Manakides"), Rickey L. Lockhart ("R. Lockhart"),

William R. Ivey ("Ivey"), Michael W. McCain ("McCain"), Christopher Andrew Yarborough

("C. Yarborough"), Donna S. Marcrum, as executrix for the Estate of Gary L. Marcrum Sr. (the

1823693 v4

"Marcrum Estate"), and Marcrum Development, L.L.C. ("Marcrum Development" and together with Plash Island, Rotenberry, L. Lockhart, Rowe, Manakides, R. Lockhart, Ivey, McCain, C. Yarborough, and the Marcrum Estate, the "Defendants"), states as follows:

### Parties, Jurisdiction, and Venue

1.      Plaintiff Synovus Bank, is a Georgia chartered bank with its principal place of business in Columbus, Georgia.

2.      Upon information and belief, Plash Island is a Limited Liability Company organized under the laws of the State of Alabama with its principal place of business in Baldwin County, Alabama.

3.      Upon information and belief, Keith Rotenberry is an adult citizen residing in Jefferson County, Alabama.

4.      Upon information and belief, Lewis M. L. Lockhart is an adult citizen residing in Jefferson County, Alabama.

5.      Upon information and belief, Richard D. Rowe is an adult citizen residing in Shelby County, Alabama.

6.      Upon information and belief, Nikolaos Manakides is an adult citizen residing in Shelby County, Alabama.

7.      Upon information and belief, Rickey L. Lockhart is an adult citizen residing in Jefferson County, Alabama.

8.      Upon information and belief, William R. Ivey is an adult citizen residing in Shelby County, Alabama.

9.      Upon information and belief, Michael W. McCain is an adult citizen residing in Jefferson County, Alabama.

1823693 v4                                    2

10.     Upon information and belief, Christopher Andrew Yarborough is an adult citizen residing in Baldwin County, Alabama.

11.     Upon information and belief, Gary L. Marcrum, Sr. died on June 13, 2009, and the Marcrum Estate is being administered in the Probate Court in and for Shelby County, Alabama. Donna S. Marcrum is the executrix of the Marcrum Estate and is a resident citizen of the State of Alabama.

12.     Upon information and belief, Marcrum Development is a Limited Liability Company organized under the laws of the State of Alabama with its principal place of business in Jefferson County, Alabama.

13.     This Court has jurisdiction over this action and venue in this Court is proper.

## FACTUAL ALLEGATIONS

### The March 2005 Loan:

14.     On March 15, 2005, Plash Island executed a promissory note, as amended or renewed from time to time, (collectively the "$5.4 Million Note") in favor of Synovus pursuant to which Plash Island promised to pay to Synovus the sum of Five Million Four Hundred Thousand and 00/100 Dollars ($5,400,000.00).

15.     Borrower has failed to make payments of principal and interest under the $5.4 Million Note as and when due, Synovus has accelerated all obligations under the Note and all obligations under the Note are due and payable in full.

16.     In connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by Rotenberry whereby Rotenberry unconditionally and absolutely guaranteed repayment of any and all indebtedness owing from the Borrower under the $5.4 Million Note (the "Rotenberry Guaranty").

1823693 v4                              3

17.      Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by L. Lockhart whereby L. Lockhart unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "L. Lockhart Guaranty").

18.      Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by Rowe whereby Rowe unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "Rowe Guaranty").

19.      Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by Manakides whereby Manakides unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "Manakides Guaranty").

20.      Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by R. Lockhart whereby R. Lockhart unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "R. Lockhart Guaranty").

21.      Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by Ivey whereby Ivey unconditionally and absolutely guaranteed repayment of any and all

indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "Ivey Guaranty").

22. Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by McCain whereby McCain unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "McCain Guaranty").

23. Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by C. Yarborough whereby C. Yarborough unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "C. Yarborough Guaranty").

24. Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were also guaranteed by the *Guaranty Agreement* executed by Gary L. Marcrum, Sr. ("Marcrum") whereby Marcrum unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "Marcrum Guaranty"). Marcrum is deceased and his obligations under the Marcrum Guaranty constitute obligations of the Marcrum Estate.

25. Also in connection with the $5.4 Million Note, and as an inducement therefore, all obligations of the Borrower were guaranteed by the *Guaranty Agreement* executed by Marcrum Development L.L.C. ("Marcrum Development" and together with Rotenberry, M. Lockhart, Rowe, Manakides, L. Lockhart, Ivey, McCain, C. Yarborough, and Marcrum, the

"Guarantors") whereby Marcrum Development unconditionally and absolutely guaranteed repayment of any and all indebtedness, obligations, and liabilities owing from the Borrower under the $5.4 Million Note (the "Marcrum Development Guaranty" and together with the Guaranties executed by Rotenberry, M. Lockhart, Rowe, Manakides, L. Lockhart, Ivey, McCain, C. Yarborough, and Marcrum, the "Guaranty Agreements").

26.     Borrower has defaulted under the terms of the $5.4 Million Note for, among other things, failure to make payment when due.

27.     Accordingly, the Guarantors are in default of their obligations under their respective Guaranty Agreements.

28.     Pursuant to the $5.4 Million Note, and related loan documents (the "$5.4 Million Loan Documents"), upon default, the Borrower and the Guarantors shall be liable for all costs of collecting or attempting to collect on the $5.4 Million Note, including attorneys fees.

29.     The Borrower and the Guarantors have failed and/or refused to pay Synovus the amounts owed under the $5.4 Million Loan Documents after demand.

30.     As of June 16, 2010 the aggregate outstanding balance due under the $5.4 Million Note, exclusive of attorneys' fees and costs, is $5,319,468.44. Such amount consists of principal in the amount of $5,204,941.56, accrued interest in the amount of $110,526.88 and late fees in the amount of $4,000.00. Interest continues to accrue at a rate of $795.20 per diem.

