FILED
2011 Feb-23  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

6.     The two complaints were filed to alleviate internal law firm conflicts of interest that may exist with the defendants in the two matters.

7.     The same attorney that represents all three Defendants in the Howard Matter, also represents six (6) Defendants in this matter.

8.     The same factual allegations and questions of law are at the heart of both cases, namely whether the Defendants are liable to Synovus Bank under the terms of related Loan Documents.

9.     The same witnesses will be identified in, and will present testimony, in both matters. The witnesses involved would also incur additional and undue expense if these actions are not consolidated in a timely manner.

10.     Furthermore, any decisions reached by the Court in these two actions should be answered identically in each case.  The complaints involve the determination of common questions of law and fact, thus there is an inherent risk of inconsistent adjudications of the claims asserted therein.  No party would be prejudiced by the consolidation of these actions, and, in fact, all parties would benefit from their consolidation at the earliest possible stage.

11.     Additionally, duplication of discovery, briefing motions and responses, and even trials on the merits will lead to excess costs and an increased burden on all parties.

12.     In addition, judicial resources would be saved by consolidating the cases for purposes of scheduling, discovery, motions and trials.

13.     Counsel for Synovus in the Howard Matter consents to this Motion and is served on this Motion.

14.     Counsel for all three Defendants in the Howard Matter also consents to this Motion and is served on this Motion.

1859685 v2                                                     3

15.   Accordingly, because the Synovus Cases involve common questions of law and fact, and the defendants consent to this Motion, consolidation is warranted.

**WHEREFORE,** the undersigned respectfully requests this Honorable Court to issue an Order Consolidating the case styled *Synovus Bank v. Alan Howard, et al.,* CV-2010-902186 also pending in the Circuit Court of Jefferson County, Alabama with the above styled case.

*/s/ Joe A. Joseph*
Joe A. Joseph (JOS004)
Damon P. Denney (DEN019)
Clifton C. Mosteller (MOS035)
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama 35203
Attorneys for SYNOVUS BANK

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail, by hand delivery, by fax, or by email on this the 22nd day of July 2010:

| | | |
|---|---|---|
| Lee R. Benton<br>Amy Hazelton<br>(counsel for Defendants in the Howard Matter)<br>and counsel for Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W. McCain<br>Benton & Centeno, L.L.P.<br>2019 3rd Ave N<br>Birmingham, Alabama 35203 | Plash Island Resort LLC<br>c/o Joseph F Yarborough, Jr.<br>396 West 23rd Avenue<br>Gulf Shores, AL 36542 | Christopher Andrew Yarborough<br>345 Olde Park Court<br>Gulf Shores, AL 36542-5714 |

1839885 v2

4

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary L.
Marcrum, Sr. and Marcrum
Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

Brian R. Walding (counsel for
Synovus in the Howard Matter)
Walding LLC
505 20th Street North, Suite 620
Birmingham, Alabama  35203
bwalding@waldinglaw.com

/s/ Joe A. Joseph
OF COUNSEL

1839885 v2                                 5

| **STATE OF ALABAMA** Revised 3/5/08 Unified Judicial System | Case | ELECTRONICALLY FILED 7/22/2010 9:37 AM CV-2010-902180.00 CIRCUIT COURT OF |
|---|---|---|
| 01-JEFFERSON - BIRMINGHAM    ☐ District Court   ☑ Circuit Court | | CV2010902180 JEFFERSON COUNTY, ALABAMA ANNE-MARIE ADAMS, CLERK |

| | **CIVIL MOTION COVER SHEET** |
|---|---|
| SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL | *Name of Filing Party:* C001 - SYNOVUS BANK |

| *Name, Address, and Telephone No of Attorney or Party. If Not Represented.* | ☐ Oral Arguments Requested |
|---|---|
| CLIFTON C. MOSTELLER 41 WEST I-65 SERVICE ROAD NORTH SUITE 400 MOBILE, AL 36608 *Attorney Bar No.:* MOS035 | |

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☑ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| | ☐ In Limine |
| ☐ Motion to Intervene ($297.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| ☐ Other _____ | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| pursuant to Rule _____ ($50.00) | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| ☐ Local Court Costs $ _____ | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | *pursuant to Rule* _____ *(Subject to Filing Fee)* |

| *Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees)* ☐ | *Date:* 7/22/2010 9:35:30 AM | *Signature of Attorney or Party:* /s CLIFTON C. MOSTELLER |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: CLIFTON C. MOSTELLER
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:    7/22/2010 9:37:10 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
     *345 OLDE PARK COURT*
     *GULF SHORES, AL 36542*

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:   7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  HAZELTON AMY MAY
     ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  BARZE RONALD BRUCE JR
     bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/22/2010 9:37:10 AM

C001 SYNOVUS BANK
MOTION FOR CONSOLIDATION
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     7/22/2010 9:37:10 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | **Case Number:**<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CHRISTOPHER ANDRE YARBOROUGH, 27384 MAULDIN LANE UNIT # PH-3, ORANGE BEACH, AL 36561

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CLIFTON C. MOSTELLER _____

WHOSE ADDRESS IS 41 WEST I-65 SERVICE ROAD NORTH SUITE 400, MOBILE, AL 36608 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   SYNOVUS BANK

   pursuant to the Alabama Rules of the Civil Procedure

| 7/22/2010 2:28:49 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s CLIFTON C. MOSTELLER
                                       Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                           Server's Signature



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL

JUL 2 3 2010

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

01-CV-2010-902190.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $10.99**

Parties to be served by **Certified Mail - Return Receipt Requested**

Parties to be served by **Certified Mail - Restricted Delivery - Return Receipt Requested**

CHRISTOPHER ANDRE YARBOROUGH                            Postage: $10.99
27384 MAULDIN LANE
UNIT # PH-3
ORANGE BEACH, AL 36561

7009 1680 0001 9564 5892

ELECTRONICALLY FILED
7/26/2010 12:06 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) CV-2010-902180.00-NGS |
| | ) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

### ORDER

The Plaintiff's Motion to Consolidate Related Cases is hereby set for a hearing before the undersigned on **August 30, 2010 at 9:45 a.m.**

DONE this 26th day of July, 2010.

/s NICOLE GORDON STILL
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
396 WEST 23RD AVENUE
GULF SHORES, AL 36542

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
27384 MAULDIN LANE
UNIT # PH-3
ORANGE BEACH, AL 36561

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 7/26/2010 12:06:51 PM

Notice Date:     7/26/2010 12:06:51 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | **SUMMONS**<br>- CIVIL - | **Case Number:**<br>01-CV-2010-902180.00 |
|---|---|---|

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA
## SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

PLASH ISLAND RESORT, LLC, C/O JOSEPH F YARBOROUGH 374 WEST CANAL DRIVE, GULF SHORES, AL 36542

**NOTICE TO** _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CLIFTON C. MOSTELLER

WHOSE ADDRESS IS 41 WEST I-65 SERVICE ROAD NORTH SUITE 400, MOBILE, AL 36608

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   SYNOVUS BANK
pursuant to the Alabama Rules of the Civil Procedure

| 7/26/2010 4:48:45 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s CLIFTON C. MOSTELLER
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____       _____
Date                          Server's Signature



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL

**JUL 2 8 2010**

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

01-CV-2010-902180.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $6.49**

Parties to be served by **Certified Mail - Return Receipt Requested**

PLASH ISLAND RESORT LLC        DI Alias                Postage: $6.49
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542          7009 1680 0001 9564 6127

Parties to be served by **Certified Mail - Restricted Delivery - Return Receipt Requested**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Andre
Yarbrough
27384 Mauldin Lane
Unit # PH-3
Orange Beach, Al. 36561

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   DA
   CV10-90218 Alias

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☑ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number
   (Transfer from service label)

   7009 1680 0001 9564 5892

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE
MOBILE AL 365

26 JUL 2010 PM 1 L

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

RECEIVED IN OFFICE

JUL 30 2010

ANNE-MARIE ADAMS
Clerk

715 RICHARD
BIRMINGHAM, AL

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JOSEPH YARBOROUGH Sr.

1. Article Addressed to:

Plash Island Resort Llc
C/o Joseph F. Yarborough
374 West Canal Drive
Gulf Shores, AL.
           36542

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

D1
CV10-902180 -Alias

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 1680 0001 9564 6127

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



ELECTRONICALLY FILED
8/23/2010 10:34 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2010-902180.00 |
| | ) | |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, | ) | |
| KEITH ROTENBERRY, an Individual, | ) | |
| LEWIS M. LOCKHART, an Individual, | ) | |
| RICHARD D. ROWE, an Individual, | ) | |
| NIKOLAOS MANAKIDES, an Individual, | ) | |
| RICKEY L. LOCKHART, an Individual, | ) | |
| WILLIAM R. IVEY, an Individual, | ) | |
| MICHAEL W. MCCAIN, an Individual, | ) | |
| CHRISTOPHER ANDREW | ) | |
| YARBOROUGH, an Individual, DONNA | ) | |
| S. MARCRUM, As Executrix For The | ) | |
| ESTATE OF GARY L. MARCRUM SR., | ) | |
| and MARCRUM DEVELOPMENT, | ) | |
| L.L.C., an Alabama Limited Liability Company. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

Comes now Amy M. Hazelton of the firm Benton and Centeno, LLP and makes known

her entry of appearance as additional counsel for the Defendant, Christopher Andrew

Yarborough.

