FILED
2011 Feb-23 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

ELECTRONICALLY FILED
10/4/2010 4:40 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CV-2010-902180.00 |
| PLASH ISLAND RESORT, LLC, an | ) consolidated with CV-2010-02186 |
| | ) |
| Alabama Limited Liability Company, et al., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Please take notice that on the 4th day of October, 2010, the following was served on all parties to this cause.

**PLAINTIFF SYNOVUS BANK'S PRELIMINARY OBJECTIONS TO DEFENDANTS' INTERROGATORIES AND REQUEST FOR PRODUCTION**

Respectfully submitted by,

*/s/ Brian R. Walding*
Brian R. Walding (WAL177)
Walding, LLC
505 20th Street North
Suite 620
Birmingham, Alabama 35203
(205) 307.5050
(205) 307.5051 (facsimile)

*/s/ Joe A. Joseph*
Joe A. Joseph (JOS004)
Damon P. Denney (DEN019)
Clifton C. Mosteller (MOS035)
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama 35203
(205) 251.3000
(205) 458.5100 (facsimile)

Attorneys for SYNOVUS BANK

{00012428.DOC.}

1

## CERTIFICATE OF SERVICE

I hereby certify that an original of the above and foregoing has been served upon the following counsel by placing an original of same in the U.S. Mail, first-class postage prepaid and properly addressed or via electronic mail or hand delivery to:

Amy M. Hazelton
Benton and Centeno, LLP
2019 Third Ave. North
Birmingham, Alabama 35203

Lee R. Benton
Benton and Centeno, LLP
2019 Third Ave. North
Birmingham, Alabama 35203

on this the 4th day of October, 2010.

/s/ Brian R. Walding
Of Counsel

{00012428.DOC }

2



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BRIAN R. WALDING
bwalding@waldinglaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
*01-CV-2010-902180.00*

*The following discovery was FILED on 10/4/2010 4:41:39 PM*

Notice Date:    10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 10/4/2010 4:41:39 PM

Notice Date: 10/4/2010 4:41:39 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 10/4/2010 4:41:39 PM

Notice Date:     10/4/2010 4:41:39 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

AlaFile E-Notice

01-CV-2010-902180.00

To: JOSEPH JOE ALAN
jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
*01-CV-2010-902180.00*

The following discovery was FILED on 10/4/2010 4:41:39 PM

Notice Date: 10/4/2010 4:41:39 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following discovery was FILED on 10/4/2010 4:41:39 PM*

Notice Date:     10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:   BENTON LEE RIMES
      lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following discovery was FILED on 10/4/2010 4:41:39 PM*

Notice Date:      10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following discovery was FILED on 10/4/2010 4:41:39 PM

Notice Date:     10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 10/4/2010 4:41:39 PM

Notice Date:  10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following discovery was FILED on 10/4/2010 4:41:39 PM*

Notice Date:     10/4/2010 4:41:39 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
10/6/2010 2:36 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK,<br>Plaintiffs, | )<br>)<br>) |
| V. | ) CV-2010-902180.00-NGS |
| | ) |
| PLASH ISLAND RESORT LLC,<br>ROTENBERRY KEITH,<br>LOCKHART LEWIS M.,<br>ROWE RICHARD D. ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>) |

### ORDER

Due to a family relationship involving a law firm in this litigation, the undersigned does hereby recuse herself from the matter.

The Clerk of the Court is directed to reassign this case to another Circuit Court Judge for further disposition.

DONE this 6th day of October, 2010.

/s NICOLE GORDON STILL
CIRCUIT JUDGE



ELECTRONICALLY FILED
10/6/2010 5:26 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) CIVIL ACTION NO.: |
| PLASH ISLAND RESORT LLC, | ) CV 2010-902180 HLB |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D., et al, | ) |
| Defendants. | ) |

## ORDER SETTING HEARING

The above referenced matter was reassigned to this Court on October 6, 2010. The Plaintiff's Request for Assignment to the Commercial Litigation Docket, set for hearing before the previous recused Judge on October 7, 2010, is hereby **CANCELLED**. The same is hereby re-set for hearing before the undersigned on **NOVEMBER 12, 2010 at 10:30 a.m.**, in Courtroom 640 of the Jefferson County Courthouse. Additionally, the Motion to Stay filed herein by the defendant, DONNA S. MARCRUM, as personal representative of the Estate of GARY L. MARCRUM, SR., on September 28, 2010, is also set for hearing before the undersigned on **NOVEMBER 12, 2010 at 10:30 a.m.**

DONE this 6th day of October, 2010.

/s HOUSTON L. BROWN
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

 **AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
    clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

*The following matter was FILED on 10/6/2010 5:26:03 PM*

Notice Date:    10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:    10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

 **AlaFile E-Notice**

01-CV-2010-902180.00
Judge: NICOLE GORDON STILL

To:  PLASH ISLAND RESORT LLC (PRO SE)
     C/O JOSEPH F YARBOROUGH
     374 WEST CANAL DRIVE
     GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 10/6/2010 5:26:03 PM

Notice Date:     10/6/2010 5:26:03 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
11/2/2010 2:28 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT FOR BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Number: 2010-902180, previously |
| v. | ) consolidated with CV |
| | ) 2010-902186-GWN |
| PLASH ISLAND RESORT, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF SYNOVUS BANK'S RESPONSE TO DEFENDANTS' INTERROGATORIES AND REQUEST FOR PRODUCTION TO SYNOVUS BANK

**COMES NOW** Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with First Commercial Bank, and also formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with Coastal Bank and Trust, a Florida Bank state bank, d\b\a *Coastal Bank and Trust* (collectively "*Synovus*" or "*Plaintiff*") by and through its undersigned counsel, and hereby gives notice to this Court that, pursuant to ALA. CIV. P. R. 69(g), it has served *Synovus Bank's Response to Defendants' Interrogatories and Request for Production to Synovus Bank* upon defendants Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W. McCain, Christopher Andrew Yarborough, Alan Howard, Curtis Harper, and Clark Parker by United States first class mail on this the 2nd day of November 2010

