FILED

2011 Feb-23  PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, C/O CT CORPORATION 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

---

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____      _____

Date      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN, LTD., 4 GREENWAY PLAZA, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN
ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS
COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE
OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO
YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested      /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____

Date                             Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP, PLC, C/O CT CORP SYSTEMS 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC _____
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR. _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____


_____           _____
Date                               Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN DEEPWATER, INC, PARK TEN CENTRE 1311BROADFIELD BLVDSTE400, HOUSTON, TX 77084

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of          PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested          /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date                    Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP PRODUCTS NORTH AMERICA, C/O CSC LAWYERS INC SVC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date                                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN HOLDINGS, LLC, 4 GREENWAY PLAZA, STE700, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of        PLASH ISLAND RESORT LLC _____
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested        /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____

Date        Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO  TRITON ASSET LEASING GMBH, 24 GREENWAY PLAZA, HOUSTON, TX 77046

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC

pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____

Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA INC., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure   _____

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                       Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

HALLIBURTON, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.
                                       Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA PRODUCTION CO., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of        PLASH ISLAND RESORT LLC

   pursuant to the Alabama *Rules of the Civil Procedure*

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested        /s MICHAEL SHANE LUCADO MR.

                                            Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date                        Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |

## IN THE CIVIL COURT OF JEFFERSON, ALABAMA

### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

M-I, LLC, C/O CAPITAL CORP SVCS,INC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

*WHOSE ADDRESS IS* 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of       PLASH ISLAND RESORT LLC _____
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested       /s MICHAEL SHANE LUCADO MR.
                                          Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP EXPLORATION & PRODUCTION INC, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

1/17/2011 3:59:52 PM      /s ANNE-MARIE ADAMS

Date      Clerk/Register      By

☑ Certified mail is hereby requested      /s MICHAEL SHANE LUCADO MR.

     Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____      _____

Date      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CAMERON INTERNATIONAL CORPORATION, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC

pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | By |
| --- | --- | --- |
| Date | Clerk/Register | |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.

Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____

Date                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO PETROLEUM CORP., C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____

Date                                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

DRILQUIP, INC., ONE SHELL PLAZA 701 POYDRAS STREET, NEW ORLEANS, LA 70139

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS  1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC _____
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested      /s MICHAEL SHANE LUCADO MR. _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____  in  _____ County, Alabama on _____

_____                _____

Date                                      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO E & P CO, LP, C/O CT CORPORATION SYSTEM 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC

   pursuant to the Alabama Rules of the Civil Procedure    _____

1/17/2011 3:59:52 PM _____    /s ANNE-MARIE ADAMS _____    _____
Date                                          Clerk/Register                                    By

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR. _____
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____    _____
Date                 Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

_MOEX OFFSHORE 2007, 9 GREENWAY PLAZA, HOUSTON, TX 77046_

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS _1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243_ _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____              _____
Date                         Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN OFFSHORE DEEPWATER DRILLING, C/O CT CORPORATION 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S. BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.

    Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____    _____

Date      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN, LTD., 4 GREENWAY PLAZA, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

| _____ | _____ |
|---|---|
| Date | Server's Signature |

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP, PLC, C/O CT CORP SYSTEMS 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324

*NOTICE TO* _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE *REQUIRED* TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

*WHOSE ADDRESS IS* 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated *upon the written request of*  PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                                                  Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN DEEPWATER, INC, PARK TEN CENTRE 1311BROADFIELD BLVDSTE400, HOUSTON, TX 77084

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | _____ |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

   Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

| _____ | _____ |
| Date | Server's Signature |

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP PRODUCTS NORTH AMERICA, C/O CSC LAWYERS INC SVC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S. BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
     pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date           Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN HOLDINGS, LLC, 4 GREENWAY PLAZA, STE700, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.

                                         Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                      _____

Date                                   Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRITON ASSET LEASING GMBH, 24 GREENWAY PLAZA, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE *REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER*, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR. _____

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the *written request of*   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.
_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA INC., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN
ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS
COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE
OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO
YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of       PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

1/17/2011 3:59:52 PM                    /s ANNE-MARIE ADAMS

Date                                   Clerk/Register                              By

☑ Certified mail is hereby requested        /s MICHAEL SHANE LUCADO MR.

                                   Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____

Date                                   Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

HALLIBURTON, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s MICHAEL SHANE LUCADO MR.

                                 Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____         _____

Date                     Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA PRODUCTION CO., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____

Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

M-I, LLC, C/O CAPITAL CORP SVCS,INC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC

　　pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
| --- | --- |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____            _____

Date            Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP EXPLORATION & PRODUCTION INC. C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of       PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested       /s MICHAEL SHANE LUCADO MR.

