**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

1. Article Addressed to:

HALLIBURTON
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2867

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

28 JAN 2011 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
JAN 27 2011
ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANADARKO E & P CO, LP
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TI7
CV10-902180 - 3RD PT.

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2881

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

26 JAN 2011   PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS

ANNE-MARIE ADAMS, Clerk
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSOCEAN OFFSHORE DEEPWATER DRILLING

C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ellie Page_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Ellie Page_   1/24/11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

T 2

CV10 -90280   3 RP PH

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0001 9567 2737

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

26 JAN 2011   PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. No.
BIRMINGHAM, ALABAMA  35203

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   1/24/11

1. Article Addressed to:

BP EXPLORATION & PRODUCTION INC
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

T13

CV10-902180-GRPH4

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 9567 2843

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN THIS OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSOCEAN, LTD.
4 GREENWAY PLAZA
HOUSTON, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
P. Heeps   7/29/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

T 3
CV10-902180-3RD Pty

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7009 1680 0001 9567 2744

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



HOUSTON TX 770
UNITED STATES POSTAL SERVICE

24 JAN 2011 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

01



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MOEX OFFSHORE 2007
9 GREENWAY PLAZA
HOUSTON, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Moebius_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV10 - 902180 - 3 (copy)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 1680 0001 9567 2720

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee |
| | B. Received by ( Printed Name ) C. Date of Delivery 1-24-2? |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| TRANSOCEAN HOLDINGS, LLC 4 GREENWAY PLAZA, STE700 HOUSTON, TX 77046 | T? CV10-902180-3EPHy |
| | 3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 1680 0001 9567 2782 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

• Sender: Please print your name, address, and ZIP+4 in this box•

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse, so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Aurora Parra_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Aurora Parra_ 4/74/11 |
| 1. Article Addressed to:<br><br>BP AMERICA INC.<br>C/O CT CORP SYSTEMS<br>2 N JACKSON ST, STE 605<br>MONTGOMERY, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>T9<br>CV10-902180 - 3P 14 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 9567 2812 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSOCEAN DEEPWATER, INC
PARK TEN CENTRE
1311 BROADFIELD BLVD STE400
HOUSTON, TX 77084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

T5
CV10-902180-3 PH

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7009 1680 0001 9567 2768

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 28 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laura Parra_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) C. Date of Delivery<br>Laura Parra 12/4/11 |
| 1. Article Addressed to:<br><br>CAMERON INTERNATIONAL CORPORATION<br>C/O CT CORP SYSTEMS<br>2 N JACKSON ST, STE 605<br>MONTGOMERY, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>T14<br>CV10-902180-3ᴿᴰ Ft |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 9567 2874 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk



**CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com



FILED IN OFFICE

~~January 25, 2011~~

JAN 26 2011

ANNE-MARIE ADAMS COPY
Clerk

Michael Shane Lucaddo Mr.
Lucado Law Firm
One Perimeter Park South,
Suite 125 S,
Birmingham, AL 35243

Re: Synovus Bank, Pltf. vs. Plash Island Resort, LLC, et al., Dfts./Third Party Pltf. v. BP P.L.C., et al.
including Transocean Offshore Deepwater Drilling, Third - Party Dfts.

Case No. 01-CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Summons (2sets), Complaint, Certificate of Service, Service List which
we received regarding the above captioned matter.

T002

~~Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.~~

Very truly yours,

*Laura Payne*

Laura Payne
CT Rep

Log# 517925780

FedEx Tracking# 790732997683

cc: Jefferson County Circuit Court
    Jefferson Co. Courthouse Room 400,
    716 Richard Arrington, Jr. Blvd North,
    Birmingham, AL 35203

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

James S. Bellam

B. Received by ( Printed Name )    C. Date of Delivery

JAN 2 6 2011

1. Article Addressed to:

BP PRODUCTS NORTH AMERICA
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

T 6
CV10 -902180 - 3ᴿᴰ

3. Service Type

☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2775

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

28 JAN 2011 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

* Sender: Please print your name, address, and ZIP in this box

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD
BIRMINGHAM, ALABAMA 35203

 **CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

January 24, 2011

Anne-Marie Adams, Clerk
Jefferson County Courthouse
Room 400,
716 Richard Arrington Jr Blvd. No.,
Birmingham, AL 35203

Re:  Synovus Bank, Pltf. vs. Plash Island Resort, LLC, et al., Dft., Plash Island Resort, LLC, Dft./Third Party
Pltf. v. BP, P.L.C., et al., Dfts.

