Case 2:10-md-02179-CJB-DPC   Document 1718-10   Filed 03/23/11   Page 1 of 17
Case 2:11-cv-00715-SLB   Document 1-6   Filed 02/22/11   Page 1 of 2

FILED
2011 Feb-23 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, <br> Plaintiff, | ) <br> ) <br> ) |
| V. | ) Case No.: CV-2010-902180.00 <br> ) |
| PLASH ISLAND RESORT LLC, <br> ROTENBERRY KEITH, <br> LOCKHART LEWIS M., <br> ROWE RICHARD D. ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The plaintiff's motion to sever the third-party complaint, filed by defendant Plash Island Resort, LLC, is GRANTED. Because the third-party complaint, filed on January 17, 2011, is based on a completely different nucleus of facts, the claims and defendants named therein are misjoined in this action.

Pursuant to Rule 21 of the Alabama Rules of Civil Procedure, the Court orders that the claims of the third party complaint be severed so as to constitute a completely separate civil action. The Clerk of the Court is directed to assign a new Civil Action number to said action and confirm whether the requisite filing fees have been paid.

DONE this 3rd day of February, 2011.

/s ROBERT S. VANCE
CIRCUIT JUDGE

Case 2:10-md-02179-CJB-DPC Document 1718-10 Filed 03/23/11 Page 3 of 17
Case 2:11-cv-00715-SLB Document 1-7 Filed 02/22/11 Page 1 of 15

FILED
2011 Feb-23 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYNOVUS BANK, § § | |
| Plaintiff, § § | C.A. No. CV-2010-90218.00 |
| vs. § § | [JURY TRIAL REQUESTED] |
| PLASH ISLAND RESORT, LLC; KEITH ROTENBERRY; LEWIS M. LOCKHART; RICHARD D. ROWE; NIOLAOS MANKIDES; RICKEY L. LOCKHARD; WILLIAM R. IVEY; MICHAEL W. McCAIN; CHRISTOPHER ANDREW YARBOROUGH; ESTATE OF GARY L. MARCRUM, SR.; DONA S. MARCRUM, ADMINISTRATOR; and MARCURM DEVELOPMENT, LLC, § § § § § § § § § § § | |
| Defendants. § | |

| | |
|---|---|
| PLASH ISLAND RESORT, LLC, § § | |
| Defendant/Third Party Plaintiff, § § | |
| vs. § § | |
| BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPNY; BP EXPLORATION AND PRODCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E & P COMPANY, LP; MOEX OFFSHORE 2007, LLC; TRANSOCEAN, LTD; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC; DRILQUIP, INC.; CAMERON INTERNATIIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; JOHN and JANE DOES A-Z; and CORPORATIONS A-Z. § § § § § § § § § § § § § § § § § § | |
| Third party Defendants. § | |

## CONSENT TO, AND JOINDER IN, REMOVAL

Defendant Dril-Quip, Inc., pursuant to 28 U.S.C. §1446, hereby give notice that it consents to the Notice of Removal filed by Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation.

Dated: February 16, 2011

By: _____
Don Jackson
Ware, Jackson, Lee, Chambers
America Tower, 42nd Floor
2929 Allen Parkway
Houston, TX 77019
713-659-6400
713-659-6262 (fax)

Lee Kaplan
Smyser, Kaplan & Veselka, LLP
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
713-221-2300
713-221-2320 (fax)

