UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 10-2179  MEMBER CASE NO. 10-2116  SECTION "J" |
| This Document Relates To: | | § § | JUDGE BARBIER |
| Al Abadie, et al v. BP, PLC, et al Plaintiff and Member No. 10-2116 | | § § | MAG. JUDGE SHUSHAN |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs in the above referenced member case, who suggests to this Honorable Court that Plaintiffs desire to enroll JEFFREY M. BURG of Leake & Andersson, L.L.P., 1100 Poydras Street, Suite 1700, New Orleans, Louisiana 70163, as additional counsel of record, so that he may appear and participate on the above referenced Plaintiffs' behalf in this case.

Respectfully submitted,

/s/ Edward T. Hayes
BY: _____
Edward T. Hayes, T.A. (#25700)
**Leake & Andersson, L.L.P.**
1100 Poydras Street, Suite 1700
New Orleans, LA  70163-1701
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
Email:  ehayes@leakeandersson.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

/s/ Edward T. Hayes