UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group[1] Conference on Friday, March 18, 2011]

This order reflects the action taken at the Working Group Conference on Friday, March 18, 2011, and the requirements for the Working Group Conference on Friday, March 25, 2011.[2]

**1.     Court-Approved Notice**

For Florida radio stations, the PSC requested authorization to include "Sponsored by the Plaintiff's Steering Committee, Deepwater Horizon Litigation" in order to comply with the requirement that radio spots include the source of payment. The PSC's request was approved without opposition.

**2.     Corrections.**

The following corrections were noted in the schedule.

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 11. | Dupree, James | BP | Event | June 16 and 17 in New Orleans |
| 92. | Quitzau, Robert | Anadarko | | May 25 and 26. |

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

[2] The two main restrooms for the third floor of the Hale Boggs building are located just past the elevators. The code for both restrooms is the same: (1, 3 and 5). If you enter the incorrect numbers, count to five before trying again.

|      | 105. | LeNormand, William | Cameron | Event | June 20 and 21. |

**3.  UK Depositions.**

The following are confirmed for their depositions in the UK without the need for service pursuant to the Hague Convention.[3]

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 12. | Flynn, Steve | BP | Event | June 29 and 30 |
| 16. | Hayward, Tony | BP | Response | June 6 and 8 |
| 32. | Thierens, Henry "Harry" | BP | Event | June 9 and 10 |
| 34. | Tooms, Paul | BP | Event | June 13 and 14 |
| 37. | Wall, David | BP | Investigation | June 27 and 28 |
| 40. | Wong, Norman | BPplc | Investigation | June 13 and 14 |
| 95. | Cowie, Jim | BP | Investigation | June 15 and 16 |
| 96. | Cowlam, Gill | BP | Investigation | June 7 and 8 |
| 104. | Erwin, Carter | Cameron | Event | June 6 and 7 |
| 200. | Baxter, John | BP |  | June 21 and 22 |

The scheduling of two depositions is tentative. **At the March 25, 2011 conference**, BP will provide an update on their status.

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 6. | Castell, Sir William | BP | Response | June 22 and 23 (tentative) |
| 17. | Inglis, Andy | BP(E&P) | Response | July 4, 5 or 6[4] (tentative) |

---

[3] The depositions will be taken at the offices of Kirkland & Ellis in London.

[4] Andy Inglis is represented by counsel. His counsel has a trial which may conflict. The deposition may have to be delayed. If the trial is settled, the deposition may be moved to an earlier date.

2

**4.    Certain Deponents**.

The PSC reported that notices were served on March 17, 2011 by certified mail on counsel for the deponents. If counsel for Hafle, Kaluza and Morel report that their clients will not invoke the Fifth Amendment, the PSC reserved the right to increase their depositions to two days.

| | | | | | |
|---|---|---|---|---|---|
| 15. | Hafle, Mark | BP | | Event | May 26 |
| 18. | Kaluza, Robert | BP | | Event | May 27 |
| 22. | Morel, Brian | BP | | Event | May 10 |
| 58. | Harrell, Jimmy | Transocean | | Event | May 16 and 17 |

**5.    Bly Investigation.**

BP confirmed the dates for the depositions for Brown and Sabins. They will be the representatives for the Rule 30(b)(6) notice for CSI Technologies. BP and Anadarko/MOEX will meet and confer to resolve any issues with the CSI Rule 30(b)(6) notice. BP shall be responsible for securing the appearance of CSI, Brown and Sabins at their depositions.

**At the March 25, 2011 conference**, BP shall report on the status of CSI's Rule 30(b)(6) deposition.

| No. | Name | Employer | Requesting Party | Date |
|---|---|---|---|---|
| 42. | Brown, David | CSI Technologies | PSC | June 13 and 14 |
| 108. | Sabins, Fred | CSI Technologies | Halliburton | April 28 and 29 |
| 109. | Rule 30(b)(6) | CSI Technologies | APC/MOEX | |

**6.    Event Track**.

**At the March 25, 2011 conference**, BP shall update the status of these depositions.

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 14. | Guide, John Alex | BP | Event | May 9 and 10 (tentative) |

BP reported that confirmation of the dates was required.

| | | | | |
|---|---|---|---|---|
| 23. | O'Bryan, Patrick | BP | Event | July 7 and 8 (tentative) |

O'Bryan's counsel was present and the schedule for the deposition was discussed.

| | | | | |
|---|---|---|---|---|
| 21. | Mogford, John | BP | Event | |

BP reported that it has contacted Mogford's counsel.

| | | | | |
|---|---|---|---|---|
| 36. | Vidrine, Donald | BP | Event | May 18 and 19 (tentative) |

BP reported that Vidrine's health remains an issue.

| | | | | |
|---|---|---|---|---|
| 55. | Lacy, Kevin | Former BP (Talisman En) | Event | June 1 and 2 (tentative) |

BP reported that Lacy is a former BP employee. It cannot guarantee his appearance in New Orleans. There was discussion concerning the difficulty of making arrangements for facilities for depositions in other cities.

