UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE:  THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | JUDGE BARBIER SECTION J MAGISTRATE JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | * * * * | MAG. DIV. 1 |

* * * * * * * * * * * * * * * * * * * * *   *

**DEFENDANT DRC EMERGENCY SERVICES, LLC'S MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO FILE THIRD-PARTY COMPLAINTS**

Defendant DRC Emergency Services, LLC moves the Court for a fourteen-day extension of time within which to assert any third-party complaints as described in the Court's March 15, 2011 order.[1]  All third-party complaints by DRC, as a Rule 14(c) defendant in the Limitation Action, are due Friday, March 25, 2011.[2]  Undersigned counsel began representation of DRC only recently and is still sorting through thousands of contract documents.  Because the undersigned's investigation is incomplete, the identity of potential third-party defendants remains unknown.  DRC requests a fourteen-day extension of the March 25, 2011 deadline so that it may further investigate and, if necessary, assert any required third-party demands.

---

[1] 2:10-md-02179, Rec. Doc. 1641.
[2] *Id.*

WHEREFORE, DRC asks that its motion be granted and that its deadline to file third-party complaints, as described in the March 15, 2011 order, be extended by fourteen days, resulting in an April 8, 2011 deadline.

          Respectfully submitted,

          /s/   Harold J. Flanagan
          Harold J. Flanagan (Bar No. 24091)
          Stephen M. Pesce (Bar No. 29380)
          Sean P. Brady (Bar No. 30410)
          Andy Dupre (Bar No. 32437)
          **FLANAGAN PARTNERS LLP**
          201 St. Charles Avenue, Suite 2405
          New Orleans, Louisiana 70170
          Telephone:  504-569-0235
          Facsimile:  504-592-0251
          hflanagan@flanaganpartners.com
          spesce@flanaganpartners.com
          sbrady@flanaganpartners.com
          adupre@flanaganpartners.com

          *Attorneys for DRC Emergency Services, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of March, 2011.

             /s/  Harold J. Flanagan