UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 <br><br> CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE:  THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | JUDGE BARBIER <br><br> SECTION J <br><br> MAGISTRATE JUDGE SHUSHAN <br><br> MAG. DIV. 1 |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion for Extension of Time filed by the defendant, DRC Emergency Services, LLC,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that DRC Emergency Services, LLC shall have until April 8, 2011, to file third-party complaints.

New Orleans, Louisiana, this _____ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE