## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL     *

RIG DEEPWATER HORIZON IN     *    **MDL NO. 2179**

THE GULF OF MEXICO, ON     *

APRIL 20, 2010     *    **CIVIL ACTION NO. 2:10-CV-02771**

    *

IN RE:  THE COMPLAINT AND     *    **JUDGE BARBIER**

PETITION OF TRITON ASSET     *

LEASING GmbH, ET AL., IN A     *    **SECTION J**

CAUSE FOR EXONERATION     *

FROM OR LIMITATION OF     *    **MAGISTRATE JUDGE SHUSHAN**

LIABILITY     *

    *    **MAG. DIV. 1**

THIS DOCUMENT RELATES TO:     *

2:10-CV-02771     *

    *

* * * * * * * * * * * * * * * * * * * * *   *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant DRC Emergency Services, LLC submits for consideration its Motion for Extension of Time before the Honorable Carl J. Barbier at 10:00 a.m. on April 7, 2011.  An Ex Parte Motion to Expedite Submission has also been filed.

Respectfully submitted,

/s/      Harold J. Flanagan

Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

***Attorneys for DRC Emergency Services, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of March, 2011.


/s/      Harold J. Flanagan