UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE:  THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | JUDGE BARBIER SECTION J MAGISTRATE JUDGE SHUSHAN MAG. DIV. 1 |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | * * * | |

* * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXPEDITED SUBMISSION

Defendant DRC Emergency Services, LLC moves for expedited submission of its Motion for Extension of Time, wherein DRC seeks a fourteen-day extension of time from the March 25, 2011 deadline within which to file third-party complaints.  Because the March 25, 2011 deadline is only two days away, DRC's Motion for Extension of Time should be considered on an expedited basis for ruling prior to March 25, 2011.

WHEREFORE, DRC asks that its Motion for Expedited Submission be granted and that its Motion for Extension of Time be considered prior to March 25, 2011.

Respectfully submitted,

/s/      Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Ex Parte* Motion for Expedited Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of March, 2011.

/s/    Harold J. Flanagan