IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

This Document relates to:

Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.*

MDL No. 2179

Section: J

Judge Barbier
Magistrate Judge Shushan

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW COMES INTO COURT, Steve W. Berman, Craig R. Spiegel, Karl P. Barth, Leonard W. Aragon and Michael D. Freeman, and files this Motion to Withdraw as Counsel of Record, and would show unto this Honorable Court as follows:

1. At the time of the original filing of this matter in the Southern District of Alabama, Southern Division, the following attorneys were serving as co-counsel for Plaintiffs: Steve W. Berman, Craig R. Spiegel, Karl P. Barth and Leonard W. Aragon of the law firm Hagens Berman Sobol Shapiro LLP. These attorneys were serving as co-counsel with Michael D. Freeman, among others, with the law firm of Balch & Bingham LLP.

2. Steve W. Berman, Craig R. Spiegel, Karl P. Barth and Leonard W. Aragon are no longer serving as co-counsel, and desire to withdraw as counsel of record from the above captioned matter.

3. Michael D. Freeman, among other attorneys with the law firm of Balch & Bingham LLP, currently serves as counsel for all Plaintiffs in the above captioned matter, and will continue to do so.

4. Steve W. Berman, Craig R. Spiegel, Karl P. Barth and Leonard W. Aragon, therefore, no longer represent Plaintiffs or potential Plaintiffs in the above captioned matter.

WHEREFORE, PREMISES CONSIDERED, Steve W. Berman, Craig R. Spiegel, Karl P. Barth and Leonard W. Aragon respectfully request that they be removed as counsel of record for the Plaintiffs in this matter.

RESPECTFULLY SUBMITTED this the 24th day of March, 2011.

/s Michael D. Freeman
Michael D. Freeman (ASB-6065-F44M)
P. Stephen Gidiere III (ASB-0476-R53P)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

and

/s Craig R. Spiegel
Steve W. Berman
Craig R. Spiegel
Karl P. Barth
Leonard W. Aragon
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98008
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 24th day of March, 2011.

      /s Michael D. Freeman
      Of Counsel