IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | § | Section: J |
| This Document relates to: | § § | |
| Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § § | Judge Barbier Magistrate Judge Shushan |

## ORDER

Having considered the foregoing Motion to Withdraw Counsel of Record in this matter and finding it to be meritorious:

IT IS ORDERED that the Motion to Withdraw Counsel of Record is hereby GRANTED;

IT IS FURTHER ORDERED that Steve W. Berman, Craig R. Spiegel, Karl P. Barth and Leonard W. Aragon of the law firm Hagens Berman Sobol Shapiro LLP are hereby removed as counsel of record for the above captioned matter.

New Orleans, Louisiana, this the ____ day of _____, 20_____.

_____
DISTRICT COURT JUDGE

121645.1