IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 Section: J |
| This Document relates to: Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § § § | Judge Barbier Magistrate Judge Shushan |

### MOTION TO ENROLL COUNSEL OF RECORD

NOW COMES INTO COURT, Michael D. Freeman of the law firm Balch & Bingham LLP, and files this Motion to Enroll Counsel of Record, and would show unto this Honorable Court as follows:

1. Michael D. Freeman is lead counsel for Plaintiffs in this matter and has been since this matter was originally filed in the Southern District of Alabama, Southern Division.

2. Michael D. Freeman is a partner in the law firm of Balch & Bingham LLP, which represents all the Plaintiffs in the above captioned matter.

3. Michael D. Freeman desires to enroll the following attorneys with Balch & Bingham LLP as lead counsel in this matter:

>Jonathan P. Dyal (MS Bar No. 99146) (jdyal@balch.com)
>Matthew W. McDade (LSB – 32899) (mmcdade@balch.com)
>BALCH & BINGHAM LLP
>1310 Twenty Fifth Avenue
>Gulfport, MS 39501
>Telephone: (228) 864-9900
>Facsimile: (228) 864-8221

4. Michael Freeman and P. Stephen Gidiere III desire to remain as counsel of record, but will no longer serve as lead counsel for the Plaintiffs in this matter.

WHEREFORE, PREMISES CONSIDERED, Michael D. Freeman, respectfully requests that Jonathan P. Dyal and Matthew W. McDade of Balch & Bingham LLP be enrolled as lead counsel for Plaintiffs in this matter, and should be notified of any filings in this case.

RESPECTFULLY SUBMITTED this the 24th day of March, 2011.

   /s Michael D. Freeman
Michael D. Freeman (ASB-6065-F44M)
P. Stephen Gidiere III (ASB-0476-R53P)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

and

Jonathan P. Dyal (MS Bar No. 99146)
Matthew W. McDade (LSB – 32899)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing First Amended Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 24th day of March, 2011.

        /s Michael D. Freeman
Of Counsel