IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | § | Section: J |
| This Document relates to: | § § | |
| Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § | Judge Barbier Magistrate Judge Shushan |

## ORDER

Having considered the foregoing Motion to Enroll Counsel of Record in this matter and finding it to be meritorious:

IT IS ORDERED that the Motion to Enroll Counsel of Record is hereby GRANTED;

IT IS FURTHER ORDERED that Jonathan P. Dyal and Matthew W. McDade of the law firm of Balch & Bingham LLP are hereby enrolled as lead counsel of record for the Plaintiffs in the above captioned matter;

IT IS FURTHER ORDERED that Michael D Freeman and P. Stephen Gidiere shall remain as counsel of record in the above captioned matter, but will no longer serve as lead counsel.

New Orleans, Louisiana, this the ____ day of _____, 20_____.

_____
DISTRICT COURT JUDGE

121647.1