# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 02:10-CV-1196 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to File Third Amending Complaint filed by Plaintiff, **Michelle M. Jones,** individually and as personal representative of her minor sons, **Stafford Hess Jones and Maxwell Gordon Jones**;

**IT IS ORDERED** that Plaintiff is allowed to file the Third Amending Amended Complaint as prayed for.

New Orleans, Louisiana, this __23rd__ day of _____March_____, 2010.

_____
United States District Judge