UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| *Cases in which Holland and Knight has entered appearance on behalf of M-I, LLC* | SECTION: J(1) |

**ORDER**

**IT IS ORDERED** that Noel R. Boeke, Joseph H. Varner, III, Bradford D. Kimbro, and the law firm of Holland & Knight LLP's **Motion to Withdraw as Counsel for M-I, LLC (Rec. Doc. 1711)** is hereby **GRANTED**. Counsel is hereby withdrawn from all cases in which Holland & Knight, LLP has entered an appearance on behalf of M-I, LLC, specifically the cases listed in Movant's Motion.

New Orleans, Louisiana this 23rd day of March, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1