UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*          JUDGE BARBIER
         MAGISTRATE JUDGE SHUSHAN

### ORDER

**[Regarding BP's Request to "Clawback" Memorandum Drafted by Mike Nash]**

On March 2, 2011, the PSC sought guidance on two privilege issues. Rec. doc. 1559. One of these concerns the requirements in Pretrial Order No. 14 (Rec. doc. 655), paragraph 2, for privilege log identification of post-April 20, 200 communications involving in-house counsel. BP, Halliburton and APC/MOEX submitted responses. Rec. docs. 1560-1562. The PSC submitted a reply letter. Rec. doc. 1636.

On March 12, 2011, and in connection with the in-house counsel privilege log issue, the PSC submitted a document (BP-HZN-BLY00180368-371) for *in camera* review. It was drafted by Mike Nash, BP corporate counsel. The document was produced by BP, but it asserted a clawback privilege over the document. Pretrial Order No. 13 (Order Protecting Confidentiality) (Rec. doc. 641) provides that the "[a]ccidental or inadvertent disclosure of information does not waive the confidential status of such information or any privilege attached thereto." Id. at 2. On March 16, 2011, BP submitted a further letter contending that the document was inadvertently produced and was protected from disclosure. Rec. doc. 1717.

On March 17, 2011, there was a telephone status conference with counsel for the PSC and BP. Alan York, counsel for Halliburton, also participated. The privilege log issue was not resolved and BP will make a submission *in camera* to the Court.

After reviewing the document, submissions, and considering the arguments of counsel, the Court finds that the document was protected from disclosure by the attorney-client privilege and was inadverently produced. Pursuant to Pretrial Order No. 13, BP is entitled to the return of the document as it is attorney-client privileged.

IT IS ORDERED that BP's letter request for the return of document (BP-HZN-BLY00180368-371) (Rec. doc. 1717) is GRANTED.

New Orleans, Louisiana, this 24th day of March, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**