# ATTACHMENT A

FILING SCHEDULE

LIMITATION DOCKET : 10-2771

DATE        DEADLINE/EVENT

3/25/2011    All 14(c) Third Party Defendants' Third Party Complaints in the Limitation Action against parties not already in the Limitation Action.

4/20/2011    All Cross-claims/Counterclaims/Direct Claims by all parties against the Limitation Petitioners (in the Limitation Action only).

All Cross-claims/Counterclaims by Limitation Petitioners (in the Limitation Action only).

All Cross-claims against the United States by any other Rule 14(c) Defendant (in the Limitation Action only).

All Answers to Limitation Petitioners' Complaint and Petition for Limitation/Exoneration under Supplemental Rule F.

5/20/2011    If a Tendered Third Party Defendant who has been served in the Limitation Action has not responded to the B1 and/or B3 Bundle Master Complaints or to the Pleading Bundle C Complaints in MDL 2179, then, with respect to the claims for which it has been tendered, that Rule 14(c) Third Party Defendant shall file a single Master Answer and/or Rule 12 Motion to the Plaintiffs' First Amended Master Claim in Limitation and other Claims in Limitation.

All Cross-claims by 14(c) Third Party Defendants (including the United States Government) against any other 14(c) Third Party Defendant (except for the United States Government against which cross-claims are due on 4/20/11)(applies in the Limitation Action only).

All Answers and/or Motions to Dismiss and Counterclaims by the United States Government in response to Cross-claims filed against it by the Limitations Petitioners or by any 14(c) Third Party Defendant (in the Limitations Action only)

All Answers and/or Motions to Dismiss and Counterclaims by Limitation Petitioners' in response to Cross-claims filed against them by 14(c) Defendants on 4/20/11 (in the Limitations Action only)

All Limitation Petitioners' Master Answer in response to the First Amended Master Claim (Rec. Doc. 249) and any and all other Claims in Limitation.

All Answers and/or Motions to Dismiss and Counterclaims by 14(c) Defendants in response to Cross-claims filed against them by Limitations Petitioners on 4/20/11 (in the Limitations Action only)

5

6

6/20/ 2011    All Rule 14(c) Defendants' and Limitation Petitioners' Answers and/or Rule 12 Motions in Response to Cross-claims/Counterclaims filed against them in the Limitation Action on May 20, 2011 by the Limitation Petitioners or by other Rule 14(c) Defendants.

All Counterclaims by 14(c) Defendants in response to Cross-claims filed against them in the Limitation Action on 5/20/2011 by other 14(c) Defendants (in the Limitations Action only).