1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
2

3   ******************************************************************

4   IN RE:  OIL SPILL BY THE
    OIL RIG *DEEPWATER HORIZON*
5   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
6
                            CIVIL ACTION NO. 10-MD-2179 "J"
7                           NEW ORLEANS, LOUISIANA
                            FRIDAY, MARCH 18, 2011, 9:30 A.M.
8
    THIS DOCUMENT RELATES TO
9   ALL ACTIONS

10  ******************************************************************

11
        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
12        HEARD BEFORE THE HONORABLE SALLY SHUSHAN
              UNITED STATES MAGISTRATE JUDGE
13

14  APPEARANCES:

15

16  PLAINTIFFS'
    LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
17                              BY:  JAMES P. ROY, ESQUIRE
                                P. O. BOX 3668
18                              556 JEFFERSON STREET
                                LAFAYETTE, LA  70502
19

20                              HERMAN HERMAN KATZ & COTLAR
                                BY:  STEPHEN J. HERMAN, ESQUIRE
21                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
22

23
    FOR THE PLAINTIFFS:         CUNNINGHAM BOUNDS
24                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                                1601 DAUPHIN STREET
25                              MOBILE, AL 36604

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                              IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQUIRE
 4                             ONE CANAL PLACE
                               365 CANAL STREET, SUITE 2990
 5                             NEW ORLEANS, LA  70130

 6

 7   FOR THE FEDERAL
     GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
 8                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                             450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
10                             SAN FRANCISCO, CA  94102

11

12   FOR STATE INTERESTS:      OFFICE OF THE ATTORNEY GENERAL
                               STATE OF ALABAMA
13                             BY:  COREY L. MAZE, ESQUIRE
                               501 WASHINGTON AVENUE
14                             MONTGOMERY, AL  36130

15

16   FOR THE STATE OF
     LOUISIANA:                KANNER & WHITELEY
17                             BY:  ALLAN KANNER, ESQUIRE
                               701 CAMP STREET
18                             NEW ORLEANS, LA  70130

19

20                             HENRY DART
                               ATTORNEYS AT LAW
21                             510 NORTH JEFFERSON STREET
                               COVINGTON, LA  70433

22

23

24

25
```

```
1   APPEARANCES CONTINUED:

2


3   FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
4   OFFSHORE DEEPWATER
    DRILLING INC., AND
5   TRANSOCEAN DEEPWATER
    INC.:                       FRILOT
6                               BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
7                               1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
8


9   FOR BP AMERICA INC.,
10  BP AMERICA PRODUCTION
    COMPANY, BP COMPANY
11  NORTH AMERICA INC.,
    BP CORPORATION NORTH
12  AMERICA INC.,
    BP EXPLORATION &
13  PRODUCTION INC.,
    BP HOLDINGS NORTH
14  AMERICA LIMITED,
    BP PRODUCTS NORTH
15  AMERICA INC.:               LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQUIRE
16                              ONE SHELL SQUARE
                                701 POYDRAS STREET
17                              SUITE 5000
                                NEW ORLEANS, LA 70139
18


19                              KIRKLAND & ELLIS
                                BY:   J. ANDREW LANGAN, ESQUIRE
20                                    TIMOTHY E. DUFFY, ESQUIRE
                                300 NORTH LASALLE
21                              CHICAGO, IL 60654

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                             BY:  CARMELITE M. BERTAUT, ESQUIRE
                               546 CARONDELET STREET
 5                             NEW ORLEANS, LA 70130

 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 8                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
 9                             1201 ELM STREET, SUITE 1700
                               DALLAS, TEXAS 75270
10

11                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
12                             1331 LAMAR, SUITE 1665
                               HOUSTON, TEXAS 77010
13

14
     FOR ANADARKO
15   PETROLEUM CORPORATION,
     ANADARKO E&P COMPANY LP,
16   MOEX USA CORPORATION,
     AND MOEX OFFSHORE 2007
17   LLC:                      KUCHLER POLK SCHELL WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQUIRE
18                                  ROBERT E. GUIDRY, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1300
19                             NEW ORLEANS, LA  70112

20

21   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                               BY:  STEVEN LUXTON, ESQUIRE
22                                  SHANNON A. LANG, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
23                             HOUSTON, TX  77002

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                 WEIL GOTSHAL & MANGES
                           BY:  THEODORE E. TSEKERIDES, ESQUIRE
 9                         767 FIFTH AVENUE
                           NEW YORK, NY  10153
10

11   FOR WEATHERFORD U.S.,
     L.P.:                 JONES WALKER
12                         BY:  RICHARD D. BERTRAM, ESQUIRE
                           PLACE ST. CHARLES
13                         201 ST. CHARLES AVENUE
                           NEW ORLEANS, LA 70170
14

15
     FOR DRIL-QUIP, INC.:  WARE JACKSON LEE & CHAMBERS
16                         BY:  C. DENNIS BARROW, JR., ESQUIRE
                           2929 ALLEN PARKWAY, 42ND FLOOR
17                         HOUSTON, TEXAS 77019

18
     ALSO PRESENT:         METHOFF LAW FIRM
19                         BY:  WILLIAM STRADLEY, ESQUIRE
                           3450 ONE ALLEN CENTER
20                         500 DALLAS STREET
                           HOUSTON, TX  77002
21

22                         ANTHONY FITCH, ESQUIRE
                           JEREMY RUSH, ESQUIRE
23                         RICHARD SIMMONS, ESQUIRE
                           RON KRAVITZ, ESQUIRE
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           JOHN ALDEN MEADE, ESQUIRE
                             GEOFF GANNAWAY, ESQUIRE
 4                           STEPHEN PESCE, ESQUIRE
                             LORI FELDMAN, ESQUIRE
 5

 6                           JIMMY WILLIAMSON, ESQUIRE
                             ERVIN GONZALEZ, ESQUIRE
 7                           BRYAN PAYNE, ESQUIRE
                             PAUL STERBCOW, ESQUIRE
 8

 9

10   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
                                  500 POYDRAS STREET, ROOM B406
11                                NEW ORLEANS, LA   70130
                                  (504) 589-7779
12

13   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3    AGENDA ITEMS                                          PAGE

4

5    CORRECTIONS RELATIVE TO SCHEDULING.....................  11

6    UNITED KINGDOM DEPOSITIONS............................  11

7    CERTAIN DEPONENTS.....................................  12

8    INVESTIGATIVE TRACK...................................  13

9    EVENT TRACK...........................................  14

10   KONGSBERG DEPOSITION..................................  17

11   30(B)(6) FOR OCEANEERING..............................  19

12   COBALT AND WILD WELL..................................  20

13   BP 30(B)(6) NOTICE....................................  21

14   TRANSOCEAN 30(B)(6) DEPOSITION........................  22

15   HALLIBURTON 30(B)(6)..................................  25

16   SPERRY 30(B)(6).......................................  26

17   M-I SWACO INSURANCE PORTION OF THE DESIGNATION........  28

18   WEATHERFORD'S RULE 30(B)(6)...........................  29

19   MOEX AND ITS DEPOSITIONS..............................  29

20   RANDY SMITH TRAINING..................................  30

21   ADD, BAKER RISK, AND STRESS...........................  31

22   DNV...................................................  32

23   DRIL-QUIP.............................................  34

24   NEXEN.................................................  35

25   VECTOR MAGNETICS......................................  36

1   EDDY REDD............................................  37

2   TIMOTHY CRONE.......................................  37

3   MELVIN WHITBY.......................................  38

4   WILLIAM HAYNIE AND LEE LAMBERT......................  40

5   DAVID MCKAY.........................................  40

6   PAT CAMPBELL........................................  41

7   FRED DUPRIEST.......................................  43

8   128 AND 129, THE LSU PROFESSORS.....................  43

9   NEAL ADAMS..........................................  44

10  DR. KRIS RAVI.......................................  44

11  TIM PROBERT.........................................  45

12  VINCENT TABLER......................................  45

13  TOMMY ROTH..........................................  45

14  INDIVIDUAL PEOPLE REPRESENTED BY THEIR OWN COUNSEL..  46

15  CATHLEENIA WILLIS...................................  46

16  MASTER LIST DEPONENTS...............................  49

17  PROCEDURE FOR RESOLVING CLAIMS OF PRIVILEGE FOR      57

18  PARTICULAR DOCUMENTS AND PORTIONS OF DEPOSITIONS.......

19  MARITAL PRIVILEGE...................................  58

20  2185 PLAINTIFF GROUP................................  60

21  CAMERON 30(B)(6) NOTICE.............................  72

22  E-MAIL OFF..........................................  73

23  DISCOVERY ISSUES....................................  76

24  TRANSOCEAN'S INSURANCE POLICIES AND BP AND ANADARKO'S  84

25  ADDITIONAL INSURED ALLEGATIONS WITH RESPECT TO THOSE ..

1  POLICIES...............................................

2  JUDGE BARBIER'S NEXT STATUS CONFERENCE IS MARCH 25,      87

3  2011, AT 9:30 AND JUDGE SHUSHAN'S STATUS CONFERENCE

4  WILL PROBABLY BE MORE LIKE 11:00.......................

5  CAMERON 30(B)(6) DEPOSITION NOTICE.....................  87

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **P-R-O-C-E-E-D-N-G-S**

2                      FRIDAY, MARCH 18, 2011

3                   M O R N I N G   S E S S I O N

4                    (COURT CALLED TO ORDER)

5

09:30AM  6

09:30AM  7          THE DEPUTY CLERK:  All rise.

09:30AM  8          THE COURT:  Good morning.

09:30AM  9          VOICES:  Good morning, Your Honor.

09:30AM 10          THE COURT:  Let's see if I can get our telephone

09:30AM 11  participants on the phone without disconnecting them, the first

09:30AM 12  order of the day.

09:30AM 13              Good morning, phone participants.  How are you

09:31AM 14  today?

09:31AM 15          VOICES:  Good morning, Your Honor.

09:31AM 16          THE COURT:  Good morning, good morning.  I'm glad I

09:31AM 17  didn't disconnect you.  That's a good start to the day, right?

09:31AM 18          VOICES:  Right.

09:31AM 19          THE COURT:  Is Steve here, or am I missing him?

09:31AM 20              Hello, Steve Herman.

09:31AM 21      MR. HERMAN:  Good morning, Your Honor.

09:31AM 22          THE COURT:  We got your corrected statement relative to

09:31AM 23  court-authorized notice paid by the Plaintiffs' Steering

09:31AM 24  Committee.  Unless anybody has any objections to that, we think

09:31AM 25  it's fine.

09:31AM 1         MR. HERMAN:  Thank you.

09:31AM 2         THE COURT:  You're welcome.

09:31AM 3           All right.  We have some corrections relative to

09:32AM 4 scheduling.

09:32AM 5           We had Mr. Quitzau down for the wrong date.  He

09:32AM 6 will be scheduled for May 25 and 26.  I think the calendar now

09:32AM 7 reflects that; is that right, Mr. Maze?

09:32AM 8         MR. MAZE:  It does.  25 and 26.

09:32AM 9         THE COURT:  Right.  We had a real debate this week about

09:32AM 10 Mr. LeNormand.  I have looked at my notes, which said that it was

09:32AM 11 the 13th and 14th.  Kat's notes said the 13th and 14th.  The

09:32AM 12 transcript said the 13th and 14th.  But Carmelite wants it on the

09:32AM 13 20th and the 21st.  So hopefully the calendar shows that June 20,

09:32AM 14 21 is Mr. LeNormand.

09:33AM 15         MS. BERTAUT:  Thank you, Your Honor.

09:33AM 16         MR. MAZE:  20 and 21?

09:33AM 17         THE COURT:  20 and 21.

09:33AM 18         MR. MAZE:  I'll make that note on here.

09:33AM 19         THE COURT:  June 20 and 21.  We had had him down for

09:33AM 20 June 13 and 14.

09:33AM 21         MR. MAZE:  That is here in town, correct?

09:33AM 22         THE COURT:  That's here in town.  So we've got that

09:33AM 23 corrected.  So we'll start with our correction.

09:33AM 24           Next up for completion, I believe, as of now, are

09:33AM 25 the scheduling of United Kingdom depositions.  We were going to

09:33AM 1  try to get dates for Sir William Castell.

09:33AM 2  Good morning, Andy.

09:33AM 3  MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

09:33AM 4  BP.

09:33AM 5  Sir William Castell, yes, we do have what I will

09:34AM 6  deem tentative dates, but I feel pretty good about these dates.

09:34AM 7  June 22 and 23, in London, Kirkland & Ellis.

09:34AM 8  THE COURT:  We'll put that down as tentative and then --

09:34AM 9  MR. LANGAN:  June 22 and 23, Wednesday and Thursday.

09:34AM 10  MR. MAZE:  Spelling.

09:34AM 11  MR. LANGAN:  Castell, C-A-S-T-E-L-L.

09:34AM 12  THE COURT:  It's Sir William?

09:34AM 13  MR. LANGAN:  Yes.

09:34AM 14  MR. CUNNINGHAM:  Fine with us.

09:34AM 15  THE COURT:  Good.  Thank you.

09:34AM 16  All right.  Now, relative to the certain deponents

09:34AM 17  that we were going to try to get scheduled, let's get an update

09:34AM 18  as to whether there is an agreement with their individual counsel

09:34AM 19  and whether notices have been issued.

09:35AM 20  MR. STERBCOW:  Notice was issued yesterday, Your Honor,

09:35AM 21  and mailed to their individual counsel by certified letter.

09:35AM 22  THE COURT:  Come on up.

09:35AM 23  MR. STERBCOW:  Paul Sterbcow, Your Honor.

09:35AM 24  We served the notices on LexisNexis yesterday, and

09:35AM 25  the individual counsel for the deponents were served by certified

09:35AM  1    mail with cover letters yesterday afternoon.  So it went out on

09:35AM  2    the dates that are reflected in the order.

09:35AM  3            THE COURT:  Have you contacted them to see if the dates

09:35AM  4    work?

09:35AM  5            MR. STERBCOW:  I've spoken to them.  As far as I know,

09:35AM  6    unless I get a call back, it's fine with all of them.

09:35AM  7            THE COURT:  Great.

09:35AM  8             So just for the record, Mr. Hafle will be May 26;

09:35AM  9    Mr. Kaluza, May 27; Mr. Morel, May 10; and, Mr. Harrell, May 16

09:35AM 10    and 17.

09:35AM 11            MR. STERBCOW:  The one caveat, Judge, and I put this in

09:35AM 12    the letter and told them, if anyone changes their mind and

09:35AM 13    decides not to invoke the Fifth, then we reserve the right to

09:36AM 14    extend the one day to two days, because we're going to have to do

09:36AM 15    that.

09:36AM 16            THE COURT:  Right.

09:36AM 17            MR. STERBCOW:  I'm waiting to hear back from them on

09:36AM 18    that.

09:36AM 19            THE COURT:  Mr. Harrell is not invoking?

09:36AM 20            MR. STERBCOW:  Right.  He's a two-day now, correct.

09:36AM 21            THE COURT:  Good enough.

09:36AM 22             We're going to move on to the investigative track.

09:36AM 23    We needed to get available dates for David Brown of CSI

09:36AM 24    Technologies.

09:36AM 25            MR. LANGAN:  Your Honor, Andy Langan for BP.

09:36AM 1              I am sorry to report, I do not have any further

09:36AM 2 information about Mr. David Brown.  We are trying, but we haven't

09:36AM 3 had a breakthrough yet.  Can I put that back on my to-do list?

09:36AM 4        THE COURT:  You certainly may, or just keep it there.

09:36AM 5             Andy, do we know whether or not Mr. Sabins and

09:36AM 6 Mr. Brown are going to be the only CSI designees?

09:36AM 7        MR. LANGAN:  I do not know that.  I think that we need

09:36AM 8 to coordinate with Anadarko and MOEX to figure out that line of

09:37AM 9 communication about who the -- I think the ball's in our court to

09:37AM 10 lead the charge on that.  So that's an open item, as well.

09:37AM 11        THE COURT:  Fair enough.

09:37AM 12             All right.  On the event track, we had two

09:37AM 13 tentative witnesses.  We had John Guide and Patrick O'Bryan.

09:37AM 14        MR. LANGAN:  Your Honor, I still believe May 9th and

09:37AM 15 10th will work for Mr. Guide, but I do not have one hundred

09:37AM 16 percent confirmation on that.  I think we leave May 9 and 10.

09:37AM 17             On Mr. O'Bryan, I think Mr. Simmons may be in court

09:37AM 18 today, but I, again, think 7 and 8.

09:37AM 19        THE COURT:  Mr. Simmons is walking up right behind you.

09:37AM 20        MR. LANGAN:  July 7 and 8 still are tentatively okay?

09:37AM 21        MR. SIMMONS:  Yes, Your Honor.  They are.

09:37AM 22             I did have one thought.  I think Mr. Godfrey wanted

09:37AM 23 to be at his deposition.  If he's going to be in London on the

09:37AM 24 4th and 5th, that's going to be kind of tight, so I do have the

09:38AM 25 11th and 12th open, also.

09:38AM 1      THE COURT:  Guys on the phone, if you could put us on

09:38AM 2  mute -- we're getting some background noise from you -- that

09:38AM 3  would be really helpful.  Thank you.

09:38AM 4          Mr. Simmons, I'm sorry, because of the background

09:38AM 5  noise I didn't hear what you said.

09:38AM 6      MR. SIMMONS:  Your Honor, I just also cleared the 10th

09:38AM 7  and 11th in case --

09:38AM 8      MR. MAZE:  I think it's 11 and 12.

09:38AM 9      MR. SIMMONS:  I'm sorry.  11 and 12, you're right,

09:38AM 10  Monday and Tuesday.  Either one, I guess.

09:38AM 11      THE COURT:  For Mr. O'Bryan.  Does the PSC want to state

09:38AM 12  a position on that?

09:38AM 13      MR. CUNNINGHAM:  Our position, Your Honor, is the same

09:38AM 14  as it was last week.  Robert Cunningham, PSC.

09:38AM 15          Our position is the same as last week, Your Honor.

09:38AM 16  The more we can get before July, the better, and the earlier in

09:38AM 17  July, the better.  So, to that extent, we would like to stick

09:38AM 18  with those two dates, if we can, obviously.

09:38AM 19      THE COURT:  The 7th and 8th?

09:38AM 20      MR. CUNNINGHAM:  Yes.

09:38AM 21      MR. LANGAN:  Your Honor, Andy Langan for BP.

09:38AM 22          Relevant to this is a note I wanted to make about

09:39AM 23  Mr. Inglis, which we have down on the 4th and 5th of July in

09:39AM 24  London.

09:39AM 25      THE COURT:  Hold on, hold on.  Guys on the phone, could

09:39AM 1    you please put us on mute.  Thank you.

09:39AM 2         MR. LANGAN:  As I mentioned before, Mr. Inglis' personal

09:39AM 3    counsel has a trial commitment for June, which may go into early

09:39AM 4    July, so that's why we should consider those dates tentative.

09:39AM 5         Therefore, I would keep the dates as they are; but,

09:39AM 6    understand that we may need to move Mr. Inglis later in July.

09:39AM 7    Or, potentially, if the trial goes away, we'd even consider

09:39AM 8    moving him up into June.  So, obviously, that's a moving part

09:39AM 9    that affects O'Bryan.

09:39AM 10        So my advice would be we keep O'Bryan, just like

09:39AM 11   Mr. Cunningham said, on the 7th and 8th of July, and let's see

09:39AM 12   what happens.

09:39AM 13        THE COURT:  I think that would be fine.

09:39AM 14        MR. LANGAN:  We're in the middle of March.  A lot is

09:39AM 15   going to happen.

09:40AM 16        MS. KUCHLER:  Judge, just a minute.  Before we move on,

09:40AM 17   Deb Kuchler for Anadarko and MOEX.

09:40AM 18        I just wanted to clarify one thing Mr. Langan said.

09:40AM 19   Our clients do want to depose the CSI people, but we, as far as I

09:40AM 20   know, have not been assigned the job of finding their available

09:40AM 21   dates and producing them for the Court.

09:40AM 22        So I just wanted to make sure everybody is on the

09:40AM 23   same page.  We're not working on scheduling them.  We were

09:40AM 24   counting on BP to schedule it.  We do want to take the

09:40AM 25   deposition, as I understand Halliburton does also.

09:40AM 1      THE COURT:  Yes.  Andy has no debate with that.

09:40AM 2      MR. LANGAN:  I have no debate.  I was just looking at

09:40AM 3  the order that listed the requesting party, but we're happy to be

09:40AM 4  the lead to try to make that happen.

09:40AM 5      MS. KUCHLER:  Great.

09:40AM 6      THE COURT:  Good enough.

09:40AM 7      All right.  How do we look on the stipulation for

09:40AM 8  the Kongsberg deposition?  Has there been any follow-up on that?

09:40AM 9  Done?

09:41AM 10      MR. HERMAN:  I think it's set for April 4th and 5th.

09:41AM 11      MR. STERBCOW:  Your Honor, Paul Sterbcow.

09:41AM 12      Scott Bickford has been working on that for us.

09:41AM 13  He's out of town today.  I spoke to him yesterday, and, as far as

09:41AM 14  I know as of yesterday, that's all set.  It's done.

09:41AM 15      THE COURT:  All right.  Mike, I'm sorry.  What were you

09:41AM 16  saying?

09:41AM 17      THE CLERK:  Did you skip the dates for Mogford, Vidrine

09:41AM 18  and Lacy?

09:41AM 19      THE COURT:  I'm sorry, I did.

09:41AM 20      Andy, come on up.  I skipped three witnesses that

09:41AM 21  we didn't have dates for on the event track.

09:41AM 22      First would be John Mogford.

09:41AM 23      MR. LANGAN:  Yes.  Your Honor, we have reached out to

09:41AM 24  Mr. Mogford.  We don't have a date yet, but the process has

09:41AM 25  started.  He is a former employee.  I don't know if he'll have

09:41AM 1  his own counsel or not.  We don't have a date today, but I can

09:41AM 2  assure the Court we've reached out.

09:41AM 3        THE COURT:  Good.  What about Donald Vidrine?

09:41AM 4        MR. LANGAN:  As Your Honor will recall, Mr. Vidrine, I

09:42AM 5  think we had a date down for him.  He has the medical issue.

09:42AM 6        THE COURT:  Yes.

09:42AM 7        MR. LANGAN:  We have spoken to his counsel in the last

09:42AM 8  24 hours, and that medical issue continues.  I think -- I think

09:42AM 9  we have tentative dates of May 18th and 19th.

09:42AM 10        MR. MAZE:  It is.

09:42AM 11        MR. LANGAN:  That's where we are on that.  So that's

09:42AM 12  Mr. Vidrine.

09:42AM 13        Do you want to talk about Mr. Lacy?

09:42AM 14        THE COURT:  I do.

09:42AM 15        MR. LANGAN:  I do have dates for him --

09:42AM 16        THE COURT:  Good.

09:42AM 17        MR. LANGAN:  -- tentatively.  We could do this, say,

09:42AM 18  June 1st and 2nd.  Kevin Lacy, June 1st and 2nd.

09:42AM 19        MR. CUNNINGHAM:  Works for us.

09:42AM 20        THE COURT:  Good, thank you.

09:42AM 21        June 1 and 2.  Is that tentative?

09:42AM 22        MR. LANGAN:  Yes, it's tentative.

09:42AM 23        Your Honor, I don't know that we've discussed with

09:42AM 24  him Houston versus New Orleans.  I mean, again, he is a former

09:43AM 25  employee.  He's not in our control.  I believe he will have his

09:43AM 1    own counsel.

09:43AM 2              We can pencil in June 1st and 2nd.  I'm going to

09:43AM 3    suggest New Orleans, but I can't -- I guess I can't guarantee

09:43AM 4    that.

09:43AM 5              THE COURT:  We understand.

09:43AM 6              MR. LANGAN:  That should be noted as tentative, please.

09:43AM 7              THE COURT:  Yes, it is.

09:43AM 8              MR. LANGAN:  Thank you.

09:43AM 9              MR. MAZE:  Your Honor, we have a quick question -- or

09:43AM 10   clarification.

09:43AM 11             THE COURT:  SURE.

09:43AM 12             MR. MAZE:  On June 17th, we've got James Dupree in both

09:43AM 13   London and New Orleans at the same time.  We're just wondering if

09:43AM 14   Mr. Dupree --

09:43AM 15             MR. LANGAN:  No, Dupree is definitely New Orleans.  It

09:43AM 16   should be stricken from London.

09:43AM 17             MR. MAZE:  That's what we thought.  We just wanted to be

09:43AM 18   sure.

09:43AM 19             THE COURT:  So we'll take off London.  Perfect.

09:43AM 20             So we wanted to talk about the 30(b)(6) for

09:44AM 21   Oceaneering.  We had an April 12th tentative date for that.  Does

09:44AM 22   anybody have an update on that?

09:44AM 23             MR. HERMAN:  Steve Herman for the plaintiffs.

09:44AM 24             Mr. Williams, Duke Williams, has been dealing with

09:44AM 25   Oceaneering for the plaintiffs.  As of last night, he believes

09:44AM 1    that it's still a go.

09:44AM 2         THE COURT:  Now, maybe you don't want to sit down so

09:44AM 3    fast, Mr. Herman.  How about any dates for Cobalt and Wild Well?

09:44AM 4    Anything?

09:44AM 5         MR. HERMAN:  Mr. Williamson can address it better than I

09:44AM 6    can.

09:44AM 7         THE COURT:  There you go.  Now you can sit down.

09:44AM 8         MR. WILLIAMSON:  Judge, Jimmy Williamson for the

09:44AM 9    plaintiffs.

09:44AM 10            I've been in touch with Cobalt.  We're going to

09:44AM 11   have to reset that.  That may or may not go forward.  I'm in

09:44AM 12   discussions with their counsel.

09:44AM 13            Wild Well's counsel told me they are assembling

09:45AM 14   documents.  As far as I know, it's a go, but Wild Well's counsel

09:45AM 15   and I agreed that it's tentative until he and I visit because

09:45AM 16   he's in the process of assembling documents.

09:45AM 17        THE COURT:  So we're still tentative for the 13th.  I'm

09:45AM 18   sorry, April 13.

09:45AM 19            Then, as far as Cobalt, we had them down

09:45AM 20   tentatively for when?

09:45AM 21        MR. MAZE:  The 11th.

09:45AM 22        THE COURT:  For the 11th, that's off?

09:45AM 23        MR. WILLIAMSON:  That's off for the time being,

09:45AM 24   Your Honor.

09:45AM 25        THE COURT:  That's off.  We'll pass it until next week.

09:45AM 1          Now, I need to give you all my supreme

09:45AM 2   congratulations on agreeing to the BP 30(b)(6) notice.  I mean, I

09:45AM 3   just almost fell out of my chair when that came across my desk.

09:45AM 4   So thank you, thank you, thank you.  Excellent job.  That's an

09:45AM 5   A-plus.

09:45AM 6          MR. LANGAN:  I wish we could stop there because you're

09:45AM 7   probably going to ask me to start identifying deponents.

09:46AM 8          THE COURT:  That's right.  That's next up.

09:46AM 9          MR. LANGAN:  Your Honor, I knew that's where we were

09:46AM 10  going.  I promised Mr. Duffy that I would take the arrows.

09:46AM 11  Anyway --

09:46AM 12         THE COURT:  We have the good news, and then we have the

09:46AM 13  bad news.

09:46AM 14         MR. LANGAN:  It was a long process.  I believe it became

09:46AM 15  final 48 hours ago.

09:46AM 16          I can assure Your Honor, we have set about the task

09:46AM 17  of drilling down on identifying deponents.  I have nothing

09:46AM 18  definite to offer today, but we are dedicating resources to this.

09:46AM 19          I will also make a couple other assurances.  There

09:46AM 20  aren't any depositions in the next few days in which we intend to

09:46AM 21  designate.  I will also say that if it turns out a witness that

09:46AM 22  has been deposed is going to be our deponent, we'll bring them

09:46AM 23  back.  We're not going to play that game either.

09:46AM 24          So it's on our agenda, and I hope by next Friday we

09:47AM 25  can fill in a lot of those boxes.

09:47AM 1          THE COURT:  That's terrific.

09:47AM 2          MR. LANGAN:  Thank you.

09:47AM 3          THE COURT:  A-plus is still there.

09:47AM 4          MR. LANGAN:  Thank you, Your Honor.  I'll sit down now.

09:47AM 5          THE COURT:  Listen, same goes over to the Plaintiffs'

09:47AM 6   Steering Committee for working to get things together.  Thank

09:47AM 7   you.

09:47AM 8          Let's move on to the Transocean 30(b)(6)

09:47AM 9   deposition.  Is that notice now final?  Hello, Kerry.

09:47AM 10         MR. MILLER:  Hello.  Glad to be back, Your Honor.

09:47AM 11         We think that it is.  When we met last Friday, our

09:47AM 12  issues related to two particular requests, 22 being the primary

09:47AM 13  one.  I proposed an alternative to Steve on Monday.  Steve signed

09:47AM 14  off on it.

09:47AM 15         So, as far as I'm concerned, we can finalize the

09:47AM 16  Transocean 30(b)(6) depo notice.  We haven't cured 32.  I don't

09:47AM 17  know what's going on with the Anadarko request.  I would think

09:47AM 18  that there is a universal cure to that one.  Whatever it is, if

09:47AM 19  it's take it out, take it out.  If it's something else, let me

09:47AM 20  know.  But I think we can finalize that, and I think, like Andy,

09:48AM 21  if our 30(b)(6) topics are finalized, I think we have our

09:48AM 22  designees done.

09:48AM 23         THE COURT:  So I guess what we need to do is hear from

09:48AM 24  Deb as to that one topic area, right?

09:48AM 25         MR. FITCH:  Judge, this is Tony Fitch.  That's really

09:48AM 1   more in my bailiwick than Deb's.

09:48AM 2          THE COURT:  Tony, I'm sorry.

09:48AM 3          MR. FITCH:  I wasn't aware that we still had an issue

09:48AM 4   with Kerry on that.  I'm sure, as we had worked it out with

09:48AM 5   others -- with the BP notice and others, Kerry and I can work it

09:48AM 6   out.  Whenever he's available this afternoon, I'm happy to

09:48AM 7   finalize that with him.

09:48AM 8          MR. MILLER:  I suspected there was a cure with BP and

09:48AM 9   maybe even the other defendants; so, you know, with that in mind,

09:48AM 10  we ought to be able to work that out.

09:48AM 11         THE COURT:  Great, great, great.

09:48AM 12         MR. FITCH:  If I dropped the ball there, I apologize.

09:48AM 13         THE COURT:  No, it's not a problem.  If you'll just get

09:48AM 14  in touch with Kerry this afternoon or whenever you all can

09:48AM 15  coordinate, let's get that topic revised to both of your

09:49AM 16  satisfaction, and we'll have ourselves a final 30(b)(6) notice.

09:49AM 17         MR. FITCH:  I have your instructions from last week

09:49AM 18  about it, and we'll go from there.

09:49AM 19         THE COURT:  Great.  Thank you.

09:49AM 20         MR. MILLER:  I can also add, Your Honor, in terms of

09:49AM 21  designating topics to individuals to testify on behalf of the

09:49AM 22  company, the first two Transocean witnesses that are currently on

09:49AM 23  the calendar that will also be 30(b)(6) deponents are

09:49AM 24  Adrian Rose, and he's set for April 25 and 26, and Randy Ezell,

09:49AM 25  who is set for April 27 and 28.

09:49AM 1          Once we get this -- the 30(b)(6) finalized, I'm

09:49AM 2 very confident that by next Friday I can give you the full

09:49AM 3 lineup.

09:49AM 4          THE COURT:  Great.  And the designations.

09:49AM 5          MR. MILLER:  And the designations for each, but I don't

09:49AM 6 think they are going to come up before the week of April 25th.

09:49AM 7          THE COURT:  Great.  All right.  Thank you, thank you.

09:50AM 8              Andy.

09:50AM 9          MR. LANGAN:  Your Honor, going back, but in a productive

09:50AM 10 fashion, I hope, Witness 42, Mr. David Brown from CSI, I actually

09:50AM 11 got a BlackBerry e-mail note from a colleague of mine that we

09:50AM 12 could slot Mr. Brown in.  We can have some flexibility in mid

09:50AM 13 June to do that.  So, as long we are all here, I thought we would

09:50AM 14 do that for CSI.

09:50AM 15          THE COURT:  Perfect.

09:50AM 16          MR. LANGAN:  So, Mr. Cunningham, Mr. Maze?

09:50AM 17          MR. CUNNINGHAM:  The week of the 13th looks good here.

09:50AM 18          MR. LANGAN:  13, 14.

09:50AM 19          MR. MAZE:  Let's do 13, 14.

09:50AM 20          MR. LANGAN:  You knocked out LeNormand, so we could

09:50AM 21 maybe put in Brown for 13, 14?

09:50AM 22          THE COURT:  Perfect.

09:50AM 23          MR. MILLER:  That's David Brown, Andy?

09:50AM 24          MR. LANGAN:  Yes.

09:50AM 25          THE COURT:  David Brown with CSI.

09:50AM 1    MR. LANGAN:  I'm assuming that either Mr. Brown or

09:50AM 2 Mr. Sabins will be the 30(b)(6), but that's something I need to

09:50AM 3 run aground.

09:50AM 4    THE COURT:  It was my understanding that both might be,

09:50AM 5 but, where I got that impression, I don't know.

09:51AM 6    MR. LANGAN:  Very good.

09:51AM 7    THE COURT:  Thank you.

09:51AM 8    Next up on my hit parade is the Halliburton

09:51AM 9 30(b)(6).  Mr. York.

09:51AM 10    MR. YORK:  Your Honor, we actually had two witness

09:51AM 11 numbers by that, 126 and 144.

09:51AM 12    126 is the general Halliburton 30(b)(6).  We just

09:51AM 13 got the revised Halliburton 30(b)(6) topics yesterday around

09:51AM 14 lunchtime, so we've had them less than 24 hours.  We are working

09:51AM 15 on looking through those topics and assigning designees.

09:51AM 16    We need to let the Court know we're in the same

09:51AM 17 situation as they were with Mr. Gisclair because we believe that

09:51AM 18 Richard Vargo, who is scheduled for next week, Wednesday and

09:51AM 19 Thursday, may be the 30(b)(6) designee on some of those topics.

09:51AM 20    So we're aware of that.  We're working on it as

09:51AM 21 quickly as possible.  We are going to do everything in our power

09:51AM 22 to notify everyone by close of business on Monday as to what

09:52AM 23 topics Mr. Vargo will be designated for on that 30(b)(6) list.

09:52AM 24    On 144, that was a 30(b)(6) topic for location and

09:52AM 25 retention of Insite computer database records.  Mr. Gisclair

09:52AM  1    testified this week, and we believe that addressed that 144.

09:52AM  2         THE COURT:  Great.  Now, no further problems with the

09:52AM  3    Rule 30(b)(6); you've agreed to the topics?

09:52AM  4         MR. YORK:  We just received them yesterday.  There may

09:52AM  5    be some refinement over the weekend as we look through it.

09:52AM  6    Diane Hertz was taking the lead on drafting those.  We will

09:52AM  7    coordinate with her.  So that's where we are.

09:52AM  8              While I'm up here, if I can just save a trip to the

09:52AM  9    podium.

09:52AM 10         THE COURT:  Sure.

09:52AM 11         MR. YORK:  There was also a remaining question on the

09:52AM 12    Sperry 30(b)(6) topic, one of the Transocean supplemental topics.

09:52AM 13         THE COURT:  Right.

09:52AM 14         MR. YORK:  We believe that will also be Mr. Vargo, but

09:52AM 15    we are confirming that.  So I'll include that in the notice that

09:53AM 16    we get out by close of business on Monday.

09:53AM 17         THE COURT:  That was the area that was sought by

09:53AM 18    Transocean?

09:53AM 19         MR. YORK:  There was a list of five supplemental topics

09:53AM 20    that Transocean provided.  We said that Mr. Gisclair would not be

09:53AM 21    able to testify to topic one, which was basically contractual

09:53AM 22    terms and duties.  As I say, I can't guarantee it, but we think

09:53AM 23    it's going to be Mr. Vargo, but we'll confirm that by Monday.

09:53AM 24         THE COURT:  That's great.  I'm not going to stick my

09:53AM 25    nose in where it doesn't belong.  I'm going to leave you alone.

09:53AM 1    MR. FITCH:  Judge, Tony Fitch.  May I mention to Alan

09:53AM 2    through you that if Ms. Hertz is unavailable, which I think she

09:53AM 3    may be over the weekend and into next week, touch base with me on

09:53AM 4    the auxiliary topics.

09:53AM 5        MR. YORK:  So contact Mr. Fitch if Ms. Hertz is not

09:53AM 6    available.

09:53AM 7        THE COURT:  Right, exactly.  It sounds like she's not

09:53AM 8    going to be available.

09:53AM 9        MR. HERMAN:  Steve Herman for the plaintiffs.

09:53AM 10       I was just wondering, Your Honor, how would you

09:53AM 11   like us, if at all, as a procedural matter, to formalize the

09:54AM 12   notices?

09:54AM 13       THE COURT:  It seems to me, Steve, that once you know

09:54AM 14   you've got your final, like BP, why don't you go ahead and slap a

09:54AM 15   caption on them and file them.

09:54AM 16       MR. HERMAN:  We'll just leave the date blank, and then

09:54AM 17   they can file some answer that -- when they get all of their

09:54AM 18   designees, and we'll have it in writing and it can be served on

09:54AM 19   LexisNexis --

09:54AM 20       THE COURT:  I think that's fine.  That way everybody

09:54AM 21   will know that it's an agreed-to deposition notice.  You might

09:54AM 22   even want to caption it that way, agreed-to 30(b)(6) deposition

09:54AM 23   notice as to BP.

09:54AM 24       MR. HERMAN:  But the Court doesn't want us to keep

09:54AM 25   issuing piecemeal notices as the witnesses come up for specific

09:54AM 1    dates or anything like that?

09:54AM 2            THE COURT:  I don't think that's necessary, no.

09:54AM 3            MR. HERMAN:  Great, thanks.

09:54AM 4            THE COURT:  Once the corporate deponents have

09:54AM 5    designated, they can just file designated 30(b)(6) listings.

09:55AM 6            MR. YORK:  Your Honor, I apologize, I misspoke, and I

09:55AM 7    want to clear up the record.

09:55AM 8                 Mr. Vargo's deposition is March 30 and 31, not next

09:55AM 9    Wednesday and Thursday, so that gives us a little more breathing

09:55AM 10   room --

09:55AM 11           THE COURT:  A little more breathing time.

09:55AM 12           MR. YORK:  -- but we will still work to expedite that

09:55AM 13   process.

09:55AM 14           THE COURT:  Great.  Thank you, Alan.

09:55AM 15                All right.  We've got the M-I Swaco insurance

09:55AM 16   portion of the designation.  Have we made any progress on that?

09:55AM 17           MR. LUXTON:  Good morning, Your Honor, Steve Luxton for

09:55AM 18   M-I Swaco.

09:55AM 19           THE COURT:  Good morning.

09:55AM 20           MR. LUXTON:  Good morning.  Ms. Scofield, who usually

09:56AM 21   handles the hearings, is out of town.  I spoke with her

09:56AM 22   yesterday.  We are still diligently looking into that and should

09:56AM 23   have something for the Court by the next hearing.

09:56AM 24           THE COURT:  Great.  Thank you.

09:56AM 25           MR. LUXTON:  Thank you.

09:56AM  1    THE COURT:  Let's take up Weatherford's Rule 30(b)(6).

09:56AM  2    MR. BERTRAM:  Good morning, Richard Bertram standing in

09:56AM  3 for Glenn Goodier, who has a conflict this morning.

09:56AM  4    We have just received the 30(b)(6) notice topics

09:56AM  5 for Weatherford on Wednesday of this week.  It's been sent to the

09:56AM  6 client.  It's under review.  There are some problem areas that

09:56AM  7 we're going to have to work through with counsel for Halliburton,

09:56AM  8 who I think had input on some of that.

09:56AM  9    At this time, we are prepared to give the Court,

09:56AM 10 subject to those caveats and working through this, tentative

09:56AM 11 30(b)(6) dates for Weatherford U.S., L.P., in New Orleans of

09:56AM 12 June 6 and 7, if that would -- and we would request that, please,

09:57AM 13 subject to those caveats, that it's tentative.

09:57AM 14    THE COURT:  We will put a question mark behind it.

09:57AM 15    MR. BERTRAM:  But it would be in New Orleans, and there

09:57AM 16 are no Hague convention issues or anything like that.

09:57AM 17    THE COURT:  Perfect.  Does that look okay for the PSC?

09:57AM 18    MR. CUNNINGHAM:  Yes.

09:57AM 19    THE COURT:  Tentatively, the 6th and 7th of June.

09:57AM 20    MR. BERTRAM:  In New Orleans.

09:57AM 21    THE COURT:  In New Orleans.

09:57AM 22    MR. BERTRAM:  Thank you.

09:57AM 23    THE COURT:  Thank you.  I appreciate it.

09:57AM 24    Now, the only thing we had outstanding relative to

09:57AM 25 MOEX and its depositions were the Hague Convention witnesses.

09:57AM 1      Andy, I assume that those witnesses have become not

09:57AM 2 priority?

09:57AM 3     MR. LANGAN:  Your Honor, your order did ask us to report

09:57AM 4 on whether Mr. Naito, N-A-I-T-O, and Mr. Yamamoto could be

09:58AM 5 removed.  We don't want to remove them.  I think our position is,

09:58AM 6 is that they were identified at the Marine Board as sort of

09:58AM 7 principal people.  We understand that it's incumbent upon us to

09:58AM 8 initiate the Hague process, and right now our intention is to do

09:58AM 9 that.

09:58AM 10    THE COURT:  Hopefully they are not in the area affected

09:58AM 11 by the recent event that also occurred there.

09:58AM 12     MR. LANGAN:  Right.  That's certainly a factor.

09:58AM 13    THE COURT:  All right.  We'll keep them on.

09:58AM 14     Do we have a final notice as to Randy Smith

09:58AM 15 Training?

09:58AM 16    MR. FITCH:  Judge, this is Tony Fitch.

09:58AM 17     As far as I am concerned, the short notice that we

09:58AM 18 have drawn up for Randy Smith is in final form.  I don't think

09:58AM 19 anyone else has given us any input.  I have provided that as a

09:59AM 20 draft to Randy Smith counsel.

09:59AM 21    THE COURT:  Good.

09:59AM 22     I'm sorry, it's Randy Smith Training.

09:59AM 23    MR. FITCH:  Right, Training Solutions.  That's right.

09:59AM 24    THE COURT:  So we'll carry that over.

09:59AM 25     Does everybody agree the notice itself is

09:59AM  1  acceptable?  Yes.  We've got a final notice then.  Tony, we just
09:59AM  2  need to work toward designees and dates.
09:59AM  3      MR. FITCH:  I've been in contact now with their counsel
09:59AM  4  in Lafayette, and he's supposed to get back to me.  It's not
09:59AM  5  going quite so quickly as you and I might prefer, but I think
09:59AM  6  that one is in decent shape.
09:59AM  7      THE COURT:  We've got a final notice, so that's progress
09:59AM  8  from last week.
09:59AM  9      What about Add Energy?  Any report on Add?
09:59AM 10      MR. LANGAN:  Your Honor, Andy Langan for BP.
10:00AM 11      As to Add, Baker Risk, and Stress, 85, 86 and 145,
10:00AM 12  I believe that it is our responsibility to sort of reach out and
10:00AM 13  make contact with them and try to get dates.  That is still a
10:00AM 14  work in progress.  Let me check my notes to see if we have
10:00AM 15  anything to add to that.
10:00AM 16      THE COURT:  No problem, but do we have any issue with
10:00AM 17  the notices?  Are the notices on those three final?
10:00AM 18      MR. LANGAN:  I wouldn't know that.
10:00AM 19      THE COURT:  Who would know that?
10:00AM 20      MR. FITCH:  Not final, but I will send what -- again,
10:00AM 21  this is Tony Fitch for Anadarko and MOEX.  I will send Andy
10:00AM 22  immediately our current drafts of those notices.
10:00AM 23      THE COURT:  By next week, I would like to have final
10:00AM 24  notices so that we can talk to those three entities about their
10:00AM 25  designee.  That would be really good.

10:00AM 1          You've got enough info, Andy, presumably, to --

10:00AM 2          MR. LANGAN:  Yes.

10:01AM 3          THE COURT:  Now, we know that we want to take DNV after

10:01AM 4   issuance of the report, but do we have a final notice for them?

10:01AM 5          MR. FITCH:  The same situation, Judge.  Tony Fitch,

10:01AM 6   Anadarko, MOEX.

10:01AM 7          I haven't received any input on that notice.  I

10:01AM 8   sent, again, a short four or five topic notice to DNV counsel,

10:01AM 9   and I reviewed it with counsel.  The topics themselves and the

10:01AM 10  document requests do not seem to be an issue with that counsel.

10:01AM 11         THE COURT:  Good.  All right.

10:01AM 12         MR. FITCH:  However --

10:01AM 13         THE COURT:  However.  Of course.

10:01AM 14         MR. FITCH:  -- I haven't heard back yet about their

10:01AM 15  availability.  This counsel is raising complaints about the cost

10:01AM 16  that DNV is going to occur in connection with appearing for a

10:02AM 17  Rule 30(b)(6) deposition, and I don't have assurance that they

10:02AM 18  will accept service and agree to appear voluntarily in

10:02AM 19  New Orleans; although, I thought I had that assurance originally.

10:02AM 20         Needless to say, I have no idea what the basis of

10:02AM 21  cost reimbursement would be for a 30(b)(6) witness, but I have to

10:02AM 22  bring that to your attention.

10:02AM 23         THE COURT:  I guess my question would be, Tony, when you

10:02AM 24  next speak to him, what projection can he give us relative to

10:02AM 25  cost?  Is he talking travel expenses?  Is he talking about hourly

10:02AM 1    rate?  Can he give us some projection of what he anticipates for

10:02AM 2    bringing people in for potentially two days of depositions?

10:02AM 3            MR. FITCH:  He mentioned travel expenses, which on the

10:02AM 4    one hand don't strike me as very significant if you're coming

10:02AM 5    from Lafayette and staying in New Orleans for, at most, two

10:03AM 6    nights.

10:03AM 7            I think he is in-house counsel.  He says they'll

10:03AM 8    have two representatives.  But that's where this --

10:03AM 9            THE COURT:  Presumably, and I'm not going to put words

10:03AM 10   in his mouth, but presumably he's going to want an hourly fee for

10:03AM 11   these two witnesses or something.

10:03AM 12           Would you get some kind of projection of what he's

10:03AM 13   talking about.  I'll bet you the group in this courtroom can

10:03AM 14   somehow work that issue out bringing them in from Lafayette,

10:03AM 15   Louisiana.

10:03AM 16           MR. FITCH:  I'll do that.  I must say, from our

10:03AM 17   standpoint -- from two parties' standpoint, the slippery slope

10:03AM 18   here is a concern, but I'll make that inquiry on your direction.

10:03AM 19           THE COURT:  All right.  That would be good.

10:03AM 20           I don't want them to come up with all kinds of

10:03AM 21   interesting costs and expenses; but, on the other hand, if they

10:03AM 22   give us a projection, I bet we could take care of it.

10:03AM 23           MS. KUCHLER:  You might remind them, too, Judge, that

10:04AM 24   they are making a fortune on the testing of the BOP.

10:04AM 25           THE COURT:  Exactly.  There is further work to be done,

10:04AM 1   to top it off.

10:04AM 2           MS. KUCHLER:  So they could pay for their own lunch.

10:04AM 3           THE COURT:  Exactly.  It seems to me these people would

10:04AM 4   like to keep this group happy --

10:04AM 5           MR. STERBCOW:  You'd think.

10:04AM 6           THE COURT:  -- one would think.

10:04AM 7           MR. FITCH:  My sentiments exactly.  I'll make the

10:04AM 8   inquiry.

10:04AM 9           THE COURT:  Remind in-house counsel of the possibility

10:04AM 10  of further testing, if they work with us.

10:04AM 11          Let's see.  How about Dril-Quip?  Anybody got

10:04AM 12  anything on Dril-Quip?

10:04AM 13          MR. YORK:  Your Honor, Alan York for Halliburton.

10:04AM 14          We had responsibility for drafting the notice.  We

10:04AM 15  drafted it, forwarded it to Dril-Quip's counsel, and I'll let him

10:04AM 16  report to you.

10:04AM 17          THE COURT:  Good.

10:04AM 18          MR. BARROW:  Good morning, Dennis Barrow on behalf of

10:05AM 19  Dril-Quip.

10:05AM 20          We received the notice.  I don't think there will

10:05AM 21  be any issues with the topics.  We have some minor concerns, but

10:05AM 22  I'm confident that we can work those out with Mr. York.  We've

10:05AM 23  spoken briefly about it, and that shouldn't be an issue.

10:05AM 24          As far as the witness is concerned, I've identified

10:05AM 25  who I believe will be the witness.  He's been on vacation.  He's

10:05AM 1   scheduled to come back this week.

10:05AM 2           My current plan is I'm going to be here all week in

10:05AM 3   depositions, but I've got a meeting next weekend set with him;

10:05AM 4   so, I think I should be able to come back in two hearings and

10:05AM 5   give a date.  But, for everyone's purposes, my goal is to give a

10:05AM 6   date sometime in May for deposition.

10:05AM 7           THE COURT:  That's great.  Thank you.

10:05AM 8           What about Nexen?

10:05AM 9       MR. FITCH:  Tony Fitch, Judge, Anadarko and MOEX.

10:05AM 10          That's my last one.  I reported last week I had

10:05AM 11  spoken to the company representative, and they seemed very

10:05AM 12  cooperative.  I heard -- I received a voicemail message from

10:05AM 13  outside counsel who's representing Nexen in this matter.  He's

10:05AM 14  away from the office until this Monday, so I hope to resolve this

10:06AM 15  this coming week, knock on wood.

10:06AM 16          THE COURT:  That's a final deposition notice, as well,

10:06AM 17  Tony?

10:06AM 18          MR. FITCH:  Essentially, the same story.  I sent them a

10:06AM 19  very short, three or four topic notice, and have not heard any

10:06AM 20  concerns about it.

10:06AM 21          THE COURT:  Good.

10:06AM 22          Mr. Herman.

10:06AM 23      MR. HERMAN:  Yes, Your Honor, Steve Herman for the PSC.

10:06AM 24          We may have missed it, or maybe it just slipped

10:06AM 25  through the cracks, and we certainly appreciate ANADARKO taking

10:06AM 1   the lead.

10:06AM 2           With respect to DNV, in particular, I don't think

10:06AM 3   that we've seen the proposed notice.  Maybe the US hasn't seen it

10:06AM 4   either.  It might be helpful to get that circulated, if it hasn't

10:06AM 5   been, or, if it has, we apologize, and maybe it could get

10:06AM 6   recirculated.

10:06AM 7           THE COURT:  That's not a problem.

10:06AM 8           Tony, would you undertake to send that out to

10:06AM 9   everybody so that they could take another look at the DNV notice?

10:06AM 10          MR. FITCH:  Absolutely.  That is one that PSC is a

10:06AM 11  requesting party on, and I'm happy to do so, obviously.

10:06AM 12          THE COURT:  Great.  Thank you.

10:06AM 13          Then, last, but not least, Vector Magnetics.

10:07AM 14          MR. YORK:  Alan York for Halliburton.

10:07AM 15          Halliburton drafted that notice and, I believe, has

10:07AM 16  circulated it to all parties for review.  This, I believe, was

10:07AM 17  another of BP's contractors.

10:07AM 18          Andy, I think this was also on your list of folks

10:07AM 19  to reach out to as a BP contractor to obtain a date.

10:07AM 20          THE COURT:  Has anybody got any comments on that draft

10:07AM 21  notice, or may we consider it final?  Sold to the lowest bidder.

10:07AM 22          So that's a final.  Take your time, Andy.  We'll

10:07AM 23  see if you've got anything.

10:07AM 24          MR. LANGAN:  We'll take a look at the notice, and I will

10:07AM 25  add that to our list to contact Vector Magnetics and work out the

10:07AM 1    scheduling.

10:07AM 2        THE COURT:  Great.

10:07AM 3        Let's see.  Transocean was going to see if they

10:07AM 4    could contact Eddy Redd and figure out when he would be coming

10:08AM 5    back to the states.  Any update on that?

10:08AM 6        MR. MILLER:  I guess, yes and no.  We did hear that he

10:08AM 7    will be back relatively soon, like in a month.  So we're looking

10:08AM 8    to see -- I don't know how long he's going to be back for, but

10:08AM 9    we're looking to see if we can plug him in, in that general time

10:08AM 10   frame.

10:08AM 11       THE COURT:  We'll just keep him down.  Thank you.

10:08AM 12       Let's talk about Timothy Crone and what discussions

10:08AM 13   you all have had about him.

10:08AM 14       MR. HERMAN:  Yes, Your Honor, Steve Herman for the PSC.

10:08AM 15       I know there's thousands of e-mails flying around.

10:08AM 16   I had sent something to Don and Andy yesterday.  Maybe they even

10:08AM 17   got back to me and I missed it.

10:08AM 18       We were still trying to see whether he was on board

10:08AM 19   being our consultant.  I've just gotten confirmation that he is.

10:09AM 20   So I don't know what -- where that leaves BP and their desires to

10:09AM 21   depose him in this stage, but we were wondering, anyway, why he

10:09AM 22   would be in the fact witness stage because I don't think he has

10:09AM 23   any personal direct knowledge of the spill anyway.  I mean, he's

10:09AM 24   an expert, and presumably they'll depose him as an expert if and

10:09AM 25   when he's listed.

10:09AM 1          THE COURT:  Okay.

10:09AM 2          MR. LANGAN:  Your Honor, as I recall, this gentleman has

10:09AM 3  to do with the flow rate issue.  He published some things last

10:09AM 4  summer about it or whatever.  So we do want to depose him.  It

10:09AM 5  could be that it will be part of expert discovery if the PSC is

10:09AM 6  really going to do it.

10:09AM 7          So I would like to reserve on that issue and maybe

10:09AM 8  bring closure to it in a week or so, because he's not on the

10:09AM 9  front burner in any event.

10:09AM 10         THE COURT:  Good.

10:09AM 11         MR. LANGAN:  We're not waiving our right to depose him

10:09AM 12  as a fact witness, but we hear counsel and we would like to work

10:09AM 13  with them on this.

10:09AM 14         THE COURT:  Okay, no problem.

10:09AM 15         Ms. Bertaut, we were looking for Melvin Whitby.

10:10AM 16         MS. BERTAUT:  Carmelite Bertaut for Cameron.

10:10AM 17         Your Honor, we had asked for Mr. Whitby's

10:10AM 18  deposition -- and I'm apparently dyslexic with dates, so I want

10:10AM 19  to make certain I say this correctly -- July 21 and 22.

10:10AM 20         THE COURT:  Now, look again.  Are you sure?

10:10AM 21         MS. BERTAUT:  I think I'm sure, Your Honor.  I think I'm

10:10AM 22  sure.

10:10AM 23         The Court believed that that was very late in the

10:10AM 24  schedule.  Let me suggest -- we do have issues earlier.  We

10:10AM 25  could -- we were prepared to propose the 18th and 19th of July.

10:10AM  1          Let me suggest that this may make appropriate sense

10:10AM  2    to do that, given that it is a Cameron witness, given based on

10:10AM  3    what we have recently heard about testing, that perhaps if the BP

10:10AM  4    motion actually goes -- is granted and additional testing is

10:11AM  5    done, we may be looking at June 15th before we see results.

10:11AM  6          So, although I understand the Court's interest in

10:11AM  7    moving that up, we could offer four or five days up, that Monday

10:11AM  8    and Tuesday of July.

10:11AM  9          Frankly, Your Honor, I think the world is pretty

10:11AM 10    clear that we're going to be multitracking in July, anyway.  So I

10:11AM 11    would like to think that we aren't taking the seat exclusively to

10:11AM 12    the, correction, you know, to anyone else.

10:11AM 13          So if the Court can indulge us, July 18 and 19,

10:11AM 14    that Monday and Tuesday.

10:11AM 15          THE COURT:  Mr. Cunningham?

10:11AM 16          MR. CUNNINGHAM:  Well, I mean, I'll just repeat what

10:11AM 17    we've said before, that the sooner the better.  If that's the

10:11AM 18    earliest we can get him, then that's when we'll take him.

10:11AM 19          THE COURT:  We'll put him down for July 18 and 19, and

10:11AM 20    check with Carmelite.  Is that right, 18 and 19?

10:11AM 21          MS. BERTAUT:  That's correct.  I'm writing it in my

10:11AM 22    book.

10:12AM 23          THE COURT:  The only thing that I think works in

10:12AM 24    Cameron's favor on that is that if the further testing is

10:12AM 25    granted, you all may want to take him a little bit later.

10:12AM 1          MS. BERTAUT:  Thank you, Your Honor.

10:12AM 2          THE COURT:  Thank you.

10:12AM 3               Andy, let's look at William Haynie and Lee Lambert.

10:12AM 4          MR. LANGAN:  I can add a status for David McKay, as

10:12AM 5     well.

10:12AM 6               Mr. Haynie -- well, I don't have dates yet.  Haynie

10:12AM 7     and McKay, I believe, are associated with DNV.  We are reaching

10:12AM 8     out to their counsel and have reached out to their counsel,

10:12AM 9     knowing that they are on the list and we want to get dates for

10:12AM 10    them, and we know that there is also a 30(b)(6) issue with DNV.

10:12AM 11         THE COURT:  I show Haynie as being an ABS Surveyor and

10:13AM 12    Lambert as being a BP employee.

10:13AM 13         MR. LANGAN:  Lambert is.  I was going to come to

10:13AM 14    Lambert.

10:13AM 15              For Haynie and McKay, we're in the process.  We've

10:13AM 16    found who the lawyer is and are reaching out.

10:13AM 17              Lambert, two weeks on, two weeks off a rig, so

10:13AM 18    we're --

10:13AM 19         THE COURT:  You're waiting for him to get off.

10:13AM 20         MR. LANGAN:  He absolutely will be deposed.

10:13AM 21              In fact, we could pick a couple of tentative dates

10:13AM 22    in May just to pencil him in.  Maybe two sets of dates, depending

10:13AM 23    on when he's on and off, if we just want to get something on the

10:13AM 24    calendar.  We're certainly willing to do that in May.

10:13AM 25         THE COURT:  Mr. Cunningham thinks that sounds good,

10:13AM 1   right?

10:13AM 2           MR. CUNNINGHAM:  Yes.

10:13AM 3           THE COURT:  Let's look at May.  You want to do, I guess,

10:13AM 4   two in a row -- well, I don't know.  How --

10:13AM 5           MR. LANGAN:  I would say maybe in the first half of the

10:13AM 6   month and the second half of the month, two days.

10:13AM 7           THE COURT:  That's fine.

10:13AM 8               Mr. Cunningham, do you want to propose something?

10:13AM 9           MR. CUNNINGHAM:  The 9th and the 10th.

10:14AM 10          THE COURT:  Let's see.  9, 10, with a tentative.

10:14AM 11          MR. LANGAN:  It's Lee Lambert, L-A-M-B-E-R-T.  Do you

10:14AM 12  want to do 23, 24, as a backup?

10:14AM 13          MR. CUNNINGHAM:  That's fine.

10:14AM 14          THE COURT:  Then, hopefully, when we can speak to him,

10:14AM 15  we can confirm one of those two settings.

10:14AM 16          MR. LANGAN:  Your Honor, while I'm on my feet, we were

10:14AM 17  also assigned Pat Campbell, who I believe is a senior executive

10:14AM 18  of Wild Well Control.  We have been in touch with him.

10:14AM 19              I also know there is a 30(b)(6) issue here, too,

10:14AM 20  but I believe Mr. Campbell's counsel told us that July 12, 13

10:15AM 21  might work for Mr. Campbell.  Pat Campbell, July 12 and 13.  They

10:15AM 22  say Houston.  Again, we don't control them.

10:15AM 23          MR. CUNNINGHAM:  Again, that's a long way out.  We're

10:15AM 24  going to have a lot to do in July.

10:15AM 25          THE COURT:  It is.  I'm wondering if we can try to see

10:15AM   1   if maybe they can find -- maybe they can find dates in May, June.

10:15AM   2   If not, we'll take what they give us, right?

10:15AM   3            MR. LANGAN:  I guess -- again, this is not our

10:15AM   4   witness -- my advice would be pencil it in, and we are absolutely

10:15AM   5   happy to take Mr. Cunningham's suggestion and go back to them and

10:15AM   6   say, you know what, the Court would really like to see these

10:15AM   7   earlier.  We can do that.

10:15AM   8            THE COURT:  Let's do that.  Let's put them down

10:15AM   9   tentatively July 12, 13.

10:15AM  10            MR. LANGAN:  I don't know how Houston grabs you, but, I

10:15AM  11   mean, that is what they told us.

10:15AM  12            THE COURT:  I don't know what I can do about that.

10:15AM  13            MR. LANGAN:  That's how I felt about our witnesses,

10:15AM  14   Your Honor.

10:16AM  15            THE COURT:  Touché.

10:16AM  16            MS. KUCHLER:  Judge, if I could just point out on the

10:16AM  17   logistics, any depositions scheduled in Houston are going to be a

10:16AM  18   major logistical issue because we don't have identified a big

10:16AM  19   enough place with all the technology we need and everything.  So

10:16AM  20   if their counsel could somehow be persuaded to cooperate with us

10:16AM  21   on this, that would be helpful.

10:16AM  22            THE COURT:  Will this group agree that expenses for the

10:16AM  23   witness to come over will be covered?  Can we make that --

10:16AM  24            MR. CUNNINGHAM:  We will agree.  We want Mr. Godwin to

10:16AM  25   agree on the record --

10:16AM 1       THE COURT:  Well, I think Mr. Godwin can send his plane

10:16AM 2   for this witness.

10:16AM 3       MR. CUNNINGHAM:  Well, we had a problem with one before

10:16AM 4   where we offered to pay his portion, but I just want to be sure

10:16AM 5   that's not a consistent theme.

10:16AM 6       MR. GODWIN:  And I accepted his offer, Your Honor.

10:16AM 7       THE COURT:  Why don't we make the offer, Andy, to pay

10:16AM 8   this witness' expenses, all-expense-paid trip to New Orleans.

10:16AM 9       MR. LANGAN:  I will be happy to be Mr. Cunningham's

10:17AM 10  agent to convey the offer of the PSC that they will pay -- oh,

10:17AM 11  did you mean us?

10:17AM 12      THE COURT:  We put it down for the 12th and 13th, right?

10:17AM 13  Maybe we could target earlier, May, June, and do a Monday,

10:17AM 14  Tuesday, or a Thursday, Friday all expense paid to New Orleans.

10:17AM 15      MR. LANGAN:  I'll work on all of those issues.  Okay.

10:17AM 16      THE COURT:  All right.  We've got Dupriest,

10:17AM 17  Fred Dupriest, Exxon Mobil.

10:17AM 18      MR. LANGAN:  The ball is in our court.  We need to

10:17AM 19  follow up on that one, Your Honor.

10:17AM 20      THE COURT:  We've got -- right when you're ready to be

10:17AM 21  called on, what do you do?

10:17AM 22      MR. GODWIN:  It's Alan's.

10:17AM 23      MR. LANGAN:  As long as I'm up, Your Honor, we have

10:18AM 24  reached out to 128 and 129, the LSU professors.  We have -- but

10:18AM 25  we have not gotten return calls.  We have reached out to them,

10:18AM  1   and we know that we're supposed to schedule those.

10:18AM  2           Let me just see here.  I know there is an issue

10:18AM  3   about Mr. Adams because I think he may be somebody's consultant,

10:18AM  4   maybe it's Halliburton's consultant at this point.

10:18AM  5           MR. GODWIN:  That's correct, Judge.

10:18AM  6           THE COURT:  So we've got an issue there.  Why don't you

10:18AM  7   all confer about that, or is that just off the table as far as

10:18AM  8   everybody is concerned as far as depositions?

10:18AM  9           MR. LANGAN:  Well, I'm not sure I'd go that far, that

10:18AM 10   it's off the table.

10:18AM 11           THE COURT:  Why don't you confer, and we'll either take

10:18AM 12   it up as a disagreement, or we'll take him off the list.

10:18AM 13           MR. LANGAN:  Very good.  Thank you.

10:18AM 14           THE COURT:  Great.

10:18AM 15           Now, Mr. Godwin, do you want to come on up and talk

10:18AM 16   about Tim Probert?

10:18AM 17           MR. GODWIN:  Yes, Your Honor.  Don Godwin for

10:18AM 18   Halliburton, Your Honor.

10:18AM 19           Yes, Andy and I did speak this morning about

10:19AM 20   Mr. Neal Adams, formerly with Boots & Coots.  He is a consulting

10:19AM 21   expert for Halliburton.  We'll talk further about that.

10:19AM 22           We also -- in fairness and openness to the Court,

10:19AM 23   we also spoke about Dr. Kris Ravi.  He's an employee of

10:19AM 24   Halliburton.  We also said we would talk at some later date about

10:19AM 25   our position that he's a consulting expert and see what, if

10:19AM 1   anything, can be worked out there.

10:19AM 2        THE COURT:  Good.

10:19AM 3        MR. GODWIN:  So that gives you an update on Dr. Ravi.

10:19AM 4        With regard to Tim Probert, Your Honor, he can be

10:19AM 5   available on May 9 or 10.

10:19AM 6        THE COURT:  Let's look.

10:19AM 7        MR. GODWIN:  Are those dates available?

10:19AM 8        THE COURT:  Let's see.  9, 10.

10:19AM 9        MR. CUNNINGHAM:  Yes, they are.

10:19AM 10       THE COURT:  Okay, good.

10:19AM 11       MR. GODWIN:  P-R-O-B-E-R-T, Tim Probert, with

10:20AM 12  Halliburton.

10:20AM 13       Judge, while I'm up, if you would like for me to

10:20AM 14  address the remaining two Halliburton employees.

10:20AM 15       THE COURT:  That would be fine.

10:20AM 16       MR. GODWIN:  Mr. Vincent Tabler, T-A-B-L-E-R, he can be

10:20AM 17  available in April or in June.  Our preference would be sometime

10:20AM 18  in early to mid June because he's going to be coming off a rig

10:20AM 19  there end of March.  So if we could do him the first couple of

10:20AM 20  weeks of June, Mr. Tabler would be available.  Any of those dates

10:20AM 21  that are available will be with him.

10:20AM 22       MR. CUNNINGHAM:  How about the 13th and 14th?

10:20AM 23       MR. GODWIN:  That will work.  Vince Tabler, June 13 and

10:20AM 24  14.

10:20AM 25       Then, the last, Your Honor, is Mr. Tommy Roth,

10:20AM 1  spelled R-O-T-H.

10:20AM 2          THE COURT:  Is that the Texas pronunciation?

10:20AM 3          MR. GODWIN:  Well, they say it's the Louisiana

10:21AM 4  pronunciation.  I would have called it Roth, but they say Roth,

10:21AM 5  R-O-T-H.  He is from Louisiana, Your Honor, lives in Houston

10:21AM 6  currently.

10:21AM 7          Our preference -- let's see, he is -- he can be

10:21AM 8  available in June at any time except these dates.  He cannot be

10:21AM 9  available June 6 or June 8 through 12.  Excepting those days in

10:21AM 10 June, he can be available any time in June.

10:21AM 11         THE COURT:  We're going to let Mr. Cunningham call that

10:21AM 12 one.

10:21AM 13         MR. CUNNINGHAM:  27 and 28?

10:21AM 14         MR. GODWIN:  27 and 28 of June will be fine for

10:21AM 15 Mr. Roth.

10:21AM 16         THE COURT:  Terrific.  Thank you.

10:21AM 17         MR. GODWIN:  Thank you, Judge.

10:21AM 18         THE COURT:  My report is up on the individual people

10:21AM 19 that we wanted to contact that are represented by their own

10:21AM 20 counsel.

10:21AM 21         I spoke to Mr. Buzbee relative to

10:22AM 22 Christopher Haire, and he said that he would get with Mr. Haire

10:22AM 23 and give us potential dates.

10:22AM 24         Then I spoke to Mr. Arnold about Andrea Fleytas and

10:22AM 25 Cathleenia Willis.  You all have seen the motion relative to

10:22AM 1   Ms. Willis, and I'm assuming you all want to reply to that,

10:22AM 2   right?

10:22AM 3             MR. GODWIN:  Judge, before we address that, let me make

10:22AM 4   one correction.  Mr. Neal Adams was not with Boots & Coots.  I

10:22AM 5   was thinking of Mr. John Wright, who is also a witness.

10:22AM 6             Mr. Neal Adams is with Neal Adams Consulting and is

10:22AM 7   a consulting expert to Halliburton.  With that correction.

10:22AM 8             THE COURT:  Good, I appreciate that.  Thank you, Don.

10:22AM 9             MR. GODWIN:  Thank you, Judge.

10:22AM 10            THE COURT:  Okay.

10:22AM 11            MR. LANGAN:  Your Honor, just -- I'm sorry, on

10:23AM 12  Cathleenia Willis, we did get Mr. Arnold's motion to protect.  Of

10:23AM 13  course, I'm not sure what we would say in a written reply.  I

10:23AM 14  mean, I would like to think about it.

10:23AM 15            But, I mean, there are other witnesses with similar

10:23AM 16  situations, and so we're not going to cast the first stone here

10:23AM 17  on that sort of thing.

10:23AM 18            So I do know -- I don't know if you covered this

10:23AM 19  when you talked to counsel.  I believe she's also on the

10:23AM 20  Marine Board witness list for early April.  So, you know, I guess

10:23AM 21  my point being, if she testifies there, then we might have a

10:23AM 22  different feeling about her availability in our case.

10:23AM 23            THE COURT:  Well, let's keep her on the list with a big

10:23AM 24  fat question mark.  If, indeed, she does testify at the April

10:23AM 25  hearing, why don't you call that to my attention.

10:23AM 1          MR. LANGAN:  Very good.

10:23AM 2              You were about to say something about Ms. Fleytas?

10:23AM 3          THE COURT:  Yes.  When I spoke to Mr. Arnold, he voiced

10:24AM 4     similar concerns about her, but I have not received any motion or

10:24AM 5     otherwise.  He knows that I'm looking for potential dates, so

10:24AM 6     hopefully he'll speak with her and get back to me with potential

10:24AM 7     dates.  I just don't know.  So that's still with a question mark,

10:24AM 8     as well.

10:24AM 9          MR. LANGAN:  I guess we could precipitate that by

10:24AM 10    serving a notice, like we did with Ms. Willis.  I guess it would

10:24AM 11    be up to us to do that.

10:24AM 12             Your Honor, my only last point is I didn't want to

10:24AM 13    lose sight of the fact that I agree with Mr. Godwin.  We've

10:24AM 14    agreed to speak further about Dr. Kris Ravi.  We don't agree with

10:24AM 15    his position, but we don't have to argue that today; but, we

10:24AM 16    definitely want to take his deposition.

10:24AM 17         THE COURT:  While we're talking about Ms. Willis, Andy,

10:24AM 18    do you have any objection to continuing the dates that you have

10:24AM 19    set pending figuring out what we're going to do with it?

10:24AM 20         MR. LANGAN:  Can I reserve on that?

10:24AM 21         THE COURT:  Sure.

10:24AM 22         MR. LANGAN:  I would like to think about that some.

10:25AM 23    Like I said, I'm not sure what we're going to say, if we say

10:25AM 24    anything.

10:25AM 25         THE COURT:  Exactly.  No, I understand that.  So just

10:25AM 1   put that on your list of considerations.

10:25AM 2          MR. LANGAN:  Very good.  Thank you.

10:25AM 3          THE COURT:  We had a list of master list deponents that

10:25AM 4   we gave out last week, and so why don't we go through that and

10:25AM 5   see what kind of progress we've made there.

10:25AM 6              I don't believe I gave this name out last week, but

10:25AM 7   Andy, why don't you add it to your list.  It's Ross Skidmore.

10:25AM 8          MR. LANGAN:  Yes.

10:25AM 9          THE COURT:  Yes?

10:25AM 10         MR. LANGAN:  We will add it to the list, yes.

10:25AM 11         THE COURT:  Okay.  Good.

10:25AM 12         MR. LANGAN:  In fairness, that name has been raised

10:25AM 13  before, and now we'll put him on the front of the burner.

10:25AM 14         THE COURT:  We passed him.  We passed him.  So let's put

10:25AM 15  him on the list for hopefully next week or thereafter.

10:26AM 16             Then let's go through the names that I gave you

10:26AM 17  last week.  We've got two for M-I Swaco.  It's Leo Lindner,

10:26AM 18  L-I-N-D-N-E-R, and J. R. Smith.  Does anybody have any info on

10:26AM 19  them?

10:26AM 20         MR. LUXTON:  Your Honor, Steve Luxton, again, for

10:26AM 21  M-I Swaco for the record.

10:26AM 22             Mr. Lindner is represented by counsel, Mr. Buzbee,

10:26AM 23  and I assume someone will have to reach out to him in regards to

10:26AM 24  potential dates.

10:26AM 25         THE COURT:  What about Mr. Smith?

10:26AM 1      MR. LUXTON:  I do not have any information on Mr. Smith,

10:26AM 2 but I'll look into that.

10:26AM 3      THE COURT:  We'd appreciate that.

10:26AM 4           What do you guys want to do about Mr. Lindner?  Do

10:26AM 5 you all want to pick a date and issue a notice?  What do y'all

10:27AM 6 think about that?  That's a Halliburton/BP request.

10:27AM 7      MR. LANGAN:  Let's do -- Your Honor, Andy Langan for BP.

10:27AM 8           Let's do that.  Let's pick a date, and Mr. Godwin

10:27AM 9 or I will issue a notice.

10:27AM 10      MR. GODWIN:  That's agreeable, Judge.

10:27AM 11      THE COURT:  Why don't we do that.  What looks good for

10:27AM 12 you guys?  What's your pleasure?

10:27AM 13      MR. LANGAN:  Can we go back to April?  Thank you, Corey.

10:27AM 14      THE COURT:  He is doing a good job, isn't he?

10:27AM 15      MR. GODWIN:  Judge, with Andy's agreement, we'll be

10:27AM 16 happy to issue the notice for Mr. Lindner.

10:27AM 17      THE COURT:  Great.  Thank you.

10:27AM 18      MR. LANGAN:  Can I ask counsel, then, what date looks

10:27AM 19 good to Halliburton?  24, 25?  25, 26 of April?

10:27AM 20      MR. GODWIN:  That's fine with us, Your Honor.

10:27AM 21      MR. LANGAN:  L-I-N-D-N-E-R?  I'm kind of guessing here.

10:27AM 22      THE COURT:  Yes, that's right.

10:28AM 23      MR. LANGAN:  L-I-N-D-N-E-R from M-I Swaco.

10:28AM 24      THE COURT:  Next up are two OCS witnesses,

10:28AM 25 Joshua Kritzer, K-R-I-T-Z-E-R, and Heath, H-E-A-T-H, Lambert.

10:28AM 1    Does anyone have anything on that?  That was requested by

10:28AM 2    Halliburton.

10:28AM 3            MR. GODWIN:  Judge, Don Godwin for Halliburton.

10:28AM 4            I don't recall that we asked for that witness,

10:28AM 5    Your Honor.

10:28AM 6            THE COURT:  Let me go back to the master list.

10:28AM 7            MR. GODWIN:  Just one second.  Let us check.

10:28AM 8            THE COURT:  No problem.  Take your time.

10:29AM 9            MR. GODWIN:  Thank you, Judge.

10:29AM 10           MR. LANGAN:  It's 139 and 140.

10:29AM 11           THE COURT:  OCS, it's 139, 140, according to my notes,

10:29AM 12   but I've lost my master list.

10:29AM 13           MR. GODWIN:  Judge, I stand corrected.  We did ask for

10:29AM 14   that deposition, and any time in April or May will be fine with

10:29AM 15   us, Your Honor.

10:29AM 16           THE COURT:  Yes, there is two of them, Don.  You had 139

10:29AM 17   and 140.  It's Kritzer and Lambert.

10:29AM 18           MR. GODWIN:  Yes, both with OCS, Your Honor, tank

10:29AM 19   cleaners on the rig.  We're fine.  The sooner, the better.  April

10:29AM 20   or May, whatever works.

10:29AM 21           THE COURT:  You'll issue the notices for them, Don?

10:29AM 22           MR. GODWIN:  Yes, we will, Your Honor.

10:29AM 23           THE COURT:  Why don't we pick dates for them.  Those

10:29AM 24   aren't going to be two days, are they?

10:30AM 25           MR. GODWIN:  Well, they are set up for two days because,

10:30AM 1   with everybody asking, I think it's safe to put them for two

10:30AM 2   days.  If we get out early, we just give time back.

10:30AM 3              THE COURT:  I think that's fine.  You're the only

10:30AM 4   requesting party.

10:30AM 5                   What are you going to suggest?

10:30AM 6              MR. CUNNINGHAM:  How about 6 and 7?  There are a lot of

10:30AM 7   question marks there.

10:30AM 8              MR. GODWIN:  6 and 7 of April would be fine with us,

10:30AM 9   Your Honor.

10:30AM 10             MR. MAZE:  Is this Kritzer?

10:30AM 11             THE COURT:  That is for Kritzer.

10:30AM 12                  Then, what about for Lambert?

10:30AM 13             MR. GODWIN:  Heath Lambert.  Toward the end of April,

10:30AM 14  Bobo?

10:30AM 15             MR. CUNNINGHAM:  That's fine.  27, 28.

10:30AM 16             MR. GODWIN:  27 and 28 would be fine with us,

10:30AM 17  Your Honor.  We'll issue the notice for Mr. Lambert, as well.

10:30AM 18             THE COURT:  Great.

10:30AM 19                  Next up was Kate Paine, P-A-I-N-E, with

10:30AM 20  Quadril Energy.  And that was a MOEX request, APC/MOEX.

10:31AM 21                  Tony, do you have something on that?

10:31AM 22             MR. FITCH:  Judge, sorry for the delay.  I was talking

10:31AM 23  in the mute.

10:31AM 24                  No, I don't.  I'll have to deal with that at next

10:31AM 25  Friday's conference, if I may, please.

10:31AM  1          THE COURT:  It's no problem.  We'll carry it over.

10:31AM  2               Next up we've got Robin Hartmann, H-A-R-T-M-A-N-N,

10:31AM  3   with Shell.  We've got Charlie Williams with Shell.  Both of

10:31AM  4   those are BP requests.

10:31AM  5          MR. LANGAN:  Your Honor, can I ask what numbers those

10:31AM  6   are?

10:31AM  7          THE COURT:  Sure.  I'm sorry, I should just give them to

10:31AM  8   you.  It's 142 and 143.

10:31AM  9          MR. LANGAN:  Can we come back next week with a

10:32AM  10  suggestion?

10:32AM  11         THE COURT:  Sure.  Stay there for a second because we've

10:32AM  12  got a couple more for you.

10:32AM  13               Mike Cargol, C-A-R-G-O-L.  It's 146.  That's with

10:32AM  14  Subsea.  I'm sorry, it's S-U-B-S-E-A.

10:32AM  15         MR. LANGAN:  Okay.

10:32AM  16         THE COURT:  Then number 147, Bill Ambrose,

10:32AM  17  A-M-B-R-O-S-E.  That also was a BP request.

10:32AM  18         MR. LANGAN:  I'll come back next week with suggestions.

10:32AM  19         THE COURT:  That will be fine.

10:32AM  20         MR. LANGAN:  Are we in the mode of other suggestions for

10:32AM  21  witnesses?

10:32AM  22         THE COURT:  Not yet.  We're still working our way

10:33AM  23  through last week's list, and we're not doing too well, are we?

10:33AM  24         THE CLERK:  Actually, that was going to be for

10:33AM  25  March 25th.

10:33AM 1       THE COURT:  Mike is telling me these are new names.

10:33AM 2       THE CLERK:  Yes, these are new names.  You're doing well

10:33AM 3  considering --

10:33AM 4       THE COURT:  I'm doing very well considering they are new

10:33AM 5  names.  Yes, I agree with that.

10:33AM 6            I'm sorry, guys.  Did I miss?

10:33AM 7       THE CLERK:  No, you've covered all the ones from last --

10:33AM 8       THE COURT:  I thought I gave these to you last week.  I

10:33AM 9  apologize.

10:33AM 10       MR. LANGAN:  That's what prompted my question,

10:33AM 11  Your Honor.

10:33AM 12       THE COURT:  I apologize to the group.

10:33AM 13       MR. DART:  Your Honor, good morning.

10:33AM 14       THE COURT:  Hank, good morning.  Hold on.  I'm not

10:33AM 15  finished yet, Hank.  I'll get to you in a minute.

10:33AM 16       MR. DART:  I'll be patient.

10:33AM 17       THE COURT:  As long as I'm on the new names.

10:33AM 18       THE CLERK:  Ambrose was a Transocean employee, so Kerry

10:33AM 19  would be on that.

10:33AM 20       THE COURT:  Kerry, Bill Ambrose is a Transocean

10:33AM 21  employee, and it's number 147.

10:34AM 22       MR. MILLER:  You had me panicked looking at the

10:34AM 23  March 16th scheduling order because I had not seen his name in

10:34AM 24  there, but I understand it wasn't in there.  So that's a date

10:34AM 25  I'll get for you next Friday.

10:34AM 1          THE COURT:  I'm going to apologize, again.  I have

10:34AM 2     another couple for you.  Are you ready?

10:34AM 3          MR. MILLER:  Yes.

10:34AM 4          THE COURT:  That was a Halliburton/BP request.

10:34AM 5               Also, 149, Craig Breland, B-R-E-L-A-N-D, also a

10:34AM 6     Transocean employee.

10:34AM 7          MR. MILLER:  That's 149?

10:34AM 8          THE COURT:  Yes.

10:34AM 9               150, Douglas Brown, Transocean.

10:34AM 10              Kerry, last, but not least, 153, Mark Hay, H-A-Y.

10:34AM 11         THE CLERK:  Did you skip 148, Bertone, or did you cover

10:34AM 12    that?

10:34AM 13         THE COURT:  That's Mark Hay, H-A-Y.

10:34AM 14              I gave you the Bertone, right?

10:35AM 15         MR. MILLER:  No, I didn't get that one.

10:35AM 16         THE COURT:  I'm sorry, 148.  So for you, Kerry, it's

10:35AM 17    148, 149, 150 and 153.

10:35AM 18              MR. MILLER:  148, 149, 150, 153, plus Ambrose.

10:35AM 19         THE COURT:  Plus Ambrose.

10:35AM 20         MR. MILLER:  What number was he?

10:35AM 21         THE COURT:  He was 147.

10:35AM 22         MR. MILLER:  So I've got five.

10:35AM 23         THE COURT:  You've got five.

10:35AM 24              All right.  Hank.

10:35AM 25         MR. DART:  Good morning.

10:35AM 1          THE COURT:  Good morning.

10:35AM 2          MR. DART:  Hank Dart for the State of Louisiana,

10:35AM 3  Your Honor.

10:35AM 4              There is one witness, and it appears she's the

10:35AM 5  only -- Louisiana is the only one who has identified this person.

10:35AM 6  Number 13, Cheryl Grounds.  She's a BP employee, process safety

10:35AM 7  engineer, who was the lead process safety engineer for the

10:35AM 8  investigation.  Also a process safety person in BP's

10:35AM 9  Gulf of Mexico office.

10:35AM 10         THE COURT:  Speak up, Hank.

10:35AM 11         MR. DART:  A lead process safety engineer in BP's

10:36AM 12  Gulf of Mexico office.  We are very interested in deposing that

10:36AM 13  person, so could we put her on the list?

10:36AM 14         THE COURT:  Let's put her on the list for a report next

10:36AM 15  week, Andy, number 13.  Let's see what we can do with her.

10:36AM 16         MR. DART:  Thank you.

10:36AM 17         THE COURT:  Thank you, Hank.

10:36AM 18         MR. LANGAN:  Your Honor, also perhaps we should put in

10:36AM 19  the mix from TO that is on the list by somebody Mr. Kent and

10:36AM 20  Mr. Long, James Kent and Bob Long?

10:36AM 21         THE COURT:  Have you got numbers?

10:36AM 22         MR. LANGAN:  I can find them.

10:36AM 23         THE COURT:  Kent and Long.

10:36AM 24         MR. LANGAN:  Mr. Kent is 60.  Mr. Long is 62.  I think

10:36AM 25  Mr. Long is very senior.  I'll be honest about that.

10:37AM 1    THE COURT:  Kerry, if you'll put those on your list just

10:37AM 2  to start working on, okay?

10:37AM 3    MR. MILLER:  Yes, will do.

10:37AM 4    I will tell you, Your Honor, if you are talking to

10:37AM 5  Kurt Arnold this week on the Fleytas and Willis issues, I suspect

10:37AM 6  Bertone is going to fall into the same category, so you may want

10:37AM 7  to put that one back on your list.  I'll check my end, for sure,

10:37AM 8  but I suspect what I'm going to tell you next Friday is

10:37AM 9  Kurt Arnold.

10:37AM 10    THE COURT:  All right.  I will do that.

10:37AM 11    How is everybody doing on breaks?  I'm really doing

10:37AM 12  that for purposes of the court reporter and the courtroom deputy.

10:37AM 13    All right.  We had the issue raised of whether we

10:38AM 14  want to agree to a procedure for resolving claims of privilege

10:38AM 15  for particular documents and portions of depositions.  Does

10:38AM 16  anybody want to talk about that today, or even want another week

10:38AM 17  to discuss the issue amongst yourselves?

10:38AM 18    MR. DUFFY:  Good morning, Your Honor, Tim Duffy for BP.

10:38AM 19    I think you're referring to the confidentiality

10:38AM 20  designations.  I don't think it's a privilege issue.

10:38AM 21    THE COURT:  Well, I think we've got two issues.  One is

10:38AM 22  confidentiality of portions of the transcript.

10:38AM 23    MR. DUFFY:  That's the issue that I can talk about.

10:38AM 24    THE COURT:  Right.  That was deferred because you all

10:38AM 25  are working that out, and you're going to get your letters out,

10:38AM 1   etcetera.

10:38AM 2              The other thing was when either side wants to

10:39AM 3   submit documents that are claimed privileged to us, whether we

10:39AM 4   want to agree to how we're going to handle that.

10:39AM 5              This is what I would suggest, that, first, whatever

10:39AM 6   the document or documents are -- and we're not looking for boxes

10:39AM 7   of documents, let me caution everybody -- that they be submitted

10:39AM 8   to us in camera, that those documents not be filed in the record.

10:39AM 9              That both sides would submit a letter pro and con

10:39AM 10  on disclosure of the document.  We would file those letters under

10:39AM 11  seal because you may be discussing the contents of what you claim

10:39AM 12  to be the privileged document.

10:39AM 13             The ruling would be filed of record just saying it

10:39AM 14  is or it isn't.  If is there an appeal, the documents will be

10:40AM 15  passed over to Judge Barbier in their in camera envelopes.

10:40AM 16             So y'all think about that.  If is there a problem

10:40AM 17  with that procedure, point it out to us next week.

10:40AM 18             Let's talk about Mr. Morel.  Has the PSC gotten the

10:40AM 19  brief from Mr. Morel's attorney relative to the marital

10:40AM 20  privilege?

10:40AM 21        MR. HERMAN:  I don't believe so, Your Honor.  I think

10:40AM 22  what we got was a letter identifying the additional documents

10:41AM 23  that they were claiming a privilege over, but I don't think we

10:41AM 24  have a brief setting forth their position on the privilege.

10:41AM 25             THE COURT:  We've got it, and we're going to ask that

10:41AM 1   that counsel serve you with that.  So if you need additional time

10:41AM 2   after having seen it, it won't be a problem.  I thought we had

10:41AM 3   asked him to serve it.

10:41AM 4            MR. HERMAN:  Okay.  Thanks.

10:41AM 5            Then, I don't know if you want to address it now,

10:41AM 6   but I just want to inform the Court, Andy and I spoke a little

10:41AM 7   bit this morning on the other issue, the privilege log issue that

10:41AM 8   we talked about yesterday.

10:41AM 9            After the call, some of the IT folks, I'll describe

10:41AM 10  them, on our side had some interesting questions and ideas that

10:41AM 11  were beyond what I thought of.  I think it would be helpful, and

10:41AM 12  we kind of have an agreement with BP, I think, that before coming

10:41AM 13  back to Your Honor, we're going to try to meet and confer to see

10:41AM 14  if there might be some IT solutions, or at least what plaintiffs

10:41AM 15  perceive to be IT solutions.

10:42AM 16           THE COURT:  Great.  Happy to hear it.

10:42AM 17           MR. MILLER:  Your Honor, if I may interrupt.  On the

10:42AM 18  issue of the Morel marital privilege brief, can that be

10:42AM 19  distributed to other interested parties?

10:42AM 20           THE COURT:  I think it can.  I think what we'll do is

10:42AM 21  we'll ask him to serve the PSC.  Would you guys please circulate

10:42AM 22  them among the distribution list?

10:42AM 23           MR. HERMAN:  Sure.

10:42AM 24           THE COURT:  I think everybody is entitled to receive

10:42AM 25  that.

10:42AM  1     I guess, Andy, this is you.  Do you want to give us

10:42AM  2 an update on any discussions you've had with the 2185 plaintiff

10:42AM  3 group?

10:42AM  4    MR. LANGAN:  Your Honor, a couple things on that.  We

10:42AM  5 have submitted a copy of the letter that our counsel submitted to

10:42AM  6 them in response to the discussions last week.  In addition to

10:43AM  7 that, I want to state that there are particular depositions we're

10:43AM  8 willing to talk about extra time.

10:43AM  9    To give a concrete example -- I don't know if

10:43AM 10 Mr. Meade is here, but -- he is, good -- with respect to

10:43AM 11 Mr. Sprague, who is being deposed next Monday and Tuesday, who is

10:43AM 12 a witness that they have expressed an interest in, we are willing

10:43AM 13 to expand the deposition by one hour, so it will go from 15 hours

10:43AM 14 to 16 hours, and sort of it's out of our time, make Mr. Sprague

10:43AM 15 available for an additional hour so the 2185 plaintifs would

10:43AM 16 then have an hour and 15 minutes total, as a way to try to help

10:43AM 17 that along, move that ball forward.

10:43AM 18    There may be other depositions that they've

10:43AM 19 expressed an interest in that we're going to be willing to make

10:43AM 20 the same offer; but, for Sprague, for Monday and Tuesday, we're

10:43AM 21 willing to do that.  Mr. Sprague has agreed to that.  So it may

10:43AM 22 not be everything they want, but I think hopefully that will help

10:44AM 23 things along.

10:44AM 24    THE COURT:  Good.  I appreciate that.

10:44AM 25    MR. CUNNINGHAM:  Your Honor, Robert Cunningham.  We just

10:44AM  1   want an understanding on the fact that that would not extend it

10:44AM  2   to a third day.  I mean, if we could be --

10:44AM  3           MR. LANGAN:  Not our intent.  Not our intent at all.

10:44AM  4           THE COURT:  Mr. Cunningham, it seems to me that what you

10:44AM  5   all agree to is that you all complete your deposition, and if you

10:44AM  6   all want to leave after the 15 hours, pick up and leave.

10:44AM  7           MR. CUNNINGHAM:  That was my next question, and that is,

10:44AM  8   2185 has typically been going early in the deposition, relatively

10:44AM  9   early.  If the procedure is going to be that they go last, that

10:44AM 10   would be much better from our perspective, more efficient.

10:44AM 11           THE COURT:  I don't have a problem with that.  We'll

10:44AM 12   hear whether the 2185 derivative group has a problem with that,

10:44AM 13   but I think that would be a fair way to handle it with the extra

10:45AM 14   time being allocated, that it go toward the end, then plaintiffs

10:45AM 15   are finished.  Hopefully plaintiffs are going to start finishing

10:45AM 16   up depositions before the 15 hours, and you all can just leave.

10:45AM 17           MR. CUNNINGHAM:  I think that would be the most

10:45AM 18   efficient and effective way to do it.

10:45AM 19           THE COURT:  All right.  Come on up.

10:45AM 20           MR. MEADE:  Good morning, Your Honor, John Alden Meade

10:45AM 21   for the derivative plaintiffs in 2185.  I would like to thank

10:45AM 22   Andy for that offer but also note that that's the first we've

10:45AM 23   heard of it.

10:45AM 24           Just to back up a little bit and give you kind of a

10:45AM 25   status update of how this effort to coordinate is working, I

10:45AM  1    think last week it began when BP did share with you the letter

10:45AM  2    that BP's counsel in 2185 had sent responding to us.  So then we,

10:45AM  3    to make the record complete, sent the one that had initiated the

10:45AM  4    discussion to you, so you could have that, as well.

10:46AM  5         It listed a bunch of deponents, the time we thought

10:46AM  6    we needed, and, in addition, what additional discovery we thought

10:46AM  7    we would need.  I understand BP's position pretty clearly that

10:46AM  8    they are not interested in providing us any additional discovery.

10:46AM  9    Of course, that either can or cannot pose a problem.  It only

10:46AM 10    poses a problem if this is a one-shot deal for us in the event

10:46AM 11    we -- if BP is later going to take the position that we can't

10:46AM 12    redepose people.

10:46AM 13         So what you have here is when we asked,

10:46AM 14    particularly with Mr. Sprague, BP's letter acknowledged our

10:46AM 15    request but didn't respond to it, and directed us, instead, to

10:46AM 16    the other 2179 parties to see who could give us more time.

10:46AM 17         Fortunately, everyone in the 2179 litigation did

10:46AM 18    get back to us, and we understand everyone's position that they

10:46AM 19    all think they needed their time.  It wasn't an unexpected

10:47AM 20    answer.  So as of last night, the position we were facing was no

10:47AM 21    one has any time to give us.

10:47AM 22         So now we have a new offer to add an hour at the

10:47AM 23    end, but the next big problem with that is we're in a bit of a

10:47AM 24    lag, it appears, in getting production.  On Wednesday of this

10:47AM 25    week, we received a new production.  Yesterday, we gave our first

10:47AM 1   review of it, and there are 7,000 Sprague custodial documents.

10:47AM 2   That is just pretty impossible for us to go through that this

10:47AM 3   weekend in order to give a competent examination on Monday.

10:47AM 4          We had asked for four hours, and I think four

10:47AM 5   hours, if we got through all of the 7,000 Sprague documents,

10:47AM 6   would make sense; but, I think more to the point here is that, of

10:47AM 7   all of the parties -- all the deponents in 2179, there is, you

10:48AM 8   know, roughly 70 percent of this process works for that we're not

10:48AM 9   going to have to renotice if people were not going to want them.

10:48AM 10         To go back to what I said a few weeks ago, I think

10:48AM 11  there are some inherent limitations to the kinds of efficiencies

10:48AM 12  that can be generated between separate MDLs.  Our position is

10:48AM 13  certainly that with Mr. Sprague, even in light of this most

10:48AM 14  recent offer, and in particular in response to the late

10:48AM 15  production, that our position is that we really don't think that

10:48AM 16  Mr. Sprague is a good candidate for saying that we would

10:48AM 17  no longer -- it's like a one-shot deal.

10:48AM 18         I know that BP doesn't want to make any categorical

10:48AM 19  concessions, but it would certainly be helpful if there was

10:48AM 20  some -- for our part -- I'm, once again, only speaking on behalf

10:48AM 21  of the derivative plaintiffs; there are two other plaintiff

10:48AM 22  groups in 2185 -- but if there is some judicial recognition that

10:49AM 23  this is where the limits are on these efficiencies, that would

10:49AM 24  certainly be helpful for us, and we could stop bothering

10:49AM 25  everybody so much.

10:49AM 1        THE COURT:  Look, I understand your particular problem

10:49AM 2   with Mr. Sprague because he is coming up so quickly; but, it

10:49AM 3   seems to me that you should go through your list of, as you say,

10:49AM 4   70, maybe 80, 85 percent of the witnesses you're fine with.  Go

10:49AM 5   through the list of those witnesses -- and I did think your list

10:49AM 6   was fairly extensive, but I won't comment beyond that -- and see

10:49AM 7   if you can't winnow down those that you absolutely think you

10:49AM 8   want, and see if you can't, perhaps, agree that an hour and

10:49AM 9   15 minutes, an hour and a half would cover you.  It just makes

10:50AM 10  sense to me that you all try to do that.

10:50AM 11       The custodial production will be catching up with

10:50AM 12  you, presumably.  Andy, that's true, presumably.

10:50AM 13       MR. LANGAN:  Your Honor, they are on the same list as

10:50AM 14  everybody else, so -- you know, so, I mean, they are getting the

10:50AM 15  documents with everybody else.  I don't know that 7,000 documents

10:50AM 16  were produced on Wednesday.  That's news to me.  Maybe they got

10:50AM 17  to his office then.  I just don't know.

10:50AM 18       THE COURT:  No, no, no, it's not a problem.  We've put

10:50AM 19  in place production of the custodial files, and this is the first

10:50AM 20  I've heard of any problem with that production.  Everybody else

10:50AM 21  is managing to go through the files and get ready for the depos.

10:50AM 22       I guess what I'm suggesting to you is I understand

10:50AM 23  your problem with Mr. Sprague.  My question to you is, if we

10:51AM 24  delegate -- or allocate an hour and a half to you for

10:51AM 25  Mr. Sprague, do you or do you not want to use your time?  That's

10:51AM  1    Question Number 1.

10:51AM  2              Then Question Number 2, going forward I would very

10:51AM  3    much appreciate your looking at the list and winnowing it down

10:51AM  4    and advising us as to whether you think if we give you an extra

10:51AM  5    hour and a half, whether you think we can get some of these

10:51AM  6    witnesses taken care of.

10:51AM  7              Andy, how do you feel about the 2185 plaintiff

10:51AM  8    groups participating in the depositions if they don't want to ask

10:51AM  9    questions?

10:51AM 10         MR. LANGAN:  I haven't really thought about that.  I

10:51AM 11    don't think necessarily we have a problem with it.

10:51AM 12         THE COURT:  I just am running it past you, if they

10:51AM 13    declined to ask questions.  Would you put that on your list of

10:52AM 14    things to mull over?

10:52AM 15         MR. LANGAN:  Yes.

10:52AM 16         THE COURT:  Then it seems to me what I would like is a

10:52AM 17    list from you of those witnesses that you think you might be able

10:52AM 18    to do, say, in an hour and a half, and those witnesses that you

10:52AM 19    positively believe you need four hours on.

10:52AM 20              I would also ask you to consult with the other two

10:52AM 21    groups and see if you all can't agree that if, for instance, on a

10:52AM 22    couple of these witnesses, an extra four hours, is that going to

10:52AM 23    be sufficient for all of you.  That would be really helpful to us

10:52AM 24    to try to work through this issue.

10:52AM 25              Having a request from you for four hours and a

10:52AM 1    request from the two other plaintiff groups for four hours is

10:52AM 2    problematical from our point of view.

10:53AM 3          MR. MEADE:  We certainly understand that, Your Honor.  I

10:53AM 4    think that's one of the reasons why I've continued to emphasize

10:53AM 5    that these are separate MDLs for a reason.

10:53AM 6          Each of the three cases in 2185 are big cases in

10:53AM 7    their own right.  Having those three actions share even just a

10:53AM 8    single day would be asking quite a bit.  Getting us to all share

10:53AM 9    even just a few hours here, I just don't think we are going to be

10:53AM 10   doing right by our clients to do that, which is why I mentioned

10:53AM 11   that I think, with respect to particular witnesses, that we've

10:53AM 12   reached the inherent limits of the efficiencies that can be

10:53AM 13   achieved between the two MDLs.

10:53AM 14         THE COURT:  I hear you.  I did think the request that

10:53AM 15   you all sent out was more of a scattershot.

10:53AM 16         MR. MEADE:  With a clarification --

10:53AM 17         THE COURT:  Yes.

10:53AM 18         MR. MEADE:  -- I'm not sure which request you're

10:53AM 19   referring to.  The one in the letter we sent, I think, was fewer

10:53AM 20   than ten, I believe, witnesses that we had asked for additional

10:53AM 21   production and had asked for more time.

10:54AM 22         THE COURT:  Yes.  The production was pretty broad, as

10:54AM 23   well.  I'm not going to rule on that.  I'm not going to tell you

10:54AM 24   that you can't ask for these documents.  It's just that in the

10:54AM 25   context of this litigation --

10:54AM 1      MR. MEADE:  We understand, but was your objection to the

10:54AM 2   number of witnesses or -- because I thought we had done a very --

10:54AM 3   pretty -- you know, pretty good job of winnowing down the list of

10:54AM 4   people where we really thought we would need extra time.

10:54AM 5      THE COURT:  Right.  You've got eight witnesses, all of

10:54AM 6   whom you requested additional time for, some as little as two

10:54AM 7   hours, and then, for instance, Mr. Wong, at least four hours.

10:54AM 8          Maybe you could take another look at that and see

10:54AM 9   if maybe we could accommodate a few of these in a time frame of

10:54AM 10  maybe an hour and a half to two hours.

10:54AM 11     MR. MEADE:  I'll check again with our tech people, but I

10:54AM 12  believe the reports I was receiving as to the Sprague production

10:55AM 13  was that it was produced to us in -- the derivative plaintiffs in

10:55AM 14  2185 on Wednesday, and we got through it yesterday.

10:55AM 15         The problem with Sprague, of course, is that in the

10:55AM 16  context of the derivative litigation, he's the VP of

10:55AM 17  organizational capability for BP Global West.

10:55AM 18     THE COURT:  Whatever that means, right?

10:55AM 19     MR. MEADE:  Whatever that means, right.  But it

10:55AM 20  certainly appears to us that he is one of the guys who is

10:55AM 21  responsible for translating the changes in the safety culture to

10:55AM 22  make sure they actually get implemented on a rig.

10:55AM 23         So it's one thing to have a lot of talk.  It's got

10:55AM 24  to turn into action, and he's one of the guys who would have

10:55AM 25  something to say about it.  He could very well -- it's hard to

10:55AM 1    judge from the front side how important he's going to be, but we

10:55AM 2    think the chances of him being very important are very good.

10:55AM 3            Really, I don't think that, given the timing of the

10:55AM 4    production and the amount of time available to us, that we could

10:55AM 5    conduct a meaningful examination such as would satisfy BP that we

10:56AM 6    wouldn't need to renotice.

10:56AM 7            THE COURT:  Good.  Okay.  Thank you.

10:56AM 8            MR. LANGAN:  Just to close the loop on this, Your Honor,

10:56AM 9    Andy Langan for BP.

10:56AM 10           Our March 14th letter to the 2185 groups made the

10:56AM 11   point that for Mr. Inglis and Hayward and Castell, who are

10:56AM 12   defendants, we understand that there is very likely good cause

10:56AM 13   they are going to be reproduced in 2185, if those cases move

10:56AM 14   beyond the pleading stage.

10:56AM 15           As to the other ones, our position is that we ought

10:56AM 16   to wait and see, and see if the accommodations that we reach as

10:56AM 17   we go witness by witness are enough and see.

10:56AM 18           But what I'm hearing and what I've heard before

10:56AM 19   from counsel is that I don't think anything we do is going to be

10:56AM 20   enough.  That's the message I'm taking away.

10:56AM 21           THE COURT:  Yes.  That's why I'm asking him to go back

10:56AM 22   and see if he can't massage this list a little bit, with an

10:56AM 23   understanding that maybe we're looking at an hour and a half time

10:57AM 24   frame and perhaps as much as two hours for the more important

10:57AM 25   witnesses.

10:57AM 1        MR. LANGAN:  I guess, are we going to hear from him

10:57AM 2  whether they want the extra hour or not?

10:57AM 3        THE COURT:  Yes, you're going to hear.

10:57AM 4        MR. LANGAN:  I guess we need to know that.

10:57AM 5        THE COURT:  When is this witness scheduled for?

10:57AM 6        MR. MEADE:  Monday.

10:57AM 7        THE COURT:  For Monday.  So why don't you think about

10:57AM 8  that, and put that on your very front burner.

10:57AM 9        MR. MEADE:  Yes, Your Honor.

10:57AM 10        THE COURT:  If you're not going to use the time, declare

10:57AM 11  yourself so these guys can let the witness know about it, rather

10:57AM 12  than --

10:57AM 13        MR. MEADE:  I'll say we're doing our very best on

10:57AM 14  getting these documents reviewed.  We've already put teams on it.

10:57AM 15  It is being done.  We're full speed ahead doing anything and

10:57AM 16  everything we can.

10:57AM 17        I should say we do appreciate BP's recognition with

10:57AM 18  respect to the defendants in our case.

10:57AM 19        So that's three people.  We really think we've, you

10:57AM 20  know, agreed for, like -- whether it's 80 percent, maybe it's

10:57AM 21  90 percent of people when we say this is working, so -- but we

10:57AM 22  can't say -- we can't just pretend that it's going to work with

10:58AM 23  Sprague when it's not.

10:58AM 24        THE COURT:  No, I understand that.  What I would like

10:58AM 25  you to do is do the best you can.

10:58AM 1          When does the group want to know whether they want

10:58AM 2     to participate or not?  By close of business today, or is Monday

10:58AM 3     morning soon enough?

10:58AM 4          MR. MEADE:  We are scheduled to go on Tuesday, I

10:58AM 5     understand, as the offer stands right now.  So hopefully we can

10:58AM 6     get to them Monday morning, because I would like to talk with my

10:58AM 7     people.

10:58AM 8          THE COURT:  Fine.  I have no problem with that.  Maybe

10:58AM 9     what you can do is look at the list and coordinate --

10:58AM 10          Who has got the lead for the 2185 BP people?

10:58AM 11          MR. MEADE:  The firm is Sullivan and Cromwell, and we

10:58AM 12     have been mostly in contact with Mark DeLeeuw, which is D-E --

10:59AM 13          THE COURT:  D-E cap L-E-E-U-W.

10:59AM 14          Why don't you work with him and see what you all

10:59AM 15     might be able to agree to for the upcoming witnesses.

10:59AM 16          MR. MEADE:  Sure.  That process is ongoing.  What the

10:59AM 17     position has been with respect to all of our requests, all eight

10:59AM 18     of those deponents, BP essentially said, well, there is a

10:59AM 19     pretrial order in place in 2179 that directs you to ask for time

10:59AM 20     from all of the other parties, so why don't you do that; so, we

10:59AM 21     did that, and then everyone says they needed their time.

10:59AM 22          I get the feeling that that's going to be somewhat

10:59AM 23     of a déjà vu experience each time.  We understand people's

10:59AM 24     positions.  No one has as much time as they want anyway.  So I

10:59AM 25     think that's going to play itself out over and over again.

10:59AM 1    THE COURT:  I'm not sure about that.  We're working our

10:59AM 2  way through the priority list, and I'm not sure that we're not

10:59AM 3  going to get to a point at some point where some seeding of time

11:00AM 4  would not be possible.

11:00AM 5         I'm not saying you're wrong; I'm not saying you're

11:00AM 6  right.  Let's just keep an open mind with regard to that.

11:00AM 7    MR. MEADE:  We will certainly keep making the requests

11:00AM 8  according to the order.

11:00AM 9    THE COURT:  Exactly.  Let's keep making the requests,

11:00AM 10  and maybe somebody will give.  Who knows.

11:00AM 11    MR. STRADLEY:  Judge, if I may --

11:00AM 12    THE COURT:  Certainly.  Come on up.

11:00AM 13    MR. STRADLEY:  -- if I may speak just for a second with

11:00AM 14  respect to the security plaintiffs in the BP --

11:00AM 15    THE COURT:  Speak up just a little bit for my phone

11:00AM 16  people.

11:00AM 17    MR. STRADLEY:  I'm Bill Stradley.  We represent the

11:00AM 18  securities plaintiffs in 2185.

11:00AM 19         This is the absolute first I've heard anything

11:00AM 20  about an hour or an hour and a half being agreed to by BP.  It

11:00AM 21  could well have been a series of things discussed by the lawyers

11:00AM 22  in 2185 because there are ongoing discussions between plaintiffs

11:00AM 23  and defendants in 2185.  I wanted the Court to be aware of that.

11:01AM 24  We are discussing those very questions.

11:01AM 25         What we have asked is that Judge Ellison give us a

11:01AM  1     status conference as soon as possible.

11:01AM  2             THE COURT:  I saw that.

11:01AM  3             MR. STRADLEY:  We are awaiting right now a word from his

11:01AM  4     coordinator as to how soon we can get the status conference.

11:01AM  5     Perhaps a lot of these questions will be resolved.

11:01AM  6                  In the meantime, with respect to Mr. Sprague's

11:01AM  7     deposition on Monday, I don't have an answer because that

11:01AM  8     question has not arisen before this very moment.  So I'll do

11:01AM  9     everything I can to get an answer for counsel by Monday morning.

11:01AM 10             THE COURT:  Great.  That would be great.  If you'll

11:01AM 11     coordinate with the other two groups in the 2185 litigation, that

11:01AM 12     would be helpful, as well.

11:01AM 13             MR. STRADLEY:  Thank you.  I believe we have been doing

11:01AM 14     that --

11:01AM 15             THE COURT:  Yes, I think you have, too, and I appreciate

11:01AM 16     that.

11:01AM 17             MR. STRADLEY:  -- but we will continue to do that.

11:01AM 18             THE COURT:  Great.  Thank you so much.

11:02AM 19             MR. STRADLEY:  Thank you.

11:02AM 20             THE COURT:  All right.  Have we exhausted that topic?

11:02AM 21             MR. MILLER:  And then some.

11:02AM 22             THE COURT:  I have to turn my attention to the

11:02AM 23     Cameron 30(b)(6) notice.  I would like to try to get that

11:02AM 24     resolved today, but I'm not sure that everybody else needs to

11:02AM 25     stick around for that.

11:02AM 1             The only thing I have left other than that on my

11:02AM 2   list was something that Steve Herman mentioned to me.  Last

11:02AM 3   weekend, he turned his smartphone off for the day on Saturday,

11:02AM 4   which I thought was great.  I'm wondering -- I'm only floating

11:03AM 5   this as an idea, but I'm serious about it -- maybe we want to put

11:03AM 6   on the calendar regular either Saturdays or Sundays where

11:03AM 7   everybody declares e-mail off.

11:03AM 8             MR. CUNNINGHAM:  That's a great idea.

11:03AM 9             MR. DUFFY:  Your Honor, can you enter an order so

11:03AM 10  everybody at my firm can abide?

11:03AM 11            THE COURT:  I'm serious.  You guys are working hard, and

11:03AM 12  it seems to me that we should really seriously think about going

11:03AM 13  through the calendar and do Saturday and Sunday settings where

11:03AM 14  you all just cease fire.  Would that interrupt your flow?

11:03AM 15            MR. MAZE:  Would you like me to go ahead and put the

11:03AM 16  dates down on the calendar?

11:04AM 17            THE COURT:  Is that a consensus that we can do?

11:04AM 18            MR. GODWIN:  Judge, it would interrupt our flow, but in

11:04AM 19  a positive way.

11:04AM 20            THE COURT:  Why don't we do it, guys.  Seriously.  Why

11:04AM 21  don't we do every other week, a Saturday or a Sunday off.

11:04AM 22                Go ahead, Mr. Maze.  Why don't you make your

11:04AM 23  suggestion.  Starting with tomorrow.

11:04AM 24            MR. MAZE:  Tomorrow is the 19th.

11:04AM 25            THE COURT:  Tomorrow is the 19th.

11:04AM 1          MR. MAZE:  Do you want to do one day each weekend or
11:04AM 2   both days?
11:04AM 3          THE COURT:  I was kind of thinking every other weekend,
11:04AM 4   either a Saturday or a Sunday.
11:04AM 5          MR. MAZE:  Let's probably do Saturday, because Sunday
11:04AM 6   when we have Monday depositions, things sometimes pop up.
11:04AM 7          THE COURT:  That makes sense.
11:04AM 8          MR. MAZE:  I would personally prefer Sunday, but I think
11:04AM 9   Saturday is going to work better.
11:04AM 10          THE COURT:  Mr. Godwin.
11:04AM 11          MR. GODWIN:  I was going to suggest, Your Honor, that
11:04AM 12   some of these certifications with regard to witnesses that are
11:04AM 13   going to be deposed are due on a Saturday, sometimes on a Sunday.
11:05AM 14   Where that happens, and we've got an off day, if you will, could
11:05AM 15   we just ask that certification for all parties be complied with
11:05AM 16   the end of the following business day, which would be a Monday?
11:05AM 17          THE COURT:  Does anybody have a problem with that?
11:05AM 18          MR. HERMAN:  That's fine.
11:05AM 19          THE COURT:  All right.  Starting with the 19th, why
11:05AM 20   don't you just put an X, a big fat X across it.
11:05AM 21          MR. GODWIN:  I like that.
11:05AM 22          THE COURT:  Let's go to April.
11:05AM 23          MR. HERMAN:  We should have a policy of no work on
11:05AM 24   Jazzfest.
11:05AM 25          THE COURT:  By the way, Jazzfest weekend is off.  That's

11:05AM  1    two weeks.

11:05AM  2              MR. HERMAN:  That's my policy.

11:05AM  3              THE COURT:  So we're coming to April 2nd would be the

11:05AM  4    next one.  April 16th.

11:05AM  5              MR. MAZE:  Easter is the 24th; is that right?

11:05AM  6              THE COURT:  You're going to get the 24th, as well.

11:05AM  7    That's additional.

11:06AM  8                  Let's go to May.

11:06AM  9              THE DEPUTY CLERK:  That's Jazzfest.

11:06AM 10              THE COURT:  We're kidding about Jazzfest.  If anybody

11:06AM 11    wants to take off for Jazzfest, great.

11:06AM 12              MR. MAZE:  If we did the 24th, that would be Saturday,

11:06AM 13    the 7th and the 21st.

11:06AM 14              THE COURT:  That will bring us to June 4th.

11:06AM 15              MR. MAZE:  It would be the Saturday before London.

11:06AM 16    That's a travel day.

11:06AM 17              THE COURT:  June 25th.  I'm sorry.  No, no, you're

11:06AM 18    right.  June 18th.

11:06AM 19              MR. MAZE:  Then the next would be July the 2nd, which is

11:06AM 20    the 4th weekend.

11:07AM 21              THE COURT:  July 2nd, July 16th, and July --

11:07AM 22              MR. MAZE:  Do we want to leave the 30th open because we

11:07AM 23    have deadlines?  We're going to be -- I don't, but --

11:07AM 24              THE COURT:  July 30th.

11:07AM 25                  So I expect everybody to abide by those new dates.

11:07AM 1    We all have Mr. Herman to thank for it.

11:07AM 2         MR. HERMAN:  Actually, my daughter.  On behalf of my

11:07AM 3    daughter, she thanks the Court.

11:07AM 4         One other issue that Mr. Gonzales can address, if

11:07AM 5    the Court wants to go through, are some letters flying back and

11:07AM 6    forth between the plaintiffs and BP on, I think, four or five

11:07AM 7    discovery issues that for some reason we thought might be

11:07AM 8    addressed today.

11:07AM 9         THE COURT:  You're right.  I don't know how I skipped

11:07AM 10   it.  I was so excited about our vacation days.

11:07AM 11        MR. HERMAN:  Thank you, again.  Sorry to put a damper on

11:08AM 12   such a good mood.

11:08AM 13        MR. GONZALEZ:  Good morning, Your Honor.  Ervin Gonzalez

11:08AM 14   on behalf of the PSC.  I will be brief, and I will crystalize the

11:08AM 15   issues so as not to take too much time.

11:08AM 16        The first issue is on timing and priority of the

11:08AM 17   written discovery.  The problem that we have been having had been

11:08AM 18   that on the 30th day, as required by the rules of procedure, we

11:08AM 19   get an answer from BP that says, searching, we will produce.

11:08AM 20        We've discussed with them the concerns, and they

11:08AM 21   say the problem is the volume.  They've asked us to prioritize,

11:08AM 22   top priority versus second priority, which is not a problem;

11:08AM 23   however, we need to have a timetable as to what that means.

11:08AM 24        THE COURT:  They are willing to do that if you all can

11:08AM 25   tell them what the hit parade is.

11:08AM 1           MR. GONZALEZ:  We've already agreed to that.

11:08AM 2           THE COURT:  They'll give you dates by which they will

11:08AM 3  produce the documents that are numbered one through 10.

11:08AM 4           MR. GONZALEZ:  That's the issue.  We haven't had an

11:08AM 5  agreement yet on whether that can be done, whether that will be

11:09AM 6  done, and what the timing will be.

11:09AM 7           THE COURT:  Well, I'm saying that they are saying that.

11:09AM 8  Maybe I'm misunderstanding it, but --

11:09AM 9           MR. DUFFY:  Yes, Your Honor, as soon as we get the list.

11:09AM 10 Obviously, it depends on the topic.  Some things may take a week,

11:09AM 11 some things --

11:09AM 12          THE COURT:  Come on up.  You'll be at the podium for a

11:09AM 13 while.

11:09AM 14          MR. DUFFY:  Tim Duffy, Your Honor.

11:09AM 15           We have to see the list before we can come up with

11:09AM 16 the dates.  If it's 50 things and complex requests, the date is

11:09AM 17 going to be different than if it's ten things and easy requests.

11:09AM 18          THE COURT:  As I'm reading it, what BP is saying is it's

11:09AM 19 a rolling priority list, but if you can give them priorities one

11:09AM 20 through ten, they will look at those, look at the volume of

11:09AM 21 documents, and give you a target date which will be a fairly firm

11:09AM 22 target date that they can produce those priority requests to you.

11:09AM 23          MR. GONZALEZ:  All right, Judge.  Our concern was, and

11:09AM 24 perhaps it's premature, that the priority dates would not be

11:10AM 25 realistic given our cutoff date of July for discovery.

11:10AM 1          THE COURT:  Oh, no, they know that.

11:10AM 2          MR. GONZALEZ:  We'll go forward with that.

11:10AM 3          THE COURT:  Tim, do you know that?

11:10AM 4          MR. DUFFY:  I know that.

11:10AM 5          THE COURT:  Thank you.

11:10AM 6          MR. GONZALEZ:  The next issue, Your Honor, is marketing

11:10AM 7   and press releases.  There are several documents that were

11:10AM 8   requested and questions that related to that.

11:10AM 9          What we're really looking for, and I'll crystalize

11:10AM 10  what the issue is, we're looking for -- the big issue in the

11:10AM 11  case, or one of the big issues in the case, is to show control by

11:10AM 12  BP PLC, the London group.

11:10AM 13         We would like to see evidence of the London group,

11:10AM 14  PLC, being involved in advertising and press releases and print

11:10AM 15  media to show that they are actually in control of these issues

11:10AM 16  and situations.  That's really where we're going.  It's not as

11:10AM 17  broad as BP would like the Court to believe.

11:10AM 18         Our concerns are --

11:10AM 19         THE COURT:  It looks pretty broad.

11:10AM 20         MR. GONZALEZ:  It is, but this is really what we're

11:10AM 21  looking for, and I can narrow it down to that.

11:10AM 22         THE COURT:  Why don't you do this, why don't you send

11:11AM 23  Tim a revised request, and see if you can keep it simple.  If,

11:11AM 24  indeed, what you're looking for is the London group's

11:11AM 25  involvement, that certainly would help narrow it.

11:11AM 1     I did think -- and let me ask you this question,

11:11AM 2 because they do make the argument that all input into marketing

11:11AM 3 and press release documents really does not relate to the

11:11AM 4 limitation trial.  Maybe you can address that for me.

11:11AM 5    MR. GONZALEZ:  Yes.  The limitations trial does bring in

11:11AM 6 the involvement and control of BP PLC, and that's the aspect of

11:11AM 7 it that we want to be able to prove up.

11:11AM 8     BP PLC is a party to the limitations case.  I

11:12AM 9 anticipate that they will be arguing that they do not have a

11:12AM 10 jurisdictional basis to be a proper defendant in the case.

11:12AM 11 Jurisdiction is a huge issue in this case.  We need to show

11:12AM 12 control of all aspects of this matter by BP PLC.

11:12AM 13     There are really two fault issues.  The first part

11:12AM 14 of the fault was in the disaster that occurred.  The second part

11:12AM 15 is in the containment and remediation of the problem, which

11:12AM 16 creates other issues, and we need to show how BP PLC is actually

11:12AM 17 controlling this issue.

11:12AM 18     Now, what they are telling the world about their

11:12AM 19 flow was inaccurate.  It was inaccurate.  That is very much part

11:12AM 20 of the fault analysis that we're going to be having.

11:12AM 21    THE COURT:  Now, help me out with this.  Maybe I'm slow.

11:12AM 22 Whatever they are telling people, do you all contend that that

11:12AM 23 affected the operation to cap the well?

11:12AM 24    MR. MEADE:  Absolutely.  Sure.  Because if they are

11:13AM 25 saying it's a relatively minor flow, urgency is down.  If they

11:13AM 1 are telling individuals that there is nothing to worry about,

11:13AM 2 people are reacting and responding a certain way.  It also goes

11:13AM 3 to punitive conduct and intentional reckless disregard issues.

11:13AM 4 So all of these issues are related.

11:13AM 5           At this point, it isn't whether it's admissible but

11:13AM 6 whether it could lead to the discovery of admissible evidence

11:13AM 7 under Rule 26.  But narrowing the scope this way, Your Honor, I

11:13AM 8 think takes care of the Court's concerns.

11:13AM 9           THE COURT:  Take a crack at getting Tim a revised

11:13AM 10 request, and let's see what he says about the revised request.

11:13AM 11           MR. GONZALEZ:  The next issue was --

11:13AM 12           THE COURT:  Hold on.  We've got somebody who wants to

11:13AM 13 speak.

11:13AM 14           MR. LANGAN:  Andy Langan for BP.

11:13AM 15           As respects BP PLC, let me make a couple things

11:13AM 16 clear.  We know how to bring a personal jurisdiction motion.

11:13AM 17           THE COURT:  Yes, you do.

11:13AM 18           MR. LANGAN:  Right.  We have not.  We're perfectly

11:13AM 19 capable of doing it.  We have not.  So I don't know what he's

11:13AM 20 talking about in terms of a jurisdictional issue.

11:14AM 21           Other parties in this case have brought personal

11:14AM 22 jurisdiction motions for their foreign parents.  BP has not.  So

11:14AM 23 that's just a nonissue.

11:14AM 24           The facts are, and Mr. Herman and I have discussed

11:14AM 25 this, the OPA responsible party is BP Exploration and Production,

11:14AM 1   Inc.  They are a party to the limitation action.  They probably

11:14AM 2   should be.  The party to the drilling contract was BP America

11:14AM 3   Production Company.  They are a party to the limitation action.

11:14AM 4   I understand where he's going.  You can get some leeway there.

11:14AM 5   There is no jurisdictional issue about BP PLC --

11:14AM 6             THE COURT:  Thank you.  I appreciate the clarification.

11:14AM 7             MR. LANGAN:  -- in this case.  Some other case some day,

11:14AM 8   don't know.

11:14AM 9             MR. GONZALEZ:  The third point, Your Honor, is the

11:14AM 10  damage analysis.  I do believe you wanted to discuss that next

11:14AM 11  week, Tim; is that right?

11:14AM 12            THE COURT:  Yes.  Tim asked to confer and then defer

11:14AM 13  pending that.

11:14AM 14            MR. GONZALEZ:  That's what we'll do.

11:15AM 15            MR. DUFFY:  I think, again, Your Honor, it's several

11:15AM 16  requests, very broad.  It's a series of requests.  I'm not

11:15AM 17  faulting them for making all of those requests initially, but I

11:15AM 18  do think their letter seemed to indicate they would be satisfied

11:15AM 19  with a smaller set.  I'm not sure what that is.  If they could

11:15AM 20  get us, along the same lines, a more narrow specification of what

11:15AM 21  they are looking for, I would be happy to work with them.

11:15AM 22            THE COURT:  Great.  So you'll go ahead and take a crack

11:15AM 23  at a revision there.

11:15AM 24            MR. GONZALEZ:  I will chat with Tim, and I think we can

11:15AM 25  work that out.

11:15AM 1          The last point, Your Honor, is we were asking for

11:15AM 2  documents regarding the safety history of BP and drilling in

11:15AM 3  ocean based areas.  They've limited their response to GOM, which

11:15AM 4  refers to Gulf of Mexico.  We believe that given the search terms

11:15AM 5  that we've identified and the type of search, that this

11:15AM 6  information should be easily accessible and available.

11:15AM 7          It certainly relates to notice that BP has or may

11:16AM 8  have regarding other problems, for example, log bond cementing or

11:16AM 9  other issues with blowout preventers, alarm systems, etcetera,

11:16AM 10 that should have notified them of potential hazards when dealing

11:16AM 11 with drilling a mile into the ocean and then their extra

11:16AM 12 15,000 feet down into the ground.

11:16AM 13         So these are the issues that we're looking for.  We

11:16AM 14 believe that limiting it to the GOM is insufficient.  The

11:16AM 15 information we're seeking is relevant, will tend to prove or

11:16AM 16 disprove material facts in this case.  More importantly, under

11:16AM 17 Rule 26, it may lead to discovery of admissible evidence.

11:16AM 18         MR. DUFFY:  Your Honor, this is an important issue, so I

11:16AM 19 want to make sure we tread carefully.  There are several

11:16AM 20 discovery requests that we have gone through on all sides, to

11:16AM 21 which we have limited our responses to the GOM business unit.  So

11:16AM 22 I want to make sure that whatever comes out of this process, we

11:17AM 23 think about the ramifications.  We don't want to get into a

11:17AM 24 situation where someone says, well, you had to go beyond the GOM

11:17AM 25 here and, therefore, everywhere.

11:17AM 1          The issue is not coming up with search terms.  The

11:17AM 2   issue is not what to look for.  The issue is that the

11:17AM 3   Gulf of Mexico is not just the geography we think convenient to

11:17AM 4   limit it to.  It's a business unit in the company.

11:17AM 5          As soon as you say we need deepwater drilling -- we

11:17AM 6   need drilling -- and the requests are not limited to deepwater,

11:17AM 7   that's a new limitation -- you know, off Africa and Asia, the

11:17AM 8   North Sea, that's brand-new people, brand-new offices, brand-new

11:17AM 9   corporate entities.

11:17AM 10          You know, maybe it's relevant, maybe there is some

11:17AM 11   argument, but, in the universe that we live in where things are

11:17AM 12   supposed to be done by July, you can order us, but I can't

11:17AM 13   guarantee it's going to happen.

11:17AM 14          THE COURT:  I do think that this is -- my reaction is

11:17AM 15   that that is going to distract and slow you guys down.  That was

11:18AM 16   my immediate reaction to it.

11:18AM 17          Do you really want to go to Africa?  Do you really

11:18AM 18   want to go to the North Sea?  I don't, and I'm not sure you guys

11:18AM 19   have time to do that.

11:18AM 20          Could you take a crack at, perhaps, if you know of

11:18AM 21   some wells that you're interested in, maybe narrowing the request

11:18AM 22   and I'll consider it, but I just don't see how you all are going

11:18AM 23   to get anything done going worldwide drilling.  I think it's a

11:18AM 24   problem.

11:18AM 25          MR. GONZALEZ:  Okay, Judge, I hear you.  Yes, ma'am.

11:18AM  1          THE COURT:  Thanks.

11:18AM  2          MR. GONZALEZ:  Thank you, Your Honor.

11:18AM  3          MR. DUFFY:  Thank you.

11:18AM  4          THE COURT:  So we'll put that on the

11:18AM  5  next-week-we'll-discuss-it list.

11:18AM  6              Kerry.

11:18AM  7          MR. MILLER:  Just one issue while we were on the

11:18AM  8  previous topic of improving work flow and working in smaller

11:19AM  9  groups, a request for Your Honor.

11:19AM 10              Yesterday or day before -- and this pertains to the

11:19AM 11  coverage cases that were transferred here involving Transocean's

11:19AM 12  insurance policies and BP and Anadarko's additional insured

11:19AM 13  allegations with respect to those policies -- I saw, I think,

11:19AM 14  yesterday or day before, Anadarko's motion to intervene had been

11:19AM 15  granted -- motion to intervene in that action had been granted.

11:19AM 16  Yesterday, we filed a motion for leave to file a motion to

11:19AM 17  intervene into those coverage actions.

11:19AM 18              BP and Anadarko will oppose, I take it, the motion

11:19AM 19  to intervene, but, if leave could be granted, maybe we could at

11:19AM 20  least get a briefing schedule and let that go on its own way so

11:19AM 21  that we don't have to argue the issues before you or, frankly,

11:19AM 22  before Judge Barbier, you know, next Friday.  It will just go on

11:19AM 23  its own path.

11:19AM 24          THE COURT:  Guys?

11:20AM 25          MR. LANGAN:  Well, we do want to oppose the motion to

85

11:20AM 1    intervene, so we would like to be heard on that and brief it.

11:20AM 2        MR. MILLER:  That's right.  Grant the motion for leave

11:20AM 3    for us to file the motion to intervene so you can put in your

11:20AM 4    opposition.

11:20AM 5        MR. LANGAN:  That sounds somewhat reasonable.  I thought

11:20AM 6    he was asking for you to heretofore grant the motion --

11:20AM 7        THE COURT:  To go ahead and grant his motion to

11:20AM 8    intervene.

11:20AM 9        MR. LANGAN:  Then I misunderstood.

11:20AM 10        MR. MILLER:  No, grant the motion for leave so the

11:20AM 11    insurance folks can agree on a briefing schedule.

11:20AM 12        THE COURT:  We are going to grant leave to file the

11:20AM 13    motion to intervene.  How about that?

11:20AM 14        MR. LANGAN:  As I said, that, as an interim baby step,

11:20AM 15    sounds reasonable.

11:20AM 16        MR. MILLER:  A very modest request, Your Honor, again,

11:20AM 17    to improve work flow.

11:20AM 18        THE COURT:  It is a modest request, and it will be

11:20AM 19    granted.

11:20AM 20            Does anybody have anything else before we turn our

11:20AM 21    attention to the Cameron 30(b)(6)?  Okay, everybody who is not

11:20AM 22    interested in the Cameron 30(b)(6) can go home.

11:21AM 23        MR. TSEKERIDES:  Your Honor, Ted Tsekerides from

11:21AM 24    Weil Gotshal.

11:21AM 25        THE COURT:  Hi, Ted.  How are you doing?

11:21AM 1      MR. TSEKERIDES:  Pretty good.

11:21AM 2          There is one other thing that was brought up very

11:21AM 3  tangentially last week that I know people are working on.  It's

11:21AM 4  the proposed order to deal with the 14(c), Transocean's 14(c)

11:21AM 5  that we wanted to talk about last week.

11:21AM 6          I think I'm only going to put a place marker down

11:21AM 7  because I do think people are working on it.  If somebody wants

11:21AM 8  to say, yeah, we're working on it, and we'll deal with it early

11:21AM 9  next week or today, that would be great, but we are going to need

11:21AM 10 to have some resolution on that, I think, by next Friday, at the

11:21AM 11 latest.

11:21AM 12     THE COURT:  Yes.  Alan York has volunteered to take care

11:21AM 13 of that issue, and he affirms that he's working on it.

11:21AM 14     MR. MILLER:  I can say this, too.  With respect to Ted's

11:21AM 15 issue, I don't think there is any concern or dispute, Ted, with

11:21AM 16 respect to the issues you have for the responder defendants.

11:21AM 17     THE COURT:  Did you hear that?  Kerry reports he doesn't

11:21AM 18 think there is any issue or concern about the responder

11:22AM 19 defendants.

11:22AM 20     MR. YORK:  The most recent draft of that order has been

11:22AM 21 circulated.  BP has made --

11:22AM 22     MR. TSEKERIDES:  I see that, and it looked good.  I

11:22AM 23 didn't know if there was anything further.  I saw some e-mail

11:22AM 24 from Mr. Underhill that raised some questions that were unclear.

11:22AM 25     THE COURT:  I do want to comment that we haven't heard

11:22AM 1  from Mr. Underhill, and that's very unusual, so --

11:22AM 2            MR. UNDERHILL:  I take that as a complaint, Your Honor.

11:22AM 3  I was afraid the e-mail weekends were going to mean no silence

11:22AM 4  all week for me, which I was going to gladly comply with.

11:22AM 5            THE COURT:  Well, we may impose a separate rule.  It

11:22AM 6  might get to that.

11:22AM 7            MR. UNDERHILL:  Underhill gag order.

11:22AM 8            THE COURT:  Exactly.

11:22AM 9            Anything else before those people who are not

11:22AM 10 interested in the Cameron 30(b)(6) deposition can go home?  See

11:22AM 11 you all later.

11:22AM 12           MR. GODWIN:  See you all later.

11:23AM 13           THE COURT:  Thanks, guys.  Have a great weekend.

11:23AM 14           Judge Barbier at 9:30 and me after, probably more

11:23AM 15 like 11:00.

11:23AM 16           MR. LANGAN:  May I approach?

11:24AM 17           THE COURT:  Do you all want to take a 10-minute break?

11:24AM 18 I have to yield here.

11:25AM 19           (WHEREUPON, at this point in the proceedings, a brief

11:36AM 20 recess was taken.)

11:36AM 21           THE COURT:  Let's talk about the Cameron 30(b)(6)

11:37AM 22 deposition notice and the objections.

11:37AM 23           I guess, Carmelite, first up, your first general

11:37AM 24 objection for the defined topics talked about three particular

11:37AM 25 component parts that you objected to, and that was the lower

11:37AM 1   marine riser, R-I-S-E-R, unit, the BOP control systems, including

11:37AM 2   software, and the subsea electronic module, referred to as SEM,

11:37AM 3   S-E-M.

11:37AM 4          MS. BERTAUT:  Judge, we have talked with Mr. Williamson

11:37AM 5   about trying to resolve this objection.  I'm not certain we

11:37AM 6   have -- we have that worked out, but --

11:37AM 7          MR. WILLIAMSON:  Judge, we have a 30(b)(6) notice.  We

11:38AM 8   think it's sufficient.  We think it's appropriate.  They have

11:38AM 9   appropriately objected to its breadth and scope.

11:38AM 10          We talked about proceeding forward on our 30(b)(6)

11:38AM 11   notice, letting them designate -- let me put it in context for

11:38AM 12   the Court.  Cameron designed certain parts -- or large parts of

11:38AM 13   this BOP.  Cameron also configured it for this particular rig, so

11:38AM 14   they gave the appropriate warnings, instructions, limitations.

11:38AM 15   Cameron also actually maintained it, literally, for Transocean

11:38AM 16   and over the 10-year period it was in use.  So Cameron has more

11:38AM 17   than one hat.

11:38AM 18          Having said that, what we think we're agreeable to

11:38AM 19   is let them designate the appropriate person.  Truth of the

11:39AM 20   matter is, not on a piece of paper, but in reality, we know most

11:39AM 21   of the crucial issues that are going to be the BOP:  Why didn't

11:39AM 22   the blind shear rams seal; why didn't the annulars of the BBRs

11:39AM 23   seals; why didn't they replace the batteries, which involves the

11:39AM 24   retrievability of the SEM, it involves the watertight nature of

11:39AM 25   the SEM; why didn't the solenoids fire; why on the control system

11:39AM 1    isn't there an acoustic system, generically or remote controlled?

11:39AM 2    They know all of this already because we've discussed it, so they

11:39AM 3    know that those are most of the relevant areas of inquiry.

11:39AM 4            What we said was we'll proceed forward on our

11:39AM 5    notice.  We will agree they have not waived their objections.

11:39AM 6    They have reserved them.

11:39AM 7            We will take the number of people that they

11:39AM 8    adequately pair and present, like 30(b)(6) requires them to do.

11:39AM 9    To the extent -- we should get a bunch of these issues behind us

11:40AM 10   without your intervention or time.

11:40AM 11           Let's assume we'll hit a few that they'll say, no,

11:40AM 12   no, no, we don't have to answer that.  I say, yes, yes, yes, you

11:40AM 13   do.  We'll be in front of you on those specific matters.

11:40AM 14           I'm willing to proceed forward -- I'm willing to

11:40AM 15   argue my 30(b)(6) today.  I'm willing to proceed forward on that

11:40AM 16   basis, which might be a little more efficient.

11:40AM 17           MS. BERTAUT:  Your Honor, I want to introduce, for the

11:40AM 18   Court, Geoff Gannaway from Beck Redden --

11:40AM 19           MR. GANNAWAY:  Good morning, Your Honor.

11:40AM 20           MS. BERTAUT:  -- who is counsel for Cameron in the case,

11:40AM 21   because he knows a whole lot more about BOPs than I do.

11:40AM 22           THE COURT:  Carmelite, I hate to tell you this, but you

11:40AM 23   and I don't know anything about subsea electronic modules.

11:40AM 24           MS. BERTAUT:  You got it, Judge.

11:40AM 25           MR. GANNAWAY:  Your Honor, I'm happy to -- I had come

11:40AM 1    prepared, should we argue the 30(b)(6) objections, to give

11:40AM 2    Your Honor a five-minute background regarding the BOP, and I'm

11:40AM 3    still happy to do that.  I think we can forego that if Your Honor

11:41AM 4    would like because I think what Mr. Williamson proposed would

11:41AM 5    work with respect to some of the issues that we've got.

11:41AM 6             THE COURT:  I agree with you.  There are a lot of -- and

11:41AM 7    let's make sure that I've got it straight because I went through

11:41AM 8    it in fair detail, but the only thing that seems to persist

11:41AM 9    throughout are the date ranges.  There are a lot of areas of

11:41AM 10   agreement but for the date ranges, and I was hoping maybe we

11:41AM 11   could get that resolved today, and then perhaps your idea of

11:41AM 12   proceeding forward would be a good one.

11:41AM 13            MS. BERTAUT:  Judge, if I may, I think Mr. Gannaway,

11:41AM 14   because he does know BOPs, and I think that this is relevant to

11:41AM 15   the date range, and frankly I do think that this is something we

11:41AM 16   may not be able to resolve among ourselves, it might be useful if

11:41AM 17   the Court could forebear the five minutes and have him --

11:41AM 18            THE COURT:  No problem.

11:42AM 19            MS. BERTAUT:  -- give us some understanding of what

11:42AM 20   we're talking about here.

11:42AM 21            MR. GANNAWAY:  Your Honor, if I may just hand a couple

11:42AM 22   of pictures to Your Honor to put this in context.  I promise it's

11:42AM 23   not exhaustive, and it's very exciting stuff.

11:42AM 24            THE COURT:  Thank you.

11:42AM 25            MR. GANNAWAY:  I just wanted to give Your Honor some

11:42AM 1   background regarding what's at issue with respect to a Cameron

11:42AM 2   BOP.  Also, I can also give you some context as to timing issues

11:42AM 3   that Carmelite and Your Honor mentioned.

11:42AM 4         If you look at the first page of what I handed out, it

11:42AM 5   is a picture of a BOP stack, what we would call a BOP stack.  It

11:42AM 6   has two components, as you can see.  There is the man on the

11:42AM 7   cherry picker.  You can see -- that gives you some sense of the

11:42AM 8   scale of the BOP.  It's a 600,000-pound, usually, device that's

11:43AM 9   54 feet tall when you have these two components together.

11:43AM 10        What Your Honor is looking at there on the first

11:43AM 11  page, if you turn to the second page, it gives Your Honor a sense

11:43AM 12  of what the lower marine riser package, or LMRP, is that

11:43AM 13  plaintiffs' component list referenced the LMRU unit instead of

11:43AM 14  package.  I believe they are talking about the LMRP.

11:43AM 15        THE COURT:  That's lower marine --

11:43AM 16        MR. GANNAWAY:  Riser package.

11:43AM 17        THE COURT:  -- riser package.

11:43AM 18        MR. GANNAWAY:  Right, and it's labeled there on the

11:43AM 19  second page.

11:43AM 20        THE COURT:  Right, but the court reporter doesn't know.

11:43AM 21        MR. GANNAWAY:  Yes, Your Honor.

11:43AM 22        The way that this process worked with respect to

11:43AM 23  Cameron receiving an order for the DEEPWATER HORIZON's BOP, that

11:43AM 24  happened in the 1999 time frame.  It was not, at the time,

11:43AM 25  Transocean that ordered the DEEPWATER HORIZON's BOP, but it was

11:43AM   1   Transocean's predecessor, a company by name of Reading & Bates

11:44AM   2   Falcon, or RBF.

11:44AM   3         RBF expressed interest, I believe, in November of

11:44AM   4   2008 to Cameron, to put things into perspective -- no, it's

11:44AM   5   November 2008.  November of 2008, for Cameron.  Cameron put

11:44AM   6   together an initial budgetary quote that they submitted to

11:44AM   7   Transocean to propose building a BOP for them, and that was in

11:44AM   8   December of 2008.  So the first quote goes over in December of

11:44AM   9   2008.

11:44AM  10         MS. BERTAUT:  Geoff -- excuse me, Your Honor, because,

11:44AM  11   you know, I'm dyslexic.  We understand --

11:44AM  12         THE COURT:  We figured that out.

11:44AM  13         MS. BERTAUT:  -- it's 1998.  It's not 2008, is it?

11:44AM  14         MR. GANNAWAY:  That's right.  I am a decade ahead of

11:44AM  15   things, Your Honor.

11:44AM  16         THE COURT:  The whole company is dyslexic.

11:44AM  17         MR. GANNAWAY:  The initial quote was in 1998, and the

11:44AM  18   bill cycle for Reading & Bates Falcon and then Transocean, when

11:44AM  19   they took over Reading & Bates Falcon's interests, that was in

11:45AM  20   the -- began in late 1998, and continued with a series of

11:45AM  21   meetings between Reading & Bates Falcon and Cameron and, in some

11:45AM  22   instances, Vastar.

11:45AM  23         Now, Vastar throws in another predecessor,

11:45AM  24   Your Honor.  Vastar was the predecessor to BP for purposes of the

11:45AM  25   DEEPWATER HORIZON rig.  So those entities, Vastar and

11:45AM 1   Reading & Bates Falcon, told Cameron, this is what we want in our

11:45AM 2   BOP.

11:45AM 3   The BOP that was sold for the DEEPWATER HORIZON is

11:45AM 4   a five-cavity stack, Your Honor.  Those cavities can be filled

11:45AM 5   with rams.  There are different stacks that are available with

11:45AM 6   different numbers of cavities, and then a customer tells Cameron,

11:45AM 7   here is what we want you to fill the five cavities with.

11:45AM 8   As Your Honor probably knows, the cavities here

11:45AM 9   were filled with a casing shear ram, a blind shear ram and three

11:45AM 10  variable bore rams.  The last variable bore ram was at some point

11:46AM 11  converted to a test ram while the DEEPWATER HORIZON was in

11:46AM 12  operation.

11:46AM 13  So the discussion cycle where Cameron was getting

11:46AM 14  the request from, in most instances, Reading & Bates Falcon, and

11:46AM 15  in some cases with input from Vastar, lasted from that 1998

11:46AM 16  initial quote on through early 2001, when the build and

11:46AM 17  commissioning process was completed by Cameron and the rig was

11:46AM 18  delivered to Transocean.  At that point, Transocean had taken

11:46AM 19  over for Reading & Bates Falcon.  So that was the process from,

11:46AM 20  like I said, late 1998 to 2001, with the back and forth.

11:46AM 21  And the commissioning is a process that occurs when

11:46AM 22  the BOP is actually integrated into the rig itself, into the

11:46AM 23  DEEPWATER HORIZON rig.  That, in this case, and in many cases,

11:46AM 24  occurs in Ulsan, Korea, where Cameron personnel go out, along

11:46AM 25  with Reading & Bates Falcon or Transocean personnel, to work on

11:47AM 1    integrating the BOP and making sure everything works together.

11:47AM 2    It's a very complex process.  That gives Your Honor a sense of

11:47AM 3    the timing.

11:47AM 4            As to what Mr. Williamson said about Cameron

11:47AM 5    participating in maintenance, that is true; although, it's also

11:47AM 6    worth noting that Transocean also took care of a lot of

11:47AM 7    maintenance themselves.  There has been testimony about that at

11:47AM 8    the MBI hearings, that at times they would call in Cameron, not

11:47AM 9    every time.

11:47AM 10            So that's sort of -- as far as the components in

11:47AM 11    front of Your Honor.  It sounds like we're going to be able to

11:47AM 12    work out the components issue by maintaining our objection, and

11:47AM 13    then we can come back to the Court if there are problems at the

11:47AM 14    actual 30(b)(6) deposition; but, I just wanted to give Your Honor

11:47AM 15    a sense of the scope.

11:47AM 16            When I ask Cameron folks to tell me how many

11:47AM 17    components there are on the system, they give me this bill of

11:47AM 18    materials, which you can see how small it's spaced, and this is

11:48AM 19    how thick it is.  It literally gets down to the nuts, the bolts,

11:48AM 20    the hoses, so -- which is why we felt like we had to lodge an

11:48AM 21    objection to anything regarding, for instance, the LMRP, that

11:48AM 22    20-foot or so part of the stack that is removable.  It actually

11:48AM 23    contains some of the most complex components of the BOP, because

11:48AM 24    that's where the electronics and the hydraulics operate to make

11:48AM 25    rams function, to make annulars close and things like that.  It's

11:48AM 1   a fairly complex system with a number of components.

11:48AM 2                   Now, I certainly -- you know, Mr. Williamson and I,

11:48AM 3   I think, have reached an agreement that we can -- that we can

11:48AM 4   live with except for, perhaps, the time issue that Your Honor

11:48AM 5   raised.

11:48AM 6                   What I would say as to the time issue, and

11:48AM 7   Carmelite will probably want to speak some more to it, is that we

11:48AM 8   would be prepared, certainly, to talk about the components that

11:48AM 9   have been specifically identified here as of interest to the

11:49AM 10  DEEPWATER HORIZON.  Certainly, someone who has read the news

11:49AM 11  knows that we're talking about shuttle valves, pardon me, we're

11:49AM 12  talking about dead man batteries, and we're talking about a

11:49AM 13  solenoid valve 103.

11:49AM 14                  Certainly, our 30(b)(6) witness is going to be

11:49AM 15  prepared to talk to these topics.  If there are specific topics

11:49AM 16  that the plaintiffs -- other components other than what's listed

11:49AM 17  in their definition that we did not object to, we -- I think it

11:49AM 18  would be in all the parties' best interest if they let us know

11:49AM 19  that between now and the 30(b)(6) deposition, so that no one is

11:49AM 20  surprised if someone says, you know, I haven't prepared for that

11:49AM 21  specific component because it wasn't specifically listed amongst

11:49AM 22  the components that you might be asking me about.

11:49AM 23                  But, as I said, the component issue I think we can

11:49AM 24  work out as Mr. Williamson suggested.

11:49AM 25                  THE COURT:  Do you agree that you all can work it out

11:49AM 1    so, for instance, if he gets into issues with regard to the lower

11:50AM 2    marine riser unit, which is one of the large components that you

11:50AM 3    all object to, not the nuts and the bolts but the large

11:50AM 4    component, that you can work it out by reserving your rights and

11:50AM 5    instructing the witness not to answer or seeing if the witness

11:50AM 6    can answer it?

11:50AM 7           MR. GANNAWAY:  I envision that that's how it would work,

11:50AM 8    Your Honor.

11:50AM 9           THE COURT:  The latter?  The latter?

11:50AM 10          MR. GANNAWAY:  Just to be clear, we're not objecting to

11:50AM 11   everything in the LMRP.

11:50AM 12          THE COURT:  No, I understand, but as an entity as a

11:50AM 13   whole, you're objecting to it.

11:50AM 14          MR. GANNAWAY:  Yes, Your Honor.

11:50AM 15          THE COURT:  Likewise, with the BOP control systems?

11:50AM 16          MR. GANNAWAY:  Yes, Your Honor, that's correct.

11:50AM 17          THE COURT:  Likewise, with the subsea electronic module?

11:50AM 18          MR. GANNAWAY:  Well, the subsea electronic module

11:50AM 19   itself, we understand there is going to be questioning as to

11:50AM 20   that.  But the way that the subsea electronic module is defined

11:50AM 21   in the notice, it says -- well, and this also includes the pods.

11:51AM 22   The pods is the complexity.  That's the whole ball of wax as far

11:51AM 23   as much of the control system.

11:51AM 24          So defining the SEM to control the pods -- to

11:51AM 25   include the pods is where we get some heartburn about someone

11:51AM   1   being able to testify about every single thing in the pod.

11:51AM   2           THE COURT:  Okay, but I assume Mr. Williamson

11:51AM   3   understands that, and he's got some targeted issues that he wants

11:51AM   4   to get into.

11:51AM   5           MR. WILLIAMSON:  Yes.  Not only would I not ask about

11:51AM   6   washers and nuts and bolts and hoses and hose fittings unless

11:51AM   7   they had some particular relevance --

11:51AM   8           THE COURT:  Correct.

11:51AM   9           MR. WILLIAMSON:  -- you would severely reprimand me if I

11:51AM  10   spend my time there, and justifiably.

11:51AM  11           THE COURT:  So it sounds like that is going to work out.

11:51AM  12           MR. WILLIAMSON:  Yes, but let me address the time frame

11:51AM  13   for a moment.

11:51AM  14           THE COURT:  Yes, let's talk about that.

11:51AM  15           MR. WILLIAMSON:  Judge, Cameron actually, I think, is

11:51AM  16   the one that actually invented blind shear rams.  By the way,

11:51AM  17   I'll start with this.  It took me forever to figure out that the

11:51AM  18   lower marine riser package is the top half of the BOP.

11:52AM  19           THE COURT:  I saw that in the picture, which is why I'm

11:52AM  20   glad he gave it to us.

11:52AM  21           MR. WILLIAMSON:  It's a total misnomer, so -- and, by

11:52AM  22   the way, the lower marine riser unit is in play in several

11:52AM  23   respects.  Not every hose, not every fitting, not every washer,

11:52AM  24   but I'll give the Court -- I can give the Court several examples.

11:52AM  25               One is you can actually pull that unit and fit a

11:52AM  1   BOP stack on top of the existing BOP stack, which is one

11:52AM  2   allegation we think should have been done.  You'd pull the entire

11:52AM  3   LMRP.

11:52AM  4           By the way, they, themselves -- I brought a bunch

11:52AM  5   of documents today to show -- they, themselves, use the term LMRP

11:52AM  6   as a component all the time.  They, themselves, use the term SEM

11:52AM  7   all the time as one of their components.  They, themselves, in

11:52AM  8   their own documents talk about the pods as a component.  So I've

11:52AM  9   used their language.

11:52AM 10           Now, having said that, on the LMRP, one issue is --

11:52AM 11   another fact the Court may or may not know, the pods were

11:53AM 12   actually independently retrievable when this item was built by

11:53AM 13   Cameron, which means you could have pulled the pods, or either

11:53AM 14   one of them, without -- and the pods constitute redundancy.  I'm

11:53AM 15   sure the Court knows that.  The blue pod and the yellow pod are

11:53AM 16   supposed to be redundant.  Both of them failed in this particular

11:53AM 17   case.  We know that by the result.

11:53AM 18           The BOP -- one thing we do know, the BOP did not

11:53AM 19   seal the well.  Okay.  I mean, it's kind of an inescapable

11:53AM 20   conclusion.  Why, of course, is contested.  Okay.

11:53AM 21           But, for example, I'll give the Court another

11:53AM 22   example on the LMRP.  The LMRP was actually designed so that the

11:53AM 23   pods were retrievable, which means you could have pulled the

11:53AM 24   yellow pod without pulling the LMRP, brought it to the surface

11:53AM 25   and fixed it.

11:53AM 1    Transocean changed that.  After Transocean got the
11:53AM 2  BOP, and after it had been in service for a few years,
11:53AM 3  Transocean, for reasons to be yet determined in all of those
11:54AM 4  depositions you were scheduling, made the pods nonretrievable,
11:54AM 5  which meant the only way to get them to the surface was to pull
11:54AM 6  the LMRP.
11:54AM 7    I'm making a point not to convince you of anything
11:54AM 8  except the designation of the LMRP as a unit is a reasonable
11:54AM 9  designation.  The reality is, in depositions, if he produces a
11:54AM 10  knowledgeable witness, which I'm sure he will, those questions
11:54AM 11  are going to be self-explanatory.  Okay?
11:54AM 12    Now, let's go to the time issues for a second.
11:54AM 13  Okay.  By the way, the very same examples I could use for the
11:54AM 14  SEM, okay.  The SEM is a watertight unit that goes underwater.
11:54AM 15  Inside that watertight unit are electrical components including
11:54AM 16  the batteries.  Okay.  Therefore, the batteries don't get checked
11:54AM 17  unless you break the watertight seal.
11:54AM 18    The testimony in the case so far is neither
11:54AM 19  Transocean nor Cameron broke that watertight seal -- nor BP broke
11:55AM 20  that watertight seal before the Macondo well splashed, which is
11:55AM 21  what they call putting the BOP into the water.  That, you know,
11:55AM 22  of course, we are critical of that decision, and whatever role
11:55AM 23  Cameron had in connection with that we would be critical of.  I
11:55AM 24  make that point not to convince you, but to tell you why I used
11:55AM 25  the word SEM, S-E-M.

11:55AM  1          Back to the issue of timing.  It's true that

11:55AM  2     Cameron got this thing ordered in '98 and delivered it in

11:55AM  3     approximately 2000.  It's also true that Transocean and -- I'm

11:55AM  4     sorry, R&B Falcon and Cameron were in discussions about what

11:55AM  5     particular ram components and, for that matter, annular

11:55AM  6     components and, for that matter, other choke, kill lines,

11:55AM  7     etcetera, etcetera, were to be put on the unit.

11:55AM  8          But this is -- against Cameron, this is both a

11:55AM  9     negligence case, for their maintenance issues and their warnings,

11:56AM 10     instructions, limitations, etcetera.  It's also a products case.

11:56AM 11     They did not design blind shear rams in 1998.  They designed

11:56AM 12     blind shear rams before that.  The problem with how blind shear

11:56AM 13     rams will seal under dynamic pressure flow conditions is a

11:56AM 14     problem that existed well before 1998.

11:56AM 15          To make sure the Court knows it, because it's going

11:56AM 16     to be crucial in a lot of issues that are going to come up before

11:56AM 17     you and Judge Barbier, is there is a difference between static

11:56AM 18     flow, namely, I take my Dr. Pepper bottle and I cork it, and then

11:56AM 19     I increase the pressure to see how long the cork will hold; and,

11:56AM 20     dynamic flow, namely, I start shooting Dr. Pepper out of the

11:56AM 21     bottle at 10,000 psi, and now I try to put that cork on.  I try

11:56AM 22     to put the cork on before the cork starts to leak, because if the

11:56AM 23     cork starts to leak before I finish getting it capped, just like

11:57AM 24     the boy with his finger in the dam, that leak will grow.  That is

11:57AM 25     dynamic flow.

11:57AM 1          We have a big, big issue with BP, Transocean and

11:57AM 2     Cameron over what they tested in terms of dynamic flow.  That

11:57AM 3     issue does not start in 1998.  That issue is an issue that has

11:57AM 4     been known to exist ever since people started putting blowout

11:57AM 5     preventers on oil wells, which Cameron has been in this business

11:57AM 6     for decades.

11:57AM 7          I'm not going to sit here today and say, Judge, you

11:57AM 8     should pick December 31, 1959, as the date.  That would be silly.

11:57AM 9     Okay.  Personally -- I'm happy to start arguing to you dates, but

11:57AM 10    personally --

11:57AM 11         THE COURT:  Was that the date, though, '59?

11:57AM 12         MR. WILLIAMSON:  No.  But my point -- by the way, to

11:58AM 13    complicate your life further, the date they invented blind shear

11:58AM 14    rams, and the date they perfected elastomeric elements that would

11:58AM 15    help the sealing process, and the date they invented subsea

11:58AM 16    electronic modules that would work underwater, and the date they

11:58AM 17    invented accumulator banks that would hold hydraulic pressure

11:58AM 18    underwater for emergency use are all different dates, so the

11:58AM 19    appropriate date of inquiry would not be the same for those

11:58AM 20    components.

11:58AM 21         Having said that, my comment to the Court was --

11:58AM 22    our comment about the dates will work just as well as the comment

11:58AM 23    about our agreement, slash -- our agreement to disagree over

11:58AM 24    components.  The date analysis will work just as well for an

11:58AM 25    agreement to disagree.  Okay.

11:58AM 1        Cameron did not become an expert in blowout

11:58AM 2  preventers in 1998 when R&B Falcon said we want to buy one.  Like

11:59AM 3  any products case, prior designs, prior problems.

11:59AM 4        By the way, not only do they go to the design

11:59AM 5  issue, namely, did they design to state of the art -- and I'm

11:59AM 6  sure the Court knows, the CFRs require -- and the API rules --

11:59AM 7  the CFRs require Cameron to go and design -- I'm sorry, they

11:59AM 8  require a person who is going to drill in the Gulf of Mexico to

11:59AM 9  design to expected pressures that may be encountered.

11:59AM 10       In 2004, the CFRs were changed to provide that if

11:59AM 11  you're going to drill in the Gulf of Mexico, you have to -- you

11:59AM 12  have to design a blowout preventer that will handle maximum

11:59AM 13  anticipated surface pressure.  Okay.

11:59AM 14       So when did Cameron start thinking about what

11:59AM 15  pressure will we hold, what static pressure will we hold, what

11:59AM 16  dynamic pressure will we hold, what are we going to tell our

11:59AM 17  customers?  Because Transocean is going to say, we didn't -- I

12:00PM 18  mean, what did we tell our customers about whether or not this

12:00PM 19  BOP would hold this well pressure at this depth under dynamic

12:00PM 20  flow conditions?

12:00PM 21       That's the reason 1998 is not the appropriate date.

12:00PM 22  Do you have to decide today precisely when the appropriate date

12:00PM 23  is?  My comment to you was -- I can make an argument for the date

12:00PM 24  we have in our 30(b)(6).  My comment is judicial efficiency will

12:00PM 25  proceed a little better if we go for it.  Let him reserve his

12:00PM  1   objection so he doesn't feel that I'm sandbagging him, and go

12:00PM  2   forward and let us take a day or two of depositions, and see if

12:00PM  3   we can more precisely identify the specific disputes we'll have

12:00PM  4   so that Your Honor can decide.

12:00PM  5          THE COURT:  Thank you.

12:00PM  6          MS. BERTAUT:  Judge, we'll be happy to continue to talk

12:00PM  7   about this; but, honestly, I think we're going to need some

12:01PM  8   indication from the Court because what I didn't hear were date

12:01PM  9   certains, and what I did hear is it could go back to 1920, 1930,

12:01PM  10  1940.  I think that's problematic, Judge.

12:01PM  11          I think that when -- I think we have to distinguish

12:01PM  12  between document production, for example, versus a 30(b)(6)

12:01PM  13  witness.  I think, to humanly -- to expect any human being or

12:01PM  14  series of living beings to go back and collectively be responsive

12:01PM  15  for that long a period of time is very problematic.

12:01PM  16          It's kind of like having a Ford car -- product

12:01PM  17  liability case with a Ford right now, and being told that the

12:01PM  18  30(b)(6) of Ford has to go back to Henry Ford and Model T because

12:01PM  19  they created the assembly line.  I think that's really overly

12:01PM  20  broad.

12:01PM  21          If you look at the 1998 date -- and let me say --

12:01PM  22  let me say this, my understanding, and Mr. Gannaway can correct

12:01PM  23  me, plaintiffs will correct me, but I think there is a very

12:02PM  24  legitimate, reasonable interpretation that the designer of this

12:02PM  25  unit was, in fact, the TO predecessor, who -- long series of

12:02PM 1  discussions about what they wanted.  This is a knowledgeable

12:02PM 2  consumer.  This is not you and I going into the Sears Roebuck and

12:02PM 3  pulling an oven off the shelf.  This was literally over a year of

12:02PM 4  discussions about how do you build 600,000 pounds in a five-story

12:02PM 5  building.

12:02PM 6       When we start talking about the world starting

12:02PM 7  perhaps in 1998, that is still almost two years, maybe longer,

12:02PM 8  from when it was ever put into service, Your Honor.  So we are

12:02PM 9  giving some leeway prior to.

12:02PM 10      We would be willing to talk about specific dates,

12:02PM 11 but I honestly believe that what I just heard was forever, and I

12:02PM 12 don't think that's what the rules anticipated.  I can't fathom

12:02PM 13 that we are going to be in a situation where we're going to ask a

12:02PM 14 30(b)(6) witness to say, start at the time that the world began

12:03PM 15 and when did you first have the idea of a blind shear ram, and

12:03PM 16 tell us how you went about back then -- I don't even know, 1929,

12:03PM 17 1940, I don't know -- designing that blind shear ram.  It is

12:03PM 18 reasonable to believe there has been some developments since then

12:03PM 19 that really impacted what TO told us -- or TO's predecessor said

12:03PM 20 they wanted.

12:03PM 21      So whatever guidance you can give us to help us as

12:03PM 22 we continue to discuss this would be appreciated.

12:03PM 23      THE COURT:  I appreciate that.

12:03PM 24      MR. ROY:  Your Honor, I tried to go the whole day

12:03PM 25 without saying anything, but Carmelite brought the best out of

12:03PM  1  me.

12:03PM  2  THE COURT:  But you're blowing it.

12:03PM  3  MR. ROY:  She brought the best out in me.

12:03PM  4  No.  All kidding aside, I do have a proposal on

12:03PM  5  behalf of the PSC, that from an initial let's put our feet in the

12:03PM  6  water and test the temperature and see who can swim and who

12:03PM  7  can't, Carmelite, why don't we say 1990, just as an arbitrary

12:04PM  8  date.  If we get January 1, 1990, for all purposes, wherever it

12:04PM  9  says -- whatever it says, we're pegging it January 1, 1990.  If

12:04PM 10  this is going to be not deep enough into the water, we'll come

12:04PM 11  back and ask after we get into these things.  If it's too deep in

12:04PM 12  the water, you know, we can explore that as we go, but I throw

12:04PM 13  that out as a compromise.  It keeps you out of the 1920's 30's,

12:04PM 14  40's, 50's, 60's, 70's, and 80's, and it's a place to start as a

12:04PM 15  suggested compromise.

12:04PM 16  Functionally, Your Honor, to give context to this,

12:04PM 17  functionally, you know, we have strong reason to believe that we

12:04PM 18  got a peek at what Cameron's position is going to be in its

12:04PM 19  filings that it made in the last week and whatnot with the Court,

12:04PM 20  and that is that once the hydrocarbons got into the marine riser

12:05PM 21  itself, basically nothing could be done by anybody to have

12:05PM 22  stopped it.

12:05PM 23  If that is the case, then that is, we would

12:05PM 24  contend, functionally an admission that the blowout preventers

12:05PM 25  were incapable of stopping the flow.

12:05PM  1          Now, there is an argument here.  The first is, can

12:05PM  2   you stop the explosion once it gets in the riser?  They may be

12:05PM  3   right.  Maybe you couldn't.  It still is relevant.  All of this

12:05PM  4   stuff is still relevant, though, as to why you've got to wait or

12:05PM  5   guess as to what's in the riser before you can actually try to

12:05PM  6   close something.

12:05PM  7          MR. WILLIAMSON:  Let me supplement that right quick,

12:05PM  8   Judge.  Functionally, as the Court knows, you're drilling in

12:06PM  9   5,000 feet of water.  One possible compromise position -- 1990

12:06PM 10   will work with what we need to do right now, but -- and I didn't

12:06PM 11   bring this up, another part of this deal, the control systems

12:06PM 12   that exist on the rig floor run 5,000 feet through a series of

12:06PM 13   something called MUX cables down to the -- down to the wellhead.

12:06PM 14   Okay.

12:06PM 15          When people started drilling in deep water is kind

12:06PM 16   of the logical place to try to figure out, gee, what problems do

12:06PM 17   we encounter, do we need an acoustic trigger, what type of

12:06PM 18   MUX cables do we need?

12:06PM 19          At some point, even when you were underwater, when

12:06PM 20   it was shallow enough you could run hard wiring and hard cables

12:06PM 21   down to the thing.  When you get down to 5,000 feet and you get

12:06PM 22   these semisubmersible rigs that literally are ships, you know,

12:06PM 23   another system had to be developed.  That system, I believe, was

12:06PM 24   developed -- I want to say that system was developed in the '80s.

12:06PM 25          To me, 1990 is a beginning point.  We want a

12:07PM 1   nonwaiver -- and I think counsel has agreed to this -- we want a

12:07PM 2   nonwaiver position, just like we're giving them a nonwaiver

12:07PM 3   position, so we can come approach you.

12:07PM 4           Anyway, I just kind of wanted to supplement why

12:07PM 5   functionally, when you started drilling deepwater subsea wells is

12:07PM 6   kind of a logical design parameter on which several of these

12:07PM 7   components had to address.  I'm sorry.

12:07PM 8       MR. ROY:  Just to bookend, just to bookend the

12:07PM 9   discussion, so why it didn't activate -- these devices didn't

12:07PM 10  activate or wouldn't activate timely to prevent an explosion is

12:07PM 11  one issue.

12:07PM 12          The second issue is once all the terrible things

12:07PM 13  happened, why didn't they operate to stop the flow of the well?

12:07PM 14  The answer may very well be because they weren't designed to.

12:07PM 15          Well, if that's the answer, we need to get that on

12:07PM 16  the table fairly quickly and find out why they weren't designed,

12:08PM 17  because we would suggest that regulations certainly contemplated

12:08PM 18  closure.

12:08PM 19      THE COURT:  Okay.

12:08PM 20      MR. GANNAWAY:  Your Honor, our position as far as the

12:08PM 21  timing would be that the state of the art at the time that we

12:08PM 22  were in negotiations with R&B Falcon, what blind shear rams were

12:08PM 23  available then and why they were designed the way they were at

12:08PM 24  that moment would be relevant to the plaintiffs' suit.

12:08PM 25          Going back and saying what blind shear ram did you

12:08PM 1    have in existence in 1990, eight years before you sold this, and

12:08PM 2    why did you change that before you got to Transocean, I don't see

12:08PM 3    that the 1990 design is of specific relevance to what Transocean

12:08PM 4    could have bought, for instance, if it was an obsolete design.  I

12:08PM 5    don't know that that's the truth, Your Honor, but I'm giving it

12:08PM 6    as an example.

12:08PM 7              But I think, in all of the back and forth that

12:09PM 8    we've had today, the only issue that we feel like we need to

12:09PM 9    discuss is what year are we going to draw the line in the sand

12:09PM 10   and for what components, perhaps?

12:09PM 11             I would respectfully -- if it's okay with

12:09PM 12   plaintiffs' counsel, we have time before the 30(b)(6) deposition,

12:09PM 13   if that's our only issue, we can talk about it because, frankly,

12:09PM 14   I just need to consult with my client about the 1990 proposal.

12:09PM 15             THE COURT:  When is the projected 30(b)(6)?  Have we got

12:09PM 16   it down?

12:09PM 17             MS. BERTAUT:  July.

12:09PM 18             MR. GANNAWAY:  July.

12:09PM 19             THE COURT:  That's right.  That's the July date.

12:09PM 20             What is your pleasure, gentlemen?  Do you agree he

12:09PM 21   can have some time to consult with his client?

12:09PM 22             MR. WILLIAMSON:  Well, of course.  We have the same

12:09PM 23   problem.  You have this problem every day from every counsel, not

12:09PM 24   just me who has got this little bitty piece.  July is problematic

12:09PM 25   because it's so late in the day.  I get it.  You're working with

12:09PM 1    a busy schedule.  Whatever the Court wants to do, we'll certainly

12:09PM 2    honor.

12:09PM 3         THE COURT:  It is a problem.  There is no question about

12:09PM 4    it.  Do we think, if we can agree to a date, that the document

12:10PM 5    production will be well in advance of that?

12:10PM 6         MR. GANNAWAY:  We're going to do our level best to get

12:10PM 7    them --

12:10PM 8         THE COURT:  I mean the date ranges, I'm sorry, not the

12:10PM 9    date for the deposition.

12:10PM 10        MR. GANNAWAY:  That the documents will coincide with

12:10PM 11   that date range; is that what you're saying?

12:10PM 12        THE COURT:  No, no, no.  You've got a date in July for

12:10PM 13   the deposition.  If we can agree to the date for document

12:10PM 14   production, that is, the date range where the search commences,

12:10PM 15   do you all believe you can produce documents well in advance of

12:10PM 16   the July deposition date?

12:10PM 17        MR. GANNAWAY:  I think so, Your Honor.  I will talk

12:10PM 18   about it with the plaintiffs with respect -- to make sure that we

12:10PM 19   get all the documents that they think they need for that

12:10PM 20   deposition.  It's going to be a -- process, but we're going to --

12:10PM 21        THE COURT:  I think that they would be looking for those

12:10PM 22   well in advance because those documents may well impact the

12:10PM 23   deposition of Transocean and BP.

12:10PM 24             So if we can reach agreement as to the date range

12:11PM 25   for the testimony and the document production, I think it would

12:11PM  1   go a long way to helping them if they could go ahead and, on a

12:11PM  2   rolling basis, start getting those documents well before the July

12:11PM  3   date.

12:11PM  4          MR. GANNAWAY:  Understood, Your Honor.

12:11PM  5          THE COURT:  That's where I'm coming from, because this

12:11PM  6   also implicates Transocean's depo, BP's depo, etcetera.  So I

12:11PM  7   would like to go ahead and reach agreement and start the

12:11PM  8   production is what I'm saying.

12:11PM  9          MR. GANNAWAY:  We have started production and continue

12:11PM 10   to review, Your Honor.  We will plan, certainly, to get them

12:11PM 11   everything they need for their 30(b)(6).

12:11PM 12          MR. WILLIAMSON:  So do I understand correctly they want

12:11PM 13   to visit with their clients, and we have permission to bring this

12:11PM 14   up to you -- is it okay to ask if we can bring it up to you next

12:11PM 15   week should we get into a fist fight?

12:11PM 16          THE COURT:  That will be fine.  No problem.  We'll

12:12PM 17   figure out where we are next week.

12:12PM 18          MR. WILLIAMSON:  Hopefully, we'll be out of your hair on

12:12PM 19   it.

12:12PM 20          THE COURT:  Hopefully so.

12:12PM 21          MS. BERTAUT:  Let me have one minute, if I could,

12:12PM 22   Your Honor, just to confer.

12:12PM 23          THE COURT:  Okay.

12:12PM 24          MR. ROY:  I forgot, Judge, also to point out, and I wish

12:12PM 25   I had done it when Mr. Duffy was still here, when we compiled

12:12PM 1   this list of components after being told that there were

12:12PM 2   thousands or hundreds or whatever, I actually took this list, cut

12:12PM 3   it, copied it, and sent it to Mr. Duffy in connection with our

12:12PM 4   negotiations with BP.

12:12PM 5           While it did not make its way into the BP document

12:12PM 6   itself, I have an e-mail from Tim saying it's certainly an

12:12PM 7   acceptable list relative to components.  He had the same concern,

12:12PM 8   you may remember from last week, in the number of components, so

12:13PM 9   we used the same list, basically, at least as a reference list

12:13PM 10  there.

12:13PM 11          THE COURT:  That's helpful.

12:13PM 12              So what did you decide?

12:13PM 13          MS. BERTAUT:  We decided we are finished with our

12:13PM 14  presentation to the Court today.

12:13PM 15          THE COURT:  Good.  Let's see if we can reach an

12:13PM 16  agreement on the date range because that will facilitate the

12:13PM 17  document production for you guys, and hopefully speed it up for

12:13PM 18  you guys.

12:13PM 19              Phone people, say goodbye for the day.

20              (WHEREUPON, at 12:13 p.m., the proceedings were

21  concluded.)

22                          *    *    *

23

24

25

1                         REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                            *s/Cathy Pepper*_____

14                            Cathy Pepper, CRR, RMR, CCR

15                            Certified Realtime Reporter

16                            Official Court Reporter

17                            United States District Court

12:13PM 18

19

20

21

22

23

24

25

**'**

**'59** [1] - 101:11
**'80s** [1] - 106:24
**'98** [1] - 100:2

**1**

**1** [4] - 18:21, 65:1, 105:8, 105:9
**10** [6] - 13:9, 14:16, 41:10, 45:5, 45:8, 77:3
**10,000** [1] - 100:21
**10-MD-2179** [1] - 1:6
**10-minute** [1] - 87:17
**10-year** [1] - 88:16
**1000** [1] - 4:22
**10153** [1] - 5:9
**103** [1] - 95:13
**10th** [3] - 14:15, 15:6, 41:9
**11** [4] - 7:5, 7:6, 15:8, 15:9
**1100** [1] - 3:7
**11:00** [1] - 87:15
**11:00.....................** [1] - 9:4
**11th** [4] - 14:25, 15:7, 20:21, 20:22
**12** [7] - 7:7, 15:8, 15:9, 41:20, 41:21, 42:9, 46:9
**1201** [1] - 4:9
**126** [2] - 25:11, 25:12
**128** [2] - 8:8, 43:24
**129** [2] - 8:8, 43:24
**12:13** [1] - 111:20
**12th** [3] - 14:25, 19:21, 43:12
**13** [12] - 7:8, 11:20, 20:18, 24:18, 24:19, 24:21, 41:20, 41:21, 42:9, 45:23, 56:6, 56:15
**1300** [1] - 4:18
**1331** [1] - 4:12
**139** [3] - 51:10, 51:11, 51:16
**13th** [7] - 11:11, 11:12, 20:17, 24:17, 43:12, 45:22
**14** [6] - 7:9, 11:20, 24:18, 24:19, 24:21, 45:24
**14(c** [1] - 86:4
**140** [3] - 51:10, 51:11, 51:17

**142** [1] - 53:8
**143** [1] - 53:8
**144** [3] - 25:11, 25:24, 26:1
**145** [1] - 31:11
**146** [1] - 53:13
**147** [3] - 53:16, 54:21, 55:21
**148** [4] - 55:11, 55:16, 55:17, 55:18
**149** [4] - 55:5, 55:7, 55:17, 55:18
**14th** [5] - 11:11, 11:12, 45:22, 68:10
**15** [5] - 60:13, 60:16, 61:6, 61:16, 64:9
**15,000** [1] - 82:12
**150** [3] - 55:9, 55:17, 55:18
**153** [3] - 55:10, 55:17, 55:18
**15th** [1] - 39:5
**16** [2] - 13:9, 60:14
**1601** [1] - 1:24
**1615** [1] - 4:18
**1665** [1] - 4:12
**16th** [3] - 54:23, 75:4, 75:21
**17** [2] - 7:10, 13:10
**1700** [1] - 4:9
**17th** [1] - 19:12
**18** [5] - 1:7, 10:2, 39:13, 39:19, 39:20
**18th** [3] - 18:9, 38:25, 75:18
**19** [4] - 7:11, 39:13, 39:19, 39:20
**1920** [1] - 103:9
**1920's** [1] - 105:13
**1929** [1] - 104:16
**1930** [1] - 103:9
**1940** [2] - 103:10, 104:17
**1959** [1] - 101:8
**1990** [8] - 105:7, 105:8, 105:9, 106:9, 106:25, 108:1, 108:3, 108:14
**1998** [12] - 92:13, 92:17, 92:20, 93:15, 93:20, 100:11, 100:14, 101:3, 102:2, 102:21, 103:21, 104:7
**1999** [1] - 91:24
**19th** [5] - 18:9, 38:25, 73:24, 73:25, 74:19
**1st** [3] - 18:18, 19:2

**2**

**2** [2] - 18:21, 65:2
**20** [6] - 1:5, 7:12, 11:13, 11:16, 11:17, 11:19
**20-foot** [1] - 94:22
**2000** [1] - 100:3
**2001** [2] - 93:16, 93:20
**2004** [1] - 102:10
**2007** [1] - 4:16
**2008** [6] - 92:4, 92:5, 92:8, 92:9, 92:13
**201** [1] - 5:13
**2010** [1] - 1:5
**2011** [3] - 1:7, 9:3, 10:2
**20th** [1] - 11:13
**21** [6] - 7:13, 11:14, 11:16, 11:17, 11:19, 38:19
**2179** [4] - 62:16, 62:17, 63:7, 70:19
**2185** [18] - 8:20, 60:2, 60:15, 61:8, 61:12, 61:21, 62:2, 63:22, 65:7, 66:6, 67:14, 68:10, 68:13, 70:10, 71:18, 71:22, 71:23, 72:11
**21st** [2] - 11:13, 75:13
**22** [5] - 7:14, 12:7, 12:9, 22:12, 38:19
**23** [3] - 12:7, 12:9, 41:12
**24** [4] - 18:8, 25:14, 41:12, 50:19
**24th** [3] - 75:5, 75:6, 75:12
**25** [7] - 7:15, 9:2, 11:6, 11:8, 23:24, 50:19
**25th** [3] - 24:6, 53:25, 75:17
**26** [8] - 7:16, 11:6, 11:8, 13:8, 23:24, 50:19, 80:7, 82:17
**27** [6] - 13:9, 23:25, 46:13, 46:14, 52:15, 52:16
**28** [6] - 7:17, 23:25, 46:13, 46:14, 52:15, 52:16
**29** [2] - 7:18, 7:19
**2929** [1] - 5:16
**2990** [1] - 2:4
**2nd** [6] - 18:18, 19:2, 75:3, 75:19, 75:21

**3**

**30** [2] - 7:20, 28:8
**30's** [1] - 105:13
**30(B)(6** [5] - 7:11, 7:13, 7:14, 8:21, 9:5
**30(b)(6** [41] - 19:20, 21:2, 22:8, 22:16, 22:21, 23:16, 23:23, 24:1, 25:2, 25:13, 25:19, 25:23, 25:24, 26:3, 26:12, 27:22, 28:5, 29:4, 29:11, 32:17, 32:21, 40:10, 41:19, 72:23, 85:21, 85:22, 87:10, 87:21, 88:7, 88:10, 89:8, 89:15, 90:1, 94:14, 95:14, 95:19, 103:12, 103:18, 104:14, 108:12, 108:15
**30(b)(6)** [5] - 25:9, 25:12, 29:1, 102:24, 110:11
**30(B)(6).....................** ...... [1] - 7:18
**30(B)(6).** ........... [1] - 7:15
**30(B)(6).** ................. [1] - 7:16
**300** [1] - 3:20
**30th** [3] - 75:22, 75:24, 76:18
**31** [3] - 7:21, 28:8, 101:8
**32** [2] - 7:22, 22:16
**34** [1] - 7:23
**3450** [1] - 5:19
**35** [1] - 7:24
**36** [1] - 7:25
**36130** [1] - 2:14
**365** [1] - 2:4
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 3:6
**37** [2] - 8:1, 8:2
**38** [1] - 8:3

**4**

**40** [2] - 8:4, 8:5
**40's** [1] - 105:14
**4000** [1] - 4:22
**41** [1] - 8:6
**42** [1] - 24:10
**42ND** [1] - 5:16
**43** [2] - 8:7, 8:8

**44** [2] - 8:9, 8:10
**45** [3] - 8:11, 8:12, 8:13
**450** [1] - 2:9
**46** [2] - 8:14, 8:15
**48** [1] - 21:15
**49** [1] - 8:16
**4th** [5] - 14:24, 15:23, 17:10, 75:14, 75:20

**5**

**5,000** [3] - 106:9, 106:12, 106:21
**50** [1] - 77:16
**50's** [1] - 105:14
**500** [2] - 5:20, 6:10
**5000** [1] - 3:17
**501** [1] - 2:13
**504** [1] - 6:11
**510** [1] - 2:20
**5395** [1] - 2:9
**54** [1] - 91:9
**546** [1] - 4:4
**556** [1] - 1:18
**57** [1] - 8:17
**58** [1] - 8:19
**589-7779** [1] - 6:11
**5th** [3] - 14:24, 15:23, 17:10

**6**

**6** [4] - 29:12, 46:9, 52:6, 52:8
**60** [2] - 8:20, 56:24
**60's** [1] - 105:14
**600,000** [1] - 104:4
**600,000-pound** [1] - 91:8
**60654** [1] - 3:21
**62** [1] - 56:24
**6th** [1] - 29:19

**7**

**7** [5] - 14:18, 14:20, 29:12, 52:6, 52:8
**7,000** [3] - 63:1, 63:5, 64:15
**70** [2] - 63:8, 64:4
**70's** [1] - 105:14
**701** [2] - 2:17, 3:16
**70112** [1] - 4:19
**70113** [1] - 1:21
**70130** [4] - 2:5, 2:18, 4:5, 6:11

**70139** [1] - 3:17
**70163** [1] - 3:7
**70170** [1] - 5:13
**70433** [1] - 2:21
**70502** [1] - 1:18
**72** [1] - 8:21
**73** [1] - 8:22
**75270** [1] - 4:9
**76** [1] - 8:23
**767** [1] - 5:9
**77002** [2] - 4:23, 5:20
**77010** [1] - 4:12
**77019** [1] - 5:17
**7TH** [1] - 2:9
**7th** [4] - 15:19, 16:11,
   29:19, 75:13

---

**8**

**8** [3] - 14:18, 14:20,
   46:9
**80** [2] - 64:4, 69:20
**80's** [1] - 105:14
**820** [1] - 1:21
**84** [1] - 8:24
**85** [2] - 31:11, 64:4
**86** [1] - 31:11
**87** [2] - 9:2, 9:5
**8th** [2] - 15:19, 16:11

---

**9**

**9** [4] - 14:16, 41:10,
   45:5, 45:8
**90** [1] - 69:21
**94102** [1] - 2:10
**9:30** [3] - 1:7, 9:3,
   87:14
**9th** [2] - 14:14, 41:9

---

**A**

**A-M-B-R-O-S-E** [1] -
   53:17
**A-plus** [2] - 21:5, 22:3
**A.M** [1] - 1:7
**abide** [2] - 73:10,
   75:25
**ability** [1] - 112:8
**able** [9] - 23:10, 26:21,
   35:4, 65:17, 70:15,
   79:7, 90:16, 94:11,
   97:1
**above-entitled** [1] -
   112:9
**ABS** [1] - 40:11
**absolute** [1] - 71:19
**absolutely** [5] - 36:10,

**40:20, 42:4, 64:7,**
   79:24
**accept** [1] - 32:18
**acceptable** [2] - 31:1,
   111:7
**accepted** [1] - 43:6
**accessible** [1] - 82:6
**accommodate** [1] -
   67:9
**accommodations** [1]
   - 68:16
**according** [2] - 51:11,
   71:8
**accumulator** [1] -
   101:17
**achieved** [1] - 66:13
**acknowledged** [1] -
   62:14
**acoustic** [2] - 89:1,
   106:17
**ACTION** [1] - 1:6
**action** [4] - 67:24,
   81:1, 81:3, 84:15
**actions** [2] - 66:7,
   84:17
**ACTIONS** [1] - 1:9
**activate** [3] - 107:9,
   107:10
**actual** [1] - 94:14
**Adams** [5] - 44:3,
   44:20, 47:4, 47:6
**ADAMS..................**
   ...................... [1] -
   8:9
**Add** [3] - 31:9, 31:11
**ADD** [1] - 7:21
**add** [7] - 23:20, 31:15,
   36:25, 40:4, 49:7,
   49:10, 62:22
**addition** [2] - 60:6,
   62:6
**additional** [10] - 39:4,
   58:22, 59:1, 60:15,
   62:6, 62:8, 66:20,
   67:6, 75:7, 84:12
**ADDITIONAL** [1] -
   8:25
**address** [8] - 20:5,
   45:14, 47:3, 59:5,
   76:4, 79:4, 97:12,
   107:7
**addressed** [2] - 26:1,
   76:8
**adequately** [1] - 89:8
**admissible** [3] - 80:5,
   80:6, 82:17
**admission** [1] -
   105:24
**Adrian** [1] - 23:24
**advance** [3] - 109:5,

**109:15, 109:22**
**advertising** [1] - 78:14
**advice** [2] - 16:10,
   42:4
**advising** [1] - 65:4
**affected** [2] - 30:10,
   79:23
**affects** [1] - 16:9
**affirms** [1] - 86:13
**afraid** [1] - 87:3
**Africa** [2] - 83:7, 83:17
**afternoon** [3] - 13:1,
   23:6, 23:14
**AGENDA** [1] - 7:3
**agenda** [1] - 21:24
**agent** [1] - 43:10
**ago** [2] - 21:15, 63:10
**agree** [21] - 30:25,
   32:18, 42:22, 42:24,
   42:25, 48:13, 48:14,
   54:5, 57:14, 58:4,
   61:5, 64:8, 65:21,
   70:15, 85:11, 89:5,
   90:6, 95:25, 108:20,
   109:4, 109:13
**agreeable** [2] - 50:10,
   88:18
**agreed** [10] - 20:15,
   26:3, 27:21, 27:22,
   48:14, 60:21, 69:20,
   71:20, 77:1, 107:1
**agreed-to** [2] - 27:21,
   27:22
**agreeing** [1] - 21:2
**agreement** [12] -
   12:18, 50:15, 59:12,
   77:5, 90:10, 95:3,
   101:23, 101:25,
   109:24, 110:7,
   111:16
**aground** [1] - 25:3
**ahead** [9] - 27:14,
   69:15, 73:15, 73:22,
   81:22, 85:7, 92:14,
   110:1, 110:7
**AL** [2] - 1:25, 2:14
**ALABAMA** [1] - 2:12
**ALAN** [1] - 4:11
**Alan** [5] - 27:1, 28:14,
   34:13, 36:14, 86:12
**Alan's** [1] - 43:22
**alarm** [1] - 82:9
**ALDEN** [1] - 6:3
**Alden** [1] - 61:20
**ALL** [1] - 1:9
**all-expense-paid** [1] -
   43:8
**ALLAN** [1] - 2:17
**allegation** [1] - 98:2
**allegations** [1] - 84:13

**ALLEGATIONS** [1] -
   8:25
**ALLEN** [2] - 5:16, 5:19
**allocate** [1] - 64:24
**allocated** [1] - 61:14
**almost** [2] - 21:3,
   104:7
**alone** [1] - 26:25
**ALSO** [1] - 5:18
**alternative** [1] - 22:13
**Ambrose** [5] - 53:16,
   54:18, 54:20, 55:18,
   55:19
**AMERICA** [6] - 3:9,
   3:10, 3:11, 3:12,
   3:14, 3:15
**America** [1] - 81:2
**amount** [1] - 68:4
**Anadarko** [7] - 14:8,
   16:17, 22:17, 31:21,
   32:6, 35:9, 84:18
**ANADARKO** [3] -
   4:14, 4:15, 35:25
**ANADARKO'S** [1] -
   8:24
**Anadarko's** [2] -
   84:12, 84:14
**analysis** [2] - 79:20,
   81:10, 101:24
**AND** [12] - 3:4, 4:16,
   5:7, 7:12, 7:19, 7:21,
   8:4, 8:8, 8:18, 8:24,
   9:3
**Andrea** [1] - 46:24
**ANDREW** [1] - 3:19
**Andy** [31] - 12:2, 12:3,
   13:25, 14:5, 15:21,
   17:1, 17:20, 22:20,
   24:8, 24:23, 30:1,
   31:10, 31:21, 32:1,
   36:18, 36:22, 37:16,
   40:3, 43:7, 44:19,
   48:17, 49:7, 50:7,
   56:15, 59:6, 60:1,
   61:22, 64:12, 65:7,
   68:9, 80:14
**Andy's** [1] - 50:15
**annular** [1] - 100:5
**annulars** [2] - 88:22,
   94:25
**answer** [10] - 27:17,
   62:20, 72:7, 72:9,
   76:19, 89:12, 96:5,
   96:6, 107:14, 107:15
**ANTHONY** [2] - 2:3,
   5:22
**anticipate** [1] - 79:9
**anticipated** [2] -
   102:13, 104:12
**anticipates** [1] - 33:1

**anyway** [6] - 21:11,
   37:21, 37:23, 39:10,
   70:24, 107:4
**APC/MOEX** [1] - 52:20
**API** [1] - 102:6
**apologize** [6] - 23:12,
   28:6, 36:5, 54:9,
   54:12, 55:1
**appeal** [1] - 58:14
**appear** [1] - 32:18
**APPEARANCES** [6] -
   1:14, 2:1, 3:1, 4:1,
   5:1, 6:1
**appearing** [1] - 32:16
**appreciate** [10] -
   29:23, 35:25, 47:8,
   50:3, 60:24, 65:3,
   69:17, 72:15, 81:6,
   104:23
**appreciated** [1] -
   104:22
**approach** [2] - 87:16,
   107:3
**appropriate** [7] - 39:1,
   88:8, 88:14, 88:19,
   101:19, 102:21,
   102:22
**appropriately** [1] -
   88:9
**April** [18] - 17:10,
   19:21, 20:18, 23:24,
   23:25, 24:6, 45:17,
   47:20, 47:24, 50:13,
   50:19, 51:14, 51:19,
   52:8, 52:13, 74:22,
   75:3, 75:4
**APRIL** [1] - 1:5
**arbitrary** [1] - 105:7
**area** [3] - 22:24, 26:17,
   30:10
**areas** [4] - 29:6, 82:3,
   89:3, 90:9
**argue** [4] - 48:15,
   84:21, 89:15, 90:1
**arguing** [2] - 79:9,
   101:9
**argument** [4] - 79:2,
   83:11, 102:23, 106:1
**arisen** [1] - 72:8
**Arnold** [4] - 46:24,
   48:3, 57:5, 57:9
**Arnold's** [1] - 47:12
**arrows** [1] - 21:10
**art** [2] - 102:5, 107:21
**Asia** [1] - 83:7
**aside** [1] - 105:4
**aspect** [1] - 79:6
**aspects** [1] - 79:12
**assembling** [2] -
   20:13, 20:16

assembly [1] - 103:19
assigned [2] - 16:20, 41:17
assigning [1] - 25:15
associated [1] - 40:7
assume [4] - 30:1, 49:23, 89:11, 97:2
assuming [2] - 25:1, 47:1
assurance [2] - 32:17, 32:19
assurances [1] - 21:19
assure [2] - 18:2, 21:16
AT [2] - 2:20, 9:3
attention [4] - 32:22, 47:25, 72:22, 85:21
ATTORNEY [1] - 2:12
attorney [1] - 58:19
ATTORNEYS [1] - 2:20
authorized [1] - 10:23
auxiliary [1] - 27:4
availability [2] - 32:15, 47:22
available [18] - 13:23, 16:20, 23:6, 27:6, 27:8, 45:5, 45:7, 45:17, 45:20, 45:21, 46:8, 46:9, 46:10, 60:15, 68:4, 82:6, 93:5, 107:23
AVENUE [5] - 1:21, 2:9, 2:13, 5:9, 5:13
awaiting [1] - 72:3
aware [3] - 23:3, 25:20, 71:23

## B

B406 [1] - 6:10
baby [1] - 85:14
background [4] - 15:2, 15:4, 90:2, 91:1
backup [1] - 41:12
bad [1] - 21:13
bailiwick [1] - 23:1
Baker [1] - 31:11
BAKER [1] - 7:21
ball [4] - 23:12, 43:18, 60:17, 96:22
ball's [1] - 14:9
banks [1] - 101:17
Barbier [4] - 58:15, 84:22, 87:14, 100:17
BARBIER'S [1] - 9:2
BARROW [2] - 5:16,

34:18
Barrow [1] - 34:18
base [1] - 27:3
based [2] - 39:2, 82:3
basis [4] - 32:20, 79:10, 89:16, 110:2
Bates [8] - 92:1, 92:18, 92:19, 92:21, 93:1, 93:14, 93:19, 93:25
batteries [4] - 88:23, 95:12, 99:16
BBRs [1] - 88:22
BE [1] - 9:4
became [1] - 21:14
Beck [1] - 89:18
become [2] - 30:1, 102:1
BEFORE [1] - 1:12
began [3] - 62:1, 92:20, 104:14
beginning [1] - 106:25
behalf [6] - 23:21, 34:18, 63:20, 76:2, 76:14, 105:5
behind [3] - 14:19, 29:14, 89:9
beings [1] - 103:14
believes [1] - 19:25
belong [1] - 26:25
BERTAUT [18] - 4:4, 11:15, 38:16, 38:21, 39:21, 40:1, 88:4, 89:17, 89:20, 89:24, 90:13, 90:19, 92:10, 92:13, 103:6, 108:17, 110:21, 111:13
Bertaut [2] - 38:15, 38:16
Bertone [3] - 55:11, 55:14, 57:6
BERTRAM [5] - 5:12, 29:2, 29:15, 29:20, 29:22
Bertram [1] - 29:2
best [7] - 69:13, 69:25, 95:18, 104:25, 105:3, 109:6, 112:8
bet [2] - 33:13, 33:22
better [8] - 15:16, 15:17, 20:5, 39:17, 51:19, 61:10, 74:9, 102:25
between [8] - 63:12, 66:13, 71:22, 76:6, 92:21, 95:19, 100:17, 103:12
beyond [4] - 59:11, 64:6, 68:14, 82:24

Bickford [1] - 17:12
bidder [1] - 36:21
big [9] - 42:18, 47:23, 62:23, 66:6, 74:20, 78:10, 78:11, 101:1
Bill [3] - 53:16, 54:20, 71:17
bill [2] - 92:18, 94:17
bit [7] - 39:25, 59:7, 61:24, 62:23, 66:8, 68:22, 71:15
bitty [1] - 108:24
BlackBerry [1] - 24:11
blank [1] - 27:16
blind [11] - 88:22, 93:9, 97:16, 100:11, 100:12, 101:13, 104:15, 104:17, 107:22, 107:25
blowing [1] - 105:2
blowout [5] - 82:9, 101:4, 102:1, 102:12, 105:24
blue [1] - 98:15
Board [2] - 30:6, 47:20
board [1] - 37:18
Bob [1] - 56:20
Bobo [1] - 52:14
BOCKIUS [1] - 4:21
bolts [3] - 94:19, 96:3, 97:6
bond [1] - 82:8
book [1] - 39:22
bookend [1] - 107:8
Boots [2] - 44:20, 47:4
BOP [26] - 33:24, 88:1, 88:13, 88:21, 90:2, 91:2, 91:5, 91:8, 91:23, 91:25, 92:7, 93:2, 93:3, 93:22, 94:1, 94:23, 96:15, 97:18, 98:1, 98:18, 99:2, 99:21, 102:19
BOPs [2] - 89:21, 90:14
bore [2] - 93:10
bothering [1] - 63:24
bottle [2] - 100:18, 100:21
bought [1] - 108:4
BOUNDS [1] - 1:23
BOX [1] - 1:17
boxes [2] - 21:25, 58:6
boy [1] - 100:24
BP [65] - 3:9, 3:10, 3:10, 3:11, 3:12, 3:13, 3:14, 7:13, 8:24, 12:4, 13:25, 15:21, 16:24, 21:2, 23:5, 23:8, 27:14,

27:23, 31:10, 36:19, 37:20, 39:3, 40:12, 50:7, 53:4, 53:17, 56:6, 57:18, 59:12, 62:1, 62:11, 63:18, 67:17, 68:5, 68:9, 70:10, 70:18, 71:14, 71:20, 76:6, 76:19, 77:18, 78:12, 78:17, 79:6, 79:8, 79:12, 79:16, 80:14, 80:15, 80:22, 80:25, 81:2, 81:5, 82:2, 82:7, 84:12, 84:18, 86:21, 92:24, 99:19, 101:1, 109:23, 111:4, 111:5
BP's [8] - 36:17, 56:8, 56:11, 62:2, 62:7, 62:14, 69:17, 110:6
BRANCH [1] - 2:8
brand [2] - 83:8
brand-new [1] - 83:8
breadth [1] - 88:9
break [2] - 87:17, 99:17
breaks [1] - 57:11
breakthrough [1] - 14:3
breathing [2] - 28:9, 28:11
Breland [1] - 55:5
BRELAND [1] - 55:5
brief [6] - 58:19, 58:24, 59:18, 76:14, 85:1, 87:19
briefing [2] - 84:20, 85:11
briefly [1] - 34:23
bring [9] - 21:22, 32:22, 38:8, 75:14, 79:5, 80:16, 106:11, 110:13, 110:14
bringing [2] - 33:2, 33:14
broad [5] - 66:22, 78:17, 78:19, 81:16, 103:20
broke [2] - 99:19
brought [6] - 80:21, 86:2, 98:4, 98:24, 104:25, 105:3
Brown [10] - 13:23, 14:2, 14:6, 24:10, 24:12, 24:21, 24:23, 24:25, 25:1, 55:9
BRYAN [1] - 6:7
budgetary [1] - 92:6
build [2] - 93:16, 104:4
building [2] - 92:7,

104:5
built [1] - 98:12
bunch [3] - 62:5, 89:9, 98:4
burner [3] - 38:9, 49:13, 69:8
business [7] - 25:22, 26:16, 70:2, 74:16, 82:21, 83:4, 101:5
busy [1] - 109:1
buy [1] - 102:2
Buzbee [1] - 46:21
buzbee [1] - 49:22
BY [23] - 1:4, 1:17, 1:20, 1:24, 2:3, 2:8, 2:13, 2:17, 3:6, 3:15, 3:19, 4:4, 4:8, 4:11, 4:17, 4:21, 5:8, 5:12, 5:16, 5:19, 6:13, 6:13, 8:14

## C

C-A-R-G-O-L [1] - 53:13
C-A-S-T-E-L-L [1] - 12:11
CA [1] - 2:10
cables [3] - 106:13, 106:18, 106:20
calendar [7] - 11:6, 11:13, 23:23, 40:24, 73:6, 73:13, 73:16
CALLED [1] - 10:4
camera [2] - 58:8, 58:15
Cameron [38] - 38:16, 39:2, 72:23, 85:21, 85:22, 87:10, 87:21, 88:12, 88:13, 88:15, 88:16, 89:20, 91:1, 91:23, 92:4, 92:5, 92:21, 93:1, 93:6, 93:13, 93:17, 93:24, 94:4, 94:8, 94:16, 97:15, 98:13, 99:19, 99:23, 100:2, 100:4, 100:8, 101:2, 101:5, 102:1, 102:7, 102:14
CAMERON [3] - 4:3, 8:21, 9:5
Cameron's [2] - 39:24, 105:18
CAMP [1] - 2:17
Campbell [3] - 41:17, 41:21
Campbell's [1] - 41:20
CAMPBELL...............
.......................... [1]

- 8:6
**CANAL** [2] - 2:4, 2:4
**candidate** [1] - 63:16
**cannot** [2] - 46:8, 62:9
**cap** [2] - 70:13, 79:23
**capability** [1] - 67:17
**capable** [1] - 80:19
**capped** [1] - 100:23
**caption** [2] - 27:15, 27:22
**car** [1] - 103:16
**care** [5] - 33:22, 65:6, 80:8, 86:12, 94:6
**carefully** [1] - 82:19
**Cargol** [1] - 53:13
**CARMELITE** [1] - 4:4
**Carmelite** [9] - 11:12, 38:16, 39:20, 87:23, 89:22, 91:3, 95:7, 104:25, 105:7
**CARONDELET** [1] - 4:4
**carry** [2] - 30:24, 53:1
**case** [21] - 15:7, 47:22, 69:18, 78:11, 79:8, 79:10, 79:11, 80:21, 81:7, 82:16, 89:20, 93:23, 98:17, 99:18, 100:9, 100:10, 102:3, 103:17, 105:23
**cases** [6] - 66:6, 68:13, 84:11, 93:15, 93:23
**casing** [1] - 93:9
**cast** [1] - 47:16
**Castell** [4] - 12:1, 12:5, 12:11, 68:11
**catching** [1] - 64:11
**categorical** [1] - 63:18
**category** [1] - 57:6
**CATHLEENIA** [1] - 8:15
**Cathleenia** [2] - 46:25, 47:12
**Cathy** [2] - 112:3, 112:14
**CATHY** [1] - 6:9
**caution** [1] - 58:7
**caveat** [1] - 13:11
**caveats** [2] - 29:10, 29:13
**cavities** [4] - 93:4, 93:6, 93:7, 93:8
**cavity** [1] - 93:4
**CCR** [2] - 6:9, 112:14
**cease** [1] - 73:14
**cementing** [1] - 82:8
**CENTER** [1] - 5:19
**CENTRE** [1] - 3:6

**CERTAIN** [1] - 7:7
**certain** [5] - 12:16, 38:19, 80:2, 88:5, 88:12
**certainly** [21] - 14:4, 30:12, 35:25, 40:24, 63:13, 63:19, 63:24, 66:3, 67:20, 71:7, 71:12, 78:25, 82:7, 95:2, 95:8, 95:10, 95:14, 107:17, 109:1, 110:10, 111:6
**certains** [1] - 103:9
**CERTIFICATE** [1] - 112:1
**certification** [1] - 74:15
**certifications** [1] - 74:12
**certified** [2] - 12:21, 12:25
**CERTIFIED** [1] - 6:10
**Certified** [3] - 112:3, 112:4, 112:15
**certify** [1] - 112:7
**CFRs** [3] - 102:6, 102:7, 102:10
**chair** [1] - 21:3
**CHAMBERS** [1] - 5:15
**chances** [1] - 68:2
**change** [1] - 108:2
**changed** [2] - 99:1, 102:10
**changes** [2] - 13:12, 67:21
**charge** [1] - 14:10
**CHARLES** [2] - 5:12, 5:13
**Charlie** [1] - 53:3
**chat** [1] - 81:24
**check** [5] - 31:14, 39:20, 51:7, 57:7, 67:11
**checked** [1] - 99:16
**cherry** [1] - 91:7
**Cheryl** [1] - 56:6
**CHICAGO** [1] - 3:21
**choke** [1] - 100:6
**Christopher** [1] - 46:22
**circulate** [1] - 59:21
**circulated** [3] - 36:4, 36:16, 86:21
**CIVIL** [2] - 1:6, 2:8
**claim** [1] - 58:11
**claimed** [1] - 58:3
**claiming** [1] - 58:23
**CLAIMS** [1] - 8:17
**claims** [1] - 57:14
**clarification** [3] -

19:10, 66:16, 81:6
**clarify** [1] - 16:18
**cleaners** [1] - 51:19
**clear** [4] - 28:7, 39:10, 80:16, 96:10
**cleared** [1] - 15:6
**clearly** [1] - 62:7
**CLERK** [8] - 10:7, 17:17, 53:24, 54:2, 54:7, 54:18, 55:11, 75:9
**client** [3] - 29:6, 108:14, 108:21
**clients** [3] - 16:19, 66:10, 110:13
**close** [6] - 25:22, 26:16, 68:8, 70:2, 94:25, 106:6
**closure** [2] - 38:8, 107:18
**Cobalt** [3] - 20:3, 20:10, 20:19
**COBALT** [1] - 7:12
**coincide** [1] - 109:10
**colleague** [1] - 24:11
**collectively** [1] - 103:14
**coming** [7] - 33:4, 35:15, 37:4, 45:18, 59:12, 64:2, 75:3, 83:1, 110:5
**commences** [1] - 109:14
**comment** [7] - 64:6, 86:25, 101:21, 101:22, 102:23, 102:24
**comments** [1] - 36:20
**commissioning** [2] - 93:17, 93:21
**commitment** [1] - 16:3
**Committee** [2] - 10:24, 22:6
**communication** [1] - 14:9
**company** [5] - 23:22, 35:11, 83:4, 92:1, 92:16
**Company** [1] - 81:3
**COMPANY** [3] - 3:10, 4:15
**competent** [1] - 63:3
**compiled** [1] - 110:25
**complaint** [1] - 87:2
**complaints** [1] - 32:15
**complete** [2] - 61:5, 62:3
**completed** [1] - 93:17
**completion** [1] - 11:24
**complex** [4] - 77:16,

94:2, 94:23, 95:1
**complexity** [1] - 96:22
**complicate** [1] - 101:13
**complied** [1] - 74:15
**comply** [1] - 87:4
**component** [7] - 87:25, 91:13, 95:21, 95:23, 96:4, 98:6, 98:8
**components** [22] - 91:6, 91:9, 94:10, 94:12, 94:17, 94:23, 95:1, 95:8, 95:16, 95:22, 96:2, 98:7, 99:15, 100:5, 100:6, 101:20, 101:24, 107:7, 108:10, 111:1, 111:7, 111:8
**compromise** [3] - 105:13, 105:15, 106:9
**COMPUTER** [1] - 6:13
**computer** [1] - 25:25
**con** [1] - 58:9
**concern** [5] - 33:18, 77:23, 86:15, 86:18, 111:7
**concerned** [4] - 22:15, 30:17, 34:24, 44:8
**concerns** [6] - 34:21, 35:20, 48:4, 76:20, 78:18, 80:8
**concessions** [1] - 63:19
**concluded** [1] - 111:21
**conclusion** [1] - 98:20
**concrete** [1] - 60:9
**conditions** [2] - 100:13, 102:20
**conduct** [2] - 68:5, 80:3
**confer** [5] - 44:7, 44:11, 59:13, 81:12, 110:22
**CONFERENCE** [3] - 1:11, 9:2, 9:3
**conference** [3] - 52:25, 72:1, 72:4
**confident** [2] - 24:2, 34:22
**confidentiality** [2] - 57:19, 57:22
**configured** [1] - 88:13
**confirm** [2] - 26:23, 41:15
**confirmation** [2] - 14:16, 37:19
**confirming** [1] - 26:15

94:2, 94:23, 95:1
**conflict** [1] - 29:3
**congratulations** [1] - 21:2
**connection** [3] - 32:16, 99:23, 111:3
**consensus** [1] - 73:17
**consider** [4] - 16:4, 16:7, 36:21, 83:22
**considerations** [1] - 49:1
**considering** [2] - 54:3, 54:4
**consistent** [1] - 43:5
**constitute** [1] - 98:14
**consult** [3] - 65:20, 108:14, 108:21
**consultant** [3] - 37:19, 44:3, 44:4
**consulting** [3] - 44:20, 44:25, 47:7
**Consulting** [1] - 47:6
**consumer** [1] - 104:2
**contact** [7] - 27:5, 31:3, 31:13, 36:25, 37:4, 46:19, 70:12
**contacted** [1] - 13:3
**containment** [1] - 79:15
**contains** [1] - 94:23
**contemplated** [1] - 107:17
**contend** [2] - 79:22, 105:24
**contents** [1] - 58:11
**contested** [1] - 98:20
**context** [6] - 66:25, 67:16, 88:11, 90:22, 91:2, 105:16
**continue** [4] - 72:17, 103:6, 104:22, 110:9
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continued** [2] - 66:4, 92:20
**continues** [1] - 18:8
**continuing** [1] - 48:18
**contract** [1] - 81:2
**contractor** [1] - 36:19
**contractors** [1] - 36:17
**contractual** [1] - 26:21
**Control** [1] - 41:18
**control** [12] - 18:25, 41:22, 78:11, 78:15, 79:6, 79:12, 88:1, 88:25, 96:15, 96:23, 96:24, 106:11
**controlled** [1] - 89:1
**controlling** [1] - 79:17
**convenient** [1] - 83:3

**convention** [1] - 29:16
**Convention** [1] - 29:25
**converted** [1] - 93:11
**convey** [1] - 43:10
**convince** [2] - 99:7, 99:24
**cooperate** [1] - 42:20
**cooperative** [1] - 35:12
**coordinate** [6] - 14:8, 23:15, 26:7, 61:25, 70:9, 72:11
**coordinator** [1] - 72:4
**Coots** [2] - 44:20, 47:4
**copied** [1] - 111:3
**copy** [1] - 60:5
**Corey** [1] - 50:13
**COREY** [1] - 2:13
**cork** [6] - 100:18, 100:19, 100:21, 100:22, 100:23
**corporate** [2] - 28:4, 83:9
**CORPORATION** [4] - 3:11, 4:3, 4:15, 4:16
**correct** [9] - 11:21, 13:20, 39:21, 44:5, 96:16, 97:8, 103:22, 103:23, 112:7
**corrected** [3] - 10:22, 11:23, 51:13
**correction** [4] - 11:23, 39:12, 47:4, 47:7
**CORRECTIONS** [1] - 7:5
**corrections** [1] - 11:3
**correctly** [2] - 38:19, 110:12
**cost** [3] - 32:15, 32:21, 32:25
**costs** [1] - 33:21
**COTLAR** [1] - 1:20
**counsel** [39] - 12:18, 12:21, 12:25, 16:3, 18:1, 18:7, 19:1, 20:12, 20:13, 20:14, 29:7, 30:20, 31:3, 32:8, 32:9, 32:10, 32:15, 33:7, 34:9, 34:15, 35:13, 38:12, 40:8, 41:20, 42:20, 46:20, 47:19, 49:22, 50:18, 59:1, 60:5, 62:2, 68:19, 72:9, 89:20, 107:1, 108:12, 108:23
**COUNSEL** [1] - 1:16
**COUNSEL....** [1] - 8:14

**counting** [1] - 16:24
**couple** [9] - 21:19, 40:21, 45:19, 53:12, 55:2, 60:4, 65:22, 80:15, 90:21
**course** [7] - 32:13, 47:13, 62:9, 67:15, 98:20, 99:22, 108:22
**Court** [37] - 16:21, 18:2, 25:16, 27:24, 28:23, 29:9, 38:23, 39:13, 42:6, 44:22, 59:6, 71:23, 76:3, 76:5, 78:17, 88:12, 89:18, 90:17, 94:13, 97:24, 98:11, 98:15, 98:21, 100:15, 101:21, 102:6, 103:8, 105:19, 106:8, 109:1, 111:14, 112:4, 112:5, 112:6, 112:16, 112:17
**court** [6] - 10:23, 14:9, 14:17, 43:18, 57:12, 91:20
**COURT** [331] - 1:1, 6:9, 10:4, 10:8, 10:10, 10:16, 10:19, 10:22, 11:2, 11:9, 11:17, 11:19, 11:22, 12:8, 12:12, 12:15, 12:22, 13:3, 13:7, 13:16, 13:19, 13:21, 14:4, 14:11, 14:19, 15:1, 15:11, 15:19, 15:25, 16:13, 17:1, 17:6, 17:15, 17:19, 18:3, 18:6, 18:14, 18:16, 18:20, 19:5, 19:7, 19:11, 19:19, 20:2, 20:7, 20:17, 20:22, 20:25, 21:8, 21:12, 22:1, 22:3, 22:5, 22:23, 23:2, 23:11, 23:13, 23:19, 24:4, 24:7, 24:15, 24:22, 24:25, 25:4, 25:7, 26:2, 26:10, 26:13, 26:17, 26:24, 27:7, 27:13, 27:20, 28:2, 28:4, 28:11, 28:14, 28:19, 28:24, 29:1, 29:14, 29:17, 29:19, 29:21, 29:23, 30:10, 30:13, 30:21, 30:24, 31:7, 31:16, 31:19, 31:23, 32:3, 32:11, 32:13, 32:23, 33:9, 33:19, 33:25,

34:3, 34:6, 34:9, 34:17, 35:7, 35:16, 35:21, 36:7, 36:12, 36:20, 37:2, 37:11, 38:1, 38:10, 38:14, 38:20, 39:15, 39:19, 39:23, 40:2, 40:11, 40:19, 40:25, 41:3, 41:7, 41:10, 41:14, 41:25, 42:8, 42:12, 42:15, 42:22, 43:1, 43:7, 43:12, 43:16, 43:20, 44:6, 44:11, 44:14, 45:2, 45:6, 45:8, 45:10, 45:15, 46:2, 46:11, 46:16, 46:18, 47:8, 47:10, 47:23, 48:3, 48:17, 48:21, 48:25, 49:3, 49:9, 49:11, 49:14, 49:25, 50:3, 50:11, 50:14, 50:17, 50:22, 50:24, 51:6, 51:8, 51:11, 51:16, 51:21, 51:23, 52:3, 52:11, 52:18, 53:1, 53:7, 53:11, 53:16, 53:19, 53:22, 54:1, 54:4, 54:8, 54:12, 54:14, 54:17, 54:20, 55:1, 55:4, 55:8, 55:13, 55:16, 55:19, 55:21, 55:23, 56:1, 56:10, 56:14, 56:17, 56:21, 56:23, 57:1, 57:10, 57:21, 57:24, 58:25, 59:16, 59:20, 59:24, 60:24, 61:4, 61:11, 61:19, 64:1, 64:18, 65:12, 65:16, 66:14, 66:17, 66:22, 67:5, 67:18, 68:7, 68:21, 69:3, 69:5, 69:7, 69:10, 69:24, 70:8, 70:13, 71:1, 71:9, 71:12, 71:15, 72:2, 72:10, 72:15, 72:18, 72:20, 72:22, 73:11, 73:17, 73:20, 73:25, 74:3, 74:7, 74:10, 74:17, 74:19, 74:22, 74:25, 75:3, 75:6, 75:10, 75:14, 75:17, 75:21, 75:24, 76:9, 76:24, 77:2, 77:7, 77:12, 77:18, 78:1, 78:3, 78:5, 78:19, 78:22, 79:21, 80:9, 80:12, 80:17, 81:6, 81:12, 81:22, 83:14, 84:1, 84:4, 84:24,

85:7, 85:12, 85:18, 85:25, 86:12, 86:17, 86:25, 87:5, 87:8, 87:13, 87:17, 87:21, 89:22, 90:6, 90:18, 90:24, 91:15, 91:17, 91:20, 92:12, 92:16, 95:25, 96:9, 96:12, 96:15, 96:17, 97:2, 97:8, 97:11, 97:14, 97:19, 101:11, 103:5, 104:23, 105:2, 107:19, 108:15, 108:19, 109:3, 109:8, 109:12, 109:21, 110:5, 110:16, 110:20, 110:23, 111:11, 111:15
**Court's** [2] - 39:6, 80:8
**court-authorized** [1] - 10:23
**courtroom** [2] - 33:13, 57:12
**cover** [3] - 13:1, 55:11, 64:9
**coverage** [2] - 84:11, 84:17
**covered** [3] - 42:23, 47:18, 54:7
**COVINGTON** [1] - 2:21
**crack** [3] - 80:9, 81:22, 83:20
**cracks** [1] - 35:25
**Craig** [1] - 55:5
**created** [1] - 103:19
**creates** [1] - 79:16
**critical** [2] - 99:22, 99:23
**Cromwell** [1] - 70:11
**Crone** [1] - 37:12
**CRONE.....................
...................** [1] - 8:2
**CRR** [2] - 6:9, 112:14
**crucial** [2] - 88:21, 100:16
**crystalize** [2] - 76:14, 78:9
**CSI** [6] - 13:23, 14:6, 16:19, 24:10, 24:14, 24:25
**culture** [1] - 67:21
**CUNNINGHAM** [24] - 1:23, 1:24, 12:14, 15:13, 15:20, 18:19, 24:17, 29:18, 39:16, 41:2, 41:9, 41:13, 41:23, 42:24, 43:3, 45:9, 45:22, 46:13,

52:6, 52:15, 60:25, 61:7, 61:17, 73:8
**Cunningham** [9] - 15:14, 16:11, 24:16, 39:15, 40:25, 41:8, 46:11, 60:25, 61:4
**Cunningham's** [2] - 42:5, 43:9
**cure** [2] - 22:18, 23:8
**cured** [1] - 22:16
**current** [2] - 31:22, 35:2
**custodial** [2] - 63:1, 64:11, 64:19
**customer** [1] - 93:6
**customers** [2] - 102:17, 102:18
**cut** [1] - 111:2
**cutoff** [1] - 77:25
**cycle** [2] - 92:18, 93:13

---

### D

**DALLAS** [2] - 4:9, 5:20
**dam** [1] - 100:24
**damage** [1] - 81:10
**damper** [1] - 76:11
**DART** [7] - 2:19, 54:13, 54:16, 55:25, 56:2, 56:11, 56:16
**Dart** [1] - 56:2
**database** [1] - 25:25
**date** [47] - 11:5, 17:24, 18:1, 18:5, 19:21, 27:16, 35:5, 35:6, 36:19, 44:24, 50:5, 50:8, 50:18, 54:24, 77:16, 77:21, 77:22, 77:25, 90:9, 90:10, 90:15, 101:8, 101:11, 101:13, 101:14, 101:15, 101:16, 101:19, 101:24, 102:21, 102:22, 102:23, 103:8, 103:21, 105:8, 108:19, 109:4, 109:8, 109:9, 109:11, 109:12, 109:13, 109:14, 109:16, 109:24, 110:3, 111:16
**dates** [43] - 12:1, 12:6, 13:2, 13:3, 13:23, 15:18, 16:4, 16:5, 16:21, 17:17, 17:21, 18:9, 18:15, 20:3, 28:1, 29:11, 31:2,

31:13, 38:18, 40:6, 40:9, 40:21, 40:22, 42:1, 45:7, 45:20, 46:8, 46:23, 48:5, 48:7, 48:18, 49:24, 51:23, 73:16, 75:25, 77:2, 77:16, 77:24, 101:9, 101:18, 101:22, 104:10
**daughter** [2] - 76:2, 76:3
**DAUPHIN** [1] - 1:24
**DAVID** [1] - 8:5
**David** [6] - 13:23, 14:2, 24:10, 24:23, 24:25, 40:4
**days** [11] - 13:14, 21:20, 33:2, 39:7, 41:6, 46:9, 51:24, 51:25, 52:2, 74:2, 76:10
**DE** [2] - 70:12, 70:13
**dead** [1] - 95:12
**deadlines** [1] - 75:23
**deal** [6] - 52:24, 62:10, 63:17, 86:4, 86:8, 106:11
**dealing** [2] - 19:24, 82:10
**Deb** [2] - 16:17, 22:24
**Deb's** [1] - 23:1
**debate** [3] - 11:9, 17:1, 17:2
**DEBORAH** [1] - 4:17
**decade** [1] - 92:14
**decades** [1] - 101:6
**December** [3] - 92:8, 101:8
**decent** [1] - 31:6
**decide** [3] - 102:22, 103:4, 111:12
**decided** [1] - 111:13
**decides** [1] - 13:13
**decision** [1] - 99:22
**declare** [1] - 69:10
**declares** [1] - 73:7
**declined** [1] - 65:13
**dedicating** [1] - 21:18
**deem** [1] - 12:6
**deep** [3] - 105:10, 105:11, 106:15
**deepwater** [3] - 83:5, 83:6, 107:5
**DEEPWATER** [10] - 1:4, 3:4, 3:5, 91:23, 91:25, 92:25, 93:3, 93:11, 93:23, 95:10
**defendant** [1] - 79:10
**defendants** [6] - 23:9, 68:12, 69:18, 71:23,

86:16, 86:19
**defer** [1] - 81:12
**deferred** [1] - 57:24
**defined** [2] - 87:24, 96:20
**defining** [1] - 96:24
**definite** [1] - 21:18
**definitely** [2] - 19:15, 48:16
**definition** [1] - 95:17
**delay** [1] - 52:22
**DeLeeuw** [1] - 70:12
**delegate** [1] - 64:24
**delivered** [2] - 93:18, 100:2
**Dennis** [1] - 34:18
**DENNIS** [1] - 5:16
**DEPARTMENT** [1] - 2:7
**depo** [3] - 22:16, 110:6
**deponent** [1] - 21:22
**deponents** [10] - 12:16, 12:25, 21:7, 21:17, 23:23, 28:4, 49:3, 62:5, 63:7, 70:18
**DEPONENTS............ .................... [1] - 8:16
**DEPONENTS............ ........................ [1] - 7:7
**depos** [1] - 64:21
**depose** [5] - 16:19, 37:21, 37:24, 38:4, 38:11
**deposed** [4] - 21:22, 40:20, 60:11, 74:13
**deposing** [1] - 56:12
**deposition** [27] - 14:23, 16:25, 17:8, 22:9, 27:21, 27:22, 28:8, 32:17, 35:6, 35:16, 38:18, 48:16, 51:14, 60:13, 61:5, 61:8, 72:7, 87:10, 87:22, 94:14, 95:19, 108:12, 109:9, 109:13, 109:16, 109:20, 109:23
**DEPOSITION** [1] - 9:5
**DEPOSITION............ ............ [1] - 7:14
**DEPOSITION............ ............ [1] - 7:10
**depositions** [16] - 11:25, 21:20, 29:25, 33:2, 35:3, 42:17,

44:8, 57:15, 60:7, 60:18, 61:16, 65:8, 74:6, 99:4, 99:9, 103:2
**DEPOSITIONS......** [1] - 8:18
**DEPOSITIONS.......... ...................... [1] - 7:6
**DEPOSITIONS.......... ...................... [1] - 7:19
**depth** [1] - 102:19
**deputy** [1] - 57:12
**DEPUTY** [2] - 10:7, 75:9
**derivative** [5] - 61:12, 61:21, 63:21, 67:13, 67:16
**describe** [1] - 59:9
**design** [9] - 100:11, 102:4, 102:5, 102:7, 102:9, 102:12, 107:6, 108:3, 108:4
**designate** [3] - 21:21, 88:11, 88:19
**designated** [3] - 25:23, 28:5
**designating** [1] - 23:21
**designation** [3] - 28:16, 99:8, 99:9
**DESIGNATION........** [1] - 7:17
**designations** [3] - 24:4, 24:5, 57:20
**designed** [6] - 88:12, 98:22, 100:11, 107:14, 107:16, 107:23
**designee** [2] - 25:19, 31:25
**designees** [5] - 14:6, 22:22, 25:15, 27:18, 31:2
**designer** [1] - 103:24
**designing** [1] - 104:17
**designs** [1] - 102:3
**desires** [1] - 37:20
**desk** [1] - 21:3
**detail** [1] - 90:8
**determined** [1] - 99:3
**developed** [3] - 106:23, 106:24
**developments** [1] - 104:18
**device** [1] - 91:8
**devices** [1] - 107:9
**Diane** [1] - 26:6
**difference** [1] - 100:17
**different** [5] - 47:22,

77:17, 93:5, 93:6, 101:18
**diligently** [1] - 28:22
**direct** [1] - 37:23
**directed** [1] - 62:15
**direction** [1] - 33:18
**directs** [1] - 70:19
**disagree** [2] - 101:23, 101:25
**disagreement** [1] - 44:12
**disaster** [1] - 79:14
**disclosure** [1] - 58:10
**disconnect** [1] - 10:17
**disconnecting** [1] - 10:11
**discovery** [9] - 38:5, 62:6, 62:8, 76:7, 76:17, 77:25, 80:6, 82:17, 82:20
**DISCOVERY** [2] - 1:11, 8:23
**discuss** [5] - 57:17, 81:10, 84:5, 104:22, 108:9
**discussed** [5] - 18:23, 71:21, 76:20, 80:24, 89:2
**discussing** [2] - 58:11, 71:24
**discussion** [3] - 62:4, 93:13, 107:9
**discussions** [8] - 20:12, 37:12, 60:2, 60:6, 71:22, 100:4, 104:1, 104:4
**disprove** [1] - 82:16
**dispute** [1] - 86:15
**disputes** [1] - 103:3
**disregard** [1] - 80:3
**distinguish** [1] - 103:11
**distract** [1] - 83:15
**distributed** [1] - 59:19
**distribution** [1] - 59:22
**District** [2] - 112:6, 112:17
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 2:8
**DNV** [7] - 32:3, 32:8, 32:16, 36:2, 36:9, 40:7, 40:10
**DNV............................ ........................ [1] - 7:22
**DOCUMENT** [1] - 1:8
**document** [10] - 32:10, 58:6, 58:10, 58:12, 103:12,

109:4, 109:13, 109:25, 111:5, 111:17
**documents** [27] - 20:14, 20:16, 57:15, 58:3, 58:6, 58:7, 58:8, 58:14, 58:22, 63:1, 63:5, 64:15, 66:24, 69:14, 77:3, 77:21, 78:7, 79:3, 82:2, 98:5, 98:8, 109:10, 109:15, 109:19, 109:22, 110:2
**DOCUMENTS** [1] - 8:18
**DOMENGEAUX** [1] - 1:16
**DON** [1] - 3:15
**Don** [6] - 37:16, 44:17, 47:8, 51:3, 51:16, 51:21
**DONALD** [1] - 4:8
**Donald** [1] - 18:3
**done** [14] - 17:9, 17:14, 22:22, 33:25, 39:5, 67:2, 69:15, 77:5, 77:6, 83:12, 83:23, 98:2, 105:21, 110:25
**Douglas** [1] - 55:9
**down** [29] - 11:5, 11:19, 12:8, 15:23, 18:5, 20:2, 20:7, 20:19, 21:17, 22:4, 37:11, 39:19, 42:8, 43:12, 64:7, 65:3, 67:3, 73:16, 78:21, 79:25, 82:12, 83:15, 86:6, 94:19, 106:13, 106:21, 108:16
**DR** [1] - 8:10
**Dr** [5] - 44:23, 45:3, 48:14, 100:18, 100:20
**draft** [3] - 30:20, 36:20, 86:20
**drafted** [2] - 34:15, 36:15
**drafting** [2] - 26:6, 34:14
**drafts** [1] - 31:22
**draw** [1] - 108:9
**drawn** [1] - 30:18
**DRIL** [2] - 5:15, 7:23
**Dril** [4] - 34:11, 34:12, 34:15, 34:19
**DRIL-QUIP** [1] - 5:15
**Dril-Quip** [3] - 34:11, 34:12, 34:19

**Dril-Quip's** [1] - 34:15
**DRIL-QUIP**................
............................. [1]
- 7:23
**drill** [2] - 102:8,
102:11
**drilling** [10] - 21:17,
81:2, 82:2, 82:11,
83:5, 83:6, 83:23,
106:8, 106:15, 107:5
**DRILLING** [1] - 3:4
**dropped** [1] - 23:12
**due** [1] - 74:13
**Duffy** [5] - 21:10,
57:18, 77:14,
110:25, 111:3
**DUFFY** [10] - 3:20,
57:18, 57:23, 73:9,
77:9, 77:14, 78:4,
81:15, 82:18, 84:3
**Duke** [1] - 19:24
**Dupree** [3] - 19:12,
19:14, 19:15
**Dupriest** [2] - 43:16,
43:17
**DUPRIEST**................
......................... [1] -
8:7
**duties** [1] - 26:22
**dynamic** [6] - 100:13,
100:20, 100:25,
101:2, 102:16,
102:19
**dyslexic** [3] - 38:18,
92:11, 92:16
**déjà** [1] - 70:23

**E**

**E&P** [1] - 4:15
**e-mail** [5] - 24:11,
73:7, 86:23, 87:3,
111:6
**E-MAIL** [1] - 8:22
**e-mails** [1] - 37:15
**earliest** [1] - 39:18
**early** [8] - 16:3, 45:18,
47:20, 52:2, 61:8,
61:9, 86:8, 93:16
**easily** [1] - 82:6
**Easter** [1] - 75:5
**Eastern** [1] - 112:6
**EASTERN** [1] - 1:1
**easy** [1] - 77:17
**Eddy** [1] - 37:4
**EDDY** [1] - 8:1
**EDWARDS** [1] - 1:16
**effective** [1] - 61:18
**efficiencies** [3] -

63:11, 63:23, 66:12
**efficiency** [1] - 102:24
**efficient** [3] - 61:10,
61:18, 89:16
**effort** [1] - 61:25
**eight** [3] - 67:5, 70:17,
108:1
**either** [10] - 15:10,
21:23, 25:1, 36:4,
44:11, 58:2, 62:9,
73:6, 74:4, 98:13
**elastomeric** [1] -
101:14
**electrical** [1] - 99:15
**electronic** [6] - 88:2,
89:23, 96:17, 96:18,
96:20, 101:16
**electronics** [1] - 94:24
**elements** [1] - 101:14
**ELLIS** [1] - 3:19
**Ellis** [1] - 12:7
**Ellison** [1] - 71:25
**ELM** [1] - 4:9
**emergency** [1] -
101:18
**emphasize** [1] - 66:4
**employee** [8] - 17:25,
18:25, 40:12, 44:23,
54:18, 54:21, 55:6,
56:6
**employees** [1] - 45:14
**encounter** [1] - 106:17
**encountered** [1] -
102:9
**end** [6] - 45:19, 52:13,
57:7, 61:14, 62:23,
74:16
**ENERGY** [2] - 3:6, 4:7
**Energy** [1] - 31:9,
52:20
**engineer** [3] - 56:7,
56:11
**enter** [1] - 73:9
**entire** [1] - 98:2
**entities** [3] - 31:24,
83:9, 92:25
**entitled** [1] - 59:24,
112:9
**entity** [1] - 96:12
**envelopes** [1] - 58:15
**envision** [1] - 96:7
**ERVIN** [1] - 6:6
**Ervin** [1] - 76:13
**ESQUIRE** [35] - 1:17,
1:20, 1:24, 2:3, 2:8,
2:13, 2:17, 3:6, 3:15,
3:19, 3:20, 4:4, 4:8,
4:8, 4:11, 4:17, 4:18,
4:21, 4:22, 5:8, 5:12,
5:16, 5:19, 5:22,

5:22, 5:23, 5:23, 6:3,
6:3, 6:4, 6:4, 6:6,
6:6, 6:7, 6:7
**essentially** [2] - 35:18,
70:18
**etcetera** [6] - 58:1,
82:9, 100:7, 100:10,
110:6
**event** [5] - 14:12,
17:21, 30:11, 38:9,
62:10
**EVENT** [1] - 7:9
**everywhere** [1] -
82:25
**evidence** [3] - 78:13,
80:6, 82:17
**Exactly** [1] - 34:3
**exactly** [6] - 27:7,
33:25, 34:7, 48:25,
71:9, 87:8
**examination** [2] -
63:3, 68:5
**example** [6] - 60:9,
82:8, 98:21, 98:22,
103:12, 108:6
**examples** [2] - 97:24,
99:13
**excellent** [1] - 21:4
**except** [3] - 46:8, 95:4,
99:8
**excepting** [1] - 46:9
**excited** [1] - 76:10
**exciting** [1] - 90:23
**exclusively** [1] - 39:11
**excuse** [1] - 92:10
**executive** [1] - 41:17
**exhausted** [1] - 72:20
**exhaustive** [1] - 90:23
**exist** [2] - 101:4,
106:12
**existed** [1] - 100:14
**existence** [1] - 108:1
**existing** [1] - 98:1
**expand** [1] - 60:13
**expect** [2] - 75:25,
103:13
**expected** [1] - 102:9
**expedite** [1] - 28:12
**expense** [2] - 43:8,
43:14
**expenses** [5] - 32:25,
33:3, 33:21, 42:22,
43:8
**experience** [1] - 70:23
**expert** [7] - 37:24,
38:5, 44:21, 44:25,
47:7, 102:1
**explanatory** [1] -
99:11
**Exploration** [1] -

80:25
**EXPLORATION** [1] -
3:12
**explore** [1] - 105:12
**explosion** [2] - 106:2,
107:10
**expressed** [3] - 60:12,
60:19, 92:3
**extend** [2] - 13:14,
61:1
**extensive** [1] - 64:6
**extent** [2] - 15:17,
89:9
**extra** [7] - 60:8, 61:13,
65:4, 65:22, 67:4,
69:2, 82:11
**Exxon** [1] - 43:17
**Ezell** [1] - 23:24

**F**

**facilitate** [1] - 111:16
**facing** [1] - 62:20
**fact** [7] - 37:22, 38:12,
40:21, 48:13, 61:1,
98:11, 103:25
**factor** [1] - 30:12
**facts** [2] - 80:24, 82:16
**failed** [1] - 98:16
**fair** [3] - 14:11, 61:13,
90:8
**fairly** [4] - 64:6, 77:21,
95:1, 107:16
**fairness** [2] - 44:22,
49:12
**Falcon** [10] - 92:2,
92:18, 92:21, 93:1,
93:14, 93:19, 93:25,
100:4, 102:2, 107:22
**Falcon's** [1] - 92:19
**fall** [1] - 57:6
**far** [15] - 13:5, 16:19,
17:13, 20:14, 20:19,
22:15, 30:17, 34:24,
44:7, 44:8, 44:9,
94:10, 96:22, 99:18,
107:20
**fashion** [1] - 24:10
**fast** [1] - 20:3
**fat** [2] - 47:24, 74:20
**fathom** [1] - 104:12
**fault** [3] - 79:13,
79:14, 79:20
**faulting** [1] - 81:14
**favor** [1] - 39:24
**FEDERAL** [1] - 2:7
**fee** [1] - 33:10
**feet** [7] - 41:16, 82:12,
91:9, 105:5, 106:9,

106:12, 106:21
**FELDMAN** [1] - 6:4
**fell** [1] - 21:3
**felt** [2] - 42:13, 94:20
**few** [6] - 21:20, 63:10,
66:9, 67:9, 89:11,
99:2
**fewer** [1] - 66:19
**FIFTH** [1] - 5:9
**Fifth** [1] - 13:13
**fight** [1] - 110:15
**figure** [5] - 14:8, 37:4,
97:17, 106:16,
110:17
**figured** [1] - 92:12
**figuring** [1] - 48:19
**file** [7] - 27:15, 27:17,
28:5, 58:10, 84:16,
85:3, 85:12
**filed** [3] - 58:8, 58:13,
84:16
**files** [2] - 64:19, 64:21
**filings** [1] - 105:19
**fill** [2] - 21:25, 93:7
**filled** [2] - 93:4, 93:9
**final** [15] - 21:15, 22:9,
23:16, 27:14, 30:14,
30:18, 31:1, 31:7,
31:17, 31:20, 31:23,
32:4, 35:16, 36:21,
36:22
**finalize** [3] - 22:15,
22:20, 23:7
**finalized** [2] - 22:21,
24:1
**FINANCIAL** [1] - 5:7
**fine** [21] - 10:25,
12:14, 13:6, 16:13,
27:20, 41:7, 41:13,
45:15, 46:14, 50:20,
51:14, 51:19, 52:3,
52:8, 52:15, 52:16,
53:19, 64:4, 70:8,
74:18, 110:16
**finger** [1] - 100:24
**finish** [1] - 100:23
**finished** [3] - 54:15,
61:15, 111:13
**finishing** [1] - 61:15
**fire** [2] - 73:14, 88:25
**firm** [3] - 70:11, 73:10,
77:21
**FIRM** [2] - 2:3, 5:18
**first** [20] - 10:11,
17:22, 23:22, 41:5,
45:19, 47:16, 58:5,
61:22, 62:25, 64:19,
71:19, 76:16, 79:13,
87:23, 91:4, 91:10,
92:8, 104:15, 106:1

**fist** [1] - 110:15
**fit** [1] - 97:25
**Fitch** [7] - 22:25, 27:1, 27:5, 30:16, 31:21, 32:5, 35:9
**FITCH** [20] - 5:22, 22:25, 23:3, 23:12, 23:17, 27:1, 30:16, 30:23, 31:3, 31:20, 32:5, 32:12, 32:14, 33:3, 33:16, 34:7, 35:9, 35:18, 36:10, 52:22
**fitting** [1] - 97:23
**fittings** [1] - 97:6
**five** [11] - 26:19, 32:8, 39:7, 55:22, 55:23, 76:6, 90:2, 90:17, 93:4, 93:7, 104:4
**five-cavity** [1] - 93:4
**five-minute** [1] - 90:2
**five-story** [1] - 104:4
**fixed** [1] - 98:25
**flexibility** [1] - 24:12
**Fleytas** [3] - 46:24, 48:2, 57:5
**floating** [1] - 73:4
**FLOOR** [3] - 2:9, 3:6, 5:16
**floor** [1] - 106:12
**flow** [15] - 38:3, 73:14, 73:18, 79:19, 79:25, 84:8, 85:17, 100:13, 100:18, 100:20, 100:25, 101:2, 102:20, 105:25, 107:13
**flying** [2] - 37:15, 76:5
**folks** [4] - 36:18, 59:9, 85:11, 94:16
**follow** [2] - 17:8, 43:19
**follow-up** [1] - 17:8
**following** [1] - 74:16
**FOR** [16] - 1:23, 2:7, 2:12, 2:16, 3:3, 3:9, 4:3, 4:7, 4:14, 4:21, 5:3, 5:11, 5:15, 7:11, 8:17
**Ford** [4] - 103:16, 103:17, 103:18
**forebear** [1] - 90:17
**forego** [1] - 90:3
**foregoing** [1] - 112:7
**foreign** [1] - 80:22
**forever** [2] - 97:17, 104:11
**forgot** [1] - 110:24
**form** [1] - 30:18
**formalize** [1] - 27:11
**former** [2] - 17:25,

18:24
**formerly** [1] - 44:20
**forth** [4] - 58:24, 76:6, 93:20, 108:7
**fortunately** [1] - 62:17
**fortune** [1] - 33:24
**forward** [10] - 20:11, 60:17, 65:2, 78:2, 88:10, 89:4, 89:14, 89:15, 90:12, 103:2
**forwarded** [1] - 34:15
**four** [11] - 32:8, 35:19, 39:7, 63:4, 65:19, 65:22, 65:25, 66:1, 67:7, 76:6
**frame** [5] - 37:10, 67:9, 68:24, 91:24, 97:12
**FRANCISCO** [1] - 2:10
**frankly** [4] - 39:9, 84:21, 90:15, 108:13
**FRED** [1] - 8:7
**Fred** [1] - 43:17
**FRIDAY** [2] - 1:7, 10:2
**Friday** [8] - 21:24, 22:11, 24:2, 43:14, 54:25, 57:8, 84:22, 86:10
**Friday's** [1] - 52:25
**FRILOT** [1] - 3:5
**front** [6] - 38:9, 49:13, 68:1, 69:8, 89:13, 94:11
**full** [2] - 24:2, 69:15
**function** [1] - 94:25
**functionally** [5] - 105:16, 105:17, 105:24, 106:8, 107:5

## G

**gag** [1] - 87:7
**game** [1] - 21:23
**GANNAWAY** [22] - 6:3, 89:19, 89:25, 90:21, 90:25, 91:16, 91:18, 91:21, 92:14, 92:17, 96:7, 96:10, 96:14, 96:16, 96:18, 107:20, 108:18, 109:6, 109:10, 109:17, 110:4, 110:9
**Gannaway** [3] - 89:18, 90:13, 103:22
**GATE** [1] - 2:9
**gee** [1] - 106:16
**general** [3] - 25:12, 37:9, 87:23
**GENERAL** [1] - 2:12

**generated** [1] - 63:12
**generically** [1] - 89:1
**gentleman** [1] - 38:2
**gentlemen** [1] - 108:20
**GEOFF** [1] - 6:3
**Geoff** [2] - 89:18, 92:10
**geography** [1] - 83:3
**Gisclair** [3] - 25:17, 25:25, 26:20
**given** [6] - 30:19, 39:2, 68:3, 77:25, 82:4
**glad** [3] - 10:16, 22:10, 97:20
**gladly** [1] - 87:4
**Glenn** [1] - 29:3
**Global** [1] - 67:17
**goal** [1] - 35:5
**Godfrey** [1] - 14:22
**Godwin** [8] - 42:24, 43:1, 44:15, 44:17, 48:13, 50:8, 51:3, 74:10
**GODWIN** [34] - 4:7, 4:8, 4:11, 43:6, 43:22, 44:5, 44:17, 45:3, 45:7, 45:11, 45:16, 45:23, 46:3, 46:14, 46:17, 47:3, 47:9, 50:10, 50:15, 50:20, 51:3, 51:7, 51:9, 51:13, 51:18, 51:22, 51:25, 52:8, 52:13, 52:16, 73:18, 74:11, 74:21, 87:12
**GOLDEN** [1] - 2:9
**GOM** [4] - 82:3, 82:14, 82:21, 82:24
**Gonzales** [1] - 76:4
**GONZALEZ** [15] - 6:6, 76:13, 77:1, 77:4, 77:23, 78:2, 78:6, 78:20, 79:5, 80:11, 81:9, 81:14, 81:24, 83:25, 84:2
**Gonzalez** [1] - 76:13
**goodbye** [1] - 111:19
**Goodier** [1] - 29:3
**Gotshal** [1] - 85:24
**GOTSHAL** [1] - 5:8
**GOVERNMENT** [1] - 2:7
**grabs** [1] - 42:10
**grant** [5] - 85:2, 85:6, 85:7, 85:10, 85:12
**granted** [6] - 39:4, 39:25, 84:15, 84:19, 85:19
**Great** [1] - 50:17

**great** [28] - 13:7, 17:5, 23:11, 23:19, 24:4, 24:7, 26:2, 26:24, 28:3, 28:14, 28:24, 35:7, 36:12, 37:2, 44:14, 52:18, 59:16, 72:10, 72:18, 73:4, 73:8, 75:11, 81:22, 86:9, 87:13
**ground** [1] - 82:12
**Grounds** [1] - 56:6
**group** [9] - 33:13, 34:4, 42:22, 54:12, 60:3, 61:12, 70:1, 78:12, 78:13
**group's** [1] - 78:24
**GROUP.................. ............** [1] - 8:20
**groups** [7] - 63:22, 65:8, 65:21, 66:1, 68:10, 72:11, 84:9
**grow** [1] - 100:24
**guarantee** [2] - 19:3, 26:22, 83:13
**guess** [16] - 15:10, 19:3, 22:23, 32:23, 37:6, 41:3, 42:3, 47:20, 48:9, 48:10, 60:1, 64:22, 69:1, 69:4, 87:23, 106:5
**guessing** [1] - 50:21
**guidance** [1] - 104:21
**Guide** [1] - 14:13
**guide** [1] - 14:15
**GUIDRY** [1] - 4:18
**GULF** [1] - 1:5
**Gulf** [6] - 56:9, 56:12, 82:4, 83:3, 102:8, 102:11
**guys** [17] - 15:1, 15:25, 50:4, 50:12, 54:6, 59:21, 67:20, 67:24, 69:11, 73:11, 73:20, 83:15, 83:18, 84:24, 87:13, 111:17, 111:18

## H

**H-A-Y** [2] - 55:10, 55:13
**hafle** [1] - 13:8
**Hague** [3] - 29:16, 29:25, 30:8
**hair** [1] - 110:18
**Haire** [1] - 46:22
**half** [10] - 41:5, 41:6, 64:9, 64:24, 65:5, 65:18, 67:10, 68:23,

71:20, 97:18
**HALLIBURTON** [2] - 4:7, 7:15
**Halliburton** [17] - 16:25, 25:8, 25:12, 25:13, 29:7, 34:13, 36:14, 36:15, 44:18, 44:21, 44:24, 45:12, 45:14, 47:7, 50:19, 51:2, 51:3
**Halliburton's** [1] - 44:4
**Halliburton/BP** [2] - 50:6, 55:4
**hand** [3] - 33:4, 33:21, 90:21
**handed** [1] - 91:4
**handle** [3] - 58:4, 61:13, 102:12
**handles** [1] - 28:21
**Hank** [6] - 54:14, 54:15, 55:24, 56:2, 56:10, 56:17
**happy** [13] - 17:3, 23:6, 34:4, 36:11, 42:5, 43:9, 50:16, 59:16, 81:21, 89:25, 90:3, 101:9, 103:6
**hard** [4] - 67:25, 73:11, 106:20
**Harrell** [2] - 13:9, 13:19
**Hartmann** [1] - 53:2
**HARTMANN** [1] - 53:2
**hat** [1] - 88:17
**hate** [1] - 89:22
**Hay** [2] - 55:10, 55:13
**HAYCRAFT** [1] - 3:15
**HAYNIE** [1] - 8:4
**Haynie** [5] - 40:3, 40:6, 40:11, 40:15
**Hayward** [1] - 68:11
**hazards** [1] - 82:10
**hear** [14] - 13:17, 15:5, 22:23, 37:6, 38:12, 59:16, 61:12, 66:14, 69:1, 69:3, 83:25, 86:17, 103:8, 103:9
**heard** [11] - 32:14, 35:12, 35:19, 39:3, 61:23, 64:20, 68:18, 71:19, 85:1, 86:25, 104:11
**HEARD** [1] - 1:12
**hearing** [3] - 28:23, 47:25, 68:18
**hearings** [3] - 28:21, 35:4, 94:8
**heartburn** [1] - 96:25
**Heath** [2] - 50:25,

52:13
**HEATH** [1] - 50:25
**hello** [3] - 10:20, 22:9, 22:10
**help** [6] - 60:16, 60:22, 78:25, 79:21, 101:15, 104:21
**helpful** [9] - 15:3, 36:4, 42:21, 59:11, 63:19, 63:24, 65:23, 72:12, 111:11
**helping** [1] - 110:1
**HENRY** [1] - 2:19
**Henry** [1] - 103:18
**hereby** [1] - 112:7
**heretofore** [1] - 85:6
**Herman** [10] - 10:20, 19:23, 20:3, 27:9, 35:22, 35:23, 37:14, 73:2, 76:1, 80:24
**HERMAN** [22] - 1:20, 1:20, 10:21, 11:1, 17:10, 19:23, 20:5, 27:9, 27:16, 27:24, 28:3, 35:23, 37:14, 58:21, 59:4, 59:23, 74:18, 74:23, 75:2, 76:2, 76:11
**hertz** [2] - 27:2, 27:5
**Hertz** [1] - 26:6
**hi** [1] - 85:25
**history** [1] - 82:2
**hit** [3] - 25:8, 76:25, 89:11
**hold** [10] - 15:25, 54:14, 80:12, 100:19, 101:17, 102:15, 102:16, 102:19
**HOLDINGS** [3] - 3:3, 3:13, 5:4
**home** [2] - 85:22, 87:10
**honest** [1] - 56:25
**honestly** [2] - 103:7, 104:11
**Honor** [128] - 10:9, 10:15, 10:21, 11:15, 12:3, 12:20, 12:23, 13:25, 14:14, 14:21, 15:6, 15:13, 15:15, 15:21, 17:11, 17:23, 18:4, 18:23, 19:9, 20:24, 21:9, 21:16, 22:4, 22:10, 23:20, 24:9, 25:10, 27:10, 28:6, 28:17, 30:3, 31:10, 34:13, 35:23, 37:14, 38:2, 38:17, 38:21, 39:9, 40:1,

41:16, 42:14, 43:6, 43:19, 43:23, 44:17, 44:18, 45:4, 45:25, 46:5, 47:11, 48:12, 49:20, 50:7, 50:20, 51:5, 51:15, 51:18, 51:22, 52:9, 52:17, 53:5, 54:11, 54:13, 56:3, 56:18, 57:4, 57:18, 58:21, 59:13, 59:17, 60:4, 60:25, 61:20, 64:13, 66:3, 68:8, 69:9, 73:9, 74:11, 76:13, 77:9, 77:14, 78:6, 80:7, 81:9, 81:15, 82:1, 82:18, 84:2, 84:9, 85:16, 85:23, 87:2, 89:17, 89:19, 89:25, 90:2, 90:3, 90:21, 90:22, 90:25, 91:3, 91:10, 91:11, 91:21, 92:10, 92:15, 92:24, 93:4, 93:8, 94:2, 94:11, 94:14, 95:4, 96:8, 96:14, 96:16, 103:4, 104:8, 104:24, 105:16, 107:20, 108:5, 109:17, 110:4, 110:10, 110:22
**honor** [1] - 109:2
**HONORABLE** [1] - 1:12
**hope** [3] - 21:24, 24:10, 35:14
**hopefully** [11] - 11:13, 30:10, 41:14, 48:6, 49:15, 60:22, 61:15, 70:5, 110:18, 110:20, 111:17
**hoping** [1] - 90:10
**HORIZON** [6] - 1:4, 92:25, 93:3, 93:11, 93:23, 95:10
**HORIZON's** [2] - 91:23, 91:25
**hose** [2] - 97:6, 97:23
**hoses** [2] - 94:20, 97:6
**hour** [14] - 60:13, 60:15, 60:16, 62:22, 64:8, 64:9, 64:24, 65:5, 65:18, 67:10, 68:23, 69:2, 71:20
**hourly** [2] - 32:25, 33:10
**hours** [18] - 18:8, 21:15, 25:14, 60:13, 60:14, 61:6, 61:16, 63:4, 63:5, 65:19,

65:22, 65:25, 66:1, 66:9, 67:7, 67:10, 68:24
**house** [2] - 33:7, 34:9
**HOUSTON** [4] - 4:12, 4:23, 5:17, 5:20
**Houston** [5] - 18:24, 41:22, 42:10, 42:17, 46:5
**huge** [1] - 79:11
**human** [1] - 103:13
**humanly** [1] - 103:13
**hundred** [1] - 14:15
**hundreds** [1] - 111:2
**hydraulic** [1] - 101:17
**hydraulics** [1] - 94:24
**hydrocarbons** [1] - 105:20

---

**I**

**idea** [5] - 32:20, 73:5, 73:8, 90:11, 104:15
**ideas** [1] - 59:10
**identified** [6] - 30:6, 34:24, 42:18, 56:5, 82:5, 95:9
**identify** [1] - 103:3
**identifying** [3] - 21:7, 21:17, 58:22
**IL** [1] - 3:21
**immediate** [1] - 83:16
**immediately** [1] - 31:22
**impact** [1] - 109:22
**impacted** [1] - 104:19
**implemented** [1] - 67:22
**implicates** [1] - 110:6
**important** [4] - 68:1, 68:2, 68:24, 82:18
**importantly** [1] - 82:16
**impose** [1] - 87:5
**impossible** [1] - 63:2
**impression** [1] - 25:5
**improve** [1] - 85:17
**improving** [1] - 84:8
**IN** [2] - 1:4, 1:5
**in-house** [1] - 33:7, 34:9
**inaccurate** [1] - 79:19
**Inc** [1] - 81:1
**INC** [11] - 3:4, 3:5, 3:9, 3:11, 3:12, 3:13, 3:15, 4:7, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8, 5:15
**incapable** [1] - 105:25
**include** [2] - 26:15,

96:25
**includes** [1] - 96:21
**including** [2] - 88:1, 99:15
**increase** [1] - 100:19
**incumbent** [1] - 30:7
**indeed** [2] - 47:24, 78:24
**independently** [1] - 98:12
**indicate** [1] - 81:18
**indication** [1] - 103:8
**individual** [4] - 12:18, 12:21, 12:25, 46:18
**INDIVIDUAL** [1] - 8:14
**individuals** [2] - 23:21, 80:1
**indulge** [1] - 39:13
**inescapable** [1] - 98:19
**info** [2] - 32:1, 49:18
**inform** [1] - 59:6
**information** [4] - 14:2, 50:1, 82:6, 82:15
**Inglis** [3] - 15:23, 16:6, 68:11
**Inglis'** [1] - 16:2
**inherent** [2] - 63:11, 66:12
**initial** [4] - 92:6, 92:17, 93:16, 105:5
**initiate** [1] - 30:8
**initiated** [1] - 62:3
**input** [5] - 29:8, 30:19, 32:7, 79:2, 93:15
**inquiry** [4] - 33:18, 34:8, 89:3, 101:19
**inside** [1] - 99:15
**Insite** [1] - 25:25
**instance** [5] - 65:21, 67:7, 94:21, 96:1, 108:4
**instances** [2] - 92:22, 93:14
**instead** [2] - 62:15, 91:13
**instructing** [1] - 96:5
**instructions** [3] - 23:17, 88:14, 100:10
**insufficient** [1] - 82:14
**insurance** [3] - 28:15, 84:12, 85:11
**INSURANCE** [2] - 7:17, 8:24
**insured** [1] - 84:12
**INSURED** [1] - 8:25
**integrated** [1] - 93:22
**integrating** [1] - 94:1
**intend** [1] - 21:20
**intent** [2] - 61:3

**intention** [1] - 30:8
**intentional** [1] - 80:3
**interest** [6] - 39:6, 60:12, 60:19, 92:3, 95:9, 95:18
**interested** [6] - 56:12, 59:19, 62:8, 83:21, 85:22, 87:10
**interesting** [2] - 33:21, 59:10
**INTERESTS** [2] - 2:7, 2:12
**interests** [1] - 92:19
**interim** [1] - 85:14
**INTERNATIONAL** [2] - 4:3, 5:7
**interpretation** [1] - 103:24
**interrupt** [3] - 59:17, 73:14, 73:18
**intervene** [8] - 84:14, 84:15, 84:17, 84:19, 85:1, 85:3, 85:8, 85:13
**intervention** [1] - 89:10
**introduce** [1] - 89:17
**invented** [4] - 97:16, 101:13, 101:15, 101:17
**investigation** [1] - 56:8
**INVESTIGATIVE** [1] - 7:8
**investigative** [1] - 13:22
**invoke** [1] - 13:13
**invoking** [1] - 13:19
**involved** [1] - 78:14
**involvement** [2] - 78:25, 79:6
**involves** [2] - 88:23, 88:24
**involving** [1] - 84:11
**IRPINO** [2] - 2:3, 2:3
**IS** [1] - 9:2
**issuance** [1] - 32:4
**issue** [62] - 18:5, 18:8, 23:3, 31:16, 32:10, 33:14, 34:23, 38:3, 38:7, 40:10, 41:19, 42:18, 44:2, 44:6, 50:5, 50:9, 50:16, 51:21, 52:17, 57:13, 57:17, 57:20, 57:23, 59:7, 59:18, 65:24, 76:4, 76:16, 77:4, 78:6, 78:10, 79:11, 79:17, 80:11, 80:20, 81:5, 82:18, 83:1,

83:2, 84:7, 86:13, 86:15, 86:18, 91:1, 94:12, 95:4, 95:6, 95:23, 98:10, 100:1, 101:1, 101:3, 102:5, 107:11, 107:12, 108:8, 108:13

**issued** [2] - 12:19, 12:20

**issues** [28] - 22:12, 29:16, 34:21, 38:24, 43:15, 57:5, 57:21, 76:7, 76:15, 78:11, 78:15, 79:13, 79:16, 80:3, 80:4, 82:9, 82:13, 84:21, 86:16, 88:21, 89:9, 90:5, 91:2, 96:1, 97:3, 99:12, 100:9, 100:16

**ISSUES.....................
.................** [1] - 8:23

**issuing** [1] - 27:25

**IT** [3] - 59:9, 59:14, 59:15

**item** [2] - 14:10, 98:12

**ITEMS** [1] - 7:3

**ITS** [1] - 7:19

**itself** [6] - 30:25, 70:25, 93:22, 96:19, 105:21, 111:6

## J

**JACKSON** [1] - 5:15

**JAMES** [1] - 1:17

**James** [2] - 19:12, 56:20

**January** [2] - 105:8, 105:9

**Jazzfest** [5] - 74:24, 74:25, 75:9, 75:10, 75:11

**JEFFERSON** [2] - 1:18, 2:20

**JENNY** [1] - 4:8

**JEREMY** [1] - 5:22

**Jimmy** [1] - 20:8

**JIMMY** [1] - 6:6

**job** [4] - 16:20, 21:4, 50:14, 67:3

**John** [4] - 14:13, 17:22, 47:5, 61:20

**JOHN** [1] - 6:3

**JONES** [1] - 5:11

**Joshua** [1] - 50:25

**JR** [1] - 5:16

**Judge** [23] - 13:11, 32:5, 33:23, 35:9, 42:16, 44:5, 46:17,

47:9, 50:10, 51:9, 58:15, 71:25, 77:23, 83:25, 84:22, 87:14, 88:4, 89:24, 100:17, 101:7, 103:10, 106:8, 110:24

**judge** [18] - 16:16, 20:8, 22:25, 27:1, 30:16, 45:13, 47:3, 50:15, 51:3, 51:13, 52:22, 68:1, 71:11, 73:18, 88:7, 90:13, 97:15, 103:6

**JUDGE** [3] - 1:12, 9:2, 9:3

**judicial** [2] - 63:22, 102:24

**July** [31] - 14:20, 15:16, 15:17, 15:23, 16:4, 16:6, 16:11, 38:19, 38:25, 39:8, 39:10, 39:13, 39:19, 41:20, 41:21, 41:24, 42:9, 75:19, 75:21, 75:24, 77:25, 83:12, 108:17, 108:18, 108:19, 108:24, 109:12, 109:16, 110:2

**June** [31] - 11:13, 11:19, 11:20, 12:7, 12:9, 16:3, 16:8, 18:18, 18:21, 19:2, 19:12, 24:13, 29:12, 29:19, 39:5, 42:1, 43:13, 45:17, 45:18, 45:20, 45:23, 46:8, 46:9, 46:10, 46:14, 75:14, 75:17, 75:18

**jurisdiction** [3] - 79:11, 80:16, 80:22

**jurisdictional** [3] - 79:10, 80:20, 81:5

**JUSTICE** [1] - 2:7

**justifiably** [1] - 97:10

## K

**Kaluza** [1] - 13:9

**KANNER** [2] - 2:16, 2:17

**Kat's** [1] - 11:11

**Kate** [1] - 52:19

**KATZ** [1] - 1:20

**keep** [12] - 14:4, 16:5, 16:10, 27:24, 30:13, 34:4, 37:11, 47:23, 71:6, 71:7, 71:9, 78:23

**keeps** [1] - 105:13

**Kent** [4] - 56:19, 56:20, 56:23, 56:24

**Kerry** [1] - 22:9, 23:4, 23:5, 23:14, 54:18, 54:20, 55:10, 55:16, 57:1, 84:6, 86:17

**KERRY** [1] - 3:6

**Kevin** [1] - 18:18

**kidding** [2] - 75:10, 105:4

**kill** [1] - 100:6

**kind** [12] - 14:24, 33:12, 49:5, 50:21, 59:12, 61:24, 74:3, 98:19, 103:16, 106:15, 107:4, 107:6

**kinds** [2] - 33:20, 63:11

**KINGDOM** [1] - 7:6

**Kingdom** [1] - 11:25

**KIRKLAND** [1] - 3:19

**Kirkland** [1] - 12:7

**knock** [1] - 35:15

**knocked** [1] - 24:20

**knowing** [1] - 40:9

**knowledge** [1] - 97:23

**knowledgeable** [2] - 99:10, 104:1

**known** [1] - 101:4

**knows** [9] - 48:5, 71:10, 89:21, 93:8, 95:11, 98:15, 100:15, 102:6, 106:8

**Kongsberg** [1] - 17:8

**KONGSBERG** [1] - 7:10

**Korea** [1] - 93:24

**KRAVITZ** [1] - 5:23

**Kris** [2] - 44:23, 48:14

**KRIS** [1] - 8:10

**Kritzer** [6] - 50:25, 51:17, 52:10, 52:11

**KRITZER** [1] - 50:25

**KUCHLER** [7] - 4:17, 4:17, 16:16, 17:5, 33:23, 34:2, 42:16

**Kuchler** [1] - 16:17

**Kurt** [2] - 57:5, 57:9

## L

**L-A-M-B-E-R-T** [1] - 41:11

**L-E-E-U-W** [1] - 70:13

**L.L.C** [1] - 4:21

**L.P** [2] - 5:11, 29:11

**LA** [11] - 1:18, 1:21, 2:5, 2:18, 2:21, 3:7, 3:17, 4:5, 4:19, 5:13,

6:11

**labeled** [1] - 91:18

**Lacy** [3] - 17:18, 18:13, 18:18

**Lafayette** [3] - 31:4, 33:5, 33:14

**LAFAYETTE** [1] - 1:18

**lag** [1] - 62:24

**LAMAR** [1] - 4:12

**Lambert** [11] - 40:3, 40:12, 40:13, 40:14, 40:17, 41:11, 50:25, 51:17, 52:12, 52:13, 52:17

**LAMBERT.................
.......** [1] - 8:4

**LANG** [1] - 4:22

**Langan** [8] - 12:3, 13:25, 15:21, 16:18, 31:10, 50:7, 68:9, 80:14

**LANGAN** [98] - 3:19, 12:3, 12:9, 12:11, 12:13, 13:25, 14:7, 14:14, 14:20, 15:21, 16:2, 16:14, 17:2, 17:23, 18:4, 18:7, 18:11, 18:15, 18:17, 18:22, 19:6, 19:8, 19:15, 21:6, 21:9, 21:14, 22:2, 22:4, 24:9, 24:16, 24:18, 24:20, 24:24, 25:1, 25:6, 30:3, 30:12, 31:10, 31:18, 32:2, 36:24, 38:2, 38:11, 40:4, 40:13, 40:20, 41:5, 41:11, 41:16, 42:3, 42:10, 42:13, 43:9, 43:15, 43:18, 43:23, 44:9, 44:13, 47:11, 48:1, 48:9, 48:20, 48:22, 49:2, 49:8, 49:10, 49:12, 50:7, 50:13, 50:18, 50:21, 50:23, 51:10, 53:5, 53:9, 53:15, 53:18, 53:20, 54:10, 56:18, 56:22, 56:24, 60:4, 61:3, 64:13, 65:10, 65:15, 68:8, 69:1, 69:4, 80:14, 80:18, 81:7, 84:25, 85:5, 85:9, 85:14, 87:16

**language** [1] - 98:9

**large** [3] - 88:12, 96:2, 96:3

**LASALLE** [1] - 3:20

**last** [31] - 15:14,

15:15, 18:7, 19:25, 22:11, 23:17, 31:8, 35:10, 36:13, 38:3, 45:25, 48:12, 49:4, 49:6, 49:17, 53:23, 54:7, 54:8, 55:10, 60:6, 61:9, 62:1, 62:20, 73:2, 82:1, 86:3, 86:5, 93:10, 105:19, 111:8

**lasted** [1] - 93:15

**late** [5] - 38:23, 63:14, 92:20, 93:20, 100:25

**latest** [1] - 86:11

**latter** [2] - 96:9

**LAW** [2] - 2:3, 2:20, 5:18

**lawyer** [1] - 40:16

**lawyers** [1] - 71:21

**lead** [9] - 14:10, 17:4, 26:6, 36:1, 56:7, 56:11, 70:10, 80:6, 82:17

**leak** [3] - 100:22, 100:23, 100:24

**least** [6] - 36:13, 55:10, 59:14, 67:7, 84:20, 111:9

**leave** [12] - 14:16, 26:25, 27:16, 61:6, 61:16, 75:22, 84:16, 84:19, 85:2, 85:10, 85:12

**leaves** [1] - 37:20

**LEE** [2] - 5:15, 8:4

**Lee** [2] - 40:3, 41:11

**leeway** [2] - 81:4, 104:9

**left** [1] - 73:1

**legitimate** [1] - 103:24

**LeNormand** [3] - 11:10, 11:14, 24:20

**Leo** [1] - 49:17

**less** [1] - 25:14

**letter** [10] - 12:21, 13:12, 58:9, 58:22, 60:5, 62:1, 62:14, 66:19, 68:10, 81:18

**letters** [4] - 13:1, 57:25, 58:10, 76:5

**letting** [1] - 88:11

**level** [1] - 109:6

**LEWIS** [2] - 3:15, 4:21

**LexisNexis** [2] - 12:24, 27:19

**liability** [1] - 103:17

**LIAISON** [1] - 1:16

**life** [1] - 101:13

**light** [1] - 63:13

**LIKE** [1] - 9:4

**likely** [1] - 68:12
**likewise** [2] - 96:15, 96:17
**limit** [1] - 83:4
**limitation** [4] - 79:4, 81:1, 81:3, 83:7
**limitations** [5] - 63:11, 79:5, 79:8, 88:14, 100:10
**LIMITED** [1] - 3:14
**limited** [3] - 82:3, 82:21, 83:6
**limiting** [1] - 82:14
**limits** [2] - 63:23, 66:12
**Lindner** [4] - 49:17, 49:22, 50:4, 50:16
**LINDNER** [3] - 49:18, 50:21, 50:23
**line** [3] - 14:8, 103:19, 108:9
**lines** [2] - 81:20, 100:6
**lineup** [1] - 24:3
**LISKOW** [1] - 3:15
**LIST** [1] - 8:16
**list** [46] - 14:3, 15:23, 26:19, 36:18, 36:25, 40:9, 44:12, 47:20, 47:23, 49:1, 49:3, 49:7, 49:10, 49:15, 51:6, 51:12, 53:23, 56:13, 56:14, 56:19, 57:1, 57:7, 59:22, 64:3, 64:5, 64:13, 65:3, 65:13, 65:17, 67:3, 68:22, 70:9, 71:2, 73:2, 77:9, 77:15, 77:19, 84:5, 91:13, 111:1, 111:2, 111:7, 111:9
**listed** [5] - 17:3, 37:25, 62:5, 95:16, 95:21
**listen** [1] - 22:5
**listings** [1] - 28:5
**literally** [4] - 88:15, 94:19, 104:3, 106:22
**litigation** [4] - 62:17, 66:25, 67:16, 72:11
**live** [2] - 83:11, 95:4
**lives** [1] - 46:5
**living** [1] - 103:14
**LLC** [4] - 3:3, 4:17, 5:4, 5:5
**LMRP** [12] - 91:12, 91:14, 94:21, 96:11, 98:3, 98:5, 98:10, 98:22, 98:24, 99:6, 99:8
**LMRU** [1] - 91:13
**location** [1] - 25:24

**lodge** [1] - 94:20
**log** [2] - 59:7, 82:8
**logical** [2] - 106:16, 107:6
**logistical** [1] - 42:18
**logistics** [1] - 42:17
**London** [10] - 12:7, 14:23, 15:24, 19:13, 19:16, 19:19, 75:15, 78:12, 78:13, 78:24
**look** [18] - 17:7, 26:5, 29:17, 36:9, 36:24, 38:20, 40:3, 41:3, 45:6, 50:2, 64:1, 67:8, 70:9, 77:20, 83:2, 91:4, 103:21
**looked** [2] - 11:10, 86:22
**looking** [20] - 17:2, 25:15, 28:22, 37:7, 37:9, 38:15, 39:5, 48:5, 54:22, 58:6, 65:3, 68:23, 78:9, 78:10, 78:21, 78:24, 81:21, 82:13, 91:10, 109:21
**looks** [4] - 24:17, 50:11, 50:18, 78:19
**loop** [1] - 68:8
**LORI** [1] - 6:4
**lose** [1] - 48:13
**lost** [1] - 51:12
**LOUISIANA** [4] - 1:1, 1:7, 2:16, 4:22
**Louisiana** [7] - 33:15, 46:3, 46:5, 56:2, 56:5, 112:5, 112:6
**lower** [6] - 87:25, 91:12, 91:15, 96:1, 97:18, 97:22
**lowest** [1] - 36:21
**LP** [1] - 4:15
**LSU** [2] - 8:8, 43:24
**lunch** [1] - 34:2
**lunchtime** [1] - 25:14
**LUXTON** [6] - 4:21, 28:17, 28:20, 28:25, 42:9, 50:1
**Luxton** [2] - 28:17, 49:20

## M

**ma'am** [1] - 83:25
**Macondo** [1] - 99:20
**MAGISTRATE** [1] - 1:12
**Magnetics** [2] - 36:13, 36:25

**MAGNETICS.............
.........................** [1] - 7:25
**mail** [6] - 13:1, 24:11, 73:7, 86:23, 87:3, 111:6
**MAIL** [1] - 8:22
**mailed** [1] - 12:21
**mails** [1] - 37:15
**maintained** [1] - 88:15
**maintaining** [1] - 94:12
**maintenance** [3] - 94:5, 94:7, 100:9
**major** [1] - 42:18
**man** [2] - 91:6, 95:12
**MANAGEMENT** [1] - 5:3
**managing** [1] - 64:21
**MANGES** [1] - 5:8
**March** [6] - 16:14, 28:8, 45:19, 53:25, 54:23, 68:10
**MARCH** [3] - 1:7, 9:2, 10:2
**marine** [7] - 88:1, 91:12, 91:15, 96:2, 97:18, 97:22, 105:20
**Marine** [2] - 30:6, 47:20
**MARINE** [3] - 5:5, 5:6, 5:6
**marital** [2] - 58:19, 59:18
**MARITAL** [1] - 8:19
**Mark** [3] - 55:10, 55:13, 70:12
**mark** [3] - 29:14, 47:24, 48:7
**marker** [1] - 86:6
**marketing** [2] - 78:6, 79:2
**marks** [1] - 52:7
**MARTINEZ** [1] - 4:8
**massage** [1] - 68:22
**MASTER** [1] - 8:16
**master** [3] - 49:3, 51:6, 51:12
**material** [1] - 82:16
**materials** [1] - 94:18
**matter** [7] - 27:11, 35:13, 79:12, 88:20, 100:5, 100:6, 112:10
**matters** [1] - 89:13
**maximum** [1] - 102:12
**maze** [3] - 11:7, 24:16, 73:22
**MAZE** [24] - 2:13, 11:8, 11:16, 11:18, 11:21, 12:10, 15:8,

18:10, 19:9, 19:12, 19:17, 20:21, 24:19, 52:10, 73:15, 73:24, 74:1, 74:5, 74:8, 75:5, 75:12, 75:15, 75:19, 75:22
**MBI** [1] - 94:8
**McKay** [3] - 40:4, 40:7, 40:15
**MCKAY....................
.........................** [1] - 8:5
**MDLs** [3] - 63:12, 66:5, 66:13
**Meade** [2] - 60:10, 61:20
**MEADE** [16] - 6:3, 61:20, 66:3, 66:16, 66:18, 67:1, 67:11, 67:19, 69:6, 69:9, 69:13, 70:4, 70:11, 70:16, 71:7, 79:24
**mean** [14] - 18:24, 21:2, 37:23, 39:16, 42:11, 43:11, 47:14, 47:15, 61:2, 64:14, 87:3, 98:19, 102:18, 109:8
**meaningful** [1] - 68:5
**means** [5] - 67:18, 67:19, 76:23, 98:13, 98:23
**meant** [1] - 99:5
**meantime** [1] - 72:6
**MECHANICAL** [1] - 6:13
**media** [1] - 78:15
**medical** [2] - 18:5, 18:8
**meet** [1] - 59:13
**meeting** [1] - 35:3
**meetings** [1] - 92:21
**MELVIN** [1] - 8:3
**Melvin** [1] - 38:15
**mention** [1] - 27:1
**mentioned** [5] - 16:2, 33:3, 66:10, 73:2, 91:3
**Merit** [1] - 112:4
**message** [2] - 35:12, 68:20
**met** [1] - 22:11
**METHOFF** [1] - 5:18
**MEXICO** [1] - 1:5
**Mexico** [6] - 56:9, 56:12, 82:4, 83:3, 102:8, 102:11
**MI** [4] - 4:21, 7:17, 28:15, 28:18, 49:17, 49:21, 50:23

**MICHAEL** [1] - 2:8
**mid** [2] - 24:12, 45:18
**middle** [1] - 16:14
**might** [15] - 25:4, 27:21, 31:5, 33:23, 36:4, 41:21, 47:21, 59:14, 65:17, 70:15, 76:7, 87:6, 89:16, 90:16, 95:22
**Mike** [3] - 17:15, 53:13, 54:1
**mile** [1] - 82:11
**MILLER** [22] - 3:6, 22:10, 23:8, 23:20, 24:5, 24:23, 37:6, 54:22, 55:3, 55:7, 55:15, 55:18, 55:20, 55:22, 57:3, 59:17, 72:21, 84:7, 85:2, 85:10, 85:16, 86:14
**mind** [3] - 13:12, 23:9, 71:6
**mine** [1] - 24:11
**minor** [2] - 34:21, 79:25
**minute** [4] - 16:16, 54:15, 90:2, 110:21
**minutes** [3] - 60:16, 64:9, 90:17
**misnomer** [1] - 97:21
**miss** [1] - 54:6
**missed** [2] - 35:24, 37:17
**missing** [1] - 10:19
**misspoke** [1] - 28:6
**misunderstanding** [1] - 77:8
**misunderstood** [1] - 85:9
**mix** [1] - 56:19
**Mobil** [1] - 43:17
**MOBILE** [1] - 1:25
**mode** [1] - 53:20
**Model** [1] - 103:18
**modest** [2] - 85:16, 85:18
**module** [4] - 88:2, 96:17, 96:18, 96:20
**modules** [2] - 89:23, 101:16
**MOEX** [10] - 4:16, 4:16, 7:19, 14:8, 16:17, 29:25, 31:21, 32:6, 35:9, 52:20
**Mogford** [3] - 17:17, 17:22, 17:24
**moment** [3] - 72:8, 97:13, 107:24
**Monday** [20] - 15:10, 22:13, 25:22, 26:16,

26:23, 35:14, 39:7, 39:14, 43:13, 60:11, 60:20, 63:3, 69:6, 69:7, 70:2, 70:6, 72:7, 72:9, 74:6, 74:16
**MONTGOMERY** [1] - 2:14
**month** [3] - 37:7, 41:6
**mood** [1] - 76:12
**MORE** [1] - 9:4
**Morel** [3] - 13:9, 58:18, 59:18
**Morel's** [1] - 58:19
**MORGAN** [1] - 4:21
**morning** [28] - 10:8, 10:9, 10:13, 10:15, 10:16, 10:21, 12:2, 12:3, 28:17, 28:19, 28:20, 29:2, 29:3, 34:18, 44:19, 54:13, 54:14, 55:25, 56:1, 57:18, 59:7, 61:20, 70:3, 70:6, 72:9, 76:13, 89:19
**most** [8] - 33:5, 61:17, 63:13, 86:20, 88:20, 89:3, 93:14, 94:23
**mostly** [1] - 70:12
**motion** [17] - 39:4, 46:25, 47:12, 48:4, 80:16, 84:14, 84:15, 84:16, 84:18, 84:25, 85:2, 85:3, 85:6, 85:7, 85:10, 85:13
**motions** [1] - 80:22
**mouth** [1] - 33:10
**move** [6] - 13:22, 16:6, 16:16, 22:8, 60:17, 68:13
**moving** [3] - 16:8, 39:7
**MR** [352] - 10:21, 11:1, 11:8, 11:16, 11:18, 11:21, 12:3, 12:9, 12:10, 12:11, 12:13, 12:14, 12:20, 12:23, 13:5, 13:11, 13:17, 13:20, 13:25, 14:7, 14:14, 14:20, 14:21, 15:6, 15:8, 15:9, 15:13, 15:20, 15:21, 16:2, 16:14, 17:2, 17:10, 17:11, 17:23, 18:4, 18:7, 18:10, 18:11, 18:15, 18:17, 18:19, 18:22, 19:6, 19:8, 19:9, 19:12, 19:15, 19:17, 19:23, 20:5, 20:8, 20:21,

20:23, 21:6, 21:9, 21:14, 22:2, 22:4, 22:10, 22:25, 23:3, 23:8, 23:12, 23:17, 23:20, 24:5, 24:9, 24:16, 24:17, 24:18, 24:19, 24:20, 24:23, 24:24, 25:1, 25:6, 25:10, 26:4, 26:11, 26:14, 26:19, 27:1, 27:5, 27:9, 27:16, 27:24, 28:3, 28:6, 28:12, 28:17, 28:20, 28:25, 29:2, 29:15, 29:18, 29:20, 30:3, 30:12, 30:23, 31:3, 31:10, 31:18, 31:20, 32:2, 32:5, 32:12, 32:14, 33:3, 33:16, 34:5, 34:7, 34:13, 35:9, 35:18, 35:23, 36:10, 36:14, 36:24, 37:14, 37:14, 38:2, 38:11, 39:16, 40:4, 40:13, 40:20, 41:2, 41:5, 41:9, 41:11, 41:13, 41:16, 41:23, 42:3, 42:10, 42:13, 42:24, 43:3, 43:6, 43:9, 43:15, 43:18, 43:22, 43:23, 44:5, 44:9, 44:13, 44:17, 45:3, 45:7, 45:9, 45:11, 45:16, 45:22, 45:23, 46:3, 46:13, 46:14, 46:17, 47:3, 47:9, 47:11, 48:1, 48:9, 48:20, 48:22, 49:2, 49:8, 49:10, 49:12, 49:20, 50:1, 50:7, 50:10, 50:13, 50:15, 50:18, 50:20, 50:21, 50:23, 51:3, 51:7, 51:9, 51:10, 51:13, 51:18, 51:22, 51:25, 52:6, 52:8, 52:10, 52:13, 52:15, 52:16, 52:22, 53:5, 53:9, 53:15, 53:18, 53:20, 54:10, 54:13, 54:16, 54:22, 55:3, 55:7, 55:15, 55:18, 55:20, 55:22, 55:25, 56:2, 56:11, 56:16, 56:18, 56:22, 56:24, 57:3, 57:18, 57:23, 58:21, 59:4, 59:17, 59:23, 60:4, 60:25, 61:3, 61:7, 61:17, 61:20, 64:13, 65:10, 65:15, 66:3, 66:16,

66:18, 67:1, 67:11, 67:19, 68:8, 69:1, 69:4, 69:6, 69:9, 69:13, 70:4, 70:11, 70:16, 71:7, 71:11, 71:13, 71:17, 72:3, 72:13, 72:17, 72:19, 72:21, 73:8, 73:9, 73:15, 73:18, 73:24, 74:1, 74:5, 74:8, 74:11, 74:18, 74:21, 74:23, 75:2, 75:5, 75:12, 75:15, 75:19, 75:22, 76:2, 76:11, 76:13, 77:1, 77:4, 77:9, 77:14, 77:23, 78:2, 78:4, 78:6, 78:20, 79:5, 79:24, 80:11, 80:14, 80:18, 81:7, 81:9, 81:14, 81:15, 81:24, 82:18, 83:25, 84:2, 84:3, 84:7, 84:25, 85:2, 85:5, 85:9, 85:10, 85:14, 85:16, 85:23, 86:1, 86:14, 86:20, 86:22, 87:2, 87:7, 87:12, 87:16, 88:7, 89:19, 89:25, 90:21, 90:25, 91:16, 91:21, 92:14, 92:17, 96:7, 96:10, 96:14, 96:18, 97:5, 97:9, 97:12, 97:15, 97:21, 101:12, 104:24, 105:3, 106:7, 107:8, 107:20, 108:22, 109:6, 109:10, 109:17, 110:4, 110:9, 110:12, 110:18, 110:24
**MS** [22] - 11:15, 16:16, 17:5, 33:23, 34:2, 38:16, 38:21, 39:21, 40:1, 42:16, 88:4, 89:17, 89:20, 89:24, 90:13, 90:19, 92:10, 92:13, 103:6, 108:17, 110:21, 111:13
**mull** [1] - 65:14
**multitracking** [1] - 39:10
**must** [1] - 33:16
**mute** [3] - 15:2, 16:1, 52:23
**MUX** [2] - 106:13, 106:18

**N**

**Naito** [1] - 30:4
**NAITO** [1] - 30:4
**name** [4] - 49:6, 49:12, 54:23, 92:1
**namely** [3] - 100:18, 100:20, 102:5
**names** [5] - 49:16, 54:1, 54:2, 54:5, 54:17
**narrow** [3] - 78:21, 78:25, 81:20
**narrowing** [2] - 80:7, 83:21
**nature** [1] - 88:24
**Neal** [4] - 44:20, 47:4, 47:6
**NEAL** [1] - 8:9
**necessarily** [1] - 65:11
**necessary** [1] - 28:2
**need** [30] - 14:7, 16:6, 21:1, 22:23, 25:2, 25:16, 31:2, 42:19, 43:18, 59:1, 62:7, 65:19, 67:4, 68:6, 69:4, 76:23, 79:11, 79:16, 83:5, 83:6, 86:9, 103:7, 106:10, 106:17, 106:18, 107:15, 108:8, 108:14, 109:19, 110:11
**needed** [4] - 13:23, 62:6, 62:19, 70:21
**needless** [1] - 32:20
**needs** [1] - 32:22
**negligence** [1] - 100:9
**negotiations** [2] - 107:22, 111:4
**New** [12] - 18:24, 19:3, 19:13, 19:15, 29:11, 29:15, 29:20, 29:21, 32:19, 33:5, 43:8, 43:14
**NEW** [11] - 1:7, 1:21, 2:5, 2:18, 3:7, 3:17, 4:5, 4:19, 5:9, 5:13, 6:11
**new** [11] - 54:1, 54:2, 54:4, 54:17, 62:22, 62:25, 75:25, 83:7, 83:8
**news** [4] - 21:12, 21:13, 64:16, 95:10
**Nexen** [2] - 35:8, 35:13
**NEXEN...................**
**...........................** [1]

- 7:24
**next** [39] - 11:24, 20:25, 21:8, 21:20, 21:24, 24:2, 25:8, 25:18, 27:3, 28:8, 28:23, 31:23, 32:24, 35:3, 49:15, 50:24, 52:19, 52:24, 53:2, 53:9, 53:18, 54:25, 56:14, 57:8, 58:17, 60:11, 61:7, 62:23, 75:4, 75:19, 78:6, 80:11, 81:10, 84:5, 84:22, 86:9, 86:10, 110:14, 110:17
**NEXT** [1] - 9:2
**next-week-we'll-discuss-it** [1] - 84:5
**night** [2] - 19:25, 62:20
**nights** [1] - 33:6
**NO** [1] - 1:6
**noise** [2] - 15:2, 15:5
**nonissue** [1] - 80:23
**nonretrievable** [1] - 99:4
**nonwaiver** [3] - 107:1, 107:2
**NORTH** [6] - 2:20, 3:11, 3:11, 3:13, 3:14, 3:20
**North** [2] - 83:8, 83:18
**nose** [1] - 26:25
**note** [4] - 11:18, 15:22, 24:11, 61:22
**noted** [1] - 19:6
**notes** [4] - 11:10, 11:11, 31:14, 51:11
**nothing** [3] - 21:17, 80:1, 105:21
**notice** [40] - 10:23, 12:20, 21:2, 22:9, 22:16, 23:5, 23:16, 26:15, 27:21, 27:23, 29:4, 30:14, 30:17, 30:25, 31:1, 31:7, 32:4, 32:7, 32:8, 34:14, 34:20, 35:16, 35:19, 36:3, 36:9, 36:15, 36:21, 36:24, 48:10, 50:5, 50:9, 50:16, 52:17, 72:23, 82:7, 87:22, 88:7, 88:11, 89:5, 96:21
**NOTICE...................**
[1] - 9:5
**NOTICE...................**
**...........** [1] - 8:21
**NOTICE...................**
**...............** [1] - 7:13

**notices** [9] - 12:19, 12:24, 27:12, 27:25, 31:17, 31:22, 31:24, 51:21
**notified** [1] - 82:10
**notify** [1] - 25:22
**noting** [1] - 94:6
**November** [3] - 92:3, 92:5
**Number** [2] - 65:1, 65:2
**number** [1] - 53:16, 54:21, 55:20, 56:6, 56:15, 67:2, 89:7, 95:1, 111:8
**numbered** [1] - 77:3, 112:9
**numbers** [4] - 25:11, 53:5, 56:21, 93:6
**nuts** [3] - 94:19, 96:3, 97:6
**NY** [1] - 5:9

## O

**O'BRIEN'S** [1] - 5:3
**O'Bryan** [5] - 14:13, 14:17, 15:11, 16:9, 16:10
**O'KEEFE** [1] - 1:21
**object** [2] - 95:17, 96:3
**objected** [2] - 87:25, 88:9
**objecting** [2] - 96:10, 96:13
**objection** [7] - 48:18, 67:1, 87:24, 88:5, 94:12, 94:21, 103:1
**objections** [4] - 10:24, 87:22, 89:5, 90:1
**obsolete** [1] - 108:4
**obtain** [1] - 36:19
**obviously** [3] - 15:18, 16:8, 36:11
**Obviously** [1] - 77:10
**occur** [1] - 32:16
**occurred** [2] - 30:11, 79:14
**occurs** [2] - 93:21, 93:24
**ocean** [2] - 82:3, 82:11
**Oceaneering** [2] - 19:21, 19:25
**OCEANEERING**........ ..................... [1] - 7:11
**OCS** [3] - 50:24, 51:11, 51:18

**OF** [10] - 1:1, 1:5, 1:11, 2:7, 2:12, 2:12, 2:16, 7:17, 8:17, 8:18
**OFF**.......................... .................. [1] - 8:22
**offer** [10] - 21:18, 39:7, 43:6, 43:7, 43:10, 60:20, 61:22, 62:22, 63:14, 70:5
**offered** [1] - 43:4
**office** [4] - 35:14, 56:9, 56:12, 64:17
**OFFICE** [1] - 2:12
**offices** [1] - 83:8
**Official** [2] - 112:5, 112:16
**OFFICIAL** [1] - 6:9
**OFFSHORE** [3] - 3:4, 4:16, 5:4
**oil** [1] - 101:5
**OIL** [2] - 1:4, 1:4
**ON** [1] - 1:5
**once** [7] - 24:1, 27:13, 28:4, 63:20, 105:20, 106:2, 107:12
**ONE** [3] - 2:4, 3:16, 5:19
**one** [61] - 13:11, 13:14, 14:15, 14:22, 15:10, 16:18, 22:13, 22:18, 22:24, 26:12, 26:21, 31:6, 33:4, 34:6, 35:10, 36:10, 41:15, 43:3, 43:19, 46:12, 47:4, 51:7, 55:15, 56:4, 56:5, 57:7, 57:21, 60:13, 62:3, 62:10, 62:21, 63:17, 66:4, 66:19, 67:20, 67:23, 67:24, 70:24, 74:1, 75:4, 76:4, 77:3, 77:19, 78:11, 84:7, 86:2, 88:17, 90:12, 95:19, 96:2, 97:16, 97:25, 98:1, 98:7, 98:10, 98:14, 98:18, 102:2, 106:9, 107:11, 110:21
**one-shot** [2] - 62:10, 63:17
**ones** [2] - 54:7, 68:15
**ongoing** [2] - 70:16, 71:22
**OPA** [1] - 80:25
**open** [4] - 14:10, 14:25, 71:6, 75:22
**openness** [1] - 44:22
**operate** [2] - 94:24,

107:13
**operation** [2] - 79:23, 93:12
**oppose** [2] - 84:18, 84:25
**opposition** [1] - 85:4
**ORDER** [1] - 10:4
**order** [14] - 10:12, 13:2, 17:3, 30:3, 54:23, 63:3, 70:19, 71:8, 73:9, 83:12, 86:4, 86:20, 87:7, 91:23
**ordered** [2] - 91:25, 100:2
**organizational** [1] - 67:17
**originally** [1] - 32:19
**Orleans** [12] - 18:24, 19:3, 19:13, 19:15, 29:11, 29:15, 29:20, 29:21, 32:19, 33:5, 43:8, 43:14
**ORLEANS** [10] - 1:7, 1:21, 2:5, 2:18, 3:7, 3:17, 4:5, 4:19, 5:13, 6:11
**otherwise** [1] - 48:5
**ought** [2] - 23:10, 68:15
**ourselves** [2] - 23:16, 90:16
**outside** [1] - 35:13
**outstanding** [1] - 29:24
**oven** [1] - 104:3
**overly** [1] - 103:19
**OWN** [1] - 8:14
**own** [8] - 18:1, 19:1, 34:2, 46:19, 66:7, 84:20, 84:23, 98:8

## P

**p.m** [1] - 111:20
**package** [5] - 91:12, 91:14, 91:16, 91:17, 97:18
**page** [5] - 16:23, 91:4, 91:11, 91:19
**PAGE** [1] - 7:3
**paid** [3] - 10:23, 43:8, 43:14
**Paine** [1] - 52:19
**PAINE** [1] - 52:19
**pair** [1] - 89:8
**panicked** [1] - 54:22
**paper** [1] - 88:20
**parade** [2] - 25:8,

76:25
**parameter** [1] - 107:6
**pardon** [1] - 95:11
**parents** [1] - 80:22
**PARKWAY** [1] - 5:16
**part** [8] - 16:8, 38:5, 63:20, 79:13, 79:14, 79:19, 94:22, 106:11
**participants** [2] - 10:11, 10:13
**participate** [1] - 70:2
**participating** [2] - 65:8, 94:5
**PARTICULAR** [1] - 8:18
**particular** [12] - 22:12, 36:2, 57:15, 60:7, 63:14, 64:1, 66:11, 87:24, 88:13, 97:7, 98:16, 100:5
**particularly** [1] - 62:14
**parties** [7] - 36:16, 59:19, 62:16, 63:7, 70:20, 74:15, 80:21
**parties'** [2] - 33:17, 95:18
**parts** [3] - 87:25, 88:12
**party** [8] - 17:3, 36:11, 52:4, 79:8, 80:25, 81:1, 81:2, 81:3
**pass** [1] - 20:25
**passed** [2] - 49:14, 58:15
**past** [1] - 65:12
**Pat** [2] - 41:17, 41:21
**PAT** [1] - 8:6
**path** [1] - 84:23
**patient** [1] - 54:16
**Patrick** [1] - 14:13
**Paul** [2] - 12:23, 17:11
**PAUL** [1] - 6:7
**pay** [4] - 34:2, 43:4, 43:7, 43:10
**PAYNE** [1] - 6:7
**peek** [1] - 105:18
**pegging** [1] - 105:9
**pencil** [3] - 19:2, 40:22, 42:4
**pending** [2] - 48:19, 81:13
**PEOPLE** [1] - 8:14
**people** [24] - 16:19, 30:7, 33:2, 34:3, 46:18, 62:12, 63:9, 67:4, 67:11, 69:19, 69:21, 70:7, 70:10, 71:16, 79:22, 80:2, 83:8, 86:3, 86:7, 87:9, 89:7, 101:4,

106:15, 111:19
**people's** [1] - 70:23
**PEPPER** [1] - 6:9
**Pepper** [5] - 100:18, 100:20, 112:3, 112:13, 112:14
**perceive** [1] - 59:15
**percent** [5] - 14:16, 63:8, 64:4, 69:20, 69:21
**perfect** [4] - 19:19, 24:15, 24:22, 29:17
**perfected** [1] - 101:14
**perfectly** [1] - 80:18
**perhaps** [11] - 39:3, 56:18, 64:8, 68:24, 72:5, 77:24, 83:20, 90:11, 95:4, 104:7, 108:10
**period** [2] - 88:16, 103:15
**permission** [1] - 110:13
**persist** [1] - 90:8
**person** [5] - 56:5, 56:8, 56:13, 88:19, 102:8
**personal** [4] - 16:2, 37:23, 80:16, 80:21
**personally** [3] - 74:8, 101:9, 101:10
**personnel** [2] - 93:24, 93:25
**perspective** [2] - 61:10, 92:4
**persuaded** [1] - 42:20
**pertains** [1] - 84:10
**PESCE** [1] - 6:4
**PETROLEUM** [1] - 4:15
**phone** [6] - 10:11, 10:13, 15:1, 15:25, 71:15, 111:19
**pick** [6] - 40:21, 50:5, 50:8, 51:23, 61:6, 101:8
**picker** [1] - 91:7
**picture** [2] - 91:5, 97:19
**pictures** [1] - 90:22
**piece** [2] - 88:20, 108:24
**piecemeal** [1] - 27:25
**PIGMAN** [1] - 4:3
**place** [6] - 42:19, 64:19, 70:19, 86:6, 105:14, 106:16
**PLACE** [2] - 2:4, 5:12
**plaintiff** [4] - 60:2, 63:21, 65:7, 66:1

**PLAINTIFF** [1] - 8:20
**plaintiffs** [18] - 19:23, 19:25, 20:9, 27:9, 59:14, 60:15, 61:14, 61:15, 61:21, 63:21, 67:13, 71:14, 71:18, 71:22, 76:6, 95:16, 103:23, 109:18
**PLAINTIFFS** [1] - 1:23
**Plaintiffs'** [2] - 10:23, 22:5
**plaintiffs'** [3] - 91:13, 107:24, 108:12
**PLAINTIFFS'** [1] - 1:16
**plan** [2] - 35:2, 110:10
**plane** [1] - 43:1
**play** [3] - 21:23, 70:25, 97:22
**PLC** [8] - 78:12, 78:14, 79:6, 79:8, 79:12, 79:16, 80:15, 81:5
**pleading** [1] - 68:14
**pleasure** [2] - 50:12, 108:20
**plug** [1] - 37:9
**Plus** [1] - 55:19
**plus** [3] - 21:5, 22:3, 55:18
**pod** [4] - 97:1, 98:15, 98:24
**podium** [2] - 26:9, 77:12
**pods** [10] - 96:21, 96:22, 96:24, 96:25, 98:8, 98:11, 98:13, 98:14, 98:23, 99:4
**point** [22] - 42:16, 44:4, 47:21, 48:12, 58:17, 63:6, 66:2, 68:11, 71:3, 80:5, 81:9, 82:1, 87:19, 93:10, 93:18, 99:7, 99:24, 101:12, 106:19, 106:25, 110:24
**policies** [2] - 84:12, 84:13
**POLICIES** [1] - 8:24
**POLICIES.................**
**..........................** [1]
- 9:1
**policy** [2] - 74:23, 75:2
**POLK** [1] - 4:17
**pop** [1] - 74:6
**PORTION** [1] - 7:17
**portion** [2] - 28:16, 43:4
**portions** [2] - 57:15, 57:22

**PORTIONS** [1] - 8:18
**pose** [1] - 62:9
**poses** [1] - 62:10
**position** [20] - 15:12, 15:13, 15:15, 30:5, 44:25, 48:15, 58:24, 62:7, 62:11, 62:18, 62:20, 63:12, 63:15, 68:15, 70:17, 105:18, 106:9, 107:2, 107:3, 107:20
**positions** [1] - 70:24
**positive** [1] - 73:19
**positively** [1] - 65:19
**possibility** [1] - 34:9
**possible** [4] - 25:21, 71:4, 72:1, 106:9
**potential** [5] - 46:23, 48:5, 48:6, 49:24, 82:10
**potentially** [2] - 16:7, 33:2
**pounds** [1] - 104:4
**power** [1] - 25:21
**POYDRAS** [4] - 3:7, 3:16, 4:18, 6:10
**precipitate** [1] - 48:9
**precisely** [2] - 102:22, 103:3
**predecessor** [5] - 92:1, 92:23, 92:24, 103:25, 104:19
**prefer** [2] - 31:5, 74:8
**preference** [2] - 45:17, 46:7
**premature** [1] - 77:24
**prepared** [6] - 29:9, 38:25, 90:1, 95:8, 95:15, 95:20
**present** [1] - 89:8
**PRESENT** [1] - 5:18
**presentation** [1] - 111:14
**press** [3] - 78:7, 78:14, 79:3
**pressure** [8] - 100:13, 100:19, 101:17, 102:13, 102:15, 102:16, 102:19
**pressures** [1] - 102:9
**presumably** [6] - 32:1, 33:9, 33:10, 37:24, 64:12
**pretend** [1] - 69:22
**pretrial** [1] - 70:19
**pretty** [9] - 12:6, 39:9, 62:7, 63:2, 66:22, 67:3, 78:19, 86:1
**prevent** [1] - 107:10
**preventer** [1] - 102:12

**preventers** [4] - 82:9, 101:5, 102:2, 105:24
**previous** [1] - 84:8
**primary** [1] - 22:12
**principal** [1] - 30:7
**print** [1] - 78:14
**priorities** [1] - 77:19
**prioritize** [1] - 76:21
**priority** [8] - 30:2, 71:2, 76:16, 76:22, 77:19, 77:22, 77:24
**PRIVILEGE** [1] - 8:17
**privilege** [7] - 57:14, 57:20, 58:20, 58:23, 58:24, 59:7, 59:18
**PRIVILEGE..............**
**.........................** [1] -
8:19
**privileged** [2] - 58:3, 58:12
**pro** [1] - 58:9
**PROBABLY** [1] - 9:4
**Probert** [3] - 44:16, 45:4, 45:11
**PROBERT** [1] - 45:11
**PROBERT................**
**..........................** [1] -
8:11
**problem** [35] - 23:13, 29:6, 31:16, 36:7, 38:14, 43:3, 51:8, 53:1, 58:16, 59:2, 61:11, 61:12, 62:9, 62:10, 62:23, 64:1, 64:18, 64:20, 64:23, 65:11, 67:15, 70:8, 74:17, 76:17, 76:21, 76:22, 79:15, 83:24, 90:18, 100:12, 100:14, 108:23, 109:3, 110:16
**problematic** [3] - 103:10, 103:15, 108:24
**problematical** [1] - 66:2
**problems** [5] - 26:2, 82:8, 94:13, 102:3, 106:16
**procedural** [1] - 27:11
**PROCEDURE** [1] - 8:17
**procedure** [4] - 57:14, 58:17, 61:9, 76:18
**proceed** [4] - 89:4, 89:14, 89:15, 102:25
**proceeding** [2] - 88:10, 90:12
**PROCEEDINGS** [2] - 1:11, 6:13

**proceedings** [3] - 87:19, 111:20, 112:9
**PROCEEDNGS** [1] - 10:1
**process** [20] - 17:24, 20:16, 21:14, 28:13, 30:8, 40:15, 56:6, 56:7, 56:8, 56:11, 63:8, 70:16, 82:22, 91:22, 93:17, 93:19, 93:21, 94:2, 101:15, 109:20
**produce** [4] - 76:19, 77:3, 77:22, 109:15
**produced** [2] - 64:16, 67:13
**PRODUCED** [1] - 6:13
**produces** [1] - 99:9
**producing** [1] - 16:21
**product** [1] - 103:16
**Production** [2] - 80:25, 81:3
**production** [17] - 62:24, 62:25, 63:15, 64:11, 64:19, 64:20, 66:21, 66:22, 67:12, 68:4, 103:12, 109:5, 109:14, 109:25, 110:8, 110:9, 111:17
**PRODUCTION** [2] - 3:10, 3:13
**productive** [1] - 24:9
**products** [2] - 100:10, 102:3
**PRODUCTS** [1] - 3:14
**Professional** [1] - 112:4
**professors** [1] - 43:24
**PROFESSORS..........**
**..............** [1] - 8:8
**progress** [4] - 28:16, 31:7, 31:14, 49:5
**projected** [1] - 108:15
**projection** [4] - 32:24, 33:1, 33:12, 33:22
**promise** [1] - 90:22
**promised** [1] - 21:10
**prompted** [1] - 54:10
**pronunciation** [2] - 46:2, 46:4
**proper** [1] - 79:10
**proposal** [2] - 105:4, 108:14
**propose** [3] - 38:25, 41:8, 92:7
**proposed** [4] - 22:13, 36:3, 86:4, 90:4
**protect** [1] - 47:12
**prove** [2] - 79:7, 82:15
**provide** [1] - 102:10

**provided** [2] - 26:20, 30:19
**providing** [1] - 62:8
**PSC** [12] - 15:11, 15:14, 29:17, 35:23, 36:10, 37:14, 38:5, 43:10, 58:18, 59:21, 76:14, 105:5
**psi** [1] - 100:21
**published** [1] - 38:3
**pull** [2] - 97:25, 98:2, 99:5
**pulled** [2] - 98:13, 98:23
**pulling** [2] - 98:24, 104:3
**punitive** [1] - 80:3
**purposes** [4] - 35:5, 57:12, 92:24, 105:8
**put** [40] - 12:8, 13:11, 14:3, 15:1, 16:1, 24:21, 29:14, 33:9, 39:19, 42:8, 43:12, 49:1, 49:13, 49:14, 52:1, 56:13, 56:14, 56:18, 57:1, 57:7, 64:18, 65:13, 69:8, 69:14, 73:5, 73:15, 74:20, 76:11, 84:4, 85:3, 86:6, 88:11, 90:22, 92:4, 92:5, 100:7, 100:21, 100:22, 104:8, 105:5
**putting** [2] - 99:21, 101:4

## Q

**Quadril** [1] - 52:20
**questioning** [1] - 96:19
**questions** [8] - 59:10, 65:9, 65:13, 71:24, 72:5, 78:8, 86:24, 99:10
**quick** [2] - 19:9, 106:7
**quickly** [4] - 25:21, 31:5, 64:2, 107:16
**Quip** [3] - 34:11, 34:12, 34:19
**QUIP** [1] - 5:15
**Quip's** [1] - 34:15
**QUIP.........................**
**..................** [1] -
7:23
**quite** [3] - 31:5, 66:8
**Quitzau** [1] - 11:5
**quote** [4] - 92:6, 92:8, 92:17, 93:16

# R

**R&B** [3] - 100:4, 102:2, 107:22
**R-O-T-H** [2] - 46:1, 46:5
**raised** [4] - 49:12, 57:13, 86:24, 95:5
**raising** [1] - 32:15
**ram** [8] - 93:9, 93:10, 93:11, 100:5, 104:15, 104:17, 107:25
**ramifications** [1] - 82:23
**rams** [10] - 88:22, 93:5, 93:10, 94:25, 97:16, 100:11, 100:12, 100:13, 101:14, 107:22
**RANDY** [1] - 7:20
**Randy** [5] - 23:24, 30:14, 30:18, 30:20, 30:22
**range** [5] - 90:15, 109:11, 109:14, 109:24, 111:16
**ranges** [3] - 90:9, 90:10, 109:8
**rate** [2] - 33:1, 38:3
**rather** [1] - 69:11
**Ravi** [3] - 44:23, 45:3, 48:14
**RAVI.........................
.............** [1] - 8:10
**RBF** [2] - 92:2, 92:3
**RE** [1] - 1:4
**reach** [7] - 31:12, 36:19, 49:23, 68:16, 109:24, 110:7, 111:15
**reached** [7] - 17:23, 18:2, 40:8, 43:24, 43:25, 66:12, 95:3
**reaching** [2] - 40:7, 40:16
**reacting** [1] - 80:2
**reaction** [2] - 83:14, 83:16
**read** [1] - 95:10
**reading** [1] - 77:18
**Reading** [8] - 92:1, 92:18, 92:19, 92:21, 93:1, 93:14, 93:19, 93:25
**ready** [3] - 43:20, 55:2, 64:21
**real** [1] - 11:9
**realistic** [1] - 77:25

**reality** [2] - 88:20, 99:9
**really** [22] - 15:3, 22:25, 31:25, 38:6, 42:6, 57:11, 63:15, 65:10, 65:23, 67:4, 68:3, 69:19, 73:12, 78:9, 78:16, 78:20, 79:3, 79:13, 83:17, 103:19, 104:19
**Realtime** [2] - 112:3, 112:15
**REALTIME** [1] - 6:10
**reason** [4] - 66:5, 76:7, 102:21, 105:17
**reasonable** [5] - 85:5, 85:15, 99:8, 103:24, 104:18
**reasons** [2] - 66:4, 99:3
**receive** [1] - 59:24
**received** [7] - 26:4, 29:4, 32:7, 34:20, 35:12, 48:4, 62:25
**receiving** [2] - 67:12, 91:23
**recent** [3] - 30:11, 63:14, 86:20
**recently** [1] - 39:3
**recess** [1] - 87:20
**recirculated** [1] - 36:6
**reckless** [1] - 80:3
**recognition** [2] - 63:22, 69:17
**record** [8] - 13:8, 28:7, 42:25, 49:21, 58:8, 58:13, 62:3, 112:9
**RECORDED** [1] - 6:13
**records** [1] - 25:25
**Redd** [1] - 37:4
**REDD.........................
.................** [1] - 8:1
**Redden** [1] - 89:18
**redepose** [1] - 62:12
**redundancy** [1] - 98:14
**redundant** [1] - 98:16
**reference** [1] - 111:9
**referenced** [1] - 91:13
**referred** [1] - 88:2
**referring** [2] - 57:19, 66:19
**refers** [1] - 82:4
**refinement** [1] - 26:5
**reflected** [1] - 13:2
**reflects** [1] - 11:7
**regard** [4] - 45:4, 71:6, 74:12, 96:1
**regarding** [5] - 82:2, 82:8, 90:2, 91:1,

94:21
**regards** [1] - 49:23
**Registered** [2] - 112:3, 112:4
**regular** [1] - 73:6
**regulations** [1] - 107:17
**reimbursement** [1] - 32:21
**relate** [1] - 79:3
**related** [3] - 22:12, 78:8, 80:4
**RELATES** [1] - 1:6
**relates** [1] - 82:7
**RELATIVE** [1] - 7:5
**relative** [9] - 10:22, 11:3, 12:16, 29:24, 32:24, 46:21, 46:25, 58:19, 111:7
**relatively** [3] - 37:7, 61:8, 79:25
**release** [1] - 79:3
**releases** [2] - 78:7, 78:14
**relevance** [2] - 97:7, 108:3
**relevant** [8] - 15:22, 82:15, 83:10, 89:3, 90:14, 106:3, 106:4, 107:24
**remaining** [2] - 26:11, 45:14
**remediation** [1] - 79:15
**remember** [1] - 111:8
**remind** [2] - 33:23, 34:9
**remote** [1] - 89:1
**removable** [1] - 94:22
**remove** [1] - 30:5
**removed** [1] - 30:5
**renotice** [2] - 63:9, 68:6
**repeat** [1] - 39:16
**replace** [1] - 88:23
**reply** [2] - 47:1, 47:13
**report** [7] - 14:1, 30:3, 31:9, 32:4, 34:16, 46:18, 56:14
**reported** [1] - 35:10
**REPORTER** [2] - 6:9, 6:10
**Reporter** [7] - 112:3, 112:4, 112:5, 112:15, 112:16
**reporter** [2] - 57:12, 91:20
**REPORTER'S** [1] - 112:1
**reports** [2] - 67:12,

86:17
**represent** [1] - 71:17
**representative** [1] - 35:11
**representatives** [1] - 33:8
**REPRESENTED** [1] - 8:14
**represented** [2] - 46:19, 49:22
**representing** [1] - 35:13
**reprimand** [1] - 97:9
**reproduced** [1] - 68:13
**request** [19] - 22:17, 29:12, 50:6, 52:20, 53:17, 55:4, 62:15, 65:25, 66:1, 66:14, 66:18, 78:23, 80:10, 83:21, 84:9, 85:16, 85:18, 93:14
**requested** [2] - 51:1, 67:6, 78:8
**requesting** [3] - 17:3, 36:11, 52:4
**requests** [14] - 22:12, 32:10, 53:4, 70:17, 71:7, 71:9, 77:16, 77:17, 77:22, 81:16, 81:17, 82:20, 83:6
**require** [3] - 102:6, 102:7, 102:8
**required** [1] - 76:18
**requires** [1] - 89:8
**reserve** [4] - 13:13, 38:7, 48:20, 102:25
**reserved** [1] - 89:6
**reserving** [1] - 96:4
**reset** [1] - 20:11
**resolution** [1] - 86:10
**resolve** [3] - 35:14, 88:5, 90:16
**resolved** [2] - 72:5, 72:24, 90:11
**RESOLVING** [1] - 8:17
**resolving** [1] - 57:14
**resources** [1] - 21:18
**respect** [14] - 36:2, 60:10, 66:11, 69:18, 70:17, 71:14, 72:6, 84:13, 86:14, 86:16, 90:5, 91:1, 91:22, 109:18
**RESPECT** [1] - 8:25
**respectfully** [1] - 108:11
**respects** [2] - 80:15, 97:23
**respond** [1] - 62:15

**responder** [2] - 86:16, 86:18
**responding** [2] - 62:2, 80:2
**RESPONSE** [1] - 5:3
**response** [3] - 60:6, 63:14, 82:3
**responses** [1] - 82:21
**responsibility** [2] - 31:12, 34:14
**responsible** [2] - 67:21, 80:25
**responsive** [1] - 103:14
**result** [1] - 98:17
**results** [1] - 39:5
**retention** [1] - 25:25
**retrievability** [1] - 88:24
**retrievable** [2] - 98:12, 98:23
**return** [1] - 43:25
**review** [4] - 29:6, 36:16, 63:1, 110:10
**reviewed** [2] - 32:9, 69:14
**revised** [5] - 23:15, 25:13, 78:23, 80:9, 80:10
**revision** [1] - 81:23
**RICHARD** [2] - 5:12, 5:23
**Richard** [2] - 25:18, 29:2
**RICHESON** [1] - 4:17
**rig** [10] - 40:17, 45:18, 51:19, 67:22, 88:13, 92:25, 93:17, 93:22, 93:23, 106:12
**RIG** [1] - 1:4
**rights** [1] - 96:4
**rigs** [1] - 106:22
**rise** [1] - 10:7
**riser** [10] - 88:1, 91:12, 91:16, 91:17, 96:2, 97:18, 97:22, 105:20, 106:2, 106:5
**RISER** [1] - 88:1
**Risk** [1] - 31:11
**RISK** [1] - 7:21
**RMR** [2] - 6:9, 112:14
**ROBERT** [2] - 1:24, 4:18
**Robert** [2] - 15:14, 60:25
**Robin** [1] - 53:2
**Roebuck** [1] - 104:2
**role** [1] - 99:22
**rolling** [2] - 77:19, 110:2

**RON** [1] - 5:23
**RONQUILLO** [2] - 4:7, 4:11
**room** [1] - 28:10
**ROOM** [2] - 2:9, 6:10
**Rose** [1] - 23:24
**Ross** [1] - 49:7
**Roth** [4] - 45:25, 46:4, 46:15
**ROTH.......................
.................** [1] - 8:13
**roughly** [1] - 63:8
**row** [1] - 41:4
**ROY** [6] - 1:16, 1:17, 104:24, 105:3, 107:8, 110:24
**RULE** [1] - 7:18
**Rule** [5] - 26:3, 29:1, 32:17, 80:7, 82:17
**rule** [2] - 66:23, 87:5
**rules** [3] - 76:18, 102:6, 104:12
**ruling** [1] - 58:13
**run** [3] - 25:3, 106:12, 106:20
**running** [1] - 65:12
**RUSH** [1] - 5:22

## S

**S-E-M** [2] - 88:3, 99:25
**S-U-B-S-E-A** [1] - 53:14
**s/Cathy** [1] - 112:13
**Sabins** [2] - 14:5, 25:2
**safe** [1] - 52:1
**safety** [6] - 56:6, 56:7, 56:8, 56:11, 67:21, 82:2
**SALLY** [1] - 1:12
**SAN** [1] - 2:10
**sand** [1] - 108:9
**sandbagging** [1] - 103:1
**satisfaction** [1] - 23:16
**satisfied** [1] - 81:18
**satisfy** [1] - 68:5
**Saturday** [5] - 73:3, 73:13, 73:21, 74:4, 74:5, 74:9, 74:13, 75:12, 75:15
**Saturdays** [1] - 73:6
**save** [1] - 26:8
**saw** [4] - 72:2, 84:13, 86:23, 97:19
**scale** [1] - 91:8
**scattershot** [1] - 66:15

**schedule** [6] - 16:24, 38:24, 44:1, 84:20, 85:11, 109:1
**scheduled** [7] - 11:6, 12:17, 25:18, 35:1, 42:17, 69:5, 70:4
**scheduling** [6] - 11:4, 11:25, 16:23, 37:1, 54:23, 99:4
**SCHEDULING...........
........** [1] - 7:5
**SCHELL** [1] - 4:17
**Scofield** [1] - 28:20
**scope** [3] - 80:7, 88:9, 94:15
**Scott** [1] - 17:12
**Sea** [2] - 83:8, 83:18
**SEACOR** [6] - 5:4, 5:4, 5:5, 5:5, 5:6, 5:6
**seal** [7] - 58:11, 88:22, 98:19, 99:17, 99:19, 99:20, 100:13
**sealing** [1] - 101:15
**seals** [1] - 88:23
**search** [4] - 82:4, 82:5, 83:1, 109:14
**searching** [1] - 76:19
**Sears** [1] - 104:2
**seat** [1] - 39:11
**second** [10] - 41:6, 51:7, 53:11, 71:13, 76:22, 79:14, 91:11, 91:19, 99:12, 107:12
**securities** [1] - 71:18
**security** [1] - 71:14
**see** [48] - 10:10, 13:3, 16:11, 31:14, 34:11, 36:23, 37:3, 37:8, 37:9, 37:18, 39:5, 41:10, 41:25, 42:6, 44:2, 44:25, 45:8, 46:7, 49:5, 56:15, 59:13, 62:16, 64:6, 64:8, 65:21, 67:8, 68:16, 68:17, 68:22, 70:14, 77:15, 78:13, 78:23, 80:10, 83:22, 86:22, 87:10, 87:12, 91:6, 91:7, 94:18, 100:19, 103:2, 105:6, 108:2, 111:15
**seeding** [1] - 71:3
**seeing** [1] - 96:5
**seeking** [1] - 82:15
**seem** [1] - 32:10
**self** [1] - 99:11
**self-explanatory** [1] - 99:11
**SEM** [8] - 88:2, 88:24, 88:25, 96:24, 98:6,

99:14, 99:25
**semisubmersible** [1] - 106:22
**send** [5] - 31:20, 31:21, 36:8, 43:1, 78:22
**senior** [2] - 41:17, 56:25
**sense** [8] - 39:1, 63:6, 64:10, 74:7, 91:7, 91:11, 94:2, 94:15
**sent** [9] - 29:5, 32:8, 35:18, 37:16, 62:2, 62:3, 66:15, 66:19, 111:3
**sentiments** [1] - 34:7
**separate** [3] - 63:12, 66:5, 87:5
**series** [6] - 71:21, 81:16, 92:20, 103:14, 103:25, 106:12
**serious** [2] - 73:5, 73:11
**seriously** [2] - 73:12, 73:20
**serve** [3] - 59:1, 59:3, 59:21
**served** [3] - 12:24, 12:25, 27:18
**service** [3] - 32:18, 99:2, 104:8
**SERVICES** [1] - 4:7
**serving** [1] - 48:10
**set** [9] - 17:10, 17:14, 21:16, 23:24, 23:25, 35:3, 48:19, 51:25, 81:19
**sets** [1] - 40:22
**setting** [1] - 58:24
**settings** [2] - 41:15, 73:13
**several** [6] - 78:7, 81:15, 82:19, 97:22, 97:24, 107:6
**severely** [1] - 97:9
**shallow** [1] - 106:20
**SHANNON** [1] - 4:22
**shape** [1] - 31:6
**share** [3] - 62:1, 66:7, 66:8
**shear** [12] - 88:22, 93:9, 97:16, 100:11, 100:12, 101:13, 104:15, 104:17, 107:22, 107:25
**shelf** [1] - 104:3
**SHELL** [1] - 3:16
**Shell** [2] - 53:3
**ships** [1] - 106:22

**shooting** [1] - 100:20
**short** [3] - 30:17, 32:8, 35:19
**shot** [2] - 62:10, 63:17
**show** [6] - 40:11, 78:11, 78:15, 79:11, 79:16, 98:5
**shows** [1] - 11:13
**SHUSHAN** [1] - 1:12
**SHUSHAN'S** [1] - 9:3
**shuttle** [1] - 95:11
**side** [3] - 58:2, 59:10, 68:1
**sides** [2] - 58:9, 82:20
**SIEMENS** [1] - 5:7
**sight** [1] - 48:13
**signed** [1] - 22:13
**significant** [1] - 33:4
**silence** [1] - 87:3
**silly** [1] - 101:8
**similar** [2] - 47:15, 48:4
**SIMMONS** [4] - 5:23, 14:21, 15:6, 15:9
**Simmons** [3] - 14:17, 14:19, 15:4
**simple** [1] - 78:23
**single** [2] - 66:8, 97:1
**sit** [4] - 20:2, 20:7, 22:4, 101:7
**situation** [4] - 25:17, 32:5, 82:24, 104:13
**situations** [2] - 47:16, 78:16
**Skidmore** [1] - 49:7
**skip** [2] - 17:17, 55:11
**skipped** [2] - 17:20, 76:9
**slap** [1] - 27:14
**slash** [1] - 101:23
**slipped** [1] - 35:24
**slippery** [1] - 33:17
**slope** [1] - 33:17
**slot** [1] - 24:12
**slow** [2] - 79:21, 83:15
**small** [1] - 94:18
**smaller** [2] - 81:19, 84:8
**smartphone** [1] - 73:3
**SMITH** [1] - 7:20
**Smith** [7] - 30:14, 30:18, 30:20, 30:22, 49:18, 49:25, 50:1
**software** [1] - 88:2
**sold** [3] - 36:21, 93:3, 108:1
**solenoid** [1] - 95:13
**solenoids** [1] - 88:25
**Solutions** [1] - 30:23

**solutions** [2] - 59:14, 59:15
**someone** [5] - 49:23, 82:24, 95:10, 95:20, 96:25
**sometime** [2] - 35:6, 45:17
**sometimes** [2] - 74:6, 74:13
**somewhat** [2] - 70:22, 85:5
**soon** [6] - 37:7, 70:3, 72:1, 72:4, 77:9, 83:5
**sooner** [2] - 39:17, 51:19
**sorry** [20] - 14:1, 15:4, 15:9, 17:15, 17:19, 20:18, 23:2, 30:22, 47:11, 52:22, 53:7, 53:14, 54:6, 55:16, 75:17, 76:11, 100:4, 102:7, 107:7, 109:8
**sort** [5] - 30:6, 31:12, 47:17, 60:14, 94:10
**sought** [1] - 26:17
**sounds** [6] - 27:7, 40:25, 85:5, 85:15, 94:11, 97:11
**spaced** [1] - 94:18
**speaking** [1] - 63:20
**specific** [7] - 27:25, 89:13, 95:15, 95:21, 103:3, 104:10, 108:3
**specifically** [2] - 95:9, 95:21
**specification** [1] - 81:20
**speed** [2] - 69:15, 111:17
**spelled** [1] - 46:1
**spelling** [1] - 12:10
**spend** [1] - 97:10
**Sperry** [1] - 26:12
**SPERRY** [1] - 7:16
**spill** [1] - 37:23
**SPILL** [1] - 1:4
**splashed** [1] - 99:20
**spoken** [4] - 13:5, 18:7, 34:23, 35:11
**Sprague** [15] - 60:11, 60:14, 60:20, 60:21, 62:14, 63:1, 63:5, 63:13, 63:16, 64:2, 64:23, 64:25, 67:12, 67:15, 69:23
**Sprague's** [1] - 72:6
**SQUARE** [1] - 3:16
**ST** [2] - 5:12, 5:13
**stack** [6] - 91:5, 93:4,

94:22, 98:1
**stacks** [1] - 93:5
**stage** [3] - 37:21,
37:22, 68:14
**stand** [1] - 51:13
**standing** [1] - 29:2
**standpoint** [2] - 33:17
**stands** [1] - 70:5
**start** [15] - 10:17,
11:23, 21:7, 57:2,
61:15, 97:17,
100:20, 101:3,
101:9, 102:14,
104:6, 104:14,
105:14, 110:2, 110:7
**started** [5] - 17:25,
101:4, 106:15,
107:5, 110:9
**starting** [3] - 73:23,
74:19, 104:6
**starts** [2] - 100:22,
100:23
**State** [2] - 56:2, 112:5
**state** [4] - 15:11, 60:7,
102:5, 107:21
**STATE** [3] - 2:12,
2:12, 2:16
**statement** [1] - 10:22
**States** [2] - 112:6,
112:17
**STATES** [2] - 1:1, 1:12
**states** [1] - 37:5
**static** [2] - 100:17,
102:15
**status** [4] - 40:4,
61:25, 72:1, 72:4
**STATUS** [3] - 1:11,
9:2, 9:3
**stay** [1] - 53:11
**staying** [1] - 33:5
**Steering** [2] - 10:23,
22:6
**STENOGRAPHY** [1] -
6:13
**step** [1] - 85:14
**STEPHEN** [2] - 1:20,
6:4
**Sterbcow** [2] - 12:23,
17:11
**STERBCOW** [9] - 6:7,
12:20, 12:23, 13:5,
13:11, 13:17, 13:20,
17:11, 34:5
**Steve** [12] - 10:19,
10:20, 19:23, 22:13,
27:9, 27:13, 28:17,
35:23, 37:14, 49:20,
73:2
**STEVEN** [1] - 4:21
**stick** [3] - 15:17,

26:24, 72:25
**still** [17] - 14:14,
14:20, 20:1, 20:17,
22:3, 23:3, 28:12,
28:22, 31:13, 37:18,
48:7, 53:22, 90:3,
104:7, 106:3, 106:4,
110:25
**stipulation** [1] - 17:7
**stone** [1] - 47:16
**STONE** [1] - 4:3
**stop** [4] - 21:6, 63:24,
106:2, 107:13
**stopped** [1] - 105:22
**stopping** [1] - 105:25
**story** [2] - 35:18,
104:4
**STRADLEY** [8] - 5:19,
71:11, 71:13, 71:17,
72:3, 72:13, 72:17,
72:19
**Stradley** [1] - 71:17
**straight** [1] - 90:7
**STREET** [13] - 1:18,
1:24, 2:4, 2:17, 2:20,
3:7, 3:16, 4:4, 4:9,
4:18, 4:22, 5:20,
6:10
**Stress** [1] - 31:11
**STRESS**...................
........ [1] - 7:21
**stricken** [1] - 19:16
**strike** [1] - 33:4
**strong** [1] - 105:17
**stuff** [2] - 90:23, 106:4
**subject** [2] - 29:10,
29:13
**submit** [2] - 58:3, 58:9
**submitted** [4] - 58:7,
60:5, 92:6
**Subsea** [1] - 53:14
**subsea** [7] - 88:2,
89:23, 96:17, 96:18,
96:20, 101:15, 107:5
**sufficient** [2] - 65:23,
88:8
**suggest** [7] - 19:3,
38:24, 39:1, 52:5,
58:5, 74:11, 107:17
**suggested** [2] - 95:24,
105:15
**suggesting** [1] - 64:22
**suggestion** [3] - 42:5,
53:10, 73:23
**suggestions** [2] -
53:18, 53:20
**suit** [1] - 107:24
**SUITE** [6] - 2:4, 3:17,
4:9, 4:12, 4:18, 4:22
**Sullivan** [1] - 70:11

**summer** [1] - 38:4
**Sunday** [6] - 73:13,
73:21, 74:4, 74:5,
74:8, 74:13
**Sundays** [1] - 73:6
**supplement** [2] -
106:7, 107:4
**supplemental** [2] -
26:12, 26:19
**supposed** [4] - 31:4,
44:1, 83:12, 98:16
**supreme** [1] - 21:1
**SURE** [1] - 19:11
**surface** [3] - 98:24,
99:5, 102:13
**surprised** [1] - 95:20
**Surveyor** [1] - 40:11
**suspect** [2] - 57:5,
57:8
**suspected** [1] - 23:8
**Swaco** [5] - 28:15,
28:18, 49:17, 49:21,
50:23
**SWACO** [1] - 7:17
**swim** [1] - 105:6
**system** [8] - 88:25,
89:1, 94:17, 95:1,
96:23, 106:23,
106:24
**systems** [4] - 82:9,
88:1, 96:15, 106:11

# T

**table** [3] - 44:7, 44:10,
107:16
**Tabler** [3] - 45:16,
45:20, 45:23
**TABLER** [1] - 45:16
**TABLER**...................
.................... [1] -
8:12
**tall** [1] - 91:9
**tangentially** [1] - 86:3
**tank** [1] - 51:18
**target** [3] - 43:13,
77:21, 77:22
**targeted** [1] - 97:3
**task** [1] - 21:16
**teams** [1] - 69:14
**tech** [1] - 67:11
**Technologies** [1] -
13:24
**technology** [1] - 42:19
**Ted** [3] - 85:23, 85:25,
86:15
**Ted's** [1] - 86:14
**telephone** [1] - 10:10
**temperature** [1] -

105:6
**ten** [3] - 66:20, 77:17,
77:20
**tend** [1] - 82:15
**tentative** [15] - 12:6,
12:8, 14:13, 16:4,
18:9, 18:21, 18:22,
19:6, 19:21, 20:15,
20:17, 29:10, 29:13,
40:21, 41:10
**tentatively** [5] - 14:20,
18:17, 20:20, 29:19,
42:9
**term** [2] - 98:5, 98:6
**terms** [6] - 23:20,
26:22, 80:20, 82:4,
83:1, 101:2
**terrible** [1] - 107:12
**terrific** [2] - 22:1,
46:16
**test** [2] - 93:11, 105:6
**tested** [1] - 101:2
**testified** [1] - 26:1
**testifies** [1] - 47:21
**testify** [4] - 23:21,
26:21, 47:24, 97:1
**testimony** [3] - 94:7,
99:18, 109:25
**testing** [5] - 33:24,
34:10, 39:3, 39:4,
39:24
**Texas** [1] - 46:2
**TEXAS** [3] - 4:9, 4:12,
5:17
**THE** [345] - 1:4, 1:5,
1:12, 1:23, 2:7, 2:12,
2:16, 7:17, 8:8, 10:7,
10:8, 10:10, 10:16,
10:19, 10:22, 11:2,
11:9, 11:17, 11:19,
11:22, 12:8, 12:12,
12:15, 12:22, 13:3,
13:7, 13:16, 13:19,
13:21, 14:4, 14:11,
14:19, 15:1, 15:11,
15:19, 15:25, 16:13,
17:1, 17:6, 17:15,
17:17, 17:19, 18:3,
18:6, 18:14, 18:16,
18:20, 19:5, 19:7,
19:11, 19:19, 20:2,
20:7, 20:17, 20:22,
20:25, 21:8, 21:12,
22:1, 22:3, 22:5,
22:23, 23:2, 23:11,
23:13, 23:19, 24:4,
24:7, 24:15, 24:22,
24:25, 25:4, 25:7,
26:2, 26:10, 26:13,
26:17, 26:24, 27:7,

27:13, 27:20, 28:2,
28:4, 28:11, 28:14,
28:19, 28:24, 29:1,
29:14, 29:17, 29:19,
29:21, 29:23, 30:10,
30:13, 30:21, 30:24,
31:7, 31:16, 31:19,
31:23, 32:3, 32:11,
32:13, 32:23, 33:9,
33:19, 33:25, 34:3,
34:6, 34:9, 34:17,
35:7, 35:16, 35:21,
36:7, 36:12, 36:20,
37:2, 37:11, 38:1,
38:10, 38:14, 38:20,
39:15, 39:19, 39:23,
40:2, 40:11, 40:19,
40:25, 41:3, 41:7,
41:10, 41:14, 41:25,
42:8, 42:12, 42:15,
42:22, 43:1, 43:7,
43:12, 43:16, 43:20,
44:6, 44:11, 44:14,
45:2, 45:6, 45:8,
45:10, 45:15, 46:2,
46:11, 46:16, 46:18,
47:8, 47:10, 47:23,
48:3, 48:17, 48:21,
48:25, 49:3, 49:9,
49:11, 49:14, 49:25,
50:3, 50:11, 50:14,
50:17, 50:22, 50:24,
51:6, 51:8, 51:11,
51:16, 51:21, 51:23,
52:3, 52:11, 52:18,
53:1, 53:7, 53:11,
53:16, 53:19, 53:22,
53:24, 54:1, 54:2,
54:4, 54:7, 54:8,
54:12, 54:14, 54:17,
54:18, 54:20, 55:1,
55:4, 55:8, 55:11,
55:13, 55:16, 55:19,
55:21, 55:23, 56:1,
56:10, 56:14, 56:17,
56:21, 56:23, 57:1,
57:10, 57:21, 57:24,
58:25, 59:16, 59:20,
59:24, 60:24, 61:4,
61:11, 61:19, 64:1,
64:18, 65:12, 65:16,
66:14, 66:17, 66:22,
67:5, 67:18, 68:7,
68:21, 69:3, 69:5,
69:7, 69:10, 69:24,
70:8, 70:13, 71:1,
71:9, 71:12, 71:15,
72:2, 72:10, 72:15,
72:18, 72:20, 72:22,
73:11, 73:17, 73:20,
73:25, 74:3, 74:7,

74:10, 74:17, 74:19, 74:22, 74:25, 75:3, 75:6, 75:9, 75:10, 75:14, 75:17, 75:21, 75:24, 76:9, 76:24, 77:2, 77:7, 77:12, 77:18, 78:1, 78:3, 78:5, 78:19, 78:22, 79:21, 80:9, 80:12, 80:17, 81:6, 81:12, 81:22, 83:14, 84:1, 84:4, 84:24, 85:7, 85:12, 85:18, 85:25, 86:12, 86:17, 86:25, 87:5, 87:8, 87:13, 87:17, 87:21, 89:22, 90:6, 90:18, 90:24, 91:15, 91:17, 91:20, 92:12, 92:16, 95:25, 96:9, 96:12, 96:15, 96:17, 97:2, 97:8, 97:11, 97:14, 97:19, 101:11, 103:5, 104:23, 105:2, 107:19, 108:15, 108:19, 109:3, 109:8, 109:12, 109:21, 110:5, 110:16, 110:20, 110:23, 111:11, 111:15
**THEIR** [1] - 8:14
**theme** [1] - 43:5
**themselves** [6] - 32:9, 94:7, 98:4, 98:5, 98:6, 98:7
**THEODORE** [1] - 5:8
**thereafter** [1] - 49:15
**therefore** [3] - 16:5, 82:25, 99:16
**they've** [3] - 60:18, 76:21, 82:3
**thick** [1] - 94:19
**thinking** [3] - 47:5, 74:3, 102:14
**thinks** [1] - 40:25
**third** [2] - 61:2, 81:9
**THIS** [1] - 1:8
**THOSE** [1] - 8:25
**thousands** [2] - 37:15, 111:2
**three** [9] - 17:20, 31:17, 31:24, 35:19, 66:6, 66:7, 69:19, 87:24, 93:9
**throughout** [1] - 90:9
**throw** [1] - 105:12
**throws** [1] - 92:23
**Thursday** [4] - 12:9, 25:19, 28:9, 43:14

**tight** [1] - 14:24
**Tim** [12] - 44:16, 45:4, 45:11, 57:18, 77:14, 78:3, 78:23, 80:9, 81:11, 81:12, 81:24, 111:6
**TIM** [1] - 8:11
**timely** [1] - 107:10
**timetable** [1] - 76:23
**timing** [7] - 68:3, 76:16, 77:6, 91:2, 94:3, 100:1, 107:21
**TIMOTHY** [2] - 3:20, 8:2
**Timothy** [1] - 37:12
**TO** [7] - 1:8, 7:5, 8:25, 10:4, 56:19, 103:25, 104:19
**TO's** [1] - 104:19
**to-do** [1] - 14:3
**today** [10] - 10:14, 14:18, 17:13, 18:1, 21:18, 48:15, 57:16, 70:2, 72:24, 76:8, 86:9, 89:15, 90:11, 98:5, 101:7, 102:22, 108:8, 111:14
**together** [4] - 22:6, 91:9, 92:6, 94:1
**TOMMY** [1] - 8:13
**Tommy** [1] - 45:25
**tomorrow** [3] - 73:23, 73:24, 73:25
**Tony** [12] - 22:25, 23:2, 27:1, 30:16, 31:1, 31:21, 32:5, 32:23, 35:9, 35:17, 36:8, 52:21
**took** [4] - 92:19, 94:6, 97:17, 111:2
**top** [4] - 34:1, 76:22, 97:18, 98:1
**topic** [10] - 22:24, 23:15, 25:24, 26:12, 26:21, 32:8, 35:19, 72:20, 77:10, 84:8
**topics** [16] - 22:21, 23:21, 25:13, 25:15, 25:19, 25:23, 26:3, 26:12, 26:19, 27:4, 29:4, 32:9, 34:21, 87:24, 95:15
**TORTS** [1] - 2:8
**total** [2] - 60:16, 97:21
**touch** [4] - 20:10, 23:14, 27:3, 41:18
**Touché** [1] - 42:15
**toward** [3] - 31:2, 52:13, 61:14
**town** [4] - 11:21,

11:22, 17:13, 28:21
**track** [3] - 13:22, 14:12, 17:21
**TRACK**...................... ............. [1] - 7:8
**TRACK**...................... .................... [1] - 7:9
**Training** [3] - 30:15, 30:22, 30:23
**TRAINING**................ .................... [1] - 7:20
**transcript** [3] - 11:12, 57:22, 112:8
**TRANSCRIPT** [2] - 1:11, 6:13
**transferred** [1] - 84:11
**translating** [1] - 67:21
**TRANSOCEAN** [4] - 3:3, 3:3, 3:5, 7:14
**Transocean** [29] - 22:8, 22:16, 23:22, 26:12, 26:18, 26:20, 37:3, 54:18, 54:20, 55:6, 55:9, 88:15, 91:25, 92:7, 92:18, 93:18, 93:25, 94:6, 99:1, 99:3, 99:19, 100:3, 101:1, 102:17, 108:2, 108:3, 109:23
**Transocean's** [4] - 84:11, 86:4, 92:1, 110:6
**TRANSOCEAN'S** [1] - 8:24
**travel** [3] - 32:25, 33:3, 75:16
**tread** [1] - 82:19
**trial** [4] - 16:3, 16:7, 79:4, 79:5
**tried** [1] - 104:24
**trigger** [1] - 106:17
**trip** [2] - 26:8, 43:8
**true** [5] - 64:12, 94:5, 100:1, 100:3, 112:7
**truth** [2] - 88:19, 108:5
**try** [14] - 12:1, 12:17, 17:4, 31:13, 41:25, 59:13, 60:16, 64:10, 65:24, 72:23, 100:21, 106:5, 106:16
**trying** [5] - 14:2, 37:18, 88:5
**TSEKERIDES** [4] - 5:8, 85:23, 86:1, 86:22
**Tsekerides** [1] - 85:23
**Tuesday** [7] - 15:10,

39:8, 39:14, 43:14, 60:11, 60:20, 70:4
**turn** [4] - 67:24, 72:22, 85:20, 91:11
**turned** [1] - 73:3
**turns** [1] - 21:21
**two** [41] - 13:14, 13:20, 14:12, 15:18, 22:12, 23:22, 25:10, 33:2, 33:5, 33:8, 33:11, 33:17, 35:4, 40:17, 40:22, 41:4, 41:6, 41:15, 45:14, 49:17, 50:24, 51:16, 51:24, 51:25, 52:1, 57:21, 63:21, 65:20, 66:1, 66:13, 67:6, 67:10, 68:24, 72:11, 75:1, 79:13, 91:6, 91:9, 103:2, 104:7
**two-day** [1] - 13:20
**TX** [2] - 4:23, 5:20
**type** [2] - 82:5, 106:17
**typically** [1] - 61:8

## U

**U.S** [3] - 2:7, 5:11, 29:11
**Ulsan** [1] - 93:24
**unavailable** [1] - 27:2
**unclear** [1] - 86:24
**under** [6] - 29:6, 58:10, 80:7, 82:16, 100:13, 102:19
**UNDERHILL** [3] - 2:8, 87:2, 87:7
**Underhill** [3] - 86:24, 87:1, 87:7
**understood** [1] - 110:4
**undertake** [1] - 36:8
**underwater** [4] - 99:14, 101:16, 101:18, 106:19
**unexpected** [1] - 62:19
**unit** [12] - 82:21, 83:4, 88:1, 91:13, 96:2, 97:22, 97:25, 99:8, 99:14, 99:15, 100:7, 103:25
**UNITED** [3] - 1:1, 1:12, 7:6
**United** [3] - 11:25, 112:6, 112:17
**universal** [1] - 22:18
**universe** [1] - 83:11
**unless** [4] - 10:24,

13:6, 97:6, 99:17
**unusual** [1] - 87:1
**up** [49] - 11:24, 12:22, 14:19, 16:8, 17:8, 17:20, 21:8, 24:6, 25:8, 26:8, 27:25, 28:7, 29:1, 30:18, 33:20, 39:7, 43:19, 43:23, 44:12, 44:15, 45:13, 46:18, 48:11, 50:24, 51:25, 52:19, 53:2, 56:10, 61:6, 61:16, 61:19, 61:24, 64:2, 64:11, 71:12, 71:15, 74:6, 77:12, 77:15, 79:7, 83:1, 86:2, 87:23, 100:16, 106:11, 110:14, 111:17
**upcoming** [1] - 70:15
**update** [6] - 12:17, 19:22, 37:5, 45:3, 60:2, 61:25
**urgency** [1] - 79:25
**US** [1] - 36:3
**USA** [1] - 4:16
**useful** [1] - 90:16

## V

**vacation** [2] - 34:25, 76:10
**valve** [1] - 95:13
**valves** [1] - 95:11
**Vargo** [4] - 25:18, 25:23, 26:14, 26:23
**Vargo's** [1] - 28:8
**variable** [2] - 93:10
**Vastar** [5] - 92:22, 92:23, 92:24, 92:25, 93:15
**VECTOR** [1] - 7:25
**Vector** [2] - 36:13, 36:25
**versus** [3] - 18:24, 76:22, 103:12
**Vidrine** [4] - 17:17, 18:3, 18:4, 18:12
**view** [1] - 66:2
**Vince** [1] - 45:23
**VINCENT** [1] - 8:12
**Vincent** [1] - 45:16
**visit** [2] - 20:15, 110:13
**voiced** [1] - 48:3
**voicemail** [1] - 35:12
**VOICES** [3] - 10:9, 10:15, 10:18
**volume** [2] - 76:21,

77:20
**voluntarily** [1] - 32:18
**volunteered** [1] - 86:12
**VP** [1] - 67:16
**vu** [1] - 70:23

# W

**wait** [2] - 68:16, 106:4
**waiting** [2] - 13:17, 40:19
**waived** [1] - 89:5
**waiving** [1] - 38:11
**WALKER** [1] - 5:11
**walking** [1] - 14:19
**WALTHER** [1] - 4:3
**wants** [8] - 11:12, 58:2, 75:11, 76:5, 80:12, 86:7, 97:3, 109:1
**WARE** [1] - 5:15
**warnings** [2] - 88:14, 100:9
**washer** [1] - 97:23
**washers** [1] - 97:6
**WASHINGTON** [1] - 2:13
**water** [6] - 99:21, 105:6, 105:10, 105:12, 106:9, 106:15
**watertight** [6] - 88:24, 99:14, 99:15, 99:17, 99:19, 99:20
**wax** [1] - 96:22
**WEATHERFORD** [1] - 5:11
**Weatherford** [2] - 29:5, 29:11
**WEATHERFORD'S** [1] - 7:18
**Weatherford's** [1] - 29:1
**Wednesday** [7] - 12:9, 25:18, 28:9, 29:5, 62:24, 64:16, 67:14
**week** [44] - 11:9, 15:14, 15:15, 20:25, 23:17, 24:6, 24:17, 25:18, 26:1, 27:3, 29:5, 31:8, 31:23, 35:1, 35:2, 35:10, 35:15, 38:8, 49:4, 49:6, 49:15, 49:17, 53:9, 53:18, 54:8, 56:15, 57:5, 57:16, 58:17, 60:6, 62:1, 62:25, 73:21, 77:10,

81:11, 84:5, 86:3, 86:5, 86:9, 87:4, 105:19, 110:15, 110:17, 111:8
**week's** [1] - 53:23
**weekend** [10] - 26:5, 27:3, 35:3, 63:3, 73:3, 74:1, 74:3, 74:25, 75:20, 87:13
**weekends** [1] - 87:3
**weeks** [5] - 40:17, 45:20, 63:10, 75:1
**Weil** [1] - 85:24
**WEIL** [1] - 5:8
**WEINER** [1] - 4:17
**welcome** [1] - 11:2
**Well's** [2] - 20:13, 20:14
**WELL.....................
..........** [1] - 7:12
**wellhead** [1] - 106:13
**wells** [3] - 83:21, 101:5, 107:5
**West** [1] - 67:17
**whatnot** [1] - 105:19
**WHEREUPON** [2] - 87:19, 111:20
**Whitby** [1] - 38:15
**Whitby's** [1] - 38:17
**WHITBY.....................
..................** [1] - 8:3
**WHITELEY** [1] - 2:16
**whole** [5] - 89:21, 92:16, 96:13, 96:22, 104:24
**WILD** [1] - 7:12
**Wild** [3] - 20:3, 20:14, 41:18
**wild** [1] - 20:13
**WILL** [1] - 9:4
**William** [4] - 12:1, 12:5, 12:12, 40:3
**WILLIAM** [2] - 5:19, 8:4
**Williams** [3] - 19:24, 53:3
**Williamson** [8] - 20:5, 20:8, 88:4, 90:4, 94:4, 95:2, 95:24, 97:2
**WILLIAMSON** [14] - 6:6, 20:8, 20:23, 88:7, 97:5, 97:9, 97:12, 97:15, 97:21, 101:12, 106:7, 108:22, 110:12, 110:18
**willing** [10] - 40:24, 60:8, 60:12, 60:19, 60:21, 76:24, 89:14,

89:15, 104:10
**Willis** [6] - 46:25, 47:1, 47:12, 48:10, 48:17, 57:5
**WILLIS.....................
..............** [1] - 8:15
**winnow** [1] - 64:7
**winnowing** [2] - 65:3, 67:3
**wiring** [1] - 106:20
**wish** [2] - 21:6, 110:24
**WITH** [1] - 8:25
**Witness** [1] - 24:10
**witness** [26] - 21:21, 25:10, 32:21, 34:24, 34:25, 37:22, 38:12, 39:2, 42:4, 42:23, 43:2, 47:5, 47:20, 51:4, 56:4, 60:12, 68:17, 69:5, 69:11, 95:14, 96:5, 99:10, 103:13, 104:14
**witness'** [1] - 43:8
**witnesses** [24] - 14:13, 17:20, 23:22, 27:25, 29:25, 30:1, 33:11, 42:13, 47:15, 50:24, 53:21, 64:4, 64:5, 65:6, 65:17, 65:18, 65:22, 66:11, 66:20, 67:2, 67:5, 68:25, 70:15, 74:12
**WITTMANN** [1] - 4:3
**wondering** [5] - 19:13, 27:10, 37:21, 41:25, 73:4
**Wong** [1] - 67:7
**wood** [1] - 35:15
**word** [2] - 72:3, 99:25
**words** [1] - 33:9
**works** [5] - 18:19, 39:23, 51:20, 63:8, 94:1
**world** [4] - 39:9, 79:18, 104:6, 104:14
**worldwide** [1] - 83:23
**WORLDWIDE** [1] - 5:5
**worry** [1] - 80:1
**worth** [1] - 94:6
**Wright** [1] - 47:5
**WRIGHT** [1] - 1:16
**writing** [2] - 27:18, 39:21
**written** [2] - 47:13, 76:17

# Y

**y'all** [2] - 50:5, 58:16

**Yamamoto** [1] - 30:4
**year** [2] - 104:3, 108:9
**years** [3] - 99:2, 104:7, 108:1
**yellow** [2] - 98:15, 98:24
**yesterday** [15] - 12:20, 12:24, 13:1, 17:13, 17:14, 25:13, 26:4, 28:22, 37:16, 59:8, 62:25, 67:14, 84:10, 84:14, 84:16
**yield** [1] - 87:18
**York** [5] - 25:9, 34:13, 34:22, 36:14, 86:12
**YORK** [13] - 4:11, 5:9, 25:10, 26:4, 26:11, 26:14, 26:19, 27:5, 28:6, 28:12, 34:13, 36:14, 86:20
**yourself** [1] - 69:11
**yourselves** [1] - 57:17