UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and d/b/a AMERICAN CONSULTING & DEVELOPMENT COMPANY, LLC | * * * * | CIVIL ACTION NO.  2:11-cv-408 2:10-md-02179 |
| VERSUS | * * | JUDGE CARL BARBIER |
| BP AMERICA PRODUCTION COMPANY | * * * * * | MAG: JUDGE SALLY SHUSHAN |

*****************************************************

## REQUEST TO CLERK TO ENTER DEFAULT AGAINST DEFENDANT

TO:   Loretta G. Whyte, Clerk of Court
      United State District Court
      Eastern District of Louisiana
      C151 U.S. Courthouse
      500 Camp Street
      New Orleans, LA 70130

You are hereby requested to enter the default of Defendant BP America Production Company for the reason that more than twenty-one days has elapsed since service of process upon this defendant and it has not filed an answer or any other responsive pleadings as provided by Rule

55 of the Federal Rules of Civil Procedure, all as set forth in the affidavit of Robert J. Diliberto, attached hereto.

Respectfully submitted,

_____
Robert J. Diliberto (LA 24783)
Damon A. Kirin (LA 24729)
Megan E. Snider (LA 33382)
DILIBERTO & KIRIN, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Fax: (504) 828-1555

## CERTIFICATE OF SERVICE

Plaintiff certifies that it is not serving the defendants with this pleading as none of the defendants have made an appearance of record.

_____
Robert J. Diliberto