UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and d/b/a AMERICAN CONSULTING & DEVELOPMENT COMPANY, LLC | * * * * | CIVIL ACTION NO.  2:11-cv-408 2:10-md-02179 |
| VERSUS | * * | JUDGE CARL BARBIER |
| BP AMERICA PRODUCTION COMPANY | * * * * * | MAG: JUDGE SALLY SHUSHAN |

*****************************************************

## AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, undersigned authority, personally came and appeared:

### ROBERT J. DILIBERTO

Who, being first duly sworn did depose and state:

1. That he is an attorney of record for Plaintiff, Warren B. Doussan, Jr. individually and d/b/a American Consulting & Development Company, LLC. (hereinafter sometimes

"American"), in the captioned proceeding;

2. That on February 18, 2011, the plaintiff, American, filed its Complaint in the Eastern District Court for the State of Louisiana;

3. That a summons with the Complaint was served upon the defendant, BP American Production Company (hereinafter sometimes "BP"), on February 22, 2011 by having the Complaint and Summons hand delivered to CT Corporation, BP's designated agent for service of process;

4. A Proof of Service was filled out by Kelly Broussard upon delivery of the Summons and Complaint to CT Corporation, signed and dated February 22, 2011;

5. More than thirty (30) days have elapsed since service of the Summons and Complaint upon CT Corporation;

6. The time within which the defendant may answer or otherwise response to the Complaint has expired;

7. That the defendant, BP, has not answered or otherwise responded to the Complaint in accordance with the law;

8. That the suit record in this matter establishes that an answer has not been filed, nor have any other responsive pleadings or motions or order for extension of time to plead been filed on behalf of said defendant as of the filing of this affidavit;

9. On May 5, 2010, plaintiffs entered into a Master Vessel Charter Agreement with defendant wherein defendant chartered plaintiffs' vessels to assist in the oil spill clean-up activities resulting from the April 20, 2010 explosion aboard the mobile

offshore drilling unit *Deepwater Horizon*;

10. The charter agreement provided for fixed rates of hire payable to plaintiffs throughout the term of charter agreement. Defendant has failed to make payments in the amount of $820,523.06;

11. The agreement further required vessel owner to assist in locating and selecting the docks and landings suitable to accomplish the safe loading and unloading of passengers and cargo;

12. Plaintiffs were informed that their six (6) and ½ acre peninsula bearing municipal address 3500 Gregory Dr., Pass Christian, Ms. was the perfect location from which to deploy the fish and wildlife teams;

13. Defendant has failed to make payments in the amount of $26,115.47 for material related to staging area build out, $51,230 for labor related to the build out, and $4,248,967.02 for use of the 6.46 acres of staging area property and docking facilities at a day rate of .0924 per square foot, totaling $4,326,312.49; and

14. In total the defendant has failed to pay the plaintiff $5,146,835.55.

Robert J. Diliberto

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 24 DAY
OF MARCH, 2011

_____
Notary Public
LA. Bar No. 26717

LSBA No. 26717
STATE OF LOUISIANA
PARISH OF JEFFERSON
My commission is for life.
• • •
Crawford A. Rose, III
Notary Public
3636 S. I-10 Service Road W. - Suite 210
Metairie, LA 70001