UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and d/b/a AMERICAN CONSULTING & DEVELOPMENT COMPANY, LLC | * * * * | CIVIL ACTION NO.  2:11-cv-408 2:10-md-02179 |
| VERSUS | * * | JUDGE CARL BARBIER |
| BP AMERICA PRODUCTION COMPANY | * * * * * | MAG: JUDGE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER ENTERING DEFAULT AGAINST DEFENDANT**

Warren B. Doussan, Jr. individually and d/b/a American Consulting & Development Company, LLC, having shown to the clerk that defendant, BP America Production Company, was served with the Complaint and that BP America Production Company has failed to respond to the Complaint within the time allowed by the Court;

A DEFAULT FOR FAILURE TO APPEAR IS HEREBY ENTERED against defendant, BP America Production Company as authorized by Federal Rule of Civil Procedure 55(b)(1).

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Loretta G. Whyte, Clerk of Court