Case 2:10-md-02179-CJB-DPC   Document 1735-3   Filed 03/24/11   Page 1 of 2
Case 2:10-md-02179-CJB-SS   Document 1337   Filed 02/22/11   Page 1 of 2
Case 2:11-cv-00408-CJB-SS   Document 3   Filed 02/18/11   Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Warren B. Doussan, Jr. Individually and d/b/a American Consulting & Development Company, LLC  )<br><br>*Plaintiff*  )<br>v.  )<br>BP America Production Company  )<br>*Defendant*  ) | MDL 10md2179<br>Civil Action No. 2:11-CV-408, J(1) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP America Production Company
through its registered agent:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Warren B. Doussan, Jr. Individually and d/b/a American Consulting &
Development Company, LLC through their attorney
Robert J. Diliberto (LA 24783)
DILIBERTO & KIRIN, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210, Metairie, LA 70001
Telephone: (504) 828-1600; Fax: (504) 828-1555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date: Feb 22 2011

Case 2:10-md-02179-CJB-DPC   Document 1735-3   Filed 03/24/11   Page 2 of 2
Case 2:10-md-02179-CJB-SS   Document 1337   Filed 02/22/11   Page 2 of 2
Case 2:11-cv-00408-CJB-SS   Document 3   Filed 02/18/11   Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-CV-408, J(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BP America Production Company__
was received by me on *(date)* __2.22.2011__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation__, who is
designated by law to accept service of process on behalf of *(name of organization)* __BP America Production Corporation__
on *(date)* __2.22.2011__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __2.22.2011__

_Kelly R Broussard_
Server's signature

__Kelly R. Broussard__
Printed name and title

__2435 Drusilla Ln, Ste. D Baton Rouge, LA 70809__
Server's address

Additional information regarding attempted service, etc: