IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**NON-PARTY BRIAN MOREL'S NOTICE OF MOTION TO FILE UNDER SEAL HIS MEMORANDUM OF LAW IN SUPPORT OF HIS ASSERTION OF THE <u>MARITAL COMMUNICATIONS PRIVILEGE</u>**

Pursuant to Local Civil Rule 5.6, Non-Party Brian Morel, through undersigned counsel, hereby serves notice that he seeks an Order from the Court permitting him to file under seal the memorandum of law in support of his assertion of the marital privilege, which was submitted originally to the Court *ex parte* on March 16, 2011. A memorandum of law in support of Mr. Morel's motion to seal is filed herewith. A proposed order is attached to this Notice.

DATED: March 22, 2011                                   Respectfully submitted,

                                                                                                 /s/
William W. Taylor, III (admitted in D.D.C.)
Amit P. Mehta (admitted in D.D.C.)
ZUCKERMAN SPAEDER LLP
1800 M Street N.W., Suite 1000
Washington, DC  20036
Tel: (202) 778-1800
Fax: (202) 822-8106

*Counsel for Brian Morel*

3116035.1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Motion on the below-listed counsel for the Plaintiffs' Steering Committee via electronic mail on this 22nd day of March, 2011.

>Anthony Irpino
>Irpino Law Firm
>2216 Magazine Street
>New Orleans, LA  70130

>             /s/
>        Amit P. Mehta