IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### NON-PARTY BRIAN MOREL'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO FILE UNDER SEAL HIS MEMORANDUM OF LAW IN SUPPORT OF THE MARITAL COMMUNICATIONS PRIVILEGE

Non-Party Brian Morel respectfully requests that the Court place under seal the memorandum of law that Mr. Morel submitted originally to the Court *ex parte* on March 16, 2011, in support of his assertion of the martial communications privilege.

Trial courts have the inherent authority to seal documents. *See In re High Sulfer Content Gasoline Products Liability Litig.*, 517 F.3d 220, 230 (5th Cir. 2008). A document may be accepted for filing under seal upon a showing of "good cause." *In re EEOC*, 709 F.2d 392, 402 n.7 (5th Cir. 1983). Mr. Morel has demonstrated "good cause" to request sealing of his memorandum of law, because the memorandum quotes verbatim, or refers to, communications as to which he has asserted a privilege. Until such time as the Court makes a determination as to Mr. Morel's privilege claim, his martial communications are presumed to be privileged, *see Blau v. United States*, 340 U.S. 332, 333 (1951), and, therefore, should not be filed in the public record.

For the foregoing reasons, Non-Party Brian Morel respectfully requests that the Court accept for filing under seal his memorandum of law in support of the marital communications privilege.

3116170.1

DATED: March 22, 2011                              Respectfully submitted,

                                                   _____/s/_____
                                                   William W. Taylor, III (admitted in D.D.C.)
                                                   Amit P. Mehta (admitted in D.D.C.)
                                                   ZUCKERMAN SPAEDER LLP
                                                   1800 M Street N.W., Suite 1000
                                                   Washington, DC 20036
                                                   Tel: (202) 778-1800
                                                   Fax: (202) 822-8106

                                                   *Counsel for Brian Morel*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Memorandum of Law on the below-listed counsel for the Plaintiffs' Steering Committee via electronic mail on this 22nd day of March, 2011.

>Anthony Irpino
>Irpino Law Firm
>2216 Magazine Street
>New Orleans, LA 70130

>_____/s/_____
>Amit P. Mehta