UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 10-2179 MEMBER CASE NO. 10-2116 SECTION: "J" |
| This Document Relates To: | | § § | JUDGE BARBIER |
| Al Abadie, et al v. BP, PLC, et al Plaintiff and Member No. 10-2116 | | § § | MAG. JUDGE SHUSHAN |

## **ORDER**

**IT IS ORDERED** that JEFFREY M. BURG of the law firm of LEAKE & ANDERSSON be and he is hereby enrolled as additional counsel of record for Plaintiffs in the above referenced member case.

New Orleans, Louisiana this 24th day of March, 2011.

_____
United States District Judge