IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(Transferred from Southern District of Alabama Civil Action No. 10-293)

| | | |
|---|---|---|
| In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 § § § § § | | MDL No. 2179 |
| | § | Section: J |
| This Document relates to: | § § | |
| Civil Action No. 2:10-cv-03253 - *Moore, et al. v. BP PLC, et al.* | § § | Judge Barbier Magistrate Judge Shushan |

## ORDER

Having considered the foregoing Motion to Enroll Counsel of Record in this matter and finding it to be meritorious:

IT IS ORDERED that the Motion to Enroll Counsel of Record is hereby GRANTED;

IT IS FURTHER ORDERED that Jonathan P. Dyal and Matthew W. McDade of the law firm of Balch & Bingham LLP are hereby enrolled as lead counsel of record for the Plaintiffs in the above captioned matter;

IT IS FURTHER ORDERED that Michael D Freeman and P. Stephen Gidiere shall remain as counsel of record in the above captioned matter, but will no longer serve as lead counsel.

New Orleans, Louisiana this 24th day of March, 2011.

_____
United States District Judge