**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        **SECTION J**

Applies to: *All Cases*        **JUDGE BARBIER**
                                           **MAGISTRATE JUDGE SHUSHAN**

<u>**ORDER**</u>

**[Regarding Marital Privilege Asserted by Brian Morel]**

      The Non-Party Brian Morel filed motion for leave to file under seal his memorandum (letter of March 16, 2011-redacted) in support of his assertion of the marital privilege.

      IT IS ORDERED that: (1) Brian Morel's motion for leave to file under seal (Rec. doc. 1736) is GRANTED; and (2) his counsel's memorandum (letter of March 16, 2011-redacted from William W. Taylor, III) shall be filed under seal.

      New Orleans, Louisiana, this 24th day of March, 2011.

                                           **SALLY SHUSHAN**
                                         **United States Magistrate Judge**

Clerk to serve:
William W. Taylor, III *via email wtaylor@zuckerman.com*
Zuckerman Spaeder, LLP