Warning - accessible only if you are a legitimate user of the system

BP p.l.c., its subsidiary and certain associate companies have proprietary rights in this system and data. Unauthorised access and non-permitted use of BP's system is unlawful and may result in disciplinary action and/or legal proceedings. Within the bounds of law electronic transmissions through internal and external networks may be monitored to ensure compliance with internal policies and legitimate businesses purposes. In addition, any use of BP's proprietary system is subject to all BP's policies and procedures including but not limited to the Global Internet Access and Use Policy.

E-mails, like more formal methods of communication or record, should be drafted and transmitted with care, having regard to the nature and scope of their content, who the intended recipients are, and the fact that they may be deliberately or accidentally copied and may be read by unintended recipients.

OK



EXHIBIT A

Blumberg No. 5208