

# Our commitment to integrity

bp

BP code of conduct

CONFIDENTIAL



BP-HZN-2179MDL00405586



CONFIDENTIAL

# Our commitment to integrity

BP code of conduct

CONFIDENTIAL

## Contents

**1    Message from the group chief executive**

**2    Our commitment to integrity**
4    Why does BP have a code of conduct?
5    Does the code explain *all* the standards I need to know?
5    What about different laws in different countries?
6    Who must follow this code?

6    The duties of those who supervise others
6    Your personal commitment to doing the right thing
7    Asking questions and raising concerns
8    Where to go for help
10   The BP compliance and ethics programme

**12   Health, safety, security and the environment**
14   Health, safety and security
16   Environment

**18   Employees**
20   Fair treatment and equal employment opportunity
22   Respectful, harassment-free workplace
24   Privacy and employee confidentiality

**26   Business partners**
28   Receiving and giving gifts and entertainment
32   Conflicts of interest
36   Competition and antitrust
40   Trade restrictions, export controls and boycott laws
42   Money laundering
44   Working with suppliers

**46   Governments and communities**
48   Bribery and corruption
50   Dealing with governments
51   Community engagement
52   External communications
54   Political activity

**56   Company assets and financial integrity**
58   Accurate and complete data, records, reporting and accounting
62   Protecting BP's assets
64   Intellectual property and copyright of others
66   Insider trading
68   Digital systems use and security

The code does not alter the terms and conditions of your employment. Rather, it helps each of us to know what is expected of us to make sure we always act with integrity.

In this document: words or phrases such as 'BP', 'our company' and 'company' are used typically to mean the BP group companies.

CONFIDENTIAL

BP-HZN-2179MDL00405589

## Message from the group chief executive

Great companies are built on trust. If our company is to thrive and grow, we need the trust of our customers, investors, employees, the communities in which we work and, at a wider level, the societies of which we are part.

Trust is earned through the achievement of consistently high standards of behaviour and care. Laws vary from country to country and obedience to the laws is necessary but never sufficient. A great company must have universal standards of individual and collective behaviour that are applied in every activity everywhere around the world.

The BP code of conduct sets out our standards for everybody who works for BP. The code is obligatory, without exception. Everyone in BP is accountable for upholding its requirements. Failure to observe the code is a cause for disciplinary action, which could involve dismissal.

The code is based on our beliefs and values. It enshrines our commitment to honesty and integrity, our desire to contribute to human progress and our commitment to mutual advantage in every relationship of which we are part. The code applies those principles to the specific situations of day-to-day business life.

The underlying philosophy of the code is that there should be no gap between what we say and what we do. A crucially important element of this is the commitment to an open culture where people feel secure in seeking advice and in raising concerns. If you are unsure of what to do in particular circumstances or concerned that the code is being broken, you have a responsibility to speak up. The code explains the mechanisms to do this, including the OpenTalk process, and the protections to ensure that retaliation against those who do speak up will not be tolerated.

Our reputation, and therefore our future as a business, depends on each of us, everywhere, every day, taking personal responsibility for the conduct of BP's business. Together we can show the world that BP is a company united by strong clear values and the highest standards of behaviour. It is on that basis that we will be judged – not only as a company that delivers excellent financial returns but also as a great company we are proud to work for.



Tony Hayward
Group Chief Executive

http://codeofconduct.bpweb.bp.com          1

CONFIDENTIAL

BP-HZN-2179MDL00405590

# Our commitment to integrity

4   Why does BP have a code of conduct?

5   Does the code explain *all* the standards I need to know?

5   What about different laws in different countries?

6   Who must follow this code?

6   The duties of those who supervise others

6   Your personal commitment to doing the right thing

7   Asking questions and raising concerns

8   Where to go for help

10   The BP compliance and ethics programme

Our commitment to integrity

CONFIDENTIAL

BP-HZN-2179MDL00405591



CONFIDENTIAL

BP-HZN-2179MDL00405592

## Why does BP have a code of conduct?

The BP code of conduct stands for a fundamental BP commitment – to comply with all applicable legal requirements and the high ethical standards set out in this code – wherever we operate. To help us meet this commitment, the code defines what BP expects of its businesses and people regardless of location or background. It provides both guidance in key areas and references to more detailed standards, instructions and processes for further direction.



The code is not entirely new -- it updates, revises and summarizes, in one universal framework, BP's standards for employee conduct, helping us to act consistently with group values.

The code is a reference to important information you need to know -- including where to get additional help. However, the code cannot address every situation.

Nor does it serve as a substitute for your individual responsibility for exercising good judgement and common sense, so that your actions never damage BP's hard-earned reputation for integrity.

All employees must follow this code. Failure to do so is taken very seriously and may result in disciplinary action up to and including dismissal. See page 6, *Your personal commitment to doing the right thing.*

CONFIDENTIAL                                              BP-HZN-2179MDL00405593

## Does the code explain *all* the standards I need to know?

The code is the cornerstone of our commitment to integrity. It is a starting point. The code cannot describe every law, regulation or BP requirement that may apply to you. The company has additional standards, instructions and processes to further implement the principles in the code. Make sure you know the rules that do apply to you.

 **Information**
To learn more about laws, standards, instructions and processes that may apply to you, see the additional resources identified throughout the code with the  symbol, ask your line manager, contact group compliance & ethics or call **OpenTalk**.

  **Questions and answers**
Throughout the code, you will also see question and answer sections. These Q&A sections are intended both to answer specific questions that commonly arise, and also to illustrate more generally how particular code topics can apply in real work settings.

## What about different laws in different countries?

BP does business globally, and that means our employees are subject to the laws and regulations of different countries, and of organizations such as the European Union (EU). Each of us is responsible for knowing and following the laws that apply to us where we work.

The code establishes principles for business conduct applicable throughout the group, regardless of location. Where differences exist as the result of local customs, norms, laws or regulations, you must apply either the code or local requirements – whichever sets the highest standard of behaviour. If you have any questions, you may seek guidance from group compliance & ethics, or BP legal.

CONFIDENTIAL

BP-HZN-2179MDL00405594

## Who must follow this code?

All employees must adhere to the principles and requirements contained in this code and should consult the code for guidance when acting on behalf of BP.

Employees must not use a contractor, agent, consultant or other third party to perform any act which conflicts with this code.

Employees who engage third parties such as contractors, agents or consultants to work on behalf of BP must seek to ensure that these parties are made aware of the code and should seek their co-operation in adhering to the code – including, where possible, a contractual requirement to act consistently with the code when working on our behalf. You must report any breaches or inconsistent behaviour by these third parties.

In joint operations, where we are the operator, we will apply our code principles directly; where we are not the operator, we will seek to influence our joint venturers to adopt similar principles.



### The duties of those who supervise others

Those who supervise others have additional responsibilities under the code. They must:
- Promote compliance and ethics by example – in other words, show by their behaviour what it means to act with integrity.
- Make sure that those who report to them understand the code's requirements and have the resources to meet them.
- Monitor compliance and ethics of the people they supervise.
- Use reasonable care to monitor third parties acting on behalf of BP to ensure that they work in a manner consistent with the code.
- Enforce the code consistently.
- Support employees who, in good faith, raise questions or concerns.

### Your personal commitment to doing the right thing

This code represents a commitment to doing what is right. By working for BP, you are agreeing to uphold this commitment. Understand the requirements of the code and the standards, instructions and processes that apply to your job – and always follow them. Those who fail to follow the code put themselves, their co-workers, and BP at risk.

8    Our commitment to integrity

CONFIDENTIAL

BP-HZN-2179MDL00405595

## Asking questions and raising concerns

**Your duty to speak up**
You must report any breaches or potential breaches of BP's compliance and ethics commitments of which you become aware – whether these relate to yourself, direct reports or others.

You must similarly seek advice if you are ever unsure about the proper course of action.

If you are in any doubt about whether to speak up, ask yourself some simple questions:
- Is the action you are concerned about legal?
- Does it comply with the BP code of conduct?
- Is it in line with BP's group values?
- Does it expose BP to any unacceptable risks?
- Does it match our commitments and guarantees that we have made to others?
- What would others think about this action – your manager, colleagues or family?
- How would this look if reported in the newspapers?
- Does it feel right?

It may seem easier to keep silent or look the other way. But our commitment to integrity means we must never ignore a legal or ethical issue that needs to be addressed.

**Q** We use a contractor to do some work for BP. I know some people who work for this contractor and they told me they may not be doing this work in a way that is consistent with regulatory requirements. Does this matter? After all, it's not my company. And they are probably saving everyone money by doing it their way.

**A** Yes, it matters. What the contractor is doing might even make BP liable. But even if there would be no liability, we still care. Doing things the right way means not looking the other way if you think someone we work with is doing something wrong. Do the right thing. Talk with your line manager or use OpenTalk (see *Where to go for help*).

**Q** We are a 30% partner in a small, but very profitable joint venture (JV). We entered into the venture to establish a presence in a small country where we are new to the market. The JV is operated entirely by employees of our partner. We have now learned that the JV may have made some questionable payments to a high-ranking government official in order to secure a big contract. I mentioned my concern to one of my colleagues who said that since BP is just an investor and has no operating control, I need not be concerned. Is he right? What should I do?

