Global E-mail Policy

E-mail is an important business tool made available by BP for employees and others to use as appropriate in performing their work for BP. Reasonable personal use is also permitted, provided you use the service with a sense of responsibility and in keeping with our principles described in What We Stand For.

Always remember: e-mails are as much "documents" for legal and other purposes as are more formal methods of communication or record such as letters, notices, or agreements. They should therefore be drafted and transmitted with care, having regard to the nature and scope of their contents, how they may be interpreted, who the intended recipients are, and to the fact that they may contain sensitive, confidential or proprietary information, may be on copied deliberately or accidentally, and may find their way into the hands of unintended recipients whether internal or external, such as other employees, competitors, partners, regulatory authorities, the media or other third parties.

**Any employee or third party employed by a contractor or service provider who violates this Policy by misusing BP-supplied e-mail resources may be subject to appropriate action being taken, including termination of employment or contract termination.**

**Do not generate, open, or retain** e-mails that contain material that is objectionable in the workplace. For example, this includes: pornography; sexually explicit images, text, and related material; illegal activity; or material that may offend recipients or which demonstrates intolerance for any group of persons. You must not use BP e-mail to distribute such material inside or outside BP.

**Personal use of e-mail** must not interfere or compete with BP business; must not interfere with your work or the work of others and must not interfere with the operation of our Internet gateways or networks (e.g. by large file downloads such as video clips and games). Also, personal use must comply in all respects with BP digital business security policies.

**BP's Global Document Management Policy** contains important information about your responsibilities for retention and destruction of e-mails. It includes a link to **BP's Records Retention Program** at http://recordsinfo.bpweb.bp.com, which defines what qualifies as a business record and how long each type of record must be retained, in accordance with applicable

HIGHLY CONFIDENTIAL


EXHIBIT C

BP-HZN-2179MDL00064662

laws and sound business practice. ==Like other records, e-mails that do not qualify as business records because they do not have long-term business value should not be retained,== **unless they relate to actual, pending or threatened litigation and government/regulatory investigations, or circumstances where such action is reasonably likely.**

- Each user of the e-mail system is individually responsible for retaining or deleting his/her e-mail in accordance with BP's record retention policy, including the need to retain e-mails that are relevant to pending or foreseeable litigation or government, regulatory or official investigations. If in doubt concerning such requirements, always consult BP Legal.
- Each user of the e-mail system is responsible for determining which e-mail communications should be retained as business records in accordance with the relevant record retention policy and his/her business unit's retention requirements.
- All e-mail communications to be retained are to be filed and retained in compliance with the specified retention period for the type of record. The filing requirement may be satisfied by filing an electronic copy in an accessible mailbox or non-private electronic mail folder on the e-mail system. Automatic archiving or rule functions should not be used universally to save such records.
- ==All electronic files kept on the e-mail system, or even maintained on other systems or storage devices, are subject to potential compulsory disclosure by subpoena or other lawful order of government or regulatory officer(s) or discovery proceedings in a lawsuit. Failure to disclose or produce such electronic files, or the alteration or deletion of electronic files that are subject to compulsory disclosure, may subject the employee and the Company to civil and/or criminal penalties. If in doubt concerning such requirements, always consult BP Legal.==

**Private folders** should be reviewed periodically by every e-mail user to determine if continued retention is warranted. Automatic archiving or rule functions should not be used universally to save messages.

**It is each user's responsibility** to identify items that must be saved because of pending or foreseeable litigation, governmental/regulatory investigation, or other legal requirements. . If in doubt concerning such requirements, always consult BP Legal.

E-mail from **employees who leave the company** should be

HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00064663

reviewed promptly to determine what should be kept under BP's record retention policy (or because of pending or foreseeable litigation or government/regulatory investigations) and what should be deleted.

More information, including guidance on **privacy, confidential e-mail,** and **intellectual property** is given in the global internet access and use policy found at: Global Internet Access: Policy Expectations which gives guidance on the most common Internet usage and security measures all of us in BP are required to follow. If you have questions on these issues, consult the policy documents or ask your line manager.

Whilst respecting privacy principles, BP specifically reserves the right, within the bounds of law, to access electronic communications and computer files for technical maintenance purposes; to assure system security; to comply with company policy and/or legal requirements; as part of investigations into allegations of misconduct, fraud or other wrong doing or for any other business reason. In such cases, notifying users that their electronic communications are being examined is optional at the company's discretion.

HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00064664