

# Digital Systems Use Practice





information technology & services – digital security                    Mandatory

CONFIDENTIAL



EXHIBIT D

BP-HZN-2179MDL00405670



# BP Digital Systems Use Practice

## Contents

**BP DIGITAL SYSTEMS USE PRACTICE**    1
- Introduction    1
- Scope    1
- Ethical Conduct    1
- Privacy & Data Protection    1
- Access and Monitoring    2
- Scope & Limits of User Authority; User Responsibility    2
- Protecting Information & Other Company Assets    2
- Appropriate Digital System & Internet Use    4
- E-mail & Instant Messaging Use    5
- Compliance    6
- Acknowledgement & User Agreement    6

**TECHNOLOGY GUIDE**    7
**Document Control Details**    19

## Introduction

Digital Systems (IT systems) and digital information, like physical plant and written records, are important BP assets. Their security is critical to our ability to do business. The responsibilities and practices in this Practice are the minimum standards required for use of BP's Digital Systems. All Digital System Users must understand and comply with them.

This Practice must be read with the accompanying Technology Guide, referred to here as *the Guide*, which provides clarification of general standards as well as explanations of technology-specific standards for users of different personal computing devices, *e.g.* BP PassPort or PassPort Explorer desktops and laptops, PDAs and contractors' equipment.

## Scope

This Practice applies to all Users of BP Digital Systems and of BP digital information.

In this Practice, the term *BP Digital Systems* includes any computers, networks and infrastructure owned, controlled, managed or provided by or for BP and all related applications, software, equipment and peripherals. *Users* means all who use or access BP Digital Systems or BP digital information and includes employees, contractors, consultants and other people with temporary access.

## Ethical Conduct

You must comply with the general principles and detailed responsibilities in BP's Code of Conduct in accessing or using BP information and BP Digital Systems, including complying with applicable law, and local non-harassment and equal opportunity policies.

## Privacy & Data Protection

BP's Privacy & Data Protection Policy and the Code of Conduct require the protection of personal information. This applies to the personal information of BP employees, contractors, customers, suppliers and partners everywhere in the world even if there is no local privacy law irrespective of where the information may be moved for processing. You must protect the personal information that you manage in accordance with these Policies; in the event that local laws have different privacy and data protection requirements, you must comply with the local law.

CONFIDENTIAL

BP-HZN-2179MDL00405671

**Use Practice**
Digital Systems Use Practice



## Access and Monitoring

In accordance with BP's Privacy & Data Protection Policy and the Code of Conduct, within the limits prescribed by law, and for the purposes described below BP may access and monitor computer files stored on company servers, PCs and other devices, plus electronic communications to and from such servers, PCs and devices.

**Technical Maintenance** — Incidental access may occur during technical maintenance, in which case the access will be the minimum reasonably necessary.

**Business Need** — Computer files which may incidentally contain personal information may be accessed without your approval and without notifying you if you are unavailable, provided there is a significant and immediate business need for the information. Reasonable efforts will, however, be made to notify you of such access.

**Legal or Policy Requirement** — Such computer files and electronic communications may be accessed or monitored to comply with local law and/or company policy, to assure system security and to investigate any allegation of policy or legal breach, misconduct, fraud or other wrongdoing. In such cases, notifying you is at the company's discretion.

## Scope & Limits of User Authority; User Responsibility

**Personal Responsibility** — You are accountable for data, graphics and all other information and software knowingly downloaded, e-mailed, stored or used in association with your user ID, and for ensuring that such handling or use is in accordance with this Practice and other company Policies and Standards.

**Scope of Authority** — You must confine your computing activities to the limits of the authority assigned to you. This document explains this in general terms, if you have any doubts you should consult your manager.

**Unapproved Software Installation** — Downloading and installing software packages may introduce security vulnerabilities that are not apparent to you. Installing any software risks overwriting or deleting software components and settings needed for safe computer operation. Consequently, regardless of its legal purchase or acquisition, you may not install non standard software on personal computing devices unless you comply with the process set out in Section 1.5.1 of the Guide.

