UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| THIS PLEADING APPLIES TO: | : : | JUDGE BARBIER |
| 2:10-CV-02771 | : | MAG. JUDGE SHUSHAN |

………………………………………..  …………………………….

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PROVISIONAL ENFORCEMENT OF THE LIMITATION OF LIABILITY MOTION

**NOW COME** defendants, Transocean Offshore Deepwater Drilling Inc. ("TODDI"), Transocean Holdings, L.L.C., Transocean Deepwater, Inc. and Triton Asset Leasing GmbH (hereinafter collectively referred to as "Transocean") and respectfully move this Honorable for leave to file the attached Reply Memorandum in Support of Transocean's Motion for Provisional Enforcement of the Limitation of Liability Monition.

Transocean desires to file the attached Reply Memorandum to respond to various arguments raised by Plaintiff St. Joe in its Opposition filed yesterday.

**WHEREFORE**, defendants, Transocean Offshore Deepwater Drilling Inc. ("TODDI"), Transocean Holdings, L.L.C., Transocean Deepwater, Inc. and Triton Asset Leasing GmbH, move this Court for leave to file the attached Reply Memorandum in Support of Transocean's Motion for Provisional Enforcement of the Limitation of Liability Monition.

340575                                      1

Respectfully submitted,

By:       /s/ Kerry J. Miller_____
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:       /s/ Edwin G. Preis, Jr._____
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

*Transocean Entities Of Counsel:*

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

340575                2

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH., Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on March 24, 2010.

/s/  Kerry J. Miller
KERRY J. MILLER