IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All Cases* | * * | JUDGE BARBIER  MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### SPECIAL APPEARANCE BY TRANSOCEAN LTD.

### AND AGREED AMENDED STIPULATION AND SCHEDULE ORDER

### FOR JURISDICTIONAL DISCOVERY

On January 28, 2011, the Court issued an agreed stipulation and scheduling order for jurisdictional discovery [Docket No. 1080], setting certain deadlines. Pursuant to that order, Transocean Ltd. ("TO LTD") filed a motion to dismiss for lack of personal jurisdiction, and Plaintiff's Steering Committee ("PSC") has served written discovery requests on Transocean Ltd. The parties have conferred and agreed that the remaining deadlines set forth in the January 28,

2011 order be extended for a two week period, such that the extended deadlines will be:

1. On or before April 8, 2011, TO LTD will serve written responses to the written discovery requests propounded by the PSC. TO LTD will make its initial production non-privileged responsive documents on or before April 29, 2011.

2. On or before May 24, 2011, the PSC will propound a Rule 30(b)(6) deposition notice on TO LTD and identify any fact witnesses of TO LTD that the PSC seeks to depose.

3. The Rule 30(b)(6) deposition of TO LTD shall occur between June 15, 2011 and July 14, 2011. The deposition shall occur in the office of TO LTD's counsel, or at a mutually agreeable location. Further, on or before June 3, 2011, TO LTD shall provide written notice to the PSC advising whether the deponent(s) is fluent in English or whether a translator is required.

4. All discovery requests and production of discovery including depositions will end on September 2, 2011. On this date, jurisdictional discovery between TO LTD and PSC will close.

5. On September October 12, 2011, TO LTD will file, with documents and/or testimony, its memorandum in support of its 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

6. On October 28, 2011, the PSC will file, with documents and/or testimony, their memorandum in opposition to TO LTD's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

7. On November 14, 2011, TO LTD will file, with documents and/or testimony, its reply memorandum in support of its 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction.

This amendment impacts only the deadlines listed above. All other provisions of the Court's January 28, 2011 Order [Docket No. 1080] are to remain in full force and effect.

The foregoing is stipulated and agreed to by:

_____          _____
Stephen J. Herman                         Kerry J. Miller
La. Bar No. 2319                          La. Bar No. 24562
Herman, Herman, Katz & Cotlar, LLP        Frilot LLC
820 O'Keefe Avenue                        1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70113              New Orleans, LA 70163
Telephone: (504) 581-4892                 Telephone: (504) 599-8000
Fax NO.: (504) 569-6024                   Fax No.: (504) 599-8100
E-Mail: Sherman@hhkc.com                  E-Mail: kmiller@frilot.com

Co-Liaison Counsel for Plaintiff          Defense Liaison Counsel
                                          Attorneys for Transocean Ltd.

**IT IS SO ORDERED** this 25th day of March, 2011, in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE