UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Case No. 2:11-cv-00275<br>Case No. 2:11-cv-00274 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER

Considering Transocean's Motion for Leave to File Complaint In Intervention.

**IT IS HEREBY ORDERED** that Transocean's Motion for Leave to File Complaint In Intervention is granted and that Transocean may file the Complaint attached to the above-referenced Motion.

NEW ORLEANS, LOUISIANA, this __25th__ day of March, 2011.

_____
United States District Judge