UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>CIVIL ACTION NO. 2:10-CV-02771 |
| IN RE:  THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * | JUDGE BARBIER<br><br>SECTION J<br><br>MAGISTRATE JUDGE SHUSHAN<br><br>MAG. DIV. 1 |
| THIS DOCUMENT RELATES TO: 2:10-CV-02771 | * * * | |
| * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Motion for Extension of Time filed by the defendant, DRC Emergency Services, LLC,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that DRC Emergency Services, LLC shall have until April 8, 2011, to file third-party complaints.

New Orleans, Louisiana, this ___25th___ day of March, 2011.

_____
United States District Judge