UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on APRIL 20, 2010 | : | SECTION: J |
| | : | |
| THIS PLEADING APPLIES TO: | : | |
| | : | JUDGE BARBIER |
| 2:10-CV-02771 | : | MAG. JUDGE SHUSHAN |
| | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..  .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

In view of the foregoing,

**IT IS HEREBY ORDERED** that Transocean is **GRANTED** leave to file its Reply Memorandum in Support of Transocean's Motion for Provisional Enforcement of the Limitation of Liability Monition.

The Court directs the Clerk of Court to accept and file Transocean's Reply Memorandum in Support of Transocean's Motion for Provisional Enforcement of the Limitation of Liability Monition.

New Orleans, Louisiana this 25th day of March, 2011.

_____
United States District Judge