

**FRILOT I** LLC
1100 Poydras St., Ste. 3700
New Orleans, Louisiana 70163
Phone: (504) 599-8000
Facsimile: (504)599-8100
www.frilot.com

**Campbell E. Wallace**
**Special Counsel**
(504) 599-8054 (Phone)
(504) 812-8816 (Cellular)
(504) 599-8100 (Fax)
Cwallace@frilot.com
**Licensed in Louisiana and Mississippi**

March 15, 2011

<u>Via E-Mail</u>: jsr@bickelbrewer.com
James S. Renard, Esquire
Bickel & Brewer
1717 Main Street
Suite 4800
Dallas, TX  75201

      Re:    *The St. Joe Company v. Transocean Offshore Deepwater Drilling, Inc.,* Case No. N10C-10-099 PLA (Del. Super.)

Dear Mr. Renard:

      I write on behalf of Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH (collectively, "Transocean") with respect to the above-referenced action that was filed in Delaware Superior Court ("Action") and the Order that was entered today by the United States District Court for the District of Delaware.

      Enclosed is a copy of the Second Amended Order Directing Claimants to File and Make Proof of Claims, Directing the Issuance of Monition, and Restraining Prosecution of Claims that was entered by the United States District Court for the Southern District of Texas, Houston Division, on June 14, 2010 (the "Monition Order").  Transocean submits that the Monition Order enjoins The St. Joe Company from prosecuting in Delaware Superior Court the claims asserted in the Action.  To the extent that St. Joe disputes the scope of the Monition Order, such dispute should be determined by Judge Barbier, who alone has jurisdiction over Transocean's limitation action.

      In view of the foregoing, we suggest that a conference call be held among counsel at your earliest convenience to discuss the status of the Action.



EXHIBIT 1

March 15, 2011
Page 2

                                Sincerely,

                                Campbell E. Wallace

CEW/ERF

cc:    Edmond D. Johnson, Esquire (johnsone@pepperlaw.com)
        Andre G. Bouchard, Esquire (Abouchard@bmf-law.com)