MINUTE ENTRY
BARBIER, J.
MARCH 25, 2011
JS-10: 1 hr, 10 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : |  |
| "DEEPWATER HORIZON" in the | : |  |
| GULF OF MEXICO, on | : |  |
| APRIL 20, 2010 | : | SECTION: J |
|  | : |  |
|  | : |  |
| APPLIES TO: C.A. 10-2771 | : | JUDGE BARBIER |
|  | : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

COURTROOM DEPUTY:                                    COURT REPORTER:
EILEEN STENSRUD                                          CATHY PEPPER


FRIDAY, MARCH 25, 2011   1 P.M.
JUDGE CARL J. BARBIER PRESIDING

TRANSOCEAN DEFENDANTS' MOTION FOR ENFORCEMENT OF THE COURT'S
MONITION ORDER AGAINST THE ST. JOE COMPANY (1714):

Argued; ORDERED GRANTED.




PRESENT: Edward Wallace, Esq., Kerry Miller, Esq. and John Elsley, Esq., for
           Transocean defendants
           Don Haycraft, Esq., for British Petroleum
           Rob Gifford, Esq., JIm Renard, Esq., and Bill Brewer, Esq., for St. Joe Co.
           (By telephone)