## CONFERENCE ATTENDANCE RECORD

**DATE:** 3-25-11                    **TIME:** ⟨ 10:45

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

~~DISCOVERY/STATUS~~ CONFERENCE

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Denise Scofield | MI |
| Dennis Barrow | Dril - Quip |
| Deb Kuchler | Anadarko + MOEX |
| Ky Kirby | "          " |
| Skip McAfee | Dynamic |
| Donald Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Melinda Nicholson | MDL 2185 Derivative P's |
| Bryan Payne | MDL 2185 Securities P Sub-class |
| Bill Stradley | " " |
| Edward D. Wegmann | Weatherford |
| Gary Russo | " " |
| Alan Weigel | Marine Spill Response Corp. |
| Pat O'Keefe | O'Brien's |
| Michael Lyle | " ' Seacor, NRC |
| Ted Tsekerides | " " " " |
| DUKE WILLIAMS | P's - 2185 |
| Allan Kanner | State of LA / AG |
| William Large | PSC |
| Steve Herman | Plaintiffs |
| Jimmy Williamson | P S |
| ROBERT CUNNINGHAM | PSC |
| R. Babcock | BP |
| ANDREW LANGAN | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Haycraft | BP |
| Steve O'Rourke | USA |
| Corey Maze | Alabama |
| Heather S. Kenner | USA. |
| Anthony Irpino | PSC |
| Erin A. _____ | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |