UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 2:11-cv-00263 | * * | MAG. JUDGE SHUSHAN |

**PLAINTIFF BUDDY TRAHAN'S CONSENT MOTION TO DISMISS WEATHERFORD INTERNATIONAL, LTD. WITHOUT PREJUDICE**

**NOW INTO COURT** comes Plaintiff, Buddy Trahan, through undersigned counsel, who respectfully submits the instant Motion to Dismiss Weatherford International, Ltd., without prejudice. Counsel for Weatherford International, Ltd., Glenn Goodier, has been contacted and consents to the dismissal without prejudice.

WHEREFORE Plaintiffs respectfully request that the above requested relief be granted.

Sincerely,

**Lubel Voyles LLP**

By:  /s/ Adam Q. Voyles
        Lance H. Lubel
        Texas State Bar No.: 12651125
        Adam Q. Voyles
        Texas State Bar No.: 24003121
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        Telephone No.: (713) 284-5200
        Facsimile No.: (713) 284-5250
        Email: lance@lubelvoyles.com
**ATTORNEY FOR PLAINTIFF
BUDDY TRAHAN**

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing *Plaintiff Buddy Trahan's Consent Motion to Dismiss Weatherford International, Ltd. Without Prejudice* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of March, 2011.

    /s/ Adam Q. Voyles
Adam Q. Voyles