UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>This Document Relates To:<br>2:10-CV-02771 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**THIRD PARTY COMPLAINT OF THIRD-PARTY DEFENDANT MOEX OFFSHORE 2007 LLC AGAINST QBE UNDERWRITING LTD., LLOYD'S SYNDICATE 1036**

Third-Party Defendant MOEX Offshore 2007 LLC hereby states for its third party complaint against QBE Underwriting Ltd., Lloyd's Syndicate 1036 the following:

1. Third-Party Defendant MOEX Offshore 2007 LLC ("MOEX Offshore") is a Delaware limited liability company with its principal place of business in Houston, Texas.

2. QBE Underwriting Ltd., Lloyd's Syndicate 1036 ("Lloyd's"), in personam, is believed to have been doing business within the United States of America and within this District and within the jurisdiction of this Court, including, but not limited to, by insuring and/or providing certain guarantees with respect to certain contingencies and occurrences at sea and on land.

3. Third-Party Plaintiff Triton Asset Leasing GmbH ("Triton") is a limited liability company organized and existing under the laws of the Swiss Confederation with a principal office in Zug, Switzerland.

4. Petitioner Transocean Holdings LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a principal office in Houston, Texas.

5. Petitioner Transocean Offshore Deepwater Drilling Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal office in Houston, Texas.

6. Petitioner Transocean Deepwater Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal office in Houston, Texas.

7. Petitioners Triton, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. are collectively referred to herein as the "Transocean Petitioners."

## FACTS

8. On April 20, 2010, a well blowout caused an explosion and fire on the *Deepwater Horizon*, a semi-submersible mobile offshore drilling unit that was conducting deepwater offshore drilling and related oil exploration activities in the Gulf of Mexico (the "Blowout"). The Blowout sank the *Deepwater Horizon* and caused oil to spill into the Gulf of Mexico (the "Spill").

9. The Transocean Petitioners are the Owners, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the *Deepwater Horizon*, and/or are considered Co-Owners of the *Deepwater Horizon*.

10. Prior to April 20, 2010, Lloyd's is believed to have insured and/or provided to one or more of the Transocean Petitioners a Certificate of Financial Responsibility ("COFR") and certain guarantees pertaining to liabilities incurred by or pertaining to the Transocean Petitioners and the *Deepwater Horizon*.

11. Lloyd's, in its capacity as a guarantor providing evidence of financial responsibility for one or more of the Transocean Petitioners, is responsible for removal costs and damages resulting from the Blowout and the Spill up to the amount of its COFR guarantee.

## COUNT I

### CONTRIBUTION UNDER THE OIL POLLUTION ACT

12. MOEX Offshore repeats and realleges ¶¶ 1-11 above.

13. The plaintiffs in this action allege that MOEX Offshore is liable under, inter alia, the Oil Pollution Act ("OPA"), 33 U.S.C. §§ 2701, *et seq*.

14. MOEX Offshore denies that it is liable to the plaintiffs or to others in connection with the Blowout or the Spill.

15. In the event MOEX Offshore is found liable in any respect as alleged herein, it is entitled under 33 U.S.C. § 2709 to contribution from Lloyd's in the amount of Lloyd's financial responsibility to the Transocean Petitioners up to the amount of its Lloyd's guarantee.

### PRAYER FOR RELIEF

WHEREFORE, Third-Party Plaintiff MOEX Offshore 2007 LLC respectfully prays that this Court:

    a. Enter judgment against QBE Underwriting Ltd., Lloyd's Syndicate 1036 and in favor of MOEX Offshore 2007 LLC awarding it its damages in contribution; and

    b. Enter such other relief as the Court deems just and proper.

DATED: March 25, 2011    BINGHAM McCUTCHEN LLP

/s/ *David M. Balabanian*
David M. Balabanian
david.balabanian@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone (415) 393-2170
Facsimile (415) 393-2286

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

- 4 -

        Ky E. Kirby
        ky.kirby@bingham.com
        Michael B. Wigmore
        michael.wigmore@bingham.com
        Sandra P. Franco
        s.franco@bingham.com
        Randall M. Levine
        randall.levine@bingham.com
        2020 K Street, NW
        Washington, DC 20006-1806
        Telephone (202) 373-6000
        Facsimile (202) 373-6001

        KUCHLER POLK SCHELL
        WEINER & RICHESON, LLC
        Deborah D. Kuchler, T.A. (La. Bar No. 17013)
        dkuchler@kuchlerpolk.com
        Janika Polk (La. Bar No. 27608)
        jpolk@kuchlerpolk.com
        Robert Guidry (La. Bar No. 28064)
        rguidry@kuchlerpolk.com
        1615 Poydras Street, Suite 1300
        New Orleans, LA  70112
        Tel:  (504) 592-0691
        Fax:  (504) 592-0696

- 5 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 25, 2011.

                                                      /s/ *David M. Balabanian*
                                                     David M. Balabanian

A/74042678.2/3320167-0000350535