**MINUTE ENTRY**
**BARBIER, J.**
**MARCH 25, 2011**
**JS-10: 50 min.**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**COURTROOM DEPUTY:**
**EILEEN STENSRUD**

**COURT REPORTER:**
**CATHY PEPPER**

**FRIDAY, MARCH 25, 2011   9:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

### STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan addressed BP's pending Motion for Relief from Preservation Order Regarding Sample Disposal (Rec. Docs. 1325 and 1326). Parties will continue to work toward an agreed-upon Order and expect to reach an agreement in the next two weeks.

The Court briefly mentioned the recently filed Stipulated Order Governing Deadlines in Connection with Petitioner's Rule 14(c) Third-Party Complaint and Certain Bundle C Pleadings (Rec. Doc. 1730).

1

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported that approximately 14 cases are pending in various state courts, including Alabama, Texas, Louisiana, Florida, and Georgia. Additionally, the Texas MDL Panel has not yet issued an Order as to whether a Texas MDL will be created.

BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas. MDL 2185 Plaintiffs' Counsel Melinda Nicholson and Bill Stradley reported on the status of the coordination efforts between MDL 2179 and MDL 2185.

BP Counsel Andy Langan reported on the status of insurance-coverage cases. Parties request more time to work on a proposed case management order specifically for these two cases.

The Court briefly discussed Transocean's Motion to Intervene into the insurance-coverage cases. IT IS ORDERED that the Motion to Intervene be GRANTED (Rec. Doc. 1667). The Court will sign the proposed order that was filed along with the Motion.

BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery, including the scheduling of depositions in the United Kingdom in June.

Department of Justice Attorney Mike Underhill reported that the Government's testing of the blowout preventer is complete. The Government has issued a report, which is now available to the public.

BP Counsel Don Haycraft discussed BP's Motion to Access the BOP for Further Testing (Rec. Doc. 1533). Parties submitted a proposed Order, which mandates that all further tests be completed by June 15, 2011. All parties are in agreement about the proposed Order, with the possible exception of Cameron. Cameron will notify the Court later today if it agrees, and the Court will then sign the proposed Order.

Department of Justice Attorney Mike Underhill reported on the status of the ongoing testing of the cement.

At last month's status conference, the Court asked the parties to begin discussions about a potential trial plan for the Limitation Trial set for February 27,

2012. BP Counsel Andy Langan reported that the parties met to discuss the trial plan. Parties will continue to meet and confer, and they hope to propose a plan by the April 29, 2011 status conference.

The Court mentioned DRC Emergency Services, LLC's Motion for Leave requesting an extension of time to file a Third-Party Complaint and Answer (Rec. Docs. 1723 and 1724). IT IS ORDERED that the Motion for Leave be GRANTED (Rec. Doc. 1723). The Court will sign the proposed order that was filed along with the Motion.

The Court announced that after speaking with Liaison Counsel, holding OPA test trials prior to February 2012 would be counter-productive to the parties' ongoing efforts to prepare for the February 27, 2012 Limitation Trial.

The Lexus-Nexus representative, Milton Stafford, introduced himself to the Court and counsel.

All counsel were reminded of the April 20, 2011 deadline to file claims in the limitation.

The Court briefly mentioned the lack of notification procedures to pro se litigants of receipt of short-form joinders and requested that Plaintiffs' Liaison Counsel confer about this.

The Court will defer argument on Transocean's Motion to Enforce Judgment on Limitation of Liability Against St. Joe (Rec. Docs 1714 and 1715) until this afternoon when counsel for St. Joe is available.

The next status conference will be held on APRIL 29, 2011 at 9:30 a.m. CST.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

Court adjourned at 10:20 a.m.

ATTORNEYS: See attached list

3