# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| John Elsley | 713 224-8390 | Transocean |
| Blayne Honeycutt | 225-664-0304 | TT |
| Karen Gase | 281 366-4294 | BP |
| Sam Rosward | 504-568-1927 | |
| Michael Kunzelman | 504-495-2626 | Associated Press |
| Joe Rausch | 832-3000 | TT |
| Skip McMoon | 561-0400 | Dynamic |
| Max Swetman | 504-799-0500 | NALCO |
| Paul Sterbcow | 504/588/1600 | PSC |
| Jessica McClellan | 202-616-4022 | USA |
| Emily Eason | 504-525-1499 | HLC |
| Ira Broussard | 8326362838 | APC |
| Brian Barr | (50) 578 2164 | PSC |
| Chris Bartwell | 334 201-4809 | PSC |
| Sarah McCall | 985 641 6800 | Landry |
| Joey Dim | (60) 607 3456 | Mid South Sanford |
| Rift Simmen | 504 836 6516 | Pat O'Bryon |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Melinda Nicholson | 504-455-1400 | MDL 2185 Derivative P's |
| Hugh Tanner | 713 890 5180 | MI |
| David Spofield | 713 890 5105 | MI |
| Gary Russo | 337-262-9000 | Weatherford |
| Becky Mauby | 826-3417 | Twin Picayune |
| John Tomlinson | 376 451-0806 | MDL |
| Tom Thornhill | 985-644-5010 | PSC/SC |
| David Bagwell | 251-928-2970 | Plaintiffs |
| Robert Holden | 504 556 4130 | BP |
| Soren Gisleson | 504-581-4892 | PSC |
| Bruce Betzer | 504 832 9942 | Π |
| Kevin R Tully | 504.593.4237 | Lynden, Inc. |
| WILLIAM BONNER | 251-471-6191 | PSC |
| MIKE ESPY | 6·l6·3-1167 | PSC |
| Steve O'Rourke | 202 514 2779 | USA |
| Jason R Bonnet | 504 585-7500 | Πs |
| David McClendon | 261-8860 | PP PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig
# "Deepwater Horizon"

## Status Conference–March 25, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Michael Maloney | (613)757-1600 | Ranger Ins. Ltd. |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's, NRC |
| Jeff Breit | 757-615 8382 | PSC |
| Lilia Garcia | 214-939-4491 | Halliburton |
| Henry Dart | 985-809-8093 | St. of LA |
| Jayne Conroy | 212 7846402 | TTS |
| Phil Cossich | (504) 394-9110 | NP |
| Sarah Ranier | 337 4940599 | Ascension TT |
| BILL STRADLEY | 713-654122 | 2185 |
| Elizabeth Cabraser | 415 806 2100 | TT   PSC |
| MIKE UNDERHILL | 415-436-6648 | U.S. |
| Stephen Murrey Sr. | 504 525 8300 | TT |
| Deb Kuehler | 504-592-0691 | Anadarko + MOEX |
| Ben Mayeaux | 337-237-7000 | Airborne support |
| William Large | 254 206 7881 | PSC |
| Parker Miller | 334 262 3413 | tt PSC |
| Frank Petosa | 954 3180 26 p | PSC |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
### "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Michael Lyle | 202-682-7000 | O'Brien's, Seacor/NRC |
| Scott Summy | 214-387-1913 | PSC |
| Mabel Alvarez | 504-599-3885 | Isadore Choppel |
| Jeff Bray | 202-309-9559 | USCG |
| Eric Veith | (504)234-3791 | Pro Marine LLC. |
| Robert Cunningham | 251 471 6191 | PSC |
| Rhin Jones | 334 510 301 | PSC |
| Edward D. Wegmann | 504-582-8296 | Weatherford |
| Chris Hannan | 566-8612 | Underwriters |
| Sonny Nelson | 525-8100 | Plaintiffs |
| Alan Weigel | 212-885-5350 | MSRC |
| M Kel Watts | 210-315-4477 | PSC |
| Deborah Walker | 757-357-4314 | PSC |
