UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| Applies to Member Case: 10-1348 | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the above captioned matter with respect to all claims involved herein is hereby dismissed with prejudice, Complainant to bear all costs herein.

New Orleans, Louisiana this 21st day of March, 2011.

_____
United States District Judge