UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on
APRIL 20, 2010

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

**ORDER**

Upon being informed of the agreement of counsel for the Transocean Parties and the BP Parties,

IT IS ORDERED that any cross or third-party claim that may be asserted by any of the BP Parties against Transocean Inc. and Transocean Ltd. shall be filed on or before April 20, 2011.

New Orleans, Louisiana this 25th day of March, 2011.

_____
United States District Judge