UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>This Document Relates To:<br>210-CV-02771 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**THIRD PARTY COMPLAINT OF THIRD-PARTY DEFENDANTS ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP AGAINST QBE UNDERWRITING LTD., LLOYD'S SYNDICATE 1036**

Third-Party Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP hereby state for their third party complaint against QBE Underwriting Ltd., Lloyd's Syndicate 1036 the following:

1. Third-Party Defendant Anadarko Petroleum Corporation ("APC") is a Delaware corporation with a principal place of business in The Woodlands, Texas.

2. Third-Party Defendant Anadarko E&P Company LP ("Anadarko E&P") is a Delaware limited partnership with its principal place of business in The Woodlands, Texas. (APC and Anadarko E&P collectively are referred to herein as "Anadarko.")

3. APC and Anadarko E&P collectively are referred to herein as the "Non-Operating Investors."

4. QBE Underwriting Ltd., Lloyd's Syndicate 1036 ("Lloyd's"), in personam, is believed to have been doing business within the United States of America and within this District and within the jurisdiction of this Court, including, but not limited to, by insuring and/or

providing certain guarantees with respect to certain contingencies and occurrences at sea and on land.

5. Third-Party Plaintiff Triton Asset Leasing GmbH ("Triton") is a limited liability company organized and existing under the laws of the Swiss Confederation with a principal office in Zug, Switzerland.

6. Petitioner Transocean Holdings LLC is a limited liability company organized and existing under the laws of the State of Delaware, with a principal office in Houston, Texas.

7. Petitioner Transocean Offshore Deepwater Drilling Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal office in Houston, Texas.

8. Petitioner Transocean Deepwater Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal office in Houston, Texas.

9. Petitioners Triton, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. are collectively referred to herein as the "Transocean Petitioners."

## FACTS

10. On April 20, 2010, a well blowout caused an explosion and fire on the *Deepwater Horizon*, a semi-submersible mobile offshore drilling unit that was conducting deepwater offshore drilling and related oil exploration activities in the Gulf of Mexico (the "Blowout"). The Blowout sank the *Deepwater Horizon* and caused oil to spill into the Gulf of Mexico (the "Spill").

11. The Transocean Petitioners are the Owners, Managing Owners, Owners *Pro Hac Vice*, and/or Operators, of the *Deepwater Horizon*, and/or are considered Co-Owners of the *Deepwater Horizon*.

12. Prior to April 20, 2010, Lloyd's is believed to have insured and/or provided to one or more of the Transocean Petitioners a Certificate of Financial Responsibility ("COFR") and certain guarantees pertaining to liabilities incurred by or pertaining to the Transocean Petitioners and the *Deepwater Horizon*.

13. Lloyd's, in its capacity as a guarantor providing evidence of financial responsibility for one or more of the Transocean Petitioners, is responsible for removal costs and damages resulting from the Blowout and the Spill up to the amount of its COFR guarantee.

## COUNT I

### CONTRIBUTION UNDER THE OIL POLLUTION ACT

14. The Non-Operating Investors repeat and reallege ¶¶ 1-14 above.

15. The plaintiff in this action alleges that the Non-Operating Investors are liable under, inter alia, the Oil Pollution Act ("OPA"), 33 U.S.C. § § 2701, *et seq*.

16. The Non-Operating Parties deny that they are liable to the plaintiff or to others in connection with the Blowout or the Spill.

17. In the event the Non-Operating Investors are found liable in any respect as alleged herein, they are entitled under 33 U.S.C. § 2709, to contribution from Lloyd's in the amount of Lloyd's financial responsibility to the Transocean Petitioners up to the amount of its Lloyd's guarantee.

### PRAYER FOR RELIEF

WHEREFORE, Third-Party Plaintiffs Anadarko Petroleum Corporation and Anadarko E&P Company LP respectfully pray that this Court:

    a. Enter judgment against QBE Underwriting Ltd., Lloyd's Syndicate 1036 and in favor of Anadarko Petroleum Corporation and Anadarko E&P Company LP awarding them their damages in contribution; and

    b.    Enter such other relief as the Court deems just and proper.

Respectfully submitted,

BINGHAM McCUTCHEN, LLP

_____/s/_____
Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
Janika Polk (La. Bar No. 27608)
Robert Guidry (La. Bar No. 28064)
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 25, 2011

/s/ James J. Dragna, BBO #91492
jim.dragna@bingham.com