UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| THIS PLEADING APPLIES TO: 2:10-CV-02771 | : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING THE FOREGOING** Motion for Enforcement of the Limitation of Liability Monition Against The St. Joe Company filed by Defendants Transocean Offshore Deepwater Drilling Inc. ("TODDI"), Transocean Holdings L.L.C., Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively, "Transocean");

**IT IS HEREBY ORDERED** that Transocean's Motion is granted, and the continued prosecution by The St. Joe Company of its lawsuit against Transocean originally filed in the Superior Court for the State of Delaware, in an for New Castle County, Case Number 10C-10-099, is hereby **ENJOINED, STAYED,** and **RESTRAINED** until further order of this Court.

This Order in no way affects the Order to Remand issued by Judge Stark in Delaware District Court on March 15, 2011 in the matter of <u>The St. Joe Company v. Transocean Offshore Deepwater Drilling Inc. et al.</u>, Case No. 10-968.

New Orleans, Louisiana this 25th day of March, 2011.

_____
United States District Judge