# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## *EX PARTE* MOTION TO AMEND PRE-TRIAL ORDER NO. 9 TO ALLOW PSC TO REIMBURSE COMMON BENEFIT ATTORNEYS FOR INTERNATIONAL TRAVEL

**NOW INTO COURT** come Plaintiffs through Plaintiffs' Co-Liason Counsel, and respectfully seek to modify PTO 9, relating to Plaintiffs' Time and Expense Submissions. Plaintiffs request to add a subsection p to Section IV(1), Shared Costs, to include:

> "p. Travel costs incurred in connection with overseas and/or international travel, in accordance with the guidelines set forth in Section V(2)."

The purpose of this proposed amendment is to allow those PSC Counsel directed to attend depositions out of the country to be reimbursed out of shared PSC funds for the extraordinary expenses they are likely to incur associated with such travel.

**WHEREFORE** Plaintiffs respectfully pray for leave to amend Pre-Trial Order No. 9 to allow for reimbursement of international travel.

Respectfully submitted,

| | |
|---|---|
| /s/    Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, | **James Parkerson Roy**, |
| La. Bar No. 23129 | La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel.* | *Plaintiffs Liaison Counsel.* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion, together with a proposed Order, will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Motion and Proposed Order will be served on All Counsel *via* Lexis Nexis in accordance with PRE-TRIAL ORDER NO. 12.

This 25th day of March, 2011.

/s/ Stephen J. Herman and James Parkerson Roy