**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG<br>             "DEEPWATER HORIZON" in the<br>             GULF OF MEXICO, on<br>             APRIL 20, 2010 | :   MDL NO. 2179<br>:<br>:<br>:<br>:   SECTION: J<br>: |
| THIS DOCUMENT RELATES TO: | :<br>: |
| ALL ACTIONS | :   JUDGE BARBIER<br>:   MAG. JUDGE SHUSHAN<br>: |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

<u>**MEMORANDUM IN SUPPORT OF**</u>
<u>**MOTION TO AMEND PRE-TRIAL**</u>
<u>**ORDER NO. 9 TO ALLOW PSC TO REIMBURSE**</u>
<u>**COMMON BENEFIT ATTORNEYS FOR INTERNATIONAL TRAVEL**</u>

Plaintiffs respectfully seek to modify PTO 9, relating to Plaintiffs' Time and Expense Submissions.  Plaintiffs request to add a subsection p to Section IV(1), Shared Costs, to include:

> "p.     Travel costs incurred in connection with overseas and/or
>          international travel, in accordance with the guidelines set forth
>          in Section V(2)."

The purpose of this proposed amendment is to allow those PSC Counsel directed to attend depositions out of the country to be reimbursed out of shared PSC funds for the extraordinary expenses they are likely to incur.

Respectfully submitted,

/s/     Stephen J. Herman                         /s/ James Parkerson Roy
**Stephen J. Herman**,                           **James Parkerson Roy**,
La. Bar No. 23129                                La. Bar No. 11511
**HERMAN HERMAN KATZ & COTLAR LLP**              **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                               556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                     Lafayette, Louisiana 70501
Telephone: (504) 581-4892                        Telephone: (337) 233-3033
Fax No. (504) 569-6024                           Fax No. (337) 233-2796
E-Mail: sherman@hhkc.com                         E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel.*                    *Plaintiffs Liaison Counsel.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum, together with

Motion and proposed Order, shall be electronically filed into the record using the Court's

EFC filing system;

IN ADDITION, the Memorandum, Motion and Proposed Order will be served on

All Counsel *via* Lexis Nexis in accordance with PRE-TRIAL ORDER NO. 12.

This 25th day of March, 2011.


/s/ Stephen J. Herman and James Parkerson Roy