# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

[Amending Pre-Trial Order No. 9]

**CONSIDERING** Plaintiffs Motion to Amend Pre-Trial Order No. 9:

**IT IS ORDERED** that Pre-Trial Order No. 9 be amended to add subsection p to Section IV(1), Shared Costs, as follows:

> "p.   Travel costs incurred in connection with overseas and/or international travel, in accordance with the guidelines set forth in Section V(2)."

**SIGNED** this ___ day of <u>March</u>, <u>2011</u>.

_____
Hon. Carl J. Barbier
U.S. District Court Judge