UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All Cases in Pleading Bundles B(1) and B(3),* | * | |
| *Nos. 10-03815, 10-01540, 10-01502,* | * | MAGISTRATE NO. 1 |
| *10-4185, 10-4188, 10-4536, 10-04183,* | * | |
| *11-00348, 10-01196, 11-00516, and 10-03168* | * | MAGISTRATE SHUSHAN |
| | * | |
| * * * * * * * * * * * * | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** of the appearance of David M. Balabanian, Krystal N. Bowen, David S. Cannon, and Frank Busch of Bingham McCutchen, LLP as additional counsel for defendants MOEX Offshore 2007 LLC, MOEX USA, Corp., and Mitsui & Co., (USA), Inc.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ *David M. Balabanian*
David M. Balabanian
david.balabanian@bingham.com
Krystal N. Bowen
krystal.bowen@bingham.com
David S. Cannon
david.cannon@bingham.com
Frank Busch
frank.busch@bingham.com
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone (415) 393-2000
Facsimile (415) 393-2286

A/74015953.2                                   1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Notice of Appearance to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on March 23, 2011.

/s/ *David M. Balabanian*
David M. Balabanian
david.balabanian@bingham.com
Krystal N. Bowen
krystal.bowen@bingham.com
David S. Cannon
david.cannon@bingham.com
Frank Busch
frank.busch@bingham.com
Bingham McCutchen LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone (415) 393-2000
Facsimile (415) 393-2286