UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**Karl W. Rhodes' Motion to Dismiss Weatherford
International Ltd. Without Prejudice**

Petitioner, Karl W. Rhodes, respectfully moves that this Honorable Court allow him to voluntarily **Weatherford International Ltd.**, without prejudice, while reserve all of his rights, claims, and causes of action, and rights of action against all remaining defendants. Undersigned counsel has contacted counsel for Weatherford International Ltd., Mr. Glenn Goodier, and he consents to this dismissal without prejudice.

/s/ Richard R. Kennedy
RICHARD R. KENNEDY (#7788), T.A.
RICHARD R. KENNEDY (#26951)
309 Polk Street
P.O. Box 3243
Lafayette, LA   70502-3243
Phone:   (337) 232-1934
Fax:       (337) 232-9720
E-Mail:   ken309@richardkennedy.com
E-Mail:   rrk3@richardkennedy.com
*Attorneys for Karl W. Rhodes*

**Certificate of Service**

I hereby certify that the above and foregoing Pleading has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 28th day of March, 2011.

                                      */s/ Richard R. Kennedy*