UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § | MDL NO. 2179 |
| "DEEPWATER HORIZON" § | |
| in the GULF OF MEXICO, § | |
| on APRIL 20, 2010 § | SECTION: J |
| § | |
| THIS PLEADING RELATES TO: § | |
| *The St. Joe Company v. Halliburton* § | |
| *Energy Services, Inc.* § | JUDGE BARBIER |
| 2:11-cv-00258 § | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of William A. Brewer, James S. Renard, and Robert W. Gifford of Bickel & Brewer as additional counsel for plaintiff The St. Joe Company.

Dated:  March 27, 2011                                     Respectfully submitted,

                                                   By:   __/s/ Robert W. Gifford__

                                                   William A. Brewer III (Texas, No. 2967035)
                                                   wab@bickelbrewer.com
                                                   James S. Renard (Texas, No. 16768500)
                                                   jsr@bickelbrewer.com
                                                   Robert W. Gifford (New York, No. 046231)
                                                   rzg@bickelbrewer.com

                                                   **BICKEL & BREWER**
                                                   4800 Comerica Bank Tower
                                                   1717 Main St.
                                                   Dallas, Texas  75201
                                                   Telephone:  (214) 653-4000
                                                   Facsimile:  (214) 653-1015

                                                   **ATTORNEYS FOR PLAINTIFF**
                                                   **THE ST. JOE COMPANY**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2011.

    /s/ Robert W. Gifford

Robert W. Gifford