## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
|             "DEEPWATER HORIZON" | § | |
|             in the GULF OF MEXICO, | § | |
|             on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS PLEADING RELATES TO: | § | |
| *The St. Joe Company v. M-I, L.L.C. a/k/a* | § | |
| *M-I SWACO,* | § | JUDGE BARBIER |
| 2:11-cv-00259 | § | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of William A. Brewer, James S. Renard, and Robert W. Gifford of Bickel & Brewer as additional counsel for plaintiff The St. Joe Company.

Dated:  March 27, 2011                                                  Respectfully submitted,

                                                                                     By:     /s/ Robert W. Gifford

                                                                                     William A. Brewer III (Texas, No. 2967035)
                                                                                     wab@bickelbrewer.com
                                                                                     James S. Renard (Texas, No. 16768500)
                                                                                     jsr@bickelbrewer.com
                                                                                     Robert W. Gifford (New York, No. 046231)
                                                                                     rzg@bickelbrewer.com

                                                                                     **BICKEL & BREWER**
                                                                                     4800 Comerica Bank Tower
                                                                                     1717 Main St.
                                                                                     Dallas, Texas  75201
                                                                                     Telephone:  (214) 653-4000
                                                                                     Facsimile:  (214) 653-1015

                                                                                     **ATTORNEYS FOR PLAINTIFF**
                                                                                     **THE ST. JOE COMPANY**

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2011.

                                                /s/ Robert W. Gifford

                                                Robert W. Gifford