UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG     "DEEPWATER HORIZON"     in the GULF OF MEXICO,     on APRIL 20, 2010 | §<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING RELATES TO:<br>*The St. Joe Company v. Halliburton*<br>*Energy Services, Inc.*<br>2:11-cv-00258 | §<br>§<br>§<br>§ | <br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THE ST. JOE COMPANY'S NOTICE OF DISMISSAL
OF ACTION *THE ST. JOE COMPANY V. HALLIBURTON ENERGY SERVICES, INC.*,
<u>CAUSE NO. 2:11-CV-00258</u>

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff The St. Joe Company voluntarily dismisses the above-captioned action, No. 2:11-cv-00258, without prejudice.

Dated:  March 27, 2011                                                             Respectfully submitted,

By:      /s/ Robert W. Gifford                                        By:      /s/ Edmond D. Johnson
William A. Brewer III                                                   Edmond D. Johnson (Del., No. 2257)
(Tex., No. 2967035)                                                    johnsone@pepperlaw.com
wab@bickelbrewer.com
James S. Renard                                                          **PEPPER HAMILTON LLP**
(Tex., No. 16768500)                                                  Hercules Plaza, Suite 5100
jsr@bickelbrewer.com                                                1313 Market Street
Robert W. Gifford                                                        Wilmington, Delaware 19899-1709
(NY, No. 046231)                                                         Telephone:  (302) 777-6500
rzg@bickelbrewer.com                                              Facsimile:  (302) 421-8390

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

                                                                                          **ATTORNEYS   FOR   PLAINTIFF**
                                                                                          **THE ST. JOE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing The St. Joe Company's Notice Of Dismissal Of Action *The St. Joe Company v. Halliburton Energy Services, Inc.*, Cause No. 2:11-cv-00258 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2011.

          /s/ Robert W. Gifford
          Robert W. Gifford