# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § | MDL NO. 2179 | |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, § | | |
| on APRIL 20, 2010 § | SECTION: J | |
| § | | |
| THIS PLEADING RELATES TO: § | | |
| *The St. Joe Company v. M-I, L.L.C. a/k/a* § | | |
| *M-I SWACO,* § | JUDGE BARBIER | |
| 2:11-cv-00259 § | MAG. JUDGE SHUSHAN | |

### THE ST. JOE COMPANY'S NOTICE OF DISMISSAL OF ACTION *THE ST. JOE COMPANY V. M-I, L.L.C. a/k/a M-I SWACO*, CAUSE NO. 2:11-CV-00259

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff The St. Joe Company voluntarily dismisses the above-captioned action, No. 2:11-cv-00259, without prejudice.

Dated:  March 27, 2011                                      Respectfully submitted,

By:      /s/ Robert W. Gifford                              By: :     /s/ Edmond D. Johnson
       William A. Brewer III                                    Edmond D. Johnson (Del., No. 2257)
       (Tex., No. 2967035)                                     johnsone@pepperlaw.com
       wab@bickelbrewer.com
       James S. Renard                                         **PEPPER HAMILTON LLP**
       (Tex., No. 16768500)                                    Hercules Plaza, Suite 5100
       jsr@bickelbrewer.com                                    1313 Market Street
       Robert W. Gifford                                       Wilmington, Delaware 19899-1709
       (NY, No. 046231)                                        Telephone:  (302) 777-6500
       rzg@bickelbrewer.com                                    Facsimile:  (302) 421-8390

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

                                                 **ATTORNEYS   FOR   PLAINTIFF
                                                 THE ST. JOE COMPANY**

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing The St. Joe Company's Notice Of Dismissal Of Action *The St. Joe Company v. M-I, L.L.C. a/k/a M-I SWACO.*, Cause No. 2:11-cv-00259 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2011.

        /s/ Robert W. Gifford
        Robert W. Gifford