# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 MAR 25 PM 3:13

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT comes James R. Dugan, II of the Dugan Law Firm in New Orleans who respectfully moves this Honorable Court to grant the motion to deposit contested funds from Check No. 1633 in the amount of $631,125.00 payable to the Clerk of Court for the Eastern District of Louisiana into the registry of the Court pending resolution of an attorney fee dispute.

Dated: March 25, 2011

Respectfully submitted,

_____
Jacques F. Bezou (LA Bar. 3037)
534 East Boston Street
Covington, La 70433
Telephone: 985-892-2111
Telecopier: 985-892-1413



___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Deposit Funds into the Registry of the Court has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of Mar, 2011.

_____
Jacques F. Bezou