UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING Motion to Deposit Funds into the Registry of the Court, and for good cause shown;

**IT IS HEREBY ORDERED**, that the Motion to Deposit Funds into the Registry of the Court is **GRANTED** and said funds from Check No. 1633 in the amount of $631,125.00 are hereby deposited into the registry of the Court.

THUS DONE AND SIGNED, this 25 day of March 2011, at New Orleans, Louisiana.

_____
United States District Judge

___Fee _____
___Process _____
x  Dktd _____
___CtRmDep _____
___Doc. No. _____

-3-