# EXHIBIT A

Global Document (including e-Document) Management Policy

> **Any record or document (*note definition below*) relating to actual, pending or threatened litigation and government/regulatory investigations, or circumstances where such action is reasonably likely, must not be altered, destroyed, mutilated or concealed but retained until after the legal action or investigation has been completed.**

It is the policy of BP to:

- create only those documents that are needed for the operation of the company;
- retain documents for the period of time established by the appropriate **Retention Schedule**;
- destroy documents when called for under the policies/procedures of the **Records Retention Program**, except that (regardless of the provisions of any Retention Schedule) **you must not alter, destroy, mutilate or conceal documents relating to actual, pending or threatened litigation and government/regulatory investigations, or in circumstances where such action is reasonably likely, or against the contingency of such litigation/investigation occurring at some time in the future;** and
- comply with prevailing national, state, federal, and international legal requirements including legal requirements related to litigation, government/regulatory investigation and audit.

**US Federal law, recently amended by the Sarbanes-Oxley Act, provides criminal penalties (of a fine or up to 20 years imprisonment or both) for whoever:**
"**knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States**"; or
"**corruptly alters, destroys, mutilates or conceals a record, document or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding**".

**Notwithstanding that this is a US law, it is to be applied throughout the BP Group. If you have any doubt as to whether or not a document may be relevant to a US investigation or proceeding, you should first consult the website referred to below, and if necessary contact BP Legal for advice, before destroying the document(s) in question.**

For the purposes of this Policy, "**document**" means any form of recorded information created or maintained for use at a later date, originating in or

HIGHLY CONFIDENTIAL

BP-HZN-2179MDL00064660

received by the company for the conduct of business operations and activities, including paper, microfilm, microfiche, photograph, map, computer disk or tape, software, video, **e-mail, voice message or other recorded information**, personal drafts and handwritten notes.

Company documents are the property of the company and not the author or custodian of those documents. No employee has any personal or property right to the documents of the company including those documents that the employee helped develop or compile.

The length of time for which any document must be retained depends on the type of document and the requirements of the law and the company's policies. In general, such periods vary between 3 and 12 years, but some documents, such as certain personnel records, must be retained indefinitely. Full details may be found in the applicable **Retention Schedule** incorporated in **BP's Records Retention Program** set out at ( http://recordsinfo.bpweb.bp.com ). It currently incorporates the Retention Schedules applicable to North America and the UK, and in due course will be extended to include Retention Schedules applicable to other parts of the world. It also lists (under "Holds") current actual, pending or threatened litigation and government/regulatory investigations in respect of which documents must be retained. You should contact BP Legal if you have any questions as to circumstances where such litigation and/or government/regulatory investigations may be reasonably likely.

**Any employee or third party employed by a contractor or service provider who violates this policy may be subject to appropriate action being taken, including termination of employment or contract termination.**

The below website contains additional information regarding document policy:
https://digitalsecurity.bp.com/PublicFiles/FrontPage3.aspx?pagetag=p_home

**HIGHLY CONFIDENTIAL**

BP-HZN-2179MDL00064661