UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Working Group[1] Conference on Friday, March 25, 2011]

This order reflects the action taken at the Working Group Conference on Friday, March 25, 2011, and the requirements for the Working Group Conference on **Friday, April 1, 2011,** and thereafter.

1. **Changes to Schedule and Master List.**

Changes were made for Jesse Gagliano, Daryl Kellingray and Michael Bierne which are reflected elsewhere in the order.

There is limited time available to complete the depositions on the Master List. **But for a health issue with a deponent or his counsel, the parties will not be permitted to reschedule depositions which are confirmed for April and May**.

2. **Document Production**.

The question of deadlines for document production in connection with the February 27, 2012 trial (and not documents that the PSC will be required to produce for personal injury/wrongful death test cases) was discussed. **By the April 1, 2011 conference**, the parties shall recommend: (a) a cutoff date for the PSC to submit requests for production of documents without leave of court; and

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

(b) a deadline for the defendants to respond to all requests for production of documents.

BP and the other defendants shall consider the extent to which they can complete custodial document production for the deponents scheduled for June 6 through July 6, 2011 in London before counsel leave for London.

3. **Duration of Examination by Defendants**.

Transocean requested a procedure where a defendant may request additional time beyond the amount currently available to the defendants in a limited number of depositions for discovery on cross claims and third-party demands. **Before the April 1, 2011 conference**, the parties shall review the deponents set for April and identify those deponents where the need for additional time might be an issue. **Prior to the April 1, 2011 conference,** the parties shall email the Court with the identity of these deponents and a brief description of why additional time might be needed.

4. **MDL 2185 Update**.

The plaintiffs in MDL 2185 updated the Court on their positions and the fact that there is a conference before Judge Ellison on April 13, 2011. MDL 2185 will not be on the agenda for April 1, 2011.

5. **U.S. Deponents Requested by BP.**

Discussion was deferred to April 1, 2011.

6. **Cathleenia Willis' Motion for Protective Order (Rec. doc. 1671)**.

This is deferred until after the Marine Board Hearing set for the beginning of April. This will not be on the agenda for April 1, 2011.

7. **Rule 30(b)(6) notices**.

The PSC sought to determine responsibility for the service of final Rule 30(b)(6) notices for

depositions required for the February 27, 2012 trial.  On March 23, 2011, it served Rule 30(b)(6) notices for the depositions of BP, Transocean, Halliburton and Cameron.  Halliburton reported that its notice was not final.  Cameron reported that its notice was final subject to the reservation described in the order for the March 18, 2011 conference (Rec. doc. 1720).  BP and Transocean reported that their notices were final.  At the March 25, 2011 conference, the PSC stated it would be responsible for completing and serving notices for M-I Swaco, Anadarko and MOEX.

The following is a list of all the parties and non-parties that have been identified as requiring Rule 30(b)(6) deposition notices.  **Before the April 1, 2011 conference**, the parties shall identify who is responsible for completing and serving the notices.  The parties may email this information to the Court before the conference or provide it at the conference.

| Rule 30(b)(6) Deponent | Party Responsible for Notice and Service of Notice |
|---|---|
| Add Energy | |
| Anadarko | PSC |
| Baker Risk | |
| BP | PSC |
| Cameron | PSC |
| Cobalt International | |
| CSI Technologies | |
| Det Norske Veritas (DNV) | |
| Dril-Quip, Inc. | |
| Halliburton and its Speery Division | PSC |
| Konsberg | |

3

|  |  |
|---|---|
| M-I Swaco | PSC |
| MOEX | PSC |
| Nexen, Inc. | |
| Oceaneering | |
| Randy Smith Training Solutions | |
| Stress Engineering | |
| Transocean | PSC |
| United States (should it be listed) | |
| Vector Magnetics | |
| Weatherford | |
| Wild Well Control | |

**8.   PSC Reports.**

**At the April 1, 2011 conference**, the PSC shall update the Court as necessary.

41.   Rule 30(b)(6) Cobalt Int'l Energy

The PSC reported that the deposition of Cobalt Int'l Energy is indefinitely postponed. It will be removed from the April 1, 2011 agenda.

