UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>*No. 10-1757; No. 10- 1758; No. 10- 1759;*<br>*No. 10-1760; No. 10- 2087; No. 10- 2731;*<br>*No. 10- 2996; No. 10- 2997;*<br>*No. 10- 4185; No. 10-4239; No. 10-4240;*<br>*No. 10-4241* | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP DEFENDANTS' MOTION TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(1) & 12(b)(6) COMPLAINTS FILED BY
CERTAIN GOVERNMENTAL ENTITIES IN PLEADING BUNDLE C**

BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move to dismiss certain complaints against BP in Pleading Bundle C. For the reasons more fully set forth in the attached Memorandum in Support, plaintiffs' complaints fail to state valid claims and/or this Court lacks jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1).

1

Dated:  March 28, 2011	Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2011.

/s/ Don K. Haycraft
Don K. Haycraft