UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * | |
| *No. 10-1757; No. 10- 1758; No. 10- 1759;* | * | Honorable CARL J. BARBIER |
| *No. 10-1760; No. 10- 2087; No. 10- 2731;* | * | |
| *No. 10- 2996; No. 10- 2997;* | * | Magistrate Judge SHUSHAN |
| *No. 10- 4185; No. 10-4239; No. 10-4240;* | * | |
| *No. 10-4241* | * | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned parties shall bring on for hearing their Motion to Dismiss Complaints Filed By Certain Governmental Entities in Pleading Bundle C before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 8th day of June, 2011, or as soon thereafter as counsel may be heard

.

                                                      Respectfully submitted,

                                                      By: /s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361)\) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | LISKOW & LEWIS |
| Washington, DC 20004-2401 | One Shell Square |
| Telephone:  (202) 662-5985 | 701 Poydras Street, Suite 5000 |
| Facsimile:  (202) 662-6291 | New Orleans, Louisiana  70139-5099 |
| | Telephone:  (504) 581-7979 |
| | Facsimile:  (504) 556-4108 |

>Richard C. Godfrey, P.C.
>J. Andrew Langan, P.C.
>Andrew B. Bloomer, P.C.
>KIRKLAND & ELLIS LLP
>300 North LaSalle Street
>Chicago, Illinois  60654
>Telephone: (312) 862-2000
>
>*Attorneys for BP*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of March, 2011.

>/s/ Don K. Haycraft
>Don K. Haycraft