### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | ) | |
| of Mexico, on April 20, 2010 | ) | SECTION:  J |
| | ) | |
| | ) | The Hon. CARL J. BARBIER |
| This document relates to: | ) | |
| *All Cases in Pleading Bundle B2* | ) | Magistrate Judge SHUSHAN |

### ORDER

CONSIDERING Plaintiffs' Motion for Leave:

IT IS HEREBY ORDERED that Plaintiffs be and are hereby granted leave to file their Amended Case Statement.

SIGNED New Orleans, Louisiana, this ____ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**