UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 2:11-cv-00263 | * | MAG. JUDGE SHUSHAN |

ORDER

Considering the foregoing Consent Motion to Dismiss Weatherford International, Ltd., filed in <u>Trahan v. BP plc</u>, No. 2:11-cv-00263,

**IT IS ORDERED** that the motion is GRANTED and that Weatherford International, Ltd., is dismissed without prejudice.

New Orleans, Louisiana this 28th day of March, 2011.

_____
United States District Judge