UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br> SECTION: J |
| This Document Relates Only To: *Rhodes v. Transocean, Ltd., et al* 2:10-CV-01502 | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**Order**

Considering the foregoing motion and for the reasons more fully recited by the Court:

Karl W. Rhodes' motion to dismiss **BP Products North America, Inc., BP America, Inc., BP Corporation North America, Inc., and BP Company North America, Inc.**, without prejudice, as a defendant in Docket No. 10-cv-1502, while reserving his rights, claims, and causes and rights of action against all remaining defendants is hereby GRANTED.

New Orleans, Louisiana this   28th   day of   March  , 2011.

_____
United States District Judge