UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : : : JUDGE BARBIER |
| APPLIES TO:  C.A. 10-2771 C.A. 10-0823 C.A. 10-2009 | : MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

On March 16, 2011, a motion to enroll counsel (Doc #1659) was filed by Lynden, Inc., which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of March 29, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this  29st  day of MARCH, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE