UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, § | | |
| on APRIL 20, 2010 § | | SECTION: J |
| § | | |
| THIS PLEADING RELATES TO: § | | |
| § | | JUDGE BARBIER |
| 2:10-CV-02771 § | | MAG. JUDGE SHUSHAN |

**THE ST. JOE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE
*AMICUS CURIAE* BRIEF IN OPPOSITION TO TRANSOCEAN'S RULE 12(b)(6)
MOTION TO DISMISS**

The St. Joe Company ("St. Joe"), plaintiff in an action pending in the Delaware Superior Court (the "Delaware Action") against Transocean Offshore Deepwater Drilling Inc., Transocean Holdings L.L.C., Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively, "Transocean"), respectfully submits this Motion For Extension of Time to File *Amicus Curiae* Brief in Opposition to Transocean's Rule 12(b)(6) Motion to Dismiss, as follows.

**I.**

**GROUNDS FOR MOTION**

On March 25, 2011, the Court heard argument on Transocean's *Ex Parte* Motion For Enforcement of the Limitation of Liability Monition Against St. Joe, pursuant to which Transocean sought a temporary stay of St. Joe's prosecution of the Delaware Action pending the Court's resolution of Transocean's Rule 12(b)(6) motion to dismiss in the above-captioned action ("Motion to Dismiss")[1] and, particularly, the "issue of what state common law claims, if

---

[1] *See* Transocean's Motion to Dismiss the First Amended B1 Master Claim in Limitation and First Amended Master Complaint filed Feb. 28, 2011 (D.I. # 1390) ("Motion to Dismiss"), at 7.

any, are 'saved' by Section 2718 [of the Oil Pollution Act] for plaintiffs in connection with the BP Macondo oil spill."[2]

After considering the parties' memoranda and oral arguments, the Court granted Transocean's request for a temporary stay of the Delaware Action,[3] until the Court could more fully consider the scope of the injunctive provisions contained in the Monition Order[4] by addressing certain issues relating thereto raised in the pending Motion to Dismiss. After announcing its ruling, and at St. Joe's request, the Court granted St. Joe leave to submit an *amicus curiae* brief addressing the scope and enforceability of the Monition Order as to St. Joe. The Court stated that it would consider St. Joe's *amicus curiae* brief in connection with the briefs filed by other parties with respect to Transocean's Motion to Dismiss.

The Court's Pretrial Order No. 32 requires that all memoranda in opposition to the Motion to Dismiss be filed by March 30, 2011, and that reply briefs be filed no later than April 29, 2011.[5] St. Joe submits that it would be unworkable and unnecessarily burdensome for it to file its *amicus curiae* brief by March 30, 2011, and, therefore, respectfully asks that this Court grant St. Joe an extension to file its *amicus curiae* brief no later than **Wednesday, April 6, 2011**. St. Joe submits that the requested deadline will afford it a reasonable opportunity to fully brief

---

[2] *See Ex Parte* Motion for Enforcement of the Limitation of Liability Monition Against Plaintiff, The St. Joe Company, dated March 22, 2011 (D.I. #1714).

[3] *See* Order granting Motion to Enforce Judgment on Limitation of Liability, dated March 25, 2011 (D.I. #1765).

[4] *See* Second Amended Order Directing Claimants To File And Make Proof Of Claims, Directing The Issuance Of Monition, And Restraining Prosecution Of Claims, S.D.Tex., 4:10-cv-01721, filed Jun. 11, 2010 (D.I. # 131) (the "Monition Order").

[5] *See* Pretrial Order No. 32 (D.I. #1506).

2

the issues and will afford Transocean ample time to respond by the established deadline for replies.

## II.

## REQUEST FOR RELIEF

For all the foregoing reasons, St. Joe respectfully requests that this Court grant it an extension to file an *amicus curiae* brief in opposition to Transocean's motion to dismiss in the above-captioned action by April 6, 2011.

Dated: March 29, 2011    Respectfully submitted,

By: /s/ James S. Renard
William A. Brewer III (Texas, No. 02967035)
wab@bickelbrewer.com
James S. Renard (Texas, No. 16768500)
jsr@bickelbrewer.com
Robert W. Gifford (New York, No. 046231)
rzg@bickelbrewer.com

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main St.
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR THE
ST. JOE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing The St. Joe Company's Motion For Extension of Time to File *Amicus Curiae* Brief in Opposition to Transocean's Rule 12(b)(6) Motion to Dismiss has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of March, 2011.

          /s/ Robert W. Gifford
          Robert W. Gifford