UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS PLEADING RELATES TO: | § | |
| | § | JUDGE BARBIER |
| 2:10-CV-02771 | § | MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that The St. Joe Company is **GRANTED** an extension of time to file its *Amicus Curiae* Brief in Opposition to Transocean's Rule 12(B)(6) Motion to Dismiss on or before **April 6, 2011**.

The Court directs the Clerk of Court to accept and file The St. Joe Company's *Amicus Curiae* Brief in Opposition to Transocean's Rule 12(B)(6) Motion to Dismiss when timely filed in accordance with this Order.

New Orleans, Louisiana this _____ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

5239384.1
2132-05