UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 21, 2011
ECO-038

No. 11-1695

THE ST. JOE COMPANY

v.

TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC.,
TRANSOCEAN HOLDINGS LLC, TRANSOCEAN DEEPWATER INC.,
TRITON ASSET LEASING GMBH,

Appellants

(D. Del. No. 1-10-cv-00968)

Present: CHAGARES, JORDAN, and VANASKIE, Circuit Judges

1. Appellants' Motion for Stay Pending Appeal;

2. Appellee's Response in Opposition to Motion for Stay Pending Appeal and

3. Appellants' Reply in Support of Motion for Stay Pending Appeal.

_____ORDER_____

Appellants seek review of a District Court order entered March 15, 2011, remanding this case for lack of removal jurisdiction to the Superior Court of the State of Delaware, in and for New Castle County. The District Court's decision embodies two rulings. First, the District Court concluded that there is no federal question presented. Because the District Court's remand order is based on a lack of subject matter jurisdiction, "appellate review is barred by [28 U.S.C.] § 1447(d)." Powerex Corp. v. Reliant Energy Servs., Inc., 551 U.S. 224, 234 (2007). Second, there is a procedural

defect with respect to removal on the grounds of diversity of citizenship, namely the violation of the forum defendant rule under 28 U.S.C. § 1441(b).  We find that the District Court correctly determined that The St. Joe Company's timely motion to remand adequately articulated the forum defendant argument, leaving us with no jurisdiction under § 1447(d) to review that aspect of the order.  Accordingly, we dismiss this appeal for lack of jurisdiction.  The motion for stay pending appeal is dismissed as moot.

By the Court,

/s/ Michael A. Chagares
Circuit Judge

Dated:   March 25, 2011
Smw/cc:   Edmond D. Johnson, Esq.
James S. Renard, Esq.
Andre G. Bouchard, Esq.

A True Copy:

Marcia M. Waldron, Clerk

2