# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | §§§§§ | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING RELATES TO: *The St. Joe Company v. Halliburton Energy Services, Inc.* 2:11-cv-00258 | §§§§§ | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### THE ST. JOE COMPANY'S NOTICE OF DISMISSAL OF ACTION *THE ST. JOE COMPANY V. HALLIBURTON ENERGY SERVICES, INC.*, CAUSE NO. 2:11-CV-00258

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff The St. Joe Company voluntarily dismisses the above-captioned action, No. 2:11-cv-00258, without prejudice.

Dated: March 27, 2011                                   Respectfully submitted,

By:   /s/ Robert W. Gifford
William A. Brewer III
(Tex., No. 2967035)
wab@bickelbrewer.com
James S. Renard
(Tex., No. 16768500)
jsr@bickelbrewer.com
Robert W. Gifford
(NY, No. 046231)
rzg@bickelbrewer.com

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

By:   /s/ Edmond D. Johnson
Edmond D. Johnson (Del., No. 2257)
johnsone@pepperlaw.com

**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

**ATTORNEYS FOR PLAINTIFF THE ST. JOE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing The St. Joe Company's Notice Of Dismissal Of Action *The St. Joe Company v. Halliburton Energy Services, Inc.*, Cause No. 2:11-cv-00258 has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of March, 2011.

      /s/ Robert W. Gifford
      Robert W. Gifford