IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*2:10-cv-258*<br><br>. . . . . . . . . . . . . . . . . . . . . . . . . . . | § § § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant Halliburton Energy Services, Inc.'s Request for Injunctive Relief in Aid of this Court's Pre-Trial Jurisdiction is hereby set for submission on the 13th day of April, 2011 at 9:30 AM, before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
Jerry C. von Sternberg
jvonsternberg@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 29th day of March, 2011.

                                        /s/ Donald E. Godwin
                                        Donald E. Godwin

*HESI's Notice of Submission for Request for*
*Injunctive Relief in Aid of this Court's*
*Jurisdiction Over the St. Joe Company*      *Page 3 of 3*
D  1642994 v1-24010/0008 PLEADINGS