IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER |
| **Applies to:**<br>*The St. Joe Company, v. Halliburton Energy Serv. Inc.,*(No. 2:11-cv-258) | § § § § | MAGISTRATE SHUSHAN |

. .. .. .. .. .. .. .. .. .. .. .. .

### ORDER GRANTING DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S REQUEST FOR INJUNCTIVE RELIEF IN AID OF THIS COURT'S PRE-TRIAL JURISDICTION OVER THE ST. JOE COMPANY

On this day, the Court considered Defendant Halliburton Energy Services, Inc.'s Request for Injunctive Relief in Aid of This Court's Pre-Trail Jurisdiction Over The St. Joe Company, and the Court finds that:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the St. Joe Company is enjoined from taking any action to prosecute its lawsuit against Halliburton Energy Services, Inc. arising out of the events occurring on the oil rig DEEPWATER HORIZON on or about April 20, 2010 that was filed in Delaware Superior Court on March 27, 2011 and has been subsequently removed to the United States District Court for the District of Delaware unless and until this Court relinquishes jurisdiction to the transferor court.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE