IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*The St. Joe Company, v. Halliburton Energy Serv. Inc.,* (No. 2:11-cv-258) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

. .. .. .. .. .. .. .. .. .. .. .. .

### MOTION FOR EXPEDITED HEARING OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S REQUEST FOR INJUNCTIVE RELIEF IN AID OF THIS COURT'S PRE-TRIAL JURISDICTION

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion for Expedited Hearing of Defendant Halliburton Energy Services, Inc.'s Motion For Injunctive Relief in Aid of This Court's Pre-Trial Jurisdiction, and respectfully represents to the Court as follows:

1. The St. Joe Company's, ("St. Joe"), simultaneous filing of (1) a Notice of Voluntary Dismissal in this Court and (2) an identical lawsuit in Delaware state court is an attempt to circumvent the Federal Rules of Civil Procedure, the directives of this Court, and the directives of the JPML and defeat the efficiencies implicit in an MDL proceeding. St. Joe's tactics should not be tolerated and this Court should consider HESI's request to enjoin such tactics on an expedited basis. If expedited relief is not provided, additional resources of the parties and of the various courts will be wasted.

2. THEREFORE, HESI requests that this Honorable Court expeditiously rule on its Motion For Injunctive Relief, and requests all other relief to which it may be justly entitled.

Dated: March 29, 2011.

**MOTION FOR EXPEDITED HEARING ON HALLIBURTON ENERGY SERVICES, INC.'S REQUEST FOR INJUNCTIVE RELIEF**
D 1642880 v1-24010/0002 PLEADINGS

PAGE 1 OF 3

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin, T.A.*
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
State Bar No. 22167500
ayork@godwinronquillo.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Expedited Hearing on Halliburton Energy Services, Inc.'s Request for Injunctive Relief in Aid of This Court's Pre-Trial Jurisdiction any has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 29th day of March, 2011.

                                               /s/  Donald E. Godwin  
                                               Donald E. Godwin