UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **These Pleadings apply to:** | * | |
| *All Cases in Pleading Bundle B3* | * | |
| | * | |
| (Also Applies to: No. 10-2771) | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE** |
| | * | **SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** Plaintiffs' Motion for leave to file a First Amended B3 Master Complaint:

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their proposed First Amended B3 Master Complaint;

**IT IS FURTHER ORDERED** that an answer or other response to the original B3 Master Complaint [Doc 881] by any Defendant named therein shall also be deemed to answer or otherwise respond to the First Amended B3 Master Complaint;

**IT IS FURTHER ORDERED** that the First Amended B3 Master Complaint shall be deemed to amend and supersede the original B3 Master Complaint [Doc 881] for the purposes of the Short-Form Joinder [Doc 983-3] and Pre-Trial Orders Nos. 24 and 25.

**SIGNED** in New Orleans, Louisiana, this ___ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**