UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** * | | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | | |
| **of Mexico, on April 20, 2010** * | | **SECTION: J** |
| | | |
| **These Pleadings apply to:** * | | |
| *All Cases in Pleading Bundle B3* * | | |
| * | | |
| (Also Applies to: No. 10-2771) * | | **JUDGE BARBIER** |
| * | | |
| * | | **MAGISTRATE** |
| * | | **SHUSHAN** |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

## NOTICE OF SUBMISSION

Notice is hereby given that a MOTION FOR LEAVE TO FILE FIRST AMENDED B3 MASTER COMPLAINT has been filed by the Plaintiffs' Steering Committee, and, subject to the provisions of PRE-TRIAL ORDER NO. 15, is tentatively scheduled for hearing at 9:30 a.m. on April 13, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice of Motion has been filed *via* the Court's CM/ECF electronic filing system and served on all counsel *via* the Lexis Nexis File & Serve system pursuant to PRE-TRIAL ORDER NO. 12, this 29th day of March, 2011.

/s/ Stephen J. Herman and James Parkerson Roy