UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | | |
| These Pleadings apply to: | * | |
| *All Cases in Pleading Bundle B3* | * | |
| | * | |
| (Also Applies to: No. 10-2771) | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE |
| | * | SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO AMEND B3 MASTER COMPLAINT

Plaintiffs, through Liaison Counsel, respectfully submit the following Memorandum in Support of their Motion for leave to file a First Amended B3 Master Complaint:

**MAY IT PLEASE THE COURT:**

When the original B3 Master Complaint was filed by Plaintiffs in December of 2010, the "B3 Bundle" was defined in PTO No. 11 to include *all* private economic claims arising from

clean-up or response efforts.[1] Accordingly, the original B3 Master Complaint included OPA and other tort-based claims for private economic loss against some of the B1 Defendants, including BP.[2]

In PTO No. 25, the "B3 Bundle" was re-defined to include all claims for post-April 20, 2010 medical monitoring and/or personal injury, but only economic losses relating to the response or clean-up efforts against parties not already named as Defendants in the B1 Amended Master Complaint.[3]

Plaintiffs therefore desire to amend the B3 Master Complaint, in order to:

1. Remove OPA and other economic loss claims against the B1 Defendants;

2. Make it clear that no economic loss claims are being asserted in the Master Complaint against the B3 Defendants;[4]

3. Eliminate reference to Nalco entities who moved to dismiss on the basis that they were improperly named;

4. Substitute what Plaintiffs believe to be the correct "Tiger Safety" entities; and,

5. Other revisions consistent with the Amended B1 Master Complaint, PTO No. 25, and the 14(c) Tender by Transocean.

The proposed amendments do not introduce new issues which would need to be re-briefed in conjunction with the defendants' pending Rule 12 Motions. Indeed, it is Plaintiffs'

---

[1] *See* CMO No. 1 [Doc 569], Section III, B3, p.3.
[2] *See generally,* B3 Master Complaint [Doc 881].
[3] *See* PTO No. 25 [Doc 983], Paragraph 1, p.2.
[4] Some Plaintiffs may have *contractual* claims for compensation with may be owed to them by one or more of the B3 Defendants as a result of their participation in the VoO or other similar clean-up program. But there are no tort-based property damage or other economic loss claims being asserted against the B3 Defendants. *See* proposed First Amended B3 Master Complaint, ¶197.

hope that the proposed Amended Complaint would bring clarity to or otherwise moot some of the issues Defendants have raised.

Plaintiffs have included within the proposed Order a provision deeming that the answer or responsive motion to the original B3 Master Complaint would stand as a sufficient answer or other response to the proposed First Amended B3 Master Complaint. Plaintiffs have also included within the proposed Order a provision deeming that the reference to and incorporation of the original B3 Master Complaint would be superseded by joinder in and incorporation of the First Amended B3 Master Complaint with respect to the Direct File Short Form, and otherwise with respect to PTOs Nos. 24 and 25.

## Conclusion

For the above and foregoing reasons, Plaintiffs' Motion for Leave to file a First Amended B3 Master Complaint should be granted.

This 29th day of March, 2011.

Respectfully submitted,

/s/    Stephen J. Herman
**Stephen J. Herman**,
La. Bar No. 23129
**HERMAN HERMAN KATZ & COTLAR LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
*Plaintiffs Liaison Counsel.*

/s/ James Parkerson Roy
**James Parkerson Roy**,
La. Bar No. 11511
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum will be electronically filed into the record using the Court's EFC filing system;

IN ADDITION, the Memorandum will be served on All Counsel *via* Lexis Nexis in accordance with PRE-TRIAL ORDER NO. 12.

This 29th day of March, 2011.

/s/ Stephen J. Herman and James Parkerson Roy