| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| Applies to:<br><br>No. 2:11-CV-00259 | § § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## ORDER

Considering Defendant M-I L.L.C.'s Motion for Injunction in Aid of This Court's Jurisdiction Over St. Joe:

**IT IS HEREBY ORDERED** that The St. Joe Company is enjoined from pursuing any pre-trial proceedings, discovery, and/or remand related to the Deepwater Horizon incident against M-I in any forum other than MDL 2179.

New Orleans, Louisiana, this ___ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/66942112.2