| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to:<br><br>No. 2:11-CV-00259 | § § § § § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant M-I L.L.C.'s Motion for Injunction in Aid of this Court's Jurisdiction Over St. Joe is hereby set for submission on the 13th day of April, 2011 at 9:30 A.M., before the Honorable Carl J. Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ Hugh E. Tanner

Hugh E. Tanner
htanner@morganlewis.com
Denise Scofield
dscofield@morganlewis.com
James B. Tarter
jtarter@morganlewis.com

DB1/66837208.1

1000 Louisiana St., Suite 4000<br>
Houston, TX 77002<br>
Telephone: 713.890.5000<br>
Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of March, 2011.

*/s/ Hugh E. Tanner*
Hugh E. Tanner

DB1/66952424.1