UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to:<br><br>No. 2:11-CV-00259 | § § § § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**MOTION FOR EXPEDITED CONSIDERATION OF M-I L.L.C.'S MOTION FOR INJUNCTION IN AID OF THIS COURT'S JURISDICTION OVER ST. JOE**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court for expedited consideration of its motion for injunction preventing The St. Joe Company ("St. Joe") from pursuing any pre-trial proceedings, discovery, and/or remand related to the Deepwater Horizon incident against M-I in any forum other than MDL 2179.

St. Joe has demonstrated its willingness to ignore Federal Rules of Civil Procedure and the directives of this Court and of the JPML to obstruct in every way possible the jurisdiction of this Court and return to Delaware state court. M-I, therefore, assumes that St. Joe objects to this motion. Notwithstanding, the Court should immediately enjoin St. Joe from pursuing any pre-trial proceedings, discovery, and/or remand related to the Deepwater Horizon incident against M-I in any forum other than MDL 2179.

Undersigned counsel requests that this matter be decided on an expedited basis. M-I, Delaware state courts, and federal courts are already having to expend great

DB1/66940296.2

resources addressing, for a second time, the issues already properly brought before this Court. An immediate injunction is necessary to prevent further waste.

                                      Respectfully submitted,

                                      **MORGAN, LEWIS & BOCKIUS LLP**

                                      By:   /s/ Hugh E. Tanner
                                              Hugh E. Tanner
                                              htanner@morganlewis.com
                                              Denise Scofield
                                              dscofield@morganlewis.com
                                              James B. Tarter
                                              jtarter@morganlewis.com
                                              1000 Louisiana St., Suite 4000
                                              Houston, TX 77002
                                              Telephone: 713.890.5000
                                              Facsimile: 713.890.5001

                                      **ATTORNEYS FOR DEFENDANT M-I L.L.C.**

March 29, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION FOR EXPEDITED CONSIDERATION OF M-I'S MOTION FOR INJUNCTION IN AID OF THIS COURT'S JURISDICTION OVER ST. JOE** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of March, 2011.

/s/ Hugh E. Tanner
Hugh E. Tanner