UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Relates to Member Cases: 11-258 and 11-259 | SECTION: J(1) |

**ORDER**

Before the Court are **Defendant Halliburton Energy Services, Inc.'s Request for Injunctive Relief in Aid of this Court's Pre-Trial Jurisdiction over the St. Joe Company (Rec. Doc. 1799)** and **Defendant M-I L.L.C.'s Motion for Injunction in Aid of this Court's Jurisdiction over St. Joe (Rec. Doc. 1807).**

**IT IS ORDERED** any opposition to these Motions shall be filed no later than Thursday, March 31, 2011, at 12:00p.m. CST. At that time, the Court will take the matter under advisement and will determine whether to schedule oral argument on the Motions.

New Orleans, Louisiana this 30th day of March, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1