UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>The Hon. CARL J. BARBIER<br><br> |
| This document relates to:<br>*All Cases in Pleading Bundle B2* | | Magistrate Judge SHUSHAN |

## ORDER

CONSIDERING Plaintiffs' Motion for Leave:

IT IS HEREBY ORDERED that Plaintiffs be and are hereby granted leave to file their Amended Case Statement.

New Orleans, Louisiana this 30th day of March, 2011.

_____
United States District Judge