UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: OIL SPILL BY THE OIL RIG  　　　　　　　　　　　MDL No. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010　　SECTION J – JUDGE CARL J. BARBIER

　　　　　　　　　　　　　　　　　　　　DIVISION 1 – MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN

### SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT (CONTRADICTORY)

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, of The Dugan Law Firm in New Orleans, Louisiana, who respectfully moves this Honorable Court to grant a motion to order contested funds in the amount of Five Hundred and Thirty-Five Thousand ($535,000.00) Dollars, being held in the trust account of the Murray Law Firm, to be placed into the registry of the Clerk of Court for the Eastern District of Louisiana pending resolution of an attorney fee dispute for the reasons set forth more fully in the attached supporting memorandum.

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
spalowsky@palowsky-law.com
Attorneys for James R. Dugan, II

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Second Motion to Deposit Funds Into the Registry of the Court (Contradictory) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

_____
JACQUES F. BEZOU