UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: OIL SPILL BY THE OIL RIG           MDL No. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010     SECTION J – JUDGE CARL J. BARBIER

DIVISION 1 – MAGISTRATE JUDGE
SALLY SHUSHAN

## MEMORANDUM IN SUPPORT OF SECOND MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT (CONTRADICTORY)

MAY IT PLEASE THE COURT:

James R. Dugan, II, of The Dugan Law Firm respectfully moves this Honorable Court to grant a motion to order contested funds in the amount of Five Hundred and Thirty-Five Thousand ($535,000.00) Dollars, being held in the trust account of the Murray Law Firm, to be placed into the registry of the Clerk of Court for the Eastern District of Louisiana pending resolution of an attorney fee dispute for the following non-exclusive reasons:

1.  James R. Dugan, II, of The Dugan Law Firm, and Stephen Murray of the Murray Law Firm are engaged in a fee dispute regarding fees emanating from matters in the above-captioned litigation, and as a result thereof Mover, through undersigned counsel, requested an Order from this Honorable Court on March 25, 2011, which Order was granted, placing disputed fees in the amount of Six Hundred Thirty-One Thousand, One

- 2 -

Hundred Twenty-Five ($631,125.00) Dollars into the registry of this Honorable Court (See copy of said Order attached hereto and made a part hereof as if copied herein *in extenso* and marked for identification as Exhibit "A.");

2. Although it is anticipated that there shall be further fees in dispute, which will be generated shortly, there is presently another disputed fee in the amount of $535,000.00, which is being held in the escrow account of the Murray Law Firm and which undersigned counsel and Mover have repeatedly requested be placed into the registry of the court until the fee dispute can be resolved;

3. Unfortunately, respondents Stephen Murray and the Murray Law Firm have refused to do so hence the necessity of this motion.

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
spalowsky@palowsky-law.com
Attorneys for James R. Dugan II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Memorandum in Support of Second Motion to Deposit Funds Into the Registry of the Court (Contradictory) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

_____
JACQUES F. BEZOU