UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 SECTION J JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
|---|---|

ORDER

CONSIDERING THE FOREGOING Motion to Deposit Funds into the Registry of the Court, and for good cause shown;

**IT IS HEREBY ORDERED**, that the Motion to Deposit Funds into the Registry of the Court is **GRANTED** and said funds from Check No. 1633 in the amount of $631,125.00 are hereby deposited into the registry of the Court.

THUS DONE AND SIGNED, this 25 day of March 2011, at New Orleans, Louisiana.

_____
United States District Judge



-3-