UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J – JUDGE CARL J. BARBIER<br><br>DIVISION 1 – MAGISTRATE JUDGE SALLY SHUSHAN |

## NOTICE OF SUBMISSION

TO: George Riess, Esquire
Law Offices of George F. Riess & Associates
228 St. Charles Avenue, Suite 1224
New Orleans, Louisiana 70130
Attorney for Stephen Murray, Sr.

NOW COMES, Mover, James R. Dugan II, through undersigned counsel, who hereby notifies Stephen Murray, Sr., through his counsel, that Mover's Second Motion to Deposit Funds Into the Registry of the Court will be submitted to Judge Carl J. Barbier on April 27, 2011 at 9:30 a.m., at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

RESPECTFULLY SUBMITTED:

_____
JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111

- 1 -

Facsimile: (985) 892-1413
Email: jbezou@bezou.com
spalowsky@palowsky-law.com
Attorneys for James R. Dugan II

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

_____
JACQUES F. BEZOU