## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) |

### <u>Declaration of Shahrzod Hanizavareh</u>

1.      My name is Shahrzod Hanizavareh.  I presently reside at 1815 Spruce Street, Apartment 206, Berkeley, CA 94709.  I am a third-year law student at University of California, Berkeley, School of Law, and expect to graduate on May 13, 2011.  From May 24, 2010 to July 30, 2010, I was a legal intern with the Center for Biological Diversity.

2.      On July 23, 2010, Jacki Lopez, an attorney with the Center for Biological Diversity, asked me to investigate whether BP or Transocean (including their subsidiaries) notified or filed reports with the National Response Center pertaining to the release of oil, methane, and other hazardous substances from the Macondo Well and the *Deepwater Horizon* pursuant to the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. § 11004 *et seq.*, and the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 *et seq.*

3.      The National Response Center maintains an online database of reported incidents.  This website may be accessed at http://www.nrc.uscg.mil.  Using the website's "query report" tool, I was able to search all reports made by BP from April 20, 2010 to July 30, 2010.

4.      I used the following methodology to conduct 14 separate queries for each of 14 unique hazardous substances: (1) upon accessing the "query report" tool, I filled in the appropriate date

range, starting with the date of the incident, April 20, 2010, and extending until the date of my search; (2) I then filled in the "Material Name" corresponding to the specific hazardous substance I was investigating; (3) I next indicated "Incident report" under the "Type of Call" query for each search; (4) for each of my 14 queries, I alternated my reply for "Responsible Party" in order to cover all possible iterations of BP's name, including "Transocean", "BP Deepwater Horizon", "BP Exploration and Production", "BP Exploration & Production", and "BP"; (5) additionally, I alternated my reply for "Incident Cause" to allow for various potential causes of the incident including, "No Response", "Explosion", "Unknown", "Over Pressuring", and "Operator Error"; (6) I left all remaining criteria blank; (7) for each individual search, I recorded all reported results garnered by the search engine; and finally (8) I created a .pdf snapshot of each reported instance of a release of reportable quantities of hazardous materials. The only reports I found were made by BP entities and all were associated with the in-situ burning of oil from the Macondo Well.

5.      I did not find any report from BP or Transocean notifying the National Response Center about the uncontrolled release of oil, methane, and other hazardous substances from the Macondo Well or the *Deepwater Horizon*.

6.      My search did reveal six unique reports in which BP notified the National Response Center about the release of reportable quantities of hazardous materials associated with the in-situ burning of oil from the Macondo Well.  The materials identified in these reports included benzene, ethylbenzene, nitrogen dioxide, smoke, and crude oil.  True and correct copies of these reports are attached below as Exhibit A (National Response Center Report Nos. 939329, 939448, 941578, 941733, 943209, and 947583).

7.      A true and correct statement summarizing all of my findings is attached as Exhibit B, entitled "National Response Center Query Results."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS 28th DAY OF March, 2011.

Shahrzod Hanizavareh



| NRC Home

## MATERIALS INVOLVED for Report # 939329

Back To Enter Query

Back To Query Results

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | ETHYL BENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN DIOXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN OXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |

1 - 4

Exhibit A
Page 1

NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws

Incident Report # 939329

INCIDENT DESCRIPTION

*Report taken at 11:47 on 06-MAY-10
Incident Type: PLATFORM
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident occurred on 06-MAY-10 at 10:50 local time.
Affected Medium: WATER   GULF OF MEXICO-ATMOSPHERE

SUSPECTED RESPONSIBLE PARTY

Organization:        BP EXPLORATION & PRODUCTION
                     HOUSTON, TX 77079

Type of Organization: PRIVATE ENTERPRISE

INCIDENT LOCATION

County: MISSISSIPPI CANYON
State: LA
Latitude: 28° 37' 20" N

Longitude: 088° 24' 04" W
PLATFORM INCIDENT

RELEASED MATERIAL(S)

CHRIS Code: BNZ     Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC     Official Material Name: NO CHRIS CODE
Also Known As:  ETHYL BENZENE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC     Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN DIOXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC     Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN OXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT

DESCRIPTION OF INCIDENT

CALLER STATED UNIFIED COMMAND WILL BE CONDUCTING INSITU BURNS IN CONJUNCTION WITH
THE OIL SPILL RESPONSE. INCIDENT IS BEING CONDUCTED WITH RRT APPROVAL. AIR
MONITORING WILL BE CONDUCTED BY BP,  US EPA AND USCG. POSSIBLE RQ'S EXCEEDANCE WILL
BE OF BENZENE, ETHYL BENZENE, NITROGEN OXIDE, NITROGEN DIOXIDE. THIS IS RELATED TO
THE DEEPWATER HORIZON INCIDENT LOCATED IN THE GULF OF MEXICO.

INCIDENT DETAILS

Platform Rig Name:
Platform Letter:
Location Area ID: MISSISSIPPI CANYON
Location Block ID:
OCSG Number:
OCSP Number:
State Lease Number:
Pier Dock Number:
Berth Slip Number:

---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: NO

Exhibit A
Page 2

## DAMAGES

Fire Involved: NO   Fire Extinguished: UNKNOWN

| | | | | |
|---|---|---|---|---|
| INJURIES: | NO | Hospitalized: | Empl/Crew: | Passenger: |
| FATALITIES: | NO | Empl/Crew: | Passenger: | Occupant: |
| EVACUATIONS: | NO | Who Evacuated: | Radius/Area: | |

Damages:         NO

| Closure Type | Description of Closure | Length of Closure | Direction of Closure |
|---|---|---|---|
| Air: | N | | |
| Road: | N | | Major Artery: N |
| Waterway: | N | | |
| Track: | N | | |

Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE  Community Impact due to Material:

## REMEDIAL ACTIONS

CALLER STATED THEY WILL NOTIFY THE NRC IF AND WHEN THEY BURN.
Release Secured: NO
Release Rate:
Estimated Release Duration:

## WEATHER

Weather: CLEAR, °F
Wave Condition: 2     SLIGHT (1 - 3 FT)

## ADDITIONAL AGENCIES NOTIFIED

Federal:        USCG, EPA
State/Local:    ALL AGENCIES INVOLVED
State/Local On Scene:      ALL AGENCIES INVOLVED
State Agency Number:       NONE

## NOTIFICATIONS BY NRC

DHS NOC (NOC)
    06-MAY-10    12:08
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
    06-MAY-10    12:08
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
    06-MAY-10    12:08
JFO-LA (COMMAND CENTER)
    06-MAY-10    12:08
LA DEPT OF ENV QUAL (MAIN OFFICE)
    06-MAY-10    12:08
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
    06-MAY-10    12:08
LA OFFICE OF GOV (MAIN OFFICE)
    06-MAY-10    12:08
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
    06-MAY-10    12:08
MSU MORGAN CITY (MAIN OFFICE)
    06-MAY-10    12:10
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
    06-MAY-10    12:08
NOAA RPTS FOR LA (MAIN OFFICE)
    06-MAY-10    12:08
SECTOR NEW ORLEANS (COMMAND CENTER)
    06-MAY-10    12:11
LA STATE POLICE (MAIN OFFICE)

Exhibit A
Page 3

```
06-MAY-10    12:08
```

---

## ADDITIONAL INFORMATION

CALLER HAD NO FURTHER INFORMATION TO RELAY AT THIS TIME.

