## Affidavit of David R. Thrasher, M.D.

1. My name is David R. Thrasher, M.D. I submit this declaration in support of the request of the Center For Biological Diversity to require disclosure of hazardous substances by BP from the discharges connected with the oil spill and rig explosion that occurred on and after April 20, 2010.

2. I am a pulmonary specialist in Alabama - one of the states impacted by the BP oil spill. I have treated [dozens/███████████] of patients who have been exposed to toxic chemicals over the last 28 years.

3. When treating patients who have been exposed to toxic substances, physicians need to know the types and amounts of chemicals released into the environment in order to evaluate all possible exposures, diagnose chemical-related illness, and provide appropriate treatment. Without this information, physicians may not perform necessary diagnostic tests, may not be able to appropriately advise patients and may not know what to look for in exposed people's long-term health monitoring needs.

4. I have not seen any specific reports from BP about the types and amounts of toxic substances that they released in connection with the Deepwater Horizon blowout prevention efforts, rig explosion, or long-term spill. While it is generally known that many different toxic and/or hazardous substances are contained in oil and were also present on the rig that exploded and sank, it is critical to know the specific types and amounts of materials released in order to fully diagnose and treat exposed patients. Even months after the initial exposures, having information about the types and amounts of releases at the time of the explosion and spill is critical information.

5. When a patient has a significant exposure, keeping the types and amounts of hazardous substances released secret from the treating physician and the patient is a detriment to patient care. Having specific information about the types and amounts of hazardous substances released by BP during the Deepwater Horizon disaster and subsequent is still important.

_____
David R. Thrasher, M.D.

Sworn to and subscribed before me this 29th day of March, 2011.

_____
Notary Public

My commission expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Apr 4, 2012
BONDED THRU NOTARY PUBLIC UNDERWRITERS