UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates Only To:<br>*Rhodes v. Transocean, Ltd., et al*<br>2:10-CV-01502 | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### Rule 7.6(E) Certificate

Claimant's undersigned counsel certifies that he has consulted with defense counsel regarding his filing his Fifth Amending Complaint and none has objected. He therefore moves that this Honorable Court allow him to file his Fifth Amending Complaint.

Lafayette, Louisiana this 31st day of March, 2011.

                                        */s/ Richard R. Kennedy*
                                        RICHARD R. KENNEDY (#7788), T.A.
                                        RICHARD R. KENNEDY (#26951)
                                        309 Polk Street
                                        P.O. Box 3243
                                        Lafayette, LA   70502-3243
                                        Phone:   (337) 232-1934
                                        Fax:       (337) 232-9720
                                        E-Mail:   ken309@richardkennedy.com
                                        E-Mail:   rrk3@richardkennedy.com
                                        *Attorneys for Karl W. Rhodes*