# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE ST. JOE COMPANY,                  :
                                      :
       Plaintiff,                     :
                                      :
v.                                    :   C.A. No. 1:10-cv-968-LPS
                                      :
TRANSOCEAN OFFSHORE DEEPWATER          :
DRILLING INC., TRANSOCEAN HOLDINGS     :
LLC, TRANSOCEAN DEEPWATER INC., and    :
TRITON ASSET LEASING GMBH,             :
                                      :
       Defendant.                     :

## ORDER

At Wilmington, this 15th day of March 2011, for the reasons set forth in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Stay Proceedings Pending MDL Panel's Transfer Ruling (D.I. 3) is **DENIED**.

2. Plaintiff's Motion to Remand (D.I. 5) is **GRANTED**.

3. The case is **SUMMARILY REMANDED** to the Superior Court of the State of Delaware, in and for New Castle County.

Delaware counsel are reminded of their obligation to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel should advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES DISTRICT JUDGE