IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| Applies to:<br>*The St. Joe Company, v. Halliburton Energy Serv. Inc.,* (No. 2:11-cv-258) | | |

. .. .. .. .. .. .. .. .. .. .. .. . .

### MOTION FOR LEAVE TO FILE HALLIBURTON ENERGY SERVICES, INC.'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO REQUEST FOR INJUNCTIVE RELIEF IN AID OF THIS COURT'S PRE-TRIAL JURISDICTION OVER THE ST. JOE COMPANY

Halliburton Energy Services, Inc. ("HESI") respectfully moves this Honorable Court for leave to file the attached Reply to Plaintiff's Memorandum in Opposition to Request for Injunctive Relief in Aid of this Court's Pre-Trial Jurisdiction Over The St. Joe Company, ("HESI's Motion"), and in support thereof avers that the entry of various Orders in this proceeding weighs in favor of HESI's Request for Injctive Relief being granted, and that consideration of the proposed Reply will aid the Court in its consideration of HESI's Motion. Dated March 31, 2011.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

By**:**   /s/  Donald E. Godwin
Donald E. Godwin, *admitted pro hac vice*
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr., *admitted pro hac vice*
bbowman@godwinronquillo.com
Jenny L. Martinez, *admitted pro hac vice*
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr. , *admitted pro hac vice*
fhartley@godwinronquillo.com
Gavin E. Hill, *admitted pro hac vice*
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

-AND-

R. Alan York, *admitted pro hac vice*
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification; and that a copy of the foregoing has been delivered either by facsimile, by hand delivery, or by placing same in the U.S. Mail, properly addressed and postage prepaid, to all counsel of record who are not registered to receive notice electronically, on this 31st day of March 2011.

s/ Donald E. Godwin_____
Donald E. Godwin