UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and | * | CIVIL ACTION |
| d/b/a AMERICAN CONSULTING & DEVELOPMENT | * | NO.   2:11-cv-408 |
| COMPANY, LLC | * | 2:10-md-02179 |
| | * | |
| VERSUS | * | JUDGE CARL BARBIER |
| | * | |
| BP AMERICA PRODUCTION COMPANY | * | MAG: JUDGE SALLY |
| | * | SHUSHAN |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW REQUEST TO CLERK TO ENTER DEFAULT AGAINST DEFENDANT

**NOW INTO COURT,** through undersigned counsel comes Plaintiff, Warren B. Doussan, Jr. individually and d/b/a American Consulting & Development Company, LLC, who respectfully avers as follows:

On March 24, 2011, Plaintiff filed a request for the Clerk to enter default against Defendant BP America Production Company. Unaware there was a stay in place; Plaintiff seeks to withdraw its original request.

1

Respectfully submitted,


  /s/ Robert Diliberto
Robert J. Diliberto (LA 24783)
Damon A. Kirin (LA 24729)
Megan E. Snider (LA 33382)
DILIBERTO & KIRIN, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone:     (504) 828-1600
Fax:                (504) 828-1555


### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel of receiving electronic notice, and all others by depositing the same in the U.S. mail, postage prepaid and properly addressed, 31st day of March, 2011.


/s/ Robert Diliberto
Robert J. Diliberto

2