UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and d/b/a AMERICAN CONSULTING & DEVELOPMENT COMPANY, LLC | * * * * | CIVIL ACTION NO.  2:11-cv-408 2:10-md-02179 |
| VERSUS | * * | JUDGE CARL BARBIER |
| BP AMERICA PRODUCTION COMPANY | * * * * * | MAG: JUDGE SALLY SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER WITHDRAW REQUEST TO CLERK TO ENTER DEFAULT AGAINST DEFENDANT**

Upon Motion by the Plaintiff, Warren B. Doussan, Jr. individually and d/b/a American Consulting & Development Company, LLC, it is therefore

ORDERED, ADJUDGED, and DECREED that the request for entry of default against BP America Production Company be withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
U.S. DISTRICT JUDGE