IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL No. 2179<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate JUDGE SHUSHAN |

_____

### JOINT MOTION TO ENROLL, SUBSTITUTE AND WITHDRAW COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Copeland's of New Orleans, Inc., Cheesecake Bistro, LLC and Sweet Fire and Ice, LLC, (collectively, "Copeland Plaintiffs"), and respectfully requests an Order of this Honorable Court permitting it to enroll and substitute Timothy S. Madden and Monica J. Manzella, Esquire, King, Krebs & Jurgens, 201 St. Charles Ave., 45th Floor, New Orleans, LA 70170, as counsel of record for Copeland Plaintiffs in lieu of James M. Garner, Joshua S. Force, Sharonda R. Williams, Law Offices of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA 70112-1033; Gladstone N. Jones, III, Lynn E. Swanson, Eberhard D. Garrison, Kevin E. Huddell, H.S. Bartlett, II, Jacqueline A. Stump and Emma Elizabeth Antin Daschbach, Law Offices of Jones, Swanson, Huddell & Garrison, L.L.C., 601 Poydras Street, Suite 2655, New Orleans, Louisiana 70130; James R. Swanson, Joseph C. Peifer, Lance M.

{N0445386 -}

McCardle, Jason W. Burge and Alysson L. Mills, Law Offices of Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana  70170-4600; and Robert A. Kutcher, Law Offices of Chopin, Wagar, Richard & Kutcher, L.L.P., 3850 North Causeway Boulevard, Metairie, Louisiana  70002, who move to withdraw as counsel of record for Copeland Plaintiffs.

Respectfully submitted,

LAW OFFICES OF SHER GARNER CAHILL
RICHTER KLEIN & HILBERT, L.L.C.

        /s/ James M. Garner
JAMES M. GARNER (#19589)
JOSHUA S. FORCE (#21975)
SHARONDA R. WILLIAMS (#28809)
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

and

        /s/ Gladstone N. Jones, III
GLADSTONE N. JONES, III (#22221)
LYNN E. SWANSON (#22650)
EBERHARD D. GARRISON (#22058)
KEVIN E. HUDDELL (#26930)
H.S. BARTLETT III (#26795)
JACQUELINE A. STUMP (#31981)
EMMA ELIZABETH
  ANTIN DASCHBACH(#27358)
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana  70130
Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508

and

/s/ James R. Swanson
JAMES R. SWANSON (#18455)
JOSEPH C. PEIFFER (#26459)
LANCE C. McCARDLE (#29970)
JASON W. BURGE (#30420)
ALYSSON L. MILLS (#32904, admission pending)
Fishman Haygood Phelps Walmsley Willis
   & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone (504) 586-5252
Facsimile: (504) 586-5250

and


/s/ Robert A. Kutcher
ROBERT A. KUTCHER (#7895)
CHOPIN, WAGAR, RICHARD
  & KUTCHER, L.L.P.
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3820
Facsimile: (504) 836-9573

and


/s/ Timothy S. Madden
TIMOTHY S. MADDEN (#21733)
MONICA J. MANZELLA (#29965)
KING, KREBS & JURGENS
201 St. Charles Ave., 45th Floor
New Orleans, LA 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Timothy S. Madden
TIMOTHY S. MADDEN
