UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J |
| This pleading applies to:<br><br>No. 2:11-CV-00259 | § § § § § | Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

**MOTION FOR LEAVE TO FILE M-I L.L.C.'S REPLY
TO ST. JOE'S RESPONSE TO REQUEST FOR INJUNCTION IN AID OF THIS
COURT'S JURISDICTION OVER ST. JOE**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court for leave to file the attached Reply to St. Joe's Response to Request for Injunction in Aid of this Court's Jurisdiction Over St. Joe.

M-I desires to file the attached Reply to various arguments raised by Plaintiff St. Joe in its Memorandum in Opposition to HESI's and M-I's Motions for Injunctive Relief.

WHEREFORE, Defendant M-I moves this Court for leave to file the attached Reply to St. Joe's Response to Request for Injunction in Aid of this Court's Jurisdiction Over St. Joe.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:    /s/ Hugh E. Tanner

    Hugh E. Tanner
    htanner@morganlewis.com
    Denise Scofield
    dscofield@morganlewis.com
    James B. Tarter
    jtarter@morganlewis.com
    1000 Louisiana St., Suite 4000
    Houston, TX 77002
    Telephone: 713.890.5000
    Facsimile: 713.890.5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing **Motion for Leave to File M-I L.L.C.'s Reply to St. Joe's Response to Request for Injunction in Aid of this Court's Jurisdiction Over St. Joe** has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of March, 2011.

                          */s/ Hugh E. Tanner*
                          Hugh E. Tanner

DB1/66961942.1