UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| This pleading applies to: No. 2:11-CV-00259 | § § § § § | Judge Carl J. Barbier Magistrate Judge Sally Shushan |

## ORDER

After considering M-I L.L.C.'s Motion for Leave to File M-I L.L.C.'s Reply to St. Joe's Response to Request for Injunction in Aid of this Court's Jurisdiction Over St. Joe.

The Court directs the Clerk of the Court to accept and file M-I's Reply Memorandum.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

DB1/66961942.1