UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" § <br> in the GULF OF MEXICO, § <br> on APRIL 20, 2010 § <br> § <br> § <br> THIS PLEADING RELATES TO: § <br> § <br> THE NOW-DISMISSED ACTIONS BY § <br> THE ST. JOE COMPANY AGAINST § <br> HALLIBURTON ENERGY SERVICES, § <br> INC. (2:11-cv-00258) and M-I, L.L.C. § <br> a/k/a M-I SWACO (2:11-cv-00259) § | | MDL NO. 2179 <br><br> SECTION: J <br><br><br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

**THE ST. JOE COMPANY'S OPPOSITION TO HALLIBURTON'S AND M-I'S MOTIONS FOR LEAVE TO FILE REPLY,
OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY**

The St. Joe Company ("St. Joe"), respectfully submits this Opposition To Movants Halliburton Energy Services, Inc. ("Halliburton") And M-I, L.L.C. A/K/A M-I SWACO ("M-I") (Collectively, "Movants") Motions For Leave To File Reply, Or In The Alternative, Motion For Leave To File Sur-Reply, as follows:

**I.**

**GROUNDS FOR MOTION**

On March 29, 2011, Movants jointly removed St. Joe's action against them to the United States District Court for the District of Delaware.  Within hours, Movants filed motions in this Court – and, soon thereafter, in the Delaware District Court – seeking equivalent relief to enjoin St. Joe from prosecuting its claims "in any forum other than MDL 2179."

On March 30, 2011, the Court directed St. Joe to submit its opposition to Movants' motions by Noon on March 31, 2011.  St. Joe timely filed its brief in opposition to both motions.

<u>Less than four hours later</u>, both Movants filed motions for leave to file replies: each reply approximately ten pages in length; each asserting new arguments not contained in their respective moving papers; and each citing to a substantial number of new authorities (the Movants collectively cite twenty-one new authorities not previously discussed by either party or St. Joe). The ineluctable inference is that both Halliburton and M-I pre-packaged their replies to advance arguments not contained in their moving papers, and with little more than passing reference to – but without direct refutation of – the arguments and authorities discussed by St. Joe in its opposition.

Indeed, the very nature of Movants' motions has changed. Movants now argue for the first time, not just that St. Joe should be enjoined from prosecuting its Delaware action against them, but that St. Joe's voluntary dismissal of its previous actions was ineffective. This is a critical and entirely new twist, with obviously important implications for St. Joe. St. Joe respectfully submits that Movants' brand new arguments should not be considered by this Court, and that their requests for leave to file reply briefs should be denied.

Should the Court permit Movants to submit their proposed reply briefs, and in order that St. Joe be given a full and fair opportunity to address Movants' significantly revised arguments and new contentions, St. Joe respectfully asks that this Court grant it leave to file a sur-reply addressing both Movants' reply briefs by **Monday, April 4, at 10:00 a.m.**, or by such later date as the Court may direct.

## II.

## REQUEST FOR RELIEF

For all the foregoing reasons, St. Joe respectfully requests that this Court: (1) deny Movants' respective requests to submit reply briefs; or (2) grant St. Joe leave to file a sur-reply addressing those reply briefs by April 4, 2011, at 10:00 a.m.

Dated:  March 31, 2011                                Respectfully submitted,

By:   /s/ James S. Renard
    William A. Brewer III (Texas, No. 02967035)
    wab@bickelbrewer.com
    James S. Renard (Texas, No. 16768500)
    jsr@bickelbrewer.com
    Robert W. Gifford (New York, No. 046231)
    rzg@bickelbrewer.com

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main St.
Dallas, Texas  75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR THE
ST. JOE COMPANY**

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing The St. Joe Company's Opposition To Halliburton's And M-I's Motions For Leave To File Reply, Or In The Alternative, Motion For Leave To File Sur-Reply has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of March, 2011.

    /s/ Robert W. Gifford
Robert W. Gifford

4

5239602.1
2132-03