UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING RELATES TO: | § § | |
| THE NOW-DISMISSED ACTIONS BY THE ST. JOE COMPANY AGAINST HALLIBURTON ENERGY SERVICES, INC. (2:11-cv-00258) and M-I, L.L.C. a/k/a M-I SWACO (2:11-cv-00259) | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that The St. Joe Company is **GRANTED** leave to file a sur-reply in response to the replies and motions for leave to file replies submitted by Movants Halliburton Energy Services, Inc. and M-I, L.L.C. a/k/a M-I SWACO on or before **April 4, 2011, at 10:00 a.m.**

The Court directs the Clerk of Court to accept and file The St. Joe Company's sur-reply when timely filed in accordance with this Order.

New Orleans, Louisiana this ____ day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

5239617.1
2132-03