THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * * * | MDL NO. 2179 SECTION "J" DIVISION "I" JUDGE BARBIER |
| This document relates to: 10-CV-1986 | | | MAG. SHUSHAN |

**************************************************************************

## MOTION FOR LEAVE OF COURT TO FILE MOTION TO AUTHORIZE USE OF SHORT FORM CLAIM FOR LIMITATION

**NOW COMES** Plaintiffs, **Terry G. Robin et. al**, who through undersigned counsel, and pursuant to the Courts standing order requiring leave of court to file any motions, moves this Honorable Court for leave to file a Motion for approval of the Short Form limitation claim form approved for civil action no. 10-771 for use in the Complaint and Petition for Limitation of Seacor Holdings 10-3897, 10-3896, 10-3895; matter of Island Ventures et al, 10-01468, 10-04169, and MV Monica Anne 10-00058.

Respectfully Submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

and

**/s/Gerald Maples**
**F. Gerald Maples, (#25960)**

        Carl D. Todd Campbell, II, (#31084)
        Carlos Zelaya, II, (# 22900 )
        F. Gerald Maples, P.A.
        365 Canal Street, Suite 2650
        New Orleans, Louisiana 70113
        Telephone: (504) 569-8732
        Facsimile:  (504) 525-6932

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

        /s/ Lloyd Frischhertz_____
          Lloyd Frischhertz