THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **MDL NO. 2179** |
| | * | |
| | * | **SECTION "J"** |
| | * | |
| | * | **DIVISION "1"** |
| | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **This document relates to: 10-CV-1986** | * | **MAGISTRATE SHUSHAN** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, that Terry G. Robin et al, is granted leave of court to file its Motion for approval of the Short Form limitation Claim Form approved for Civil Action No. 10-771 for use in the complaint and Petition for limitation of Seacor Holdings 10-3897, 10-3896, 10-3895; matter of Island Ventures et al, 10-01468, 10-04169, and MV Monica Anne 10-00058.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**