THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "I" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |
| | * | |

**********************************************************************

**MOTION FOR APPROVAL OF THE USE OF THE SHORT FORM CLAIM APPROVED AND AUTHORIZED BY ORDER OF THE COUR FOR USE IN THE TRANSOCEAN LIMITATION PROCEEDINGS**

**NOW COMES** Plaintiff's, **Terry G. Robin et. al**, who through undersigned counsel, and on suggesting to this Honorable Court that three (3) separate defendants have filed six (6) separate limitation proceedings as follows;

Seacor Holdings et al, 10-3897, 10-3896, 10-3895;

Island Ventures et al, 10-04168, 10-04169;

MV Monica Anne, 10-00058;

Moves this Honorable Court to authorize and approve the use of the short form claim form previously authorized for use in the Transocean limitation proceedings, in the six separate proceedings identified herein specifically, approving the attached direct filing short form.

Respectfully Submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500

        Facsimile - (504) 581-1670

        and

        **/s/Gerald Maples**
        **F. Gerald Maples, (#25960)**
        Carl D. Todd Campbell, II, (#31084)
        Carlos Zelaya, II, (# 22900 )
        F. Gerald Maples, P.A.
        365 Canal Street, Suite 2650
        New Orleans, Louisiana 70113
        Telephone: (504) 569-8732
        Facsimile:  (504) 525-6932

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

        /s/ Lloyd Frischhertz_____
          Lloyd Frischhertz