THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | |
| | * | DIVISION "I" |
| | * | |
| | * | JUDGE CARL J. BARBIER |
| | * | |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION FOR APPROVAL OF SHORT FORM IN LIMITATION PROCEEDINGS

**May it please the Court;**

Plaintiffs filed a lawsuit under both OPA and General Maritime Law against the owner and operators of several fireboats responding to the Deepwater Horizon explosion. Having received notice of the filing of the lawsuits, three (3) sets of defendants filed six (6) separate limitation proceedings for six (6) vessels. There were several other vessels and defendants sued, but have been subsequently dismissed.

The Court has set April 20, 2011, as a deadline for filing complaints in the six (6) separate limitation proceedings. This deadline was set, even though the limitation proceedings were filed long after the Transocean limitation proceedings, for the purpose of facilitating one trial to be held in February 2012 on all of the limitation proceedings, as well as for an apportionment of fault. By order of the Court, Civil Action No. 10-md-2179 (Doc. 982) the Court approved the use of a direct filing short form in the Transocean limitation proceedings. It is uncertain from various Court Orders whether approval of the use of the direct filing short form is also authorized for claimants use in the six (6) limitation proceedings referenced herein. The steering committee has

specifically declared they are taking no action with regard to plaintiff's suits against the responding fire boats, and no action in connection with the six (6) limitation proceedings filed by said defendant fireboats. Plaintiffs seek leave of Court to File, the Motion for a Court Order approving and authorizing the use of a direct filing short form. Plaintiffs seek the same relief and remedy granted for claimants filing in Transocean for claimants filing in Seacor.

Respectfully Submitted,

**/s/Lloyd N. Frischhertz**
**LLOYD N. FRISCHHERTZ (#5749)**
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130
Telephone - (504) 523-1500
Facsimile - (504) 581-1670

and

**/s/Gerald Maples**
**F. Gerald Maples, (#25960)**
Carl D. Todd Campbell, II, (#31084)
Carlos Zelaya, II, (# 22900 )
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile:  (504) 525-6932

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of March, 2011.

                                                  /s/ Lloyd Frischhertz_____
                                                     Lloyd Frischhertz