**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | **MDL NO. 2179** |
| | * | |
| | * | **SECTION "J"** |
| | * | |
| | * | **DIVISION "I"** |
| | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | |
| This document relates to: 10-CV-1986 | * | **MAGISTRATE SHUSHAN** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, that the direct filing short form attached to the

foregoing motion is hereby approved and authorized for use in filing claims in the

limitation proceedings of Seacor Holdings et al, 10-3897, 10-3896, 10-3895, and the

matter of Island Ventures et al, 10-04168, 10-04169, and MV Monica Anne, 10-00058;

and adopt and incorporate the master answer (Doc. 244) to the Complaint and Petition of

Triton Asset Leasing GMBH, et al., in 10-2771.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**