UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on
APRIL 20, 2010 : SECTION: J

THIS DOCUMENT RELATES TO:

ALL ACTIONS : JUDGE BARBIER
MAG. JUDGE SHUSHAN

## ORDER

At the suggestion of the Court and with the agreement of the parties,

IT IS ORDERED that the following schedule be followed to assist the Court in confecting a plan for the February 27, 2012 Trial of Liability, Limitation, Exoneration and Fault Allocation:

- April 5, 2011:  Meeting of counsel and Special Master McGovern

- April 13, 2011 at 5 p.m.: Simultaneous briefing regarding unresolved issues

- April 20, 2011 at 5 p.m.: Simultaneous reply briefs

- The Court will take the matter under advisement and shall determine whether to schedule oral argument at the April 29 status conferences

New Orleans, Louisiana this 31st day of March, 2011.

_____
United States District Judge