UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This Document Relates Only To: *Rhodes v. Transocean, Ltd., et al* 2:10-CV-01502 | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**Order**

The Court has considered Karl W. Rhodes' Motion for Leave to File Fifth Amending Complaint and finds that the motion is well taken and should be granted. Therefore,

IT IS ORDERED that Karl W. Rhodes' Motion for Leave to File Fifth Amending Complaint is GRANTED.

IT IS FURTHER ORDERED that this Fifth Amending Complaint is deemed filed as of the undersigned date.

New Orleans, Louisiana this  31st  day of  March , 2011.

_____
United States District Judge