UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | <br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## ORDER

[Amending Pre-Trial Order No. 9]

**CONSIDERING** Plaintiffs Motion to Amend Pre-Trial Order No. 9:

**IT IS ORDERED** that Pre-Trial Order No. 9 be amended to add subsection p to Section IV(1), Shared Costs, as follows:

> "p.  Travel costs incurred in connection with overseas and/or international travel, in accordance with the guidelines set forth in Section V(2)."

New Orleans, Louisiana this 1st day of April, 2011.

_____
United States District Judge