```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

### ORDER

Before the Court is James R. Dugan, II's **Second Motion Deposit Funds into the Registry of the Court (Contradictory) (Rec. Doc. 1818).**

**IT IS ORDERED** any opposition to this Motion shall be filed no later than Friday, April 8, 2011. At that time, the Court will take the matter under advisement and will determine whether to schedule oral argument on the Motion.

New Orleans, Louisiana this 1st day of April, 2011.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1