UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: 11-258 | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that Defendant Halliburton Energy Services, Inc.'s **Motion for Leave to File Reply (Rec. Doc. 1825)** is hereby **GRANTED** and that Halliburton's **Reply (Rec. Doc. 1826)** be accepted into the Record.

New Orleans, Louisiana, this 1st day of April, 2011.

CARL J. BARBIER
United States District Judge