UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and d/b/a AMERICAN CONSULTING & DEVELOPMENT COMPANY, LLC | * * * * | CIVIL ACTION NO.  2:11-cv-408 2:10-md-02179 |
| VERSUS | * * | JUDGE CARL BARBIER |
| BP AMERICA PRODUCTION COMPANY | * * * * * | MAG: JUDGE SALLY SHUSHAN |

******************************************************

### ORDER WITHDRAW REQUEST TO CLERK TO ENTER DEFAULT AGAINST DEFENDANT

Upon Motion by the Plaintiff, Warren B. Doussan, Jr. individually and d/b/a American Consulting & Development Company, LLC, it is therefore

ORDERED, ADJUDGED, and DECREED that the request for entry of default against BP America Production Company be withdrawn (Rec. Doc. 1735).

New Orleans, Louisiana this 1st day of April, 2011.

_____
United States District Judge