UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | :MDL NO. 2179 :  :  :  :SECTION: J :  :  :JUDGE BARBIER |
| APPLIES TO:  ALL CASES | :MAG. JUDGE SHUSHAN |

## ORDER

On March 22, 2011, a motion to enroll counsel (Doc #1712) was filed by defendant, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of April 1, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this 1st day of MARCH, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE