UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179<br><br>SECTION: J(1) |

**ORDER**

Before the Court is a **Motion for Leave to File Motion to File Motion to Authorize Use of Short-Form Claim for Limitation (Rec. Doc. 1831)** filed by Plaintiffs in member case 10-1986.

**IT IS ORDERED** any opposition to this Motion shall be filed no later than Friday, April 8, 2011. At that time, the Court will take the matter under advisement and will determine whether to schedule oral argument on the Motion.

New Orleans, Louisiana this 1st day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1