MINUTE ENTRY
SHUSHAN, M.J.
APRIL 1, 2011

**MJSTAR: 01:55**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, APRIL 1, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Jodi Simcox

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated.
                  Attorneys Christian Van Kleef, Mary Kay Klinefelter, Ted Tsekerides, Tony Fitch,
                  Bill Taylor, Arvin Khurana and Mike Underhill participated by telephone.