## CONFERENCE ATTENDANCE RECORD

DATE: 4 - 1 - 11                    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Paul Sterbcow | PSC |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Misty Cone | " |
| Aimee Williams | " |
| Stefanie Major | " |
| LANCE WENGER | U.S. Dept. of Interior (observing) |
| Edward D. Wegmann | Weatherford |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko + MOEX |
| Corey Maze | Alabama |
| Luther Strang | Alabama |
| Steve Herman | PSC |
| Henry Dart | LA |
| Joe Hassinger | LA |
| BILL STRADLEY | MDL 2185 - Individual Investor |
| James P. Roy | MDL 2179 - PSC |
| Stephen Pesce | DRC |
| Carmelite Bertaut | Cameron |
| Bryan Payne | MDL 2185 Securities Plaintiffs sub-class |
| John Allen Meade | 2185 Deriv. Ps |
| Steve Luxton | M-I Swaco |
| Glenn Goodier | WEATHERford USLP |
| Andy Langan | BP |
| Don Haycraft | BP |
| Allan Kanner | Louisiana VAG |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| ANTHONY IRPINO | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |