UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179  SECTION: J |
| THIS PLEADING RELATES TO: No. 2:11-cv-258 No. 2:11-cv-259 | § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**THE ST. JOE COMPANY'S MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN OPPOSITION TO HALLIBURTON'S AND M-I'S REQUESTS FOR INJUNCTIVE RELIEF IN AID OF THIS COURT'S JURISDICTION**

The St. Joe Company ("St. Joe") files this Motion for Leave to File Sur-Reply Memorandum in Opposition to the Request of Halliburton Energy Services, Inc. ("Halliburton") and the Motion of M-I L.L.C. ("M- I") for Injunctive Relief in Aid of This Court's Jurisdiction Over St. Joe, as follows:

**I.**

**GROUNDS FOR MOTION**

Since the filing of its initial Memorandum in Opposition to the Request of Halliburton ("Halliburton's Request") and the Motion of M-I ("M-I's Motion") for Injunctive Relief in Aid of This Court's Jurisdiction, St. Joe received Halliburton's and M-I's Reply Briefs.[1] Because of the profound and detrimental effect that the requested relief would have upon St. Joe, if granted, and in light of the importance of the legal issues arising from those requests, St. Joe brings to the

---

[1] By orders dated April 1, 2011, the Court granted Halliburton's and M-I's motions to file those Replies.

Court's attention the additional points and authorities set forth in the proposed Sur-Reply Memorandum attached hereto.

## II.

## REQUESTED RELIEF

Accordingly, St. Joe respectfully requests that this Court: (1) grant St. Joe leave to file the attached Sur-Reply Memorandum in Opposition to Halliburton's and M-I's Motions for Injunctive Relief in Aid of This Court's Jurisdiction; (2) deem the attached Sur-Reply Memorandum filed as of the entry of the Court's Order granting leave; and (3) award St. Joe such further relief to which it may be entitled.

Dated: April 4, 2011                                                         Respectfully submitted,


By:   /s/ James S. Renard
William A. Brewer III (Texas, No. 02967035)
wab@bickelbrewer.com
James S. Renard (Texas, No. 16768500)
jsr@bickelbrewer.com
Robert W. Gifford (New York, No. 046231)
rzg@bickelbrewer.com

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main St.
Dallas, Texas  75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR RESPONDENT
THE ST. JOE COMPANY**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing The St. Joe Company's Motion for Leave to File Sur-Reply Memorandum in Opposition to Halliburton's and M-I's Requests for Injunctive Relief in Aid of This Court's Jurisdiction has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2011.

                                                              /s/ Robert W. Gifford
                                                              Robert W. Gifford

5239744.1
2132-03