

**Henry Dart**
Attorneys at Law
A Professional Corporation

510 North Jefferson Street
Covington, Louisiana 70433
Tel: (985) 809-8093
Fax: (985) 809-8094
Email: hdart@dartlaw.com

March 30, 2011

### STATE OF LOUISIANA'S MEMORANDUM REGARDING THE RELEVANCE OF THE TESTIMONY OF BOB LONG

Bob Long served as the Chief Executive Officer of Transocean Ltd. (formerly Transocean Inc.) from October 2002 to March 1, 2010, during the time that the Deepwater Horizon was drilling the Macondo Well. The failure of Transocean's process safety management system is, we believe, a critical causative factor in the Deepwater Horizon disaster. Mr. Long, as CEO, is charged with the privity and knowledge of Transocean's failure to safely manage the activities aboard the Deepwater Horizon, during the relevant time period, for the purpose of Transocean's claim to limit its liability.

More specifically, in 2009 Mr. Long instigated a major investigation of Transocean's safety processes and culture. As reported in the Beacon, Transocean's company magazine, in the Fall 2009 edition:

> Transocean in October launched a major, global evaluation of our safety processes and culture to help us understand where our practices are effective and where we need to improve.
>
> Kicked off by CEO Bob Long and President Steven Newman with an open letter to all employees, this process involves people at many levels of the organization all around the world. Visits will be made to 24 rigs, in addition to many offices, to

1

review our systems, policies and procedures, our training programs, day-to-day safety practices and much more.

Transocean will be assisted in this important effort by Lloyd's Register, a leading risk management organization. The evaluation group will report to a steering committee consisting of: Bob Long, CEO; Steven Newman, President; Adrian Rose, VP QHSE; and Sherry Richard, Sr. VP, HR and IT.

Right now, the Company Management System, including related performance standards, audit results, employee surveys, risk studies and incident investigations, is being carefully reviewed. While this process occurs largely behind the scenes, it sets the stage for the upcoming regional visits to offices and rigs.

Secondly, defendant Transocean Ltd., a Swiss Corporation, was created on Mr. Long's watch as CEO, as part of a "redomestication" plan. Transocean Ltd. has excepted to the jurisdiction of this Court and has denied all liability in spite of the fact that Houston continues to be the company's largest office and also provides corporate, technical and support services to worldwide operations. Mr. Long was quoted as saying:

> The Redomestication will provide us with an improved ability to manage our businesses and better focus on strategic growth markets by locating our principal executive offices more centrally within Transocean's area of worldwide operations. Furthermore, Switzerland has a stable and developed tax regime and a network of tax treaties with most countries where we operate. As a result, the Redomestication will improve our ability to maintain a competitive worldwide effective corporate tax rate.

Mr. Long certainly has intimate knowledge of the corporate structure, and inter-relationship among the various Transocean corporate defendants concerning the ownership and operation of the Deepwater Horizon.

For the foregoing reasons, the State of Louisiana respectfully requests that Mr. Long's deposition be scheduled in the latter half of July.

                                            Respectfully submitted,

                                            /s/ HENRY T. DART