UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Relates to Member Cases: 11-258 and 11-259 | SECTION: J(1) |

## ORDER

Before the Court are **Defendant Halliburton Energy Services, Inc.'s Request for Injunctive Relief in Aid of this Court's Pre-Trial Jurisdiction over the St. Joe Company (Rec. Doc. 1799)** and **Defendant M-I L.L.C.'s Motion for Injunction in Aid of this Court's Jurisdiction over St. Joe (Rec. Doc. 1807).**

**IT IS ORDERED** that oral argument on these Motions is hereby **SET** for **Thursday, April 7, 2011,** at **10:30a.m.**

New Orleans, Louisiana this 4th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1