# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Working Group[1] Conference on Friday, April 1, 2011]

This order reflects the action taken at the Working Group Conference on Friday, April 1, 2011, and the requirements for the Working Group Conference on **Friday, April 8, 2011,** and thereafter.

**1.     Changes to Schedule and Master List.**

There is limited time available to complete the depositions on the Master List. But for a health issue with a deponent or his counsel, the parties will not be permitted to reschedule depositions which are confirmed for April and May.

**2.     Document Production**.

**Friday, April 29, 2011**, is the deadline for the parties to serve requests for production for discovery of documents for use in the February 27, 2012 trial.

**Friday, May 27, 2011**, is the deadline for production of documents responsive to all prior requests directed to the February 27, 2012 trial and for objections to the requests for production served on or before April 29, 2011. The parties shall meet and confer as promptly as possible to resolve objections. If they are unable to resolve the objections, they shall file motions to compel and

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

request expedited consideration.

**Friday, July 1, 2011**, is the deadline for production of documents in response to requests for production served on or before April 29, 2011.  This does not alter the requirement for the production of custodial files nor does it relieve the parties of the need to produce documents on a rolling basis or in accord with an agreed priority ranking of the requests.

By **Friday, April 8, 2011**, BP shall present a tentative schedule of the custodial file production for the London depositions.  If it is required to make custodial file production in London, it shall deliver hard drives with the documents to the lawyers in London.

3. **Duration of Examination by Defendants**.

Transocean requested additional time with David Sims (No. 42), Brett Cocales (No.7), Kent Wells (No. 39) and Greg Walz (No. 38), which has since been worked out.  BP requested additional time with Williams Stringfellow (No. 73), Curt Kutcha (No. 61), Daun Winslow (No. 79), Adrian Rose (No. 70) and Randy Ezell (No. 152).  Halliburton requested additional time for Fred Sabins (No. 108).  BP and Halliburton shall attempt to resolve the need for additional time with the parties. If they cannot do so, they shall contact the Court as promptly as possible.

By **Friday, April 15, 2011**, the parties shall identify any depositions for May which they contend will require additional time.  By **Friday, April 29, 2011**, the parties shall identify any depositions for June which they contend will require additional time.

4. **Marine Board Hearing**.

The Marine Board Hearing is set for early April.  The PSC shall provide the Court with a report on the proceeding.

5.  **Motion to Authorize Use of Short Form.**

Judge Barbier set April 8, 2011 as the deadline for opposition to the motion of the plaintiffs, Terry G. Robin, et al, for authorization to use the short form claim for limitation (Rec. doc. 1831). See Judge Barbier's order of April 1, 2011 (Rec. doc. 1845).

6.  **Approaching Deadlines**.

The parties are reminded of these deadlines.

| | |
|---|---|
| April 20, 2011 | Monition Date |
| May 2, 2011 | Parties shall file preliminary lists of all witnesses who may or will be called to testify and all exhibits which may or will be used at the February 27, 2012 trial. |
| May 2, 2011 | Identify one or more PI/Wrongful Death Limitation action cases and Robins Dry cases filed in EDLA and designated for Bench trial under Rule 9(h) for February 2012 Trial of Liability, Exoneration and Fault allocation, and July 2012 trial of Damages. |

7.  **Morel Marital Privilege**.

Counsel for Brian Morel reported agreement with the PSC to redact the personal information from the emails and use the redacted emails in Mr. Morel's deposition and any further proceedings. An order will be submitted to the Court reflecting this agreement. It shall be binding on all parties.

8.  **List of Persons Deposed in February and March**.

The PSC shall provide the Court with a list of the persons deposed in February and March.

9.  **Rule 30(b)(6) depositions (General)**.

    A.  **Notices**.

Final Rule 30(b)(6) notices shall be emailed to the Court. Prior to the **remaining** Rule 30(b)(6) depositions of parties, the parties shall notify all counsel and the Court by letter or email of the identity of the designees and the topics on which each designee shall be offering testimony.

B.     **Custodial File Certifications**.

Anadarko/MOEX raised the issue of custodial file certifications where the designee is not a fact witness.  When a party notifies counsel of the designees for the Rule 30(b)(6) notice, it shall identify the ones who are not fact witnesses.  A custodial file certification is not required for such designees.

