EXHIBIT 6

In Support of

Memorandum of Law in Support of Motion of Defendant Anadarko E&P Company LP to
Dismiss the Complaint of the United States Pursuant to Federal Rule of Civil Procedure 12(b)(6)

# MACONDO PROSPECT
# OFFSHORE DEEPWATER
# OPERATING AGREEMENT

*370266*

CONFIDENTIAL

APC-HEC1-000001601

ACCESS RESTRICTED

# TABLE OF CONTENTS

## Operating Agreement
## Outer Continental Shelf – Gulf of Mexico

**ARTICLE 1 – CONTRACT APPLICATION** ................................................................1
1.1    Application in General ..........................................................................1
1.2    Application to the Contract Area.........................................................1

**ARTICLE 2 – DEFINITIONS** ........................................................................2
2.1    Additional Testing, Logging, or Sidewall Coring..............................2
2.2    Affiliate ..................................................................................................2
2.3    Agreement.............................................................................................2
2.4    Annual Operating Plan .......................................................................2
2.5    Appraisal Operation ............................................................................2
2.6    Appraisal Well.......................................................................................3
2.7    Authorization for Expenditure (AFE)..................................................3
2.8    Complete Recoupment ......................................................................3
2.9    Confidential Data .................................................................................3
2.10    Contract Area .......................................................................................3
2.11    Costs .....................................................................................................3
2.12    Deepen or Deepening.........................................................................4
2.13    Deeper Drilling.....................................................................................4
2.14    Deepest Producible Reservoir...........................................................4
2.15    Define AFE ...........................................................................................4
2.16    Define Stage.........................................................................................4
2.17    Development Operation ......................................................................4
2.18    Development Phase ............................................................................4
2.19    Development Plan ...............................................................................4
2.20    Development System ..........................................................................5
2.21    Development Well.................................................................................5
2.22    Disproportionate Spending ................................................................5
2.23    Election, Elect, Elects, Elected, Electing ..........................................5
2.24    Enhanced Recovery Project Team AFE .............................................5
2.25    Execution AFE .....................................................................................5
2.26    Execution Stage...................................................................................5
2.27    Exploratory Operation.........................................................................5
2.28    Exploratory Well...................................................................................6
2.29    Export Pipelines ..................................................................................6
2.30    Facilities................................................................................................6
2.31    Feasibility AFE.....................................................................................6
2.32    Feasibility Stage ..................................................................................6
2.33    Feasibility Team...................................................................................7
2.34    Force Majeure ......................................................................................7
2.35    HSE .......................................................................................................7
2.36    Hydrocarbon Recoupment .................................................................7
2.37    Hydrocarbons.......................................................................................7
2.38    Joint Account........................................................................................7

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001602

2.39   Lease ......................................................................................... 7
2.40   MMS ........................................................................................... 8
2.41   News Release ............................................................................. 8
2.42   Non-Consent Operation ............................................................. 8
2.43   Non-Operating Party .................................................................. 8
2.44   Non-Participating Party .............................................................. 8
2.45   Non-Participating Interest Share ............................................... 8
2.46   Objective Depth .......................................................................... 8
2.47   OCS ............................................................................................ 9
2.48   Offsite Host Facilities ................................................................. 9
2.49   Operator ..................................................................................... 9
2.50   Overinvested Party ..................................................................... 9
2.51   Participating Interest Share ....................................................... 9
2.52   Participating Party ...................................................................... 9
2.53   Post-Production Project Team AFE ......................................... 10
2.54   Producible Reservoir ............................................................... 10
2.55   Producible Well ........................................................................ 10
2.56   Production System .................................................................... 10
2.57   Production Testing .................................................................... 11
2.58   Project Team ............................................................................ 11
2.59   Recompletion ........................................................................... 11
2.60   Selection AFE .......................................................................... 11
2.61   Selection Stage ........................................................................ 11
2.62   Sidetracking ............................................................................. 12
2.63   Transfer of Interest .................................................................. 12
2.64   Underinvested Party ................................................................. 12
2.65   Underinvestment ...................................................................... 12
2.66   Vote .......................................................................................... 12
2.67   Well Plan .................................................................................. 12
2.68   Working Interest ....................................................................... 13
2.69   Workover ................................................................................... 13

ARTICLE 3 – EXHIBITS ....................................................................... 13
3.1   Exhibits ..................................................................................... 13

ARTICLE 4 – SELECTION OF OPERATOR .......................................... 14
4.1   Designation of the Operator ..................................................... 14
4.2   Substitute Operator .................................................................. 15
         4.2.1   Substitute Operator if Operator is a Non-Participating Party ............... 15
         4.2.2   Substitute Operator if Operator Fails to Commence Drilling
                    Operations ................................................................................. 15
         4.2.3   Circumstances Under Which the Operator Must Conduct a Non-
                    Consent Operation ..................................................................... 16
         4.2.4   Operator's Conduct of a Non-Consent Operation in Which it is a Non-
                    Participating Party ...................................................................... 16
         4.2.5   Appointment of a Substitute Operator ....................................... 17
         4.2.6   Redesignation of Operator ......................................................... 17
4.3   Resignation of Operator ........................................................... 17
4.4   Removal of Operator ................................................................. 17
         4.4.1   Removal Upon Assignment ......................................................... 17

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001603

        4.4.2    Removal for Cause by Vote ...................................................18
        4.4.3    Timing of Vote to Remove Operator...................................18
    4.5    Selection of Successor Operator ......................................................19
    4.6    Effective Date of Resignation or Removal .......................................19
    4.7    Delivery of Property............................................................................19

ARTICLE 5 – RIGHTS AND DUTIES OF OPERATOR......................................20
    5.1    Exclusive Right to Operate ...............................................................20
    5.2    Workmanlike Conduct.........................................................................21
    5.3    Drilling Operations .............................................................................21
    5.4    Liens and Encumbrances ...................................................................21
    5.5    Records ................................................................................................22
    5.6    Reports to Government Agencies ......................................................22
    5.7    Information to Participating Parties ...................................................22
    5.8    Completed Well Information................................................................24
    5.9    Information to Non-Participating Parties...........................................24
    5.10   Health, Safety, and Environment:......................................................25

ARTICLE 6 – EXPENDITURES AND ANNUAL OPERATING PLAN............................25
    6.1    Basis of Charges to the Parties.........................................................25
    6.2    AFEs .....................................................................................................25
        6.2.1    AFE Overrun Notice .............................................................26
        6.2.2    Supplemental AFEs ..............................................................26
            6.2.2.1    Permitted Over-expenditures on Well Operations.................27
            6.2.2.2    Permitted Over-expenditures on the Feasibility AFE, a Post-
                      Production Project Team AFE, or an Enhanced Recovery
                      Project Team AFE...............................................................28
            6.2.2.4    Permitted Over-expenditures on an Execution AFE............28
            6.2.2.5    Permitted Over-expenditures on All Other AFEs ................28
        6.2.3    Further Operations During a Force Majeure.........................28
        6.2.4    Long Lead Well Operation AFEs ..........................................29
            6.2.4.1    Approval of a Long Lead Well Operation AFE .....................29
    6.3    Security Rights ....................................................................................30
        6.4.1    Effect and Content of Annual Operating Plan......................30
            6.4.1.1    Capital Budget....................................................................30
            6.4.1.2    Expense Budget..................................................................31
            6.4.1.3    Operator Forecasts and Informational Items .....................31
        6.4.2    Submission of Draft Annual Operating Plan.........................32
        6.4.3    Review of Draft Annual Operating Plan................................32

ARTICLE 7 – CONFIDENTIALITY OF DATA ................................................33
    7.1    Confidentiality Obligation..................................................................33
        7.1.1    Exceptions to Confidentiality ...............................................33
        7.1.2    Permitted Disclosures ..........................................................33
            7.1.2.1    Operator's Permitted Disclosures ......................................33
            7.1.2.2    All Parties' Permitted Disclosures ......................................34
        7.1.3    Limited Releases to Offshore Scout Association...................35
        7.1.4    Continuing Confidentiality Obligation...................................35
    7.2    Ownership of Confidential Data ........................................................36
        7.2.1    Trades of Confidential Data..................................................36
        7.2.2    Ownership of Non-Consent Data...........................................36

iii

APC-HEC1-000001604

ACCESS RESTRICTED

7.3     Access to the Lease and Rig ................................................................. 36
7.4     Development of Proprietary Information and/or Technology ...................... 37

