UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| *United States of America v.* | * | |
| *BP Exploration & Production, Inc., et al.,* | * | |
| **Civil Action No. 10-04536** | * | |
| | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant Anadarko E&P Company LP to dismiss all claims against it in Plaintiff United States of America's Complaint for failure to state a claim upon which relief can be granted:

**IT IS HEREBY ORDERED** that all claims against Defendant Anadarko E&P Company LP are dismissed.

New Orleans, Louisiana, this ____ day of ____, 2011.

_____
UNITED STATES DISTRICT JUDGE