# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| *United States of America v.* | * | |
| *BP Exploration & Production, Inc., et al.,* | * | |
| **Civil Action No. 10-04536** | * | |
| | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| * * * * * * * * * * * * | | |

## REQUEST FOR ORAL ARGUMENT

Defendant Anadarko E&P Company LP respectfully requests oral argument on the Motion of Defendant Anadarko E&P Company LP to Dismiss the Complaint of the United States pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant Anadarko E&P Company LP submits that oral argument may assist the Court in evaluating the Motion.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

 /s/ James J. Dragna
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Sandra P. Franco
s.franco@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

Dated:  April 4, 2011

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of April, 2011.

                                                  /s/ James J. Dragna
                                                  James J. Dragna