UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** *  | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico, on April 20, 2010** *    | **SECTION: J** |
| * | |
| **This Document Relates to:** * | |
| *United States of America v.* * | |
| *BP Exploration & Production, Inc., et al.,* * | |
| **Civil Action No. 10-04536** * | |
| * | **JUDGE BARBIER** |
| * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

    Considering the Request for Oral Argument of Defendant Anadarko E&P Company LP;

    **IT IS HEREBY ORDERED** that the Court will hear oral argument on the Motion of Defendant Anadarko E&P Company LP to Dismiss the Complaint of the United States of America pursuant to Federal Rule of Civil Procedure 12(b)(6).

    New Orleans, Louisiana, this ____ day of ____, 2011.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE