UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179  SECTION: J |
| THIS PLEADING RELATES TO: | § § § | |
| 2:11-cv-00258 2:11-cv-00259 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

**IT IS HEREBY ORDERED** that The St. Joe Company is **GRANTED** leave to file a Sur-Reply Memorandum in Opposition to the Request of Halliburton Energy Services, Inc. ("Halliburton") and the Motion of M-I L.L.C. ("M-I") for Injunctive Relief in Aid of This Court's Jurisdiction Over St. Joe.

The Court directs the Clerk of Court to accept and file The St. Joe Company's sur-reply when timely filed in accordance with this Order.

New Orleans, Louisiana this 4th day of April, 2011.

_____
United States District Judge