IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig         "DEEPWATER HORIZON: in the         GULF OF MEXICO, on April 20, 2010 | * * * * * * * * | MDL NO. 2179         SECTION: "J"         JUDGE BARBIER     MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:         Civil Action No. 10-1245         Darleen Jacobs Levy vs. BP, PLC, et al | * * * | |

******************************************

## ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Tenth Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Tenth Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this __4th__ day of _____April_____, 2011.

_____
United States District Judge