IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the * | |
| GULF OF MEXICO, on April 20, 2010 * | |
| * | SECTION: "J" |
| * | |
| * | |
| * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: * | |
| **Civil Action No. 10-1245** * | |
| Darleen Jacobs Levy vs. BP, PLC, et al * | |

*********************************************

TENTH SUPPLEMENTAL COMPLAINT FOR DAMAGES

NOW COMES Plaintiff Darleen Jacobs Levy, who supplements her Original, First, Second, Third , Fourth, Fifth, Sixth, Seventh, Eight and Ninth Supplemental and Amending Complaint for Damages to add the following additional Plaintiffs:

Harold Frank Conn, Jr., Joann Conn, Andrew Ragan, Andrew Fenn and Germaine Reed

I.

Plaintiffs adopt herein by reference all allegations contained in their Original, First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eight and Ninth Supplemental and Amending Complaints for Damages.

II.

Plaintiff supplements her Original, First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eight and Ninth Supplemental and Amending Complaints for Damages by adding the following to Paragraph 2 thereof:

1

1)     Harold Frank Conn, Jr., - loss of taste and smell due to exposure to petroleum and contaminate products; loss of income from fishing camp; loss of enjoyment of life;

2)     Joann Conn - loss of consortium; loss of income from fishing camp; loss of enjoyment of life;

3)     Andrew Ragan - loss of income; loss of enjoyment of life;

4)     Andrew Fenn - loss of income;

5)     Germaine Reed - aggravation of sinus and low back injury due to exposure and clean up.

### III.

Plaintiffs, who are owners of property which was damaged, wish to add the following elements of damages to their petition as XII(L.)

Any required cleanup and costs indicated by a Phase I and Phase II Environmental assessment of their property.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, reiterating and reavering each and every allegation of their Original, First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eight and Ninth Supplemental and Amending Complaints pray that the additional plaintiffs be added and pray for a judgment against Defendants as follows:

1.     For all economic and compensatory damages sustained;

2.     For all Phase I and Phase II Environmental Assessment Damages as well as remediation;

3.     For punitive damages as permitted by law;

4. For all attorney's fees and cost of litigation;

5. For legal interest from the date of judicial demand until paid in full;

6. For class action certification and trial by jury;

7. For mental anguish, pain and suffering, fear and fright, lost wages, loss of earning capacity, medical expenses, loss of enjoyment of life;

9. For any required cleanup indicated by a Phase II Environmental assessment of property;

10. For costs of an environmental assessment of property; and

11. For all other further relief to which Plaintiffs may be entitled in law and/or equity.

        Respectfully submitted:

        *S/Darleen M. Jacobs*
        DARLEEN M. JACOBS, ESQ. (#7208)
        RICHARD MARTIN, ESQ.
        KENNETH CHARBONNET, ESQ.
        823 St. Louis Street
        New Orleans, LA 70112
        (504) 522-0155
        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above the above and foregoing Ninth Supplemental and Amending Complaint has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of April, 2011.

        *S/Darleen M. Jacobs*
        DARLEEN M. JACOBS