## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | | SECTION: J |
| THIS PLEADING RELATES TO: | | * * | |
| No. 2:11-cv-258 | | * | JUDGE BARBIER |
| No. 2:11-cv-259 | | * | MAG. JUDGE SHUSHAN |

*************************************************************************

### MOTION TO ENROLL AS ADDITIONAL COUNSEL

The St. Joe Company ("St. Joe") moves this Honorable Court to enroll James M. Garner (La. Bar No. 19589) and Christopher T. Chocheles (La. Bar No. 30605) of the law firm Sher Garner Cahill Richter Klein & Hilbert, LLC as additional counsel of record for St. Joe in this suit.

Respectfully submitted,

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
jgarner@shergarner.com
CHRISTOPHER T. CHOCHELES, #30605
cchocheles@shergarner.com
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300

-and-

/s/ Robert W. Gifford
WILLIAM A. BREWER III (Texas No. 02967036)
wab@bickelbrewer.com
JAMES S. RENARD (Texas No. 16768500)
jsr@bicklebrewer.com
ROBERT W. GIFFORD (New York No. 046231)
rzg@bicklebrewer.com

**BICKEL & BREWER**
4800 Comerica Bank Tower
1717 Main St.
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR THE ST. JOE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ James M. Garner
JAMES M. GARNER