UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 |
| | | | SECTION: J |
| THIS PLEADING RELATES TO: | | * * | |
| No. 2:11-cv-258 | | * | JUDGE BARBIER |
| No. 2:11-cv-259 | | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Enroll as Additional Counsel of Record filed by the St. Joe Company:

IT IS HEREBY ORDERED that the Motion is granted, and James M. Garner and Christopher T. Chocheles are enrolled as additional counsel of record for the St. Joe Company.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
JUDGE BARBIER