OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __April 5, 2011__

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

vs.

These Pleadings apply to All Cases in Pleading Bundle B1

Case No. __2:10-md-02179-CJB-SS__ Section ____

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Mitsui Oil Exploration, Co., Ltd.__
   (address) __Hibiya Central Bldg, 2-9 Nishi-Shimbashi 1-chome, Minato-ku, Tokyo 105-0003 Japan__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,
__Stephen Herman / James Roy__
"Signature"

Attorney for _____

Address _____