UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG            )        MDL NO. 2179
    "DEEPWATER HORIZON" in the Gulf )
    OF MEXICO, ON APRIL 20, 2010        )        SECTION: "J"
                         )
                         )        JUDGE CARL J. BARBIER
                         )
                         )        MAG. JUDGE SALLY SHUSHAN
THIS DOCUMENT RELATES TO:                  )
    Civil Action No. 2:10-cv-3066-CJB-SS )
    MELINDA BECNEL vs. BP, LPC, et al  )

## FINAL MOTION OF DISMISSAL WITH PREJUDICE

      **NOW INTO COURT**, through undersigned counsel, comes plaintiff, **MELINDA ANNE BECNEL**, wife of Keith Blair Manuel, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD INTERNATIONAL, INC., AND/OR WEATHERFORD INTERNATIONAL, LTD., ANADARKO PETROLEUM CO., LTD., CORP, MOEX OFFSHORE - 2007 LLC, M-I L.L.C., AND M-I DRILLING FLUIDS, L.L.C.**. in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

- 1 -

Respectfully submitted,

**JAMES C. KLICK – #7451**
**STEVE J. HERMAN – #23129**
**SOREN E. GISLESON – #26302**
**JOSEPH E. CAIN – 329785**
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: 504-581-4892
Facsimile: 504-561-6024
sgisleson@hhke.com

AND

**JACQUES F. BEZOU – #3037**
**BEZOU LAW FIRM**
534 e. Boston Street
Covington, Louisiana 70433
Telephone: 985-892-2111
Facsimile: 985-892-1413
Jbezou@bezou.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this _5th_ day of _April_, **2011,**
served a copy of the above and foregoing pleading on counsel for all
parties to these proceedings by placing a copy of same in the United
States Mail, properly addressed and postage prepaid.

JACQUES F. BEZOU  James C. Klick

- 2 -