UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:10-cv-3066-CJB-SS<br>MELINDA BECNEL vs. BP, LPC, et al | |

### ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **MELINDA ANNE BECNEL** against any party including but not limited to **BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD INTERNATIONAL, INC., AND/OR WEATHERFORD INTERNATIONAL, LTD., ANADARKO PETROLEUM CO., LTD., CORP, MOEX OFFSHORE - 2007 LLC, M-I L.L.C., AND M-I DRILLING FLUIDS, L.L.C.**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA**, this \_\_\_\_\_ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE

- 1 -