UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
|  | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

**THIS DOCUMENT RELATES TO NO. 11-685.**

| | | |
|---|---|---|
| KHAI NGUYEN, | * | CIVIL ACTION |
| HANG NGUYEN-MUSSELMAN L.L.C. | * | |
| AND CHRISTOPHER VANCE | * | NO.  11-685 |
| Plaintiffs | * | |
|  | * | JUDGE BARBIER |
| VERSUS | * | |
|  | * | MAGISTRATE SHUSHAN |
| BP AMERICA PRODUCTION COMPANY, AND | * | |
| BP EXPLORATION AND PRODUCTION, INC., | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SEVER

NOW INTO COURT, through undersigned counsel, come Khai Nguyen, Hang Nguyen-Musselman, L.L.C. and Christopher Vance (collectively "Plaintiffs"), who file this Motion and attached Memorandum in Support to sever Plaintiffs' case against BP America Production Company and BP Exploration and Production, Inc. ("Defendants") from the ongoing Multidistrict Litigation.

**WHEREFORE**, Plaintiffs pray that their Motion to Sever be granted, and for

all other relief to which they are entitled.

        RESPECTFULLY SUBMITTED:

        BALDWIN HASPEL BURKE & MAYER, LLC

        BY:    S\ Paul N. Vance
                    Paul N. Vance
                    PAUL N. VANCE  (#13007)
                    SCOTT L. STERNBERG (#33390)
                    1100 Poydras Street, Suite 2200
                    New Orleans, LA 70163
                    Telephone: 504/569-2900
                    Facsimile: 504/569-2099
                    *ATTORNEY FOR PLAINTIFFS:*
                    Khai Nguyen, Hang Nguyen and Christopher Vance

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION TO SEVER has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of April, 2011.

                                      s/ Paul N. Vance