UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

**THIS DOCUMENT RELATES TO NO. 11-685.**

| | | |
|---|---|---|
| KHAI NGUYEN, | * | CIVIL ACTION |
| HANG NGUYEN-MUSSELMAN L.L.C. | * | |
| AND CHRISTOPHER VANCE | * | NO.  11-685 |
| Plaintiffs | * | |
| | * | JUDGE BARBIER |
| VERSUS | * | |
| | * | MAGISTRATE SHUSHAN |
| BP AMERICA PRODUCTION COMPANY, AND | * | |
| BP EXPLORATION AND PRODUCTION, INC., | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Motion to Sever and Memorandum in Support filed herein,

IT IS HEREBY ORDERED that said Motion is GRANTED, and that the matter entitled *Khai Nguyen, Hang Nguyen-Musselman L.L.C. and Christopher Vance vs. BP America Production Company and BP Exploration and Production, Inc.,* Civil Action No. 11-685, is hereby severed from the Multidistrict Litigation No. 2179, and shall be prosecuted as a separate action.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                              _____
                                                              UNITED STATES JUDGE