UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:10-cv-1921-CJB-SS<br>KELLI MANUEL TAQUINO, JESSICA MANCHESTER and ASHLEY MANUEL)<br>vs. TRANSOCEAN HOLDINGS, L.L.C, et al | |

## FINAL MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, **KELLI MANUEL TAQUINO (INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KEITH BLAIR MANUEL), JESSICA MANCHESTER AND ASHLEY MANUEL, INDIVIDUALLY AND AS THE HEIRS OF THE PRESUMED DECEASED, KEITH BLAIR MANUEL**, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; BP, PLC, BP PRODUCTS NORTH AMERICA, INC.; ANTHONY HAYWARD; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION; ANADARKO PETROLEUM CORPORATION; MITSUI & CO. (U.S.A.), INC. AND M-I L.L.C.** in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

*[signature]*

JOHN H. SMITH, TA (#28308)
CHET G. BOUDREAUX (#28504)
RICHARD F. ZIMMERMAN, III (#31374)
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: 225-926-1234
Facsimile: 225-926-1202
sjsmith@mckernanlawfirm.com

AND

**MICHAEL V. CLEGG (#4192)**
8714 Jefferson Highway
Baton Rouge, LA 70809
Telephone: 225-923-1055
Facsimile: 225-923-0955
mike@clegglawdog.com

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have on this 6th day of April, 2011, served a copy of the above and foregoing pleading on counsel for all parties to these proceedings by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

*[signature]*
JOHN H. SMITH