## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | |
| APRIL 20, 2010 | ) | SECTION: "J" |
| _____ | ) | |
| This Document Relates To:  11-0275 | ) | |
| | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

### NOTICE OF APPEARANCE

**COMES NOW**, the undersigned law firm of REED SMITH LLP, who files its Notice of Appearance as counsel on behalf of Anadarko Petroleum Corporation and Anadarko E&P Company, L.P. (herein collectively referred to as "Anadarko").  It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's PreTrial Order #1, the following counsel are currently members in good standing and admitted to practice in United States District Courts as follows:

1. John D. Shugrue, Yisroel I. Hiller, Andrea Yassemedis and David M. Rosenfield are attorneys residing and practicing in Chicago, Illinois in the Reed Smith, LLP's Chicago, Illinois office at 10 South Wacker Drive, Floor 40, Chicago, IL 60606-7507, telephone number 312-207-1000.

2. John D. Shugrue is a member in good standing with the bars of the State of Illinois and is duly licensed to practice in the State of Illinois.  He is admitted to practice

before the United States Supreme Court and several other federal courts including the United States District Court for the Northern District of Illinois.    No person has instituted disciplinary suspension procedures against him.

3.  Yisroel I. Hiller is a member in good standing with the bars of the State of Illinois and is duly licensed to practice in the State of Illinois.  He is admitted to practice before the United States Supreme Court and several other federal courts including the United States District Court for the Northern District of Illinois.    No person has instituted disciplinary suspension procedures against him.

4.  Andrea Yassemedis is a member in good standing with the bars of the State of Illinois and is duly licensed to practice in the State of Illinois.  She is admitted to practice before the United States Supreme Court and several other federal courts including the United States District Court for the Northern District of Illinois.    No person has instituted disciplinary suspension procedures against her.

5.  David M. Rosenfield is a member in good standing with the bars of the State of Illinois and is duly licensed to practice in the State of Illinois.  He is admitted to practice before the United States Supreme Court and several other federal courts including the United States District Court for the Northern District of Illinois.    No person has instituted disciplinary suspension procedures against him.

Respectfully submitted,

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

*s*/Monique M. Weiner
Deborah D. Kuchler, T.A. (La. No. 17013)
Monique M. Weiner, (La. No. 23233)
Robert E. Guidry (La. No. 28064)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone (504) 592-0691
Facsimile: 504-592-0696
dkuchler@kuchlerpolk.com
mweiner@kuchlerpolk.com
rguidry@kuchlerpolk.com

Of Counsel:

REED SMITH LLP

*s*/John D. Shugrue
John D. Shugrue
Yisroel I. Hiller
David M. Rosenfield
Andrea Yassemedis
10 S. Wacker Dr., Floor 40
Chicago, IL 60606-7507
Phone: 312-207-1000
Fax: 312-207-6400
jshugrue@reedsmith.com
yhiller@reedsmith.com
drosenfield@reedsmith.com
Ayassemedis@reedsmith.com

ATTORNEYS FOR DEFENDANTS,
ANADARKO PETROLEUM CORPORATION,
AND ANADARKO E&P COMPANY, L.P.

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 6th day of April, 2011.

*s/* Monique M. Weiner