**From:** "Andrew Langan" <alangan@kirkland.com>
**Date:** April 6, 2011 7:42:17 AM CDT
**To:** Sally_Shushan@laed.uscourts.gov

**Subject: Fw: MDL 2179 -- BP's Separate Request for Extra Time Request for Certain April Deponents -- Followup**

Dear Judge Shushan:

Thank you for considering the issue raised below about BP's request for more time for certain Transocean witnesses in April listed below. Since last Friday's conference and in accordance with Your Honor's April 4 order after the conference, BP has made inquiries of the States Coordinating Counsel, the PSC and a number of defendants asking for additional time, so that BP may properly examine these critical TO witnesses.

To date, BP has only been able to secure 10 additional minutes (from MI), for which we thank MI's counsel. No other party has yielded any additional time and indeed, while the PSC said it would consider the request, we have no formal response from the PSC yet, and we have had no response whatsoever to our inquiry to the States. (Perhaps these parties still intend to respond.) A few defendants have also yet to respond. Although we might prefer to wait longer for responses to our requests, in the hopes of a agreement, given that your April 4 order states we should notify you "promptly" of the status of BP's inquiries, and because the first deposition at issue starts on April 11, we thought we best raise this with Your Honor now.

At this point, with the extra 10 minutes from BP, BP believes it has about 1 hour and 25 minutes per witness listed below, and it respectfully requests additional time so that it will have a total of 2.5 hours per witness.

Best regards and thanks for Your Honor's consideration.

Andy Langan