## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### UNOPPOSED MOTION FOR LEAVE TO DISPOSE OF CERTAIN SAMPLES

The United States seeks leave to dispose of samples in the custody of three federal agencies. No party opposes this motion and, therefore, the United States respectfully requests entry of the proposed order attached as Exhibit 1.

Pursuant to Paragraph 6 of Pre-Trial Order 30, the United States may propose the disposal of any samples and, if all parties agree, may dispose of the samples sixty days later. Pursuant to the terms of Pre-Trial Order 30, the United States proposed the disposal of samples in the custody of the Army Corps of Engineers, the U.S. Geological Survey, and EPA's Region 6. The twenty days allotted for objection to the disposal has elapsed and no party has objected to the disposal. Pursuant to the terms of the Pre-Trial Order 30, the United States is permitted to dispose of these samples on May 14, 2011, April 30, 2011, and May 16, 2011, respectively.

As described in the United States' motion for entry of Pre-Trial Order 30, storage of these samples until their proposed disposal date will cost the agencies funds. As this Court is no doubt aware, the current appropriations for most federal agencies, including the Army Corps of Engineers, Geological Survey, and EPA expire on April 8, 2011. Accordingly, the United States requested agreement of the parties to disposal of these samples on April 8, 2011. *See* Ex. 2. The Plaintiffs' Steering Committee and Anadarko/MOEX indicated their agreement to the proposal.

*See* Ex. 2, Ex. 3.  No other party objected to the United States' proposed disposal.  Accordingly, the United States requests entry of the attached order authorizing the disposal of the samples identified in the Order on April 8, 2011.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
|   Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Admiralty and Aviation |
|   Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
|   Senior Attorney | MICHELLE DELEMARRE |
| DEANNA CHANG | Trial Attorney |
|   Trial Attorney | |
| | SHARON SHUTLER |
| SCOTT CERNICH | Trial Attorney |
|   Trial Attorney | JESSICA SULLIVAN |
| A. NATHANIEL CHAKERES | Trial Attorney |
|   Trial Attorney | JESSICA MCCLELLAN |
| JUDY HARVEY | Trial Attorney |
|   Trial Attorney | DAVID PFEFFER |
| MATT LEOPOLD | Trial Attorney |
|   Trial Attorney | MALINDA LAWRENCE |
| | Trial Attorney |
| | Torts Branch, Civil Division |
| | P.O. Box 14271 |
| | Washington, D.C. 20044-4271 |
| | Telephone: 202-616-4000 |
| | Facsimile: 202-616-4002 |

| | |
|---|---|
| /s/ Sarah D. Himmelhoch | |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| SARAH D. HIMMELHOCH | Attorney in Charge, West Coast Office |
| Senior Attorneys | Torts Branch, Civil Division |
| Environmental Enforcement Section | U.S. Department of Justice |
| U.S. Department of Justice | 7-5395 Federal Bldg., Box 36028 |
| P.O. Box 7611 | 450 Golden Gate Avenue |
| Washington, D.C. 20044 | San Francisco, CA 94102-3463 |
| Telephone: 202-514-2779 | Telephone: 415-436-6648 |
| Facsimile: 202-514-2583 | Facsimile: 415-436-6632 |
| E-mail: steve.o'rourke@usdoj.gov | E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of April 2011.

                                                                         /s/ Sarah D. Himmelhoch