## Himmelhoch, Sarah (ENRD)

**From:** Brian Barr [BBarr@levinlaw.com]
**Sent:** Wednesday, April 06, 2011 2:06 PM
**To:** Himmelhoch, Sarah (ENRD); Herman, Stephen J.; Roy, James Parkerson
**Subject:** RE: Deepwater DIsposition of US Samples

That is correct.

-----Original Message-----
**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Wednesday, April 06, 2011 12:57 PM
**To:** Brian Barr; Herman, Stephen J.; Roy, James Parkerson
**Subject:** Deepwater DIsposition of US Samples

Counsel –

Before I filed my motion for permission to dispose of the USGS, Army Corps of Engineers, and EPA Region 6 samples, I wanted to make sure there had been no overlooked email. I received word from Brian Barr that the Plaintiffs were still evaluating the Region 6 samples, but didn't hear anything else before the PTO 30 deadline expired. May I fairly assume you do not object to the disposal of these samples?

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)