UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010      SECTION J

Applies to: *All Cases*                 JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding BP's Separate Request for Extra Time for Certain April Deponents]**

Considering BP's request for additional time to depose certain witnesses scheduled for deposition in April (Stringfellow, Kutcha, Winslow, Rose and Ezell) and considering that MI-SWACO has ceded 10 minutes to BP; BP's request will be granted and an additional 65 minutes will be apportioned as follows: 15 minutes will be deducted from the time allotted to 1) plaintiffs, 2) the United States, and 3) the States with pending claims in this MDL proceeding. In addition, BP will be allotted 20 extra minutes for its examination of these witnesses.

New Orleans, Louisiana, this 6th day of April, 2011.

_____
SALLY SHUSHAN
United States Magistrate Judge