UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Pleading applies to:<br>2:10-CV-04182 (*State of Alabama v. BP P.L.C.*)<br> -and-<br>2:10-CV-04183 (*State of Alabama v. Transocean, et al.*) | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, the State of Alabama, respectfully requests leave to file its First Amended Complaint for the following reasons:

1.  Allowing the State to file an amended complaint is beneficial, if not necessary, for three primary reasons:

    a. As demonstrated in the heading, the State initially filed two separate complaints against the Defendants. The State's First Amended Complaint consolidates all of the State's claims into one document.

    b. Since the State filed its initial complaints, Alabama has elected and sworn-in a new Attorney General, Luther Strange. General Strange and his staff now represent the State and should be allowed to plead the State's case.

    c. Because the assessment of damages from the April 2010 oil spill are still on-going, the State's understanding of its claims and damages has evolved (and will continue to evolve).

1

2. The parties and this Court have essentially agreed that the State can file its First Amended Complaint. The parties agreed that the State would file its Amended Complaint and that the Defendants would then have 30 days to file their responsive pleadings, an agreement this Court turned into a court order on February 16, 2011. *See* Doc. 1272. The parties further agreed that the First Amended Complaint would be filed on April 5, 2011.

3. Furthermore, on April 3, 2011, the State forwarded Defense Liaison Counsel a list of the claims pleaded in its First Amended Complaint and asked if any Defendant had an objection to the filing of the Amended Complaint. There was no objection.

4. The State attaches a proposed order granting it leave to file its First Amended Complaint.

For these reasons, the State respectfully requests this Court enter an order granting the State leave to file its First Amended Complaint.

                    Respectfully Submitted,

                    /s/ Luther Strange                              .
                    LUTHER STRANGE
                      *Attorney General*

                    /s/ Corey L. Maze                              .
                    COREY L. MAZE
                      *Special Deputy Attorney General*

                    Attorneys for the State of Alabama

                    Office of the Attorney General
                    501 Washington Avenue
                    Montgomery, Alabama 36130
                    Phone: (334) 242-7300
                    Fax:   (334) 242-4891
                    Email:  lstrange@ago.state.al.us
April 5, 2011                          cmaze@ago.state.al.us