MINUTE ENTRY
BARBIER, J.
APRIL 7, 2011
JS-10: 1 hr, 25 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179  SECTION: J  JUDGE BARBIER |
| APPLIES TO: C. A. 11-258 & C.A. 11-259 | : | MAG. JUDGE SHUSHAN |

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| EILEEN STENSRUD | CATHY PEPPER |

THURSDAY, APRIL 7, 2011   10:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

**HALLIBURTON ENERGY SERVICES, INC'S MOTION FOR PERMANENT INJUNCTION IN AID OF THIS COURT'S JURISDICTION OVER THE ST. JOE COMPANY (1799)**

Argued; ORDERED taken under advisement.

**M-I LLC'S MOTION FOR INJUNCTION IN AID OF THIS COURT'S JURISDICTION OVER ST. JOE (1807)**

Argued; ORDERED taken under advisement.

ATTORNEYS:   R. Alan York, Esq., Susan Hays, Atty at Law, Gavin Hill, Esq., and Misty Hataway, Atty at Law, for Halliburton
Hugh Tanner, Esq., Morgan Lewis, Esq., John Funderburk, and James Tarter, for M-I LLC
James Renard, Esq. & James Garner, Esq., for St. Joe Company
Don Haycraft, Esq., for BP
James Roy, Esq., for PCS