UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  .

### ORDER RELATING TO THE UNITED STATES' DISPOSITION OF CERTAIN SAMPLES

Upon consideration of the United States' Motion for Leave to dispose of certain samples, , the Court hereby GRANTS the motion and ORDERS that the United States may dispose of all of the samples identified in Attachment 1 to this Order.

New Orleans, Louisiana this 7th day of April, 2011.

_____
United States District Judge

Order Relating to the United States' Preservation of Samples
Page **1**