UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Pleading applies to:<br>2:10-CV-04182 (*State of Alabama v. BP P.L.C.*)<br> -and-<br>2:10-CV-04183 (*State of Alabama v. Transocean, et al.*) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the State of Alabama's Motion for Leave to File First Amended Complaint, and this Court's previous order of February 15, 2011 (Doc. 1272):

**IT IS ORDERED** that the State of Alabama is hereby granted leave to file its First Amended Complaint.

**IT IS FURTHER ORDERED** that the State of Alabama's First Amended Complaint shall be deemed to amend and supersede the original complaints filed by the State of Alabama in 2:10-CV-04182 and 2:10-CV-04183.

**IT IS FURTHER ORDERED** that, pursuant to this Court's February 15, 2011 order, the Defendants named in the First Amended Complaint shall have thirty (30) days from the date of service of the First Amended Complaint to file their respective responsive pleadings.

New Orleans, Louisiana this 7th day of April, 2011.

_____
United States District Judge