UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG            )   MDL NO. 2179
"DEEPWATER HORIZON" in the Gulf )
OF MEXICO, ON APRIL 20, 2010         )   SECTION: "J"
                                                            )
                                                            )   JUDGE CARL J. BARBIER
                                                            )
                                                            )   MAG. JUDGE SALLY SHUSHAN
THIS DOCUMENT RELATES TO:        )
    Civil Action No. 2:10-cv-3066-CJB-SS )
    MELINDA BECNEL vs. BP, LPC, et al )

### ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **MELINDA ANNE BECNEL** against any party including but not limited to **BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., HALLIBURTON ENERGY SERVICES, INC., CAMERON INTERNATIONAL CORPORATION F/K/A COOPER-CAMERON CORPORATION, WEATHERFORD INTERNATIONAL, INC., AND/OR WEATHERFORD INTERNATIONAL, LTD., ANADARKO PETROLEUM CO., LTD., CORP, MOEX OFFSHORE - 2007 LLC, M-I L.L.C., AND M-I DRILLING FLUIDS, L.L.C.**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 7th day of April, 2011.

_____
United States District Judge