UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION: "J" <br><br> JUDGE CARL J. BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO: Civil Action No. 2:10-cv-1921-CJB-SS KELLI MANUEL TAQUINO, JESSICA MANCHESTER and ASHLEY MANUEL vs. TRANSOCEAN HOLDINGS, L.L.C, et al | |

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **KELLI MANUEL TAQUINO (INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KEITH BLAIR MANUEL), JESSICA MANCHESTER AND ASHLEY MANUEL, INDIVIDUALLY AND AS THE HEIRS OF THE PRESUMED DECEASED, KEITH BLAIR MANUEL**, against any party including but not limited to **TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; BP, PLC, BP PRODUCTS NORTH AMERICA, INC.; ANTHONY HAYWARD; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION; ANADARKO PETROLEUM CORPORATION; MITSUI & CO. (U.S.A.), INC. AND M-I L.L.C.** be and the same are

hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 7th day of April, 2011.

*[signature]*
United States District Judge