OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 7, 2011

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico

vs.

These Pleadings apply to: All Cases in Pleading Bundle B3

Case No. 2:10-md-02179-CJB-SS   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Mitsui Oil Exploration Co., Ltd - Hibiya
   (address) Central Bldg. 2-9 Nishi-Shimbashi 1-chome Minato-ku, Tokyo 105-0003 Japan
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Stephen Herman / James Roy
"Signature"

Attorney for _____

Address _____