UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 11-715 | SECTION: J(1) |

**ORDER**

Before the Court is a **Motion for Class Certification (Rec. Doc. 1868)** filed by Plaintiffs in member case 11-715.

In the previously issued Pretrial Order No. 11/Case Management Order No. 1 (Rec. Doc. 569), the Court stayed all Local Rule 23.1 and Federal Rule 23 motion practice and discovery on class certification issues until further order of the Court. (See Order at 12.)

Because the Court has issued no order commencing class-action motion practice,

**IT IS ORDERED** that Certain Plaintiffs' **Motion for Class Certification (Rec. Doc. 1868)** is hereby **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana this 7th day of April, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1