UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:10-cv-1921-CJB-SS<br>KELLI MANUEL TAQUINO,<br>JESSICA MANCHESTER and<br>ASHLEY MANUEL<br>v. TRANSOCEAN HOLDINGS, L.L.C.<br>et al | ) ) ) ) ) ) ) | MAG. JUDGE SALLY SHUSHAN |

### FINAL MOTION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, **KELLI MANUEL TAQUINO (INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF KEITH BLAIR MANUEL), JESSICA MANCHESTER AND ASHLEY MANUEL, INDIVIDUALLY AND AS THE HEIRS OF THE PRESUMED DECEASED, KEITH BLAIR MANUEL**, and on suggesting to the Court that all matters and claims filed by any party against any party including but not limited to **TRANSOCEAN HOLDINGS, LLC; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; BP, PLC, BP PRODUCTS NORTH AMERICA, INC.; ANTHONY HAYWARD; HALLIBURTON ENERGY SERVICES, INC.; CAMERON INTERNATIONAL CORPORATION; ANADARKO PETROLEUM CORPORATION; MITSUI & CO. (U.S.A), INC. AND M-I, L.L.C.** in this

2

controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted, this 6th day of April, 2011

                                      **RESPECTFULLY SUBMITTED BY:**

/s/John H Smith
John H. Smith, TA (LA Bar No. 23308)
Chet G. Boudreaux (LA Bar No. 28504)
Richard F. Zimmerman, III (LA Bar No. 31374)
McKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA  70809
Telephone:  (225) 926-1234
Facsimile:  (225) 926-1202
E-Mail:  jsmith@mckernanlawfirm.com

AND

Michael V. Clegg (LA Bar No. 4192)
8714 Jefferson Highway, Suite B
Baton Rouge, LA  70809
Telephone:  (225) 923-1055
Facsimile:  (225) 923-0955
E-Mail:  mike@clegglawdog.com

**Attorneys for Plaintiffs**

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/John H Smith