

# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
(Status Report as of April 06, 2011)

| All Claimants | No. of Claimants |
|---|---|
| **Total All Claimants** (This is a unique count that includes all Emergency Advance Payment Claimants) | **501,820** |
| 1. Individual | 404,244 |
| 2. Business | 97,576 |
| Claimants Represented by Counsel: 27,201 | |

| Claimant Review Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants** (A Claimant can be in only one category below.) | **271,915** |
| **Reviewed** | **180,180** |
| 1. Final Payment Issued | 110,788 |
|    a. Quick Payment | 102,924 |
|    b. Full Review | 7,864 |
| 2. Final Release Accepted | 641 |
| 3. Final Offer Made | 13,023 |
|    With Interim Payment (2,827) | |
|    Final Offer Accepted (3,623) | |
| 4. Other Claim Determinations: | 55,728 |
|    a. Determination Letters (No Loss) | 3,800 |
|    b. Withdrawal Requested | 390 |
|    c. Claimants Requiring Additional Information | 43,871 |
|    d. Claimant Denied | 7,667 |
| **Under Review** | **92,488** |
| 1. Phase II | 91,735 |
| 2. EAP Unresolved / Under Review (Claims Subject to Liens, Audit Holds, etc.) | 753 |
| **EAP Claimants Resolved** (Many EAP Claimants have refiled a claim in Phase II - Interim and Final Stage) | **447,788** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **173,951** | **$ 3,705,537,503.24** |
| 1. Quick Pay / Full Review / Interim Payment | 115,943 | $ 1,125,232,118.06 |
|    a. Individual | 92,749 | $ 501,051,741.18 |
|    b. Business | 23,194 | $ 624,180,376.88 |
| 2. Emergency Advanced Payment (EAP) | 169,022 | $ 2,580,305,385.18 |
|    a. Individual | 122,844 | $ 1,042,399,945.80 |
|    b. Business | 46,178 | $ 1,537,905,439.38 |
| Separate Fund for Real Estate Brokers and Agents | | $ 60,222,089.75 |
| **Total Paid:** | | **$ 3,765,759,592.99** |

| Quick Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Quick Payments** | **107,477** | **102,924** | **102,960** | **$ 964,260,000.00** |
| 1. Individual | 84,038 | 80,626 | 80,639 | $ 406,930,000.00 |
| 2. Business | 23,439 | 22,298 | 22,321 | $ 557,330,000.00 |

| Interim Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **69,149** | **5,155** | **5,155** | **$ 68,132,663.72** |
| 1. Individual | 47,939 | 4,501 | 4,501 | $ 25,802,727.51 |
| 2. Business | 21,210 | 654 | 654 | $ 42,329,936.21 |

| Full Review Payments | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Payments** | **98,580** | **7,864** | **7,864** | **$ 92,839,454.34** |
| 1. Individual | 80,243 | 7,622 | 7,622 | $ 68,319,013.67 |
| 2. Business | 18,337 | 242 | 242 | $ 24,520,440.67 |

| Final Payment Offers (Inclusive of Offers with Release Accepted and Final Payment Issued) | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **24,449** | **$ 314,561,105.57** | **12,934** | **$ 138,598,568.05** |
| 1. Final Offers: Individual | 22,025 | $ 178,939,133.73 | 12,342 | $ 108,838,237.47 |
| 2. Final Offers: Business | 2,424 | $ 135,621,971.84 | 592 | $ 29,760,330.58 |

**EXHIBIT C**

# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Claimant Submissions
*(Quick Pay, Interim and Full Review Claimants only)*

| All Submitted and Paid Claimants | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 107,477 | 102,924 | 102,960 | $ 964,260,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 98,580 | 7,864 | 7,864 | $ 92,839,454.34 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 69,149 | 5,155 | 5,155 | $ 68,132,663.72 |
| **Total** | **275,206** | **115,943** | **115,979** | **$ 1,125,232,118.06** |

| Submitted and Paid Claimants - Individual | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 84,038 | 80,626 | 80,639 | $ 406,930,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 80,243 | 7,622 | 7,622 | $ 68,319,013.67 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 47,939 | 4,501 | 4,501 | $ 25,802,727.51 |
| **Sub-Total** | **212,220** | **92,749** | **92,762** | **$ 501,051,741.18** |

