UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>10-4168 and 10-4169 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

### MEMORANDUM OF ISLAND VENTURES II, LLC AND NAUTICAL SOLUTIONS, LLC IN OPPOSITION TO MOTION TO AUTHORIZE USE OF SHORT FORM CLAIM FOR LIMITATION

MAY IT PLEASE THE COURT:

This Memorandum is submitted on behalf of Island Ventures II, LLC and Nautical Solutions, LLC ("IV" and "NS," respectively). IV and NS are petitioners in two limitation of liability actions filed in response to the purported class action complaint in *Robin v. Seacor Marine, LLC, et al.*, Civil Action No. 2:10-1986.[1]

The various Seacor limitation petitioners (10-3895, 10-3896 and 10-3897) have filed their opposition to the motion at issue for use of a short form claim in their limitation actions, and IV and NS concur with the Seacor opposition and the positions taken therein. Specifically, IV and

---

[1] The civil action number for the IV limitation is 10-4168, and the civil action number for the NS limitation is 10-4169.

NS do not in principle oppose the use of a short form claim in their limitation actions; however, the form proposed by counsel for the *Robin* plaintiffs is confusing in several important respects. With appropriate corrections and amendments to the *Robin* proposed short form, as reflected in the attached drafts, IV and NS would not object to the plaintiffs' motion.

As stated, IV and NS concur in the Seacor opposition and – for the convenience of the Court – adopt the argument set forth by the Seacor limitation petitioners in their opposition.

Attached hereto as Exhibits A and B are drafts of proposed short forms which can be used to clearly assert claims in the IV and NS limitation proceedings. These proposed short forms mirror the forms proposed by the Seacor limitation petitioners.

Accordingly, IV and NS respectfully suggest that this Honorable Court should, consistent with its Pre-Trial Order No. 24, order that:

(1) Direct Filing Short Forms attached as Exhibit A and Exhibit B (or substantial equivalent) may be filed in the identified limitation actions without payment of a filing fee;

(2) A separate form must be filed for each claimant in each of the identified limitation actions in which the claimant intends to file a claim;

(3) The filing of a claim in any one of the identified limitation actions will not be deemed a filing in any of the other Emergency Responder limitation actions or in the Transocean limitation action;

(4) The filing of a claim in the Transocean limitation action will not be deemed a filing in any of the emergency Responder limitation actions; and

(5) All short form claims filed in the identified limitation actions shall be allocated into pleading Bundle B4 ("Post-Explosion Emergency Responder Claims") as per Pre-Trial

Order No. 11 (Rec. Doc. 569). By submitting a short form claim in the identified limitation actions, a claimant shall be deemed to have asserted a claim within that limitation action adopting and incorporating the allegations made in the *Robin* complaint (2:10-1986, Rec.Doc. 1).

Dated:   April 8, 2011.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ Robert P. McCleskey, Jr._
Robert P. McCleskey, Jr. (Bar #9151)
Raymond T. Waid, LA Bar No.: 31351
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mccleskb@phelps.com
          raymond.waid@phelps.com

ATTORNEYS FOR ISLAND VENTURES II,
LLC AND NAUTICAL SOLUTIONS, LLC

PD.4947005.1

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 8th day of April, 2011.

_____