UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, on APRIL 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE BARBIER** |
| | * | |
| **2:11-cv-00263** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

**ORDER**

After considering Plaintiff's' Motion to Remand, the Court **GRANTS** the motion. It is therefore;

**ORDERED** that C.A. 4:10-cv-03198, *Buddy Trahan v. BP, PLC, et. al*, is remanded to the 270th District Court of Harris County, Texas.

Signed this the _____ day of _____ 2011

_____
**JUDGE PRESIDING**