# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| 2:11-cv-00263 | * | MAG. JUDGE SHUSHAN |
| | * | |

### NOTICE OF SUBMISSION

You will take notice that *Plaintiff Buddy Trahan's Opposed Motion to Remand* is set for submission before Judge Barbier on **Wednesday, April 27, 2011 at 9:30 a.m.**

Sincerely,

**Lubel Voyles LLP**

By:  /s/ Lance Lubel
    Lance H. Lubel
    Texas State Bar No.: 12651125
    Adam Q. Voyles
    Texas State Bar No.: 24003121
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    Telephone No.: (713) 284-5200
    Facsimile No.: (713) 284-5250
    Email: lance@lubelvoyles.com
**ATTORNEY FOR PLAINTIFF
BUDDY TRAHAN**

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing *Notice of Submission* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of April, 2011.

          /s/ Lance Lubel
          Lance Lubel