09/03/2010 15:01 FAX                                                                                                  ☒052/068

Filed 10 August 30 P2:00
Loren Jackson - District Clerk
Harris County
ED101J015934259
By: Sandra Talbert

CAUSE NO. 2010-52092

| | | |
|---|---|---|
| BUDDY TRAHAN | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | |
| BP AMERICA INC., ET AL. | § § § § § | HARRIS COUNTY, TEXAS |
| | § | 270TH JUDICIAL DISTRICT |

### DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendants BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP Exploration & Production Inc., and BP America Production Company ("Defendants") file this Original Answer in response to Plaintiff's Original Petition filed by Buddy Trahan.

Defendants assert a general denial as authorized by Rule 92 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that upon final hearing the Court enter judgment that Plaintiff takes nothing and that Defendants be awarded their costs of court and such other and further relief to which they may be justly entitled.

EXHIBIT
B

Respectfully submitted,

ANDREWS KURTH LLP

By /s/ Thomas W. Taylor

Thomas W. Taylor
State Bar No. 19723875
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 FAX
ttaylor@andrewskurth.com

J. Andrew Langan, P.C.
Texas Bar No. 24066576
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: 312.862.2000
Fax: 312.862.2200
andrew.langan@kirkland.com

ATTORNEYS FOR DEFENDANTS
BP AMERICA INC., BP CORPORATION
NORTH AMERICA INC., BP COMPANY
NORTH AMERICA INC., BP PRODUCTS
NORTH AMERICA INC., BP EXPLORATION
& PRODUCTION INC., AND BP AMERICA
PRODUCTION COMPANY

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to counsel of record pursuant to the Texas Rules of Civil Procedure on this 30th day of August, 2010.

> Lance H. Lubel
> Adam Q. Voyles
> McKenna Harper
> Lubel Voyles LLP
> 1300 Post Oak Blvd., Suite 2000
> Houston, Texas 77056

*Thomas W. Taylor*
Thomas W. Taylor

- 3 -



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this September 3, 2010

Certified Document Number: 46210178 Total Pages: 3

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com