Filed 10 September 2 A8:59
Loren Jackson - District Clerk
Harris County
ED101J015939563
By: Irma medina

CAUSE NO. 2010-52092

| | | |
|---|---|---|
| BUDDY TRAHAN | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | HARRIS COUNTY, TEXAS |
| vs. | § | |
| | § | |
| BP, PLC, et al | § | 270th JUDICIAL DISTRICT |
| | § | |
| Defendants. | § | Jury Trial Requested |

## ORIGINAL ANSWER

Defendant Cameron International Corporation ("Cameron") and files this its Original Answer and in support thereof would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

1.   Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Cameron denies each and every, all and singular, of the allegations asserted by Plaintiffs and demands strict proof thereof.

### II.
### FURTHER MATTERS

2.   Cameron reserves the right to amend its answer as permitted by the Texas Rules of Civil Procedure.

Certified Document Number: 46246513 - Page 1 of 2


EXHIBIT C

RESPECTFULLY SUBMITTED,

BECK, REDDEN & SECREST, L.L.P.

David J. Beck
Federal Bar No. 919
State Bar No. 00000070
Joe W. Redden, Jr.
Federal Bar No. 2139
State Bar No. 16660600
David W. Jones
Federal Bar No.
State Bar No. 00790980
Jim Taylor
State Bar No. 0078512
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2029
Telephone: 713-951-3700
Facsimile: 713-951-3720

**ATTORNEY FOR DEFENDANT CAMERON INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served in compliance with the Texas Rules of Civil Procedure on all counsel of record on September ___, 2010:

Jim Taylor

Certified Document Number: 46246513 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this September 3, 2010

Certified Document Number: 46246513 Total Pages: 2

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com