163

```
 1                       Yes, sir.
 2           CAPT NGUYEN:
 3                       Yes, sir.  Thank you very much.
 4           You are dismissed.
 5                       We'll take a break until 11
 6           o'clock.
 7           (Whereupon, a short break was taken off the
 8           record.)
 9           CAPT NGUYEN:
10                       Please be seated.  The board will
11           now call on Captain Curt Kuchta with
12           Transocean.  Good morning, sir.
13           THE WITNESS:
14                       Good morning.
15           CAPT NGUYEN:
16                       Would you rise and raise your right
17           hand, please?
18                       *   *   *   *   *   *
19                       CAPTAIN CURT KUCHTA,
20           after being first duly sworn in the cause,
21           testified as follows:
22           CAPT NGUYEN:
23                       Thank you very much.  Please be
24           seated.
25           MR. KOHNKE:
```

EXHIBIT D

232

1                    I don't really recall.
2           MR. GODFREY:
3                    Thank you.  I have no further
4           questions.
5           MR. GORDON:
6                    Captain, would it be okay if I
7           ask some questions?
8           CAPT NGUYEN:
9                    Sure, go ahead.
10                  E X A M I N A T I O N
11     BY MR. GORDON:
12          Q.   Hello, Captain.
13          A.   Hello.
14          Q.   I want to visit the call regs.  Are
15     you familiar with the call regs?
16          A.   Five weeks ago I was much more
17     familiar with them.  Obviously, situation's
18     passed.  I'm not familiar with them much
19     anymore.
20          Q.   Is the DEEPWATER HORIZON, before she
21     sank, was she considered a vessel, in your
22     opinion?
23          A.   Yes.
24          Q.   Were you the captain and master of
25     that vessel?