UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the Gulf ) <br> OF MEXICO, ON APRIL 20, 2010 ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Civil Action No. 2:10-cv-02771-CJB-SS) <br> IN RE THE COMPLAINT AND ) <br> PETITION OF TRITON ASSET ) <br> LEASING GmbH, ET AL ) | MDL NO. 2179 <br><br> SECTION: "J" <br><br> JUDGE CARL J. BARBIER <br><br> MAG. JUDGE SALLY SHUSHAN |

### FINAL MOTION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes claimants, **L. D. MANUEL AND GENEVA B. MANUEL, IN THEIR INDIVIDUAL CAPACITY AND AS SURVIVING PARENTS OF BLAIR MANUEL**, and on suggesting to the Court that all matters and claims filed by any party against any party, including, but not limited to, **TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. AND TRANSOCEAN DEEPWATER, INC, AS OWNERS, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, HER ENGINES, GEAR, TACKLE, APPURTENANCES, ETC., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY, BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA**

- 1 -

CORPORATION, MITSUI OIL EXPLORATION COMPANY, LTD. (A/K/A MOECO), WEATHERFORD INTERNATIONAL, INC., WEATHERFORD U.S.L.P., DRIL-QUIP, INC., MARINE SPILL RESPONSE CORPORATION, AIRBORNE SUPPORT, INC., AIRBORNE SUPPORT INTERNATIONAL, INC., LYNDEN, INC., DYNAMIC AVIATION GROUP, INC., INTERNATIONAL AIR RESPONSE, INC., LANE AVIATION, NATIONAL RESPONSE CORPORATION, O'BRIEN RESPONSE MANAGEMENT, INC., TIGER SAFETY, LLC, DRC EMERGENCY SERVICES LLC, NALCO COMPANY, AND THE UNITED STATES OF AMERICA** in this controversy have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

*/s/ Matthew D. Shaffer*

**Matthew D. Shaffer (#8877)**
**Dennis M. McElwee (#7490)**
**Arthur L. Schechter (#1454)**
Schecter, McElwee, Shaffer & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas 77006
Telephone: 713-524-3500
Facsimile: 713-751-0412

**Attorneys for Claimants L. D. Manuel and Geneva B. Manuel**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 8th day of April, 2011, served a copy of the above and foregoing pleading on counsel for all parties to these proceedings by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

_____
MATTHEW D. SHAFFER