UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON" in the Gulf<br>OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:10-cv-02771-CJB-SS<br>IN RE THE COMPLAINT AND<br>PETITION OF TRITON ASSET<br>LEASING GmbH, ET AL | |

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **L. D. MANUEL AND GENEVA B. MANUEL, IN THEIR INDIVIDUAL CAPACITY AND AS SURVIVING PARENTS OF BLAIR MANUEL**, against any party including but not limited to **TRITON ASSET LEASING GMBH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. AND TRANSOCEAN DEEPWATER, INC, AS OWNERS, MANAGING OWNERS, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, HER ENGINES, GEAR, TACKLE, APPURTENANCES, ETC., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY, BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, BP P.L.C., HALLIBURTON ENERGY SERVICES, INC., M-I, LLC, CAMERON INTERNATIONAL CORPORATION F/K/A COOPER CAMERON CORPORATION, ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC, MOEX USA CORPORATION, MITSUI OIL**

EXPLORATION COMPANY, LTD. (A/K/A MOECO), WEATHERFORD INTERNATIONAL, INC., WEATHERFORD U.S.L.P., DRIL-QUIP, INC., MARINE SPILL RESPONSE CORPORATION, AIRBORNE SUPPORT, INC., AIRBORNE SUPPORT INTERNATIONAL, INC., LYNDEN, INC., DYNAMIC AVIATION GROUP, INC., INTERNATIONAL AIR RESPONSE, INC., LANE AVIATION, NATIONAL RESPONSE CORPORATION, O'BRIEN RESPONSE MANAGEMENT, INC., TIGER SAFETY, LLC, DRC EMERGENCY SERVICES LLC, NALCO COMPANY, AND THE UNITED STATES OF AMERICA be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE