UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

**MEMORANDUM OF MONICA ANN, L.L.C.,
JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C.
IN OPPOSITION TO MOTION
TO AUTHORIZE USE OF SHORT FORM CLAIM FOR LIMITATION**

MAY IT PLEASE THE COURT:

This Memorandum is submitted on behalf of Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C. (herein "Petitioners"), petitioners in a limitation of liability action filed in response to the purported class action complaint in *Robin v. Seacor Marine, LLC, et al.*, Civil Action No. 2:10-1986.[1]

The various Seacor limitation petitioners (10-3895, 10-3896 and 10-3897) have filed their opposition to the motion at issue for use of a short form claim in their limitation actions, and Petitioners concur with the Seacor opposition and the positions taken therein. Specifically, the

---

[1] The civil action number for Petitioners'/the M/V MONICA ANN's limitation action is 11-58.

M/V MONICA ANN Petitioners do not in principle oppose the use of a short form claim in their limitation action; however, the form proposed by counsel for the *Robin* plaintiffs is confusing in several important respects. With appropriate corrections and amendments to the *Robin* proposed short form, as reflected in the attached draft, Petitioners would not object to the *Robin* plaintiffs' motion.

As stated, the M/V MONICA ANN Petitioners concur in the Seacor opposition and – for the convenience of the Court – adopt the argument set forth by the Seacor limitation petitioners in their opposition memorandum (Doc. 1898).

Attached hereto as Exhibit A is a draft of proposed short form which can be used to clearly assert claims in the M/V MONICA ANN's limitation proceeding. This proposed short form mirrors the forms proposed by the Seacor limitation petitioners.

Accordingly, the M/V MONICA ANN Petitioners respectfully suggest that this Honorable Court should, consistent with its Pre-Trial Order No. 24, order that:

(1) The Direct Filing Short Form attached as Exhibit A (or substantial equivalent) may be filed in the identified limitation action without payment of a filing fee;

(2) A separate form must be filed for each claimant in each of the specified limitation actions in which the claimant intends to file a claim;

(3) The filing of a claim in any one of the Emergency Responder limitation actions will not be deemed a filing in any of the other Emergency Responder limitation actions or in the Transocean limitation action;

(4) The filing of a claim in the Transocean limitation action will not be deemed a filing in any of the Emergency Responder limitation actions; and

- 3 -

(5)     All short form claims filed in any of the Emergency Responder limitation actions shall be allocated into pleading Bundle B4 ("Post-Explosion Emergency Responder Claims") as per Pre-Trial Order No. 11 (Rec. Doc. 569). By submitting a short form claim in any of the Emergency Responder limitation actions, a claimant shall be deemed to have asserted a claim within that specific limitation action adopting and incorporating the allegations made in the *Robin* complaint (2:10-1986, Rec.Doc. 1).

Dated:   April 8, 2011.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ William J. Riviere_

William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
   herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition to Motion to Authorize Use of Short Form Claim for Limitation submitted on behalf of Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C., has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 8th day of April, 2011.

_____
William J. Riviere