# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | * | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, on APRIL 20, 2010** | * | |
| | * | **SECTION J** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE BARBIER** |
| | * | |
| **2:11-cv-00263** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

After considering Defendant Dril-Quip Inc.'s Motion to Dismiss, the Court **DENIES** the motion. It is therefore;

**ORDERED** that Defendant Dril-Quip Inc.'s Motion to Dismiss is DENIED.

Signed this the _____ day of _____ 2011

_____
**JUDGE PRESIDING**