UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| 2:11-cv-00263 | * * | MAG. JUDGE SHUSHAN |

**ORDER**

After considering Defendant M-I L.L.C. Motion to Dismiss, the Court **DENIES** the motion. It is therefore;

**ORDERED** that Defendant M-I L.L.C.'s Motion to Dismiss is DENIED.

Signed this the _____ day of _____ 2011

_____
**JUDGE PRESIDING**