IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>**Applies to:**<br>*The St. Joe Company, v. Halliburton Energy Serv. Inc.,*(No. 2:11-cv-258) | § § § § § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

. .. .. .. .. .. .. .. .. .. .. .. . .

### HALLIBURTON ENERGY SERVICES INC.'S
### NOTICE OF FILING IN RELATED PROCEEDING

Defendant Halliburton Energy Services, Inc. ("HESI") hereby gives notice of recent filings in a related proceeding. HESI provides this court notice of the attached filings (see Exhibits 1 and 2) filed in related matter pending in the Delaware district court.

Dated April 8, 2011.

Respectfully submitted

**GODWIN RONQUILLO PC**

/s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@godwinronquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@godwinronquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@godwinronquillo.com

Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2011 a copy of the aforegoing was filed electronically with the Clerk of the Court using the CM/ECF system, and that an electronic version of this document was forwarded by e-mail to all liaison counsel.

                                                                /s/ Donald E. Godwin