# EXHIBIT 1

# Pepper Hamilton LLP
###### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Edmond D. Johnson
direct dial: 302.777.6539
direct fax: 302.691.4739
johnsone@pepperlaw.com

April 8, 2011

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *St. Joe Company v. Halliburton Energy Services, Inc.
and M-I, L.L.C. a/k/a M-I SWACO, No. 1:11-cv-263- GMS*

Dear Judge Sleet:

I represent the Plaintiff in the referenced matter (the "Halliburton Matter") that was assigned to your Honor on April 6, 2011. The Halliburton Matter was filed in the Superior Court for New Castle County on March 27, 2011  It was removed from the Superior Court to the Federal District Court on March 30, 2011. On March 31, 2011 Plaintiff moved to remand the matter to the Superior Court because it believes that the case was improperly removed.

Plaintiff's belief is based, in significant part, on an Opinion and Order granting Plaintiff's motion to remand entered by this Court (Stark J.) on March 18, 2011 in the case of The St. Joe Company v. Transocean Offshore Deepwater Offshore Drilling, Inc. 1:10-cv-00968-LPS (the "Transocean Matter"). The removal in the Transocean Matter was based on the same legal theories and involved the same factual underpinnings as the Halliburton Matter. Because the two matters are on all fours both legally and factually, it appears to Plaintiff that it would serve the interests of judicial efficiency to assign the Halliburton Matter to the judge who addressed the same arguments in the Transocean Matter and issued the aforementioned Opinion and Order just a few short weeks ago.

I have attached a copy of the Court's Opinion in the Transocean Matter for the Court's convenience.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Gregory M. Sleet
Page 2
April 8, 2011

Counsel are available for consultation if the Court has any questions.

Respectfully,

Edmond D. Johnson  (# 2257)

EDJ/kw
cc: Michael A. Weidinger, Esquire

#14127341 v1