# EXHIBIT 2

# Pinckney, Harris & Weidinger, LLC
1220 North Market Street, Suite 950
Wilmington, Delaware 19801
Telephone (302) 504-1497
Facsimile (302) 655-5213

Joanne P. Pinckney
Direct Dial – (302) 504-1498
jpinckney@phw-law.com

April 8, 2011

**VIA ELECTRONIC AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   St. Joe Company v. Halliburton Energy Services, Inc. and M-I, LLC a/k/a M-I SWACO, No. 1:11-cv-263-GMS, a re-filing of St. Joe Company v. Halliburton Energy Services, Inc., No. 1:10-cv-00733-GMS (transferred to MDL-2179, Feb. 14, 2011) and St. Joe Company v. M-I, LLC a/k/a M-I SWACO, No. 1:10-cv-00810-GMS (transferred to MDL-2179, Feb. 14, 2011)

Dear Judge Sleet:

Counsel for The St. Joe Company ("St. Joe") requests that you reassign its re-filed case to Judge Stark based on his prior order in *St. Joe Company v. Transocean Offshore Deepwater Drilling, Inc.*, No. 1:10-cv-99-00968-LPS, because this case is purportedly "on all fours both legally and factually." Dkt. 6. St. Joe fails to disclose the two prior cases that have already been before this Court and transferred to MDL-2179 that were not just "on all fours" but were legally and factually identical to the claims St. Joe alleges against both Halliburton Energy Services, Inc. ("HESI") and M-I, LLC ("M-I") in No. 1:11-cv-263-GMS.

St. Joe also failed to disclose that it attempted to voluntarily dismiss those cases and avoid the MDL court's pre-trial jurisdiction. Yesterday, Judge Carl J. Barbier of the Eastern District of Louisiana, who presides over MDL-2179, held a lengthy hearing on motions filed by HESI and M-I seeking an injunction to prevent St. Joe from attempting to thwart the pre-trial jurisdiction of that MDL court. *See In re Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179-CJB-SS, Dkt. 1884; *see also* Dkt. 1799, 1807, 1809, 1824, 1826, 1843, 1849, 1864 (pleadings). The Judicial Panel on Multidistrict Litigation ("JPML"), acting with extraordinary swiftness, has already issued a conditional transfer order on No. 1:11-cv-00263. *See* Conditional Transfer Order No. 15, MDL-2179, Dkt. 544 (issued April 4, 2011).

Judge Barbier has taken HESI and M-I's motions under advisement. At Thursday's hearing, Judge Barbier repeatedly expressed how "distasteful" he found St. Joe's procedural

The Honorable Gregory M. Sleet
April 8, 2011
Page Two

maneuvering and announced he would withhold his decision for the time being as the case works its way through the JPML on its way to the MDL proceeding.

In sum, this Court should not reassign this case to Judge Stark. Instead, like Judge Barbier, this Court should, in the interest of judicial economy and efficient resolution of litigation, let the JPML process run its course so that all pre-trial matters relevant to St. Joe's claims are addressed in the proper forum—the MDL presently pending in the Eastern District of Louisiana.

Thank you for your attention to these most important issues. Should the Court desire additional briefing on this matter, HESI requests the opportunity to do so.

Sincerely,

Joanne P. Pinckney

Donald E. Godwin

cc: Judge Carl J. Barbier, MDL-2179 (attaching Dkt. 6)
Edmond D. Johnson, counsel for St. Joe