**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          **MDL NO. 2179**
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          **SECTION J**

Applies to: *All Cases*          **JUDGE BARBIER**
                                        **MAGISTRATE JUDGE SHUSHAN**

## ORDER

### [Working Group[1] Conference on Friday, April 8, 2011]

This order reflects the action taken at the Working Group Conference on Friday, April 8, 2011, and the requirements for the Working Group Conference on **Friday, April 15, 2011,** and thereafter.

1.     **Document Production**.

April 4, 2011          All requests for production of documents served on or before April 4, 2011 are "prior requests" for purposes of part no. 1 of this order.

April 29, 2011          Deadline for the parties to serve "cleanup" requests for production of documents for use in the February 27, 2012 trial.

May 27, 2011          Deadline for production of documents responsive to "prior requests" directed to the February 27, 2012 trial.

Deadline for <u>timely</u> objections to requests for production.  The parties are encouraged to proceed as promptly as possible with the service of objections, meetings to resolve the objections, and filing motions to compel with requests for expedited hearing.

---

[1]   The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

**July 1, 2011**          Deadline for production of documents in response to requests for production served on or before April 29, 2011 (other than "prior requests").  This does not alter the requirement for the production of custodial files nor does it relieve the parties of the need to produce documents on a rolling basis or in accord with an agreed priority ranking of the requests.

2.      **Custodial Production for London Depositions.**

BP reported that it shall attempt to produce custodial files fourteen (14) days before a UK deposition.  The PSC requested that BP and other parties produce custodial files for the London depositions by May 23, 2011.  BP shall provide the Court with a letter explaining why it cannot produce the custodial files by May 23, 2011.

3.      **Privilege log for BP's Communications With In-House Counsel**.

The Court reported that it reviewed a random sample of 100 documents which were withheld from production.  There is no need for BP to prepare a privilege log for the communications with in-house counsel which have been withheld from production.  An order will be issued.

4.      **Duration of Examination by Defendants**.

BP's request for additional time was granted by the Court.  Rec. doc. 1882.  Since then, additional time was ceded to BP for two of the five depositions.  For those two depositions, it shall forgo the twenty minutes added to the depositions and return the remaining twenty minutes pro-rata to the PSC, United States and the States.

Halliburton reported that its request for additional time for Fred Sabins (No. 108) would be resolved informally.

By **Friday, April 15, 2011**, the parties shall identify any depositions for May which they

2

contend will require additional time.

By **Friday, April 29, 2011**, the parties shall identify any depositions for June which they contend will require additional time.

**5.       Marine Board Hearing**.

The PSC and Halliburton reported on the status of the hearing.  Cathleenia Willis did not testify at the hearing.

**6.       PSC**.

On April 8, 2011, the PSC reported that the Konsberg deposition was complete and the document production issues were resolved.  **On April 15, 2011,** it shall update the Court as necessary on the following.

53.     Rule 30(b)(6) Oceaneering

The PSC's tentative conclusion is that an Oceaneering deposition will not be required.

198.     Rule 30(b)(6) Wild Well Control

The PSC reported that Wild Well Control, a third-party consultant, had responsibilities at the time of the well blowout.  It will report on document production issues and scheduling.

**7.       BP**.

**On April 15, 2011,** BP shall update the Court as necessary.

**A.       BP's Rule 30(b)(6) Deposition**.

BP reported the following designees for its deposition.

| No. | Name | Deposition Date | Topics |
|---|---|---|---|
| | Johnson, Dennis | | 28 |
| | Kennelly, | | Portions of 4 and 5 |

|      | Mazilla, Mark          |                             | 12, 32 and portions of 4 and 5 |
|------|------------------------|-----------------------------|--------------------------------|
|      | Liu, Ms. Xuemei        | May 23                      | 2 (potential income)           |
| 20.  | Lynch, Richard         | May 19 and 20               | portions of 4 and 5            |
| 32.  | Thierens, Henry "Harry" | June 9 and 10 (London)     | portions of 4 and 5            |
| 200. | Baxter, John           | June 21 and 22 (London)     | 20                             |

