MINUTE ENTRY
SHUSHAN, M.J.
APRIL 8, 2011

**MJSTAR: 01:15**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION NUMBER: 10-MDL-2179 SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, APRIL 8, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Toni Tusa

A discovery status conference was held this date before Magistrate Judge Sally Shushan. The attached letter dated April 7, 2011 regarding Captain Curt Kuchta is to be placed into the record.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.