

**SCHONEKAS
EVANS
McGOEY &
McEACHIN, LLC**

Kyle Schonekas
504.680.6052
Kyle@semmlaw.com

April 7, 2011

**VIA E-MAIL:**
Donald Godwin
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX 75270

Re:   In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL# 2179

Dear Don:

I write to advise that at this time Captain Curt Kuchta's intentions are to invoke his Fifth Amendment rights. I request that his deposition, set for April 18-19, 2011 be cancelled. Please let me know immediately if a formal Motion to Quash is necessary.

With best regards, I am

Sincerely,

Kyle Schonekas

KDS/jhr
cc:   Paul Sterbcow (via e-mail)