## CONFERENCE ATTENDANCE RECORD

DATE: 4-8-11                                TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS        CONFERENCE

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Henry Dart | St of LA |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Jim Roy | PSC - Co Liaison |
| Ky Kirby | Anadarko MOEX |
| Bryan Payne | MDL 2185 Securities Plaintiffs Sub-class |
| Steve Herman | Plaintiffs |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Cornelius Pentant | Cameron |
| Keth B Hall | " |
| Corey Mace | Alabama |
| Luther Strange | Alabama |
| Avon Lavoa | AL |
| Don Hatcraft | AL |
| Ryan Babcock | AL |
| Joe Hassinger | STATE OF LA |
| Edward D. Wegman | Weatherford |
| Glen Goodier | Weatherford |
| S Pence | EDC |
| R Gasaway | BP |
| Bill Straaley | MDL 2185 ~ TT Houston |
| David Pote | LA |
| Robert Cunningham | PSC |
| Mike Underhill | US |
| Anthony Irpino | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Melinda Nicholson | MDL 2185 Derivative P's |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Tony Fitch
Robert Reine
Skip McAloon
Steve O'Roarke
Ted Tsekerides
Wendy Bishop
Chad Mestere