**RETURN**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Khai Nguyen, Hang Nguyen-Musselman L.L.C. and Christopher Vance<br>*Plaintiff*<br>v.<br>BP America Production Co. and BP Exploration and Production, Inc.<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.  MDL 10-2179 J(1)<br>)<br>)                       11-685<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP AMERICA PRODUCTION COMPANY
Through its Registered Agent:
CT Corporation System
Suite 400B
5615 Corporate Boulevard
Baton Rouge, AL 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul N. Vance, Esq.
Scott L. Sternberg, Esq.
Baldwin Haspel Burke & Mayer, L.L.C.
1100 Poydras Street, Suite 2200
New Orleans, LA 70163

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: ___Mar 31 2011___     *Stephanie Kall*
*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lynette Bass, CT Corporation , who is
designated by law to accept service of process on behalf of *(name of organization)* BP America
Production Company on *(date)* 4-6-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4-6-11

*Server's signature*

Roy P. Chauvin, Jr.   Paralegal
*Printed name and title*

1100 Poydras St. Ste 2200, New Orleans, LA 70163
*Server's address*

Additional information regarding attempted service, etc: