# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | |
| | * | SECTION "J" |
| | * | DIVISION "I |
| | * | JUDGE CARL J. BARBIER |
| This document relates | * | |
| to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S MOTION FOR APPROVAL OF THE USE OF SHORT FORM CLAIM IN THE SEACOR ET AL LIMITATION ACTIONS

**NOW COMES,** Plaintiffs, **Terry G. Robin**, et al. through undersigned counsel, and suggesting to this Honorable Court Plaintiffs original motion has been misunderstood by the PSC and the Defendants, Plaintiffs move for leave of Court to for file a Reply Memorandum clarifying the relief sought from this Honorable Court.

**Respectfully Submitted,**

**/s/Lloyd N. Frischhertz**
LLOYD N. FRISCHHERTZ (#5749)
Fritschhertz & Associates
1130 St. Charles Ave.
New Orleans, LA 70130
Telephone: 504-523-1500
Facsimile:   504-581-1670
E-Mail: lfrischhertz@frischhertzlaw.com
Attorneys for Plaintiffs, Terry G. Robin, *et al*,

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of April, 2011.

              **/s/ Lloyd Frischhertz**
              **Lloyd Frischhertz**