THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: DEEPWATER HORIZON | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | DIVISION "I" |
| | * | JUDGE CARL J. BARBIER |
| This document relates to: 10-CV-1986 | * | MAGISTRATE SHUSHAN |

**********************************************************************

## ORDER

Considering the foregoing:

    IT IS HEREBY ORDERED, that Plaintiffs, Terry G. Robin et al, be and is hereby granted leave of court to file a reply memorandum to its Motion for approval of the Short Form limitation Claim Form approved and authorized by order of the Court for use in the Transocean Limitation Proceedings.

    New Orleans, Louisiana this _____ day of _____, 2011.

                                          _____
                                          **UNITED STATES DISTRICT JUDGE**