THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | **MDL NO. 2179** |
| | * | |
| | * | **SECTION "J"** |
| | * | |
| | * | **DIVISION "1"** |
| | * | |
| | * | **JUDGE CARL J. BARBIER** |
| | * | |
| **This document relates to: 10-CV-1986** | * | **MAGISTRATE SHUSHAN** |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED, that the Short Form propose by Plaintiffs, Terry G. Robin, et al. in 2:10-1986 marked Exhibit A and attached to their reply memorandum be and is hereby approved for filing claims in the Fireboat Responders Limitation Actions 10-3897, 10-3896, 10-3895- 10-04169.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**