UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on
APRIL 20, 2010 : SECTION: J

: JUDGE BARBIER
APPLIES TO: C.A. 10-1926 : MAG. JUDGE SHUSHAN

## ORDER

On March 31, 2011, a motion to enroll, substitute and withdraw counsel (Doc #1828) was filed by the plaintiffs, which the court deemed deficient.

Counsel was notified of the deficiency, and given seven days to correct the pleading. This is to advise counsel that as of April 12, 2011, this document has not been corrected, and, therefore, has been stricken from the record, and will not be considered by the court.

New Orleans, Louisiana, this 12th day of APRIL, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE