# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | |
| **"DEEPWATER HORIZON" IN THE** | | **MDL NO. 2179** |
| **GULF OF MEXICO ON APRIL 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** | | **MAG. JUDGE SHUSHAN** |
| | * | |
| **DIRECT FILING SHORT FORM** | | |
| **CIVIL ACTION NO. 10-8888** | * | |

## NOTICE OF DISMISSAL AND WITHDRAWAL
## WITHOUT PREJUDICE OF DIRECT FILING
## SHORT FORM FOR ERICA LYNN, INC.

Erica Lynn, Inc. files its notice of dismissal and withdrawal without prejudice of its Direct

Filing Short Form previously filed in this matter on April 10, 2011.

STEVEN L. NICHOLAS  (NICHS2021)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
Attorneys for Erica Lynn, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this the 12 day of April, 2011.

STEVEN L. NICHOLAS