UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 10-1921 | SECTION: J(1) |

### ORDER

Before the Court is a **Motion to Dismiss with Prejudice (Rec. Doc. 1893)** filed by Plaintiffs in member case 10-1921. The Court has already granted a Motion to Dismiss with Prejudice (Rec. Doc. 1877) filed by the same Plaintiffs in the same member case in an Order (Rec. Doc. 1889) dated April 7, 2011. Accordingly,

**IT IS ORDERED** that Certain Plaintiffs' **Motion to Dismiss with Prejudice (Rec. Doc. 1893)** is hereby **DENIED AS MOOT.**

New Orleans, Louisiana this 12th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE