IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 |
| | | SECTION J |
| | * | |
| | * | Honorable CARL J. BARBIER |
| Relates to 2:10-cv-1926 | * | |
| | * | Magistrate JUDGE SHUSHAN |

## O R D E R

Considering the foregoing Motion of plaintiffs, Copeland's of New Orleans, Inc., Cheesecake Bistro, LLC and Sweet Fire and Ice, LLC ("Copeland Plaintiffs"), to enroll, substitute and withdraw counsel,

IT IS HEREBY ORDERED that Timothy S. Madden and Monica J. Manzella of the law firm of King, Krebs & Jurgens be enrolled and substituted for James M. Garner, Joshua S. Force, Sharonda R. Williams, Law Offices of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA  70112-1033; Gladstone N. Jones, III, Lynn E. Swanson, Eberhard D. Garrison, Kevin E. Huddell, H.S. Bartlett, II and Jacqueline A. Stump, Emma Elizabeth Antin Daschbach, Law Offices of Jones, Swanson, Huddell & Garrison, L.L.C., 601 Poydras Street, Suite 2655, New Orleans, Louisiana  70130; James R. Swanson, Joseph C. Peifer, Lance M. McCardle, Jason W. Burge and Alysson L. Mills, Law Offices of Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., 201 St. Charles Avenue, 46th Floor, New

{N0452148 -}

Orleans, Louisiana  70170-4600; and Robert A. Kutcher, Law Offices of Chopin, Wagar, Richard & Kutcher, L.L.P., 3850 North Causeway Boulevard, Metairie, Louisiana  70002. , as counsel of record for the Copeland Plaintiffs in this civil action and that James M. Garner, Joshua S. Force, Sharonda R. Williams, Law Offices of Sher Garner Cahill, Richter, Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, LA  70112-1033; Gladstone N. Jones, III, Lynn E. Swanson, Eberhard D. Garrison, Kevin E. Huddell, H.S. Bartlett, II and Jacqueline A. Stump, Emma Elizabeth Antin Daschbach, Law Offices of Jones, Swanson, Huddell & Garrison, L.L.C., 601 Poydras Street, Suite 2655, New Orleans, Louisiana  70130; James R. Swanson, Joseph C. Peifer, Lance M. McCardle, Jason W. Burge and Alysson L. Mills, Law Offices of Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana  70170-4600; and Robert A. Kutcher, Law Offices of Chopin, Wagar, Richard & Kutcher, L.L.P., 3850 North Causeway Boulevard, Metairie, Louisiana  70002 be withdrawn as counsel of record for the Copeland Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
DISTRICT JUDGE