## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
|     **"Deepwater Horizon" in the Gulf** | |
|     **of Mexico, on April 20, 2010** | **SECTION J** |
| | |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Working Group[1] Conference on Friday, April 8, 2011 (Amended)]**

The order for the working group conference on Friday, April 8, 2011 (Rec. doc. 1908), provided that Monday, April 11, 2011, was the deadline for any response to Louisiana's memorandum on why the testimony of certain persons is relevant to the issues in the February 27, 2012 trial.  This was an error.  The deadline is Monday, April 18, 2011.

New Orleans, Louisiana, this 12th day of April, 2011.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**

---

[1]  The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).