UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>   **"Deepwater Horizon" in the Gulf**<br>   **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:**<br>2:10-cv-4427, Kritzer, et al v. Transocean, et al | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding Motion of Cathleenia Willis for Protective Order (Rec. Doc. 1671)]**

Cathleenia Willis ("Willis")[1] was employed by Halliburton on the Deepwater Horizon on April 20, 2010. Willis and others filed a petition in state court in Texas which was removed to federal court and transferred to this Court. BP, Anadarko, MOEX and Transocean requested the deposition of Willis, and BP noticed the deposition.

On March 16, 2011, Willis filed a motion for a protective order requesting that her deposition be delayed until she is medically cleared to testify. She presented a March 15, 2011 affidavit from a psychiatrist, A. David Axelrad, M.D., for *in camera* review.[2] Dr. Axelrad states that it is not medically advisable at this time for Willis to testify because of her psychiatric problems and other difficulties. Dr. Axelrad reports seeing Willis on November 15, 2010, December 3, 2010, December 17, 2010 and January 15, 2011. There is no report of a visit after January 15, 2011. Although Dr. Axelrad recommends further treatment, there is no report of such treatment.

In her memorandum, Willis reports that her neuropsychologist proposed an intense course of therapy which would require treatment for six hours a day, five days per week for six weeks.

---

[1] Ms. Willis was added as a claimant in the captioned case on 12/07/10.

[2] The affidavit and attachments will be filed in the record under seal.

There is no evidence that Willis is undergoing this treatment and, if so, when it will conclude.

IT IS ORDERED that: (1) Willis' motion for a protective order (Rec. doc. 1671) is DENIED; and (2) BP shall re-notice her deposition for available dates in May, June or July coordinating dates with her counsel if possible.

New Orleans, Louisiana, this 12th day of April, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**