DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK




observable leaks. Table 4 lists the recorded time to close and maximum applied pressures for each of the flow rates. There are no specific API or industry response time requirements for ram closure by ROV intervention.

**Table 4  ROV Panel BSR Close Function Test**

| Flow Rate (gpm) | Time to Close BSRs (min:sec) | BSR ST Lock Max Pressure (psig) | |
|---|---|---|---|
| | | Starboard | Port |
| 1 | 72:28 | 2,850 | 2,750 |
| 2 | 13:34 | 2,850 | 2,775 |
| 7.5 | 3:15 | 2,900 | 2,875 |

## 6.1.10  Solenoid 103 Bench Testing

Solenoid 103 when activated supplies pilot pressure to the High Pressure Shear Ram Close shuttle valve, which is located on the High Pressure Shear Panel. Solenoid 103 is used for both EDS and AMF/Deadman sequences. Solenoid 103Y from the Yellow Pod was removed during intervention activities after the Yellow Pod was lifted to surface. The original Solenoid 103Y was removed, replaced with a new solenoid, and taken into evidence to allow for future testing.

The original Solenoid 103Y was tested for the resistance of both the A and B coils and for the voltage necessary to energize each coil. An initial voltage of 24 volts was applied. If the coil energized (indicated by an audible click), then the voltage was reduced until the coil de-energized (also indicated by an audible click). This determined the drop-out voltage. Starting voltage was then set at 0 volts and increased in one volt increments until the coil energized. This determined the coarse minimum voltage necessary to energize the coil. The minimum voltage was determined more precisely by setting the starting voltage to 2 volts lower than the coarse minimum voltage and manually increasing the voltage applied until the coil energized.

The resistance for coil A was 39.7 ohms. The resistance for coil B was 39.7 ohms. The resistance measurements between each of pins 1 through 4 and the solenoid chassis were greater than 20 megaohms. The minimum voltage at which coil A was energized was 14.6 volts. The dropout voltage for coil A was 1.9 volts. The minimum voltage at which coil B was energized was 14.5 volts. The dropout voltage was 1.8 volts. The bench testing of the original Solenoid 103Y functioned as intended in accordance with the manufacturer's specifications.[4]

As a result of functioning as intended, the original Solenoid 103Y was mounted back onto the Yellow Pod.

---

[4] Refurbishment Procedure for Cameron Solenoid Valves Part No. 223290-15 and 223290-60; January 23, 2004 – CAMCG 00004025 to CAMCG 00004038

EP030842
20 March 2011                                                                                                                         41

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

### 6.1.11  Solenoid 3A Bench Testing

Solenoid 3A when activated supplies hydraulic fluid to the Upper Annular Regulator Pilot – Increase, which is located on the LMRP. Solenoid 3A from the Yellow Pod was removed during intervention activities after the Yellow Pod was lifted to the surface. The original Solenoid 3A was removed, replaced with a new solenoid, and taken into evidence to allow for future testing.

The original Solenoid 3A was tested for the resistance of both the A and B coils and for the voltage necessary to energize each coil. An initial voltage of 24 volts was applied. If the coil energized (indicated by an audible click), then the voltage was reduced until the coil de-energized (also indicated by an audible click). This determined the drop-out voltage. Starting voltage was then set at 0 volts and increased in one volt increments until the coil energized. This determined the coarse minimum voltage necessary to energize the coil. The minimum voltage was determined more precisely by setting the starting voltage to 2 volts lower than the coarse minimum voltage and manually increasing the voltage applied until the coil energized.

The resistance for coil A was 40.0 ohms. The resistance for coil B was 40.0 ohms. The resistance measurements between each of pins 1 through 3 and the solenoid chassis were greater than 20 megaohms. The minimum voltage at which coil A was energized was 14.8 volts. The dropout voltage for coil A was 2.2 volts. The minimum voltage at which coil B was energized was 14.8 volts. The dropout voltage for coil B was 2.2 volts. The bench testing of the original Solenoid 3A functioned as intended in accordance with the manufacturer's specifications.[4]

### 6.1.12  Blue and Yellow Pod Battery Voltage and Load Testing

The as-received voltage of the SEM A and SEM B 9 volt batteries and the 27 volt battery was measured on both the Blue and Yellow Pods. The measured voltages are shown in Table 5. The 27V battery on the Blue Pod registered a low voltage. No abnormalities were noted with the voltages from the remaining batteries.

