DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

the blades. Erosion patterns were also evident on the back surface of the starboard block. These erosion markings indicate an additional flow path around the backside of the blocks (see Figure 14 (b)).

### 6.2.1.3   Upper Variable Bore Ram Blocks

The Upper Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 16 and Figure 17. Figure 18 and Figure 20 show the Upper VBRs following collection of viscous materials and any solid materials/objects and cleaning. Figure 19 and Figure 21 show the segments from the starboard and port side upper VBR, respectively. All segments were eroded to some degree.



(a) Top View        (b) Bottom View

(c) View of Segments

**Figure 16   Starboard Side Upper VBR in the As-Recovered Condition**

Det Norske Veritas
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(a) Top View  (b) Bottom View

(c) View of Segments

Figure 17  Port Side Upper VBR in the As Recovered Condition

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(a) Top View     (b) Bottom View

(c) Front View of Segment Cavity (Some Segments Removed)

**Figure 18  Starboard Side Upper VBR Following Cleaning (Segments Removed)**



Choke ⟶ Kill

**Figure 19  Starboard Segments from Upper VBRs Following Cleaning.**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(a) Top View  (b) Bottom View

(c) Front View of Segment Cavity (Some Segments Removed)

**Figure 20  Port Side Upper VBR Following Cleaning**



**Figure 21  Port Segments from Upper VBRs Following Cleaning. (Segment 1 Remained in Ram)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK


Both the starboard and port side upper VBR blocks exhibited erosion on the block surfaces and the segments. The erosion on the blocks occurred predominantly in the portion of the ram packer cavity where the segments fit and on the front block face directly above and below the segments. The elastomer on the side packers was approximately 60% missing on the starboard side VBR block and 25% missing on the port side VBR block. All of the elastomer associated with the segments was missing.

#### 6.2.1.4 Middle Variable Bore Ram Blocks

The Middle Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 22 and Figure 23. Figure 24 and Figure 26 show the Middle VBRs following collection of viscous materials and any solid materials/objects and cleaning. Figure 25and Figure 27 show the segments from the starboard and port side upper VBR, respectively.



(a) Top View      (b) Bottom View

(c) View of Segments

**Figure 22 Starboard Side Middle VBR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



(a) Top View

(b) Bottom View

(c) View of Segments

**Figure 23 Port Side Middle VBR As-Recovered Condition**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(a) Top View  (b) Bottom View



(c) Front View of Segment Cavity (Segments Removed)

**Figure 24  Starboard Side Middle VBR Following Cleaning**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





Figure 25  Starboard Segments from the Middle VBRs Following Cleaning



(a) Top View  (b) Bottom View

(c) Front View of Segment Cavity (Segments Removed)

Figure 26  Port Side Middle VBR Following Cleaning

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK  



Figure 27  Port Segments from the Upper VBRs Following Cleaning

Both the starboard and port side middle VBR blocks exhibited erosion on the block surfaces and the segments. The erosion on the blocks occurred predominantly in the portion of the ram packer cavity where the segments fit and on the front block face directly above and below the segments. The degree of erosion on the block face was less than on the upper VBR block. The elastomer on the side packers was approximately 90% missing on the starboard side VBR and 75% missing on the port side VBR. All of the elastomer associated with the segments was missing. The skid pad from the port block kill side is missing. The screws holding the pad in place appear to have been sheared.

### 6.2.1.5  Lower Variable Bore Ram Blocks

The Lower Variable Bore Ram Blocks (VBRs) in the as-recovered condition are shown in Figure 28 and Figure 29. Figure 30 and Figure 32 show the Lower VBRs following collection of viscous materials and any solid materials/objects and cleaning. Only one segment was still present in the starboard ram block (Kill side).

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(a) Bottom View   (b) Top View

(c) Front View (Segment Cavity)

**Figure 28  Starboard Side Lower VBR in the As-Recovered Condition**

EP030842
20 March 2011

70

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(c) Front View (Segment Cavity)

Figure 29  Port Side Lower VBR in the As-Recovered Condition

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



(a) Top View    (b) Bottom View

(c) Front View (Segment Cavity)

**Figure 30  Starboard Side Lower VBR Following Cleaning**



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

**Figure 31 Starboard Segment from the Lower VBR Following Cleaning**



(a) Top View   (b) Bottom View

(c) Front View (Segment Cavity)

**Figure 32 Port Side Lower VBR Following Cleaning**

Both the starboard and port side lower VBR blocks exhibited erosion on the block surfaces. The erosion on the blocks occurred predominantly in the portion of the ram packer cavity where the segments fit and on the front block face directly above and below the segments. All segments were missing except one segment in the starboard side lower VBR block.. The elastomer on the side packers was approximately 10% missing on both the starboard side and port side middle VBR blocks. All of the elastomer associated with the segments was missing.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK


### 6.2.2 Three-Dimensional Laser Scanning of Ram Blocks

Three-dimensional laser scanning provided a means of characterizing surfaces in a quantitative manner and permitted ease of orientation of complex surfaces. Figure 33 and Figure 34 show that significant erosion occurred on the upper and lower BSR blocks. In order to quantify the erosion damage to the BSR blocks, the laser scan models were compared with generic CAD models depicting the unworn nominal geometry for the upper and lower BSR blocks. A contour surface plot of the deviation between the recovered blocks and the CAD model was developed.

