DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 68  Laser Scans of 1-B-1-E and 39-E**



(a)

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



Figure 69  Photographs of the Upper Annular Preventer

### 6.2.4.7   Matching 39-F to 1-A-1-F

The cut at 'F' is postulated to be the intervention shear cut of the Riser above the BOP Stack. 39-F and 1-A-1-F are the matching ends of this cut (see Figure 70). Based on visual examination, there is a high level of confidence that the cut at 'F' was due to the intervention shear cut.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 70  Laser Scans of 39-F and 1-A-1-F**

## 6.2.5    Damage on Drill Pipe Segment in Variable Bore Rams

Drill pipe segment 148 was recovered from between the CSR and Lower VBR. The top
end of drill pipe segment 148 (148-A) was cut by the CSR (Figure 56). Drill pipe
segment 148 passed through the Upper and Middle VBRs and ended at the Lower VBR.
Figure 72 shows the Upper VBR matched to segment 148. The two rings of erosion (see
Figure 40 (c)) on segment 148 match to the packer segments in the Upper VBR. Figure
73 shows a similar match for the erosion on segment 148 (Figure 40 (d)) and the packer
segments of the Middle VBR.



**Figure 71  Laser Scans of Drill Pipe Segment 148 passing through the Upper and
Middle VBRs**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





**Figure 72  Laser Scan of the Upper VBR matched to Drill Pipe Segment 148**



**Figure 73  Laser Scan of the Middle VBR matched to Drill Pipe Segment 148**

## 6.2.6    Damage to the Wellbore

During inspections of the wellbore, erosion damage was noted at the edges surrounding the BSR cavity. Although other areas of the wellbore exhibited some erosion damage, the most significant damage was associated with the BSR. Laser scanning was performed in this region to assess the erosion damage. The nominal wellbore geometry was modeled based on measurements of the undamaged locations of the scan models, and verified with known dimensions where possible. Figure 74 shows the laser scans for the upper and lower BSR blocks and the wellbore cavity. The damage in the wellbore was located in the area where the blocks meet (center of the wellbore). Figure 75 shows the overlay comparison for the wellbore surrounding the BSR cavity. The post damage scan model is

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK

given in green, while the nominal geometry is overlaid as translucent and outlined. Note that the laser scanner was unable to capture all of the surface details due to line-of-sight and access limitations within the wellbore. The erosion damage was much greater on the kill side of the wellbore than the choke side.



**Figure 74  Laser Scan Showing Overhead View of BSR and Wellbore**



(a) Front View                              (b) Side View



(c) Isometric View

**Figure 75  Laser Scan of Wellbore Damage**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 

A comparative deviation plot for the wellbore damage is given in Figure 76 and Figure 77. Red indicates maximum material loss with an erosion depth of 2.75 inches on the kill side, and approximately 2.2 inches on the choke side. The kill side erosion channel extended approximately 9.5 inches up the wellbore from the BSR cavity, while the erosion damage on the choke side was limited to the first 4 inches above the BSR cavity.



**Figure 76  Laser Scan Deviation Plot of the Wellbore on the Kill Side of the BSR**



**Figure 77  Laser Scan Deviation Plot of the Wellbore on the Choke Side of the BSR**

### 6.2.7    Other Evidence Assessment

Appendix D is a list of all evidence. The numbering system is sequentially based on the discovery of the evidence and is based on the FBI ERT protocol. Additional evidence was recovered from viscous material and debris samples collected from the rams, within

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

the ram cavities, and within the wellbore. This evidence was cleaned and photographed according to protocol from the Forensic Testing Plan Protocol Section 5.14 (Appendix A).

Evidence retrieved from ram cavities and the wellbore was typically material from the well intervention effort, rubber, and metallic pieces. Figure 78 to Figure 81 show examples of retrieved evidence. Various quantities of well intervention material and other debris were discovered in all cavities and at different locations within the wellbore.



(a)                                                    (b)

**Figure 78  Photograph Illustrating Cementitious Pieces Discovered in Evidence**



(a)                                                    (b)

**Figure 79  Photograph Illustrating Metal Discovered in Evidence**



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**(a)**                                   **(b)**
**Figure 80  Photograph Illustrating Elastomeric Discovered in Evidence**



**Figure 81  Photograph Illustrating Polymeric Discovered in Evidence**

## 6.2.8    Metallurgical, Mechanical, Chemical Property Assessment

### 6.2.8.1    Sample Preparation and Measurements

Table 19 summarizes the locations on the pipe segments from which test samples were removed for metallurgical, chemical and mechanical analyses. In total, four 3-inch ring specimens (Item 1-A-1-Q, Item 1-B-2-Q, Item 94-Q, and Item 148-Q), one 1-inch ring specimen (Item 1-B-1-Q), and two 21-inch specimens (Item 39-Q and Item 83-Q) were removed. Figure 82 through Figure 88 are photographs of the removed test samples (Item 1-A-1-Q, Item 1-B-1-Q, Item 1-B-2-Q, Item 39-Q, Item 83-Q, Item 94-Q, and Item 148-Q, respectively). Markings for flow direction, orientation, and item numbers were indicated on each test sample.

