DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 109  ROV C-Innovation video footage of the failed attempt to cut the Autoshear hydraulic plunger at 23:30 on April 21, 2010**

The first attempt to close the BSRs by hot stabbing was performed by C-Innovation at approximately 01:15 hours on April 22, 2010. The ROV was unable to generate pressure using the on-board hydraulic pump. Figure 110 shows two images captured of the failed attempt. C-Innovation then successfully severed various rigid piping and the PBOF cable between the subsea transducer module (STM) and SEMs on the Control Pods. Figure 111 shows images of the severing of the PBOF cables.



**Figure 110  ROV C-Innovation video footage of the failed attempt to raise pressure during hot stab of the blind shear ram at 01:15 on April 22, 2010**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK




**Figure 111  ROV C-Innovation video footage of the successful attempt to sever the PBOF cables 02:45 on April 22, 2010. The severed cable is highlighted with a yellow dashed circle.**

The Autoshear hydraulic plunger was successfully cut using a circular saw by Millennium 37 at approximately 07:30 hours on April 22, 2010. Figure 112 shows images of the successful cut. Movement of the plunger (captured by the ROV footage) indicated that the Autoshear sequence was initiated.

Following the Autoshear hydraulic plunger cut, the ROV performed an inspection of the BOP stack. The inspection of the "LATCH/UNLATCH" indicator demonstrated that the LMRP had not unlatched (see Figure 113 and Figure 114).




**Figure 112  ROV Millennium 37 video footage of the successful attempt to cut the Autoshear hydraulic plunger at 07:30 on April 22, 2010**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 113  ROV Millennium 37 video footage of the LMRP/BOP stack connection
shortly after cutting of the Autoshear hydraulic plunger at 07:30 on April 22, 2010**



**Figure 114  ROV Millennium 37 video footage of the LMRP "LATCH/UNLATCH"
indicator shortly after cutting of the Autoshear hydraulic plunger at 07:30 on April
22, 2010**

Millennium 36 made another unsuccessful attempt to hot stab into the BSR close port on
the ROV panel at approximately 08:00 hours on April 22, 2010. The ROV was unable to
generate pressure. Figure 115 is an image of the failed attempt. The ROV was pulled

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

back as the Deepwater Horizon sank. Figure 116 shows images of the LMRP Flex Joint before and after the riser kinked on April 22, 2010.



**Figure 115 ROV Millennium 36 video footage of the failed attempt to raise pressure during hot stab of the blind shear ram at 08:00 on April 22, 2010**



**Figure 116 ROV Millennium 36 video footage of the LMRP Flex Joint before and after the kinking of the riser at 10:22 on April 22, 2010**

Millennium 37 made two more attempts to hot stab the BSR close port on the ROV panel, at 10:45 and 21:45 hours on April 26, 2010. During both attempts the pressure was generated to over 4,000 psig, but could not be maintained. Figure 117 and Figure 118 show ROV images of the two attempts. The loss of pressure was attributed to leaks in the

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



ROV panel fittings, which were monitored and repaired before any further hot stabbing attempts.



**Figure 117  ROV Millennium 37 video footage of a successful attempt to raise pressure during the hot stab of the blind shear ram at 10:45 on April 26, 2010**



**Figure 118  ROV Millennium 37 video footage of a successful attempt to raise pressure during the hot stab of the blind shear ram at 21:45 on April 26, 2010**

Millennium 37 and Millennium 36 made two more attempts to hot stab the BSR close port on the ROV panel, at 03:15 on April 26, 2010 and 21:30 hours on April 29, 2010, respectively. During both attempts the pressure increased rapidly to over 5,000 psig, and was maintained. The maintained pressure indicated the leaks in the ROV panel had been successfully repaired.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 119  ROV Millennium 37 video footage of a successful attempt to maintain pressure during hot stab of the blind shear ram at 3:15 on April 27, 2010**



**Figure 120  ROV Millennium 36 video footage of a successful attempt to maintain pressure during the hot stab of the blind shear ram at 21:30 on April 29, 2010**

## 6.4.2   Repair Efforts

Leaks were identified in the hydraulic circuits while hot stabbing the BSRs. ROVs worked in tandem to identify leaks in the various components. One ROV would hot stab at the ROV panel, while another ROV monitored hoses and connections for leakage. Leaks were highlighted by injecting green dye into the hydraulic fluid prior to hot stabbing.

Intervention efforts related to the closing of the blind shear rams are shown in Figure 121 and Figure 122. Leaks were repaired by ROV using hand tools. Figure 123 and Figure

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

124 show images of the inspection and repair to the ST Lock shuttle valve above the
starboard side of the BSRs. Leaks were also identified in the fittings behind the port side
ST Lock (see Figure 125).



**Figure 121  ROV Millennium 37 video footage of an inspection of a fitting on the
blind shear ram at 08:15 on April 22, 2010**



**Figure 122  ROV Millennium 37 video footage of a repair to a fitting on the blind
shear ram at 08:20 on April 22, 2010**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 123  ROV Millennium 37 video footage of an inspection of the ST lock shuttle valve on the blind shear ram at 22:20 on April 25, 2010**



**Figure 124  ROV Millennium 37 video footage of a repair of the ST lock shuttle valve on the blind shear ram at 5:45 on April 26, 2010**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 125  ROV Millennium 36 video footage of a leak in the fittings behind the right side ST Lock on the blind shear rams**

## 6.5    Modeling

Based on the examination of the damage to the BSR blocks and the drill pipe segments, the position of the drill pipe at the time of cutting by the BSR was not at the center of the wellbore. The evidence from the markings on the drill pipe indicated that the drill pipe was at the side of the wellbore. To explain the position of the drill pipe within the wellbore at the time of the BSR activation, buckling of the drill pipe within the well-bore between the UA and the Upper VBR was examined. The modeling described below was performed for different combinations of annular preventers and VBRs with only minor variations in results.

The scenario in which forces developed to produce buckling is discussed here. The UA was closed with either the tool joint directly below the element or with the element closing on the top portion of the tool joint (see erosion patterns on the tool joint in Figure 126). The closing force of the UA element restricted the drill pipe from upward movement. Upon closing the Upper VBR, the wellbore flow was directed only through the drill pipe, resulting in the pressure within the drill pipe rapidly increasing. The pressure increase produced an upward force (axial compression load pinned at the UA) on the drill pipe. This upward force provided the forces necessary for the drill pipe to elastically buckle, forcing the drill pipe to the side of the wellbore.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report                                    MANAGING RISK 



**Figure 126  Laser Scan of Drill Pipe Segment 1-B-1 (Top End)**

## 6.5.1  Buckling Model

Elastic buckling is characterized by a sudden instability of a structure subject to lateral loads or axial compressive loads. In the case of an axially loaded drill pipe, this instability would result in lateral displacement of the pipe within the wellbore. Finite element analysis (FEA) was performed to examine the possibility and effects of elastic buckling of the drill pipe within the wellbore between the UA and the Upper VBR.

