UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the : SECTION: J
GULF OF MEXICO, on :
APRIL 20, 2010
: JUDGE BARBIER
THIS DOCUMENT RELATES TO: MAG. JUDGE SHUSHAN
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)
. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

## NOTICE OF MOTION

Subject to Pre-Trial Order No. 15, hearing on Plaintiffs' Motion For Summary Judgment Against Halliburton Energy Services., Inc., may be set by this Court, and is tentatively noticed to be heard on the  27th  day of   April   2011, at 9:30 a.m.

　　　　　　　　　　　　　　　　　　　　/s/   Daniel E. Becnel, Jr.
　　　　　　　　　　　　　　　　　　　DANIEL E. BECNEL, JR. (#2926)
　　　　　　　　　　　　　　　　　　　CHRISTOPHER D. BECNEL (#30859)
　　　　　　　　　　　　　　　　　　　DARRYL J. BECNEL (#22943)
　　　　　　　　　　　　　　　　　　　TONI S. BECNEL (#23645)
　　　　　　　　　　　　　　　　　　　SALVADORE CHRISTINA, JR. (#27198)
　　　　　　　　　　　　　　　　　　　MATTHEW B. MORELAND (#24567)
　　　　　　　　　　　　　　　　　　　WILLIAM A. PERCY III (#01532)
　　　　　　　　　　　　　　　　　　　**BECNEL LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　P. O. Drawer H
　　　　　　　　　　　　　　　　　　　106 West Seventh Street
　　　　　　　　　　　　　　　　　　　Reserve, Louisiana 70084
　　　　　　　　　　　　　　　　　　　Telephone: (985) 536-1186
　　　　　　　　　　　　　　　　　　　Facsimile: (985) 536-6445
　　　　　　　　　　　　　　　　　　　E-mail: dbecnel@becnellaw.com
　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiffs in:**
　　　　　　　　　　　　　　　　　　　1. *Bill's Oyster House v BP et al* (C.A. 10-1308)

1

2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice of Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __12th__ day of __April_____. 2011.

_/s/ Daniel E. Becnel, Jr._

2