UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
|     "DEEPWATER HORIZON" in the | § | |
|     GULF OF MEXICO, on | § | |
|     APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

ORDER GRANTING MOTION TO
ENROLL ADDITIONAL COUNSEL OF RECORD

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Lambert J. Hassinger, Jr. (La. Bar No 21683), Galloway Johnson Tompkins Burr and Smith, One Shell Square, 701 Poydras St., 40th Floor, New Orleans, Louisiana 70139, email address: jhassinger@gjtbs.com is enrolled as additional counsel of record in this matter on behalf of the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General.

New Orleans, Louisiana, on this _____ day of _____, 2011.

                                                            _____
                                                            **HONORABLE CARL J. BARBIER**
                                                             **UNITED STATES DISTRICT JUDGE**