UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES R. DUGAN, II, ESQ.

VERSUS

STEPHEN B. MURRAY, ESQ.
D/B/A MURRAY LAW FIRM

MDL NO: 2179

### UNOPPOSED MOTION TO FILE PLEADINGS IN CONFIDENCE

Stephen B. Murray, Esq. d/b/a the Murray Law Firm, moves to file their "Motion for Disbursement of Registry Funds Pursuant to Local Rule 67.3" and their "Opposition to Second Motion to Deposit Funds into the Registry of the Court" in confidence, and in support thereof recites:

I.

On March 25, 2011 James R. Dugan, II, Esq. filed a Motion to Deposit Funds in the amount of $631,125.00 in the registry of the court, and on the same date this Honorable Court ordered the deposit of those funds;

II.

With this Motion Murray has filed a "Motion for Disbursement of Registry Funds Pursuant to Local Rule 67.3" and his "Opposition to Second Motion to Deposit Funds into the Registry of the Court", attaching his Affidavit to those pleadings together with evidentiary Exhibits, including contracts, documents, and correspondence, in support of those pleadings;

III.

The pleadings contain privileged and sensitive information which, if disclosed publicly, may well affect adversely the business and commercial interests of the clients represented jointly

by Murray and Dugan;

IV.

Accordingly, Murray moves herewith for an Order that this proceeding be designated and maintained in confidence, the record being accessible only to counsel in the proceeding and the court;

V.

Dugan, through his lawyer, Jacques F. Bezou, Esq., has no objection to this Motion.

WHEREFORE, Murray prays for an Order designating and maintaining the record herein in confidence and accessible only to counsel and the court.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 8th day of April, 2010.

_____
GEORGE F. RIESS

Respectfully Submitted,

_____
GEORGE F. RIESS, ESQ. (#11266)
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES R. DUGAN, II, ESQ.                                              MDL NO. 2179

VERSUS

STEPHEN B. MURRAY, ESQ.
D/B/A MURRAY LAW FIRM

### CERTIFICATION OF MOVER, STEPHEN B. MURRAY, ESQ. D/B/A MURRAY LAW FIRM, THAT THIS MOTION AND PROPOSED ORDER HAVE BEEN SUBMITTED TO THE CLERK OF COURT FOR REVIEW

I certify herewith that this Motion and Proposed Order have been submitted to the clerk for review pursuant to **LR 67.3, Local Civil Rules of the United States District Court for the Eastern District of Louisiana**. I certify, further, that I have provided the social security numbers or tax identification numbers for the proposed payees, Stephen B. Murray, Esq. and the Murray Law Firm, and James R. Dugan, II, Esq. and the Dugan Law Firm, and complete mailing or delivery instructions for those payees.

Respectfully Submitted,

_____
GEORGE F. RIESS, ESQ. (#11266)
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 8th day of April, 2011.

_____
GEORGE F. RIESS