UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES R. DUGAN, II, ESQ.                                                MDL NO. 2179

VERSUS

STEPHEN B. MURRAY, ESQ.
D/B/A MURRAY LAW FIRM

### ORDER

Considering the foregoing, **IT IS ORDERED** that the record herein be designated and maintained as confidential, accessible only to counsel and the court.

_____
JUDGE

```
__Fee _____
__Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
__Doc. No. _____
```

Page 3 of 3