UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Reference Rec. Docs. 1774 and 1818 | SECTION: J(1) |

## ORDER

Before the Court is a **Motion to File Pleadings Under Seal** filed by Attorney Stephen Murray in regard to a fee dispute between Attorneys Stephen Murray and James Dugan. The Pleadings include a Motion for Disbursement of Funds and Supporting Memorandum, and an Opposition to Attorney James Dugan's Second Motion to Deposit Funds into the Registry of the Court (Rec. Doc. 1818).

**IT IS ORDERED** that Attorney Stephen Murray's **Motion to File Pleadings Under Seal** is hereby **GRANTED.** The Clerk's Office is directed to file Attorney Murray's Motion for Disbursement of Funds and Supporting Memorandum, and his Opposition to Attorney James Dugan's Second Motion to Deposit Funds into the Registry of the Court under seal.

New Orleans, Louisiana this 13th day of April, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE