UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179**<br><br>**SECTION "J" (1)**<br><br>**JUDGE BARBIER** |
| **This document related to: 2:10-cv-04536** | **MAGISTRATE SHUSHAN** |

**CORPORATE DISCLOSURE STATEMENT**
**OF QBE MARINE & ENERGY SYNDICATE 1036**

NOW INTO COURT, through undersigned counsel, comes QBE Marine & Energy Syndicate 1036, and in accordance with Fed.R.Civ.P. 7.1, states that its parent company presently is QBE Insurance Group Limited, which is a publicly held corporation that owns 10% or more of QBE Marine & Energy Syndicate 1036.

PD.4841594.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _/s/ E. M. M._
Richard N. Dicharry  (LA Bar #4929)
George M. Gilly (LA Bar #6234)
Evans Martin McLeod (LA Bar #24846)
Marne Jones (Bar #32522)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: Richard.Dicharry@phelps.com
George.Gilly@phelps.com
mcleodm@phelps.com

COUNSEL FOR QBE MARINE & ENERGY SYNDICATE 1036

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 13th day of April, 2011.

_/s/ E. M. M._
Evans Martin McLeod

2

PD.4841594.1