IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig  * | MDL NO. 2179 |
| "DEEPWATER HORIZON: in the  * | |
| GULF OF MEXICO, on April 20, 2010  * | |
| * | SECTION: "J" |
| * | |
| * | |
| * | JUDGE BARBIER |
| * | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:  * | |
| Civil Action No. 10-1245  * | |
| Darleen Jacobs Levy vs. BP, PLC, et al  * | |

*******************************************

<u>RULE 7.6(E) CERTIFICATE</u>

ON MOTION OF Darleen Jacobs Levy, and upon suggesting to the Court the following: This amendment corrects the original petition under rule 12(c). Considering the fact that there is no objection to filing this Eleventh Supplemental and Amending Complaint, plaintiff requests that this lawsuit be supplemented and amended without objection.

WHEREFORE, Darleen Jacobs Levy moves this Honorable Court to allow her to supplement and amend her Original, First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eight, Ninth and Tenth Supplemental and Amending complaints.

Respectfully submitted:

*S/Darleen M. Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
RICHARD MARTIN, ESQ.
KENNETH CHARBONNET, ESQ.
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorneys for Plaintiffs