UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" |
| | * | Judge Barbier |
| This Document Relates to: 10-3896 | * * | Magistrate Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER AND CLAIM

**NOW INTO COURT**, through undersigned counsel, comes claimant, DuWayne Mason, who submits the following answer and claim in this limitation action:

### ANSWER

### FIRST DEFENSE

The complaint fails to state a cause of action upon which relief may be granted as against claimant, DuWayne Mason.

### SECOND DEFENSE

The limitation statute is unconstitutional as it pertains to claimant, DuWayne Mason, based upon the deprivation of his property rights without due process of law.

### THIRD DEFENSE

The limitation fund is inadequate because it does not include the available liability insurance of limitation plaintiffs.

### FOURTH DEFENSE

Responding separately to the numbered paragraphs of the limitation complaint, claimant, DuWayne Mason, responds as follows:

The allegations of Paragraphs 1, 2, 3, 4, 6, 7, 11 and 14 are denied for lack of sufficient information to justify a belief as to the truth thereof;

The allegations of Paragraphs 5, 8, 9, 10, 12 and 13 are denied.

### CLAIM

I.

At all material times, DuWayne Mason served as assistant engineer and member of the crew of the M/V SEACOR VANGUARD.

II.

Commencing on April 21, 2010, claimant was working in the course and scope of his employment aboard the M/V SEACOR VANGUARD when that vessel arrived at the scene of the explosion and fire on the MODU DEEPWATER HORIZON.

III.

Along with his fellow crew members aboard the M/V SEACOR VANGUARD, claimant was assigned to assist in the process of fighting the fire at the DEEPWATER

HORIZON rig site by pumping water upon the fire, activities which were carried out around the clock until shortly after the rig fully submerged.

IV.

While assisting in firefighting efforts from the M/V SEACOR VANGUARD, limitation claimant was subjected to intense, prolonged exposure to chemicals, smoke, heat and other noxious by-products of the rig fire resulting in severe and permanent damage to limitation claimant's lungs and other parts of his body.

V.

The foregoing resulted from the negligence of limitation plaintiffs and/or from the unseaworthiness of the M/V SEACOR VANGUARD.

VI.

As best can be ascertained at the present, DuWayne Mason, limitation claimant herein, has incurred the following losses for which damages are claimed from limitation plaintiffs:

| | | |
|---|---|---|
| 1. | Past and Future medical expenses | $250,000 |
| 2. | Past and future lost wages and/or loss of earning capacity | $1,500,000 |
| 3. | Past and future pain and suffering | $500,000 |
| 4. | Past and future disability, mental anguish, emotional distress and loss of or impairment of the ability to enjoy life's pleasures | $500,000 |
| | **Total** | **$2,750,000** |

**WHEREFORE**, limitation claimant, DuWayne Mason, prays that this answer be deemed good and sufficient and that the limitation claim be dismissed with prejudice at the expense of limitation plaintiffs; additionally, limitation claimant prays that there be judgment in his favor upon his limitation claim and in the amounts set forth above, together with all costs of these proceedings, interest as may be available under the circumstances and any and all other relief which may be available.

Respectfully submitted,

SILBERT & GARON, L.L.P.

/s/Scott E. Silbert
SCOTT E. SILBERT (12068)
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270
scott@silbertgaron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via e-mail (or, if required by the Clerk, by placing same in the U.S. Mail, postage pre-paid) this 13th day of April, 2011.

/s/Scott E. Silbert