# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO: CIVIL ACTION
NUMBER 10-2771 ONLY**

### ORDER

A complaint seeking exoneration from or limitation of liability was filed in the United States District Court for the Southern District of Texas by Triton Asset Leasing, GMBH, Transocean Holdings, L.L.C, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. as managing owners and operators of the Modu Deepwater Horizon. On August 16, 2010, the case was transferred to this Court pursuant to Supplemental Rule F(9) and in the interests of efficiency and justice. It was allotted to this section and assigned Civil Action Number 10-2771.

Having determined that this limitation action is related to MDL-2179, **IT IS ORDERED** that Civil Action Number 10-2771 is

hereby **CONSOLIDATED** with MDL-2179 until further order.

**However, in order to effectively manage the docket sheet, <u>all answers and claims in the limitation action are to be filed in the member case (10-2771)</u>. All other pleadings in the limitation action are to be filed in the master case (10-MDL-2179).**

New Orleans, Louisiana, this 24th day of August, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE