UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO.   2179 |
| "Deepwater Horizon" in the | : | |
| Gulf of Mexico, on | : | SECTION:   J |
| April 20, 2010 | : | |
| | : | JUDGE BARBIER |
| This Document Relates to All Cases | : | MAG. JUDGE SHUSHAN |

. .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .    . .

DECLARATION OF ANTHONY C. IRISH

I, Anthony C. Irish, hereby declare as follows:

1.   I am the Project Manager of the BP Deepwater Horizon Oil Spill Discovery Project ("Discovery Project") in the Office of the Solicitor at the United States Department of the Interior ("Interior").

2.   As Project Manager of the Discovery Project, I have overseen the preservation and mapping of information at Interior that is related to the oil spill. As a result, I have a general understanding of the nature of that information and where it resides.

3.   It is my understanding that the following bureaus and offices at Interior have information related to the oil spill: the Bureau of Ocean Energy Management, Regulation, and Enforcement ("BOEMRE"), the United States Geological Survey, the Fish and Wildlife Service, the National Park Service, the Office of the Secretary, and the Bureau of Land Management.  It is my further understanding that all of those bureaus and offices have information pertaining to post-oil spill activities.  However, BOEMRE is the only bureau with information pertaining to

pre-oil spill activities, such as leasing, inspection and regulation, with the possible exception of certain individuals in the Office of the Secretary.

4. As Project Manager of the Discovery Project, I also oversee the collection of information related to the oil spill.

5. The Discovery Project began collecting information related to the oil spill litigation on January 31, 2011, focusing first on the information at BOEMRE. Thus far, we have collected approximately 40% of the information at BOEMRE consisting of approximately twelve terabytes of data.

6. Because the information we have collected from BOEMRE pertains to both pre- and post-spill activities, we will need to identify the appropriate custodians, develop search terms, and analyze the information to isolate the pre-spill information.

7. All of the information set forth in this declaration is based upon my personal knowledge or upon information furnished to me in my official capacity.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed April 13, 2011.

_____
Anthony C. Irish