UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING RELATES TO:** | * | JUDGE: BARBIER |
| | * | |
| All consolidated actions in MDL No. 2179 | * | MAGISTRATE: SHUSHAN |
| and Complaint and Petition of Triton Asset | | |
| Leasing GMBH, et al., No. 10-2771 | | |

## <u>MEMORANDUM OF WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC. RELATED TO TRIAL PLAN FOR FEBRUARY 27, 2012 PHASE I TRIAL</u>

Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"),

through undersigned counsel, concur in the proposed Trial Plan and Case Management Order

captioned "Trial Plan for February 27, 2012 Phase I Trial on Liability, Limitation, Exoneration,

and Fault Allocation" as submitted by counsel for BP.

This 13th day of April, 2011.

{N2285075.1}

Respectfully submitted:

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:    (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:    (337) 262-9024
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and*
*Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/  Glenn G. Goodier*