UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG § | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, | § | |
| on APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS PLEADING RELATES TO: | § | |
| | § | JUDGE BARBIER |
| 2:10-CV-02771 | § | MAG. JUDGE SHUSHAN |

## NOTICE OF APPEAL

Notice is hereby given that The St. Joe Company, plaintiff in an action in the Superior Court of the State of Delaware in and for New Castle County against defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings L.L.C., Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean"), hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in the above-captioned case by the United States District Court for the Eastern District of Louisiana on March 25, 2011 (Doc. No. 1765) that granted Transocean's "Motion For Enforcement of the Limitation of Liability Monition Against The St. Joe Company" and "**ENJOINED, STAYED**, and **RESTRAINED**" "the continued prosecution by The St. Joe Company of its lawsuit against Transocean originally filed in the Superior Court for the State of Delaware, in an[d] for New Castle County, Case Number 10C-10-099."

Dated:  April 13, 2011                                    Respectfully submitted,

By:  */s/ Roger D. Townsend*                               By:  */s/ James S. Renard*
   Roger D. Townsend (Texas, No. 20167600)                    William A. Brewer III (Texas, No. 02967035)
                                                              James S. Renard (Texas, No. 16768500)
**ALEXANDER DUBOSE & TOWNSEND LLP**                           Robert W. Gifford (New York, No. 046231)
   1844 Harvard Street
   Houston, Texas  77008                                   **BICKEL & BREWER**
   Telephone:  (713) 523-2358                                 4800 Comerica Bank Tower
   Facsimile:  (713) 522-4553                                 1717 Main Street
                                                              Dallas, Texas  75201
By:  */s/ Dana Livingston*                                    Telephone:  (214) 653-4000
   Dana Livingston (Texas, No. 12437420)                      Facsimile:  (214) 653-1015

**ALEXANDER DUBOSE & TOWNSEND LLP**
   515 Congress Avenue, Suite 2350
   Austin, Texas  78701                                    By:  */s/ James M. Garner*
   Telephone:  (512) 482-9304                                 James M. Garner (Louisiana, No. 19589)
   Facsimile:  (512) 482-9303
                                                           **SHER GARNER CAHILL RICHTER
                                                           KLEIN & HILBERT, L.L.C.**
                                                              909 Poydras Street, Suite 2800
                                                              New Orleans, Louisiana 70112
                                                              Telephone:  (504) 299-2100
                                                              Facsimile:  (504) 299-2300

                                                           **ATTORNEYS FOR PLAINTIFF
                                                           THE ST. JOE COMPANY**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appeal has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of April, 2011.

                                                         */s/ Robert W. Gifford*
                                                         Robert W. Gifford

5240568.1
2132-02