UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 10-1986 | SECTION: J(1) |

## ORDER

Before the Court is a **Motion for Leave (Rec. Doc. 1915)** filed by Plaintiffs in member case 10-1986. Certain Plaintiffs seek leave to file a Reply in support of their Motion to Authorize Use of the Short-Form Claim for Limitations (Rec. Doc. 1831). Because the Court has already denied Certain Plaintiffs' Motion to Authorize Use of the Short-Form Claim for Limitations (Rec. Doc. 1831) in an Order (Rec. Doc. 1914),

**IT IS ORDERED** that Certain Plaintiffs' **Motion for Leave (Rec. Doc. 1915)** is hereby **DENIED AS MOOT.**

New Orleans, Louisiana this 12th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE