U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   APR 1 3 2011

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 11-30178

MD 10-2179-J

In re: STATE OF LOUISIANA,

Petitioner

Petition for Writ of Mandamus and/or Prohibition
to the Eastern District of Louisiana, New Orleans

ORDER:

IT IS ORDERED that the motion of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater, Inc., for leave to file a response in support of Plaintiff Steering Committee's response to the State of Louisiana's petition for writ of mandamus or prohibition is DENIED AS MOOT.

/s/ Edward C. Prado

EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana       1 1 APR 2011