UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Case No. 2:10-cv-04536 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**MOTION FOR ESTABLISHMENT OF DEADLINE FOR FILING THIRD PARTY CLAIMS IN 10-4536**

BP Exploration & Production Inc., defendant, moves the Court for an Order that allows it until April 20, 2011, to file any third-party complaints, in the action brought against it and other defendants on December 15, 2010. This constitutes an extension of two days beyond the deadline required by FRCP 14(a)(1). Establishment of this particular deadline will bring into congruence the deadlines for cross-claims in MDL 2179 (see Record Doc. No. 1730) and this action involving the United States' claims under the Clean Water Act and Oil Pollution Act of 1990. This is more fully explained in the accompanying memorandum.

Consent from the United States has been sought for this extension. Although the extension request has not been rejected, it has not yet been consented to, and so BP files this motion for an extension out of an abundance of caution as the deadline approaches.

966,559

–1–

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

**Attorneys for BP Exploration & Production Inc.**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of April, 2011.

                /s/ Don K. Haycraft

A/74026960.1