# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG<br>              "DEEPWATER HORIZON" in the<br>              GULF OF MEXICO, on<br>              APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>Case No. 2:10-cv-04536 | MDL NO. 2179<br><br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned parties shall bring on for hearing their Motion For Establishment of Deadline for Filing Third Party Claims in 10-4536 before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 11th day of May 2011, or as soon thereafter as counsel may be heard.

                                                  Respectfully submitted,

                                                  /s/ Don K. Haycraft
                                                  Don K. Haycraft (Bar #14361)
                                                  R. Keith Jarrett (Bar #16984)
                                                  LISKOW & LEWIS
                                                  701 Poydras Street, Suite 5000
                                                  New Orleans, Louisiana  70139-5099
                                                  Telephone:  (504) 581-7979
                                                  Facsimile:  (504) 556-4108

18403363.1

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

Attorneys for BP Exploration & Production Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of April, 2011.

                                                s/ Don K. Haycraft