UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Case No. 2:10-cv-04536 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER REGARDING ESTABLISHMENT OF DEADLINE FOR FILING THIRD PARTY CLAIMS IN 10-4536

BP Exploration & Production Inc., defendant, has moved the Court for an Order that allows it until April 20, 2011, to file any third-party complaints, in the action brought against it and other defendants on December 15, 2010. Establishment of this particular deadline will bring into congruence the deadlines for cross-claims in MDL 2179 (see Record Doc. No. 1730) and this action involving the United States' claims under the Clean Water Act and Oil Pollution Act of 1990. Accordingly,

IT IS ORDERED that Defendant, BP Exploration & Production Inc. shall have until April 20, 2011, to file any third-party complaints it may have, to the United States Complaint in 10-4536.

New Orleans, Louisiana, this _____ day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE