IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the Oil Rig * <br> "DEEPWATER HORIZON: in the * <br> GULF OF MEXICO, on April 20, 2010 * <br> * <br> * <br> * <br> * <br> * <br> THIS DOCUMENT RELATES TO: * <br>    Civil Action No. 10-1245 * <br>    Darleen Jacobs Levy vs. BP, PLC, et al * | MDL NO. 2179 <br><br> SECTION: "J" <br><br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

*******************************************

## ORDER FOR LEAVE

Considering the above and foregoing and that there is no objection to the filing of this Eleventh Supplemental and Amending Complaint.

IT IS ORDERED that plaintiff, Darleen Jacobs Levy, be allowed to file this Eleventh Supplemental and Amending Complaint as prayed for herein.

New Orleans, Louisiana this 15th day of April, 2011.

_____
United States District Judge

Case 2:10-md-02179-CJB-SS   Document 1963   Filed 04/15/11   Page 2 of 2