EXHIBIT D

# MASTER LIST OF POTENTIAL DEPONENTS*

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| **PSC, USA, AND STATES - PRIORITY REQUESTS** | | | | | | |
| 1. | Unknown 30(b)(6) | Anadarko | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 2. | Wright, John | Boots & Coots | Well Control Simulation | | | PSC USA Alabama APC & MOEX |
| 3. | Abbassion, Fereidain | BP | Vice President of Drilling and Completions Technology | Houston | | PSC USA Alabama APC & MOEX Cameron |
| 4. | Bellow, Jonathan | BP | Operations Coordinator | | | PSC USA Alabama APC & MOEX |
| 5. | Bodek, Robert | BP | Geologic Ops | | | PSC USA Alabama APC & MOEX |
| 6. | Castell, Sir William | BP plc | Board Member, SEEAC Committee | | | Louisiana[1] |

---

[1] The State of Louisiana has designated their requested deponents in order of priority.  *See* State of Louisiana Witness List (in order of priority) as of 2/14/11, attached hereto as Exhibit A.

* The Parties agree that this list is a preliminary and non-binding list of potential witnesses to be deposed in anticipation of the February 2012 limitation action and liability trial. Based on their inclusion in this list, the enumerated witnesses may be noticed for their deposition by any Party.  No person or entity named on the list is admitting or consenting to jurisdiction or to appear for deposition without proper service.

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 7. | Cocales, Brett | BP | Drilling Engineer | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[2] |
| 8. | Cramond, Neil | BP | Marine Authority for Gulf of Mexico Operations | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX<br>Transocean[3] |
| 9. | Cunningham, Erick | BP E&P | BP Cementing Specialist | | | Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[4] |
| 10. | Defranco, Samuel | BP | SETA – Process Safety Engineer on BP accident investigation | | | Louisiana<br>APC & MOEX |
| 11. | Dupree, James | BP | Senior Vice President, GOM | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 12. | Flynn, Steve | BP | Vice President of Health, Safety, Security and Environment | UK | | PSC<br>USA<br>Alabama<br>APC & MOEX |

---

[2] Listed on Transocean's "Event Track."

[3] Listed on Transocean's "Event Track."

[4] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 13. | Grounds, Cheryl | BP | Lead Process Safety Engineer on BP accident investigation | | | Louisiana |
| 14. | Guide, John Alexander | BP | Wells Team Leader | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[5] |
| 15. | Hafle, Mark | BP | Senior Drilling Engineer | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[6] |
| 16. | Hayward, Tony | BP | Former CEO | Russia / UK | | PSC<br>USA<br>Alabama<br>Louisiana<br>APC & MOEX |

---

[5] Listed on Transocean's "Event Track."

[6] Listed on Transocean's "5th Amendment Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 17. | Inglis, Andy | BP E&P | Former CEO of Exploration and Production | UK | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 18. | Kaluza, Robert | BP | Well Site Leader (**On Rig**) | Nevada | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[7] |
| 19. | LeBleu, John | BP | Mud Specialist | | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 20. | Lynch, Richard | BP | Vice President of Drilling and Completions | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 21. | Mogford, John | BP | Global Head of Safety & Operations (S&O) | | | PSC<br>USA<br>Alabama<br>Louisiana<br>APC & MOEX |

---

[7] Listed on Transocean's "5th Amendment Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 22. | Morel, Brian | BP | Drilling Engineer | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[8] |
| 23. | O'Bryan, Patrick | BP | Vice President, Drilling and Completions<br>(**On Rig**) | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[9] |
| 24. | Rainey, David | BP | Vice President – Gulf of Mexico Exploration | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 25. | Rich, David | BP | Wells Manager | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX |

---

[8] Listed on Transocean's "5th Amendment Track."

[9] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 26. | Sepulvado, Ronald | BP | Well Site Leader | Louisiana | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[10] |
| 27. | Sims, David | BP | Wells Operation Manager for E&A<br>(**On Rig**) | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[11] |
| 28. | Skelton, Cindy | BP | Vice President of Engineering and HSE | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>APC & MOEX |
| 29. | Skidmore, Ross | BP E&P | Subsea Well Supervisor for Macondo Well | | | Louisiana<br>Halliburton |
| 30. | Sprague, Jonathan | BP | Drilling Engineering Manager | Houston | | PSC<br>USA<br>Alabama<br>Louisiana<br>APC & MOEX<br>Transocean[12] |

---

[10] Listed on Transocean's "Event Track."

