# EXHIBIT G

**From:** R. Chris Heck [mailto:rcheck@kirkland.com]
**Sent:** Monday, April 04, 2011 12:22 PM
**To:** Hedgpeth, Tiffany
**Cc:** 'alangan@kirkland.com'; 'dbeffa@kirkland.com'; Hertz, Diane C.; Dragna, Jim; Kirby, Ky E.; 'mboles@kirkland.com'; 'tduffy@kirkland.com'; 'vanessa.vanauken@kirkland.com'
**Subject:** Re: Request for Meet and Confer

Tiffany:

Thanks for your response, but BP does not agree with your position. Even if the discovery served by Anadarko and MOEX were to "protect themselves," that is not relevant under the Federal Arbitration Act ("FAA") and implementing case law. Operating Agreement article 22.9 requires that "[a]ny claim, controversy, or dispute arising out of, relating to, or in connection with this Agreement or an activity or operation conducted under the Agreement shall be resolved under the Dispute Resolution Procedure in Exhibit 'H' to this Agreement." This broad arbitration clause, especially when combined with the FAA's presumption in favor of arbitration, easily encompasses the various disputes between BP on the one hand and Anadarko and MOEX on the other. Now that the BP has delivered a Notice of Dispute under the Dispute Resolution Procedure, the parties must follow that Procedure and all discovery in court between the parties pertaining to arbitrable disputes must stop, which includes the discovery served by Anadarko and MOEX.

Moreover, the discovery's purpose does not appear to be for Anadarko and MOEX to "protect themselves," but instead to prosecute your clients' claims against BP--all in an effort to relieve themselves of their express obligations under the Operating Agreement and federal law. Such claims are arbitrable under the JOA's broad Dispute Resolution Procedure. Moreover, the Operating Agreement has an express provision in which your clients covenanted that they would not "resort to court remedies," which includes engaging in discovery against BP in court. By pursuing that discovery in the MDL, Anadarko and MOEX are in breach of their contract obligations and promises to BP.

We can discuss this further during our meet-and-confer tomorrow.

Thanks,
R. Chris Heck
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-3030
Fax: (312) 862-2200
r.chris.heck@kirkland.com

"Hedgpeth, Tiffany"
<tiffany.hedgpeth@bingham.com>

04/03/2011 12:19 PM

To "'rcheck@kirkland.com'" <rcheck@kirkland.com>
cc "'alangan@kirkland.com'" <alangan@kirkland.com>, "'mboles@kirkland.com'" <mboles@kirkland.com>,

4/13/2011

"'tduffy@kirkland.com'" <tduffy@kirkland.com>, "'dbeffa@kirkland.com'" <dbeffa@kirkland.com>, "'vanessa.vanauken@kirkland.com'" <vanessa.vanauken@kirkland.com>, "Hertz, Diane C." <diane.hertz@bingham.com>, "Dragna, Jim" <jim.dragna@bingham.com>, "Kirby, Ky E." <Ky.Kirby@bingham.com>

Subject Re: Request for Meet and Confer

Hi Chris. Thanks for the e-mail. As defendants in the MDL, Anadarko and MOEX must continue to take all necessary actions to protect themselves, which includes pursuing discovery against other parties, including BP. Therefore, we plan to proceed with the meet and confer that is scheduled for Tuesday, and expect BP to do the same.

We will address the notice of dispute in separate correspondence.

Thanks and enjoy the rest of your weekend.

---

**From:** R. Chris Heck <rcheck@kirkland.com>
**To:** Hedgpeth, Tiffany; Hertz, Diane C.
**Cc:** Andrew Langan <alangan@kirkland.com>; Martin Boles <mboles@kirkland.com>; Tim Duffy <tduffy@kirkland.com>; Darin Beffa <dbeffa@kirkland.com>; Vanessa Van Auken <vanessa.vanauken@kirkland.com>
**Sent:** Fri Apr 01 15:38:44 2011
**Subject:** Re: Request for Meet and Confer

Counsel -- today BP delivered to Anadarko and MOEX a "Notice of Dispute" under the dispute resolution and arbitration procedures of the parties' Macondo Operating Agreement. The discovery served by Anadarko and MOEX relates to disputes subject to this arbitration process. Please let us know if you plan to withdraw or stay your discovery in light of the Notice of Dispute.


Thanks,
R. Chris Heck
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Tel: (312) 862-3030
Fax: (312) 862-2200
r.chris.heck@kirkland.com

----- Forwarded by Martin Boles/Los Angeles/Kirkland-Ellis on 03/31/2011 04:20 PM -----

Tim Duffy/Chicago/Kirkland-Ellis
03/25/2011 03:01 PM

To "Hedgpeth, Tiffany" <tiffany.hedgpeth@bingham.com>
cc Andrew Langan/Chicago/Kirkland-Ellis@K&E, Martin Boles/Los Angeles/Kirkland-Ellis@K&E, Darin Beffa/Los Angeles/Kirkland-Ellis@K&E, Vanessa Van Auken/Chicago/Kirkland-Ellis@K&E, "Hertz, Diane C." <diane.hertz@bingham.com>
Subject Re: Request for Meet and ConferLink

Let's plan to speak at 1pm central on April 5 if that works for you. We can use this dial-in:

1-866-331-1856
Code 81349910#

Thanks,

Tim


Timothy A. Duffy, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Office 312-862-2445
Cell 847-530-4920
tim.duffy@kirkland.com

---

**From:** "Hedgpeth, Tiffany" [tiffany.hedgpeth@bingham.com]
**Sent:** 03/25/2011 02:34 PM MST
**To:** Tim Duffy
**Cc:** Andrew Langan; Martin Boles; Darin Beffa; Vanessa Van Auken; "Hertz, Diane C." <diane.hertz@bingham.com>
**Subject:** RE: Request for Meet and Confer


Tim, thanks for your response. Please let me know of your availability on April 5.

Thanks

---

**From:** Tim Duffy [mailto:tduffy@kirkland.com]
**Sent:** Thursday, March 24, 2011 11:51 AM
**Cc:** Andrew Langan; Martin Boles; Darin Beffa; Vanessa Van Auken
**Subject:** Request for Meet and Confer

Dear Ms. Hedgpeth,

We have received your letters dated March 18, 2010 on behalf of Anadarko and MOEX raising issues with respect to BP's written discovery responses and seeking a meet-and-confer re same. Your letters raise a number of complex issues, and, as I am sure you appreciate, that require input from a number of people already very busy with ongoing discovery in MDL 2179. We ask that any meet-and-confer be scheduled no earlier than the week of April 4th, which will hopefully allow for a more productive discussion of the issues raised by your letters. Please let us know what times would work for you.

Thank you.

Tim


Timothy A. Duffy, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

office 312-862-2445
cell 847-530-4920
tim.duffy@kirkland.com

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

4/13/2011

communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**********************************************************

4/13/2011