UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** * | |
| **of Mexico, on April 20, 2010** * | SECTION "J" |
| * | JUDGE BARBIER |
| **This Document Relates to:** * | |
| *All cases in Pleading Bundles B1 and B3*; * | |
| 10-2771; 10-3815; 10-1540; 10-1502 * | MAGISTRATE NO. 1 |
| * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Request for Oral Argument of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants' Joint Motion to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE