UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig  * | | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf  * | | |
| of Mexico, on April 20, 2010  * | | SECTION "J" |
| * | | JUDGE BARBIER |
| This Document Relates to:  * | | |
| *All cases in Pleading Bundles B1 and B3*;  * | | |
| 10-2771; 10-3815; 10-1540; 10-1502  * | | MAGISTRATE NO. 1 |
| * | | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

*EX PARTE* JOINT MOTION OF DEFENDANTS ANADARKO PETROLEUM
CORPORATION, ANADARKO E&P COMPANY LP,
AND MOEX OFFSHORE 2007 LLC FOR
<u>EXPEDITED HEARING AND CONSIDERATION</u>

**NOW INTO COURT**, come Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP (together "Anadarko"), and MOEX Offshore 2007 LLC (together the "Non-Operating Defendants) and respectfully move the Court for expedited hearing and consideration of the Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c., Pursuant to Fed. R. Civ. P. 37, filed concurrently herewith.

**WHEREFORE**, for the reasons set forth in the accompanying Memorandum in Support of the instant motion, the Non-Operating Defendants pray that this Court expeditiously hear and consider the Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. Pursuant to Fed. R. Civ. P. 37.

DATED: April 15, 2011

Respectfully submitted,

BINGHAM McCUTCHEN, LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 15, 2011.

                                                                      _/s/ *Ky E. Kirby*_
                                                                      Ky E. Kirby