UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| **10-2771; 10-3815; 10-1540; 10-1502** | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF *EX PARTE* JOINT MOTION OF DEFENDANTS ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, AND MOEX OFFSHORE 2007 LLC FOR EXPEDITED HEARING AND CONSIDERATION

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP (together "Anadarko"), and MOEX Offshore 2007 LLC (together the "Non-Operating Defendants) have moved the Court for expedited consideration and hearing of the Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c., Pursuant to Fed. R. Civ. P. 37 ("Joint Motion to Compel"), and in support thereof state as follows:

1.  The Non-Operating Defendants have filed a Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c., Pursuant to Fed. R. Civ. P. 37 ("Joint Motion to Compel") and Memorandum in Support thereof concurrently herewith.

2.  As set forth in the Joint Motion to Compel and Memorandum in Support thereof, BP has refused to comply with pending discovery requests by the Non-Operating Defendants.

A/74151750.1

The sole ground for BP's refusal is its assertion that the discovery requests are not permitted under the dispute resolution provisions of the Macondo Prospect Offshore Deepwater Operating Agreement ("OA") between BP Exploration and the Non-Operating Defendants.

3. The evidence sought is directly relevant to the Non-Operating Defendants' defenses against plaintiffs' claims in this multi-district litigation, relevant to ongoing depositions, and necessary for the Non-Operating Defendants' preparation for the upcoming February 2012 trial.

4. Given the rapid pace of the pre-trial schedule established by this Court, expedited resolution of the Joint Motion to Compel is necessary for the continued efficient progress of ongoing discovery.

For the reasons set forth above, the Non-Operating Defendants pray that this Court expeditiously hear and consider the Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. Pursuant to Fed. R. Civ. P. 37.

DATED: April 15, 2011                Respectfully submitted,

                                                 BINGHAM McCUTCHEN, LLP

                                                 /s/ *Ky E. Kirby*
                                                 Ky E. Kirby
                                                 ky.kirby@bingham.com
                                                 David B. Salmons
                                                 david.salmons@bingham.com
                                                 Michael B. Wigmore
                                                 michael.wigmore@bingham.com
                                                 Warren Anthony Fitch

tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 15, 2011.

                                                                                                                   /s/ *Ky E. Kirby*
                                                                                                                       Ky E. Kirby