UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| *All cases in Pleading Bundles B1 and B3*; | * | |
| **10-2771; 10-3815; 10-1540; 10-1502** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Considering the Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC to Expedite Hearing and Consideration of their Joint Motion of Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC Compel Response to Production Requests Served Upon BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c., the Court finds that the Motion to Expedite Hearing and Consideration has merit, and is supported by law, therefore:

**IT IS HEREBY ORDERED** that the Court shall consider and hear the Motion to Compel on an expedited basis. Opposition to the Motion to Compel shall be filed not later than the ____ day of ____, 2011. The Motion to Compel shall be heard on the ___ day of ____, 2011 at ____ o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

1