UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | SECTION: J |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE SHUSHAN |

1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST TRANSOCEAN

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs, to submit this Motion For Summary Against Defendants Transocean Offshore Deepwater Drilling, Inc.; Transocean Deepwater, Inc.; and Transocean Holdings, L.L.C. (collectively referred to as Transocean), holding them liable, jointly and in solido, for the damages caused by the explosion and blowout of *Deepwater Horizon* on April 20, 2010.

A Memorandum In Support and a Statement of Material Uncontested Facts accompany this Motion.

Respectfully submitted,

this __15th__ day of ___April___, 2011.

__/s/ Daniel E. Becnel, Jr.__
DANIEL E. BECNEL, JR. (#2926)

1

BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6444
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

.

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __15th___ day of _April_, 2011.

                                   ___*/s/ Daniel E. Becnel, Jr.*_____