UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179<br>:<br>: SECTION: J<br>:<br>:<br>: JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE SHUSHAN |

1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF MOTION

Subject to Pre-Trial Order No. 15, hearing on Plaintiffs' Motion For Summary

Judgment Against Transocean may be set by this Court, and is tentatively

noticed to be heard on the  11th  day of   May   2011, at 9:30 a.m.

 /s/    Daniel E. Becnel, Jr._____
 DANIEL E. BECNEL, JR. (#2926)
 **BECNEL LAW FIRM, LLC**
 P. O. Drawer H
 106 West Seventh Street
 Reserve, Louisiana 70084
 Telephone: (985) 536-1186
 Facsimile: (985) 536-6445
 E-mail: dbecnel@becnellaw.com
 **Attorneys for Plaintiffs in:**
 1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
 2. *Howard Buras v BP et al* (C.A.10-2994)
 3. *Armand's Bistro v BP et al* (C.A. 10-4489)
 4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
 5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
 6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

1

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that the above and foregoing Notice of Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __15th__ day of __April_____, 2011.

                                                               ____/s/ Daniel E. Becnel, Jr.____