IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to:<br>*Reed v. BP, PLC, et al.,*<br>2:10-cv-4252-CJB-SS<br><br>.. .. .. .. .. .. .. .. .. .. .. .. .. .. | § § § § § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS PURSUANT TO RULE 12 (b)(6)

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiff's Petition for Damages filed in the above-entitled matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this Reply to Plaintiff's Response, HESI submits the accompanying Omnibus Reply Memorandum in Support and fully incorporates its arguments herein:[1]

    1.    To the extent Plaintiff alleges Jones Act claims against HESI, those claims should be dismissed because, as Plaintiff concedes, HESI was not Darrell Reed's employer.  *See* HESI's Omnibus Reply Memorandum at Section 2.

---

[1] In an effort to conserve judicial resources and avoid overburdening the Court's files, HESI files a single Omnibus Memorandum in Support of its Reply to Motions to Dismiss the Bundle A personal injury cases listed in Exhibit 1 to PTO 25.

2. Plaintiff's claims against HESI fail to contain sufficient factual material to state a claim for relief that is facially plausible. Thus, the Court should dismiss Plaintiff's claims against HESI in their entirety.[2]  *See* HESI's Omnibus Reply Memorandum at Section 1.

3. HESI asserts that Plaintiff does not have a legally viable claim for nonpecuniary and/or punitive damages under general maritime law. Thus, Plaintiff's claims against HESI for recovery of these damages should be dismissed. *See* HESI's Omnibus Reply Memorandum at Section 3.

4. To the extent Plaintiff states a separate cause of action for *res ipsa loquitor*, this claim should be dismissed as a matter of law. Further, Plaintiff fails to assert factual allegations to support the necessary requirements of the doctrine of *res ipsa loquitor*. *See* HESI's Omnibus Reply Memorandum at Section 5.

WHEREFORE, for the reasons more fully set forth in the attached Omnibus Memorandum in Support of its Reply, HESI respectfully prays that this Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.

Dated April 15, 2011.

---

[2] To the extent Plaintiff has filed an amended complaint to address this issue, HESI withdraws its request for dismissal at this time. HESI reserves its right to raise this argument again, if necessary and upon leave of Court, pursuant to MDL 2179 Stipulated Order dated March 24, 2011. Dkt. 1730.

        **Respectfully Submitted,**

        **GODWIN RONQUILLO PC**

        **By:** /s/ Donald E. Godwin
        Donald E. Godwin, T.A.
        dgodwin@godwinronquillo.com
        Bruce W. Bowman, Jr.
        bbowman@godwinronquillo.com
        Jenny L. Martinez
        jmartinez@godwinronquillo.com
        Floyd R. Hartley, Jr.
        fhartley@godwinronquillo.com
        1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: 214.939.4400
        Facsimile: 214.760.7332

        and

        R. Alan York
        State Bar No. 22167500
        ayork@godwinronquillo.com
        Jerry C. von Sternberg
        State Bar No. 20618150
        jvonsternberg@godwinronquillo.com

        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone: 713.595.8300
        Facsimile: 713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Reply to Plaintiff's Response to its Motion to Dismiss Pursuant to Rule 12(b)(6) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 15th day of April, 2011.

          /s/ Donald E. Godwin  
          Donald E. Godwin