IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| *This document relates to 2:10-cv-03168 Kleppinger v. Transocean Offshore Deepwater Drilling, Inc., et al.* | MAG. JUDGE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' PETITION FOR FAILURE TO STATE A CLAIM UNDER RULE 12(B)(6)

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully moves this Court to dismiss the claims asserted in Plaintiffs Bill Francis, Tyrone Benton, and Carlos Ramos' Petition filed in the above-entitled matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Reply to Plaintiffs' Response, HESI submits the accompanying Omnibus Reply Memorandum in Support and fully incorporates its arguments herein:[1]

1. Plaintiffs' claims against HESI fail to contain sufficient factual material to state a claim for relief that is facially plausible. Thus, the Court should dismiss Plaintiffs' claims against HESI in their entirety.[2] *See* HESI's Omnibus Reply Memorandum at Section 1.

---

[1] In an effort to conserve judicial resources and avoid overburdening the Court's files, HESI files a single Omnibus Reply Memorandum to Plaintiffs' Francis, Benton and Ramos' Responses to its Motions to Dismiss the Bundle A personal injury cases listed in Exhibit 1 to PTO 25. Plaintiffs' Response includes arguments that are not raised in HESI's Motion to Dismiss. HESI will not address those issues in this Reply.

[2] To the extent Plaintiffs have filed an amended complaint to address this issue, HESI withdraws its request for dismissal at this time. HESI reserves its right to raise this argument again, if necessary and upon leave of Court, pursuant to MDL 2179 Stipulated Order dated March 24, 2011. Dkt. 1730.

HESI.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO HESI'S MOTION TO DISMISS PLAINTIFFS' PETITION FOR FAILURE
TO STATE A CLAIM UNDER RULE 12(B)(6)                                            PAGE 1 OF 4

D  1644214 v1-24010/0002 PLEADINGS

2. HESI asserts that Plaintiffs do not have a legally viable claim for nonpecuniary and/or punitive damages under general maritime law. Thus, Plaintiffs' claims against HESI for recovery of these damages should be dismissed. *See* HESI's Omnibus Reply Memorandum at Section 3.

WHEREFORE, for the reasons more fully set forth in the attached Omnibus Reply Memorandum in Support, HESI respectfully prays that this Court dismiss Plaintiffs' Petition in its entirety for failure to state a claim upon which relief can be granted.

Dated April 15, 2011.

HESI.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO HESI'S MOTION TO DISMISS PLAINTIFFS' PETITION FOR FAILURE
TO STATE A CLAIM UNDER RULE 12(B)(6)                                                          PAGE 2 OF 4

D  1644214 v1-24010/0002 PLEADINGS

**Respectfully Submitted,**

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin, T.A.
dgodwin@godwinronquillo.com
Bruce W. Bowman, Jr.
bbowman@godwinronquillo.com
Jenny L. Martinez
jmartinez@godwinronquillo.com
Floyd R. Hartley, Jr.
fhartley@godwinronquillo.com
Gavin Hill
ghill@godwinronquillo.com
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. Alan York
ayork@godwinronquillo.com
Jerry C. von Sternberg
jvonsternberg@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**HESI.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO HESI'S MOTION TO DISMISS PLAINTIFFS' PETITION FOR FAILURE
TO STATE A CLAIM UNDER RULE 12(B)(6)** **PAGE 3 OF 4**

D  1644214 v1-24010/0002 PLEADINGS

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Reply to Plaintiffs' Memorandum in Opposition to Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Petitions for Failure to State a Claim Under Rule 12(b)(6) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 15th day of April, 2011.

          /s/ Donald E. Godwin
          Donald E. Godwin

**HESI.'S REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO HESI'S MOTION TO DISMISS PLAINTIFFS' PETITION FOR FAILURE
TO STATE A CLAIM UNDER RULE 12(B)(6)**                                                          **PAGE 4 OF 4**

D  1644214 v1-24010/0002 PLEADINGS