UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *Roberts v. BP plc, et al.*, No. 10-3815 | * | |
| *Crawford v. BP plc, et al.*, No. 10-1540 | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS OF ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY LP, AND MOEX OFFSHORE 2007 LLC TO DISMISS CERTAIN PLEADING BUNDLE A COMPLAINTS

Defendants Anadarko Petroleum Corporation, Anadarko E&P Company LP (together "Anadarko"), and MOEX Offshore 2007 LLC ("MOEX Offshore") (together the "Non-Operating Defendants") respectfully submit this Supplemental Memorandum in support of their pending Motions to Dismiss the Complaints in *Crawford v. BP plc, et. al.*, Case No. 10-1540 [Rec. Doc. 1215], and *Roberts v. BP plc, et. al.*, Case No. 10-3815 [Rec. Doc. 1223], and state as follows:

1.   On February 11, 2011, the Non-Operating Defendants moved to dismiss each and every count and claim against them in the *Roberts* and *Crawford* Complaints pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

2.   Pursuant to Pre-trial Orders 11 [CMO No. 1] and 25, Memoranda in Opposition to any Rule 12(b)(6) motions shall be filed within 30 days of the filing of said motion. PTO No. 25 at ¶ 12 [Rec. Doc. 983]. Accordingly, the *Roberts* and *Crawford* plaintiffs' Oppositions to the Non-Operating Defendants' Motions to Dismiss were due to be filed on March 14, 2011.

3. As of the date of this filing, the *Crawford* and *Roberts* plaintiffs have not filed Oppositions to the Non-Operating Defendants' Motions to Dismiss, nor have counsel for the *Crawford* or *Roberts* plaintiffs contacted counsel for the Non-Operating Defendants and requested an extension.

4. The Fifth Circuit has held that a proper sanction for failure to respond to a motion to dismiss is for the trial court to decide the motion solely on the papers before it. *See, e.g.*, *Woodham v. Am. Cystoscope Co.*, 335 F.2d 551, 556–57 (5th Cir. 1964) ("Should one of the parties be at fault in failing to file his brief . . . the trial judge would be justified in deciding the motion on the papers before him. That seems a proper sanction, when the attorneys know or should be charged with knowing the rules"); *Ramsay v. Bailey*, 531 F.2d 706, 709 n.2 (5th Cir. 1976) (same); *compare Johnson v. Pettiford*, 442 F.3d 917, 919 (5th Cir. 2006) (holding that automatic dismissal with prejudice for failure to file an opposition brief, without regard to the merits, can be too severe a sanction). However, in considering an unopposed motion to dismiss, "the court is under no duty to exercise imagination and conjure what a . . . [party] might have alleged, but did not, and do counsel's work for him or her." *Northern Assurance Co. of Am. v. Bayside Marine Constr., Inc.*, No. 08-22-KD-B, 2009 WL 151023, at *3 (S.D. Ala. Jan. 21, 2009) (*quoting Pinto v. Universidad De Puerto Rico*, 895 F.2d 18, 19 (1st Cir. 1990)); *Lazzara v. Howard A. Esser, Inc.*, 802 F.2d 260, 269 (7th Cir. 1986) (quoting *Erff v. MarkHon Indus.*, 781 F.2d 613, 618 (7th Cir. 1986)) ("A trial judge may properly depend upon counsel to apprise her of the issues for decision. The judge is not obligated to search for other issues that 'may lurk in the pleadings'"); *Bowden ex rel. Bowden v. Wal-Mart Stores, Inc.*, 124 F. Supp. 2d 1228, 1236 (M.D. Ala. 2000) ("It is not for the court to manufacture arguments on Plaintiff's behalf").

5. Accordingly, because the pending Motions to Dismiss are meritorious and unopposed, the Court should grant the Motions to Dismiss. *See, e.g.*, *In re Katrina Canal Breaches Consol. Litig.*, No. 05-4182, 2007 WL 4293636, at *1 (E.D. La. Dec. 6, 2007) (granting defendants' motion for summary judgment because plaintiffs filed no opposition and the motion "appear[ed] to have merit"). Moreover, the *Roberts* and *Crawford* plaintiffs' failure to respond to the pending Motions to Dismiss frustrates this Court's ability to efficiently manage this MDL, and plaintiffs should not be permitted to interpose untimely oppositions to the Motions to Dismiss. *See In re Taxable Mun. Bonds Litig.*, MDL No. 863, 1992 WL 349669, at *2 (E.D. La. Nov. 12, 1992) (denying plaintiffs' motion for reconsideration and holding that plaintiffs' failure to respond to motion to dismiss operated as waiver of claims against defendants and that in the context of a complicated MDL proceeding, the plaintiffs' failure to diligently respond to motions resulted in "needless, wasteful, and prejudicial iterations of motions and decisions that must, in the interest of justice, be fully litigated in the first instance").

6. For the reasons set forth in the Memoranda of Law in Support of the Non-Operating Defendants' pending Motions to Dismiss and for the reasons set forth above, the Non-Operating Defendants respectfully submit that all the claims asserted in the *Crawford* and *Roberts* Complaints against them should be dismissed in their entirety.

Respectfully submitted,

DATED: April 15, 2011        BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore

michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on April 15, 2011.

                                          /s/ *Ky E. Kirby*
                                          Ky E. Kirby