UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: *All Cases in Pleading Bundle D1.* | JUDGE BARBIER |
| (Including No. 10-01768 and No. 10-02454) | MAGISTRATE SUSHAN |

### *EX PARTE* MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO MOTIONS TO DISMISS BUNDLE D1 MASTER COMPLAINT

**NOW INTO COURT** come Plaintiffs, who respectfully seek leave to supplement their OMNIBUS RESPONSE MEMORANDUM TO MOTIONS TO DISMISS THE BUNDLE D1 MASTER COMPLAINT [Doc 1819], for the reasons that follow:

I.

In the Omnibus Response, Plaintiffs made numerous references to a cross-motion for partial summary judgment on liability that was to be filed by the Center for Biological Diversity (the "Center"). *Id*. at pp. 3, 5, 13, 40.

II.

That motion is not being filed at the present time.

1

III.

Plaintiffs therefore seek to provide to the Court with standing declarations of the Center's members, filed herewith, in support of the Omnibus Response.[1]

IV.

The declarations are cited at pages 8, 12, and 20 of the Omnibus Response.

**WHEREFORE** Plaintiffs respectfully pray for leave to supplement their Omnibus Response to the Motions to Dismiss the D1 Master Complaint.

This 17th day of April, 2011.

Respectfully Submitted:

| | |
|---|---|
| */s/ Stephen J. Herman* | */s/ James Parkerson Roy* |
| Stephen J. Herman, LA Bar No. 23129 | James Parkerson Roy, LA Bar No. 1511 |
| Herman Herman Katz & Cotlar LLP | Domengeaux Wright Roy & Edwards LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| sherman@hhkc.com | jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### REGULATORY AND INJUNCTIVE RELIEF WORKING GROUP

| | |
|---|---|
| CHARLES M. TEBBUTT | GREGORY BUPPERT |
| DANIEL C. SNYDER | Tennessee BPR No. 024340 |
| Law Offices of Charles M. Tebbutt, P.C | Defenders of Wildlife |
| 451 Blair Blvd. | 1130 17th Street, N.W. |
| Eugene, OR 97402 | Washington, DC 20036-4604 |
| Ph: 541-344-3505 | Telephone: 202.682.9400 |
| Fax: 541-344-3516 | Facsimile: 202.682.1331 |
| charlie.tebbuttlaw@gmail.com | gbuppert@defenders.org |

---

[1] *See* Declarations of Christina Celano, Catherine Craig, Albert Crutcher, Melanie Duchin, Peter Galvin (organizational standing), Jessica Hunt, Gabriel Scott, Allison Sondak, Todd Steiner, Dr. Bron Taylor, and Melissa Thrailkill.

| | |
|---|---|
| ROBERT B. WIYGUL #17411 | RICHARD C. ELLIS |
| JOEL R. WALTZER | William S. Strain & Associates |
| Waltzer & Wiygul | 422 E. Woodstone Court |
| 1011 Iberville Drive | Baton Rouge, LA 70808 |
| Ocean Springs, Mississippi 39564 | (225) 382-3712 |
| Tel:  (228) 872-1125 | |
| Fax:  (228) 872-1128 | |
| robert@waltzerlaw.com | |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion shall be filed, along with a proposed Order and the Declarations, *via* the Court's ECF system, and shall be served upon all counsel of record *via* Lexis-Nexis in accordance with Pre-Trial Order No. 12, this 17th day of April, 2011.

   /s/ Stephen J. Herman and James Parkerson Roy