UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: *All Cases in Pleading Bundle D1.* | JUDGE BARBIER |
| (Including No. 10-01768 and No. 10-02454) | MAGISTRATE SUSHAN |

**ORDER**

**CONSIDERING** Plaintiffs' Motion for Leave:

**IT IS ORDERED** that Plaintiffs be and are hereby granted leave to file their Supplement to their Omnibus Response Memorandum to Motions to Dismiss the Bundle D1 Master Complaint [Doc 1819] with the Declarations of Christina Celano, Catherine Craig, Albert Crutcher, Melanie Duchin, Peter Galvin, Jessica Hunt, Gabriel Scott, Allison Sondak, Todd Steiner, Dr. Bron Taylor, and Melissa Thrailkill.

**SIGNED** in New Orleans, Louisiana, this ____ day of April, 2011.

_____
Hon. Carl J. Barbier
U.S. District Court Judge