UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | ) MDL NO. 2179 ) ) SECTION: J ) |
| **This Document Relates to:** 2:10-cv-01768 & 2:10-cv-02454 | ) JUDGE BARBIER ) MAG. JUDGE SHUSHAN ) ) ) ) ) |

## Declaration of Albert Bruce Crutcher

I, Albert Bruce Crutcher III, hereby declare that

1. I currently live in New Orleans, Louisiana in Orleans Parish, and work in Jefferson Parish. I was born in New Orleans, and moved back here about fifteen years ago. My family is in the oil and gas business and I have seen firsthand the environmental problems that can be caused by unregulated oil and gas activities. Since the 1970's America has been relatively successful with cleaning up the worst cases of water pollution in the U.S. The BP oil spill however was a shocking result of poorly executed regulation, intense pressure to control costs and perhaps a wake-up call that we are reaching the tail end of the oil and gas era. The amazing technology required to safely extract and transport oil and gas from the ocean floor does not free us from the problem of air pollution caused by the eventual burning of that same oil in internal combustion engines throughout the world. What good is an automobile burning gasoline if we are forced out of our homes by rising oceans?

2. I live about ¼ mile from the Mississippi River and I work about one mile from Lake Pontchartrain.

1

3. I am a member of Center for Biological Diversity and I rely on the Center to represent my interest in conserving endangered species and their habitats.

4. I am concerned about pollution of the Gulf of Mexico from the BP oil spill.

5. I believe that my personal, professional, aesthetic, economic, and moral interests have been impacted by the BP spill.

6. Even though I live and work more than 50 miles from the Gulf of Mexico, there was one day when we could smell the smoke from the BP oil being burned in the Gulf of Mexico from our office parking lot.

7. I typically visit the Gulf of Mexico about four times a year. We have a membership in a condominium in Seacrest, Florida and have friends that we visit in Sandestin, Florida a few times a year. My wife and I visited the Gulf coast of Florida after the spill began in May, 2010 with around 15 family members. Fortunately the oil spill had not contaminated Florida yet. Then we visited Seacrest, Florida from October 14 to October 19, 2010 to see what, if any, changes have happened as a result of the BP oil spill. The beaches were contaminated by small oily tar balls that look like stones until you break them apart with your fingers. We heard that the clean-up workers were combing the sand daily to pull out the oily residue from the BP spill. The U.S. states bordering the Gulf of Mexico are spending big bucks in advertising to get tourists to come visit their beaches because of the negative perception created by the oil spill.

8. I was shocked reading about the massive fish kills, the death of whales and other creatures washing up dead, as result of the oil spill and am concerned about the impacts from future oil spills and the ability to prevent and respond to future spills. I

enjoy swimming in the surf and walking along the beach in Florida. I do not want to see or walk on tar balls or dead fish that result from oil pollution.

9. Another impact I experienced from the spill is the effect on seafood supplies. In New Orleans I can now never be 100% sure where my seafood is coming from. And with the restaurants struggling, I don't necessarily think they tell you the truth about where the food comes from. A lot of people in Louisiana, including myself, try to eat at local restaurants and eat local seafood. We're used to local seafood. It's been a big change since the oil spill. There's so much uncertainty about whether the seafood is tainted or has been property tested for oil residue. This has had an impact on me for eating out, especially crab and shrimp. Also, seafood is now more expensive. Either it costs more to get seafood that is not local, or it costs more to get the limited local seafood that is available. Since the spill, I am less inclined to eat seafood, and I am concerned that another out of control spill would have similar or worse effects.

10. I own multiple real estate properties in Jefferson and Orleans Parish. The BP spill has added to the cumulative negative effects of the global economic recession of 2009, recent devastating hurricanes such as Katrina & Rita, and the tragic loss of Louisiana wetlands over the last 50 years due in part to oil & gas drilling activity in the marshlands of south Louisiana. It is admittedly difficult to distinguish how much the spill has directly affecting my properties' values, but I am concerned that the spill has exacerbated the problem.

11. Loss of habitat for migrating birds is another concern of mine. Southern Louisiana is a big flyover for migrating birds. Sadly, a lot of that habitat, especially for

3

waterfowl, has been destroyed by the loss of wetlands in south Louisiana and now the BP spill.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of February, 2011.

*Albert Bruce Crutcher* (signature)

Albert Bruce Crutcher