UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

### Declaration of Allison Davie Sondak

I, Allison Davie Sondak, hereby declare that:

1. I currently work as an environmental policy consultant and I live at 701 Octavia Street in New Orleans, Louisiana in Orleans Parish. I live approximately eight miles from Lake Pontchartrain, four blocks from the Mississippi River, and approximately 30 miles away from the Gulf of Mexico. All three waterbodies have been impacted by BP's oil spill.

2. I am a member of Center for Biological Diversity and have in the past been a member of or have worked with the Natural Resources Defense Council, the National Wildlife Federation, the Heinz Center for Science, Economics and the Environment, Friends of the Earth and the Tulane Environmental Law Clinic, among other organizations.

3. I have worked as a kayak guide in Washington D.C. and as a nature guide in coastal New Jersey.

4. I moved to New Orleans on April 1, 2010. I previously lived at 3000 Magazine Street in New Orleans, Louisiana in Orleans Parish from August 1999 - July 2002.

5. I visit Lake Pontchartrain monthly. I visit the Gulf of Mexico every couple of months and have present imminent plans to continue doing so. I walk and recreate along the levees and parks bordering the Mississippi River weekly. For the many weeks following the oil spill, the smell of oil was very strong in the air directly out my front door.  Though it was only discernible on certain days, when it was present it gave me headaches whenever I was outside.  The stench made walking along the river almost impossible, made exercising outdoors extremely unpleasant, and made it very difficult for me to walk my dog.

6. I also frequent Panama City Beach, Florida where I stay at a friend's house directly on the Gulf of Mexico. I have visited this location three times since BP's *Deepwater Horizon* oil spill and will return again April 2011.

7. During my visits to Panama City Beach, I enjoy observing the brown pelicans, other seabirds, invertebrates, crustaceans, fish, reptiles, and dolphins. I am most concerned about the pelicans, which there seem to be fewer of than I would expect, but I am also very worried about the plight of all the other species impacted by the spilt oil and chemical dispersants.

8. I have swum in the Gulf of Mexico at least 15 times since BP's oil spill. While snorkeling at Panama City Beach, I noticed oil stains on objects that had been in the Gulf. I watched fish schooling in strange ways, causing huge concentrations of fish in small areas like I had never seen before, and I have been a snorkeler and SCUBA diver for over 20 years. But perhaps most frightening was that when my companions and I, including a toddler, toweled off after swimming and snorkeling, an orange, sticky oil residue was evident on our towels.

9. I used to be an avid flat-water kayaker and canoeist but have not been interested in doing either since the oil spill because of my concerns about the health effects of breathing air or ingesting water containing oil and dispersants.

10. I previously have enjoyed recreational crabbing, but have not done so since I moved back to New Orleans because I am concerned about the health of local crabs given their exposure to the oil released in BP's spill and the dispersants used to clean it up. I still have friends who crab recreationally, and typically I would eat the crabs that they caught, but now I feel less inclined to do so. The crabs have not been tested for oil or dispersants, and though I occasionally do eat these crabs, I am now very concerned about the impact eating the crabs might have on my health and on other species that rely on crabs as a food source.  I am much less likely to eat crabs caught recreationally, which are not subject to any safety regulations at all, than I was before the spill.

11. One of the biggest consequences of the oil spill is the impact it has had on local cuisine. Food is a huge part of New Orleans culture and local tourism. The oil spill has hurt the reputation of Louisiana seafood. Both locals and tourists are no longer interested in dining on seafood caught in Louisiana waters. For example, before the spill, I would go out for oysters at least once a week. Since the spill, I am concerned about the quality and safety of the oysters. I have had friends and relatives who have come to visit me who have refused to eat our local seafood because of fear of contamination.

12. The impact to the tourism industry has affected every resident of New Orleans. This is particularly true this time of year, when there are lots of food-centric festivals. The potential oil and dispersant contamination of local seafood will definitely hamper my

enjoyment of the food and the festivals, and I worry our local economy will continue to suffer because tourists are afraid our local seafood is harmful.

13. Another unexpected consequence of the oil spill has been the impact to animal shelters and unwanted pets. Because the people of Louisiana rely so heavily on the oil and seafood industries, and both have been threatened by BP's oil spill, people have become less able to afford luxuries such as pets. Similar to what happened after Hurricane Katrina, there are people in New Orleans and the surrounding parishes who are, no longer able to care for their pets because of the oil spill and its consequences. They either are forced to abandon their much-loved pets or take them to shelters. These overburdened shelters are unable to handle the post-spill increase in unwanted pets, and many pets are euthanized.  I am very concerned with animal welfare and have always adopted my dogs from local animal shelters, including one from a shelter in St. Bernard Parish which was forced to close after Hurricane Katrina. I am very worried that our shelters will not be able to keep up with the influx of companion animals being abandoned as a consequence of BP's oil spill and that our shelters may be forced to close as a result of these spill-related pressures.

14. I am not only concerned about the effects of the oil on the Gulf and Gulf ecosystem, I am also very concerned about the use of dispersants about which we know almost nothing.  I am worried that they will be persistent in the ecosystem and that the FDA doesn't appear to be testing seafood for dispersant levels.  I consume a fair amount of seafood and am worried that these dispersants will eventually be found to be harmful to my health.

15. Cooking is one of my hobbies, and I try to cook local, in-season foods whenever possible. Since the spill, I have been too worried about the safety of our local seafood to serve it to myself or my friends, so I have refused to cook any seafood. This has impacted my ability to enjoy cooking as a hobby, and I hope that one day I will be able to explore cooking using local seafood.

16. I still do not know the type or amount of chemicals, toxins, and other harmful substances that were released into the Gulf of Mexico during the spill. As a New Orleans resident, I feel BP owes me and other Louisianans a duty to apprise us about the exact types and amounts of chemicals we have been exposed to as a result of the spill. This information would allow us to ascertain what social, economic, and health impacts we can expect into the future as well as exposures already suffered.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 24th Day of March 2011.

*[signature]*

Allison Davie Sondak