UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-01768 & 2:10-cv-02454 | ) MDL NO. 2179<br>) <br>) SECTION: J<br>) <br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>) <br>) <br>) <br>) |

### Declaration of Catherine Craig

I, Catherine Craig, hereby declare that:

1. I currently reside at 125 Pegasus Drive, Jupiter, FL 33477. I have lived in Florida for the past eight years. I have a Finance and Marketing degree from the University of Virginia and advanced degrees as a Certified Financial Planner, Chartered Financial Consultant, and Chartered Life Underwriter. I consider myself a concerned citizen and environmentalist. I am deeply concerned about the effects that the *Deepwater Horizon* oil spill will have on myself and my long-term health, marine wildlife, and citizens living in and around the Gulf of Mexico.

2. I am a member of the Center for Biological Diversity ("CBD"). I joined CBD on June 10, 2010 as a result of the *Deepwater Horizon* oil spill. I believe the Center will represent my interests in holding BP, Transocean, and other companies fully accountable for the widespread destruction that they have caused to the Gulf, its ecosystems, and its people.

3. I am also a member of the Sierra Club, the Florida Marine Life Center, the World Wildlife Fund, and a local no-kill animal shelter called Safe Harbor. I consider

myself an active member with both the CBD and the organizations listed above. I was also a first responder in the aftermath of Hurricane Katrina.

4. Immediately after the oil spill, I traveled to some of the areas that suffered the greatest impacts, including New Orleans, Grand Isle, and Venice, LA. My initial reason for visiting these areas was to render aid to the enormous number of wildlife that had been negatively impacted by the spill. I was unable, however, to gain access to beaches and other areas where the wildlife were located.

5. I returned to the Gulf Coast States on July 2, 2010. During this second visit, I traveled to Panama City, Destin, and Pensacola, FL, as well as Perdido Key, Orange Beach, and Gulf Shores, AL. My reason for traveling this time was to investigate the burning of oil-soaked sea turtles by BP and other companies. Additionally, I met with dolphin and turtle experts and went out on a boat to observe the impacts of this spill on local wildlife. During this boat trip I observed dolphins swimming through highly contaminated waters. As someone who is compassionate about wildlife, I was deeply motivated to uncover and expose BP and others for their inhumane practice of incinerating endangered sea turtles and other animals before state and federal officials had the opportunity to perform necropsies. I remain extremely concerned to this day about the condition of the wildlife that has been impacted by the oil spill, and what future impacts the spill will have on Gulf Coast ecosystems.

6. During these trips it became clear that my health was negatively impacted from oil, dispersants, and other chemicals associated with the oil spill. On one occasion, I was out in a boat in some of the back bays of the coastal areas. I was dangling my legs over the side of the boat and was splashed by water that came over the bow of the boat. As a

result, I came into direct skin contact with polluted water. At the time, I believed the only negative effect of this action was the horrific odor emanating from my boat shoes. The oil and petroleum odors coming off of my shoes were noxious and overpowering.

7. The day after the boat ride, which was also the last morning of my second trip through the Florida Panhandle and Alabama, I awoke with a very sore throat. Upon my return to Florida, I became extremely ill. I had severe respiratory ears and sinus infection that I believe was caused by my direct contact with oil-laden water and the inhalation of dispersants. My physician had no explanation for my sickness. I was literally unable to work or recreate for one month due to this illness. As a result, my income was less in that month than it could have been had I not been sick. No one in my immediate or extended family, or my network of friends, was ill or became ill during this time period. I am an otherwise very healthy person who rarely, if ever, becomes sick. There is no doubt in my mind that my exposure to the contamination in the Gulf was the cause of this protracted illness.

8. I still do not know which chemicals were in the water that caused me to become so sick. BP has yet to publicly release information about the composition or quantity of the substances released during the spill. As a Gulf resident, I have a right to know what materials I have been, and am likely to continue to be, exposed to as a result of the spill. This information would provide me and my doctors with some of the data necessary to properly diagnose my illness, and to determine what future health impacts I may suffer as a result of exposure. I have searched the internet for information related to Corexit, the dispersant sprayed by BP, but have found nothing about its chemical composition.

9. Another way the oil spill has directly affected me relates to my diet. Previously, I ate fish and other seafood that came from the Gulf of Mexico. Since the oil spill, I am afraid to eat all seafood because I believe it will have a negative impact on my health. It is still too early to tell what effects the oil, toxins, dispersants, and other chemicals will have on marine life, especially those organisms we consume for sustenance. Having details of the chemicals released by BP would help me understand the potential effects on water quality and marine animals. I have advised all of my friends not to eat seafood as well.

10. I have interests in SCUBA diving, snorkeling, and swimming. Since the oil spill has occurred, I can safely say that I will not partake in any of these activities in the Gulf anytime soon. I am afraid about what further effects oil-laden water and other toxins will have on my and my family's health. Furthermore, I will not partake in any other form of recreation in the Gulf area, as I am concerned about the health risks posed by the oil that has been buried by the sand.

11. Another concern I have is how the oil spill has impacted the culture of the Gulf Coast states. During my visits, I observed how important the coastal ecosystem is to the Gulf Coast residents. Every aspect of their lives seems to intersect with the Gulf. As a result of this connection, the oil spill has negatively affected every person in some unique way. During my trips I interviewed many people who had lost their jobs, their homes, their health and their identity. The Gulf Oil Spill has robbed Gulf Coast residents of their rights to live a normal, productive life. I intend on returning to the area to document how the oil spill has affected the lives of these people and to eventually write a book about their experiences.

12.  The *Deepwater Horizon* oil spill has directly impacted my health and, as a result, my finances. It has caused me great emotional distress as I have born witness to the horrific damage caused by the spill. It has jeopardized my recreational interests, as I do not intend on partaking in numerous activities in the Gulf area. I wish to see BP, Transocean, and all others responsible held fully accountable for their transgressions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS 22 DAY OF March, 2011.

*Catherine Craig*
Catherine Craig