UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-01768 & 2:10-cv-02454 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) |

### Declaration of Christina Celano

I, Christina R. Celano, hereby declare that:

1. I currently reside at 21270 Conch Drive, Cudjoe Key, FL 33042. Cudjoe Key is an island located within the chain known as the Florida Keys. My home is on the Atlantic Ocean and I regularly kayak around the island between the Atlantic Ocean and Florida Bay (part of the Gulf of Mexico) from my home. I have also spent time in the Florida Straits, which connect the Gulf to the ocean. I live in and around the waters.

2. I am a member of the Center for Biological Diversity ("CBD"). I became of member of CBD in early 2010, prior to the *Deepwater Horizon* oil spill. I joined the CBD because I am very interested in protecting nature and wildlife. I believe CBD does an excellent job of representing my interests on these matters. In addition to the CBD, I am also a member of the Nature Conservancy, Defenders of Wildlife, the Audubon Society, the Sierra Club, and Florida Forever.

3. I have grave concerns about the effects the *Deepwater Horizon* oil spill will have to Florida and the Gulf Coast.

DECLARATION OF CHRISTINA R. CELANO                                                1 / 4

4. I am a self-employed professional wildlife photographer. I do all of my own photographic editing, printing to canvas, varnishing, and stretching of the finished product. I sell my photographs for a price of $700 per canvas. In the course of my business I travel to wild areas all over the world, so that I may find animals in their natural habitats. My concentration, however, is the Florida Keys, the Everglades, and the State of Florida. While my photographs are sold nationwide, a large percentage of my sales come from tourists coming to the Florida Keys on vacation.

5. My business has suffered a significant decline because of the *Deepwater Horizon* oil spill. Prior to the oil spill, I sold approximately 8 photographic canvases in 2010. After the spill, tourism in the Florida Keys virtually ceased, as people across the country stopped vacationing in the Gulf Coast states. As a result, I estimate that approximately half of my business deteriorated because of the spill. This drastically affected my income for 2010, and is still affecting my business into 2011. I expect tourism to pick up once BP, Transocean and those responsible for the oil spill complete clean-up operations in the Gulf.

6. As a wildlife photographer, I consider myself a naturalist. I enjoy observing animals, including: many species of birds; the endangered Key Deer, one of the few land mammals we have here in the Keys; dolphins; manatees; fish and other marine inhabitants like the horseshoe crab; reptiles, including alligators and saltwater crocodiles; and literally every other creature that lives in and around the Gulf of Mexico. Since the oil spill, I have observed a decrease in the amount of marine and terrestrial wildlife in the areas around the Florida Keys. I am very concerned that this decrease is due to the severe

impact caused by the oil & other toxins released from the *Deepwwater Horizon* oil spill.

7. For example, in November 2010 I traveled to Crystal River, Florida to swim with manatees. I noticed a significant decline in the number of manatees that were present in the water, and I believe this decline is directly related to the gulf oil spill. Outside of my personal interests in viewing the manatees, I had also intended to take photographs of the animals for my business. Due to the decreased number of manatees present, I was unable to produce any quality photographs. I have also specifically noticed a decrease in the number of dolphins that frequent the Florida Keys since the oil spill.

8. The decline in the number of animals present in the Keys has a negative impact on my business, as I do not have the same number of opportunities to take quality images as I once did. I fear that this may continue for some years to come as the toxins work their way through the food chain, killing the animals that I was once fortunate enough to observe, or swim with, or photograph. As such, there will be a lasting impact on my income and financial future due to the *Deepwater Horizon* oil spill.

9. Outside of the impacts the oil spill has had on me recreationally, emotionally, and professionally, I am also concerned that the spill will negatively affect my health. Living in the Keys, I consume fish and shellfish from the local waters three to four times per week. Seafood, from either the Gulf or the Atlantic, is the primary source of protein in my diet. I am aware that the *Deepwater Horizon* oil spill released a large amount of toxins into the Gulf of Mexico, and that scientists are unsure about how these toxins will affect human health and the marine food chain. As such, I am concerned for my health

due to the fact that I am probably consuming some of the toxins from the oil spill that are now present in the seafood I eat.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS __10__ DAY OF __MARCH__, 2011

_____

Christina R. Celano