UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

**<u>Declaration of Dr. Bron Taylor</u>**

I, Dr. Bron Taylor, declare:

    1.    I am a member of the Center for Biological Diversity.  I have been a supporter of the Center from its inception and initial name, the Southwest Center for Biological Diversity.

    2.    I am currently Professor of Religion and Environmental Ethics at the University of Florida.  I am also an Affiliated Scholar with the Center for Environmental and Development at Oslo University.  My scholarly work focuses on the complex relationships between human beings and the environments they inhabit, and the ethical and political dimensions of these relationships.  I am the author of *Dark Green Religion: Nature, Sprituality and the Planetary Future* (2010), Editor in Chief of *The Encyclopedia of Religion and Nature* (2005), editor of the *Journal for the Study of Religion, Nature and Culture*, and a faculty member in the Graduate Program in Religion of Nature at the University of Florida.

1

3. Between 1975 and 1990 I was an employee of the California Department of Parks and Recreation, serving as a Lifeguard and Peace Officer. My responsibilities included protecting the public's natural resources in its State Parks, both terrestrial and aquatic.

4. In both my State Parks and professorial career, I have focused on the protection of natural resources and the conservation of biological and cultural diversity. I understand that my own well being, and that of my family, depends on the health of terrestrial and aquatic environmental systems. My enjoyment of natural and healthy ecosystems is intimately connected with this knowledge.

5. I reside in Gainesville, Florida, and have lived here since 2002.

6. I regularly recreate on both the Gulf and Atlantic coasts in Florida. On the Gulf coast, I primarily enjoy kayaking, which I find time to do one to two times per year. I seek out the most natural areas remaining on Florida's Gulf coast to explore by kayak, including near Cedar Key and Suwannee Sound, other places further south near Crystal Bay, and the Florida panhandle region. My recreation along Florida's coasts also includes surfing, snorkeling, swimming, or bodysurfing from the Florida Keys to the Gulf side of the state, including the panhandle region, and snorkeling and swimming in the State's springs and rivers.

7. I intend to continue these recreational activities and adventures on both coasts indefinitely into the future, including this winter.

8. I am extremely interested and concerned about the numerous threatened and endangered species that reside in Florida and the Gulf of Mexico, especially including manatees and sea turtles. My enjoyment during my kayaking and other recreational adventures on the Gulf coast is significantly increased when I have the opportunity to view native wildlife, including endangered species. It is my deep passion for the protection of native wildlife, and the full recovery of threatened and endangered species and their habitats, that led me to join the Center for Biological Diversity.

9. I followed the Gulf oil spill disaster closely, and was saddened by the major harm to fish and wildlife in the Gulf and the Gulf coastal areas. My concerns increased as the oil moved closer to the Florida coast. My use and enjoyment of Florida's coastal areas is significantly decreased by the threat of oil coming to shore, both because of its potential impacts on me personally and also due to the negative impacts to the wildlife that I love to witness and experience during my trips to the coast.

10. Knowing that the government continues to authorize additional drilling of oil and gas in the Gulf of Mexico without environmental review or consultation under the Endangered Species Act negatively impacts my

use and enjoyment of the Gulf and Atlantic coasts. If these drilling plans continue to be approved in the same manner as the Deepwater Horizon, I believe that it is only a matter of time before the next major spill. The constant threat of oil coming to shore because of the BP spill, and further harming the already endangered species in the region, causes me much concern. Because of the BP spill, it is difficult for me to recreate and enjoy Florida's coasts and coastal waters without thinking about the harm already caused to the area's fish and wildlife by past spills and how they would survive future spills. This constant threat negatively impacts my use and enjoyment of Florida's coastal areas.

11. My concerns would be at least partially alleviated if BP and the other responsible parties were held fully accountable for their actions, including paying significant, perhaps maximum, penalties and that such money be directed toward restoration of the Gulf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this \_\_\_8\_\_\_ day of \_\_MARCH\_\_ 2011, in Gainesville, Florida.

Dr. Bron Taylor