UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-01768 & 2:10-cv-02454 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

### Declaration of Gabriel Scott

I, Gabriel Scott, hereby declare:

1. I live with my wife and two young children at 6054 Constance Street, in New Orleans, Louisiana, 70118. We moved to New Orleans from Cordova, Alaska, in August of 2009, so that I could attend Tulane Law School. I work part-time at a local law firm and am on partial leave from my position as an Alaska Field Representative for Cascadia Wildlands, a grassroots conversation organization headquartered in the Pacific Northwest.

2. I am a member in good standing of the Center for Biological Diversity. I believe that the Center represents my interests, as well as the interests of other citizens, in responding to the *Deepwater Horizon* oil spill. I am very appreciative of the Center, as they can muster the talent & expertise that is needed for citizens like me to participate.

3. I am deeply concerned about how the *Deepwater Horizon* oil spill will affect my recreational interests along the Gulf of Mexico. My family and I frequently camp, hike, beachcomb, swim, fly kites, and build sand-castles along the beaches of southern Louisiana, Mississippi, Alabama, and Florida. We also take photographs and observe wildlife in these locations. These activities and others are extremely important to my

family, as being able to personally interact with nature – and with the ocean, in particular – is absolutely indispensable for us.

4. One example of how we recreate on the Gulf coast occurred during the winter of 2008-2009, at a time before we moved to Louisiana. Our plan on this trip was to camp at the State Park on Grand Isle, so we rented a car in New Orleans and drove as far south as we could. Unfortunately, we arrived at the park after sundown and the park appeared to be closed. Locals assured us, however, that we could camp on the beach anyway – an invitation that we graciously accepted. The next day we played on the beach and explored the island the way families do, cooking hotdogs on a fire, brushing sand off of the kid's s'mores, looking at the strange shells, getting bit by fire ants. It was an incredible experience, and one I fear I will not be able to repeat due to the devastation caused by the oil spill.

5. Another example of how my family and I recreate along the Gulf of Mexico is a trip we took over Thanksgiving break, 2009. We packed up the car and drove east along the coast, heading toward Florida. Along the way, I was able to dip my son's toes in the ocean at the white-sand beach just west of Pensacola – a highlight of my life thus far. Our goal was to find a good campground, one where we could set up a tent, have a campfire, see stars, walk to the beach and muck around in some woods. We finally found it at Grayton beach, outside Seaside. We spent a couple nights there, taking little trips up and down the road but mostly just playing on the beach, taking night walks to listen to the toads, watching birds, and flying the kite.

6. Yet another example occurred in June, 2010, when I was able to take a trip in southern Louisiana down a bayou, through a small fishing town, and into Lake Chien.

This trip ended up being an emotional experience for me. At first, it was a welcome reminder of home to be in a little town where everybody knows everybody, and things are relaxed and slow. There had been a full moon and shrimpers were all busy. Every passing encounter was the occasion for some joke, most of which was Creole or French or something that I couldn't understand. I remember thinking, "this is what Cordova must have been like before the spill; this might be their last good shrimp catch for a long, long time," and feeling very sad for them. As we entered Lake Chien, I saw a patch of what looked like oil at the edge of the water. Unbelieving, unsure, and curious, I hopped out of the boat into the marsh grass. It was only then that I noticed it really was oil coating the marsh grass, as well as my bare feet, hands and pants. I looked down to see what I'd gotten myself into, saw a crab scurrying into the muck, and realized my stained pants were not the relevant concern. The oil was here, right next to the shrimpers, right on top of the crabs, right by town, and substantially further inland than was being shown on any of the NOAA trajectory maps. It was a sickening feeling I won't soon forget.

7. I do not know what substances I was exposed to as a result of my direct contact with oil-laden water. I have not read any report from the government or from BP, despite looking for such reports, that documents the actual contents of the material released from the oil spill. I feel this information is vital to assess what health effects I may suffer as a result of my past exposure, as well as to gauge what impacts gulf waters may have on my wife and children.

8. Since the spill, I haven't taken the kids back to the beach. It's not likely I would let the kids wade in the ocean with the oil and dispersant in the water and sediment, or that we would camp on any beach that wasn't clearly designated as safe for camping. We

won't be eating s'mores, and we will definitely not go back to Grayton beach campground until it is open and the beach is clean.  We had made plans to explore the barrier islands in southern Mississippi & Alabama, but since the spill I understand those beaches are heavily oiled so that may not be an option.  We have also discussed going back to Lake Chien to do a bit of fishing, but after seeing and feeling the oil there we won't be doing that.

9. Outside of my recreational interests along the coast, the *Deepwater Horizon* spill has also affected our lives more inland.  For instance, in the evening of April 28 or 29, the smell of the oil fumes hit New Orleans.  It was a distinct occurrence, as the smell was quite pungent.  I remember being outside, smoking and reading, when a gust of wind came over town carrying a strange, heavy smell.  My first thought was there was a fire, but the smell seemed different than that.  Thicker and sweeter.  I remember this moment vividly because it was a real emotional jolt, and my life has turned out differently because of it.  The smell lingered throughout the summer, and was a constant reminder of how close the oil spill really was to our home and lives.  We also worried about the health effects of the fumes on our young children, but without any source of reliable information or any obvious options, there wasn't much we could do about that.

10. Another direct impact the oil spill had on our lives was to radically change our future plans.  Our permanent residence is in Cordova, Alaska.  While we did not live in Cordova during the Exxon Valdez oil spill, the effect it's had on our neighbors and Prince William Sound has been profound.  We feel a special sort of kinship with oil spill victims because of our experience in Alaska.  So, the first thing we did after the magnitude of the *Deepwater Horizon* spill became clear (a moment that coincides precisely with the

moment the smell came over town) was cancel our plane tickets back home so that we could stay in New Orleans and render assistance to Gulf coast residents. I had to forego working with Cascadia Wildlands over the summer in Alaska, and my wife had to give up her occupation in the culinary field as well.

11. Since the *Deepwater Horizon* oil spill, the enjoyment we used to get from looking out on the ocean here will forever be tempered with an underlying heartache for what was lost. We will still go to the ocean, it being the only one we've got and the kids only being young once. But rather than being a place of refuge from the worries of the city, a place to draw on the wisdom of nature, the coast has become itself a place of worry.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED THIS 24 DAY OF MARCH, 2011

*Gabriel Scott*