UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

**Declaration of Jessica Hunt**

DECLARATION OF JESSICA HUNT

I, Jessica Marie Hunt, hereby declare that:

1. I currently reside at 3783 Pierson Drive West, Mobile, Alabama 33619. I live approximately 45 minutes from the Alabama Coast.

2. I am a member in good standing with the Center for Biological Diversity. I have been a member since July 2008. I joined the Center because I believe it represents my interests in protecting the environment and preserving species. As a member, I follow up on action alerts and make donations when possible. I have also volunteered my time with the group Mobile Baykeepers, which works to preserve and protect the Mobile Bay watershed.

3. My husband, who is a member of the United States Coast Guard, and I frequently visit the Alabama coastline for recreation. We take our dogs for walks along the beach, go swimming, and partake in general tourist activities in and around the Mobile Bay watershed and other areas of the gulf coast. Outside of the Alabama coast, we have also visited New Orleans, Louisiana and Jacksonville, Florida.

4. I am deeply concerned about how the gulf oil spill will impact my recreational use of the gulf coast. I believe that the oil, toxins, and other materials released from the spill will have a widespread and long-lasting negative effect on the marine ecosystem and the Alabama coastline. Because of the spill, my and my husband's enjoyment and appreciation of the gulf coast area has been drastically lessened.

5. I am also concerned about the effects oil, toxins, and other material released from the oil spill will have on shellfish. My husband eats shrimp and other shellfish frequently. Since the spill, I have warned him to stop eating shellfish altogether, as there

are likely toxins harmful to his health contained in the seafood. I am very worried that these toxins will cause him to get sick.

DATED THIS 2ND DAY OF FEBRUARY, 2011

*Jessica M. Hunt*

Jessica Marie Hunt