UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) |

### Declaration of Melanie Duchin

I, Melanie Duchin, hereby declare that:

1. I currently reside in Anchorage, Alaska. My address is P.O. Box 113102, Anchorage, AK, 99511. I am employed with Greenpeace, where I work as a campaigner on a variety of national and international issues. I have devoted much of my life to environmental activism.

2. I have been a member of the Center for Biological Diversity for over five years. I am also a member of Greenpeace. I view my role in these organizations as an active one.

3. In the past, I have traveled to different areas of the United States to campaign for Greenpeace and for other environmental work. One of the areas I have been to numerous times is the Gulf Coast region.

4. I have visited Louisiana two times since the Deepwater Horizon oil spill on April 20, 2009, and will visit again in the future. My reasons for visiting were to document and bear witness to the impacts of oil contamination on fragile coastal ecosystems. On these trips I witnessed environmental destruction on a truly horrific

scale.  As a result, I am gravely concerned about how the oil spill will negatively affect the Gulf Coast region today and into the future.

5.  One of my concerns is how the oil spill will impact avian species, especially considering that one of my hobbies is bird watching.  While documenting the impacts of the spill, I observed hundreds, if not thousands, of birds covered in oil or in oiled habitat on and around Cat and Bird islands in Barataria Bay.  The birds I observed included white pelicans, endangered brown pelicans, rosiette spoonbills, laughing gulls, terns and a variety of species of egret.  Birds that are covered with oil are unlikely to survive the coming months and years, as the toxins in their bodies will likely lead to increased mortality.

6.  Another concern I have is how the oil spill affects marine life.  In the past, I have SCUBA dived and snorkeled in Gulf Coast waters.  I have a great interest in these activities, as it allows me to explore a world that is otherwise inaccessible.  I also have a great interest in marine ecosystems, especially coral reefs.  While visiting Louisiana, I observed a large pod of fifty or more dolphins in coastal waters.  This usually would be an amazing event to witness, but upon closer inspection it become clear that the mammals were swimming in oiled waters.  It is likely that this pod of dolphins will suffer significant problems due to the effects oil will have on their health.  Unfortunately, I believe that the dolphins I witnessed represent only the tip of the iceberg in terms of the long-lasting impacts the Deepwater Horizon oil spill will have on marine life.  Furthermore, I am afraid to snorkel or SCUBA dive in Gulf Coast waters again, as I am concerned about the health effects oil will have on my body.

7. I am also concerned about the cultural impacts the oil spill will have on Gulf Coast states, particularly Louisiana. I have previously visited New Orleans to attend the Voodoo Music Festival in October, 2001 and Baton Rouge numerous times in the early 1990s. During these visits I reveled in the unique Louisiana Cajun culture. One thing I noted on these visits was how important the coastal ecosystem is to the Louisiana residents. Recreation, economy, history, culture, food – are all underpinned by the waters of the Gulf of Mexico. I have great concern that the oil spill has spoiled the lifeblood of coastal Louisiana and that the area will suffer lasting economic and cultural as well as environmental impacts.

8. In the past I have gone SCUBA diving and swam recreationally in Gulf Coast waters, frequently in the Florida Keys. During that time I was a crewmember on a Greenpeace ship that was conducting research in the Keys. At the end of each day we would take a "swim stop" and everyone would jump from the ship into the ocean. Now that the Gulf of Mexico is polluted with oil and toxins because of the oil spill, I am afraid to swim in its warm waters. In particular, I am concerned about the health effects oil will have on my body.

9. The impact of the Deepwater Horizon oil spill on the Gulf Coast region have directly impacted my interests and my future plans to visit the area. I am deeply concerned about the long lasting effects of the spill on avian, marine, and human life. I believe that BP, Transocean, and anyone else who is connected to the Deepwater Horizon oil spill should be held fully accountable for the environmental disaster they have caused.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 28th day of February, 2011.

_____
Melanie Duchin

DECLARATION OF MELANIE DUCHIN                                    4 / 4