UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### Declaration of Melissa Thrailkill

I, Melissa Thrailkill, declare as follows:

1. I am a resident of South Padre Island, Texas. I am also a member of and a former attorney for the Center for Biological Diversity (the "Center"). As a member since 2007, I rely on the Center to represent my interests in conserving native species and their habitats, including protection of the Gulf of Mexico's (the "Gulf") brown pelicans, sea turtles, dolphins, and other marine life.

2. I live only a short distance from the Gulf of Mexico and regularly visit the Gulf, with its resplendent warm water and white beaches, for personal enjoyment and serenity. I also spend time on the Gulf to observe and enjoy wildlife, such as brown pelicans and dolphins. Unfortunately, the *Deepwater Horizon* oil spill resulted in adverse impacts on many marine creatures, including sea turtles, whales, dolphins, and the marine environment as a whole in the Gulf of Mexico.

3. I care deeply about the marine and coastal environment and its preservation. In addition to living within sight (roughly a five minute walk) of the Gulf of Mexico for the past year, I have spent, and continue to spend, several days a week recreating in the

1

Gulf of Mexico, including swimming and body surfing, as well as jogging, walking, or simply relaxing on the beach.

4. In my frequent visits to the coast, I enjoy opportunities to look for sea birds, dolphins, sea turtles, and other marine life in the Gulf. The Gulf's rich wildlife enriches my recreational and spiritual enjoyment of the beach. For example, I engage in dolphin-watching and learning about the dolphins. On September 2009, I took a trip with a marine mammal researcher to observe, enjoy, and study Laguna Madre dolphins. Additionally, I benefit from the knowledge that endangered Kemp's ridley sea turtles nest on the beaches of South Padre Island. I hope to have an opportunity to see the hatchlings swim out to sea, and I was disturbed to know that this year they might encounter toxic oil during their migration through the Gulf of Mexico.

5. The *Deepwater Horizon* catastrophe has diminished my experience. The animals and environment that I enjoy observing in the Gulf of Mexico have been adversely impacted by the spill.

6. In addition to recreating in and on the Gulf of Mexico, I rely on the marine environment's aesthetic beauty for peace of mind, serenity, and a way of life. Returning to the Gulf after work provides me with needed relaxation and spiritual rejuvenation. The beaches on the Gulf of Mexico where I live are among the nicest and most accessible beaches I have seen, and played a large role in my decision to move to the Gulf.

7. The *Deepwater Horizon* disaster created a tremendous worry and stress. When I was unable to swim in the Gulf because of "tar balls" washing ashore, I experienced deep spiritual and emotional pain. The fear of having another oil spill similar to the

*Deepwater Horizon* nearby vitiates the relaxing environment of the Gulf that I have come to rely on and enjoy.

8. I observe marine wildlife regularly, including various species of fish and birds, including the brown pelican, which I see often. I believe that marine species, including sea turtles, dolphins, were harmed by the BP oil spill and greatly impaired my enjoyment of the Gulf and the serenity it offers.

I declare under penalty of perjury that the foregoing is true and correct and was executed on February 24, 2011 in South Padre Island, Texas.

Melissa Thrailkill