UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-01768 & 2:10-cv-02454** | )  MDL NO. 2179<br>)<br>)  SECTION: J<br>)<br>)  JUDGE BARBIER<br>)  MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

### Declaration of Peter Galvin

I, Peter Galvin, do hereby declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2. The Center for Biological Diversity ("Center") is a tax-exempt, non-profit, membership organization with over 42,000 members and offices in various states, including over 3,300 members in the Gulf of Mexico region. The Center is dedicated to the preservation, protection, and restoration of biodiversity, native species, ecosystems, and public lands. The Center's members and staff use the Gulf of Mexico for wildlife observation, research, nature photography, aesthetic enjoyment, recreational, educational, and other activities. The Center is one of the leading conservation groups advocating for protection of the Gulf of Mexico against deepwater oil and gas drilling.

3. I am one of the founders of the Center and helped create its organizational purpose and goals. Currently, I am the Conservation Director of the organization and serve on the Board of Directors.

4.      In helping create the Center, I sought to establish a nonprofit organization that addressed many of my personal interests in protecting endangered species from the many threats they face such as habitat loss, land development, resource extraction, impacts from pollution, and climate change. In addition, the Center was created to protect the interests of its staff, members, and board in regard to the future well-being of endangered species, including the protection of the natural habitats and species that the Center's members enjoy.

5.      As a member, board member, and staff person of the Center, I too have personal interests in the Gulf of Mexico. I have visited the Gulf of Mexico region numerous times over my lifetime in both my professional and personal capacity. My travels and research have taken me to the coastline of all the Gulf States. I've spent considerable time enjoying the Gulf of Mexico in the panhandle region of Florida and on the Ft. Morgan Peninsula on the Alabama coast. I have family who live in Alabama, I visit there regularly.

6.      My first visit to the Gulf occurred around 1975 and my most recent visit to the Gulf Coast was this past Christmas 2009. I've visited the Gulf of Mexico more than 15 times and I look forward to many more visits there. Specifically, I plan to visit Alabama and the Gulf Coast Spring or Summer 2011. I have plans to visit the Ft. Morgan area along the Alabama coast and St. George Island, off the Florida Coast.

7.      My interests and the interests of other members of the Center have been adversely affected by the *Deepwater Horizon* oil spill in the Gulf of Mexico. For example, the oil spill has damaged the Gulf coast's coastal wetlands that provide crucial nesting and resting habitat for migratory birds. The oil spill occurred during the height of sea turtle

nesting season, threatening the future survival of endangered sea turtles. Hundreds of dead sea turtles have washed up along the Gulf's shores. Impacts to sea turtle reproduction will likely be felt for years, if not decades. Our abilities to view these wildlife, enjoy their natural habitat, and to advocate for their protection are inhibited by this oil spill.

8. Since the organization's founding in 1989, the activities of the Center have focused on the protection of endangered species and their habitats. The Center has several programs in place to address the many components of such advocacy including an Oceans Program, Climate, Air, and Energy Program, and Biodiversity Program.

9. As part of its mission, the Center provides oversight of governmental activities that impact endangered species.

10. The Center has been at the forefront of efforts to hold the government accountable for its obligations under the Endangered Species Act and engages in litigation strategies to ensure that our nation's environmental laws are enforced with respect to imperiled wildlife and its habitat.

11. The Center's Oceans Program focuses on the protection of marine species and their ocean habitats, including significant efforts to ensure the conservation of marine mammals. The Center has worked extensively to protect marine life from threats to their survival and recovery; this includes, *inter alia*, efforts to ensure Endangered Species Act protections for several species. The Center has undertaken numerous specific efforts to conserve species affected by offshore oil and gas activities including sperm whales, Atlantic bluefin tuna, loggerhead, leatherback, and Kemp's Ridley sea turtles, smalltooth sawfish, manatees, elkhorn and staghorn corals in the Gulf of Mexico, as well as polar

bears, walrus, southwest Alaska population of sea otters, spectacled and Steller's eiders, Cook Inlet beluga whales, among other species in areas of Alaska slated for offshore drilling.

12.     The Center provides oversight of offshore oil and gas activities affecting marine and coastal species and their habitat. The Center has worked to reduce ship collisions and noise pollution from harming marine mammals, a risk associated with deepwater oil and gas development. In 2007, the Center challenged the Minerals Management Service's 5-year plan for offshore oil development 2007-2012 on environmental grounds, and the D.C. Circuit subsequently vacated the 5-year plan. Our organization has also worked to protect Arctic wildlife and habitat from the impacts of offshore oil and gas development, including oversight of the Minerals Management Service, litigation to ensure environmental compliance, and administrative appeals of industry permits.

13.     The Center has also been engaged in activities related to the moratorium on deepwater drilling. Specifically, the Center has advocated for stricter environmental oversight of offshore drilling and regulatory reform to better protect the marine environment from the risks of offshore drilling, including deepwater drilling, and a hold on the approval of drilling until these measures are implemented. The Center has monitored the Minerals Management Service's approvals of exploration and development plans and applications to drill and found that most evade environmental review. The Center has disseminated this information to the public, petitioned the Minerals Management Service for better environmental review, and is involved in a variety of litigation challenging the inadequacy of environmental review.

14.     The Center and I were deeply upset to learn of the BP spill.

15. The BP oil spill adversely affected the marine life and habitat that the Center works tirelessly to protect. Oil is toxic to sea turtles, birds, fish, and other wildlife that come into contact with it or ingest it. Oil pollutes the environment and can impair important spawning grounds and wetland nesting habitat. I have read the Deepwater Horizon Response Consolidated Fish and Wildlife Report which states that as of November 10, 2010 wildlife officials have collected the carcasses of over 6,000 birds, over 600 sea turtles, and 100 dead mammals as part of the oil spill response efforts. Developing baby dolphins have also been spontaneously aborted at rates far above average for the area.

16. In sum, the Center was organized for the protection of native species and their habitats, including those affected by the case at hand. The interests of the Center, its members, board, and staff are directly affected by the outcome of this litigation. The instant action is central to the organization's purpose and the Center is well suited to advocate on behalf of those interests.

17. As set forth above, the Center for Biological Diversity and its members have interests which would be adversely affected and harmed by the increased risk of additional environmental impacts to the Gulf of Mexico and associated coastal ecosystems that may result from allowing oil and gas drilling and exploration to proceed before adequate environmental assessment and also from improper or incomplete clean up of the mess that has been created by the defendants in this action. The imposition of declaratory, injunctive and remedial relief is central to changing the behavior of these defendants and others similarly situated.

I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Peter Galvin, Declarant

This 5th Day of March 2011