UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-01768 & 2:10-cv-02454 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>)<br>) |

### Declaration of Todd Steiner

I, Todd Steiner, declare as follows:

1. I am a resident of Forest Knolls, California, and I am a member of the Center for Biological Diversity. As a member, I rely on the Center to represent my interests in conserving native species and their habitats, including protection of the Gulf of Mexico's sea turtles, manatees, whales, corals and other marine life.

2. I regularly visit the Gulf of Mexico both for professional research and personal enjoyment to appreciate the coast, marine habitat, and wildlife such as sea turtles, manatees, corals, reef fish, seabirds, whales, and other marine mammals. The *Deepwater Horizon* oil spill has resulted in adverse impacts on sea turtles, whales, manatees, corals, and the marine environment in the Gulf of Mexico that I enjoy.

3. I care deeply about the marine and coastal environment and its preservation. I have spent significant time on the Gulf of Mexico for the purpose of researching, recreating, and enjoying the Gulf's beautiful environment and marine life. I have visited the Gulf of Mexico on numerous occasions since 1986. The activities stemming from oil and gas exploration and drilling, approved without environmental review, diminish my experience. The animals and

environment that I enjoy experiencing in the Gulf of Mexico are adversely impacted by the authorization of exploratory drilling, oil spills, and construction absent environmental review.

4. I spend time in the western Gulf of Mexico in the same areas that will be directly affected by the drilling plans at issue. There, I enjoy observing wildlife, and I have primarily been involved in the protection of Kemp's Ridley sea turtles for many years. I am the Executive Director of Turtle Island Restoration Network ("TIRN"), a nonprofit environmental organization committed to the study, protection, enhancement, conservation, and preservation of the world's marine and terrestrial ecosystems, including protection the Kemp's Ridley sea turtle in the Gulf of Mexico.

5. The organization that I direct, TIRN, has a Gulf of Mexico Program with staff based in Houston that focuses on the conservation of Kemp's Ridley sea turtles in the Gulf. I regularly visit and plan with staff and plan to return to the Gulf of Mexico to meet with the director of that office and to visit the coast and marine environment and observe sea turtles that we are working to protect. My Last trip was in November 2010, when I traveled to Louisiana to discuss the impacts of the Gulf oil spill on marine wildlife and then traveled to Galveston, TX, where I spent a few days meeting with the Flower Garden Banks National Marine Sanctuary Superintendant and staff regarding protection of marine species in the Gulf, and viewing marine species. My next trip to the Gulf is likely to be sometime in 2011. The drilling plans affect my ability to promote the survival and recovery of sea turtles in the Gulf of Mexico. Additionally, they diminish my experience when I visit the Gulf to research and observe sea turtles and their environment.

6. Kemp's Ridley sea turtles in the Gulf of Mexico are critically imperiled, and my work includes efforts to create a marine preserve along the Texas coast to protect the Kemp's Ridley.

In the western Gulf of Mexico, I have visited Padre Island National Seashore that is a major nesting site for sea turtles. There, I sought to observe sea turtles, meet with researchers, and advocate for their conservation. My work included helping to establish a no-shrimping zone off the coast of Texas to help prevent sea turtles from drowning in shrimp nets. I am very concerned with preserving sea turtles and their habitat in the Gulf of Mexico, so that I may continue to enjoy these animals in the wild. I have also traveled to the major nesting sites of Kemp's Ridley sea turtles along the Gulf of Mexico to study sea turtles and for personal enjoyment.

7. I believe that Kemp's Ridley sea turtles have been harmed by the BP oil spill in the Gulf of Mexico thus frustrating my efforts to promote their survival and my aesthetic interests in viewing sea turtles and their habitat.

8. Oil coats marine mammals and sea birds causing injury or death and it poisons wildlife that ingest it or contaminated prey. Additionally, the burning of oil and gas likely contributed to mercury accumulation in sea turtles and other species, harming them. Because of the destructive impacts on sea turtles, my interests in observing and conserving sea turtles are impaired by the BP oil spill. The destruction of coastal wetlands by the BP and other oil spills impacts crabs, one of the most important food resources of the Kemp's ridley sea turtle.

