STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

45,600

April 14, 2011

**VIA EMAIL**

Honorable Sally Shushan
Magistrate Judge
United States District Courthouse
500 Poydras Street, Room 5345
New Orleans, Louisiana 70130

> Re: MDL No. 2179
> In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
> In the Gulf of Mexico on April 20, 2010

Dear Judge Shushan:

We write to seek clarification of the scope of the 30(b)(6) deposition of DNV, now scheduled for June 20- 21, 2011.

The current draft notice (attached) identifies topics that ask for opinion testimony. While DNV was involved with DeepWater Horizon prior to April 20, it was also retained as an expert by the Marine Board of Inquiry as to BOP forensics. In that capacity, DNV has formulated opinions relative to the BOP's design and functioning on April 20th and thereafter.

Any deposition of DNV asking for its opinions concerning the BOP on and after April 20th more properly should be taken during the period the Court has designated for expert depositions, October 31 - December 16. We therefore respectfully submit that it is premature to take such expert testimony premature prior to October 31.

Moreover, we are facing a very short turn around between the court sanctioned additional testing by DNV and the date set for deposition. It will be very difficult, if not impossible, for DNV to complete its findings and report in the three business days between that deadline and the date of its deposition.

Accordingly, Cameron asks that the scope of the DNV 30(b)(6) deposition, now scheduled in June, be limited to pre-April 20th matters. Additionally, we ask that the court and

1052865v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE     2

April 14, 2011

parties have an understanding that DNV will return for expert deposition during the period set by the court for such depositions. Alternatively, Cameron proposes that the 30(b)(6) deposition of DNV be deferred until the period set by the Court for expert discovery, at which time both fact and expert testimony can be given.

    Thank you for your consideration.

    With kind regards, I remain,

        Sincerely,

        Phillip A. Wittmann

PAW:cmb
cc:    Defense Steering Committee
       Plaintiff's Liaison Counsel
       Mr. R. Michael Underhill
       Mr. Luther Strange
       Mr. Corey L. Maze
       Ms. Kat Shea
       Mr. Michael O'Keefe

1052865v.1