# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Andrew Langan
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

April 14, 2011

**VIA E-MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street, Room B345
New Orleans, LA 70130

    Re:  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Magistrate Judge Shushan:

  BP writes in response to Your Honor's request for further information about the timing of production of custodial files for BP deponents based in the United Kingdom, the depositions of whom are set for June and early July. In addition, BP offers an alternate proposal for production of those custodial files.

  Under PTO Nos. 17 and 27, as modified March 1, 2011, BP currently is required to make custodial productions and certifications ten days prior to an employee's (or former employee's) deposition. BP understands that, for the coming UK depositions, certain parties now request that BP custodial productions and certifications be completed before June 1, when some attorneys for the parties may start travel to the UK. BP cannot reasonably complete production of the custodial files of each of the dozen or so UK-based deponents before June 1, for several reasons. First, the MDL plaintiffs and others have submitted hundreds of requests to BP. Each of those propounding parties expects all of their requests to be given top priority. At present, BP must complete the collection, processing, review and production of documents from the custodial files of at least twenty additional US-based deponents before the end of May. That number very well may increase, as there has been recent discussion around scheduling or rescheduling additional depositions for May. The majority of the twenty or so deponents already on the schedule are represented by personal counsel, which increases the complexity associated with coordinating the activities required to complete the production of their files. Production of custodial files is a very big job, especially for a large number of witnesses as is the case here.

  Furthermore, in addition to collecting, processing, reviewing and producing from the custodial files of the above-mentioned US-based MDL deponents before the end of May, BP also

Hong Kong  London  Los Angeles  Munich  New York  Palo Alto  San Francisco  Shanghai  Washington, D.C.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
April 14, 2011
Page 2

must similarly complete the collection, processing, review and production of documents from the custodial files of more than one hundred non-deponent custodians listed among the search parameters associated with the vast array of requests for production served on BP in the MDL. Moreover, in addition to its MDL 2179 obligations, BP also must continue to respond to numerous demands for data from a number of government agencies. All of these work streams—both MDL and non-MDL—compete for resources among BP's discovery consultants and vendors. In addition to competing for personnel, the work streams compete in a very concrete way for limited data processing machine time on both the data ingestion side and the data production side.

Requiring complete production of all of the custodial files for the UK-based deponents by June 1 would place the collection, processing, review, production and certification obligations associated with all of the dozen or so UK-based deponents—many of whom also have personal counsel with whom BP will need to coordinate—squarely on top of the existing MDL and non-MDL obligations described above. It also would do so during a time period when UK-based deponent availability likely will be significantly reduced by a number of upcoming bank holidays (Good Friday: April 22; Easter Monday: April 25; Royal Wedding Bank Holiday: April 29; Early May Bank Holiday: May 2).

Although BP cannot produce all of the custodial files for the UK-based deponents before counsel leave for London on June 1, BP intends to do all that it can to produce those files as quickly as possible. To that end, as discussed in Court last Friday, BP proposes a schedule whereby it seeks to produce all previously-collected files for the UK-based deponents by fourteen days prior to the first UK deposition, and then follows up with any remainder, on a custodian-by-custodian basis, fourteen days prior to each deposition (as opposed to the ten days currently required under PTO Nos. 17 and 27, as modified March 1, 2011). In addition, BP will ask each party for their London contact information in order to assist in making the remainder of any productions available to counsel on site in the UK. BP also notes that many documents from the custodial files of the UK-based deponents already have been produced in the MDL. For example, hundreds of Tony Hayward's documents, and over 1,500 of Andy Inglis's documents, are in the hands of the PSC today.

We will be pleased to discuss these matters with the Court further.

Sincerely,

*Andrew Langan*/djp
J. Andrew Langan, P.C.

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
April 14, 2011
Page 3

cc: Plaintiffs Liaison Counsel
Defense Liaison Counsel
Mike Underhill
Hon. Attorney General Luther Strange
Cory Maze
Donald E. Godwin
James P. Roy
Stephen J. Herman
Mike O'Keefe
Robert Cunningham
Ronald S. Kravitz
Jeroen van Kwawegen
Wilber H. Boies
Mark C. Molumphy
Laurie L. Largent
Julie Reiser
Lori G. Feldman