MINUTE ENTRY
SHUSHAN, M.J.
APRIL 14, 2011

**MJSTAR: 00:51**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, APRIL 14, 2011 AT 3:00 P.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Jodi Simcox

     A status conference was held this date before Magistrate Judge Sally Shushan to discuss BOP testing protocol.

PRESENT:    See attached sign-in sheets for attorneys who participated in person. Mike Underhill participated via telephone.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

# CONFERENCE ATTENDANCE RECORD

DATE: April 14, 2011            TIME: 3:00

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS     CONFERENCE

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Daniel Jones | Cameron |
| Mark Cohen | Det Norske Veritas |
| Rob Gasaway | BP |
| Tony Fitch | A/M |
| Alan York | Halliburton |
| Jerry von Sternberg | Halliburton |
| Don Haycraft | BP |
| | |
| | |