MINUTE ENTRY
SHUSHAN, M.J.
APRIL 15, 2011

**MJSTAR: 02:36**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, APRIL 15, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Susan Zielie

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

Further discussion was held relative to BOP testing/protocol.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.

```
____ Fee_____
____ Process_____
_X__ Dktd_____
____ CtRmDep_____
____ Doc. No._____
```

# CONFERENCE ATTENDANCE RECORD

DATE: 4-14-11    TIME: 9:30

CASE NAME: MDL-2179

DOCKET NUMBER & SECTION: _____

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko + MOEX |
| Dennis Barrow | Dril-Quip |
| Winfield Sinclair | Alabama |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Victor Elias | Cotchett, Pitre & McCarthy LLP / MDL 2185 Securities Js Subclass |
| Gavin Frost | U.S. Dept of the Interior |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | A&M |
| Robert Cunningham | PSC |
| Keith Hall | Cameron |
| David Pote | LA |
| R Gasaway | BP |
| Henry Dart | LA |
| Richard Bertram | Weatherford U.S. LP |
| Bill Stradley | MDL 2185 Sec. |
| William Large | PSC |
| Joe Hassinger | State of LA |
| Paul Sterbcow | PSC |
| Ryan Babiuh | BP |
| Don Haycraft | BP |
| Andy Langan | BP |
| | |
| | |
| | |

Carmelite Bertaut
Billy Bonner
Jed Metier
Corey Maze
John Funderburk
Stephanie McGuire
Mike Underhill
Patrick Blegen
David Jones