UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                                    MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Working Group[1] Conference on Friday, April 15, 2011]**

This order reflects the action taken at the Working Group Conference on Friday, April 15, 2011, and the requirements for the Working Group Conference on **Friday, April 29, 2011**. There will be no Working Group Conference on Friday, April 22, 2011.

1.    **Kate Paine.**

Pat Blegen, counsel for Kate Paine, reported that her deposition will begin on Monday, April 18, 2011, at 8:30 a.m.

2.    **Letters to the Court.**

Counsel were asked to request that their IT staff transmit PDF documents to the Court without password protection. This will permit the Clerk to file the PDF documents without manual scanning.

3.    **Custodial Production for London Depositions.**

In an April 14, 2011 letter, BP proposed that:

> [It] produced all previously-collected files for the UK-based deponents by fourteen days prior to the first UK deposition, and then follow up with any remainder, on custodian-by-custodian basis, fourteen days prior to each deposition. . . .

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

BP clarified that there could be some documents ("stragglers") that are produced within fourteen days of a UK deposition. The PSC expressed concern about the lack of documents for high-ranking BP officials. The custodial files for Tony Hayward and Harry Thierens shall be produced as promptly as possible and by no later than **Monday, May 23, 2011.**

**4.     Duration of Examination by Defendants**.

Requests for additional time to examine witnesses should be sent to the Court in advance of the scheduled deadline so the parties can determine if time can be ceded to the requesting party.

A request was received from BP for additional time for Paul Anderson (April 27-28), Michael Serio (April 28-29), Tim Probert (May 9-10), and David McKay (May 11-12). Transocean will circulate its request for additional time for John Guide (May 9 and 10) and John Wright (May 12 and 13). The parties will confer on these requests to determine if they can be accommodated. If agreement cannot be reached, BP and Transocean shall notify the Court as promptly as possible.

Louisiana requested that if it is required to cede time and the total time available for the deposition is not used, then its ceded time be returned to it.[2] If an order is issued in response to a request for additional time and the deposition runs short, the parties who were required to cede time shall be permitted to examine the witness for the amount of the time ceded provided the deposition does not go beyond 15 hours. The available time shall be distributed pro-rata among the parties who were required to cede the time in the absence of other agreement.

**Before Friday, April 29, 2011**, the parties shall identify any depositions for June which they contend will require additional time.

---

[2] Absent agreement of the parties, or order of the Court, the parties have 15 hours to examine a particular fact witness. Rec. doc. 1075. With prior requests from BP for additional time, this was extended by twenty minutes and the PSC, US and the States were each required to cede fifteen minutes. BP's examination time was extended by sixty-five minutes in addition to time voluntarily ceded by other parties.

**Before Friday, May 6, 2011,** the parties shall identify any depositions for July which they contend require additional time.

5. **Witness Expenses**.

The costs of non-party witnesses will be divided equally between the PSC and the defendants. Counsel for Anadarko will transmit any requests to the Court which must be reviewed for reasonableness.

6. **PSC**.

The PSC reported that Oceaneering's Rule 30(b)(6) deposition is not required. There will be Rule 30(b)(6) document and fact depositions for Wild Well Control.

| | |
|---|---|
| Wild Well Rule 30(b)(6) document deposition | May 2, 2011 |
| Wild Well Rule 30(b)(6) fact deposition | May 31, 2011 (tentative) |

7. **BP**.

   A.   **BP's Rule 30(b)(6) Deposition**.

BP is working to complete its written designation of the persons who will testify in response to the topics in the Rule 30(b)(6) notice. The first Rule 30(b)(6) deponent, Jonathan Bellow (No. 4), is set for May 2 and 3. He will testify as to Topic 34 on the BP Rule 30(b)(6) notice. Rec. doc. 1856. The PSC requested that BP provide it with a written designation of the persons who will testify on each topic. By **Monday, April 25, 2011**, BP shall provide a written designation of the topics for any person who will testify in May and for as many of the remaining topics as possible. By **Friday, May 6, 2011**, it shall provide a final written designation for all topics on the Rule 30(b)(6) notice.

| No. | Name | Deposition Date | Topics |
|---|---|---|---|

  ***  Vinson, Graham              21 and 23

  ***  Johnson, Dennis   June 23 (tentative)     28

BP shall try to schedule the deposition for June 24.

**B.  UK Depositions**.

  21.  Mogford, John   June 7 and 8 (tentative)

BP reported that: (a) Mogford is a former BP employee, who works in London; and (b) he seeks compensation for appearing for a deposition. BP will try to reschedule this for the week of June 27.

  34.  Tooms, Paul    June 16 and 17 (tentative)

BP will try to schedule Tooms for June 15 and 16.

  83.  Kellingray, Daryl  June 20 and 21

  ***  Little, Ian     June 13 and 14 (tentative)

**C.  Non-Party Deponents**.

  42.  Brown, David  Rule 30(b)(6) CSI Technologies  June 13 and 14

  108.  Sabins, Fred  Rule 30(b)(6) CSI Technologies  April 28 and 29

The parties continue to meet and confer on the scope of Topic 5. The parties raised an issue concerning the conflict between the second day of the Sabins deposition (April 29) and the conference before Judge Barbier. The undersigned will seek to have the conference with Judge Barbier rescheduled to start earlier.

