UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179<br><br>SECTION : J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO 10-MD-2179 AND 2:10-CV-02771 | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TRANSOCEAN'S OPPOSITION TO STATE OF LOUISIANA'S MEMORANDUM REGARDING THE RELEVANCE OF THE DEPOSITION TESTIMONY OF WITNESSES**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted by Defendants, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (herein collectively referred to as "Transocean"), in opposition to the State of Louisiana's Memorandum Regarding the Relevance of the Deposition Testimony of Witnesses dated April 7th, 2011 (Rec. Doc. No. 1896).

The State of Louisiana ("SOL") has unilaterally requested the testimony of a number of Transocean executives and employees, including Larry D. McMahan[1], Robert Saltiel, Chris Ness, Mike Wright, Mac Polhamus, John MacDonald, Steven L. Newman and Buddy Trahan,

---

[1] Larry McMahan is a 30(b)(6) representative as designated by Transocean. The SOL can examine Mr. McMahan in his individual capacity at his deposition, which is on the calendar for June 29th and 30th.

346062.1                                                   1

claiming that the aforementioned witnesses possess information related to issues of "privity and knowledge".[2] The SOL has also requested the testimony of Warren Weaver and Jimmy Moore, claiming that they possess relevant knowledge regarding regulatory compliance and safety. As more fully set forth below, the SOL's claims are baseless and should be denied.

The requested individuals are non-rig personnel that are not February 2012 trial Priority Witnesses related to the "privity and knowledge" or regulatory issues. The requested witnesses lack of priority witness status is evidenced by the fact that <u>no</u> party to the Limitation proceeding has requested their testimony; rather, the SOL is the sole requester for the testimony of these people. Importantly, the SOL is not even a party to the Limitation proceeding. Nor is the SOL contemplated as a party to the February 2012 trial in any of the parties' proposed trial plans.

The parties to the February 2012 trial, who-- unlike the SOL-- have a vested interest in the "privity and knowledge" and regulatory issues, have requested the depositions of numerous Transocean witnesses and sought corporate depositions of designees with relevant knowledge related specifically to the "privity and knowledge" and regulatory issues. Those depositions have occurred or are scheduled to occur, including the following FRCP Rule 30(b)(6) deponents which have been designated as corporate representatives regarding topics related to "privity and knowledge" and/or regulatory compliance: Bill Ambrose (Director of Special Projects)[3]; Adrian

---

[2] "Once a claimant proves that negligence or unseaworthiness caused an accident, an owner seeking limitation must show it lacked privity or knowledge of the condition." *In re: In the Matter of the Complaint of Signal International, LLC v. Signal International, LLC, et al.*, 579 F.3d 478, 498 (5th Cir. 8/12/2009).

[3] Bill Ambrose will address 30(b)(6) Areas of Inquiry 2, 3, 6, 11, 17, 18, 19, 21, 22, 24, 25, 26, 27, 28, 29, 30, and 32. (Generally, testing and design of BOP and its components, kicks, use of long string well casing, cost and/or time savings for various operations, communications with BP regarding well control events, use of spacers in negative pressure testing, communications with Anadarko and MOEX, March 8th well control event, evaluations and testing of well components, and alarm systems, etc.)

Rose (former Vice-President of Quality, Health, Safety and Environment)[4]; Randy Ezell (Senior Toolpusher)[5]; Larry McMahan (Vice-President of Performance)[6]; and James Kent (Rig Manager – Assets)[7] (attached hereto as Exhibit A is the Agreed 30(b)(6) Deposition Notice of Transocean Defendants). For illustrative purposes, the Agreed 30(b)(6) Deposition Notice Areas of Inquiry 1-32 generally all relate in some fashion to "privity and knowledge" and/or regulatory issues. Issues of corporate privity and knowledge and regulatory compliance will be adequately covered in the 30(b)(6) depositions. Thus, the SOL's request is redundant and premature as the Transocean 30(b)(6) depositions have not yet occurred. Moreover, the SOL has failed to provide any reason why the Transocean employees requested by the actual parties to the Limitation proceeding, or the Transocean 30(b)(6) designees, are insufficient for the SOL's purposes. As a result, the SOL's requests should be denied.

