UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig<br>             "Deepwater Horizon" in the Gulf<br>             Of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>Case No. 2:11-cv-00516 | MDL No. 2179<br><br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## STIPULATED ORDER GOVERNING BP'S RESPONSIVE PLEADINGS DEADLINE FOR STATE OF LOUISIANA'S COMPLAINT FOR PENALTIES AND DECLARATORY JUDGMENT

By stipulation of the Plaintiff, the State of Louisiana, and Defendants, BP Exploration & Production Inc. BP Corporation North America Inc., and BP America Inc., (the BP Defendants):

IT IS ORDERED that Defendants, BP Exploration & Production Inc. BP Corporation North America Inc., and BP America Inc., shall have until May 5, 2011, to file responsive pleadings to the State of Louisiana's Complaint for Penalties and Declaratory Judgment.

New Orleans, Louisiana, this 18th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

A/74026960.1