### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
|       DEEPWATER HORIZON | * | |
|       GULF OF MEXICO, APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| **Pleading Applies to:** | * | JUDGE BARBIER |
| *All Cases in Pleading Bundle D1* | * | |
| ****************************************** | | MAGISTRATE SHUSHAN |

### RESPONSE TO *EX PARTE* MOTION FOR LEAVE TO SUPPLEMENT OPPOSITION TO MOTIONS TO DISMISS BUNDLE D1 MASTER COMPLAINT

BP filed its Motion to Dismiss the D1 Master Complaint on February 28, 2011.  Plaintiffs filed their 72-page Omnibus Response on March 30, 2011.  Now, nearly three weeks later, on a Sunday evening, Plaintiffs seek to supplement that Omnibus Response with declarations that were signed *before* March 30.  Indeed, many of the declarations were signed *long before* BP even filed its Motion to Dismiss.  Not one was signed after March 30.  All the while BP is diligently preparing to file its Reply, which is due in nine days.

The earliest declaration, Jessica Hunt's, was signed on February 2, 2011—more than two months ago.  The declarations of Albert Crutcher, Melanie Duchin, Melissa Thrailkill, and Todd Steiner, were all signed no later than February 28—more than a month and a half ago.  Even Allison Sondak and Gabriel Scott, the latest signers, signed their respective declarations on March 24, nearly a week before Plaintiffs filed their Omnibus Response, and nearly a month before Plaintiffs elected to share those declarations with this Court and BP.

Suffice it to say, Plaintiffs' last-minute attempt to supplement the record is unusual—Plaintiffs could and should have filed these declarations when they filed their Omnibus Response, thereby giving BP a full 30 days to reply. But what is even more unusual is that Plaintiffs do not even attempt to offer an excuse for their tardiness. Instead, Plaintiffs admit that they want to file these declarations late only because the Omnibus Response relies on a "cross-motion for partial summary judgment" that they apparently considered filing, but eventually opted not to file. Given the multiple legal defects in the D1 master complaint, the Plaintiffs' decision not to overextend their position by seeking partial summary judgment is understandable. Nevertheless, Plaintiffs offer no further explanation, much less justification, for only now filing declarations that have been in their possession on average more than 43 days.

Notwithstanding Plaintiffs' inexplicable delay, BP does not object to Plaintiffs' *ex parte* motion, nor does BP request extra time to file its Reply. BP does not believe that any of these declarations could possibly have any effect on the straightforward legal issues presented in the Motion to Dismiss. BP, however, does respectfully submit that Plaintiffs' unusual and inappropriate conduct must not be allowed to become a pattern.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Joel M. Gross
Allison Rumsey
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
E-Mail:  Joel.Gross@aporter.com
Telephone:  202.942.5000
Facsimile:  202.942.5999

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Granta Y. Nakayama, P.C.
Stuart A.C. Drake
Jeffrey Bossert Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000 (Tel)
(202) 879-5200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Telephone:  202-662-5985

Attorneys for BP America Inc., and BP Exploration & Production Inc.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

/s/ Don K. Haycraft