UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

This Document Relates to: 10-2682

****************************************************************************************

PLAINTIFFS ROY TIPPS AND NED BARON'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE PURSUANT TO
RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs ROY TIPPS AND NED BARON submit this Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and, in support, would show:

1.  This case was filed on April 30, 2010.

2.  On August 12, 2010, it was transferred to this MDL action.

3.  Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a Plaintiff to dismiss an action, "without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment…"

4.  Rule 41(a)(1) of the Federal Rules of Civil Procedure further provides, that "[u]nless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice…"

5.  The record reflects that Defendants have not filed or served an answer or a motion for summary judgment in the above referenced action and, accordingly, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, ROY TIPPS AND

NED BARON submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Plaintiffs, ROY TIPPS AND NED BARON submit this Notice of Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and requests that said dismissal be entered into the record of the Court.

         Respectfully submitted,

          */s/ Kenneth T. Fibich*
         **FIBICH, HAMPTON & LEEBRON, LLP**
         Kenneth T. Fibich
         tfibich@fhl-law.com
         Michael Leebron
         mleebron@fhl-law.com
         Joseph Melugin
         jmelugin@fhl-law.com
         1401 McKinney, Suite 1800
         Houston, Texas 77010
         Telephone: 713-751-0025
         Facsimile: 713-751-0030
         **ATTORNEYS FOR PLAINTIFFS**

CO-COUNSEL:
A. Craig Eiland
State Bar No. 06502380
LAW OFFICES OF A. CRAIG EILAND, P.C.
Old Galveston Square
2211 The Strand, Suite 201
Galveston, Texas 77550
Telephone: 409-763-3260
Facsimile: 409-763-8154

AND

THE BUZBEE LAW FIRM
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
Email: tbuzbee@txattorneys.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs ROY TIPPS AND NED BARON's Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

                                                                      /s/ *Kenneth T. Fibich*
                                                                Kenneth T. Fibich, Texas Bar No 06952600