UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document Relates to: *All Cases in Pleading Bundle D1.* | SECTION: J  JUDGE BARBIER |
| **(Including No. 10-01768 and No. 10-02454)** | MAGISTRATE SUSHAN |

## ORDER

CONSIDERING Plaintiffs' Motion for Leave:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to file their Supplement to their Omnibus Response Memorandum to Motions to Dismiss the Bundle D1 Master Complaint [Doc 1819] with the Declarations of Christina Celano, Catherine Craig, Albert Crutcher, Melanie Duchin, Peter Galvin, Jessica Hunt, Gabriel Scott, Allison Sondak, Todd Steiner, Dr. Bron Taylor, and Melissa Thrailkill.

New Orleans, Louisiana this 19th day of April, 2011.

_____
United States District Judge

1