UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*Robin Seafood Co., Inc. et al. v. BP, PLC, et al.;* Cause No. 10-cv-01314 | § § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### [PROPOSED] ORDER GRANTING LEAVE TO DISMISS WITHOUT PREJUDICE

Having considered Plaintiff's MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE, the Court GRANTS Plaintiff's Motion and orders as follows: Plaintiff's case is hereby dismissed without prejudice. Each party will bear its own costs.

**SO ORDERED:**

_____   _____
DATED                                                   JUDGE BARBIER