UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: *STATE OF VERACRUZ, REPUB. OF MEXICO v. BP PLC,* No. 10-4239; *STATE OF TAMAULIPAS, REPUB. OF MEXICO v. BP PLC,* No. 10-4240; *STATE OF QUINTANA ROO, REPUB. OF MEXICO v. BP PLC*, No. 10-4241. | § § § § § § § § | MAGISTRATE SHUSHAN |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OF THE STATES OF VERACRUZ, TAMAULIPAS, AND QUINTANA ROO, REPUBLIC OF MEXICO**

Plaintiffs, the State of Tamaulipas, State of Veracruz, and State of Quintana Roo, Republic of Mexico, respectfully request leave to file their Second Amended Complaint for the following reasons:

1. Allowing the States to file an amended complaint is beneficial, if not necessary, for three primary reasons:

a. Since the State filed its initial complaint, Tamaulipas, Veracruz, and Quintana Roo, have elected and sworn in new Governors. The Governors and their new staff now represent the States and should be allowed to plead their respective State's case more fully.

b. Because the assessment of damages from the April 2010 Gulf Oil Spill is still on-going, the States' discovery and knowledge of the facts supporting its claims and damages has evolved (and will continue to evolve) with time.

c. The States of Tamaulipas, Veracruz, and Quintana Roo, have unique and particular facts that have evolved, each pled with particularity in the proposed Second Amended Complaint.

2. The parties and this Court have implicitly acknowledged that the Bundle "C" States can file their Amended Complaint. The parties agreed that the States would file their Amended Complaints and that the Defendants would then have 30 days to file their responsive pleadings, an agreement this Court embodied in a court order on March 4, 2011. *See* Pre Trial Order No. 33, stating "Local public bodies or entities may voluntarily join or otherwise intervene into one administrative Master Complaints for Bundle C claims, ***or may opt out of the Master Complaint and file their own separate individual petitions or complaints***." Doc. 1549.

3. Plaintiffs herein respectfully seek leave to file their Second Amended Complaint, as attached hereto. Plaintiffs submit that the Second Amended Complaint clarifies and delineates in greater detail the factual bases and causes of action they are asserting against Defendants. Plaintiffs note that their allegations will not necessitate any delay or discovery in addition to what is already contemplated and/or in progress in this MDL.

4. Although their proposed Second Amended Complaint adds new parties as defendants a) Weatherford U.S. L.P., b) Transocean Holdings, L.L.C., c) Triton Asset Leasing GmbH, d) Anadarko E&P Company L.P., e) Moex Offshore 2007 L.L.C., f) Moex USA Corporation, g) M-I, L.L.C. and h) Mitsui Oil Exploration Co., Ltd., these are parties that are already in this MDL litigation, having been previously sued as defendants by other plaintiffs

2

herein. Therefore, no delay or discovery in addition to what is already contemplated and/or in progress would be necessitated.

5. Plaintiffs seek to file their Second Amended Complaint only so that justice may be done and not for any purpose of delay.

6. The States attach a proposed order granting it leave to file their Second Amended Complaint.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court enter an order granting the States of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, permission to file their Second Amended Complaint.

Respectfully Submitted,

**SERNA & ASSOCIATES PLLC**

By:

**/s/ Enrique G. Serna**
**Enrique G. Serna, Esq.**
SBOT 00789617
20985 IH 10 West
Serna Building
San Antonio, Texas 78257
(210) 2280095 – Telephone
(210) 2280839 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OF THE STATES OF VERACRUZ, TAMAULIPAS AND QUINTANA ROO, REPUBLIC OF MEXICO**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 19th day of April, 2011.

/s/ Enrique G. Serna

Enrique G. Serna