UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| Gulf of Mexico, on April 20, 2010 | § | SECTION:  J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *Michael D. Sevel, et al. v. BP, PLC,* | § | |
| *et al.; Cause No. 10-cv-02677* | § | |
| | § | |

---

### [PROPOSED]  ORDER GRANTING LEAVE TO DISMISS WITHOUT PREJUDICE

Having considered Plaintiffs' MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE, the Court GRANTS Plaintiffs' Motion and orders as follows:  Plaintiffs' cases are hereby dismissed without prejudice.  Each party will bear its own costs.

**SO ORDERED:**

_____          _____
DATED                                                  JUDGE BARBIER