


DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK

### 6.2.3.2    Examination of the Drill Pipe

Figure 40 to Figure 54 show the individual drill pipe segments removed from the BOP, LMRP, and Riser. Figure 39 and Figure 40 show drill pipe segment 148 that was recovered from between the CSR and the Lower VBR. The top end exhibited a sheared surface representative of a CSR cut. The bottom end had significant erosion. The erosion is the most likely explanation for the separation of this segment from the rest of the drill pipe downhole. Significant erosion was also observed at areas where the segments of the Upper and Middle VBRs contact the drill pipe.



(a) Top End (148-A)                    (b) Bottom End (148-X)

(c) Erosion at Upper VBR          (d) Erosion at Middle VBR

**Figure 39  Photograph of Drill Pipe 148**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(a) Top end (148-A)**



**(b) Bottom end (148-X)**



**(c) Erosion at the Upper VBR**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(d) Erosion at the Middle VBR**
**Figure 40   Three-Dimensional Laser Scan of Drill Pipe Segment 148**

Figure 41 and Figure 42 show drill pipe segment 94 that was recovered from between the
BSR and the CSR. The bottom end exhibits a sheared surface representative of a CSR cut
and the top end has a surface that appears to be sheared (see a and b). One of the sides of
the downstream end has a portion missing (see Figure 41 a [left side] and b [right side]).



**(a) Drill Pipe Segment 94**

 

**(b) Top end (94-B)**          **(c) Bottom end (94-A)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

**Figure 41  Photograph of Drill Pipe Segment 94**



**(a) Top end (94-B)**



**(b) Bottom end (94-A)**
**Figure 42  Three-Dimensional Laser Scan of Drill Pipe Segment 94**

Figure 43 and Figure 44 show drill pipe segment 83 that was recovered from the wellbore of the Flex Joint and was resting on the UA. The bottom end is significantly deformed and approximately 1 inch of the end of the pipe is curled into the inside of the drill pipe with a flattened appearance on the end. The top end was cut (sawed) through for approximately 80 percent of the circumference and fractured the remainder.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(a) Drill Pipe Segment 83**



**(b) Top end (83-C)**       **(c) Bottom end (83-B)**

**Figure 43  Photograph of Drill Pipe Segment 83**



**(a) Top end (83-C)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume 1 Final Report

MANAGING RISK






**(b) Bottom end (83-B)**

**Figure 44   Three-Dimensional Laser Scan of Drill Pipe Segment 83**

Figure 45 and Figure 46 show drill pipe segment 84 that was recovered from the top of
the Upper Annular. Drill Pipe 84 had a saw cut on the bottom end (approximately 80% of
circumference with the remaining exhibiting a fractured surface) and a shear cut on the
top end.



**(a) Top end (84-D)**



**(b) Bottom end (84-C)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK

**Figure 45  Photograph of Drill Pipe Segment 84**



**(a) Top end (84-D)**



**(b) Bottom end (84-C)**
**Figure 46  Three-Dimensional Laser Scan of Drill Pipe Segment 84**

Figure 47 and Figure 48 show drill pipe segment 1-B-2 that was recovered from the
Riser. Drill pipe segment 1-B-2 was recovered from below the kink in the Riser. The top
end became separated from drill pipe segment 1-B-1 during removal from the Riser. The
bottom end was an intervention shear cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



(a) Drill Pipe Segment 1-B-2                    (b) Bottom end (1-B-2-D)
**Figure 47  Photograph of Drill Pipe Segment 1-B-2**



(a) Top end (1-B-2-D2)

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(b) Bottom end (1-B-2-D)**
**Figure 48  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-2**

Figure 49 and Figure 50 show drill pipe segment 1-B-1 that was recovered from the
Riser. Drill pipe segment 1-B-1 was above the kink in the Riser and became separated
from drill pipe segment 1-B-2 during removal. The bottom end of drill pipe segment 1-B-
1 became separated from drill pipe segment 1-B-2 at the kink in the Riser. The top end
was severely eroded with a fracture surface of approximately 30% of the circumference.
The remainder of the circumference was too eroded to see the fracture surface.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(a) Drill Pipe Segments 1-B-1 and 1-B-2**



**(b) Bottom End (1-B-1-D2)**          **(c) Top End (1-B-1-E)**
**Figure 49  Photograph of Drill Pipe Segment 1-B-1**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report




MANAGING RISK



**(a) Top end (1-B-1-E)**



**(b) Bottom end (1-B-1-D2)**
**Figure 50  Three-Dimensional Laser Scan of Drill Pipe Segment 1-B-1**

Figure 51 and Figure 52 show drill pipe segment 39 that was recovered from within the LMRP with a small portion above the UA. This segment of drill pipe had a curvature in its length. The top end was a shear cut and the bottom end was significantly deformed. The bottom end had approximately 1 inch of the end of the pipe curled into the inside of the drill pipe.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

 

**(a) Drill Pipe Segment 39**      **(b) Top End (39-E)**      **(c) Bottom End (39-F)**
**Figure 51  Photograph of Drill Pipe Segment 39**



**(a) Top End (39-F)**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

 MANAGING RISK 



**(b) Bottom end (39-E)**
**Figure 52  Three-Dimensional Laser Scan of Drill Pipe Segment 39**

Figure 53 and Figure 54 show drill pipe segment 1-A-1 recovered from within the Riser. The bottom end of drill pipe segment 1-A-1 was an intervention shear cut and the top end was a shear cut that was made at the time of retrieval of this portion of the Riser from the sea floor. Drill Pipe 1-A-1 includes a tool joint towards the top end.



