### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : |  |
|  | : | **MDL NO. 2179** |
| **IN RE: OIL SPILL by the OIL RIG** | : |  |
| **"DEEPWATER HORIZON" in the** | : | **SECTION: J** |
| **GULF OF MEXICO, on** | : |  |
| **APRIL 20, 2010** | : |  |
|  | : | **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** |  | **MAG. JUDGE SHUSHAN** |

THIS DOCUMENT RELATES TO:
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)
6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

. . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF MANUAL ATTACHMENT AND FILING OF EXHIBIT "A" TO MOTION FOR SUMMARY JUDGMENT

Undersigned counsel hereby notices that he is manually filing the Exhibit "A" to the

Motion For Summary Judgment because its size exceeds the capabilities for electronic filing.

Respectfully submitted,

__/s/ Daniel E. Becnel, Jr.___
DANIEL E. BECNEL, JR. (#2926)
BECNEL LAW FIRM, LLC
P. O. Drawer H
106 West Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6444
E-mail: dbecnel@becnellaw.com
**Attorneys for Plaintiffs in:**
1. *Bill's Oyster House v BP et al* (C.A. 10-1308)
2. *Howard Buras v BP et al* (C.A.10-2994)
3. *Armand's Bistro v BP et al* (C.A. 10-4489)
4. *Faye Loupe et al. v BP et al* (C.A. 10-2764)
5. *Laura Gautreaux v BP et al* (C.A. 10-1539)

6. *Brent Rodrigue, Sr. et al. v BP et al* (C.A. 10-1325)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this __12th____ day of ___April___, 2011.

_/s/ Daniel E. Becnel, Jr.__

EXHIBIT "A"

National Commission on the BP Deepwater Horizon Oil Spill and
Offshore Drilling

Chief Counsel's Final Report

Chapters 4.3 and 4.4 ("Cement" & "Foamed Cement Stability")



THE  GULF  OIL  DISASTER

# Chief Counsel's Report | 2011

National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling

# Table of Contents

Foreword ................................................................................................................ ix

Executive Summary of Findings ........................................................................ x

    Technical Findings   x
    Management Findings   x
    Regulatory Findings   xi

Chapter 1|Scope of Investigation and Methodology ................................. 1

    Nature of Report   1
    Scope of Investigation and Report   1
    Investigation Methodology   2
    Structure of the Report   3

Chapter 2|Drilling for Oil in Deepwater ..................................................... 5

    Oil and Gas in Deepwater   5
    How to Drill a Deepwater Well   8

Chapter 3| Background on the Macondo Well, the *Deepwater Horizon*, and the Companies Involved ........................................................................ 25

    The Macondo Well   25
    The *Deepwater Horizon*   26
    Companies and Individuals Involved in the Macondo Blowout   30

Chapter 4|Technical Findings................................................................... 35

    Underlying Technical Causes   35
    Underlying Management Causes   37

Chapter 4.1|Flow Path.............................................................................. 39

    Potential Flow Paths   40
    Forensic Evidence Suggests That Hydrocarbons Did Not Flow up the Annulus and Through the Seal Assembly   42
    Hydrocarbons Appear to Have Flowed Into and up the Production Casing   48
    Technical Findings   52

Chapter 4.2|Well Design........................................................................... 53

    Deepwater Well Design   53
    The Macondo Well Design   55
    Drilling the Macondo Well   58
    Technical Findings   62
    Management Findings   64

Chapter 4.3|Cement................................................................................. 67

    Well Cementing   67
    Preparing for the Macondo Cement Job   77
    Designing the Macondo Cement Job   78
    Planning for and Installing Centralizers at Macondo   81
    Float Collar Installation and Conversion at Macondo   87
    Pre-Cementing Wellbore Conditioning at Macondo   90
    Cementing Process at Macondo   92
    The Float Check at Macondo   93
    Cement Evaluation at Macondo   94
    Technical Findings   95
    Management Findings   102

Chapter 4.4|Foamed Cement Stability ................................................... 111

| | |
|---|---|
| Foamed Cement | 111 |
| Foamed Cement at Macondo | 113 |
| Technical Findings | 120 |
| Management Findings | 123 |

Chapter 4.5|Temporary Abandonment ........................................... 127

| | |
|---|---|
| Temporary Abandonment | 127 |
| Temporary Abandonment at Macondo | 128 |
| Technical Findings | 135 |
| Management Findings | 139 |

Chapter 4.6|Negative Pressure Test ............................................... 143

| | |
|---|---|
| Well Integrity Tests | 143 |
| Negative Pressure Test at Macondo | 147 |
| Technical Findings | 160 |
| Management Findings | 161 |

Chapter 4.7|Kick Detection ....................................................... 165

| | |
|---|---|
| Well Monitoring and Kick Detection | 165 |
| Well Monitoring at Macondo | 174 |
| Technical Findings | 182 |
| Management Findings | 184 |

Chapter 4.8|Kick Response ...................................................... 193

| | |
|---|---|
| Well Control Equipment | 193 |
| Kick Response at Macondo | 195 |
| Technical Findings | 198 |
| Management Findings | 200 |

Chapter 4.9|The Blowout Preventer .......................................... 203

| | |
|---|---|
| Blind Shear Rams | 204 |
| Blind Shear Ram Activation at Macondo | 206 |
| ROV Hot Stab Activation at Macondo | 208 |
| Automatic Blind Shear Ram Activation at Macondo | 208 |
| Potential Reasons the Blind Shear Ram Failed to Seal | 212 |
| BOP Recertification | 215 |
| Technical Findings | 216 |
| Management Findings | 217 |

Chapter 4.10|Maintenance ...................................................... 221

| | |
|---|---|
| Transocean's Rig Management System | 221 |
| Competing Interests Between Drilling and Maintenance | 222 |
| Lack of Onshore Maintenance | 222 |
| Maintenance Audits and Inspections | 223 |
| Maintenance Findings | 224 |

Chapter 5|Overarching Failures of Management ............................... 225

| | |
|---|---|
| Leadership | 225 |
| Communication | 227 |
| Procedures | 232 |
| Employees | 235 |
| Contractors | 237 |
| Technology | 240 |
| Risk | 242 |
| Closing | 249 |

Chapter 6|Regulatory Observations ...................................................................251
    MMS Background                                                                   251
    MMS Regulations Did Not Address Many Key Risk Factors for the Blowout            253
    BOP Recertification                                                             260
    Ethical Considerations                                                          261

Endnotes .............................................................................................262

Appendix A|Blowout Investigation Team ........................................................346

Appendix B|Commission Staff.......................................................................347

Appendix C|Acronyms ................................................................................349

Appendix D|Chevron Laboratory Report Cover Letter .......................................351

Appendix E|Nile and Kaskida........................................................................353
    Schedule When the *Deepwater Horizon* Arrived at Macondo                        353
    Request to Suspend Operations at Kaskida                                        354

# Chapter 4.3 | Cement

## Well Cementing



**Figure 4.3.1. Typical completed cement job.**

Cement performs several important functions in an oil well. It fills the annular space between the outside of the casing and the formation. In doing so, it structurally reinforces the casing, protects the casing against corrosion, and seals off the annular space, preventing gases or liquids from flowing up or down through that space. A cement job that properly seals the annular space around the casing is said to have achieved **zonal isolation**.

The cementing process is procedurally and technically complex. This chapter first describes the steps in the cementing process, the ways in which cement can be evaluated and remediated, and methods for laboratory cement slurry testing. It then describes the Macondo cementing operation in detail. Finally, it sets out the Chief Counsel's team's technical and management findings regarding the Macondo cementing process. The Chief Counsel's team finds that the Macondo cement failed to achieve zonal isolation. While the Chief Counsel's team cannot be sure why the cement failed, the team has identified several risk and other factors that may have contributed to cement failure, either alone or together.

### The Cementing Process

The cementing process involves pumping cement down the inside of a casing string until it flows out the bottom and back up into the annular space around the casing string. Achieving zonal isolation requires several things.

- First, the cement should fill the annular space in the zone to be isolated and also a specified space above and below that zone.
- Second, cement flowing into the annular space should displace all of the drilling mud from that space so that no gaps or uncleared **channels** of mud remain behind. If mud channels remain after the cement is pumped, they can become a flow path for gases or liquids from the formation. Good mud removal is critical for a successful cement job.[1]
- Third, the cement should be formulated so that it sets properly under wellbore conditions.

Although each cement job presents unique challenges, the principal steps involved in pumping cement at Macondo were the same as those for most deepwater wells. The following subsections describe the process in simplified form. These sections describe the process for running and cementing a production casing—the last casing string to be run in the well once a hydrocarbon-bearing zone has been penetrated. The process generally applies to running and cementing shallower casing strings and liners as well.

