rushed past, it pushed and lifted the paddle. The Hitec system inferred the rate of flow from the degree of paddle elevation. Sperry-Sun, by contrast, used a sonic-type sensor.[42] The sensor emitted a beam to ascertain the height of the fluid. The Sperry-Sun system inferred the rate of flow from the fluid level.[43]

The Hitec flow-out sensor was located in the return flow line before the line forked to either send returns to the pits or send them overboard.[44] The Sperry-Sun sensor was located after the fork, capturing flow-out only when returns from the well were routed to the pits.[45] (Positioning of both sensors is illustrated in Figure 4.7.5.) This means that the Hitec flow-out sensor could register returns going overboard, but the Sperry-Sun sensor could not.[46]

In addition to the data display systems, the rig also had video cameras that monitored key areas and components, including the rig floor and the flow line. The flow line camera (also illustrated in Figure 4.7.5) simply pointed at the flow line. Like the Sperry-Sun flow-out sensor, this camera was located after the fork; rig personnel could use it to observe flow returning to the pits but not flow that had been routed overboard.[47] When returns were sent overboard, rig personnel could still visually inspect for flow but could not do so using the video camera. They had to physically look behind the gumbo box (which was located before the fork).[48]

**Figure 4.7.5. Flow-out sensors and flow line camera.**



TrialGraphix

**The Sperry-Sun flow-out sensor and the rig's flow line camera could not register returns going overboard. The Hitec flow-out sensor could, but data from the Hitec flow-out sensor sank with the rig.**

The rig's sensors and display equipment appear to have been working properly at the time of the blowout. There is no evidence that the Sperry-Sun system malfunctioned. It continued recording and transmitting data up until the first explosion. The Hitec system was also "in satisfactory condition," as an April 12 rig condition assessment recorded in some detail.[49]

The crew had expressed some complaints about the driller's and assistant driller's control chairs, known as the "A-chair" and "B-chair" respectively.[50] The computer system powering the chairs' controls and displays had "locked up" or crashed on several occasions.[51] When this happened to the A-chair, the driller's screens would either freeze or revert to a blank blue screen, disabling real-time data display on the screen and requiring the driller to move to the adjacent B-chair.[52] In response, Transocean replaced the chairs' hard drives.[53] This appears to have corrected the problem.[54] The April 12 assessment found that the software on all of the chairs "was stable and had not shown (excessive) crashes."[55] There is no evidence that the chairs malfunctioned on April 20.[56]

## Personnel and Places

### On the Rig

Rig data are available in various forms to personnel on the rig and onshore. The Hitec data, Sperry-Sun data, and video feeds were all available to personnel on the rig, in real time, anywhere there was a television.[57] Certain individuals had more extensive data displays depending on their level of well monitoring responsibility.

On the *Deepwater Horizon*, the Transocean driller and assistant driller, and the Sperry Drilling mudlogger, were directly responsible for well monitoring.

The **driller** was responsible for monitoring well conditions at all times, interpreting and responding to downhole conditions, and securing the well in a well control situation (see Figure 4.7.6).[58] The driller sat in the A-chair in the drill shack. He normally monitored three screens: two screens in front of him that displayed Hitec data and a screen to the side with

**Figure 4.7.6. Transocean's *Deepwater Horizon* Emergency Response Manual.**



**2   DETECTION**

Detection of a kick (intrusion of liquid or gas into the wellbore) is the responsibility of the Driller. The Driller and his crew will continuously monitor the surface system indicators

Upon detecting a kick, the Driller is trained to shut the well in quickly. In fact, the speed with which this is accomplished will determine the severity of the situation.

Transocean

Sperry-Sun data.[59] He also had a screen with live video feeds and a window straight ahead with a direct view of the rig floor.[60] The driller was supposed to actively look at his data screens during well operations.[61] He contemporaneously recorded rig activities for each day's daily drilling report.[62]

The driller was the central point of contact for all well control concerns: Anyone with "an understanding of something that may have indicated a well control event, would have called back to the driller, most likely, and informed him."[63] He was the one who had the most information about current operations on the rig and the ability to react to them.[64]

The assistant driller was also responsible for monitoring the well and taking well control actions. He served as a crucial backup and assist to the driller. The assistant driller was expected to have "a comprehensive understanding of well control" and "be able to recognize the signs of a well kick or blowout before it develops into an emergency condition."[65] He assisted the driller in monitoring the drilling instrumentation and recognizing and controlling well conditions.[66] As part of that assistance, he monitored the pit volumes and from time to time would go to the pits and check in with the derrickhand to make sure all was well.[67]

There were two assistant drillers on duty at any one time. One sat in the B-chair, adjacent to the driller in the drill shack.[68] He had access to the same screens as the driller. If there was activity on the deck—like pipe handling—another assistant driller would sit in the "C-chair" in the auxiliary driller's shack.[69] Although the assistant drillers had many responsibilities, at least one should have been monitoring the well at any given time.[70]

The Sperry Drilling mudlogger also monitored the well, serving as a second set of eyes for the Transocean crew.[71] BP specifically contracted the mudloggers for this purpose.[72] It was the mudloggers' duty to continuously monitor operations and provide well and drilling data upon request. They watched the data but did not have any control over rig operations and could not respond directly themselves. If the mudloggers identified problems, they would notify the driller (or drill crew).[73]

The mudlogger sat in the mudlogger's shack, one flight of stairs away from the drill shack.[74] He had 12 monitoring screens arranged in two rows of six. These screens displayed both Hitec and Sperry-Sun data.[75] Among the screens, the mudlogger had a display to the left showing all of the rig's pit volume levels. Below that, the mudlogger had a graphical log and a digital readout of the Hitec numbers.[76] He also had a screen with live video feed from the rig's cameras—he could switch between channels showing the flow line, the rig floor, and other areas.[77] In addition to monitoring the well, the mudlogger performed formation analysis when the rig was drilling and provided data printouts and reports.[78]

Several individuals supervised well monitoring work by the driller, assistant driller, and mudlogger.

The BP **well site leader** had responsibility for overseeing all operations on the well. That responsibility involved delegating duties like minute-by-minute monitoring of data.[79] Some well site leaders did monitor the well during critical operations.[80] To facilitate such monitoring, the well site leaders' office had screens that constantly displayed the Hitec data, Sperry-Sun data, and live video feeds.[81] The Sperry Drilling mudloggers reported to the BP well site leader.

The Transocean **toolpusher** supervised the driller and ensured that all drilling operations were carried out safely, efficiently, and in accordance with the well program.[82] That included confirming that all well control requirements were in place, performing all well control calculations, and assisting in killing the well in emergency situations.[83] The toolpusher was generally on the rig floor at all times, had access to the driller's and assistant driller's monitors, and had a small office inside the drill shack.[84]

The toolpusher reported to the **senior toolpusher**. The senior toolpusher had a similar job description as the toolpusher but was one level higher in the hierarchy.[85] Although he had no continuous role in operations and was not generally on the rig floor, the senior toolpusher was supposed to be consulted when there were anomalies or emergencies. In a well control event, the senior toolpusher organized response actions and acted as a liaison to the well site leader.[86] The senior toolpusher reported to the offshore installation manager.

The **offshore installation manager (OIM)** was the senior-most Transocean drilling manager on the rig and oversaw the entire Transocean crew. He assisted with abnormal or emergency situations.[87] Both the senior toolpusher and OIM had separate offices away from the rig floor, near their living quarters, that included data displays.[88]

## Onshore

Onshore, only the Sperry-Sun data were available in real time.[89] The Hitec data and video feeds did not go to shore.[90]

BP personnel could view the Sperry-Sun data in their Houston offices and in an operations room for the *Deepwater Horizon* that had dedicated data displays.[91] They could also view the data over a secure Internet connection.[92] Personnel at Anadarko and MOEX could access the Sperry-Sun data onshore as well.[93] BP, Anadarko, and MOEX appeared to have used real-time data to examine geological and geophysical issues.[94]

Sperry Drilling personnel could access the Sperry-Sun data in their Houston real-time center and Lafayette operations office.[95] They appeared to have used their access to provide customer support and quality control.[96]

None of the entities receiving the Sperry-Sun data onshore appears to have monitored the data for well control purposes.[97] (Transocean did not receive data onshore.[98])

**Table 4.7.1. Personnel and places with access to the rig's Sperry-Sun data.**

| Rig: Responsible for Monitoring Data | Rig: Accountable for Operations | Onshore: Could Access Data in Real Time |
|---|---|---|
| • Transocean driller<br>• Transocean assistant driller<br>• Sperry-Sun mudlogger | • BP well site leader<br>• Transocean OIM<br>• Transocean senior toolpusher<br>• Transocean toolpusher | • BP<br>• Anadarko<br>• MOEX<br>• Sperry-Sun |

# Well Monitoring at Macondo 

It is difficult to know exactly what data screens rig personnel were looking at during their final hours on the *Horizon*.[99] There were multiple screens, with multiple data types, and each was highly customizable.[100] This Report relies on the Sperry-Sun historical log for its data analysis because that log is the only surviving dataset and display from the rig.[101]

The Sperry-Sun data log is valuable. This log (or something very close to it) was "the actual log that they were watching on the Horizon"[102]—it was displayed on one of the several screens in front of the driller, assistant driller, mudlogger, and company man. The drill pipe pressure presented on the Sperry-Sun screen was collected from Transocean's Hitec data sensors. Accordingly, the data values shown on the available Sperry-Sun screen formats would also have been shown on the Hitec screens.

