IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" in the § <br> GULF OF MEXICO, on APRIL 20, 2010 § <br> § <br> § <br> *Applies to:* **Civil Action 10-2771 Only** § <br> § <br> IN RE COMPLAINT AND PETITION § <br> OF TRITON ASSET LEASING GmbH, § <br> TRANSOCEAN HOLDINGS LLC, § <br> TRANSOCEAN OFFSHORE DEEPWATER § <br> DRILLING, INC., AND TRANSOCEAN § <br> DEEPWATER, INC., AS OWNER, § <br> MANAGING OWNER, OWNERS PRO-HAC § <br> VICE, AND/OR OPERATORS OF THE § <br> MODU DEEPWATER HORIZON, IN A § <br> CAUSE FOR EXONERATION FROM OR § <br> LIMITATION OF LIABILITY § | MDL NO. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

NOTICE OF APPEARANCE OF ATTORNEYS OF RECORD FOR
BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY

**COMES NOW** the undersigned, The Atchison Firm, P.C., and files its Notice of Appearance as counsel on behalf of The Board of School Commissioners of Mobile County (herein collectively referred to as "The Board"). It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No. 12 of this Court's Pretrial Order #1, the following counsel are currently members in good standing and admitted to practice in United States District Courts as follows:

1. James E. Atchison, Donald G. Beebe and Derek Atchison are attorneys residing and practicing in Mobile, Alabama at The Atchison Firm, P.C., 3030 Knollwood Drive, Mobile, Alabama 36693, telephone number (251) 665-7200.

1

2. James E. Atchison is a member in good standing with the Alabama State Bar and is duly licensed to practice in the State of Alabama. He is admitted to practice before the United States Supreme Court and the United States District Court for the Southern District of Alabama. No person has instituted disciplinary suspension procedures against him.

3. Derek Atchison is a member in good standing with the Alabama State Bar and is duly licensed to practice in the State of Alabama. He is admitted to practice before the United States Supreme Court and the United States District Court for the Southern District of Alabama. No person has instituted disciplinary suspension procedures against him.

4. Donald G. Beebe is a member in good standing with the Alabama State Bar and is duly licensed to practice in the State of Alabama. He is admitted to practice before the United States Supreme Court and the United States District Court for the Southern District of Alabama. No person has instituted disciplinary suspension procedures against him.

This the 19th day of April, 2011.

    Respectfully submitted,

    The Atchison Firm, P.C.

    Attorneys for the Board of School
    Commissioners of Mobile County

    By:/s/ James E. Atchison
    James E. Atchison (atchj3390)
    jim.atchison@atchisonlaw.com

    By:/s/ Derek Atchison
    Derek Atchison (atchj5828)
    derek.atchison@atchisonlaw.com

    By:/s/ Donald G. Beebe
    Donald G. Beebe (beebd1845)
    don.beebe@atchisonlaw.com

OF COUNSEL:
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Tel. No. (251) 665-7200
Fax No. (251) 665-7250

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

                                                      /s/ James E. Atchison