# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| THIS DOCUMENT RELATES TO NO. 11-823 | * * | CIVIL ACTION |
| SOUTHEAST RECOVERY GROUP, L.L.C. | * * | NO. 11-823 |
| Plaintiffs | * * | JUDGE |
| VERSUS | * * | CARL BARBIER |
| BP AMERICA INC. | * * | MAGISTRATE SALLY SHUSHAN |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff, Southeast Recovery Group, L.L.C. ("Southeast"), who, for the reasons contained in its Memorandum in Support of Motion to Sever requests Southeast's case against BP America, Inc. ("BP America") be severed from the ongoing Multidistrict Litigation.

**WHEREFORE,** Plaintiff, Southeast Recovery Group, L.L.C., prays that its Motion to Sever be granted, and for all other relief to which it is entitled.

Respectfully submitted,


/s/ W. Christopher Beary
W. Christopher Beary (Bar No. 22253)
Angel L. Byrum (Bar No. 30423)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana  70130
Telephone:   (504) 299-8724
Facsimile:   (504) 299-8735
E-mail:   wcb@ocblaw.com
         alb@ocblaw.com

**Counsel for Plaintiff, Southeast Recovery Group, L.L.C.**


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Motion to Sever* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.


/s/ W. Christopher Beary
W. CHRISTOPHER BEARY