UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MASTER DOCKET * NO. 10-MD-2179 |
| THIS DOCUMENT RELATES TO NO. 11-823 | * |
| SOUTHEAST RECOVERY GROUP, L.L.C. | * CIVIL ACTION |
| Plaintiffs | * SECTION: "J" |
| VERSUS | * JUDGE CARL J. BARBIER |
| BP AMERICA INC. | * MAGISTRATE * SALLY SHUSHAN |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Plaintiff, Southeast Recovery Group, L.L.C. (the "Plaintiff"), through undersigned counsel, shall bring its *Motion to Sever* for hearing in the United States District Court for the Eastern District of Louisiana, on the 11th day of May, 2011, at 9:30 a.m., to be heard before the Honorable Judge Carl J. Barbier, 500 Camp Street, Room C-256, New Orleans, Louisiana 70130.

Respectfully submitted,

/s/ *W. Christopher Beary*
W. Christopher Beary (Bar No. 22253)
Angel L. Byrum (Bar No. 30423)
**ORRILL, CORDELL & BEARY, L.L.C.**
330 Carondelet Street
New Orleans, Louisiana  70130
Telephone:	(504) 299-8724
Facsimile:	(504) 299-8735
E-mail:	wcb@ocblaw.com
	alb@ocblaw.com

**Counsel for Plaintiff, Southeast Recovery Group, L.L.C.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Hearing on Plaintiff's Motion to Sever* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

/s/ *W. Christopher Beary*
W. CHRISTOPHER BEARY