**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

**DEEPWATER HORIZON BLOWOUT PREVENTER (BOP)**
**FINAL PROTOCOL POINTS REGARDING FURTHER FORENSIC TESTING**

The following protocol points regarding additional BOP testing were prepared pursuant to the Court's order (R. Doc 1757).

To the extent these protocols call for the attendance at the testing site of experienced and qualified OEM technical personnel for purposes of providing information to DNV during the testing process, as specified in Paragraphs II(c)(iii), II(d)(iii), II(g)(iii), III(c)(iii), VIII(c) and XIV(b) below, it is understood (1) that such requests (like many other determinations) are appropriate only if they have been determined to be necessary by DNV in its sole and unfettered discretion, and (2) that DNV will use best efforts to make such requests seven (7) in advance, recognizing that such advanced notice will not always be practical. Conversely, the OEM (Cameron International Corporation) will use best efforts to fulfill such requests made on less than seven (7) days notice, but cannot guarantee that fulfilling these short notice requests will be possible.

For a list of abbreviations used in this protocol, please see Appendix A.

## I.  Common Equipment Requirements

For all of the protocols and procedures described below, DNV shall attempt to provide reasonable notice whenever practical identifying the equipment, information and materials needed to complete the protocol.

### A.  Equipment

- An hydraulic power unit (HPU) with a maximum working pressure of 3,000 psi WP, with suitably sized fluid reservoir, a 3,000 psi electric driven hydraulic pump(s) with automatic start / stop pressure switches, 0 – 5,000 psi manually operated hydraulic regulators, appropriate diameter instrument gauges to indicate pump / accumulator pressure and regulated output pressure, a 5,000 psi accumulator system sized to provide 80 gallons of usable fluid volume at a pressure of 1,500 psi, and a 1" nominal selector-type 3-position, 4-way, 5,000 psi W.P. manually operated control valve
- High pressure test pump, pneumatic operated, 5,000 psi W.P with minimum air supply of 80 psi
- Multiple low pressure (1,000 psi max.) strip chart recorders capable of providing a chart speed of 12 inches in 10 seconds. Chart speed should be adjustable.
- Multiple low pressure (1,000 psi max.) chart recorders with a max. 1 hour clock speed
- Multiple high pressure (10,000 psi max) chart recorders with a max. 1 hour clock speed
- High definition video equipment

1

April 18, 2011

**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

- Laser scanning equipment capable of scanning the vertical wellbore of the LMRP and BOP, horizontal of the casing shear ram cavity and bonnet wellbore faces

## B. Information & Materials

- DNV has preliminarily identified the information and materials it is requesting from the OEM to perform the tasks identified in these protocols.  The information and materials DNV currently expects to request are described in the third attachment to the DNV contract.  Cameron has indicated that it will use best efforts to identify, on or before April 25, 2011, those items that it will be able to provide. The parties recognize that DNV may request the provision of such information and materials earlier than April 25, 2011, if needed for commencement of testing, and that Cameron will use best efforts to cooperate. The parties recognize that DNV may later identify additional informational needs and that Cameron is not waiving any objections that it may have to the production of any information or materials in connection with this round of BOP testing, whether described in the third attachment to the DNV contract, or requested thereafter by DNV, or otherwise.

## II. Upper and Lower Annular BOP's / Lower Marine Riser Package (LMRP)

### a. High Definition Video and Laser Scanning of Vertical LMRP Wellbore and Upper and Lower Annular BOP Caps

#### i. Purpose

- To document the condition of the entire vertical wellbore of the LMRP prior to removal of the annular BOPs from the LMRP assembly.
- To document the condition of the upper annular BOP cap in relation to the upper annular packing element prior to removal of the upper annular BOP from the LMRP assembly.
- To document the condition of the lower annular BOP cap in relation to the lower annular packing element after removal of the upper annular but prior to removal of the lower annular BOP from the LMRP assembly. This area has not been able to be viewed due to the installation of the upper annular BOP but could provide insight as to what activity occurred during the event.

#### ii. Procedure: High Definition Video and Laser Scanning of Vertical LMRP Wellbore and Upper and Lower Annular BOP Caps

- Record HD video of the entire vertical wellbore of the LMRP vertical wellbore and laser scan any areas of interest and record results.
- Laser scan the upper and lower annular caps.

2

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

### b.  Removal of Upper and Lower Annular BOPs from LMRP

#### i.  Purpose

- In order to remove the packing elements from the upper and Lower annular BOP's, it is necessary to remove the annular BOP's (upper and lower) from the LMRP assembly.  This will allow for a safer working condition for removal of the packing elements as well as provide alternate methods of removing the annular BOP caps.

#### ii.  Specialty Equipment / Material / Facility Requirements

- Crane with a lifting capacity of 50 ton at a working radius capable of lifting one (1) completely assembled annular BOP (weight per Cameron DWH O&M Manual of 40,632 lbs.) from the proper and safe location of the crane with the LMRP located as-is at the Michoud Facility Forensic Investigation Site location.
- All necessary slings and lifting eyes, each with a lifting capacity equal to the individual lifting lug capacity as documented in the Cameron DWH BOP O&M Manual of 35 ton each lug.
- Hydraulic torque wrench capable of breaking and removing the bolts from the lower flange connection of the annular BOP (API 18-3/4" – 10,000 psi WP flange).  Hydraulic torque wrench should be operated with a crew of personnel familiar with the operation of the wrench.
- Tractor and trailer rig capable of moving the assembled annular BOP should it be necessary to relocate the removed annular BOP from the Forensic Investigation Site location to another Michoud Facility location in order to facilitate further disassembly and testing of the annular BOP. The conditions / load capability of the roads necessary to travel during the relocation should be considered when selecting the trailer.  The weight of the assembled annular BOP, per Cameron DWH O&M Manual, is 40,632 lbs., and has physical dimensions of 67.00" diameter x 71.3" height.
- If an alternate location at the Michoud Facility is to be used for further disassembly of the annular BOP's, the facility should have a crane with the lifting capacity of 50 tons (min.), and with an overhead clearance capacity (floor to max. hook height of 35 ft. (min.).  The facility should also have a working area that will allow personnel to safely work around the outside diameter of the annular preventer as stated above.

