## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **DEEPWATER HORIZON** | * | **MDL NO.:    2179** |
| | * | |
| | * | **SECTION J** |
| | * | |
| | * | **DIVISION I** |
| | * | |
| | * | **JUDGE CARL L. BARBIER** |
| | * | |
| **This document relates to: 10 CV 04169** | * | **MAGISTRATE SHUSHAN** |

**********************************************************************************

<u>CLAIM IN LIMITATION</u>

<u>ECONOMIC LOSS AND DAMAGE CLAIM OF COMMERCIAL
FISHERMAN/OYSTER LEASEHOLDER</u>

**NOW INTO COURT**, through undersigned counsel, comes Claimant Terry G. Robin, who files his claim in the limitation of liability proceeding instituted by Nautical Solutions, LLC, and avers as follows:

### I.

Claimant, on his own behalf and on behalf of similarly situated persons, avers that Seacor Holdings Inc., et al., Monica Ann, LLC, et al.,  Nautical Solutions, LLC, and Island Ventures II, LLC  were negligent and otherwise at fault in causing the Deepwater Horizon to sink on April 22, 2010, two (2) days after a massive explosion, thereby causing the massive oil spill that followed as a consequence of the sinking.  Claimant adopts the allegations of the Complaint filed in *Robin, et al. v. Seacor Marine, L.L.C., et al.*, C/A No. 10-1986 ("B4"), MDL No. 2179. Claimant asserts the negligence and unseaworthiness of the responder fireboats of Seacor Holdings Inc., et al., Monica Ann, LLC et al., Nautical Solutions, LLC , and Island Ventures II, LLC was the direct and proximate cause of the losses sustained by Claimant as a result of the sinking of the Deepwater Horizon and the resulting massive oil spill.

**II.**

Claimant has filed a claim with either BP or the GCCF, Claim No. 1026007 & 1026011.

**III.**

Claimant maintains this claim as commercial fisherman and oyster leaseholder.  The last four digits of Claimant's social security number or tax number are 8228.

**IV.**

Claimant brings a claim for lost earnings, lost profits, and economic losses as a result of lost income.  Claimant suffered diminished earnings, revenue, and profit from loss of business. Claimant suffered damage to his oyster leases including but not limited to past, present, and future loss of oysters, loss of opportunity to harvest, and environmental damage.

**V.**

Claimant has damages, past and future, for loss of income.

**VI.**

**WHEREFORE**, Claimant Terry Robin prays that after due proceedings are had, his claim be deemed just and equitable, and that he be favored with full relief as prayed for herein and for other such damages as are just and equitable in the premises.

Respectfully submitted,

F. Gerald Maples, P.A.

 s/ Carlos A. Zelaya, II
F. Gerald Maples (La. #25960)
        federal@fgamapleslaw.com
Carlos A. Zelaya, II (La. #22900)
        czelaya@fgmapleslaw.com
One Canal Place
365 Canal Street, Suite 2650
New Orleans, Louisiana 70130
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Claim in Limitation has been served on all counsel by electronically uploading it to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.


s/Carlos A. Zelaya, II
Carlos A. Zelaya, II