Case 2:10-md-02179-CJB-SS Document 1666-12 Filed 03/16/11 Page 1 of 2
Case 2:10-md-02179-CJB-DPC Document 2033 Filed 04/20/11 Page 1 of 2
AO 440 (Rev. 12/09) Summons in a Civil Action

198200.2

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Tracy Kleppinger, et al <br><br> *Plaintiff* <br><br> v. <br><br> Transocean Offshore Deepwater Drilling, Inc., et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10-md-2179 (relates to 2:10-03168) <br> ) <br> ) J (1) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M-I L.L.C.
through its registered agent
Capitol Corporate Services, In
8550 United Plaza Building II, Suite 305
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Todd Elias
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Mar 16 2011

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-md-2179 (relates to 2:10-03168)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M-I L.L.C.
was received by me on *(date)* MARCH 29, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PARRISH MADONIA, who is designated by law to accept service of process on behalf of *(name of organization)* CAPITOL CORP. SERVICES, REGISTERED AGENT FOR M-I L.L.C. on *(date)* 3/30/2011 ; @ 12:02 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/30/2011

*Server's signature* (William Humble)

WILLIAM HUMBLE - PRIVATE PROCESS SERVER
*Printed name and title*

1113 S. RANGE AVE. STE 110, #126
DENHAM SPRINGS, LA 70726
*Server's address*

Additional information regarding attempted service, etc: