UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## REQUEST TO ADD NAMES TO PANEL ATTORNEY SERVICE LIST

Pursuant to Pretrial Order No. 1, Setting Initial Conference, the following attorney wish to add his name to the Panel Attorney Service List, as provided in Pretrial Order No. 1:

> Yehuda Smolar
> Georgia Bar No. 665150
> YES Law Group, LLC
> 500 Bishop Street, Suite A-6
> Atlanta, Georgia 30318
> (404) 525-3900
> (404) 522-4932
> ysmolar@yeslawgroup.com

Counsel presently serves as counsel for 10,519 individual claimants listed on Exhibit A attached hereto and incorporated herein by reference and 206 business claimants listed on Exhibit B attached hereto and incorporated herein by reference.

Respectfully submitted this 20th day of April, 2011.

YES LAW GROUP, LLC

*/s/ Yehuda Smolar*
Yehuda Smolar
Georgia Bar No. 665150

500 Bishop Street, Suite A-6
Atlanta, Georgia 30318
(404) 525-3900
ysmolar@yeslawgroup.com


## CERTIFICATE OF SERVVICE

I certify that a copy of the foregoing pleading has been filed electronically with the Clerk of Court utilizing the CM/ECF System. Notice of this filing will be sent to counsel fo record by operation of the Court's electronic filing system on this 20th day of April, 2011.

*/s/ Yehuda Smolar*
Yehuda Smolar
Georgia Bar No. 665150

YES LAW GROUP, LLC
500 Bishop Street, Suite A-6
Atlanta, Georgia 30318
(404) 525-3900
ysmolar@yeslawgroup.com