Yes Law Group SF Business

| BusName | BusEIN4 | FN |
|---|---|---|
| 3D Solutions Providers, LLC | 4629 | 3D Solutions Providers, LLC-4629.pdf |
| A Unique Creation | 7040 | A Unique Creation -7040.pdf |
| ABS Properties | XXXX | ABS Properties-XXXX.pdf |
| All About Christ Praise N Worship Center | 9118 | All About Christ Praise N Worship Center-9118.pdf |
| Allen Chapel AME Church | XXXX | Allen Chapel AME Church-XXXX.pdf |
| Amanda of Atlanta Beauty Salon | 4175 | Amanda of Atlanta Beauty Salon-4175.pdf |
| Angels All Around Us/Ministry Of Dance | 8061 | Angels All Around Us/Ministry Of Dance-8061.pdf |
| Angels Hope Community Development Corporation | 0881 | Angels Hope Community Development Corporation-0881.pdf |
| Angels of Zion Outreach Ministries | 0138 | Angels of Zion Outreach Ministries-0138.pdf |
| Annie Resale | 9803 | Annie Resale-9803.pdf |
| B and B Quick Stop | XXXX | B and B Quick Stop-XXXX.pdf |
| Babins Elite LLC | 9010 | Babins Elite LLC-9010.pdf |
| Baldwin Church of God In Christ United | 4614 | Baldwin Church of God In Christ United-4614.pdf |
| Bell Painter & Remodeling Co | 3890 | Bell Painter & Remodeling Co-3890.pdf |
| Beyond the Sky, LLC | 2765 | Beyond the Sky, LLC-2765.pdf |
| Biddle's Electric | 8304 | Biddle's Electric-8304.pdf |
| Biddle's Flower Connection | 2339 | Biddle's Flower Connection-2339.pdf |
| Bloooming Grove Baptist Church | XXXX | Bloooming Grove Baptist Church-XXXX.pdf |
| Bolden's Trucking, LLC | 8471 | Bolden's Trucking, LLC-8471.pdf |
| Bradstreet Carpet | 2413 | Bradstreet Carpet-2413.pdf |
| Butlers Records Recording Studio | 0829 | Butlers Records Recording Studio -0829.pdf |
| C & D's Catering | 0383 | C & D's Catering-0383.pdf |
| C J Photo | 8202 | C J Photo-8202.pdf |
| C&D's Mobile Concession | 5191 | C&D's Mobile Concession-5191.pdf |
| Carla Sitting Program | 3903 | Carla Sitting Program-3903.pdf |
| Cedar Street  Missionary Baptist Church | 4999 | Cedar Street  Missionary Baptist Church-4999.pdf |
| Children of Grace Day Care | XXXX | Children of Grace Day Care-XXXX.pdf |
| Christ Baptist Church Cathedral Inc. | 4931 | Christ Baptist Church Cathedral Inc.-4931.pdf |
| Christian Foundation Inc. | 8734 | Christian Foundation Inc. -8734.pdf |
| Christian Light Missionary Baptist Church | 6711 | Christian Light Missionary Baptist Church-6711.pdf |
| Christian Love Missionary Baptist Church | 4426 | Christian Love Missionary Baptist Church-4426.pdf |
| Church of God | 5085 | Church of God-5085.pdf |
| Clark's Beauty Salon | 2725 | Clark's Beauty Salon-2725.pdf |
| Clinic Drugs Inc. | 1704 | Clinic Drugs Inc.-1704.pdf |
| Covenant Ministries International | 3818 | Covenant Ministries International-3818.pdf |
| D.E.E. Moses Trucking | 0888 | D.E.E. Moses Trucking-0888.pdf |
| Da' Family Joint Restaurant | 0935 | Da' Family Joint Restaurant-0935.pdf |
| DAIRY | 5470 | DAIRY-5470.pdf |
| Dinez Daycare | 8773 | Dinez Daycare-8773.pdf |
| Discipleship Baptist Church | 8023 | Discipleship Baptist Church-8023.pdf |
| Diversified Cleaning Service LLC | 6731 | Diversified Cleaning Service LLC-6731.pdf |
| Diversity Hair Studio | 2242 | Diversity Hair Studio-2242.pdf |
