UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010

CIVIL ACTION

MDL 2179

SECTION: J(1)

### ORDER

**IT IS ORDERED** that the Motions relating to the fee dispute between Attorney James Dugan, II and Attorney Stephen Murray are hereby **REFERRED** to Magistrate Judge Daniel Knowles, III for mediation. Motions include Attorney James Dugan, II's **Second Motion to Deposit Funds into the Registry of the Court (Rec. Doc. 1818)** and Attorney Stephen Murray's Motion for Disbursement of Funds referenced in the Court's Order dated April 13, 2011 (Rec. Doc. 1933). Counsel will contact Magistrate Knowles's chambers to schedule further proceedings.

New Orleans, Louisiana this 20th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE