THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  **DEEPWATER HORIZON** | * | **MDL NO.:   2179** |
| | * | |
| | * | **SECTION J** |
| | * | |
| | * | **DIVISION I** |
| | * | |
| | * | **JUDGE CARL L. BARBIER** |
| **IN THE MATTER** | * | |
| **OF SECOR HOLDINGS ET AL,** | * | |
| **C/A No. 10-CV-3895** | * | |
| This document relates to:   10-CV-1986 | * | **MAGISTRATE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**CLAIM IN LIMITATION**</u>

<u>**ECONOMIC LOSS NON-PROFIT FUNDRAISING CORPORATION**</u>

Undersigned Claimant, by submitting this document, is asserting a claim in the limitation proceedings in the matter of: In the Matter of Seacor Holdings, C/A No: 10- CV-3895 and adopts the Complaint filed in *Robin, et al. v. Seacor Marine, L.L.C., et al.*, C/A No. 10-1986 ("B4"), MDL No. 2179.

**NOW INTO COURT**, through undersigned counsel and in person, comes Claimant, **RUMMEL ALUMNI ASSOCIATION, INC.**, who files its claim in the limitation of liability proceeding instituted by **SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE LLC, and SEACOR WORLDWIDE, owner of the M/V SEACOR LEE**, and avers as follows:

I.

Claimant, on its own behalf and on behalf of similarly situated persons, avers that Seacor, Chouest, and Island Ventures were negligent and otherwise at fault in causing the Deepwater Horizon to sink on April 22, 2010, two (2) days after a massive explosion, thereby causing the massive oil spill that followed as a consequence on the sinking. Claimant adopts the allegations

of the Complaint filed in *Robin, et al. v. Seacorp Marine, L.L.C., et al.*, C/A No. 10-1986 ("B4"), MDL No. 2179. Claimant asserts the negligence and unseaworthiness of the responder fireboat of Seacor, Chouest, and Island Ventures was the direct and proximate cause of the losses sustained by Claimant as a result of the sinking of the Deepwater Horizon and the resulting massive oil spill.

## II.

Claimant has filed a claim with either BP or the GCCF, Claim No. 3411270.

## III.

Claimant maintains this claim as a business, specifically a non-profit fundraising corporation, whose address is PMB 336, 2117 Veterans Memorial Blvd., Metairie, LA 70002, and whose last four digits of social security number or tax number are 0613.

## IV.

Claimant brings a claim for loss of earnings profit and monetary losses as a result of loss of income. Claimant is a non-profit fundraising corporation, who suffered diminished earnings, revenue, and profit from loss of business.

## V.

Claimant has damages, past and future, for loss of income. Claimant is a non-profit corporation that sponsors fundraisers annually. Specifically, the corporation sponsors one of the largest fishing rodeos in South Louisiana each year in the first weekend in June. The rodeo is held at Campo's Marina in Shell Beach, Louisiana, and it typically generates between $20,000 and $50,000 in profits annually. In 2010, recreational fishing was shut down and prohibited as a result of the oil spill. Therefore, the rodeo was unable to operate as it had in prior years. This

caused the corporation to lose approximately $25,000 in lost profits for 2010 as a result of the oil spill.

## VI.

**WHEREFORE**, Claimant, **RUMMEL ALUMNI ASSOCIATION, INC.**, prays that after due proceedings are had, its claim be deemed just and equitable, and that it be favored with full relief as prayed for herein and for other such damages as are just and equitable in the premises.

Respectfully submitted,

/s/ Dominick F. Impastato, III
**Lloyd N. Frischhertz, (#5749)**
Marc L. Frischhertz, (#29194)
Dominick F. Impastato, III, (#29056)
FRISCHHERTZ & ASSOCIATES, L.L.C.
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:  (504) 581-1670

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

/s/ Dominick F. Impastato, III_____
Dominick F. Impastato, III