THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  DEEPWATER HORIZON | * | MDL NO.:   2179 |
| | * | |
| | * | SECTION J |
| | * | |
| | * | DIVISION I |
| | * | |
| | * | JUDGE CARL L. BARBIER |
| IN THE MATTER | * | |
| OF SECOR HOLDINGS ET AL, | * | |
| C/A No. 10-CV-3895 | * | |
| This document relates to:   10-CV-1986 | * | MAGISTRATE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CLAIM IN LIMITATION</u>

<u>ECONOMIC LOSS OF RENTAL/VACATION PROPERTY OWNER</u>

Undersigned Claimant, by submitting this document, is asserting a claim in the limitation proceedings in the matter of: In the Matter of Seacor Holdings, C/A No: 10- CV-3895 and adopts the Complaint filed in *Robin, et al. v. Seacor Marine, L.L.C., et al.*, C/A No. 10-1986 ("B4"), MDL No. 2179.

**NOW INTO COURT**, through undersigned counsel and in person, comes Claimant, **BRADLEY M. PERRY**, who files his claim in the limitation of liability proceeding instituted by **SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE LLC, and SEACOR WORLDWIDE, owner of the M/V SEACOR LEE**, and avers as follows:

I.

Claimant, on his own behalf and on behalf of similarly situated persons, avers that Seacor, Chouest, and Island Ventures were negligent and otherwise at fault in causing the Deepwater Horizon to sink on April 22, 2010, two (2) days after a massive explosion, thereby causing the massive oil spill that followed as a consequence on the sinking. Claimant adopts the

1

allegations of the Complaint filed in *Robin, et al. v. Seacorp Marine, L.L.C., et al.*, C/A No. 10-1986 ("B4"), MDL No. 2179. Claimant asserts the negligence and unseaworthiness of the responder fireboat of Seacor, Chouest, and Island Ventures was the direct and proximate cause of the losses sustained by Claimant as a result of the sinking of the Deepwater Horizon and the resulting massive oil spill.

**II.**

Claimant has filed a claim with either BP or the GCCF, Claim No.  03405415.

**III.**

Claimant maintains this claim as an individual and business whose addresses are 1020 Helios Avenue, Metairie, Louisiana  70005; and 19 Brentwood Lane, Unit 12, Santa Rosa Beach, Florida  32459 and whose last four digits of social security number are 3991.

**IV.**

Claimant brings a claim for loss of earnings profit and monetary losses as a result of diminished value of property, loss revenue generated from owned property, loss of rental business, and loss of use of the property which was in the zone affected by the massive spill.

**V.**

Claimant's property is situated as follows:   19 Brentwood Lane, Unit 12, Santa Rosa Beach, Florida  32459.

**VI.**

Claimant is the owner, lessor, or lessee of real property damaged, harmed, or impacted economically specifically as rental property or as part of the tourism industry.

**VII.**

Claimant has damages, past and future, for loss of rental income and for diminished value of the property. Claimant has suffered loss of rental income for his Gulf Coast rental property due to the conditions and economic downturn caused by the oil spill.

## VIII.

**WHEREFORE**, Claimant, **BRADLEY M. PERRY** prays that after due proceedings are had, that his claim be deemed just and equitable, and that they be favored with full relief as prayed for herein and for other such damages as are just and equitable in the premises.

Respectfully submitted,

/s/ Dominick F. Impastato, III
**Lloyd N. Frischhertz, (#5749)**
Marc L. Frischhertz, (#29194)
Dominick F. Impastato, III, (#29056)
FRISCHHERTZ & ASSOCIATES, L.L.C.
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:   (504) 581-1670

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of April, 2011.

**/s/ Dominick F. Impastato, III**
**Dominick F. Impastato, III**