UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| This Order applies to member cases: 11-685 and 11-823. | SECTION: J(1) |

**ORDER**

Before the Court are two Motions to Sever: a **Motion to Sever (Rec. Doc. 1876)** filed by Plaintiffs in member case 11-685 and a **Motion to Sever (Rec. Doc. 2010)** filed by Plaintiffs in member case 11-823.

**IT IS ORDERED** any opposition to these Motions shall be filed no later than Wednesday, April 27, 2011. At that time, the Court will take the matters under advisement and will determine whether to schedule oral argument on the Motions.

New Orleans, Louisiana this 20th day of April, 2011.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1