UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Applies to All Cases. | SECTION: J(1) |

### ORDER

**IT IS ORDERED** that the MDL 2179 Status Conference currently scheduled for Friday, June 3, 2011, at 9:30 a.m. CDT is hereby **RESET** for **Thursday, May 26, 2011, at 8:30 a.m. CDT.** Following the Status Conference, the Court will tentatively hear **oral argument** relating to Motions to Dismiss the B1, B3, and D1 Pleading Bundles.

New Orleans, Louisiana this 20th day of April, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE