UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|     GULF OF MEXICO, ON | * | |
|     APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|     10-CV-1757 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*******************************************

**MOTION FOR LEAVE TO FILE
FIRST AMENDED AND SUPPLEMENTAL PETITION
FOR CIVIL PENALTIES
OF THE
STATE OF LOUISIANA
(LAFOURCHE PARISH DISTRICT ATTORNEY)**

**NOW INTO COURT**, through undersigned Counsel, comes the State of Louisiana, by and through Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, for purpose of moving this Honorable Court to allow the filing of its First Amending and Supplemental Petition. Petitioner seeks to add additional Defendants.

**WHEREFORE**, Plaintiff, moves this Honorable Court to grant leave to file its First

-1-

Amending and Supplemental Petition for reasons set out above and in the Memorandum in Support of this motion.

          Respectfully submitted:

          _____/s/ Camille A. "Cam" Morvant II_____
          CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
          **DISTRICT ATTORNEY, PARISH OF LAFOURCHE, STATE OF LOUISIANA**
          103 Maronge Street, Suite A
          Thibodaux, Louisiana 70301
          Phone: 985-446-5810

          and

          _____/s/ Walter J. Leger, Jr._____
          WALTER J. LEGER,JR, (LA Bar No. 8278)
          FRANKLIN G. SHAW (LA Bar No. 1594)
          CHRISTINE SEVIN (LA Bar No. 32683)
          **LEGER & SHAW**
          600 Carondelet Street, Ninth Floor
          New Orleans, Louisiana 70130
          Phone: 504-588-9043

          **SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the above the above and foregoing Answer and Claim to Complaint and Petition of Triton Asset Leasing Gmbh, et Al for Exoneration from or Limitation of Liability has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

          _____/s/Walter J. Leger, Jr._____
          WALTER J. LEGER, JR.