UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG  "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * | MDL NO.: 2179  SECTION "J" / DIVISION "1"  JUDGE: CARL J. BARBIER |
| THIS DOCUMENT RELATES TO:  10-CV-1757 | * * * | MAGISTRATE JUDGE:  SALLY SHUSHAN |

*******************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE**
**FIRST AMENDED AND SUPPLEMENTAL PETITION**

**MAY IT PLEASE THE COURT:**

Plaintiff, the State of Louisiana, by and through Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, comes for the purpose of amending and supplementing its original petition. Plaintiff's amendment merely adds additional Defendants, the same Defendants named in the Master Complaints associated with the DEEPWATER HORIZON spill in MDL-2179.

In the original Petition filed in State Court various BP defendants were named. Plaintiff now seeks to add additional Defendants responsible for violations of La. R.S. 56:40.1, et seq., for civil

-1-

penalties for the unlawful killing and injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life within the Parish of Lafourche and neighboring waters as a result of the DEEPWATER HORIZON disaster. Those new Defendants will include Halliburton Energy Services, Inc.; Transocean Ltd; Transocean Offshore Deepwater Drilling, LLC; Transocean Deepwater, Inc.; Transocean Holdings, LLC; Cameron International Corporation; M-I, LLC; Weatherford U. S. L.L.P.; Anadarko Petroleum Corporation Company; Anadarko E&P Company, L.P.; MOEX Offshore 2007 LLC; MOEX U.S.A.. Corp.; and Mitsui Oil Exploration Company LTO.

While the Court in the Limitation of Liability Proceeding filed by Triton Asset Leasing Gmbh, Transocean Holdings, L.L.C, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc., CA. No. 10-2771,. has stayed proceedings against the petitioning vessel owner interests, it specifically exempted state statutory claims for civil penalties such as those under La.R.S. 56:40.1, et seq.. The Court's Second Amended Order Directing Claimants to File and Make Proof of Claims, Directing Issuance of Monition, and Restraining Prosecution of Claims dated June 14, 2010, provides that the "...injunction does not apply to any claims by the United States or a State or political subdivision of a state for any fine, penalty or injunctive relief within the scope of 33 U.S.C, §2718(c)."  This claim is such a penalty action.

Counsel for the BP Defendants have been consulted seeking consent to the filing of this Motion to Amend pursuant to Local Rule 7.6 E. BP counsel has advised they are unable to obtain consent "because of the short notice."

**WHEREFORE**, plaintiff, moves this Honorable Court to grant the leave to file this First Amended and Supplemental Petition as outlined above.

...

Respectfully submitted:

_____/s/ Camille A. "Cam" Morvant II_____
CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
**DISTRICT ATTORNEY, PARISH OF LAFOURCHE, STATE OF LOUISIANA**
103 Maronge Street, Suite A
Thibodaux, Louisiana 70301
Phone: 985-446-5810

and

_____/s/ Walter J. Leger, Jr._____
WALTER J. LEGER,JR, (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above the above and foregoing Answer and Claim to Complaint and Petition of Triton Asset Leasing Gmbh, et Al for Exoneration from or Limitation of Liability has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

_____/s/Walter J. Leger, Jr._____
WALTER J. LEGER, JR.