UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | **MDL NO.: 2179** |
|     GULF OF MEXICO, ON | * | |
|     APRIL 20, 2010 | * | **SECTION "J" / DIVISION "1"** |
| | * | |
| | * | **JUDGE: CARL J. BARBIER** |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|     10-CV-1757 | * | **MAGISTRATE JUDGE:** |
| | * | **SALLY SHUSHAN** |

*******************************************

## RULE 7.6(E) CERTIFICATE

**ON MOTION OF**, Plaintiff, the State of Louisiana, by and through Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana and upon suggesting to the Court the following:

Counsel for the BP Defendants have been consulted seeking consent to the filing of this Motion to Amend pursuant to Local Rule 7.6 E. BP counsel has advised they are unable to obtain consent "because of the short notice."

-1-

**WHEREFORE**, Plaintiff moves this Honorable Court to allow her to supplement and amend its original Petition.

Respectfully submitted:

_____/s/ Camille A. "Cam" Morvant II_____
CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
**DISTRICT ATTORNEY, PARISH OF LAFOURCHE, STATE OF LOUISIANA**
103 Maronge Street, Suite A
Thibodaux, Louisiana 70301
Phone: 985-446-5810

and

_____/s/ Walter J. Leger, Jr._____
WALTER J. LEGER,JR, (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above the above and foregoing Answer and Claim to Complaint and Petition of Triton Asset Leasing Gmbh, et Al for Exoneration from or Limitation of Liability has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

_____/s/Walter J. Leger, Jr._____
WALTER J. LEGER, JR.

-2-