UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|     GULF OF MEXICO, ON | * | |
|     APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|     10-CV-1757 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

******************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff, the State of Louisiana, by and through Camille A. "Cam" Morvant II, District Attorney for the Parish of Lafourche of Louisiana, on behalf of the State of Louisiana, will bring its Motion and to Allow Filing of its First Amended and Supplemental Petition For Civil Penalties for hearing before this Honorable Court on May 11, 2011.

Dated:  April 20, 2011          Respectfully submitted:

                                                /s/ Camille A. "Cam" Morvant II
                                     CAMILLE A. "CAM" MORVANT II (LA Bar No.01496)
                                     **DISTRICT ATTORNEY, PARISH OF LAFOURCHE,**
                                     **STATE OF LOUISIANA**
                                     103 Maronge Street, Suite A
                                     Thibodaux, Louisiana 70301
                                     Phone: 985-446-5810

and

    /s/ Walter J. Leger, Jr.
WALTER J. LEGER,JR, (LA Bar No. 8278)
FRANKLIN G. SHAW (LA Bar No. 1594)
CHRISTINE SEVIN (LA Bar No. 32683)
**LEGER & SHAW**
600 Carondelet Street, Ninth Floor
New Orleans, Louisiana 70130
Phone: 504-588-9043

**SPECIAL COUNSEL TO THE DISTRICT ATTORNEY, PARISH OF LAFOURCHE**

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the above the above and foregoing Answer and Claim to Complaint and Petition of Triton Asset Leasing Gmbh, et Al for Exoneration from or Limitation of Liability has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

            /s/Walter J. Leger, Jr.
            WALTER J. LEGER, JR.