UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf | * | MDL NO.: 2179 |
| of Mexico, on April 20, 2010 | * | |
| | * | |
| | * | SECTION J |
| This document relates to all cases[1] | * | |
| | * | |
| | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

**************************************

### OBJECTION TO PTO NO. 34 AND RULE 59(E) MOTION TO CLARIFY PTO NO. 34 THROUGH DECLARATION REGARDING EFFECT OF SHORT-FORM FILING ON CLAIMANTS' GCCF RECOVERIES

Pursuant to Federal Rule of Civil Procedure 59(e) and paragraph 2 of the "Miscellaneous" provisions in Pre-Trial Order No. 8 (Doc. No. 506, at pp. 3-4), the undersigned move for clarification of, and formally object to, Pre-Trial Order No. 34 (Doc. No. 1918). As detailed in the accompanying memorandum in support, clarification of PTO No. 34 is required to provide transparency and full disclosure to all GCCF claimants and potential claimants regarding any potential adverse impact on their net recovery from the GCCF due to the filing of short-form joinders by this Court's April 20, 2011 monitions deadline.

As certified in the accompanying memorandum in support, the undersigned have approached the Plaintiffs Steering Committee Liaison Counsel with these issues, and the PSC has not indicated support for the filing of this pleading, so this pleading is filed in compliance

---

[1]  The undersigned are filing this pleading on behalf of the plaintiffs they represent in case nos. 10-1764, 10-1767, 10-1620, 10-1947, and 10-1222. In addition, numerous other clients represented by the undersigned will be filing short-form joinders by the April 20, 2011 monitions deadline, for the purpose of joining the limitation proceeding, and/or and to preserve any claims that may be subject to one-year prescriptive periods, though those clients are or will be initially seeking relief solely through the GCCF claims process.

1

with the Certificate of Non-Support requirement in PTO No. 11 (Case Management Order No. 1), section X. (Doc. No. 569).

        Respectfully submitted,

        */s/ H.S. Bartlett III*
        **GLADSTONE N. JONES, III (# 22221)**
        **LYNN E. SWANSON (#22650)**
        **EBERHARD D. GARRISON (# 22058)**
        **KEVIN E. HUDDELL (# 26930)**
        **H.S. BARTLETT III (# 26795)**
        **EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
        **JACQUELINE A. STUMP (# 31981)**
        Jones, Swanson, Huddell & Garrison, L.L.C.
        Pan-American Life Center
        601 Poydras Street, Suite 2655
        New Orleans, Louisiana 70130
        Telephone:  (504) 523-2500
        Facsimile:  (504) 523-2508

        and

        **JAMES R. SWANSON (# 18455)**
        **JOSEPH C. PEIFFER (# 26459)**
        **LANCE C. McCARDLE (# 29970)**
        **JASON W. BURGE (# 30420)**
        **ALYSSON L. MILLS (# 32904)**
        Fishman Haygood Phelps Walmsley Willis
            & Swanson, L.L.P.
        201 St. Charles Avenue, 46th Floor
        New Orleans, Louisiana 70170-4600
        Telephone:  (504) 586-5252
        Facsimile:  (504) 586-5250

        and

        **JAMES M. GARNER (# 19589)**
        **TIMOTHY B. FRANCIS (# 14973)**
        **JOSHUA S. FORCE (# 21975)**
        **SHARONDA R. WILLIAMS (# 28809)**
        Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
        909 Poydras Street, 28th Floor
        New Orleans, Louisiana 70112-1033
        Telephone:  (504) 299-2100
        Facsimile:  (504) 299-2300

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2011, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

*/s/ H.S. Bartlett III*