UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig** \*  <br>**"Deepwater Horizon" in the Gulf** \*  <br>**of Mexico, on April 20, 2010** \*  <br> \* <br> \* <br>**This document relates to all cases**[1] \* <br> \* <br> \* <br> \* <br> \* <br> \* | **MDL NO.: 2179** <br><br><br>**SECTION J** <br><br><br>**JUDGE BARBIER** <br>**MAG. JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

The undersigned submit their *Objection to PTO No. 34 and Rule 59(e) Motion to Clarify PTO No. 34 Through Declaration Regarding Effect of Short-Form Filing on Claimants' GCCF Recoveries* for the hearing date of May 11, 2011, at 9:30 a.m.

        Respectfully submitted,

        */s/ H.S. Bartlett III*
        **GLADSTONE N. JONES, III (# 22221)**
        **LYNN E. SWANSON (#22650)**
        **EBERHARD D. GARRISON (# 22058)**
        **KEVIN E. HUDDELL (# 26930)**
        **H.S. BARTLETT III (# 26795)**
        **EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
        **JACQUELINE A. STUMP (# 31981)**
        Jones, Swanson, Huddell & Garrison, L.L.C.
        Pan-American Life Center
        601 Poydras Street, Suite 2655
        New Orleans, Louisiana 70130
        Telephone: (504) 523-2500
        Facsimile: (504) 523-2508

---

[1]     The undersigned are filing this pleading on behalf of the plaintiffs they represent in case nos. 10-1764, 10-1767, 10-1620, 10-1947, and 10-1222. In addition, numerous other clients represented by the undersigned will be filing short-form joinders by the April 20, 2011 monitions deadline, for the purpose of joining the limitation proceeding, and/or and to preserve any claims that may be subject to one-year prescriptive periods, though those clients are or will be initially seeking relief solely through the GCCF claims process.

1

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904)**
Fishman Haygood Phelps Walmsley Willis
    & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone:  (504) 586-5252
Facsimile:  (504) 586-5250

and

**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 20, 2011, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

/s/ H.S. Bartlett  III