UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL No. 2179** <br><br> **SECTION: J** <br><br> **JUDGE BARBIER** |
| This filing applies to: No. 10-2771 | **MAGISTRATE SUSHAN** |

**NOTICE OF APPEARANCE**

The undersigned attorney, Minnesota Assistant Attorney General Nathan J. Hartshorn, an attorney admitted and in good standing in the United States District Court for the District of Minnesota, hereby enters his appearance as one of the attorneys for Claimant State of Minnesota, acting by and through its Department of Natural Resources, in the above-captioned case.

Dated: April 20, 2011        **s/ Nathan J. Hartshorn**
NATHAN J. HARTSHORN
Minnesota Assistant Attorney General
Minnesota Atty. Reg. No. 0320602
(651) 757-1252 (Voice)

LORI SWANSON
Attorney General
State of Minnesota

445 Minnesota Street, Suite 1800
St. Paul, Minnesota 55101-2127

ATTORNEYS FOR CLAIMANT
STATE OF MINNESOTA, ACTING
BY AND THROUGH ITS DEPARTMENT OF
NATURAL RESOURCES

AG: #2809854-v1