UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>*MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1*<br><br>THIS DOCUMENT RELATES TO:<br>*No. 10-2771 (Limitation Action) And Nos. 10-3059 and 11-0516* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**BP DEFENDANTS' MOTION TO STRIKE THE STATE OF LOUISIANA'S MEMORANDUM OF LAW IN INTEREST IN AND OPPOSITION TO DEFENDANTS' PENDING MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO EXTEND THE B1 REPLY BRIEF FILING DATE AND ENLARGE THE B1 REPLY BRIEF PAGE LIMIT**

BP Exploration & Production Inc. ("BPXP"), BP America Production Company and BP p.l.c. (together "BP Defendants") respectfully move to dismiss the State of Louisiana's Memorandum Of Interest In And Opposition To Defendants' Pending Motions To Dismiss (Rec. Doc. 1993). For the reasons more fully set forth in the attached BP Defendants' Memorandum In Support Of BP Defendants' Motion To Strike State Of Louisiana's Memorandum Of Law In Interest And Opposition To Defendants' Pending Motions To Dismiss Or, In The Alternative, To Extend The B1 Reply Brief Filing Date And Enlarge The B1 Reply Brief Page Limit, the BP Defendants seek the requested relief because Louisiana's Memorandum addressing Defendants' Motions To Dismiss Plaintiffs' First Amended B1 Master Complaint and Plaintiffs' B3 Master Complaint was filed in violation of CMO No. 1 and PTO Nos. 25 and 28.

Accordingly, the BP Defendants respectfully request that this Court strike the State of Louisiana's Memorandum. Alternatively, in the event the Court will consider the State of Louisiana's Memorandum in ruling upon Defendants' B1 and B3 Motions to Dismiss, the BP Defendants respectfully request an additional 10 days and 25 pages to file a consolidated B1 Motion To Dismiss Reply Memorandum addressing the State of Louisiana's Memorandum, as well as the two B1 opposition briefs filed by the PSC — an Omnibus Memorandum (Rec. Doc. 1822) and a fraud-related brief (Rec. Doc. 1808).

Respectfully submitted

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Jeffrey Bossert Clark
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000 (Tel)
(312) 862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP p.l.c.,  BP America Production Company and BP Exploration & Production Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

      /s/Don K. Haycraft\_
      Don K. Haycraft