UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: *MDL 2179 B1 Amended Master Complaint And All Cases In Pleading Bundle B1* | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: *No. 10-2771 (Limitation Action) And Nos. 10-3059 and 11-0516* | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned parties shall bring on for hearing their Motion to Strike the State of Louisiana's Memorandum of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss or, in the Alternative, to Extend the B1 Reply Brief Filing Date and Enlarge the B1 Reply Brief Page Limit in cases MDL 2179 B1 Amended Master Complaint and All Cases in Pleading Bundle 1, as well as No. 10-2771 (Limitation Action) and Nos. 10-3059 and 11-0516, before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 11th day of May 2011, or as soon thereafter as counsel may be heard.

Respectfully submitted,

 /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

And

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois  60654
(312) 862-2000 (Tel)
(312) 862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP p.l.c.,  BP America Production Company and BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

           /s/Don K. Haycraft
           Don K. Haycraft