UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
| GULF OF MEXICO, ON | * | |
| APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 10cv1760 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*******************************************

### ANSWER AND CLAIM TO COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL FOR EXONERATION FROM OR LIMITATION OF LIABILITY

**NOW INTO COURT**, through undersigned Counsel, comes the State of Louisiana and the Louisiana Department of Wildlife and Fisheries, by and through Walter Reed, District Attorney for the Parish of St. Tammany, on behalf of the State of Louisiana, as Claimant for purpose of answering the Complaint and Petition of Triton Asset Leasing Gmbh, Transocean Holdings, L.L.C, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. (the "Petitioners") for Exoneration from or Limitation of Liability and for asserting a claim pursuant to La.R.S. 56:40.1,

-1-