UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deep-water Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates Only To:<br>  *Ascension Marine, Inc. v BP PLC, et al*<br>  2:10-cv-01857 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAGISTRATE JUDGE SHUSHAN<br>) |

## FIRST AMENDED COMPLAINT FOR DAMAGES

Ascension Marine, Inc., appearing through its undersigned counsel, files this First Amended Complaint for Damages as follows:

1.

Petitioner amends Paragraph 1(A), (B), and (C) of its original complaint as follows:

"(A)  BP, PLC (BP ENTITY), is a foreign corporation doing business in the State of Louisiana (hereinafter collectively referred to as "BP");

(B)  BP PRODUCTS NORTH AMERICA, INC. (BP ENTITY), is a foreign corporation doing business in the State of Louisiana (hereinafter collectively referred to as "BP");

1

(C) BP EXPLORATION AND PRODUCTION, INC. (BP ENTITY), is a foreign corporation doing business in the State of Louisiana (hereinafter collectively referred to as "BP");"

2.

Petitioner amends Paragraph 3 of its Original Complaint to read as follows:

"3.

At all times pertinent, Ascension Marine, Inc. is a Louisiana company doing business in the State of Louisiana and is engaged in the sale, maintenance and repair of sea going vessels along the coast of Louisiana and Gulf of Mexico and in the "coastal zone," as defined by 43 U.S.C. § 1331(e). Due to the oil contamination and oil slick of the waters of the Gulf of Mexico, as discussed below, Ascension Marine, Inc.'s business has been significantly impacted and/or reduced. Ascension Marine, Inc. has suffered, is suffering and will continue to suffer loss of revenue, loss of sales, loss of business, loss of profits, loss of earning capacity and other economic damages under Louisiana Law, the Oil Pollution Act, 33 U.S.C. § 2701, *et seq.*, and the General Maritime Law, and makes a claim for punitive damages."

3.

Petitioner amends its Original Complaint to insert and add the following Paragraphs 22, 23 and 24, immediately following Paragraph 21 of its Original Complaint:

"22.

On November 23, 2010, Ascension Marine, Inc., presented a claim for damages to the Gulf Coast Claims Facility ("GCCF") managed by BP pursuant to, and in compliance with, all applicable rules, regulations, and laws including, but not limited to, 33 U.S.C. § 2701, *et seq*.

23.

More than ninety days have passed since Ascension Marine, Inc. initially presented its claim to BP; however, to date, BP and/or its administrative arm for such claims, the GCCF, has failed to fully and adequately compensate Ascension Marine, Inc. for its damages sustained as a result of the oil spill.

24.

Since BP has failed to compensate Ascension Marine, Inc., for its oil spill related damages, pursuant to 33 U.S.C. § 2713, Ascension Marine, Inc. is entitled to file this lawsuit against BP."

4.

Petitioner amends Paragraph 22 of its Original Complaint by renumbering the paragraph to "Paragraph 25."

5.

Petitioner amends Paragraph 23 of its Original Complaint by renumbering the paragraph to "Paragraph 26."

**Concluding Statement**

To the extent that this First Amended Complaint is consistent and compatible with its Original Complaint, petitioner incorporates that pleading and prayer as though set forth at length herein.

**WHEREFORE**, Petitioner, Ascension Marine, Inc., prays that the Defendants be served with a copy of this Amended Complaint, and after due proceedings, jointly, severally and *in solido,* as follows:

**WHEREFORE**, Plaintiff, Ascension Marine, Inc., prays that the defendants, BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP EXPLORATION AND PRODUCTION, INC., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD U.S., L.P., CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, and MI SWACO, be duly cited and served with a copy of this Complaint and that after due proceedings are had there be judgment rendered herein in favor of the Plaintiff and against defendants, BP PLC, BP PRODUCTS NORTH AMERICA, INC., BP EXPLORATION AND PRODUCTION, INC., HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING SERVICES, WEATHERFORD U.S., L.P., CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION, and MI SWACO, in an amount sufficient to adequately compensate your Plaintiff for its damages, including attorney fees and punitive/exemplary damage, together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all general and equitable relief.

**RESPECTFULLY SUBMITTED BY:**

s/*Brett M. Powers*

_____

**DREW RANIER (T.A. # 08320)**
**BRETT M. POWERS (#26098)**
**SARAH RANIER KEARNEY (#25838)**
Ranier Law Firm
drainer@ranierlaw.com
bp@brettpowers.com
sranier@ranierlaw.com
1419 Ryan Street
Lake Charles, Louisiana 70601
(337) 494-0599
(337) 494-7218

AND

**CHRISTOPHER SONNIER  (#25880)**
Sonnier Law Firm
chris@sonnierlawfirm.com
835 Louisiana Avenue
Baton Rouge, Louisiana 70821
Phone Number: (225) 214-4145
Facsimile Number: (225) 346-0009