**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|     GULF OF MEXICO, ON | * | |
|     APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|     10-CV-1760 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO ALLOW FILING OF**
**FIRST AMENDED AND SUPPLEMENTAL PETITION**
**FOR CIVIL PENALTIES OF THE**
**STATE OF LOUISIANA**
**(ST. TAMMANY PARISH DISTRICT ATTORNEY)**

**NOW INTO COURT**, through undersigned Counsel, comes the State of Louisiana, by and through Walter Reed, District Attorney for the Parish of St. Tammany of Louisiana, on behalf of the State of Louisiana, for purpose moving this Honorable Court to allow the filing of its First Amending and Supplemental Petition, there having been no response from the BP defendants to our request regarding their position on our filing this motion to add defendants.

-1-

Respectfully submitted: *Attorneys for Plaintiff*:


s/ Victor L. Marcello (LSBA # 9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA #9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone:  (225) 400-9991
Facsimile:  (225) 448-2568

**THORNHILL LAW FIRM, L.C.**
s/Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
Telephone:  (958) 641-5010
Facsimile:  (985) 641-5011

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

Honorable Walter Reed (LSBA #2225)
**ST. TAMMANY PARISH DISTRICT ATTORNEY**
22ND Judicial District Court
Justice Center
701 N. Columbia St.
Covington, LA 70433
Telephone:  (985) 809-8383

Shawn C. Reed (LSBA #14304)
HOWARD & REED
516 N. Columbia St.
Covington, LA 70533
Telephone:  (985) 893-3607

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Motion to Allow Filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                 _____/s/Tom W. Thornhill_____
                 TOM W. THORNHILL