**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSAN |
| This Document Relates to:   10-cv-1760 | : | |

. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**FIRST AMENDED AND SUPPLEMENTAL PETITION FOR**
**CIVIL PENALTIES OF THE STATE OF LOUISIANA**
**(ST. TAMMANY PARISH DISTRICT ATTORNEY)**

**NOW INTO COURT**, comes Plaintiff, the State of Louisiana, for the purpose of amending and supplementing its original petition as follows:

Paragraph 1 of the original Petition shall read as follows:

"1.

(a) **BP EXPLORATION & PRODUCTION INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) **BP, P.L.C.,** an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000.  Registered in England and Wales No. 102498, to be served through the Hague Convention or other process authorized in England;

(c) **BP PRODUCTS NORTH AMERICA, INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129;

(d) **BP AMERICA, INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(e) **HALLIBURTON ENERGY SERVICES, INC**., is a foreign corporation authorized to do and doing business in the State of Louisiana;

(f) **TRANSOCEAN, LTD**, is a foreign corporation authorized to do and doing business in the State of Louisiana;

(g) **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(h) **TRANSOCEAN DEEPWATER, INC.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(i) **TRANSOCEAN HOLDINGS, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(j) **CAMERON INTERNATIONAL CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(k) **M-I, L.L.C.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(l)   **WEATHERFORD U.S., L.P.,** is a Louisiana partnership authorized to do and doing business in the State of Louisiana;

(m)   **ANADARKO PETROLEUM CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(n)   **ANADARKO E&P COMPANY LP** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(o)   **MOEX OFFSHORE 2007 LLC** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(p)   **MOEX USA CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana; and

(q)   **MITSUI OIL EXPLORATION COMPANY LTD** is a foreign corporation authorized to do and doing business in the State of Louisiana."

WHEREFORE, Petitioner reiterates the prayer of its original petition and asks that this First Amending and Supplemental Petition be deemed good and sufficient, and demands judgment against Defendants, as follows:

(a)   In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determine in accordance with La. R. S. 56:40.2;

(b)   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c)   Attorneys' fees and costs of litigation pursuant to La. R. S. 56:40.3; and

(d)   such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

By Attorneys:

s/ Victor L. Marcello (LSBA # 9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA #9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
Telephone:  (225) 400-9991
Facsimile:  (225) 448-2568

**THORNHILL LAW FIRM, L.C.**
s/Tom W. Thornhill (LSBA #12776)
Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
Telephone:  (958) 641-5010
Facsimile:  (985) 641-5011

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

Honorable Walter Reed (LSBA #2225)
**ST. TAMMANY PARISH DISTRICT ATTORNEY**
22ND Judicial District Court
Justice Center
701 N. Columbia St.
Covington, LA 70433
Telephone:  (985) 809-8383
Facsimile:  (985) 809-8329

Shawn C. Reed (LSBA #14304)
HOWARD & REED
516 N. Columbia St.
Covington, LA 70533
Telephone:  (985) 893-3607

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSAN |
| **This Document Relates to: 10-cv-1760** | | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

S. Gene Fendler
Robert E. Holden
Stephen Wiegand
Greg L. Johnson
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
*Attorneys for BP Exploration & Production, Inc., BP P.L.C., BP Products North America, Inc., and BP America, Inc.*

Paul M. Jones
April L. Rolen-Ogden
Stuart T. Welch
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70505
*Attorneys for BP Exploration & Production, Inc., BP P.L.C., BP Products North America, Inc., and BP America, Inc.*

and by U.S. mail, postage prepaid to:

Hariklia Karis
James Andrew Langan
John T. Hickey, Jr.
Richard C. Godfrey
KIRKLAND & ELLIS
300 N. LaSalle St.
Chicago, IL 60654
*Attorneys for BP Exploration & Production, Inc., BP P.L.C., BP Products North America, Inc., and BP America, Inc.*

s/ TOM W. THORNHILL, 12776