UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION TO AMEND PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, the State of Louisiana ex rel. Plaquemines Parish School Board, which, without waiving its challenge to the jurisdiction of this Court as set forth in its pending motion to remand, moves to amend its petition as set forth in Exhibit A, upon showing that Halliburton Energy Services, Inc., the only party which has answered Plaintiff's Petition, has been contacted through counsel and has no objection to the amendment.

|  |  |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| ROBERT E. ARCENEAUX, (No. 1199) | MARGARET E. WOODWARD.(No. 13677) |
| Robert E. Arceneaux, LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana 70119 |
| Metairie, LA 70001 | Telephone:  504.301.4333 |
| Telephone: 504.833.7533 | Facsimile:  504.301.4365 |
| Facsimile: 504.833.7612 | Email:  mewno@aol.com |
| Email: rea7001@cox.net | |

**Attorneys for State of Louisiana through the Plaquemines Parish School Board**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Motion to Amend has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                                                      /s/ Robert E. Arceneaux