UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STATE OF LOUISIANA** *ex rel.* | * | **MDL NO. 2179** |
| **PLAQUEMINES PARISH SCHOOL BOARD** | * | |
| | * | **NO.  2:11-CV-00348** |
| **VERSUS** | * | |
| | * | **SECTION "J"** |
| **BP, PLC** *et al.* | * | |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER

On the above and foregoing motion,

**IT IS ORDERED** that State of Louisiana ex rel. Plaquemines Parish School Board be and it is hereby given leave to amend its petition.

_____

JUDGE