UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL by the OIL RIG ) <br> "DEEPWATER HORIZON" in the GULF ) <br> OF MEXICO, on April 20, 2010 ) <br>   ) <br> This Document Relates to: ) <br> *Cooley v. BP PLC, et al.* ) <br> 10-CV-391 HSO-JMR ) <br>   ) | MDL No. 2179 <br><br> Section: J <br><br><br><br> JUDGE BARBIER <br> MAG. JUDGE SUSHAN |

NOTICE OF APPEARANCE

Notice is hereby given that Eugene J. Benick of Finkelstein Thompson LLP is entering his appearance in this matter as additional counsel for the plaintiff James Keith Cooley.

It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

In accordance with Paragraph No.12 of this Court's Pre-Trial Order 1, Eugene J. Benick certifies that he is currently a member in good standing and admitted to practice in the United States District Court for the Eastern District of Virginia. Eugene J. Benick further certifies that no disciplinary proceedings have been instituted against him.

Date:  April 20, 2011                     Finkelstein Thompson LLP

/s/ Eugene J. Benick_____
Eugene J. Benick
VA Bar No. 76495
Finkelstein Thompson LLP
The Duvall Foundry
1050 30th Street, N.W.
Washington, DC   20007
(202) 337-8000
(202) 337-8090 fax

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing NOTICE OF APPERANCE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                                                                      /s/ Eugene J. Benick  
                                                                      Eugene J. Benick