UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig              MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                      JUDGE BARBIER
                                             MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Request of the State of Louisiana for depositions of Transocean Employees]**

On April 1, 2011, the State of Louisiana was ordered to supply the Court with a letter report on why the testimony of certain persons identified by it was relevant for the February 27, 2012 trial limitation. Rec. doc. 1856. Louisiana filed its report. Rec. doc. 1896. It reported that it required the testimony of ten Transocean employees.

| | | |
|---|---|---|
| 1. | Warren Weaver | Manager of Regulatory Compliance. |
| 2. | Jimmy Moore | Director of QHSE |
| 3. | Larry McMahan | VP Performance |
| 4. | Robert Saltiel | Executive VP Performance |
| 5. | Chris Ness | Manager N&S America Unit |
| 6. | Mike Wright | Division Manager - Performance |
| 7. | Mac Polhamus | Manager North American Division |
| 8. | John MacDonald | Manager AMU Marine Operations |
| 9. | Steven Newman | Chief Operating Officer |
| 10. | Buddy Trahan | Operations Manager - Assets |

The deposition of Larry McMahan is set for June 29 and 30, 2011. That leaves nine remaining. Louisiana contends that: Weaver's testimony is relevant to the regulatory requirement for

recertification of the BOP every five years; Moore's testimony is relevant to Transocean's alleged safety violations; and Newman, Saltiel, Ness, Polhamus, Wright and Trahan stand in the Transocean chain of command and possess knowledge on the issue of privity and knowledge of the conditions which are alleged to have caused the accident. Louisiana's report is silent about MacDonald. It is assumed that he was inadvertently omitted from the chain of command witnesses.

Although the other parties in this MDL confront the same issues, none of them requested the depositions of the nine persons identified by Louisiana. Transocean demonstrates that the information sought by Louisiana will be provided by the testimony of other present or former Transocean employees, including those designated to testify in response to its Rule 30(b)(6) deposition notice. Rec. doc. 1992 (Attachment). July 31, 2011 is the deadline for the completion of fact discovery required for the expert reports that will be served beginning August 15, 2011. There is not sufficient time within that deadline to take the nine depositions sought by Louisiana. It has not made a sufficient demonstration that the depositions are required for the preparation of expert reports.

IT IS ORDERED that Transocean is not required to make Warren Weaver, Jimmy Moore, Robert Saltiel, Chris Ness, Mike Wright, Mac Polhamus, John MacDonald, Steven Newman, and Buddy Trahan available for their depositions during the "fact deposition period" as a witness necessary for the reports of experts due beginning August 15, 2011.

New Orleans, Louisiana, this 20th day of April, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**