## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL by the OIL RIG** | : | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON in the** | : | |
| | **GULF OF MEXICO, on** | : | **SECTION:  J** |
| | **APRIL 20, 2010** | : | |
| | | : | **JUDGE BARBIER** |
| | | : | **MAG. JUDGE SHUSAN** |
| | | : | |
| **This Document Relates to: 10-cv-2997** | | : | |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

### MOTION FOR LEAVE TO AMEND AND SUPPLEMENT THE ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned Counsel, comes the State of Louisiana, by and through the Hon. J. Phil Haney, District Attorney for the Parish of St. Mary of Louisiana, on behalf of the State of Louisiana, for purpose moving this Honorable Court to allow the filing of its First Amending and Supplemental Petition, there having been no response from the BP defendants to our request regarding their position on our filing this motion to add defendants.

By Attorneys:

s/ Victor L. Marcello (LSBA #9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA # 9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
(225) 400-9991 Telephone
(225) 448-2568 Fax

Hon. J. Phil Haney (LSBA #06516)
**DISTRICT ATTORNEY ST. MARY PARISH**
16th Judicial District
300 Iberia St., Ste. 200
New Iberia, LA 70560
(337) 828-4100 Telephone

**THORNHILL LAW FIRM, L.C.**
<u>s/Tom W. Thornhill (LSBA #12776)</u>
Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Fax

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Motion to Allow Filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

     <u>/s/Tom W. Thornhill</u>
     TOM W. THORNHILL