UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: OIL SPILL BY THE OIL RIG  *  <br>     "DEEPWATER HORIZON" IN THE  * <br>     GULF OF MEXICO, ON  * <br>     APRIL 20, 2010  * <br>     * <br>     * <br>     * <br> THIS DOCUMENT RELATES TO:  * <br>     10-cv-2997  * <br>     * <br> ****************************************** | MDL NO.: 2179 <br><br> SECTION "J" / DIVISION "1" <br><br> JUDGE: CARL J. BARBIER <br><br><br> MAGISTRATE JUDGE: <br> SALLY SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE**
**FIRST AMENDED AND SUPPLEMENTAL PETITION**

**MAY IT PLEASE THE COURT:**

Plaintiff, through undersigned Counsel, comes the State of Louisiana, by and through the Hon. J. Phil Haney, District Attorney for the Parish of St. Mary of Louisiana, on behalf of the State of Louisiana, for purpose of amending and supplementing its original petition. Defendants have been consulted and there is no response to the filing of this Supplemental and Amending Complaint. In accordance with Rule 7.6(E), so in an abundance of caution, the motion to file this supplemental

-1-

and amended complaint to add defendants is being set for hearing.

**WHEREFORE**, plaintiff, moves this Honorable Court to grant the leave to file this First Amended and Supplemental Petition as outlined above.

Respectfully submitted:

s/ Victor L. Marcello (LSBA #9252)
Donald T. Carmouche (LSBA #2226)
Victor L. Marcello (LSBA # 9252)
John H. Carmouche (LSBA #22294)
**TALBOT, CARMOUCHE & MARCELLO**
17405 Perkins Road
Baton Rouge, LA 70810
(225) 400-9991 Telephone
(225) 448-2568 Fax

Hon. J. Phil Haney (LSBA #06516)
**DISTRICT ATTORNEY ST. MARY PARISH**
16th Judicial District
300 Iberia St., Ste. 200
New Iberia, LA 70560
(337) 828-4100 Telephone

**THORNHILL LAW FIRM, L.C.**
s/Tom W. Thornhill (LSBA #12776)
Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
(958) 641-5010 Telephone
(985) 641-5011 Fax

**FAYARD & HONEYCUTT, APC**
Calvin C. Fayard, Jr. (LSBA #5486)
D. Blayne Honeycutt (LSBA #18264)
Wanda J. Edwards (LSBA #27448)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Memorandum in Support of Motion to Allow Filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                                                                                    /s/Tom W. Thornhill, 12776  
                                                                                       TOM W. THORNHILL