UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
|     "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
|     GULF OF MEXICO, ON | * | |
|     APRIL 20, 2010 | * | SECTION "J" / DIVISION "1" |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|     10-cv-2997 | * | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR LEAVE

**CONSIDERING THE FOREGOING** and that there is no objection to the filing of this First Amending and Supplemental Petition.

**IT IS ORDERED** that plaintiff, the State of Louisiana, by and through, Hon. J. Phil Haney, District Attorney for the Parish of St. Mary of Louisiana, on behalf of the State of Louisiana, be and is allowed to file its First Amending and Supplemental Petition.

New Orleans, Louisiana this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE