UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * MDL NO.: 2179 * * SECTION "J" / DIVISION "1" * * JUDGE: CARL J. BARBIER * |
| THIS DOCUMENT RELATES TO 10- cv-1759 | * * MAGISTRATE JUDGE: * SALLY SHUSHAN |

*************************************************************************************

### MOTION FOR LEAVE TO FILE
### FIRST AMENDED AND SUPPLEMENTAL PETITION
### FOR CIVIL PENALTIES OF THE
### STATE OF LOUISIANA
### (TERREBONNE PARISH DISTRICT ATTORNEY)

**NOW INTO COURT**, through undersigned Counsel, comes the State of Louisiana, by and through Joseph L. Waitz, Jr., District Attorney for the Parish of Terrebonne, on behalf of the State of Louisiana, for purpose moving this Honorable Court to allow the filing of its First Amending and Supplemental Petition, there having been no response from the BP defendants to

–1–

our request regarding their position on our filing this motion to add defendants.

        Respectfully submitted:

BY:   /s/ Stanwood R. Duval_____
C. Berwick Duval, II, (LA Bar #5109)
Stanwood R. Duval, (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70360

Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Motion to Allow Filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.
.

                                                                      ___/s/Stanwood R. Duval, 27732_____
                                                                      **STANWOOD R. DUVAL**