**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN Re: OIL SPILL BY THE OIL RIG      *
"DEEPWATER HORIZON" IN THE     *    MDL NO.: 2179
 GULF OF MEXICO, ON                  *
APRIL 20, 2010      *     SECTION "J" / DIVISION "1"
                                          *
                                          *    JUDGE: CARL J. BARBIER
                                          *
THIS DOCUMENT RELATES TO
    10- cv-1759                                 *
                                                   MAGISTRATE JUDGE:
                                          *    SALLY SHUSHAN
******************************************************************************************

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE**
**FIRST AMENDED AND SUPPLEMENTAL PETITION**

**MAY IT PLEASE THE COURT:**

       Plaintiff, through undersigned Counsel, comes the State of Louisiana, by and through by and through Joseph L. Waitz, Jr., District Attorney for the Parish of Terrebonne, on behalf of the State of Louisiana, for purpose of amending and supplementing its original petition. Defendants have been consulted and there is no response to the filing of this Supplemental and Amending Complaint. In accordance with Rule 7.6(E), so in an abundance of caution, the motion to file this supplemental and amended complaint to add defendants is being set for hearing. Plaintiff's amendment merely adds

–1–

additional Defendants, the same Defendants named in the Master Complaints associated with the DEEPWATER HORIZON spill in MDL-2179.

In the original Petition filed in State Court, various BP defendants were named. Plaintiff now seeks to add additional Defendants responsible for violations of La. R.S. 56:40.1, et seq., for civil penalties for the unlawful killing and injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life within the Parish of Terrebonne and neighboring waters as a result of the DEEPWATER HORIZON disaster. Those new defendants are identified in the First Amending and Supplemental Complaint.

While the Court in the Limitation of Liability Proceeding filed by Triton Asset Leasing Gmbh, Transocean Holdings, L.L.C., Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc., CA. No. 10-2771, has stayed proceedings against the petitioning vessel owner interests, it specifically exempted state statutory claims for civil penalties such as those under La. R.S. 56:40.1, et seq. The Court's Second Amended Order Directing Claimants to File and Make Proof of Claims, Directing Issuance of Monition, and Restraining Prosecution of Claims dated June 14, 2010, provides that the"…injunction does not apply to any claims by the United States or a State or political subdivision of a state for any fine, penalty or injunctive relief within the scope of 33 U.S.C. § 2718(c)." This claim is such a penalty action.

**WHEREFORE**, plaintiff, moves this Honorable Court to grant the leave to file this First Amended and Supplemental Petition as outlined above.

Respectfully submitted:

BY: /s/ Stanwood R. Duval
C. Berwick Duval, II, (LA Bar #5109)
Stanwood R. Duval, (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70360

Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

–3–

   **I HEREBY CERTIFY** that the above the above and foregoing Memorandum in Support of Motion to Allow Filing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                    ___/s/Stanwood R. Duval, 27732_____
                     **STANWOOD R. DUVAL**