**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO.: 2179<br><br>SECTION "J" / DIVISION "1"<br><br>JUDGE: CARL J. BARBIER |
| THIS DOCUMENT RELATES TO<br>   10- cv-1759 | *<br><br>* | MAGISTRATE JUDGE:<br>SALLY SHUSHAN |

*********************************************************************************

## RULE 7.6(E) CERTIFICATE

**ON MOTION OF**, Plaintiff, the State of Louisiana, by and through Joseph L. Waitz, Jr., District Attorney for the Parish of Terrebonne, on behalf of the State of Louisiana and upon suggesting to the Court the following:

This amendment adds additional Defendants.  Considering the fact that there is no response from the BP defendants to filing this First Amending and Supplemental, Plaintiff requests that this lawsuit be supplemented and amended after hearing, subject to the BP

–1–

defendants showing no objection.

**WHEREFORE**, Plaintiff moves this Honorable Court to allow him to supplement and amend its original Petition.

Respectfully submitted:

BY:   /s/ Stanwood R. Duval_____
C. Berwick Duval, II, (LA Bar #5109)
Stanwood R. Duval, (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY,
LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70360

Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing Rule 7.6(E) Certificate has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.

                                                ___/s/Stanwood R. Duval, 27732_____
                                                        **STANWOOD R. DUVAL**