UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| | "DEEPWATER HORIZON in the | : | |
| | GULF OF MEXICO, on | : | SECTION:  J |
| | APRIL 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| | | : | MAG. JUDGE SHUSAN |
| | | : | |
| This Document Relates to:  10-cv-1759 | | : | |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

FIRST AMENDED AND SUPPLEMENTAL PETITION FOR
CIVIL PENALTIES OF THE STATE OF LOUISIANA
(TERREBONNE PARISH DISTRICT ATTORNEY)

**NOW INTO COURT**, comes Plaintiff, the State of Louisiana, for the purpose of

amending and supplementing its original petition as follows:

Paragraph 1 of the original Petition shall read as follows:

"1.

(a)  **BP EXPLORATION & PRODUCTION INC**., a foreign corporation

authorized to do and doing business in the State of Louisiana, and can be

served through its registered agent for service of process C T Corporation

System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

1

(b)    **BP, P.L.C.,** an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498, to be served through the Hague Convention or other process authorized in England;

(c)    **BP PRODUCTS NORTH AMERICA, INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129;

(d)    **BP AMERICA, INC**., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(e)    **HALLIBURTON ENERGY SERVICES, INC**., is a foreign corporation authorized to do and doing business in the State of Louisiana;

(f)    **TRANSOCEAN, LTD**, is a foreign corporation authorized to do and doing business in the State of Louisiana;

(g)    **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, LLC,** is a foreign

2

corporation authorized to do and doing business in the State of Louisiana;

(h) **TRANSOCEAN DEEPWATER, INC.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(i) **TRANSOCEAN HOLDINGS, LLC,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(j) **CAMERON INTERNATIONAL CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(k) **M-I, L.L.C.,** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(l) **WEATHERFORD U.S., L.P.,** is a Louisiana partnership authorized to do and doing business in the State of Louisiana;

(m) **ANADARKO PETROLEUM CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(n) **ANADARKO E&P COMPANY LP** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(o) **MOEX OFFSHORE 2007 LLC** is a foreign corporation authorized to do and doing business in the State of Louisiana;

(p) **MOEX USA CORPORATION** is a foreign corporation authorized to do and doing business in the State of Louisiana; and

(q) **MITSUI OIL EXPLORATION COMPANY LTD** is a foreign corporation authorized to do and doing business in the State of Louisiana."

WHEREFORE, Petitioner reiterates the prayer of its original petition and asks that this First Amending and Supplemental Petition be deemed good and sufficient, and demands judgment against Defendants, as follows:

(a)     In a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured as determine in accordance with La. R. S. 56:40.2;

(b)     Pre-judgment and post-judgment interest at the maximum rate allowable by law;

(c)     Attorneys' fees and costs of litigation pursuant to La. R. S. 56:40.3; and

(d)     such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.


Respectfully submitted:


BY:     /s/ Stanwood R. Duval_____
        C. Berwick Duval, II, (LA Bar #5109)
        Stanwood R. Duval, (LA Bar #27732)
        **DUVAL, FUNDERBURK, SUNDBERY,**
        **LOVELL & WATKINS**
        101 Wilson Ave.
        P.O. Box 3017
        Houma, LA 70361
        (985) 876-6410 Telephone
        (985) 851-1490 Facsimile


        Charles C. Bourque, Jr. (LA Bar #20118)
        **ST. MARTIN & BOURQUE**
        4084 Highway 311
        Post Office Box 2017
        Houma, Louisiana 70360

Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **OIL SPILL by the OIL RIG** | : | **MDL NO. 2179** |
| | **"DEEPWATER HORIZON in the** | : | |
| | **GULF OF MEXICO, on** | : | **SECTION:  J** |
| | **APRIL 20, 2010** | : | |
| | | : | **JUDGE BARBIER** |
| | | : | **MAG. JUDGE SHUSAN** |
| | | : | |
| **This Document Relates to: 10-cv-1759** | | : | |

· ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·  · ·

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel of record:

S. Gene Fendler
Robert E. Holden
Stephen Wiegand
Greg L. Johnson
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
*Attorneys for BP Exploration &*
*Production, Inc., BP P.L.C., BP*
*Products North America, Inc., and BP*
*America, Inc.*

Paul M. Jones
April L. Rolen-Ogden
Stuart T. Welch
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70505
*Attorneys for BP Exploration &*
*Production, Inc., BP P.L.C., BP*
*Products North America, Inc., and BP*
*America, Inc.*

and by U.S. mail, postage prepaid to:

Hariklia Karis
James Andrew Langan
John T. Hickey, Jr.
Richard C. Godfrey
KIRKLAND & ELLIS
300 N. LaSalle St.
Chicago, IL 60654
*Attorneys for BP Exploration & Production, Inc.,*
*BP P.L.C., BP Products North America, Inc., and BP America, Inc.*

/s/ Stanwood R. Duval 27732

i