UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN Re: OIL SPILL BY THE OIL RIG | * | |
| "DEEPWATER HORIZON" IN THE | * | MDL NO.: 2179 |
| GULF OF MEXICO, ON | * | |
| APRIL 20, 2010     * | SECTION "J" / DIVISION "1" | |
| | * | |
| | * | JUDGE: CARL J. BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO | | |
|    10- cv-1759 | * | |
| | | MAGISTRATE JUDGE: |
| | * | SALLY SHUSHAN |

*******************************************************************************************

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that, Plaintiff's, Motion for Leave to File has been filed and will be heard at 9:00 o'clock a.m. on the 11th day of May, 2011.

Respectfully submitted:

BY:   /s/ Stanwood R. Duval_____
        C. Berwick Duval, II, (LA Bar #5109)
        Stanwood R. Duval, (LA Bar #27732)
        **DUVAL, FUNDERBURK, SUNDBERY,**
        **LOVELL & WATKINS**
        101 Wilson Ave.
        P.O. Box 3017
        Houma, LA 70361
        (985) 876-6410 Telephone
        (985) 851-1490 Facsimile

–1–

Charles C. Bourque, Jr. (LA Bar #20118)
**ST. MARTIN & BOURQUE**
4084 Highway 311
Post Office Box 2017
Houma, Louisiana 70360


Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile


*Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that the above the above and foregoing Notice of Hearing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of April, 2011.


                                                          /s/Stanwood R. Duval, 27732
                                                       **STANWOOD R. DUVAL**