## Count One - Breach of $5.4 Million Note By Borrower

31.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

32.     As referenced above, the $5.4 Million Note has matured and is due and payable in full. Consequently, Plash Island has materially breached the terms of the $5.4 Million Note for its failure to pay Synovus the amounts owed under the $5.4 Million Note. Accordingly,

1823693 v4                                  6

Defendant Plash Island owes Synovus the sum of the principal on the $5.4 Million Note, plus unpaid interest, late charges, and reasonable attorneys' fees and expenses.

33.     Plash Island has failed and/or refused to pay Synovus the amounts owed under the $5.4 Million Loan Documents after demand.

34.     As of June 16, 2010 the aggregate outstanding balance due under the $5.4 Million Note, exclusive of attorneys' fees and costs, is $5,319,468.44.  Such amount consists of principal in the amount of $5,204,941.56, accrued interest in the amount of $110,526.88 and late fees in the amount of $4,000.00.  Interest continues to accrue at a rate of $795.20 per diem.

WHEREFORE, Synovus demands judgment against Plash Island, jointly and severally with the Guarantors, for the sum of $5,319,468.44, plus interest, late charges, attorneys' fees, and costs.

### Count Two - Unjust Enrichment

35.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

36.     Synovus conferred a benefit on Plash Island by lending to it the principal amount of the $5.4 Million Note.

37.     Plash Island has refused to make the required payment of the outstanding balance under the $5.4 Million Loan Documents despite demand.

38.     By retaining the loaned funds, while not remitting payment to Synovus, Plash Island has been unjustly enriched at Synovus' expense.

WHEREFORE, Synovus demands judgment against Plash Island, jointly and severally with the Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Three - Breach of the $5.4 Million Note Rotenberry Guaranty

39.     Synovus adopts, re-alleges, and incorporates the previous paragraphs as if fully set forth herein.

40.     Rotenberry executed the Rotenberry Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

41.     Because Plash Island has breached its obligations under the $5.4 Million Note, Rotenberry is obligated to pay the amounts due and owing thereunder.

42.     Rotenberry has failed and/or refused to pay Synovus the amounts owed under the Rotenberry Guaranty after demand.

43.     As per the Rotenberry Guaranty, Rotenberry is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against Rotenberry, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Four - Breach of the $5.4 Million Note L. Lockhart Guaranty

44.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

45.     L. Lockhart executed the L. Lockhart Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note .

46.     Because Plash Island has breached its obligations under the $5.4 Million Note, L. Lockhart is obligated to pay the amounts due and owing thereunder.

47.     L. Lockhart has failed and/or refused to pay Synovus the amounts owed under the L. Lockhart Guaranty after demand.

48.     As per the L. Lockhart Guaranty, L. Lockhart is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against L. Lockhart, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Five - Breach of the $5.4 Million Note Rowe Guaranty

49.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

50.     Rowe executed the Rowe Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

51.     Because Plash Island has breached its obligations under the $5.4 Million Note, Rowe is obligated to pay the amounts due and owing thereunder.

52.     Rowe has failed and/or refused to pay Synovus the amounts owed under the Rowe Guaranty after demand.

53.     As per the Guaranty, Rowe is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the Note.

WHEREFORE, Synovus demands judgment against Rowe, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Six - Breach of the $5.4 Million Note Manakides Guaranty

54.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

55.     Manakides executed the Manakides Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

56.     Because Plash Island has breached its obligations under the Note, Manakides is obligated to pay the amounts due and owing thereunder.

57.     Manakides has failed and/or refused to pay Synovus the amounts owed under the Manakides Guaranty after demand.

58.     As per the Manakides Guaranty, Manakides is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against Manakides, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, a reasonable attorneys' fee, and costs.

### Count Seven - Breach of the $5.4 Million Note R. Lockhart Guaranty

59.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

60.     R. Lockhart executed the R. Lockhart Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

61.     Because Plash Island has breached its obligations under the $5.4 Million Note, R. Lockhart is obligated to pay the amounts due and owing thereunder.

62.     R. Lockhart has failed and/or refused to pay Synovus the amounts owed under the R. Lockhart Guaranty after demand.

63.     As per the R. Lockhart Guaranty, R. Lockhart is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against R. Lockhart, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Eight - Breach of the $5.4 Million Note Ivey Guaranty

64.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

65.     Ivey executed the Ivey Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

66.     Because Plash Island has breached its obligations under the $5.4 Million Note, Ivey is obligated to pay the amounts due and owing thereunder.

67.     Ivey has failed and/or refused to pay Synovus the amounts owed under the Ivey Guaranty after demand.

68.     As per the Ivey Guaranty, Ivey is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against Ivey, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, a reasonable attorneys' fee, and costs.

### Count Nine - Breach of the $5.4 Million Note McCain Guaranty

69.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

70.     McCain executed the McCain Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

71.     Because Plash Island has breached its obligations under the $5.4 Million Note, McCain is obligated to pay the amounts due and owing thereunder.

72.     McCain has failed and/or refused to pay Synovus the amounts owed under the McCain Guaranty after demand.

73.     As per the McCain Guaranty, McCain is also liable to Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against McCain, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Ten - Breach of the $5.4 Million Note C. Yarborough Guaranty

74.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

75.      C. Yarborough executed the C. Yarborough Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

76.      Because Plash Island has breached its obligations under the $5.4 Million Note, C. Yarborough is obligated to pay the amounts due and owing thereunder.

77.      C. Yarborough has failed and/or refused to pay Synovus the amounts owed under the C. Yarborough Guaranty after demand.