/s/ Amy M. Hazelton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice by electronic filing and/or by first class mail to the following on this the 23rd day of August, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Counsel for Plaintiff*

Brian R. Walding, Esq.
WALDING LLC
505 20th Street North, Suite 620
Birmingham, Alabama 35203
*Counsel for Plaintiff*

R. Bruce Barze, Jr., Esq.
Amy Davis Adams, Esq.
BALCH & BINGHAM, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
*Counsel for The Estate of Gary L. Marcrum, Sr.*
*and Marcrum Development, L.L.C.*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

/s/ Amy M. Hazelton
Of Counsel



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  AMY MAY HAZELTON
     ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: *PLASH ISLAND RESORT LLC (PRO SE)*
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  YARBOROUGH CHRISTOPHER ANDREW (PRO SE)
27384 MAULDIN LANE
UNIT # PH-3
ORANGE BEACH, AL 36561

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:      8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:     8/23/2010 10:35:35 AM

.

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:35:35 AM

Notice Date:    8/23/2010 10:35:35 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
8/23/2010 10:36 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2010-902180.00 |
| | ) | |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, | ) | |
| KEITH ROTENBERRY, an Individual, | ) | |
| LEWIS M. LOCKHART, an Individual, | ) | |
| RICHARD D. ROWE, an Individual, | ) | |
| NIKOLAOS MANAKIDES, an Individual, | ) | |
| RICKEY L. LOCKHART, an Individual, | ) | |
| WILLIAM R. IVEY, an Individual, | ) | |
| MICHAEL W. MCCAIN, an Individual, | ) | |
| CHRISTOPHER ANDREW | ) | |
| YARBOROUGH, an Individual, DONNA | ) | |
| S. MARCRUM, As Executrix For The | ) | |
| ESTATE OF GARY L. MARCRUM SR., | ) | |
| and MARCRUM DEVELOPMENT, | ) | |
| L.L.C., an Alabama Limited Liability Company. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now Lee R. Benton of the firm Benton and Centeno, LLP and makes known

his entry of appearance as counsel for the Defendant, Christopher Andrew Yarborough.

/s/ Lee R. Benton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)

OF COUNSEL:

BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice by electronic filing and/or by first class mail to the following on this the 23rd day of August, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Counsel for Plaintiff*

Brian R. Walding, Esq.
WALDING LLC
505 20th Street North, Suite 620
Birmingham, Alabama 35203
*Counsel for Plaintiff*

R. Bruce Barze, Jr., Esq.
Amy Davis Adams, Esq.
BALCH & BINGHAM, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
*Counsel for The Estate of Gary L. Marcrum, Sr.*
*and Marcrum Development, L.L.C.*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

/s/ Lee R. Benton
Of Counsel



**AlaFile E-Notice**

01-CV-2010-902180.00

To: LEE R. BENTON
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date: 8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:      8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:      8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: JOSEPH JOE ALAN
jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:     8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:     8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:     8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM

Notice Date:     8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following NOTICE OF APPEARANCE was FILED on 8/23/2010 10:37:43 AM*

Notice Date: 8/23/2010 10:37:43 AM

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
8/31/2010 11:12 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) CV-2010-902180.00-NGS |
| | ) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

### ORDER

The Plaintiff's Motion to Consolidate Related Cases is hereby **GRANTED**.  The Clerk of the Court is hereby directed to consolidate *civil action number 2010-902186-GWN* with the above-styled cause (CV-2010-902180-NGS).

**DONE this 31st day of August, 2010.**

/s NICOLE GORDON STILL
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  JOSEPH JOE ALAN
     jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:    8/31/2010 11:12:32 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:     8/31/2010 11:12:32 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
    lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:     8/31/2010 11:12:32 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date: 8/31/2010 11:12:32 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:     8/31/2010 11:12:32 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:     8/31/2010 11:12:32 AM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:12:32 AM

Notice Date:     8/31/2010 11:12:32 AM

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
8/31/2010 11:48 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.: CV-2010-902180.00 |
| | ) (Consolidated with CV-2010-902186) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

## SCHEDULING ORDER AND TRIAL SETTING

It is Ordered as follows:

1. This case is assigned to the **Standard Track.**

2. **The case is set for a bench trial on April 11, 2011, at 9:00 a.m. in Courtroom 350, Jefferson County Courthouse, Birmingham. The provisions of Exhibit A attached hereto apply to the trial of this action.**

   This case **shall** be disposed of on or before the trial date, unless the court grants a timely filed Motion for Continuance for good cause shown. The parties are advised that the fact that the trial setting is a first setting, that the parties have agreed to a continuance, that discovery has not been completed, or other such reasons will **not** be considered "good cause."

3. All pending written discovery shall be responded to **within 21 days.**

4. All parties shall be noticed for their depositions so that the depositions may take place and be completed no later than **February 14, 2011.** All other fact discovery, including all depositions, shall be initiated in time to be completed on or before **February 7, 2011, the discovery cut-off date.**

5. Plaintiff(s) shall provide the names and Rule 26 information of any expert witness(es) expected to be used at the trial of this case on or before **October 25, 2010.** Said witness shall be made available for deposition by Defendant(s) on or before **December 6, 2010.**

6. Defendant(s) shall provide the names and Rule 26 information of any expert witness (es) expected to be used at the trial of this case on or before **January 3, 2011.** Said witness shall be made available for deposition by Plaintiff(s) on or before **February 7,**

2011.

7. Any amendments to add parties to the pleadings must be filed no later than **42 days from the date of this Order.** Other amendments to pleadings require leave of Court.

8. The provisions of Exhibit B attached hereto apply to motions filed in this action. Motions for Summary Judgment or other dispositive motions must be filed on or before **February 28, 2011.**

9. A Status/Settlement/Pre-Trial Conference may be set at the request of either party. All lawyers, parties, or other persons with binding settlement authority shall be present at any Settlement Conference, and the parties shall provide the Court with a statement of impediments to settlement at the outset of the conference.

10. The *Birmingham Differential Case Management Plan* is incorporated into this Scheduling Order by reference. A copy of the *Birmingham Differential Case Management Plan* can be found at http://10jc.alacourt.gov.

DONE this 31st day of August, 2010.

/s NICOLE GORDON STILL
**CIRCUIT JUDGE**

**EXHIBIT A**

*The following provisions shall apply to the trial of this action:*

1. The parties are to exchange the following items so that each party has received the other's items no later than **14 calendar days** before the trial of this case:

    (A) Itemizations of all damages claimed, showing the amount and, if applicable, the methodology used to compute all such damages.

    (B) Witness lists stating the names and addresses of individuals who are expected to testify at trial. While identification of an individual does not obligate the party to call that individual as a witness, any individual not identified will be precluded from testifying at trial without leave of Court, which will be granted only for good cause shown. The obligations of this sub-paragraph do not pertain to rebuttal witnesses the identities of whom *cannot reasonably be foreseen ahead of trial.*

    (C) Exhibit lists identifying or describing all writings, recordings, and other tangible exhibits that the parties may use at trial. Documents so identified are to be made readily available to any party requesting the opportunity to review and copy. Any exhibit not identified will not be admitted into evidence without leave of Court, which will be granted only for good cause shown.

2. Unless objections are filed and served no later than **7 calendar days** before trial, each party shall be deemed to have no objection to the competence of every individual identified in witness lists to testify and to the *authenticity* and admissibility of every document and other thing identified in the exhibit lists. Should any objection be filed and served, the party raising it shall state the basis of the objection.

3. In jury cases, no later than **7 calendar days** before trial, the parties shall file and serve any motions *in limine.* Further, by **7 calendar days** before trial, any proposed jury instructions and verdict forms shall be submitted to the Court. If requested instructions comport with *Alabama Pattern Jury Instruction* charges, the submitting party may simply file a list of the requested APJI charges without setting out the full text of each such charge.

4. The parties are to provide "courtesy copies" of all papers identified in paragraphs 1-3 above by delivering them to the chambers of the undersigned when the originals are filed with the Clerk of the Court. Parties may submit "trial briefs," although such briefs are not required. Any such brief should, in fact, be truly brief.

5. The parties are encouraged to consider using, and preparing, written stipulations of fact, so that a jury may focus on the actual factual dispute remaining for adjudication by trial.

6. All exhibits, properly identified and without objection (or with objections overruled), are to be pre-marked and will be admitted at the beginning of trial.

7. Counsel are reminded that a party desiring a court reporter in attendance at the trial of this cause must specifically request a reporter by advising the Court's chambers no later than **4 days before the trial**. The party making such request must assume, and by this order agrees to assume, the responsibility for payment directly to the court reporter for all costs and expenses attendant to the reporter's services at trial, *in the absence of an agreement by the parties to* share this financial responsibility jointly.