/s/Clifton C. Mosteller

Clifton C. Mosteller, Attorney for Synovus
Bank

1872838 v1

**OF COUNSEL:**

Burr & Forman LLP
420 20th Street North, Suite 3400
Birmingham, Alabama 35203
(205) 251-3000
cmostell@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Service of Synovus Bank's Response to Defendants' Interrogatories and Request for Production to Synovus Bank* has been served on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by United States first class mail on this the 2nd day of November 2010:

Plash Island Resort LLC
c/o Joseph F Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

Lee R. Benton
Amy Hazelton
Attorneys for Keith Rotenberry, Lewis M.
Lockhart, Richard D. Rowe, Nikolaos
Manakides, Rickey L. Lockhart, William R.
Ivey, Michael W. McCain and Christopher
Andrew Yarborough
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary L. Marcrum, Sr.
and Marcrum Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

/s/ Clifton C. Mosteller
OF COUNSEL

1872888 v1

2



**AlaFile E-Notice**

01-CV-2010-902180.00

To: CLIFTON C. MOSTELLER
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:      11/2/2010 2:28:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:     11/2/2010 2:28:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date: 11/2/2010 2.28:22 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  JOSEPH JOE ALAN
     jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:    11/2/2010 2:28:22 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:     11/2/2010 2:28:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: BENTON LEE RIMES
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:     11/2/2010 2:28:22 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:        11/2/2010 2:28:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:      11/2/2010 2:28:22 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following discovery was FILED on 11/2/2010 2:28:22 PM

Notice Date:     11/2/2010 2:28:22 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
11/12/2010 4:35 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

|  |  |  |
|---|---|---|
| **SYNOVUS BANK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **PLASH ISLAND RESORT LLC,** | ) | **CV 2010-902180 HLB** |
| **ROTENBERRY KEITH,** | ) | |
| **LOCKHART LEWIS M.,** | ) | |
| **ROWE RICHARD D., et al,** | ) | |
| **Defendants.** | ) | |

## ORDER TRANSFERRING CASE TO COMMERCIAL LITIGATION DOCKET

Upon due consideration of the Motion for Assignment to the Commercial Litigation Docket filed herein on September 1, 2010, the same is hereby **GRANTED** and the above referenced matter is hereby referred to the Presiding Judge, J. Scott Vowell, for his assessment of the suitability of this cause to be transferred to the Commercial Litigation Docket. The Circuit Clerk is hereby **ORDERED and DIRECTED** to refer this matter to Judge Vowell immediately.

**DONE** this 12th day of November, 2010.

/s HOUSTON L. BROWN
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:     11/12/2010 4:35:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:     11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: BENTON LEE RIMES
    lbenton@bcattys.com

---

## NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:     11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
*anne-marie.adams@alacourt.gov*



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 11/12/2010 4:35:09 PM*

Notice Date:    11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:     11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  ADAMS AMY DAVIS
     aadams@balch.com

---

## NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:    11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date: 11/12/2010 4:35:09 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 11/12/2010 4:35:09 PM

Notice Date:     11/12/2010 4:35:09 PM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
12/9/2010 9:23 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## CIVIL DIVISION

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO.<br>CV 2010-902180 |
| PLASH ISLAND RESORT, LLC., et al., | ) | |
| DEFENDANTS. | ) | |

### ORDER TRANSFERRING CASE TO COMMERCIAL LITIGATION DOCKET.

When this case was filed it was randomly assigned by the Circuit Clerk to Circuit Judge Houston L. Brown. Judge Brown has asked for the case to be transferred to the Commercial Litigation Docket. After consulting with Judge Vance, it has been determined that this is an appropriate case for that special docket, as established by Administrative Order 2009-23.

Upon consideration, it is therefore **Ordered and Adjudged** that the Circuit Clerk will transfer this case from the docket of Judge Houston L. Brown, to the Commercial Litigation Docket supervised by Judge Robert Vance and that the Judicial Identification Number (JID) will be changed from HLB to CLD.

**Done and ordered, this the 8th day of December, 2010.**

_____
J. SCOTT VOWELL, PRESIDING JUDGE



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date:     12/9/2010 9:23:10 AM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date: 12/9/2010 9:23:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date: 12/9/2010 9:23:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date:     12/9/2010 9:23:10 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
*01-CV-2010-902180.00*

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date: 12/9/2010 9:23:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date:     12/9/2010 9:23:10 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date:     12/9/2010 9:23:10 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
### 01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:23:10 AM

Notice Date:     12/9/2010 9:23:10 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
12/9/2010 9:48 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.: CV-2010-902180.00<br>) |
| PLASH ISLAND RESORT LLC,<br>ROTENBERRY KEITH,<br>LOCKHART LEWIS M.,<br>ROWE RICHARD D. ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## ORDER

A **status conference** is hereby set for **Tuesday, January 11, 2011 at 8:30 a.m.** in Courtroom 330, Jefferson County Courthouse, Birmingham, Alabama. Please mark your calendars accordingly.

Attendance in "business casual" attire is permitted.

DONE this 9th day of December, 2010.