                                            Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                           Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CAMERON INTERNATIONAL CORPORATION, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

                                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____      _____

Date                 Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO PETROLEUM CORP., C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

Plaintiffs/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____     _____
Date               Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

DRILQUIP, INC., ONE SHELL PLAZA 701 POYDRAS STREET, NEW ORLEANS, LA 70139

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC<br>    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

                                   Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date             Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO E & P CO, LP, C/O CT CORPORATION SYSTEM 2 N JACKSON ST.STE 605  MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____

Date                Server's Signature



AlaFile E-Notice

01-CV-2010-902180.00

To:  MICHAEL SHANE LUCADO MR.
slucado@lucadolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To:  JOSEPH JOE ALAN
     jjoseph@burr.com

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:        1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BENTON LEE RIMES
     lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

*ANNE-MARIE ADAMS*
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To: HAZELTON AMY MAY
    ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
     bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ADAMS AMY DAVIS
aadams@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:    1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
1/18/2011 10:01 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

SYNOVUS BANK,                                )
Plaintiff,                                   )
                                             )
V.                                           )   Case No.:  CV-2010-902180.00
                                             )
PLASH ISLAND RESORT LLC,                     )
ROTENBERRY KEITH,                            )
LOCKHART LEWIS M.,                           )
ROWE RICHARD D. ET AL,                       )
Defendants.                                  )

### ORDER

The hearing on all pending motions previously set for Tuesday, March 15, 2011 at 8:30 a.m. is hereby continued to **Monday, March 21, 2011 at 8:30 a.m. Please mark your calendars accordingly.**

**DONE this 18th day of January, 2011.**

/s ROBERT S. VANCE
**CIRCUIT JUDGE**



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:   JOSEPH JOE ALAN
      jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  LUCADO MICHAEL SHANE
     slucado@lucadolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  BENTON LEE RIMES
     lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:    1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  ADAMS AMY DAVIS
      aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  DENNEY DAMON PATRICK
     420 20TH ST N STE 3400
     BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  MOEX OFFSHORE 2007 (PRO SE)
     9 GREENWAY PLAZA
     HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING (PRO SE)
C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN, LTD. (PRO SE)
4 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To:  BP, PLC (PRO SE)
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
*01-CV-2010-902180.00*

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN DEEPWATER, INC (PRO SE)
PARK TEN CENTRE
1311BROADFIELD BLVDSTE400
HOUSTON, TX 77084

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP PRODUCTS NORTH AMERICA (PRO SE)
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN HOLDINGS, LLC (PRO SE)
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  TRITON ASSET LEASING GMBH (PRO SE)
24 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP AMERICA INC. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE 605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HALLIBURTON (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP AMERICA PRODUCTION CO. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 1/18/2011 10:01:49 AM*

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: M-I, LLC (PRO SE)
C/O CAPITAL CORP SVCS,INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date: 1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP EXPLORATION & PRODUCTION INC (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: CAMERON INTERNATIONAL CORPORATION (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  ANADARKO PETROLEUM CORP. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: DRILQUIP, INC. (PRO SE)
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO E & P CO, LP (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

## Jan Myers

**From:**    Jan Myers
**Sent:**    Monday, February 21, 2011 3:59 PM
**To:**    John Scott; Drake Blackmon
**Subject:** Express Oil Change v. ANB, et al. - 26182 - FYI

Wade Bice of McGriff, Seibels & Williams, Inc. and Amy Parkman of Enrollment Advisors, Inc. have been served with their Subpoena to Testify at a Deposition in this case. When Brandon (Source One) brought the returns of service to me he said Amy Parkman told him she didn't know what this was about. He told her maybe we needed her to testify about her expertise. She said yes, must be expert testimony. He showed her where your names/numbers are at the bottom of the subpoena and told her to call y'all if she has any questions.

Chris couldn't serve the two at Willis of Alabama, Inc./HRH because they were closed today. He will go back to serve them in the morning.

Jan Myers, Secretary to
John P. Scott, Jr. and Alfred H. Perkins, Jr.
Starnes Davis Florie LLP
P. O. Box 598512
Birmingham, AL  35259-8512
(205) 868-1806 (direct)
(205) 868-6000 (main)
(205) 868-6099 (fax)
jmm@starneslaw.com

2/21/2011



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL

### JAN 1 9 2011

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

01-CV-2010-902180.00

To: CLERK BIRMINGHAM
    clerk.birmingham@alacourt.gov

3ᴿᴰ P+y Compl.