Case No.  CV-2010-902180.00

Dear Madam:

We are herewith returning the Notice, Summons (2 sets), Third Party Complaint, Certificate of Service, List
which we received regarding the above captioned matter.
~~T H.~~
BP, P.L.C is not listed on our records or on the records of the State of FL.

Very truly yours,

*Ingrid Thornhill*

Ingrid Thornhill
Process Specialist

Log# 517926341

FedEx Tracking# 794352100160

cc:  Anne-Marie Adams, Clerk
      Jefferson County Courthouse,
      716 Richard Arrington Jr Blvd. No.,
      Room 400,
      Birmingham, AL  35203

ELECTRONICALLY FILED
1/28/2011 4:14 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2010-902180, previously |
| | ) | consolidated with CV-2010-902186 |
| PLASH ISLAND RESORT, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PLASH ISLAND RESORT, LLC | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BP P.L.C.; BP AMERICA INC.; BP | ) | |
| PRODUCTS NORTH AMERICA, INC.; | ) | |
| BP AMERICA PRODUCTION | ) | |
| COMPANY; BP EXPLORATION & | ) | |
| PRODUCTION INC.; ANADARKO | ) | |
| PETROLEUM CORPORATION; | ) | |
| ANADARKO E&P COMPANY, LP; | ) | |
| MOEX OFFSHORE 2007, LLC; | ) | |
| TRANSOCEAN LTD.; TRANSOCEAN | ) | |
| DEEPWATER, INC.; TRANSOCEAN | ) | |
| OFFSHORE DEEPWATER DRILLING, | ) | |
| INC.; TRANSOCEAN HOLDINGS, | ) | |
| LLC; TRITON ASSET LEASING | ) | |
| GMBH; HALLIBURTON ENERGY | ) | |
| SERVICES, INC.; M-I, LLC; | ) | |
| DRILQUIP, INC.; CAMERON | ) | |
| INTERNATIONAL CORPORATION | ) | |
| F/K/A COOPER CAMERON | ) | |
| CORPORATION; JOHN AND JANE | ) | |
| DOES A-Z; and CORPORATIONS A-Z | ) | |
| | ) | |
| Third Party Defendants. | ) | |
| | ) | |

1899822 v1

## <u>MOTION TO SEVER THIRD PARTY COMPLAINT AND REQUEST FOR HEARING</u>

**COMES NOW** Plaintiff, Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with Coastal Bank and Trust of Florida, d\b\a *Coastal Bank and Trust* (*collectively "Synovus" or "Plaintiff"*), by and through its undersigned counsel, and hereby moves the Court to sever the third-party complaint (the "Third Party Complaint") filed by Defendant Plash Island Resort, LLC, ("Plash Resort") on January 17, 2011 in the above styled matter. In further support of this motion (the "Motion"), Synovus shows unto the Court as follows:

### <u>BACKGROUND</u>

1.      On June 21, 2010, Synovus filed its complaint against the original Defendants in this matter alleging that they breached the terms of their respective contracts with Synovus, more specifically, that Defendant Plash Resort failed to pay Synovus the outstanding balance owed on a defaulted and matured loan, and that the remaining original Defendants have breached the terms of their respective continuing and unlimited guaranty agreements for failure to pay the same.

2.      On January 14, 2011, Synovus filed a motion for summary judgment against all the original Defendants which had appeared in the case. The Court has set this motion for a hearing on March 15, 2011.

3.      Also on January 14, 2011, Synovus filed a motion for default judgment against Plash Resort in light of its failure to respond to Synovus' complaint within the requisite time period established in the *Alabama Rules of Civil Procedure*.

1869/822 v1                                           2

4.      On January 17, 2011, Plash Resort filed its Third Party Complaint against numerous third party defendants ("Third Party Defendants") alleging liability solely based on tort claims related to the "Deepwater Horizon oil spill in the Gulf of Mexico" which occurred on April 20, 2010.