ATTORNEYS FOR DRIL-QUIP, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYNOVOUS BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>PLASH ISLAND RESORT, LLC; KEITH ROTENBERRY; LEWIS M. LOCKHART; RICHARD D. ROWE; NIOLAOS MANKIDES; RICKEY L. LOCKHARD; WILLIAM R. IVEY; MICHAEL W. McCAIN; CHRISTOPHER ANDREW YARBOROUGH; ESTATE OF GARY L. MARCRUM, SR.; DONA S. MARCRUM, ADMINISTRATOR; and MARCURM DEVELOPMENT, LLC,<br><br>    Defendants. | §§§§§§§§§§§§§§§§ C.A. No. CV-2010-90218.00<br>[JURY TRIAL REQUESTED] |
| PLASH ISLAND RESORT, LLC,<br><br>    Defendant/Third Party Plaintiff,<br><br>vs.<br><br>BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPNY; BP EXPLORATION AND PRODCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E & P COMPANY, LP; MOEX OFFSHORE 2007, LLC; TRANSOCEAN, LTD; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC; DRILQUIP, INC.; CAMERON INTERNATIIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; JOHN and JANE DOES A-Z; and CORPORATIONS A-Z.<br><br>    Third party Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§ |

## CONSENT TO REMOVAL

Third Party Defendant Halliburton Energy Services, Inc., pursuant to 28 U.S.C. § 1446, hereby gives notice that it consents to the Notice of Removal filed by Third Party Defendant Cameron International Corporation.

Dated: February 2, 2011

by: _____
Donald E. Godwin
Bruce W. Bowman, Jr.
Jenny Martinez
Floyd R. Hartley, JR.
Gavin E. Hill
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, TX 75270-2041
(214) 939-4400
(214) 760-7332 (fax)

R. Alan York
Jerry C. von Sternberg
Godwin Ronquillo PC
1331 Lamar, Suite 1665
Houston, TX 77010
(713) 595-8300
(713) 425-7594 (fax)

John N. Leach
Joseph P.H. Babington
Russell C. Buffkin
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
P.O. Box 2767
Mobile, AL 36652
(251) 432-5521
(251) 432-0633 (fax)

ATTORNEYS FOR HALLIBURTON ENERGY SERVICES, INC.

D 1620754 v1-24010/0002 PLEADINGS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SYNOVOUS BANK, | § § § | |
| Plaintiff, | § § | C.A. No. 01-CV-2010-90218.00 |
| vs. | § § | [JURY TRIAL REQUESTED] |
| PLASH ISLAND RESORT, LLC; KEITH ROTENBERRY; LEWIS M. LOCKHART; RICHARD D. ROWE; NIOLAOS MANKIDES; RICKEY L. LOCKHARD; WILLIAM R. IVEY; MICHAEL W. McCAIN; CHRISTOPHER ANDREW YARBOROUGH; ESTATE OF GARY L. MARCRUM, SR.; DONA S. MARCRUM, ADMINISTRATOR; and MARCURM DEVELOPMENT, LLC, | § § § § § § § § § § § § | |
| Defendants. | § | |

| | |
|---|---|
| PLASH ISLAND RESORT, LLC, | § § |
| Defendant/Third Party Plaintiff, | § § |
| vs. | § § § § |
| BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPNY; BP EXPLORATION AND PRODCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E & P COMPANY, LP; MOEX OFFSHORE 2007, LLC; TRANSOCEAN, LTD; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC; DRILQUIP, INC.; CAMERON INTERNATIIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; JOHN and JANE DOES A-Z; and CORPORATIONS A-Z. | § § § § § § § § § § § § § § § § § § |
| Third party Defendants. | § |

## BP DEFENDANTS' CONSENT TO, AND JOINDER IN, REMOVAL

BP Exploration and Production, Inc.; BP America, Inc.; BP Products North America, Inc.; and BP America Production Company (collectively the "BP Defendants"), pursuant to 28 U.S.C. §1446, hereby give notice that they consent to and join in the Notice of Removal filed by Defendant Cameron International Corporation.