**7.    Notices for Rule 30(b)(6) depositions**.

As agreement is reached on the topics designated for a Rule 30(b)(6) deposition, the PSC or other requesting party shall put the notice in final form and include "Agreed Notice for _____". The PSC or other requesting party shall serve the notices through Lexis/Nexis.

**8**.    **Rule 30(b)(6) for Kongsberg** (Requested by PSC).

The dates for Kongsberg and its two designees, Hayyan and Johnson, were confirmed. The stipulation requested by Kongsberg was prepared and accepted by it.

| | | | |
|---|---|---|---|
| 47. | Alderr, Hayyan - Kongsberg | | April 4 and 5 |
| 48. | Johnson, Ronald - Kongsberg | | April 4 and 5 |

    49.    Rule 30(b)(6) Kongsberg    April 4 and 5

**9.** **Rule 30(b)(6) for Oceaneering and Cobalt Int'l** (Requested by PSC).

**At the March 25, 2011 conference**, the PSC shall update the following.

    53.    Rule 30(b)(6) Oceaneering    April 12 (tentative)

    41.    Rule 30(b)(6) Cobalt Int'l Energy

**10.** **Rule 30(b)(6) for Wild Well Control and Pat Campbell**

**At the March 25, 2011 conference**, the PSC shall report on the status of the Rule 30(b)(6) deposition for Wild Well Control.

    198.    Rule 30(b)(6) Wild Well Control    April 13 (tentative)

**At the March 25, 2011 conference**, BP shall report on the status of Pat Campbell, a senior executive vice-president for Wild Well Control, and whether he will be the designated representative for Wild Well Control. BP shall discuss arrangements for his deposition in New Orleans rather than Houston. BP shall also work for an earlier date.

    113.    Campbell, Pat  Wild Well Control    July 12 and 13 (tentative)

**11.** **Rule 30(b)(6) Depositions** (BP responsible).

BP is working with Anadarko and Halliburon on the resolution of the Rule 30(b)(6) notices for these non-parties. BP is responsible for: (1) contacting the non-party; and (2) scheduling the depositions. **At the March 25, 2011 conference**, it shall report on the status of the depositions.

| No. | Deponent | Track | Requested by |
|---|---|---|---|
| 85. | Add Energy | Investigation | APC & MOEX |
| 86. | Baker Risk | Investigation | APC & MOEX |
| 145. | Stress Engineering | Investigation | APC & MOEX |

5

      192.    Vector Magnetics        Event                Halliburton

**12.** **Rule 30(b)(6) Deposition-Dril-Quip** (Halliburton responsible).

Halliburton reported that it had contacted counsel for Dril-Quip. Halliburton requested that this scheduling be passed for two weeks. **At the April 1, 2011 conference**, it shall report on the status of the Rule 30(b)(6) deposition for Dril-Quip.

      112.    Dril-Quip, Inc.          Event          Halliburton

**13.** **Rule 30(b)(6) Depositions-Randy Smith Training Solutions and Nexen** (Anadarko responsible).

**At the March 25, 2011 conference**, Anadarko shall report on the status of these depositions.

      54.    Randy Smith Training Sol.    Response    PSC, US, AL, APC & MOEX

Anadarko reported that it contacted counsel for the deponent.

      138.    Nexen, Inc.           Response    APC & MOEX

Anadarko reported that there were no objections to its limited notice of three or four topics.

**14.** **Rule 30(b)(6) Deposition-DNV and Haynie and McKay**.

**At the March 25, 2011 conference**, Anadarko shall report on the status of the Rule 30(b)(6) deposition for Det Norske Veritas (DNV).

      111.    DNV                   Event          APC & MOEX

There is agreement that the DNV deposition should be scheduled after the BOP testing is completed. It is anticipated that there will be two representatives for DNV. Anadarko was asked to obtain more information on the costs sought by DNV.