**A** No, he is not right. Even though BP is a minority investor and partner in the venture it cannot ignore potential misconduct. In this case potential bribery and corruption. BP's reputation for integrity could be seriously damaged if it ignores wrongdoing by business partners. You should contact BP legal immediately or call OpenTalk. As a minority partner we must, as the code states: "seek to influence our joint venturers to adopt similar principles." But if a JV in which we are involved appears to be breaking the law, BP must take more aggressive action to protect its reputation and to protect itself from legal liability as a JV partner.

CONFIDENTIAL                                                                    BP-HZN-2179MDL00405596

## Where to go for help

If you do have a question or concern about legal or ethical standards, what should you do? As explained below, you have options. *The most important thing is that you use one of these options.*

**A good place to start**
Your line management is usually a good place to start with a legal or business conduct issue.

You may also get help or advice from:
- Your HR representative.
- BP legal.
- Group compliance & ethics.

You may also want to use one of the resources identified throughout the code in connection with particular topics by the 🛈 symbol.

However, if you are ever uncomfortable using one of these resources, you may also contact OpenTalk, as described below, at any time.

**The BP OpenTalk line**
If you ever feel unsure about where to go for help, or are uncomfortable using one of the other resources identified in the code, BP has an additional resource that can help – OpenTalk.

The purpose of OpenTalk is to answer questions and respond to concerns about compliance, ethics and the requirements described in this code.

The OpenTalk telephone line and e-mail facility is operated by an independent company that helps businesses respond to questions and concerns about compliance and ethics. The line operates 24 hours a day/seven days a week and also has translation services available at all times.

Call OpenTalk on your local number or on 0800 917 3604 (UK), 1-800 225-6141 (US), or the collect call number 1 704 540 2242.

A full list of local telephone numbers can be accessed on the OpenTalk website *http://opentalk.bpweb.bp.com* Or you can e-mail the following address *opentalk@myalertline.com*



CONFIDENTIAL

BP-HZN-2179MDL00405597

**What happens when I call OpenTalk
– can I call anonymously?**

If you call OpenTalk the independent operator will listen and make a detailed summary of your call. The person taking your call will then forward your question or concern, with strict confidentiality, to the appropriate individual within BP to look into the matter, as described below.

Concerns will be addressed by regional ombudspersons – senior managers in each region who act independently to ensure a fair and consistent approach. Requests for guidance on the code will be referred to a group compliance & ethics regional director, who will ensure that the caller receives a prompt and appropriate response.

If you wish, your call to OpenTalk can be made anonymously. Of course, giving your name can often help investigators look into the matter, and as explained below, BP has an unwavering policy against retaliation for raising a good-faith concern under this code. All callers are assigned tracking numbers so that they may check back to receive a response or provide more information.

Every effort will be made to give your call a quick response and to deal with your question or concern promptly, especially when circumstances make it time critical.

The group compliance & ethics function oversees the integrity of the OpenTalk programme by monitoring responses to questions and concerns to ensure these are handled fairly.

**Retaliation will not be tolerated**

Any employee who in good faith seeks advice, raises a concern or reports misconduct is following this code – and is doing the right thing. BP will not tolerate retaliation against that person.

We take claims of retaliation seriously. Allegations of retaliation will be investigated and appropriate action taken. Anyone responsible for reprisals against individuals who report suspected misconduct or other risks to the business will be subject to disciplinary action up to and including dismissal.

If you suspect that you or someone you know has been retaliated against for raising a compliance or ethical issue, immediately contact OpenTalk or the group compliance & ethics officer.



**Q** I have been thinking about calling OpenTalk, but I'm not sure if I should. My line manager told me to do something that I feel is dangerous and may even be illegal. I think I should tell someone who can look into this, but I'm afraid that my line manager will make my job difficult for me if I do. What should I do?

**A** Even in great companies, people sometimes do things they shouldn't. You have identified what you believe is a potentially serious matter. The code says that if something does not feel right, you need to speak up. Line management is often the best place to raise concerns, but because it is your line manager's request that concerns you, your choice to call OpenTalk is a good option. If you call OpenTalk, BP will look into the situation and will not tolerate your line manager or anyone else retaliating against you. The right thing to do is to report your concerns.

CONFIDENTIAL

BP-HZN-2179MDL00405598

The BP compliance and ethics programme

The BP code of conduct is more than just a description of our business
conduct standards. It is the centrepiece of a group-wide compliance
and ethics programme supported by our directors and senior leadership
to promote a positive, ethical work environment for all employees.



10      Our commitment to integrity

CONFIDENTIAL

BP-HZN-2179MDL00405599

**The role of the group compliance & ethics function**

BP has established an independent function to administer and oversee the compliance and ethics programme under the direction of the group compliance & ethics officer.

Making sure the code of conduct is followed is the overall responsibility of BP's leadership and of each individual employee. The compliance and ethics programme requires the commitment and support of everyone who works for BP – to ensure that the code of conduct lives and breathes in everything we do.

**Group compliance & ethics**

- Seeks to prevent unlawful or unethical business conduct and to detect it if it occurs.
- Continuously assesses compliance risks and ensures that internal controls are responsive to these risks.
- Provides support to help employees comply with the code of conduct and applicable laws.
- Provides and oversees compliance training and communications.
- Oversees internal investigation processes.
- Reviews and promotes consistent disciplinary procedures for breaches of the code and the incorporation of compliance and ethics into performance appraisal processes.
- Provides independent reports on compliance performance to the group chief executive and board committees.

**Contacting group compliance & ethics**

Contact information for group compliance & ethics can be accessed at *http://gce.bpweb.bp.com*. Or you can send an e-mail to *complianceethics@bp.com*, or write to the group compliance & ethics officer at 1 St. James's Square, London SW1Y 4PD, UK. You can also call OpenTalk.

CONFIDENTIAL

BP-HZN-2179MDL00405600

# Health, safety, security and the environment

At BP our aspirations are – no accidents, no harm to people and no damage to the environment.

We are committed to the protection of the natural environment, to the safety of the communities in which we operate, and to the health, safety and security of our people.

Everyone who works for BP, everywhere, has a responsibility for getting HSSE right.

14   Health, safety and security
16   Environment

CONFIDENTIAL

BP-HZN-2179MDL00405601



CONFIDENTIAL

BP-HZN-2179MDL00405602

## Health, safety and security

BP is committed to providing all BP employees – and those of other companies working on our premises – with a safe and secure work environment where no one is subject to unnecessary risk.

We recognize that safe operations depend not only on technically sound plant and equipment, but also on competent people and an active HSSE culture. No activity is so important that it cannot be done safely.



14    Health, safety, security and the environment

Simply obeying safety rules is not enough. BP's commitment to safety means each of us needs to be alert to safety risks as we go about our jobs.

**Basic rules you must follow**
**Always**

- Comply with the requirements of the HSSE management system at your work location – including the use of relevant standards, instructions and processes – and with the golden rules of safety.
- Stop any work that becomes unsafe.
- Only undertake work for which you are trained, competent, medically fit and sufficiently rested and alert to carry out.
- Make sure you know what to do if an emergency occurs at your place of work.
- Help ensure that those who work with you – employees, contractors and other third parties – act consistently with BP's HSSE commitments.
- Promptly report to local BP management any accident, injury, illness, unsafe or unhealthy condition, incident, spill or release of material to the environment, so that steps can be taken to correct, prevent or control those conditions immediately. Never assume that someone else will report a risk or concern.
- Seek advice and help if:
  – You are ever unclear about your HSSE obligations.
  – You have a concern about a potential or actual breach of HSSE law or a BP HSSE requirement.

**Never**

- Undertake work when your performance is impaired by alcohol or other drugs, legal or illegal, prescribed or otherwise.
- Possess, use or transfer illegal drugs or other substances on company premises.
- Use threats, intimidation or other violence at work, or bring weapons – including those carried for sporting purposes – onto company premises.



CONFIDENTIAL

BP-HZN-2179MDL00405604

# Environment

## Wherever we operate, we will strive to minimize any damage to the environment arising from our activities.

In addition to fully complying with all legal requirements, we will constantly strive to drive down the environmental and health impact of our operations through the responsible use of natural resources and the reduction of waste and emissions. These challenges apply to all parts of our business and to all facilities, plants, refineries and offices – wherever we operate in the world.

Working to protect the natural environment and the health and safety of the communities in which we operate is a core commitment of our company. For this reason, the group reports externally on our environmental, health and safety record.

**Basic rules you must follow**
You must play your part. Within your area of work:
- Take responsibility for ensuring that our products and operations meet applicable government and company standards, whichever are more stringent.
- Safely handle, transport and arrange for the disposal of raw materials, products and wastes in an environmentally responsible manner.
- Promptly report any breaches of HSSE laws or BP's own HSSE requirements.



CONFIDENTIAL

BP-HZN-2179MDL00405605



**i** To help achieve its HSSE goals, BP has developed a HSSE management system framework, *getting HSSE right* (gHSSEr), which provides the basis for the development of local/site/facility HSSE management systems. This framework helps line managers focus on critical HSSE needs, forecast and allocate resources, set direction for HSSE activities, and consistently deliver improved HSSE performance. It encompasses the complete spectrum of health, safety and environmental risk management including personal security and product stewardship.