## Protecting Information & Other Company Assets

**General Duty of Care** — You must take appropriate care to protect BP information, Digital Systems, and related equipment within your custody or care from loss, damage or harm. For an explanation of the care required, see Section 1.3 of the Guide.

**User Accounts & Passwords** — You must take appropriate steps to manage your BP passwords in a secure manner, and to prevent their disclosure to unauthorized persons as described in Section 1.5.2 of the Guide.

The use of another person's account without their permission, and the impersonation of another person on BP Digital Systems or in any connection to third party systems are strictly forbidden.

**BP Information on non-BP Devices** – Contractors, consultants and other non-employees, must not use non-BP-owned PCs, PDAs, thumb drives, etc. to process or store BP information unless this has been explicitly permitted by the terms of a contract (whether express or implied) which explicitly mandates the provisions of this Practice, and the information concerned must be appropriate to the provisions of that contract.

CONFIDENTIAL

BP-HZN-2179MDL00405672

Use Practice
Digital Systems Use Practice



BP employees require the written authorization of their manager to process or store BP information on non-BP devices, but only if the information is valuable, sensitive, or requires protection by law, policy or agreement. Employee processing or storage of Secret information on non-BP devices is prohibited.

— **Return and Deletion** – BP information must be returned following request from the individual's manager or the relevant BP contract manager and, in any event, on termination of contract or employment. Subject to the BP Records Retention Program, upon return of BP information any retained copies, including backups, must be deleted.

— **Examination by BP** – BP information along with the device on which it is stored must be made available to BP:

1. On request by Digital Security or their authorized delegates for confirmation of security precautions in accordance with this Practice; or
2. On request by BP Legal or their authorized delegates for investigations related to the Legal and Policy Requirement provisions of Access and Monitoring, including for the production of documents as a result of legal proceedings.

**Sensitive, Valuable, Proprietary & Third-Party Information**—Users frequently handle BP and third party information that must be kept confidential pursuant to agreement or law. BP's Security of Information Standard sets requirements for classifying, storing, disseminating, encrypting, and destroying sensitive or valuable information and information that must be protected by law, policy or agreement. Note particularly the requirements to classify personal information as Confidential and, in many situations, to encrypt it. See Section 1.4 of the Guide.

Discretion and the provisions of the Security of Information Standard must always be used when communicating or otherwise transmitting confidential, valuable, sensitive, or privileged information, including proprietary BP information, and any information relating to active, threatened or potential litigation.

— **BP Global Address List**: Access to BP Digital Systems may include access to the BP Global Address List (GAL). Access to this data is provided for internal business communication purposes only. Any inappropriate use or dissemination of this information is prohibited.

**Viruses and Worms**—You must act appropriately to prevent the spread of viruses, worms and other malicious software within BP's Digital Systems. All personal computing devices that connect to BP Digital Systems or that contain BP information must use up-to-date antivirus protection. For guidance, see Section 1.5.3 of the Guide.

**Software Patches & Updates**—The use of up-to-date software and the application of software patches and updates are important to BP security. All personal computing devices that connect to BP Digital Systems or that contain BP information must be kept updated and patched. For guidance, see Section 1.5.4 of the Guide.

**Security Incidents**—If you are aware of anything that leads you to believe or suspect that the integrity or confidentiality of BP's Digital Systems or BP's digital information has been compromised, or that they are being used in breach of BP's policies or contrary to local law, you must immediately contact your local BP Help Desk, or the Digital Security Alert Centre. For examples of circumstances or events that may indicate security incidents and guidance on whom to contact, see Section 1.5.5 of the Guide.

**Intellectual Property**—You must observe copyright, licensing requirements and contractual obligations governing the downloading, transmission, reproduction, display and use of software, information (such as proprietary databases or subscription newsletters), music, images, documents and other intellectual property. For guidance, see Section 1.5.6 of the Guide.

CONFIDENTIAL

BP-HZN-2179MDL00405673

Use Practice
Digital Systems Use Practice



**Backing Up Data**—The backup of BP information locally stored on your personal computing equipment (not stored on a network drive) is your responsibility. You are responsible for backing it up regularly. For guidance, see Section 1.5.7 of the Guide.