| Doug Kraus | 228-8682 | Transocean / Health |
| Duke Williams | 985-876-7595 | |
| Sabina Canfield | 504 940 7294 | Muslin |
| Heather S Kennedy | 202-372-3741 | US. |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Heather Callender | 713-232-7813 | Transocean |
| Steve Roberts | 713-238-7500 | Transocean |
| Donald Godwin | 214-939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Ivan le Ramate | 985-248-6800 | claimants) |
| Dan Goforth | 713 650 0021 | Transocean |
| T. Espin | 214 521 3605 | Plaintiffs |
| David Goodwin | 415 91-6000 | BP |
| Stephen Pesce | 504 569 0079 | DRC |
| Silvia Murad | 202 219 3031 | DOI |
| Matt Lundy | 337-439-0707 | PSC |
| Bryan Payne | (210)414-3561 | MDL 2185 Securities II (Sub-class) |
| Tim Foy | 337-278 18.. | P C C |
| Onluin Fayard | 228 614 4193 | BSC |
| Milton Stafford | 904-264-2950 | LexisNexis |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Catherine Curtis | (914)722-0788 | N/A |
| Douglas Curtis | 212 230 8802 | BP |
| Steve Herman | (504) 581-4892 | Platts |
| Corey Maze | (334) 353-4336 | Alabama |
| XI JAMES Singleton | 319 631-5200 | Louisiana CTs |
| K. Dunlap | (504) 822, 8755 | LOVISIANA |
| K. Kimball | 917-225-7353 | BP |
| Mulif Bisch | 334 799 5948 | BP |
| Ryan Babuct | 202 832. 2003 | BP |
| Mitchell Krect | (212) 784-6422 | 11 |
| Renee Siegert | (504) 443 0922 | Cameron |
| ANTHONY IRPINO | (504) 525-1500 | PSC |
| Jonathan Andry | 504-586-8859 | & Wetzel |
| Michelle Purchoer | 586-3899 | Wetzel |
| Augh Straub | 584-9266 | SECOR |
| George Crill | 584-9289 | TU underwriters |
| Marty ulfon | 584-9212 | TO cwrs |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Ky Kirby | 202-373-6195 | Anadarko & MOEX |
| Don Haycraft | 504 581 7979 | BP |
| Luther Strange | 334-242-7401 | Alabama |
| Phil Wittmann | 581-3200 | Cameron |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-575-8301 | " " |
| Jenny Martinez | 214-939-4620 | " " |
| Mike Underhill | 415-436-6648 | U.S. |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's + NRC |
| Michael Lyle | 202-672-3000 | " " " |
| Rich Godz | 312-861-3591 | TO |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| James P. Roy | 337-278-7892 | PSC |
| Kerry Miller | 581-8184 | TO |
| Steve Roberts | 713 420 6197 | TO |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| Michael C. Palmintier | 225 344 3735 | BSC |
| Ervin Gonzalez | 305 476-7400 | PSC. |
| Trip Segars | 803-486-0440 | Mid South Seafood |
| Robin Greenwald | 212-558-5802 | PSC |
| Dennis Barrow | 713 659-64W | Dril-Quip |
| Jerry Meunier | 522-2304 | Plaintiffs / PSC |
| Allan Kanner | 450-2020 | La. Atty Gen. |
| Valle Leopy Jr. | 588-9043 | Plaintiff |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig
## "Deepwater Horizon"

### Status Conference–March 25, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|------|-----------|-------------|
| DAVID POTE | 821-8979 | STATE of LA |
| Jimmy Williamson | (713) 223-3330 | TS |
| DENNIEL McCORVEY | 337-291-2431 | BronDum |
| P.E. O'KEEFE | 585-7676 | O'Brien's |
| Nate Laugh | 262-2466 | T&2 |