53.   Rule 30(b)(6) Oceaneering               April 12

The PSC is communicating with counsel for Oceaneering. April 12, 2011 is the confirmed date for the deposition. The designee has not been named.

198.   Rule 30(b)(6) Wild Well Control

The PSC reported that it is working with counsel for Wild Well Control on suggested dates. Wild Well will produce documents on a rolling basis.

**9.** **BP Reports**.

**On April 1, 2011,** BP shall update the Court on the following.

    **A.**     **BP's Rule 30(b)(6) Deposition**.

BP reported that the following will be designees for its deposition.

| No. | Name | Deposition Date | Topics |
|---|---|---|---|
| 3. | Abbassion, Fereidain | May 3 and 4 | 13 and 22-26 |
| 4. | Bellow, Jonathan | May 2 and 3 | 34 |
| 40. | Wong, Norman | June 13 and 14 (London) | 33 |
| 95. | Cowie, Jim | June 15 and 16 (London) | 6, 14-16 and 18 |
|  | Dennis, Johnson |  | 28 |
|  | Kennelly, |  | Portions of 4 and 5 |

Designations are required for Topics 1, 2, 3, portions of 4 and 5, 7-12, 17, 19-21, 27, 29-32 and 35.

    **B.**     **UK Depositions**.

| 6. | Castell, Sir William | BP | June 22 and 23 |

BP confirmed the date for the deposition and reported that the deponent may have private counsel.

| 17. | Inglis, Andy | BP(E&P) | July 4, 5 or 6[2] (tentative) |
| 83. | Kellingray, Daryl | BP | London |

BP will secure dates for Kellingray's deposition.

---

[2] Andy Inglis is represented by counsel. His counsel has a trial which may conflict and therefore, the deposition may have to be delayed. If the trial is settled, the deposition may be moved to an earlier date.

**C.     Non-Party Rule 30(b)(6) Notices (Present or Former BP Contractors)**.

| No. |  | Employer | Requesting Party | Date |
|---|---|---|---|---|
| 109. | Rule 30(b)(6) | CSI Technologies | APC/MOEX | |
| 42. | Brown, David | CSI Technologies | PSC | June 13 and 14 |
| 108. | Sabins, Fred | CSI Technologies | Halliburton | April 28 and 29 |

BP reported that: (a) Brown and Sabins are the only two designees for CSI; (b) Brown will be the designee for the modeling portion of Topic 1; (c) Sabins will be the designee for the remaining topics; (d) CSI requires some clarification on the scope of Topic 5; and (e) BP will work with the requesting parties to resolve the issue on Topic 5.  BP and the parties shall consider whether two days are needed for David Brown's deposition.

| 85. | Rule 30(b)(6) | Add Energy | APC/MOEX | June 23 and 24 |
|---|---|---|---|---|

The designee is Haug Emilson.  He is a resident of Norway and will come to London for his deposition.

| 86. | Rule 30(b)(6) | Baker Risk | APC/MOEX | |
|---|---|---|---|---|

BP is in contact with Baker Risk.

| 145. | Rule 30(b)(6) | Stress Engineering | APC/MOEX | |
|---|---|---|---|---|

BP is in contact with Stress Engineering.

| 192. | Rule 30(b)(6) | Vector Magnetics | Halliburton | |
|---|---|---|---|---|

BP will contact Vector Magnetics.

**D.     Present or Former BP Employees**.

| 13. | Grounds, Cheryl | BP | | May 4 and 5 |
|---|---|---|---|---|

BP confirmed the dates.

14.     Guide, John Alex        BP                      May 9 and 10

BP confirmed the dates.

21.     Mogford, John           Former BP

BP is working on scheduling the deposition.

23.     O'Bryan, Patrick        BP                      July 7 and 8 (tentative)

No change in the status of O'Bryan's deposition.