---

*** END INCIDENT REPORT #   939329      ***



| NRC Home

## MATERIALS INVOLVED for Report # 939448

|Back To Enter Query|

|Back To Query Results|

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | NO | | |
| ETB | ETHYLBENZENE | 0 | UNKNOWN AMOUNT | NO | | |
| NCC | NITROGEN DIOXIDE | 0 | UNKNOWN AMOUNT | NO | | |
| NCC | NITROGEN OXIDE | 0 | UNKNOWN AMOUNT | NO | | |
| NCC | SMOKE | 0 | UNKNOWN AMOUNT | NO | | |
| OIL | OIL: CRUDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |

1 - 6

Exhibit A
Page 5

```
NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws

Incident Report # 939448
```

INCIDENT DESCRIPTION

```
*Report taken at 10:27 on 07-MAY-10
Incident Type: PLATFORM
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident occurred on 07-MAY-10 at 08:50 local time.
Affected Medium: WATER   AIR AND WATER
```

SUSPECTED RESPONSIBLE PARTY

```
Organization:        BP EXPLORATION & PRODUCTION
                     HOUSTON, TX 77079

Type of Organization: PRIVATE ENTERPRISE
```

INCIDENT LOCATION

```
VARIOUS BLOCKS County: MISSISSIPPI CANYON
SEE LAT/LONG
State: LA
Latitude: 28° 37' 46" N

Longitude: 088° 19' 53" W
PLATFORM INCIDENT
```

RELEASED MATERIAL(S)

```
CHRIS Code: BNZ    Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: ETB    Official Material Name: ETHYLBENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN DIOXIDE
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN OXIDE
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  SMOKE
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: OIL    Official Material Name: OIL: CRUDE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
```

DESCRIPTION OF INCIDENT

```
THE CALLER IS REPORTING THAT THEY ARE CONDUCTING INSITU-BURNING OF THE DEEPWATER
HORIZON OIL SPILL SLICKS IN THE MISSISSIPPI CANYON AREA IN VARIOUS BLOCKS.  IT IS
LIKELY THAT THE RQ WILL BE EXCEEDED FOR BENZENE, ETHYLBENZENE, NITROGEN DIOXIDE AND
NITROGEN OXIDE.  THE UNIFIED COMMAND HAS MADE THE DECISION TO CONDUCT INSITU-BURNS
IN CONJUNCTION WILL OIL SPILL RESPONSE.  IT IS BEING CONDUCTED WITH REGIONAL
RESPONSE TEAM APPROVAL.  FEDERAL, STATE AND LOCAL AGENCIES HAVE BEEN NOTIFIED AND
ARE INVOLVED WITH RESPONSE.
```

INCIDENT DETAILS

```
Platform Rig Name:
Platform Letter:
Location Area ID: MISSISSIPPI CANYON
Location Block ID:
OCSG Number:
```

Exhibit A
Page 6

```
OCSP Number:
State Lease Number:
Pier Dock Number:
Berth Slip Number:


---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: UNKNOWN
```

## DAMAGES

```
Fire Involved: YES    Fire Extinguished: UNKNOWN
INJURIES:      NO   Hospitalized:        Empl/Crew:         Passenger:
FATALITIES:    NO   Empl/Crew:           Passenger:         Occupant:
EVACUATIONS:   NO   Who Evacuated:              Radius/Area:
Damages:       NO
```

```
                                   Length of   Direction of
Closure Type    Description of Closure    Closure     Closure
Air:       N
                                                          Major
Road:      N                                              Artery:  N
Waterway:  N
Track:     N
Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE  Community Impact due to Material:
```

## REMEDIAL ACTIONS

```
IN-SITU BURNING AND AIR MONITORING
Release Secured: UNKNOWN
Release Rate:
Estimated Release Duration:
```

## WEATHER

```
Weather: CLEAR, 80°F   Wind speed: 10  KNTS   Wind direction: S
Wave Condition: 2      SLIGHT (1 - 3 FT)
```

## ADDITIONAL AGENCIES NOTIFIED

```
Federal:        USCG, EPA
State/Local:    VARIOUS STATES
State/Local On Scene:       VARIOUS STATES
State Agency Number:        NONE
```

## NOTIFICATIONS BY NRC

```
DHS NOC (NOC)
    07-MAY-10  10:39
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
    07-MAY-10  10:39
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
    07-MAY-10  10:39
USCG NATIONAL COMMAND CENTER (MAIN OFFICE)
    07-MAY-10  10:39
JFO-LA (COMMAND CENTER)
    07-MAY-10  10:39
LA DEPT OF ENV QUAL (MAIN OFFICE)
    07-MAY-10  10:39
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
    07-MAY-10  10:39
```

Exhibit A
Page 7

```
LA OFFICE OF GOV (MAIN OFFICE)
    07-MAY-10  10:39
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
    07-MAY-10  10:39
MSU MORGAN CITY (MAIN OFFICE)
    07-MAY-10  10:41
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
    07-MAY-10  10:39
NOAA RPTS FOR LA (MAIN OFFICE)
    07-MAY-10  10:39
NATIONAL RESPONSE CENTER HQ (MAIN OFFICE)
    07-MAY-10  10:42
SECTOR NEW ORLEANS (COMMAND CENTER)
    07-MAY-10  10:46
LA STATE POLICE (MAIN OFFICE)
    07-MAY-10  10:39
```

_____
                    ADDITIONAL INFORMATION
THE CALLER HAD NO ADDITIONAL INFORMATION.
_____

          *** END INCIDENT REPORT #   939448    ***

Exhibit A
Page 8



| NRC Home

## MATERIALS INVOLVED for Report # 941578

|Back To Enter Query|

|Back To Query Results|

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | NO | | |
| ETB | ETHYLBENZENE | 0 | UNKNOWN AMOUNT | NO | | |
| NCC | NITROGEN OXIDE | 0 | UNKNOWN AMOUNT | NO | | |
| NCC | NITROUS OXIDE | 0 | UNKNOWN AMOUNT | NO | | |
| OIL | OIL: CRUDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |

1 - 5

Exhibit A
Page 9

```
NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws
```

Incident Report # 941578

<u>INCIDENT DESCRIPTION</u>

```
*Report taken at 15:07 on 25-MAY-10
Incident Type: FIXED
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident occurred on 25-MAY-10 at 14:00 local time.
Affected Medium: WATER   / AIR
```

<u>SUSPECTED RESPONSIBLE PARTY</u>

Organization:              BP
                           SCHRIEVER, LA 70395

Type of Organization: PRIVATE ENTERPRISE

<u>INCIDENT LOCATION</u>

```
County: MISSISSIPPI CANYON
State: LA

GULF OF MEXICO MISSISSIPPI CANYON 252
```

<u>RELEASED MATERIAL(S)</u>

```
CHRIS Code: BNZ    Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: ETB    Official Material Name: ETHYLBENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN OXIDE
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROUS OXIDE
Qty Released: 0 UNKNOWN AMOUNT
CHRIS Code: OIL    Official Material Name: OIL: CRUDE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT          Qty in Water: 0 UNKNOWN AMOUNT
```

<u>DESCRIPTION OF INCIDENT</u>

```
CALLER IS REPORTING THAT THEY WILL BE DOING INSITU BURNING OF THE DEEPWATER HORIZON
CRUDE OIL SPILL IN THE GULF OF MEXICO.  CALLER STATE THE MATERIALS THAT WILL BE
RELEASED DURING THE BURNING MIGHT EXCEED THE REPORTABLE QUANTITIES.
```