C.     **Party Responsible for Completing and Serving Final Notice**.

The following is a list of all the parties and non-parties that were identified as requiring Rule 30(b)(6) deposition notices indicating the party responsible for completing and serving the final notice.

| Rule 30(b)(6) Deponent | Party Responsible for Notice and Service of Notice |
|---|---|
| Add Energy | Anadarko/MOEX |
| Anadarko | PSC |
| Baker Risk | Anadarko/MOEX |
| BP | PSC |
| Cameron | PSC |

Cobalt International (No. 4) was removed from the Master List at the request of the PSC.

| | |
|---|---|
| CSI Technologies | Anadarko/MOEX |
| Det Norske Veritas (DNV) | BP |
| Dril-Quip, Inc. | Halliburon |
| Halliburton/Sperry Division | PSC |
| Konsberg | PSC |
| M-I Swaco | PSC |

| | |
|---|---|
| MOEX | PSC |
| Nexen, Inc. | Anadarko/MOEX |
| Oceaneering | PSC |
| Randy Smith Training Solutions | Anadarko/MOEX |
| Stress Engineering | BP |
| Transocean | PSC |
| United States | BP |
| Vector Magnetics | Halliburton |
| Weatherford | Halliburton |
| Wild Well Control | PSC |

**10.     PSC.**

**On April 8, 2011,** the PSC shall update the Court as necessary.

49.     Rule 30(b)(6) Konsberg                    April 4 and 5.

The PSC reported that both representatives of Konsberg will be present throughout the Rule 30(b)(6) deposition.  On April 1, 2011, Konsberg produced 17,000 pages of documents.  These documents and any further documents produced by it before the deposition will be attached *in globo* to the transcript of the Rule 30(b)(6) deposition.

53.     Rule 30(b)(6) Oceaneering

The PSC reported that: (a) this deposition is not critical; (b) the designee will not be deposed on April 12, 2011; and (c) it will provide a further report.

198.    Rule 30(b)(6) Wild Well Control

The PSC reported that Wild Well Control is producing documents on a rolling basis.  It will

not be deposed until June or July.

11. **BP**.

    **On April 8, 2011,** BP shall update the Court as necessary.

    **A.    BP's Rule 30(b)(6) Deposition**.

BP reported the following designees for its deposition.

| No. | Name | Deposition Date | Topics |
|---|---|---|---|
| 3. | Abbassion, Fereidain | May 3 and 4 | 13 and 22-26 |
| 4. | Bellow, Jonathan | May 2 and 3 | 34 |
| 25. | Rich, David | May 31 and June 1 | 31 |
| 34. | Tooms, Paul | June 13 and 14 (London) | Portions of 4 and 5 |
| 40. | Wong, Norman | June 13 and 14 (London) | 33 |
| 95. | Cowie, Jim | June 15 and 16 (London) | 6, 14-16 and 18 |
|  | Dennis, Johnson |  | 28 |
|  | Kennelly, |  | Portions of 4 and 5 |
|  | Mazilla, Mark |  | 12, 32 and portions of 4 and 5 |
|  | Liu, Xuemei |  | 2 |
|  | Wardlaw, Kirk | June 9 and 10 | 30 |

BP shall secure dates for the newly designated witnesses.

    **B.    UK Depositions**.

| 6. | Castell, Sir William | BP | June 22 and 23 |

The deposition is confirmed. The deponent may have private counsel.

| 17. | Inglis, Andy | BP(E&P) | July 4, 5 or 6[2] (tentative) |
|---|---|---|---|
| 83. | Kellingray, Daryl | BP | |

BP will secure dates for Kellingray's deposition.

**C.     Non-Party Rule 30(b)(6) Notices (Present or Former BP Contractors)**.

| No. | | Employer | Requesting Party | Date |
|---|---|---|---|---|
| 109. | Rule 30(b)(6) | CSI Technologies | APC/MOEX | |
| 42. | Brown, David | CSI Technologies | PSC | June 13 and 14 |
| 108. | Sabins, Fred | CSI Technologies | Halliburton | April 28 and 29 |

Brown will remain set for two days. BP reported that: (a) Brown and Sabins are the only two designees for CSI;(b) CSI requires some clarification on the scope of Topic 5; and (c) BP will work with the requesting parties to resolve the issue on Topic 5.

| 86. | Rule 30(b)(6) | Baker Risk | APC/MOEX | May 18 and 19 |
|---|---|---|---|---|

BP confirmed the dates.

| 145. | Rule 30(b)(6) | Stress Engineering | APC/MOEX | |
|---|---|---|---|---|

BP is in active contact with Stress Engineering.

| 192. | Rule 30(b)(6) | Vector Magnetics | Halliburton | |
|---|---|---|---|---|

BP will contact Vector Magnetics.