ARTICLE 8 – APPROVALS AND NOTICES ................................................. 37
8.1     Classes of Matters ............................................................................ 37
        8.1.1   Voting and Electing Interest ..................................................... 37
8.2     Voting and Election Procedures .......................................................... 37
        8.2.1   Approval by Vote ..................................................................... 38
        8.2.2   Approval by Election ................................................................. 38
8.3     Second Opportunity to Participate ....................................................... 39
8.4     Participation by Fewer Than All Parties ............................................... 39
8.5     Approval by Unanimous Agreement ..................................................... 40
8.6     Response Time for Notices ................................................................. 40
        8.6.1   Well Proposals, Recompletions, and Workovers ......................... 40
        8.6.2   Execution AFE ......................................................................... 41
        8.6.3   Other AFE Related Operations .................................................. 41
        8.6.4   Other Proposals ....................................................................... 41
        8.6.5   Failure to Vote or Make an Election ........................................... 42
        8.6.6   Suspensions of Operations and Suspensions of Production ......... 42
        8.6.7   Standby Charges ...................................................................... 42
8.7     Giving and Receiving Notices and Responses ....................................... 43
8.8     Content of Notices ............................................................................ 43
8.9     Designation of Representatives ........................................................... 43
8.10    Meetings .......................................................................................... 44
8.11    Obligations of Well Participation ......................................................... 44

ARTICLE 9 – NEWS RELEASES ................................................................. 44
9.1     Proposal of News Releases ................................................................ 44
        9.1.1   Operator's News Release .......................................................... 44
        9.1.2   Non-Operating Party's News Release ......................................... 45
9.2     Emergency New Releases .................................................................. 46
9.3     Mandatory News Releases ................................................................. 46

ARTICLE 10 – EXPLORATORY OPERATIONS ............................................ 47
10.1    Proposal of Exploratory Wells ............................................................ 47
        10.1.1  Revision of Well Plan ............................................................... 47
        10.1.2  Automatic Revision of the Well Plan .......................................... 48
        10.1.3  Timely Operations .................................................................... 48
        10.1.4  AFE Overruns and Substitute Well ............................................ 50
10.2    Exploratory Operations at Objective Depth ........................................... 51
        10.2.1  Response to Operator's Proposal .............................................. 52
        10.2.2  Response to Highest Priority Proposal ....................................... 53
        10.2.3  Response on Next Highest Priority Proposal ............................... 54
        10.2.4  Non-Participating Parties in Exploratory Operations at Objective
                Depth ..................................................................................... 54
        10.2.5  Participation in a Sidetrack or Deepening by a Non-Participating
                Party in an Exploratory Well at Initial Objective Depth ................ 54
10.3    Permanent Plugging and Abandonment and Cost Allocation ..................... 55
10.4    Conclusion of Exploratory Operations .................................................. 56

iv

**ARTICLE 11 – APPRAISAL OPERATIONS** ...................................................... **56**
  **11.1**  **Proposal of Appraisal Wells** ................................................................ **56**
       11.1.1  Revision of Well Plan ............................................................... 57
       11.1.2  Automatic Revision of the Well Plan ........................................ 57
       11.1.3  Timely Operations .................................................................. 57
       11.1.4  AFE Overruns and Substitute Well.......................................... 59
  **11.2**  **Appraisal Operations at Objective Depth** ......................................... **60**
       11.2.1  Response to Operator's Proposal ........................................... 61
       11.2.2  Response to Highest Priority Proposal..................................... 62
       11.2.3  Response on Next Highest Priority Proposal............................ 62
       11.2.4  Non-Participating Parties in Appraisal Operations at Objective Depth..63
       11.2.5  Participation in a Sidetrack or Deepening by a Non-Participating
                Party in an Appraisal Well at Initial Objective Depth............................ 63
  **11.3**  **Appraisal Well Proposals That Include Drilling Below the Deepest
       Producible Reservoir** ......................................................................... **64**
  **11.4**  **Permanent Plugging and Abandonment and Cost Allocation** ...................... **64**
  **11.5**  **Conclusion of Appraisal Operations**................................................... **65**
  **11.6**  **Operations Before the Approval of the Development Plan** ...................... **66**

**ARTICLE 12 – DEVELOPMENT PHASES** ........................................................... **66**
  **12.1**  **Phased Development** ......................................................................... **66**
  **12.2**  **Feasibility Team Proposal** ................................................................. **66**
       12.2.1  Feasibility AFE Approval ......................................................... 68
       12.2.2  Feasibility Team and Feasibility Stage Conclusion................... 68
  **12.3**  **Commencement of the Selection Stage** ............................................ **68**
       12.3.1  Proposal of a Project Team..................................................... 68
       12.3.2  Selection AFE Approval .......................................................... 71
  **12.4**  **Proposal of a Development Plan**........................................................ **71**
       12.4.1  Content of the Development Plan ............................................ 71
  **12.5**  **Development Plan Approval** .............................................................. **75**
       12.5.1  Approval of Operator's Development Plan Submitted During its
                Exclusive Period...................................................................... 75
       12.5.2  Approval of a Development Plan After the Conclusion of the
                Operator's Exclusive Period ..................................................... 75
       12.5.3  Approval of a Development Plan if One is Not Approved by Vote ........ 76
       12.5.4  Approved Development Plan.................................................... 76
  **12.6**  **Long Lead Development System AFEs** .............................................. **77**
  **12.7**  **Define Stage and Execution Stage** .................................................... **78**
       12.7.1  Execution AFE ....................................................................... 78
       12.7.2  Approval of an Execution AFE and Commencement of the Execution
                Stage ..................................................................................... 78
       12.7.3  Minor Modifications to Development Plans............................... 79
       12.7.4  Major Modifications to Development Plans............................... 79
       12.7.5  Major Modifications to Development Plans Prior to the Approval of
                the Execution AFE .................................................................. 80
       12.7.6  Major Modifications to Development Plans After the Approval of the
                Execution AFE ....................................................................... 81
       12.7.7  Approval of Major Modifications .............................................. 81
       12.7.8  Termination of a Development Plan ......................................... 82
              12.7.8.1  Termination Prior to Execution AFE Approval.................. 82
              12.7.8.2  Termination After Execution AFE Approval ..................... 82

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001606

12.7.9  Timely Operations for Development Systems .....................................82
**12.8  Post-Production Project Team AFEs** .................................................**83**
**12.9  Subsequent Development Phases** ...................................................**84**
12.9.1  Proposal of a Subsequent Development Phase ...........................84
12.9.2  Execution AFE in a Subsequent Development Phase .....................84
**12.10  Access to Existing Facilities** ......................................................**84**
**12.11  Enhanced Recovery and/or Pressure Maintenance Program Proposals** .....**85**

**ARTICLE 13 – DEVELOPMENT OPERATIONS** .................................................**85**
**13.1  Proposal of Development Wells and Development Operations** ...................**85**
13.1.1  Proposal of Development Wells Included in a Development Plan ........86
13.1.1.1  Revision of Well Plan ...................................86
13.1.1.2  Automatic Revision of the Well Plan ...........................86
13.1.2  Proposal of Development Operations Not Included in a Development
Plan ..............................................................87
13.1.3  Timely Operations ...................................................87
13.1.4  AFE Overruns and Substitute Well ....................................89
**13.2  Development Operations at Objective Depth** ......................................**90**
13.2.1  Response to Operator's Proposal .....................................91
13.2.2  Response to Highest Priority Proposal ................................92
13.2.3  Response on Next Highest Priority Proposal ...........................92
13.2.4  Non-Participating Parties in Development Operations at Objective
Depth ............................................................92
13.2.5  Participation in a Sidetrack or Deepening by a Non-Participating
Party in a Development Well at Initial Objective Depth ..................93
**13.3  Development Well Proposals That Include Drilling Below the Deepest
Producible Reservoir** ...........................................................**93**
13.3.1  Multiple Completion Alternatives Above and Below the Deepest
Producible Reservoir ..............................................94
13.3.2  Completion Attempts At or Above the Deepest Producible Reservoir ..96
**13.4  Recompletions and Workovers** ....................................................**96**
**13.5  Permanent Plugging and Abandonment and Cost Allocation** ......................**97**