| Submitted and Paid Claimants - Business | Claimants with Filed Claims | Paid Claimants | Paid Claims | Amount Paid |
|---|---|---|---|---|
| 1. Final: Quick Pay | 23,439 | 22,298 | 22,321 | $ 557,330,000.00 |
| 2. Final: Full Review *(net of Claimants with Quick Payment or Interim Submissions)* | 18,337 | 242 | 242 | $ 24,520,440.67 |
| 3. Interim Payment *(net of Claimants with Quick Payment Submissions)* | 21,210 | 654 | 654 | $ 42,329,936.21 |
| **Sub-Total** | **62,986** | **23,194** | **23,217** | **$ 624,180,376.88** |



**All Claimants with Filed Claims**
- 1. Final: Quick Pay — 39.05%
- 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) — 35.82%
- 3. Interim Payment (net of Claimants with Quick Payment Submissions) — 25.13%



**Amount Paid to All Claimants**
- 1. Final: Quick Pay — 85.69%
- 2. Final: Full Review (net of Claimants with Quick Payment or Interim Submissions) — 8.25%
- 3. Interim Payment (net of Claimants with Quick Payment Submissions) — 6.05%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Individual Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---|---|
| 1. $0.01 - $5,000.00 | 139,596 | $ 584,787,505.72 |
| 2. $5,000.01 - $10,000.00 | 40,428 | $ 301,925,443.16 |
| 3. $10,000.01 - $25,000.00 | 30,539 | $ 469,171,284.90 |
| 4. $25,000.01 - $100,000.00 | 5,041 | $ 181,577,514.63 |
| 5. $100,000.01 - $500,000.00 | 46 | $ 5,989,938.57 |
| 6. Over $500,000.00 | 0 | $ - |
| Total | 215,650 | $ 1,543,451,686.98 |



**Individual Claims Paid by Value Range**
- 1. $0.01 - $5,000.00 — 64.73%
- 2. $5,000.01 - $10,000.00 — 18.75%
- 3. $10,000.01 - $25,000.00 — 14.16%
- 4. $25,000.01 - $100,000.00 — 2.34%
- 5. $100,000.01 - $500,000.00 — 0.02%
- 6. Over $500,000.00 — 0.00%

**Individual Amount Paid by Value Range**
- 1. $0.01 - $5,000.00 — 37.89%
- 2. $5,000.01 - $10,000.00 — 19.56%
- 3. $10,000.01 - $25,000.00 — 30.40%
- 4. $25,000.01 - $100,000.00 — 11.76%
- 5. $100,000.01 - $500,000.00 — 0.39%
- 6. Over $500,000.00 — 0.00%

<a>
</a>
<b>
</b>



# GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Business Claims by Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| 1. $0.01 - $5,000.00 | 11,173 | $ 30,651,383.65 |
| 2. $5,000.01 - $10,000.00 | 8,625 | $ 64,655,615.17 |
| 3. $10,000.01 - $25,000.00 | 34,315 | $ 759,614,155.76 |
| 4. $25,000.01 - $100,000.00 | 12,495 | $ 630,451,803.57 |
| 5. $100,000.01 - $500,000.00 | 2,783 | $ 495,802,796.89 |
| 6. Over $500,000.00 | 117 | $ 180,910,061.22 |
| **Total** | **69,508** | **$ 2,162,085,816.26** |



**Business Claims Paid by Value Range**
- 1. $0.01 - $5,000.00: 16.07%
- 2. $5,000.01 - $10,000.00: 12.41%
- 3. $10,000.01 - $25,000.00: 49.37%
- 4. $25,000.01 - $100,000.00: 17.98%
- 5. $100,000.01 - $500,000.00: 4.00%
- 6. Over $500,000.00: 0.17%

**Business Amount Paid by Value Range**
- 1. $0.01 - $5,000.00: 1.42%
- 2. $5,000.01 - $10,000.00: 2.99%
- 3. $10,000.01 - $25,000.00: 35.13%
- 4. $25,000.01 - $100,000.00: 29.16%
- 5. $100,000.01 - $500,000.00: 22.93%
- 6. Over $500,000.00: 8.37%



## Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

### Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| **1. Removal and Clean Up Costs** | | |
| a. $0.01 - $5,000.00 | 47 | $ 105,403.62 |
| b. $5,000.01 - $10,000.00 | 10 | $ 71,400.00 |
| c. $10,000.01 - $25,000.00 | 16 | $ 335,200.00 |
| d. $25,000.01 - $100,000.00 | 3 | $ 133,700.00 |
| e. $100,000.01 - $500,000.00 | 2 | $ 294,100.00 |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **78** | **$ 939,803.62** |
| **2. Real or Personal Property** | | |
| a. $0.01 - $5,000.00 | 153 | $ 465,336.57 |
| b. $5,000.01 - $10,000.00 | 36 | $ 256,015.72 |
| c. $10,000.01 - $25,000.00 | 40 | $ 692,729.13 |
| d. $25,000.01 - $100,000.00 | 13 | $ 500,963.38 |
| e. $100,000.01 - $500,000.00 | 2 | $ 292,871.98 |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **244** | **$ 2,207,916.78** |
| **3. Lost Earnings or Profits** | | |
| a. $0.01 - $5,000.00 | 150,483 | $ 614,686,428.36 |
| b. $5,000.01 - $10,000.00 | 49,005 | $ 366,239,808.97 |
| c. $10,000.01 - $25,000.00 | 64,791 | $ 1,227,639,073.93 |
| d. $25,000.01 - $100,000.00 | 17,518 | $ 811,291,863.36 |
| e. $100,000.01 - $500,000.00 | 2,824 | $ 501,025,259.54 |
| f. Over $500,000.00 | 117 | $ 180,910,061.22 |
| **Sub-Total** | **284,738** | **$ 3,701,792,495.38** |



## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Claims by Category and Amount
*(Claimants may have more than one Claim Category)*

| Paid Claims by Category and Amount | No. of Claims | Amount Paid |
|---|---:|---:|
| **4. Loss of Subsistence Use of Natural Resources** | | |
| a. $0.01 - $5,000.00 | 15 | $ 58,910.20 |
| b. $5,000.01 - $10,000.00 | 1 | $ 6,690.78 |
| c. $10,000.01 - $25,000.00 | 3 | $ 60,010.60 |
| d. $25,000.01 - $100,000.00 | 2 | $ 102,791.46 |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **21** | **$ 228,403.04** |
| **5. Physical Injury / Death** | | |
| a. $0.01 - $5,000.00 | 71 | $ 122,810.62 |
| b. $5,000.01 - $10,000.00 | 1 | $ 7,142.86 |
| c. $10,000.01 - $25,000.00 | 4 | $ 58,427.00 |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 1 | $ 180,503.94 |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **77** | **$ 368,884.42** |
| **6. Other Claims** | | |
| a. $0.01 - $5,000.00 | 0 | $ - |
| b. $5,000.01 - $10,000.00 | 0 | $ - |
| c. $10,000.01 - $25,000.00 | 0 | $ - |
| d. $25,000.01 - $100,000.00 | 0 | $ - |
| e. $100,000.01 - $500,000.00 | 0 | $ - |
| f. Over $500,000.00 | 0 | $ - |
| **Sub-Total** | **0** | **$ -** |
| **Total** | **285,158** | **$ 3,705,537,503.24** |



# GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Individual Lost Earnings or Profits Claims Paid by Industry
*(Claimants may have more than one Claim Category)*

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---:|---:|
| Fishing | 10,493 | $ 134,763,806.19 |
| Food, Beverage and Lodging | 114,950 | $ 740,604,946.25 |
| Multiple Industry / Business Types | 3,562 | $ 30,365,299.32 |
| No Industry Designation | 772 | $ 8,921,616.47 |
| Rental Property(ies) | 3,306 | $ 25,815,402.27 |
| Retail, Sales and Service | 71,757 | $ 512,745,453.82 |
| Seafood Processing and Distribution | 7,144 | $ 64,336,669.97 |
| Tourism and Recreation | 3,394 | $ 24,342,401.49 |
| **Total** | **215,378** | **$ 1,542,095,595.78** |



**# of Individual Claims Paid by Industry**
- Retail, Sales and Service 33.32%
- Rental Property(ies) 1.53%
- No Industry Designation 0.36%
- Multiple Industry / Business Types 1.65%
- Food, Beverage and Lodging 53.37%
- Seafood Processing and Distribution 3.32%
- Tourism and Recreation 1.58%
- Fishing 4.87%