**B.     UK Depositions**.

|      |                |    |
|------|----------------|----|
| 83.  | Kellingray, Daryl | BP |
|      | Little, Ian    | BP |

Ian Little was added by Haliburton and others.

|      |               |                          |                    |
|------|---------------|--------------------------|--------------------|
| 42.  | Brown, David  | Rule 30(b)(6) CSI Technologies | June 13 and 14 |
| 108. | Sabins, Fred  | Rule 30(b)(6) CSI Technologies | April 28 and 29 |

The parties will meet and confer on the scope of Topic 5.

|      |               |                    |                      |
|------|---------------|--------------------|----------------------|
| 145. | Rule 30(b)(6) | Stress Engineering | June 2 and 3(tentative) |

BP reports that Stress Engineering will be examined on three different reports and each report will require a different designee.  They are Mr. Bohla, Ken Young and Andreas Katzounar. The three designees are tentatively scheduled to be deposed serially on June 2 and 3.

|      |               |                  |
|------|---------------|------------------|
| 192. | Rule 30(b)(6) | Vector Magnetics |

BP is working on Vector Magnetics.

**C.     Present or Former BP Employees**.

|      |               |           |
|------|---------------|-----------|
| 21.  | Mogford, John | Former BP |

BP reported that: (a) Mogford is working in London; (b) he seeks compensation for appearing for a deposition; and (c) the parties have studied the ethics issues.  BP was urged to secure

4

dates for the deposition in London and then work through the cost issue.

|     |     |     |     |
|-----|-----|-----|-----|
| 7.  | Cocales, Brett | Rescheduled from April 18 and 19 to April 25 and 26 | |
| 39. | Wells, Kent | Deposition will begin on Tuesday, April 19, at 11:00 a.m. | |
| 29. | Skidmore, Ross | BP E&P | May 12 and 13 (tentative) |

**D.      Non-Party Deponents Requested by BP.**

| 88. | Haynie, William | ABS Surveyor | June 27 and 28 |
|-----|-----|-----|-----|

BP confirmed the dates for Haynie's deposition.

| 110. | McKay, David | DNV Surveyor | June 27 and 28 (tentative) |
|------|-----|-----|-----|

BP reported that: (a) McKay is a pre-incident surveyor; (b) it will obtain a projection of the costs sought by McKay; and (c) he may testify on May 11 and 12, rather than June 27 and 28.

| 113. | Campbell, Pat | Wild Well Control | July 12 and 13 |
|------|-----|-----|-----|

The deposition date in New Orleans was confirmed.

| 146. | Cargol, Mike | Subsea | |
|------|-----|-----|

BP is in contact with the deponent.

**8.      Transocean.**

**On April 15, 2011,** Transocean shall update the Court as necessary.

**A.      Present or Former Transocean Employees.**

| 61. | Kuchta, Curt | Transocean | Represented by Kyle Schonekas. |
|-----|-----|-----|-----|

Kuchta was the master of the Deepwater Horizon. His deposition was set for April 18 and 19. His counsel reported that he would invoke the Fifth Amendment. The PSC believes that if the deposition is delayed until July, he may not invoke the Fifth Amendment. Kuchta's counsel is to be asked to provide firm dates for the deposition in July.

82.     Redd, Eddy              Transocean

**B.     Plaintiff PI Track**.

The six persons on this track (Nos. 155-57, 159, 164 and 165) are deferred**.**

**C.     Further Transocean Deponents**.

Transocean requested that the scheduling of these depositions be deferred until after April 20, 2011.  BP raised an issue with the delay in scheduling these depositions as well as the plaintiff PI track depositions.

| No. | Name | Personal Counsel | Dates |
|-----|------|------------------|-------|
| 154. | Holloway, Caleb | Ernie Connor | |
| 158. | McWhorter, Jim | Mike Walsh | |
| 160. | Morgan, Patrick | Tony Buzbee | |
| 162. | Sandell, Micah | Tony Buzbee | |
| 163. | Seriale, Allen | Kurt Arnold | |
| 166. | Wheeler, Wyman | Represented | |
| 167. | Williams, Michael | Paul Sterbcow | |

Mr. Sterbcow reported that Williams will testify after he appears before the grand jury. There is no Fifth Amendment issue.