Table 5  Blue and Yellow Pod Battery Voltages Measurements

| Battery | Blue Pod (Volts) | | Yellow Pod (Volts) | |
|---|---|---|---|---|
| | Test 1 | Test 2 | Test 1 | Test 2 |
| SEM A (9V) | 8.9 | 8.9 | 8.7 | 8.7 |
| SEM B (9V) | 8.7 | 8.7 | 8.4 | 8.4 |
| Solenoid/Transducer (27V) | 1.1 | 1.0 | 28.2 | 28.2 |

The Blue and Yellow Pod batteries are lithium-ion type. A load test was conducted to determine if the batteries would maintain their voltage after a current load was applied. The batteries were load tested with 100-ohm and 20-ohm resistors. The 100-ohm load

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

was chosen as an initial low current load test. The 20-ohm was chosen to simulate the demand seen by activation of the AMF/Deadman circuit. After load was applied, an initial reading was taken followed by a second reading after 2 minutes. Two minutes was chosen based on the fact that the AMF/Deadman sequence is active (and demanding power from the batteries) for approximately 90 seconds. The results are detailed in Table 6. Because the 27V battery on the Blue Pod registered a low voltage, it was not load tested.

**Table 6  Blue and Yellow Pod Battery Load Test Results**

| Battery | Yellow Pod | | | | Blue Pod | | | |
|---|---|---|---|---|---|---|---|---|
| | Load | | | | Load | | | |
| | 100 Ohm | | 20 Ohm | | 100 Ohm | | 20 Ohm | |
| | Voltage | | | | Voltage | | | |
| | Initial | After 2 min | Initial | After 2 min | Initial | After 2 min | Initial | After 2 min |
| SEM A (9V) | 8.3 | 8.3 | 8.0 | 8.0 | 8.6 | 8.6 | 8.3 | 8.2 |
| SEM B (9V) | 8.1 | 8.1 | 7.7 | 7.6 | 8.4 | 8.4 | 8.1 | 8.0 |
| Sol/Trans (27V) | 27.1 | 26.9 | 26.0 | 25.4 | n/a | n/a | n/a | n/a |

### 6.1.13  Blue and Yellow Pod Function Testing

The AMF/Deadman and the Autoshear functions can be initiated by either the Blue or the Yellow Pod. In order to test the two functions, one Cameron-supplied laptop equipped with testing software and one Portable Electronic Test Unit (PETU) were connected to each of the Blue and Yellow Pods.

#### 6.1.13.1  AMF/Deadman Pod Function Testing

Individual component tests for the BOP and LMRP stingers on the Blue and Yellow Pods and Solenoids 103(Y&B) were run prior to full function testing of the AMF/Deadman sequence.

##### 6.1.13.1.1 Control Pod Stingers

Retaining pins were removed from the BOP and LMRP stinger hydraulic actuators to disconnect the actuators and prevent the stingers from extending during the AMF/Deadman Pod function testing. This was done because the tests were carried out without a pod test stand with stinger receptacles. The Stinger Extend command was given for both the BOP and LMRP stingers on both the Blue and Yellow Pods. The Stinger Extend command functioned properly for all stingers. The Stinger Retract command was given for both the BOP and LMRP stingers on the Blue and Yellow pods. The Stinger

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

Retract command functioned properly for all stingers. No abnormalities were noted during hydraulic actuator retraction and extension.