Figure 33 (b) and (c) show an overlay comparison for the upper BSR block with the laser scan model of the recovered BSR block shown as a deviation plot while the CAD model is overlaid as translucent and outlined. The blue color indicates material loss. Yellow indicates no material loss. Red indicates a positive deviation related to variations in recovered ram blocks associated with tolerances for the nominal geometry of the generic CAD model. There was more damage to the kill side of the upper BSR block than the choke side (Figure 33 (b) compared to (c)). The elastomer on the side packers was completely missing and much of the metallic side packer components was eroded away.



**(a) Laser Scans of Upper BSR Block**



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(b) Deviation Plot - Kill Side View     (c) Deviation Plot - Choke Side View

**Figure 33  Three-Dimensional Laser Scan of Starboard-Side (Upper) BSR Block**



(a) Laser Scan of Lower BSR Block

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



(c) Bottom View – Kill Side    (d) Top View – Choke Side

**Figure 34 Three-Dimensional Laser Scan of Port-Side (Lower) BSR Block**

Figure 34 shows that erosion occurred on both the top and bottom surfaces of the lower BSR blade. This erosion was particularly deep on the bottom surface on the kill-side of the blade (Figure 34 (b)) and on the top surface on the choke-side on the blade (Figure 34 (c)).

Figure 35 shows the upper and lower BSR blocks in the fully closed position. Based on the visual examination performed on site following recovery, the upper and lower BSR blocks exhibited metal-to-metal contact in multiple locations. As previously noted, the elastomer on the side packers and rear seals was missing allowing the metal-to-metal contact observed.

**DET NORSKE VERITAS**
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report


MANAGING RISK




(a) Opaque

(b) Translucent

**Figure 35  Three-Dimensional Laser Scan of BSRs Placed Together in the Closed Position**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 36  Three-Dimensional Laser Scan of Starboard-Side (Lower) CSR**



**Figure 37  Three-Dimensional Laser Scan of Port-Side (Upper) CSR**

Figure 36 and Figure 37 show the erosion on the CSRs. Significant erosion is observed on the bottom face of the upper CSR block (Figure 37). There is additional erosion on the top face of the Lower CSR (Figure 36) indicating the flow path out of the pipe impinging on the bottom face of the Upper CSR, flowing between the blades, and out across the top face of the Lower CSR. The CSR is not designed to seal (no side packers or seals for the blades) and there are relatively large gaps for fluid flow around the blades, ram cavities, and wellbore region of the CSR. Because there are not significant restrictions to fluid

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

flow, the total amount of erosion damage on the CSR is relatively small compared to the BSR.

### 6.2.3 Visual Examination of Drill Pipe

#### 6.2.3.1 Location of Recovered Drill Pipe

Drill pipe was recovered from the LMRP, BOP, and Riser. Table 17 gives the length and description of the drill pipe segments recovered. Figure 38 shows a schematic diagram depicting the locations within the BOP stack and Riser from which the drill pipe segments were recovered.

**Table 17 Evidence Item Numbers for Recovered Drill Pipe**

| Item No. | Length (inch) | Description of Segments of Drill Pipe |
|---|---|---|
| 1-A-1 | 551.16 | Recovered from the Riser at the USCG evidence yard above the kink. |
| 39 | 137.25 | Recovered from the LMRP at the Michoud Facility with the top end protruding ~6-inches above the UA |
| 1-B-1 | 111.72 | Recovered from the Riser at the USCG evidence yard above the kink (includes tool joint). |
| 1-B-2 | 30.48 | Recovered from the Riser at the USCG evidence yard between the kink and the intervention shear. |
| 84 | 7.50 | Recovered from the LMRP on the Q-4000 resting on top of the UA |
| 83 | 111.60 | Recovered from the LMRP on the Q-4000 inside the flex joint with the bottom end resting on the UA |
| 94 | 42.00 | Recovered from the BOP at the Michoud Facility between the BSR and CSR |
| 148 | 142.25 | Recovered from the BOP at the Michoud Facility between the CSR and Lower VBR |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 38  Schematic Diagram of Positions from which Drill Pipe was Recovered**