**Table 19  Location and Identification of Types of Test Samples**

| Item Number | Length (inches) | Samples Removed for Analyses[1] | Distance from Top End of Pipe Segment (inches) |
|---|---|---|---|
| 1-A-1-Q | 3 | M, C | 341.28 to 344.28 |
| 39-Q | 21 | M, C, TC | 59.19 to 81.19 |
| 1-B-2-Q[3] | 3 | M,C | 15.60 to 18.60 |
| 1-B-1-Q | 1 | M | 5.38 to 6.38 [4] |
| 83-Q | 21 | M, C, TC | 41.75 to 63.75 |
| 94-Q | 3 | M,C | 19.25 to 22.25 |
| 94-Q | 3 | M,C | 19.25 to 22.25 |
| 148-Q [2] | 3 | M,C | 114.84 to 117.84 |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



(1) M = Metallurgical Samples, C = Chemical Samples, TC = Tensile and Charpy Samples
(Mechanicals)
(2) Sample taken toward the end, adjacent to debris recovered in the drill pipe.
(3) Sample removed toward the end away from undeformed end.
(4) Measured from the fractured surface, not the eroded area.



**Figure 82  Photograph of 1-A-1-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume 1 Final Report

MANAGING RISK 



**Figure 83  Photograph of 1-B-1-Q**



**Figure 84  Photograph of 1-B-2-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 85  Photograph 39-Q**



**Figure 86  Photograph 83-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK 



**Figure 87  Photograph 94-Q**



**Figure 88  Photograph of 148-Q**

The diameter of the bottom (U/S) end of each test sample was measured using Pi Tape
(Serial Number 082510143). Measurements were performed in areas that were free of

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



debris and undeformed. Table 20 summarizes the diameter measurements taken at the
bottom end of each test sample. All measurements were consistent with 5.5-inch diameter
drill pipe. The wall thicknesses were measured using a micrometer at four locations 90°
from one another at the bottom end of the test samples. The results of the wall thickness
measurements are summarized in Table 21. These values were consistent with 0.361-inch
wall thickness drill pipe.

**Table 20  Summary of Diameter Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, and 148-Q**

| Item ID | Average Diameter | API 5D[5] | |
|---|---|---|---|
| | Inches | min* | max* |
| | | inches | |
| 1-B-2-Q | 5.56 | | |
| 39-Q | 5.56 | | |
| 83-Q | 5.55 | 5.46 | 5.70 |
| 94-Q | 5.56 | | |
| 148-Q | 5.55 | | |

*Wall thickness tolerance was specified as +1/8 (max) and -0.75%D (min) in API 5D (5th Edition, 2001),
where D is diameter.

**Table 21  Wall Thickness Measurements Taken at Bottom End of 1-A-1-Q, 1-B-1-Q, 39-Q, 83-Q, 94-Q, 148-Q, and 1-B-2Q**

| Item ID | Wall Thickness on the Upstream End | | | | Average | API 5D[5] |
|---|---|---|---|---|---|---|
| | 0° | 90° | 180° | 270° | | min* |
| | inches | | | | | |
| 1-A-1-Q | 0.401 | 0.404 | 0.408 | 0.377 | 0.398 | |
| 1-B-1-Q** | 0.788 | 0.689 | 0.772 | 0.778 | 0.757 | |
| 39-Q | 0.376 | 0.385 | 0.398 | 0.382 | 0.385 | 0.316 |
| 83-Q | 0.385 | 0.381 | 0.386 | 0.393 | 0.386 | |
| 94-Q | 0.392 | 0.393 | 0.382 | 0.391 | 0.390 | |
| 148-Q | 0.330 | 0.353 | 0.330 | 0.317 | 0.333 | |
| 1-B-2-Q | 0.378 | 0.396 | 0.405 | 0.400 | 0.395 | |

*Wall thickness tolerance was -12.5% in API 5D (5th Edition, 2001).
** Wall thickness was consistent with beginning of tool joint upset.