Finite element modeling of a buckling event is typically handled as a two part analysis. An initial buckling analysis was run to calculate the critical buckling loads and predict the locations and manner that a structure will fail, and a post-buckling analysis was then run to calculate the pipe deformation response after the buckle initiates. For this model a linear eigenvalue buckling analysis was utilized to calculate the likely buckling modes and their corresponding critical loads.

The eigenvalue method is a numerical modeling technique to calculate the critical buckling loads of a given structure. For a drill pipe under axial load there are numerous ways in which the drill pipe can buckle (known as buckling modes). The buckling modes are affected by the loading conditions and sensitive to any stiffening elements in the structure. The tool joint and drill pipe were modeled in their entirety for the segment between the UA and the Upper VBR.

A three dimensional solid model was developed that included a drill pipe segment (including tool joint) that spanned from the UA down to the Upper VBR, the BSR cavity, and a section of the BOP wellbore, as shown in Figure 127. The drill pipe segment was modeled using the nominal geometry specified in API Specification 5D and API



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

Specification 7. The wellbore and the BSR cavity were modeled to simulate the displacement restrictions of the drill pipe within the wellbore.



**Figure 127  General Layout of Drill Pipe and Wellbore Section**

The final drill pipe geometry was modeled with refined mesh of 27,520 elements, connected by 41,400 nodes. The elements used to construct the model were three-dimensional 8-noded hexahedral solid elements. Elements of this type and refinement ensured adequate mesh definition and solution accuracy. The wellbore and BSR cavity were modeled with rigid shell elements. These elements provided contact and displacement control. Elastic material properties were applied to the elements defining the behavior of the drill pipe using results from the mechanical testing (Section 6.2.8.4).

Boundary conditions were applied representing the constraints at the UA and the Upper VBR. An eigenvalue buckling analysis was then run to predict the buckling modes and calculate their respective critical loads. Critical loads were calculated by applying incremental axial loads to the bottom of the drill pipe until the point of instability was reached. The predicted buckling mode data was then utilized as input for the post-buckling deformation analysis.

The axial load components were added in a static Rik's type analysis to approximate the post-buckling deformation of the drill pipe. Rik's method is capable of varying the applied load components as the pipe deforms allowing the analysis to account for the non-linear effects expected as buckling progresses.

The models were solved using ABAQUS™ Standard. The initial buckling analysis predicted a single waveform buckling mode, at a critical axial load of 113,568 lbs. The predicted deformation and resulting stresses are shown in Figure 128 and Figure 129, and the calculated loads are given in Figure 130. The predicted deformation showed the peak curvature of the buckle would contact the wellbore above the BSR cavity, holding the pipe against the side of the wellbore.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 128  Progression of Pipe Displacement Under Buckling**



**Figure 129  Predicted Deformation and Resulting Stresses Due to Buckling**




DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report                                          MANAGING RISK



**Figure 130  Calculated Loads as a Function of Drill Pipe Displacement**

## 6.5.2    Buckling Considerations

It has been shown by finite element analysis (Section 6.5.1) that a compressive axial load of 113,568 lb on the drill pipe was necessary to cause buckling. The finite element analysis accounted for the specific geometry of the drill-pipe, tool joint and rams.

This result was validated by calculations based on Euler's equation. The drill pipe was assumed to be fully restricted from upward movement at the closed UA due to a tool joint positioned just below. At the upper VBR, the drill pipe was assumed to be fixed in the radial direction by the rams but unrestricted in the vertical direction (i.e. allowed to slide).

A compressive axial force that led to buckling of the drill pipe at the time the BSR was activated was the result of a combination of several components. These force components depend on the reservoir pressure, the fluid media in the drill pipe, the flow in the drill pipe, the friction between the fluid media and drill pipe and other factors.

The axial compressive force on the drill pipe that can cause buckling has a number of components including but not limited to:

- Upward friction force from the flow inside the drill pipe
- Upward buoyancy force on the drill pipe
- Upward force from reservoir pressure in excess of buoyancy acting on drill pipe
- Downward gravity force on the drill pipe

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report  

MANAGING RISK

- Downward friction force on the outside of the drill pipe from seal at the VBR

Based on conditions likely present in the wellbore at the time of the incident, calculations indicate that the force needed to buckle the drill pipe was present. Detailed numerical simulations were not performed as part of this investigation.

### 6.5.3    Cutting of the Drill Pipe in the Blind Shear Ram

Physical evidence on the recovered drill pipe segments indicates that the drill pipe was not centered in the wellbore when the BSR was activated. Indications on drill pipe segment ends 94-B and 83-B were matched to the outer corners of the upper BSR block as discussed in (Section 6.2.4.2). These indications were aligned with the upper BSR block features to determine the position of the drill pipe. Figure 131 shows a comparison of the aligned pipe segments with the predicted drill pipe position from the buckling analysis.



**Figure 131  Alignment of Pipe Segments with BSR and Buckled Pipe Displacement Comparison**

The BSR blades are designed with a face rake angle intended to impart tension on the drill pipe as the blades shear through it. Multiple numerical equations exist for approximating the shear forces necessary to shear drill pipe, however these only consider situations where the pipe is completely within the shearing blade surfaces of the BSR. A finite element analysis (FEA) was performed to simulate the effects of a non-centered drill pipe on the ability of the BSR to cut the drill pipe and seal the well.

Fracture of a ductile material is governed by two key mechanisms: ductile fracture due to the nucleation, growth, and coalescence of voids (ductile damage) and shear fracture due to shear band localization (shear damage).[6] These two mechanisms call for different

---

[6] ABAQUS Analysis User's Manual, "21.2.2 Damage Initiation Criteria for Fracture of Metals"; (C) Dassault Systemes, 2010.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report  

MANAGING RISK

forms of the criteria for the onset of damage. FEA using Abaqus offers several mechanisms to accurately model material damage. For this analysis, ductile damage initiation was specified using the Johnson-Cook damage model and published damage parameters for 4340 steel. The shear damage initiation was specified using shear criterion model within Abaqus and published damage parameters. This allowed for the model to consider material failure by ductile damage, shear damage, or a combination thereof.