[11] Listed on Transocean's "Event Track."

[12] Listed on Transocean's "Event Track."

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 31. | Suttles, Doug | BP plc | Current CEO of BP | Houston | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 32. | Thierens, Henry "Harry" | BP | Wells Director | UK | | PSC<br>USA<br>Alabama<br>Louisiana<br>APC & MOEX |
| 33. | Tink, Richard S. | BP America, Inc. | HSE Team Leader for Drilling & Completions GoM | | | Louisiana |
| 34. | Tooms, Paul | BP | Vice President of Engineering, Global Head of Subsea Discipline | UK | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 35. | Unknown 30(b)(6) | BP | Corporate Representative | | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 36. | Vidrine, Donald | BP | Well Site Leader (**On Rig**) | Louisiana | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>APC & MOEX<br>Transocean[13] |

---

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 37. | Wall, David | BP | Head of Process Safety Team on BP accident investigation | | | Louisiana Transocean[14] |
| 38. | Walz, Gregory | BP | Drilling Engineer Team Leader | Houston | | PSC USA Alabama Louisiana Halliburton APC & MOEX Transocean[15] |
| 39. | Wells, Kent | BP | Senior Vice President for Exploration and Production | Houston | | PSC USA Alabama APC & MOEX |
| 40. | Wong, Norman | BP, plc | Rig Auditing on BP accident investigation | | | Louisiana |
| 41. | Unknown 30(b)(6) | Cobalt International Energy | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 42. | Brown, David | CSI | | | | PSC USA Alabama APC & MOEX |

---

[14] Listed on Transocean's "Bly Investigation Track."
[15] Listed on Transocean's "Event Track."

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 43. | Chaisson, Nathaniel | Halliburton | Cementer on Macondo Well | Domestic | | Louisiana<br>BP |
| 44. | Gagliano, Jesse | Halliburton | Deepwater Tenet Manager (Manager, Technical Professional – Technology) | Domestic | | PSC<br>USA<br>Alabama<br>Louisiana<br>BP[16]<br>APC & MOEX<br>Transocean[17] |
| 45. | Keith, Joseph | Halliburton | Lead Surface Data Logger | Domestic | | PSC<br>USA<br>Alabama<br>BP<br>APC & MOEX<br>Transocean[18] |
| 46. | Vargo, Richard | Halliburton | GoM PSL Cementing Manager | Domestic | | Louisiana<br>BP |
| 47. | Alderr, Hayyan | Kongsberg | Engineer | | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 48. | Johnson, Ronald | Kongsberg | Technician | | | PSC<br>USA<br>Alabama<br>APC & MOEX |

---

[16] In the BP Parties' List of Potential Priority Deponents, the BP Parties included the following disclosure: "The BP Parties submit this list as a preliminary, non-binding and without prejudice list of potential deponents for the discovery period leading to the February 2012 Limitation Action and liability trial. This list is subject to change. This list is also submitted subject to and without waiver of any and all appropriate objections to discovery directed at the BP Parties."

[17] Listed on Transocean's "Event Track."

[18] Listed on Transocean's "Event Track."

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 49. | Unknown 30(b)(6) | Kongsberg | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 50. | Martinez, Victor | ModuSpec | | | | PSC USA Alabama APC & MOEX |
| 51. | Schneider, Alan | ModuSpec | | | | PSC USA Alabama APC & MOEX BP |
| 52. | Unknown 30(b)(6) | MOEX | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 53. | Unknown 30(b)(6) | Oceaneering | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 54. | Unknown 30(b)(6) | Randy Smith Training Solutions | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 55. | Lacy, Kevin | Talisman Energy (Former BP Employee) | Senior Vice President, Global Drilling & Completions (BP's Former Senior Vice President for Drilling Operations in the GOM) | | | PSC USA Alabama APC & MOEX |