9. My personal and professional interests in the western Gulf of Mexico extend beyond the protection of sea turtles. I also go to that area to observe and enjoy a variety of marine and coastal species that will be impacted by the approvals.

10. I also regularly visit the Gulf of Mexico off the Florida seashore to enjoy the coast and wildlife including sea turtles, corals, manatees, and whales. My interest there is longstanding, as I have resided, worked, and studied in Florida, and I often return to visit the coasts of Florida and Texas to enjoy the Gulf of Mexico. I received a Masters degree in Biology

from Florida International University in Miami, Florida. Between 1979 and 1986, I worked in the Everglades National Park conducting sea turtle monitoring in Florida Bay and in the 10,000 Islands region of the Gulf and I continue to study and learn about sea turtle populations there. I was employed as a biologist by the National Park Service's South Florida Research Center, where I conducted research on endangered species and habitats, and I have researched endangered species at the Archbold Biological Field Station in Lake Placid, Florida. I have also taught Biology I and II labs, Ecology of South Florida, Herpetology, and Fundamentals of Ecology at Florida International University where I was employed as an adjunct lecturer and teaching assistant in the 1980s. As a student, biologist, and educator in Florida, I gained a deep appreciation for the wildlife that makes its home in the Gulf of Mexico. Professionally and personally, I am concerned with the conservation of imperiled species including sawfish, sharks and teleost fishes, sea birds and wading birds, manatees, and their habitats and plan to return soon.

11. In 2009, I visited the Gulf with retired USGS fishery biologist Dr. Bill Loftus, helping him collect fishes in freshwater and mangrove areas of Everglades National Park, and spent time observing endangered crocodiles, tarpon and other species in the Gulf. In 2006, I visited the Gulf of Mexico with my family. I spent a week on Pigeon Key, in the middle of the Florida Keys, enjoying the coastal environment and observing coastal and marine wildlife. I spent several days snorkeling in the Gulf of Mexico, and I enjoyed seeing rays, sharks, reef fish, lobsters, and corals in their natural habitat. I was also looking for marine mammals such as manatees and whales, as well as sea turtles, because I care deeply about the conservation of these imperiled species. As a part of my trip, I also went fishing in the Gulf and walked with my family along the beach enjoying the coast and the beautiful ocean.

12. During that same trip to Florida, I visited Florida Bay within the Everglades National Park near Flamingo, Florida. While there, I went fishing in Florida Bay, and my family and I observed wildlife including wading birds, American crocodiles and seabirds. While in Florida, on the Gulf of Mexico, I enjoyed observing and photographing marine wildlife, natural environments, and seeking out threatened and endangered species to appreciate these animals in the wild. Most recently in November and December, 2007 I briefly visited Florida and spent time watching wildlife along the Gulf coast.

13. I intend to travel back to the Florida coast and Keys to visit the Gulf of Mexico within the next 12 months as we like to make this a regular family trip. I will also be going to the Gulf of Mexico in 2011 to discuss the impacts of the Gulf oil spill on marine wildlife with staff and colleagues.

14. I am seriously concerned about the survival and recovery of the sea turtles, whales, manatees, corals, and other marine life that inhabit the Gulf of Mexico. The continued existence of these animals in the wild enhances my quality of life and experiences. I gain significant professional, recreational, and aesthetic benefits from these animals and the healthy marine environment that they require for their persistence. The BP oil spill adversely affects my recreational, aesthetic, and professional interests in the Gulf of Mexico's natural environment including sea turtles, corals, fish, whales, manatees, seabirds, and other wildlife.

I declare under penalty of perjury that the foregoing is true and correct and was executed on February 22, 2011 in Forest Knolls, California.

*[signature: Todd Ste...]*

_____
Todd Steiner