  145.  Rule 30(b)(6)   Stress Engineering   June 2 and 3

The dates are confirmed. The designees are Mr. Bohla, Ken Young and Andreas Katzounar, who will be deposed serially.

192.     Rule 30(b)(6)          Vector Magnetics

BP is working on Vector Magnetics.

110.     McKay, David          DNV Surveyor          June 27 and 28 (tentative)

BP reported that: (a) McKay is a pre-incident surveyor; (b) it will obtain a projection of the costs sought by McKay; and (c) he may testify on May 11 and 12, rather than June 27 and 28.

146.     Cargol, Mike          Subsea

BP is in contact with the deponent.

**D.     Present or Former BP Employees**.

7.     Cocales, Brett               April 25 and 26

This deposition was discussed.  It remains set for April 25 and 26.

29.     Skidmore, Ross               May 12 and 13

The date is confirmed.

***     McKay, Lamar

Halliburton requested McKay's deposition.  It requests that it be before or after the UK depositions and that it have two hours for McKay.  BP has not determined whether it will object to the addition of McKay to the Master List.  BP and Halliburton will report on McKay's status on or before the **April 29, 2011 conference**.

**8.     Transocean**.

By **Monday, April 25, 2011**, Transocean shall provide the last contact information for the witnesses where the requesting parties (other than Transocean) are required to serve subpoenas.

**A.     No record of a claim filed as of April 15, 2011.**

| No. | Name | Track | Requested by | Attorney |
|---|---|---|---|---|
| 57. | Fleytas, Andrea | Event | PSC, et al | Kurt Arnold |

After April 20, 2011, the PSC, the requesting party, shall contact counsel for Fleytas and notice her deposition. If she does not file a claim by April 20, 2011, the PSC shall serve her with a subpoena.

| 61. | Kuchta, Curt | Event | LA/Halliburton/BP | Kyle Schonekas |
|---|---|---|---|---|

Halliburton will re-contact Kyle Schonekas for firm dates in July. If he does not respond, Halliburton shall notify the Court.

| 148. | Bertone, Stephen Ray | Event | BP/Halliburton | Kurt Arnold |
|---|---|---|---|---|

Kurt Arnold reported that Bertone's Houston criminal defense attorneys, Paul Nugent and Heather Peterson, will not let him testify. After April 20, 2011, BP and Halliburton, the requesting parties, shall contact Arnold and notice Bertone's deposition. If he does not file a claim by April 20, 2011, BP and Halliburton shall serve him with a subpoena.

| 154. | Holloway, Caleb | Event | BP | Ernie Connor |
|---|---|---|---|---|

After April 20, 2011, BP, the requesting party, shall contact counsel for Holloway and notice his deposition. If he does not file a claim by April 20, 2011, BP shall serve him with a subpoena.

| 155. | Ingram, James | Plaintiff P/I | Transocean | Kurt Arnold |
|---|---|---|---|---|

After April 20, 2011, Transocean, the requesting party, shall contact counsel for Ingram and notice his deposition. If he does not file a claim by April 20, 2011, Transocean shall serve him with a subpoena.

| 159. | Meinhart, Paul | Plaintiff P/I | Transocean | Kurt Arnold |
|---|---|---|---|---|

After April 20, 2011, Transocean, the requesting party, shall contact counsel for Meinhart and notice his deposition. If he does not file a claim by April 20, 2011, Transocean shall serve him with a subpoena.

167.   Williams, Michael         Event         BP                Paul Sterbcow

Paul Sterbcow reported that Williams will be produced for his deposition in New Orleans. A date has not been set for the deposition.

   **B.   Claims filed as of April 15, 2011.**

150.   Brown, Douglas Harold    Event         BP/Halliburton    R. Todd Elias

Brown is a plaintiff in Kleppinger, et al v. Transocean, 10-3168(EDLA). BP and Halliburton shall notice his deposition.

156.   Johnson, Bill            Plaintiff P/I  Transocean        Kurt Arnold

Bill Johnson is a plaintiff in Kritzer, et al v. Transocean, 10-4427(EDLA). Transocean shall notice his deposition.

157.   Johnson, Dustin          Plaintiff P/I  Transocean        Kurt Arnold

Dustin Johnson is a plaintiff in Kritzer, et al v. Transocean, 10-4427(EDLA). Transocean shall notice his deposition.

160.   Morgan, Patrick          Event          Halliburton       Tony Buzbee

Patrick Morgan is a plaintiff in Morgan, et al v. Transocean, 11-364(EDLA). Halliburton shall notice his deposition.

162.   Sandell, Micah           Event          Halliburton       Tony Buzbee

Sandell is a plaintiff in Davis, et al v. Cameron Int'l, 10-3169(EDLA). Halliburton shall notice Sandell's deposition.