Furthermore, the SOL has failed to provide any supporting explanation regarding the deposition requests of the following individuals: Larry McMahan and John MacDonald. As a result, and for the same reasons set forth above, these requests should also be denied.

## CONCLUSION

For the foregoing reasons, and in the interest of judicial time and efficiency, the SOL's requests to depose Warren Weaver, Jimmy Moore, Larry D. McMahan, Robert J. Saltiel, Chris

---

[4] Adrian Rose will address 30(b)(6) Area of Inquiry 1. (Generally, risk assessment)

[5] Randy Ezell will address 30(b)(6) Areas of Inquiry 7, 8, 9, 10, 15, and 23 (Generally, Upper Annular placement, decisions regarding the cement bond logs, abandonment procedures, the bladder effect, and negative pressure testing, etc.)

[6] Larry McMahan will address 30(b)(6) Areas of Inquiry 4, 5, 12, 16, 20, and 31. (Generally, prior incidents in the North Sea, post April 20th well containment efforts and discussions, BP involvement, employee training, employee compensation, and well control training, standards and testing, etc.)

[7] James Kent will address 30(b)(6) Area of Inquiry 14. (Generally, rig audits).

Ness, Mike Wright, Mac Polhamus, John MacDonald, Steven L. Newman, and Buddy Trahan should be denied.

Respectfully submitted,

| | |
|---|---|
| /s/ *Steven L. Roberts* <br> Steven L. Roberts (Texas, No. 17019300) <br> Rachel Giesber Clingman (Texas, No. 00784125) <br> Kent C. Sullivan (Texas, No. 19487300) <br> Teri L. Donaldson (Florida, No. 784310) <br> Sutherland Asbill & Brennan LLP <br> 1001 Fannin Street, Suite 3700 <br> Houston, TX  77002 <br> Telephone: (713) 470-6100 <br> Facsimile: (713) 654-1301 <br> E-Mail: steven.roberts@sutherland.com, <br> rachel.clingman@sutherland.com, <br> kent.sullivan@sutherland.com, <br> teri.donaldson@sutherland.com | */s/ Kerry J. Miller* <br> Kerry J. Miller (Louisiana, No. 24562) <br> Frilot L.L.C. <br> 1100 Poydras Street, Suite 3700 <br> New Orleans, LA 70163 <br> Telephone: (504) 599-8169 <br> Facsimile: (504) 599-8154 <br> E-Mail: kmiller@frilot.com <br><br> -and- <br><br> /s/ Edwin G. Preis, Jr. <br> Edwin G. Preis, Jr. (Louisiana, No. 10703) <br> Edward F. Kohnke, IV (Louisiana, No. 07824) <br> Preis & Roy PLC <br> 102 Versailles Boulevard, Suite 400 <br> Lafayette, LA 70501 <br> Telephone: (337) 237-6062 <br> Facsimile: (337) 237-9129 <br><br> -and- <br><br> 601 Poydras Street, Suite 1700 <br> New Orleans, LA 70130 <br> Telephone: (504) 581-6062 <br> Facsimile: (504) 522-9129 <br> E-Mail:  egp@preisroy.com, <br> efk@preisroy.com |

Of Counsel:

| | |
|---|---|
| Daniel O. Goforth (Texas, No. 08064000)<br>Goforth Geren Easterling LLP<br>4900 Woodway, Suite 750<br>Houston, TX 77056<br>Office:  (713) 650-0022<br>Telefax:  (713) 650-1669<br>E-Mail:  dangoforth@goforthlaw.com | Brad D. Brian (California, No. 79001)<br>Allen M. Katz (California, No. 054933)<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Office:  (213) 683-9100<br>Telefax:  (213) 683-5180, (213) 683-4018<br>E-Mail:  brad.brian@mto.com,<br>allen.katz@mto.com |
| John M. Elsley (Texas, No. 0591950)<br>Royston, Rayzor, Vickery & Williams LLP<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Office:  (713) 224-8380<br>Telefax:  (713) 225-9945<br>E-Mail:  john.elsley@roystonlaw.com | *Counsel for Triton Asset Leasing GmgH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18th, 2011, I electronically filed the foregoing with the Court's CM/ECF system and/or by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

s/Kerry J. Miller

346062.1                    5