**(a) Drill Pipe Segment 1-A-1**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



**(b) Tool joint**                    **(c) Bottom end (1-A-1-F)**
**Figure 53  Photograph of Drill Pipe Segment 1-A-1**



**Figure 54  Three-Dimensional Laser Scan of Drill Pipe Segment 1-A-1-F**

## 6.2.4    Matching Drill Pipe Segments

The ends of the recovered drill pipe segments were labeled U/S for bottom end and D/S for top end. Matching of drill pipe segment ends was initially performed by comparing locations recovered, surface end features and dimensions of pipe segments. The final analysis (presented below) provided the drill pipe end matching given in Table 18. Figure 55 (a) shows the drill pipe segments positioned in the BOP Stack based on this matching sequence.

**Table 18  Detail for the Matching of the Drill Pipe Segment Ends**

| Top End | Bottom End | Method of Separation |
|---------|-----------|----------------------|
| 39-F | 1-A-1-F | Intervention Shear Cut of Riser above BOP |
| 1-B-1-E | 39-E | Separated at top of Upper Annular (tensile failure) |
| 1-B-2-D2 | 1-B-1-E2 | Separated at Kink in Riser during removal process at Michoud Facility |
| 84-D | 1-B-2-D | Intervention Shear Cut of Riser above BOP |
| 83-C | 84-C | Intervention Saw Cut of Riser above BOP |
| 94-B | 83-B | BSR Operation |
| 148-A | 94-A | CSR Operation |

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 55  Schematic Diagram of Sequence of Drill Pipe Segment Movement**

[Note: left to right (a) drill pipe prior to incident, (b) drill pipe following break at point E
and point B, and (c) drill pipe following sinking of rig and kink in Riser above BOP
stack.]

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

### 6.2.4.1   Matching 148-A to 94-A

The cut at 'A' was postulated to be the CSR cut and the ends 148-A and 94-A were representative of such a cut. Also, 148-A matched closely to 94-A (see Figure 56). Figure 56 also shows the pipe aligned with the CSRs prior to cutting. Figure 57 shows the positions of the drill pipe segment with respect to the CSRs following cutting. The erosion pattern on the bottom surface of the upper CSR block matched the shape of 148-A (Figure 37). Based on this analysis and the fact that the drill pipe segments were recovered with these ends facing toward the CSR, there is a high level of confidence that the cut at 'A' was due to the CSR.



**Figure 56  Three-Dimensional Laser Scan Comparing 148-A and 94-A**



**Figure 57  Three-Dimensional Laser Scan of 148-A and 94-A Following CSR Cutting**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 

## 6.2.4.2 Matching 94-B to 83-B

The cut at 'B' is postulated to be the BSR cut and 94-B and 83-B are the matching ends of this cut. 83-B and 94-B are shown in Figure 58 and Figure 59, respectively. 83-B (Figure 58 (b)) was deformed, making matching of surface features to 94-B impossible. Figure 58 (c), (d), and (e)) shows the ends of the pipe curled inwards. The forces required to cause the deformation were probably responsible for the splitting and opening of the side wall of the pipe (Figure 58 (a), (c), and (d)). Erosion was also seen at the edges of the side wall of the pipe (Figure 58 (d)). Prominent at the end of the pipe was a missing "corner" of material (best seen in Figure 58 (a)) adjacent to the "flat" marked with the number 83.



(a)　　　　　　　　　　　　(b)

(c)　　　　　　　　　　　　(d)

(e)

**Figure 58  Photographs of 83-B**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK 



**Figure 59  Photographs of 94-B**

Figure 59 shows several views of 94-B. There was a prominent "flat" pressed into 94-B (Figure 59 (a), (b), and (c)). There was a missing corner of material as seen in Figure 59 (a), (b), (c), and (d). The erosion seen in the photographs resulted in a through-wall hole (Figure 59 (e)). The overall thinning of the drill pipe wall is seen in Figure 59 (f). In addition, 94-B may be missing a short (1.5 to 2-inch) length which may have been folded over during the BSR cut.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

The common features of 83-B and 94-B are the flat areas that were pressed into their surfaces and the corners missing on one side of each. With 83-B and 94-B facing each other and the flats oriented to the same side, the missing corners match.

Figure 60 shows the laser scans for 83-B and 94-B. Figure 61 shows laser scans of 83-B and 94-B matched against the upper BSR block. The flats pressed into 83-B and 94-B matched against the kill side front face of the upper BSR block. The common features noted above for 83-B and 94-B and the matching to the upper BSR block provide a high level of confidence that 83-B and 94-B were the cut ends from the BSR.