TrialGraphix

**Figure 4.3.2. Sample caliper log data showing open hole diameter by depth.**



TrialGraphix

**Primary Cementing.** Primary cementing refers to an operator's initial attempt to seal a casing with cement. By contrast, **remedial cementing** refers to subsequent cementing efforts undertaken if the primary cement does not achieve zonal isolation.

## Logging and Mud Conditioning

After rig personnel finish drilling a well that will be completed as a production well, they typically **condition** the mud in the wellbore and then log the wellbore itself before lowering the final production casing and performing the final cement job.

During drilling operations, mud engineers manipulate the characteristics of drilling mud in the wellbore to optimize the removal of cuttings and to maintain hydrostatic pressure in the well. At the end of drilling operations, the mud is normally circulated to homogenize its properties and modify those properties as necessary to facilitate wellbore logging and eventual mud removal. That circulation process is called mud conditioning. Drillers normally circulate the mud in order to remove cuttings from the mud and ensure that it displays uniform and appropriate density and viscosity characteristics.[2] American Petroleum Institute (API) recommendations state:

> Well preparation, particularly circulating and conditioning fluids in the wellbore, is essential for successful cementing. Many primary cementing failures are the result of fluids that are difficult to displace and/or of inadequate wellbore conditioning.[3]

**Logging** refers to the process of examining and recording the characteristics of the wellbore (first discussed in Chapter 2). Prior to running a production casing string, drillers typically examine the open section of the wellbore with an extensive suite of logging tools that use electric, sonic, and radiologic sensors to measure the physical characteristics of the formation and any fluids it might contain in order to learn as much as possible about the nature of the hydrocarbon-bearing formation.[4] One such tool, shown in Figure 4.3.2, is a **caliper log**, which measures the diameter of the wellbore. Because the wellbore diameter can vary significantly as a result of normal drilling variations, these data can be an important input in designing and modeling a primary cement job.

## Lowering the Production Casing String in Place With Centralizers



After logging is complete, rig personnel lower the production casing into place. During this process, they may install **centralizers**, shown in Figure 4.3.3, which serve an important role in the cementing process.

When the cementing crew pumps cement (or any other fluid) down the production casing and back up the annular space around it, the cement tends to flow preferentially through paths of least resistance. When the casing is not centered in the wellbore, the wider annular space becomes the path of least resistance,[5] shown in Figure 4.3.4. Cement tends to flow up through those spaces. This can seriously compromise mud removal and leave channels of mud behind in the narrower annular spaces.[6] Because of this problem, cementing experts consistently emphasize the importance of keeping the casing centered in the wellbore.[7]

**Figure 4.3.3. Centralizer.**

TrialGraphix

Centralizers help keep the casing as close to the center as possible. They come in a variety of designs. Centralizer **subs**, shown in Figure 4.3.5, may be screwed between casing sections while bow spring centralizer **slip-ons** are attached to the outside of existing casing using collars. Sometimes **stop collars** (so named because they stop the centralizer from sliding up or down the casing) are separate pieces from the centralizer; sometimes they are integrated into the centralizer itself.[8]

Engineers measure the degree to which a pipe is centralized in a wellbore by calculating the "pipe standoff ratio."[9] A perfectly centered casing has a standoff ratio of 100% while a casing that touches the walls of the wellbore has a standoff ratio of 0%. Although the industry rule of thumb is to achieve a standoff of 75%,[10] cementing experts state that operators should achieve the highest possible standoff in order to facilitate mud displacement from the annular space.[11] Engineers must calculate the standoff not only at each centralizer location, but also between the centralizers. Casing can bend and sag between centralizers, dramatically lowering the standoff in the intervals between them.[12]

**Figure 4.3.4. Top view of off-centered casing.**



TrialGraphix

## Float Valves and Float Valve Conversion

Illustrated in Figure 4.3.6, float valves are one-way valves (also called check valves) installed at or near the interior bottom end of a casing string. Once operational, float valves permit fluid (such as mud or cement) to flow down through the inside of the casing while preventing fluids from flowing in the reverse direction back up the inside of the casing. By doing so, float valves prevent cement that is pumped down through the casing, into the shoe track, and up into the annular space from flowing back up through the valves once the cement is in place, an occurrence known as "reverse flow" or "u-tubing."[13]

**Figure 4.3.5. Centralizer sub.**



Weatherford

**Shoe and Shoe Track.** The **shoe** refers to the bottom of the casing. The **shoe track** is the section of the casing between the shoe and the float valves above it.

A **float check** examines whether the float valves are working properly—that is, preventing cement from flowing back up through the valves due to u-tube pressure. **U-tube pressure** is created by the differential hydrostatic pressure between the fluid column inside the casing and the fluid column in the annulus. In cases where the cement density is close to drilling mud density, the u-tube pressure may be very small—too small to induce backflow or to be detected at the rig. The smaller the density differential between the cement and mud, the smaller the u-tube pressure and its expected effects.[14]

Float valves are important during the cementing process but can interfere with the process of lowering a casing string. As the casing string is lowered, it is generally preferable that mud be allowed to flow up the inside of the casing string. Otherwise, the casing will, as it descends, force mud down the well and back up through the annular space, greatly increasing the pressure that the casing string exerts on the formation as it is lowered.[15]

Case 2:10-md-02179-CJB-DPC   Document 2005   Filed 04/18/11   Page 11 of 32

**Figure 4.3.6.  Float valve conversion.**



TrialGraphix

To allow mud to flow into the casing string while it is being lowered, operators typically use an **auto-fill tube**. An auto-fill tube is a hollow tube that extends through and props open the two float valves, allowing mud to flow up through the casing while the casing is being run into the well. Once rig personnel finish lowering the casing, they **convert** the float valve assembly by pushing the auto-fill tube down and out of the float valves. This allows the float valves to close, converting them into one-way valves before cementing begins.

## Wellbore Conditioning

After converting the float valves, rig personnel normally circulate mud through the newly installed casing and wellbore again. Like the earlier mud circulation process, this has at least two benefits. First, it cleans the casing, drill pipe, and wellbore of cuttings, gelled mud, and other debris that can interfere with good cement placement and performance.[16] Second, the mud flow conditions the mud itself by breaking its gel strength, decreasing its viscosity, and increasing its mobility.[17]

**Figure 4.3.7.  Full bottoms up.**

Marker

Marker Reaches the Rig Before Cement Pour Begins

Gelled Mud and Debris

Clean Drilling Mud

Mud
Spacer
Cement

Marker

Circulation Begins            During Circulation            Cementing Begins

TrialGraphix

Under optimum conditions, operators prefer to circulate enough drilling mud through the casing after landing it to achieve what is known as a full **bottoms up**.[18] Circulating bottoms up means that the rig crew pumps enough mud down the well so that mud originally at the well bottom returns back to surface[19] as shown in Figure 4.3.7. The extended circulation required to do this confers a third benefit in addition to the two described above: It allows rig crews to physically inspect mud from the bottom of the well for the presence of hydrocarbons before cementing.

## Pumping Cement 

After completing the pre-cementing mud circulation, rig personnel pump cement down the well, then pump additional drilling mud behind the cement to push (or **displace**) the cement into the desired location at the bottom of the well. As they pump the cement, rig personnel must ensure that the oil-based drilling mud does not contaminate the water-based cement. The oil and gas industry has developed a variety of techniques to ensure that this does not occur. Rig personnel at Macondo used a common approach called the "two-plug method."[20] The two-plug method uses rubber **darts** and **wiper plugs** to separate the cement from the drilling mud as the cement travels down the well.

Rig personnel begin the cement pumping process by pumping water-based **spacer fluid** down the drill pipe. They then drop a **bottom dart** into the drill pipe, followed by the cement, then a **top dart** and more spacer fluid. After pumping the final spacer fluid down the drill pipe, rig personnel resume pumping drilling mud to push the spacer-dart-cement-dart-spacer train down the drill pipe.

**Figure 4.3.8. Wiper plugs cause cement contamination.**



When the bottom dart reaches the end of the drill pipe, it fits into and launches a **bottom wiper plug** from the running tool that attaches the drill pipe to the production casing. The bottom plug then travels down inside of the production casing, separating the cement behind it from the spacer fluid and drilling mud ahead. Similarly, when the top dart reaches the end of the drill pipe, it launches a **top wiper plug** from the running tool. The top plug also travels down the inside of the production casing and separates the cement from spacer fluid and drilling mud behind.