Witness accounts suggest that the driller, assistant driller, and mudloggers all watched the Sperry-Sun data log.[103] The numerical values reflected in the data log would have been available on other screens as well.[104] And one can reasonably expect that rig personnel monitoring the well would have had (or should have had) pit volumes, flow-out, flow-in, and drill pipe pressure reflected in the log somewhere on their screens—no matter the format.[105]

At the same time, the Sperry-Sun data have significant limitations. The log is not fully inclusive: It does not contain data from the Hitec flow-out sensor. And scrutinizing the complete log carefully in retrospect is significantly different from monitoring it in real time, while the trend lines are developing.[106]

## The First Hour

After cementing the production casing and conducting pressure tests that had been deemed successful, the crew moved on to the remainder of the temporary abandonment procedure. The crew would displace mud and spacer from the riser with seawater. There were several stages in the planned displacement. First, rig personnel would pump seawater down the drill pipe to displace mud from the riser until the spacer fluid behind the mud reached the rig floor. They would then shut down the pumps and conduct a "sheen test." That test would confirm that the crew had displaced all of the oil-based mud from the riser. The crew would then change the lineup of valves to send further returns from the well (spacer) overboard rather than to the mud pits. They would then resume the displacement until all of the spacer was out of the wellbore and the riser was full of nothing but seawater.[107]

At the start of the displacement process, Transocean driller Dewey Revette was in the drill shack's A-chair, monitoring the well. Transocean assistant driller Stephen Curtis was likely in the drill shack's B-chair, also monitoring the well.[108] BP well site leader Don Vidrine was in the drill

**Figure 4.7.7. Rig personnel on duty during the final displacement.**





TrialGraphix

shack to oversee the initiation of the displacement.[109] Donald Clark, the other Transocean assistant driller, was at the bucking unit (a machine for making up pipe) on the port aft deck, working with personnel from Transocean, Weatherford, and Dril-Quip to prepare for setting the lockdown sleeve.[110] Sperry Drilling mudlogger Joseph Keith was in the mudlogger's shack, monitoring the well.[111]

At 8:02 p.m., the crew began displacing the mud and spacer in the riser with seawater.[112] The pumps were not lined up in a closed-loop system. Instead, the crew was pumping seawater from the ocean through the sea chest and into the well. This bypassed the pits. Returns from the well were flowing into the active pits (in this case, pits 9 and 10).[113] As a result, individuals monitoring the well could not rely on the "pit volume change" display.[114] To monitor pit gain, rig personnel would have had to perform volumetric calculations comparing the increase in pit volume (reflecting returns) against the volume of seawater pumped into the well (pump strokes × volume per stroke).[115] There is no evidence, one way or the other, as to whether the crew performed such volumetric calculations.

This setup should not have impaired rig personnel's ability to monitor flow-out versus flow-in. However, the flow-out readings appear to have been more erratic than readings captured the previous day (seen in Figure 4.7.8). This may be because cranes were moving on the rig's deck, causing the rig to sway and thus affecting the level of fluids in the flow line.[116] Otherwise, flow-out appeared normal.[117]

**Figure 4.7.8. Erratic vs. normal flow-out.**



Sperry-Sun data/TrialGraphix

**Flow-out readings appear to have been more erratic than normal during the final displacement, perhaps because crane operations were causing the rig to sway.**

This setup also should not have impaired rig personnel's ability to monitor drill pipe pressure. The drill pipe pressure appears to have behaved as expected. It rose initially as the pumps turned on and then decreased gradually as lighter seawater replaced the heavier mud and spacer in the riser. At 8:10 p.m., mud engineer Leo Lindner looked at the drilling screen and "thought everything was fine."[118] At 8:16 p.m., the data showed an increase in gas units—not atypical at the start of circulation.[119] The gas readings then tapered off as the last of the mud left the wellbore.[120]

From 8:28 to 8:34 p.m., the crew emptied the trip tank (pit 17), with the fluid going into the flow line and pits with the rest of the returns. This complicated the monitoring of both the pits and flow-out. To accurately monitor either parameter, the crew had to perform calculations to subtract the effect of emptying the trip tank from the pit volume and flow-out readings that appeared on-screen. It is unknown whether the crew did so.

At 8:34 p.m., the crew did three things simultaneously. They (1) directed returns away from the active pits (pits 9 and 10) and into a reserve pit (pit 7); (2) emptied the sand traps into the active pits (pits 9 and 10); and (3) began filling the trip tank (pit 17).[121] Each of these actions further complicated pit monitoring for well control purposes. The active pit system was eliminated as a well monitoring tool. In order to know the volume coming out of the well, the crew had to perform calculations taking into account that returns were going to two different places—the reserve pit (pit 7) and the trip tank (pit 17). In addition, routing returns to the trip tank bypassed the flow-out meter, so the flow-out reading appeared artificially low and had to be added to the rate of entry of fluids into the trip tank to ascertain actual flow-out.[122] Again, it is unknown whether the crew was performing any such calculations. In addition, communication between the rig crew and mudlogger may have broken down at this time: The drill crew did not inform Keith about the switch in pits.[123] Keith did notice a slow gain in the active pits and called M-I SWACO mud engineer Leo Lindner to inquire; Lindner said they were moving the mud out of the sand traps and into the active pits.[124]

> **Trip Tank.** A trip tank is a small tank. Its primary purpose is to hold fluid that the drill crew may need to rapidly send into the well, for example, to compensate for the volume removed when pulling out the drill pipe (known as tripping the pipe). The drill crew also uses the trip tank to monitor the well. The trip tank is situated between the well and the mud pits. When emptied, fluid from the trip tank goes into the return flow line, past the flow-out meters, and into the same pits as the returns from the well. The *Horizon* had two trip tanks.

At 8:49 p.m., the crew again rerouted returns, this time from one reserve pit (pit 7) to another (pit 6). At about this time, the displacement process had underbalanced the well. The combined hydrostatic pressure at the bottom of the well (generated by the mud and spacer still in the riser, the seawater in the riser and the well, and the mud remaining in the well beneath 8,367 feet below sea level) dropped below the reservoir pressure.

Transocean's post-explosion analysis estimates that the well became underbalanced at 8:50 p.m.[125] BP's post-explosion modeling estimates that the time was 8:52 p.m.[126] Given the failed bottomhole cement job, hydrocarbons would have begun flowing into the well at this time.

At 8:52 p.m., Vidrine called BP's shoreside senior drilling engineer Mark Hafle to ask about the procedure for testing the upcoming surface cement plug. Hafle asked Vidrine if everything was OK. Hafle had the Sperry-Sun real-time data up on-screen in front of him. It does not appear that the two discussed the rig crew's handling of the displacement or rig activities complicating well control monitoring.[127]

In retrospect, it does not appear there were (or would have been) any signs of a kick prior to about 9 p.m. Nevertheless, between 8 and 9 p.m., rig personnel did not adequately account for whether

and to what extent certain simultaneous operations, such as emptying the trip tanks, may have confounded their ability to monitor the well.

## Indications of an Anomaly as Early as 9:01 p.m.

Just before 9 p.m., Keith left the mudlogger's shack to take a short break.[128] He notified the drill crew (by calling Curtis) and then stepped out.[129] He went downstairs, used the restroom, got a cup of coffee, and smoked half a cigarette.[130] He was apparently gone for about 10 minutes before returning to his post.[131]

At 8:59 p.m., the crew simultaneously decreased the pump rate on all three pumps and began emptying the trip tanks.[132] The decrease in the pump rate should have caused a decrease in the flow-out, but because emptying the trip tanks sent additional fluid flowing past the flow-out meter, the flow-out reading actually increased. That increase potentially masked any sign of a kick from the flow-out reading.[133]

At 9:01 p.m., drill pipe pressure changed direction. Instead of continuing to steadily decline, it began to increase. This change in direction was a significant anomaly. If lighter seawater were replacing the heavier mud and spacer in the riser as should have been the case, drill pipe pressure should have continued to drop, as it had done for at least the previous 40 minutes.[134] In retrospect, this change in drill pipe pressure likely indicated that hydrocarbons were pushing heavier mud up from the bottom of the well against and around the drill pipe.