#### iii.  Procedure: Removal of Upper and Lower Annular BOPs from LMRP

- Remove all hydraulic control system components (i.e. shuttle valves) that are connected directly to the operating ports of the annular BOP lower body.  All hydraulic hose connections to the shuttle valves are to remain undisturbed for further testing of the hydraulic control system.
- It may be necessary to remove structural members from the LMRP assembly structure in order to facilitate removal of the annular BOP from the LMRP structure.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- Install all lifting slings / shackles to the body lifting lugs, and attach slings to crane hook.
- After flange connections nuts are removed from the lower flange connection, lift annular BOP clear from the LMRP assembly structure and place BOP in the area where further disassembly is to be performed or on the tractor / trailer if the BOP is going to be relocated for further disassembly.  All necessary safety precautions for lifting and handling of heavy loads should be adhered to at all times during this operation.

### c.   Removal of Packing Elements / Donuts from Annular BOPs

#### i.   Purpose
- To allow investigation and evaluation of the upper and lower annular BOP packing elements / donuts.
- To allow visual and photographic documentation of the condition of the annular BOP body and cap surfaces that normally contact the packing element / donut.

#### ii.   Specialty Equipment / Material / Facility Requirements
- The facility used to disassemble the annular BOP for purposes of removal of the packing elements / donuts should have a crane with the lifting capacity of 50 tons (min.), and with an overhead clearance capacity (floor to max. hook height of 35 ft. (min.).  The facility should also have a working area that will allow personnel to safely work around the outside diameter of the annular preventer as stated above.
- All necessary slings and lifting eyes, each with a lifting capacity equal to the individual lifting eye capacity as documented in the Cameron DWH O&M Manual for removal of the annular BOP cap from the annular BOP body.
- All necessary wrenches, sledge hammers, etc. necessary for the disengaging / unlocking of the annular BOP cap from the annular BOP body.

#### iii.   Technical Personnel Requirements
- Experienced and qualified OEM technical personnel should be in attendance at the removal site for purposes of providing information to DNV during the testing process regarding the removal operation.

#### iv.   Procedure: Removal of Packing Elements / Donuts from Annular BOPs
- The removal of the annular BOP packer / donut is to be conducted in accordance with the procedure set forth in the DWH BOP O&M Manual.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

### d.  Reinstallation of Annular BOP Caps

#### i.  Purpose
- To facilitate further testing of the annular BOP hydraulic system.

#### ii.  Specialty Equipment / Material / Facility Requirements
- All necessary slings and lifting eyes, each with a lifting capacity equal to the individual lifting eye capacity as documented in the Cameron DWH O&M Manual for installation of the of the annular BOP cap on to the annular BOP body.
- All necessary wrenches, sledge hammers, etc. necessary for engaging / locking of the annular BOP caps to the annular BOP body.

#### iii.  Technical Personnel Requirements
- Experienced and qualified OEM technical personnel should be in attendance at the reinstallation site for purposes of providing information to DNV during the testing process regarding the reinstallation operation.

#### iv.  Procedure: Reinstallation of Annular BOP Caps
- Installation of the annular BOP caps on to the annular BOP body is to be conducted in accordance with the procedure set forth in the DWH BOP O&M Manual.

### e.  Signature Test of Annular BOP Hydraulic Operating System

#### i.  Purpose
- A signature test is a non-intrusive test that provides information as to the condition of the internal components / seals of the hydraulic operating system.
- Should the signature test indicate that there are no problems within the operating system (i.e. a line on the strip chart recorder that does not exceed the OEM recommend minimum operating pressure during full stroking of the system in both directions (e.g. open to close, and close to open), **it is not necessary** to proceed any further with additional inspection.
- Should the signature test indicate that there are problems in the operating system (i.e. a wavy line on the strip recorder or a line that indicates an operating pressure that exceeds the OEM's recommended minimum operating pressure), it would be recommended that the operating system be disassembled and an inspection of all operating system components be performed in order to determine which operating system components are not within the OEM allowable wear tolerances.

#### ii.  Specialty Equipment / Material / Facility Requirements
- A hydraulic power unit (HPU) with a maximum working pressure of 3,000 psi WP, with suitably sized fluid reservoir, a 3,000 psi electric driven

April 18, 2011

**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

hydraulic pump(s) with automatic start / stop pressure switches, 0 – 3,000 psi manually operated hydraulic regulators, appropriate diameter instrument gauges to indicate pump / accumulator pressure and regulated output pressure, a 3,000 psi accumulator system sized to provide 80 gallons of usable fluid volume at a pressure of 1,500 psi, and a 1" nominal selector-type 3-position, 4-way manually operated control valve.

- A low pressure (1,000 psi max.) strip chart recorder capable of providing a chart speed of 12 inches in 10 seconds.  Chart speed should be adjustable.

- All necessary hydraulic hoses to interconnect the HPU to the hydraulic operating ports of the annular BOP and to connect the strip chart recorder to the hydraulic test circuit.

- All necessary wrenches required to install hose adapters and connections to the hydraulic test circuit.

### iii. Procedure: Signature Test of Annular BOP Hydraulic Operating System

- Install 1" ID operating hoses between the HPU selector-type valve and the "open" and "close" hydraulic operating ports on the annular BOP.

- Install the hydraulic hose from the strip chart recorder to a connection that tees in to the operating hose as close to the annular BOP operating port as possible.  With the assumption that the annular BOP is in the "open" position, the chart is to be connected to the "close" hydraulic operating port for the first test.