| Divine Fellowship Church Ministries | 5518 | Divine Fellowship Church Ministries-5518.pdf |
| Easy Care Sitting Service | XXXX | Easy Care Sitting Service-XXXX.pdf |
| El Bethel Primitive Baptist Church | 9783 | El Bethel Primitive Baptist Church -9783.pdf |
| Emmanuel Ministries | 2444 | Emmanuel Ministries-2444.pdf |
| Faith Healing and Deliverance Ministries Church | 8769 | Faith Healing and Deliverance Ministries Church-8769.pdf |
| Faith Temple F.G. Holiness Chuch Inc. | XXXX | Faith Temple F.G. Holiness Chuch Inc.-XXXX.pdf |
| Family Answer To Elder Care | 0484 | Family Answer To Elder Care-0484.pdf |
| Fine Fried Fish | XXXX | Fine Fried Fish -XXXX.pdf |
| First Baptist Church of Baltimore Street INC. | XXXX | First Baptist Church of Baltimore Street INC.-XXXX.pdf |
| First Baptist Church of Smoke Bend | 0628 | First Baptist Church of Smoke Bend-0628.pdf |
| First Love Missionary Baptist Church | 1708 | First Love Missionary Baptist Church-1708.pdf |
| Fred Eaton's Service Station | 3257 | Fred Eaton's Service Station-3257.pdf |
| Friendship Missionary Baptist Church | 9329 | Friendship Missionary Baptist Church-9329.pdf |
| Genesis Day Care | 2686 | Genesis Day Care-2686.pdf |
| Glory Devine Home Care, LLC | 3030 | Glory Devine Home Care, LLC-3030.pdf |
| God Is Love Baptist Church | 7154 | God Is Love Baptist Church-7154.pdf |

| Business | Number | File |
|---|---|---|
| Grandmother Gardener | 3571 | Grandmother Gardener-3571.pdf |
| Greater Faith Christian Church | 3587 | Greater Faith Christian Church-3587.pdf |
| Greater King Triumph | 2686 | Greater King Triumph-2686.pdf |
| Greater Mount Carmel Church | XXXX | Greater Mount Carmel Church-XXXX.pdf |
| Green Grove MB Church | 7526 | Green Grove MB Church-7526.pdf |
| Grenny's Tiny Tots Daycare Inc. | 4541 | Grenny's Tiny Tots Daycare Inc.-4541.pdf |
| Harris Construction | 3324 | Harris Construction-3324.pdf |
| Havenly Hands Cleaning Service | 4636 | Havenly Hands Cleaning Service-4636.pdf |
| Healing Stream Outreach Ministry | 3687 | Healing Stream Outreach Ministry-3687.pdf |
| Hill of Zion Baptist Church | 4390 | Hill of Zion Baptist Church-4390.pdf |
| His & Her Barber Shop & Beauty Salon | 2267 | His & Her Barber Shop & Beauty Salon-2267.pdf |
| Holmes Street Baptist Church | 7478 | Holmes Street Baptist Church-7478.pdf |
| Holy Trinity Baptist Church | 4161 | Holy Trinity Baptist Church-4161.pdf |
| Hope Janitoral Services | 6245 | Hope Janitoral Services-6245.pdf |
| House of Judah Church | 1616 | House of Judah Church-1616.pdf |
| Household of Faith Deliverance Ministries | 7331 | Household of Faith Deliverance Ministries-7331.pdf |
| Howard Third Zion Traveler's Baptist Church | 2191 | Howard Third Zion Traveler's Baptist Church-2191.pdf |
| HW Collections | 2058 | HW Collections-2058.pdf |
| Integrity Contractor's LLC. | 5374 | Integrity Contractor's LLC. -5374.pdf |
| Iron Put Bar and Grill | 2826 | Iron Put Bar and Grill-2826.pdf |
| Israel Baptist Church | 2880 | Israel Baptist Church-2880.pdf |
| J. Hall Transportation | 4077 | J. Hall Transportation-4077.pdf |
| J.K.S. Association | 5287 | J.K.S. Association-5287.pdf |