78.      As per the C. Yarborough Guaranty, C. Yarborough is also liable to the Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against C. Yarborough, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

### Count Eleven - Breach of the $5.4 Million Note Marcrum Guaranty

79.      Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

80.      Gary L. Marcrum, Sr. executed the Marcrum Guaranty whereby he unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

81.      Gary L. Marcrum, Sr. died on June 13, 2009, and his estate (the "Marcrum Estate") is being probated in the Probate Court in and for Shelby County, Alabama in the matter styled, In the Matter of Gary L. Marcrum, Case No. PR-2009- 000359 (the "Probate Case").

82.      Donna S. Marcrum is the executrix of the Marcrum Estate.

83.     Because Plash Island has breached its obligations under the $5.4 Million Note, the Marcrum Estate is obligated to pay the amounts due and owing thereunder.

84.     The Marcrum Estate has failed and/or refused to pay Synovus the amounts owed under the Marcrum Guaranty after demand.

85.     As per the Marcrum Guaranty, the Marcrum Estate is also liable to the Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against the Marcrum Estate, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.

## Count Twelve - Breach of the $5.4 Million Note Marcrum Development Guaranty

86.     Plaintiffs adopt, re-allege, and incorporate the previous paragraphs as if fully set forth herein.

87.     Marcrum Development executed the Marcrum Development Guaranty whereby it unconditionally guarantied and promised to pay Synovus any and all indebtedness of Plash Island owing to Synovus under the $5.4 Million Note.

88.     Because Plash Island has breached its obligations under the $5.4 Million Note, Marcrum Development is obligated to pay the amounts due and owing thereunder.

89.     Marcrum Development has failed and/or refused to pay Synovus the amounts owed under the Marcrum Development Guaranty after demand.

90.     As per the Marcrum Development Guaranty, Marcrum Development is also liable to the Synovus for attorneys' fees incurred in connection with the collection of the indebtedness evidence by the $5.4 Million Note.

WHEREFORE, Synovus demands judgment against Marcrum Development, jointly and severally with the Borrower and the other Guarantors, for the sum of the principal owed on the $5.4 Million Note, plus interest, late charges, attorneys' fees, and costs.  Synovus also prays for such other, further, and different relief as this Court deems just and proper.

/s/Joe A. Joseph
Joe A. Joseph (JOS004)
Damon P. Denney (DEN019)
Clifton C. Mosteller (MOS035)
Attorneys for Plaintiff SYNOVUS BANK

OF COUNSEL:

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

**PLAINTIFF REQUESTS THE FOLLOWING DEFENDANTS BE SERVED THE SUMMONS AND COMPLAINT VIA SPECIAL PROCESS SERVER PURSUANT TO RULE 4(i)(1)(B) OF THE ALABAMA RULES OF CIVIL PROCEDURE:**

Plash Island Resort LLC
c/o Joseph F Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

Michael W. McCain
4606 Rudd School Road
Pinson, AL 35126

Christopher Andrew Yarborough
343 Olde Park Court
Gulf Shores, AL 36542-5714

The Estate of Gary L. Marcrum, Sr.
c/o Donna S. Marcrum, Executrix
604 Queensgate
Birmingham, AL 35242

Marcrum Development, L.L.C.
c/o Debra Marcrum Massey
1601 Wingfield Drive
Birmingham, AL 35242

**PLAINTIFF REQUESTS THE FOLLOWING DEFENDANTS BE SERVED THE
SUMMONS AND COMPLAINT BY CERTIFIED MAIL PURSUANT TO RULE 4(i)(2)
OF THE ALABAMA RULES OF CIVIL PROCEDURE:**

Lewis M. Lockhart
136 5th Avenue
Pleasant Grove, AL 35127

Keith Rotenberry
5240 Vintage Way
McCalla, AL 35111

Richard D. Rowe
915 Greystone Highlands Circle
Birmingham, AL 35242

Nikolaos Manakides
1001 Lupre Drive
McCalla, AL 35111

Rickey L. Lockhart
7539 Lupre Drive
McCalla, AL 35111

William R. Ivey
970 Old Cahaba Drive
Helena, AL 35080

/s/Joe A. Joseph
Of Counsel

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>- CIVIL - | **Case Number:**<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

PLASH ISLAND RESORT LLC, C/O JOSEPH F YARBOROUGH 396 WEST 23RD AVENUE, GULF SHORES, AL 36542

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested   _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____

Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**

MICHAEL W. MCCAIN, 4606 RUDD SCHOOL ROAD, PINSON, AL 35126

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
    pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested   _____
                                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                            Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CHRISTOPHER ANDREW YARBOROUGH, 345 OLDE PARK COURT, GULF SHORES, AL 36542

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
  pursuant to the Alabama Rules of the Civil Procedure

6/21/2010 1:20:26 PM              /s ANNE-MARIE ADAMS              _____
Date                              Clerk/Register                  By

☐ Certified mail is hereby requested       _____
                                           Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____              _____
Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**

DONNA S. MARCRUM, AS EXECUTRIX FOR THE ESTATE OF GARY L. MARCRUM, SR., 604 QUEENSGATE, BIRMINGHAM, AL 35242

NOTICE TO
_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

   pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested   _____

   Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

| Date | Server's Signature |
| --- | --- |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

MARCRUM DEVELOPMENT, L.L.C , C/O DEBRA MARCRUM MASSEY 1601 WINGFIELD DRIVE, BIRMINGHAM, AL 35242

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS *IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.* YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH _____

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

---

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
   pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

---

☐ Certified mail is hereby requested _____
                                    Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                               Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

KEITH ROTENBERRY, 5240 VINTAGE WAY, MCCALLA, AL 35111

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   SYNOVUS BANK
    pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | | |
|---|---|---|---|
| Date | Clerk/Register | By | |

| ☑ Certified mail is hereby requested | /s JOE ALAN JOSEPH |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date                                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

LEWIS M. LOCKHART, 136 5TH AVENUE, PLEASANT GROVE, AL 35127

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   SYNOVUS BANK
  pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s JOE ALAN JOSEPH
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

| _____ | _____ |
|---|---|
| Date | Server's Signature |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2010-902180.00 |
| --- | --- | --- |