## EXHIBIT B

## MOTION PROVISIONS

*The following provisions apply to motions filed in this action:*

1. If a hearing is requested, the date and time for hearing all motions shall be obtained from the Judge's office **before** filing such motions. Notice of the hearing date and time shall be prominently shown on the first page of the motion, in the style of the case underneath the civil action number.

2. Paper copies of any materials in support of motions, including briefs, in excess of 10 pages must be provided to the Judge's chambers. Courtesy copies shall be delivered no later than **2 business days** before the hearing.

3. No materials electronically filed less than **3 calendar days** prior to a hearing date will be considered by the Court. No material hand delivered to the Judge's office less than **2 calendar days** prior to the hearing date will be considered by the Court.

4. Proposed orders shall not be filed with or attached to motions, but shall be submitted to the Court's designated email address in the format preferred by the individual judge. If the lines below are blank or if the email address is no longer active, the pertinent information may be obtained by calling the Judge's office.

**Email: jean.speer@alacourt.gov**

**Preferred format: Word**

5. The Court encourages the parties to engage in voluntary mediation at any time so long as the mediation does not result in a delay of any dates set in the Scheduling Order. Any motion for mandatory mediation must be filed within **42 days** of this order. The State of Alabama Department of Industrial Relations has established a program to encourage mediation of workers' compensation claims by making an Ombudsman available for mediation at no cost to the parties. However, the parties should take note that, because of the volume of mediation requests for the Ombudsman program, it may take several weeks to schedule mediation. If mediation can only be scheduled after the trial date for this matter set out below, this case will not be continued or delayed because of lack of mediation.

6. No pleading or motion shall be filed by facsimile. No copies shall be sent to the Judge by facsimile unless specifically requested.

**EXHIBIT C**

**THE PARTIES SHOULD REFER TO THE SCHEDULING ORDER FOR THE TRACK ASSIGNMENT AND ALL DISCOVERY DEADLINES.**

**EXPEDITED TRACK**

Pursuant to the *Birmingham Differential Case Management Plan*, the following discovery limits apply to these cases:

> No depositions will be allowed absent order of the court. Additionally, a limit of 50 single-part paper discovery request items will be allowed for each party whether involving interrogatories, request for production, or request for admission. All discovery must comply with deadlines established by the Court's Scheduling Order.

**STANDARD TRACK**

Pursuant to the *Birmingham Differential Case Management Plan*, the following discovery limits apply to these cases:

> Discovery will be limited to six depositions per party. Additionally, each party will be limited to 100 single-part discovery request items whether involving interrogatories, requests for production, or requests for admission. All discovery must comply with the deadlines established by the Court's Scheduling Order. A party may request relief from the discovery limitations in standard track cases.

**STANDARD AND COMPLEX TRACK**

Pursuant to the *Birmingham Differential Case Management Plan*, the following discovery provisions apply to these cases:

> In the event there is a dispute over the order in which depositions are taken, a defendant issuing a deposition notice contemporaneously with the defendant's initial appearance shall be entitled to conduct a party plaintiff's deposition first. Otherwise, the party who issued a deposition notice first should be permitted to conduct that deposition prior to any other depositions being taken. The attorneys are encouraged to work among themselves, without the need for court intervention, if changes in deposition scheduling become necessary.
>
> With respect to Rule 30(b)(6) of the Alabama Rules of Civil Procedure, if corporate representatives are not located within the State of Alabama, a party being asked to tender such representatives for deposition will be expected to produce only one such representative in Jefferson County, Alabama absent agreement of the parties to the contrary, or unless otherwise ordered. Any further depositions or additional corporate representatives would be expected to be held at the deponents' location. Should the party for whom the representative will be testifying reasonably question the court's personal jurisdiction, this party may object to producing a witness in Jefferson County until the issue is resolved.



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:    8/31/2010 11:48:13 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   MOSTELLER CLIFTON CHARLES
      clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
*01-CV-2010-902180.00*

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:   8/31/2010 11:48:13 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:     8/31/2010 11:48:13 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:     8/31/2010 11:48:13 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:     8/31/2010 11:48:13 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:     8/31/2010 11:48:13 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 8/31/2010 11:48:13 AM

Notice Date:     8/31/2010 11:48:13 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
9/1/2010 11:15 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 2010-902180, previously |
| v. | ) | consolidated with CV-2010-902186-GWN |
| | ) | |
| PLASH ISLAND RESORT, LLC, et. al. | ) | |
| | ) | |
| **Defendants.** | ) | |

### REQUEST FOR ASSIGNMENT TO
### THE COMMERCIAL LITIGATION DOCKET

By Order of this Court on August 31, 2010, civil action number 2010-902186-GWN was consolidated into the above style matter. Although all defendants in the action have been served, filed initial responsive pleadings, or otherwise appeared in this matter, no other pleadings have been filed nor has any party engaged in discovery. In accordance with the Tenth Judicial Circuit Court of Alabama's Administrative Order No. 2009-23 which establishes this Court's commercial litigation docket, I hereby request that this case be assigned to the Commercial Litigation Docket (CLD), and hereby affirm that this case meets the requirements of such assignment.

DATED this the 1st day of September, 2010.


/s/ Clifton C. Mosteller
Joe A. Joseph (JOS004)
Clifton C. Mosteller (MOS035)
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama 35203
Attorneys for SYNOVUS BANK

1858122 v3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail, by hand delivery, by fax, or by email on this the 1st day of September 2010:

Lee R. Benton
Amy Hazelton
2019 3rd Ave N
Birmingham, Alabama 35203

Plash Island Resort LLC
c/o Joseph F Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary
L. Marcrum, Sr. and Marcrum
Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North,
Suite 1500
Birmingham, Alabama 35203

Brian R. Walding
Walding LLC
505 20th Street North, Suite
620
Birmingham, Alabama 35203
bwalding@waldinglaw.com

/s/ Clifton C. Mosteller
OF COUNSEL

ELECTRONICALLY FILED
9/1/2010 11:15 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| STATE OF ALABAMA | Revised 3/5/08 | Case | |
|---|---|---|---|
| Unified Judicial System | | | CV2010902180.00 |
| 01-JEFFERSON - BIRMINGHAM | ☐ District Court  ☑ Circuit Court | | |

| | CIVIL MOTION COVER SHEET |
|---|---|
| SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL | Name of Filing Party: C001 - SYNOVUS BANK |

| Name, Address, and Telephone No. of Attorney or Party. If Not Represented | ☐ Oral Arguments Requested |
|---|---|
| CLIFTON C. MOSTELLER | |
| 41 WEST I-65 SERVICE ROAD NORTH SUITE 400 | |
| MOBILE, AL 36608 | |
| Attorney Bar No.: MOS035 | |

## TYPE OF MOTION

**Motions Requiring Fee**

- ☐ Default Judgment ($50.00)
- ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Judgment on the Pleadings ($50.00)
- ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00)
- ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00)
- ☐ Summary Judgment pursuant to Rule 56($50.00)
- ☐ Motion to Intervene ($297.00)
- ☐ Other _____
- pursuant to Rule _____ ($50.00)

_____

*Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees.

- ☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

- ☐ Add Party
- ☐ Amend
- ☐ Change of Venue/Transfer
- ☐ Compel
- ☐ Consolidation
- ☐ Continue
- ☐ Deposition
- ☐ Designate a Mediator
- ☐ Judgment as a Matter of Law (during Trial)
- ☐ Disburse Funds
- ☐ Extension of Time
- ☐ In Limine
- ☐ Joinder
- ☐ More Definite Statement
- ☐ Motion to Dismiss pursuant to Rule 12(b)
- ☐ New Trial
- ☐ Objection of Exemptions Claimed
- ☐ Pendente Lite
- ☐ Plaintiff's Motion to Dismiss
- ☐ Preliminary Injunction
- ☐ Protective Order
- ☐ Quash
- ☐ Release from Stay of Execution
- ☐ Sanctions
- ☐ Sever
- ☐ Special Practice in Alabama
- ☐ Stay
- ☐ Strike
- ☐ Supplement to Pending Motion
- ☐ Vacate or Modify
- ☐ Withdraw
- ☑ Other  Request for Assignment to the
- pursuant to Rule Commercial Litigation Docket (Subject to Filing Fee)
Circuit Court of
Alabama's
Administrative
Order No.
2009-23

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 9/1/2010 11:15:02 AM | Signature of Attorney or Party CLIFTON C MOSTELLER |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: CLIFTON C. MOSTELLER
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET

[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:    9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:      9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET

[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK

REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET

[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     9/1/2010 11:15:31 AM

**ANNE-MARIE ADAMS**
***CIRCUIT COURT CLERK***
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET

[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET

[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:      9/1/2010 11:15:31 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/1/2010 11:15:31 AM

C001 SYNOVUS BANK
REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET
[Attorney: MOSTELLER CLIFTON CHARLES]

Notice Date:     9/1/2010 11:15:31 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FILED IN OFFICE
SEP - 2 2010
ANNE-MARIE ADAMS
Clerk

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-2010-902180.00 |
| | )(consolidated with CV-2010-902186) |
| PLASH ISLAND RESORT, LLC, an | ) | |
| Alabama Limited Liability Company, et al., | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that on the 2nd day of September, 2010, the following was served on all parties to this cause.