/s ROBERT S. VANCE
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge: NICOLE GORDON STILL*

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:   12/9/2010 9:48:25 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:     12/9/2010 9:48:25 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:     12/9/2010 9:48:25 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: HAZELTON AMY MAY
ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:     12/9/2010 9:48:25 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:      12/9/2010 9:48:25 AM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

*205-325-5355*
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: ADAMS AMY DAVIS
aadams@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:    12/9/2010 9:48:25 AM

**ANNE-MARIE ADAMS**
**CIRCUIT COURT CLERK**
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

**SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL**
**01-CV-2010-902180.00**

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:     12/9/2010 9:48:25 AM

**ANNE-MARIE ADAMS**
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

*205-325-5355*
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 12/9/2010 9:48:25 AM

Notice Date:     12/9/2010 9:48:25 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse, so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP, PLC
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

L HILL  1-24-11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

T 4
CV10 · 902180 · JM PH

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)      7009 3590 0001 9567 2751

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 31 2011

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

ELECTRONICALLY FILED
1/12/2011 8:58 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

| | |
|---|---|
| SYNOVUS BANK,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.:  CV-2010-902180.00<br>) |
| PLASH ISLAND RESORT LLC,<br>ROTENBERRY KEITH,<br>LOCKHART LEWIS M.,<br>ROWE RICHARD D. ET AL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The **status conference** previously set for Tuesday, January 11, 2011 at 8:30 a.m. is hereby continued to **Thursday, January 13, 2011 at 2:00 p.m. Please mark your calendars accordingly.**

DONE this 12th day of January, 2011.

/s ROBERT S. VANCE
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2010-902180.00
Judge: NICOLE GORDON STILL

To: JOSEPH JOE ALAN
jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:      1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge: NICOLE GORDON STILL*

To:  MOSTELLER CLIFTON CHARLES
     clifton.mosteller@burr.com

---

## NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:     1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
*anne-marie.adams@alacourt.gov*

 AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
    tbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:     1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  HAZELTON AMY MAY
     ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:     1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:     1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:   ADAMS AMY DAVIS
      aadams@balch.com

---

## NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:      1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:      1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/12/2011 8:58:03 AM

Notice Date:     1/12/2011 8:58:03 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
1/13/2011 2:57 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.: CV-2010-902180.00 |
| | ) | |
| PLASH ISLAND RESORT LLC, | ) | |
| ROTENBERRY KEITH, | ) | |
| LOCKHART LEWIS M., | ) | |
| ROWE RICHARD D., | ) | |
| MANAKIDES NIKOLAOS, | ) | |
| LOCKHART RICKEY L. ET AL, | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to this afternoon's hearing, another hearing on any pending motions before this court is hereby set for **Tuesday, March 15, 2011 at 8:30 a.m.** Please mark your calendars accordingly.

DONE this 13th day of January, 2011.

/s ROBERT S. VANCE

_____

CIRCUIT JUDGE



AlaFile E-Notice

01-CV-2010-902180.00
Judge: NICOLE GORDON STILL

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:     1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge:* NICOLE GORDON STILL

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:     1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BENTON LEE RIMES
lbenton@bcattys.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:      1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To:  HAZELTON AMY MAY
     ahazelton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:      1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:     1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date:     1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date: 1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: NICOLE GORDON STILL

To: PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/13/2011 2:57:28 PM

Notice Date: 1/13/2011 2:57:28 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| STATE OF ALABAMA | | | ELECTRONICALLY FILED |
|---|---|---|---|
| **STATE OF ALABAMA** Unified Judicial System | Revised 3/5/08 | Case | 1/14/2011 4:38 PM CV-2010-902180.00 CIRCUIT COURT OF |
| 01-JEFFERSON - BIRMINGHAM | ☐District Court ☑Circuit Court | | CV2010902JEFFERSON COUNTY, ALABAMA ANNE-MARIE ADAMS, CLERK |

**CIVIL MOTION COVER SHEET**

| | |
|---|---|
| SYNOVUS BANK V. PLASH ISLAND RESORT LLC ET AL | *Name of Filing Party:* C001 - SYNOVUS BANK |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*  ☐ Oral Arguments Requested

CLIFTON C. MOSTELLER

41 WEST I-65 SERVICE ROAD NORTH SUITE 400
MOBILE, AL 36608

*Attorney Bar No.:*  MOS035

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☑ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| | ☐ Consolidation |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Disburse Funds |
| | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
| | ☐ Joinder |
| ☐ Motion to Intervene ($297.00) | ☐ More Definite Statement |
| | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Other _____ | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| pursuant to Rule _____ ($50.00) | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| _____ | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| ☐ Local Court Costs $ _____ | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: 1/14/2011 4:36:52 PM | Signature of Attorney or Party /s CLIFTON C. MOSTELLER |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
1/14/2011 4:38 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2010-902180, previously |
| | ) | consolidated with CV-2010-902186-GWN |
| PLASH ISLAND RESORT, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR DEFAULT JUDGMENT AGAINST PLASH ISLAND RESORT, LLC

COMES NOW, Plaintiff, Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with Coastal Bank and Trust of Florida, d\b\a Coastal Bank and Trust (collectively "Synovus" or "Plaintiff"), by and through its undersigned counsel, and pursuant to ALA. R. CIV. P. 55(b), moves this Court to enter judgment by default against Plash Island Resort, LLC ("Plash Resort") for failure to plead, appear, or otherwise defend itself against Synovus' complaint (the "Complaint") in the above-styled action (this "Motion"). As grounds for this Motion, Synovus relies on (i) the docket in this case ("Docket") attached hereto as **Exhibit A**; (ii) the *Affidavit of Joel Bodiford* (the "Bodiford Aff.") attached hereto as **Exhibit B**; (iii) the *Affidavit of Attorney in Support of Motion for Default Judgment* executed by Clifton C. Mosteller (the "Mosteller Aff.") attached hereto as **Exhibit C**; and (iv) the pleadings before this Court, and states as follows:

1.     On August 20, 2010, a summons and a copy of the Complaint were served on Plash Resort by certified mail. *See* Docket, **Ex. A.**

2.     More than thirty (30) days have elapsed since the date on which Plash Resort was served with the summons and a copy of the Complaint. See **Docket, Ex. A.**

1865151 v1

3.    Plash Resort has failed to answer or otherwise defend against Synovus' Complaint per ALA R. CIV. P 12.

4.    On March 15, 2005, Plash Resort executed a promissory note, as amended or renewed from time to time, (collectively the "Note") in favor of Synovus pursuant to which Plash Resort promised to pay to Synovus the sum of Five Million Four Hundred Thousand and 00/100 Dollars ($5,400,000.00). *See* **Bodiford Aff.**

5.    Plash Resort failed to make payments of principal and interest under the Note when due; therefore, Plash Resort has materially breached the terms of the Note.