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $130.56**

Parties to be served by *Certified Mail - Return Receipt Requested*

| | | |
|---|---|---|
| MOEX OFFSHORE 2007<br>9 GREENWAY PLAZA<br>HOUSTON, TX 77046 | T1 | Postage: $7.68<br>7009 1680 0001 9567 2720 |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING<br>C/O CT CORPORATION<br>2 N JACKSON ST, STE 605<br>MONTGOMERY, AL 36104 | T2 | Postage: $7.68<br>7009 1680 0001 9567 2737 |
| TRANSOCEAN, LTD.<br>4 GREENWAY PLAZA<br>HOUSTON, TX 77046 | T3 | Postage: $7.68<br>7009 1680 0001 9567 2744 |
| BP, PLC<br>C/O CT CORP SYSTEMS<br>1200 SOUTH PINE ISLAND RD<br>PLANTATION, FL 33324 | T4 | Postage: $7.68<br>7009 1680 0001 9567 2751 |
| TRANSOCEAN DEEPWATER, INC<br>PARK TEN CENTRE<br>1311 BROADFIELD BLVD STE 400<br>HOUSTON, TX 77084 | T5 | Postage: $7.68<br>7009 1680 0001 9567 2768 |
| BP PRODUCTS NORTH AMERICA<br>C/O CSC LAWYERS INC SVC<br>150 SOUTH PERRY STREET<br>MONTGOMERY, AL 36104 | T6 | Postage: $7.68<br>7009 1680 0001 9567 2775 |

TRANSOCEAN HOLDINGS, LLC
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

T7

Postage: $7.68

7009 1680 0001 9567 2782

TRITON ASSET LEASING GMBH
24 GREENWAY PLAZA
HOUSTON, TX 77046

T8

Postage: $7.68

7009 1680 0001 9567 2799

BP AMERICA INC.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T9

Postage: $7.68

7009 1680 0001 9567 2812

HALLIBURTON
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T10

Postage: $7.68

7009 1680 0001 9567 2867

BP AMERICA PRODUCTION CO.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T11

Postage: $7.68

7009 1680 0001 9567 2605

M-I, LLC
C/O CAPITAL CORP SVCS, INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

T12

Postage: $7.68

7009 1680 0001 9567 2850

BP EXPLORATION & PRODUCTION INC
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T13

Postage: $7.68

7009 1680 0001 9567 2843

CAMERON INTERNATIONAL CORPORATION
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T14

Postage: $7.68

7009 1680 0001 9567 2674

ANADARKO PETROLEUM CORP.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T15

Postage: $7.68

7009 1680 0001 9567 2836

DRILQUIP, INC.
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

T16

Postage: $7.68

7009 1680 0001 9567 2829

ANADARKO E & P CO, LP
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T17

Postage: $7.68

7009 1680 0001 9567 2881

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested



● CT Corporation

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com



# COPY

January 20, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Transocean Offshore Deepwater Drilling

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

T 002

Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.

Very truly yours,

Laura Payne
CT Rep

Log# 517903074

FedEx Tracking# 790732820267

cc: Jefferson County Circuit Court
    Jefferson Co. Courthouse Room 400,
    716 Richard Arrington, Jr. Blvd North,
    Birmingham, AL 35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk



**● CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

# COPY

January 20, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Transocean Offshore Deepwater
Drilling

Case No.  CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

T002

Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.

Very truly yours,

*Laura Payne*

Laura Payne
CT Rep

Log# 517903074

FedEx Tracking# 790732820267

cc: Jefferson County Circuit Court
    Jefferson Co. Courthouse Room 400,
    716 Richard Arrington, Jr. Blvd North,
    Birmingham, AL  35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk

 **CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

January 20, 2011

**COPY**

Robert S. Vance, Jr.
10th Judicial Circuit of Alabama
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re:  Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Halliburton

Case No.  CV-2010-902180

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Halliburton. In order
that we may properly process the enclosed documents(s), we must be provided with the full name of the entity
for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

*Laura Payne*

Laura Payne
CT Rep

Log# 517901591

FedEx Tracking# 790240987003

cc: Jefferson County Circuit Court
    Jefferson Co. Courthouse Room 400,
    716 Richard Arrington, Jr. Blvd North,
    Birmingham, AL 35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M-I, LLC
C/O CAPITAL CORP SVCS, INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

JAMES S. BELLAMY  JAN 2 4 2011

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

T 12
CV 10-902150

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7009 1680 0001 9567 2850

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP AMERICA PRODUCTION CO.
C/O CT CORP SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
   _____ ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   1/24/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

CV10-902180-3RD PH

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0001 9567 2805

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

05 JAN 2011 PN 3

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

JAN 27 2011

ANNE-MARIE ADAMS
Clerk