5.      Synovus is not a party to the Third Party Complaint and is not included in Plash Resort's list of Third Party Defendants.

6.      The remaining original Defendants, the guarantors of the Plash Resort Loan, are not parties to the Third Party Complaint, nor are they included in Plash Resort's list of Third Party Defendants.

## LEGAL ARGUMENT

**I.      Severance of the Third Party Complaint is Appropriate By the Very Terms of Rule 14.**

The authority for third-party practice is rooted in Rule 14 of the Alabama Rules of Civil Procedure. Rule 14(a), *When Defendant May Bring in Third Party*, states, in pertinent part:

> At any time after commencement of the action a defending party, as a third-party plaintiff, may cause a summons and complaint to be served upon a person not a party to the action who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff.

(emphasis added) Ala. R. Civ. Pro 14(a).  However, Rule 14, by its very terms, provides authority for severance of such claims wherein it states, "[a]ny party may move to strike the third-party claim, or for its severance or separate trial." *Id. See also Ex parte Athens-Limestone Hosp.*, 858 So.2d 960, 963 (Ala. 2003) ("A trial court has discretion in deciding whether to sever a third-party claim, and the Supreme Court will not overturn the trial court's order unless the trial court exceeded the permissible limits of its discretion.")

1898822v1

With respect to severing claims, the Alabama Supreme Court reiterated in *Ex parte Duncan Constr. Co.*, that "[i]n ruling on a motion to strike or sever, the trial court must weigh the need for one trial involving all issues and parties in furtherance of the stated purpose of [Rule 14] against the risk of substantial prejudice to the original parties resulting from an undue complication of issues and evidence because of the addition of the third-party defendants." 460 So.2d 852, 854 (Ala. 1984).   The stated purpose of third-party practice under Rule 14 is "to avoid multiple suits, to allow an entire controversy to be disposed of in one action, thereby saving time and cost and avoiding the serious handicap to the defendant of a time difference between the judgment against him and the judgment in his favor against the party liable over to him." *Ex parte Athens-Limestone Hosp.* 858 So.2d 960, 964 Ala.,2003 *citing Duncan Construction*, 460 So.2d at 854 (*quoting Ozley v. Guthrie*, 372 So.2d 860, 861 (Ala.1979); *see also* Committee Comments on 1973 Adoption, Rule 14, Ala. R. Civ. P.

Plash Resort's Third Party Complaint, by no means, serves to promote the stated purpose of Rule 14, and in fact, does just the opposite.   First, by its very nature, third-party practice affords a defending party the opportunity to join a party to a pending action "who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff." Here, Plash Resort does not allege that the Third-Party Defendants are liable to it for the claims sought by Synovus, nor can it.  It is a simple reality that the repercussions, if any, from the Deepwater Horizon Oil Spill had nothing to do with the original Defendants' default on the Synovus Loan.

Second, the risk of substantial prejudice to the original parties heavily outweighs the need for one trial involving all issues asserted in this matter. As referenced above, Synovus' complaint and motion for summary judgment asserts claims and seeks damages sounding solely in contract

and relating strictly to the outstanding Loan at issue in this matter. Plash Resort's Third Party Complaint, on the other hand, asserts claims sounding exclusively in tort[1] and "seeks to compensate [Plash Resort] for their injuries and damages suffered, including but not limited to, diminution of property value and loss of income, as a result of the *Deepwater Horizon Oil Spill.*" (emphasis original).

Similarly, testimony and evidence with respect to Synovus' claims will focus exclusively on the contractual relationships between the original parties, and breach thereof.[2] Conversely, Plash Resort's Third Party claims will require a long drawn out discovery process all as to the proximate cause of the loss, if any, and alleged damages, if any, sustained by the property whose only link to Synovus is that is serves as collateral to the underlying Loan at issue in this case. These Third Party claims, by necessity, will require a substantial amount of expert testimony in addition to specific fact testimony on the extremely complicated issues involved. The necessary witness will have no bearing on Synovus' claims whatsoever and will not be able to provide any pertinent or relevant facts relating to the straight forward breach of contract case filed by Synovus. In other words, the best interests of the parties and the interest of justice and judicial efficiency dictate that this Court sever Plash Resort's Third Party Complaint from the pending action as the tort claims alleged in the Third Party Complaint will require a substantially unique discovery process none of which relates to the ultimate issue in Synovus' motion for summary judgment, i.e. did the original Defendants breach the terms of their respective contract with Synovus.