Dated: February __, 2011

By: /s/ Marchello D. Gray
John M. Johnson
Adam K. Peck
William H. Brooks
Marchello D. Gray
**Lightfoot, Franklin & White, L.L.C.**
400 20th Street North
Birmingham, AL 35203
(205) 581-0700
(205) 581-0799 (fax)

**Attorneys for BP Defendants**

OF COUNSEL:
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kristopher Ritter
**Kirkland & Ellis, LLP**
300 North LaSalle Street
Chicago, IL 30654
(312) 862-200
(312) 862-2200 (fax)

Jeffrey Clark
Aditya Bamzai
**Kirkland & Ellis, LLP**
655 Fifteenth St., N.W.
Washington, DC 20005-5793
(202) 879-5000
(202) 879-5200 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYNOVOUS BANK, § § § Plaintiff, § § vs. § § PLASH ISLAND RESORT, LLC; KEITH § ROTENBERRY; LEWIS M. LOCKHART; RICHARD § D. ROWE; NIOLAOS MANKIDES; RICKEY L. § LOCKHARD; WILLIAM R. IVEY; MICHAEL W. § McCAIN; CHRISTOPHER ANDREW YARBOROUGH; § ESTATE OF GARY L. MARCRUM, SR.; DONA S. § MARCRUM, ADMINISTRATOR; and MARCURM § DEVELOPMENT, LLC, § § Defendants. § | Case No. _____ (removed from Circuit Court Jefferson County Alabama C.A. No. CV-2010-90218.00 [JURY TRIAL REQUESTED]) |

PLASH ISLAND RESORT, LLC, §
§
    Defendant/Third Party Plaintiff, §
§
vs. §
§
BP, PLC; BP AMERICA, INC.; BP PRODUCTS §
NORTH AMERICA, INC.; BP AMERICA §
PRODUCTION COMPNY; BP EXPLORATION §
AND PRODCTION, INC.; ANADARKO §
PETROLEUM CORPORATION; ANADARKO §
E & P COMPANY, LP; MOEX OFFSHORE §
2007, LLC; TRANSOCEAN, LTD; TRANSOCEAN §
DEEPWATER, INC.; TRANSOCEAN OFFSHORE §
DEEPWATER DRILLING, INC.; TRANSOCEAN §
HOLDINGS, LLC; TRITON ASSET LEASING GMBH; §
HALLIBURTON ENERGY SERVICES, INC.; §
M-I, LLC; DRILQUIP, INC.; CAMERON §
INTERNATIIONAL CORPORATION f/k/a §
COOPER CAMERON CORPORATION; JOHN and §
JANE DOES A-Z; and CORPORATIONS A-Z. §
§
    Third Party Defendants. §

## CONSENT TO AND JOINDER IN REMOVAL

Pursuant to 28 U.S.C. §1446, Third Party Defendants Anadarko Petroleum Corporation, Anadarko E&P Company, LP, and MOEX Offshore 2007 LLC (collectively "Third Party Defendants") hereby consent to and join in the notice of removal filed by Third Party Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation ("Cameron").

1. Third Party Defendants consent to and join in the removal of this action from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama, Southern Division, upon the grounds set forth in Cameron's notice of removal.

2. Undersigned counsel is appearing for the Third Party Defendants for the limited purpose of this removal and does not waive any rights, defenses, or objections, including, but not limited to, those related to sufficiency of process, service of process, whether service of process was actually perfected, or any jurisdictional defenses which may be raised.

WHEREFORE, Anadarko Petroleum Corporation, Anadarko E&P Company, LP, and MOEX Offshore 2007 LLC adopt and incorporate by reference the notice of removal filed by Cameron in this action.