**At the March 25, 2011 conference**, BP shall report on the status of the Haynie and McKay depositions and whether either of them will be the designee for DNV.

| | | | | | |
|---|---|---|---|---|---|
| 88. | Haynie, William | ABS Surveyor | Event | | BP requests |
| 110. | McKay, David | DNV Surveyor | | | BP request |

**15.    Rule 30(b)(6) for BP** (Nos. 35 and 103 on Master List).

There was agreement on the contents of the Rule 30(b)(6) notice for BP. **At the March 25, 2011 conference**, BP shall report on its designees and their availability for depositions.

**16.    Rule 30(b)(6) for Transocean** (Nos. 77 and 168-171 on Master List).

Transocean reported that there was agreement on the contents of the Rule 30(b)(6) notice for its deposition except for one issue with Anadarko. Counsel for Anadarko and Transocean will meet and confer on this issue. Transocean reported that Adrian Rose and Randy Ezell will be designees for Transocean's Rule 30(b)(6) depositions.

| | | | | |
|---|---|---|---|---|
| 70. | Rose, Adrian | Transocean | Event | April 25 and 26 |
| 152. | Ezell, Randy | Transocean | Event | March 30 and 31 |

**At the March 25, 2011 conference**, Transocean shall report on the status of the Rule 30(b)(6) notice, its designees, and the scheduling of their depositions.

**17.    Rule 30(b)(6) for Halliburton and Sperry** (Nos. 126 and 144 on Master List).

Halliburton reported that it was working to resolve issues on the revised Rule 30(b)(6) notice (No. 126 on the Master List). Richard Vargo (No. 46 on the Master List) is scheduled for March 30 and 31. Before the close of business on **Monday, March 21, 2011**, Halliburton will notify the parties of the topics for which Vargo will be designated.

John Gisclair (No. 115 on the Master List) was designated for topics on the other Rule 30(b)(6) notice (No. 144 on the Master List), including the topics designated for Sperry. He was deposed on March 14 and 15.

**On March 25, 2011**, Halliburton will confirm that, with the depositions of Gisclair and Vargo, the Rule 30(b)(6) depositions of Haliburton and Sperry (Nos. 126 and 144 on Master List) will be completed.

18. **Rule 30(b)(6) for M-I Swaco** (No. 132 on Master List).

M-I Swaco reported that Brad Billon will be designated as to all areas except insurance. He will be produced for the Rule 30(b)(6) deposition on June 23 and 24, 2011. **At the March 25, 2011, conference,** M-I Swaco will report on the designee and available dates for the insurance area of examination.

19. **Rule 30(b)(6) for Weatherford** (Nos. 195-197 on Master List).

Weatherford reported that it was working to resolve issues with the Rule 30(b)(6) deposition notice. There are no Hague Convention issues. The tentative date is June 6 and 7 in New Orleans. **On March 25, 2011**, Weatherford shall report on: (1) resolution of the Rule 30(b)(6) notice; (2) designees for the deposition; (3) confirmation of the date for its Rule 30(b)(6) deposition; and (4) dates for the depositions of Clawson and Oldham

| No. | Name | Employer | Track | Deposition Date |
|---|---|---|---|---|
| 195-97. | | Weatherford | Event | June 6 and 7 (tentative) |
| | | | | Requested by |
| 193 | Clawson, Bryan | Weatherford | Event | Halliburton/BP |
| 194. | Oldfather, Daniel | Weatherford | Event | Haliburton |

20. **Rule 30(b)(6) MOEX**.

MOEX has reported that the following will require compliance with the Hague Convention. BP reported that it will pursue these depositions.

| | | | | | |
|---|---|---|---|---|---|
| 136. | Naito, Shinjiro | Mitsui | Event | BP | |
| 137. | Yamamoto, Kyoto | Mitsui | Event | BP | |

**21.   Rule 30(b)(6) Cameron**.

At the conclusion of the conference, there was discussion concerning Cameron's objections to the PSC's Rule 30(b)(6) notice. The PSC proposed that the parties proceed with the Rule 30(b)(6) with a reservation of rights by Cameron to object to information sought beyond that which its designees provide and the PSC's right to request additional information. This was acceptable to Cameron. As to the time frame, the PSC proposed a cutoff of January 1, 1990. Counsel for Cameron requested an opportunity to discuss the time frame proposal with their client.