For more information on HSSE in BP, see the group HSSE website *http://hse.bpweb.bp.com/hse*

For additional security requirements, refer to the *Digital systems use and security* section of this code. If you have questions or concerns relating to BP's HSSE requirements or activities, you have many ways to get help. You can raise the matter with your line management. Or, if you feel uncomfortable raising something with line management, you can use OpenTalk.

**Q.** Will I be penalized if I stop work when I have concerns about HSSE?

**A.** BP is committed to providing a safe place of work for everyone – that includes stopping work if we ever have concerns about HSSE. BP will not tolerate retaliation against anyone who in good faith stops work for HSSE issues – it's better to be safe than sorry. If you are unable to discuss this with your line manager for any reason, please use OpenTalk.

**Q.** We had a small spill on the ground – just a few litres. Do I have to report it?

**A.** All spills or releases of hydrocarbons or chemicals need to be reported to your line manager as soon as you are aware of them. This will allow for onward reporting, if required, to regulatory agencies, early investigation to identify root causes and implement corrective actions, and to meet BP's internal reporting policies.

CONFIDENTIAL

BP-HZN-2179MDL00405606

# Employees

At BP we seek to build a workplace that is safe, professional, and supportive of teamwork and trust. Everyone who works for BP contributes to our success and to creating a great company. Working together, drawing from our diverse talents and perspectives, we will stimulate new and creative opportunities for our business.

We are committed to creating a work environment of mutual trust – in which diversity and inclusion are valued – and where everyone who works for BP is treated with dignity and respect. Employees will be recruited, selected, developed and advanced on merit, irrespective of race, colour, religion, gender, age, national origin, sexual orientation, gender identity, marital status or disability. They will be entitled to feel included as part of a meritocratic organization of people from diverse backgrounds.

We will seek to work in good faith with trades unions and other bodies that our employees collectively choose to represent them within the appropriate legal framework.

20   Fair treatment and equal employment opportunity
22   Respectful, harassment-free workplace
24   Privacy and employee confidentiality

18   Employees

BP-HZN-2179MDL00405607



CONFIDENTIAL

## Fair treatment and equal employment opportunity

BP is a global company with approximately 100,000 employees operating in over 100 countries. Our strength is the diversity of our people. Each employee is recognized as an important member of our worldwide team. We respect the rights and dignity of all employees.

BP aspires to create a work environment of mutual trust and respect, in which diversity and inclusion are valued, and where everyone who works for BP:

- Knows what is expected of them in their job.
- Has open, constructive performance conversations.
- Is helped to develop their capabilities.
- Is recognized and competitively rewarded for their performance based on merit.
- Is listened to and is involved in improving team performance.
- Is fairly treated, with respect and dignity, without discrimination.
- Feels supported in the management of their personal priorities.

**Basic rules you must follow**

In support of these aspirations, as a BP manager you must:

- Make sure your own decisions regarding recruitment, selection, development and advancement of employees are based on merit – qualifications, demonstrated skills and achievements. Do not allow factors such as race, colour, religion, gender, age, national origin, sexual orientation, gender identity, marital status or disability to influence your judgement.
- Always seek to influence other parties with whom we work (contractors, agents, JVs) to do the same -- particularly where we are the JV operator or hold a majority interest.
- Follow all applicable labour and employment laws wherever we operate. In some areas where we operate, legal requirements are stringent. Familiarize yourself with any applicable additional local requirements with which you must comply.



20      Employees

CONFIDENTIAL

As a BP employee you must:
- Report any breaches of which you become aware and seek advice if you have a concern in this area – whether it concerns yourself, direct reports or others.

**Child and forced labour**

BP is committed to:
- The elimination of all forms of forced and compulsory labour.
- The effective abolition of child labour.

Each BP employee is expected to be aware of and to abide by these commitments in their job:
- Never personally hire child or forced labour.
- Be alert to any evidence of child labour or forced labour abuses in operations linked to our businesses – and report them.

**ⓘ** BP's equal opportunity and child labour policies are described in more detail at:
*http://hr.bpweb.bp.com/home.asp*
If you have further questions on equal employment and diversity, contact your local or regional HR representative.

If you believe that a conflict arises between the code and the laws, customs and practices of the place where you work, please contact HR or BP legal. You can also call OpenTalk.

**Q** In the country where I work, women are not allowed to apply for the jobs we offer. If we put their names forward as candidates for approval by the state JV partner, we know that they will be rejected. Should we therefore just exclude them from the list?

**A** No. Doing so would make it appear that we, as a company, agree with discrimination. Even though you may be certain of rejection, continue to put the best candidates forward based on merit. This is leading by example, and might in time be an influence for change.

**Q** I believe I have no prejudices in this area, but I feel sure the job coming open in my department requires too much travel time for a single parent. I only agreed as a courtesy to interview such candidates.

**A** If you made such an assumption, you would be violating company policy and in some areas possibly breaking the law. At BP, equal opportunity means just that – a fair chance for everyone

CONFIDENTIAL

BP-HZN-2179MDL00405610

## Respectful, harassment-free workplace

At BP, we believe every employee is entitled to fair treatment, courtesy and respect.

BP will not tolerate any form of abuse or harassment, in any company workplace, toward employees, contractors, suppliers, customers or others.

**Basic rules you must follow**
**Never**

- Engage in behaviour that could be characterized as offensive, intimidating, malicious or insulting.
- Engage in sexual harassment – i.e. unwelcome sexual advances, requests for sexual favours, physical contact or repeated sexual suggestions.
- Engage in any form of harassment with the intent or effect of:
  - Creating a hostile or intimidating work environment, including one in which employees may be driven to engage in inappropriate work practices in order to 'fit in'.
  - Unreasonably interfering with an individual's work performance.
  - Affecting an individual's employment opportunity.
- Humiliate, denigrate or injure another person.
- Make racial, ethnic, religious, age-related, or sexual jokes or insults
- Distribute or display offensive material, including inappropriate pictures or cartoons.
- Misuse personal information.
- Spread malicious rumours or use voicemail, e-mail or other electronic devices to transmit derogatory or discriminatory information.



These are just examples. Whatever the form of abuse or harassment, BP takes it very seriously. It simply has no place in the BP group.

CONFIDENTIAL

BP-HZN-2179MDL00405611



**Where to go for more information**

BP's non-harassment policies are described in more detail at *http://hr.bpweb.bp.com/home.asp*; more detailed information for your locality may be found on your local HR website.

See also the *Health, safety and security* section of this code regarding violence at work.

If you observe or experience any form of abuse or harassment, report it to your line manager, human resources, or call OpenTalk. BP strictly prohibits any form of retaliation against anyone making such a good-faith report.

Your prompt reporting will enable early management intervention to take place.

**Q** My boss occasionally acts in a way that makes me feel uncomfortable – asking me out for drinks, or striking up conversations when nobody else is around about having affairs. What should I do?

**A** If your boss's behaviour is unwelcome to you and you don't feel comfortable discussing this with him or her directly, you can raise the issue and seek practical support from your HR adviser – in confidence. You can also use OpenTalk.

**Q** We have someone on our team who is hearing impaired. He is a great worker. He can speak but he sounds very different from everyone else. Some people make fun of him behind his back. I find it embarrassing and bad for teamwork. What should I do?

**A** The conduct you describe is obviously creating an unhealthy work environment. It is unacceptable at BP. You have several options. You could try talking to the people involved – often peer pressure can successfully solve these issues. You could raise your concerns with HR – who are trained to deal with such problems; and OpenTalk is always available.

CONFIDENTIAL

BP-HZN-2179MDL00405612

## Privacy and employee confidentiality

BP is committed to respecting the confidentiality of our employees' personal information. It is BP policy to acquire and retain only employee personal data that is required for the effective operation of BP, or that is required by law in the places where we operate.

**Basic rules you must follow**

- Access to personal data is strictly limited to company personnel who have appropriate authorization and a clear business need for that information. If you do not have authorization or a valid business reason, do not seek access to this information.
- Those with access to personal employee data must only use it for the purpose for which it was collected and adhere to the highest standards of confidentiality in using it.
- Never provide personal employee data to anyone inside or outside of BP without proper authorization.
- Personal data must not be held longer than necessary to meet the legal and business reason for which authorization was given.
- There may be legal restrictions on moving personal data outside the country of origin – you must always seek advice from your local privacy and data protection co-ordinator (see information – right) before doing so.

Personal data, information or electronic communications created or stored on company computers or other electronic media such as hand-held devices are not private. Records of your electronic communications may be made and used for a variety of reasons, and may be subject to monitoring or auditing at any time and without notice. Keep this in mind and exercise care when you use company electronic media.

Consistent with its respect for employee privacy, BP does not normally take an interest in personal conduct outside of work – unless such conduct impairs the employee's work performance or affects the reputation or legitimate business interests of BP. See also the *Conflicts of interest* and *Political activity* sections of this code.

ⓘ For additional information, consult the BP *Privacy and data protection* policy and the *Eight data protection principles*, both of which can be found via: *http://digitalsecurity.bp.com* or contact your local privacy and data protection co-ordinator (who can be found via the website).

For further guidance on the personal use of digital systems, see the *Digital systems use and security* section of this code.

For further guidance on data retention periods, see the *Accurate and complete data, records, reporting and accounting* section of this code.

CONFIDENTIAL

BP-HZN-2179MDL00405613

**Q** I was working late last night at the office. When I went to use the photocopier I found a small stack of personnel records in the sorter. I noticed that the copies contained payroll information for our department. There is a lot of personal information on these forms. I don't want to get anybody in trouble, but I don't think it is right that this kind of information is left for all to see. What should I do?