**Information & E-mail Retention**—In accordance with BP's Records Retention Program, documents of any sort, including e-mail and instant messaging logs, BP and third party documents, personal e-mail folders (.PST files), and copies of e-mail sent and received should only be retained if they have long-term business value, if their retention is required by local laws or if they relate to actual, pending or threatened litigation or government/regulatory investigations. You are responsible for retaining or deleting documents and other BP information that you store on BP Digital Systems, your personal computing equipment or your personal folders in accordance with this Program. Refer to BP's Records Retention Program for an explanation of what is a record and how long each type of record must be retained.

**Network Connections: Personal Firewalls & the Internet**—Connecting a PC to any network (particularly the Internet) is unsafe unless the PC is properly configured and secured. Additionally, only specifically approved PCs are suitable for connection to BP's internal corporate network*. Consequently PCs may only be connected to the network(s) specified in the Guide and must be configured as specified in Section 1.5.9.2 of the Guide.

Mobile devices (Smartphones, Windows Mobile PDAs, Blackberries etc.) may be connected to BP networks or to BP email servers only if they are configured as specified in Section 1.5.9.2 of the Guide.

**Network Connections: Other Non-Approved Equipment**—Physical equipment that has not been tested and approved for use within BP's network may affect security and network integrity in ways that you cannot anticipate. You must not connect any server, peripheral or other device to any BP network (including wireless) unless it has been approved by IT&S. Connecting a USB drive to a laptop is not considered connecting a peripheral a network.

**Data Export Control Laws—Technical Restrictions:** Because of technical sensitivity, trade sanctions and national security, US law and the law of other countries place restrictions on exporting data and technology, including encryption technology. Exporting includes electronic transmission (including e-mail) and software download, not just physical shipment. Export licenses may be needed before exports can be made. In addition there are restrictions on the transfer of personal data originating from the European Union to a country or place outside the European Economic Area (EEA).

**— Comprehensive Restrictions:** Certain countries are subject to complete embargoes under U.S. law. As of 2008, these are Cuba, Iran, and Sudan. Additionally, no U.S. exports may be made to Syria; exports to Iraq and North Korea require a license, and exports of technology and software from the U.S. or that originated in the U.S. are subject to export control.

See Section 1.5.8 of the Guide for more information.

### Appropriate Digital System & Internet Use

There are three categories of activity on BP's Digital Systems: Business Use, Acceptable Non-Business Use, and Inappropriate Use:

**Business Use:** This is use that is directly related to your duties. Examples include, accessing oil industry reports, economic information, business news, technology data, etc. on the Internet; or sending or responding to e-mails in connection with your BP job duties.

**Acceptable Non-Business Use:** Limited, occasional or incidental personal non-business use is permitted, however, such use:

---

* Also informally referred to as the "internal network", the "trusted network", the "BPI network" and "the COE network".

Rev: 1.3
Dec 2008

Page 4

CONFIDENTIAL

BP-HZN-2179MDL00405674

**Use Practice**
Digital Systems Use Practice



- Must not displace any business activity that uses BP Digital Systems;
- Must not consume more than a trivial amount of network or other BP resources (*e.g.* downloading large files or using BP networks to download or stream audio or video for personal use or entertainment are considered BP Digital System misuse);
- Must not interfere with your productivity or the productivity of others doing BP work;
- Must not include soliciting other users or conducting any non-BP business enterprise; and
- Must not damage the company's reputation.

Examples of Acceptable Non-Business Use include accessing news or weather sites on the Internet; responsible occasional personal use such as accessing vacation planning or travel information sites on the Internet; and occasional shopping or general research.

**Inappropriate Use:** Other use of BP Digital Systems, e-mail or the Internet is considered Inappropriate Use, is a violation of this Practice, and may result in disciplinary measures including termination of employment or contract. Examples of Inappropriate Use include:

- Deliberately viewing, downloading, storing, uploading, posting or publishing:
  - Pornographic, sexually explicit or sexually exploitative images or text;
  - Any materials promoting violence, hatred, terrorism or the intolerance of others; or
  - Any material that is harassing, obscene, abusive or inconsistent with BP's non-harassment and equal opportunity policies;
- Conducting or attempting to conduct illegal or illicit activities, including deliberately accessing or obtaining software that is illegal under local law;
- Any unauthorized publication or communication of BP confidential information, including personal information; BP proprietary information; or copyrighted or licensed information;
- Making multiple attempts to access, view, download, store, upload, post or publish content, or to conduct activities prohibited above;
- Any unauthorized activity that damages, exploits, infiltrates or disrupts BP's Digital Systems or any another computer or network inside or outside BP, or that circumvents or disables user authentication or the security of any such computer or system. For additional examples of unauthorized network activity, see Section 1.5.9.1 of the Guide; or
- Internet gambling and on-line gaming.