29.     Skidmore, Ross          BP E&P

BP is working on dates.

36.     Vidrine, Donald         BP                      May 18 and 19 (tentative)

Subject to the continuing health issue, the deposition is set.

55.     Lacy, Kevin     Former BP (Talisman En)     June 1 and 2

BP confirmed the deposition dates and reported that it will be taken in New Orleans.

97.     Lambert, Lee            BP                      May 9 and 10

BP confirmed the dates.

98.     Lee, Philip Earl        BP                      June 1 and 2

BP reported that his deposition was reset from May 23 and 24 to June 1 and 2.

201.    Bierne, Michael         BP

BP will secure dates for the deposition.

### E.     Non Party Deponents Requested by BP

87.     Crone, Timothy          Non-Gov. Researcher

The PSC reported that there was agreement with BP to pass Crone indefinitely as he will be acting as a consultant for the PSC. Crone will be removed from the agenda for April 1, 2011.

88.   Haynie, William    ABS Surveyor

BP reported that Haynie is not employed by DNV. It is working on dates for his deposition.

110.   McKay, David    DNV Surveyor

BP reported that McKay has agreed to be deposed. There are issues concerning costs. A request for reimbursement of costs will be subject to Court approval as to the reasonableness of the costs.

113.   Campbell, Pat    Wild Well Control    July 12 and 13 (tentative)

BP is working to reschedule this for an earlier date and arrange for Campbell to come to New Orleans.

114.   Dupriest, Fred    Exxon Mobil

BP is in contact with the Exxon Mobil law department.

128.   Bourgoyne, Darryl    LSU    May 17 and 18 (tentative)

BP reported tentative dates for the deposition.

129.   Tyagi, Mayank    LSU-Dept Petro Engineering

BP has not been able to contact this witness.

142.   Hartmann, Robin    Shell

No report.

143.   Williams, Charlie    Shell

No report.

146.   Cargol, Mike    Subsea

BP is in contact with the deponent, but there are no dates for the deposition.

F.   **PSC Discovery Issues with BP**.

The PSC and BP reported that these issues (see No. 34 of order for March 18, 2011 conference) were resolved.

10.   **Transocean Reports**.

**On April 1, 2011,** Transocean shall update the Court on the following.

A.   **Transocean's Rule 30(b)(6) Deposition**.

On March 23, 2011, the PSC served Transocean with the notice in final form. Transocean will notify the parties by letter of the designees for each topic. The following are designees.

| No.   | Name           | Deposition Date   | Topics |
|-------|----------------|-------------------|--------|
| 65.   | McMahan, Larry | June 29 and 30    |        |
| 70.   | Rose, Adrian   | April 25 and 26   |        |
| 147.  | Ambrose, Bill  | June 27 and 28    |        |
| 152.  | Ezell, Randy   |                   |        |

Ezell was set for March 30 and 31. His deposition will be rescheduled for April.

B.   **Present or Former Transocean Employees**.

| 60. | Kent, James | Transocean | June 21 and 22 |

Transocean confirmed the dates for the deposition.

| 82.[3] | Redd, Eddy | Transocean |

Transocean is working on dates for the deposition.

| 149. | Breland, Craig | Transocean |

---

[3] The PSC reported that it identified Eddy Redd, a former Transocean employee, as an additional person to be deposed. He was assigned no. 82 on the Master List.

No report.

150.   Brown, Douglas H.   Transocean

Transocean is in contact with Brown's counsel.

153.   Hay, Mark David   Transocean

Transocean is in contact with Hay's counsel.

**C.   Plaintiff PI Track**.

The six persons on this track (Nos. 155-57, 159, 164 and 165 on the Master List) are deferred until after April 20, 2011.

**D.   Further Transocean Deponents**.

The following deponents have not been the subject of action at any working group conference. Transocean shall begin contacting these persons or their counsel to obtain dates for their depositions.