<u>INCIDENT DETAILS</u>

```
Package: N/A
Building ID:
Type of Fixed Object: OTHER
Power Generating Facility: NO
Generating Capacity:
Type of Fuel:
NPDES:
NPDES Compliance: UNKNOWN

---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: UNKNOWN
```

<u>DAMAGES</u>

```
Fire Involved: NO   Fire Extinguished: UNKNOWN
```

Exhibit A
Page 10

```
INJURIES:      NO     Hospitalized:          Empl/Crew:          Passenger:
FATALITIES:    NO     Empl/Crew:        Passenger:          Occupant:
EVACUATIONS:   NO     Who Evacuated:          Radius/Area:

Damages:       NO
```

|                |                            | Length of | Direction of |
| Closure Type   | Description of Closure      | Closure   | Closure      |
| Air:      N    |                            |           |              |
| Road:     N    |                            |           | Major        |
|                |                            |           | Artery: N    |
| Waterway:  N   |                            |           |              |
| Track:    N    |                            |           |              |

```
Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE   Community Impact due to Material:
```

---

### REMEDIAL ACTIONS

CATCHING, BOOMING AND BURNING OIL.
Release Secured: NO
Release Rate:
Estimated Release Duration:

---

### WEATHER

Weather: CLEAR, °F     Wind speed: 9 KNTS     Wind direction: SE
Wave Condition: 2      SLIGHT (1 - 3 FT)

---

### ADDITIONAL AGENCIES NOTIFIED

```
Federal:         NONE
State/Local:     NONE
State/Local On Scene:        NONE
State Agency Number:         NONE
```

---

### NOTIFICATIONS BY NRC

DHS NOC (NOC)
      25-MAY-10    15:22
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
      25-MAY-10    15:22
U.S. EPA VI (MAIN OFFICE)
      25-MAY-10    15:44
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
      25-MAY-10    15:22
JFO-LA (COMMAND CENTER)
      25-MAY-10    15:22
LA DEPT OF ENV QUAL (MAIN OFFICE)
      25-MAY-10    15:22
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
      25-MAY-10    15:22
LA OFFICE OF GOV (MAIN OFFICE)
      25-MAY-10    15:22
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
      25-MAY-10    15:22
MSU MORGAN CITY (MAIN OFFICE)
      25-MAY-10    15:25
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
      25-MAY-10    15:22
NOAA RPTS FOR LA (MAIN OFFICE)
      25-MAY-10    15:22
LA STATE POLICE (MAIN OFFICE)
      25-MAY-10    15:22

---

### ADDITIONAL INFORMATION

Exhibit A
Page 11

CALLER WILL NOTIFY EPA.

***  END INCIDENT REPORT #   941578        ***



| NRC Home

## MATERIALS INVOLVED for Report # 941733

|Back To Enter Query|

|Back To Query Results|

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| ETB | ETHYLBENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN DIOXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN OXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |

1 - 4

Exhibit A
Page 13

NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws

Incident Report # 941733

<u>INCIDENT DESCRIPTION</u>

*Report taken at 15:02 on 26-MAY-10
Incident Type: PLATFORM
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident was discovered on 26-MAY-10 at 12:15 local time.
Affected Medium: WATER   GULF OF MEXICO, ATMOSPHERE

---

<u>SUSPECTED RESPONSIBLE PARTY</u>

Organization:        BP
                     SCHRIEVER, LA 70395

Type of Organization: PRIVATE ENTERPRISE

---

<u>INCIDENT LOCATION</u>

LAT: 28N 49.2' County: MISSISSIPPI CANYON
LONG: 088W 28.8'
State: LA
Latitude: 28° 49' 12" N

Longitude: 088° 28' 48" W
GULF OF MEXICO

---

<u>RELEASED MATERIAL(S)</u>

CHRIS Code: BNZ    Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: ETB    Official Material Name: ETHYLBENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN DIOXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN OXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT

---

<u>DESCRIPTION OF INCIDENT</u>

CALLER IS REPORTING A RELEASE OF BENZENE, ETHYLBENZENE, NITROGEN OXIDE AND NITROGEN
DIOXIDE FROM A CONTROLLED BURNING BEING DONE IN RESPONSE TO THE DEEPWATER HORIZON
OIL SPILL.  CALLER IS REPORTING THIS AS A POSSIBLE REPORTABLE QUANTITY EXCEEDANCES.

<u>INCIDENT DETAILS</u>

Platform Rig Name:
Platform Letter:
Location Area ID: MISSISSIPPI CANYON
Location Block ID: 252
OCSG Number:
OCSP Number:
State Lease Number:
Pier Dock Number:
Berth Slip Number:


---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: UNKNOWN

Exhibit A
Page 14

## DAMAGES

Fire Involved: YES    Fire Extinguished: YES

| | | | | |
|---|---|---|---|---|
| INJURIES: | NO | Hospitalized: | Empl/Crew: | Passenger: |
| FATALITIES: | NO | Empl/Crew: | Passenger: | Occupant: |
| EVACUATIONS: | NO | Who Evacuated: | Radius/Area: | |

Damages:        NO

| Closure Type | Description of Closure | Length of Closure | Direction of Closure |
|---|---|---|---|
| Air:       N | | | |
| Road:      N | | | Major Artery: N |
| Waterway:  N | | | |
| Track:     N | | | |

Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE   Community Impact due to Material:

## REMEDIAL ACTIONS

CALLER STATES THEY ARE CONDUCTING AIR MONITORING AS PART OF THE CONTROLLED BURNING.

Release Secured: UNKNOWN
Release Rate:
Estimated Release Duration:

## WEATHER

Weather: PARTLY CLOUDY, °F    Wind speed: 10  KNTS    Wind directi
Wave Condition: 2    SLIGHT (1 - 3 FT)

## ADDITIONAL AGENCIES NOTIFIED

| | |
|---|---|
| Federal: | USCG, EPA |
| State/Local: | DEQ |
| State/Local On Scene: | USCG, EPA, DEQ |
| State Agency Number: | NO REPORT # |

## NOTIFICATIONS BY NRC

DHS NOC (NOC)
   26-MAY-10   15:09
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
   26-MAY-10   15:09
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
   26-MAY-10   15:09
USCG NATIONAL COMMAND CENTER (MAIN OFFICE)
   26-MAY-10   15:11
JFO-LA (COMMAND CENTER)
   26-MAY-10   15:09
LA DEPT OF ENV QUAL (MAIN OFFICE)
   26-MAY-10   15:09
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
   26-MAY-10   15:09
LA OFFICE OF GOV (MAIN OFFICE)
   26-MAY-10   15:09
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
   26-MAY-10   15:09
MSU MORGAN CITY (MAIN OFFICE)
   26-MAY-10   15:11
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
   26-MAY-10   15:09
NOAA RPTS FOR LA (MAIN OFFICE)
   26-MAY-10   15:09
NATIONAL RESPONSE CENTER HQ (MAIN OFFICE)

Exhibit A
Page 15

```
     26-MAY-10   15:16
SECTOR NEW ORLEANS (COMMAND CENTER)
     26-MAY-10   15:11
LA STATE POLICE (MAIN OFFICE)
     26-MAY-10   15:09
```

---

<u>ADDITIONAL INFORMATION</u>

DEEPWATER HORIZON.