**D.     Present or Former BP Employees**.

| 21. | Mogford, John | Former BP | |
|---|---|---|---|

BP reported that: (a) Mogford is working in London; (b) he seeks compensation for

---

[2] Andy Inglis is represented by counsel. His counsel has a trial which may conflict and therefore, the deposition may have to be delayed. If the trial is settled, the deposition may be moved to an earlier date.

appearing for a deposition; and (c) no date has been set for the deposition.

| | | | |
|---|---|---|---|
| 23. | O'Bryan, Patrick | BP | July 7 and 8 (tentative) |

O'Bryan's deposition date cannot be confirmed until the Inglis' situation is resolved.

| | | | |
|---|---|---|---|
| 29. | Skidmore, Ross | BP E&P | May 12 and 13 (tentative) |
| 201. | Bierne, Michael | BP | June 27 and 28 |

Bierne has personal counsel.

**E.     Non-Party Deponents Requested by BP.**

| | | | |
|---|---|---|---|
| 88. | Haynie, William | ABS Surveyor | |

BP is working on dates for his deposition.

| | | | |
|---|---|---|---|
| 110. | McKay, David | DNV Surveyor | June 27 and 28 |

BP reported that: (a) McKay is a pre-incident surveyor; (b) his deposition may not require two days; (c) it will obtain a projection of the costs sought by McKay.

| | | | |
|---|---|---|---|
| 113. | Campbell, Pat | Wild Well Control | July 12 and 13 (tentative) |

BP is working to reschedule this for an earlier date and arrange for Campbell to come to New Orleans.

| | | | |
|---|---|---|---|
| 114. | Dupriest, Fred | Exxon Mobil | |
| 128. | Bourgoyne, Darryl | LSU | |
| 129. | Tyagi, Mayank | LSU-Dept Petro Engineering | |
| 142. | Hartmann, Robin | Shell | |
| 143. | Williams, Charlie | Shell | |

BP reported that it does not require the depositions of Dupriest, Bourgoyne, Tyagi, Hartmann and Williams. It is the only requesting party for these deponents. Unless another party requests one

or more of these depositions at the **April 8, 2011** conference, they will be removed from the Master List. Halliburton reported that it did not require these deponents.

    146.    Cargol, Mike    Subsea

BP is in contact with the deponent, but there are no dates for the deposition.

    **F.**    **Matt Lucas**.

Matt Lucas was deposed in February. At the request of BP, the deadline for Lucas to read and sign his deposition is extended by twenty-one (21) calendar days.

    **G.**    **Laptop Issue**.

BP shall report on the laptop issue at the **April 8, 2011** conference.

**12.**    **Transocean**.

**On April 8, 2011,** Transocean shall update the Court as necessary.

    **A.**    **Transocean's Rule 30(b)(6) Deposition**.

Transocean notified the parties by March 31, 2011 email of its designees for each topic on its Rule 30(b)(6) notice.

| No. | Name | Deposition Date | Topics |
|---|---|---|---|
| 65. | McMahan, Larry | June 29 and 30 | 4, 5, 12, 16, 20 and 31 |
| 70. | Rose, Adrian | April 25 and 26 | 1, 19, 25 and 32 |
| 147. | Ambrose, Bill | June 27 and 28 | 2, 3, 6, 11, 17, 18, 21, 22, 24, 26-30 |
| 152. | Ezell, Miles Randall | April 27 and 28 | 7-10, 15 and 23 |
| 60. | Kent, James | June 21 and 22 | 14 |

Area of inquiry #13 will be addressed by the Transocean Ltd. jurisdictional discovery

schedule.

**B.    Present or Former Transocean Employees**.

82.    Redd, Eddy          Transocean

Transocean reported that: (a) Redd is a former employee; (b) he was not on the vessel, so it does not anticipate a claim from him; and (c) it is working on dates for the deposition.

149.    Breland, Craig        Transocean        May 18 and 19

Transocean confirmed the dates for the deposition.

150.    Brown, Douglas H.    Transocean

Transocean reported that Brown should be passed until after April 20, 2011.

153.    Hay, Mark David      Transocean        June 29 and 30

Transocean confirmed the dates for the deposition.

**C.    Plaintiff PI Track**.

The six persons on this track (Nos. 155-57, 159, 164 and 165 on the Master List) are deferred until after April 20, 2011.

**D.    Further Transocean Deponents**.

154.    Holloway, Caleb      Transocean

Holloway is represented by counsel, Ernie Connor.

158.    McWhorter, Jim       Transocean

Transocean will report on April 8, 2011.

160.    Morgan, Patrick      Transocean

Morgan is represented by Tony Buzbee.

162.    Sandell, Micah       Transocean

Sandell is represented by Tony Buzbee.