**ARTICLE 14 – FACILITIES AND GATHERING SYSTEMS** ....................................**98**
**14.1  Facilities as a Part of Development Plan** .........................................**98**
**14.2  Use of Offsite Host Facilities** ....................................................**98**
**14.3  Use of Development Systems** ......................................................**99**
**14.4  Processing Priorities** ............................................................**99**
**14.5  Approval of Additional Facilities** ................................................**100**
**14.6  Expansion or Modification of Existing Production System** ......................**100**
**14.7  Additions, Expansion, or Modification of Production System or Facilities
for Health, Safety, or Environmental Reasons** ...................................**101**

**ARTICLE 15 – DISPOSITION OF HYDROCARBON PRODUCTION** .........................**101**
**15.1  Duty to Take in Kind** ............................................................**101**
**15.2  Facilities to Take in Kind** .......................................................**101**
**15.3  Failure to Take Oil or Condensate in Kind** ......................................**102**
**15.4  Gas Balancing Provision** ........................................................**102**
**15.5  Expenses of Delivery in Kind** ...................................................**102**

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001607

ARTICLE 16 – NON-CONSENT OPERATIONS ............................................................. 103
16.1   Conduct of Non-Consent Operations ......................................................... 103
       16.1.1   Costs ................................................................................................ 103
       16.1.2   Multiple Completions ...................................................................... 104
16.2   Acreage Forfeiture Provisions ..................................................................... 104
       16.2.1   First Exploratory Well .................................................................... 104
       16.2.2   Execution AFE ................................................................................ 106
16.3   Costs and Liabilities of Prior Operations ................................................... 106
16.4   Non-Consent Operations to Maintain Contract Area ................................. 106
       16.4.1   Acreage Forfeiture in the Entire Contract Area .............................. 107
       16.4.2   Acreage Forfeiture in a Portion of a Contract Area ....................... 107
       16.4.3   Limitations on Acreage Forfeiture ................................................. 109
16.5   Percentage Hydrocarbon Recoupment for Non-Consent Operations ........ 109
       16.5.1   Non-Consent Exploratory Operations down to Objective Depth in the
                First Exploratory Well .................................................................... 109
                16.5.1.1   Non-Consent Exploratory Operations at Objective Depth ... 110
       16.5.2   Non-Consent Appraisal Operations ................................................ 110
       16.5.3   Non-Consent Proprietary Geophysical Operations, Feasibility AFEs,
                Selection AFEs, Define AFEs, Long Lead Development System
                AFEs, Post-Production Project Team AFEs, or Enhanced Recovery
                Project Team AFEs ......................................................................... 110
       16.5.4   Non-Consent Development Operations ........................................... 111
       16.5.5   Non-Consent Subsequent Development System and Additional
                Facilities ........................................................................................ 111
       16.5.6   Additional Hydrocarbon Recoupment ............................................ 111
       16.5.7   Hydrocarbon Recoupment From Production ................................... 111
                16.5.7.1   Non-Consent Exploratory Operations, Non-Consent
                           Appraisal Operations, and Non-Consent Development
                           Operations That Discover or Extend a Producible Reservoir 111
                16.5.7.2   Non-Consent Development Operations in an Existing
                           Producible Reservoir ...................................................... 112
                16.5.7.3   Non-Consent Subsequent Development Systems .............. 113
16.6   Restoration of Interests to Non-Participating Party .................................. 113
       16.6.1   Dry Hole Reversion ........................................................................ 114
       16.6.2   Sidetracking or Deepening a Non-Consent Well ............................ 114
16.7   Operations From a Subsequent Non-Consent Development System ......... 115
16.8   Allocation of Development System Costs to Non-Consent Operations ..... 115
       16.8.1   Investment Charges ........................................................................ 115
       16.8.2   Payments ........................................................................................ 117
       16.8.3   Operating and Maintenance Charges .............................................. 117
16.9   Settlement of Underinvestments ................................................................. 117
       16.9.1   Cash Settlement of Underinvestment ............................................. 119

ARTICLE 17 – WITHDRAWAL FROM AGREEMENT .................................................. 119
17.1   Right to Withdraw ....................................................................................... 119
17.2   Response to Withdrawal Notice .................................................................. 120
       17.2.1   Unanimous Withdrawal .................................................................. 120
       17.2.2   No Additional Withdrawing Parties ............................................... 120
       17.2.3   Acceptance of the Withdrawing Parties' Interests ......................... 120
       17.2.4   Effects of Withdrawal .................................................................... 121
17.3   Limitation Upon and Conditions of Withdrawal ......................................... 121

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001608

17.3.1   Prior Expenses........................................................................121
17.3.2   Confidentiality..........................................................................122
17.3.3   Emergencies and Force Majeure ...........................................123

**ARTICLE 18 – ABANDONMENT AND SALVAGE ......................................123**
18.1   Abandonment of Wells.................................................................123
18.2   Abandonment of Equipment........................................................124
18.3   Disposal of Surplus Materiel .......................................................125
18.4   Abandonment Operations Required by Governmental Authority..............125

**ARTICLE 19 – RENTALS, ROYALTIES, AND MINIMUM ROYALTIES ....................126**
19.1   Burdens on Hydrocarbon Production............................................126
19.1.1   Subsequently Created Lease Burdens ...................................126
19.2   Payment of Rentals and Royalties ...............................................126
19.2.1   Non-Participation in Payments ..............................................127
19.2.2   Royalty Payments ...................................................................127

**ARTICLE 20 – TAXES ................................................................................128**
20.1   Internal Revenue Provision ..........................................................128
20.2   Other Taxes and Assessments.....................................................128
20.2.1   Property Taxes.........................................................................129
20.2.2   Production and Severance Taxes ............................................129

**ARTICLE 21 – INSURANCE AND BONDS ....................................................129**
21.1   Insurance ....................................................................................129
21.2   Bonds ..........................................................................................129

**ARTICLE 22 – LIABILITY, CLAIMS, AND LAWSUITS ...................................130**
22.1   Individual Obligations ..................................................................130
22.2   Notice of Claim or Lawsuit ..........................................................130
22.3   Settlements .................................................................................130
22.4   Defense of Claims and Lawsuits .................................................130
22.5   Liability for Damages ...................................................................131
22.6   Indemnification for Non-Consent Operations ...............................131
22.7   Damage to Reservoir and Loss of Reserves ...............................132
22.8   Non-Essential Personnel .............................................................132
22.9   Dispute Resolution Procedure .....................................................133

**ARTICLE 23 – CONTRIBUTIONS ................................................................133**
23.1   Contributions from Third Parties ..................................................133
23.2   Methods of Obtaining Contributions .............................................134
23.3   Counteroffers...............................................................................134
23.4   Approval of Contributions ............................................................134
23.5   Cash Contributions ......................................................................135
23.6   Acreage Contributions .................................................................135
23.6.1   Two or More Parties Own One Hundred Percent of the Acreage Contribution..........................................................................135
23.6.2   Two or More Parties Own Less Than One Hundred Percent of the Acreage Contribution ...................................................135

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001609

**ARTICLE 24 – TRANSFER OF INTEREST AND PREFERENTIAL RIGHT TO PURCHASE**......................................................................................................**136**
  **24.1**  **Transfer of Interest**..................................................................................**136**
      24.1.1  Exceptions to Transfer Notice ...................................................136
      24.1.2  Effective Date of Transfer of Interest ........................................137
      24.1.3  Minimum Transfer of Interest ....................................................137
      24.1.4  Form of Transfer of Interest ......................................................137
      24.1.5  Warranty ...................................................................................138
  **24.2**  **Preferential Right to Purchase** ...............................................................**138**
      24.2.1  Notice of Proposed Transfer of Interest ....................................138
      24.2.2  Exercise of Preferential Right to Purchase ................................138
      24.2.3  Transfer of Interest Not Affected by the Preferential Right to Purchase ...................................................................................139
      24.2.4  Completion of Transfer of Interest.............................................140

**ARTICLE 25 – FORCE MAJEURE** ........................................................................**140**
  **25.1**  **Force Majeure** .........................................................................................**140**