**Amount of Individual Claims Paid by Industry**
- Retail, Sales and Service 33.25%
- Rental Property(ies) 1.67%
- No Industry Designation 0.58%
- Multiple Industry / Business Types 1.97%
- Food, Beverage and Lodging 48.04%
- Seafood Processing and Distribution 4.17%
- Tourism and Recreation 1.58%
- Fishing 8.74%



## Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

### Overall Program Statistics
(Status Report as of April 06, 2011)

#### Business Lost Earnings or Profits Claims Paid by Industry
(Claimants may have more than one Claim Category)

| Paid Claims By Industry | No. of Claims | Amount Paid |
|---|---|---|
| Fishing | 13,692 | $ 497,089,301.60 |
| Food, Beverage and Lodging | 6,532 | $ 325,021,727.09 |
| Multiple Industry / Business Types | 61 | $ 3,981,727.28 |
| No Industry Designation | 585 | $ 10,806,088.39 |
| Rental Property(ies) | 18,607 | $ 344,209,481.87 |
| Retail, Sales and Service | 27,382 | $ 801,570,071.24 |
| Seafood Processing and Distribution | 1,229 | $ 121,690,213.17 |
| Tourism and Recreation | 1,272 | $ 55,328,288.96 |
| **Total** | **69,360** | **$ 2,159,696,899.60** |



# of Business Claims Paid by Industry
- Tourism and Recreation 1.83%
- Seafood Processing and Distribution 1.77%
- Retail, Sales and Service 39.48%
- Rental Property(ies) 26.83%
- No Industry Designation 0.84%
- Multiple Industry / Business Types 0.09%
- Food, Beverage and Lodging 9.42%
- Fishing 19.74%

Amount of Business Claims Paid by Industry
- Tourism and Recreation 2.56%
- Seafood Processing and Distribution 5.63%
- Retail, Sales and Service 37.11%
- Rental Property(ies) 15.94%
- No Industry Designation 0.50%
- Multiple Industry / Business Types 0.18%
- Food, Beverage and Lodging 15.05%
- Fishing 23.02%



# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of April 06, 2011)*

### Claims by State of Residence
*(Claimants may have more than one Claim Type)*

| Claim State of Residence | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 325,634 | 98,490 | $ 1,208,054,090.24 |
| Florida | 270,765 | 106,731 | $ 1,327,261,257.23 |
| Alabama | 117,908 | 41,467 | $ 601,918,388.67 |
| Mississippi | 87,402 | 24,278 | $ 303,278,746.74 |
| Texas | 15,276 | 3,660 | $ 104,800,388.91 |
| Others | 30,289 | 10,532 | $ 160,224,631.45 |
| Total | 847,274 | 285,158 | $ 3,705,537,503.24 |



**# of Claims by State:** MS 10.32%, TX 1.80%, Other 3.57%, AL 13.92%, LA 38.43%, FL 31.96%

**Amount Paid for Claims by State:** MS 8.18%, TX 2.83%, Other 4.32%, AL 16.24%, LA 32.60%, FL 35.82%

### Claims by State of Loss
*(Claimants may have more than one Claim Type)*

| Claim State of Loss | Submitted Claims | Paid Claims | Amount Paid |
|---|---|---|---|
| Louisiana | 213,892 | 99,400 | $ 1,244,223,667.63 |
| Florida | 223,499 | 113,971 | $ 1,427,535,385.73 |
| Alabama | 88,318 | 43,980 | $ 645,748,492.21 |
| Mississippi | 56,993 | 23,442 | $ 289,800,596.45 |
| Texas | 8,069 | 2,326 | $ 68,628,341.30 |
| Other State / Pending Location Verification | | 2,039 | $ 29,601,019.92 |
| Total | | 285,158 | $ 3,705,537,503.24 |



**# of Claims by State:** AL 14.95%, MS 9.65%, TX 1.37%, FL 37.83%, LA 36.21%

**Amount Paid for Claims by State:** AL 17.43%, MS 7.82%, TX 1.85%, Other 0.80%, FL 38.52%, LA 33.58%