        Bobillier, Arnaud

The PSC requested that Bobillier be added to the Master List.  He is an executive vice president of Transocean.

        Boughton, Geoff

        Hackney, David

6

Keeton, Jonathan

Mansfield, James

Odenwald, Jay

BP requested the addition of these Transocean employees to the Master List.  Boughton has been involved in BOP forensics.  Odenwald is a subsea supervisor.  Transocean shall undertake to obtain dates for the depositions of these witnesses to take place after April 20, 2011, but to get them on the deposition schedule.

9.    **Halliburton**.

**On April 15, 2011,** Halliburton shall update the Court as necessary.

A.    **Halliburton's Rule 30(b)(6) Deposition**.

The deposition of Tim Probert (No. 118) is set for May 8 and 9.  He is designated to testify on the Rule 30(b)(6) topics regarding Sperry's contractual duties.

B.    **Non-Party Rule 30(b)(6) Notices**.

112.    Dril-Quip, Inc.

Halliburton is working on this deposition.

C.    **Other Deponents**.

127.    Adams, Neal            Independent Consultant (Petro Engineer)

Halliburton and BP requested that Adams be passed until April 15.

Anderson, Paul            April 27 and 28

Serio, Mike            April 28 and 29

Faul, Ron            June 29 and 30

Halliburton confirmed the dates for Anderson, Serio and Faul.

7

10.   **Anadarko/MOEX**.

**On April 15, 2011,** Anadarko and MOEX shall update the Court as necessary.

A.      **Anadarko Rule 30(b)(6).**

One of its 30(b)(6) designees is:

Byrd, Jeremy                                        July 13

Anadarko/MOEX will attempt to schedule Byrd for an earlier date.

B.      **Non-Party Rule 30(b)(6) Notices**.

54.     Eric Guidry     Rule 30(b)(6) Randy Smith Training Sol.     May 9

Anadarko confirmed the date for the deposition.  Cost issues must be resolved.

111.    Rule 30(b)(6)            DNV                             June 21 and 22

The United States reported that DNV will only require reimbursement of travel and subsistence expenses.  The dates for the deposition are confirmed.  Anadarko will re-circulate the notice of the deposition.

138.    Rule 30(b)(6)            Nexen, Inc.                     May 23

Anadarko confirmed the date for the deposition.  The designee from Nexen's procurement department has not been identified.

C.      **Non-Party Deponents Requested by Anadarko/MOEX.**

141.    Paine, Kate            Independent Consultant            April 18 and 19

Paine worked for several contractors, including Quadril Energy.  She will be compensated for travel, subsistence and lost time.  The dates are confirmed.

11.  **M-I Swaco**.

**On April 15, 2011,** M-I Swaco shall update the Court as necessary.

**Present or Former M-I Swaco Employees.**

131.    Smith, J.R.              M-I Swaco                July 20-21 (tentative)

M-I Swaco was asked to try to schedule Smith for June 15, 16 or 17.

12.  **Weatherford**.

**On April 15, 2011,** Weatherford shall update the Court as necessary.

193     Clawson, Bryan       Rule 30(b)(6) Weatherford       June 6 and 7

195.    Lirette, Brent       Rule 30(b)(6) Weatherford       June 6 and 7

The parties are very close to an agreement on the notice.  Clawson and Lirette will testify

serially on June 6 and 7.  Daniel Oldfather (No. 194) has not returned to work.

13.  **Louisiana**.

Louisiana submitted its memorandum on why the testimony of certain persons is relevant

to the issues in the February 27, 2012 trial.  Any responses to Louisiana's memorandum shall be

submitted by Monday, April 11, 2011.

14.  **Brian Morel Marital Privilege**.

There was agreement that the PSC is delegated with the authority to resolve what portions

of the email communications between Mr. and Mrs. Morel will be redacted.

15.  **Witness and Exhibit Lists**.

The parties will file preliminary witness lists on May 1, 2011.  The parties may use the

running index from the depositions for the preliminary exhibit list.

16.   **MDL 2185.**

Counsel for one group of plaintiffs in MDL 2185 reported on progress with document production.

New Orleans, Louisiana, this 11th day of April, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**