### 6.1.13.1.2 Solenoid 103Y and 103 B

Original Solenoids 103Y and 103B were activated using the laptop and PETU connected to the respective pods. Both SEM A and SEM B on each pod were used to activate the solenoid. The tests were run using 3,000 psig pod pilot supply pressure. Activation of a solenoid was confirmed by monitoring a pressure gauge connected to the ¼ inch flexible hose Swagelok connections just above the BOP Stack Junction Plate on each pod. Blue Pod original Solenoid 103B activated for both SEM A and SEM B, as confirmed by 3,000 psig observed on the pressure gauge. Yellow Pod original Solenoid 103Y did not activate regardless of which SEM was selected.

Pod pilot supply pressure was bled to 0 psig and further testing on Yellow Pod Solenoid 103Y was undertaken. Activation of the solenoid (coil energized) was confirmed by an audible click. The energize command was given multiple times through both SEM A and SEM B. There were no audible indications of the activation of Yellow Pod original Solenoid 103Y. The solenoid pie connector to the SEM was removed and the plugs and sockets cleaned, and the pie connector was reconnected. The energize command was given through SEM B multiple times. A faint audible indication of solenoid activation was heard once. 3,000 psig pod pilot supply pressure was supplied. The energize command was given to the solenoid using SEM B. No pressure was seen on the pressure gauge. The pod pilot supply pressure was bled off while the energize command continued to be given. No confirmation of solenoid activation was heard. The de-energize command was given.

The energize command was given through SEM B. No audible indication of solenoid activation was heard. The de-energize command was given. A faint audible indication of solenoid de-activation was heard. The energize command was given through SEM B again. No audible indication of solenoid activation was heard. The de-energize command was given. The second time, no audible indication of solenoid de-activation was heard.

The energize command was given through SEM A. No audible indication of solenoid activation was heard. The de-energize command was given. No audible indication of solenoid de-activation was heard.

Based on the testing results, the original Yellow Pod Solenoid 103Y was removed and the replacement Solenoid 103Y was installed.

The replacement Yellow Pod Solenoid 103Y was given the energize command using both SEM A and SEM B, without and with pod pilot supply pressure. The replacement solenoid activated for all tests.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

### 6.1.13.1.3 AMF/Deadman Sequence Testing

Electrical power and communication was supplied via the two PETUs, simulating the MUX cables present during normal operation. A modified RCB cable was connected between the Blue and Yellow pods. This cable allowed the pods to communicate and determine if the other pod has met all conditions necessary for AMF/Deadman to initiate. The AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was supplied with 1,000 psig hydraulic pressure. The pressure was blocked in. The Laptop/PETU showed a pressure of 1,099 psig on the conduit supply pressure sensing readout.

The baseline reading of the AMF/Deadman Arm analog channel was noted. The de-activate/disarm command was given and the analog values noted. The expected value was 900 ± 60. The activate/arm command was given and the analog values noted. The expected value was 0-30. The results are shown in Table 7.

**Table 7  Analog Channel Current Values for AMF/Deadman**

| Value | Yellow Pod | | Blue Pod | |
| --- | --- | --- | --- | --- |
| | SEM A (mA) | SEM B (mA) | SEM A (mA) | SEM B (mA) |
| Baseline | 913 | 916 | 919 | 915 |
| De-activate AMF/Deadman | 917 | 915 | 918 | 915 |
| Activate AMF/Deadman | 18 | 16 | 14 | 16 |

The connection from the Laptop/PETU to the Blue Pod was removed to simulate loss of MUX communication to Blue Pod only. After one minute the AMF/Deadman function did not activate, as was expected since hydraulic pressure and MUX communication to the Yellow Pod were still present. The hydraulic pressure supplied to the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was bled to 0 psig. After one minute the AMF/Deadman function did not activate, as was expected since MUX communication to the Yellow Pod was still present.

The connection from the Laptop/PETU to the Yellow Pod was removed to simulate loss of MUX communication (now to both Blue and Yellow Pods). The time (in seconds) after the connection was removed was monitored and the time at which various functions occurred was noted. Table 8 details the time at which each function occurred.