### 6.2.8.2  Hardness Testing

Prior to metallurgical examination, Rockwell C hardness measurements were performed
on the external surfaces of the test samples. Figure 89 is a photograph of 148-Q showing
the location of Rockwell C hardness measurements on the external surface. Before

---

[5] API SPEC 5DP Specification for Drill Pipe, 5th Edition, 2001

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK




testing, the external surface was ground with a metal file. Hardness readings were taken
0.5-inches apart starting 0.5-inches from the bottom edge. Table 22 is a summary of the
Rockwell C hardness testing for the specified test samples.



**Figure 89  Photograph of 148-Q Showing the Locations of Rockwell C Hardness
Measurements on the External Surface**

**Table 22  Results for Rockwell C hardness Tests Conducted on the External
Surfaces on the Test Samples**

| Item ID | Hardness | | | | | Average | UTS |
| | 1 | 2 | 3 | 4 | 5 | | |
| | HRC | | | | | | ksi |
|---|---|---|---|---|---|---|---|
| 1-A-1 | 27 | 32 | 32 | 30 | 30 | 30 | 138 |
| 1-B-1 | 32 | 28 | 28 | 30 | 28 | 29 | 131 |
| 1-B-2 | 30 | 33 | 29 | 31 | 34 | 31 | 141 |
| 39 | 34 | 33 | 32 | 22 | 35 | 31 | 141 |
| 83 | 35 | 33 | 34 | 31 | 31 | 33 | 149 |
| 94 | 33 | 34 | 34 | 32 | 34 | 33 | 149 |
| 148 | 26 | 32 | 32 | 33 | 31 | 31 | 141 |

Vickers hardness measurements were performed through thickness on the longitudinal
cross-sections of selected test samples. Figure 90 is a photograph of 39-Q showing the
location of Vickers hardness measurements.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK




Hardness readings were taken 0.6-mm apart starting 0.5-mm from the external surface proceeding to the internal surface. Table 23 is a summary of the Vickers hardness testing for selected test samples. The corresponding ultimate tensile strength (UTS) values met the criteria specified in API 5D for Grade S135, drill pipe (minimum 145 ksi).



**Figure 90   Photograph of Longitudinal Cross-Section of 39-Q**

**Table 23   Results for Vickers Hardness Tests Conducted Through Thickness on the Longitudinal Cross-Sections (see Figure 90)**

| Item ID | Hardness (Outside Diameter to Inside Diameter) | | | | | | | | | | Average | UTS | API 5D[5] |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|-----|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | | |
| | HV | | | | | | | | | | | ksi | ksi |
| 1-A-1 | 357 | 366 | 360 | 360 | 354 | 357 | 357 | 357 | 363 | 354 | 359 | 164 | |
| 39 | 327 | 345 | 345 | 354 | 357 | 351 | 348 | 342 | 342 | 339 | 345 | 156 | 145 |
| 83 | 342 | 342 | 342 | 339 | 336 | 339 | 342 | 339 | 345 | 345 | 341 | 154 | |
| 94 | 351 | 354 | 366 | 363 | 363 | 366 | 363 | 360 | 360 | 357 | 360 | 164 | |

Ultimate Tensile Strength (UTS) from Wilson Conversion Chart, 1968

### 6.2.8.3   Metallurgical Examination of Drill Pipe

Table 19 indicates the types of tests that were conducted on each test sample. Figure 91 is a photograph of 39-Q showing the locations for metallurgical, mechanical, and chemical samples. A 1-inch by 1-inch chemical coupon was removed from the upper most location on the test sample. A 1-inch by 2-inch longitudinal metallurgical coupon was removed from a location directly counter clockwise from the chemical coupon. A full ring for the transverse metallurgical coupon was located directly below the longitudinal coupon. Mechanical coupons were machined from the remaining test sample. Coupons for metallurgical, mechanical, and chemical analyses were removed from 83-Q in the same manner.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**Figure 91  Photograph of 39-Q Showing the Locations for Metallurgical, Mechanical, and Chemical Coupons**


Figure 92 is a photograph of 148-Q showing the locations for metallurgical and chemical coupons. The longitudinal metallurgical coupon, the transverse metallurgical coupon, and the chemical coupons were removed in the same manner from 1-A-1-Q, 1-B-2-Q, and 94-Q.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





**Figure 92  Photograph of 148-Q Showing the Locations for Metallurgical and Chemical Coupons**

Figure 83 is a photograph of 1-B-1-Q that was prepared for metallurgical analyses. Only a transverse metallurgical coupon from the top end of the test sample was prepared for examination. With the exception of 1-B-1-Q, the bottom face of all other 1-inch ring transverse metallurgical coupons was polished and etched.