Validation models were run to determine the forces necessary to cut the drill pipe when it is within the cutting blade surfaces (centered in the wellbore as illustrated in Figure 132). A three dimensional shell model was developed representing the BSR blades, block faces, and a section of 5.5 inch diameter drill pipe as shown in Figure 133. The final geometry was modeled with 20,030 elements connected by 20,183 Nodes. The blade surface models were developed from CAD models of the BSR provided by Cameron. The drill pipe was modeled with shell elements and a specified thickness of 0.386 inches, per measurements of pipe section 83-Q. The ram faces were modeled with rigid shell elements as they were assumed stiff relative to the deformable drill pipe. Elastic and plastic material properties were applied to the model defining the behavior of the drill pipe as determined by mechanical testing.



**Figure 132  BSR Configuration**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 133  FEA Model of BSR Blade Surfaces and Drill Pipe**

A second model was developed to analyze the effects of the drill pipe being off center in
the wellbore (displaced to the far side of the wellbore as illustrated in Figure 134). The
upper BSR block had a single "V" blade design, intended to create a progressive shear,
thereby reducing the necessary cutting force. As shown in Figure 132, the upper BSR
blade does not extend fully across the wellbore. The lateral forces due to buckling would
likely have kept the drill pipe off center in the position illustrated in Figure 134.



**Figure 134  FEA Model of BSR Blade Surfaces and Off-Center Drill Pipe**

The dynamic pipe shear models were solved using Abaqus Explicit. The progression of
the shear cut for the model with centered drill pipe is shown in Figure 135 and Figure
136. The drill pipe was deformed initially (Frames 2 and 4). Frame 7 shows the step
where the blade began to shear and penetrate the drill pipe. This was the point of highest
calculated shear force ($RF_{MAX}$). As the shearing progressed and the drill pipe separated,




DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

the required force decreased (Frame 8). After full separation, the rams deformed the pipe and folded over the lower sheared section (Frames 10 and 12). Figure 137 shows a BSR cut from Cameron Engineering Report 2613 with a very similar appearance as predicted by the FEA model.



**Figure 135  Progression of Centered BSR Shear Model – Side View**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK







**Figure 136  Progression of Centered BSR Shear Model - Isometric View**



(a) Lower pipe with upper BSR block        (b) Lower pipe with lower BSR block

**Figure 137  Photographs of BSR Shear Samples.[7]**

The model with centered drill pipe calculated a maximum required shear force of 573,018 lbs. Table 2 of Cameron Engineering Bulletin EB-702D provided the effective piston area for the BSR configuration (238 in$^2$). The model-derived shear force, when divided

---

[7] Cameron Engineering Report 2613, Mach 3, 1999, 2nd Shear Test, Photo 8 and 9 of 16, p.22.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

by this effective piston area, equated to a maximum ram pressure of 2,408 psig. The FEA results were compared with shearing pressure results derived from methods proposed by Transocean[8], West Engineering[9], and Cameron[10]. The Transocean and West Engineering calculations were based on a modified distortion energy theory equation, while Cameron used an empirical formula developed from extensive testing. The calculated results for the given conditions are given in Table 30. The FEA model results showed good agreement with the calculated shear pressures.

**Table 30  Comparison of Calculated BSR Pressures**

| Calculation Method | Calculated Shear Force | Shear Pressure |
|---|---|---|
| | (lbf$_f$) | (psi) |
| Transocean[8] | | 2,378 |
| West Engineering[9] | 504,805 | 2,121 |
| Cameron[10] | | 3,008 |
| FEA Model | 573,018 | 2,408 |

The BSR is designed to fold the end of the lower pipe segment over to prevent damage to the lateral sealing element behind the upper blade as it passes across. Testing has shown that the lower piece can fracture at the fold point (Figure 137). The centered pipe shear analysis calculated a strain concentration of 32% along the inner bend as seen in Figure 138, matching with the fracture area observed on physical tests.

[8] TRN-USCG_MMS-00038805 Shear Pressure.xls.
[9] West Engineering Report: Shear Ram Capabilities Study; Req. 3-4025-1001 for U.S. MMS, Sept. 2004.
[10] ED-702 CAMCG 00003247 Page 5 – Table 2.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**Figure 138  Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend**

The progression of the shear cut for the model with off-centered drill pipe is shown in Figure 139 and Figure 140. With the pipe displaced to the side of the wellbore, the corner of the upper blade made the initial contact with the drill pipe (Frame 2). In Frame 4, the corner of the upper blade has pierced the drill pipe and shearing has initiated. As part of the pipe is outside of the upper BSR blade surface, only 2/3 of the pipe is actually being sheared (Frame 7). Due to the earlier shear initiation at the blade point, and the fact that less of the pipe was sheared, the calculated shearing forces were less than those calculated for the centered pipe model. The remainder of the pipe was deformed outside of the upper blade surface (Frames 8, 10, and 11). This deformed portion was pinched and deformed between opposing side packers (Frames 10 and 11, and Figure 141).

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 139  Progression of Off-Center BSR Shear Model - Side View**



**Figure 140  Progression of Off-Center BSR Shear Model - Isometric View**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**Figure 141  Top View Showing Deformation of Drill Pipe Outside of Shearing Blade Surfaces**

The final deformed configuration of the drill pipe on the upper BSR block is shown in Figure 142 through Figure 144. The comparison between the aligned laser scanned sections with the final configuration predicted by the FEA model showed good agreement. The final deformed configuration of the drill pipe is given in Figure 145. Note that the ram block indentations on both the upper and lower segments of drill pipe were present and agreed with the recovered evidence. The fold over on the recovered lower pipe section was missing. This portion was removed from the center image in Figure 145 for visual comparison with 83-B and 94-B.



**Figure 142  Final Deformed Configuration of Shear Cut Showing Strain Concentration at Inner Bend**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 143  Final Deformation of the Drill Pipe as Predicted by the Off-Centered
Pipe Model; Upper BSR Block Shown on the Right**



**Figure 144  Comparison of Recovered Drill Pipe Segments and Final Model**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 145  Final Model Deformation Compared with Recovered Drill Pipe Laser Scans - 83-B and 94-B**

The shear model with off-centered drill pipe showed that the required shear force ($RF_{MAX}$) increased as the pipe was pressed between the flat outer faces of the ram blocks. A maximum shear force for the off-centered pipe analysis was calculated as 1,017,040 lb$_f$, which is equivalent to 4,273 psi for this BSR design. Based on this analysis, the BSR would likely stall at this point, if not prior to this, as the required pressure exceeded the available hydraulic system pressure (regulated to 4,000 psig).

With the drill pipe collapsed between the ram faces, the upper and lower BSR blocks were 2 inches from being fully closed (Figure 146). The side packers were 1 inch from making initial contact and sealing.