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 56. | Canducci, Jerry | Transocean | QHSE Manager/ISM Manager | | | PSC<br>USA<br>Alabama<br>Louisiana<br>BP<br>APC & MOEX |
| 57. | Fleytas, Andrea | Transocean | Dynamic Positioning Operator<br>(**On Rig**) | | | PSC<br>USA<br>Alabama<br>APC & MOEX<br>BP |
| 58. | Harrell, Jimmy Wayne | Transocean | Offshore Installation Manager<br>(**On Rig**) | | | PSC<br>USA<br>Alabama<br>Louisiana<br>Halliburton<br>BP<br>APC & MOEX |
| 59. | Johnson, Paul | Transocean | Rig Manager – Performance | | | Louisiana<br>BP |
| 60. | Kent, James | Transocean | Rig Manager – Assets | | | Louisiana |
| 61. | Kuchta, Curt | Transocean | Master of Deepwater Horizon | | | Louisiana<br>Halliburton<br>BP |
| 62. | Long, Bob | Transocean | Chief Executive Officer | | | Louisiana |
| 63. | MacDonald, John | Transocean | Manager AMU Marine Operations | | | Louisiana |
| 64. | McKechnie, Bob | Transocean | Director Upgrade Projects | | | Louisiana |
| 65. | McMahan, Larry | Transocean | VP Performance | | | Louisiana |

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 66. | Moore, Jimmy | Transocean | Director of QHSE, Former Director of Projects | | | Louisiana |
| 67. | Ness, Chris | Transocean | Manager N&S America Unit (AMU) | | | Louisiana |
| 68. | Newman, Steven | Transocean | Chief Operating Officer | | | Louisiana |
| 69. | Polhamus, Mac | Transocean | Manager North America Division | | | Louisiana |
| 70. | Rose, Adrian P. | Transocean | Former VP QHSE | | | PSC USA Alabama Louisiana APC & MOEX |
| 71. | Saltiel, Robert | Transocean | Exec. VP Performance | | | Louisiana |
| 72. | Smith, N. Pharr | Transocean | Former VP Engineering & Technical Services | | | Louisiana |
| 73. | Stringfellow, William | Transocean | Subsea Superintendent | | | PSC USA Alabama Louisiana APC & MOEX BP |
| 74. | Tonnel, David | Transocean | VP Integration Process Management | | | Louisiana |
| 75. | Trahan, Buddy | Transocean | Operations Manager – Assets | | | Louisiana |
| 76. | Tranter, Paul | Transocean | VP Assets Floater | | | Louisiana |
| 77. | Unknown 30(b)(6) | Transocean | Corporate Representative | | | PSC USA Alabama APC & MOEX |

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 78. | Weaver, Warren | Transocean | Manager of Regulatory Compliance | | | Louisiana |
| 79. | Winslow, Daun | Transocean | Operations Manager (**On Rig**) | | | PSC<br>USA<br>Alabama<br>BP<br>APC & MOEX |
| 80. | Wright, Mike | Transocean | Division Manager – Performance | | | Louisiana |
| 81. | Young, David | Transocean | Chief Mate on Deepwater Horizon | | | Louisiana |
| 82. | Unknown | Unknown | Post Spill Well Control/Containment | | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 83. | Unknown | Unknown | Post Spill Well Control/Containment | | | PSC<br>USA<br>Alabama<br>APC & MOEX |
| 84. | John, Lance | Weatherford | Rig System Specialist on Macondo Well | | | Louisiana |
| | | | **ALL OTHER PRIORITY REQUESTS** | | | |
| 85. | Unknown 30(b)(6) | Add Energy | Corporate Representative | | | APC & MOEX |
| 86. | Unknown 30(b)(6) | Baker Risk | Corporate Representative | | | APC & MOEX |
| 87. | Crone, Timothy | | Non-Government Researcher | | | BP |
| 88. | Haynie, William M. | American Bureau of Shipping | ABS Surveyor | | | BP |