163.   Seriale, Allen            Event          Halliburton       Kurt Arnold

Allen Seriale is a plaintiff in Seriale, et al v. Transocean, 11-0262(EDLA). Halliburton shall notice Seriale's deposition.

164.   Taylor, Carl              Plaintiff P/I  Transocean        Kurt Arnold

Taylor is a plaintiff in Coon, et al v. BP Exploration, 11-261(EDLA). Transocean shall notice Taylor's deposition.

165.   Watson, Nick              Plaintiff P/I  Transocean        Kurt Arnold

Watson is a plaintiff in Kritzer, et al v. Transocean, 10-4427(EDLA). Transocean shall notice Watson's deposition.

  **C. Source control deponents**.

82.    Redd, Eddy                Source Control   PSC

Transocean continues to try to communicate with him.

***    Cameron, David            Source Control   PSC

Both witnesses are source control deponents. Transocean may propose that Cameron be substituted for Redd. Cameron is in Aberdeen but could be made available in London. On or before **April 29, 2011,** Transocean will report on Redd and Cameron.

***    Bobillier, Arnaud         Source Control   PSC

Transocean reported that, with the addition of Cameron as a source control witness, the PSC has agreed to remove Bobillier from the Master List.

  **D. Other deponents**.

166.   Wheeler, Wyman            Event            BP

Wheeler will be passed for two weeks. Transocean shall report on his status on or before

**April 29, 2011**.

158.    McWhorter, Jim            Event       BP

McWhorter's individual counsel is Mike Walsh. Transocean shall report on his status on or before **April 29, 2011**.

***    **Odenwald, Ray**         Event       BP

His individual counsel is Mike Walsh. Transocean shall report on his status on or before **April 29, 2011**.

***    **Keeton, Jonathan**      Event       BP         July 27 and 28 (tentative)

Keeton is in Ghana.

***    **Boughton, Geoff**                   BP

***    **Hackney, David**                    BP

***    **Mansfield, James**                  BP

Transocean shall look at available May dates for the depositions of Boughton, Hackney and Mansfield

    **E.    R.B. Falcon**.

Cameron requested the depositions of ten persons involved in the purchase of the BOP. Transocean reports that these persons were employed by R. B. Falcon which was acquired by Transocean. None of them are known to Transocean. Since they are not required for the preparation of expert reports, they will be deposed after July 31, 2011. At its earliest convenience, Transocean shall provide Cameron with the last known contact information for each of these persons.

**9.     Halliburton.**

    **A.     Non-Party Rule 30(b)(6) Notices.**

    112.   Dril-Quip, Inc.                                                May 26 and 27

The deposition date is confirmed. There is one remaining issue on the Rule 30(b)(6) notice.

    **B.     Other Deponents.**

    127.   Adams, Neal         Independent Consultant (Petro Engineer)

    120.   Ravi, Dr. Kris

Halliburton and BP requested that Adams and Ravi be tabled and not appear on further agendas.

    **C.     Document Production.**

The PSC raised an issue about Halliburton's document production, but indicated the parties were working to resolve the issue. If there is any inkling of a problem, the parties shall raise it with the Court as soon as possible to avoid any delay in the schedule.

**10.    Anadarko/MOEX.**

    **A.     Anadarko Rule 30(b)(6).**

        Byrd, Jeremy (financial information)                           July 13

The deposition date is confirmed.

    **B.     Non-Party Rule 30(b)(6) Notices.**

    54.    Eric Guidry    Rule 30(b)(6) Randy Smith Training Sol.    May 9

The date is confirmed. Anadarko/MOEX will serve a notice. Cost issues are not resolved.

    138.   Rule 30(b)(6)         Nexen, Inc.                            May 23

The date is confirmed. The designee is Daryl Smith.

**11.** **M-I Swaco**.

    131.    Smith, J.R.    M-I Swaco    July 20-21 (tentative)

M-I Swaco and Halliburton shall confer to attempt to schedule Smith for an earlier date.

**12.** **Weatherford.**

    193    Clawson, Bryan    Rule 30(b)(6) Weatherford    June 6 and 7

    195.    Lirette, Brent    Rule 30(b)(6) Weatherford    June 6 and 7

The parties are close to an agreement on the notice. Clawson and Lirette will testify serially on June 6 and 7. Daniel Oldfather (No. 194) has not returned to work.

**13.** **DNV Deposition**

    111.    Rule 30(b)(6)    DNV    June 21 and 22 (tentative)

Cameron contends that the scope of DNV's deposition should be limited to pre-April 20, 2011 matters. The Court responded that DNV is not a litigation expert retained by a party and its deposition is necessary for the parties to prepare their expert reports. Cameron expressed concern about the short period time between the completion of DNV's current work and the June 21 and 22 dates. DNV replied that it will not prepare a further report. Instead, it will release the results of its current tests on a rolling basis. Counsel for DNV shall determine whether the designees are available for deposition in early to mid-July.

New Orleans, Louisiana, this 18th day of April, 2011.

                                    **SALLY SHUSHAN**
                                    **United States Magistrate Judge**