**Figure 60  Laser Scans of 94-B and 83-B**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK







**Figure 61  Laser Scans of 94-B and 83-B Matched Against the Upper BSR Block**

### 6.2.4.3    Matching 83-C to 84-C

The cut at 'C' is postulated to be the intervention diamond blade saw cut of Riser above the BOP Stack. 83-C and 84-C were the matching ends of this cut (see Figure 62). Based on visual examination there is a high level of confidence that the cut at 'C' was due to the intervention diamond saw cut.



DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**Figure 62  Laser Scans of 83-C and 84-C**

### 6.2.4.4    Matching 84-D to 1-B-2-D

The cut at 'D' is postulated to be the intervention shear cut of Riser above the BOP Stack.
84-D and 1-B-2-D are the matching ends of this cut (see Figure 63). Based on this visual
examination there is a high level of confidence that the cut at 'D' was due to the
intervention shear cut.



**Figure 63  Laser Scans of 84-D and 1-B-2-D**

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK

### 6.2.4.5   Matching 1-B-2-D2 to 1-B-1-D2

The separation of drill pipe segment 1-B (resulting in 1-B-2 and 1-B-1) occurred at the kink in the Riser during the removal of the drill pipe segment from the Riser at the Michoud facility. Figure 64 shows the laser scans of these matching surfaces.



**Figure 64  Laser Scans of 1-B-2-D2 and 1-B-1-D2**

### 6.2.4.6   Matching 1-B-1-E to 39-E

The separation at 'E' is postulated to be a drill pipe tensile failure. 1-B-1-E and 39-E are matching ends of this failure. This failure of the drill pipe is postulated to have occurred in the top element of the UA (see location in Figure 55 (a)). 1-B-1-E and 39-E are shown in Figure 65 and Figure 68, respectively. The end of 39-E was deformed and the end of 1-B-1-E was eroded, making matching of surface features of the pipe ends difficult.

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report



MANAGING RISK



Figure 65  Photographs of 1-B-1-E




DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK



**(a)**                          **(b)**

**(c)**                          **(d)**

**(e)**                          **(f)**

**Figure 66  Photographs of 39-E**

1-B-1-E was characterized by erosion that removed a portion of the drill pipe wall. There
was an area of approximately 30% of the circumference (Figure 65 (a)) that exhibited
only minor signs of erosion. This area was a fracture surface with a 45 degree shear angle
(Figure 65 (c) and (d)). This is typical of a tensile failure of a high strength steel.

Figure 66 shows photographs of 39-E. The pipe end was characterized by deformation
and erosion that had a regular spacing of 1 to 1.5 inches. The end of the pipe was curled
inwards (Figure 66 (a), (b), and (c)). Figure 66 (c) shows the curled end as viewed from
the inside of the pipe. The erosion pattern was along the entire length of the curled ends,

DET NORSKE VERITAS
United States Department of the Interior, Bureau of Ocean Energy
Management, Regulation, and Enforcement
Forensic Examination of Deepwater Horizon Blowout Preventer
Volume I Final Report

MANAGING RISK


indicating that the erosion most likely occurred prior to the deformation. There were portions of the pipe wall that were missing. The flat portion of the end surface opposite of the ruler in Figure 66 (f) was presumed to have been broken off during the deformation event that caused the end to curl inward.

Figure 67 shows 1-B-1-E and 39-E with common features noted, namely a flat area on both surfaces and adjacent erosion feature (groove). Figure 68 shows the laser scan for 1-B-1-E and 39-E with common features aligned. The other and more compelling evidence for these drill pipe ends being matching ends is the overall length between the tool joint in 1-B-1 and the tool joint in 1-A-1. Using drill pipe segment 39 as the missing piece between the two (see Figure 55 (a)), this length is measured as 45.68 feet. This is in good agreement with the length of a joint of drill pipe. This length was determined with features like the curled-in ends of 39-E accounted for in the measurement. In addition, the top portion of 1-B-1 (above the tool joint), segments 39 and 1-A-1 were internally coated. The other recovered drill pipe segments were not internally coated.



**Figure 67  Photograph showing 1-B-1-E and 39-E**

1-B-1-E and 39-E exhibited erosion features with regular spacing of 1 to 1.5 inches. This corresponded to the spacing of the element segment ends (fingers) in the UA element as shown in Figure 69. The erosion on 1-B-1-E and 39-E was due to their position at the top end of the UA element. Based on the above discussion, there is a high level of confidence that 1-B-1-E and 39-E were matching ends.

Erosion that occurred prior to tensile failure likely decreased the tensile strength of the drill pipe at this location. 1-B-1-E is postulated to have remained in the UA element while drill pipe segment 39 was free to move out of the primary flow path following tensile failure. Based on the above discussion, the majority of the erosion on 39-E is believed to have occurred prior to tensile failure of the drill pipe.