The rig crew continues to pump mud down the drill pipe to displace the cement into position. Eventually, spacer fluid reaches the float valves and flows through the valves. After the spacer flows through the float valves, the **bottom plug** lands on top of the float valves, where it stops. Circulating pressure causes the bottom plug to rupture, allowing cement to pass through the plug into the shoe track. After all of the cement flows through the ruptured bottom plug, the top plug lands on top of the float valves. Unlike the bottom plug, the top plug does not rupture. It instead blocks further flow of fluids down the well. When the top plug lands, the cement should be in place. Rig personnel stop pumping drilling mud and allow the cement to set in a process called **waiting on cement**. If the cementing process was

TrialGraphix

**Figure 4.3.9. Lift pressure.**



Mud

Cement

"Turning the Corner"

TrialGraphix

**Pressure increases to lift cement in the annulus.**

designed and executed properly, the cement should at this point fill the shoe track and should cover the hydrocarbon zone in the annular space outside the production casing.

Even if rig personnel execute a two-plug cementing process precisely according to plan, cement can still be contaminated by drilling mud. As the wiper plugs travel down the casing, they wipe a film of mud away from the casing walls. The bottom plug removes most of the mud film but not all of it. The remaining mud film can contaminate the cement between the plugs as shown in Figure 4.3.8. The top plug also wipes the casing, but instead of wiping mud out of the way of the cement, it wipes that mud *into* the back portions of the cement flow.

The casing shoe track is designed to provide room for contaminated cement at the tail end of the pumping process. Absent a shoe track, that contaminated cement would travel into the annular space, potentially compromising zonal isolation.

## Cement Evaluation

It is not easy for rig personnel to be sure about the progress or final result of a cement job at the bottom of a deepwater well. Cement does its work literally miles away from the rig floor, and there is no way to observe directly if the cement slurry arrives at its intended location, let alone whether it is contaminated or otherwise compromised. As a result, rig personnel cannot know whether the cement will isolate the well from the hydrocarbons in the reservoir as they pump the cement.

Because cementing is difficult to observe directly, the oil and gas industry has developed a number of methods for evaluating cement jobs indirectly. And because proper cementing is critical to well integrity, the API calls proper cement evaluation "indispensable."[21] But each of the various methods of cement evaluation has limitations, and the API standard on cement evaluation therefore notes:

> Anyone who wants to competently evaluate the quality of a cement job must thoroughly understand all the variables, assemble and comprehend the relevant pieces of information, and reach the proper judgment.[22]

By understanding the full set of variables at play for a particular cement job, the right mix of tools can be employed to evaluate the cement.

## Volume and Pressure Indicators

While pumping a cement job, a cementing crew knows only how much cement and mud they have sent down the well and how hard the pumps have been working to push it. Using these volume and pressure readings, the rig crew looks for three general indicators of success during the job: full returns, lift pressure, and on-time plug landing.

A cementing crew gets **full returns** when the volume of mud returning from the well during a cement job equals the volume of fluids (spacer, cement, and mud) pumped down into the well. To determine whether they are getting full returns, the cementing crew monitors mud tank volumes.

**Figure 4.3.10. Bumping the plugs.**



Pressure Spike Detected by Monitoring Systems on Rig

TrialGraphix

If the volume of fluid flow into the well equals the fluid flow out, the crew can infer that the well is behaving properly as a closed and leak-free container. If flow out is less than flow in, the crew has **lost returns** or **lost circulation**, and can infer that mud and/or cement has flowed into the formation.[23] The crew cannot tell *where* the rock fractured, however, and where the mud might have gone.[24]

**Lift pressure,** shown in Figure 4.3.9, is a steady increase in pump pressure that begins when the cement flows out the bottom of the well casing and "turns the corner" to flow upward against gravity. The pressure increases because cement is generally heavier than drilling mud (and has a different viscosity). If the cementing crew observes a steady pressure increase at the appropriate time after pumping cement down into a well, they can infer that the increase is lift pressure and that cement has arrived at the bottom of the well and has begun flowing upward into the annular space. Seeing the expected lift pressure also allows the crew to infer that cement is not being lost into the formation.

Finally, the rig crew can also watch pressure gauges to infer whether the wiper plugs used to separate the cement from surrounding drilling mud have **landed** or **bumped** on time at the bottom of the well as shown in Figure 4.3.10. By calculating the volume of the inside of the well and the rate at which they are pumping fluids into it, cementing crews can predict when the bottom plug and top plug should land. They then watch the rig's pressure gauges for telltale pressure spikes that indicate when the plugs actually land. If the pressure spikes show up when expected, the cementing crew can infer that the plugs landed properly, that cement arrived at the bottom of the well and flowed out of the shoe track into the annulus, and that substantial volumes of mud did not contaminate the cement as it moved down the well. If the pressure spikes do not appear on time, that suggests problems. For instance, large volumes of mud may have bypassed one or both of the wiper plugs. (Some volume of mud always bypasses the plugs; the plugs do not wipe the casing walls perfectly.)[25]

While pressure and volume indicators can suggest that a cement job has gone as planned, they do not give cementing crews any direct information about the location and quality of the cement at the bottom of the well. In particular, they do not indicate whether there has been channeling in the annulus or shoe track, or the location of the **top of cement** (TOC) in the annulus.[26] These indicators also are not sensitive to all of the issues that can cause cement to fail.

## Cement Evaluation Logs

Because pressure and volume readings during the cement job are imperfect indicators of cementing success, the oil and gas industry has also developed tools for more directly examining a cement job after it is pumped. These cement evaluation tools generate data, or "logs," known as cement evaluation logs. Technicians commonly lower cement evaluation tools down inside the well on a **wire line.**[27] Once the tools reach an area that has been cemented, sensors in the tools probe the integrity of the new cement, measuring whether and to what extent the cement has

**Figure 4.3.11.  Cement bond log tool.**



TrialGraphix

filled the annular space between the cement and the formation.[28]

The most basic element in a cement evaluation system is the **cement bond log** tool.[29]  The cement bond log tool works by measuring the well casing's response to acoustic signals. The tool includes an acoustic transmitter and receiver that are separated from each other by several feet of distance.  The transmitters emit bursts of acoustic waves, and the receivers record the reverberations from those waves[30] as illustrated in Figure 4.3.11.  Because steel casing, set cement, and fluids all respond differently to the waves, a technician can use the recordings to evaluate the quality of the cement job, just as one can discern a muffled bell from a free-swinging bell by ringing it.[31]

Modern cement evaluation systems combine the fairly straightforward cement bond log with variable-density logs,[32] ultrasonic imaging tools, and flexural attenuation logs.[33]  By interpreting the combined data from these tools, a technician can assess the amount and quality of the cement in the annular space,[34] including the TOC and the location and severity of channels in that cement.[35]

Although modern cement evaluation logs have become increasingly sophisticated and reliable, they still have limits.[36]  First, they are not easy to read; it takes an experienced technician to properly interpret the data.  Second, very low-density cement, such as cement produced with nitrogen foam technology, can be difficult to evaluate with these tools.[37]  (The density of the foamed cement at Macondo was not low enough to cause evaluation difficulties, however.[38])  Third, cement evaluation tools must be adjacent to annular cement in order to examine it.  That means that the tools cannot evaluate cement in the shoe track or in the annular space below the float equipment.  Float equipment and the shoe track cement block the tools from physically accessing those areas.  Fourth and finally, cement evaluation logs work best after cement has completely hardened—a process that can take more than 48 hours.[39]  Consequently, operators typically do not run cement evaluation logs until completion operations.

## Additional Methods

There are other methods to evaluate a cement job in addition to cement evaluation logs and pressure and volume indicators.  In particular, a negative pressure test assesses whether a bottomhole cement job contains pressures outside the well and seals the well off from formation pressure.  Chapter 4.6 of this report discusses negative pressure tests in detail.

## Remedial Cementing

If cement evaluation reveals problems with the primary cement job, rig personnel can **remediate** the primary cement after pumping it.  At a well like Macondo, the most common method for remediating the primary production casing cement is called **squeeze cementing**.

Figure 4.3.12 illustrates that squeeze cementing first involves perforating the production casing to provide access to the annular space around it.  Rig personnel perforate the casing by lowering a tool that uses shaped explosive charges to punch holes through the casing and into the formation.  Rig personnel then pump, or "squeeze," cement under pressure through the holes.  In a properly

**Figure 4.3.12.  Remedial cementing—squeeze job.**



From upper left:  1) Poor centralization has led to channeling; 2) a bridge plug is placed below the remediation area, and a packer is positioned above; 3) a perforation gun is lowered and fires shells through the casing and into the formation; 4) cement is pumped into the area, forced through the perforations, and into the formation, creating a seal.

executed squeeze job, the remedial cement then flows into the annular spaces where the primary cement has failed, filling in any channels and isolating zones as necessary.