By 9:08 p.m., with the pump rates constant, drill pipe pressure had increased by approximately 100 pounds per square inch (psi). The magnitude of the increase would have appeared subtle on the Sperry-Sun screen showing only trend lines, but it likely would not have been subtle on the numerical displays.[135]

The change in direction was by now clear and clearly anomalous. An individual who saw the drill pipe pressure increase should have been seriously concerned and should have investigated further.[136] But Keith, who would have returned from his break by that time, reviewed the logs for the period he was absent and did not notice any indication of a problem: "I went back over it and looked, and to my recollection, I didn't see nothing wrong."[137]

At 9:08 p.m., after the top of the spacer column reached the rig, the crew shut down the pumps and switched the lineup to route returns overboard.[138] Keith looked at the video feed from the flow line camera and visually confirmed that there was no flow.[139] He likely communicated this to the rig floor.[140] According to Vidrine, who was on the rig floor, everything looked fine.[141]

Everything was not fine. For about a minute after the pumps stopped, flow-out continued beyond the *Horizon*'s typical flow-out signature.[142] This was a kick indicator (Figure 4.7.9 depicts a typical flow-out signature at 4:52 p.m. and the 9:08 p.m. spike). A driller, assistant driller, or mudlogger watching the screen could have seen it.[143] Instead, they thought they had visual confirmation of no flow, based at least on Keith's observations.[144]

**Figure 4.7.9.  Typical flow-out signature vs. spike at 9:08 p.m.**



Sperry-Sun data/TrialGraphix

**For about a minute after the pumps stopped at 9:08 p.m., flow-out continued beyond the *Horizon*'s typical flow-out signature.**

There are several possible explanations for this contradiction: (1) Keith may have seen some flow but attributed it to residual flow; (2) Keith may not have looked at the camera for long enough to realize that it was not residual flow;[145] (3) the flow may have been too modest to detect from the video feed;[146] or (4) the flow may already have been rerouted overboard before Keith performed his flow check.[147] Rig personnel could have performed a secondary flow check by sending someone to physically look behind the gumbo box, but apparently they did not do so.  On many rigs (including the *Horizon*[148]), this would have been a common practice, especially if rig personnel had noted anomalies.[149]

By 9:10 p.m., the crew had rerouted returns overboard.  Doing so bypassed the pits, the Sperry-Sun flow-out meter, and the gas sensors.[150]  That equipment could no longer be used to monitor the well.  The flow did not bypass the Hitec flow-out meter, but for some reason—perhaps malfunction, perhaps neglect—data from that meter never alerted the crew to the kick.  At about the same time that they rerouted returns overboard, the crew also transferred mud from the active pits (pits 9 and 10) to the reserve pit that had been taking returns from the well (pit 6).

The crew probably made this pit transfer to prepare for cleaning out the active pits (pits 9 and 10).[151] The immediacy of the transfer suggests that the crew did not take the time to compare the volume of fluid pumped into the well with the volume of fluid returned from the well.

Meanwhile, the mud engineers conducted the sheen test and communicated to the drill shack that it passed. Vidrine directed the crew to get in place to start sending returns overboard and ordered the displacement to begin again. He then returned to his office and did paperwork.

During the course of these activities, drill pipe pressure gradually increased. From 9:08 to 9:14 p.m., while the pumps were shut down, drill pipe pressure increased by approximately 250 psi (see Figure 4.7.10). This was a significant anomaly.[152] By 9:14 p.m., the increase would have been noticeable and a cause for concern.[153] The driller apparently missed this increase, perhaps because "having looked and seen 60 seconds of constant pressure...he may have then turned to do the next step in the process which was line up another mud pump to pump down the kill lines."[154] It is unclear why the assistant driller and the mudlogger also missed the increase.[155]

**Figure 4.7.10.  Drill pipe pressure anomalies from 9:01 to 9:14 p.m.**



Sperry-Sun data/TrialGraphix

**At 9:01 p.m., drill pipe pressure changed direction.  By 9:08 p.m., with the pump rates constant, drill pipe pressure had increased by approximately 100 psi.  From 9:08 to 9:14 p.m., while the pumps were shut down, drill pipe pressure increased by approximately 250 psi.  Each of these changes in drill pipe pressure was an anomaly that should have prompted rig personnel to stop and investigate, but the signs apparently went unnoticed.**

At 9:14 p.m., the drill crew turned the pumps back on: first, pumps 3 and 4 at 9:14 p.m., then pump 1 at 9:16 p.m. Keith called Curtis and asked why the drill crew was turning the pumps on gradually and not at full rate. Curtis replied, "That's the way we're going to do it this time."[156] Shortly after 9:17 p.m., the crew also turned on pump 2 to pump down the kill lines. Within seconds of turning on pump 2, the pressure relief valve (PRV) on pump 2 blew.[157] The PRV probably blew because the crew had inadvertently started the pump against a closed kill line valve (a rare but not unheard-of mistake).[158]

After the PRV blew, at 9:18 p.m., the crew shut down the primary pumps (pumps 3 and 4). They left the riser boost pump (pump 1) on. The driller organized a group of individuals including Clark to go to the pump room and fix the PRV on pump 2.[159] In addition, the driller ordered someone to open up the closed kill line valve that had caused the PRV to blow.[160]

At 9:20 p.m., the drill crew restarted the primary pumps (pumps 3 and 4). Transocean senior toolpusher Randy Ezell called the drill shack and spoke with toolpusher Jason Anderson. He

asked how the displacement was going. Anderson said, "It's going fine. It won't be much longer...I've got this."[161] From 9:14 to 9:27 p.m., the data did not clearly reflect any anomalies. The return flow bypassed the pits, Sperry-Sun flow-out meter, and gas sensors. Drill pipe pressure appeared to be behaving roughly as expected—increasing as the pumps ramped up and then decreasing as seawater replaced the last of the spacer.[162]

## Drill Crew Notices Anomaly but Does Not Treat It as a Kick

By 9:27 p.m., an obvious anomaly appeared. The pressure on the kill line—now discernable because the drill crew had just opened up the previously closed kill line valve—rose to approximately 800 psi.[163] This kill line pressure was anomalous.[164] The crew noticed a "differential pressure" between the kill line (approximately 800 psi) and the drill pipe (approximately 2,500 psi).[165] At 9:30 p.m., they shut down the pumps to investigate.[166]

Around that time, Transocean chief mate David Young went to the drill shack to speak with Anderson and Revette about the timing of the surface plug cement job.[167] Revette, sitting in the driller's A-chair, and Anderson, standing next to him, were speaking to each other.[168] At times, they looked at the driller's screens.[169] Revette noted that they were "seeing a differential."[170] The two men appeared concerned but calm. According to Young, "It was quiet...there was no panic or anything like that."[171]

From 9:30 to 9:35 p.m., drill pipe pressure increased by approximately 550 psi (see Figure 4.7.11). This was another significant anomaly: With the pumps shut off, there should have been no movement with the well.[172] (The increase might have reflected mud continuing to travel up the wellbore with oil and gas below.)[173] Revette and Anderson were intently watching the screens, but they did not shut in the well. Instead, Revette ordered Transocean floorhand Caleb Holloway to bleed off the drill pipe pressure[174]—apparently to eliminate the differential pressure. At 9:36 p.m., Holloway cranked open a valve on the stand pipe manifold to bleed down the pressure.[175] But it was taking longer than usual to bleed off.[176] Revette told Holloway, "Okay, close it back."[177]

**Figure 4.7.11. Drill pipe pressure and kill line pressure anomalies from 9:27 to 9:40 p.m.**



Sperry-Sun data/TrialGraphix

At 9:27 p.m., kill line pressure reached approximately 800 psi. From 9:30 to 9:35 p.m., while the pumps were shut down, drill pipe pressure increased by approximately 550 psi. After the crew attempted to bleed it down, at 9:38 p.m., drill pipe pressure again shot up, by approximately 600 psi. Each of these anomalies was a sign that fluids were moving in the well. Despite observing those signs, the crew did not yet shut in the well.

Once he did, at 9:38 p.m., the drill pipe pressure shot back up. It increased by approximately 600 psi. Again, the increase was a serious anomaly.

By this point, rig personnel had observed several serious anomalies. Each was "a sign that fluids are moving" in the well.[178] Those anomalies should have "caused alarm."[179] But there appears to have been no hint of alarm.

The crew actively investigated the anomalies and performed diagnostic interventions. But it appears that the crew did not perform the most basic kick detection intervention—a flow check. If they had done so, they would have directly seen flow coming out of the well and should have shut in the well.[180] The fact that the crew apparently did not perform a flow check suggests that Revette and Anderson either did not consider or had already ruled out the possibility of a kick.

Anderson thought "it would be a little bit longer" before they figured out the differential pressure and told Young that they probably wouldn't need him for the cement job meeting for another couple of hours.[181] According to Young, Anderson "wasn't sure if they were going to need to circulate."[182] Anderson then left to go to the pump room.[183] Young also left at about the same time.[184] He ran into Holloway, who was coming down from the stand pipe manifold; they spoke for a couple of minutes and joked.[185] There was no sign of concern or hurry.[186]

Not long afterward, Holloway was leaving the rig floor and ran into Curtis. Curtis was on his way to the drill shack. He was in no rush. Curtis and Holloway spoke for a few minutes.[187]

Throughout this period of investigation, the drill crew did not communicate with the mudlogger about the anomaly.[188] Nor did they contact the senior toolpusher, OIM, or well site leader to ask for their help or to notify them that something was amiss.

## Mud Overflow and Recognition of the Anomaly as a Kick

Sometime between 9:40 and 9:43 p.m., mud overflowed onto the rig floor, shot up to the top of the derrick, and poured down onto the main deck.[189] By about that time, drill pipe pressure had decreased by approximately 1,000 psi. At 9:41 p.m., the trip tank (pit 18) abruptly gained about 12 barrels in volume. The crew likely routed flow back to the trip tank intentionally to help diagnose whether the riser was static.[190] The gain showed that there was still flow from the well up the riser.

At about the same time, Anderson returned to the drill shack. At 9:41 p.m., he activated the blowout preventer's (BOP's) annular preventer.[191] Drill pipe pressure began to increase (as it should when a well is shut in). By now, gas would already have been in the riser, expanding rapidly on its way to the surface. This may have made it more difficult to successfully activate the blowout preventer. In any case, even if the crew had successfully shut in the well, they should have expected flow from the well to continue at least until all of the gas in the riser had escaped.