- With the HPU fully pressurized to 3,000 psi, adjust the hydraulic regulator to 600 psi.

- Hydraulically operate the annular preventer "close" to "open" and "open" to "close" for 3 complete cycles to flush all air from the operating system.  This is also a good time to adjust the speed of the strip chart to allow adequate coverage of the chart over the period of time required to operate the BOP at this pressure.

- Perform three (3) strip chart recordings on the "close" side of the operating system.

- Disconnect the strip chart hydraulic line from the "close" side and connect it to the "open" side of the operating system.

- Perform three (3) strip chart recordings on the "open" side of the operating system.

- Visually review the results of all strip chart recordings.  If the recorded pressure on the strip chart does not exceed the OEM recommended minimum operating pressure during the test, the results of the signature test is successful.  If the recorded pressure on the strip chart exceeds the OEM recommended minimum operating pressure during the test, the results of the signature test is not successful, and further disassembly and inspection of the annular BOP operating system to determine cause of the "not successful" test is recommended.

- Leakage rates of any leaks observed during this test should be determined and recorded.

6

April 18, 2011

**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

**f.   High and Low Pressure Test of Annular BOP Hydraulic Operating System**

**i.   Purpose**
- To evaluate static pressure retaining capability of seals within the annular BOP hydraulic operating system.

**ii.   Specialty Equipment / Material / Facility Requirements**
- A hydraulic power unit (HPU) with a maximum working pressure of 3,000 psi WP, with suitably sized fluid reservoir, a 3,000 psi electric driven hydraulic pump(s) with automatic start / stop pressure switches, 0 – 3,000 psi manually operated hydraulic regulators, appropriate diameter instrument gauges to indicate pump / accumulator pressure and regulated output pressure, a 3,000 psi accumulator system sized to provide 80 gallons of usable fluid volume at a pressure of 1,500 psi, and a 1" nominal selector-type 3-position, 4-way manually operated control valve.
- A low pressure (1,000 psi max.) chart recorder with a max. 1 hour clock speed.
- A high pressure (5,000 psi max) chart recorder with a max. 1 hour clock speed.
- All necessary hydraulic hoses to interconnect the HPU to the hydraulic operating ports of the annular BOP and to connect the chart recorder to the hydraulic test circuit.
- All necessary wrenches required to install hose adapters and connections to the hydraulic test circuit.

**iii.   Procedure: High and Low Pressure Test of Annular BOP Hydraulic Operating System**
- Install 1" ID operating hoses between the HPU selector-type valve and the "open" and "close" hydraulic operating ports on the annular BOP.
- Install the hydraulic hose from the chart recorder to a connection that tees in to the operating hose as close to the annular BOP operating port as possible.  A 3,000 psi W.P. isolation valve should be placed in the test circuit just up-stream of the chart recorder connection in the test circuit in order to allow isolation of the annular BOP operating system and chart from the HPU circuit.
- Low Pressure Test Procedure:
  - Apply 250 – 300 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage.
  - Apply 250 – 300 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage.
- High Pressure Test Procedure:

7

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- ▪ Apply 3,000 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
- ▪ Acceptance criteria that there is no indication of leakage.
- ▪ Apply 3,000 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
- ▪ Acceptance criteria that there is no indication of leakage.

**g.  Disassembly and Inspection of Annular BOP Operating System**

### i.  Purpose

- Should the Signature Test as described in Section (e) above or the Low / High Pressure Test of the annular BOP operating system in Section (f) above not indicate a successful / acceptable test result, disassembly and inspection of the annular BOP operating system would be deemed necessary.

### ii.  Procedure: Disassembly and Inspection of Annular BOP Operating System

- All disassembly of the annular BOP operating system is to be conducted in accordance with an agreed upon procedure.
- Due to the nature of the documentation required to perform a thorough inspection of the operating system component inspection, the inspection will be conducted in accordance with an agreed upon procedure.
- Measure and compare the annular BOP operating system components as removed and those components' intended original condition.

### iii. Technical Personnel Requirements

- Experienced and qualified OEM technical personnel should be in attendance at the inspection site for purposes of providing information to DNV during the testing process regarding these operations.

## III. Ram Preventer Operator / Bonnet Hydraulic Testing

With the ram preventer operators / bonnets for the Blind Shear Rams (BSRs) , and Upper and Lower Variable Bore Rams (VBRs) in place on the BOP stack, and closed (with bonnet bolts wrench tightened), the following tests of these operators / bonnets are to be conducted:

**a.  Signature Test of Ram BOP Hydraulic Operating System**

### i.  Purpose

- A signature test is a non-intrusive test that provides information as to the condition of the internal components / seals of the hydraulic operating system.
- Should the signature test indicate that there are no problems within the operating system (i.e. a line on the strip chart recorder that does not

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

exceed the OEM recommend minimum operating pressure during full stroking of the system in both directions (e.g. open to close, and close to open), **it is not necessary** to proceed any further with additional inspection.

- Should the signature test indicate that there are problems in the operating system (i.e. a wavy line on the strip recorder or a line that indicates an operating pressure that exceeds the OEM's recommended minimum operating pressure), it would be recommended that the operating system be disassembled and an inspection of all operating system components be performed in order to determine which operating system components are not within the OEM allowable wear tolerances.