| JE Turner | 9169 | JE Turner-9169.pdf |
| Joni's Mini Marat | 6982 | Joni's Mini Marat-6982.pdf |
| Joy Blackstone | 3318 | Joy Blackstone-3318.pdf |
| Joyful Deliverance House of Prayer Church | 9354 | Joyful Deliverance House of Prayer Church-9354.pdf |
| K Patterson Trucking Inc. | 0303 | K Patterson Trucking Inc. -0303.pdf |
| Kendall Lawn Service | 8481 | Kendall Lawn Service-8481.pdf |
| Kenner Calvary Baptist Bookstore | 2207 | Kenner Calvary Baptist Bookstore-2207.pdf |
| Kenner Calvary Baptist Church | 4595 | Kenner Calvary Baptist Church-4595.pdf |
| Kevin's Lawn and Landscaping Service | 0207 | Kevin's Lawn and Landscaping Service-0207.pdf |
| Keys to the Kingdom | XXXX | Keys to the Kingdom-XXXX.pdf |
| L and S Auto Detailing and Pressure Washing Inc. | XXXX | L and S Auto Detailing and Pressure Washing Inc.-XXXX.pdf |
| Lambert's Backhoe & Tractor Service | 1473 | Lambert's Backhoe & Tractor Service-1473.pdf |
| Larry Randolph | 2528 | Larry Randolph-2528.pdf |
| LaRuce Renovations, Inc. | 9545 | LaRuce Renovations, Inc.-9545.pdf |
| Leroy's Carpet Installation | 8370 | Leroy's Carpet Installation-8370.pdf |
| Lextrosoft Computer Repair | 2149 | Lextrosoft Computer Repair-2149.pdf |
| Liberty Faith Baptist Church | 3863 | Liberty Faith Baptist Church-3863.pdf |
| Life Light Baptist Church | 0370 | Life Light Baptist Church-0370.pdf |
| Lillie Scott | 8769 | Lillie Scott-8769.pdf |
| Lilly Of The Valley Baptist Church | 4112 | Lilly Of The Valley Baptist Church-4112.pdf |
| Little Zion Missionary Baptist Church | 3380 | Little Zion Missionary Baptist Church-3380.pdf |
| Live Oak Missionary Baptist Church | XXXX | Live Oak Missionary Baptist Church-XXXX.pdf |
| Lydia Floral | 2569 | Lydia Floral-2569.pdf |
| M & C Association Inc. | 0723 | M & C Association Inc.-0723.pdf |
| M & M Trucking of Houma, Inc. | 7290 | M & M Trucking of Houma, Inc.-7290.pdf |
| M and P Zine Painting | XXXX | M and P Zine Painting-XXXX.pdf |
| M&N Universal Masonry Inc. | 6132 | M&N Universal Masonry Inc. -6132.pdf |
| Magnolia Cleaners | 2600 | Magnolia Cleaners-2600.pdf |
| Main Street Missionary Baptist Church | 8722 | Main Street Missionary Baptist Church-8722.pdf |
| Manny's Renovations | 6087 | Manny's Renovations-6087.pdf |
| Mary Wiggins Flower Shop | 8631 | Mary Wiggins Flower Shop-8631.pdf |
| Masters Touch Mobile Barbering | 1103 | Masters Touch Mobile Barbering-1103.pdf |
| Milestone Self-Storage | 6078 | Milestone Self-Storage-6078.pdf |
| Moffettville Baptist Church | XXXX | Moffettville Baptist Church-XXXX.pdf |
| Morning Star Baptist Church | 2410 | Morning Star Baptist Church-2410.pdf |
| Morning Star Baptist Church | 9742 | Morning Star Baptist Church-9742.pdf |

| | | |
|---|---|---|
| Mount Calvary Baptist Church | 6687 | Mount Calvary Baptist Church-6687.pdf |
| Mount Olive Baptist Church | XXXX | Mount Olive Baptist Church-XXXX.pdf |
| Mount Zion Primitive Baptist Church | 0261 | Mount Zion Primitive Baptist Church-0261.pdf |
| Ms. Bee's Snowballs | 8682 | Ms. Bee's Snowballs-8682.pdf |
| Mt Olive Baptist Church | 6480 | Mt Olive Baptist Church-6480.pdf |
| Mt Pleasant Baptist Church | 9004 | Mt Pleasant Baptist Church-9004.pdf |