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### *SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL*

NOTICE TO     RICHARD D. ROWE, 915 GREYSTONE HIGHLANDS C, BIRMINGHAM, AL 35242

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     SYNOVUS BANK
pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s JOE ALAN JOSEPH
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date     Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

**IN THE CIVIL COURT OF JEFFERSON, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**

NIKOLAOS MANAKIDES, 1001 LUPRE DRIVE, MCCALLA, AL 35111

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, *EITHER* ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     SYNOVUS BANK
    pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s JOE ALAN JOSEPH

                                  Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____      _____

Date                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2010-902180.00 |

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### *SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL*

**NOTICE TO** RICKEY L. LOCKHART, 7539 LUPRE DRIVE, MCCALLA, AL 35111

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

*THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.*
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   SYNOVUS BANK
pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s JOE ALAN JOSEPH
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____           _____
Date                             Server's Signature

| *State of Alabama* Unified Judicial System Form C-34   Rev 6/88 | **SUMMONS** - CIVIL - | **Case Number:** 01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

WILLIAM R. IVEY, 970 OLD CAHABA DRIVE, HELENA, AL 35080

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH _____

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    SYNOVUS BANK
   pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s JOE ALAN JOSEPH
                                         Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                    Server's Signature

*A*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2010-902180.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

**NOTICE TO** MICHAEL W. MCCAIN, 4808 RUDD SCHOOL ROAD, PINSON, AL 35126

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☒ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
  pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:26 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested _____
  Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☒ I certify that I personally delivered a copy of the Summons and Complaint to   Joy McCain, wife of Michael McCain

in   Jefferson   County, Alabama on

| June 22, 2010 |  | (205) 243-0681 |
|---|---|---|
| Date | Server's Signature | Due Process, LLC<br>130 Inverness Plaza, #336<br>Birmingham, AL 35242 |

### 01-CV-2010-902180.00
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

| C001 - SYNOVUS BANK | v. | D008 - MICHAEL W. MCCAIN |
|---|---|---|
| Plaintiff | | Defendant |

**FILED IN OFFICE**

**JUL 1 3 2010**

**ANNE-MARIE ADAMS**     **SERVICE RETURN COPY**
Clerk

01-CV-2010-902180.00 D008

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RICKEY L. LOCKHART
7539 LUPRE DRIVE
MCCALLA, AL 35111

*D006*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X VERA MUNOI   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Vera Wund   6/25/10

D. Is delivery address different from item 1?   ☑ Yes
If YES, enter delivery address below:   ☐ No

7536 LUPRE Drive

CV 10-902180

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7009 1680 0001 9564 1887

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1640

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JUN 28 2010

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LEWIS M. LOCKHART
136 5TH AVENUE
PLEASANT GROVE, AL 35127

D003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery   6/25/0
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV 10 - 902180

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 1680 0001 9564 1670

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

BIRMINGHAM AL 352

26 JUN 2010 PM 2

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JUN 2 9 2010

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RICHARD D. ROWE
915 GREYSTONE HIGHLANDS C
BIRMINGHAM, AL 35242

D 0 0 4

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
Richard D. Rowe

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

CV 10 - 902180

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)     7009 1680 0001 9564 0620

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE
BIRMINGHAM AL 3509

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

28 JUN 2010 PM 2 L

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JUN 3 0 2010

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA  35203

i3



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL.

01-CV-2010-902180.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $65.94**

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

KEITH ROTENBERRY                                             Postage: $10.99
5240 VINTAGE WAY
MCCALLA, AL 35111        7009 1680 0001 9564 0774

LEWIS M. LOCKHART                                            Postage: $10.99
138 5TH AVENUE
PLEASANT GROVE, AL 35127    7009 1680 0001 9564 1870

RICHARD D. ROWE                                             Postage: $10.99
915 GREYSTONE HIGHLANDS C
BIRMINGHAM, AL 35242       7009 1680 0001 9564 0620

NIKOLAOS MANAKIDES                                          Postage: $10.99
1001 LUPRE DRIVE
MCCALLA, AL 35111        7009 1680 0001 9564 0637

RICKEY L. LOCKHART                                          Postage: $10.99
7539 LUPRE DRIVE
MCCALLA, AL 35111        7009 1680 0001 9564 1887

WILLIAM R. IVEY                                             Postage: $10.99
870 OLD CAHABA DRIVE
HELENA, AL 35080         7009 1680 0001 9564 0743

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEITH ROTENBERRY
5240 VINTAGE WAY
MCCALLA, AL 35111

*D 002*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV 10 902180

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 9564 0774

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

United States Postal Service
BIRMINGHAM AL 350

28 JUN 2010 PM 6 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

• Sender: Please print your name, address, and ZIP+4 in this box•

JUN 23 2010

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

13



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WILLIAM R. IVEY
970 OLD CAHABA DRIVE
HELENA, AL 35080

D007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
William Ivey    6·30·10

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CV 10 - 902180

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7008 1680 0001 9564 0749

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE
BIRMINGHAM AL 350

30 JUN 2010 PM 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

JUL 02 2010

ANNE-MARIE ADAMS
Clerk

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM, ALABAMA  35203

13

$ 10.99

UNITED STATES POSTAGE
JUN 27 2010
MAILED FROM ZIP CODE 35203

JUN 2 5 2010

CERTIFIED MAIL

7009 1680 0001 9564 0637

ANNE-MARIE ADAM
Clerk

FILED IN OFFICE
JUL 0 1 2010

ANNE-MARIE ADAMS, CLERK
JEFFERSON COUNTY CIRCUIT COURT
CIVIL DIVISION - ROOM 400
716 NO. RICHARD ARRINGTON BLVD.
BIRMINGHAM, ALABAMA 35203