**INTERROGATORIES AND REQUEST FOR PRODUCTION TO SYNOVUS BANK**

/s/ Amy M. Hazleton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)
Attorney for Defendants

OF COUNSEL:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Fax: 205-278-8008
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice by electronic transmission and/or by first class mail to the following on this the 2nd day of September, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Brian R. Walding, Esq.
Donna Knotts Byrd, Esq.
WALDING, LLC
505 20th Street North, Suite 620
Birmingham, Alabama 35203
*Attorney for Plaintiff*

R. Bruce Barze, Jr.
Amy Davis Adams
Balch & Bingham, LLP
*1901 Sixth Avenue North, Suite 1500*
Birmingham, Alabama 35203
*Attorneys for Donna S. Marcrum, executrix of the Estate of Gary L. Marcrum and Marcrum*
*Development, LLC*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

/s/ Amy M. Hazelton
Of Counsel

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

FILED IN OFFICE

SEP ~ 2 2010

ANNE-MARIE ADAMS
Clerk

SYNOVUS BANK,                      )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CV-2010-902180.00
                                   )(consolidated with CV-2010-902186)
PLASH ISLAND RESORT, LLC, an       )
Alabama Limited Liability Company, et al.,  )
                                   )
        Defendant.                 )

## INTERROGATORIES AND REQUEST FOR PRODUCTION TO SYNOVUS BANK

COME NOW Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides,

Rickey L. Lockhart, William R. Ivey, Michael W. McCain, Christopher Andrew Yarborough,

Alan Howard, Curtis Harper and Clark Parker and propound the following Interrogatories and

Request for Production to the Plaintiff, Synovus Bank, pursuant to the ALABAMA RULES OF CIVIL

PROCEDURE, to be answered within thirty (30) days after service. You are required to furnish all

information available to you, including information in the possession of your attorney or any person

acting in your behalf. If you cannot respond to any particular Interrogatory and/or Request in full

after exercising due diligence to secure the information sought, so state and produce to the extent

possible, identifying your inability to produce the remainder and reasons therefor.

If you contend that you are entitled to withhold the information sought by any request, or

subparagraph thereof, on the basis of some constitutional, statutory, or common law privilege, or any

other ground, then with respect to each and every request, do the following:

(a)     Describe the nature of said privilege;

(b)     State the factual and legal basis upon which you contend that you are entitled

to withhold the information from the discovery process, and

    (c)    State the identity of the person, firm, or corporation asserting said privilege.

If any and all documents identified herein are no longer in your possession, custody, or control because of destruction, loss or other reason, then do the following with respect to each and every such document:

    (a)    Describe the nature of the document, (e.g., letter or memorandum);

    (b)    State the date of the document;

    (c)    Identify the person who sent and received the original and any and all copies of the document;

    (d)    State in as much detail as possible the contents of said document;

    (e)    State the manner and the date of disposition of the document, and any and all reasons therefor.

## DEFINITIONS

A.    As used herein, the term "you", "your", or "yourself" refers to the party to whom these requests are directed, each of its agents, representatives and attorneys, and each person acting or purporting to act on its behalf.

B.    As used herein, the term "representative" means any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the person in question.

C.    As used herein, the term "person" means any natural individual, in any capacity whatsoever, or any entity or organization, including division, departments, and/or units therein, and shall include, but are not limited to, a public or private corporation, partnership, joint-venture,

voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau or department.

D.    As used herein, the term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes without limitation, the original of each copy, regardless of origin or location, of any book, pamphlet, periodical, letter, memorandum (including any memorandum or report of a meeting or conversation), invoice, bill, order, form, receipt, financial statement, account entry, diary, calendar, telex, telegram, cable, report, records, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or data processing card, computer disk or any other written, recorded, transcribed, punched, taped, filmed or graphic matter, however produced or reproduced, which is in your possession, custody or control, or which was, but is no longer in your possession, custody or control.

E.    As used herein, the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between and among two or more persons.

F.    As used herein, the terms "identification", "identify", or "identity", when used in reference to: (a) a natural individual, requires you to state his or her full name, residential and business addresses and telephone number; (b) a corporation, requires you to state the full corporate name and any and all names under which it does business, its state of incorporation, the address of its principal place of business, and the address of all of its offices in the State of Alabama; (c) a business, requires you to state the full name or style under which the business is conducted, its

business address or addresses, the type of business in which it is engaged, the geographic areas in which it conducts its business, and the identify of the person(s) who own, operate, and control the business; (d) a document, requires you to state the number, page and nature of the document (e.g., letter or memorandum), its title, its date, the name(s) of its authors and recipients, and its present location and custodian; (e) a communication, requires you to, if any part of the communication was written, identify the document(s) which refer to or evidence the communication, and, to the extent the communication was non-written, to identify the person(s) participating in the communication and to state the date, manner, place and substance of the communication.

G.      As used herein, the word "or" appearing in an interrogatory should not be read so as to eliminate any part of the interrogatory, but, whenever applicable, it should have the same meaning as the word "and".

H.      As used herein the singular should include the plural and any plural should separately include each of several singulars.

I.      When directed to more than one party, these interrogatories should be answered separately by each Party.  When a distinction is made between any group of *Defendants*, group of *Plaintiffs*, group of third parties, or any combination thereof, this distinction or separation should be clearly stated.

J.      These interrogatories are to be answered by each party, under oath, with his or its signature duly notarized.  Where a party is a business or corporation, the person answering these interrogatories must be appropriately authorized to make the answers and to bind the business or corporate party thereby.

## **INTERROGATORIES**

1.      Please state the full name, residential address and telephone number, occupation,

business address and telephone number, social security number and date of birth of the person answering these Interrogatories.

2.      Please state the name, address and telephone number of each person, including experts, having any knowledge of relevant facts relating to the facts which are the basis of any and all claims asserted by Synovus Bank against these Defendants.

3.      Please state the full name, *current address, telephone number*, qualifications, and present employment of each person who you expect to call as a witness including experts, at the trial of this case, the subject matter in which each witness is expected to testify, the substance of the facts and opinions to which each witness is expected to testify, and a summary of the grounds for each opinion expected to be expressed by such witness.

4.      Describe in detail any and all communications you have had with any of the Defendants, or their representatives, or any other person or entity, regarding the matters described in the Complaint, *including the Loan Agreement, meetings and the like*, giving the date of said communications, the names of all persons involved in said communications, names and addresses of all persons who witnessed said communications, and the substance of said communications.

5.      State specifically what information was furnished by Synovus Bank, to each expert and what information was gathered by each expert and from exactly what sources upon which such opinions will be rendered.  As to any books or publications upon which such opinions are to be based, state the title, author, publisher and opinion of each such publication, *together with the page*

and paragraph utilized by the expert in the formation of any opinion or conclusion.

6.    Identify each fact and document which supports or relates to your claims against these Defendants. Include in your response the source of such information, the source of any documents obtained, or the name and address of any such person from whom such information was obtained.

7.    Please provide the name of each and every Synovus Bank employee(s) that was involved in the evaluation, approval, and handling of the loans to these Defendants.

8.    State in detail how this Defendant is allegedly "in default" of the loan to Synovus Bank.

9.    Describe in detail any and all communications you have had with any of the Defendants, their representatives or agents regarding alleged defaults of the loan, giving the date of said communications, the names of all persons involved in said communications, names and addresses of all persons who witnessed said communications, and the substance of said communications.

10.    State the amount that you allege is currently owed to Synovus, and explain in detail how that figure was calculated.

## REQUESTS FOR PRODUCTION

1.    Each and every written instrument, document or memoranda of any type or nature

which evidences, describes, identifies or consists of any agreement between the Plaintiff and any Defendant whether contractual, consensual, statutory, or court or administratively required.

2.  Each and every written instrument, document or memoranda of any type or nature reflecting, concerning, identifying or relating to your claims asserted against the Defendants. Such documents should include, but should not be limited to the following: contracts, agreements, receipts, bills of sale, statements, computer printouts, ledgers, canceled checks, tax returns, financial statements, memoranda of meetings, memoranda of telephone conversations, correspondence, e-mails, account summaries, and any and all other documents.

3.  Each and every written instrument, document or memoranda of any type or nature reviewed, used or analyzed by any individual contemplated to be used as an expert witness in the trial of this matter.

4.  Each and every written instrument, document or memoranda of any type or nature prepared by, authored or created by any individual contemplated to be used as an expert witness at any trial of this matter.

5.  All publications authored within the last ten years by any individual contemplated to be used as an expert witness in this matter.