6.    As a result, Synovus has accelerated all obligations under the Note and all obligations under the Note are due and payable in full. *See* **Bodiford Aff.**

7.    As of December 6, 2010, the amount owed to Synovus under the Note is $5,402,964.44, underline exclusive of attorney's fees and costs. Interest continues to accrue at the per diem rate of $795.20. *See* **Bodiford Aff.**

8.    The Note provides that Synovus is entitled to recover attorneys' fees and expenses in connection with enforcement of its rights under those documents and in connection with collection of any outstanding sums owed by the Plash Resort. *See* **Bodiford Aff.**

9.    As of January 11, 2011, the fees and expenses incurred by Synovus for legal services performed by Burr & Forman LLP in connection with this action total $46,880.62. Further, Synovus is expected to incur additional fees and expenses in connection with the execution of the default judgment. Such additional fees and expenses will exceed $46,880.62. *See* **Moseller Aff.**

**WHEREFORE**, Synovus respectfully requests that this Court enter judgment in favor of

Synovus and against Plash Island Resort for the following:

A.    $5,449,845.06.

B.    Pre-judgment interest accruing between December 6, 2010 and the date of judgment at the per diem rate of $795.20;

C.    Post-judgment interest at the contract rate;

D.    Applicable attorneys' fees and expenses until the date of judgment; and

E.    Court Costs.

/s/ Clifton C. Mosteller _____
Joe A. Joseph (JOS004)
Clifton C. Mosteller (MOS035)

Attorneys for SYNOVUS BANK

OF COUNSEL:

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:(205) 251-3000
Facsimile: (205) 458-5100
email:    jjoseph@burr.com
          cmostell@burr.com

1865151 v1

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail on this the 13th day of January, 2011.

Plash Island Resort LLC
c/o Joseph F Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

Lee R. Benton
Amy Hazelton
Attorneys for Keith Rotenberry, Lewis M. Lockhart, Richard D. Rowe, Nikolaos Manakides, Rickey L. Lockhart, William R. Ivey, Michael W. McCain and Christopher Andrew Yarborough
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
(205) 278-8000 Telephone
(205) 278-8008 Facsimile
lbenton@bcattys.com
ahazelton@bcattys.com

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary L. Marcrum, Sr. and Marcrum Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203

/s/ Clifton C. Mosteller
OF COUNSEL

# Exhibit A

| Date/Time | Code | Comments | User |
|---|---|---|---|
| 06/21/2010 1:20:26 | EFILE | COMPLAINT E-FILED. | JOS004 |
| 06/21/2010 1:21:01 | FILE | FILED THIS DATE: 06/21/2010    (AV01) | AJA |
| 06/21/2010 1:21:02 | EORD | E-ORDER FLAG SET TO "N"    (AV01) | AJA |
| 06/29/2010 1:21:03 | ASSJ | ASSIGNED TO JUDGE: NICOLE GORDON STILL    (AV01) | AJA |
| 06/21/2010 1:21:04 | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 06/21/2010 1:21:05 | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | AJA |
| 06/21/2010 1:21:06 | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 06/21/2010 1:21:07 | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 06/21/2010 1:21:08 | C001 | C001 PARTY ADDED: SYNOVUS BANK    (AV02) | AJA |
| 06/21/2010 1:21:09 | ATTY | LISTED AS ATTORNEY FOR C001: JOSEPH JOE ALAN(AV02) | AJA |
| 06/21/2010 1:21:10 | ATTY | LISTED AS ATTORNEY FOR C001: DENNEY DAMON PATRICK | AJA |
| 06/21/2010 1:21:11 | ATTY | LISTED AS ATTORNEY FOR C001: MOSTELLER CLIFTON CH | AJA |
| 06/21/2010 1:21:12 | EORD | C001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:13 | EFILE | COMPLAINT - SUMMONS | |
| 06/21/2010 1:21:14 | D001 | D001 PARTY ADDED: PLASH ISLAND RESORT LLC    (AV02) | AJA |
| 06/21/2010 1:21:15 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:16 | SUMM | PROCESS SERVE ISSUED: 06/21/2010 TO D001    (AV02) | AJA |
| 06/21/2010 1:21:17 | EORD | D001 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:19 | D002 | D002 PARTY ADDED: ROTENBERRY KEITH    (AV02) | AJA |
| 06/21/2010 1:21:20 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:21 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D002    (AV02) | AJA |
| 06/21/2010 1:21:22 | EORD | D002 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:26 | D003 | D003 PARTY ADDED: LOCKHART LEWIS M.    (AV02) | AJA |
| 06/21/2010 1:21:26 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:27 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D003    (AV02) | AJA |
| 06/21/2010 1:21:28 | EORD | D003 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:31 | D004 | D004 PARTY ADDED: ROWE RICHARD D.    (AV02) | AJA |
| 06/21/2010 1:21:32 | ATTY | LISTED AS ATTORNEY FOR D004: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:33 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D004    (AV02) | AJA |
| 06/21/2010 1:21:34 | EORD | D004 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:37 | D005 | D005 PARTY ADDED: MANAKIDES NIKOLAOS    (AV02) | AJA |
| 06/21/2010 1:21:38 | ATTY | LISTED AS ATTORNEY FOR D005: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:39 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D005    (AV02) | AJA |
| 06/29/2010 1:21:40 | EORD | D005 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:43 | D006 | D006 PARTY ADDED: LOCKHART RICKEY L.    (AV02) | AJA |
| 06/21/2010 1:21:44 | ATTY | LISTED AS ATTORNEY FOR D006: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:45 | EORD | D006 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:46 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D006    (AV02) | AJA |
| 06/21/2010 1:21:49 | D007 | D007 PARTY ADDED: IVEY WILLIAM R.    (AV02) | AJA |
| 06/21/2010 1:21:50 | ATTY | LISTED AS ATTORNEY FOR D007: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:51 | SUMM | CERTIFIED MAI ISSUED: 06/21/2010 TO D007    (AV02) | AJA |
| 06/21/2010 1:21:52 | EORD | D007 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:21:55 | D008 | D008 PARTY ADDED: MCCAIN MICHAEL W.    (AV02) | AJA |
| 06/21/2010 1:21:56 | ATTY | LISTED AS ATTORNEY FOR D008: PRO SE    (AV02) | AJA |
| 06/21/2010 1:21:57 | SUMM | PROCESS SERVE ISSUED: 06/21/2010 TO D008    (AV02) | AJA |
| 06/21/2010 1:21:58 | EORD | D008 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:22:01 | D009 | D009 PARTY ADDED: YARBOROUGH CHRISTOPHER ANDREW | AJA |
| 06/21/2010 1:22:02 | ATTY | LISTED AS ATTORNEY FOR D009: PRO SE    (AV02) | AJA |
| 06/21/2010 1:22:03 | SUMM | PROCESS SERVE ISSUED: 06/21/2010 TO D009    (AV02) | AJA |
| 06/21/2010 1:22:04 | EORD | D009 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 06/21/2010 1:22:07 | D010 | D010 PARTY ADDED: ESTATE OF GARY L. MARCRUM, SR. D | AJA |
| 06/21/2010 1:22:08 | ATTY | LISTED AS ATTORNEY FOR D010: PRO SE    (AV02) | AJA |