---

[1] None of which are asserted against the original parties to this action.

[2] Synovus submits that there is ample evidence already in the record for this Court to rule on the merits of its claim, hence the filing of its motion for summary judgment

1806822 v1

5

Moreover, the failure to sever the Third Party Complaint will further prejudice *Synovus* in light of the very real possibility that this action could be removed and transferred to U.S. District Court for the Eastern District of Louisiana where it would be consolidated with numerous other *Oil Spill* related cases, adding increased, yet unneeded, time and expense. Furthermore, because the respective complaints involve determinations of completely separate questions of law and fact (and different parties), there is no risk of inconsistent judgments as any decisions reached by the Court as to the Synovus' claims, will have no effect on the Third Party claims. Although the prejudice to Synovus is readily apparent, severance of the Third Party *Complaint* would not prejudice Plash Resort because the severance of claims does not preclude a third-party plaintiff from proceeding against the additional defendants in a separate action created by the severance. *See Key v. Robert M. Duke Ins. Agency,* 340 So. 2d 781 (Ala. 1976). In short, Rule 14, and the stated purpose behind the same, favor complete severance of the Third Party Complaint.

**II.    The Third Party Complaint Misjoins the Third Party Defendants to This Action and Thus Severance of Said Complaint is Required.**

As additional grounds for a true severance of the Third Party Complaint, Synovus draws the Court's attention to Rule 21 of the Alabama Rules of Civil Procedure, which provides that, "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. <u>Any claim against a party may be severed and proceeded with separately</u>." (emphasis added) Rule 21, Ala.R. Civ. P. By and through this Motion, Synovus seeks a true severance of the Third Party Complaint. "Severance" divides a lawsuit into two or more independent causes, each of which results in separate, final and enforceable judgment. To effectuate true severance, a judge should explicitly direct the

clerk to docket a new civil action and should explain how the new case should be styled. *See Opinion of the Clerk, Supreme Court of Alabama,* 526 So. 2d 584 (Ala. 1988). *See also New Acton Coal Mining Co., Inc. v. Woods,* 49 So.3d 181, FN4 (Ala. 2010) ("A significant distinction exists between an order separating trials under Rule 42(b) and one severing claims under Rule 21 because 'severed claims become independent actions with judgments entered independently, while separate trials lead to one judgment.'"); *Key v. Robert M. Duke Ins. Agency,* 340 So. 2d 781 (Ala. 1976) (An order of severance creates a new action and a final order in the severed claim is immediately appealable regardless of the status of the finality of claims in the proceeding from which the case was severed. An order granting a separate trial, not a severance, does not have such effect.)

Rule 21, *Misjoinder and Nonjoinder of Parties,* is the procedural counter-part to Rule 20 of the Alabama Rules of Civil Procedure. Rule 20(a), in its pertinent part, states that "[a]ll persons may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or <u>arising out of the same transaction, occurrence,</u> or series of transactions or occurrences and *if any question of law or fact common to all defendants will arise in the action....*" (emphasis added) Rule 20, Ala.R. Civ. P.

Thus, "[i]n order to join defendants pursuant to Rule 20(a), both requirements imposed by the rule must be met: (1) the plaintiff must assert against each defendant a 'right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences,' and (2) there will arise in the action 'any question of law or fact common to all defendants.' A misjoinder occurs if either of the Rule 20(a) requirements is not satisfied. <u>Rule 21 provides for severance of claims if joinder of the claims was improper under Rule 20.</u>'" (emphasis added) *Ex parte Novartis Pharmaceuticals Corp.,* 975 So.2d 297, 299 (Ala. 2007).

*See also, Ex parte Alfa Life Ins. Corp.,* 923 So.2d 272 (Ala 2005) ("In exercising its discretion in deciding whether to sever claims, the trial court should consider the prejudice that may result to the parties if the claims are severed. Considerations of practicality, judicial economy, and the possibility of inconsistent results are also relevant in that regard."); *Ex parte Rudolph,* 515 So.2d 706 (Ala. 1987) ("[t]hough the rules allow virtually unlimited joinder of parties, the Committee Comments to Rule 20 make it clear that the trial court has 'ample powers, under Rules 20(b), 21 and 42(b), to ensure that the trial is conducted in the most convenient and least prejudicial manner.")