Dated: _____, 2011

Respectfully submitted,

/s/ Joel M. Kuehnert
Joel M. Kuehnert
(jkuehnert@babc.com)

Sid J. Trant (TRANS4885)
(strant@babc.com)
R. Thomas Warburton
(twarburton@babc.com)

**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**ATTORNEYS FOR ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY, LP, AND MOEX OFFSHORE 2007 LLC**

Of Counsel:

James J. Dragna
(Jim.Dragna@bingham.com)

**Bingham McCutchen**
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E.Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)

**Bingham McCutchen**
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

/s/ Joel M. Kuehnert

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYNOVUS BANK,<br><br>Plaintiff,<br><br>vs.<br><br>PLASH ISLAND RESORT, LLC; KEITH ROTENBERRY; LEWIS M. LOCKHART; RICHARD D. ROWE; NIOLAOS MANKIDES; RICKEY L. LOCKHARD; WILLIAM R. IVEY; MICHAEL W. McCAIN; CHRISTOPHER ANDREW YARBOROUGH; ESTATE OF GARY L. MARCRUM, SR.; DONA S. MARCRUM, ADMINISTRATOR; and MARCURM DEVELOPMENT, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § C.A. No.<br>[JURY TRIAL REQUESTED] |
| PLASH ISLAND RESORT, LLC,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPNY; BP EXPLORATION AND PRODCTION, INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E & P COMPANY, LP; MOEX OFFSHORE 2007, LLC; TRANSOCEAN, LTD; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVICES, INC.; M-I, LLC; DRILQUIP, INC.; CAMERON INTERNATIIONAL CORPORATION f/k/a COOPER CAMERON CORPORATION; JOHN and JANE DOES A-Z; and CORPORATIONS A-Z.<br><br>Third party Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § |

## CONSENT TO, AND JOINDER IN, REMOVAL

Defendant M-I, LLC, pursuant to 28 U.S.C. §1446, hereby give notice that it consents to the Notice of Removal filed by Defendant Cameron International Corporation f/k/a Cooper Cameron Corporation.

Dated: February 18, 2011

> By: ___/S/___
> Hugh E. Tanner
> Morgan, Lewis & Bockius L.L.P.
> 1000 Louisiana Street
> Suite 4000
> Houston, TX 77002
> 713-890-5180
> 713-890-5400 (fax)
>
> ATTORNEYS FOR DEFENDANT M-I LLC

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

PLASH ISLAND RESORT, LLC )
)
    Plaintiff, )
)
v. ) Civil Action No.:_____
)
BP P.L.C.; BP AMERICA INC.; BP )
PRODUCTS NORTH AMERICA, )
INC.; BP AMERICA PRODUCTION )
COMPANY; BP EXPLORATION )
& PRODUCTION INC.; )
ANADARKO PETROLEUM )
CORPORATION; ANADARKO )
E&P COMPANY, LP; MOEX )
OFFSHORE 2007, LLC; )
TRANSOCEAN LTD.; )
TRANSOCEAN DEEPWATER, )
INC.; TRANSOCEAN OFFSHORE )
DEEPWATER DRILLING, INC.; )
TRANSOCEAN HOLDINGS, LLC; )
TRITON ASSET LEASING GMBH; )
HALLIBURTON ENERGY )
SERVICES, INC.; M-I, LLC; )
DRILLQUIP, INC.; CAMERON )
INTERNATIONAL )
CORPORATION F/K/A COOPER )
CAMERON CORPORATION; )
JOHN AND JANE DOES A-Z; )
and CORPORATIONS A-Z. )
)
    Defendants. )

## CONSENT TO REMOVAL

Transocean Deepwater, Inc.; Transocean Offshore Deepwater Drilling, Inc;

Transocean Holdings, LLC; and Triton Asset Leasing GMBH, pursuant to 28 U.S.C. §

{B1260655}

1446, hereby give notice that they consent to the Notice of Removal filed by Defendant Cameron International Corporation.[1]

Dated: February 21, 2011

/s/Blane H. Crutchfield
BLANE H. CRUTCHFIELD
DOUGLAS L. McCOY
Attorneys for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH

OF COUNSEL:

HAND ARENDALL LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-mail: bcrutchfield@handarendall.com
E-mail: dmcoy@handarendall.com

---

[1] Defendants expressly reserve their objections to personal jurisdiction, process, and service of process and expressly reserve all available defenses.

{B1260655}