There was agreement that Cameron shall produce documents on the undisputed portions of the categories as promptly as possible since the documents are needed for other depositions.

**At the March 25, 2011 conference**, Cameron shall report on: (1) the status of finalizing the Rule 30(b)(6) notice; (2) additional designees and dates for the Rule 30(b)(6) deposition.

| | | | | |
|---|---|---|---|---|
| 199. | Rule 30(b)(6) | Cameron | Event | |
| 106. | McWhorter, David | Cameron (Rule 30(b)(6)) | | July 7 and 8 |
| 107. | Whitby, Melvin | Cameron | Event | July 18 and 19 |

**22.   Timothy Crone** (No. 87 on Master List).

The PSC reported that it may use Timothy Crone (No. 87) as an expert. He is not a top priority for BP. **At the March 25, 2011 conference**, BP and PSC shall report on his status.

| | | | |
|---|---|---|---|
| 87. | Crone, Timothy | Non-Gov. Researcher Event | BP |

23. **BP Reports**.

   **At the March 25, 2011 conference**, BP shall report on the following.

   | No. | Name | Employer | Track | Requested by |
   |---|---|---|---|---|
   | 13. | Grounds, Cheryl | BP | | Louisiana |
   | 29. | Skidmore, Ross | BP E&P | | LA and Halliburton |
   | 97. | Lambert, Lee | BP | Event | Transocean |

   BP reported that Lambert works offshore (two weeks on and two weeks off). The tentative dates for his depositions are either May 9 and 10 or May 23 and 24.

   | | | | | |
   |---|---|---|---|---|
   | 114. | Dupriest, Fred | Exxon Mobil | | BP |
   | 128. | Bourgoyne, Darryl | LSU-Dept Petro Engineering | | BP |
   | 129. | Tyagi, Mayank | LSU-Dept Petro Engineering | | BP |
   | 142. | Hartmann, Robin | Shell | | BP |
   | 143. | Williams, Charlie | Shell | | BP |
   | 146. | Cargol, Mike | Subsea | | BP |

24. **Transocean Reports**.

   **At the March 25, 2011 conference**, Transocean shall report on the following.

   | | | | | |
   |---|---|---|---|---|
   | 60. | Kent, James | Transocean | | Louisiana |
   | 62. | Long, Bob | Transocean | | Louisiana |
   | 82.[5] | Redd, Eddy | Transocean | | PSC |
   | 147. | Ambrose, Bill | Transocean | Event | BP |

---

[5] The PSC reported that it identified Eddy Redd, a former Transocean employee, as an additional person to be deposed. He was assigned no. 82 on the Master List.

10

| | | | | |
|---|---|---|---|---|
| 148. | Bertone, Stephen Ray | `Transocean | Event | Halliburton and BP |

Transocean reported that Kurt Arnold represents Bertone.

| | | | | |
|---|---|---|---|---|
| 149. | Breland, Craig | Transocean | Event | Halliburton |
| 150. | Brown, Douglas H. | Transocean | Event | Halliburton and BP |
| 153. | Hay, Mark David | Transocean | Event | Halliburton and BP |

25. **Halliburton Reports**.

**At the March 25, 2011 conference**, Halliburton shall report on the following:

| | | | | |
|---|---|---|---|---|
| 118. | Probert, Tim | Halliburton | Event | May 9 or 10 (tentative) |
| 120. | Ravi, Dr. Kris | Halliburton | Event | BP |

Dr. Ravi is a consulting expert. Halliburton and BP shall meet and confer on his deposition.

| | | | | |
|---|---|---|---|---|
| 121. | Roth, Tommy | Halliburton | Event | June 27 and 28 (tentative) |
| 122. | Tabler, Vincent | Halliburton | Event | June 13 and 14 (tentative) |
| 127. | Adams, Neal | Independent Consultant (Petro Engineer) | | |

Adams is a consulting expert. Halliburton and BP shall meet and confer on his deposition.

| | | | | |
|---|---|---|---|---|
| 130. | Lindner, Leo | M-I Swaco | Event | April 25-26 (tentative) |

Lindner is represented by Anthony Buzbee. Halliburton will issue a notice.

| | | | | |
|---|---|---|---|---|
| 139. | Kritzer, Joshua | OCS | Event | April 6-7 (tentative) |
| 140. | Lambert, Heath | OCS | Event | April 27-28 (tentative) |

Halliburton will issue notices for Kritzer and Lambert.