**A** You should return the papers to payroll immediately and by confidential means. You should also report your discovery and your actions to your local privacy and data protection co-ordinator. Protecting confidentiality and privacy is the personal responsibility of each BP employee. You are doing the right thing by being alert to the issue and acting accordingly. Hopefully whoever left the papers in the copier will be counselled on their duty to protect the confidentiality of employee (and customer) data at BP.



CONFIDENTIAL

BP-HZN-2179MDL00405614

# Business partners

At BP, we believe that business relationships founded on trust and mutual advantage – where both sides benefit – are vital to our success. We will strive to create mutual advantage by understanding the needs of our customers, contractors, suppliers and joint venturers and conducting ourselves honestly, responsibly and fairly. Our continued success globally depends on competing aggressively, but we will do so fairly and in full compliance with the law.

28   Receiving and giving gifts and entertainment
32   Conflicts of interest
36   Competition and antitrust
40   Trade restrictions, export controls and boycott laws
42   Money laundering
44   Working with partners

BP-HZN-2179MDL00405615



BP-HZN-2179MDL00405616

## Receiving and giving gifts and entertainment

The exchange of gifts and entertainment can build goodwill in business relationships, but some gifts and entertainment can create improper influence (or the appearance of improper influence). Some can even be seen as bribes that tarnish BP's reputation for fair dealing or break the law.

'Gifts and entertainment' means **anything** of value, e.g. discounts, loans, favourable terms on any product or service, services, prizes, transportation, use of another company's vehicles, use of vacation facilities, stocks or other securities, participation in stock offerings, home improvements, tickets, and gift certificates.

Gifts and entertainment between BP employees and others fall into three categories:
- Those that are usually acceptable and that you may approve yourself.
- Those that are never acceptable.
- Those that may be acceptable but require prior approval.

**Usually acceptable self-approval test**
Some gifts and entertainment are sufficiently modest that they do not require prior approval. Subject to your applying a 'self-approval test' (see below), the following are usually acceptable without prior approval:
- Meals: modest occasional meals with someone with whom we do business.
- Entertainment: occasional attendance at ordinary sports, theatre and other cultural events.
- Gifts: gifts of nominal value, such as pens, calendars, or small promotional items.

Self approval test
In addition to applying the principles above, ask the following questions to determine whether a gift or entertainment is appropriate:
- Intent – Is the intent only to build a business relationship or offer normal courtesy, or is it to influence the recipient's objectivity in making a business decision?



CONFIDENTIAL

BP-HZN-2179MDL00405617

* Materiality and frequency – Is the gift or entertainment modest and infrequent or could it place you (or the other party) under an obligation?
* Legality – Are you sure that the gift or entertainment is legal both in your country and in the country of the third party?
* Compliance with the other person's rules – Is the receipt of gift or entertainment allowed by the recipient's organization? Special care must be taken when dealing with government officials as many countries do not allow officials to accept gifts or entertainment.
* Transparency – Would you be embarrassed if your manager, colleagues or anyone outside BP became aware? If so, there is probably something wrong.
* Hypocrisy – Are you adopting double standards? We should only offer what we would be comfortable to accept (and vice versa).

### Always unacceptable
Other types of gifts and entertainment are simply wrong. These are never permissible, and no one can approve them. These are:
* Any gift or entertainment that would be illegal (anything offered to a government official in breach of local or international bribery laws).
* Gifts or entertainment involving parties engaged in a tender or competitive bidding process.
* Any gift of cash or cash equivalent (such as gift certificates, loans, stock, stock options).
* Any gift or entertainment that is a 'quid pro quo' (offered for something in return).
* Any entertainment that is indecent, sexually oriented, does not comply with BP's commitment to mutual respect or that otherwise might adversely affect BP's reputation.
* A gift or entertainment that you pay for personally to avoid having to report or seek approval for.

### May be acceptable with prior approval
For anything that does not fit into the other categories, the gift or entertainment may or may not be permissible. You must get approval from your line manager or group vice president (GVP) as appropriate for the following:
* Entertainment that exceeds the lower of a) $250 or b) the limit set by local BP management.
* Gifts valued at more than $50 (or any lower local limit).
* Lavish meals that may cost more than $150 (or any lower local limit).
* Special events – such as a World Cup game or major golf tournament (these usually have a value of more than $250).
* Travel or overnight accommodation, as this normally raises the personal benefit to material levels.

Any entertainment valued at more than $1,000 (or gifts over $250) must be approved by a GVP.

In determining whether to approve something in this category, BP managers will apply criteria similar to those described in the 'self-approval test'.

In some departments and business units, more restrictive guidelines or rules on gifts and entertainment may apply. Employees must be careful not to accept any gift or entertainment that does not comply with such guidelines or rules.

CONFIDENTIAL

BP-HZN-2179MDL00405618

## Receiving and giving gifts and entertainment continued

**Other important things to know about gifts and entertainment**

Gifts and entertainment registers
All business meals, gifts and entertainment -- whether accepted or declined by BP employees – must be recorded in the gifts and entertainment register which you use. This does not apply to nominal value items such as promotional material, mementoes or working meals. The local policy will define the cost threshold for recording such items.

What to do if you receive an impermissible gift
It is acceptable to receive a gift that exceeds a designated monetary limit if it would be insulting to decline it, but the gift must be reported to line management who will decide whether it:

* May be retained by the recipient.
* Will be retained for the benefit of BP.
* Will be sold and the money donated to charity.
* Will be returned to the donor.

You must immediately return any gift of cash or cash equivalent such as a bank cheque, money order, investment securities or negotiable instrument.

Rules for gifts and entertainment involving government officials
Governments in some parts of the world have substantially more stringent requirements regarding gifts and entertainment, and breaches of these rules can be serious offences. If you deal with a government, make sure you know the rules that apply to your circumstances. Seek advice from BP legal, if in doubt.

Rules for government, joint venturer and state company delegations
BP receives visits of government, joint venturer and state company delegations to BP offices and sites in other countries. It is acceptable to promote, demonstrate and explain the benefits of BP's products or technology to state-employed decision makers or potential partners provided there is no attempt to bias a decision by offering personal benefits. It is unacceptable to pay for the travel, accommodation or daily expenses of a delegation without prior approval from BP legal.

 If you have questions or concerns about gifts and entertainment policies, contact your line manager or group compliance & ethics.

CONFIDENTIAL

BP-HZN-2179MDL00405619



 One of our suppliers offered me two tickets to a really good London stay. He can't afford them, too, so he sold me to use them as this friend. Can I accept the tickets without approval since their value is not more than $250.

Under BP's policies (but remember that lower limits set by your local BP management may apply), you are generally not required to get approval for ordinary business entertainment valued at $200 or less. However, in this case, because the supplier is not going with you, the tickets are really a gift – not business entertainment, the general BP limit for accepting positive gifts without approval is less than $50, so in this your must get approval from your line manager.

CONFIDENTIAL

BP-HZN-2179MDL00405620

Conflicts of interest

BP respects its employees' privacy and therefore does not normally take an interest in personal conduct outside of work. However, when an employee's personal, social, financial or political activities interfere or have the potential of interfering with the employee's loyalty and objectivity toward the group, a 'conflict of interest' may exist that must be satisfactorily resolved. Actual conflicts must be avoided, but even the *appearance* of a conflict of interest can be harmful, too.



Business partners

BP-HZN-2179MDL00405621

Conflicts of interest can arise in many ways. Here are examples of some of the more common ones.

### Outside jobs and affiliations

Outside employment and affiliations can create conflicts of interest. Examples include:

- Having a second job.
- Performing services.
- Serving as a director or consultant.
- Holding a financial interest.

Any of the above relating to a third-party organization that is a competitor, customer or supplier of goods or services to BP, may raise a conflict of interest, or the appearance of a conflict of interest. (The same is true if the relationship is with an organization that is seeking to become a competitor, customer or supplier.)

**Some arrangements** of this kind are never permissible. For example, you must never work or provide services for anyone that you must deal with as part of your job for BP.

For all other relationships with competitors, customers or suppliers that could possibly raise a conflict of interest, you must first disclose it and obtain written approval from your line manager.

### Jobs and affiliations of close relatives

The activities of close relatives sometimes can create conflicts of interest, too. If you learn that a 'close relative' works or performs services for a competitor, customer or supplier, you must promptly notify your line manager to determine if action is required. In general, a relative should not have any business dealings with you, with anyone working in your business unit, or with anyone who reports to you. In addition, you should never be in a situation where you have the ability to hire, supervise, affect terms and conditions of employment, or influence the management of any close relative, regardless of whether that person is a BP employee or employed by a BP contractor. Exceptions require specific approval by your line manager.

'Close relative' means a spouse, partner, parent, step-parent, child, step-child, sibling, step-sibling, nephew, niece, aunt, uncle, grandparent, grandchild and in-law.

### Boards of directors

Occasionally, an employee may be asked to serve on the board of directors of another organization and this can, in some cases, raise a conflict of interest or even a legal issue. Before accepting a position as a board member (including for not-for-profits), always get written approval as required by the non-executive directorship approval process which can be found at:
*http://cosec.bpweb.bp.com/procedures.htm#director.*

### Other relationships

You must also be careful to notify your line manager if you have any other relationships which could create, or appear to create, a conflict of interest.