### E-mail & Instant Messaging Use

**Business Use & Acceptable Non-Business Use**—The principles stated above for acceptable use of Digital Systems and the Internet also apply to the use of e-mail, text messages (SMS, MMS, etc.) and the use of instant messaging (*e.g.*, Microsoft Messenger or Live Messenger, Yahoo Messenger, Microsoft Office Communicator).

**Inappropriate Use of E-mail & Instant Messaging (IM)**—Generating, forwarding or retaining e-mail, text messages or instant messages containing the following is Inappropriate Use and a violation of this Practice:

- Content that is harassing, obscene, abusive or inconsistent with BP's non-harassment and equal opportunity policies. This includes profane, derogatory or defamatory remarks, and material that could be considered inappropriate or offensive to others;
- Pornographic, sexually explicit or sexually exploitative images or text;
- Content advocating illegality;
- Content advocating or threatening violence, hatred, terrorism, or intolerance of others; or
- Chain letters or unauthorized and/or unsolicited electronic mass mailings (spam) of any type;

Rev: 1.3
Dec 2008

Page 5

CONFIDENTIAL

BP-HZN-2179MDL00405675

Use Practice
Digital Systems Use Practice



**Misrepresentation of Identity** — It is forbidden to obscure, suppress, or replace your identity in work-related e-mail or IM messages. The sender's name, e-mail address and other identifying information must be genuine.

**Further Dissemination** — E-mails are as much "documents" for legal and other purposes as are more formal documents or records such as letters, notices or agreements. Instant messages, although less formal, may still be stored or printed by recipients.

Recipients may deliberately or accidentally alter or redistribute e-mail and forward it to other employees, or to competitors, partners, regulatory authorities, the media or others; similarly, recipients may redistribute (and possibly alter) the stored contents of IM messages. You must, therefore, draft and transmit both e-mail and IM messages with care, considering their content, how they may be interpreted, the intended recipients and the possibility of redirection, misdirection and redistribution.

## Compliance

All Users of BP information and BP Digital Systems must be familiar with and confirm their agreement with BP's Digital Systems Use Practice. Any User who violates these responsibilities may be subject to termination of Digital Systems access privileges, and to appropriate disciplinary action, up to and including termination of contract or employment.

Your business unit, Segment/Function, or region may impose responsibilities or usage provisions that are more limiting than those in this Practice. Any such local provisions will be communicated to the employees and contractors affected by them. You must comply with such local Digital Systems usage responsibilities.

Any use of the Digital Systems which constitutes a breach of the law, including a criminal offence, may be reported to the relevant law enforcement authorities without prior notification to you and BP may cooperate in any subsequent investigation or action.

Breaches of these responsibilities by any person employed or engaged by a contractor or other entity may be reported to the contracting company, may lead to termination of Digital System access privileges, and may preclude them from doing further work for BP. Such breach may also cause BP to terminate the agreement with the contracting company.

## Acknowledgement & User Agreement

I have read and understood, and hereby accept BP's Digital Systems Use Practice. As a condition of access to BP Digital Systems, I agree to abide by these responsibilities. I understand that if I breach the Digital Systems Use Practice or Technology Guide, appropriate action will be taken against me which may include termination of contract or employment.

By clicking I ACCEPT when this document is presented on the BP Digital Security website, or by signing below when this document is in printed form, I understand that I am confirming and agreeing to the above.

[I ACCEPT]            [I DO NOT ACCEPT]

Signed: _____     Date: _____

Printed Name:

Rev 1.3
Dec 2008

CONFIDENTIAL

BP-HZN-2179MDL00405676