154.   Holloway, Caleb   Transocean

158.   McWhorter, Jim   Transocean

160.   Morgan, Patrick   Transocean

162.   Sandell, Micah   Transocean

163.   Seriale, Allen   Transocean

166.   Wheeler, Wyman   Transocean (on rig)

167   Williams, Michael   Transocean

**11.   Halliburton Reports**.

**On April 1, 2011,** Halliburton shall update the Court on the following.

**A.     Halliburton's Rule 30(b)(6) Deposition**.

The Rule 30(b)(6) notice for Halliburton is not in final form. If the issue is not resolved by the afternoon of Monday, March 28, 2011, Halliburton and the PSC shall contact the Court. There was discussion concerning the topics for Sperry, a division of Halliburton, and the number of Sperry topics concerning ESI. The designees for Halliburton and its Sperry division are:

| No. | Name | Deposition Date | Topics |
|---|---|---|---|
| 46. | Vargo, Richard | March 30 and 31 | |
| 115. | Gisclair, John | March 14 and 15 | |
| 119. | Quirk, Tim | March 21 and 22 | |

Halliburton reported that Gisclair satisfied all of the Sperry topics.

**B.     Non-Party Rule 30(b)(6) Notices**.

112.   Dril-Quip, Inc.

**C.     Present or Former Halliburton Employees**.

| 44. | Gagliano, Jesse | Halliburton | May 11 (tentative) |
|---|---|---|---|

Halliburton will confirm the date for the deposition. Gagliano's counsel reports that he will invoke the Fifth Amendment.

| 118. | Probert, Tim | Halliburton | May 9 and 10 |
|---|---|---|---|

Halliburton confirmed the dates for the deposition.

| 120. | Ravi, Dr. Kris | Halliburton | |
|---|---|---|---|

Halliburton and BP agreed to pass Dr. Ravi. He will not be on the agenda for April 1, 2011. deposition.

| 121. | Roth, Tommy | Halliburton | June 27 and 28 |
|---|---|---|---|

Halliburton confirmed the dates for the deposition.

122.    Tabler, Vincent        Halliburton            June 13 and 14

Halliburton confirmed the dates for the deposition.

**D.    Other Deponents**

127.    Adams, Neal           Independent Consultant (Petro Engineer)

Halliburton and BP shall meet and confer regarding his deposition.

130.    Lindner, Leo          M-I Swaco              April 25-26 (tentative)

Lindner is represented by Anthony Buzbee. Halliburton will issue a notice.

139.    Kritzer, Joshua       OCS                    June 20 and 21

140.    Lambert, Heath        OCS                    June 22 and 23

Halliburton will issue notices for Kritzer and Lambert.

**12.    Cameron Reports.**

**On April 1, 2011,** Cameron shall update the Court on the following.

**A.    Cameron's Rule 30(b)(6) Deposition.**

Subject to the reservations described in the order for the March 18, 2011 working group conference (Rec. doc. 1720), the Cameron Rule 30(b)(6) deposition will proceed. Cameron reported that McWhorter and Whitby are the only two designees.

199.    Rule 30(b)(6)         Cameron

106.    McWhorter, David      Cameron (Rule 30(b)(6))    July 7 and 8

107.    Whitby, Melvin        Cameron                    July 18 and 19

**B.    Document Production.**

Cameron shall produce its documents on a rolling basis and as promptly as possible so that

12

the documents may be reviewed prior to upcoming depositions.

13. **Anadarko/MOEX Reports**.

**On April 1, 2011,** Anadarko and Moex shall update the Court on the following.

A. **Non-Party Rule 30(b)(6) Notices**.

| No. | | Employer | Date |
|---|---|---|---|
| 54. | Eric Guidry | Rule 30(b)(6) Randy Smith Training Sol. | May 9 |

Anadarko confirmed the date for the deposition. Cost issues must be resolved.

| 111. | Rule 30(b)(6) | DNV | |

It was agreed that the deposition will be delayed until the week of June 26. Cost issues must be resolved. It is anticipated that there will be two representatives for DNV.

| 138. | Rule 30(b)(6) | Nexen, Inc. | May 23 |

Anadarko confirmed the date for the deposition. The designee from Nexen's procurement department has not been identified.