---

                    *** END INCIDENT REPORT #    941733    ***



| NRC Home

## MATERIALS INVOLVED for Report # 943209

|Back To Enter Query|

|Back To Query Results|

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | UNKNOWN | 0 | UNKNOWN AMOUNT |
| ETB | ETHYLBENZENE | 0 | UNKNOWN AMOUNT | UNKNOWN | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN DIOXIDE | 0 | UNKNOWN AMOUNT | UNKNOWN | 0 | UNKNOWN AMOUNT |
| NTX | NITRIC OXIDE | 0 | UNKNOWN AMOUNT | UNKNOWN | 0 | UNKNOWN AMOUNT |

1 - 4

Exhibit A
Page 17

```
NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws
```

Incident Report # 943209

<u>INCIDENT DESCRIPTION</u>

```
*Report taken at 09:46 on 08-JUN-10
Incident Type: PLATFORM
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident was discovered on 08-JUN-10 at 09:00 local time.
Affected Medium: WATER   GULF OF MEXICO, ATMOSPHERE
```

<u>SUSPECTED RESPONSIBLE PARTY</u>

```
Organization:        BP EXPLORATION & PRODUCTION
                     HOUSTON, TX 77079


Type of Organization: PRIVATE ENTERPRISE
```

<u>INCIDENT LOCATION</u>

```
LAT: 28N .816667' County: MISSISSIPPI CANYON
LONG: 88W .65'
State: LA
Latitude: 28° 00' 49" N


Longitude: 088° 00' 39" W
PLATFORM INCIDENT
```

<u>RELEASED MATERIAL(S)</u>

```
CHRIS Code: BNZ    Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: ETB    Official Material Name: ETHYLBENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN DIOXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NTX    Official Material Name: NITRIC OXIDE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
```

<u>DESCRIPTION OF INCIDENT</u>

```
CALLER IS REPORTING A PLANNED CONTROLLED BURN IN CONJUNCTION WITH THE DEEPWATER
HORIZON OIL SPILL RESPONSE.  CALLER STATES THE EMISSIONS FROM THE BURN MAY RESULT
IN A POSSIBLE RQ EXCEEDANCE OF BENZENE, ETHYLBENZENE, NITROGEN DIOXIDE AND NITRIC
OXIDE.
```

<u>INCIDENT DETAILS</u>

```
Platform Rig Name:
Platform Letter:
Location Area ID: MISSISSIPPI CANYON
Location Block ID: 252
OCSG Number:
OCSP Number:
State Lease Number:
Pier Dock Number:
Berth Slip Number:

---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: NO
```

Exhibit A
Page 18

DAMAGES
Fire Involved: UNKNOWN   Fire Extinguished: UNKNOWN
INJURIES:       NO     Hospitalized:          Empl/Crew:              Passenger:
FATALITIES:     NO     Empl/Crew:             Passenger:              Occupant:
EVACUATIONS:    NO     Who Evacuated:              Radius/Area:

Damages:        NO

|                |   |                        | Length of | Direction of |
| Closure Type   |   | Description of Closure | Closure   | Closure      |
| Air:           | N |                        |           |              |
| Road:          | N |                        |           | Major Artery: N |
| Waterway:      | N |                        |           |              |
| Track:         | N |                        |           |              |

Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE   Community Impact due to Material:

REMEDIAL ACTIONS
CONTROLLED BURN WITH AIR MONITORING BEING CONDUCTED BY BP, EPA AND THE USCG.
Release Secured: UNKNOWN
Release Rate:
Estimated Release Duration:

WEATHER
Weather: CLEAR, 86°F
Wave Condition: 1     SMOOTH ( < 1 FT)

ADDITIONAL AGENCIES NOTIFIED
Federal:         EPA, USCG
State/Local:     NONE
State/Local On Scene:       EPA, USCG
State Agency Number:        NO REPORT #

NOTIFICATIONS BY NRC
DHS NOC (NOC)
   08-JUN-10     09:54
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
   08-JUN-10     09:54
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
   08-JUN-10     09:54
JFO-LA (COMMAND CENTER)
   08-JUN-10     09:54
LA DEPT OF ENV QUAL (MAIN OFFICE)
   08-JUN-10     09:54
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
   08-JUN-10     09:54
LA OFFICE OF GOV (MAIN OFFICE)
   08-JUN-10     09:54
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
   08-JUN-10     09:54
MSU MORGAN CITY (MAIN OFFICE)
   08-JUN-10     09:56
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
   08-JUN-10     09:54
NOAA RPTS FOR LA (MAIN OFFICE)
   08-JUN-10     09:54
SECTOR NEW ORLEANS (COMMAND CENTER)
   08-JUN-10     09:56
LA STATE POLICE (MAIN OFFICE)

Exhibit A
Page 19

08-JUN-10    09:54

_____

<u>ADDITIONAL INFORMATION</u>

WIND SPEED: "LIGHT AND VARIABLE".  CALLER STATES THE CONTROLLED BURN IS BEING
CONDUCTED UNDER THE DIRECTION OF THE UNIFIED COMMAND AND WITH REGIONAL RESPONSE
TEAM APPROVAL.

_____

                    *** END INCIDENT REPORT #   943209     ***



| NRC Home

### MATERIALS INVOLVED for Report # 947583

[Back To Enter Query] [Back To Query Results]

| Chris Code | Name Of Material | Amount Of Material | Unit Of Measure | Reached Water | Amount In Water | Unit Of Measure |
|---|---|---|---|---|---|---|
| BNZ | BENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | ETHYL BENZENE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NCC | NITROGEN DIOXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| NTO | NITROUS OXIDE | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |
| OUN | UNKNOWN OIL | 0 | UNKNOWN AMOUNT | YES | 0 | UNKNOWN AMOUNT |

1 - 5

```
NATIONAL RESPONSE CENTER 1-800-424-8802
*** For Public Use ***
Information released to a third party shall comply with any
applicable federal and/or state Freedom of Information and Privacy Laws
```

Incident Report # 947583

INCIDENT DESCRIPTION

```
*Report taken at 16:54 on 13-JUL-10
Incident Type: PLATFORM
Incident Cause: OTHER
Affected Area: GULF OF MEXICO
The incident occurred on 13-JUL-10 at 11:47 local time.
Affected Medium: WATER
```

---

### SUSPECTED RESPONSIBLE PARTY

```
Organization:          BP EXPLORATION & PRODUCTION
                       HOUSTON, TX 77079


Type of Organization: PRIVATE ENTERPRISE
```

---

### INCIDENT LOCATION

```
SEE LAT AND LONG County: MISSISSIPPI CANYON
State: LA
Latitude: 28° 42' 08" N

Longitude: 088° 14' 41" W
PLATFORM INCIDENT
```

---

### RELEASED MATERIAL(S)

```
CHRIS Code: BNZ    Official Material Name: BENZENE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  ETHYL BENZENE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NCC    Official Material Name: NO CHRIS CODE
Also Known As:  NITROGEN DIOXIDE
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: NTO    Official Material Name: NITROUS OXIDE
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
CHRIS Code: OUN    Official Material Name: UNKNOWN OIL
Also Known As:
Qty Released: 0 UNKNOWN AMOUNT        Qty in Water: 0 UNKNOWN AMOUNT
```

---

### DESCRIPTION OF INCIDENT

CALLER STATED THAT THERE IS A CONTROLLED BURN BEING CONDUCTED ON THE WATER.