163.   Seriale, Allen          Transocean

Seriale is represented by Kurt Arnold.

166.   Wheeler, Wyman        Transocean

Wheeler is represented by counsel.

167.   Williams, Michael     Transocean

Paul Sterbcow is counsel for Williams. He reported that Williams will testify after he appears before the grand jury. There is no Fifth Amendment issue.

Bobillier, Arnaud

The PSC requested that Bobillier be added to the Master List. He is an executive vice president of Transocean.

**13.   Halliburton.**

**On April 8, 2011,** Halliburton shall update the Court as necessary.

**A.   Halliburton's Rule 30(b)(6) Deposition.**

On March 29, 2011, Halliburton reported that there was agreement on its Rule 30(b)(6) notice. Richard Vargo (No. 46), John Gisclair (No. 115), and Tim Quirk (No. 119) provided testimony as designees for the Rule 30(b)(6) deposition. An issue concerning Sperry's contractual duties was passed to **April 8, 2011.** The parties will resolve the issue concerning Halliburton's objections to the second document request included in the Amended Agreed Rule 30(b)(6) Deposition Notice.

**B.     Non-Party Rule 30(b)(6) Notices**.

112.    Dril-Quip, Inc.

Halliburton is working on this deposition.

**C.     Present or Former Halliburton Employees**.

44.     Gagliano, Jesse        Halliburton          May 11

Halliburton confirmed the date for the deposition.

**D.     Other Deponents**.

127.    Adams, Neal           Independent Consultant (Petro Engineer)

Halliburton and BP shall meet and confer regarding his deposition.

139.    Kritzer, Joshua       OCS                  June 20 and 21

140.    Lambert, Heath        OCS                  June 22 and 23

Halliburton issued notices for Kritzer and Lambert.

      Anderson, Paul

      Serio, Mike

      Faul, Ron

BP requested the addition of Anderson, Serio and Faul. Halliburton will report on **April 8**.

**14.    Cameron**.

Unless there is a change in the scheduling or designee for its Rule 30(b)(6) deposition, Cameron is not required to report at the **April 8, 2011 conference.**

**A.     Cameron's Rule 30(b)(6) Deposition**.

Cameron reported that McWhorter is the sole designee for all of the Rule 30(b)(6) topics. This will satisfy the requirement that Cameron notify the parties by letter or email of the designee(s)

for its Rule 30(b)(6) deposition.

| | | | | |
|---|---|---|---|---|
| 106. | McWhorter, David | Cameron (Rule 30(b)(6)) (No. 199) | | July 7 and 8 |
| 107. | Whitby, Melvin | Cameron | | July 18 and 19 |

**B.     Document Production.**

Cameron is producing its documents on a rolling basis.

**15.    Anadarko/MOEX.**

**On April 8, 2011,** Anadarko and MOEX shall update the Court as necessary.

**A.     Anadarko/MOEX Rule 30(b)(6).**

Byrd, Jeremy                                                                                          July 13

Byrd is the designee for certain financial information. Anadarko/MOEX shall attempt to schedule him for an earlier date.

**B.     Non-Party Rule 30(b)(6) Notices.**

| No. | | Employer | Date |
|---|---|---|---|
| 54. | Eric Guidry | Rule 30(b)(6) Randy Smith Training Sol. | May 9 |

Anadarko confirmed the date for the deposition. Cost issues must be resolved.

| | | | |
|---|---|---|---|
| 111. | Rule 30(b)(6) | DNV | June 21 and 22 |

There was discussion concerning the DNV deposition. The United States and PSC shall confer and communicate with DNV concerning the arrangements for the deposition. It is anticipated that there will be two representatives for DNV.

| | | | |
|---|---|---|---|
| 138. | Rule 30(b)(6) | Nexen, Inc. | May 23 |

Anadarko confirmed the date for the deposition. The designee from Nexen's procurement department has not been identified.

**B.     Non-Party Deponents Requested by Anadarko/MOEX.**

141.    Paine, Kate            Quadril Energy

Anadarko has not been able to locate Paine. This will be passed until **April 8, 2011**.

**16.    M-I Swaco.**

**On April 8, 2011,** M-I Swaco shall update the Court as necessary.

**A.     M-I Swaco's Rule 30(b)(6) Deposition.**

132.    Brad Billon    Rule 30(b)(6) M-I Swaco        June 23 and 24

Billon is designated for all issues. This will satisfy the requirement that M-I Swaco notify the parties by letter or email of the designee(s) for its Rule 30(b)(6) deposition.