**ARTICLE 26 – ADMINISTRATIVE PROVISIONS**..................................................**140**
  **26.1**  **Term**.........................................................................................................**140**
  **26.2**  **Waiver**.....................................................................................................**141**
  **26.3**  **Waiver of Right to Partition** ....................................................................**141**
  **26.4**  **Compliance With Laws and Regulations**................................................**141**
      26.4.1  Applicable Law ..........................................................................142
      26.4.2  Severance of Invalid Provisions .................................................142
      26.4.3  Fair and Equal Employment .......................................................142
  **26.5**  **Construction and Interpretation of this Agreement**................................**142**
      26.5.1  Headings for Convenience ........................................................142
      26.5.2  Article References......................................................................143
      26.5.3  Gender and Number ..................................................................143
      26.5.4  Joint Preparation .......................................................................143
      26.5.5  Integrated Agreement ................................................................143
      26.5.6  Binding Effect............................................................................143
      26.5.7  Further Assurances ...................................................................144
      26.5.8  Duplicate Counterpart Execution...............................................144
      26.5.9  Currency ...................................................................................144
      26.5.10 Future References .....................................................................144
  **26.6**  **Restricted Bidding**..................................................................................**144**

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001610

# OPERATING AGREEMENT
# <u>OUTER CONTINENTAL SHELF – GULF OF MEXICO</u>

This Agreement, effective as of October 1, 2009 (the "Effective Date"), is between BP Exploration & Production Inc. ("BP") and MOEX Offshore 2007 LLC ("MOEX"), the signers of this Agreement, each referred to individually as a "Party" and collectively as the "Parties."

Whereas the Parties own one or more Leases, identified in Exhibit "A" *(Description of Leases),* and desire to explore, appraise, develop, and operate the Leases for the production of Hydrocarbons;

Now, therefore, in consideration of the premises and mutual promises in this Agreement, the Parties agree to explore, appraise, develop, and operate the Contract Area under the following provisions:

## <u>ARTICLE 1 – CONTRACT APPLICATION</u>

**1.1** <u>**Application in General**</u>

This Agreement governs the rights and obligations of the Parties relating, without limitation, to the exploration, appraisal, development, operation, production, treatment, gathering, and storage of Hydrocarbons.  This Agreement does not apply to the fabrication or installation of Export Pipelines.

**1.2** <u>**Application to the Contract Area**</u>

This Agreement applies to the entire Contract Area.  Unless otherwise provided in this Agreement, all the rights and obligations in and under the Leases comprising the Contract Area, all property and rights acquired pursuant to this Agreement, and all Hydrocarbons are owned by the Parties according to their respective Working Interest or Participating Interest, as applicable.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001611

# ARTICLE 2 – DEFINITIONS

**2.1   Additional Testing, Logging, or Sidewall Coring**

Testing (excluding Production Testing), logging, or sidewall coring that is in addition to that approved by virtue of a previously approved well or subsequent operation.

**2.2   Affiliate**

A corporation, company, limited liability company, partnership, or other legal entity that:

(a)   is owned or controlled by a Party,

(b)   is owned or controlled by another corporation, company, limited liability company, partnership, or other legal entity that is owned or controlled by a Party,

(c)   owns or controls a Party, or

(d)   is owned or controlled by a corporation, company, limited liability company, partnership, or other legal entity that owns or controls a Party.

For the purposes of this definition, ownership or control means the ownership, directly or indirectly, of fifty percent (50%) or more of the shares, voting rights, or interest in a corporation, company, limited liability company, partnership, or other legal entity.

**2.3   Agreement**

This operating agreement, together with its attached Exhibits.

**2.4   Annual Operating Plan**

The operational plan and estimate of Costs for activities and operations, as described in Article 6.4 *(Annual Operating Plan)*.

**2.5   Appraisal Operation**

An operation (including, but not limited to, an operation after an Appraisal Well has reached its Objective Depth but before the attempted completion of the well) conducted under Article 11 *(Appraisal Operations)*.

2

APC-HEC1-000001612

ACCESS RESTRICTED

**2.6   Appraisal Well**

A well proposed and drilled as an Appraisal Operation [including, but not limited to, a substitute well for an Appraisal Well abandoned under Article 11.1.4 *(AFE Overruns and Substitute Well)*].

**2.7   Authorization for Expenditure (AFE)**

A written description and Cost estimate of a proposed activity or operation accompanying a proposal for that activity or operation.

**2.8   Complete Recoupment**

The point in time when the Participating Parties have been reimbursed, through Hydrocarbon Recoupment, through Disproportionate Spending, or through a lump sum cash settlement, an amount equal to the Non-Participating Party's Non-Participating Interest Share of the Costs of the Non-Consent Operation multiplied by the applicable percentage provided in Article 16 *(Non-Consent Operations)*.

**2.9   Confidential Data**

All proprietary geophysical, geological, geochemical, drilling, or engineering data acquired or derived from operations conducted under this Agreement and all analyses, compilations, maps, models, interpretations, and other documents that reflect or incorporate that data.  The term also includes, but is not limited to:

(a)   the provisions of this Agreement, subject to Exhibit "I"; and

(b)   commercial, contractual, and financial information acquired or derived from activities or operations conducted under this Agreement;

however, the term does not include the fact that the Operator has let a contract for an activity or operation to be conducted under this Agreement.  The term excludes "Confidential Information" as that term is defined in Exhibit "G."

**2.10   Contract Area**

The OCS Leases, or portions thereof, listed on Exhibit "A."

**2.11   Costs**

The monetary amount of all expenditures (or indebtedness) incurred by the Operator and the Participating Parties in the conduct of activities and operations, determined under this Agreement.

3

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001613

**2.12   Deepen or Deepening**

An operation to drill an existing well (including sidetracking a well) deeper than the stratigraphic equivalent of the Objective Depth of any prior operation conducted in the well.

**2.13   Deeper Drilling**

The drilling of an Appraisal Well or Development Well below the Deepest Producible Reservoir in existence when the well is proposed.

**2.14   Deepest Producible Reservoir**

The deepest Producible Reservoir in existence when a drilling or Deeper Drilling proposal is made.

**2.15   Define AFE**

The AFE for the Define Stage.

**2.16   Define Stage**

The stage of a Development Phase during which the Operator, with the assistance of the Project Team, if applicable, will (a) commence the implementation of a Development Plan, (b) complete enough of the detailed design of the Development System to enable contractors to formulate their bids on the components of the Development System, and (c) submit an Execution AFE to the Parties for their review and approval.

**2.17   Development Operation**

*An operation (including, but not limited to, a Recompletion, a Workover, the attempted completion of an Exploratory Well or an Appraisal Well, or an operation after a Development Well has reached its Objective Depth) conducted under Article 13* (Development Operations)

or under Article 11.6 *(Operations Before the Approval of the Development Plan)*.

**2.18   Development Phase**

The proposals, activities, and operations associated with determining the feasibility of development and the design, fabrication or acquisition, and installation of a Development System.

**2.19   Development Plan**

The plan for a Development Phase, as described in Article 12 *(Development Phases)*.

4

CONFIDENTIAL

APC-HEC1-000001614

ACCESS RESTRICTED

**2.20  Development System**

A Production System and its associated Facilities.

**2.21  Development Well**

A well proposed and drilled as a Development Operation [including, but not limited to, a substitute well for a Development Well abandoned under Article 13.1.4 *(AFE Overruns and Substitute Well)*].

**2.22  Disproportionate Spending**

The payment of the Costs of an activity or operation by a Participating Party in excess of its Participating Interest Share of the Costs of that activity or operation in order to settle an Underinvestment previously incurred by that Participating Party.

**2.23  Election, Elect, Elects, Elected, Electing**

A response or deemed response by a Party to a proposal requiring approval under Article 8.2.2 *(Approval by Election)*, or the act by a Party of responding to a proposal requiring approval under Article 8.2.2 *(Approval by Election)*.

**2.24  Enhanced Recovery Project Team AFE**

The AFE that is to accompany a proposal for the formation of a Project Team whose sole scope of work is the design of an enhanced recovery and/or pressure maintenance program.

**2.25  Execution AFE**

A collection of AFEs, which, according to the submitting Party's estimates, will cover all of the Costs of the Execution Stage (which do not include the Costs of Development Wells), and which shall be deemed by the Parties to have been submitted as one AFE.

**2.26  Execution Stage**

The final stage of a Development Phase during which the Operator, with the assistance of the Project Team, if applicable, will complete the implementation of the Development Plan, implement the Execution AFE, and commence the first production of Hydrocarbons for that particular Development Phase.