**Table 8  Event Time Log - Yellow Pod Disconnect (Replacement 103Y)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 5 | Laptop reading from PETU goes off |
| 16 | LMRP and BOP Stack stingers extend |
| 18 | LMRP and BOP Stack stingers energized |
| 22 | High Pressure (HP) BSR Gauge 103Y shows 3,000 psig |
| 58 | HP BSR Gauge 103Y shows 0 psig |

The connection from the Laptop/PETU to the Blue Pod was re-established after more than three minutes had elapsed since removal. It was expected that due to the low voltage of the 27V battery on the Blue Pod, the 9V supplied SEMs (A and B) would initiate but the sequence would not progress to the solenoids until an adequate power source was reapplied. This test was performed to determine if the Blue Pod had initiated and would complete the AMF/Deadman sequence. The time (in seconds) after the connection was re-established was monitored and the time at which various functions occurred was noted. The LMRP and BOP Stack stingers extend/energize events occurred and were confirmed visually; however, the times were not noted. The results are detailed in Table 9.

Table 9  Event Time Log - Blue Pod Reconnect (Replacement 103 Y)

| Time (sec) | Event |
|---|---|
| 0 | Blue Pod PETU connection re-established |
| 19 | HP BSR Gauge 103B shows 3,000 psig. |
| 55 | HP BSR Gauge 103B shows 0 psig. |

The voltage of all batteries was measured following the AMF/Deadman test. The results are detailed in Table 10.

Table 10  Battery Voltage Following First AMF/Deadman Test

| Battery | Blue Pod (Volts) | Yellow Pod (Volts) |
|---|---|---|
| SEM A (9V) | 8.9 | 8.6 |
| SEM B (9V) | 8.6 | 8.4 |
| Solenoid/Transducer (27V) | 0.7 | 27.7 |

The replacement Yellow Pod Solenoid 103Y was removed and the original Solenoid 103Y was installed. The AMF/Deadman test was repeated on the Yellow Pod only.

The AMF/Deadman function was activated/armed on both SEM A and SEM B. The analog channel value for SEM A was 17 and 15 for SEM B. The pressure on the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

bled to 0 psig to simulate loss of hydraulics. The connection from the Laptop/PETU to the Yellow Pod was removed to simulate loss of MUX communication. The time (in seconds), after the connection was removed, was monitored and the time at which various functions occurred was noted. Pressure was observed on the HP BSR Gauge 103Y at 43 seconds and returned to 0 psig at 50 seconds. This was observed as a delay of Solenoid 103Y function, which in the previous test had occurred at around 20 seconds (energize) and de-energized at around 30 seconds later. This time the delayed function resulted in closing pressure only being applied for 7 seconds, which would be insufficient to fully close the BSRs. The LMRP and BOP Stack stingers extend/energize events occurred and were confirmed visually; however, the times were not noted. The results of the second test with the original Yellow Pod Solenoid 103Y are detailed in Table 11.

Table 11  Event Time Log - Yellow Pod Disconnect (Original 103Y)

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 43 | HP BSR Gauge 103Y shows 3,000 psig |
| 50 | HP BSR Gauge 103Y shows 0 psig |
| <180 | Yellow Pod PETU reconnect, HP BSR Gauge 103Y shows 3,000 psig |

The test was reset (i.e., BOP stack stinger seal retracted, BOP Stack stinger retracted) and re-run. There was no delayed function of Solenoid 103Y observed. The results of the second test with the original Yellow Pod Solenoid 103Y are detailed in Table 12.

Table 12  Event Time Log - Yellow Pod Disconnect Second Test (Original 103Y)

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 16 | LMRP and BOP Stack stingers extend |
| 19 | LMRP and BOP Stack stingers energized |
| 21 | HP BSR Gauge 103Y shows 3,000 psig |
| 51 | HP BSR Gauge 103Y shows 0 psig |
| ~120 | Yellow Pod PETU reconnect, HP BSR Gauge 103Y shows 3,000 psig |

After the second test using the original Solenoid 103Y, an individual component function test was run on the solenoid. The energize command was given to the Yellow Pod original Solenoid 103Y through SEM A. The solenoid did not activate (confirmed through the HP BSR Gauge 103Y showing 0 psig). The energize command was then given to the Yellow Pod original Solenoid 103Y through SEM B. The solenoid did not activate (confirmed through the HP BSR Gauge 103Y showing 0 psig).