Figure 93 is a stereo light photograph near the inside diameter surface of 39-Q. The internal surface was coated (see yellow and green layer). The coating thickness was measured to be 8.3 mils (0.21-mm) at the location shown in Figure 93 for 39-Q. 1-A-1-Q and 1-B-1-Q (sample above tool joint) showed a similar coating on the internal surfaces. 1-B-2-Q, 83-Q, 94-Q, and 148-Q did not have an internal coating. The presence of the internal coating is indicative of 39-Q, 1-A-1-Q and 1-B-1-Q (above the tool joint) being from the same drill pipe joint. 1-B-2-Q, 83-Q, 94-Q, and 148-Q are all from a different drill pipe joint. This is consistent with the proposed stacking of the recovered drill pipe segments shown in Figure 55.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 93  Stereo Light Photograph of Longitudinal Cross-Section of 39-Q**

Figure 94 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 39-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. Figure 95 is a light photomicrograph showing the typical microstructure of the pipe steel in the transverse orientation of 39-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. 1-A-1-Q had similar microstructures in both the longitudinal and transverse orientation.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





**Figure 94  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Longitudinal Orientation for 39-Q**



**Figure 95  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Transverse Orientation for 39-Q**

DET NORSKE VERITAS

United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



Figure 96 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 1-B-1-Q. The microstructure of the pipe steel consisted primarily of tempered martensite and some ferrite grains. The location from which this specimen was removed was located near the friction weld of the drill pipe to the tool joint. The ferrite grains are aligned as shown in Figure 96 (banded structure). The drill pipe wall thickness in this area was 0.69 to 0.79-inch. When compared to the other microstructures, the presence of ferrite could indicate either compositional variations or heat treating and quenching differences due to the increased wall thickness .



**Figure 96  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Transverse Orientation for 1-B-1-Q**

Figure 97 is a light photomicrograph showing the typical microstructure of the pipe steel in the longitudinal orientation for 83-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. Figure 98 is a light photomicrograph showing the typical microstructure of the pipe steel in the transverse orientation of 83-Q. The microstructure of the pipe steel consisted primarily of tempered martensite, which is typical for quenched and tempered drill pipe. 1-B-2-Q, 94-Q and 148-Q had similar microstructures in both the longitudinal and transverse orientation.

1-A-1-Q and 39-Q were from a drill pipe joint with an internal coating and 1-B-2-Q, 83-Q, 94-Q, and 148-Q were all from a drill pipe joint with no internal coating. Comparing

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

MANAGING RISK

these two groups, there is no discernable difference in metallurgy of the two drill pipe joints.



**Figure 97  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Longitudinal Orientation for 83-Q**



**Figure 98  Light Photomicrograph Showing the Typical Microstructure of the Pipe Steel in the Transverse Orientation for 83-Q**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.2.8.4   Mechanical Testing of Drill Pipe

Figure 99 and Figure 100 show the locations from which coupons were removed from 39-Q and 83-Q, respectively, for mechanical testing. Charpy V-notch coupons were removed from the top end of the test sample. Tensile samples were removed from a location approximately 1-inch below the Charpy coupons. In total, four tensile coupons were removed (Coupons A, B, C, and D), but only two coupons were machined and tested. Coupons A and C were located 180° from Coupons B and D.



**Figure 99  Photograph of 39-Q Showing the Locations for Mechanical Coupon Removal**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 100   Photograph of 83-Q Showing the Locations for Mechanical Coupon Removal**

### 6.2.8.4.1   Tensile Tests

The results of the tensile tests for 39-Q are shown in Table 24. The average yield strength (YS) and ultimate tensile strength (UTS) of the test coupons were 124.8 ksi and 160.5 ksi, respectively. The UTS values for Coupons 39-C and 39-D met the specified minimum value in API 5D (minimum 145 ksi). The range for the specified minimum yield strength (SMYS) in API 5D (135 to 165 ksi) was met for Coupon 39-D, but was not met for Coupon 39-C. The YS for Coupon 39-C was likely low because the coupon came from an area that had experienced compressive deformation (i.e., drill pipe segment 39 was bowed and 39-C was from the inside of the bow).