**Figure 146  Spacing of Upper and Lower BSR Blocks in Partially Closed Position**

Further investigation was performed using the laser scanned models. The models of the upper and lower BSR blocks, and drill pipe segment 94 were assembled with segment 94 contacting the upper block (deformation features aligned - Figure 147). With the blocks

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



spaced 2 inches from fully closed, the lower block fit against segment 94. Figure 148
shows the BSR CAD models (side packers removed) in the same configuration and
demonstrates that the lower BSR blade was 1.4 inches from contacting the rear packers
and sealing.



**Figure 147  Alignment of Scan Models - 2 Inch Standoff Between Block**



2 in.

**Figure 148  BSR CAD Models - 2 Inch Standoff Between Blocks**

With the VBRs closed below the BSR, well flow was diverted through the inside of the
drill pipe. After the BSR was activated and closed on the off-center drill pipe, the well
flow was concentrated through the partially sheared drill pipe on the kill side of the BSR.
The kill side of the blocks and wellbore experienced the most erosion damage. This
concentrated flow condition remained until the CSRs were activated (April 29, 2010)
shearing the drill pipe. This created a new flow condition that was no longer concentrated



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

on the kill side of the BSR. Flow then exited the cut drill pipe below the CSR and impinged upon the bottom of the CSR blocks (evidenced by erosion pattern on recovered blocks). The CSR was intended only to cut tubulars. It was not designed to seal the wellbore. Without a sealing mechanism in the CSRs, flow traveled around the CSR blocks and continued up the entire wellbore cross-section below the BSRs. Without contact between the lower blade and rear packer (forming a seal), flow occurred across the entire face of the blocks. This flow condition existed from April 29, 2010, until the well was brought under control.

Figure 149 shows the open cavity through the upper BSR block above the cut lower drill pipe segment. The image on the right shows the scan of the erosion in the wellbore along the kill side of the BSRs.



*Note the image on the left is viewed from the kill side, while the image on the right is facing the kill side of the wellbore.*

**Figure 149  Erosion Damage - BSR Blocks and Wellbore**

## 6.6    Failure Cause Analysis

Failure cause analysis was organized and conducted around a single top event and a secondary chain of events. For the purposes of this investigation the top event was defined as the failure of the BSRs to close and seal the well and the secondary chain was defined as the events responsible for the condition and location of the recovered drill pipe segments.

A fault tree was developed for the top event (Appendix G). Six different means were identified for initiating closure of the BSRs:

- Manual function via surface control through BSR Close
- Manual function via surface control through HP Shear Close
- Manual function via surface control of EDS
- Automated function via AMF/Deadman
- Manual initiation of Autoshear

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

- Manual function subsea via ROV

There were functions/components common to all six means:

- Port and starboard BSR hydraulic actuators (operators) on the BOP
- Port and starboard BSR Close shuttle valves
- Hydraulic lines

Testing of these components determined that they functioned as intended in the as-received condition. No further failure cause analysis was performed.

Manual function via surface control through BSR close is achieved through the activation of solenoid 66B/Y. However, the high-pressure BSR close function is achieved through solenoid 103 B/Y. High pressure close, EDS and AMF/Deadman all activate through the operation of solenoid 103B/Y. Specifics on solenoid 103 are discussed later in this section.

HP Shear Close, EDS, AMF/Deadman and Autoshear have a common reliance on the accumulator bottles (8 x 80 gallon) located on the BOP. Testing of these accumulators determined that they functioned as intended in the as-received condition. The analysis of the hydraulic fluid collected from the port side close operator of the BSR indicated the fluid was of a composition very similar in characteristics to the samples of Stack Guard and Aqualink provided by the manufacturer. This was the fluid that resided in the BOP accumulators at the time of the incident. This if further indication the BSR's were activated either by the Authoshear or possibly the AMF/Deadman functions. No further failure cause analysis was performed.

Each of these means are examined and discussed in further detail in the following sections.

## 6.6.1   Manual Function Blind Shear Ram Close and High Pressure Shear Close

Both of these manual functions required deliberate selection using a control interface on the Deepwater Horizon. Eyewitness accounts of the activities carried out during the loss of well control do not record any action carried out to close the BSRs independently using either the BSR Close function or the HP Shear Close function on the control interfaces from the rig. It was ruled as unlikely that either of these functions could have been accidentally pressed (instead of another intended function such as EDS) based on proximity to other functions on the control panel layouts. There was no evidence to support either of these means as possible. No further failure cause analysis was performed.

 

### 6.6.2    Manual Function of Emergency Disconnect Sequence

Eyewitness accounts record that the EDS function was initiated from the bridge of the
Deepwater Horizon just before 21:56 on April 20, 2010. The initiation occurred
approximately seven minutes after the first recorded explosion and power loss. There are
no corroborative eyewitness accounts regarding the status of the lights on the control
panel. There is an account of lights flashing, indicating that the EDS function had
initiated. There are no accounts of any specific lights going steady, which would have
indicated a function had been completed and confirmed by the subsea control pods. The
EDS function has two separate command sequences: (1) Blind Shear Ram Close, and (2)
Casing Shear Ram Close. The latter sequence is used when casing is being run into the
hole; otherwise the Blind Shear Ram Close is used as the default sequence. By design,
the Blind Shear Ram Close sequence should have been completed within 25 seconds.
Reviewed ROV video indicated no evidence that the sequence had initiated; the LMRP
remained latched to the BOP, the Blue and Yellow Control Pod stingers were not
retracted. Evidence supports that the EDS function was initiated but not successfully
completed. Evidence indicates that the most probable reason for this failure was damage
and loss of MUX communication to the BOP Stack due to and immediately after the first
recorded explosion and loss of rig power. No further failure cause analysis was
performed.

### 6.6.3    Automated Mode Function/Deadman

The AMF/Deadman sequence was designed to initiate from the control pods if electrical
power, fiber-optic communication and hydraulic pressure to the control pods from the
surface were lost. Regardless of which control pod was active or being used to control the
BOP Stack, both the Yellow and Blue Control Pods continuously monitored the status of
the power, communication and pressure. Both control pods communicated with each
other regarding this status. One control pod had command (active) of the BOP Stack and
monitored communication from the surface. The other control pod was on standby but it
monitored communications from the active control pod. In the case of loss of all three
inputs (power, communication and hydraulic pressure), both control pods required
agreement on status in order to initiate the sequence. The AMF/Deadman sequence was
required to be armed (command given after BOP Stack was installed) in order to
function. At the time of the loss of well control, the Blue Control Pod was in command of
the BOP stack.