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 89. | Chandler, Paul | Anadarko | Project Geological Advisor | | | BP |
| 90. | Hollek, Darrell | Anadarko | VP, Operations | | | BP |
| 91. | Huch, Nick | Anadarko | Land / Drilling Engineer | | | BP |
| 92. | Quitzau, Robert | Anadarko | Contract Drilling Engineer | | | BP |
| 93. | Albers, Shane | BP | Sub Sea Project | | | Halliburton |
| 94. | Breazeale, Martin | BP | | | | Transocean[19] |
| 95. | Cowie, Jim | BP | | | | Transocean[20] |
| 96. | Cowlam, Gill | BP | Process Safety | | | APC & MOEX Transocean[21] |
| 97. | Lambert, Lee | BP | | | | Transocean[22] |
| 98. | Lee, Earl | BP | | | | Transocean[23] |
| 99. | Lee, Phillip | BP | | | | Transocean[24] |
| 100. | McCarrol, John | BP | | | | Transocean[25] |
| 101. | Price, Vincent | BP | | | | Transocean[26] |
| 102. | Sepulvado, Murry | BP | Well Site Leader | | | Halliburton Transocean[27] |
| 103. | Unknown 30(b)(6) | BP E&P, Inc. | Corporate Representative | | | Halliburton |
| 104. | Erwin, Carter | Cameron | Account Manager | | | BP |
| 105. | LeNormand, William | Cameron | | | | BP |

---

[19] Listed on Transocean's "Event Track."

[20] Listed on Transocean's "Bly Investigation Track."

[21] Listed on Transocean's "Bly Investigation Track."

[22] Listed on Transocean's "Event Track."

[23] Listed on Transocean's "Event Track."

[24] Listed on Transocean's "Event Track."

[25] Listed on Transocean's "Bly Investigation Track."

[26] Listed on Transocean's "Event Track."

[27] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 106. | McWhorter, David | Cameron | Vice President of Drilling Systems Engineering and Quality | | | BP |
| 107. | Whitby, Melvyn F. | Cameron | Director of Technology, Drilling Systems | | | BP |
| 108. | Sabins, Fred | CSI Laboratories | | | | Halliburton |
| 109. | Unknown 30(b)(6) | CSI Technologies | Corporate Representative | | | APC & MOEX |
| 110. | McKay, David | DNV | Marine Surveyor | | | BP |
| 111. | Unknown 30(b)(6) | Det Norske Veritas | Corporate Representative | | | APC & MOEX |
| 112. | Unknown 30(b)(6) | Dril-Quip, Inc. | Corporate Representative | | | Halliburton |
| 113. | Campbell, Pat | EVP | | | | BP |
| 114. | Dupriest, Fred | Exxon Mobil | Sr. Global Drilling Advisor | | | BP |
| 115. | Gisclair, John | Halliburton | Inside Support Service Coordinator for Gulf of Mexico | Domestic | | BP |
| 116. | Gray, Kelly | Halliburton / Sperry | Engineer / Insite Specialist | Domestic | | BP |
| 117. | Haire, Christopher | Halliburton | Service Supervisor / Cementer | Domestic | | BP Transocean[28] |
| 118. | Probert, Tim | Halliburton | Chief Safety Officer | Domestic | | BP |
| 119. | Quirk, Tim | Halliburton | Land Manager Investigation | Domestic | | BP |

---

[28] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 120. | Ravi, Dr. Kris | Halliburton | Chief Technical Professional (Chief Technical Advisor – Engineering / Petro-physical Applications) | Domestic | | BP |
| 121. | Roth, Tommy | Halliburton | Vice President | Domestic | | BP |
| 122. | Tabler, Vincent | Halliburton | | Domestic | | Transocean[29] |
| 123. | Unknown | Halliburton | Halliburton Accident investigation manager including discussion of prior cement failures | Domestic | | BP |
| 124. | Unknown | Halliburton | Lab technicians that performed tests on Macondo cement slurry | Domestic | | BP |
| 125. | Willis, Cathleenia | Halliburton | Surface Data Logger | Domestic | | BP APC & MOEX Transocean[30] |
| 126. | Unknown 30(b)(6) | Halliburton Energy Services, Inc. | Corporate Representative | Domestic | | APC & MOEX |
| 127. | Adams, Neal | Independent Consultant | Petroleum Engineer | | | BP |
| 128. | Bourgoyne, Darryl | Louisiana State University | Instructor, Crawt & Hawkins Dept. of Petroleum Engineering | | | BP |
| 129. | Tyagi, Mayank | Louisiana State University | Assistant Professor, Crawt & Hawkins Dept. of Petroleum Engineering | | | BP |