## Cement Slurry Testing

Cement hardens as a result of chemical reactions that depend on pressure and temperature.  In the field, cement slurries are normally mixed at ambient temperature and pressure, then exposed to increasing temperatures and pressures as they are pumped down the well.  These increasing temperatures and pressures can not only alter the chemical and physical properties of the liquid slurry and cured cement, but also can affect the cement curing process itself.  Because every well presents a different combination of cementing conditions, it is critical for a cementing company to

test a cement slurry design against expected conditions in the particular well before pumping it into that well.

Cement slurries consist of a number of ingredients, including dry Portland cement (which itself is a combination of several chemical compounds), water, and various dry and liquid chemical additives. Cementing personnel adjust the concentrations of these ingredients to suit the particular needs of a given well. Cement slurry designs thus vary from well to well. To complicate matters further, many of the ingredients used in a cement slurry are made from naturally occurring materials, and their precise chemical composition depends on their source.[40] The liquid chemical additives may vary from batch to batch, and the mix water composition can vary depending on its source. This means that each batch of cement slurry is different. Finally, the constituents of a given cement slurry also may degrade in storage upon exposure to heat, humidity, and atmospheric gases such as carbon dioxide. To address this variability, cementing companies usually perform their pre-job testing with representative samples of the actual ingredients that will be pumped into the well.

## Pilot and Pre-Job Testing

A cementing company typically conducts at least two rounds of cement testing prior to pumping a challenging or uncertain cement job. First, it performs "pilot tests" substantially in advance of pumping the job in order to develop an appropriate cement slurry design (the recipe). At the time of the pilot tests, the operator gives the cementing company the best available information about the downhole conditions. That information may be incomplete, especially in the case of an exploratory well (such as Macondo). Sometime prior to pumping the cement, when the operator has learned the actual downhole job conditions, the cementing company typically performs pre-job tests using the actual cement ingredients that have been stored on the rig and will be pumped downhole. These pre-job tests are meant to confirm that the cement design will perform successfully during the upcoming job.

## Laboratory Tests

To isolate hydrocarbons at the bottom of a well, the cement must display several attributes. First, as the cement is pumped into place at the bottom of the well, it must remain in a pumpable fluid state and not thicken prematurely. Second, once in place, it must set and develop strength within a reasonable time period. And third, the set cement must be sufficiently strong to provide casing support and zonal isolation. To check these things, cementing companies typically run a number of tests to evaluate a cement design during pilot and pre-job testing. The API has published recommended procedures for running these tests.[41]

**Cement Test.** Cement tests examine various properties of the cement slurry and the set cement, and investigate the curing process. **Thickening time** tests determine how long the cement slurry will remain pumpable (before starting to set up) under the temperature and pressure conditions in the wellbore. **Compressive strength** tests determine the length of time required for the cement slurry to develop sufficient strength to provide casing support and zonal isolation. **Rheology** tests examine various cement slurry flow properties. The slurry viscosity and yield point affect the pumping pressure required for slurry placement and the displacement efficiency by which drilling fluid is removed from the annular space. The yield point also provides information concerning slurry stability—the ability of the slurry to keep solids in suspension and prevent fluid-phase separation. **Static gel strength** is a measure of the degree to which an unset cement slurry develops resistance to flow when at rest. **Free-fluid** tests directly examine slurry stability.

As cement slurry travels down a well, it encounters increasing heat and pressure. Laboratory technicians sometimes stir the slurry at elevated temperatures (and sometimes at elevated pressures) to simulate these conditions in order to better understand how the cement will behave when it reaches its intended location. This practice is known as **cement conditioning** (not to be confused with mud conditioning, described above).

## Modeling the Cementing Process

Before pumping cement, engineers can also model the cementing process using computer simulation programs. Engineers run these simulations using data about wellbore and casing geometry, mud conditioning, the number and placement of centralizers, and the volume, pumping rate, and characteristics of the various fluids pumped down the well. The simulations, in turn, predict various things about the cementing process such as the pressure that will be required to pump cement.

Engineers routinely use cement simulations to model the complex process of mud displacement from the annular space. Predicting mud displacement is important for at least two reasons. First, if the cement flow does not displace mud and spacer from the annular space, those materials may create a flow path for hydrocarbons. Second, and relatedly, poor mud displacement increases the potential for gas to flow into the cement column as it sets.[42] This gas flow can itself cause channeling and further compromise zonal isolation.

As the oil and gas industry develops deeper wells and more complicated well designs, engineers rely increasingly on computer modeling to predict mud removal. Operators and cementers can use these models to predict the impact of changing parameters such as cement flow rate and centralizer placement. By doing so, they can optimize these interrelated parameters for individual well conditions rather than relying on rules of thumb to guide their decisions. At the same time, the fluid mechanisms of mud displacement, gas flow, and other cementing phenomena are exceedingly complex. Computer simulations cannot model these phenomena precisely. In addition, even the best computer models depend entirely on their input data; if the input data are inaccurate, the modeling results will be inaccurate as well.

# Preparing for the Macondo Cement Job

## Lost Returns at Macondo

BP and Halliburton designed crucial features of the Macondo cement job in response to the April 9 lost returns event (when drilling mud flowed out of the wellbore and into the formation) described in Chapter 4.2. Although BP engineers successfully restored mud circulation by pumping 172 barrels of heavy, viscous "lost circulation" fluids down the drill pipe,[43] they also realized the situation had become delicate. Based on data from the lost circulation event, the engineers calculated that they had to maintain the weight of the mud in the wellbore at approximately 14.0 pounds per gallon (ppg) in order to maintain well control.[44] Drilling ahead with that mud weight would exert even more pressure on the formation, raising the equivalent circulating density (ECD). BP engineers calculated that drilling with 14.0 ppg mud in the wellbore would yield an ECD of nearly 14.5 ppg—an increase that the engineers believed could induce lost returns again.

The engineers concluded they had "run out of drilling margin" and that they could no longer drill to their planned total depth of 20,600 feet below sea level.[45] Instead, they cautiously drilled ahead from 18,193 to 18,360 feet in order to extend the wellbore beyond the pay zone. Optimally,

engineers prefer to drill far enough beyond the pay zone to ensure that the float collar and shoe track will both be entirely below the pay zone. Among other things, this allows the operator eventually to use logging tools to evaluate all of the cement in the annular space in the pay zone. In March, before the April 9 lost circulation event, a BP engineer stated that BP planned an extended shoe track at Macondo.[46]

## Wellbore Logging and Conditioning

After drilling, BP directed Schlumberger to run a series of logs to collect data from the well. Between April 10 and 15, 2010, Schlumberger technicians evaluated the formation to determine its porosity and permeability, and gathered fluid and core samples from the well. The logging data led BP to conclude that it had drilled into a hydrocarbon reservoir of sufficient size (at least 50 million barrels[47]) and pressure that it was economically worthwhile to install a production casing. Schlumberger also ran a caliper log to determine the exact diameter of the wellbore.[48]

On April 16, before running the final 9⅞-inch × 7-inch long string production casing, the rig crew circulated the open wellbore bottoms up.[49] They did not record any mud losses during this process.[50] The crew inspected mud from the bottom of the well and found that it contained 1,120 gas units on a 3,000-unit scale.[51] This was not an unusual amount of gas because the mud at the bottom had been sitting in place in the well for about a week at that point.[52] After circulating on April 16, gas eventually decreased to 20 to 30 units.[53]

# Designing the Macondo Cement Job

BP's cement planning focused heavily on reducing the risks of further lost returns. BP recognized that if the formation fractured again during cementing, it could compromise the cement job and force the rig crew to conduct remedial cementing operations. BP engineers focused particular attention on ensuring that the ECD during cementing would not exceed the threshold that they believed would induce further losses. In order to minimize the ECD during cementing, BP: (1) reduced the volume of cement that would be pumped, (2) reduced the rate at which the cement would be pumped, and (3) used nitrogen foamed cement for reduced density.[54]

## Cement Volume

Wellbore conditions are rarely optimal, and it is difficult to be sure precisely where cement has flowed during a cement job. Engineers can therefore improve the odds of achieving zonal isolation by increasing the volume of cement in the well design. Pumping more cement is a standard industry safeguard against uncertain cementing conditions. It reduces the risk of contamination by diluting the amount of contaminants in the cement. It also decreases the impact of errors in cement placement.