Interviews and testimony after the blowout recount what happened next. Anderson called Vidrine to say the crew was getting mud back and had diverted flow to the mud gas separator and closed the annular.[192] Curtis called Ezell and said: "We have a situation. The well is blown out. We have mud going to the crown.... [Anderson] is shutting it in now."[193] Someone, perhaps Revette, called Andrea Fleytas on the bridge, said "We have a well control situation," and hung up.[194] Vidrine started for the rig floor.[195] Ezell did the same.[196] Fleytas turned to Yancy Keplinger and yelled, "We're in a well control situation."[197] Keplinger radioed the *Damon Bankston*,

alongside the rig,[198] and told the vessel to disconnect and move off 500 meters. The *Horizon* was in a well control situation.[199]

Although Anderson had activated the annular preventer, that action had not fully shut in the well. Instead of reaching the expected shut-in pressure (approximately 6,000 psi), drill pipe pressure plateaued at about 1,200 psi.[200] In response, the drill crew either tightened the annular to create a seal or activated a variable bore ram.[201] At 9:47 p.m., drill pipe pressure increased dramatically. At this point, the well may have been shut in.[202]

At 9:48 p.m., pit 20 abruptly gained 12 barrels in volume. The data also show an increase in active pit volume (pits 9 and 10) and several upward spikes in flow-out. Flow from gas already in the riser might have been jostling the rig or otherwise overwhelming the rig's systems.[203]

The first explosion happened at 9:49 p.m. At the time, Anderson, Revette, and Curtis were in the drill shack, trying to get the well under control. Vidrine had been on his way to the drill shack but, seeing mud blowing everywhere,[204] turned back toward the bridge.[205] Ezell was at the doorway of his office, on his way to the rig floor. Clark and three others were in the pump room; they had just finished fixing the PRV.[206] Keith was in the mudlogger's shack, apparently surprised that anything went wrong.[207] Transocean OIM Jimmy Harrell was in the shower, with no knowledge that there had been a well control situation.[208]

# Technical Findings

The data available to rig personnel showed clear indications of a kick.[209] The change in direction of drill pipe pressure (9:01 p.m.) and its subsequent steady increases (9:01 to 9:08 p.m., 9:08 to 9:14 p.m.) should have been a cause for concern but apparently went unnoticed. Even after the drill crew noticed an anomaly (9:30 p.m.), they do not appear to have seriously considered the possibility that a kick was occurring.

The anomaly the rig crew noticed at 9:30 p.m. and discussed occurred before hydrocarbons had entered the riser and 10 to 13 minutes before mud appeared on the rig floor. If the rig crew had at all considered that a kick might be occurring, they had plenty of time to activate the blowout preventer.

## Rig Activities Potentially Confounded Kick Detection

The crew on the *Deepwater Horizon* engaged in a number of concurrent activities during displacement of the riser. Each could have interfered with the data.[210]

First, rig personnel were pumping seawater directly into the well from the sea chest. The crew had to pump water in from the sea chest for the displacement. But pumping it in directly from the sea chest to the rig pumps, thereby bypassing the pits, made it harder for the crew to monitor the pits. It created a non-closed-loop system that made it impossible to detect a kick by visually monitoring pit gain. Instead, pit monitoring required volumetric calculations. The crew could have, and should have, performed those calculations[211]—it was the rig crew's regular practice to do so[212]—but there is no evidence that they did so here. They also could have routed the seawater through the active pit system before sending it down the well.[213] That approach would have preserved visual monitoring of pit gain.

Second, rig personnel sent returns overboard during the latter part of the displacement. Sending returns overboard was an inherent part of the displacement. But pumping it directly from the well overboard—bypassing the pits, Sperry-Sun flow-out meter, and both gas meters—eliminated the crew's ability to monitor the pits and the Sperry-Sun flow-out meter for kick indicators.[214] The crew could still monitor the well by using the Hitec flow-out meter and by physically checking the overboard line whenever the pumps were stopped. But there is no evidence that they did so. The crew could also have lined up the displacement so that it did not confound well monitoring by taking returns to the pits first and then channeling it overboard.

Third, rig personnel were using the cranes. From early in the displacement (about 8:20 p.m.) until the explosion, rig personnel were operating one or both of the cranes.[215] Crane movement can cause the rig to sway,[216] affecting the flow-out levels and pit volumes,[217] and "complicat[ing] kick recognition."[218] Rig personnel can still detect kicks when there is rig sway, but the movement increases the level of background noise in the data and thereby reduces the minimum detectable kick sensitivity with respect to flow-out and pit volumes.[219] The crane movement was not necessary for the displacement. Rig personnel could have waited until the displacement was complete to engage in crane activity.

Fourth, rig personnel appear to have begun emptying the mud pits without first checking for pit gain. During the sheen test, the rig crew began emptying the active pits into reserve pit 6. Until that point, returns from the well had been flowing to pit 6. The problem is, the crew does not appear to have measured the volume in pit 6 before emptying the active pits into it. This suggests that the crew was not mathematically comparing the actual volume of returns to the expected volume of returns to verify that there had been no gain. The apparent reason that rig personnel emptied the active pits was to prepare for cleaning them.[220] It was unnecessary to clean the active pits, or even empty them in preparation for cleaning, during the displacement.

Fifth, rig personnel were emptying the sand traps into the pits.[221] Sand traps separate sand from mud. After a while, they fill up with clean mud. When that happens, the crew empties the mud from the sand traps into the pits. Emptying the sand traps was not problematic by itself. The problem was that the crew emptied them into the active pit system and thereby complicated pit monitoring. The crew could have simplified pit monitoring by using the active pit system to monitor the volume of fluid returning from the well and routing mud from the sand traps to a reserve pit instead.

Sixth, rig personnel were emptying the trip tanks during the displacement. It appears that the crew had to do so at this point in the displacement process.[222] It also appears that the rig's plumbing forced the crew to route flow-out from the trip tank past the flow-out meter.[223] This flow added to pit gain and flow-out, making both figures higher than they would have been otherwise. The crew could nevertheless have preserved pit monitoring and flow-out monitoring if they calculated the effect of emptying the trip tank in this manner, but there is no evidence that they did so. Alternatively, the crew could have stopped displacing the riser while they emptied the trip tanks.

## Kick Detection Instrumentation Was Mediocre and Highly Dependent on Human Factors

The data sensors on the rig had several shortcomings. First, the system did not have adequate coverage. For example, there was no camera installed to monitor returns sent overboard and no

sensor to indicate whether the valve sending returns overboard was open or closed. Therefore, while video monitoring of flow was possible when returns went to the pits, it was not possible when returns went overboard.

Second, some of the sensors were not particularly accurate. For example, electronic sensors for pit volumes can be unreliable, so much so that the crew would sometimes revert to using a string with a nut to measure pit volume change.[224]

Third, the sensors often lacked precision and responded to movement unrelated to the state of the well. For example, a fluctuation in flow-out might result from crane activity on the rig.[225] These shortcomings can result in rig personnel not receiving quality data and, furthermore, discounting the value of the data they do receive.

The data display systems also had notable limitations. There were no automated alarms built into the displays. Rather, the system depended on the right person being in the right place at the right time looking at the right information and drawing the right conclusions.[226] Although the systems did contain audible and visual alarms, the driller was required to set them manually.[227] He could also shut them off. Manually setting and resetting alarm thresholds is a tedious task and not always done. For example, there is typically no alarm set for flow-in and flow-out because the pumps stop and start so often that the alarms would trigger too frequently.[228]

There was also no automation of simple well monitoring calculations. For example, if the displacement is set up as a non-closed-loop system, and rig personnel want to keep track of volumes, they must perform the calculation by hand (return volume − (pump strokes × volume per pump stroke)). If the rig is emptying its trip tank while taking returns, and rig personnel want to disaggregate the two activities, they must perform the subtraction by hand. Each of those calculations could easily be automated and displayed for enhanced real-time monitoring.

There was also no advance planning or real-time modeling of expected pressures, volumes, and flow rates for the displacement. Although well flow modeling has been employed in post-explosion analysis,[229] there was no comparable modeling technology in place for real-time analysis.[230]

Finally, the displays themselves sometimes made fluctuations in data hard to see.[231] Indeed, in post-explosion reports and presentations, BP has consistently chosen to rotate the vertical Sperry-Sun log and enlarge it so that viewers can understand the data from April 20.

These limitations made well control monitoring unnecessarily dependent on human beings' attentions and abilities.