### ii.  Specialty Equipment / Material / Facility Requirements

- A hydraulic power unit (HPU) with a maximum working pressure of 4,000 psi WP, with suitably sized fluid reservoir, a 4,000 psi electric driven hydraulic pump(s) with automatic start / stop pressure switches, 0 – 5,000 psi manually operated hydraulic regulators, appropriate diameter instrument gauges to indicate pump / accumulator pressure and regulated output pressure, a 5,000 psi accumulator system sized to provide 80 gallons of usable fluid volume at a pressure of 1,500 psi, and a 1" nominal selector-type 3-position, 4-way, 5,000 psi W.P. manually operated control valve.
- A low pressure (1,000 psi max.) strip chart recorder capable of providing a chart speed of 12 inches in 10 seconds.  Chart speed should be adjustable.
- All necessary hydraulic hoses to interconnect the HPU to the hydraulic operating ports of the annular BOP and to connect the strip chart recorder to the hydraulic test circuit.
- All necessary wrenches required to install hose adapters and connections to the hydraulic test circuit.

### iii.  Procedure: Signature Test of Ram BOP Hydraulic Operating System

- Install 1" ID operating hoses between the HPU selector-type valve and the "open" and "close" hydraulic operating ports on the ram BOP.
- Install the hydraulic hose from the strip chart recorder to a connection that tees in to the operating hose as close to the ram BOP operating port as possible.  With the assumption that the ram BOP is in the "open" position, the chart is to be connected to the "close" hydraulic operating port for the first test.
- With the HPU fully pressurized to 5,000 psi, adjust the hydraulic regulator to 600 psi.
- Hydraulically operate the ram preventer "close" to "open" and "open" to "close" for 3 complete cycles to flush all air from the operating system. This is also a good time to adjust the speed of the strip chart to allow adequate coverage of the chart over the period of time required to operate the BOP at this pressure.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- Perform three (3) strip chart recordings on the "close" side of the operating system.
- Disconnect the strip chart hydraulic line from the "close" side and connect it to the "open" side of the operating system.
- Perform three (3) strip chart recordings on the "open" side of the operating system.
- Visually review the results of all strip chart recordings. If the recorded pressure on the strip chart does not exceed the OEM recommended minimum operating pressure during the test, the results of the signature test is successful. If the recorded pressure on the strip chart exceeds the OEM recommended minimum operating pressure during the test, the results of the signature test is not successful, and further disassembly of the ram BOP operating system to determine cause of the "not successful" test is recommended.
- Leakage rates of any leaks observed during this test should be determined and recorded.

**b. High and Low Pressure Test of Ram BOP Hydraulic Operating System**

   **i. Purpose**
- To evaluate static pressure retaining capability of seals within the ram BOP hydraulic operating systems.

   **ii. Specialty Equipment / Material / Facility Requirements**
- A hydraulic power unit (HPU) with a maximum working pressure of 4,000 psi WP, with suitably sized fluid reservoir, a 4,000 psi electric driven hydraulic pump(s) with automatic start / stop pressure switches, 0 – 5,000 psi manually operated hydraulic regulators, appropriate diameter instrument gauges to indicate pump / accumulator pressure and regulated output pressure, a 5,000 psi accumulator system sized to provide 80 gallons of usable fluid volume at a pressure of 1,500 psi, and a 1" nominal selector-type 3-position, 4-way, 5,000 psi W.P. manually operated control valve.
- A low pressure (1,000 psi max.) chart recorder with a max. 1 hour clock speed.
- A high pressure (10,000 psi max) chart recorder with a max. 1 hour clock speed.
- All necessary hydraulic hoses to interconnect the HPU to the hydraulic operating ports of the annular BOP and to connect the chart recorder to the hydraulic test circuit.
- All necessary wrenches required to install hose adapters and connections to the hydraulic test circuit.

   **iii. Procedure: High and Low Pressure Test of Ram BOP Hydraulic Operating System**

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- Install 1" ID operating hoses between the HPU selector-type valve and the "open" and "close" hydraulic operating ports on the ram BOP.
- Install the hydraulic hose from the chart recorder to a connection that tees in to the operating hose as close to the annular BOP operating port as possible.  A 5,000 psi W.P. isolation valve should be placed in the test circuit just up-stream of the chart recorder connection in the test circuit in order to allow isolation of the annular BOP operating system and chart from the HPU circuit.
- Low Pressure Test Procedure:
  - Apply 250 – 300 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
  - Apply 250 – 300 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
- High Pressure Test Procedure:
  - Apply 3,000 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
  - Apply 3,000 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.

**c.  Disassembly and Inspection of Ram BOP Operating System**

**i.  Purpose**
- Should the Signature Test as described in Section (a) above or the Low / High Pressure Test of the ram BOP operating system in Section (b) above not indicate a successful / acceptable test result, disassembly and inspection of the annular BOP operating system would be deemed necessary in order to determine what the cause of the failure is.
- To conduct this inspection, it will be necessary to remove the ram operators from the BOP stack and placed on the ground in order that disassembly and inspection can be conducted.

**ii.  Procedure: Disassembly and Inspection of Ram BOP Operating System**

11

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- All disassembly of the ram BOP operating system is to be conducted in accordance with an agreed upon procedure.
- Due to the nature of the documentation required to perform a thorough inspection of the operating system component inspection, the inspection will be conducted in accordance with an agreed upon procedure.
- Measure and compare the ram BOP operating system components as removed and those components' intended original condition.

### iii. Technical Personnel Requirements

- Experienced and qualified OEM technical personnel should be in attendance at the inspection site for purposes of providing information to DNV during the testing process regarding these operations.

## IV. Accumulator / Desurge Bottle Gas Sampling and Analysis (LMRP and BOP Stack)

### a. LMRP Structure

#### i. Purpose

- To determine the type and quality of the gas that is in the pre-charge section of the accumulator / desurge bottles located on the LMRP structure.

#### ii. Specialty Equipment / Material / Facility Requirements

- Nitrogen pre-charge / gauging unit suitable for installation on the pre-charge valves located on all accumulator / desurge bottles located on the LMRP structure.
- Enough sterile gas sampling vessels required in order to draw one (1) gas sample from all accumulator / desurge bottles located on the LMRP structure.  There are six (6) accumulator / desurge bottles located on this structure.