| Mt. Moriah Baptist Church | 4752 | Mt. Moriah Baptist Church-4752.pdf |
| Mt. Nebo B.C. | 0926 | Mt. Nebo B.C. -0926.pdf |
| Mt. Salem Baptist Church | 0425 | Mt. Salem Baptist Church-0425.pdf |
| N & K Trucking | 1447 | N & K Trucking-1447.pdf |
| New Jerusalem Full Gospel Baptist Church | 3893 | New Jerusalem Full Gospel Baptist Church-3893.pdf |
| New Morning Star Baptist Church | 5270 | New Morning Star Baptist Church -5270.pdf |
| New Mount Pilgrim Baptist Church | 8448 | New Mount Pilgrim Baptist Church-8448.pdf |
| New St. Paul Missionary Baptist Church | 6520 | New St. Paul Missionary Baptist Church-6520.pdf |
| New Zion Baptist Church | 7607 | New Zion Baptist Church-7607.pdf |
| New Zion Christian Center | XXXX | New Zion Christian Center-XXXX.pdf |
| Oak Grove Baptist Church | 1198 | Oak Grove Baptist Church-1198.pdf |
| Paula's Special Touch | XXXX | Paula's Special Touch-XXXX.pdf |
| Peace and Goodwill P. Baptist Church | 9731 | Peace and Goodwill P. Baptist Church-9731.pdf |
| Penny's Playhouse Home Child Care | 7204 | Penny's Playhouse Home Child Care-7204.pdf |
| Philadelphia Baptist Church | 1863 | Philadelphia Baptist Church -1863.pdf |
| Pirague's Cafe | SSN | Pirague's Cafe- SSN.pdf |
| Potters Wheel Family Life Center | 0011 | Potters Wheel Family Life Center-0011.pdf |
| Primerica (Roy Gray & Associates) | 3393 | Primerica (Roy Gray & Associates)-3393.pdf |
| Professional Cleaning & Maintenance | 7109 | Professional Cleaning & Maintenance-7109.pdf |
| Professional Maintanence | XXXX | Professional Maintanence-XXXX.pdf |
| Profound Beauty Salon LLC. | 4177 | Profound Beauty Salon LLC.-4177.pdf |
| PS PJ Investment | 5503 | PS PJ Investment-5503.pdf |
| Quality Tax by Sheronda | 2470 | Quality Tax by Sheronda-2470.pdf |
| R and R Beach Front Landscaping | 8604 | R and R Beach Front Landscaping-8604.pdf |
| R&F Specialists | 3075 | R&F Specialists-3075.pdf |
| Randy Hatcher Herbs Inc. | 3042 | Randy Hatcher Herbs Inc.-3042.pdf |
| Remnant Church House of Deliverance | 9234 | Remnant Church House of Deliverance-9234.pdf |
| Renwick's Lawn Care | XXXX | Renwick's Lawn Care-XXXX.pdf |
| Resurection Custom Paint and Body Shop | 6249 | Resurection Custom Paint and Body Shop-6249.pdf |
| Rivers of Living Water | 0745 | Rivers of Living Water -0745.pdf |
| Romel's Body Shop | 3605 | Romel's Body Shop -3605.pdf |
| Ron's Mobile Auto Repair | XXXX | Ron's Mobile Auto Repair-XXXX.pdf |
| Roy's Barber Shop | 4459 | Roy's Barber Shop-4459.pdf |
| Royal Junk | 8315 | Royal Junk-8315.pdf |
| Royal's Grocery and Bar | 0860 | Royal's Grocery and Bar-0860.pdf |
| Rush Delivery Service Co. | 0660 | Rush Delivery Service Co.-0660.pdf |
| Sapphire Economic Development | 6522 | Sapphire Economic Development-6522.pdf |
| Scie's Limousine Service | XXXX | Scie's Limousine Service-XXXX.pdf |
| Second Salvation Baptist Church | 0534 | Second Salvation Baptist Church-0534.pdf |
| Shalom Breakthrough Outreach Ministry | 0201 | Shalom Breakthrough Outreach Ministry-0201.pdf |
| Shekinah Glory Christian Fellowship | 6686 | Shekinah Glory Christian Fellowship-6686.pdf |