To: NIKOLAOS MANAKIDES
1001 LUPRE DRIVE
MCCALLA, AL 35111

NIXIE        352  DE 1        05 05/27/10

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 35203010100        *2978-10564-27-20



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NIKOLAOS MANAKIDES
1001 LUPRE DRIVE
MCCALLA, AL 35111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

CV 10 - 902180

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 9564 0637

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

D o o 5

$4$

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
## SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

MARCRUM DEVELOPMENT, L.L.C., C/O DEBRA MARCRUM MASSEY 1801 WINGFIELD DRIVE, BIRMINGHAM, AL 35242

**NOTICE TO**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JOE ALAN JOSEPH

WHOSE ADDRESS IS 420 NORTH 20TH STREET, SUITE 3400, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

| 6/21/2010 1:20:28 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☐ Certified mail is hereby requested

_____
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☒ I certify that I personally delivered a copy of the Summons and Complaint to  Debra Marcrum Massey at 210B Southwind Cir.

Birmingham, AL 35244  in  Shelby  County, Alabama on _____

| July 6, 2010 | _____ | (205) 243-0681 |
|---|---|---|
| Date | Server's Signature | Due Process, LLC<br>130 Inverness Plaza, #336<br>Birmingham, AL 35242 |

### 01-CV-2010-902180.00
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

| C001 - SYNOVUS BANK | v. | D011 - MARCRUM DEVELOPMENT, L.L.C. |
|---|---|---|
| Plaintiff | | Defendant |

## FILED IN OFFICE

JUL 1 3 2010

### ANNE-MARIE ADAMS
Clerk

01-CV-2010-902180.00 D011

## SERVICE RETURN COPY

ELECTRONICALLY FILED
7/9/2010 4:11 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 2010-902180** |
| | ) | |
| | ) | |
| PLASH ISLAND ONE, LLC, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER TO COMPLAINT

Defendant Marcrum Development L.L.C., an Alabama Limited Liability Company without waiver of its right to contest jurisdiction and/or venue of this action, hereby answers the Complaint as follows:

### FIRST DEFENSE

This Defendant denies each and every material allegation of the Plaintiff's complaint and demands strict proof thereof.

### SECOND DEFENSE

This Defendant denies it is liable for breach of any promissory note as alleged in Plaintiff's Complaint.

### THIRD DEFENSE

This Defendant denies that it is liable for breach of any guaranty as alleged in Plaintiff's Complaint.

1106444.1

## FOURTH DEFENSE

This Defendant denies that it is obligated to pay the amounts alleged in Plaintiff's Complaint.

## FIFTH DEFENSE

This Defendant pleads and/or reserves the right to assert any and all defenses pursuant to Rule 12(b) of the Alabama rules of Civil Procedure, including lack of jurisdiction over the subject matter, lack of jurisdiction over his person, improper venue, insufficiency of service, insufficiency of service of process, failure to state a claim upon which relief may be granted, and failure to join an indispensable party, and the affirmative defenses of lack of consideration, lack of standing, lack of privity, failure to mitigate damages, statute of frauds, parol evidence rule, set-off, acquiescence, ratification, estoppel, waiver, fraud, and misrepresentation, so as to avoid waiver of these defenses.

## SIXTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

## SEVENTH DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## EIGHTH DEFENSE

This action is more convenient in other forums in other states and/or judicial districts within this State.

## NINTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver and estoppel.

### TENTH DEFENSE

Plaintiff's claims are barred based upon the performance of any obligations owed to Plaintiff by this Defendant.

### ELEVENTH DEFENSE

Plaintiff has failed to comply with conditions precedent to seeking payment from this Defendant.

### TWELFTH DEFENSE

Plaintiff has not equitably sought recovery of the funds it now claims by attempting to selectively enforce any agreements inuring to the benefit of Plaintiff.

### THIRTEENTH DEFENSE

Plaintiff's claims are barred by the equitable doctrine of unclean hands.

### FOURTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of accord and satisfaction, and release of this Defendant.

### FIFTEENTH DEFENSE

This Defendant reserves the right to seek indemnity from other parties and nonparties for the defense of this action, as well as indemnity in the event any judgment is entered in favor of Plaintiff and against this Defendant.

## SIXTEENTH DEFENSE

This Defendant adopts and incorporates any and all other or different additional or affirmative defenses that may be set forth in the Answer of any other Defendant to the claims asserted by Plaintiff.

## SEVENTEENTH DEFENSE

This Defendant reserves the right to amend this Answer to include counterclaims, cross-claims, third-party claims, and/or additional defenses as discovery progresses.

Respectfully submitted,

s/ R. Bruce Barze, Jr.
One of the Attorneys for Marcrum Development, L.L.C.

**OF COUNSEL:**

R. Bruce Barze, Jr. (BAR079)
Amy Davis Adams
BALCH & BINGHAM LLP
*1901 Sixth Avenue North, Suite 1500*
Birmingham, Alabama 35203
(205) 251-8100
(205) 488-5706 fax
bbarze@balch.com
aadams@balch.com

1106441

4

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of July, 2010, I have caused a copy of the above and foregoing pleading to be served on counsel of record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following addresses:

Joe A. Joseph
Damon P. Denney
Clifton C. Mosteller
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

and served the following by United States mail, first class, postage prepaid:

Plash Island Resort LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

Michael W. McCain
4606 Rudd School Road
Pinson, Alabama 35126

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, Alabama 36542-5714

Lewis M. Lockhart
136 5th Avenue
Pleasant Grove, Alabama 35127

Keith Rotenberry
5240 Vintage Way
McCalla, Alabama 35111

Richard D. Rowe
915 Greystone Highlands Circle
Birmingham, Alabama 35242

Nikolaos Manakides
1001 Lupre Drive
McCalla, Alabama 35111

Rickey L. Lockhart
7539 Lupre Drive
McCalla, Alabama 35111

William R. Ivey
970 Old Cahaba Drive
Helena, Alabama 35080

s/ R. Bruce Barze, Jr.
Of Counsel



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  R. BRUCE BARZE JR. JR.
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:      7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:      7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ROTENBERRY KEITH (PRO SE)
5240 VINTAGE WAY
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LOCKHART LEWIS M. (PRO SE)
136 5TH AVENUE
PLEASANT GROVE, AL 35127