6.  The resume or curriculum vitae of any individual contemplated to be used as an expert witness in this matter.

7.    All communications and/or documents evidencing communications between the Plaintiff (or any agent and/or representative of the Plaintiff) and any of the Defendants (or any representative and/or agent of any Defendant). Such documents should include all written correspondence, emails, invoices, notes of conversations, recordings, etc.

8.    All communications and/or documents evidencing communications (including emails) between Synovus Bank and any of the Defendants or any representative and/or agent of any Defendant relating to the Plash Island Resort project. Such documents should include all written correspondence, invoices, notes of conversations, recordings, etc.

9.    Each and every written instrument, document or memoranda of any type or nature reflecting, concerning, identifying or relating to the guarantees allegedly signed by these Defendants.

10.    Each and every written instrument, document or memoranda of any type or nature reflecting, concerning, identifying or relating to the underlying Loan to Plash Island Resort, *LLC*.

11.    Any and all notes and/or record taken during meetings with any of the Defendants throughout the span of the Plash Island Resort project beginning with the initial meeting and continuing until the present.

12.    Each and every written instrument, document or memoranda of any type or nature that was reviewed by you and/or provided to you by any of the Defendants prior to approving the Loan and/or the execution of the alleged guarantees by these Defendants.

13.  Copies of any and all exhibits, blow-up exhibits, and/or visual aids you plan to use or introduce at the trial of this case.

14.  Copies or transcripts of any statement(s) given by any party or any agent of any party to this case which relates in any way to the subject matter of this case.

15.  Copies of any and all documents within your possession that involve or relate to in any way the Plash Island Resort project.

16.  Copies of any appraisals that have been completed on the Plash Island Resort, or any other real property claimed at any time as collateral for the debts in question.

17.  Copies of any checks, receipts, invoices, account statements or the like reflecting any and all payments made on the underlying Loan made the basis of this lawsuit.

18.  All attorney fee statements, bills and/or invoices reflecting all costs and fees incurred to date.

/s/ Amy M. Hazleton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)
Attorney for Defendants

OF COUNSEL:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: 205-278-8000
Fax: 205-278-8008
lbenton@bcattys.com
ahazelton@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Discovery by electronic transmission and/or by first class mail to the following on this the 2nd day of September, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Brian R. Walding, Esq.
Donna Knotts Byrd, Esq.
WALDING, LLC
505 20th Street North, Suite 620
Birmingham, Alabama 35203
*Attorney for Plaintiff*

R. Bruce Barze, Jr.
Amy Davis Adams
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
*Attorneys for Donna S. Marcrum, executrix of the Estate of Gary L. Marcrum and Marcrum Development, LLC*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

/s/ Amy M. Hazelton
Of Counsel

FILED IN OFFICE

SEP - 2 2010

ANNE-MARIE ADAMS
Clerk

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK,                              )
                                           )
    Plaintiff,                        )
                                           )
v.                                         )    CV-2010-902180.00
                                           )(consolidated with CV-2010-902186)
PLASH ISLAND RESORT, LLC, an               )
Alabama Limited Liability Company, et al., )
                                           )
    Defendant.                        )

### ANSWER

COME NOW Defendants, Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe,

Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W. McCain, Christopher

Andrew Yarborough, Alan Howard, Curtis Harper and Clark Parker, separately and severally,

and file their Answer to the Complaints in the above-captioned, consolidated matter as follows:

Defendants deny the allegations contained in the Complaints, and demand strict proof

thereof.

### AFFIRMATIVE DEFENSES

#### First Affirmative Defense

Defendants deny damages as alleged.

#### Second Affirmative Defense

Defendants aver that the Plaintiff has failed to mitigate its damages.

#### Third Affirmative Defense

Defendants allege that Plaintiff has failed to state a claim upon which relief may be granted.

#### Fourth Affirmative Defense

G:\wpusers\LRB\Howard, Alan C. - 3215-001\Synovus Bank CV-10-902180\p-answer.wpd

Plaintiff caused the damages as alleged in the Complaint, or otherwise prevented or hindered performance.

### Fifth Affirmative Defense

Defendants plead failure of cooperation.

### Sixth Affirmative Defense

Defendants reserve the right to assert additional defenses as they become available throughout discovery.

### Jury Trial

Defendants demand a trial by jury.

/s/ Amy M. Hazelton
Lee R. Benton (BEN008)
Amy M. Hazelton (MAY034)
Attorney for Defendants

OF COUNSEL:
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

G:\wpusers\LRB\Howard, Alan C. - 3215-001\Synovus Bank CV-10-902180\p-answer.wpd

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading by electronic transmission or by first class mail to the following on this the 2nd day of September, 2010:

Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
*Attorneys for Plaintiff*

Brian R. Walding, Esq.
Donna Knotts Byrd, Esq.
WALDING, LLC
505 20th Street North, Suite 620
Birmingham, Alabama 35203
*Attorney for Plaintiff*

R. Bruce Barze, Jr.
Amy Davis Adams
Balch & Bingham, LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
*Attorneys for Donna S. Marcrum, executrix of the Estate of Gary L. Marcrum and Marcrum Development, LLC*

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, Alabama 36542

/s/ Amy M. Hazelton
Of Counsel

G:\wpusers\LRB\Howard, Alan C. - 3215-001\Synovus Bank CV-10-902180\p-answer.wpd

ELECTRONICALLY FILED
9/21/2010 11:58 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

|  |  |  |
|---|---|---|
| SYNOVUS BANK, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | CV-2010-902180.00-NGS |
| | ) | |
| PLASH ISLAND RESORT LLC, | ) | |
| ROTENBERRY KEITH, | ) | |
| LOCKHART LEWIS M., | ) | |
| ROWE RICHARD D. ET AL, | ) | |
| Defendants. | ) | |

### ORDER

The Plaintiff's Request for Assignment to the Commercial Litigation Docket is hereby set for a hearing before the undersigned in Room 350 of the Jefferson County Courthouse on **October 7, 2010 at 11:15 a.m.**

DONE this **21st** day of September, 2010.

/s NICOLE GORDON STILL
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 9/21/2010 11:58:36 AM

Notice Date:     9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/21/2010 11:58:36 AM

Notice Date: 9/21/2010 11:58:36 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/21/2010 11:58:36 AM

Notice Date: 9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

*The following matter was FILED on 9/21/2010 11:58:36 AM*

Notice Date:     9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 9/21/2010 11:58:36 AM*

Notice Date:     9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 9/21/2010 11:58:36 AM

Notice Date:     9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/21/2010 11:58:36 AM

Notice Date:     9/21/2010 11:58:36 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
9/28/2010 1:35 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK,                                )
                                             )
       Plaintiff,                        )
                                             )
       v.                                )   CIVIL ACTION NO. 2010-902180
                                             )
PLASH ISLAND RESORT, LLC, et al.,            )
                                             )
       Defendants.                       )
                                             )

### MOTION TO STAY

COMES NOW Defendant Donna S. Marcrum, as personal representative of the Estate of Gary L. Marcrum, Sr. (the "Personal Representative"), and requests that this honorable Court stay the proceedings against the Personal Representative in Case No. 2010-902180, currently before this Court, pending a final disposition of the Report of Insolvent Estate filed by the Defendant in the Shelby County, Alabama Probate Court. As grounds for this Motion to Stay, the Personal Representative states as follows:

1. On June 21, 2010, the Plaintiff filed its Complaint, seeking payment of a $5,400,000.00 promissory note by Plash Island Resort, LLC and various guarantors of the promissory note, including the Personal Representative.

2. The Estate is currently being administered in Shelby County Probate Court, Case NO. PR 2009-000359.

3. On September 24, 2010, the Personal Representative filed a Report of Insolvent Estate with the Shelby County Probate Court pursuant to Ala. Code § 43-2-701 (1975). A filed-stamped copy of the Report of Insolvent Estate is attached hereto as Exhibit "A".

1119563 1

4.    Pursuant to Ala. Code § 43-2-810, "during the progress of any civil action against an executor or administrator, he may show that such estate has been reported insolvent; and, upon such showing, the case must be continued until the final disposition of such report."

5.    The Personal Representative therefore respectfully requests that this honorable Court stay the instant proceeding against her until the Shelby County Probate Court makes the final disposition of the Report of Insolvent Estate.

Given under our hands and seals this the 28th day of September, 2010.