| | | | | | |
|---|---|---|---|---|---|
| 06/21/2010 | 1:22:09 | SUMM | PROCESS SERVE ISSUED: 06/21/2010 TO D010   (AV02) | | AJA |
| 06/21/2010 | 1:22:10 | EORD | D010 E-ORDER FLAG SET TO "N"   (AV02) | | AJA |
| 06/21/2010 | 1:22:13 | D011 | D011 PARTY ADDED: MARCRUM DEVELOPMENT, L.L.C. | | AJA |
| 06/21/2010 | 1:22:14 | ATTY | LISTED AS ATTORNEY FOR D011: PRO SE   (AV02) | | AJA |
| 06/21/2010 | 1:22:15 | SUMM | PROCESS SERVE ISSUED: 06/21/2010 TO D011   (AV02) | | AJA |
| 06/21/2010 | 1:22:16 | EORD | D011 E-ORDER FLAG SET TO "N"   (AV02) | | AJA |
| 06/22/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON MICHAEL W MCCAIN | | |
| 06/25/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON RICKEY L LOCKHART | | |
| 06/25/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON LEWIS M LOCKHART | | |
| 06/28/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON RICHARD D ROWE | | |
| 06/28/2010 | 1:10:25 | --- | SCANNED - MISC - CERTIFIED MAIL RECEIPT # | | |
| 06/29/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON KEITH ROTENBERRY | | |
| 06/29/2010 | 2:37:07 | SERC | SERVICE OF CERTIFIED MAI ON 06/25/2010 FOR D005 | | ALW |
| 06/30/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON WILLIAM R IVEY | | |
| 07/01/2010 | 12:00:00 | --- | SCANNED - RETURN OF NON SERVICE - C/M ON NIKOLAOS MANAKIDESINO SUCH NUMBER | | |
| 07/01/2010 | 8:32:21 | SERC | SERVICE OF CERTIFIED MAI ON 06/28/2010 FOR D004 | | ALW |
| 07/02/2010 | 10:30:19 | SERC | SERVICE OF CERTIFIED MAI ON 06/25/2010 FOR D003 | | ALW |
| 07/02/2010 | 10:39:43 | SERC | SERVICE OF CERTIFIED MAI ON 06/29/2010 FOR D002 | | ALW |
| 07/06/2010 | 12:00:00 | --- | SCANNED - RETURN OF SERVICE - ON MARCRUM DEVELOPMENT LLC | | |
| 07/06/2010 | 4:00:45 | SERC | SERVICE OF CERTIFIED MAI ON 06/30/2010 FOR D007 | | ALW |
| 07/09/2010 | 4:11:17 | EANSW | D011 - COMPLAINT DENIED E-FILED. | | BAR079 |
| 07/09/2010 | 4:11:53 | ATTY | LISTED AS ATTORNEY FOR D011: BARZE RONALD BRUCE J | | AJA |
| 07/09/2010 | 4:11:54 | ANSW | ANSWER OF COMP DENIED ON 07/09/2010 FOR D011(AV02) | | AJA |
| 07/09/2010 | 4:12:00 | EANSW | ANSWER - TRANSMITTAL | | BAR079 |
| 07/09/2010 | 4:12:57 | EANSW | D010 - COMPLAINT DENIED E-FILED. | | BAR079 |
| 07/09/2010 | 4:13:59 | ATTY | LISTED AS ATTORNEY FOR D010: BARZE RONALD BRUCE J | | AJA |
| 07/09/2010 | 4:14:50 | ANSW | ANSWER OF COMP DENIED ON 07/09/2010 FOR D010(AV02) | | AJA |
| 07/09/2010 | 4:14:14 | EANSW | ANSWER - TRANSMITTAL | | BAR079 |
| 07/12/2010 | 8:33:42 | ESERC | SERVICE RETURN - TRANSMITTAL | | |
| 07/12/2010 | 8:33:47 | RETU | RETURN OF OTHER ON 07/01/2010 FOR D005   (AV02) | | AJA |
| 07/15/2010 | 1:21:56 | SERC | SERVICE OF PROCESS SERVE ON 07/06/2010 FOR D011 | | ALW |
| 07/15/2010 | 1:22:29 | SERC | SERVICE OF PROCESS SERVE ON 06/22/2010 FOR D008 | | ALW |
| 07/15/2010 | 4:40:14 | ENOTA | NOTICE OF APPEARANCE E-FILED | | BEN008 |
| 07/15/2010 | 4:40:30 | ENOTA | MISCELLANEOUS - TRANSMITTAL | | BEN008 |
| 07/15/2010 | 4:41:49 | ATTY | LISTED AS ATTORNEY FOR D002: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:41:55 | ATTY | LISTED AS ATTORNEY FOR D003: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:42:01 | ATTY | LISTED AS ATTORNEY FOR D004: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:42:07 | ATTY | LISTED AS ATTORNEY FOR D005: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:42:13 | ATTY | LISTED AS ATTORNEY FOR D006: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:42:19 | ATTY | LISTED AS ATTORNEY FOR D007: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:42:25 | ATTY | LISTED AS ATTORNEY FOR D008: BENTON LEE RIMES | | AJA |
| 07/15/2010 | 4:45:25 | ENOTA | NOTICE OF APPEARANCE E-FILED | | MAY034 |
| 07/15/2010 | 4:45:34 | ENOTA | MISCELLANEOUS - TRANSMITTAL | | MAY034 |
| 07/15/2010 | 4:46:26 | ATTY | LISTED AS ATTORNEY FOR D002: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:46:32 | ATTY | LISTED AS ATTORNEY FOR D003: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:46:38 | ATTY | LISTED AS ATTORNEY FOR D004: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:46:44 | ATTY | LISTED AS ATTORNEY FOR D005: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:46:50 | ATTY | LISTED AS ATTORNEY FOR D006: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:46:56 | ATTY | LISTED AS ATTORNEY FOR D007: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 4:47:02 | ATTY | LISTED AS ATTORNEY FOR D008: HAZELTON AMY MAY | | AJA |
| 07/15/2010 | 12:00:00 | --- | SCANNED - ACCEPTANCE OF SERVICE - OF KEITH ROTENBERRY, LEWIS LOCKHART, RICHARD ROWE, NIKOLAOS MANAKIDES, RICKEY LOCKHART, WILLIAM IVEY AND MICHAEL MCCAIN | | |
| 07/16/2010 | 8:17:00 | TEXT | ACCEPTANCE OF SERVICE | | MAL |
| 07/22/2010 | 9:37:05 | EMOT | C001-CONSOLIDATION FILED. | | MOS035 |
| 07/22/2010 | 9:37:09 | EMOT | MOTION - TRANSMITTAL | | MOS035 |