Although "there is no absolute rule for determining what constitutes a series of transactions or occurrences", *Id.,* it is clear from the face of the Third Party Complaint that the events giving rise to Plash Resort's third party claims, negligence and strict liability resulting the Deepwater Horizon Oil Spill, do not arise out of the same transaction which gave rise to Synovus' claims, i.e. the breach of various Loan Documents.

In a case similar to the one at hand, at least procedurally, the Alabama Supreme Court upheld the trial court's decision to sever tort claims filed in an underlying breach of contract dispute because of the lack of nexus between the facts surrounding the claims. In *Ex parte Am. Heritage Life Ins. Co.,* 46 So. 3d 474, 480-81 (Ala. 2010), the Court stated "[h]ere, there is little, *if any, commonality between the claim against Garth and those against* AHLIC. *The claims* against AHLIC assert claims sounding in contract, while the claim against Garth sounds in tort. *The genesis of Day's claim against Garth is Garth's tortious assault and battery on Day,* while the genesis of the claims against AHLIC is Day's purchase of the accident-plan insurance policy from AHLIC." Similarly, and as discussed above, Synovus' complaint and motion for summary judgment asserts claims and seeks damages sounding solely in contract and relating strictly to the

outstanding Loan at issue in this matter, whereas Plash Resort's Third Party Complaint asserts claims sounding exclusively in tort and relating to a catastrophic event which occurred months after Plash Resort's default on the Loan. Moreover, the Committee Comments to Rule 20 state that that rule "is intended to promote trial convenience, prevent a multiplicity of suits, and expedite the final determination of litigation by inclusion in one suit of all parties directly interested in the controversy." *See also S.E.B. v. J.H.B.*, 605 So.2d 1230, 1232 (Ala. Civ. App. 1992). For the reasons stated above, the Third Party Complaint flies in the face of the purpose of Rule 20, as it does with Rule 14.

In light of the foregoing, Synovus seeks an Order from this Court severing the Third Party Complaint from this action and instructing the clerk to docket a new civil action number for the matter. Alternatively, in the event this Court finds that the authority cited above, and the circumstances surrounding the claims asserted in this matter, do not justify a true severance, Synovus, pursuant to Rule 42(b) of the Alabama Rules of Civil Procedure and the reasons stated above, seeks an Order from this court establishing separate scheduling orders and trials for the two Complaints.[3]

**WHEREFORE**, based on the foregoing, Synovus moves the Court to enter an Order severing the Third-Party Complaint from the instant action and instructing the Clerk to establish a new civil action number for the same; alternatively, if a true severance is not warranted, Synovus requests and Order establishing separate scheduling orders and trials for the two Complaints.

DATED this the 28th day of January, 2011:

---

[3] The Committee Comments to Rule 42 states that "Ala. R. Civ. P. Rule 42(b) gives the trial court a virtually unlimited freedom to order separate trials of claims, issues, or parties, as may seem dictated by convenience and the desire to avoid prejudice."

/s/ Clifton C. Mosteller

Joe A. Mosteller (JOS004)
Clifton C. Mosteller (MOS035)
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail, by hand delivery, by fax, or by email on this the 28th day of January 2011:

| | | |
|---|---|---|
| Lee R. Benton<br>Amy Hazelton<br>2019 3rd Ave N<br>Birmingham, Alabama 35203 | Plash Island Resort LLC<br>c/o Joseph F. Yarborough, Jr.<br>396 West 23rd Avenue<br>Gulf Shores, AL 36542 | Transocean Deepwater, Inc.<br>Park Ten Centre, Suite 400<br>1311 Broadfield Boulevard<br>Houston, TX 77084 |
| Moex Offshore 2007, LLC<br>9 Greenway Plaza<br>Houston, TX 77046 | Transocean, Ltd.<br>4 Greenway Plaza<br>Houston, TX 77046 | Triton Asset Leasing GmbH<br>24 Greenway Plaza<br>Houston, TX 77046 |
| BP, plc<br>c/o CT Corporation System,<br>The Corporation Company<br>1200 South Pine Island Road<br>Plantation, FL 33324 | BP Products North America<br>c/o CSC Lawyers<br>Incorporating Service<br>150 South Perry Street<br>Montgomery, AL 36104 | BP America, Inc.<br>c/o CT Corporation Systems<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |
| Halliburton<br>c/o CT Corporation Systems<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 | BP America Production Co.<br>c/o CT Corporation Systems<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 | M-I, LLC<br>c/o Capital Corporate Services,<br>Inc.<br>150 South Perry Street<br>Montgomery, AL 36104 |
| Transocean Offshore<br>Deepwater Drilling<br>c/o CT Corporation<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 | Anadarko Petroleum Corp.<br>c/o CT Corporation Systems<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 | Anadarko E&P Co., LP<br>c/o CT Corporation Systems<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary
L. Marcrum, Sr. and Marcrum
Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North,
Suite 1500
Birmingham, Alabama 35203

Transocean Holdings, LLC
4 Greenway Plaza
Suite 700
Houston, TX 77046-0406

Cameron International
Corporation
f/k/a Cooper Cameron
Corporation
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

DrilQuip, Inc.
One Shell Plaza
701 Poydras Street
New Orleans, LA 70139

BP Exploration & Production,
Inc.
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

_/s/ Clifton C. Mosteller_
OF COUNSEL

2/3/2011 10:22 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.: CV-2010-902180.00 |
| | ) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

## ORDER

The plaintiff's motion to sever the third-party complaint, filed by defendant Plash Island Resort, LLC, is GRANTED. Because the third-party complaint, filed on January 17, 2011, is based on a completely different nucleus of facts, the claims and defendants named therein are misjoined in this action.

Pursuant to Rule 21 of the Alabama Rules of Civil Procedure, the Court orders that the claims of the third party complaint be severed so as to constitute a completely separate civil action. The Clerk of the Court is directed to assign a new Civil Action number to said action and confirm whether the requisite filing fees have been paid.

DONE this 3rd day of February, 2011.

/s ROBERT S. VANCE
CIRCUIT JUDGE



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  JOSEPH JOE ALAN
     jjoseph@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  LUCADO MICHAEL SHANE
     slucado@lucadolaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BENTON LEE RIMES
lbenton@bcattys.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BARZE RONALD BRUCE JR
bbarze@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ADAMS AMY DAVIS
aadams@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  MOEX OFFSHORE 2007 (PRO SE)
     9 GREENWAY PLAZA
     HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING (PRO SE)
C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date: 2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN, LTD. (PRO SE)
4 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: BP, PLC (PRO SE)
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date: 2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN DEEPWATER, INC (PRO SE)
PARK TEN CENTRE
1311BROADFIELD BLVDSTE400
HOUSTON, TX 77084

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP PRODUCTS NORTH AMERICA (PRO SE)
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date: 2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN HOLDINGS, LLC (PRO SE)
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRITON ASSET LEASING GMBH (PRO SE)
24 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP AMERICA INC. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HALLIBURTON (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:    2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  BP AMERICA PRODUCTION CO. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: M-I, LLC (PRO SE)
C/O CAPITAL CORP SVCS,INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date: 2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP EXPLORATION & PRODUCTION INC (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: CAMERON INTERNATIONAL CORPORATION (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO PETROLEUM CORP. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

 AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: DRILQUIP, INC. (PRO SE)
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO E & P CO, LP (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

## NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:    2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

February 07, 2011

FILED IN OFFICE

FEB 14 2011

ANNE-MARIE ADAMS
Clerk

Clifton C. Mosteller
Burr & Forman LLP
420 North 20th Street,
3400 Wachovia Tower,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: BP, PLC

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice of Electronic Filing, Order which we received regarding the above captioned matter.

BP, PLC is not listed on our records or on the records of the State of FL.