26. **Anadarko/MOEX Reports**.

**At the March 25, 2011 conference**, Anadarko and MOEX shall report on the following.

    141.    Paine, Kate    Quadril Energy    APC/MOEX

**27.** **Court Reports.**

| Name | Employer | Requesting Parties |
|---|---|---|
| 57. Fleytas, Andrea | Transocean | PSC, US, AL, APC, MOEX, BP |

The Court reported that counsel for Fleytas, Kurt Arnold, has been notified to provide dates for the deposition.

    117.    Haire, Christopher    Halliburton    BP and Transocean

The Court reported that counsel for Haire, Anthony Buzbee, will provide dates for the deposition.

**28.** **U.S. Deponents Requested by BP.**

This category is deferred to March 25.

**29.** **Third-party complaints and other deadlines.**

Alan York is preparing an order to clarify the deadlines.

**30.** **Procedure for resolving claims of privilege for particular documents.**

When an issue arises as to whether particular documents are protected from disclosure, the parties shall proceed as follows:

    a.    Submit the document(s) for *in camera* inspection.[6]

    b.    The document(s) shall not be filed in the record.

    c.    Submit letters with the arguments pro or con on the privilege issue. The Court will file the letters under seal.

    d.    The ruling on whether the document(s) are protected from disclosure will be filed in

---

[6] This is not a blanket invitation to submit documents for *in camera* review. Counsel is expected to confer and narrow the scope of all disputes regarding the claim that documents are privileged.

       the record.  The ruling will not be filed under seal.

e.     If the ruling is appealed, the document(s) will be passed to Judge Barbier for *in camera* review.

**31.**    **Morel Marital Privilege**.

Brian Morel's counsel provided the Court with a letter in support of the claim of privilege and the documents which he contends are protected from disclosure by the marital privilege.  After the PSC receives the letter, it shall notify the Court of when it can respond to the letter.

**32.**    **Cathleenia Willis' Motion for Protective Order (Rec. doc. 1671).**

125.    Willis, Cathleenia    Halliburton    BP, APC, MOEX, Transocean

Willis has filed a motion for a protective order to prevent or delay her deposition.  The date selected for her deposition will be deferred, and no action will be taken on the motion until after the Marine Board hearing in early April.

**33.**    **MDL 2185 Update**.

It was agreed that the time allotted for the examination of a deponent by counsel in MDL 2185 will be set at the end of the deposition.  By the morning of **Monday, March 21, 2011,** the derivative plaintiffs in MDL 2185 shall notify counsel for BP whether they will participate in the examination of John Sprague with the limit of 1.5 hours proposed by BP.  At the **March 25, 2011** conference, counsel for the plaintiffs in MDL 2185 shall report on whether they have been able to narrow their list of deponents requiring additional time.

**34.**    **PSC's Discovery Issues Regarding BP.**

The PSC shall prioritize its document requests to BP.  BP shall provide deadlines by which it shall respond to the document requests.

The PSC shall submit a revised request to BP for marketing and press release documents.

The issue of the damage analysis documents is deferred to March 25, 2011.

The requests for documents relating to safety history are limited to the Gulf of Mexico.

**35.** **Transocean's Motion for Leave to file Complaint in Intervention (Rec. doc 1667)**.

Pretrial Order No. 15 provides that motions will be continued without date unless a motion is specifically excepted by the Court. Rec. doc. 676. On March 16, 2011, Transocean filed a motion for leave to file a complaint in intervention in the declaratory judgment actions filed by its insurers. Rec. doc. 1667. Transocean requested that its motion for leave to intervene be excepted from Pretrial Order No. 15 and set for submission without oral argument on briefs. There was no opposition to Transocean's request. Judge Barbier will take up the motion.

**36**. **Email Off (Cease Fire)**.

Email will be off for all purposes in MDL 2179 on the following days.

| | |
|---|---|
| Saturday, March 19, 2011 | Saturday, June 4, 2011 |
| Saturday, April 2, 2011 | Saturday, June 18, 2011 |
| Saturday, April 16, 2011 | Saturday, July 2, 2011 |
| Sunday, April 24, 2011 | Saturday, July 16, 2011 |
| Saturday, May 7, 2011 | Saturday, July 30, 2011 |
| Saturday, May 21, 2011 | |

New Orleans, Louisiana, this 23rd day of March, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**