CONFIDENTIAL

BP-HZN-2179MDL00405622

## Conflicts of interest continued

### Investments

Employees and their close relatives need to be careful that their investments do not create conflicts of interest, impairing the employee's ability to make objective decisions on behalf of BP.

Conflicts can occur if investments are made in competitors, suppliers, or customers. Any 'substantial interest' in a competitor, supplier or customer requires the prior written approval of your line manager.

A 'substantial interest' means any economic interest that might influence or appear to influence your judgement. (Usually, ownership of less than 1% of the shares of a publicly quoted company is not a problem. However, if in doubt, check with your line manager or BP legal.)

**Some investments are always wrong**

- Never invest in a supplier if you have any involvement in the selection or assessment of, or negotiations with, the supplier, or if you supervise anyone who has such responsibility.
- Never invest in a customer if you are responsible for dealings with that customer or supervise anyone with such responsibility.

Usually, however, whether an investment creates a conflict of interest is a matter of good judgement. When deciding whether an investment might create a conflict, ask yourself these questions:

- Would the investment affect any decisions I will make for my company?
- How would the investment seem to others inside my company, such as my co-workers – would they think it might affect how I do my job for the company?
- How would it look to someone outside the company, such as a customer or shareholder, or even in a newspaper?

 If you think you may have a conflict of interest, or that others could possibly believe an activity or relationship you are engaged in is a conflict of interest, you must promptly disclose this to your line manager. Many conflicts of interest can be resolved in a mutually acceptable way, but they must be dealt with. Failure to disclose a conflict may lead to disciplinary action.



Business partners

CONFIDENTIAL

BP-HZN-2179MDL00405623

 My team just hired another team member's son. Is this allowed?

 We do have cases where relatives work in the same operating unit, but where this occurs, the code requires that one relative must not be in a position to hire, supervise, affect terms and conditions of employment, or influence the management of the other relative.

 My spouse is an officer in a company that has business dealings with BP in my job at BP. I also have contact with that company from time to time. Is this a problem?

 These circumstances must be brought to the attention of your line manager. It is important that all actual or potential conflicts be discussed so that any issues can be anticipated and avoided.

 Does the code apply to people with whom I have a close personal relationship but who are not my relatives?

 The code offers examples of areas where conflicts may arise, but it cannot describe every situation that could create a conflict. Always keep in mind what the code tells us is the concern here — an activity or relationship that interferes with your loyalty and objectivity towards the group. If you have a personal relationship that has the potential of interfering with how you make decisions at work, or could appear to others to do so, a conflict of interest may exist. Tell your line manager so that the situation can be addressed.



http://codeofconduct.bpweb.bp.com

CONFIDENTIAL

BP-HZN-2179MDL00405624

# Competition and antitrust

BP strictly adheres to what are called 'competition' laws in many countries and 'antitrust' laws in others – laws that promote or protect free and fair competition around the world. Competition laws prohibit anti-competitive behaviour, such as price-fixing conspiracies.

Facts about competition laws:

**Competition laws vary around the world**
Many countries have laws prohibiting anti-competitive behaviour, so depending on where you work, the laws that apply to you may vary.

**They can cover conduct outside the country**
Some competition laws – such as the US and EU antitrust laws – can apply even when the conduct occurs outside the relevant country or countries' borders.

**Penalties are severe**
In the EU, fines for anti-competitive behaviour can be 10% of group global turnover. In the US and UK, individuals convicted of conduct such as price-fixing can receive prison sentences. Around the world countries are developing and enforcing laws on anti-competitive activity.

**Careless conduct can break the law**
A seemingly innocent business contact – such as a lunch discussion with a competitor's sales representative or a business chat at an industry trade association – can be viewed as an attempt to send an anti-competitive 'signal' to competitors. In short, even the appearance of compromising activity might be viewed as breaking the law.

**Certain arrangements almost always break competition laws**
**Never**
Talk with or exchange information with competitors to:
* Fix prices – this can include setting minimum or maximum prices, or 'stabilizing' prices.
* Fix terms related to price, pricing formulas, credit terms, etc.
* Divide up markets, customers or territories.
* Limit production, including agreements to shut down capacity.
* Rig a competitive bidding process, including arrangements to submit sham bids.



Business partners

CONFIDENTIAL

BP-HZN-2179MDL00405625

Other activities *may raise competition issues*
**Always**
Consult with BP legal before:

* Entering into joint ventures, mergers, acquisitions and marketing, purchasing or similar collaborative arrangements with competitors.
* Establishing exclusive dealings arrangements (e.g. contracts that require a company to buy or sell only from BP).
* Tying or bundling together different products or services (e.g. contracts that require a buyer who wants one product also to buy a second 'tied' product).
* Serving as a director or consultant in a company that competes with us.
* Setting mandatory resale prices with resellers.

Some conduct which is perfectly legal for most companies may raise competition law concerns if we have a large market share. It is illegal in many jurisdictions to use anti-competitive means to acquire or maintain a monopoly or dominant position. If your business unit has a substantial market share, you must consult with BP legal.

Charging different prices to customers *can* be illegal in some areas and under certain circumstances. Employees with authority to set prices need to learn the requirements of the law in their jurisdiction and to consult with BP legal on pricing practices.

Trade associations
Trade associations can perform useful and legitimate functions, such as the enhancement of safety within a particular industry. But because trade associations place us in close proximity with our competitors, their membership and activities require us to follow special cautionary guidelines.

Employees must not engage in discussions or activities that would lead to the allegation or appearance of improper behaviour. Even passive participation in a meeting where a questionable discussion is taking place can put you and the company at serious risk. If you find yourself in this type of situation, you must make it clear that you believe the discussion is improper, break away from the discussion, and always promptly inform BP legal. You should consult BP legal if you are in any doubt about proper behaviour at trade association meetings.



http://codeofconduct.bpweb.bp.com

CONFIDENTIAL

BP-HZN-2179MDL00405626

## Competition and antitrust continued

### Gathering competitor information

Competition laws can make obtaining competitor information difficult since direct or indirect contact with competitors can have serious legal consequences. However, in order to compete effectively in the global marketplace, it is necessary and, if done correctly, legal to gather competitor information. At BP we will conduct rigorous, lawful competitor intelligence gathering. We will use only available literature, industry and other publicly available sources to understand business, customer and supplier directions, technology trends, regulatory proposals and developments, and existing and expected courses of suppliers and competitors. BP will gather this information fairly and legally. Some forms of information gathering are always wrong. Examples include:

* Theft.
* Illegal entry.
* Bribery.
* Misrepresentation of who you are.
* Electronic eavesdropping.

At BP, we are committed to avoiding even the appearance of improper information gathering. If you even suspect that a piece of competitor information might be considered confidential by the competitor you must check with BP legal before using the information in any way.



Business partners

CONFIDENTIAL

BP-HZN-2179MDL00405627

If you have questions or concerns about your
responsibilities under the competition laws,
consult your line manager or BP legal. If you
have a question about whether it is appropriate
to accept or have certain competitor information,
contact BP legal.



At a trade association meeting, I was present at a conversation between competing
manufacturers. One representative said: "I don't know about the rest of you, but our
profit margins aren't as good as they used to be." Another said: "I wish we could do
something about all those deep discounts." I did not comment but over the next few
weeks the companies whose representatives were present during the conversation
raised their prices. Should I have acted differently?



A court might conclude that everyone present during the conversation, whether they said
anything or not, had engaged in price fixing – even though there was never an explicit
agreement. If you find yourself present during a discussion of prices with competitors,
break away from the discussion, make it clear you consider it improper, and advise BP
legal immediately.



A representative at another energy company called me and asked me to a meeting in
another country about 'rationalizing' the market for a product we both supply. Since the
'rationalizing' meeting is outside both the US and the UK, is it OK for me to go?



No. You must immediately contact BP legal. Attending a 'rationalizing' meeting could be
extremely serious criminal conduct. Don't be fooled by codel words like 'rationalizing',
and having the meeting in another country won't change the result. This meeting can still
break the laws of the UK, the EU, the US and other affected nations.



http://code of conduct.bpweb.bp.com

CONFIDENTIAL

BP-HZN-2179MDL00405628

Trade restrictions, export controls and boycott laws

A number of countries periodically impose restrictions on exports and other dealings with certain countries, entities and individuals. Serious penalties – fines, revocation of permits to export, and imprisonment – can apply when these laws are broken.



40   Business partners

BP-HZN-2179MDL00405629

Examples of trade bans and restrictions include:
- Exports or re-exports to a prohibited country.
- Imports from, or dealings in property originating from, a sanctioned country.
- Travel to or from a sanctioned country.
- New investments and other dealings in a sanctioned country, or with designated individuals.
- Transfer of restricted software, technical data or technology by e-mail, download, service work, meetings or visits to BP facilities.
- Export of articles or services designed or adaptable for military application.
- Laws prohibiting support of boycott activities (e.g. US anti-boycott laws).

The list of prohibited countries and restrictions is subject to change. For this reason, if your work involves the sale or shipment of products, technologies or services across international borders, make sure you keep up to date with the rules that apply and check with BP legal if you are ever unsure.

 Breaches of trade restrictions and export controls can be serious. If you have questions about how these laws apply to you, contact BP legal.