B. **Non Party Deponents Requested by Anadarko/MOEX.**

| 141. | Paine, Kate | Quadril Energy | |

Anadarko has not been able to locate Paine. If it cannot do so within a reasonable time, it will remove her from the Master List.

14. **M-I Swaco Reports**.

**On April 1, 2011,** M-I Swaco shall update the Court on the following.

A. **M-I Swaco's Rule 30(b)(6) Deposition**.

| 132. | Brad Billon | Rule 30(b)(6) M-I Swaco | June 23 and 24 |

Billon is designated for all issues.

13

    **B.**    **Present or Former M-I Swaco Employees.**

131.    Smith, J.R.    M-I Swaco    July 20-21 (tentative)

M-I Swaco was asked to try to schedule Smith for an earlier date.

**15.**    <u>**Weatherford Reports**</u>**.**

**On April 1, 2011,** Weatherford shall update the Court on the following.

    **A.**    **Weatherford's Rule 30(b)(6) Deposition**.

195.    Lirette, Brent  Rule 30(b)(6) Weatherford    June 6 and 7

The parties have not agreed on the notice and they are to report on their efforts on **Friday, April 1, 2011**. Lirette will be the designee for technical issues. The date of the deposition was confirmed.

    **B.**    **Present or Former Weatherford Employees.**

193    Clawson, Bryan    Weatherford

194.    Oldfather, Daniel    Weatherford

**16.**    <u>**Court Reports**</u>**.**

**On April 1, 2011,** the Court shall update the parties on the following.

    <u>Name</u>        <u>Employer</u>

57.    Fleytas, Andrea    Transocean

Kurt Arnold is counsel for Fleytas.

117.    Haire, Christopher    Halliburton

Anthony Buzbee is counsel for Haire.

148.    Bertone, Stephen Ray    `    Transocean

Kurt Arnold is counsel for Bertone.

**17.    Louisiana Reports**.

**Before the April 1, 2011 conference**, Louisiana shall supply the Court, Liaison Counsel and Coordinating Counsel with an email report on why Bob Long's testimony is relevant to the issues in the February 27, 2012 trial.

| | | |
|---|---|---|
| 62. | Long, Bob | Transocean |

**Before the April 8, 2011 conference**, Louisiana shall supply the Court, Liaison Counsel and Coordinating Counsel with an email report on why the testimony of each of the following is relevant to the issues in the February 27, 2012 trial.

| | | |
|---|---|---|
| 33. | Tink, Richard S. | BP America |
| 63. | MacDonald, John | Transocean |
| 64. | McKechnie, Bob | Transocean |
| 65. | McMahan, Larry | Transocean |
| 66. | Moore, Jimmy | Transocean |
| 67. | Ness, Chris | Transocean |
| 68. | Newman, Steven | Transocean |
| 69. | Polhamus, Mac | Transocean |
| 71. | Saltiel, Robert | Transocean |
| 72. | Smith, N. Pharr | Transocean |
| 74. | Tonnel, David | Transocean |
| 75. | Trahan, Buddy | Transocean |
| 76. | Tranter, Paul | Transocean |
| 78. | Weaver, Warren | Transocean |
| 80. | Wright, Mike | Transocean |

|  | 81. | Young, David | Transocean |
|---|---|---|---|
|  | 84. | John, Lance | Weatherford |

**18.** **Certain Approaching Deadlines**.

| April 20, 2011 | Monition Date |
|---|---|
| May 1, 2011 | Parties shall file preliminary lists of all witnesses who may or will be called to testify and all exhibits which may or will be used at the February 27, 2012 trial. |

**19.** **Other Matters**.

At its earliest convenience after March 31, 2011, the PSC shall provide the Court with a list of the persons deposed in February and March.

New Orleans, Louisiana, this 28th day of March, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**