---

### INCIDENT DETAILS

```
Platform Rig Name:
Platform Letter:
Location Area ID: MISSISSIPPI CANYON
Location Block ID: 252
OCSG Number:
OCSP Number:
State Lease Number:
Pier Dock Number:
Berth Slip Number:

---WATER INFORMATION---
Body of Water: GULF OF MEXICO
Tributary of:
Nearest River Mile Marker:
Water Supply Contaminated: NO
```

---

### DAMAGES

Fire Involved: NO    Fire Extinguished: UNKNOWN

| | | | | |
|---|---|---|---|---|
| INJURIES: | NO | Hospitalized: | Empl/Crew: | Passenger: |
| FATALITIES: | NO | Empl/Crew: | Passenger: | Occupant: |
| EVACUATIONS: | NO | Who Evacuated: | Radius/Area: | |

Damages:        NO

| Closure Type | Description of Closure | Length of Closure | Direction of Closure |
|---|---|---|---|
| Air: | N | | |
| Road: | N | | |
| Waterway: | N | | |
| Track: | N | | |

Major Artery: N

Passengers Transferred: NO
Environmental Impact: UNKNOWN
Media Interest: NONE  Community Impact due to Material:

---

### REMEDIAL ACTIONS

CONTROLLED BURN.

Release Secured: NO
Release Rate:
Estimated Release Duration:

---

### WEATHER

Weather: CLEAR, 89°F
Wave Condition: 2    SLIGHT (1 - 3 FT)

---

### ADDITIONAL AGENCIES NOTIFIED

| | |
|---|---|
| Federal: | NONE |
| State/Local: | NONE |
| State/Local On Scene: | NONE |
| State Agency Number: | NONE |

---

### NOTIFICATIONS BY NRC

DHS NOC (NOC)
    13-JUL-10   17:13
DOT CRISIS MANAGEMENT CENTER (MAIN OFFICE)
    13-JUL-10   17:13
FLD INTEL SUPPORT TEAM NEW ORLEANS (SUPERVISOR, FIST NEW ORLEANS)
    13-JUL-10   17:13
JFO-LA (COMMAND CENTER)
    13-JUL-10   17:13
LA DEPT OF ENV QUAL (MAIN OFFICE)
    13-JUL-10   17:13
LA GOV OFFICE HS AND EMERGENCY PREP (MAIN OFFICE)
    13-JUL-10   17:13
LA OFFICE OF GOV (MAIN OFFICE)
    13-JUL-10   17:13
LA OFFICE OF PUBLIC HEALTH (MAIN OFFICE)
    13-JUL-10   17:13
MSU MORGAN CITY (MAIN OFFICE)
    13-JUL-10   17:15
NATIONAL INFRASTRUCTURE COORD CTR (MAIN OFFICE)
    13-JUL-10   17:13
NOAA RPTS FOR LA (MAIN OFFICE)
    13-JUL-10   17:13
LA STATE POLICE (MAIN OFFICE)
    13-JUL-10   17:13

---

Exhibit A
Page 23

**ADDITIONAL INFORMATION**

CALLER HAD NO ADDITIONAL INFORMATION.

---

**\*\*\* END INCIDENT REPORT #  947583  \*\*\***

**To: Jacki Lopez and Charles Tebbutt**
**From: Sheri Hanizavareh**
**Date: 7/27/2010**
**RE: Notice of Intent to Sue Pursuant to § 505 of the Federal Water Pollution Control Act**

**National Response Center Query Results**

**Notes:**
1. Search completed at the following address:
http://www.nrc.uscg.mil/apex/f?p=109:1:1745259260087062

2. If a "criteria" is not mentioned for a query listed below, then it was left blank. However, "Date Range" and "Material Name" and "Type of Call" were never left blank – regardless of whether or not they are actually listed in this document. Furthermore, "Type of Call" was always filled in as "Incident Reports"

3. When searches were completed on different days the "Incident Date Range" was expanded accordingly to include the newest day on the calendar. The "Incident Date Range" is noted at the beginning of each of the following sections.

4. Next to all queries for the chemical "benzene" are listed file names. These file names refers to .PDF "snapshots" of the search. .PDF "snapshots" of the results have also been saved (and are on file with the author). The .PDF files are attached to this document as well. In the interest of time, the same steps were followed for each chemical listed in the search but the results were not stored as .PDF files. Each search performed for the chemical Benzene is associated with a corresponding .PDF "snapshot" of queries and results.

5. "Results" listed under each query refer to the number of documents/reports returned for each search.

6. Leaving "Type of Incident" blank on the search engine page allowed results to be returned for *all* "Fixed," "Continuous," "Platform," "Unknown Sheen," and "Other" types of incidents.

7. Refer to accompanying spreadsheet for a breakdown of the search criteria that were used for each query in addition to the number of results (and relevant notes).

<span style="color:red">**Day 1: Date range set for each search on this day was April 20th 2010 to July 27th 2010**</span>

    **1. Material Name (inserted into each of the following queries): Benzene**

        A. First Query (Query1_BenzeneBP.pdf)
            i. Range: April 20th 2010 to July 27th 2010
            ii. Type of Call: Incident Reports
            iii. Company: BP
            iv. Everything else was left blank

v. Results: 71 total reports
  a. 6 of the 71 reports documented an "Unknown Amount" of benzene in **water** in relation to the Deepwater Horizon Explosion (technically, additional reports appeared in the results window, however, the "Incident Report Numbers" at the top of each of these reports indicated that they were merely duplicates of reports that were already listed).
    i. relevant report numbers: 939329, 939448, 941578, 941733, 943209, 947583

B. Second Query (Query2_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
  ii. Results: 0

C. Third Query (Query3_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
  ii. Results: 36 total reports
    a. 4 of 36 reports documented an "Unknown Amount" of benzene in water; none of the 4 relevant results were unique (i.e. all were duplicates of reports already listed above).

D. Fourth Query (Query4_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
  ii. Results: 0

E. Fifth Query (Query5_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
  ii. Results: 0

F. Sixth Query (Query6_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
  ii. Results: 0

G. Seventh Query (Query7_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
  ii. Results: 0

H. Eighth Query (Query8_BenzeneBP.pdf)
  i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"

ii. Results: 1 report; Un-related to Deepwater Horizon spill.

I. Ninth Query (Query9_BenzeneBP.pdf)
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query (Query10_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Unknown
    v. Result: 0

K. Eleventh Query (Query11_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Explosion
    v. Result: 0

L. Twelfth Query (Query12_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Operator Error
    v. Result: 0

M. Thirteenth Query (Query13_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Deepwater Horizon
    iv. Incident Cause: Explosion
    v. Result: 0

N. Fourteenth Query (Query14_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: Transocean
    iv. Incident Cause: Left Blank
    v. Result: 0

**2. Material Name (inserted into each of the following queries): Toluene**

A. First Query: Toluene 1
    i. Range: April 20th 2010 to July 27th 2010

ii. Type of Call: Incident Reports
iii. Company: BP
iv. Everything else was left blank
v. Results: 1 report, unrelated to Deepwater Horizon spill

B. Second Query: Toluene 2
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
    ii. Results: 0

C. Third Query: Toluene 3
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
    ii. Results: 0

D. Fourth Query: Toluene 4
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
    ii. Results: 0

E. Fifth Query: Toluene 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Toluene 6
    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
    ii. Results: 0

G. Seventh Query: Toluene 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Toluene 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Toluene 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Toluene 10

    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Unknown
    v. Result: 0

K. Eleventh Query: Toluene 11
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Explosion
    v. Result: 0

L. Twelfth Query: Toluene 12
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Exploration & Production
    iv. Incident Cause: Operator Error
    v. Result: 0

M. Thirteenth Query: Toluene 13
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Deepwater Horizon
    iv. Incident Cause: Explosion
    v. Result: 0

N. Fourteenth Query: Toluene 14
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: Transocean
    iv. Incident Cause: Left Blank
    v. Result: 0