**B.     Present or Former M-I Swaco Employees.**

131.    Smith, J.R.         M-I Swaco              July 20-21 (tentative)

M-I Swaco was asked to try to schedule Smith for June 15, 16 or 17.

**17.    Weatherford.**

**On April 8, 2011,** Weatherford shall update the Court as necessary.

**A.     Weatherford's Rule 30(b)(6) Deposition.**

193     Clawson, Bryan      Weatherford       June 6 and 7

195.    Lirette, Brent      Weatherford       June 6 and 7

The parties have not agreed on the notice and they are to report on their efforts on **Friday, April 8, 2011**. Clawson and Lirette will be the designees for all topics on the Rule 30(b)(6) notice.

**B.     Present or Former Weatherford Employees.**

194.    Oldfather, Daniel    Weatherford

Weatherford reported that Oldfather suffers from a medical condition. It is waiting for medical clearance from his doctor before scheduling the deposition.

**18.     Court.**

**On April 8, 2011,** the Court shall update the parties as necessary.

36.     Vidrine, Donald          BP

On March 28, 2011, the Court contacted Bob Habans, counsel for Vidrine. The May 18 and 19 dates for Vidrine's deposition are canceled. If Vidrine files a claim on April 20, 2011, the PSC shall notice his deposition for a date in late May. If Vidrine contends that he cannot give a deposition, his counsel shall file a motion for a protective order with a complete report from Vidrine's psychiatrist. If Vidrine does not file a claim by April 20, 2011, the PSC shall notice the deposition for Lafayette and serve him with a subpoena. Vidrine's counsel can move for a protective order.

57.     Fleytas, Andrea              Transocean

On March 29, 2011, Kurt Arnold reported that: (a) Fleytas could not testify because of a medical condition; (b) the news reports on her Coast Guard testimony severely affected her mental health; (c) she is 24 years old; (d) it took a long time to see any significant improvement following her breakdown after the Coast Guard testimony; and (e) he offered to produce her medical records.

CM/ECF does not show that a claim was filed by Fleytas. This will be passed until April 22, 2011.

117.    Haire, Christopher          Halliburton          May 23 and 24

BP will notice the deposition. Halliburton shall deliver a copy of the custodial file to Haire's counsel, Anthony Buzbee, when the custodial file is delivered to all other counsel.

125.    Willis, Cathleenia          Halliburton          BP, APC, MOEX, Transocean

Kurt Arnold filed a motion on behalf of Willis for a motion for a protective order to prevent or delay her deposition (Rec. doc. 1671). The date selected for her deposition was deferred. No action will be taken on the motion until after the Marine Board hearing in early April to determine

15

if she testifies before the Marine Board.

  130. Lindner, Leo  M-I Swaco  May 25 and 26

BP shall notice Lindner's deposition. M-I Swaco shall deliver a copy of the custodial file to Lindner's counsel, Anthony Buzbee, when the custodial file is delivered to all other counsel.

  148. Bertone, Stephen Ray  Transocean

The Court will follow-up with Kurt Arnold within a week if he has not provided dates for the deposition. BP provided the Court with an affidavit executed by Bertone for filing in another jurisdiction. Transocean reports that it wants to place Bertone in the "Personal Injury track".

**19.** **Louisiana Reports**.

  62. Long, Bob  Transocean

Louisiana submitted a memorandum on why Long's testimony is relevant to the issues in the February 27, 2012 trial. At the April 1, 2011 conference, there was discussion of the issue. The Court will rule before the **April 8, 2011 conference**.

**Before April 11, 2011**, Louisiana shall supply the Court, Liaison Counsel and Coordinating Counsel with a letter report (emailed to all counsel and the undersigned) on why the testimony of each of the following is relevant to the issues in the February 27, 2012 trial.

  33. Tink, Richard S.  BP America
  63. MacDonald, John  Transocean
  64. McKechnie, Bob  Transocean
  65. McMahan, Larry  Transocean
  66. Moore, Jimmy  Transocean
  67. Ness, Chris  Transocean
  68. Newman, Steven  Transocean

| | | |
|---|---|---|
| 69. | Polhamus, Mac | Transocean |
| 71. | Saltiel, Robert | Transocean |
| 72. | Smith, N. Pharr | Transocean |
| 74. | Tonnel, David | Transocean |
| 75. | Trahan, Buddy | Transocean |
| 76. | Tranter, Paul | Transocean |
| 78. | Weaver, Warren | Transocean |
| 80. | Wright, Mike | Transocean |
| 81. | Young, David | Transocean |
| 84. | John, Lance | Weatherford |

New Orleans, Louisiana, this 4th day of April, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

17