**2.27  Exploratory Operation**

An operation (including, but not limited to, an operation after an Exploratory Well has reached its Objective Depth but before the attempted completion of the well,

5

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001615

except for Production Testing) conducted under Article 10 *(Exploratory Operations)*.

**2.28   Exploratory Well**

A well proposed and drilled as an Exploratory Operation [including, but not limited to, a substitute well for an Exploratory Well abandoned under Article 10.1.4 *(AFE Overruns and Substitute Well)*].

**2.29   Export Pipelines**

Pipelines to which a gathering line or lateral line downstream of the Development System is connected and which are used to transport Hydrocarbons or produced water to shore.

**2.30   Facilities**

Production equipment located downstream of the wellhead connections, which is installed on or outside the Contract Area in order to enhance, handle, or process Hydrocarbon production or transport Hydrocarbons to processing facilities. Facilities include, but are not limited to, control umbilicals, disposal wells and their associated components, flowlines, and gathering lines or lateral lines and their associated components that are paid for by the Joint Account.  Facilities exclude (1) Production Systems, (2) Export Pipelines, (3) the equipment procured and utilized for an enhanced recovery and pressure maintenance program described in Article 12.11 *(Enhanced Recovery and/or Pressure Maintenance Program Proposals)*, and (4) the facilities referred to in Article 15.2 *(Facilities to Take in Kind)*.

**2.31   Feasibility AFE**

The AFE for the Feasibility Stage.

**2.32   Feasibility Stage**

The stage of a Development Phase during which the Operator, with the assistance of the Feasibility Team, will attempt to find at least one scenario for the development of Hydrocarbons, which is technologically and economically feasible.

6

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001616

**2.33  Feasibility Team**

A group of employees, contractors, and/or consultants of the Participating Parties or their respective Affiliates that assists the Operator during the Feasibility Stage.

**2.34  Force Majeure**

An event or cause that is reasonably beyond the control of the Party claiming the existence of such event or cause, which includes, but is not limited to, a flood, storm, hurricane, loop current/eddy, or other act of God; a fire, loss of well control, oil spill, or other environmental catastrophe; a war, a civil disturbance, a terrorist act, a labor dispute, a strike, a lockout; an inability to immediately comply with a law, order, rule, or regulation; a governmental action or delay in granting necessary permits or permit approvals; and the inability to secure materials or a rig.

**2.35  HSE**

Health, safety, and environment.

**2.36  Hydrocarbon Recoupment**

An amount to be recovered by the Participating Parties from all or part of the Non-Participating Interest Share of the proceeds from the sale of future Hydrocarbon production equal to the Non-Participating Interest Share of the Costs of the Non-Consent Operation multiplied by the applicable percentage in Article 16 *(Non-Consent Operations)*.

**2.37  Hydrocarbons**

The oil, gas, and associated liquid and gaseous by-products (except helium) that may be produced from a well bore on the Contract Area.

**2.38  Joint Account**

The account maintained by the Operator under this Agreement, showing the charges paid and credits received in connection with the activities and operations conducted under this Agreement.

**2.39  Lease**

Each OCS federal oil and gas lease (or portion thereof) identified in Exhibit "A" and each oil and gas lease covering one or more OCS blocks, or portions thereof, in the Contract Area that is acquired during the term of this Agreement

7

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001617

by the Operator and the Non-Operating Parties (including substitutions for and replacements of existing Leases).

**2.40   MMS**

The Minerals Management Service, United States Department of Interior, or its successor agency.

**2.41   News Release**

A press release or other public announcement or disclosure by a Party containing a reference, either directly or by implication, to this Agreement or the activities or operations herein contemplated, including, but not limited to, any public release via print media, broadcast news, internet, extranet, public networks or service providers, and discussions with journalists.

**2.42   Non-Consent Operation**

An activity or operation proposed and approved under this Agreement in which one or more Parties, having the contractual right to do so, Elect or Vote not to participate, except when an activity or operation is approved by Vote and the approval binds all Parties.

**2.43   Non-Operating Party**

A Party other than the Operator.

**2.44   Non-Participating Party**

A Party who, having the contractual right to do so, Elects or Votes not to participate in sharing the Costs, risks, and benefits (including the rights to Hydrocarbons) of an activity or operation proposed and approved under this Agreement, except when an activity or operation is approved by Vote and the approval binds all Parties.

**2.45   Non-Participating Interest Share**

The percentage of participation in the Costs, risks, and benefits (including rights to Hydrocarbons) that a Non-Participating Party would have had in a proposed activity or operation if all Parties had participated in that proposed activity or operation.

**2.46   Objective Depth**

For each well, the shallower of the total footage to be drilled by that well (as measured in true vertical subsea depth) or the penetration by the drill bit to the

8

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001618

base of the deepest target formation or interval in that well, as that depth or target formation or interval is stated in the AFE for the well.

**2.47   OCS**

The Outer Continental Shelf of the Gulf of Mexico.

**2.48   Offsite Host Facilities**

Production equipment that is (a) used to process or handle Hydrocarbon production and (b) owned by one or more third parties or by one or more Participating Parties in an Execution AFE (under which that production equipment is to be utilized for Hydrocarbon production), whose respective ownership interests in the production equipment are not exactly the same as their respective Participating Interest Shares in the Execution AFE.

**2.49   Operator**

The Party designated in Article 4.1 *(Designation of the Operator)*, a successor Operator selected under Article 4.5 *(Selection of Successor Operator)*, and, if applicable, a substitute Operator selected under Article 4.2 *(Substitute Operator)*.

**2.50   Overinvested Party**

A Party entitled to receive its Participating Interest Share of an Underinvestment.

**2.51   Participating Interest Share**

A Participating Party's percentage of participation in:

(a)   the Costs, risks, and benefits (including rights to Hydrocarbons) of an approved activity or operation; or,

(b)   if applicable, interests to be assigned to the Parties.

A Participating Party's percentage of participation is either the proportion, expressed as a percentage, that the Participating Party's Working Interest bears to the total Working Interests of all Participating Parties or such different basis for Cost sharing or assignment as the Participating Parties agree upon.

**2.52   Participating Party**

A Party who, having the contractual right to do so, participates in the sharing of:

(a)   the Costs, risks, and benefits (including rights to Hydrocarbons) of an approved activity or operation; or,

9

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001619

(b)    if applicable, the interests to be assigned to the Parties.

The term includes a Party who does not Vote to participate in a proposed activity or operation, but is nonetheless bound to participate in that proposed activity or operation if it is approved by Vote.

**2.53    Post-Production Project Team AFE**

An AFE submitted in association with the continuance of the Project Team under Article 12.8 *(Post-Production Project Team AFEs)*.

**2.54    Producible Reservoir**

An underground accumulation of Hydrocarbons (a) separate from and not in Hydrocarbon communication with another accumulation of Hydrocarbons, and (b) into which a Producible Well has been drilled.

**2.55    Producible Well**

A well on the Contract Area that:

(a)    produces Hydrocarbons;

(b)    meets, according to the MMS, the "well producibility criteria" in Title 30 CFR 250.116 or any succeeding order or regulation issued by an appropriate governmental authority; or

(c)    the Participating Parties in the subject well unanimously agree is a Producible Well.

**2.56    Production System**

A system or combination of systems on the Contract Area to develop, produce, store, distribute, and initiate the transportation of Hydrocarbons.   The term includes:

(a)    an offshore surface structure, whether fixed, compliant, or floating;

(b)    a subsea structure or template designed as a guide to or to provide structural rigidity to one or more wells;

(c)    any combination of the items mentioned in clauses (a) and (b);

10

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001620

(d)   any other type of structure designed to develop and produce Hydrocarbons; and

(e)   all associated components of the items mentioned above, including, but not limited to, a drilling rig, mooring lines, and anchor piles.

Production System excludes Facilities, mobile offshore drilling units, and the facilities referred to in Article 15.2 *(Facilities to Take in Kind)*.

**2.57   Production Testing**
Operations for the controlled flow of Hydrocarbons to the surface for the purpose of measuring flow rates or flowing pressures, or gaining other subsurface data.

**2.58   Project Team**
A group of employees, contractors, and/or consultants of the Participating Parties or their respective Affiliates, who assists the Operator in carrying out the scope of work for the Selection Stage, Define Stage, and Execution Stage and the scope of work under Articles 12.8 *(Post-Production Project Team AFEs)* and 12.11 *(Enhanced Recovery and/or Pressure Maintenance Program Proposals)*.