For the final AMF/Deadman test using the original Solenoid 103Y, a wait time of more than three minutes was used before re-establishing the Laptop/PETU connection to the Yellow Pod. The Yellow Pod was reset to re-run the AMF/Deadman test, as described previously. The AMF/Deadman function was activated/armed on both SEM A and SEM

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




B. The analog channel value for SEM A was 17 and 16 for SEM B. The pressure on the AMF/Deadman conduit supply pressure sensing input (connection 24) for each pod was bled to 0 psig. The connection from the Laptop/PETU to the Yellow Pod was removed. The time (in seconds) after the connection was removed was monitored and the time at which various functions occurred was noted. The results are detailed in Table 13.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

**Table 13  Event Time Log - Yellow Pod Disconnect Final Test (Original 103Y)**

| Time (sec) | Event |
|---|---|
| 0 | Yellow Pod PETU connection removed |
| 5 | Laptop reading from PETU goes off |
| 16 | LMRP and BOP Stack stingers extend |
| 19 | LMRP and BOP Stack stingers energized. |
| 21 | HP BSR Gauge 103Y shows 3,000 psig. |
| 51 | HP BSR Gauge 103Y shows 0 psig. |

Approximately six minutes after disconnecting the Laptop/PETU from the Yellow Pod, the connection was re-established. The HP BSR Gauge 103Y showed 3,000 psig. After approximately one minute, 0 psig was shown on the gauge.

An individual component function test was again run on the solenoid. The Laptop/PETU was then used to energize Yellow Pod Solenoid 103Y through both SEM A and SEM B. The solenoid did not activate using either SEM, confirmed through 0 psig being shown on the pressure gauge.

The voltage on the Yellow Pod batteries was measured at the end of sequence testing. The results are detailed in Table 14.

**Table 14  Yellow Pod Voltages - Post Sequence Testing**

| Battery | (Volts) |
|---|---|
| SEM A (9V) | 8.5 |
| SEM B (9V) | 8.1 |
| Solenoid/Transducer (27V) | 27.2 |

The analog channel values for AMF/Deadman Arm were checked for both SEM A and SEM B of the Blue and Yellow Pods at the end of sequence testing. Blue Pod SEM A showed an analog value of 15. Blue Pod SEM B showed an analog value of 918. SEM A and SEM B for the Yellow Pod were both greater than 900.

### 6.1.13.2  Post AMF/Deadman of Yellow Pod Solenoid 103

The most probable reason why the original Solenoid 103Y worked during two out of three sequence tests and failed during individual component testing was identified as being related to whether or not both solenoid coils energize simultaneously (sequence test) versus individually (component test). Energizing both coils simultaneously creates a greater coil armature force versus a single coil energizing. To validate this theory, additional testing was performed on the original Solenoid 103Y. The Yellow Pod was

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK

connected to the Laptop/PETU (designated PETU B) originally connected to the Blue Pod, that was capable of activating SEM A and SEM B simultaneously. Pod pilot supply pressure of 3,000 psig was delivered to the Yellow Pod. The command to energize Solenoid 103Y was given via the Laptop/PETU with both SEM A and SEM B selected. A maximum pressure of 3,000 psig was observed on the pressure gauge.

After confirming the solenoid activated with both SEMs selected, the solenoid was tested with SEM A and SEM B selected individually. In both test conditions, the solenoid activated and 3,000 psig was observed on the pressure gauge.