**Table 24   Summary of Tensile Test Data for 39-Q**

| Item ID | Orientation | Diameter | UTS | | 0.7 YS | | Elongation | Reduced Area |
|---------|-------------|----------|-----|-----|--------|-----|------------|--------------|
| | | inches | ksi | MPa | ksi | MPa | % | % |
| 39-C | Longitudinal | 0.349 | 160.5 | 1107 | 110.6 | 763 | 26.0 | 66.8 |
| 39-D | Longitudinal | 0.353 | 160.5 | 1107 | 139 | 958 | 30.7 | 68.5 |
| API 5D<sup>S</sup> | Specification | 0.350 ± 0.007 | | | | | | |
| | min | 0.343 | 145 | 1000 | 135 | 931 | 8.9 | |
| | max | 0.357 | 165 | 1138 | | | | |

The results of the tensile tests for Coupon 83-Q are shown in Table 25. The average yield strength (YS) and ultimate tensile strength (UTS) of the test coupons were 135.3 ksi and



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

156.8 ksi, respectively. The UTS values for Coupons 83-C and 83-D met the specified minimum value in API 5D (minimum 145 ksi). The range for the specified minimum yield strength (SMYS) in API 5D (135 to 165 ksi) was met for Coupons 83-C and 83-D.

**Table 25  Summary of Tensile Test Data for 83-Q**

| Specimen ID | Orientation | Diameter (inches) | UTS (ksi) | UTS (MPa) | 0.7 YS (ksi) | 0.7 YS (MPa) | Elongation (%) | Reduced Area (%) |
|---|---|---|---|---|---|---|---|---|
| 83-C | Longitudinal | 0.354 | 158.2 | 1091 | 135.5 | 934 | 13.8 | 71.2 |
| 83-D | Longitudinal | 0.355 | 155.3 | 1071 | 135.1 | 931 | 13 | 70.4 |
| API 5D[5] | Specification | 0.350 ± 0.007 | | | | | | |
| | min | 0.343 | 145 | 1000 | 135 | 931 | 8.9 | |
| | max | 0.357 | | | 165 | 1138 | | |

### 6.2.8.4.2  Charpy Tests

Table 26 summarizes the results of the Charpy testing for 39-Q. Figure 101 and Figure 102 show the Charpy impact energy and percent shear curves for 39-Q, respectively. The upper shelf impact energy is approximately 72 ft-lbs (¾-size sample). The average Charpy value for the three 73°F temperature tests was 70 ft-lbs. API 5D specifies a minimum average of 32 ft-lbs and a minimum of specimen of 28 ft-lbs. The Charpy results for 39-Q exceeded the API 5D specifications.[5]

**Table 26  Results of Charpy V-Notch Testing for 39-Q**

| Specimen ID | Test Temperature (°C) | Test Temperature (°F) | Absorbed Energy (J) | Absorbed Energy (ft-lb) | Lateral Expansion (mm) | Lateral Expansion (inches) | Lateral Expansion (mils) | Percent Shear (%) |
|---|---|---|---|---|---|---|---|---|
| 39-1 | 23 | 73 | 92 | 68.0 | 1.32 | 0.052 | 52 | 81 |
| 39-2 | 0 | 32 | 95 | 70.0 | 1.14 | 0.045 | 45 | 78 |
| 39-3 | 40 | 104 | 95 | 70.0 | 1.40 | 0.055 | 55 | 82 |
| 39-4 | -60 | -76 | 64 | 47.0 | 0.80 | 0.031 | 31 | 77 |
| 39-5 | -90 | -130 | 53 | 39.0 | 0.66 | 0.026 | 26 | 40 |
| 39-6 | 23 | 73 | 98 | 72.0 | 1.43 | 0.056 | 56 | 81 |
| 39-7 | -196 | -321 | 14 | 10.0 | 0.10 | 0.004 | 4 | 18 |
| 39-8 | -160 | -256 | 26 | 19.5 | 0.25 | 0.010 | 10 | 18 |
| 39-9 | -175 | -283 | 19 | 14.0 | 0.17 | 0.007 | 7 | 12 |
| 39-10 | -140 | -220 | 30 | 22.0 | 0.34 | 0.013 | 13 | 12 |
| 39-11 | 100 | 212 | 98 | 72.0 | 1.44 | 0.351 | 351 | 100 |
| 39-12 | 23 | 73 | 96 | 71.0 | 1.35 | 0.053 | 53 | 82 |
| 39-13 | 80 | 176 | 92 | 68.0 | 1.40 | 0.055 | 55 | 100 |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK





**Figure 101  Charpy V-Notch Impact Energy Plot as a Function of Temperature for 39-Q (Plot of 3/4-size samples)**



**Figure 102  Percent Shear Plot from Charpy V-Notch Tests as a Function of Temperature for 39-Q**

Table 27 summarizes the results of the Charpy testing for 83-Q. Figure 103 and Figure 104 show the Charpy impact energy and percent shear curves for 83-Q, respectively. The upper shelf impact energy was approximately 72 ft-lbs (¾-size sample). The average