Two scenarios were analyzed for the AMF/Deadman sequence: initiation after power,
communication and hydraulic pressure loss caused by catastrophic failure at the surface,
and initiation after ROV intervention.

As previously discussed in Section 6.6.2, evidence indicates that MUX cable
transmission (power and communication) was lost due to and immediately after the first
recorded explosion and loss of rig power. ROV intervention was completed at 02:45 on
April 22, 2010 to remove hydraulic pressure by cutting the pilot lines from the rigid

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report          MANAGING RISK 

conduit manifold on the LMRP to both control pods and cutting the PBOF cables from the STM to the SEMs on both control pods. This intervention satisfied the three necessary conditions (power, communication and hydraulic pressure loss) for AMF/Deadman initiation.

Testing of the AMF/Deadman indicated the hydraulic circuit portion of the system functioned as intended. Testing of the original Solenoid 103Y yielded inconsistent results. Testing on the Blue Control Pod 27V battery bank indicated a low voltage that was incapable of actuating Solenoid 103B and therefore incapable of completing the AMF/Deadman sequence.

Evidence indicates that conditions necessary for AMF/Deadman (loss of power, communication and hydraulic pressure) existed immediately following the first explosion/loss of rig power and prior to ROV intervention. The function testing demonstrated that the AMF circuits within both the Blue and Yellow Control Pod SEMs activated when the loss conditions were simulated. Function testing on the Blue Control Pod proved that the 27V battery bank in the as-received condition could not carry the initiation from the AMF circuit in the SEM to completion. The function testing of the Yellow Control Pod circuits demonstrated that when both coils of original Solenoid 103Y were energized simultaneously, the solenoid functioned as intended. When only one coil was energized, the results were inconsistent.

While the conditions necessary for AMF/Deadman existed immediately following the first explosion/loss of rig power, because of the inconsistent behavior of original Solenoid 103Y and the state of the 27V battery bank on the Blue Control Pod, it is at best questionable whether the sequence was completed.

## 6.6.4   Autoshear

Autoshear is a hydro-mechanical system. Its functioning is not dependent on the state of the Control Pods. Testing of the Autoshear indicated the hydraulic circuit portion of the system functioned as intended. The Autoshear hydraulic plunger was successfully cut at approximately 07:30 hours on April 22, 2010. Movement of the plunger (visible on ROV footage) indicated that hydraulic pressure on the control valve was relieved allowing a spring return to shift the control valve, sending a pilot signal to open a high pressure shear control valve and send hydraulic supply from the high pressure shear circuit to the closing ports of the BSRs. Testing of the system resulted in functioning as intended. The evidence supports successful initiation of BSR close by Autoshear, if not previously by AMF/Deadman.

## 6.6.5   Manual Function via Remotely Operated Vehicle

Testing of the ROV Panel BSR port confirmed the panel functioned as intended. At the start of each test, connecting rod movement occurred at very low pressures for all three-

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

flow rates. The pressure to the operators did not increase until the connecting rods had fully extended (fully closed).

The first attempt to close the BSRs using the ROV panel hot stab occurred prior to the successful cut of the Autoshear hydraulic plunger. The attempt was considered unsuccessful due to inability to generate pressure. There were continued attempts to close the BSRs following the initiation of Autoshear. The second attempt was similar to the first attempt; unsuccessful due to inability to generate pressure. In two subsequent attempts, pressure was generated to over 4,000 psig, but bled down due to leaks in the hydraulic circuit. In two final attempts, pressure was rapidly generated to over 5,000 psig and maintained.

The ability for the ROV to raise pressure to over 4,000 psig indicates that the reported leaks would have had little or no effect on closing the BSRs. The rapid generation of over 5,000 psig (on April 27, 2010 and again on April 29, 2010) when compared with the results from the function testing, indicated the BSRs were either fully closed or obstructed from closing further. No further failure cause analysis was performed.

## 6.6.6    Recovered Drill Pipe Segments

The recovery and examination of eight drill pipe segments from the BOP, LMRP and Riser was discussed in detail in Sections 6.1.4 and 6.2.3.

From the exercise to match segment ends it was determined that segments 1-B-1, 1-B-2, 84, and 83 (top to bottom) constituted a larger segment and segments 1-A-1 and 39 (top to bottom) constituted another larger segment. Both were located side by side above the UA when the riser kinking occurred. Segments 84 and 83 were nearly separated by the ROV saw cut intervention. Segments 1-A-1 and 39 were separated by the ROV shear cut intervention. Likewise, segments 1-B-2 and 84 were separated by the ROV shear cut. Segments 1-B-1 and 39 were determined to be from the same joint of pipe based on the presence of internal coating in both segments. Their separation was postulated to have been tensile failure based on the fracture surface of 1-B-1-E. Both the BSR shear (between segments 83 and 94) and the tensile failure above the tool joint (between segments 1-B-1 and 39) occurred before the riser kinking.

Two events were considered that were capable of producing sufficient force to part segments 1-B-1 and 39 in tension. The first event (chronologically) was the rig drift which occurred on the morning of April 21, 2010. The second event was the sinking of the Deepwater Horizon which occurred on the morning of April 22, 2010, and resulted in the kinking of the riser. In both events the drill pipe is postulated to have been captured or fixed at the drill floor. Tensile force was imparted to the drill pipe by the offset movement of the rig.




DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report                                        MANAGING RISK

Segments 1-B-1, 1-B-2, 84, and 83 were measured, and their sum matched the distance between the BSRs and the UA. This evidence supports that the tool joint was at the level of the UA element prior to BSR closure.

In order to initiate tensile failure, the drill pipe was required to be captured or fixed at a point below the failure. For the second event (rig sinking), the BSR cut had already occurred. The fixed point was postulated to be the closed UA. For the first event (prior to Autoshear initiation), the BSR cut may not have occurred. Two fixed points were possible, the closed UA and one or both closed VBRs (Middle and Upper). Evidence indicates that the first event was the more likely source of tensile force required to part the drill pipe above the tool joint (between segments 1-B-1 and 39). No further failure cause analysis was performed.

Once the tensile failure between segments 1-B-1 and 39 had occurred, segments 1-B-1, 1-B-2, 84, and 83 would have moved upward as one segment after BSR closure, propelled by the force of the flowing well. It was postulated that the closed UA was unable to restrain this larger segment from moving upward and clearing the UA. The deformation on the bottom of segments 39 and 83 was postulated to have occurred when the riser kinked and forced both segments down onto the top of the closed UA.