---

[29] Listed on Transocean's "Event Track."
[30] Listed on Transocean's "Event Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 130. | Lindner, Leo | M-I Swaco | Mud Engineer / Drilling Fluid Specialist | | | Halliburton BP |
| 131. | Smith, JR | MI-Swaco | M-I Swaco Project Engineer | | | BP |
| 132. | Unknown 30(b)(6) | M-I Swaco | Witness on protocols and procedures for the development and design of spacers, including spacers used for displacement for wells in the Gulf of Mexico | | | Halliburton |
| 133. | Patton, Frank Keith | MMS | New Orleans District Drilling Engineer | | | BP |
| 134. | Saucier, Michael | MMS | Regional Supervisor, GoM Field Ops | | | BP |
| 135. | Milsap, Kris | ModuSpec | Surveyor | | | BP |
| 136. | Naito, Shinjiro | MOEX | Senior Manager, Geologist / Unit General Manager, Unit 2, MOECO | | | BP |
| 137. | Yamamoto, Kyoko | MOEX | | | | BP |
| 138. | Unknown 30(b)(6) | Nexen Inc. | Corporate Representative | | | APC & MOEX |
| 139. | Kritzer, Joshua | OCS | Tank Cleaner | | | Halliburton |
| 140. | Lambert, Heath | OCS | Tank Cleaner | | | Halliburton |
| 141. | Paine, Kate | Quadril Energy | Well Site Analyst | | | APC & MOEX |
| 142. | Hartmann, Robin | Shell | | | | BP |

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 143. | Williams, Charlie | Shell | Chief Scientist, Well Engineering & Production Technology | | | BP |
| 144. | Unknown 30(b)(6) | Sperry | Witness regarding the location and retention of Insite computer database records | Domestic | | Transocean[31] |
| 145. | Unknown 30(b)(6) | Stress Engineering | Corporate Representative | | | APC & MOEX |
| 146. | Cargol, Mike | Subsea | Project Manager | | | BP |
| 147. | Ambrose, Bill | Transocean | Director of Special Projects | | | BP |
| 148. | Bertone, Stephen Ray | Transocean | Chief Engineer / Maintenance Supervisor | | | Halliburton BP |
| 149. | Breland, Craig | Transocean | Crane Operator | | | Halliburton |
| 150. | Brown, Douglas Harold | Transocean | Chief Mechanic **(On Rig)** | | | Halliburton BP |
| 151. | Burgess, Micah Brandon | Transocean | Driller **(On Rig)** | | | Halliburton BP |
| 152. | Ezell, Miles Randall | Transocean | Senior Toolpusher | | | Halliburton BP |
| 153. | Hay, Mark David | Transocean | Senior Subsea Supervisor | | | Halliburton BP |
| 154. | Holloway, Caleb | Transocean | Floorhand **(On Rig)** | | | BP |
| 155. | Ingram, James | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[32] |

---

[31] Listed on Transocean's "Event Track."

[32] Listed on Transocean's "Plaintiff P/I Track."

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 156. | Johnson, Bill | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[33] |
| 157. | Johnson, Dustin | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[34] |
| 158. | McWhorter, Jim Owen | Transocean | Subsea Supervisor | | | BP |
| 159. | Meinhart, Paul | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[35] |
| 160. | Morgan, Patrick | Transocean | Assistant Driller | | | Halliburton |
| 161. | Pleasant, Christopher Bernard | Transocean | Subsea Supervisor | | | Halliburton BP |
| 162. | Sandell, Micah | Transocean | Crane Operator | | | Halliburton |
| 163. | Seriale, Allen | Transocean | Assistant Driller | | | Halliburton |
| 164. | Taylor, Carl | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[36] |
| 165. | Watson, Nick | Transocean | PI Plaintiff Represented by Kurt Arnold | | | Transocean[37] |
| 166. | Wheeler, Wyman | Transocean | Toolpusher (**On Rig**) | | | BP |
| 167. | Williams, Michael | Transocean | Chief Electronics Technician | | | BP |
| 168. | Unknown 30(b)(6) | Transocean Deepwater, Inc. | Corporate Representative | | | Halliburton |
| 169. | Unknown 30(b)(6) | Transocean Holdings LLC | Corporate Representative | | | Halliburton |

---

[33] Listed on Transocean's "Plaintiff P/I Track."