### MMS Cement Volume Requirements

At the time of the Macondo blowout, MMS regulations included very few requirements that related to the cement design process at Macondo. One of those requirements concerned the volume of cement for a primary production casing cement job. According to 30 C.F.R. § 250.421: "As a minimum, you must cement the annular space at least 500 feet above the casing shoe and 500 feet above the uppermost hydrocarbon-bearing zone."

In other words, MMS required that the TOC in the annular space of the production casing be at least 500 feet above the "uppermost hydrocarbon-bearing zone."

## BP's Internal Guidelines

BP's Engineering Technical Practice 10-60 (ETP 10-60), titled "Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension," lists the company's internal engineering design rules for cementing. ETP 10-60 states:

> **1.3** Zonal Isolation design criteria for cementing of primary casing strings to meet well integrity and future abandonment requirements, shall meet one of the following:
>
> - 30 m TVD [total vertical depth] (100 ft TVD) above the top of the distinct permeable zone where the top of cement (TOC) is to be determined by a proven cement evaluation technique (Section 5.3).
> - 300 m MD [measured depth] (1000 ft MD) above the distinct permeable zone where the hydraulic isolation is not proven except by estimates of TOC (Section 5.3). For each well the actual TOC shall be recorded along with the method used for this determination. Where the actual TOC is below the plan, the TOC shall be reviewed with stakeholders for its impact on future well integrity, operability, suspension and abandonment operations.[55]

Section 5.3 of ETP 10-60 distinguishes a "proven cement evaluation technique" from an "estimate" of TOC by stating that "to accurately assess TOC and zonal isolation cement sonic and ultrasonic logs should be used." By contrast, the ETP states that temperature logs (which can detect the heat exuded by cement) and cement column backpressure measurements can be used to "estimate" TOC. This means that unless a BP engineering team plans to run sonic and ultrasonic logs, it should design the cement job so that there is 1,000 feet of cement above the highest distinct permeable zone in the well.

In addition to zonal isolation, BP also considers annular pressure buildup (APB) in planning TOC.[56] The high temperatures caused by bringing hydrocarbons to the surface during later production can cause pressure buildup in the annular space. If trapped, the annular pressure will build up and can potentially collapse the inner casing string on itself and ruin the well. One way drillers avoid this is by allowing annular pressure to escape into the formation. By not cementing all the way up to the next liner—which necessarily means a lower TOC and lower volume of cement—the drillers allow a route for escape.[57] It is likely that APB concerns were a factor in determining TOC and cement volume at Macondo.[58]

## Macondo Cement Volume

After the early April lost returns events, the BP Macondo team decided to limit the height of the cement column in the annulus. They had little room to maneuver: A higher cement column in the annulus would have exerted more pressure on the fragile formation below, increasing the ECD of the cement job and risking further lost returns.

Driven by ECD concerns, BP's engineering team focused its attention on determining where TOC should be. While the main hydrocarbon reservoir zone at Macondo began at 18,100 feet,[59] BP estimated that the "top HC [hydrocarbon] zone" began at 17,803 feet.[60] BP engineers decided to pump only as much cement above that zone as MMS required.[61] On or about April 14,[62] they determined that TOC should be 17,300 feet below the ocean surface—503 feet above the top hydrocarbon zone and 830 feet above the main hydrocarbon zone.[63]

On April 14, BP senior drilling engineer Mark Hafle initiated a formal management of change review of the plan to set the production casing.[64] He marked the document as a high priority and asked that its approval be completed by the next day.[65] Hafle incorporated the design decision regarding TOC in the management of change document. The document discussed the risk that the primary bottomhole cement would not act as a barrier: "If losses occur during the cement job, possible cement evaluation, remedial cement operations, dispensations and/or MMS approvals will be required prior to performing TA operations due to a lower than required Top of Cement in the annulus. Possible hydrocarbon zones could be left exposed in the annulus with only the casing hanger seal as the single barrier for the TA."[66] In the event that occurred, the document went on to note, "A perf[oration] and squeeze operation could be performed to add a second barrier in the annulus."[67] BP drilling and completions operations manager David Sims reviewed the management of change document and commented that the "[c]ontent looks fine."[68] BP drilling engineer team leader Gregg Walz, BP wells team leader John Guide, BP engineering manager John Sprague, and others also reviewed the document—all approved.[69]

Keeping TOC to a minimum necessarily reduced the total volume of cement that Halliburton pumped down the well. Several other features of the Macondo well also limited the total amount of cement that could be pumped:

- the relatively short distance the well had been drilled below the main pay sands;
- the relatively narrow annular space between the production casing and the formation; and
- BP's decision not to pump any cement behind the top plug.[70]

Halliburton calculated that it should pump approximately 51 barrels of cement (about 60 barrels after foaming) down the well in order to fill the shoe track and the annular space up to BP's specified TOC.[71] BP engineers recognized that this was a relatively small volume of cement that would provide little margin for error.[72]

## Cement Flow Rate

Just as increased mud flow rate improves wellbore conditioning, higher cement flow rates tend to increase the efficiency with which cement displaces mud from the annular space. Cement must be pumped fast enough so that it will scour mud from the side of the wellbore instead of merely flowing past. The API notes that "[h]igher pump rates introduce more energy into the system allowing more efficient removal of gelled drilling fluid."[73] However, increased pump pressure required to move the cement quickly would mean more pressure on the formation (ECD) and an increased risk of lost returns.[74]

One way in which BP reduced the risk of lost returns at Macondo was by lowering the rate of cement flow. BP pumped cement down the well at the relatively low rate of four barrels or less per minute.[75] This was a lower rate than called for in earlier drilling plans,[76] but BP did inform Halliburton of the change and Halliburton's computer models accounted for the reduced flow rate.

## Use of Nitrogen Foamed Cement

One very direct way to reduce the amount of pressure that a column of cement exerts on the formation below is to use lightweight cement. While there are several ways to generate lightweight cement, BP and Halliburton chose to use nitrogen foamed cement. Cementing personnel create nitrogen foamed cement by injecting inert nitrogen gas into a base cement

slurry. This produces a slurry that contains fine nitrogen bubbles. Because nitrogen gas weighs so little compared to cement, the nitrogen bubbles make the overall cement mixture less dense than the base cement slurry.

BP and Halliburton jointly decided to use foamed cement technology at Macondo. (Chapter 4.4 discusses the choice in more detail.) This would reduce the weight of the middle portion of the Macondo cement slurry from the base slurry density of 16.74 ppg down to a foamed slurry density of 14.50 ppg.[77]

While using foamed cement slurry brought certain benefits, it brought risks as well. Chapter 4.4 explains in more detail how an unstable foamed cement slurry can fail to provide zonal isolation. A BP cementing expert specifically advised one of the Macondo engineers in March that cementing the production casing using foamed cement would "present[] some significant stability challenges for foam, as the base oil in the mud destabilizes most foaming surfactants and will result in $N_2$ [nitrogen] breakout if contamination occurs."[78] To guard against this possibility, the expert advised the team to pump non-foamed cement ahead of the foamed cement. This would create a "cap slurry" on top of the foamed slurry in the annular space that would mitigate the risk of foam instability.[79]

# Planning for and Installing Centralizers at Macondo

BP procured only six centralizers for its production casing ahead of time, even though its plans had originally called for a greater number. Shortly before running the casing, however, Halliburton's modeling revealed that BP would need more centralizers to prevent channeling. In response, BP decided at the last minute to purchase 15 more centralizers and send them out to the rig. But unlike the six centralizer subs that BP had purchased earlier, these additional centralizers were slip-on centralizers with separate stop collars. Once BP realized this, it reversed itself and decided not to use them, reasoning that the risks of using them outweighed the risks of channeling.

## API's Centralization Guidance

While the API recognizes the importance of centralization, it has no recommended specific standoff ratio for casing. Rather, the API encourages drillers to determine the appropriate standoff ratio based on individual well conditions. Nor does the API have any recommendation or standard for how far above the pay zone casing should be centralized.[80]

## BP's Centralization Guidance

BP's official technical guidance instructs engineers to design centralization programs to ensure there is at least 100 feet of "centrali[z]ed pipe" above the "permeable zone" in the event a cement bond log is not run.[81] The technical guidance does not provide any further detail on the number or type of centralizers that should be used or the overall standoff that should result. BP in-house cementing expert Erick Cunningham explained that the guidance does not provide specific instruction on the number of centralizers that must be used to create a "centralized pipe." A casing could have centralizers on every joint or every three joints; both could be considered "centralized pipe" depending on the particular well. Cunningham stated that the only way to predict the effect of centralizer placement on mud displacement is through computer modeling.[82]

## Macondo Team's Early Centralizer Plans

The Macondo team's September 2009 well plan included enough centralizers to likely satisfy BP's internal technical guidance. That plan's formula would have required the team to install at least 16 production casing centralizers given the then-planned total depth of 20,200 feet.[83] BP then produced another well plan in January 2010. Its formula would have called for at least 11 centralizers on the production casing.[84] Given the ambiguity of BP's technical guidance, it is unclear whether the January 2010 plan would have satisfied BP's internal requirements.[85] Both of these plans were based on a deeper well depth and larger casing diameter than BP eventually used at Macondo.