# Management Findings

One of the most important questions about the Macondo blowout is why the rig crew and mudlogger failed to recognize signs of a kick and did not diagnose the kick even when they shut operations down to investigate a well anomaly. The Chief Counsel's team finds that a number of management failures, alone or in combination, may explain those errors.[232]

# BP, Transocean, and Sperry Drilling Rig Personnel Exhibited a Lack of Vigilance During the Final Displacement

The evidence suggests that BP, Transocean, and Sperry-Sun personnel on the rig were not sufficiently alert to the possibility that a loss of well control might occur during the final displacement. There are several reasons why this might have been the case. First, kicks are not commonly associated with the temporary abandonment phase of well operations. In a 2001 study of 48 deepwater kicks in the Gulf of Mexico, the vast "majority of kicks occurred during drilling operations."[233] By contrast, only one kick "occurred in association with a well abandon[ment] operation."[234]

Second, confidence in barriers, particularly tested barriers, can make rig personnel overconfident in the well's overall security. A satisfactory negative pressure test generally confirms that the well is secure and that hydrocarbons will not flow into the well during riser displacement operations. Once rig personnel deemed the Macondo negative pressure test a success, they may have believed that a kick was no longer a realistic hazard.[235] Investigations of a 2009 North Sea and a 2009 Timor Sea blowout found that rig personnel were "blinkered" by a successful negative pressure test or drew an "unwarranted level of comfort" from the presence of a barrier.[236] Both attitudes "reflected and influenced a lax approach to well control."[237]

Third, end-of-well activities tend to be marked by a hasty mindset and loss of focus.[238] This can result simply from a desire to finish and move on, particularly when a well has been difficult to drill (like Macondo).[239] Rig personnel have noted in post-blowout interviews that "[a]t the end of the well sometimes they think about speeding up."[240] This may be because "everybody goes to the mindset that we're through, this job is done...everything's going to be okay."[241]

Together, these factors appear to have contributed to reduced well monitoring vigilance, diminished sensitivity to anomalous data, delayed reactions, a failure to undertake routine well monitoring measures (like flow checks and volumetric calculations), and a willingness to perform rig operations in a manner that complicated well monitoring.

Such a lack of vigilance was particularly surprising at this well. Given the risk of a poor bottomhole cement job and the fact that the final displacement would severely underbalance the well, rig management—and the well site leader in particular—should have treated the displacement as a critical operation and personally monitored the data.[242]

# Transocean Personnel Lacked Sufficient Training to Recognize That Certain Data Anomalies Indicated a Kick[243]

Several times during the evening of April 20, data anomalies indicated that hydrocarbons were flowing into the well.[244] Despite noticing the anomalies—and taking time to discuss them—the rig crew did not recognize that a kick was under way.

Earlier in the evening, during the negative pressure test, hydrocarbons flowed into the well. Pressure anomalies signaled the kick. But rig personnel did not heed those signals.

During the final displacement, the pressure anomalies reappeared. Although some went unnoticed, the rig crew did recognize an anomaly at 9:30 p.m. and shut the pumps down to investigate. Over the next 10 minutes or so, the crew watched the drill pipe pressure visibly

increase—steadily at first (9:30 to 9:35 p.m.) and then, after they attempted to bleed it off, rapidly (9:38 p.m.)—even though the pumps were off. They also saw an anomalous kill line pressure. Each indicator was "a sign that fluids are moving" in the well—in other words, a sign of a kick.[245]

To a skilled observer, those anomalies "would have caused alarm."[246] But there appears to have been no hint of alarm. Instead, the rig crew spent at least 10 minutes "discussing" the "anomaly," "scratching their heads to figure what was happening."[247] Even in retrospect, Transocean's internal investigator asserts that it was "a very strange trend," "a confusing signal," explained only after "months of work."[248]

Transocean leaves open the possibility that its rig crew "did not have the experience" or training to interpret pressure anomalies during the negative pressure test.[249] If true, then the crew likely did not have sufficient training or ability to interpret the recurrence of those anomalies during the final displacement.

Transocean further states that its crew relied on the operator (BP) to make a final assessment of anomalies during the negative pressure test.[250] But when those anomalies reappeared during the displacement, the rig crew did not notify BP rig personnel and ask for their help in interpreting the data.[251]

## BP and Transocean Allowed Rig Operations to Proceed in a Way That Inhibited Well Monitoring

BP and Transocean management on the rig allowed simultaneous operations without adequately ensuring that those operations would not complicate or confound well monitoring.[252]

Simultaneous activities can interfere with well monitoring in several ways. First, they can influence data that are used to monitor for kicks (for example, by altering fluid levels) and thereby obscure signals of a kick.[253] Second, they can make it more difficult to interpret data because rig personnel may attribute data anomalies to rig activities instead of a kick. Third, even when simultaneous operations are necessary, such as when changing the lineup of pipes and valves or fixing a mud pump, they can distract rig personnel who would otherwise be monitoring the well.[254] Rig personnel can reduce these difficulties by identifying relevant rig activities, calculating or otherwise predicting their probable effect, and communicating any expected effects to well monitoring personnel. Rig management should ensure that *someone* is watching the screens at all times, despite ongoing activities.

## BP, Transocean, and Sperry Drilling Rig Personnel Did Not Properly Communicate Information

Insufficient communication, both prior to and during the final displacement, affected risk awareness and well monitoring on the *Deepwater Horizon*.

BP did not adequately inform Transocean about the risks at the Macondo well, particularly the risks of a poor bottomhole cement job.[255] Transocean argues that if BP had done so, its crew might have demonstrated "heightened awareness."[256] But it is unlikely that this particular communication failure compromised kick detection; the crew would probably have dismissed warnings about cement risks anyhow after the successful negative pressure test.

BP and Transocean did not do enough to ensure that rig personnel were aware of the objectives, procedures, and hazards of the riser displacement operation.[257] The individuals conducting the pre-job meetings should have emphasized that BP's temporary abandonment procedures would leave only a single barrier in the well besides the BOP and would produce an unusually underbalanced well.[258] They should have warned against complacency stemming from the negative pressure test and emphasized that tested barriers can fail.

The pre-job meetings should also have informed well monitoring personnel that certain kick indicators such as pit gain and flow-out would be compromised or unavailable during the planned operations. Well monitoring personnel should have been told that, as a result, they would need to perform volumetric calculations to keep track of pit gain, pay special attention to other parameters (such as drill pipe pressure), and conduct visual flow checks whenever the pumps were stopped.[259] In addition, to facilitate well monitoring, those personnel should have been given a pump schedule for the different phases of the displacement, along with guidance regarding how much deviation from that schedule should be considered anomalous.[260]

Transocean and Sperry Drilling personnel did not communicate effectively about the displacement operation.[261] And the BP well site leader did not play a sufficiently active role in ensuring such communication.[262] Communication broke down between the drill crew and the mudloggers on several occasions. For example, when rig personnel announced early on April 20 that they would be pumping mud to a supply boat, Cathleenia Willis (the mudlogger on shift) told Clark she was concerned that this would limit her ability to monitor pit gain.[263] Clark said he would address the matter but never got back to Willis.[264] Keith reported after the explosion that he was concerned that simultaneous activities would complicate monitoring but never expressed those concerns to others.[265] The drill crew repeatedly failed to inform Keith of various activities that influenced well monitoring data.[266]

Even after the Transocean crew shut down the pumps to investigate an anomaly, they did not inform the Sperry Drilling mudlogger, senior Transocean personnel, or the BP well site leader of the anomaly or ask for their help in resolving it.[267]

The Chief Counsel's team cannot conclude that any one of these problems contributed to the failure to detect the kick. But together they suggest a communication breakdown that made kick detection more difficult. Knowledge of ongoing rig activity "is essential to accurate interpretation of the data."[268] Absent that knowledge, it is difficult to ascertain whether anomalous data are benign or problematic.[269]

## While BP and Transocean Management Were Taking Steps to Improve Well Monitoring, These Steps Had Not (Yet) Improved Kick Detection on the *Deepwater Horizon*

### BP

BP recognized that well control was critically important to its operations. In a 2009 Major Hazard Risk Assessment, the company identified "Loss of Well Control" as first among the two "major accident risks" in drilling and completions operations.[270]

BP specifically gave the *Deepwater Horizon* a mid-range risk rating for loss of well control[271] and acknowledged the potentially severe consequences of a well control failure: "Catastrophic

health/safety incident" with the "potential for 10 or more fatalities," "extensive" and "widespread" damage to sensitive environments, "$1 billion - $5 billion" in financial impact, "severe enforcement action," government intervention, and "[p]ublic and investor outrage."[272]

To address this risk, BP checked to ensure that all drilling and completions workers had well control training and certification, developed tools to further assess the risk ("BowTie diagrams," "Risk Mitigation Plans," "Asset-specific" risk assessments, a "Barrier Assessment Tool"), and emphasized that risk management in this area would be "under continual review."[273] The company also planned to evaluate the effectiveness of barriers with each rig's team and train personnel in the new well control response guide.[274]

BP understood the risks presented by less severe well control events too. An April 14, 2010 presentation to the drilling and completions Extended Leadership Team noted that half of all nonproductive time in the company's offshore drilling sector was the result of "downhole problems (wellbore instability, losses, gains, tight hole) and stuck pipe."[275] The presentation continued: "Post analysis of the...incidents clearly indicates that in most cases[,]...events could have been prevented or decisions influenced if the drilling data that is already generally available had been appropriately presented and analysed." That is, "early warning indicators were usually present albeit invisible in the mountain of data."[276] Therefore, as Macondo senior manager David Sims stated, downhole problems were "low hanging fruit" for decreasing nonproductive time.[277]

Reviews conducted in late 2007 and early 2008 similarly showed that "the quality of monitoring, detection and reaction to downhole hazards during drilling operations" was "variable."[278] In response, BP planned to develop a program to facilitate Efficient Reservoir Access, the "ERA Advisor." This ambitious program would monitor data in real time onshore, generate expert and automated advice in response to that data, and use new software and sensors to track and diagnose the data.[279] The program's goal was to "ensure the *right information is in the right place at the right time*."[280] It would focus, however, on monitoring data during the drilling of the well (not end-of-well activities).[281] BP's Extended Leadership Team developed and endorsed the ERA in 2009; initial pilot testing of the first stage of the system was to begin in the fourth quarter of 2010.[282]

Even before planning its ERA program, BP contracted Sperry-Sun to relay rig data to its Houston offices. But despite recognizing the risks associated with poor well monitoring and the usefulness of onshore assistance, BP did not monitor this data for well control purposes. Even though each of its working rigs had an operations room with dedicated Sperry-Sun data displays,[283] BP typically used these rooms only for meetings and the data were "not ever monitored."[284] Thus, before BP implemented its ERA Advisor system, it failed to take the interim step of ensuring that someone onshore was monitoring the data systems it already had in place.