#### iii. Procedure: Gas Sampling

- DNV is to establish a Protocol for collection of the gas samples from each accumulator / desurge bottle.  This procedure will be based on the type of sampling vessels that are provided.

#### iv. Analysis of the Gas

- DNV is to provide a protocol for the analysis of each gas sample drawn. As a minimum, the analysis is to include required chemical composition of the sample by percentage, and to also provide moisture content of the sample.
- DNV is to select a laboratory that they feel can provide the analysis required.  A written document with the results of the analyses is to be provided to DNV by the selected laboratory.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

### b. BOP Stack Structure

#### i. Purpose

- To determine the type and quality of the gas that is in the pre-charge section of the accumulator bottles located on the BOP stack structure. These accumulator bottles are referred to as the "High Pressure Shear Accumulator Bottles".

#### ii. Specialty Equipment / Material / Facility Requirements

- Nitrogen pre-charge / gauging unit suitable for installation on the pre-charge valves located on all accumulator bottles located on the BOP stack structure.
- Enough sterile gas sampling vessels required in order to draw one (1) gas sample from all accumulator / desurge bottles located on the BOP stack structure.  There are eight (8) accumulator bottles located on this structure.

#### iii. Procedure: Gas Sampling

- DNV is to establish a Protocol for collection of the gas samples from each accumulator bottle.  This procedure will be based on the type of sampling vessels that are provided.

#### iv. Analysis of the Gas

- DNV is to provide a protocol for the analysis that is to be conducted for each gas sample drawn.  As a minimum, the analysis is to include required chemical composition of the sample by percentage, and to also provide moisture content of the sample.
- DNV is to select a laboratory that they feel can provide the analysis required.  A written document with the results of the analyses is to be provided to DNV by the selected laboratory.

## V. Hydraulic Control System Pressure Testing (LMRP and BOP Stack)

This Protocol is to establish pressure integrity of the hydraulic control system that is used between the pod female receptacles and the BOP components located in both the LMRP structure and the BOP Stack structure.  During this testing, it is not necessary to include the various LMRP or BOP Stack wellbore pressure containing component (e.g. annular or ram BOPs).  This test primarily tests the hydraulic control system components (e.g. hoses, shuttle valve, pilot operated check valves, check valves, etc.

Operating systems test for ram and annular BOP components are tested separately from this Protocol in other sections of this document.

### a. LMRP

#### i. Purpose

13

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- To document the pressure integrity of the hydraulic control system located on the LMRP structure. This test will provide indications of leakage of hose / hose fittings as well as the sealing capability of various control system components (e.g. shuttle valves, pilot operated check valves, check valves) incorporated in the individual control circuits for each wellbore associated BOP.

### ii. Specialty Equipment / Material / Facility Requirements

- High pressure test pump, pneumatic operated, 5,000 psi W.P with minimum air supply of 80 psi.
- A low pressure (1,000 psi max.) chart recorder with a max. 1 hour clock speed.
- A high pressure (5,000 psi max.) chart recorder with a max. 1 hour clock speed.

### iii. Procedure: High and Low Pressure Test of Hydraulic Control System

- Check all hydraulic circuits for routing, components, etc. against the latest available drawings. Make notes of any differences. Through existing records, determine which connections have been broken on the Q4000 and at NASA.
- Before the test, check all coupling connections for proper torque make up. This does not include breaking any connections.
- Check all hydraulic circuits for routing, components, etc. against the latest available drawings. Make notes of any differences. Through existing records, determine which connections have been broken on the Q4000 and at NASA.
- Conduct testing using an OEM test stinger tool that can be inserted into the female receptacles on the stab plate. If OEM test stinger tool is not available, DNV is to provide a recommended alternative.
- If leaks are detected continue the test by taking the hoses off one side of the shuttle and pressure to determine if the leak is from the operator or shuttle valve. This includes both sides of the shuttle valves.
- Low Pressure Test Procedure:
    - Apply 250 – 300 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
    - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
    - Apply 250 – 300 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
        - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
- High Pressure Test Procedure:
    - Apply 3,000 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- ▪ Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
- ▪ Apply 3,000 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
- ▪ Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.

### b. BOP Stack

#### i. Purpose
- To document the pressure integrity of the hydraulic control system located on the BOP stack structure. This test will provide indications of leakage of hose / hose fittings as well as the sealing capability of various control system components (e.g. shuttle valves, pilot operated check valves, check valves) incorporated in the individual control circuits for each wellbore associated BOP.

#### ii. Specialty Equipment / Material / Facility Requirements
- High pressure test pump, pneumatic operated, 5,000 psi W.P with minimum air supply of 80 psi.
- A low pressure (1,000 psi max.) chart recorder with a max. 1 hour clock speed.
- A high pressure (5,000 psi max.) chart recorder with a max. 1 hour clock speed.

#### iii. Procedure: High and Low Pressure Test of Hydraulic Control System Pressure Testing
- Check all hydraulic circuits for routing, components, etc. against the latest available drawings. Make notes of any differences. Through existing records, determine which connections have been broken on the Q4000 and at NASA.
- Before the test, check all coupling connections for proper torque make up. This does not include breaking any connections.
- Check all hydraulic circuits for routing, components, etc. against the latest available drawings. Make notes of any differences. Through existing records, determine which connections have been broken on the Q4000 and at NASA.
- Conduct testing using an OEM test stinger tool that can be inserted into the female receptacles on the stab plate. If OEM test stinger tool is not available, DNV is to provide a recommended alternative.
- If leaks are detected continue the test by taking the hoses off one side of the shuttle and pressure to determine if the leak is from the operator or shuttle valve. This includes both sides of the shuttle valves.
- Low Pressure Test Procedure:

15

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- Apply 250 – 300 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
- Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
- Apply 250 – 300 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
- Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.