| Simmons Drain Cleaning & General Repair Service | 6452 | Simmons Drain Cleaning & General Repair Service-6452.pdf |
| Simon Law Care | 9030 | Simon Law Care-9030.pdf |
| Singleton & Howard Cement Finishing | XXXX | Singleton & Howard Cement Finishing -XXXX.pdf |
| Snow Zone | 4305 | Snow Zone-4305.pdf |
| Solid Rock Baptist Church | 8170 | Solid Rock Baptist Church-8170.pdf |
| Spirit of Liberty Church | 7738 | Spirit of Liberty Church-7738.pdf |
| Spiritual Impact Family Worship Center | 4174 | Spiritual Impact Family Worship Center-4174.pdf |
| St Marks Church | 4162 | St Marks Church-4162.pdf |
| St. Matthews Baptist Church | 7192 | St. Matthews Baptist Church-7192.pdf |
| Stewart Brothers Independent Contractors, LLC. | 5366 | Stewart Brothers Independent Contractors, LLC.-5366.pdf |
| Stone Street Baptist Church | 9544 | Stone Street Baptist Church-9544.pdf |
| Sunshine Day Care | 6627 | Sunshine Day Care-6627.pdf |

| | | |
|---|---|---|
| Suzette's Income Tax and Business Services | 4135 | Suzette's Income Tax and Business Services-4135.pdf |
| Tee Baz Soul Food | 8901 | Tee Baz Soul Food-8901.pdf |
| Temple of Prayer & Praise Evangelistic Outreach Ministries | XXXX | Temple of Prayer & Praise Evangelistic Outreach Ministries-XXXX.pdf |
| The Church of Glory | 6040 | The Church of Glory-6040.pdf |
| The Church of Glory Outreach Ministries | 4040 | The Church of Glory Outreach Ministries-4040.pdf |
| Third Baptist Church | 2602 | Third Baptist Church-2602.pdf |
| Third Emanuel Baptist Church | 1626 | Third Emanuel Baptist Church-1626.pdf |
| Total Tax Time LLC | 5567 | Total Tax Time LLC-5567.pdf |
| Touch of Love Ministries | 1338 | Touch of Love Ministries-1338.pdf |
| True Believers Baptist Church | 2636 | True Believers Baptist Church-2636.pdf |
| True Worship and Praise Christian Center | 2591 | True Worship and Praise Christian Center-2591.pdf |
| Visionary Personal Care Inc. | 4693 | Visionary Personal Care Inc.-4693.pdf |
| Vortex Diving Center LLC | 2219 | Vortex Diving Center LLC-2219.pdf |
| W & L Enterprise | 8675 | W & L Enterprise-8675.pdf |
| W.B. Company, Inc. | 3832 | W.B. Company, Inc.-3832.pdf |
| Walker Contractors LLC | 9005 | Walker Contractors LLC-9005.pdf |
| Washington Home Improvement | XXXX | Washington Home Improvement-XXXX.pdf |
| Will's Barbershop | 3073 | Will's Barbershop-3073.pdf |
| William Chapel Baptist Church | 5344 | William Chapel Baptist Church-5344.pdf |
| Wilson Tax & Insurance Agency | 9724 | Wilson Tax & Insurance Agency-9724.pdf |
| Word Life Community Church | 3893 | Word Life Community Church-3893.pdf |
| Worded Up Faith Ministry | XXXX | Worded Up Faith Ministry-XXXX.pdf |
| Worship Squad Ministries | 3750 | Worship Squad Ministries-3750.pdf |
| Xtreme Marketing Firm LLC | 8661 | Xtreme Marketing Firm LLC-8661.pdf |
| Yadah's Studio | 0913 | Yadah's Studio-0913.pdf |
| Yahweh Word of Faith Ministries | 0527 | Yahweh Word of Faith Ministries-0527.pdf |
| Young Catering | XXXX | Young Catering-XXXX.pdf |
| Young Pilgrim Baptist Church | 2444 | Young Pilgrim Baptist Church-2444.pdf |
| Zendia's Beauty Shop | 1931 | Zendia's Beauty Shop-1931.pdf |
| Zion Community Development | 1257 | Zion Community Development-1257.pdf |