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ROWE RICHARD D  (PRO SE)
915 GREYSTONE HIGHLANDS C
BIRMINGHAM, AL 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MANAKIDES NIKOLAOS (PRO SE)
1001 LUPRE DRIVE
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:      7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LOCKHART RICKEY L. (PRO SE)
7539 LUPRE DRIVE
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:   7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  IVEY WILLIAM R. (PRO SE)
970 OLD CAHABA DRIVE
HELENA, AL 35080

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

*205-325-5355*
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: MCCAIN MICHAEL W. (PRO SE)
4606 RUDD SCHOOL ROAD
PINSON, AL 35126

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
345 OLDE PARK COURT
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:      7/9/2010 4:11:17 PM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

*205-325-5355*
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A (F
604 QUEENSGATE
BIRMINGHAM, AL 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
*JEFFERSON COUNTY, ALABAMA*
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
     bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:11:17 PM

Notice Date:     7/9/2010 4:11:17 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
7/9/2010 4:13 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK,         )
                            )
    Plaintiff,          )
                            )
v.                        )     CIVIL ACTION NO. 2010-902180
                            )
                            )
PLASH ISLAND RESORT, LLC, et al.,  )
                            )
    Defendants.        )

### ANSWER TO COMPLAINT

Defendant Donna S. Marcrum, as executrix of the Estate of Gary L. Marcrum, Sr., without waiver of her right to contest jurisdiction and/or venue of this action, hereby answers the Complaint as follows:

### FIRST DEFENSE

This Defendant denies each and every material allegation of the Plaintiff's complaint and demands strict proof thereof.

### SECOND DEFENSE

This Defendant denies the estate is liable for breach of any promissory note as alleged in Plaintiff's Complaint.

### THIRD DEFENSE

This Defendant denies that the estate is liable for breach of any guaranty as alleged in Plaintiff's Complaint.

1106445 1

### FOURTH DEFENSE

This Defendant denies that the estate is obligated to pay the amounts alleged in Plaintiff's Complaint.

### FIFTH DEFENSE

This Defendant pleads and/or reserves the right to assert any and all defenses pursuant to Rule 12(b) of the Alabama rules of Civil Procedure, including lack of jurisdiction over the subject matter, lack of jurisdiction over his person, improper venue, insufficiency of service, insufficiency of service of process, failure to state a claim upon which relief may be granted, and failure to join an indispensable party, and the affirmative defenses of lack of consideration, lack of standing, lack of privity, failure to mitigate damages, statute of frauds, parol evidence rule, set-off, acquiescence, ratification, estoppel, waiver, fraud, and misrepresentation, so as to avoid waiver of these defenses.

### SIXTH DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### SEVENTH DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### EIGHTH DEFENSE

This action is more convenient in other forums in other states and/or judicial districts within this State.

### NINTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver and estoppel.

## TENTH DEFENSE

Plaintiff's claims are barred based upon the performance of any obligations owed to Plaintiff by this Defendant.

## ELEVENTH DEFENSE

Plaintiff has failed to comply with conditions precedent to seeking payment from this Defendant.

## TWELFTH DEFENSE

Plaintiff has not equitably sought recovery of the funds it now claims by attempting to selectively enforce any agreements inuring to the benefit of Plaintiff.

## THIRTEENTH DEFENSE

Plaintiff's claims are barred by the equitable doctrine of unclean hands.

## FOURTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of accord and satisfaction, and release of this Defendant.

## FIFTEENTH DEFENSE

This Defendant reserves the right to seek indemnity from other parties and nonparties for the defense of this action, as well as indemnity in the event any judgment is entered in favor of Plaintiff and against this Defendant.

### SIXTEENTH DEFENSE

This Defendant adopts and incorporates any and all other or different additional or affirmative defenses that may be set forth in the Answer of any other Defendant to the claims asserted by Plaintiff.

### SEVENTEENTH DEFENSE

This Defendant reserves the right to amend this Answer to include counterclaims, cross-claims, third-party claims, and/or additional defenses as discovery progresses.

Respectfully submitted,


s/ R. Bruce Barze, Jr.
One of the Attorneys for Donna S. Marcrum, executrix of the Estate of Gary L. Marcrum, Sr.

**OF COUNSEL:**

R. Bruce Barze, Jr. (BAR079)
Amy Davis Adams
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
(205) 251-8100
(205) 488-5706 fax
bbarze@balch.com
aadams@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of July, 2010, I have caused a copy of the above and foregoing pleading to be served on counsel of record by electronic filing and/or by U.S. First Class Mail, postage prepaid to the following addresses:

Joe A. Joseph
Damon P. Denney
Clifton C. Mosteller
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203

and served the following by United States mail, first class, postage prepaid:

Plash Island Resort LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

Michael W. McCain
4606 Rudd School Road
Pinson, Alabama 35126

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, Alabama 36542-5714

Lewis M. Lockhart
136 5th Avenue
Pleasant Grove, Alabama 35127

Keith Rotenberry
5240 Vintage Way
McCalla, Alabama 35111

Richard D. Rowe
915 Greystone Highlands Circle
Birmingham, Alabama 35242

Nikolaos Manakides
1001 Lupre Drive
McCalla, Alabama 35111

Rickey L. Lockhart
7539 Lupre Drive
McCalla, Alabama 35111

William R. Ivey
970 Old Cahaba Drive
Helena, Alabama 35080

s/ R. Bruce Barze, Jr.
Of Counsel

1106445.1

5



**AlaFile E-Notice**

*01-CV-2010-902180.00*

To:  R. BRUCE BARZE JR. JR.
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:      7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
*JEFFERSON COUNTY, ALABAMA*
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ROTENBERRY KEITH (PRO SE)
     5240 VINTAGE WAY
     MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:      7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: LOCKHART LEWIS M. (PRO SE)
136 5TH AVENUE
PLEASANT GROVE, AL 35127