                                          /s Amy D. Adams
                                          One of the Attorneys for Defendant,
                                          Balch & Bingham LLP

**OF COUNSEL:**
Amy D. Adams (DAV145)
R. Bruce Barze, Jr. (BAR079)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798


1139363.1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by placing a copy of same in the United States mail, properly addressed and postage prepaid, on this the 28th day of September 2010:

Attorney for Synovus Bank
Joe A. Joseph, Esq.
Damon P. Denney, Esq.
Clifton C. Mosteller, Esq.
Burr & Forman, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
jjoseph@burr.com

Attorney for Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, and Michael W. McCain
Amy M. Hazelton
Benton & Centeno, LLP
2019 Third Avenue North
Birmingham, Alabama 35203

Plash Island Resort, LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

Christopher Andrew Yarborough
345 Olde Park Court
Gulf Shores, AL 36542-5714

Marcrum Development, L.L.C.
c/o Debra Marcrum Massey
1601 Wingfield Drive
Birmingham, AL 35242

/s_Amy D. Adams_____
Of Counsel

1119363 1

**EXHIBIT "A"**

RECEIVED

SEP 24 2010

James W. Fuhrmeister
Judge of Probate

IN THE MATTER OF THE ESTATE OF   }    PROBATE COURT OF
                                :      SHELBY COUNTY, ALABAMA
GARY L. MARCRUM, SR., Deceased    }    CASE NO. PR 2009-000359

## REPORT OF INSOLVENT ESTATE

Comes the Petitioner, DONNA S. MARCRUM ("Representative"), as personal representative of the Estate of GARY L. MARCRUM, SR., deceased (the "Estate"), and pursuant to Ala. Code § 43-2-702, submits this Report of Insolvent Estate:

1.     Representative is of the opinion, to the best of her knowledge and belief that the real and personal property of the Estate is insufficient to pay the debts of the Estate and is therefore insolvent.

2.     Pursuant to Ala. Code § 43-2-702, Representative files herewith the following statements which are attached hereto and incorporated by reference herein:

> **Statement A**, which is a statement of all the goods and chattels, evidences of debt, and other personal property of the decedent, with the estimated value of each, and the amount of money belonging to the Estate.

> **Statement B**, which is a full statement of the real property of the decedent, or any interest therein, and the estimated value thereof.

> **Statement C**, which is a full statement of all claims against the Estate known to Representative, the character and amount of each claim, and the name and residence of each creditor, if known.

3.     The decedent's spouse, Donna S. Marcrum, or a trust for the benefit of the decedent's spouse, is the only heir or distributee of the Estate. Representative resides at 604 Queens Gate, Birmingham, AL 35242-7221, is over the age of 19 and is of sound mind.

4.     The decedent owned a 50% membership interest in Plash Island One, LLC and a 33.34% membership interest in Plash Island Resort, LLC.

(a)     Plash Island One, LLC defaulted on (i) a $9,600,000 loan by The Bank of Pensacola, (ii) $3,074,847 loan by First Commercial Bank, and (iii) a $2,500,000 loan by First Community Bank. The collateral for the loans is certain real property in Baldwin County, Alabama. Upon information and belief, the value of the collateral is substantially less than the outstanding loan indebtedness. The payment of all three loans was guaranteed by the decedent. The Bank of Pensacola and First Commercial Bank have merged into Synovus Bank ("Synovus"). A lawsuit was filed by Synovus against the Estate and others in the Circuit Court of Baldwin County, Alabama (Case No. CV-2010-901333) for a

1115472.5

judgment in the amount of the loan indebtedness and related obligations. The lawsuit is pending.

(b)    Plash Island Resort, LLC defaulted on (i) a $450,000 loan by First Commercial Bank and (ii) a $5,400,000 loan by Coastal Bank & Trust. The collateral for the loans is certain real property in Baldwin County, Alabama. Upon information and belief, value of the collateral is less than the outstanding loan indebtedness. The payment of the loans was guaranteed by the decedent. First Commercial Bank and Coastal Bank & Trust have merged into Synovus. A lawsuit was filed by Synovus against the Estate and others in Circuit Court of Shelby County, Alabama (Case No. CV-2010-902180.00) for a judgment in the amount of the loan indebtedness and related obligations. The lawsuit is pending.

5.    The majority of the assets of the Estate are restricted limited partnership interests, the value of which is impaired by limited marketability, restrictions on transfer, and the lack of control.

6.    Simultaneously with this filing, the decedent's spouse has petitioned this court for the homestead exemption, family allowance, and personal property exemption, which total $15,500 (the "Exemptions"). The Exemptions, the funeral expenses and the charges of administration, including attorney's fees and a reasonable Personal Representative fee, have priority over any claims against the Estate.

7.    The assets of the Estate are insufficient to pay the creditors of the Estate.

WHEREFORE, pursuant to Ala. Code § 43-2-704, Representative prays that the Court will set this Report of Insolvent Estate for hearing not less than 30 nor more than 60 days from the date hereof, hear and determine the same, give such notice of same as is required by law, and grant to Representative such other or different relief to which Representative may be entitled.

DONNA S. MARCKUM, Representative

**Attorneys for the Petitioner**:
Frank C. Ellis, Jr.
Wallace, Ellis, Fowler & Head
113 North Main Street
Columbiana, Alabama 35051
(205) 669-6783

Amy D. Adams
W. Clark Watson
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
(205) 251-8100

1115472.3

3

## VERIFICATION

STATE OF ALABAMA       }

               :

_Jefferson_ COUNTY     }

Before me, a notary public in and for said county in said state, personally appeared DONNA S. MARCRUM, who being first duly sworn, makes oath that she has read the foregoing petition and, to the best of her information, knowledge and belief, the information contained herein is correct.

Subscribed and sworn to before me this the _23rd_ day of _September_, 2010.

_Cynthia G. Guyton_

Notary Public

My Commission Expires:     NOTARY PUBLIC STATE OF ALABAMA AT LARGE

[S E A L]                            MY COMMISSION EXPIRES: July 15, 2013

                                          BONDED THRU NOTARY PUBLIC UNDERWRITERS

1115472 3

4

## STATEMENT A

| Stocks and Bonds[1] | Estimated Value |
|---|---|
| 1,000 Shares of Bran Company, Inc. | $52,000 |
| 1,000 Shares of DMM Corporation | $4,000 |
| 200 Shares of Marcrum Management Company | $630,000[2] |

**Mortgages, Notes, Cash**

| | |
|---|---|
| Estate Accounts[3] | |
| First Commercial Bank | $5,296.61 |
| ServisFirst Bank | $28,953.61 |
| Secured Promissory Note, Delphi Affordable Housing, Inc. | $47,404 |
| Unsecured Note Receivable from Marcrum Development, LLC. (Face value of note is $192,458 but Marcrum Development, LLC is insolvent and has no means to pay the debt.) | $0 |
| Unsecured Note Receivable from Resco Management Inc. | $579,770 |
| Unsecured Note Receivable from KWMB Investments, LLC d/b/a Forest Hills Village. (Face value of note is $17,000 but KWMB Investments, LLC is insolvent and has no means to pay the debt) | $0 |

---

[1] At the time of his death, the decedent owned the following brokerage accounts with his wife as joint tenants with right of survivorship; Account No. FJB-101532 (approximate value $1,094,026), Account No. FJB-000965 (approximate value $237,847), and Account No. FJB-101532 (approximate value $1,461) (the "Accounts"). The Accounts are not included as assets of the Estate because (i) the Accounts automatically passed to the decedent's wife upon his death by operation of law, and (ii) the Accounts were pledged as collateral for loans owed to Synovus Bank. Synovus Bank has exercised its right of Exclusive Control and liquidated the Accounts in partial satisfaction of the indebtedness owed to it.

[2] The only tangible asset of Marcrum Management Company is its 100% ownership of Resco, Inc., the approximate value of which is $286,195. The other assets of Marcrum Management Company are property management contracts. The continuation of the term of the contracts is dependent in large measure upon the ongoing business relationship between the personnel of Marcrum Management Company and the property owners. In addition, the contacts may be cancelled upon sixty days notice. Marcrum Management Company is indebted to Donna Marcrum in the amount of $450,000, and Resco Management, Inc. is indebted to the Estate in the amount of $579,000.

[3] The Estate Accounts consist primarily of funds received from (i) the satisfaction of two promissory notes paid by Delphi Affordable Housing, Inc., and (ii) the sale of the decedent's vehicle for $11,000.

1115472.5

5

### Restricted Partnership and Limited Liability Company Interests

| | |
|---|---|
| 42% Limited Partnership Interest in Cleburne Plaza, Phase 1, Ltd. | $810,000 |
| 29.625% Limited Partnership Interest in Greenbriar Apartments of Hattiesburg, Ltd. | $450,000 |
| 7.7% General Partnership Interest in Hunters Glen, Ltd. | $0 |
| 42% Limited Partnership Interest in M&A Apartments, Phase I, Ltd. | $265,000 |
| 42% Limited Partnership Interest in M&A Apartments, Phase II, Ltd. | $318,000 |
| 10% General Partnership Interest in Panorama East, Ltd. | $264,000 |
| 8.572% Limited Partnership Interest in Panorama East, Ltd. | $165,000 |
| 2% General Partnership Interest in Pine Ridge Courts, Ltd. | $5,000 |
| 5.97% Limited Partnership Interest in Pine Ridge Courts, Ltd. | $11,000 |
| 99% Limited Partnership Interest in Pinebrook Apartments, Ltd. | $57,000 |
| 79% Membership Interest in Raintree-Ala., LLC | $244,000 |
| 9% Limited Partnership Interest in Rio Vista Apartments, Ltd. | $96,000 |
| 49.5% Limited Partnership Interest in The Villas of Parkhaven, Ltd. | $565,000 |
| 5% General Partnership Interest in Villa Madres Ltd. | $2,000 |

| | |
|---|---|
| 27.14% Limited Partnership Interest in Villa Madres Ltd. | $8,000 |
| 50% Membership Interest in Plash Island One, LLC | $0 |
| 33.34% Membership Interest in Plash Island Resort, LLC | $0 |
| 24% Limited Partnership Interest in Continental Housing Partners, Ltd. | $129,043 |
| 33.34% Membership Interest in Marcrum Development, LLC | $0 |
| 100% Membership Interest in GLM Properties, LLC | $15,585 |
| 100% Membership Interest in DSM Apartments, LLC | $62,000 |
| **TOTAL** | **$4,814,052** |

## STATEMENT B

The Estate owns no real property.  The real property owned by Gary Marcrum, Sr. was owned as joint tenants with right of survivorship with Donna S. Marcrum.