| 07/22/2010 | 9:48:36 | EMOT | C001-CONSOLIDATION /DOCKETED | ZEC |
|---|---|---|---|---|
| 07/22/2010 | 2:28:49 | EALIA | ALIAS SUMMONS E-FILED | MOS035 |
| 07/22/2010 | 2:29:04 | EALIA | ALIAS SUMMONS - SUMMONS | |
| 07/22/2010 | 2:29:55 | D009 | D009 ADDR1 CHANGED FROM: 345 OLDE PARK COURT(AV02) | AJA |
| 07/22/2010 | 2:29:56 | D009 | D009 ADDR CITY CHANGED FROM: GULF SHORES   (AV02) | AJA |
| 07/22/2010 | 2:29:57 | REIS | REISSUE OF CERTIFIED MA ON 07/22/2010 FOR D009 | AJA |
| 07/23/2010 | 8:55:05 | CONT | ALIAS S&C BY CM#5892 FOR D009 | DEW |
| 07/26/2010 | 11:33:09 | ~~~ | SCANNED - ALIAS - S&C BY CM#5892 FOR D001 | |
| 07/26/2010 | 12:06:51 | JEORDE | ORDER E-FILED - ORDER - ORDER HEARING RE MOTION TO CONSOLIDATE 08/30/10 E-FILED - RENDERED & ENTERED: 7/26/2010 12:06:50 PM | J |
| 07/26/2010 | 12:07:01 | JEORDE | ORDER - TRANSMITTAL | NGS |
| 07/26/2010 | 4:48:45 | EALIA | ALIAS SUMMONS E-FILED | MOS035 |
| 07/26/2010 | 4:49:03 | EALIA | ALIAS SUMMONS - SUMMONS | |
| 07/26/2010 | 4:49:20 | D001 | D001 ADDR2 CHANGED FROM: 398 WEST 23RD AVENUE | AJA |
| 07/26/2010 | 4:49:21 | REIS | REISSUE OF CERTIFIED MA ON 07/26/2010 FOR D001 | AJA |
| 07/28/2010 | 12:00:00 | ~~~ | SCANNED - NOTICE - TO CLERK BY CM#6127 01 | |
| 07/28/2010 | 12:00:00 | ~~~ | SCANNED - RETURN OF SERVICE - ON CHRISTOPHER ANDRE YARBROUGH | |
| 07/28/2010 | 9:26:52 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D003(AV02) | LOH |
| 07/28/2010 | 9:27:05 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D006(AV02) | LOH |
| 07/28/2010 | 9:27:24 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D008(AV02) | LOH |
| 07/28/2010 | 4:51:37 | TEXT | ALIAS S&C BY CM#6127 FOR D001 | DEW |
| 08/03/2010 | 11:01:39 | SERC | SERVICE OF CERTIFIED MAI ON 07/26/2010 FOR D009 | ALW |
| 08/06/2010 | 9:34:45 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D002(AV02) | LOH |
| 08/06/2010 | 9:35:17 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D004(AV02) | LOH |
| 08/06/2010 | 9:36:64 | ANSW | ANSWER OF ATTY APPEAR ON 07/15/2010 FOR D007(AV02) | LOH |
| 08/06/2010 | 7:01:58 | NSRV | NO SERVICE NOTICE ISSUED TO C001          (V801) | LOH |
| 08/20/2010 | 12:00:00 | ~~~ | SCANNED - RETURN OF SERVICE - ON PLASH ISLAND RESORT LLC | |
| 08/23/2010 | 10:34:37 | ENOTA | NOTICE OF APPEARANCE E-FILED | MAY034 |
| 08/23/2010 | 10:34:50 | ENOTA | MISCELLANEOUS - TRANSMITTAL | MAY034 |
| 08/23/2010 | 10:36:42 | ATTY | LISTED AS ATTORNEY FOR D009: HAZELTON AMY MAY | AJA |
| 08/23/2010 | 10:36:45 | ENOTA | NOTICE OF APPEARANCE E-FILED | BEN008 |
| 08/23/2010 | 10:37:49 | ATTY | LISTED AS ATTORNEY FOR D009: BENTON LEE RIMES | AJA |
| 08/23/2010 | 10:38:21 | ENOTA | MISCELLANEOUS - TRANSMITTAL | BEN008 |
| 08/26/2010 | 11:40:59 | SERC | SERVICE OF CERTIFIED MAI ON 08/20/2019 FOR D001 | ALW |
| 08/31/2010 | 11:12:31 | JEORDE | ORDER E-FILED - ORDER - ORDER GRANTING MOTION TO CONSOLIDATE (CV-10-902186-GWN) E-FILED - RENDERED & ENTERED: 8/31/2010 11:12:31 AM | J |
| 08/31/2010 | 11:13:01 | JEORDE | ORDER - TRANSMITTAL | NGS |
| 08/31/2010 | 11:48:12 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED - RENDERED & ENTERED: 8/31/2010 11:48:12 AM | JA |
| 08/31/2010 | 11:48:37 | JEORDE | ORDER - TRANSMITTAL | NGS |
| 08/31/2010 | 4:45:50 | TRAC | CASE ASSIGNED TO: STANDARD  TRACK       (AV01) | LOH |
| 08/31/2010 | 4:45:51 | DATZ | SET FOR; TRIAL - BENCH ON 04/11/2011 AT 0900A | LOH |
| 09/01/2010 | 11:15:37 | EMOT | C001-OTHER - REQUEST FOR ASSIGNMENT TO THE COMMERCIAL LITIGATION DOCKET FILED. | MOSC35 |
| 09/01/2010 | 11:15:56 | EMOT | MOTION - TRANSMITTAL | MOS035 |
| 09/01/2010 | 11:57:19 | EMOT | C001-OTHER /DOCKETED | ZEC |
| 09/02/2010 | 12:00:00 | ~~~ | SCANNED - NOTICE OF SERVICE - DISC DOCMTS: INTGS & REQ FOR PROD TO SYNOVUS BANK | |
| 09/02/2010 | 8:17:15 | TEXT | NOT OF SERV; INTGS & REQ FOR PROD TO SYNOVUS BANK | MAL |
| 09/02/2010 | 3:34:32 | ANSW | ANSWER OF COMP DENIED ON 09/02/2010 FOR D005(AV02) | MAL |
| 09/02/2010 | 3:34:49 | ANSW | ANSWER OF COMP DENIED ON 09/02/2010 FOR D009(AV02) | MAL |
| 09/02/2010 | 4:05:34 | TEXT | ANSWER OF K ROTENBERRY, L M LOCKHART, R D ROWE, | MAL |
| 09/02/2010 | 4:05:35 | CONT | N MANAKIDES, R L LOCKHART, W R IVERY, M W MCCAIN | MAL |
| 09/02/2010 | 4:05:36 | CONT | AND C A YARBOROUGH | MAL |
| 09/02/2010 | 4:07:40 | ~~~ | SCANNED - ANSWERS - ANSWER OF K ROTENBERRY, L M LOCKHART, R D ROWE, N MANAKIDES, R L LOCKHART, W R IVERY, M W MCCAIN AND C A YARBOROUGH | |
| 09/21/2010 | 11:58:36 | JEORDE | ORDER E-FILED - ORDER - ORDER REQUEST FOR COMM LITIGATION DOCKET HEARING 10/07/10 E-FILED - RENDERED & ENTERED: 9/21/2010 11:58:36 AM | J |
| 09/21/2010 | 12:02:47 | JEORDE | ORDER - TRANSMITTAL | NGS |