T OOH
Very truly yours,

Lyndell McBride
Process Specialist

Log# 517994448

FedEx Tracking# 796734298902

cc: Jefferson County Circuit Court, Alabama, Birmingham Division
    10th Judicial Circuit of Alabama,
    330 Jefferson County Courthouse,
    Birmingham, AL 35203

 **CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

**COPY**

February 14, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Halliburton

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Halliburton. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Laura Payne
CT Rep

Log# 518014116

FedEx Tracking# 790733908520

cc: Jefferson County Circuit Court
     Jefferson Co. Courthouse Room 400,
     716 Richard Arrington, Jr. Blvd North,
     Birmingham, AL 35203

FILED IN OFFICE

FEB 1 5 2011

ANNE-MARIE ADAMS
Clerk

2/18/2011 12:41 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| SYNOVUS BANK | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: CV-2010-902180 |
| | ) | |
| PLASH ISLAND RESORT, | ) | |
| LLC, et. al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER TO COMPLAINT

COMES NOW Defendant, Plash Island Resort, LLC, and for Answer to the Plaintiff's Complaint state as follows:

This Defendant denies the allegations contained in Plaintiff's Complaint and demands strict proof thereof.

## AFFIRMATIVE DEFENSENS

### First Affirmative Defense

Defendant denies damages as alleged by Plaintiff in the Complaint.

### Second Affirmative Defense

Plaintiff has failed to state a claim upon which relief may be granted.

### Third Affirmative Defense

Plaintiff's claims are barred by applicable statutes of limitations and/or laches.

## Fourth Affirmative Defense

Defendant pleads and otherwise reserves its rights to assert all defenses under Rule 12(b) of the Alabama Rules of Civil Procedure, including lack of jurisdiction, both as to subject matter and over the person, improper venue, insufficiency of service of process, and failure to join indispensable parties.

## Fifth Affirmative Defense

Defendant pleads the lack of consideration.

## Sixth Affirmative Defense

Plaintiff's claims are barred by the doctrines of waiver and estoppel.

## Seventh Affirmative Defense

Plaintiff failed to mitigate its damages.

## Eighth Affirmative Defense

Plaintiff failed to comply with conditions precedent prior to seeking payment or damages from this Defendant.

## Ninth Affirmative Defense

Plaintiff's conduct in this matter has obstructed and hindered this Defendant's performance.

## Tenth Affirmative Defense

Plaintiff's conduct in this matter caused the damages it now seeks to recover from this Defendant.

## Eleventh Affirmative Defense

Plaintiff failed to cooperate and instead acted inequitably in attempting to seek recovery of any funds at issue

## Twelfth Affirmative Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

## Thirteenth Affirmative Defense

Plaintiff's claims are barred by the doctrines of accord and satisfaction, and by release.

## Fourteenth Affirmative Defense

This Defendant pleads intervening and superseding cause.

## Fifteenth Affirmative Defense

This Defendant preserves any rights of indemnification it may have.

## Sixteenth Affirmative Defense

Defendants adopt and incorporate any defenses not herein made which are asserted by the other defendants in this action.

## Seventeenth Affirmative Defense

Defendant reserves the right to assert any additional defenses made available through the discovery process and to amend and assert claims of its own against this Plaintiff, other defendants in this action, or non-parties.

Defendant demands a trial by struck jury.

/s/ M. Shane Lucado
M. Shane Lucado (LUC015)

Respectfully submitted,

/s/ M. Shane Lucado
M. Shane Lucado (LUC015)

Attorney for Defendant, Plash Island Resort, LLC

OF COUNSEL:

LUCADO LAW FIRM, LLC
1 Perimeter Park South
Suite 125 S
Birmingham, AL 35243
205-278-0025
205-278-0030 (fax)
slucado@lucadolaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing Answer has been served by efile electronic transmission on the following counsel of record on this the 18th day of February, 2011.

Joe A. Joseph, Esq.
Damon P. Denny, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Attorneys for Plaintiff

Brian R. Walding, Esq.
Donna K. Byrd, Esq.
WALDING, INC.
505 North 20th Street
Suite 620
Birmingham, AL 35203
Attorneys for Plaintiff

R. Bruce Barze, Jr., Esq.
Amy D. Adams, Esq.
BALCH & BINGHAM, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
Attorneys for Donna S. Marcum

Lee R. Benton, Esq.
Amy M. Hazelton, Esq.
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, AL 35203

                                      /s/ M. Shane Lucado
                                      Of counsel