Notify BP legal immediately and before taking any action if your company receives any boycott-related requests, whether oral or written. This includes both requests that are part of an actual order and also those that do not concern a specific transaction.

 We have received an order for an unusual volume of special fuel from a new customer. The customer is in a country where we are allowed to ship, but we have heard that the customer may have close ties to a regime in a country where we may not ship. Payment will be made in the currency of yet another country. It's a big sale and our local representative says not to worry. Can we just assume that the fuel will be used in the country where we are shipping, or is this a problem?

 The information you have indicates that the fuel might be shipped to a prohibited country. Clearly, there are enough warning signs here that you need to get advice from BP legal before acting. You need to get advice on what to do.

http://code/conduct.bpweb.bp.com

CONFIDENTIAL

BP-HZN-2179MDL00405630

## Money laundering

Money laundering is the process by which individuals or entities try to conceal illicit funds, or otherwise make these funds look legitimate. BP will not condone, facilitate or support money laundering.

Few BP employees will ever personally be in the position to infringe 'money laundering' laws, but there are two areas which we all need to watch out for:
* Irregularities in the way payments are made.
* Customers who appear to lack integrity in their operations.

### Payment irregularities
BP supports anti-money laundering policies by using procedures to avoid receipt of cash or cash equivalents that are the proceeds of crime.

**Be wary of:**
* Payments made in currencies other than that specified in the invoice.
* Attempts to make payments in cash or cash equivalents.
* Payments made by someone not a party to the contract (unless approved).
* Payments to/from an account other than the normal business relationship account.
* Requests or attempts to make payments for each invoice or group of invoices by multiple cheques or drafts.
* Requests to make an overpayment.

### Know your customer guidelines
To help make sure that we only do business with firms that share BP standards of integrity.

**Always:**
* Assess the integrity of potential customers and other business relationships.
* Communicate with customers about our compliance expectations of them.
* Continue to be aware of and monitor customers' business practices.
* Do not do business with any customer or other business partner suspected of wrongdoing relating to dealings with us unless those suspicions are investigated and resolved or otherwise approved by BP legal.

The above are guidelines only and are not a substitute for using good judgement and common sense when assessing the integrity and ethical business practices of customers and business partners.

If anything doesn't seem quite right, seems too good to be true, or you feel uncomfortable with any customer or other business relationship, contact BP legal for advice.

Business partners

Promptly report suspicious transactions or activities
by any customer to BP legal. They will then be able
to give prompt legal advice to ensure that the
transaction is dealt with correctly.

For further guidance, you should also refer to the
*Bribery and corruption* section of this code.





A customer has asked to pay BP from multiple accounts and using a combination
of multiple payment types (cash, cheques, etc.)? What should I do?

This is suspicious money laundering behaviour. You should immediately consult BP legal
and you should only take further steps in the transaction - including accepting payment
from the counterparty - after BP legal has advised you how to proceed. Seek from BP
legal a copy of BP's *Know your customer* guidelines which should help you to recognize
such issues at an early stage in the transaction and enable BP to take appropriate legal
steps in a timely fashion.



A customer who has overpaid has requested a refund in cash, rather than through
the normal mechanism. What should I do?

You should promptly seek advice from BP legal. They will then be able to give timely
legal advice to ensure that the transaction is dealt with correctly.

CONFIDENTIAL

BP-HZN-2179MDL00405632

## Working with suppliers

BP's suppliers play a critically important role in our ability to operate and provide products and services to our customers. That is why we must choose suppliers carefully, based on merit, and with the expectation that our suppliers will act consistently with our compliance and ethics requirements.

If your job involves selecting or working with suppliers, keep the following rules in mind.

**Basic rules you must follow**

- Choose suppliers based on merit, avoiding conflicts of interest, inappropriate gifts and entertainment or any other kind of favouritism that might compromise selection.
- Seek to do business with suppliers who comply with legal requirements and who act in a manner that is consistent with BP's commitment to compliance and ethics as outlined in this code.
- Help our suppliers understand BP's compliance and ethics requirements.
- Be alert to and report to line management activity by suppliers that is inconsistent with those requirements.
- Be careful not to give one supplier's confidential business information (proposed rates, winning bid information, etc.) to another.

**Note:** Additional rules regarding suppliers may apply to your job. Make sure you know the applicable rules within your area.

 One of our suppliers' employees told me he can help us obtain a contract with a customer. I think he may be planning to offer lavish travel and entertainment to one of the customer's vice presidents, which would break the customer's own rules. If it is the supplier that is doing this and we would benefit by getting the contract, is it my responsibility to do anything about this?

 Yes. You need to tell others at BP about your suspicions. Not only do we not want to get the contract under inappropriate circumstances, but we need to evaluate our relationship with the supplier to make sure that the activities of our one representative do not indicate a bigger problem in the way the supplier operates. Contact your local procurement manager.

Business partners

CONFIDENTIAL



You can help strengthen our supply chain by reporting deviations by suppliers from our code to your local procurement manager.

http://code+conduct.bpweb.bp.com

CONFIDENTIAL

# Governments and communities

Our aim is that countries and communities in which we operate should properly benefit from our presence – through the wealth and jobs created, the skills developed within the local population and the investment of our time and money in people. We will work towards improvements that are measurable and contribute to the real, independent growth of communities where we operate.

We will not engage in bribery or corruption in any form. Corruption is the enemy of development and human progress, and we are committed to transparency in all our dealings.

We will engage constructively with all governments in whose jurisdiction we operate. We will not participate in partisan political activity, and will make no political contributions in any country.

We will seek to form a constructive and productive relationship with all branches of the media.

48   Bribery and corruption
50   Dealing with governments
51   Community engagement
52   External communications
54   Political activity

46   Governments and communities

CONFIDENTIAL

BP-HZN-2179MDL00405635



CONFIDENTIAL

BP-HZN-2179MDL00405636

## Bribery and corruption

Bribery means giving or receiving
an undue reward to influence
the behaviour of someone
in government or business
to obtain commercial advantage.

Most countries have laws that prohibit corruption.
In addition, an increasing number of countries are
adopting laws to prohibit bribery even when it is
committed outside these countries' own borders –
i.e. paid to a foreign governmental official. A breach
of any of these laws is a serious offence which can
result in fines for companies and imprisonment for
individuals. Even the appearance of a breach of anti-
bribery or anti-corruption laws could do incalculable
damage to BP's reputation.

**Anti-bribery and anti-corruption laws**
- Apply to BP employees worldwide.
- Forbid making, offering or promising to make a
  payment or transfer anything of value, including
  the provision of any service, gift or entertainment,
  to government personnel and other officials for
  the purpose of improperly obtaining or retaining
  business, or for any other improper purpose or
  business advantage.
- Forbid making improper payments through third
  parties – BP personnel must therefore be diligent
  in selecting and monitoring contractors, agents
  and partners.
- Require that companies keep accurate books and
  records so that payments are honestly described and
  company funds are not used for unlawful purposes.







48    Governments and communities

CONFIDENTIAL

BP-HZN-2179MDL00405637

**Basic rules you must follow**

**Never**

- Offer or make an unauthorized payment, or authorize an improper payment (cash or otherwise) to a local or foreign official, or any related person or entity.
- Attempt to induce a local or foreign official to do something illegal.
- 'Shrug off' or fail to report any indication of improper payments.
- Offer or receive money (or anything of value), gifts, kickbacks or commission, in relation to obtaining business or awarding contracts.
- Establish an unrecorded 'slush' fund for any purpose.
- Do anything to induce or facilitate someone else to break these rules.
- Permit an agent or representative of BP to take questionable actions ('looking the other way').

**BP rules on facilitation payments***

BP policy does not permit so-called 'facilitation' or 'grease' payments to be made to government officials, even if such payments are nominal in amount.

(*'Facilitation payments' are payments made to secure or speed up routine legal government actions, such as issuing permits or releasing goods held in customs.)

**Commercial bribery**

Bribery of government officials is a serious matter, but bribery of those working in the private sector is also often illegal and always against BP's own standards of business conduct. In the end, bribery is bribery regardless of the recipient.



For further information on bribery laws, contact BP legal. In addition, as a general matter, if you are involved in international business, contact BP legal to make sure you understand the policies – local or international – that may apply to your business activities.

For further guidance, refer to the *Accurate and complete data, records, reporting and accounting* and also *Money laundering* sections of this code.



I was told that I could hire a consultant to take care of getting all the permits we need from a foreign government. He requested a $40,000 retainer and said that he would use the money to 'help move the process along'. Since we don't really know where the money is going, do we have to worry about it?

Yes, you do have to worry about it. You must know where that money is going and for what purpose it is being used. Moreover, your company is required to take steps to ensure that this money is not used as a bribe. Seek the advice of your line manager or BP legal immediately.

You may have worked previously for, or have colleagues at, another company that allows facilitation payments to be made. BP does not.

http://codeofconduct.bpweb.bp.com

CONFIDENTIAL

BP-HZN-2179MDL00405638

## Dealing with governments

Being transparent in our communications about our performance (whether good or bad) increases trust in our activities, and makes others wish to do business with us.

**Government or regulatory agency enquiries or investigations**

If you have contact with government officials during your work, or are asked to provide information in connection with a government or regulatory agency enquiry or investigation, you must make sure that any information you provide is truthful and accurate, and that BP's legitimate interests are protected. Always seek advice from BP legal and your line manager (who may consult the local communications & external affairs team) before responding to a non-routine request for information from a government or regulatory agency (for definition of such non-routine requests, see the *Political activity* section of this code).