**3. Material Name (inserted into each of the following queries): Napthalene**

A. First Query: Napthalene 1
    i. Range: April 20th 2010 to July 27th 2010
    ii. Type of Call: Incident Reports
    iii. Company: BP
    iv. Everything else was left blank
    v. Results: 0

B. Second Query: Napthalene 2
    i. all information same as above under Section A except that "Suspected
    Responsible Company" was changed to "BP Exploration and Production"

ii. Results: 0

C. Third Query: Napthalene 3
   i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
   ii. Results: 0

D. Fourth Query: Napthalene 4
   i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
   ii. Results: 0

E. Fifth Query: Napthalene 5
   i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
   ii. Results: 0

F. Sixth Query: Napthalene 6
   i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
   ii. Results: 0

G. Seventh Query: Napthalene 7
   i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
   ii. Results: 0

H. Eighth Query: Napthalene 8
   i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
   ii. Results: 0

I. Ninth Query: Napthalene 9
   i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
   ii. Results: 0

J. Tenth Query: Napthalene 10
   i. Date range: April 20, 2010 to July 27, 2010
   ii. Type of Call: Incident Reports
   iii. Suspected Responsible Company: BP Exploration & Production
   iv. Incident Cause: Unknown
   v. Result: 0

K. Eleventh Query: Napthalene 11
   i. Date range: April 20, 2010 to July 27, 2010

ii. Type of Call: Incident Reports
iii. Suspected Responsible Company: BP Exploration & Production
iv. Incident Cause: Explosion
v. Result: 0

L. Twelfth Query: Napthalene 12
i. Date range: April 20, 2010 to July 27, 2010
ii. Type of Call: Incident Reports
iii. Suspected Responsible Company: BP Exploration & Production
iv. Incident Cause: Operator Error
v. Result: 0

M. Thirteenth Query: Napthalene 13
i. Date range: April 20, 2010 to July 27, 2010
ii. Type of Call: Incident Reports
iii. Suspected Responsible Company: BP Deepwater Horizon
iv. Incident Cause: Explosion
v. Result: 0

N. Fourteenth Query: Napthalene 14
i. Date range: April 20, 2010 to July 27, 2010
ii. Type of Call: Incident Reports
iii. Suspected Responsible Company: Transocean
iv. Incident Cause: Left Blank
v. Result: 0

**4. Material Name (inserted into each of the following queries): Benzanthracene**

A. First Query: Benzanthracene 1
i. Range: April 20th 2010 to July 27th 2010
ii. Type of Call: Incident Reports
iii. Company: BP
iv. Everything else was left blank
v. Results: 0

B. Second Query: Benzanthracene 2
i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
ii. Results: 0

C. Third Query: Benzanthracene 3
i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
ii. Results: 0

D. Fourth Query: Benzanthracene 4

i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
ii. Results: 0

E. Fifth Query Benzanthracene 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Benzanthracene 6
    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
    ii. Results: 0

G. Seventh Query: Benzanthracene 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Benzanthracene 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Benzanthracene 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    iii. Results: 0

J. Tenth Query: Benzanthracene 10
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Unknown
    iv. Result: 0

K. Eleventh Query: Benzanthracene 11
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Explosion
    iv. Result: 0

L. Twelfth Query: Benzanthracene 12
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Operator Error
    iv. Result: 0

M. Thirteenth Query: Benzanthracene 13
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Deepwater Horizon
    iii. Incident Cause: Explosion
    iv. Result: 0

N. Fourteenth Query: Benzanthracene 14
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: Transocean
    iii. Incident Cause: Left Blank
    iv. Result: 0

**Day 2: Date range set at April 20, 2010 to July 28, 2010**

**5. Material Name (inserted into each of the following queries): Benzopyrene**

A. First Query: Benzopyrene 1
    i. Range: April 20th 2010 to July 28th 2010
    ii. Type of Call: Incident Reports
    iii. Company: BP
    iv. Everything else was left blank
    v. Results: 0

B. Second Query: Benzopyrene 2
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
    ii. Results: 0

C. Third Query: Benzopyrene 3
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
    ii. Results: 0

D. Fourth Query: Benzopyrene 4
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
    ii. Results: 0

E. Fifth Query: Benzopyrene 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Benzopyrene 6

Exhibit B
Page 9

i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
ii. Results: 0

G. Seventh Query: Benzopyrene 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Benzopyrene 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Benzopyrene 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Benzopyrene 10
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Unknown
    iv. Result: 0

K. Eleventh Query: Benzopyrene 11
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Explosion
    iv. Result: 0

L. Twelfth Query: Benzopyrene 12
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Operator Error
    iv. Result: 0

M. Thirteenth Query: Benzopyrene 13
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Deepwater Horizon
    iii. Incident Cause: Explosion
    iv. Result: 0

N. Fourteenth Query: Benzopyrene 14
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: Transocean

Exhibit B
Page 10

iv. Incident Cause: Left Blank
v. Result: 0

**6. Material Name (inserted into each of the following queries): Benzofluoranthene**

A. First Query: Benzofluoranthene 1
   i. Range: April 20th 2010 to July 28th 2010
   ii. Type of Call: Incident Reports
   iii. Company: BP
   iv. Everything else was left blank
   v. Results: 0

B. Second Query: Benzofluoranthene 2
   i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
   ii. Results: 0

C. Third Query: Benzofluoranthene 3
   i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
   ii. Results: 0

D. Fourth Query: Benzofluoranthene 4
   i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
   ii. Results: 0

E. Fifth Query: Benzofluoranthene 5
   i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
   ii. Results: 0

F. Sixth Query: Benzofluoranthene 6
   i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
   ii. Results: 0

G. Seventh Query: Benzofluoranthene 7
   i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
   ii. Results: 0

H. Eighth Query: Benzofluoranthene 8
   i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
   ii. Results: 0

I. Ninth Query: Benzofluoranthene 9
 i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
 ii. Results: 0

J. Tenth Query: Benzofluoranthene 10
 i. Type of Call: Incident Reports
 ii. Suspected Responsible Company: BP Exploration & Production
 iii. Incident Cause: Unknown
 iv. Result: 0

K. Eleventh Query: Benzofluoranthene 11
 i. Type of Call: Incident Reports
 ii. Suspected Responsible Company: BP Exploration & Production
 iii. Incident Cause: Explosion
 iv. Result: 0

L. Twelfth Query: Benzofluoranthene 12
 i. Type of Call: Incident Reports
 ii. Suspected Responsible Company: BP Exploration & Production
 iii. Incident Cause: Operator Error
 iv. Result: 0

M. Thirteenth Query: Benzofluoranthene 13
 i. Type of Call: Incident Reports
 ii. Suspected Responsible Company: BP Deepwater Horizon
 iii. Incident Cause: Explosion
 iv. Result: 0

N. Fourteenth Query: Benzofluoranthene 14
 ii. Type of Call: Incident Reports
 iii. Suspected Responsible Company: Transocean
 iv. Incident Cause: Left Blank
 v. Result: 0

**7. Material Name (inserted into each of the following queries): Chrysene**

A. First Query: Chyrsene 1
 i. Range: April 20th 2010 to July 28th 2010
 ii. Type of Call: Incident Reports
 iii. Company: BP
 iv. Everything else was left blank
 v. Results: 0