**2.59   Recompletion**
A Development Operation in a single well bore in which a completion in one Producible Reservoir is abandoned in order to attempt a completion in a different Producible Reservoir. To "Recomplete" means to conduct a Recompletion.

**2.60   Selection AFE**
The AFE for the Selection Stage.

**2.61   Selection Stage**
The stage of a Development Phase during which the Operator, with the assistance of the Project Team, if applicable, will determine whether to:

(a)   install a Development System on the Contract Area, or

(b)   tie-back to, and utilize,

(i)    a Development System resulting from a previous Development Phase or

11

CONFIDENTIAL

APC-HEC1-000001621

ACCESS RESTRICTED

(ii)     a development system and/or facilities located outside the Contract
Area

in order to produce Hydrocarbons.

**2.62  Sidetracking**

An operation to directionally control or intentionally deviate a well to change the bottomhole location to another bottomhole location not deeper than the stratigraphic equivalent of the Objective Depth of an operation previously conducted in the well, unless the intentional deviation is done to straighten the hole, drill around junk, or overcome other mechanical difficulties. To "Sidetrack" means to conduct a Sidetracking.

**2.63  Transfer of Interest**

A conveyance, assignment, transfer, farmout, exchange, or other disposition of all or part of a Party's undivided Working Interest.

**2.64  Underinvested Party**

A Party with an Underinvestment.

**2.65  Underinvestment**

A monetary obligation incurred under this Agreement to be settled under Article 16.9 *(Settlement of Underinvestments).*

**2.66  Vote**

As a noun, a response or deemed response by a Party to a proposal requiring approval under Article 8.2.1 *(Approval by Vote)*; as a verb, to respond to a proposal requiring approval under Article 8.2.1 *(Approval by Vote).*

**2.67  Well Plan**

A detailed written description accompanying a proposal to drill an Exploratory Well, Appraisal Well, or Development Well, or to conduct a Workover, Recompletion, well repair, or subsequent operation at Objective Depth, which must include, at a minimum:

(a)   the surface and target bottomhole locations of the operation, if applicable;

(b)   the expected commencement date of the operation and the anticipated time necessary to conclude the operation;

12

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001622

(c) the total vertical subsea depth to be drilled, along with the specified Objective Depth (and the target zones to be penetrated), if applicable;

(d) the proposed drilling plan, if applicable, and the proposed completion plan, including the casing program and directional details, if applicable;

(e) details of all coring, logging, and other evaluation operations to be conducted, if applicable; and

(f) information about the drilling rig to be used, including day rates, water depth rating, and other limitations relevant to the operations to be conducted, if applicable.

**2.68 Working Interest**

The record title leasehold interest or, where applicable, the operating rights of each Party in and to each Lease (expressed as the percentage provided in Exhibit "A"). If a Party's record title interest is different from its operating rights, the Working Interest of each Party is the interest provided in Exhibit "A."

**2.69 Workover**

A Development Operation conducted in an existing well after the well has been completed in one or more Producible Reservoirs to restore, maintain, or improve production from one or more of those Producible Reservoirs.

## ARTICLE 3 – EXHIBITS

**3.1 Exhibits**

All references in this Agreement to "Exhibits" without further qualification mean the Exhibits listed below and attached to this Agreement. Each Exhibit is made a part of this Agreement and is incorporated into this Agreement by this reference. If any provision of an Exhibit conflicts with any provision of the body of this Agreement, the provision of the body of this Agreement shall prevail, with the exception of Exhibits "C," "D," and "G," each provision of which shall prevail over any provision of the body of this Agreement, except as provided in Article 6.2.4 *(Long Lead Well Operation AFEs)*. If any provision of Exhibit "C" conflicts with any provision of Exhibit "G," the provision of Exhibit "G" shall prevail. If any

13

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001623

provision of Exhibit "C" conflicts with any provision of Exhibit "D," the provision of Exhibit "C" shall prevail.

**Exhibit "A"**     Description of Leases, Working Interests of the Parties, and Representatives

**Exhibit "B"**     Insurance Provisions

**Exhibit "C"**     Accounting Procedure

**Exhibit "D"**     Gas Balancing Agreement

**Exhibit "E"**     Certification of Non-segregated Facilities

**Exhibit "F"**     Security Interest Provisions

**Exhibit "G"**     Project Team and Technology Sharing

**Exhibit "H"**     Dispute Resolution Procedure

**Exhibit "I"**     Well Data Trade and Confidentiality Agreement

~~**Exhibit "J"**      Tax Partnership~~ **INTENTIONALLY DELETED**

**Exhibit "K"**     Health, Safety and Environment

**Exhibit "L"**     Geophysical Operations Provisions

## ARTICLE 4 – SELECTION OF OPERATOR

**4.1   Designation of the Operator**

BP Exploration & Production Inc. is designated as the Operator of the Contract Area. The Parties shall promptly execute and file all documents required by the MMS in connection with the designation of BP Exploration & Production Inc. as Operator or with the designation of any other Party as a substitute or successor Operator. Unless agreed otherwise by all the Parties, the Operator shall be classified as the designated applicant for oil spill financial responsibility purposes, and each Non-Operating Party shall promptly execute the appropriate documentation reflecting that classification and promptly provide that documentation to the Operator for filing with the MMS.

14

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001624

**4.2** **Substitute Operator**

**4.2.1** **Substitute Operator if Operator is a Non-Participating Party**

Except as otherwise provided in Article 4.2.3 *(Circumstances Under Which the Operator Must Conduct a Non-Consent Operation)*, if the Operator is a Non-Participating Party in a Non-Consent Operation, the Participating Parties may approve by Vote the designation of any Participating Party as the substitute Operator. The substitute Operator shall serve as the Operator only (a) for the Non-Consent Operation (if the Non-Consent Operation is the drilling of a well, through the release of the drilling rig for that well), (b) of the Lease affected by the Non-Consent Operation, and (c) with the same authority, rights, obligations, and duties as the Operator, subject to the limitations in (a) and (b). If a Non-Operating Party is the only Participating Party in a Non-Consent Operation, then the Non-Operating Party shall be designated as the substitute Operator for that Non-Consent Operation, with no Vote required, unless the Non-Operating Party elects not to accept the designation. A Non-Operating Party, who is a Participating Party, shall not be designated as a substitute Operator against its will. If a substitute Operator is not designated under the foregoing procedures, the Operator shall, upon the unanimous agreement of the Participating Parties, conduct the Non-Consent Operation on behalf of the Participating Parties and at the Participating Parties' sole Cost and risk under Article 16 *(Non-Consent Operations)*. If the Participating Parties do not approve by Vote a substitute Operator to conduct the Non-Consent Operation or do not unanimously agree that the Operator shall conduct the Non-Consent Operation on behalf of the Participating Parties, then the proposal of the Non-Consent Operation shall be deemed withdrawn, with the effect as if the proposal for the Non-Consent Operation had never been proposed and approved.

**4.2.2** **Substitute Operator if Operator Fails to Commence Drilling Operations**

If the Operator fails to timely commence an Exploratory Well in accordance with Article 10.1.3 *(Timely Operations)*, an Appraisal Well in accordance with Article 11.1.3 *(Timely Operations)* or a Development Well in accordance with Article 13.1.3 *(Timely Operations)*, the non-operating Participating Parties may select a substitute Operator in the

15

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001625

same manner as the selection of a successor Operator under Article 4.5 *(Selection of Successor Operator)*, and the substitute Operator shall serve as the Operator only (a) for the drilling of that well through the release of the drilling rig for that well, (b) of the Lease on which the well is drilled, and (c) with the same authority, rights, obligations, and duties as the Operator, subject to the limitations in (a) and (b).

### 4.2.3    Circumstances Under Which the Operator Must Conduct a Non-Consent Operation

If:

(a)    a drilling rig is on location and the Operator becomes a Non-Participating Party (i) in a supplemental AFE pursuant to the terms of Article 6.2.2 *(Supplemental AFEs)*, or (ii) after reaching Objective Depth as provided in Article 10.2 *(Exploratory Operations at Objective Depth)*, Article 11.2 *(Appraisal Operations at Objective Depth)*, or Article 13.2 *(Development Operations at Objective Depth)*, or

(b)    the Operator becomes a Non-Participating Party in an operation to be conducted on or from a Development System operated by the Operator,

the Operator, as a Non-Participating Party, shall conduct the Non-Consent Operation on behalf of the Participating Parties and at the Participating Parties' sole Cost and risk under Article 16 *(Non-Consent Operations)*.