PETU B connected to the Yellow Pod was replaced with the original Laptop/PETU (designated PETU Y) which was connected to the Yellow Pod during the AMF/Deadman testing. The command to energize Solenoid 103Y was given via PETU Y through SEM A. The solenoid activated and a maximum pressure of 3,000 psig was observed on the pressure gauge. SEM B was selected via PETU Y and the test was repeated. The solenoid did not activate as confirmed by 0 psig on the pressure gauge. This test was repeated two more times with SEM B. The command was given to de-energize Solenoid 103Y between each test. For both additional tests, the solenoid did not activate. SEM A was selected via PETU Y and the test was repeated. The solenoid did not activate as confirmed by 0-psig on the pressure gauge.

PETU Y connected to the Yellow Pod was replaced with PETU B. The command to energize Solenoid 103Y was given via PETU B through SEM A. The solenoid activated and a maximum pressure of 3,000 psig was observed on the pressure gauge. SEM B was selected via PETU B and the test was repeated. The solenoid activated as confirmed by 3,000-psig on the pressure gauge.

The pie end connector of the plug connecting Solenoid 103Y to the Yellow Pod was disconnected to measure the voltage delivered from the two PETUs (Y and B) to Solenoid 103Y via SEM A and SEM B. An approximate 4-foot jumper cable was connected to the pie receptacle to facilitate measurement of the voltage. The voltage was measured in both the energized and de-energized condition. The results of the voltage testing showed there was no appreciable difference in the voltage delivered to Solenoid 103Y by the two (see Table 15 for detailed results).

**Table 15  Voltage Testing - Solenoid 103**

| PETU | SEM A | | | SEM B | | |
|---|---|---|---|---|---|---|
| | De-energized | Energized | | De-energized | Energized | |
| | | Steady | Peak | | Steady | Peak |
| Y | 9.0 | 15.0 | 25.6 | 13.3 | 17.5 | 25.7 |
| B | 9.3 | 15.0 | 25.6 | 13.3 | 17.5 | 25.7 |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

The Yellow Pod was reconnected to PETU B. Pod Pilot Supply pressure of 3,000 psig was delivered to the Yellow Pod. The command to energize Solenoid 103Y was given via PETU B first with SEM A selected, second with SEM B selected, and third with SEM A and SEM B selected. Solenoid 103Y activated under each test condition, as confirmed by 3,000 psig observed on the pressure gauge.

#### 6.1.13.3 Blue and Yellow Pod Autoshear Function Testing

The Autoshear Arm function was tested on both pods to verify that Solenoid 121 activates and allows hydraulic fluid to be supplied to the Autoshear Arm shuttle valve. Pod Pilot Supply pressure was delivered to each pod. The Pod Pilot Supply pressure was set to approximately 3,000 psig. This was confirmed via the Laptop/PETU as well as the pressure gauge connected to the hydraulic line used to supply the hydraulic fluid. The Autoshear Arm command, to activate Solenoid 121, was sent via the Laptop/PETU. Activation of the solenoid was confirmed by monitoring the pressure gauge connected to the ¼-inch flexible hose Swagelok connections just above the BOP Stack Junction Plate on each pod. A maximum of 2,950 psig was observed on the pressure gauge connected to the Yellow Pod. A maximum pressure of 2,700 psig was observed on the pressure gauge connected to the Blue Pod. The Blue and Yellow Pod Autoshear Arm solenoids (Solenoid 121) functioned as intended.

### 6.2    Materials Evaluation and Damage Assessment

Materials evaluation and damage assessment procedures followed protocols provided in:

- Forensic Testing Plan [October 22, 2010], Sections 5.13 - Materials Testing and Damage Evaluation and 5.14 - Cataloging and Examination of Recovered Evidence.
- Protocol for Metallurgical Examination and Testing of Drill Pipe [February 3, 2011]
- Test Procedure - Fractured/Sheared Recovered Drill Pipe Ends [February 21, 2011] Visual Examination of Blowout Preventer Ram Blocks

Visual assessment included photographic documentation, dimensional measurements, documentation of cleaning, and collection of any additional evidence from the ram blocks both as part of their removal and during cleaning. Samples of viscous materials cleaned from the ram blocks were collected and placed into evidence along with other solid evidence collected off of the ram blocks. Table 16 is a summary of the Federal Bureau of Investigation's (FBI) Evidence Recovery Team (ERT) Item Identifications that were used to label the rams. The location and date of recovery are indicated in the table.