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

Charpy value for the three 73°F temperature tests was 72 ft-lbs. API 5D specifies a minimum average of 32 ft-lbs and a minimum of specimen of 28 ft-lbs. The Charpy results for 83-Q exceeded the API 5D specifications.[5]

**Table 27  Results of Charpy V-Notch Testing for 83-Q**

| Specimen ID | Test Temperature | | Absorbed Energy | | Lateral Expansion | | | Percent Shear |
|---|---|---|---|---|---|---|---|---|
| | (°C) | (°F) | (J) | (ft-lb) | (mm) | (inches) | (mils) | (%) |
| 83-1 | 23 | 73 | 98 | 72.0 | 1.05 | 0.041 | 41 | 81 |
| 83-2 | 0 | 32 | 91 | 67.0 | 1.27 | 0.050 | 50 | 77 |
| 83-3 | 40 | 104 | 92 | 68.0 | 1.32 | 0.052 | 52 | 82 |
| 83-4 | -60 | -76 | 71 | 52.0 | 0.82 | 0.032 | 32 | 83 |
| 83-5 | -90 | -130 | 53 | 39.0 | 0.69 | 0.027 | 27 | 54 |
| 83-6 | 23 | 73 | 98 | 72.0 | 1.07 | 0.042 | 42 | 82 |
| 83-7 | -196 | -321 | 2 | 1.5 | 0.10 | 0.004 | 4 | 29 |
| 83-8 | -160 | -256 | 25 | 18.5 | 0.24 | 0.009 | 9 | 30 |
| 83-9 | -175 | -283 | 25 | 18.5 | 0.22 | 0.009 | 9 | 19 |
| 83-10 | -140 | -220 | 27 | 20.0 | 0.28 | 0.011 | 11 | 24 |
| 83-11 | 100 | 212 | 95 | 70.0 | 1.40 | 0.055 | 55 | 100 |
| 83-12 | 23 | 73 | 96 | 71.0 | 1.38 | 0.054 | 54 | 81 |
| 83-13 | 80 | 176 | 95 | 70.0 | 1.45 | 0.057 | 57 | 100 |



**Figure 103  Charpy V-Notch Impact Energy Plot as a Function of Temperature for 83-Q (Plot of 3/4-size samples)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 104  Percent Shear Plot from Charpy V-Notch Tests as a Function of Temperature for 83-Q**

### 6.2.8.5   Chemical Analysis of Drill Pipe

Chemical analysis was conducted on coupons removed from 1-A-1-Q, 1-B-2-Q, 39-Q, 83-Q, 93-Q, and 148-Q. The results of the chemical analysis are summarized in Table 28. The results of the analysis indicate that the pipe steel meets the chemical composition specifications for API 5D Grade S135, seamless drill pipe.[5]

Items 1-A-1-G and 39-Q were from a drill pipe joint with an internal coating and 1-B-2-Q, 83-Q, 94-Q, and 148-Q were from a drill pipe joint with no internal coating. Comparing these two groups, there was no discernable difference in the chemistry of the two drill pipe joints.

**Table 28  Results of Chemical Analysis Compared with Specification for API 5D Grade S135, Seamless Drill Pipe**

| Element | 1-A-1-Q | 39-Q | 1-B-2-Q | 83-Q | 94-Q | 148-Q | API 5D |
|---|---|---|---|---|---|---|---|
| | wt% | wt% | wt% | wt% | wt% | wt% | wt% |
| Aluminum | 0.022 | 0.022 | 0.023 | 0.023 | 0.023 | 0.023 | ----- |
| Boron | 0.0006 | 0.0005 | 0.0006 | 0.0005 | 0.0006 | 0.0006 | ----- |
| Carbon | 0.24 | 0.24 | 0.25 | 0.24 | 0.25 | 0.24 | ----- |
| Cobalt | 0.002 | 0.001 | 0.004 | 0.001 | ----- | 0.001 | ----- |
| Chromium | 1.25 | 1.26 | 1.25 | 1.24 | 1.26 | 1.25 | ----- |
| Copper | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | ----- |
| Iron | Balance | Balance | Balance | Balance | Balance | Balance | ----- |
| Manganese | 0.74 | 0.73 | 0.73 | 0.73 | 0.74 | 0.73 | ----- |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