## 6.6.7   Other Considerations

On trying to pressurize various hydraulic circuits during the ROV interventions, including those to the Blind Shear Rams, leaks were reported. Later interventions were reported to have fixed those leaks. However, DNV's review of the ROV videos raised questions on whether the leaks were on circuits that functioned the BSRs. In the tests of the hydraulic circuits performed at Michoud, other than the high-pressure casing shear regulator, the high-pressure shear circuits did not leak. Initial visual examination of the leak on the casing shear regulator led DNV to conclude that the conditions leading to the leak most likely developed after the time of the incident. Further, later ROV hot stab efforts were able to raise the pressure in one instance to 4,000 psig and then latterly to over 5,000 psig on the high pressure shear circuits. It is DNV's view that the evidence indicates the reported leaks in the hydraulic circuits were not a contributor to the blind shear rams being unable to close completely and seal the well.

In its review of various modifications made to the control logic or BOP stack, it is DNV's view that there is no evidence these modifications were a factor in the ability of the blind shear rams being able to close fully and seal the well.

The various tests of the performance of the solenoid 103Y at Michoud removed from the Yellow Pod in May 2010, gave inconsistent results when a single coil within the solenoid was activated by the PETU. When the Yellow Control Pod was removed from the BOP stack in May 2010 as part of the interventions a series of Factory Acceptance Tests (FATs) were run on the Pod. As part of those investigations the various solenoids

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 

mounted on the Pod were tested and it was determined that solenoid 103Y did not activate. The decision was taken on the Q-4000 to remove it and replace the solenoid 103Y with a new solenoid. The original solenoid 103Y was removed and taken into evidence by the FBI Evidence Response Team and a new solenoid was mounted to the Yellow Pod. The original solenoid was then sent to the NASA-Michoud facility for secure storage. The bench tests and subsequent testing and activation of the solenoid at Michoud yielded inconsistent results, as noted earlier. When both coils were activated, as would be the case if the solenoid was activated by the AMF/Deadman circuits, the solenoid functioned as intended. However, in other tests when only one of the two coils of the solenoids was energized, the armature of the solenoid failed to activate. Two possible scenarios present themselves for explaining the inconsistent performance of solenoid 103Y. The first being the fact that the solenoid was removed in May 2010 and was not tested until March 2011. As a result it is possible deposits of seawater or hydraulic fluid built-up in the solenoid and were the cause of the inconsistent results. The second scenario is the possibility of a manufacturing defect. On the evidence to date, DNV is of the opinion that the explanation for the inconsistent results was due to the build-up of deposits or other factors resulting from storage of the solenoid.

DNV did not identify any other issues or evidence that manufacturing defects of one form or another contributed to the blind shear rams not closing completely and sealing the well.

Tests at Michoud of the AMF/Deadman circuits demonstrated that the 27 Volt battery in the Blue Pod had insufficient charge to activate solenoid 103B. Tests of the 27 Volt battery in July when the Blue Pod was raised and examined on the Q-4000 reported the battery level to be out of specification. There are indications that voltage, too, would have been insufficient to activate solenoid 103B. A Factory Acceptance Test and AMF/Deadman test was performed on the Blue Pod in June 2009. There are no records that the AMF/Deadman batteries were checked as part of this test. The review of available records could not confirm the date when the Yellow Pod AMF/Deadman last underwent a Factory Acceptance Test. To discern the state of the AMF/Deadman it is necessary to undertake further examination, investigation and tests of the Subsea Electronic Modules of both the Yellow and Blue Control Pods.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report





MANAGING RISK

# 7   CONCLUSIONS

## 7.1   The Accident

The Deepwater Horizon was a semi-submersible, dynamically positioned mobile offshore drilling unit (MODU) that could operate in waters up to 8,000 feet deep and drill down to a maximum depth of 30,000 feet. The rig was built in South Korea by Hyundai Heavy Industries. The blowout preventer (BOP) Stack, built by Cameron, was in use on the Deepwater Horizon since the commissioning of the rig in 2001.

The rig was owned by Transocean, operated under the Republic of the Marshall Islands flag, and was under lease to BP from March 2008 to September 2013. At the time of the incident, the rig was drilling an exploratory well at a water depth of approximately 5,000 feet in the Macondo Prospect. The well is located in the Mississippi Canyon Block 252 in the Gulf of Mexico.

On the evening of April 20, 2010 control of the well was lost, allowing hydrocarbons to enter the drilling riser and reach the Deepwater Horizon, resulting in explosions and subsequent fires. The fires continued to burn for approximately 36 hours. The rig sank on April 22, 2010. From shortly before the explosions until May 20, 2010, when all ROV intervention ceased, several efforts were made to seal the well. The well was permanently plugged with cement and "killed" on September 19, 2010.

## 7.2   What is Considered to have Happened

Prior to the loss of well control on the evening of April 20, 2010, the UA was closed as part of a series of two negative or leak-off tests. Approximately 30 minutes after the conclusion of the second leak-off (negative pressure) test, fluids from the well began spilling onto the rig floor. At 21:47 the standpipe manifold pressure rapidly increased from 1200 psig to 5730 psig. The first explosion was noted as having occurred at 21:49. At 21:56 the EDS was noted to have been activated from the bridge. This was the final recorded well control attempt from the surface before the rig was abandoned at 22:28.

The Upper VBRs were found in the closed position as-received at the Michoud facility. There was no documented means of ROV intervention to close the Upper VBRs. ROV gamma ray scans on May 10, 2010 confirmed that the ST Lock on the port side Upper VBR was closed. Scans of the starboard side ST Lock on the Upper VBRs were inconclusive. Measurements of the ST Lock positions performed at the Michoud facility confirmed that both ST Locks on the Upper VBRs were closed. Evidence supports that the Upper VBRs were closed prior to the EDS activation at 21:56 on April 20, 2010.

A drill pipe tool joint was located between the Upper Annular and the Upper VBRs. With both the Upper Annular and the Upper VBRs closed on the drill pipe, forces from the

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

flow of the well pushed the tool joint into the Upper Annular element. This created a
fixed point arresting further upward movement of the drill pipe. The drill pipe was then
fixed, but able to pivot at the Upper Annular, and horizontally constrained but able to
move vertically at the Upper VBRs. Forces from the flow of the well induced a buckling
condition on the portion of drill pipe between the Upper Annular and Upper VBRs. The
drill pipe deflected until it contacted the wellbore just above the BSRs. This condition
most likely would have occurred from the moment the well began flowing and would
have remained until either the end conditions changed (change in Upper Annular or
Upper VBR state) or the deflected drill pipe was physically altered (sheared). The portion
of the drill pipe located in the between the shearing blade surfaces of the BSRs was off
center and held in this position by buckling forces.