[34] Listed on Transocean's "Plaintiff P/I Track."

[35] Listed on Transocean's "Plaintiff P/I Track."

[36] Listed on Transocean's "Plaintiff P/I Track."

[37] Listed on Transocean's "Plaintiff P/I Track."

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|-----|------|----------|----------------|----------|-------------|------------------|
| 170. | Unknown 30(b)(6) | Transocean Offshore Deepwater Drilling, Inc. | Corporate Representative | | | Halliburton |
| 171. | Unknown 30(b)(6) | Triton Asset Leasing GmBH | Corporate Representative | | | Halliburton |
| 172. | Birnbaum, Elizabeth | U.S. Government | Director, MMS, DOI (July 2009 – May 2010) – Post Incident Response | | | BP |
| 173. | Bromwich, Michael | U.S. Government | Director, BOEMRE, DOI (June 2010 to present) – Post Incident Response | | | BP |
| 174. | Browner, Carol | U.S. Government | Director, White House Office of Energy and Climate Change Policy | | | BP |
| 175. | Camilli, Richard | U.S. Government | Post-Incident Response | | | BP |
| 176. | Chu, Steven | U.S. Department of Energy | Secretary of Energy | | | BP |
| 177. | Dykhuizen, Ronald C. | U.S. Government | Engineer – Fluid and Thermal Sciences SNL – Post Incident Response | | | BP |
| 178. | Garwin, Richard Lawrence | U.S. Government | IBM Fellow (emeritus) – Post Incident Response | | | BP |
| 179. | Gautier, Captain Peter W. | U.S. Government | Commanding Officer, Coast Guard Gulf Strike Team, Mobile, Alabama – Post Incident Response | | | BP |
| 180. | Hayes, David | U.S. Department of the Interior | Deputy Secretary of the Interior | | | BP |

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 181. | Herbst, Lars | U.S. Government | Regional Director for the Gulf of Mexico Region, BOEMRE – Post Incident Response | | | BP |
| 182. | Hunter, Tom | U.S. Government | Former Sandia Laboratory Director – Post Incident Response | | | BP |
| 183. | Jackson, Lisa | U.S. Government | Administrator, EPA – Post Incident Response | | | BP |
| 184. | Landry, Mary | U.S. Government | Rear Admiral, USCG, Federal On-Scene Coordinator (FOSC) (April 22, 2010 to June 1, 2010) – Post Incident Response | | | BP |
| 185. | Lehr, Bill | U.S. Government | Post Incident Response | | | BP |
| 186. | Salazar, Ken | U.S. Department of the Interior | Secretary of the Interior | | | BP |
| 187. | Shepard, Mark | U.S. Government | U.S. Coast Guard Operations Section Chief Lt. Commander – Post Incident Response | | | BP |
| 188. | Watson, James A. | U.S. Government | Rear Admiral, USCG, FOSC – Post Incident Response | | | BP |
| 189. | Wereley, Steve | U.S. Government | Associate Professor of Mechanical Engineering, Purdue University – Post Incident Response | | | BP |
| 190. | McNutt, Marcia | United States Geological Survey | Director | | | BP |

D  1626893 v1-24010/0002 PLEADINGS

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 191. | Allen, Thad | USCG | Admiral, National Incident Commander | | | BP |
| 192. | Unknown 30(b)(6) | Vector Magnetics LLC | Corporate Representative | | | Halliburton |
| 193. | Clawson, Bryan R. | Weatherford | Cementation Sales | | | Halliburton BP |
| 194. | Oldfather, Daniel | Weatherford | Service Operator | | | Halliburton |
| 195. | Unknown 30(b)(6) | Weatherford | Corporate Representative | | | APC & MOEX |
| 196. | Unknown 30(b)(6) | Weatherford | Witness regarding technical specifications of Weatherford float collar assembly | | | Halliburton |
| 197. | Unknown 30(b)(6) | Weatherford | Witness regarding issues, problems or defects relating to Weatherford float collar assembly, including specific incidents relating thereto | | | Halliburton |