## The Macondo Team Procured Six Centralizers for the Production Casing

On March 31, BP drilling engineer Brian Morel emailed a Weatherford sales representative, Bryan Clawson, and asked for "7-10" centralizer subs.[86] Clawson emailed Morel to say that Weatherford could only supply six centralizers immediately, explaining that it would take up to 10 days to manufacture more. Though it is common for Weatherford to manufacture centralizers to order, Morel did not ask Clawson to do so, even though Weatherford could at that point have made additional subs in time.[87] Instead, the BP team decided that six centralizers would be sufficient.[88] These six centralizer subs that Morel ordered were ultimately the only centralizers that the Macondo team used.

## The Macondo Team Decided to Increase the Number of Centralizers to Address Potential Channeling Problem

During the long string decision-making process, Halliburton cementing engineer Jesse Gagliano had run a cementing model that predicted that the long string could be cemented successfully. Though Gagliano was a Halliburton employee, he worked at BP's Houston campus, and his office was on the same floor as those of BP's Macondo team.[89] Gagliano's April 14 model assumed proper centralization (by assuming a 70% standoff ratio) instead of calculating standoff based on centralizer placement plans.[90] It also assumed optimal wellbore size and geometry because BP did not yet have caliper log data from the well.[91] The April 14 model report did not predict significant channeling.[92]

On April 15, BP provided additional data to Gagliano from the Schlumberger logs, including caliper data, that could improve the accuracy of his cementing predictions. Based on the new data, Gagliano modeled the cementing process again, this time without assuming optimal centralization.[93] His new model predicted that using only six centralizers would result in lower standoff ratios and that this would be inadequate to ensure good mud removal and avoid mud channeling.[94] It also predicted that the mud channeling would increase the height of the cement column in the annulus (measured as TOC). That, in turn, would increase the effective pressure that the cement column would exert on the well formation below (ECD).[95]

That afternoon, Gagliano alerted Walz and BP operations engineer Brett Cocales to his predictions. Although Guide was out of the office, BP's engineering team acted on the information. The team was already concerned that the ECD during cementing operations could lead to lost returns during cementing and viewed lost returns as the biggest risk they faced during the cement job.[96] Based on Gagliano's predictions of increased ECD, Walz sought and obtained agreement from Guide's superior, Sims, to procure more centralizers and fly them to the rig immediately.[97] It appears that Walz and the BP team were concerned at this point about

**Figure 4.3.13.
Centralizer sub (top)
and slip-on centralizer
with stop collars
(bottom).**





Weatherford

the impact that channeling might have on ECD and were not
directly concerned about the impact channeling might have on
zonal isolation. [98]

Gagliano ran and distributed two additional cementing models
from the afternoon into the evening of April 15 to evaluate
the impact of adding additional centralizers. [99]  His first model
predicted that there would be reduced channeling with
10 centralizers, but still a significant amount.  He emailed the
model to the team, writing what he had already warned them
about in earlier conversation: "Updating [the model with
caliper and other data] now shows the cement channeling and
the ECD going up as a result of the channeling.  I'm going to
run a few scenarios to see if adding more centralizers will help
us or not." [100]  Morel, who was on the rig and unaware that the
team had made the unusual decision to fly centralizers to the
*Deepwater Horizon*, responded that it was "too late" to get any
more centralizers to the rig. [101]  Gagliano's second model showed
even less channeling with 21 centralizers.  Both models showed
that increasing the number of centralizers at Macondo would
reduce the potential for gas migration in the annular space,
though the centralizers' effect on gas flow was apparently of
minor concern to the team compared with its effect on ECD. [102]

Sitting in the Houston conference room with Gagliano, Cocales
carried out Walz's instructions to secure additional centralizers.
Cocales called Clawson and ordered 15 additional Weatherford
centralizers, the most that could be sent on a single helicopter. [103]
BP also arranged for a Weatherford technician to accompany the
centralizers and oversee the installation. [104]  These 15 centralizers
were leftovers from another BP project called Thunder Horse.
Unlike the six centralizer subs already on the *Deepwater
Horizon*, however, the Thunder Horse centralizers were slip-on
centralizers as shown in Figure 4.3.13.  BP's engineering team
assumed that the Thunder Horse centralizers had integrated
stop collars. [105]  But the centralizer schematics that Clawson sent
to Cocales on April 15 (and that Cocales forwarded to the rest of
the BP engineering team) showed that the stop collars would be
separate from the centralizers. [106]

**Figure 4.3.14. Gregg Walz April 16, 2010 email to John Guide about centralizers.**

**From:** Walz, Gregory S
**To:** Guide, John
**Sent:** Fri Apr 16 00:50:27 2010
**Subject:** Additional Centralizers

John,

Halliburton came back to us this afternoon with additional modeling after they loaded the final directional surveys, caliper log information, and the planned 6 centralizers. What it showed, is that the ECD at the base of sand jumped up to 15.06 ppg . This is being driven by channeling of the cement higher than the planned TOC.

We have located 15 Weatherford centralizers with stop collars (Thunder Horse design) in Houston and worked things out with the rig to be able to fly them out in the morning. My understanding is that there is no incremental cost with the flight because they are combining the planned flights they already had. The maximum they could fly is 15.

The model runs for 20 centralizers (6 on hand + 14 new ones) reduce the ECD to 14.65 ppg, which is back below the 14.7+ ECD we had when we lost circulation earlier.

There has been a lot of discussion about this and there are differing opinions on the model accuracy. However, the issue, is that we need to honor the modeling to be consistent with our previous decisions to go with the long string. Brett and I tried to reach you twice to discuss things. David was still here in the office and I discussed this with him and he agreed that we needed to be consistent with honoring the model.

To be able to leave this option we needed to kick things off at 6:00 pm tonight, so I went ahead and gave Brett the go ahead. We also lined up a Weatherford hand for installing them to go out on the same flight. I wanted to make sure that we did not have a repeat of the last Atlantis job with questionable centralizers going into the hole.

John, I do not like or want to disrupt your operations and I am a full believer that the rig needs only one Team Leader. I know the planning has been lagging behind the operations and I have to turn that around. I apologize if I have over step my bounds.

I would like to discuss how we want to handle these type of issues in the future.

Please call me tonight if you want to discuss this in more detail.

*Gregg*

Drilling Engineering Team Leader

GoM Drilling & Completions

Office:  281-366-0281

Cell:    281-543-8634

E-Mail:  Gregory.Walz@bp.com

BP

Walz later explained his decision, as shown in Figure 4.3.14, to order the additional 15 centralizers to Guide in the following email, sent that night.[107]

Walz justified the decision to order additional centralizers because "we needed to be consistent with honoring the model." That model had convinced the team that a long string could be successfully cemented, so long as ECDs were kept in a low, narrow range. That model had also assumed that the centralizers would achieve a 70% standoff ratio.

## The Macondo Team Decided Not to Install the Additional Centralizers

Sometime after 5 a.m. on April 16, a helicopter arrived at the *Deepwater Horizon*, carrying the 15 additional centralizers and Weatherford service technician Daniel Oldfather.[108] The helicopter did not, however, carry the stop collars and accessories that would be needed to secure the centralizers on the casing. Those had been shipped by boat and were scheduled to arrive by 4 p.m. (before the casing would be run).[109] Oldfather explained this to the rig crew when he landed.[110]

**Figure 4.3.15.  Centralizers delivered to the *Deepwater Horizon* on April 16, 2010.**



BP

Morel was still visiting the rig at the time the helicopter landed.  He examined the centralizers when they arrived.  Like the other BP engineers, he had expected that the centralizers would have integrated stop collars.  He now recognized that this was not the case.[111]  Morel called Guide and told him that these were not the "one-piece" centralizers that he was expecting.  Guide agreed they were not what he had planned on using either.[112]  Morel took digital pictures of the centralizers and emailed them to Guide, telling him that "the centralizers do not have the stop [collars] on them."[113]  However, Morel also told Guide that the centralizers could still be used because the boat carrying the collars would arrive in "plenty of time before needing them."[114]

After learning that the new centralizers had separate stop collars, Guide reversed Walz's decision to install them on the production casing in an email to him midday on April 16,[115] shown here in Figure 4.3.16.