This is surprising in light of the fact that BP was particularly concerned about well monitoring at Macondo. Less than two months before the blowout, on March 8, 2010, the Macondo well took a kick.[285] The kick occurred while the rig was drilling.[286] The "well kicked for 30 minutes before the trends were obvious enough."[287] The Transocean drill crew and Sperry Drilling mudlogger—indeed, the very same Revette, Curtis, Clark, and Keith—observed a gain in flow-out, a slow gain in the pits, a decrease in equivalent circulating density (ECD), and an increase in gas content.[288] The drill crew stopped the pumps, performed a flow check, and shut in the well.[289] The situation soon went "from bad to worse."[290] There were "[m]ajor problems on the well":[291] The pipe was stuck. BP ultimately had to sever the pipe and sidetrack the well.[292]

After the event, BP involved its in-house Totally Integrated Geological and Engineering Resource team (the "TIGER team"), to conduct an engineering analysis, and (on March 18) distributed a "lessons learned" document to its Gulf of Mexico drilling and completions personnel.[293] BP recommended that its personnel "evaluate the entire suite of drilling parameters that may be indicative of a shift in pore-pressure" (including gas, flow-out, and flow checks), "ensure that we are monitoring all relevant [pore pressure] trend data," "have [pore pressure] conversations as soon as ANY indicator shows a change," "no matter how subtle," and *be prepared to have some false alarms and not be afraid of it.*"[294] The "lessons learned" document also specified that "[b]etter lines of communication, both amongst the rig subsurface and drilling personnel, and with Houston office needs to be reestablished.  Preceding each well control event, subtle indicators of pore pressure increase were either not recognized, or not discussed amongst the greater group."[295]

In addition, BP wells team leader John Guide initiated several conversations to address the rig's response to the kick, which he thought was "slow and needed improvement."[296] Guide specifically instructed the BP well site leaders to "up their game."[297]  He spoke with Transocean and Sperry Drilling personnel about "tighten[ing] up wellbore monitoring."

The goal of Guide's conversations and of the TIGER team's involvement was to maintain heightened attentiveness "for the remainder of the Macondo well,"[298] up to the point when the *Horizon* unlatched its BOP and left.[299]  Evidently, the team fell short of that goal.  As Guide conceded after the incident, the Macondo team's heightened attentiveness to well monitoring lasted all the way up until, apparently, the negative pressure test.[300]  This is likely because BP's focus, once again, was on monitoring data during the drilling of the well (not end-of-well activities).[301]

## Transocean

Transocean also recognized the importance of well control.  In a 2004 Major Accident Hazard Risk Assessment, the company gave *Deepwater Horizon* a 5B risk rating for reservoir blowout,[302] meaning that there was a "Low" likelihood of a blowout occurring, but if one did occur, the event would have "Extremely Severe" consequences:[303]  "Multiple personnel injuries and/or fatalities," "Major environmental impact," and "Major structural damage and possible loss of vessel."[304]  As prevention and mitigation measures, Transocean listed (among other things) well control procedures, training of drill crew, and instrumentation indicating well status.[305]

As discussed in greater detail in Chapter 5, despite those concerns, Transocean did not inform the *Deepwater Horizon*'s crew of lessons learned from an earlier well control event on another rig. On December 23, 2009, Transocean barely averted a blowout during completion activities on a rig in the North Sea.  Rig personnel were in the process of displacing the wellbore from mud to seawater.[306]  They had just completed a successful negative pressure test, and they had lined up the displacement in a way that inhibited pit monitoring.[307]  During the displacement, a critical tested barrier failed, and hydrocarbons came up the wellbore, onto the drill floor, and into the sea.[308]

The incident differed from Macondo in some respects:  It occurred during the completion phase of the well, not drilling or temporary abandonment, and the failed barrier was a mechanical valve, not cement.[309]  But the incident was identical to Macondo in crucial respects:

- ▪ the rig crew underbalanced the well while displacing mud to seawater;

- a successful negative pressure test "blinkered" the crew and produced an improper "change in mindset";
- the crew conducted displacement operations in ways that inhibited pit monitoring; and
- the crew discounted kick indicators by attributing them to other occurrences on the rig.[310]

Transocean nevertheless failed to effectively share and enforce the lessons learned from that event with all relevant personnel. The company held two conference calls and distributed an advisory for its North Sea personnel only. It also posted a shorter advisory about the event on its electronic documents platform—accessible fleetwide—but it did not alert crews of the advisory's existence. Indeed, there is no evidence that anyone on or affiliated with the *Deepwater Horizon* knew of the North Sea incident or read any of its lessons prior to the Macondo blowout. ◆

**Figure 4.7.12.  Last two hours of Sperry-Sun data.**





# Chapter 4.8 | Kick Response

**I**n the event of an unwanted influx of fluid or gas into the wellbore (a "kick"), the safety of a drilling rig turns on split-second responses by the rig crew.

The *Deepwater Horizon*'s crew did not respond to the April 20 kick before hydrocarbons had entered the riser, and perhaps not until mud began spewing from the rig floor. If the rig crew had recognized the influx earlier, they might have been able to shut in the well. But the crew still had response options even at the point that they eventually did recognize the kick. If the crew had diverted the flow overboard immediately, they might have delayed the ignition and explosion of the gas flowing out of the well. Instead, the crew sent the flow to the mud gas separator.[1] The mud gas separator was not designed to handle this flow volume and was overwhelmed. Sending flow to the mud gas separator, rather than overboard, therefore increased the risk that gas from the well would explode on the rig.

The crew appears to have followed standard Transocean procedures for dealing with hydrocarbon kicks. But those procedures were written to guide the crew's response to routine hydrocarbon kicks. They did not address extreme emergencies like the one the *Deepwater Horizon* crew faced on the evening of April 20. In the future, Transocean and other companies must provide better training and drills to ensure that their crews are prepared to respond quickly to low-frequency, high-risk events like the Macondo blowout.

# Well Control Equipment

## Blowout Preventer and Emergency Disconnect System

The last piece of equipment that can prevent hydrocarbons from flowing into the riser above the wellhead is the **blowout preventer** (BOP). As Chapter 4.9 explains in more detail, the *Deepwater Horizon*'s BOP had several annular preventers, pipe rams, and shear rams that the rig crew could use to control flow coming from the well from going up the riser.

Most of the barriers in the wellbore, such as drilling mud and cement, block hydrocarbon flow without active supervision by the rig crew. By contrast, BOP elements are typically open during well operations. The BOP does not block flow unless the rig crew spots an influx and closes a BOP element, or an automated backup system activates the blind shear ram. Chapter 4.9 explains the BOP's automated backup systems in detail.

In addition to directly activating the BOP rams, the rig crew can activate the blowout preventer's **blind shear ram** and disconnect the rig from the well using an **emergency disconnect system** (EDS).[2] In accord with Transocean policy, the rig crew had tested the *Deepwater Horizon*'s EDS at surface prior to deploying the blowout preventer at the Macondo well.[3]

**Emergency Disconnect System.** The crew can activate the emergency disconnect system (EDS) from either the driller's control panel, the toolpusher's control panel, or the bridge.[4] Power and communication signals are sent from the rig to the BOP through multiplex (MUX) cables.[5] The signals initiate a sequence in which pod receptacles de-energize and retract, choke and kill line connectors unlatch, the blind shear ram closes, and the lower marine riser package unlatches from the BOP stack,[6] separating the rig and riser from the well. Once initiated, this sequence typically takes about a minute.[7] Emergency disconnect is not generally considered a well control response. Rather, it is used in emergency dynamic positioning scenarios to separate the rig from the well. The rig may begin to "drift off" from its station if the rig loses power, or the rig may "drive off" if the dynamic positioning system mistakenly directs the rig to move away. The riser would likely be damaged if the rig drifted or drove off, potentially resulting in an uncontrolled release of hydrocarbons into the water.