- High Pressure Test Procedure:
  - Apply 3,000 psi on the "open" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.
  - Apply 3,000 psi on the "close" operating system of the annular BOP and hold for period of 15 minutes.
  - Acceptance criteria that there is no indication of leakage on the chart recorder or visual indication on the operating system being tested.

## VI. High Definition Video and Laser Scanning of the Vertical Wellbore of the BOP Stack and Horizontal of the Casing Shear Ram Cavity and Bonnet Wellbore Faces

### a. Purpose
- To document the conditions found in the BOP stack wellbore in the areas of the casing shear rams, upper VBR ram, lower VBR ram, and Test VBR ram. Documentation of the Blind Shear Ram already has been conducted in the first phase of DNV's Forensic Investigation.

### b. Procedure: High Definition Video and Laser Scanning
- Record HD video of the entire vertical wellbore of the BOP Stack and laser scan any areas of interest and record results.

- Laser scan as much of shear cavity and wellbore faces as possible and record data.
- Horizontal scan and measurements of the casing shear ram cavity to be recorded.
- Scan the damaged wellbore faces of the casing shear bonnets with the bonnet opened and closed to record the erosion flow path.
- The seal area around the damaged bonnet face should be scanned as well.

## VII. BOP Control Pods

### a. Purpose
- To verify and confirm Hardware and Software Changes.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

**b. Procedure**

- Compare control pod hardware and software with the latest drawings and documentation concerning any changes, modifications and upgrades done to the Control Pods after delivery from the OEM and acceptance testing, including any hardware, hydraulic, electronics, software and/or any other differences.
- Review both Control Pods for any physical changes from the latest documentation.  Document any OEM recommended upgrades, Cameron Engineering Bulletins alerts and/or recommended changes, Transocean changes, etc. have been done to the Control Pods.  Check hydraulic pipe routing and components along with electrical wiring and components.
- Conduct FAT test for each control pod SEM and record results.
- Determine current Deadman/AMF software programming, in conjunction with specialized contractor or other personnel.
- Determine current software and firmware program, in conjunction with specialized contractor or other personnel.
- Analyze control pods state of corrosion and document number of anodes present, and record results.

**c.  Control Pod Hydraulic Circuitry Integrity Test**

- After completing Section VII(b) above, evaluate if additional testing is required.

**VIII.  High Pressure Casing Shear Ram Regulator – Disassembly, Inspection and Leak Rate Testing**

**a.  Purpose**

- Conduct a leak rate test to determine overall leakage of the regulator and to determine what effect this leak rate would have on the pressure decay of the High Pressure Shear Accumulator system from the time of the event up until the High Pressure Blind Shear ram was activated by cutting of the stem on the Autoshear pilot valve.

**b.  Specialty Equipment / Material / Facility Requirements**

- Obtain OEM drawings, documentation, manufacturing, specification, inspection and FAT documentation and drawings on the subject regulator.

**c.  Technical Personnel Requirements**

- Experienced and qualified OEM technical personel should be in attendance at the inspection site for purposes of providing information to DNV during the testing process regarding these operations.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

### d.  Procedure: Leak Rate Test
- Bench test the regulator in a safe environment to duplicate the leak using 5,000 psi and reducing in 250 psi increments down to 3,000 psi.  The test period for each increment should be over a period of 15 minutes (minimum).

### e.  Procedure: Post Leak Rate Test Disassembly and Inspection Procedure
- Disassemble the regulator according to OEM procedure.  Record breakout torques on bolts and nuts and any assembly anomalies.  Note any apparent damages to o rings, seals, seal surfaces, etc. as the unit is taken apart.
- When all parts are available for inspection, inspect them individually for flaws such as scrapes, dents, scratches, washouts, damaged shear seals, missing parts (springs, O rings, nuts, bolts, etc.), damaged seals, and the presence of an unusual amount of dirt or trash
- Measure parts according to OEM QA documents when the regulator was original manufactured.
- Check shear seals for proper finish and dimensions.
- Check the shear seal mirror surface for surface finish rating and compliance with OEM QA documents.
- Record all findings and data on inspection forms and submit findings and data to DNV.
- When the inspection is complete, coat all parts in preservative and store properly.

## IX. Solenoids
### a.  Analysis and Measurement of the Solenoid 103-Y E-Connector (Pie Connector), Male and Female, Physical Receptacle Fit and Electrical Continuity (Original 103-Y and Replacement)

#### i.  Purpose
- To determine what has been observed as a difference between solenoid valve 103-Y original and 103-Y replacement in order to determine if the difference could have an effect on the electrical functionality of the solenoid valve coil.

#### ii.  Procedure
- Check all components, etc. against the latest available information from the manufacturer.  Make notes of any differences in the marking and confirm with the manufacturer that they have manufactured this style of e-connector and that Y-103 is OEM equipment.
- Through existing records, determine from the wiring manufacturer in writing, which connector type is the newer style and is one or both OEM supplied.
- Since these male connections are not alike, determine what effect the differences may have on performance of the connector.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

- Ensure that the pie connection fit is within the manufacturer's requirements for a proper seal. Fit dimensions and tolerances shall have to be supplied by the OEM and/or his subcontractor.
- Check the continuity of the sockets on each of the pie connectors (pie 1 segment A, pin 1 to pins 2, 3, 4; pin 2 to pins 3 and 4; and pin 3 to 4). This should be done to each segment on all pies. Particular attention should be given that these should all be open circuits with no shorts.
- Depending on the results of the above gathering of information and analysis, consider cutting open the female connector for inspection. If it is possible, a bore scope type tool should be considered for internal examination.
- Determine if any non OEM Pie Connectors were ordered and if so from whom.
- Identify OEM Pie Connectors that have been reconditioned and/or overhauled.
- DNV to provide a report on all the above findings.