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ROWE RICHARD D. (PRO SE)
915 GREYSTONE HIGHLANDS C
BIRMINGHAM, AL 35242

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MANAKIDES NIKOLAOS (PRO SE)
1001 LUPRE DRIVE
MCCALLA, AL 35111

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LOCKHART RICKEY L. (PRO SE)
7539 LUPRE DRIVE
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:      7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: IVEY WILLIAM R. (PRO SE)
970 OLD CAHABA DRIVE
HELENA, AL 35080

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
### 01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MCCAIN MICHAEL W. (PRO SE)
4606 RUDD SCHOOL ROAD
PINSON, AL 35126

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
345 OLDE PARK COURT
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:      7/9/2010 4:13:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  JOSEPH JOE ALAN
     jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 7/9/2010 4:13:00 PM

Notice Date:     7/9/2010 4:13:00 PM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF NO SERVICE

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was not served on 7/1/2010

**D005 MANAKIDES NIKOLAOS**
**OTHER**
C/M- NO SUCH NUMBER

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was not served on 7/1/2010

D005 MANAKIDES NIKOLAOS
OTHER
C/M- NO SUCH NUMBER

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF NO SERVICE

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was not served on 7/1/2010

D005 MANAKIDES NIKOLAOS
OTHER
C/M- NO SUCH NUMBER

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
7/15/2010 4:40 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | *CV-2010-902180.00* |
| | ) | |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, | ) | |
| KEITH ROTENBERRY, an Individual, | ) | |
| LEWIS M. LOCKHART, an Individual, | ) | |
| RICHARD D. ROWE, an Individual, | ) | |
| NIKOLAOS MANAKIDES, an Individual, | ) | |
| RICKEY L. LOCKHART, an Individual, | ) | |
| WILLIAM R. IVEY, an Individual, | ) | |
| MICHAEL W. MCCAIN, an Individual, | ) | |
| CHRISTOPHER ANDREW | ) | |
| YARBOROUGH, an Individual, DONNA | ) | |
| S. MARCRUM, As Executrix For The | ) | |
| ESTATE OF GARY L. MARCRUM SR., | ) | |
| and MARCRUM DEVELOPMENT, | ) | |
| L.L.C., an Alabama Limited Liability Company. | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**NOTICE OF APPEARANCE**</u>

Comes now Lee R. Benton of the firm Benton and Centeno, LLP and makes known

his entry of appearance as counsel for the Defendants Keith Rotenberry, Lewis M. Lockhart,

Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W.

McCain.

/s/ Lee R. Benton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)

OF COUNSEL:

*BENTON & CENTENO, LLP*
2019 Third Avenue North
Birmingham, Alabama 35203

(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice by electronic filing and/or by first class mail to the following on this the 15th day of July, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, Alabama 36542

The Estate of Gary L. Marcrum, Sr.
C/o Donna S. Marcrum, Executrix
604 Queensgate
Birmingham, Alabama 35242

Marcrum Development, LLC
c/o Debra Marcrum Massey
1601 Wingfield Drive
Birmingham, Alabama 35242

/s/ Lee R. Benton
Of Counsel



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LEE R. BENTON
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: ROTENBERRY KEITH (PRO SE)
5240 VINTAGE WAY
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:      7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LOCKHART LEWIS M. (PRO SE)
136 5TH AVENUE
PLEASANT GROVE, AL 35127

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
**01-CV-2010-902180.00**

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ROWE RICHARD D. (PRO SE)
915 GREYSTONE HIGHLANDS C
BIRMINGHAM, AL 35242

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:      7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MANAKIDES NIKOLAOS (PRO SE)
1001 LUPRE DRIVE
MCCALLA, AL 35111

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  LOCKHART RICKEY L. (PRO SE)
     7539 LUPRE DRIVE
     MCCALLA, AL 35111

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  IVEY WILLIAM R. (PRO SE)
970 OLD CAHABA DRIVE
HELENA, AL 35080

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MCCAIN MICHAEL W. (PRO SE)
     4606 RUDD SCHOOL ROAD
     PINSON, AL 35126

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
345 OLDE PARK COURT
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:   MOSTELLER CLIFTON CHARLES
       clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:40:14 PM

Notice Date:     7/15/2010 4:40:14 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
7/15/2010 4:45 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2010-902180.00 |
| | ) | |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, | ) | |
| KEITH ROTENBERRY, an Individual, | ) | |
| LEWIS M. LOCKHART, an Individual, | ) | |
| RICHARD D. ROWE, an Individual, | ) | |
| NIKOLAOS MANAKIDES, an Individual, | ) | |
| RICKEY L. LOCKHART, an Individual, | ) | |
| WILLIAM R. IVEY, an Individual, | ) | |
| MICHAEL W. MCCAIN, an Individual, | ) | |
| CHRISTOPHER ANDREW | ) | |
| YARBOROUGH, an Individual, DONNA | ) | |
| S. MARCRUM, As Executrix For The | ) | |
| ESTATE OF GARY L. MARCRUM SR., | ) | |
| and MARCRUM DEVELOPMENT, | ) | |
| L.L.C., an Alabama Limited Liability Company. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now Amy M. Hazelton of the firm Benton and Centeno, LLP and makes known

her entry of appearance as additional counsel for the Defendants Keith Rotenberry, Lewis M.

Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael

W. McCain.

/s/ Amy M. Hazelton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice by electronic filing and/or by first class mail to the following on this the 15th day of July, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, Alabama 36542

The Estate of Gary L. Marcrum, Sr.
C/o Donna S. Marcrum, Executrix
604 Queensgate
Birmingham, Alabama 35242

Marcrum Development, LLC
c/o Debra Marcrum Massey
1601 Wingfield Drive
Birmingham, Alabama 35242

/s/ Amy M. Hazelton
Of Counsel



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  AMY MAY HAZELTON
     ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*To:* DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
**01-CV-2010-902180.00**

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
345 OLDE PARK COURT
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BENTON LEE RIMES
lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:    7/15/2010 4:45:25 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
     bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 7/15/2010 4:45:25 PM

Notice Date:     7/15/2010 4:45:25 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2010-902180.00 |
| | ) | |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, | ) | |
| KEITH ROTENBERRY, an Individual, | ) | |
| LEWIS M. LOCKHART, an Individual, | ) | |
| RICHARD D. ROWE, an Individual, | ) | **FILED IN OFFICE** |
| NIKOLAOS MANAKIDES, an Individual, | ) | |
| RICKEY L. LOCKHART, an Individual, | ) | JUL 16 2010 |
| WILLIAM R. IVEY, an Individual, | ) | |
| MICHAEL W. MCCAIN, an Individual, | ) | ANNE-MARIE ADAMS |
| CHRISTOPHER ANDREW | ) | Clerk |
| YARBOROUGH, an Individual, DONNA | ) | |
| S. MARCRUM, As Executrix For The | ) | |
| ESTATE OF GARY L. MARCRUM SR., | ) | |
| and MARCRUM DEVELOPMENT, | ) | |
| L.L.C., an Alabama Limited Liability Company. | ) | |
| | ) | |
| Defendants. | ) | |

## ACCEPTANCE OF SERVICE

I, Amy M. Hazelton, of the firm of Benton and Centeno, LLP, being authorized to accept

service of process on behalf of Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe,

Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey and Michael W. McCain, do

hereby accept service of the Summons and Complaint in the above-styled cause for and on behalf

of the said Defendants.

/s/ Amy M. Hazelton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)

OF COUNSEL:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by electronic filing and/or by first class mail to the following on this the 16th day of July, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, Alabama 36542

The Estate of Gary L. Marcrum, Sr.
C/o Donna S. Marcrum, Executrix
604 Queensgate
Birmingham, Alabama 35242

Marcrum Development, LLC
c/o Debra Marcrum Massey
1601 Wingfield Drive
Birmingham, Alabama 35242

/s/ Amy M. Hazelton
Of Counsel

ELECTRONICALLY FILED
7/22/2010 9:37 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2010-902180 |
| | ) |
| PLASH ISLAND RESORT, LLC, et. al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CONSOLIDATE RELATED CASES

**COMES NOW** Plaintiff, Synovus Bank, formerly known as Columbus Bank and Trust

Company, as successor in interest through name change and by merger with Coastal Bank and

Trust, a Georgia Bank state bank, d\b\a Coastal Bank and Trust ("Synovus" or "Plaintiff") and

pursuant to Rule 42 of the Alabama Rules of Civil Procedure, hereby submits this motion

("Motion") seeking to consolidate case number CV-2010-902186 into the above-styled action.

In support thereof, Synovus states as follows:

    1.    *Alabama Rule of Civil Procedure 42* provides that "[w]hen actions involving a

common question of law or fact are pending before the court, it may order a joint hearing or trial

of any or all the matters in issue in the actions; it may order all the actions consolidated; and it

may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or

delay." ALA. R. CIV. P. 42. "This wording is intended to confer a broad discretion to merge the

two actions so far as is necessary for their most convenient determination. . . ." ALA. R. CIV. P.

42 cmt.; *See also 8 James Wm. Moore, Moore's Federal Practice* § 42.10[1][a] (3d ed. 2008)

("The articulated standard for consolidating two or more cases is simply that they involve 'a

common question of law or fact.'"); *State v. Reynolds*, 887 So. 2d 848, 852 (Ala. 2004) ("Circuit

judges have broad powers under the Alabama Rules of Civil Procedure to order joint hearings or

1839885 v2

trials of any or all matters in actions involving a common question of law, to order actions consolidated, to order separate trials of any claim, and to sever and proceed separately with any claim.)

2.      The above styled case (the "Plash Island Matter"), and the case styled *Synovus Bank v. Alan Howard, et al.*, CV-2010-902186 (the "Howard Matter", and together with the Plash Island Matter, the "Synovus Cases") are two separate cases pending before two separate judges in the Circuit Court of Jefferson County, Alabama, but involve nearly identical questions of law and fact, and common parties.

3.      On March 15, 2005, Plash Island Resort, LLC ("Plash Island" or "Borrower") executed a promissory note, as amended or renewed from time to time, (collectively the "$5.4 Million Note") in favor of Synovus pursuant to which Plash Island promised to pay to Synovus the sum of Five Million Four Hundred Thousand and 00/100 Dollars ($5,400,000.00), plus interest.

4.      In order to induce Synovus Bank to enter in the $5.4 Million Note with the Borrower, the remaining defendants in the above styled case, as well as all three Defendants in the Howard Matter (collectively the "Guarantors") executed unconditional and continuing guaranty agreements (the "Guaranty Agreements") whereby the Guarantors guaranteed the prompt payment of the debt owed by Plash Island Resort, LLC to Synovus under the $5.4 Million Note and related loan documents ("the Loan Documents").

5.      On June 21, 2010, Synovus filed both this action and the Howard Matter asserting virtually identical claims based on virtually identical facts. i.e. breach of guaranty agreements by the Guarantors.