8

## STATEMENT C

| Debt | Amount |
|---|---|
| Boat Loan - Bank of America | $611,495 |
| Florida Home Mortgage - America's Servicing Co. | $971,988 |
| Alabama Home Mortgage – Thornburg Mortgage | $711,106 |
| Personal Loan - Debra Massey | $200,000 |
| Personal Loan – Gary Lee Marcrum, Jr. | $200,000 |
| Personal Loan - DNL Investments, L.L.C. | $300,000 |
| Personal Loan – First Commercial Bank | $0[4] |

### Personal Guarantees

| | |
|---|---|
| *Loan to Plash Island One, LLC – The Bank of Pensacola<br>Personal Guaranty by Gary Marcrum<br>    Currently in Default/Inadequate security | $10,025,763[5] |
| *Loan to Plash Island One, LLC – First Commercial Bank<br>Personal Guaranty by Gary Marcrum<br>    Currently in Default/Inadequate security | $3,081,749[6] |
| *Loan to Plash Island One, LLC – First Community Bank<br>Personal Guaranty by Gary Marcrum<br>    Currently in Default/Inadequate security | $2,500,000 |
| *Loan to Plash Island Resort LLC – First Commercial Bank<br>Personal Guaranty by Gary Marcrum<br>    Currently in Default/Inadequate security | $450,000 |
| *Loan to Plash Island Resort LLC – Coastal Bank & Trust<br>Personal Guaranty by Gary Marcrum<br>    Currently in Default/Inadequate security | $5,382,229[7] |

---

[4] At the time of the decedent's death, he owed approximately $676,134 to First Commercial Bank. This obligation was completely satisfied from the Accounts seized by Synovus. *See* footnote 1.

[5] Current Balance as of August 6, 2010; per diem interest is $1,568.30.

[6] Current Balance as of August 6, 2010; per diem interest is $538.58.

[7] Approximate Value as of September 3, 2010; per diem interest is $795.20.

Loan to Villas of Parkhaven, Ltd. –
Artesia Mortgage Capital Corp.
Personal Guaranty $12,000,000[8]

Loan to Pinebrook Apartments, Ltd. – $5,100,000[9]
JPMorgan Chase Bank, N.A.
Personal Guaranty

### Contingent Claims for Contribution

Claim by Joseph Story, co-guarantor of Unknown
Plash Island One, LLC Loans, for Estate's share of Loans

Claim by Samuel Mavar, Jr., co-guarantor of Unknown
Plash Island One, LLC Loans, for Estate's share of Loans

These two claims are by co-guarantors of the Plash Loans

### TOTAL $41,534,330 (see note below)

\*    The Plash Island One, LLC loans and the Plash Island Resort, LLC loan (the "Plash Loans")
are part of a failed real estate development in Baldwin County, Alabama. The Plash Loans are
non-performing and both are involved in litigation. As indicated, Gary Marcrum personally
guaranteed these loans for their entire amounts. His Estate may be liable for the entire amount of
these loans. The loans are secured by undeveloped real estate, but the sale of the properties will
not satisfy these obligations. Even if the Estate is only liable for the decedent's pro rata share of
the Plash Loans, his share of the obligation totals $9,990,841, which still exceeds the total
estimated value of the decedent's estate.

---

[8] The Villas of Parkhaven, Ltd. is current on this obligation. The real estate securing the loan is believed to
be worth approximately the amount of the mortgage indebtedness.

[9] Pinebrook Apartments, Ltd. is current on this obligation. The real estate securing the loan is believed to
be worth approximately the amount of the mortgage indebtedness.

## NOTE ON VALUATIONS

The estimated valuations included in this report have been prepared solely for the purpose of complying with Alabama Code §43-2-702. Such values represent the estimates and best judgment of the Personal Representative of the Estate based upon information and professional opinions formulated by the accountant for the Estate. The actual fair market value of the assets of the Estate may be more or less than the amounts described in this report, based upon, among other things, the criteria employed to value each such asset, the market conditions at the time of the sale of any such assets, control or lack of control associated with any entity ownership interest, restrictions upon the transfer of certain of the assets and the then-existing value of any real estate or other assets that are owned by an entity in which the Estate may have an interest. This disclaimer applies to all of the asset valuations contained in this report.

11

IN THE MATTER OF THE ESTATE OF   }    PROBATE COURT OF
GARY L. MARCRUM, SR.,           :    SHELBY COUNTY, ALABAMA
DECEASED                     }    CASE NO. PR 2009-000359

### PETITION TO SET ASIDE FAMILY ALLOWANCE

Comes the petitioner, **DONNA S. MARCRUM** ("Petitioner"), and shows the Court the following:

1.    **GARY L. MARCRUM, SR.** (the "Decedent") died testate on or about June 13, 2009. At the time of his death, the Decedent was domiciled in Shelby County, Alabama, and his estate is now pending in this Court, which granted Letters Testamentary on the Decedent's estate to **DONNA S. MARCRUM**, as Personal Representative, on June 16, 2009.

2.    Petitioner is the surviving spouse of the Decedent, and is entitled to have set aside to her such property comprising the Decedent's estate as shall be necessary to satisfy the Family Allowance in the amount provided by Ala. Code §43-8-112 and Ala. Code §43-8-113, respectively.

WHEREFORE, Petitioner requests that this Court make and enter an Order declaring that the property of the Decedent subject to administration in this Court has a value in excess of the aggregate value of the Family Allowance, and identifying which property of the Decedent's estate shall be set aside to the Petitioner as Family Allowance, and what portion shall be set aside for each of them; and Petitioner further requests such other orders and decrees as may be necessary to vest title to such property in the Petitioner. This petition is deemed to be verified pursuant to Ala. Code §43-8-22.

DONNA S. MARCRUM
604 Queens Gate
Birmingham, Alabama 35242-7221

<u>Attorneys for the Petitioner</u>:

Frank C. Ellis, Jr.
Wallace, Ellis, Fowler & Head
113 North Main Street
Columbiana, Alabama 35051
(205) 669-6783

Amy D. Adams
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
(205) 251-8100

IN THE MATTER OF THE ESTATE OF     }     PROBATE COURT OF
GARY L. MARCRUM, SR.,              :     SHELBY COUNTY, ALABAMA
DECEASED                           }     CASE NO. PR 2009-000359

## PETITION TO SET ASIDE HOMESTEAD AND
## EXEMPT PROPERTY ALLOWANCES

Comes the petitioner, **DONNA S. MARCRUM** ("Petitioner"), and shows the Court the following:

1.     **GARY L. MARCRUM, SR.** (the "Decedent") died testate on or about June 13, 2009. At the time of said death, the Decedent was domiciled in Shelby County, Alabama, and his estate is now pending in this Court, which granted Letters Testamentary on the Decedent's estate to **DONNA S. MARCRUM**, as Personal Representative, on June 16, 2009.

2.     Petitioner is the surviving spouse of the Decedent and is entitled to have set aside to her such property comprising the Decedent's estate as shall be necessary to satisfy the Homestead Allowance and the Exempt Property Allowance in the amounts provided by Ala. Code §43-8-110, Ala. Code §43-8-111 and Ala. Code §43-8-113, respectively.

WHEREFORE, Petitioner requests that this Court make and enter an Order declaring that the property of the Decedent subject to administration in this Court has a value in excess of the aggregate value of the Homestead Allowance and Exempt Property Allowance, and identifying which property of the Decedent's estate shall be set aside to the Petitioner as Homestead Allowance and Exempt Property Allowance, and Petitioner further requests such other orders and decrees as may be necessary to vest title to such property in the Petitioner. This petition is deemed to be verified pursuant to Ala. Code §43-8-22.

_DONNA S. MARCRUM_

**DONNA S. MARCRUM**
604 Queens Gate
Birmingham, Alabama 35242-7221

**Attorneys for the Petitioner:**

Frank C. Ellis, Jr.
Wallace, Ellis, Fowler & Head
113 North Main Street
Columbiana, Alabama 35051
(205) 669-6783

Amy D. Adams
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
(205) 251-8100

1118322.1

2

ELECTRONICALLY FILED
9/28/2010 1:35 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

| STATE OF ALABAMA | Revised 3/5/08 | Case |
|---|---|---|
| Unified Judicial System | | |
| 01-JEFFERSON - BIRMINGHAM | ☐ District Court ☑ Circuit Court | CV2010902180.00 |

**CIVIL MOTION COVER SHEET**

SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL

Name of Filing Party: D010 - ESTATE OF GARY L. MARCRUM, S

Name, Address, and Telephone No. of Attorney or Party. If Not Represented.