| 09/28/2010 | 1:35:59 | EMOT | D010-STAY FILED. | DAV145 |
|---|---|---|---|---|
| 09/28/2010 | 1:36:20 | EMOT | MOTION - TRANSMITTAL | DAV145 |
| 09/28/2010 | 2:35:56 | ATTY | LISTED AS ATTORNEY FOR D010: ADAMS AMY DAVIS(AV02) | ZEC |
| 09/28/2010 | 2:36:57 | EMOT | D010-STAY /DOCKETED | ZEC |
| 10/04/2010 | 4:41:05 | EDISC | NOTICE OF DISCOVERY E-FILED. | WAL177 |
| 10/04/2010 | 4:42:19 | EDISC | DISCOVERY - TRANSMITTAL | WAL177 |
| 10/06/2010 | 2:36:48 | JEORDE | ORDER E-FILED - ORDER - ORDER RECUSE OF NGS  E-FILED - RENDERED & ENTERED: 10/6/2010 2:36:48 PM | J |
| 10/06/2010 | 2:37:23 | JEORDE | ORDER - TRANSMITTAL | NGS |
| 10/06/2010 | 4:19:01 | ASSJ | ASSIGNED TO JUDGE: HOUSTON BROWN          (AV01) | DES |
| 10/06/2010 | 4:19:02 | ASSJ | DUE TO RECUSAL          (AV01) | DES |
| 10/06/2010 | 5:28:03 | JEORDE | ORDER E-FILED - ORDER SETTING HEARING - ORDER E-FILED - RENDERED & ENTERED: 10/6/2010 5:26:03 PM | JA |
| 10/06/2010 | 5:28:41 | JEORDE | ORDER - TRANSMITTAL | HLB |
| 11/02/2010 | 2:28:22 | EDISC | NOTICE OF DISCOVERY E-FILED. | MOS035 |
| 11/02/2010 | 2:28:38 | EDISC | DISCOVERY - TRANSMITTAL | MOS035 |
| 11/12/2010 | 4:35:09 | JEORDE | ORDER E-FILED - ORDER TRANSFERRING CASE TO COMMERCIAL LITIGATION DOCKET - ORDER E-FILED - RENDERED & ENTERED: 11/12/2010 4:35:09 PM | JA |
| 11/12/2010 | 4:35:33 | JEORDE | ORDER - TRANSMITTAL | HLB |
| 12/09/2010 | 9:23:08 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED - RENDERED & ENTERED: 12/9/2010 9:23:08 AM | JA |
| 12/09/2010 | 9:23:22 | JEORDE | ORDER - TRANSMITTAL | JSV |
| 12/09/2010 | 9:26:20 | ASSJ | ASSIGNED TO JUDGE: COMPLEX LITIGATION DOCKET(AV01) | DES |
| 12/09/2010 | 9:26:21 | ASSJ | TEMPORARY CHANGE          (AV01) | DES |
| 12/09/2010 | 9:48:15 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED - RENDERED & ENTERED: 12/9/2010 9:48:12 AM | JA |
| 12/09/2010 | 9:54:46 | JEORDE | ORDER - TRANSMITTAL | RSV |
| 12/09/2010 | 1:19:19 | DAT1 | SET FOR: STATUS REVIEW/DKT ON 01/11/2011 AT 0830A | LOH |
| 01/12/2011 | 8:58:03 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED - RENDERED & ENTERED: 1/12/2011 8:58:03 AM | |
| 01/12/2011 | 9:59:14 | JEORDE | ORDER - TRANSMITTAL | |
| 01/13/2011 | 4:53:17 | DAT1 | SET FOR: STATUS REVIEW/DKT ON 01/13/2011 AT 0200P | LOH |
| 01/13/2011 | 2:57:28 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED - RENDERED & ENTERED: 1/13/2011 2:57:28 PM | |
| 01/13/2011 | 3:58:05 | JEORDE | ORDER - TRANSMITTAL | |