**Basic rules you must follow**
**Never**

- Mislead any investigator or other government or regulatory official.
- Attempt to obstruct in any manner the collection of information, data, testimony or records by properly authorized government or regulatory officials (if in doubt, consult BP legal).
- Conceal, alter or destroy documents, information or records that are subject to an investigation or enquiry (if in doubt, consult BP legal).
- Attempt to hinder another employee from providing accurate information.
- Retaliate against anyone who co-operates with the government or regulatory agencies.

**Always**

- Co-operate courteously with officials conducting a government or regulatory agency enquiry or investigation.
  - However, where the request is non-routine, notify and seek advice from BP legal and your line manager before responding.
- Make sure that records and information relevant to any government or regulatory agency enquiry or any litigation are preserved.
  - Make sure that any automatic systems, including electronic systems, for record disposal are stopped to avoid destruction of relevant records and information relating to such circumstances.

(See also the *Accurate and complete data, records, reporting and accounting* section of this code – *Record retention* – page 60.)

CONFIDENTIAL

BP-HZN-2179MDL00405639

## Community engagement

**Community engagement in areas of operation**
At BP we seek to engage in open and transparent
dialogue and consultation with communities and other
representatives of civil society – e.g. recognized
international non-governmental organizations (NGOs)
– who have a legitimate interest in our operations.

**Basic rules you must follow**
**Always**
- Comply with local laws and regulations in each
  community and country in which you work.
- Respect the cultures and varying business customs
  of those communities and countries (as long as they
  do not conflict with the principles in this code).
- Seek to recruit qualified local personnel, where
  practical.
- Notify contact with designated International NGOs to
  your line manager and your local communications &
  external affairs (C&EA) team in advance of engaging
  in dialogue.

We encourage employee participation in support of local
community development initiatives and civic causes.
(However, you need to be careful to avoid conflicts of
interest – for further guidance on this, see the *Conflicts
of Interest* section of this code.)



http://codeofconduct.bpweb.bp.com

CONFIDENTIAL

## External communications

**Investors, analysts and the media**

External communications with these audiences require careful consideration and a unique understanding of legal and media issues. Only those employees specifically authorized to do so may respond to enquiries from members of the investment community (e.g. shareholders, brokers, investment analysts, etc.).

**Basic rules you must follow**
**Always**
- Take advice from the press office or investor relations before talking about company matters with a reporter or analyst, either on or off the record.
- Report enquiries promptly to the press office or investor relations as appropriate, and take their advice before responding.

**External speaking engagements**

**Basic rules you must follow**
- Statements of BP's existing financial position and forward-looking financial statements may be made only by properly authorized officers of the company.
- Non-financial formal speaking engagements on behalf of the company must be cleared by your senior leadership, in consultation with the local C&EA team.
- Even where the venue is informal, such as a trade association event, if possible, seek review of your presentation by your line manager and in all cases take care not to cause any harm to the reputation of the BP group.

 The communications & external affairs (C&EA) function exists to ensure consistent communications with all our key external audiences. It is critical that our communications with external audiences are managed in a co-ordinated way.

If you have any doubts or concerns in this area, raise them with your line manager or with your local C&EA representative.

 I have just received an invitation to attend a hearing of a government/local authority committee as an expert industry witness. How should I respond?

 You must seek advice from your line manager and from the local C&EA team as to whether you (or another) should attend; they will give you any necessary guidance for the hearing itself.

CONFIDENTIAL                    BP-HZN-2179MDL00405641



http://codeofconduct.bpweb.bp.com   57

CONFIDENTIAL

BP-HZN-2179MDL00405642

## Political activity

### Corporate political activity

BP's approach on corporate political participation is very simple and applies everywhere we do business:

- The company will *not* participate directly in party political activity.
- The company will make *no* political contributions, whether in cash or in kind, anywhere in the world.

### Personal political activity

BP recognizes employees' rights to participate as individuals in the political process, in ways that are appropriate to each country. However, you must be careful to make clear that you do not represent the company as you participate in the political process.

### Basic rules you must follow

- Do not use company time, property or equipment to carry out or support your personal political activities. In short, engage in the political process in your own time and with your own resources.
- Always make clear that your views and actions are your own and not BP's.
- If you plan to seek or accept a public office, notify your manager in advance. You should discuss whether your official duties might affect your work and work constructively with your manager to minimize any adverse impact on your job.

### Lobbying/advocacy

Although BP will not directly participate in party politics, the company will continue to engage in policy debate on subjects of legitimate concern to the group, its staff and the communities in which it operates, by processes such as lobbying.

### Basic rules you must follow

- Lobbying activity on behalf of the interests of BP is highly regulated by law. Our communications & external affairs team (C&EA) is responsible for this activity.
- Consult your line manager before any non-routine contact is made with government officials or employees. Non-routine is defined as:
  – Other than as required by normal government processes and monitoring contacts.
  – Relating to government policy or legal/ regulatory changes.



CONFIDENTIAL

BP-HZN-2179MDL00405643

ⓘ Contact your line manager or local C&EA team
if you are in doubt as to whether an activity
is appropriate, or might be subject to
misinterpretation.

If you feel uncomfortable about reporting something
directly to line management, you can seek advice
from OpenTalk.

Ⓠ I attended a fundraising dinner for a pro-business candidate for a local office position.
Since this candidate takes positions favourable to our interests, can I get this expense
reimbursed by BP?

Ⓐ No. Reimbursement of this expense would amount to a contribution by BP and would
not comply with BP's prohibition against political contributions. As an individual, you are
of course free to support the candidate because you believe in their policies.

Ⓠ Our business has from time to time made contributions to local governments, such
as material for science training programmes, solar education materials, and surplus
BP equipment. Are these donations allowed by the code?

Ⓐ Yes. In-kind contributions of materials to schools or local governments are a critical
feature of BP's community relations in some areas and are allowed by the code.
However, any contributions of this sort must be handled by your local C&EA team.

CONFIDENTIAL

BP-HZN-2179MDL00405644

# Company assets and financial integrity

We have the responsibility as well as a legal duty to protect the physical, intellectual property and financial assets of BP. We will comply with all applicable laws and regulations (including GAAP) in each jurisdiction where we operate. We will be forthright and transparent about our operations and performance, accurate in the recording and reporting of data and results, and exercise care in the use of our assets and resources.

**58**   Accurate and complete data, records, reporting and accounting
**62**   Protecting BP's assets
**64**   Intellectual property and copyright of others
**66**   Insider trading
**68**   Digital systems use and security

Company assets and financial integrity

BP-HZN-2179MDL00405645



CONFIDENTIAL

## Accurate and complete data, records, reporting and accounting

Honest, accurate and objective recording and reporting of information – whether financial or non-financial – is essential to:

- BP's credibility and reputation.
- Meeting BP's legal and regulatory obligations.
- Meeting BP's responsibility to shareholders and other external stakeholders.
- Informing and supporting our business decisions and actions.

All data that BP employees create – whether financial or non-financial – must accurately reflect transactions and events.



CONFIDENTIAL

BP-HZN-2179MDL00405647

**Financial data**
(e.g. books, records and accounts) must conform both to generally accepted accounting principles and to BP's reporting policies.

Failure to keep accurate and complete records is not only contrary to BP policy but also may break the law. There is never a justification or an excuse for falsifying records or misrepresenting facts. Such conduct may constitute fraud and can result in civil and criminal liability for you and for BP.

**Other data**
(e.g. HSSE performance, quality data, regulatory filings and other essential company information) must also be accurate and complete. This is true whether the data is in paper documents, computer-based or any other medium that contains information about BP or its business activities. Again, both our own company standards and, in many cases, legal standards, require it.

**Basic rules you must follow**
**Always**
- Ensure all transactions are properly authorized and accurately and completely recorded.
- Follow all laws, external requirements and company processes for reporting information, which apply in the jurisdiction(s) where your actions are recorded.
- Ensure that no undisclosed or unrecorded account, fund or asset is established or maintained.
- Co-operate fully with our internal and external auditors, provide them with accurate information and on request allow them unrestricted access to staff and documents (subject to legal constraints).
- Show financial integrity in submitting or approving expense claims.

**Never**
- Deliberately make a false or misleading entry in a report, record or expense claim.
- Falsify any record, whether financial or non-financial (e.g. safety, environmental or quality results).
- Sell, transfer or dispose of company assets without proper documentation and authorization.
- Try to influence others to do anything that would compromise the integrity of BP's financial records or reports.
- Commit BP to contractual obligations which are beyond the scope of your delegated authority.

Falsifying or creating misleading information can constitute fraud – and, simply put, fraud of any kind will not be tolerated.

CONFIDENTIAL

BP-HZN-2179MDL00405648

## Accurate and complete data, records, reporting and accounting continued

Senior financial officers and others responsible for
the accuracy of financial reporting have an additional
responsibility to ensure that proper controls are in
place to achieve truthful, accurate, complete, objective,
consistent, timely and understandable financial and
management reports. The applicable external and
internal reporting standards as set out in the group
reporting manual must be followed at all times.

**Record retention**
Documents and records must be retained in accordance
with the law and our record retention guidelines.