B. Second Query: Chrysene 2

       i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
       ii. Results: 0

C. Third Query: Chrysene 3
       i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
       ii. Results: 0

D. Fourth Query: Chrysene 4
       i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
       ii. Results: 0

E. Fifth Query: Chrysene 5
       i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
       ii. Results: 0

F. Sixth Query: Chrysene 6
       i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
       ii. Results: 0

G. Seventh Query: Chrysene 7
       i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
       ii. Results: 0

H. Eighth Query: Chrysene 8
       i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
       ii. Results: 0

I. Ninth Query: Chrysene 9
       i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
       ii. Results: 0

J. Tenth Query: Chrysene 10
       i. Type of Call: Incident Reports
       ii. Suspected Responsible Company: BP Exploration & Production
       iii. Incident Cause: Unknown
       iv. Result: 0

K. Eleventh Query: Chrysene 11

          i. Type of Call: Incident Reports
          ii. Suspected Responsible Company: BP Exploration & Production
          iii. Incident Cause: Explosion
          iv. Result: 0

L. Twelfth Query: Chrysene 12
          i. Type of Call: Incident Reports
          ii. Suspected Responsible Company: BP Exploration & Production
          iii. Incident Cause: Operator Error
          iv. Result: 0

M. Thirteenth Query: Chrysene 13
          i. Type of Call: Incident Reports
          ii. Suspected Responsible Company: BP Deepwater Horizon
          iii. Incident Cause: Explosion
          iv. Result: 0

N. Fourteenth Query: Chrysene 14
          i. Type of Call: Incident Reports
          ii. Suspected Responsible Company: Transocean
          iii. Incident Cause: Left Blank
          iv. Result: 0

**8. Material Name (inserted into each of the following queries): Dibenzanthracene**

A. First Query: Dibenzanthracene 1
          i. Range: April 20th 2010 to July 28th 2010
          ii. Type of Call: Incident Reports
          iii. Company: BP
          iv. Everything else was left blank
          v. Results: 0

B. Second Query: Dibenzanthracene 2
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
          ii. Results: 0

C. Third Query: Dibenzanthracene 3
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
          ii. Results: 0

D. Fourth Query: Dibenzanthracene 4
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
          ii. Results: 0

E. Fifth Query: Dibenzanthracene 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Dibenzanthracene 6
    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
    ii. Results: 0

G. Seventh Query: Dibenzanthracene 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Dibenzanthracene 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Dibenzanthracene 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Dibenzanthracene 10
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Unknown
    iv. Result: 0

K. Eleventh Query: Dibenzanthracene 11
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Explosion
    iv. Result: 0

L. Twelfth Query: Dibenzanthracene 12
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Operator Error
    iv. Result: 0

M. Thirteenth Query: Dibenzanthracene 13
    i. Type of Call: Incident Reports

Exhibit B
Page 15

        ii. Suspected Responsible Company: BP Deepwater Horizon
        iii. Incident Cause: Explosion
        iv. Result: 0

N. Fourteenth Query: Dibenzanthracene 14
        i. Type of Call: Incident Reports
        ii. Suspected Responsible Company: Transocean
        iii. Incident Cause: Left Blank
        iv. Result: 0

## 9. Material Name (inserted into each of the following queries): Indenopyrene

A. First Query: Indenopyrene 1
        i. Range: April 20th 2010 to July 28th 2010
        ii. Type of Call: Incident Reports
        iii. Company: BP
        iv. Everything else was left blank
        v. Results: 0

B. Second Query: Indenopyrene 2
        i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
        ii. Results: 0

C. Third Query: Indenopyrene 3
        i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
        ii. Results: 0

D. Fourth Query: Indenopyrene 4
        i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
        ii. Results: 0

E. Fifth Query: Indenopyrene 5
        i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
        ii. Results: 0

F. Sixth Query: Indenopyrene 6
        i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
        ii. Results: 0

G. Seventh Query: Indenopyrene 7

    i. all information same as above under Section A except that "Incident
    Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Indenopyrene 8
    i. all information same as above under Section A except that "Incident
    Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Indenopyrene 9
    i. all information same as above under Section A except that "Incident
    Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Indenopyrene 10
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Unknown
    iv. Result: 0

K. Eleventh Query: Indenopyrene 11
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Explosion
    iv. Result: 0

L. Twelfth Query: Indenopyrene 12
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Operator Error
    iv. Result: 0

M. Thirteenth Query: Indenopyrene 13
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: BP Deepwater Horizon
    iv. Incident Cause: Explosion
    v. Result: 0

N. Fourteenth Query: Indenopyrene 14
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: Transocean
    iii. Incident Cause: Left Blank
    iv. Result: 0

**10. Material Name (inserted into each of the following queries): Arsenic**

A. First Query: Arsenic 1
    i. Range: April 20th 2010 to July 28th 2010
    ii. Type of Call: Incident Reports
    iii. Company: BP
    iv. Everything else was left blank
    v. Results: 0

B. Second Query: Arsenic 2
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
    ii. Results: 0

C. Third Query: Arsenic 3
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
    ii. Results: 0

D. Fourth Query: Arsenic 4
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
    ii. Results: 0

E. Fifth Query: Arsenic 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Arsenic 6
    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
    ii. Results: 0

G. Seventh Query: Arsenic 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Arsenic 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Arsenic 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Arsenic 10
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Exploration & Production
      iii. Incident Cause: Unknown
      iv. Result: 0

K. Eleventh Query: Arsenic 11
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Exploration & Production
      iii. Incident Cause: Explosion
      iv. Result: 0

L. Twelfth Query: Arsenic 12
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Exploration & Production
      iii. Incident Cause: Operator Error
      iv. Result: 0

M. Thirteenth Query: Arsenic 13
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Deepwater Horizon
      iii. Incident Cause: Explosion
      iv. Result: 0

N. Fourteenth Query: Arsenic 14
      ii. Type of Call: Incident Reports
      iii. Suspected Responsible Company: Transocean
      iv. Incident Cause: Left Blank
      v. Result: 0

**11. Material Name (inserted into each of the following queries): Cadmium**

A. First Query: Cadmium 1
      i. Range: April 20th 2010 to July 28th 2010
      ii. Type of Call: Incident Reports
      iii. Company: BP
      iv. Everything else was left blank
      v. Results: 0

B. Second Query: Cadmium 2
      i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
      ii. Results: 0

C. Third Query: Cadmium 3

i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
ii. Results: 0

D. Fourth Query: Cadmium 4
    i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
    ii. Results: 0

E. Fifth Query: Cadmium 5
    i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
    ii. Results: 0

F. Sixth Query: Cadmium 6
    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
    ii. Results: 0

G. Seventh Query: Cadmium 7
    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
    ii. Results: 0

H. Eighth Query: Cadmium 8
    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"
    ii. Results: 0

I. Ninth Query: Cadmium 9
    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"
    ii. Results: 0

J. Tenth Query: Cadmium 10
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Unknown
    iv. Result: 0

K. Eleventh Query: Cadmium 11
    i. Type of Call: Incident Reports
    ii. Suspected Responsible Company: BP Exploration & Production
    iii. Incident Cause: Explosion
    iv. Result: 0

L. Twelfth Query: Cadmium 12
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Exploration & Production
      iii. Incident Cause: Operator Error
      iv. Result: 0

M. Thirteenth Query: Cadmium 13
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: BP Deepwater Horizon
      iii. Incident Cause: Explosion
      iv. Result: 0

N. Fourteenth Query: Cadmium 14
      i. Type of Call: Incident Reports
      ii. Suspected Responsible Company: Transocean
      iii. Incident Cause: Left Blank
      iv. Result: 0