### 4.2.4    Operator's Conduct of a Non-Consent Operation in Which it is a Non-Participating Party

When, under Article 4.2.1 *(Substitute Operator if Operator is a Non-Participating Party)* or Article 4.2.3 *(Circumstances Under Which the Operator Must Conduct a Non-Consent Operation)*, the Operator conducts a Non-Consent Operation in which it is a Non-Participating Party, it shall follow the practices and standards in Article 5 *(Rights and Duties of Operator)*. The Operator shall not be required to proceed with the Non-Consent Operation until the Participating Parties have advanced the Costs of the Non-Consent Operation to the Operator.

16

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001626

The Operator shall never be obligated to expend any of its own funds for the Non-Consent Operation.

### 4.2.5   Appointment of a Substitute Operator

After expiration of all applicable response periods for the Non-Consent Operation and selection of a substitute Operator, each Party shall promptly provide the substitute Operator with the appropriate MMS designation of operator forms and certification of oil spill financial responsibility forms.  The Operator and the substitute Operator shall coordinate the change of operatorship to avoid interfering with ongoing activities and operations, if any, including but not limited to, lease maintenance activities and operations.

### 4.2.6   Redesignation of Operator

Within fifteen (15) days after conclusion of the Non-Consent Operation, all Parties shall execute and provide the Operator with the appropriate MMS designation of operator forms and certification of oil spill financial responsibility forms to return operatorship to the Operator, thereby superseding the Parties' designation of the substitute Operator under Article 4.2.5 *(Appointment of a Substitute Operator)*.

## 4.3   Resignation of Operator

Subject to Article 4.5 *(Selection of Successor Operator)*, the Operator may resign at any time by giving written notice to the Parties, except that the Operator may not resign during a Force Majeure or an emergency that poses a threat to life, safety, property, or the environment.  If the Operator ceases to own a Working Interest, the Operator automatically shall be deemed to have resigned as the Operator without any action by the Non-Operating Parties.

## 4.4   Removal of Operator

The Operator may be removed under the following circumstances:

### 4.4.1   Removal Upon Assignment

If the Operator assigns part of its Working Interest (excluding an interest assigned to an Affiliate) and the assignment reduces the Operator's Working Interest to less than the Working Interest of a Non-Operating Party, whether accomplished by one or more

17

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001627

assignments, then the removal of the Operator requires approval by Vote.

**4.4.2**   **Removal for Cause by Vote**

Under the following circumstances, the removal of the Operator shall be approved by Vote, excluding the Vote of the Operator:

(a)   the Operator is found liable by a final judicial decision or a final decision under binding arbitration for an act of gross negligence or willful misconduct regarding the Contract Area;

(b)   the Operator commits a substantial breach of a material provision of this Agreement and fails to cure the breach within thirty (30) days after receipt of written notice of the breach from a Non-Operating Party.  If the breach specified in the notice reasonably cannot be corrected within the thirty (30) day period, but the Operator within said period begins action to correct the breach and thereafter diligently carries the corrective action to completion, the Operator shall not be removed.  The Operator shall not be removed under this Article 4.4.2 if the Operator is able to prove the non-existence of the alleged breach within thirty (30) days after receipt of written notice of the alleged breach;

(c)   the Operator becomes insolvent or unable to pay its debts as they mature, makes an assignment for the benefit of its creditors, commits an act of bankruptcy, or seeks relief under laws providing for the relief of debtors;

(d)   a receiver is appointed for the Operator or for substantially all of its property or affairs; or

(e)   the Operator fails to timely commence the fabrication or acquisition of the Development System in accordance with Article 12.7.9 *(Timely Operations for Development Systems)*.

**4.4.3**   **Timing of Vote to Remove Operator**

A Vote to remove the Operator for cause as provided in this Article 4.4 shall be taken within ninety (90) days after the Non-Operating Party's actual knowledge of the cause.

18

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001628

**4.5** **Selection of Successor Operator**

Upon the resignation or removal of the Operator, a successor Operator shall be approved by Vote, subject to this limitation on the Voting right of Operator: if the resigned or removed Operator is not entitled to Vote, fails to Vote, or Votes only to succeed itself, then the successor Operator shall be approved by Vote after excluding the Vote of the resigned or removed Operator. If the Operator assigns all or a part of its Working Interest, then under Article 4.3 *(Resignation of Operator)* or Article 4.4.1 *(Removal Upon Assignment)* the Party who acquired all or a part of the former Operator's Working Interest shall not be excluded from Voting for a successor Operator. If there are only two Parties to this Agreement when the Operator resigns or is removed, then the Non-Operating Party automatically has the right, but not the obligation, to become the Operator. If no Party is willing to become the Operator, this Agreement shall terminate under Article 26.1 *(Term)*.

**4.6** **Effective Date of Resignation or Removal**

The resignation or removal of the Operator shall become effective as of 7:00 a.m. on the first day of the month following a period of ninety (90) days from, and inclusive of, the day of the Parties' receipt of the applicable notice, unless a longer period is required for the Parties to obtain approval of the designation of the successor Operator, and certification for oil spill financial responsibility purposes by the MMS, in which case the resignation or removal of the Operator shall become effective at 7:00 a.m. on the day immediately following MMS approval. The resignation or removal of the outgoing Operator shall not prejudice any rights, obligations, or liabilities of the outgoing Operator which accrued during its tenure. The outgoing Operator and the successor Operator may charge the Joint Account for the reasonable Costs incurred in connection with the change of operatorship, except when the change of operatorship results from a merger, consolidation, reorganization, or sale or transfer to an Affiliate of the Operator.

**4.7** **Delivery of Property**

On the effective date of resignation or removal of the Operator, the outgoing Operator shall deliver to the successor Operator custodianship of the Joint Account and possession of all items purchased for the Joint Account under this Agreement; all Hydrocarbons that are not the separate property of a Party; all equipment, materials, and appurtenances purchased for the Joint Account under

19

APC-HEC1-000001629

ACCESS RESTRICTED

this Agreement; and all books, records, and inventories relating to the Joint Account (other than those books, records, and inventories maintained by the outgoing Operator as the owner of a Working Interest). The outgoing Operator shall further use its reasonable efforts to transfer to the successor Operator, as of the effective date of the resignation or removal, its rights as Operator under all contracts exclusively relating to the activities or operations conducted under this Agreement, and the successor Operator shall assume all obligations of the Operator that are assignable under the contracts. The Parties may audit the Joint Account and conduct an inventory of all property and all Hydrocarbons that are not the separate property of a Party, and the inventory shall be used in the return of, and the accounting by the outgoing Operator of, the property and the Hydrocarbons that are not the separate property of a Party. The inventory and audit shall be conducted under Exhibit "C."

## ARTICLE 5 – RIGHTS AND DUTIES OF OPERATOR

**5.1** **Exclusive Right to Operate**

Except as otherwise provided, the Operator has the exclusive right and duty to conduct (or cause to be conducted) all activities or operations under this Agreement. In performing services under this Agreement for the Non-Operating Parties, the Operator is an independent contractor, not subject to the control or direction of Non-Operating Parties, except as provided in Article 8.2 *(Voting and Election Procedures)* or Article 8.5 *(Approved by Unanimous Agreement)*. The Operator is not the agent or fiduciary of the Non-Operating Parties. With the exception of any Feasibility Team or Project Team formed under this Agreement, the Operator shall select and determine the number of employees, Affiliates, contractors, and/or consultants used in conducting activities or operations under this Agreement and the hours of labor and the compensation for those employees, Affiliates, contractors, and/or consultants. All of those employees, Affiliates, contractors, and/or consultants shall be the employees, Affiliates, contractors, and/or consultants of the Operator. The Operator shall contract for and employ any drilling rigs, tools, machinery, equipment, materials, supplies, and personnel reasonably necessary for the Operator to conduct the activities or operations provided for in this Agreement; however, if a substitute Operator is designated to drill a well, the substitute Operator may utilize a rig, which it owns or has under contract, for the drilling of that well.