Table 16  Evidence Item Numbers for Blocks Recovered from BOP

| Item ID | Description   | Location of Recovery | Find Date |
|---------|---------------|----------------------|-----------|
| 57      | Port BSR      | BOP                  | 12/2/2010 |
| 68      | Starboard BSR | BOP                  | 12/3/2010 |
| 84      | Port CSR      | BOP                  | 12/7/2010 |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

| Item ID | Description | Location of Recovery | Find Date |
|---|---|---|---|
| 104 | Starboard CSR | BOP | 12/9/2010 |
| 111 | Port Upper VBR | BOP | 12/10/2010 |
| 112 | Starboard Upper VBR | BOP | 12/10/2010 |
| 139 | Port Middle VBR | BOP | 12/15/2010 |
| 140 | Starboard Middle VBR | BOP | 12/15/2010 |
| 158 | Starboard Lower VBR | BOP | 12/17/2010 |
| 159 | Port Lower VBR | BOP | 12/17/2010 |

### 6.2.1.1 Blind Shear Ram Blocks

The Blind Shear Ram Blocks (BSRs) in the as-recovered condition are shown in Figure 8 and Figure 9. Figure 10 and Figure 11 show the blocks following collection of viscous materials and any solid materials/objects and cleaning.



a. Bottom View  
b. Top View  
c. Top View  
d. Top Choke Side View

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK




e. Kill Side View                                  f. Choke Side View
Figure 8  Starboard Side (Upper) BSR As-Recovered Condition




a. Top View - Choke Side              b. Top View - Kill Side

c. Detail of Cutting Blade
Figure 9  Port Side (Lower) BSR As-Recovered Condition

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



a. Bottom view          b. Front view

 

c. Front View – Choke Side          d. Kill Side View

Figure 10  Starboard Side (Upper) BSR Following Cleaning

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



a. Choke Side View

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



b. Bottom View

**Figure 11 Port Side (Lower) BSR Following Cleaning**

After the ram blocks had been moved to ground level and prior to cleaning, indications of metal-to-metal contact between the two ram block faces were observed. Material was missing from both the starboard and port side BSRs due to erosion. The elastomer of side packers was totally missing and metallic components partially eroded. The elastomeric blade seal on the upper (starboard) ram block was missing except for approximately an inch of material pressed down beneath the metallic packer components which were also eroded. The skid pads on the bottom of the rams appeared to be slightly worn. The skid pad on the bottom of the kill side of starboard BSR was missing; however, the screws used for holding the pad in place were intact. The rubber insert on the top of the rams was slightly worn. Foreign material, which appears to be "junk shot" from the intervention effort, was found on both rams.

### 6.2.1.2 Casing Shear Ram Blocks

The Casing Shear Ram Blocks (CSRs) in the as-recovered condition are shown in Figure 12 and Figure 13. Figure 14 and Figure 15 show the CSRs following collection of viscous and any solid materials/objects and cleaning.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK



a. Top View


b. Bottom View


c. Front View - Cutting Blade

**Figure 12  Starboard Side (Lower) CSR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



a. Bottom View     b. Expanded Bottom View

 

c. Top View     d. Top View of Blade

 

e. Bottom View of Blade     f. Expanded Bottom View of Blade

Figure 13  Port Side (Upper) CSR As-Recovered Condition

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





(a) Top View  (b) Bottom View



(c) Expanded Top View

Figure 14  Starboard Side (Lower) CSR Following Cleaning

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



(a) Bottom View  (b) Top View

(c) Expanded Bottom View

Figure 15  Port Side (Upper) CSR Following Cleaning

Erosion was present on both the starboard and port side ram blocks. The worn area on the port or upper block was approximately 6 inches by 8 inches in length. The shape and size of the erosion pattern is similar to the shape of the top end of Drill Pipe segment 148. The erosion on the top surface of the starboard or lower block indicated a flow path through