| Element | 1-A-1-Q | 39-Q | 1-B-2-Q | 83-Q | 94-Q | 148-Q | API 5D |
|---------|---------|------|---------|------|------|-------|--------|
|         | wt%     | wt%  | wt%     | wt%  | wt%  | wt%   | wt%    |
| Molybdenum | 0.61 | 0.62 | 0.61 | 0.61 | 0.61 | 0.62 | ----- |
| Niobium | ----- | ----- | ----- | ----- | ----- | ----- | ----- |
| Nickel | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 | 0.12 | ----- |
| Phosphorus | 0.006 | 0.006 | 0.006 | 0.006 | 0.006 | 0.006 | 0.030 |
| Sulfur | 0.003 | 0.002 | 0.003 | 0.002 | 0.003 | 0.003 | 0.030 |
| Silicon | 0.26 | 0.25 | 0.26 | 0.25 | 0.25 | 0.25 | ----- |
| Tin | 0.054 | 0.042 | 0.050 | 0.050 | 0.041 | 0.039 | ----- |
| Titanium | 0.016 | 0.014 | 0.015 | 0.015 | 0.014 | 0.014 | ----- |
| Vanadium | 0.006 | 0.006 | 0.007 | 0.007 | 0.007 | 0.006 | ----- |
| Zirconium | 0.007 | 0.005 | 0.006 | 0.005 | 0.004 | 0.004 | ----- |

## 6.3    Document Review

The publicly available and Government-provided documents and information, identified within Appendix C, were reviewed for the purpose of capturing and verifying where possible, the time of occurrence and descriptions of events that took place relevant to the BOP, prior to, during, and subsequent to the incident. Event descriptions and corresponding time occurrences were considered verified if derived from multiple sources and substantiated based upon consistent information. In only one case was an event (identified by two information sources and two perspectives) considered non-verifiable. DNV determined the event to be non-critical and conducted no further review.

Captured events were used to populate a comprehensive timeline for the purpose of illustrating the sequence of events. It was organized according to perspective or various original sources of information. The comprehensive timeline is provided within Appendix F. An illustration of the process used to create the comprehensive timeline is shown in Figure 105. The timeline was developed as an initial first step within the forensic investigation process and contains events considered by DNV to represent key data points. ROV footage was utilized to further substantiate and provide clarification for specific events. Findings of the ROV footage review are described in Section 6.4.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 105  Timeline Process**

Maintenance records, inspection results, and audit reports were reviewed as part of the document investigation. The events contained within the maintenance records, inspection results, and audit reports were incorporated into the timeline using the process described above. The events were also used to establish, to the extent possible, the condition of the BOP stack at the time of the incident. The information concerning the condition of the BOP stack provided guidance for the BOP Functionality testing and the Materials Evaluation and Damage Assessment.

A series of three secondary timelines were developed to assist with the Failure Cause Analysis:

- Blind Shear Ram Timeline, detailing the time span from the incident on April 20, 2010 until April 29, 2010, when it was concluded that the Blind Shear Rams were closed. See Figure 108.
- Variable Bore Rams Timeline, detailing the time span from February 1, 2010, until May 5, 2010, when a final attempt was made to close the VBRs. See Figure 107.
- Annular Preventer Timeline, detailing the time span from January 31, 2010, when the Deepwater Horizon arrived at the Macondo site, until May 3 2010, when a fourth ROV attempt was made to close the Lower AP. See Figure 106.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 106  Illustration of the Events Pertaining to BSRs - April 20, 2010 to April 29, 2010**





DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 107  Illustration of Events Pertaining to VBRs - April 20, 2010 to May 5, 2010.**



**DET NORSKE VERITAS**
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 108  Illustration of Events from the comprehensive timeline that pertain to the Annular Preventers which occurred between January 31, 2010 to May 5, 2010**

EP030842
20 March 2011

137

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



## 6.4     Remotely Operated Vehicle Intervention Efforts

Following the incident, there were several attempts to function the rams on the BOP and to effect repairs to the BOP hydraulic circuits by ROV. In addition, there was continuous ROV inspection and monitoring of various BOP components. Video footage and still photographs taken by the ROVs were provided by BOEMRE as part of the incident investigation documentation. The video footage of particular interest was provided for the time period from late April 21 to May 4, 2010.

The ROVs were equipped to perform a range of intervention tasks.  Each ROV had robotic arms and pinchers used to grasp tools, including cutting wheels, wrenches, hot stabs to transfer pressurized fluid, and hose insertion tools. These tools were lowered to the seabed by a basket and crane. Each ROV had a hydraulic fluid pump on board to assist with hot stabbing operations. Hydraulic fluid was supplied by lowering accumulators to the sea floor. During some intervention efforts the hydraulic fluid was dyed green for visibility, to assist in identifying leaks in the hydraulic circuit.