As the BSRs were closed, the drill pipe was positioned such that the outside corner of the
upper BSR blade contacted the drill pipe slightly off center of the drill pipe cross section.
A portion of the drill pipe was outside of the BSR shearing blade surfaces. As the BSRs
closed, this portion of the drill pipe cross became trapped between the ram block faces,
preventing the blocks from fully closing and sealing. The drill pipe most likely deflected
to the side of the well from the moment the well began flowing.  Trapping of the drill
pipe between the ram faces would have taken place regardless of which means initiated
BSR closure (AMF/Deadman or Autoshear).

Of the means available to close the BSRs, evidence indicates that trapping of the drill
pipe occurred when the hydraulic plunger to the Autoshear valve was successfully cut on
the morning of April 22, 2010, initiating activation of the Autoshear circuit. Albeit on the
evidence available, closing of the BSRs through activation of the AMF/Deadman circuits
cannot be ruled out.

In the partially closed position, flow would have continued through the drill pipe trapped
between the ram block faces and subsequently through the gap between the ram blocks.
When the drill pipe was sheared on April 29, 2010, using the CSRs, the well flow pattern
changed to a new exit point through the open drill pipe at the CSRs expanded to flow up
the entire wellbore to the BSRs and through the gap along the entire length of the block
faces.

## 7.3    Discussion of Causes

### 7.3.1    Primary Cause

*The BSRs failed to fully close and seal due to a portion of drill pipe trapped between the
blocks.*

On closure of the BSRs, a portion of the drill pipe cross section was outside of the BSR
shearing surfaces. The portion of the drill pipe cross section outside the shear blade
surfaces became trapped between the ram block faces, preventing the blocks from fully
closing and sealing.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

### 7.3.2    Contributing Cause

*The BSRs were not able to move the entire pipe cross section completely into the shearing surfaces of the rams.*

The drill pipe within the BOP stack was under a compressive load that elastically buckled the pipe between the Upper VBRs and the Upper Annular. This elastic buckling condition forced the drill pipe toward the sidewall of the wellbore and outside of the cutting blade surfaces of the BSRs. When the ram blocks closed they were not able to overcome the buckling forces holding the drill pipe against the sidewall of the wellbore. The blocks could not reposition the entire circumference of the drill pipe to within the shearing surfaces of the BSRs.

### 7.3.3    Contributing Cause

*Drill pipe in process of shearing was deformed outside the shearing blade surfaces.*

The portion of the drill pipe between the outside edge of the upper blade and wellbore sidewall was not sheared. As the ram blocks closed, a portion of the drill pipe was deformed (flattened) and trapped between the faces of the ram blocks preventing them from closing and sealing.

### 7.3.4    Contributing Cause

*The drill pipe elastically buckled within the wellbore due to formation forces on loss of well control.*

On loss of well control the drill pipe downhole of the Upper Annular was subjected to vertical forces from the flow of well fluids. These forces would have caused the drill pipe to move vertically upwards unless it was constrained.

### 7.3.5    Contributing Cause

*The position of the tool joint at or below the closed UA prevented upward movement of the drill pipe.*

The location of the tool joint pushing up against, or partially pushed into the Upper Annular element prevented the drill pipe from moving upwards in the BOP stack. This created a fixed point impeding further upward movement of the drill pipe.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

### 7.3.6    Contributing Cause

*The Upper VBRs were closed and sealed on the drill pipe*

After the upper VBRs were closed, the drill pipe was centered at two locations within the
BOP stack (at the Upper Annular and upper VBRs). In addition, with the upper VBRs
closed, the drill pipe was then fixed at the Upper Annular (both horizontally and
vertically) while being horizontally constrained at the upper VBRs but able to move
vertically. The physical conditions and constraints were then in place to provide for the
elastic buckling. Further the BSRs were vertically located at a position nearly midway
between the Upper Annular and VBRs, coinciding with the center of the bow in the drill
pipe.

### 7.3.7    Contributing Cause

*Uncontrolled flow from downhole of the Upper VBRs*

Forces from the flow of the well downhole of the VBRs induced a buckling condition on
the portion of drill pipe between the fixed point (vertical) of the Upper Annular and
Upper VBRs (horizontal constraint). The drill pipe bowed until it contacted the sidewall
of the wellbore just above the BSRs.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report                                        MANAGING RISK



# 8   RECOMMENDATIONS

## 8.1   Recommendations for Industry

The primary cause of failure was identified as the BSRs failing to close completely and
seal the well due to a portion of drill pipe becoming trapped between the ram blocks. The
position of the drill pipe between the Upper Annular and the upper VBRs led to buckling
and bowing of the drill pipe within the wellbore. Once buckling occurred the BSRs
would not have been able to completely close and seal the well. The buckling most likely
occurred on loss of well control.

The recommendations are based on conclusions from the primary and contributing causes
or on observations that arose during the course of DNV's investigations.

### 8.1.1   Study of Elastic Buckling

*The elastic buckling of the drill pipe was a direct factor that prevented the BSRs from
closing and sealing the well.*

It is recommended the industry examine and study the potential conditions that could
arise in the event of the loss of well control and the effects those conditions would have
on the state of any tubulars that might be present in the wellbore. These studies should
examine the following:

- The effects of the flow of the well fluids on BOP components and various tubulars
  that might be present
- The effects that could arise from the tubulars being fixed or constrained within the
  components of a Blowout Preventer
- The ability of the Blowout Preventer components to complete their intended design or
  function under these conditions

The findings of these studies should be considered and addressed in the design of future
Blowout Preventers and the need for modifying current Blowout Preventers.

### 8.1.2   Study of the Shear Blade Surfaces of Shear Rams

*The inability of the BSRs to shear the off-center drill pipe contributed to the BSRs being
unable to close and seal the well.*

It is recommended the industry examine and study the ability of the shear rams to
complete their intended function of completely cutting tubulars regardless of their
position within the wellbore, and sealing the well. The findings of these studies should be

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 

considered and addressed in the design of future Blowout Preventers and the need for modifying current Blowout Preventers to address these findings.

### 8.1.3    Study of Well Control Procedures or Practices

*The timing and sequence of closing of the UA and upper VBRs contributed to the drill pipe segment buckling and bowing between the two moving the drill pipe off center.*

It is recommended the industry examine and study the potential effects or results that undertaking certain well control activities (e.g. closing of the annulars, or closing of the VBRs) could have on the BOP Stack. Examination and study should identify conditions, which could adversely affect the ability to regain control of the well (e.g. elastic buckling of tubulars). Industry practices, procedures and training should be reviewed and revised, as necessary, to address the prevention of these conditions.