Guide's email explained to Walz that the separate stop collars were prone to coming off the casing as it was being run into the well.  Not only did this mean that the centralizers could slip away from their predetermined positions on the casing, but the centralizers could also get "hung up" against other parts of the well as the casing was being run.  This could prevent the casing from being

**Figure 4.3.16.  John Guide April 16, 2010 email to Gregg Walz about centralizers.**

From: Guide, John
Sent: Fri Apr 16 17:48:11 2010
To: Walz, Gregory S
Subject: Re: Additional Centralizers
Importance: Normal
Attachments: David Sims.vcf

I just found out the stop collars are not part of the centralizer as you stated. Also it will take 10 hrs to install them. We are adding 45 pieces that can come off as a last minute addition. I do not like this and as David approved in my absence I did not question but now I very concerned about using them

lowered all the way to the bottom of the wellbore—a serious problem that would take significant time to fix.[116] Guide also noted that installing this type of centralizer would alone take 10 hours.[117] In a phone call with Walz, Guide weighed the risks of losses that fewer centralizers presented against the risk of a "last minute" addition of unfamiliar centralizers. There was no discussion at that point of stopping the job in order to procure the "correct" style of centralizers.[118] Instead, Guide told Walz and Sims he was reverting to the original plan. Sims agreed. Walz also accepted the reversal, saying, "I agree. This is not what I was envisioning," and apologized to the rest of the drilling team for the "miss-step" of ordering centralizers.[119]

During the same time period, Morel was attempting to position BP's six centralizers where they would be most effective, rather than place them at fixed intervals. As early as April 14, he had emailed Gagliano his suggested placement.[120] On April 15, when he mistakenly told Gagliano that it was "too late" to get more centralizers to the rig, he changed his recommendation, switching the position of two centralizers.[121] The next afternoon, the day BP reverted to the six centralizer plan, Morel changed the position of two other centralizers on his own "casing tally."[122] Morel supposedly based his recommendation on the caliper data and a wellbore image, though it is unclear precisely how he used them.[123]

Morel's placement of the centralizer subs was different than Gagliano's. Gagliano had assumed the centralizer subs would be evenly spaced apart while Morel placed them at irregular intervals.[124] It appeared that Morel expected Halliburton to run a new model based on his casing tally and centralizer placement. Morel's discussion with Cocales regarding the placement concluded, "We can argue this one out after we get the actual vs model data and see how it reacts."[125] As it turned out, BP never requested a model that reflected the actual centralizer placement, and Halliburton never ran one.

Neither Halliburton nor the BP engineering team appears to have considered that inadequate centralization might increase the chance of a blowout. Rather, they concluded that the worst-case result of using only six centralizers would be the need to conduct a remedial cement squeeze job.[126] As Cocales emailed Morel, "I would rather have to squeeze than get stuck above the WH [wellhead]. So Guide is right on the risk/reward equation."[127] In other words, Cocales preferred the increased risk of having to perform a remedial squeeze job to the increased risk of one or more of the 15 slip-on centralizers getting stuck in the well while the crew was running the production casing.

The BP team did not explicitly communicate its decision to use only the six centralizer subs on the rig to Halliburton or Weatherford.[128] When Gagliano eventually learned of the decision (from a Halliburton cementer aboard the rig), he asked BP to confirm it, and when he received no reply, he ran a new model on April 18.[129] It predicted poor centralization, "SEVERE" gas flow potential, and mud channeling. When Gagliano emailed the latest cement job procedures to the BP team at 9 p.m. that night, he attached this report.[130] He spoke with Walz the next morning (April 19) about the potential for channeling.[131] Walz in turn spoke with Guide about the issue.[132] BP nevertheless proceeded with its plan to run only six centralizers.

As BP has pointed out, Gagliano's April 18 model was based on several imperfect inputs. Notably, Gagliano assumed that BP would use seven centralizers, not six, and again, that BP would space them evenly along the casing, not place them in sections of the borehole where they might be especially effective.[133] Gagliano also utilized an incorrect pore pressure in the reservoir zone, which could influence the model's prediction of gas flow into the cement column.[134] It is unclear, however, whether eliminating these inaccuracies could have eliminated the channeling and gas

flow predicted by the model. The use of fewer centralizers would decrease centralization, and the actual placement of two-thirds of the centralized joints was within 15 feet of the placement of the centralizers in the model.[135] In any case, the April 18 model was the most accurate model of the cementing process that existed before the blowout,[136] and it predicted that channeling would occur.[137] (As of 10 months after the blowout, Halliburton had still not produced modeling results that more accurately reflect Macondo conditions.)

BP began installing the casing at 3:30 a.m. on April 18 and finished at 1:30 p.m. on April 19.[138]

# Float Collar Installation and Conversion at Macondo 

Once the production casing string had been run, the crew turned to converting the valves in the float collar. Until this time, the float valves had been propped open by an auto-fill tube. Rig personnel needed to push the auto-fill tube down and out of place, thereby converting the float valves and allowing them to close (Figure 4.3.1). Once closed, the float valves would become one-way valves that would permit drilling mud and cement to flow down through the inside of the casing but would prevent "reverse flow" or "u-tubing."[139]

## Shoe Track Length and Placement

The shoe track is the space between the float collar and the reamer shoe at the bottom of the casing. (A **reamer shoe** is a bullet-nosed, perforated piece of equipment that guides the casing toward the center of the hole as it is lowered into the well). At the end of the cement job, this space is filled with the "tail" portion of the cement that was pumped down the well. That tail cement may be contaminated by mud scraped from the casing by the top wiper plug. Indeed, one purpose of the shoe track is to contain contaminated tail cement.

A longer shoe track increases the volume for capturing contaminated tail cement, which in turn reduces the likelihood that such cement will flow into the annular space. A larger shoe track also dilutes the impact of any contamination in the tail cement. Morel suggested the shoe track at Macondo may not have been long enough but ultimately left the decision whether to extend the length up to the well site leaders on the rig.[140] According to Guide, BP also wanted to set the shoe track deeper in the well so that it was entirely below the hydrocarbon-bearing zone.[141] Ultimately, the shoe track was not below all of the hydrocarbon-bearing zones because the total depth of the well was shallower than planned due to problems of losing returns into the formation.[142]

## Macondo Float Collar

The production casing at Macondo contained a Weatherford Flow-Activated Mid-Bore Auto-Fill Float Collar, which rig personnel had installed just above the 180-foot shoe track at the bottom of the casing string.[143]

The Weatherford float collar held two aluminum float valves set approximately 6 inches apart and propped open by an approximately 14-inch-long auto-fill tube (made out of phenolic resin).[144] As shown in Figure 4.3.17, the auto-fill tube allowed mud to flow up through the float valves while the casing string was run. Once the production casing had landed, however, the crew needed to push the tube out of the way to allow the float valves to close.

The float collar's auto-fill tube contains a 2-inch weighted ball, which is free to move within the tube but not out of it. At the top of the float assembly is a plastic cage that prevents the ball from escaping but allows mud to flow through. At the bottom is a phenolic resin collar that is less than 2 inches in diameter, which also allows mud, but not the ball, to flow through. When casing is being run, mud flowing up through the tube pushes the ball against the inside of the cage. When the casing lands, the ball falls to and plugs the bottom of the tube, leaving two small holes on the side of the tube as the only path through the tube for mud circulated down through the well.[145]

**Figure 4.3.17. Auto-fill float collar.**



Flow while casing is being lowered (left) and flow during conversion (right).

The crew converts the float valves by pumping mud down through the tube, against the ball, and out the two holes in the side. As rig personnel increase the flow rate of mud, the constricted flow path creates a differential pressure against the auto-fill tube. Once the flow rate exceeds a certain threshold, the differential pressure should break four shear pins that hold the auto-fill tube in position and force the tube downward and out of the float collar assembly. With the auto-fill tube removed, the float valves spring shut, "converting" the float collar into a one-way valve system.[146]

According to calculations based on Weatherford's specifications, the Macondo float collar assembly would have converted at a flow rate of approximately 6 barrels per minute (bpm), which would have created a 500 to 700 pounds per square inch (psi) differential pressure across the auto-fill tube.[147] Achieving the requisite flow rate through the two small holes is the only way to convert the collar. Significantly, increasing pump pressure above 500 to 700 psi would not push the auto-fill tube through and convert the valves unless the flow through the two side holes exceeds the flow rate recommended by Weatherford.