Once gaseous hydrocarbons move past the blowout preventer, they expand exponentially with decreasing depth[8] and reach the rig within minutes.[9] Timely BOP activation is therefore crucial to drilling safety.[10] If the BOP is activated quickly, little or no gas will enter the riser and travel to the rig. Transocean advises its personnel: "If the volume of gas above the BOP stack is kept small by detection equipment and shut-in, then the gas can be safely handled at [the] surface."[11] If this is not done, the consequences can be severe. On March 14, BP well site leader Jimmy Adams cautioned BP senior drilling engineer Mark Hafle: "Rigs have been burn[ed] down and people killed from gas in the riser."[12]

## Diverter and Mud Gas Separator 

Transocean's Well Control Handbook warns that "[l]arge amounts of gas above the BOP stack can rise rapidly and carry a large volume of mud out of the riser at high rates."[13] In those situations, the rig's **diverter** becomes the last line of defense. The diverter on the *Deepwater Horizon* sat directly beneath the rig floor.[14] It could prevent gas from flowing uncontrollably onto the drilling rig,[15] in order to "keep combustible gases safely away from sources of ignition."[16]

As Chapter 4.7 explains, mud coming out of the well normally flows up the riser, through the mud cleaning system and into the mud pits. When the rig crew activates the diverter, an annular packer in the diverter closes around the drill pipe (or closes the open hole if no drill pipe is in the hole) and prevents flow up the riser and onto the drill floor. The *Deepwater Horizon's* diverter packer had a 500 pounds per square inch (psi) working pressure rating,[17] meaning that it could safely withstand 500 psi of pressure exerted by fluids flowing up the riser. Although the diverter is designed to handle worst-case scenarios,[18] pressures above the pressure rating could cause it to fail and allow an influx to continue up the riser.

When closed, the packer forced flow to one of two 14-inch diameter **overboard lines**—one going to the port side of the rig, the other to starboard (see Figure 4.8.1).[19] The rig crew could select the direction of overboard flow in order to discharge gas on the downwind side of the rig. The starboard-side overboard line was also connected to another pipe that led to the mud gas separator. The rig crew could close a valve in the starboard line in order to route flow from that line to the mud gas separator.[20]

**Figure 4.8.1. Diverter system.**



TrialGraphix

**On April 20, the rig crew diverted the influx to the mud gas separator rather than sending it overboard. That caused mud and gas to spray onto the rig from the derrick.**

A mud gas separator consists of a series of pipes, valves, and a tank. When gas-bearing mud flows into the tank, the mud falls to the bottom of the tank while the gas rises. The mud flows out through a pipe in the tank bottom to the rig's mud pits. The gas flows out through a separate pipe. On the *Deepwater Horizon*, that pipe ran to a vent high atop the derrick where gas could discharge into the open air.

When using the diverter system, the crew's most important decision is whether to send the fluid influx overboard or to send it to the **mud gas separator**.[21] The choice depends on the size of the hydrocarbon influx in the riser.[22] The mud gas separator is the right choice for small quantities of mud and hydrocarbons. By separating mud from gas, it allows the crew to collect and reuse the mud rather than discharge it overboard and pollute the sea. Moreover, it vents gas out of a gooseneck pipe on the derrick at the center of the rig. But sending a large influx to the mud gas separator can create a large flammable cloud of gas over the rig.[23] If a sufficiently large and sustained influx of gas from the riser goes to the mud gas separator, ignition becomes more likely, with the potential for explosion.[24] As a result, it is inappropriate to send large flows through the mud gas separator.[25] In the event of a large hydrocarbon influx into the riser, the crew should send flow overboard through the downwind line.[26]

# Kick Response at Macondo

On April 20, gas moved through the *Deepwater Horizon's* open blowout preventer and shot up the riser. As it rose, the gas expanded, pushing the mud and gas faster and faster toward the rig.[27] Sometime between 9:40 and 9:43 p.m.,[28] mud spewed from the rotary table,[29] sprayed onto the rig floor,[30] and shot up and out the crown of the derrick[31] about 200 feet above the rig floor.

A Transocean representative likened the force of the gas to "a 550-ton freight train hitting the rig floor,"[32] followed by a "jet engine's worth of gas coming out of the rotary."[33]

## The Rig Crew Sends the Influx to the Mud Gas Separator

After drilling mud began spraying out from the rig floor, the crew activated the diverter system.[34] Transocean toolpusher Jason Anderson was in the drill shack. He called BP well site leader Don Vidrine to say that the crew was taking action in response to mud coming back from the well.[35] It appears that rig personnel had previously set the valves on the diverter system to route diverted flow through the mud gas separator rather than overboard.[36] The crew may have done this to avoid inadvertently discharging oil-based drilling mud or other pollution into the Gulf of Mexico in violation of environmental regulations. Whatever the reason, it appears that the rig crew did not change the valve settings to route the flow overboard in response to the sudden mud influx.

Diverting flow to the mud gas separator stopped the flow of mud onto the rig floor within seconds. Micah Sandell, a Transocean gantry crane operator, testified: "I seen mud shooting all the way up to the derrick…then it just quit…I took a deep breath thinking, 'Oh, they got it under control.'" [37]

Any relief was temporary. Given the size of the influx, routing the influx to the mud gas separator rather than overboard made ignition all but inevitable. The capacity of a mud gas separator depends on the size of the outlet lines,[38] and these lines are generally not large enough to handle very high flow rates.[39] The Macondo blowout therefore quickly overwhelmed the *Deepwater Horizon*'s mud gas separator.[40] Sandell observed: "Then all the sudden the…mud started coming out of the degasser…so strong and so loud that it just filled up the whole back deck with a gassy smoke…loud enough…it's like taking an air hose and sticking it to your ear."[41]

A Weatherford specialist on the rig watched mud come out of the gas vent lines of the mud gas separator.[42] Gas likely entered the line to the mud system, which would have sent gas to the pump room, the mud pit room, and the shaker room.[43] Components of the mud gas separator may have failed at that time as well.[44] There was little wind on April 20,[45] creating "worst-case" conditions for gas dispersion.[46] A flammable gas cloud started accumulating on the rig.

## The Rig Crew Activates the Blowout Preventer

In addition to activating the diverter, the crew also attempted to shut in the well with the BOP's annular preventer.[47] (Though there is evidence that the rig crew activated the lower annular preventer at 9:41 p.m., Transocean has recently contended the rig crew activated the upper annular, not the lower annular.)[48] At about the same time, Transocean assistant driller Stephen Curtis called Transocean senior toolpusher Randy Ezell to tell him that the well was blowing out, that mud was shooting through the crown on top of the derrick, and that Anderson was shutting the well in.[49] Pressure data indicate the crew activated a variable bore ram—or tightened the annular preventer—on the BOP at about 9:46 p.m.[50]

Activating the annular preventer and variable bore rams are "normal and appropriate" responses to a typical kick.[51] But this was not a typical kick. By the time the *Deepwater Horizon's* rig crew attempted to activate the BOP, substantial volumes of hydrocarbons probably had already entered the riser, where they would have been rapidly expanding upward toward the rig.[52] The flow rate of mud and hydrocarbons may have been high enough to prevent the annular preventer from sealing.[53]

In addition to activating the annular preventers or pipe rams, the crew could have activated the blind shear ram to cut the drill pipe and shut in the well.[54] The blind shear ram can be activated directly by the rig crew from the control panels, seen in Figures 4.8.2 and 4.8.3.[55] There is no evidence the rig crew attempted to activate the blind shear ram prior to the explosion.[56]

The rig crew's response generally followed the procedures that Transocean's Well Control Handbook specified "upon taking a kick."[57] The "shut-in" procedure in the handbook that applied to the April 20 situation specifies that the rig crew should first close the "annular" and then close "pre-determined rams" later if necessary.[58] The handbook's shut-in procedures do not offer any specific guidance on the use of the blind shear ram. (The handbook elsewhere advises that the blind shear rams may be used "only in exceptional circumstances."[59]) By closing the annular preventer and then a variable bore ram, the rig crew thus appears to have followed Transocean procedures.

## Gas Ignites Minutes After Mud Reaches the Rig Floor

The first explosion occurred at about 9:49 p.m.[60] Ezell was on his way to the rig floor when the explosion "threw [him] against the wall in the toolpusher's office."[61] "Debris" covered him.[62] Transocean performance division manager Daun Winslow was smoking in the coffee room when he felt the walls suck in and the roof panels collapse on top of him.[63] The explosion injured several of the rig crew[64] and likely killed the men on the rig floor instantly.

The precise source of ignition may never be known. Most of the equipment on a drilling rig is not classified to protect against ignition.[65] One of the engines likely exploded first—or at least shortly after an initial explosion. Transocean motor operator William Stoner testified that he heard gas hissing and Engine 3 starting to overspeed before the first explosion.[66] The engine revved higher than Mike Williams, Transocean's electronics technician, had ever heard before.[67] Engine 6 was also on and began to rev.[68] Transocean chief mechanic Douglas Brown testified that the first explosion came from the direction of Engine 3.[69] After the explosion, the exhaust stacks, wall, handrail, and walkways around Engine 3 were all missing.[70] Seconds after the first explosion, another explosion occurred.[71] Parts of the rig were in flames.[72] Fewer than 10 minutes, and perhaps as few as six minutes, had elapsed since mud first hit the rig floor.

## The Rig Crew Attempts to Activate the Emergency Disconnect System

After the explosions, crew members elsewhere on the rig attempted to activate the emergency disconnect system. Transocean subsea supervisor Chris Pleasant rushed to the bridge and informed Transocean Captain Curt Kuchta that he was activating the emergency disconnect.

**Figures 4.8.2 and 4.8.3.
BOP control panels on the rig floor and bridge.**





BP

The blind shear ram can be activated from the BOP's control panels on the rig floor and bridge.