**b. Solenoid Valve Inspection, Test and Disassembly – 103-Y (Original and Replacement), 103-B and 3A-Y**

   **i. Purpose**
- To compare conditions of various solenoid valves that were either removed from service due to abnormalities discovered in pervious testing against solenoid valves that appear to be functioning properly or have the same functionality in the opposite subsea pod.

   **ii. Procedure: Solenoid Inspection, Test and Disassembly**
- Confirm the revision (REV) of the solenoids and record result (using Cameron documentation)
- Repeat previous tests with 3,000 psi hydraulic pressure on the assembly and using FAT procedure. Note all data as outline in the FAT. Note any differences between the two assemblies. These test are to be conducted at both ambient room temperature as well as at the subsea temperature that valves would have been subjected to on the BP Macondo well (MC 252) in 5,000 ft. water depth in the Gulf of Mexico. If possible, this temperature could be provided by Transocean documentation for either the Deepwater Horizon or any other drilling rig operated by Transocean in this well location. Otherwise the subsea ambient temperature test will be conducted at 38° F.
- Before disassembling the solenoids, a Data Acquisition Device should be used to record the current signature of the solenoid as it is energized and when it is de-energized. This should be recorded for coils A & B separately and together.
- Disassemble according to OEM procedure for the solenoid ends of both units. Conduct a complete inspection in relationship to OEM manufacturing and inspection standards and record results. Record any

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

differences between the two assemblies.  Particular attention should be given to the continuity and resistance of the coils.

- Disassemble according to OEM procedure the hydraulic ends of both units.   Conduct a complete inspection in relationship to OEM manufacturing and inspection standards and record results. Particular attention should be given to the condition of seals, plated parts, damaged surfaces, scratches, worn surfaces, etc.  Note any differences between the two assemblies.

- Record data on OEM overhaul type inspection and/or FAT form for all components of each solenoid assembly.  Particular note shall be made of any differences between the two assemblies.

- Upon completion of the inspection, the units should be coated in a preservative and stored in a secured area.

## X. Analysis and Determination of the Comparative Inconsistency of the PETU Units Used in the Y103 Test at the NASA Michoud Facility

- As further described in the third attachment to the DNV contract, DNV will obtain information from the OEM concerning any differences in the two (2) PETU's that were used during the March 3 – 4, 2011, testing of the Deadman system test in both the Blue and Yellow subsea control pod electronic sections, as well as a general description and overview of the capabilities of the PETU used to test the Yellow Pod on the Q4000 and the Blue Pod on the Discoverer Enterprise in May/June 2010.

## XI. Remove SEMs / SEM Covers to Check PLCs and Batteries

### a. Purpose
- This Protocol allows checking of the internal components (electronics and batteries) that are located inside the Blue and Yellow SEMs.

### b. Procedure
- Prior to opening the SEMS and STMs, all the seals should be pressure tested (SEMS cap all pie connectors all Season connectors, purge fittings etc.). Additionally a sample of the environment inside of the SEM should be taken in order to determine gas content and moisture content inside of the SEM cover.
- Check that the polarities of the battery terminations are correct.
- Remove the batteries from the SEM so that battery voltage can be taken directly from the battery terminals.  Additionally, a second series of battery voltage testing is to be conducted   with the batteries subjected to a temperature that they would have been exposed to during the drilling of the Macondo well (MC 252) in 5,000 ft. water depth in the Gulf of Mexico.  If possible, this temperature could be provided by Transocean documentation for either the Deepwater Horizon or any other drilling rig operated by Transocean in this well location.  All voltage readings are to be documented.
- The battery voltages should be taken under load as was conducted during the

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

battery voltage checks at the Michoud Forensic Investigation Site location during previous testing using previous DNV Protocol.

- Record the part number and version of the AMF card.
- Inspect the batteries for any signs of damage.
- Check each SEMs battery and power supply voltage:
  a. 2 ea. - 27v batteries (1 in Blue SEM and 1 in Yellow SEM)
  b. 4 ea. - 9v batteries ( 2 in Blue SEM and  2 in Yellow SEM)
  c. 8 ea. - 24v power supplies (4 in Blue SEM and  4 in Yellow SEM)
  d. 4 ea. - 5v power supplies (2 in Blue SEM and 2 in Yellow SEM)
- Record the part number, serial numbers and manufacturer of each battery.
- Check the transducers for correct calibration.
- Check the analog input cards for correct calibration.
- Check the continuity of the sockets on each of the pie connectors (pie 1 segment A, pin 1 to pins 2, 3, 4; pin 2 to pins 3 and 4; and pin 3 to 4).  This should be done to each segment on all pies. Particular attention should be given that these should all be open circuits with no shorts.
- Download the "Shutdown.asc" file, which is the AMF sequence.  Verify all 4 SEMs have the same file.
- Save copies of all directories and files in all of the SEMS
- Record the software version and revision, if any.  Record any notes that have been added to account for changes and who made the change.
- The wiring should be verified against the latest OEM drawing.   Any difference between the drawings and hardware should be noted.  Included in this inspection should be wire size, fuse ratings, connectors, pins, sockets and all solder connections.
- The PLCs manufacture, part number, model number and serial number including the CPU, VMS Buss, I/O Carrier boards, I/O Piggy back cards, and Power supplies.
- Confirm all PLCs and PCs are properly coated.
- Record the serial number of each pod.

**XII.   Removal and Forensic Analysis of Packers and Seals from Ram Blocks (3 VBRs and 1 SBR) and Annular Packers / Donuts (Please Note: This procedure involves destructive testing.)**

**a.  Purpose**

- Compare packers and seals removed from rams and annular preventers in the DWH BOP stack / LMRP against OEM standards and specifications and record results.