AMY DAVIS ADAMS

1901 SIXTH AVENUE NORTH, SUITE 2600
BIRMINGHAM, AL 35203

☐ Oral Arguments Requested

Attorney Bar No.: DAV145

**TYPE OF MOTION**

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Motion to Intervene ($297.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Other _____ | ☐ New Trial |
| pursuant to Rule _____ ($50.00) | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| _____ | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| ☐ Local Court Costs $ _____ | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☑ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 9/28/2010 1:33:12 PM | Signature of Attorney or Party /s AMY DAVIS ADAMS |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: AMY DAVIS ADAMS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
**01-CV-2010-902180.00**

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY

[Attorney: ADAMS AMY DAVIS]

Notice Date:      9/28/2010 1:36:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
**JEFFERSON COUNTY, ALABAMA**
**JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM, AL 35203**

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY
[Attorney: ADAMS AMY DAVIS]

Notice Date:     9/28/2010 1:36:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY

[Attorney: ADAMS AMY DAVIS]

Notice Date:     9/28/2010 1:36:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY
[Attorney: ADAMS AMY DAVIS]

Notice Date:     9/28/2010 1:36:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY
[Attorney: ADAMS AMY DAVIS]

Notice Date: 9/28/2010 1:36:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
*01-CV-2010-902180.00*

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY
[Attorney: ADAMS AMY DAVIS]

Notice Date: 9/28/2010 1:36:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY

[Attorney: ADAMS AMY DAVIS]

Notice Date:     9/28/2010 1:36:00 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge: NICOLE GORDON STILL*

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 9/28/2010 1:36:00 PM

D010 ESTATE OF GARY L. MARCRUM, SR. DONNA S. MARCRUM, A
MOTION TO STAY
[Attorney: ADAMS AMY DAVIS]

Notice Date: 9/28/2010 1:36:00 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
10/4/2010 4:40 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   CV-2010-902180.00 |
| PLASH ISLAND RESORT, LLC, an | )(consolidated with CV-2010-902186) |
| Alabama Limited Liability Company, et al., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF SYNOVUS BANK'S PRELIMINARY OBJECTIONS TO DEFENDANTS' INTERROGATORIES AND REQUEST FOR PRODUCTION

Plaintiff Synovus Bank ("Synovus") hereby serves its preliminary objections (the "Preliminary Objections") to the Defendants', Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W. McCain, Christopher Andrew Yarbrough, Alan Howard, Curtis Harper and Clark Parker (collectively, the "Defendants"), Interrogatories and Request for Production (collectively, the "Discovery Requests").

### Objections to Definitions

1. Synovus objects to the Definitions insofar as they seek to impose discovery obligations exceeding the requirements of the Alabama Rules of Civil Procedure and applicable law.

2. Synovus objects to the Definitions insofar as they would require information not within the possession, custody or control of Synovus.

### General Objections

1. Synovus' objections to Defendants' Discovery Requests are made without waiver of, or prejudice to, any additional objections Synovus may hereafter make. All such objections are hereby expressly preserved, as is the right to move for protective order. Synovus reserves all

{00012405.DOC . 2}

1

objections as to admissibility at trial of any information or documents provided in response to any discovery requests made upon Synovus by the Defendants.

2.      Synovus submits these Preliminary Objections without conceding the relevancy or materiality of the subject matter of the Discovery Requests and without prejudice as to all objections to the admissibility of any response to the Discovery Requests. Any responses given herein and which may yet be made, in connection with the Discovery Requests are made without waiving, or intending to waive, the right to object on the grounds of incompetency, privilege, relevancy or materiality (or any other grounds) or to the use of any documents or information provided in response to the Discovery Requests, in any subsequent proceeding in this action or any other action. Synovus similarly reserves the right to object on any and all grounds, at any time, to subsequent document requests, or any other discovery procedures, involving or relating to the subject matter of the Discovery Requests.

3.      Synovus objects to each and every request for production to the extent that the information and documentation called for, if any, was obtained and prepared in anticipation of litigation or for trial and that Defendants have made no showing that it has a substantial need for the materials in preparation of its case, and that it is unable, without undue hardship, to obtain the substantial equivalent of the materials by other means. Synovus further objects to each and every request for production to the extent that the information called for, if any, is privileged and not discoverable under Rule 26 of the Alabama Rules of Civil Procedure, other Alabama Rules of Civil Procedure, Alabama Rules of Evidence or applicable law.

4.      Synovus objects to each and every request for production to the extent that the information and documentation called for is protected from discovery by the attorney/client privilege, work product doctrine or other applicable privileges or immunities.

[00012405.DOC : 2]

2

5.      Synovus objects to the Discovery Requests insofar as they seek documents or information not relevant to any claim or defense in this action; or insofar as they seek documents or information which is not reasonably calculated to lead to the discovery of relevant evidence; and to the extent that the Discovery Requests are overly broad, ambiguous and/or would impose an unreasonable and undue burden and expense on Synovus.

6.      Synovus objects to the Discovery Requests insofar as they purport to seek documents created subsequent to the commencement of this lawsuit.

7.      Synovus objects to each and every request for production to the extent that any request for production seeks information or documentation not in Synovus' possession, custody or control.

8.      Synovus objects to each and every request for production to the extent that any such request for production seeks discovery that is unreasonably cumulative or duplicative or is information or documentation that is easily available to Plaintiffs and the burden on Plaintiffs to obtain the requested information or documentation is no greater than the burden on Synovus.

9.      Synovus objects to each and every request for production to the extent that any request for production is overly broad, vague and ambiguous, oppressive, unduly burdensome, expensive, or beyond the permissible scope of discovery under the Alabama Rules of Civil Procedure, Alabama Rules of Evidence or applicable law.

10.     Synovus reserves the right to supplement any responses to these requests for production or any other discovery requests upon completion of discovery.

11.     In responding to the Discovery Requests, Synovus has or will provide responses based on documents and information that are presently available.  Synovus, without assuming any obligation to do so, expressly reserve the right, at any time, to revise, correct, or add to any

{00012405.DOC . 2}

responses to the requests for production if additional documents or information become available. Synovus expressly reserves the right to rely, at any time, on subsequently discovered documents or information, which they are currently unaware of or which are unintentionally omitted from this response.

12.     Synovus reserves the right to object to the competency, relevancy, materiality, admissibility and privilege of any documents or information requested in the Defendants' Discovery Requests.

13.     Synovus reserves the right to object on any ground to the use of any documents produced, or the subject matter thereof, in any subsequent proceeding in, or the trial of, this or any other action.

14.     Synovus reserves the right to replace any document produced in response to the Discovery Requests that contains private identifying information such as social security numbers or similar information that are inadvertently produced to the Defendants with redacted version of the same document in response to these Discovery Requests.

The Preliminary Objections contained herein are propounded upon the Defendants in connection with Synovus' initial responses to the Defendants' Discovery Requests. **TO THE EXTENT RESSPONSES TO THE DISCOVERY REQUESTS ARE NOT PROVIDED WITH THESE PRELIMINARY OBJECTIONS, BY AGREEMENT OF THE PARTIES, THEY WILL BE PROVIDED AT A LATER AGREED UPON DATE.   SAID RESPONSES WILL BE SUBJECT TO THESE PRELMINARY OBJECTIONS AND ANY OBJECTIONS CONTAINED THREWITH.**

{00012405.DOC : 2}

4

Respectfully submitted by,


*/s/ Brian R. Walding*
Brian R. Walding (WAL177)

OF COUNSEL:
Walding, LLC
505 20th Street North
Suite 620
Birmingham, Alabama  35203
(205) 307.5050
(205) 307.5051 (facsimile)


*/s/ Joe A. Joseph*
Joe A. Joseph (JOS004)
Damon P. Denney (DEN019)
Clifton C. Mosteller (MOS035)

OF COUNSEL:
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama  35203
(205) 251.3000
(205) 458.5100 (facsimile)

Attorneys for SYNOVUS BANK

{00012405.DOC .2}

5

## CERTIFICATE OF SERVICE

I hereby certify that an original of the above and foregoing has been served upon the following counsel by placing an original of same in the U.S. Mail, first-class postage prepaid and properly addressed or via electronic mail or hand delivery to:

Amy M. Hazelton
Benton and Centeno, LLP
2019 Third Ave. North
Birmingham, Alabama 35203

Lee R. Benton
Benton and Centeno, LLP
2019 Third Ave. North
Birmingham, Alabama 35203

on this the 4th day of October, 2010.

/s/ Brian R. Walding
Of Counsel

{00012405.DOC 2}

6