# **Exhibit B**

IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2010-902180, previously |
| | ) | consolidated with CV-2010-902186-GWN |
| PLASH ISLAND RESORT, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF JOEL BODIFORD

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) |
| COUNTY OF MUSCOGEE | ) |

Before me, the undersigned authority, personally appeared Joel Bodiford, who, being known to me and being by me duly sworn, deposes and says as follows:

1. My name is Joel Bodiford and I am employed in the Managed Assets division of Synovus Financial Corporation, the parent and holding company of Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with Coastal Bank and Trust of Florida, d\b\a Coastal Bank and Trust ("Synovus"). I make this affidavit in support of the *Motion for Default Judgment Against Plash Resort Resort, LLC* filed by Synovus in the above-styled civil action.

2. I am one of the persons who have custody and control of Synovus' business records (including access to electronically stored data) concerning the matter before this court between Synovus and the defendant Plash Resort Resort, LLC ("Plash Resort"). These records were made at or near the time of the event recorded by a person with knowledge of the event and charged with the responsibility for recording such events. These records are kept in the ordinary course of the Synovus' regularly conducted business activity and represent Synovus' customary

1865091 v1

practice. I have reviewed Synovus' file on this matter, which leads me to the summary which is set forth below. All facts set forth herein are either (a) facts of which I have personal knowledge; or (b) an accurate summary of Synovus' business records as set forth above.

3. On March 15, 2005, Plash Island Resort, LLC (the "Borrower") executed a promissory note, as amended or renewed from time to time, (collectively the "Note") in favor of Synovus pursuant to which Plash Resort promised to pay to Synovus the sum of Five Million Four Hundred Thousand and 00/100 Dollars ($5,400,000.00). A true and accurate copy of the Note is attached hereto as Exhibit A.

4. Borrower failed to make payments of principal and interest under the Note when due; therefore, Synovus has accelerated all obligations under the Note and all obligations under the Note are due and payable in full.

5. The Note provides that Synovus is entitled to recover attorneys' fees and expenses in connection with enforcement of its rights under those documents and in connection with collection of any outstanding sums owed by the Borrower.

6. The amount outstanding on the Loan, as of December 6, 2010, exclusive of attorneys' fees and costs, is $5,459,433.67 (consisting of principal in the amount of $5,202,787.66, interest in the amount of $248,046.01, late fees in the amount of $8,600.00), Interest continues to accrue at the per diem rate of $794.87

[Remainder of page intentionally left blank]

1555004 v1                                          2

FURTHER THE AFFIANT SAITH NAUGHT.

_____
Joel Bodiford

STATE OF GEORGIA    )
                      )
COUNTY OF MUSCOGEE  )

      I, the undersigned, a Notary Public in and for said State and County, hereby certify that Joel Bodiford, is signed to the foregoing, and who is known to me, acknowledged before me on this day that being informed of the contents of this document, he, executed this document voluntarily on the day the same bears date.

      Given under my hand and official seal this the 12th day of ~~December,~~ January, 2011. 2010.

_____
Notary Public

My commission expires:  11-3-11

                         (SEAL)

MALINDA L. LYNAM
-NOTARY PUBLIC-OFFICIAL SEAL-
MUSCOGEE COUNTY, GA
My Commission Expires November 3, 2011

1865994 v1

3