**Basic rules you must follow**
**Never**
- Conceal, alter, destroy or otherwise tamper with:
  – Company records or documents except as
    authorized in accordance with established standards
    and guidelines.
  – Documents relating to actual, pending or threatened
    litigation and government/regulatory investigations,
    or in circumstances where there is reason to believe
    such litigation or investigation is reasonably likely to
    occur in the future.
- Remove or destroy records prior to the specified date
  without first obtaining permission as outlined in BP's
  records management guidelines.

 **If you:**
- Are uncertain about the validity of any entry or
  financial process.
- Believe you are being asked to create any false or
  misleading entry, data or report (whether financial or
  non-financial or for internal or external use).

You must promptly report such concern or incident, or
seek advice regarding the matter from:
- Your line manager or financial controller if you have
  doubts about how to record a transaction properly.
- The subject matter expert in financial control &
  accounting (FC&A) if this does not resolve the concern.
- If you are worried that a transaction is being, or has
  been, improperly recorded, you must promptly report
  this to your financial controller or use OpenTalk.

Your prompt reporting will enable early management
intervention to take place.

If you feel uncomfortable about reporting something
directly to line management, you can use OpenTalk.




60   Company assets and financial integrity

CONFIDENTIAL   BP-HZN-2179MDL00405649

**Q** It is the last week in the quarterly reporting period. My boss wants to make sure we meet our numbers for the quarter, so he asked me to record an unconfirmed sale now that won't be finalized until next week. I guess this won't hurt anyone – should I do what he says?

**A** No. Costs and revenues must be recorded in the correct time period. The sale is not yet complete. It would be a misrepresentation and could amount to fraud to include it in an earlier period.

**Q** My team's year-end results are ahead of budget. A piece of new non-material equipment is due to be purchased and delivered in early January of the new year. My plant manager has asked that the invoice for the equipment be accrued out of this year's budget. Is this OK?

**A** The status of the budget is irrelevant. Where goods or services have not been received or supplied, the liability must not be recognized.

**Q** Every week, we are required to test chemical discharges that are produced when we make a particular product. The tests always come out the same, so sometimes when work is very busy we skip the tests and do them a day or two later if we can. Then, when we do the missing tests, we just back-date the results. Since this helps manage our work-flow, is this really wrong?

**A** This is wrong, against company policy, and might even constitute fraud. Test reports must be made when they are supposed to be made, and must also be completely accurate. Accuracy includes truthfully recording the actual test date. If workload is making it hard to do the tests on time, discuss this with your supervisor. No BP employee has the right to decide without proper approval that required recordkeeping 'doesn't matter' or to create a record that isn't accurate.

**Q** BP just seconded me to be the controller of a new production JV company. I see competitors in the same marketplace transferring crude at less than market price to a subsidiary of one of the joint venturers for resale at market price to a third party. That can have the effect of reducing taxes for the joint venture and increasing profits for one joint venturer. Should I suggest the JV consider a similar deal with one of BP's subsidiaries?

**A** The business, legal, ethical, and public relations issues in this area are complex and the consequences of a poor decision can be significant. A BP employee who works for a separate JV has both a fiduciary duty to that JV and a duty to follow the code. Failure to live up to these responsibilities can result in disciplinary action, and even civil or criminal liability. Always take care about pricing between BP and joint ventures or third party partners. Always consult legal, tax or accounting. Remember, we need to maintain the trust of everyone we work with if we are going to stay a truly great company. We compete hard for our success, but fairness requires us to treat our partners as we would wish to be treated.

CONFIDENTIAL

BP-HZN-2179MDL00405650

## Protecting BP's assets

All employees are responsible for using good judgement to ensure that BP's assets are not misused or wasted. These assets include property, time, proprietary information, corporate opportunities and company funds, as well as personal company equipment.



**Company property**

You are individually responsible for ensuring that BP property that you use or come into contact with as part of your work is not damaged, misused or wasted. You also have a duty of care to report the abuse of BP property by others.

You must not use any company equipment or facilities for your personal activities except in the very limited circumstances set out below.

- Portable or home-working equipment that is issued to you (for example, laptops and mobile phones) remains the property of BP. You must take reasonable care of it as you would other BP property: ensuring that it is not damaged, abused, wasted, lost or exposed to unnecessary risk of being stolen.

Limited, occasional or incidental personal use is permitted of certain company equipment issued for your individual use. This would include, for example, a phone call to check in with a child-care provider or advise that you will be late as a result of work. You must check whether your location has specific rules defining and controlling such occasional use. For information on personal use of BP networks and computers, see the *Digital systems use and security* section of this code.

**Company time**

Whilst at the workplace you are expected to be fully engaged in your work and not undertaking personal activities. Devote the necessary time to your work in order to fulfil your job responsibilities. Those required to report their hours worked must do so truthfully and accurately.

**'Intellectual property' and other protected information**

At BP we regularly produce valuable, non-public ideas, strategies and other kinds of business information – 'intellectual property' – which we own and need to protect just as we do with other kinds of property. Because it is the product of BP's own hard work, various laws allow BP to protect this information from use by outsiders.

Intellectual property includes:
- Patents.
- Copyrights.
- Trademarks and servicemarks.
- Other kinds of confidential business information such as:
  – Sales, marketing and other corporate databases.
  – Marketing strategies and plans.
  – Research and technical data.
  – Business ideas, processes, proposals or strategies.
  – New product development.
  – Software bought or developed by the company
  – Information used in trading activities including pricing, marketing and customer strategies.

CONFIDENTIAL

BP-HZN-2179MDL00405651

In addition, other confidential business information, such as personnel lists and customer data, must also be protected. Consult the BP *Privacy and data protection* policy and get advice from your privacy and data protection co-ordinator or BP legal on the acceptable use of personal information.

See also the *Privacy and employee confidentiality* section of this code.

Always protect and never disclose any confidential BP intellectual property or any other confidential information. This is to ensure that we reap the benefits of our own hard work and keep our commitments to others. These obligations apply throughout your employment and continue after your employment ends. Instructions for classification and protection of information are given in the *Security of information* standard.

On occasion, we may need to share BP intellectual property with persons outside of BP – for example, so that a third party can work effectively with us. However, even when there seems to be a legitimate reason to share proprietary information, you should never disclose such information without management's prior approval and then only under a written confidentiality agreement approved by BP legal.

**Corporate opportunities**
Employees owe a duty to BP to advance BP's legitimate business interests when the opportunity arises.

**Never**
- Use BP property, information, or position for personal gain.
- Compete with BP.

**Company funds**
**Always**
Protect BP's funds as you would your own: guarding against misuse, loss, fraud or theft. This includes company monies advanced to you and any company travel and entertainment, procurement or credit cards you may hold.

Make sure that all claims, vouchers, bills and invoices are accurate and submitted in a timely manner.

 If you have questions, you can consult BP legal or contact your line manager.

For the *Security of information* standard, see *http://digitalsecurity.bp.com* or your regional security advisor.

 **Q.** A former BP employee who worked on my team recently contacted me to request that I provide copies of some materials we worked on during his employment. In the course of this conversation, I learned that this former employee has copies of several binders and CDs with BP materials and data we used in a project. I told this employee that I would get back to him. What should I do now?

 **A.** You should not under any circumstances provide copies of the requested materials because they are likely to be BP confidential information. The former employee may also have breached his obligations under the code by taking BP confidential information, and there might be other issues for BP if this former employee has used or revealed this information to others. The obligation to maintain the security of confidential BP information applies not just during your employment but also following your employment. Contact your manager immediately, and your manager in turn should alert your local security representative and BP legal to determine what action BP should consider to protect BP's confidential information and property.

 **Q.** I have a large grass-mower at home which I'm lending to a friend. Is it OK if I borrow a BP truck at the weekend to take it to my friend's house and then use it again in two weeks time to bring it back?

 **A.** No. The company provides vehicles solely for use on company business and not for personal activities for a number of reasons, e.g. the vehicle's insurance may not cover the vehicle for personal use.

CONFIDENTIAL

BP-HZN-2179MDL00405652

## Intellectual property and copyright of others

Just as we protect our own business information (see the *Protecting BP's assets – intellectual property* and *Privacy and employee confidentiality* sections of this code), we are committed to respecting the intellectual and protected information of others.

**Basic rules you must follow**

- Do not bring to BP or use any confidential information, including computer records, from prior employers.
- Seek advice from BP legal when assigning work to a new employee if there is a risk that the employee might use protected information from a prior employer.
- Do not load any unlicensed software on any BP computer.
- Do not accept or use anyone else's confidential information except under an agreement approved by BP legal.
- Only copy documents and materials (including computer software) that are not copyrighted (for example, a government report) or when you have specific permission to do so.
- Do not use copyrighted materials or third-party trademarks (for example, portions of audio, video and off-the-internet or off-the-air recordings) in materials you are producing (including internet or intranet web sites) without specific permission from the copyright owner. Consult BP legal on whether 'fair use' may allow the use of brief excerpts.
- Do not knowingly infringe a valid patent of another party. Request advice from BP legal for significant new or modified products or processes, or for interpretation of patents.
- You are, of course, free to gather competitor information from legitimate public sources. See *Gathering competitor information* in the *Competition and antitrust* section of this code.

ⓘ If you have questions, you can contact your line manager, who may also wish to further consult BP legal.

CONFIDENTIAL

BP-HZN-2179MDL00405653