**12. Material Name (inserted into each of the following queries): Mercury**

A. First Query: Mercury 1
      i. Range: April 20th 2010 to July 28th 2010
      ii. Type of Call: Incident Reports
      iii. Company: BP
      iv. Everything else was left blank
      v. Results: 0

B. Second Query: Mercury 2
      i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
      ii. Results: 0

C. Third Query: Mercury 3
      i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
      ii. Results: 0

D. Fourth Query: Mercury 4
      i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
      ii. Results: 0

E. Fifth Query: Mercury 5
      i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
      ii. Results: 0

Exhibit B
Page 21

F. Sixth Query: Mercury 6

    i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"

    ii. Results: 0

G. Seventh Query

    i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"

    ii. Results: 0

H. Eighth Query: Mercury 7

    i. all information same as above under Section A except that "Incident Cause" was changed to "Equipment Failure"

    ii. Results: 0

I. Ninth Query: Mercury 8

    i. all information same as above under Section A except that "Incident Cause" was changed to "Operator Error"

    ii. Results: 0

J. Tenth Query: Mercury 9

    i. Type of Call: Incident Reports

    ii. Suspected Responsible Company: BP Exploration & Production

    iii. Incident Cause: Unknown

    iv. Result: 0

K. Eleventh Query: Mercury 10

    i. Type of Call: Incident Reports

    ii. Suspected Responsible Company: BP Exploration & Production

    iii. Incident Cause: Explosion

    iv. Result: 0

L. Twelfth Query: Mercury 11

    i. Type of Call: Incident Reports

    ii. Suspected Responsible Company: BP Exploration & Production

    iii. Incident Cause: Operator Error

    iv. Result: 0

M. Thirteenth Query: Mercury 12

    i. Type of Call: Incident Reports

    ii. Suspected Responsible Company: BP Deepwater Horizon

    iii. Incident Cause: Explosion

    iv. Result: 0

N. Fourteenth Query:

Exhibit B
Page 22

          i. Type of Call: Incident Reports
          ii. Suspected Responsible Company: Transocean
          iii. Incident Cause: Left Blank
          iv. Result: 0

**13. Material Name (inserted into each of the following queries): Nickel**

A. First Query
          i. Range: April 20th 2010 to July 27th 2010
          ii. Type of Call: Incident Reports
          iii. Company: BP
          iv. Everything else was left blank
          v. Results: 0

B. Second Query
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration and Production"
          ii. Results: 0

C. Third Query
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Exploration & Production"
          ii. Results: 0

D. Fourth Query
          i. all information same as above under Section A except that "Suspected Responsible Company" was changed to "BP Deepwater Horizon"
          ii. Results: 0

E. Fifth Query
          i. all information same as above under Section A except that "Incident Cause" was changed from Blank to "Explosion"
          ii. Results: 0

F. Sixth Query
          i. all information same as above under Section A except that "Incident Cause" was changed to "Unknown"
          ii. Results: 0

G. Seventh Query
          i. all information same as above under Section A except that "Incident Cause" was changed to "Over Pressuring"
          ii. Results: 0

H. Eighth Query

Exhibit B
Page 23

                   i. all information same as above under Section A except that "Incident
                   Cause" was changed to "Equipment Failure"
                   ii. Results: 0

I. Ninth Query
                   i. all information same as above under Section A except that "Incident
                   Cause" was changed to "Operator Error"
                   ii. Results: 0

J. Tenth Query
                   i. Type of Call: Incident Reports
                   ii. Suspected Responsible Company: BP Exploration & Production
                   iii. Incident Cause: Unknown
                   iv. Result: 0

K. Eleventh Query
                   i. Type of Call: Incident Reports
                   ii. Suspected Responsible Company: BP Exploration & Production
                   iii. Incident Cause: Explosion
                   iv. Result: 0

L. Twelfth Query
                   i. Type of Call: Incident Reports
                   ii. Suspected Responsible Company: BP Exploration & Production
                   iii. Incident Cause: Operator Error
                   iv. Result: 0

M. Thirteenth Query
                   i. Type of Call: Incident Reports
                   ii. Suspected Responsible Company: BP Deepwater Horizon
                   iii. Incident Cause: Explosion
                   iv. Result: 0

N. Fourteenth Query
                   ii. Type of Call: Incident Reports
                   iii. Suspected Responsible Company: Transocean
                   iv. Incident Cause: Left Blank
                   v. Result: 0

**Day 3: Date range set for each search on this day was April 20th 2010 to July 30th 2010**

    **1. Material Name (inserted into each of the following queries): Benzene**

        A. First Query: *All* water-related incidents reporting the presence of benzene from
        April 20th 2010 to July 30th 2010 (Query1_BenzeneBPSearchinWaterOnly.pdf)
            i. Range: April 20th 2010 to July 27th 2010

ii. Type of Call: Incident Reports
iii. Medium Affected: Water
iv. Material Name: Benzene
v. Suspected Responsible Company: None listed, although only results returned for BP (or BP Exploration and Production, etc) were counted as relevant).
vi. Results: 11 of 18 results report benzene found in water; 7 of those 11 reports named the suspected responsible party as "BP" or "BP Exploration and Production." Of these 7 reports, only 1 was unique to the search (i.e. had not come up in previous searches).
    a. relevant report number: 944689

B. Second Query: Toluene
    i. all information same as above under Section A except that "Material Name" was changed to Toluene
    ii. Results: 1 Result (report states the cause was heavy rain/natural phenomena; unrelated to BP Deepwater Horizon spill).

C. Third Query: Napthalene
    i. all information same as above under Section A except that "Material Name" was changed to Napthalene
    ii. Results: 0

D. Fourth Query: Benzanthracene
    i. all information same as above under Section A except that "Material Name" was changed to Benzanthracene
    ii. Results: 0

E. Fifth Query: Benzopyrene
    i. all information same as above under Section A except that "Material Name" was changed to Benzopyrene
    ii. Results: 0

F. Sixth Query: Benzofluoranthene
    i. all information same as above under Section A except that "Material Name" was changed to Benzofluoranthene
    ii. Results: 0

G. Seventh Query: Chrysene
    i. all information same as above under Section A except that "Material Name" was changed to Chrysene
    ii. Results: 0

H. Eighth Query: Dibenzanthracene
    i. all information same as above under Section A except that "Material Name" was changed to Dibenzanthracene

ii. Results: 1 report; Un-related to Deepwater Horizon spill.

I. Ninth Query: Indenopyrene
    i. all information same as above under Section A except that "Material Name" was changed to Indenopyrene
    ii. Results: 0

J. Tenth Query: Arsenic
    i. all information same as above under Section A except that "Material Name" was changed to Arsenic
    ii. Results: 0

K. Eleventh Query: Cadmium
    i. all information same as above under Section A except that "Material Name" was changed to Cadmium
    ii. Results: 1 (unrelated to Deepwater Horizon spill (suspected responsible company was listed as "The Doe Run" Company)

L. Twelfth Query: Mercury
    i. all information same as above under Section A except that "Material Name" was changed to Mercury
    ii. Result: 3 (All unrelated to Deepwater Horizon Spill; BP not listed as a suspected responsible part for any of these incidents)

M. Thirteenth Query:
    i. all information same as above under Section A except that "Material Name" was changed to Nickel
    ii. Results: 0


N. Fourteenth Query (Query14_BenzeneBP.pdf)
    i. Date range: April 20, 2010 to July 27, 2010
    ii. Type of Call: Incident Reports
    iii. Suspected Responsible Company: Transocean
    iv. Incident Cause: Left Blank
    v. Result: 0