20

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001630

### 5.2   Workmanlike Conduct

The Operator shall timely commence and conduct all activities or operations in a good and workmanlike manner, as would a prudent operator under the same or similar circumstances.   **THE OPERATOR SHALL NOT BE LIABLE TO THE NON-OPERATING PARTIES FOR LOSSES SUSTAINED OR LIABILITIES INCURRED, EXCEPT AS MAY RESULT FROM OPERATOR'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.   UNLESS OTHERWISE PROVIDED IN THIS AGREEMENT, THE OPERATOR SHALL CONSULT WITH THE NON-OPERATING PARTIES AND KEEP THEM INFORMED OF IMPORTANT MATTERS.**   The Operator shall never be required to conduct an activity or operation under this Agreement that it, as a reasonable and prudent operator in similar circumstances, believes would be unsafe or would endanger persons, property, or the environment.

### 5.3   Drilling Operations

The Operator may have drilling operations conducted by qualified and responsible independent contractors who are not an Affiliate of the Operator and are employed under competitive contracts.  A competitive contract is a contract, or any extension thereof (a) that was entered into within five (5) years before the commencement of drilling operations and (b), that contains terms, rates, and provisions that, when the contract was entered into, did not exceed those generally prevailing on the OCS for operations involving drilling rigs of an equivalent type, operating in similar environments and water depths, equipped to the Operator's standard conditions, and capable of drilling the proposed well or conducting other required operations within the schedule in the well AFE.  The Operator may employ its own or its Affiliate's equipment, personnel, drilling rig, Workover rig, and snubbing unit in the conduct of those operations, either under Exhibit "C" or under a written agreement among the Participating Parties.  If the Operator's or its Affiliate's equipment, personnel, drilling rig, Workover rig, or snubbing unit is employed in conducting operations under this Agreement, the terms, conditions, and rates for that employment shall be consistent with those currently prevailing in competitive contracts for the deepwater OCS.

### 5.4   Liens and Encumbrances

The Operator shall endeavor to keep the Leases, Production Systems, Facilities, and other equipment purchased for the Joint Account under this Agreement and the Hydrocarbons free from liens and encumbrances (except those provided in

21

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001631

Exhibit "F") that might arise by reason of the activities or operations conducted under this Agreement. If a lien is placed on the Leases, Production Systems, Facilities, other equipment, or any Hydrocarbons, the Operator shall make reasonable efforts to remove the lien.

**5.5** **Records**

The Operator shall keep accurate books, accounts, and records of activities or operations under this Agreement in compliance with the Accounting Procedure in Exhibit "C." Unless otherwise provided in this Agreement, all records of the Joint Account shall be available to a Non-Operating Party at all reasonable times during the Operator's normal office hours under Exhibit "C." The Operator shall use good-faith efforts to ensure the settlements, billings, and reports rendered to each Party under this Agreement are complete and accurate. The Operator shall notify the other Parties promptly upon the discovery of any error or omission pertaining to the settlements, billings, and reports rendered to each Party. This provision does not affect a Party's audit rights under this Agreement. This provision shall also apply to each Non-Operating Party's books, accounts, and records kept to support its charges to a Project Team.

**5.6** **Reports to Government Agencies**

The Operator shall make timely reports to all governmental authorities to which it has a duty to make reports and shall furnish copies of the reports to the Participating Parties. The Operator shall provide each Non-Operating Party with a copy of each notice, order, and directive received from the MMS. As soon as reasonably practicable, each Party shall give written notice to the other Parties before each meeting with government authorities of which it has notice and that affect the Contract Area.

**5.7** **Information to Participating Parties**

The Operator shall, as soon as reasonably practicable and to the extent that the information has then been obtained or received by the Operator, furnish each Participating Party the following information about well operations:

(a) a copy of each application for a permit to drill and all amendments to that application;

(b) drilling and Workover reports, which shall include, but not be limited to, the current depth, the corresponding lithological information, data on drilling

22

APC-HEC1-000001632

ACCESS RESTRICTED

fluid characteristics, information about drilling difficulties or delays (if any), mud checks, mud logs, and Hydrocarbon information, casing and cementation tallies, and estimated cumulative Costs, to be sent by facsimile or electronic transmission within eight (8) hours (exclusive of Saturdays, Sundays, and federal holidays) of well operations conducted in the preceding twenty-four (24) hour period; provided, however, the information and data set forth in this Article 5.7(b) shall be provided in "real time" if it is available to the Operator in "real time" and a Participating Party has contractual rights to utilize the "real time" system that the Operator is utilizing and has agreed to pay any incremental expenses associated with its accessing that information and data from that "real time system";

(c)   a complete report of all core data and analyses;

(d)   copies of logs and surveys as run, including all digitally recorded data;

(e)   copies of well test results, bottomhole pressure surveys, Hydrocarbon analyses, and other similar information, including PVT analyses;

(f)   copies of reports made to regulatory agencies;

(g)   forty-eight (48) hours' advance notice of logging, coring, or testing operations (or, if conditions do not permit that much advance notice, as much advance notice as is reasonably possible);

(h)   upon written request, and if sufficient quantities are available, samples of cutting and sidewall cores, marked as to depth, to be packaged and shipped at the expense of the requesting Party;

(i)   copies of drilling prognoses;

(j)   if conventional cores are taken, access to the rig to inspect and evaluate said cores; and

(k)   samples of Hydrocarbons, if sufficient quantities are available, after performing routine tests.

Upon written request, the Operator shall use reasonable efforts to furnish to a requesting Participating Party any additional available information (including a complete slabbed section of all recovered cores, if requested and available),

23

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001633

acquired by the Operator for the Participating Parties, not otherwise furnished under this Article (not including any derivative information independently developed at Operator's sole cost and risk). The Costs of gathering and furnishing the additional available information shall be charged to the Participating Party that requested it.

**5.8   Completed Well Information**

Operator shall, as soon as reasonably practicable, furnish to each Participating Party the following information pertaining to each completed well, provided, however, the following information shall be provided in "real time" if it is available to the Operator in "real time" and a Participating Party has contractual rights to utilize the "real time" system that the Operator is utilizing and has agreed to pay any incremental expenses associated with its accessing that information from that "real time system":

(a)   monthly report of production and injection;

(b)   copies of routine reports made to regulatory agencies;

(c)   report on the status of wells not producing and not abandoned;

(d)   report on Hydrocarbons produced during Production Testing;

(e)   bottomhole pressure data and surface pressure data; and

(f)   composite of all logs run (for example, TDT, Carbon-Oxygen, Spinner Surveys, and Casing Collar).

**5.9   Information to Non-Participating Parties**

The Operator shall furnish to each Non-Participating Party:

(a)   as soon as reasonably practicable, copies of all non-confidential reports made to regulatory agencies, and

(b)   if applicable, after Complete Recoupment, the information specified in Articles 5.7 *(Information to Participating Parties)* and 5.8 *(Completed Well Information)*.

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001634

**5.10   Health, Safety, and Environment:**

With the goal of achieving safe and reliable activities and operations in compliance with all applicable laws and regulations, including avoiding significant and unintended impact on (i) the health or safety of people, (ii) property, or (iii) the environment, the Operator shall, with the support and cooperation of the Non-Operators, while it conducts activities or operations under this Agreement:

(a)   design and manage activities or operations to standards intended to achieve sustained reliability and promote the effective management of HSE risks;

(b)   apply structured HSE management systems and procedures consistent with those generally applied in the petroleum industry to effectively manage HSE risks and pursue sustained reliability of operations under this Agreement; and

(c)   conform with locally applicable HSE related statutory requirements that may apply.

In fulfilling its duties and obligations hereunder, the Operator shall act in accordance with the provisions of Exhibit "K."

## ARTICLE 6 – EXPENDITURES AND ANNUAL OPERATING PLAN

**6.1   Basis of Charges to the Parties**

Except as otherwise provided in this Agreement, the Operator shall pay all Costs of all activities and operations under this Agreement, and each Participating Party shall reimburse the Operator in proportion to its Participating Interest Share for the Costs of these activities and operations.   All charges, credits, and accounting for expenditures shall be made under Exhibit "C." Funds received by the Operator under this Agreement may be commingled with the Operator's own funds.

**6.2   AFEs**

The Operator shall not undertake an activity or operation whose Costs are Five Hundred Thousand dollars ($500,000.00) or more, unless an AFE has been

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001635