Video footage and/or photographic stills were provided from the following ROVs:

* C-Express – C-Innovation,
* Boa Sub C - Millennium 36
* Boa Sub C - Millennium 37
* Skandi Neptune - Hercules 6
* Skandi Neptune - Hercules 14

The ROV video footage was reviewed with two objectives:

* To confirm the times, dates and activities referenced by other sources for the purpose of substantiating and illustrating timeline events.
* To provide on going ROV video review support to confirm observations related to the BOP condition and the origin of leaks and modifications to the hydraulic circuitry.

The video footage of primary interest was from three ROVs: C-Innovation, Millennium 36 and Millennium 37. These ROVs performed intervention work and monitoring after the incident. The other ROVs (from which video footage was provided) were generally involved in monitoring activities. The ROV operators completed dive logs during the course of their intervention efforts. The logs were provided by BOEMRE as part of the documentation. The dive logs were reviewed and used as guidelines to navigate the extensive ROV footage. The relevant ROV intervention times and activities were cross-referenced to supporting documentation and verified activities were then included in the primary timeline.

MANAGING RISK



## 6.4.1   Activation of the Blind Shear Rams

Three different interventions were performed to initiate closure of the BSRs:

- Forced activation of the AMF/Deadman sequence by severing the pressure balance oil filled (PBOF) cables severing the Pressure Balanced Oil Filled cable between the Yellow and Blue Control Pods and the pilot pressure lines from the rigid conduit manifold
- Forced activation of the Autoshear sequence by manually cutting the hydraulic plunger
- Closure of the BSRs by "hot stabbing" directly into the ROV panel located on the lower choke side of the BOP

During the course of these activities there were also efforts to close the Middle VBRs by hot stabbing. It was later determined, on May 3, 2010, that the hydraulic line from the ROV panel Middle VBR close port was incorrectly connected to the Lower VBRs.

Later ROV interventions involved initiating closure of the CSRs and the Annular Preventers.

Intervention efforts related to the closing of the BSRs were reviewed and documented in detail in the primary timeline (Appendix F). Table 29 is a summary of these efforts.

**Table 29  Summary of ROV Interventions for BSRs**

| Date | Time | Activity | Documented Result |
|---|---|---|---|
| April 21, 2010 | 23:00 | C-Innovation attempted to activate Autoshear | The hydraulic plunger was not cut |
| April 22, 2010 | 01:10 | C-Innovation attempted to close BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel. | Unable to raise pressure. |
|  | 02:45 | C-Innovation attempted to simulate the Automatic Mode Function (AMF/Deadman) by cutting rigid piping and the PBOF hydraulic lines | The hydraulic line was severed. Fluid release from the line was minimal and indicated the line was not under high pressure. |
|  | 04:40 | Second attempt to activate the Autoshear by cutting the hydraulic plunger | Unable to cut hydraulic plunger |
|  | 07:30 | Millennium 37 attempted activate the Autoshear by cutting the hydraulic plunger | Hydraulic plunger was successfully cut. |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



| Date | Time | Activity | Documented Result |
|------|------|----------|-------------------|
| | 08:00 | Millennium 36 attempted to close the BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel | Unable to raise pressure. Flow test on mud indicated fluid is flowing. |
| | 10:22 | Deepwater Horizon sank | |
| April 23, 2010 | | (No active intervention efforts related to BSR) | |
| April 24, 2010 | | (No active intervention efforts related to BSR) | |
| April 25, 2010 | | (No active intervention efforts related to BSR) | |
| April 26, 2010 | 10:45 | Millennium 37 attempted to close the BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel | Pressure reached 4,400 psig, but was not maintained. |
| April 26, 2010 | 21:45 | Millennium 37 attempted to close the BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel | Pressure reached 4,500 psig, but was not maintained. |
| April 27, 2010 | 03:15 | Millennium 37 attempted to close the BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel | Pressurized to 5,000 psig. Appeared to maintain pressure. |
| April 28, 2010 | | (No active intervention efforts related to BSR) | |
| April 29, 2010 | 21:30 | Millennium 36 attempted to close the BSR by hot stabbing into the "SHR RAM CLOSE" port on the ROV panel | Pressurized to 5,500 psig. Appeared to maintain pressure. |
| May 10, 2010 | - | Gamma rays indicated all but one of the ST locks were closed and locked | - |
| May 20, 2010 | - | ROV intervention activities ceased | - |

The first ROV intervention effort related to the closing of the BSRs was an attempt to cut the Autoshear hydraulic plunger. C-Innovation attempted the cut using a circular saw at approximately 23:30 hours on the evening of April 21, 2010. The cut was not successful. Figure 109 shows two images captured from the video footage provided, from before and after the failed attempt.