### 8.1.4    Status of the Back-Up Control Systems

*The BOP functionality testing indicated some back-up control system components did not perform as intended.*

It is recommended the industry review and revise as necessary the practices, procedures and/or requirements for periodic testing and verification of the back-up control systems of a Blowout Preventer to assure they will function throughout the entire period of time the unit is required on a well.

### 8.1.5    Common Mode Failure of Back-Up Control Systems

*The BOP functionality testing indicated not all back-up control systems had built in redundancy.*

It is recommended the industry review and revise as necessary the practices, procedures and/or requirements for evaluating the vulnerability of the back-up control systems of a Blowout Preventer to assure they are not subject to an event or sequence of events that lead to common mode failure.

### 8.1.6    Study the Indication of Functions in an Emergency

*The ROV intervention efforts reviewed indicated the ROVs were not capable of directly and rapidly determining the status of various ROV components.*

It is recommended the industry examine and revise the current requirements for providing a means to verify the operation, state or position of various components of Blowout Preventers in the event of an emergency.  The industry should require that it is possible to confirm positively the state or position of certain components such as the rams, annulars

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report                                         MANAGING RISK



and choke and kill valves either with the use of Remotely Operated Vehicles or by other means.

### 8.1.7   Study of the Effectiveness of Remotely Operated Vehicle Interventions

*The ROV intervention efforts reviewed indicated initial ROV efforts were not capable of performing key intervention functions at a level equivalent to the primary control systems.*

It is recommended the industry examine and study the conditions and equipment necessary for Remotely Operated Vehicles to perform various functions (e.g. the BSRs) at a performance level equivalent to the primary control systems. Make adequate provision to mobilize such equipment in the event of a well control emergency.

### 8.1.8   Stipulating Requirements for Back-Up Control System Performance

*A review of industry standards indicated they do not stipulate performance requirements for back-up systems (e.g. closing response times) as they do for primary control systems.*

It is recommended the industry review and revise the requirements for back-up control system performance to be equivalent to the requirements stipulated for primary control systems.

### 8.2   Recommendations for Further Testing

DNV's forensic examinations and testing were organized and conducted around the top event of the failure of the Blind Shear Rams to close and seal the well.

The recovery and examination of the eight segments of drill pipe and the five sets of rams shifted the focus from the question of whether the blind shear rams were activated to that of identifying the factors that would have caused or contributed to the blind shear rams failing to seal the well.  As described in this report, DNV is of the view that the primary cause for the blind shear rams failing to close arose from conditions that led to the drill pipe being forced to one side of the wellbore at a position immediately above the Blind Shear Rams. DNV has investigated the conditions that could lead to such a buckling scenario developing. However, even here DNV recognizes there are additional studies and tests that could be undertaken to examine this scenario further.

In addition, DNV has identified a number of areas or issues associated with the overall performance of the BOP Stack that should be examined, investigated or tested further. As a result, DNV puts forward the following recommendations.

### 8.2.1 Additional Studies of Conditions Leading to Elastic Buckling

- Supplement the Finite Element Analysis buckling model with a Computational Fluid Dynamic simulation of the flow through the drill pipe.
- Run the Finite Element Analysis drill pipe-cutting model to include the buckling stresses that would have existed in the drill pipe.
- Field test the blind shear rams shearing a section of off-centered (buckled) 5-1/2 inch drill pipe.
- Field test the ability of a closed annular to restrain the upward movement of a 5-1/2 inch drill pipe tool joint at the forces calculated for buckling.
- Field test the conditions required to push a 5-1/2 inch tool-joint through a closed annular element.

### 8.2.2 Additional Tests or Studies of the Performance of the Blowout Preventer Stack

- It is suggested that the static pressure tests undertaken at Michoud on the high-pressure shear hydraulic circuits of the lower section of the BOP be supplemented with additional tests of the circuits of the Casing Shear Rams and the Variable Bore Rams.
- The tests at Michoud performed on the high-pressure blind shear close solenoid removed from the Yellow Pod in May 2010 gave inconsistent results. It is suggested this solenoid be further tested and possibly disassembled to discern the reason for its performance and whether it was likely to have functioned at the time of the incident.
- On pressuring the high-pressure shear ram circuit, the high-pressure casing shear regulator leaked. It is suggested the high-pressure casing shear regulator be further tested and disassembled to try and discern its state at the time of the incident.
- It is suggested that the behavior of the elastomeric elements of the rams and annulars be tested to assess their performance when exposed to well fluids at the temperatures that existed at the time of the blowout.
- The tests of the Subsea Electronic Modules (SEMs) undertaken at Michoud should be supplemented by removing the SEMs from the Control Pods, venting and then opening the SEMs to understand better their possible state at the time of the incident. The following tests or activities are suggested:
  - Collect and analyze samples of the SEMs gas/atmosphere prior to or as part of venting the SEMs
  - Remove the batteries and record part numbers, serial numbers, date of manufacture and any other pertinent manufacturing data
  - In place of the batteries connect a voltage generator and conduct a series of tests on the AMF/Deadman circuits at various voltages and record the results

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 

MANAGING RISK

- The lower and upper annulars are well control components of the BOP stack. As a result the following tests or examinations of the lower and upper annulars are suggested:
    - Laser scanning of the upper annular in-situ and "as-is" condition
    - Remove and examine the upper and lower annular elements
    - Static pressure tests of the annular operating systems
    - Function testing of the open and close operating systems of both the upper and lower annulars
- The evidence from eyewitnesses was that the Emergency Disconnect Sequence was activated approximately seven minutes after the first explosion. It is suggested the hydraulic circuits and functioning of the LMRP HC collet connector and the choke and kill collet connectors be tested as a means to try and assess their state at the time of the incident.
- It is suggested the wellbore pressure-temperature sensor at the base of the lower section of the BOP be removed and its accuracy checked or tested.
- It is suggested the industry perform field tests on the ability of the BSRs to shear and seal a section of 5-1/2 inch drill pipe under internal flow conditions that existed at the time of the incident.

# Det Norske Veritas

Det Norske Veritas (DNV) is a leading, independent provider of services for managing risk with a global presence and a network of 300 offices in 100 different countries. DNV's objective is to safeguard life, property and the environment.

DNV assists its customers in managing risk by providing three categories of service: classification, certification, and consultancy. Since establishment as an independent foundation in 1864, DNV has become an internationally recognized provider of technical and managerial consultancy services and one of the world's leading classification societies. This means continuously developing new approaches to health, safety, quality and environmental management, so businesses can run smoothly in a world full of surprises.

Global Impact for a Safe and Sustainable Future