## Attempted Float Conversion at Macondo

Rig personnel prepared to convert the float collar at approximately 2:30 p.m. on April 19.[148] The crew turned on the pumps and began pumping mud down the well in an effort to establish

circulation to convert the float equipment. Morel and BP well site leader Bob Kaluza oversaw the operation.

The crew ran into a problem. They could not establish circulation (and hence had a zero flow rate), suggesting that the float collar or shoe track was somehow plugged. The crew increased pump pressure nine times before finally establishing mud circulation. They increased pump pressure to 1,800 psi, then to 1,900 psi, but could not establish circulation.[149] Rig personnel then pressured up to 2,000 psi four times but still could not circulate. The crew then pressured up to 2,250 and then 2,500 psi and again failed to establish circulation.[150] The crew then made a ninth attempt to establish circulation, pressuring up to 2,750 psi, then 3,000 psi. At 3,142 psi, the pressure finally dropped and mud began circulating down through the float collar assembly.[151] Significantly, however, the crew never thereafter achieved sustained flow rates of 6 bpm, which were  required for conversion of the float valves based on calculations using Weatherford specifications.

The rig crew sought advice from shore during these attempts to establish circulation. At 3:28 p.m., Hafle emailed a representative from Allamon, another equipment supplier, and asked for the specifications of the auto-fill float equipment. The Allamon representative responded and suggested "rocking the casing in 1000 psi increments up to 5,000 psi."[152] Morel called Clawson at Weatherford, reported that they could not break circulation, and asked how much pressure could be applied.[153] After checking with the Weatherford engineering department, Clawson called back Morel and told him they could increase pressure up to 6,800 psi.[154] However, he also told Morel that at 1,300 psi the ball would pass through the bottom of the auto-fill tube without converting the floats.[155] Morel called Guide onshore and received permission to increase pressure to 2,200 psi.[156] The crew pressured up to 2,250 and then 2,500 psi but still failed to establish circulation.[157] Guide later gave permission to increase pressure to 5,000 psi.[158]

Questions remained after establishing circulation. At 5:30 p.m. on April 19, Clawson of Weatherford emailed BP's Morel inquiring about progress.[159] Morel responded, "[W]e blew it at 3140, still not sure what we blew yet," indicating the rig crew did not know what they had dislodged with the amount of pressure applied.[160] Kaluza said, "I'm afraid we've blown something higher up in the casing string."[161] Hafle said, "Shifted at 3140 psi. Or we hope so."[162] Despite these uncertainties, the rig crew proceeded onward.

## Low Pressure After Circulation Established

After establishing circulation, BP observed another anomaly. The pump pressure required to circulate mud through the well was significantly lower than expected.[163] As shown in Table 4.3.1, mud engineers from M-I SWACO had calculated that 370 psi would be required to circulate at 1 bpm and 570 psi at 4 bpm post-conversion. However, after the crew established circulation, it took only 137 psi to circulate at 1 bpm, which made Kaluza uncomfortable.[164] The crew increased circulation to 4 bpm, which required only 340 psi of pressure—230 psi less than M-I SWACO had predicted.

The low circulating pressure raised concern among personnel on the rig floor.[165] Kaluza spoke to Morel, who was on the rig.[166] Morel called Guide onshore, who agreed the pressures appeared low.[167] Cocales asked M-I SWACO to rerun its model to confirm that the original calculations had not been mistaken; M-I SWACO's models continued to predict substantially higher circulating pressures than actually observed.[168]

Case 2:10-md-02179-CJB-DPC  Document 2005  Filed 04/18/11  Page 31 of 32

Guide and Kaluza instructed the crew to switch from pump 4 to pump 3 to see if changing pumps might change the circulation pressure.[169]  They observed a slightly higher circulation pressure (396 psi at 4 bpm) after switching pumps, but this was still significantly lower than the expected pressure.[170]

**Table 4.3.1.  Low pressure observed after circulation established.**

| Circulation Rate | 1 bpm | 4 bpm |
|---|---|---|
| Pressures Observed | 137 psi[171] | 340 psi (on pump 4)[172]<br>396 psi (on pump 3)[173] |
| Pressures Modeled | 370 psi[174] | 570 psi[175] |

At Guide's suggestion, the crew checked whether the Allamon **diverter** in the drill pipe might be leaking.  The diverter is a valve opened during casing installation to allow drilling fluid flowing up inside the casing to flow into the annulus and back to the surface.  At Macondo, the diverter was located in the drill pipe, above the wellhead at a final depth of 4,424 feet.[176]  The test confirmed the diverter was closed.[177]  Morel and Kaluza considered the possibility of a breach somewhere in the casing string.[178]  However, they determined that a leak in the casing could not be fixed at the moment and, if present, would be revealed by later pressure tests (such as the positive pressure test).[179]

BP never resolved the low circulation pressure issue, concluding instead based on discussions with the rig crew that the pressure gauge was likely broken.[180]  Morel and others felt comfortable proceeding because of the fact that the cement would be pressure tested later.[181]  According to BP interview notes, Kaluza later described the low circulation pressure as an anomaly and said that after he had discussed it with Guide and well operations advisor Keith Daigle, Guide instructed Kaluza to begin pumping cement.[182]

# Pre-Cementing Wellbore Conditioning at Macondo

## Circulation After Landing the Long String

After converting the float valves, BP circulated mud again to clean the inside of the production casing string, remove any debris and cuttings dislodged by the casing installation, and condition the mud in the wellbore for cementing.

## Planned Pre-Cement Circulation Volumes and Rates

An API recommendation from May 2010 was to circulate a minimum of 1.5 annular volumes or one casing volume after casing installation, whichever is greater.[183]  Had this recommendation been in place at Macondo, this would have meant circulating 4,140 barrels (bbl) of drilling fluid. Halliburton recommends performing at least one full bottoms up circulation on a well before pumping a cement job.[184]  This standard would have required BP to circulate 2,760 bbl of drilling fluid through the wellbore.[185]

Early BP drilling plans discussed pre-cementing circulation but did not call for a full bottoms up circulation. Omitting a full bottoms up is not unusual at deepwater wells because of the large mud volumes involved—circulating bottoms up could have taken as long as 12 hours at Macondo.[186] BP's September 2009 and January 2010 drilling programs called for circulating and conditioning 1.5 × pipe volume of drilling fluid "unless loss returns are experienced."[187] Although the plan did not specify which "pipe" volume it was referring to, circulation volumes are typically based on the volume of the casing used. The total long string casing and drill pipe volume at Macondo was 884 bbl, so it appears the plan called for the rig crew to circulate 1,326 bbl of mud before cementing.[188]

BP changed its plans in response to the April 9 lost circulation event, decreasing both the pre-cementing circulation volume and rate in order to reduce ECD. BP's April 12 plan thus called for circulating volume equal to one casing plus drill pipe capacity if hole conditions allowed, at a reduced rate of 8 bpm.[189] In its subsequent April 15 plan, BP further lowered the pump rate to "reduced rates (3 bpm) based on MI-SWACO models to keep ECD below 14.5 ppg."[190]



**Figure 4.3.18. BP's pre-cementing mud circulation.**

Estimated "Marker" Position With Cementing Completed

Estimated Bottoms Up "Marker" Position When Cementing Started

TrialGraphix

Even after receiving full returns during circulation on April 16, BP engineers remained concerned about lost returns during pre-cementing circulation.[191] They feared that circulating too extensively could damage the inside of the wellbore or instigate another lost returns event.[192] Onshore, Walz discussed whether to circulate full bottoms up with Gagliano late in the morning on April 19.[193] Afterward, Walz also spoke with Guide about circulation.[194] Ultimately, Guide recommended against circulating bottoms up because of concern over lost returns and gave approval to begin cementing.[195] On the rig, Halliburton cementing engineer Nathaniel Chaisson brought up the idea of circulating a full bottoms up but was told by a BP well site leader that a lower volume would be pumped.[196] Halliburton's April 18 cementing proposal lists reduced volumes, calling for 111 barrels at 1 bpm, followed by 150 barrels at 4 bpm for a total of 261 bbl.[197] Chaisson noted in the April 18 plan that the volumes and pump rates listed were "as per co. man,"[198] indicating that one of the BP well site leaders had provided it.

## Pre-Cement Circulation Volumes and Rates

At approximately 4:18 p.m. on April 19, the rig crew re-established mud circulation after running the long string.[199] The rig crew then circulated a total of approximately 350 barrels of mud at rates up to 4 bpm before beginning the cementing process.[200] This figure exceeds the 261 bbl called for in the April 18 Halliburton cement job procedure[201] but is significantly lower than the 2,760 bbl required for a full bottoms up.[202]