Captain Kuchta replied, "[c]alm down, we're not EDSing."[73]  Nevertheless, with the backing of Vidrine and Transocean offshore installation manager (OIM) Jimmy Harrell, Pleasant initiated the emergency disconnect at approximately 9:56 p.m.[74]  It appears that the panel's electronic signals responded, but there was no indication of hydraulic flow closing the blind shear ram.[75]  The low accumulator alarm was sounding, indicating a loss of surface hydraulic power.[76]

The Chief Counsel's team believes that by this time the explosion had already damaged the MUX cables connecting the rig and the blowout preventer, preventing the command from reaching the stack.[77]  Pushing the EDS button does not appear to have activated the blind shear ram or the remainder of the emergency disconnect system.  This left the rig attached to the riser.  Gas continued to flow up the riser, fueling the fires on the rig.[78]

# Technical Findings

## If the Rig Crew Had Recognized the Kick Earlier, They Could Have Shut in the Well Before Gas Entered the Riser

The crew would have been able to prevent gas from reaching the rig if they had recognized the influx before gas entered the riser and responded by shutting in the well.  At that point, closing the annular preventer or the variable bore ram should have controlled the kick and stopped flow.  By the time the *Deepwater Horizon* crew actually did recognize the influx and activate the blowout preventer, hydrocarbons had almost certainly entered the riser and begun expanding rapidly upward toward the rig.

The *Deepwater Horizon* crew recognized that there was an anomaly, but they did not identify that anomaly as a kick.  If rig personnel suspect a kick, they perform a flow check and shut in the well.[79]  The same cannot be said for responses to anomalies.  The *Horizon* crew suspected that something was amiss when they shut down the pumps at 9:30 p.m.  Over the next 10 minutes or so, they conducted diagnostics and discussed the anomalous pressures they were seeing.  Only after hydrocarbons had entered the riser, and about when mud started emerging from the rotary, did the crew act to shut in the well.  Apparently, the crew did not suspect a kick until 10 minutes after they detected the anomaly.  A more conservative initial approach to the anomaly—of shutting in *first* and investigating *afterward*—would have resulted in rig personnel shutting in the well while hydrocarbons were still confined to the wellbore and thereby preventing the blowout.

By the time the crew activated the annular preventer, mud and hydrocarbons may have been flowing through the BOP at a high enough rate to prevent it from sealing.[80]  Data on drill pipe pressure indicate that the annular preventer did not achieve shut-in pressure.  Only 1,200 psi registered,[81] well below what would have been required.[82]  Later, the drill pipe pressure climbed above 5,500 psi.[83]  That appears to have been due either to tightening of the annular or to activation of the variable bore ram.[84]  Though the well may have been shut in by 9:49 p.m.,[85] it appears that there was already a substantial volume of gas above the BOP at this time because this is when the first explosion took place.

Previous modifications to the BOP may have compromised the ability of the lower annular preventer to seal the well.  (As noted above, Transocean has recently contended the rig crew activated the upper annular and not the lower annular.  If true, modifications to the lower annular would not have affected the BOP's performance during the blowout.)  As discussed further in Chapter 4.9, BP asked Transocean in 2006 to modify the lower annular to a "stripping" annular.

This change reduced the rated working pressure from 10,000 to 5,000 psi,[86] and allowed the rig crew to raise or lower pipe through the BOP while the annular was closed. The 10,000-psi-rated annular body was not replaced.[87] While the stripping annular would still be able to close in pressures above 5,000 psi, it is not clear whether it would completely seal at these higher pressures.[88]

## Diverting Overboard Might Have Delayed the Explosion

The rig crew should have diverted the flow overboard when mud started spewing from the rig floor.[89] The flow of mud at this point was tremendous—it shot 200 feet up to the crown of the derrick. That should have prompted the crew to take immediate emergency measures.

Transocean's Well Control Handbook advises that "at any time, if there is a rapid expansion of gas in the riser, the diverter must be closed (if not already closed) and the flow diverted overboard."[90] The handbook also provides: "[I]f large volumes of gas have entered the riser, it will flow rapidly on its own and there will be no way to control it by adjusting the circulation rate. Then, the surface gas and liquid rates become very high, especially as the gas bubble reaches surface and *the flow **must** be diverted overboard*."[91]

Although mud flow at the rig floor does not always mean that gas is in the riser, the *Deepwater Horizon*'s crew should have assumed that this was the case for two reasons. First, the fact that *mud* was *spewing* from the rig floor after the crew had displaced the well with seawater down to 8,367 feet below sea level should have indicated that hydrocarbon flow had already proceeded a substantial distance up the well. Second, and more significantly, the high mud flow rate and volume should have warned the crew that the kick was severe and prompted them to send the influx overboard.

While the Chief Counsel's team finds that the rig crew should have sent the influx overboard immediately, doing so may not have prevented an explosion. Two factors determine whether diverting flow overboard would have prevented an explosion: (1) the ability of the diverter packer, overboard lines, and other equipment to handle the flow rate and volume, and (2) the way in which gas dispersed away from the rig.[92]

With regard to equipment capabilities, currently available information leads the Chief Counsel's team to conclude that the diverter packer probably would have been able to handle the flow rate and volume during the blowout, though it is not certain. The diverter packer on the *Deepwater Horizon* was rated to withstand 500 psi of pressure. Two post-blowout computer models commissioned by BP for its internal investigation offer perspective on the forces that may have been exerted on the diverter packer during the blowout; the Chief Counsel's team is not aware of any other modeling that has been performed at this time. One model predicts that the maximum pressure exerted on the diverter packer during the blowout was 145 psi,[93] not even close to the packer's limit. Another model indicates that the pressures may have been much higher, peaking at 500 psi.[94] But even under that scenario, the diverter packer probably would not have failed. That model only predicted that the packer would have been subject to 500 psi for an instant,[95] and this type of equipment can generally handle pressures beyond rated capacity for a short period of time. Moreover, if the rig crew had sent the influx overboard, the pressure on the diverter element likely would have been even lower.[96] The Chief Counsel's team therefore believes that the diverter packer probably would not have failed if the rig crew had sent the influx overboard.[97]

Though the diverter packer probably could have withstood the blowout flow rate and pressure, the **slip joint** could have failed. The slip joint sat below the diverter packer, permitting the rig to heave vertically while maintaining the riser connection to the sea floor. It had two modes: a low-pressure mode with a 100 psi working pressure[98] and a high-pressure mode with a 500 psi working pressure.[99] If the slip joint had been in low-pressure mode, it would have been vulnerable to failure.[100] That would have allowed gas to escape into the moon pool area of the rig. Additionally, because the diverter packer does not seal off the riser, there is a possibility that gas could have also traveled up the drill pipe and onto the rig.

With regard to gas dispersion, the calm wind conditions on April 20 would have limited the rate at which gas dispersed away from the rig. The wind speed was low, about 2 to 4 knots.[101] The wind also appears to have been blowing from starboard to port,[102] though the precise direction is difficult to ascertain.[103] Because of this, gas flowing out of the starboard overboard line would have stayed close to the rig and perhaps even blown back onto the rig rather than drifting away.[104] Nevertheless, diverting overboard would have substantially reduced the risk of ignition of the rising gas and given the rig crew more time to respond.[105] An MMS study of offshore blowouts between 1992 and 2006 found that the "success rate for diverter systems was very high...16 of the 20 diverter uses were considered successful because the desired venting of gas was sustained until the well bridged."[106]

The Chief Counsel's team concludes that diverting flow overboard likely would have sent a substantial amount of gas off the rig.[107] This may not ultimately have prevented an explosion but probably would have given the rig crew more time to respond to the blowout. BP has concluded that "diversion of fluids overboard, rather than to the MGS, may have given the rig crew more time to respond and may have reduced the consequences of the accident."[108] Transocean agrees that "diverting overboard might have delayed the explosion...."[109]

# Management Findings

## Transocean Should Have Trained Its Employees Better on How to Respond to Low-Frequency, High-Risk Events

There are at least three explanations for why the crew did not immediately divert the flow overboard.

- First, the crew may not have recognized the severity of the situation, though that seems unlikely given the amount of mud that spewed from the rig floor.
- Second, they did not have much time to act. At most, the drill crew had six to nine minutes after mud emerged from the rig floor before the first explosion.
- Finally, and perhaps most significantly, the rig crew had not been trained adequately regarding how to respond to such an emergency situation. It appears that the crew followed the procedures for dealing with a kick set forth in Transocean's Well Control Handbook. Those procedures were inadequate given the circumstances.[110]

Transocean has highlighted to the Chief Counsel's team the "extensive curriculum of courses" available to its rig crew, including courses on well control.[111] Transocean contends that the

"initial response...was the appropriate first normal response"[112] and that the "crew utilized the proper sequencing."[113]  The Chief Counsel's team recognizes that the rig crew may simply have done what it had been trained to do.  But that assertion indicates the inadequacy of the crew's training and guidance in the first place.

Though Transocean's protocols provide that a severe influx should be sent overboard, the sequence of "procedures for handling gas in the riser"[114] (Transocean document shown in Figure 4.8.4) specifically recommends the overboard line—instead of the mud gas separator—only in the ninth step after actions such as monitoring for flow and circulating the riser.  Here, there was *no time* to get to the ninth step.[115]  In the future, well control training should include simulations and drills for low-probability, high-consequence emergency events and well-control protocols should specifically address such emergencies.[116] ♦

**Figure 4.8.4.  Transocean's "procedures for handling gas in the riser."**



Protocol from Transocean's Well Control Handbook.