**b.  Procedure**

- DNV is to advise and notify the parties regarding the potential suitability of an "off-Michoud Facility" laboratory to be used, pursuant to approved written procedures, for purposes of conducting the various tests requested.
- If insufficient remains to analyze these items, exemplar material will be obtained.

21

April 18, 2011

**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

- Analysis of these items should be conducted at ambient temperature, as well as a higher temperature consistent with flowing temperatures of the Macondo (MC252) well.
- Laser scan each packer element and document existing physical and chemical condition of each element.
- For nitrile rubber materials:
  - Shore A Hardness (ASTM D2240) testing. This can be performed in-situ using a hand-held hardness tester, but it is more accurate to test flat specimens. Two specimens should be tested at a minimum, one on the surface and one unexposed (in the bulk of the component). Specimens for testing should have approximate dimensions of 1" x 1" x 0.25" or thicker.
  - Tensile testing (ASTM D412). This test requires machining a minimum of 3 (maximum 5) specimens from the component. The standard specifies that test specimens have a dogbone geometry with approximate dimensions of 1" x 1" x 4". If material is limited, smaller specimen geometries can be considered, and a separate protocol will be provided.
  - Compression set (ASTM D395, Method B, Type 1). This test requires machining disk-shaped specimens (2 minimum per location) of approximately 1" diameter x 0.5" thickness. Sampling locations would include one on the surface and one unexposed (in the bulk of the component).
  - Measurement of crosslink density at surface and unexposed locations. This test requires a specimen mass of about 1 gram per location.
  - Recipe deconstruction to quantify the formulation (% filler, type of filler, curative package, antioxidant %, nitrile content, etc.) This testing will require a minimum of 10 grams of material.

**XIII.  Removal and Inspection of Teflon Wear Pads on Bottom of BOP Ram Blocks**
    **a.  Purpose**
- To analyze causes of breakage and discoloration of the Teflon wear pads (i.e. temperature, exposure to wellbore media, etc.)
- Obtain new Teflon wear pad from OEM to allow for comparative analysis.

**XIV.  Remove and Determine Accuracy, Precision and Calibration of P/T Sensors in LMRP and BOP**

    **a.  Purpose**
- To determine accuracy, precision and calibration of the P/T sensors located in the LMRP well control equipment and in the BOP well control equipment.

    **b.  Technical Personnel Requirements**
- Experienced and qualified OEM technical personnel should be in attendance at the inspection site for purposes of providing information to DNV during the testing process regarding these operations.

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

**c. Procedure:  Remove and Determine Accuracy, Precision and Calibration of P/T Sensors in LMRP and BOP**

- Remove each pressure transducer from both the LMRP and the lower BOP for inspection, including any sensor that was accessed during the post-incident intervention.

- Perform a physical inspection of both sensors with particular attention to the condition of any parts damaged or worn surfaces.

- Determine mechanical specifications of transmitter flange (for transmitter below BOP, on the lower test rams) and manufacture or obtain a pressure test/calibration test unit.

- Testing should be conducted using OEM instrumentation and procedures, including FAT procedure and calibration methodology for the sensors.  Testing should also, or alternatively, be performed in accordance with a supplied testing procedure, utilizing a dead weight tester, at a specified pressure increment, to be determined, throughout the test.

- To account for hysteresis effects, test points should be held for a specified time, to be determined.  This may increase the duration required to perform the calibration testing to several hours.

- Pressures should be recorded for pressure increments over the full range of the transmitter, and again in decrements back down to near 0 psi.  Different increments may be desired over different pressure ranges.

- During pressure testing, the transmitter should be power cycled periodically to confirm that pressure readings are the same after re-powering the transmitter.

- Check both sensors for calibration, accuracy and ability to transmit data as intended via the OEM FAT documents and standards and record results.

- Determine sensor linearity.  For example, with sensor output as a 4-20 mA signal, measure sensor output at intervals (e.g., every 200 psi) across its entire range, and in particular in the range 2,000-7,500 PSI.

- Test output with several different compatt units (used to convert output signal to voltage for transmission to ROV) and record results.

- Upon completion of the inspection, each P/T units should be coated in a preservative and stored in a secured area.

**d. ROV Intervention Comparison**

- With the data obtained from Section (c) above, comparison of this data will be made with data collected from various ROV operations during the intervention operation.

**XV.   Miscellaneous Department of Justice Requests**

The Department of Justice has requested that the following be included in this Protocol:

a. Solenoid Valve Testing on Q-4000 (Yellow Pod) and the Discover Enterprise (Blue Pod) – obtain data sheet from Cameron that shows that during these tests (approx. May and June, 2010 respectively), that the solenoid valve coils were

23

April 18, 2011

**CONFIDENTIAL**
**PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)**

individually tested with 3,000 psi being applied to the hydraulic portion of the solenoid valve assembly.

b.  Report on the analysis of Fluid Samples taken in previously conducted Forensic Investigation testing / investigation by DNV (November 15, 2010 – March 4, 2011).

24

April 18, 2011

CONFIDENTIAL
PROVIDED PURSUANT TO COURT ORDER (R. DOC. 1757)

## APPENDIX A
## ABBREVIATIONS AND MEANINGS

| Abbreviation | Meaning |
|---|---|
| BOP | Blowout Preventer |
| DNV | Det Norske Veritas |
| DWH | Deepwater Horizon |
| FAT | Factory Acceptance Testing |
| HPU | Hydraulic Power Unit |
| LMRP | Lower Marine Riser Package |
| MC | Mississippi Canyon |
| NASA | National Aeronautics and Space Administration |
| O&M | Operation and Maintenance |
| OEM | Original Equipment Manufacturer |
| PETU | Portable Electronic Test Unit |
| PLC | Programmable Logic Computer |
| QA | Quality Assurance |
| SEM | Subsea Electronic Module |

April 18, 2011