Exhibit A, Identifying Claimants and Businesses by Redacted SSN/FEIN or GCCF Number and Home State

| State | Last name | First name | Middle name | Business name | SSN/Tax ID | GCCF # |
|---|---|---|---|---|---|---|
| LA | ALEXANDER | DARNELL | JOSEPH | | | 3112094 |
| LA | ALEXANDER | STEVEN | ONEIL | | | 3508836 |
| LA | ANTOINE | TERRANCE | JOSEPH | | | 3260331 |
| LA | BADGER | DARVIN | A. | | | 3246504 |
| LA | BATISTE | MARCUS | RAY | | | 3190489 |
| LA | BATISTE | NORMAN | (NONE) | | | 3369775 |
| LA | BATISTE | SHION | DELACY | | | 3305196 |
| LA | BENOIT | AARON | WILLIAM | | 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 | |
| LA | BERGERON | DEREK | JOSEPH | | 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 | |
| LA | BERGERON | VERGICE, JR. | J. | | 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 | |
| LA | BILLIOT | DEBRA | B. | | 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 | |
| LA | BILLIOT | MICHAEL | T. | | 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 | |
| LA | BLAIN | JOSEPH | MARTIN | | 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 | |
| LA | BOLDS | ARSENIO, SR. | JARROD | | | 3143097 |
| LA | BOLDS | SHARARD | ANGELO | | | 3180893 |
| LA | BOUIE | REGINALD | LOUIS | | 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 | |
| LA | BROWN | AUBREY | | | 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 | |
| LA | BYCHURCH | CRAIG | G. | | 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 | |
| LA | CALHOUN | ANTHONY | CARNELL | | | 3034130 |
| LA | CALVIN | KOURTNEY-MAURICE | JAMES | | | 3263397 |
| LA | CELISTAN | JOHN | D. | | | 3040643 |
| LA | CHAMBERS | ARCHIE, III | LAFITTE | | | 3338018 |
| LA | CHERAMIE | CHRISTIAN | JOBLER | | | 1056391 |
| LA | CHERAMIE | JHY | (NONE) | | | 3508663 |
| LA | CHILTON | JOSHUA | J. | | | 3508979 |
| LA | CHIRINOS MEJIA | JUAN | PABLO | | (none) | N/A |
| LA | COMBER | RICHARD | (NONE) | | | 3134341 |
| LA | COOLEY | LIONEL | (NONE) | | | 3186145 |
| LA | CREWS | HARRY | W. | | 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 | |
| LA | CURTIS | DAVID | N/A | | 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 | |
| LA | DANASTASIO | DALE | (NONE) | | 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 | |
| MS | DANTZLER | CECELIA | LEE | | | 1173691 |
| LA | DARDAR | BRANDON | ANTHONY | | | 3226100 |
| LA | DARDAR | TREY | M. | | 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 | |
| LA | DAVIS | HELENA | M. | | | 3003594 |
| LA | DAY | MICHAEL | W. | | 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 | |
| FL | DEZORZI | JAMES | LOUIS | | 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 | |
| LA | ELLIS | ALEXIS, SR. | R. | | | 3237549 |
| LA | EVANS | LEN | JR. | | | 3208829 |
| LA | FISHER | NAROBIA | FREDRICK | | 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 | |
| LA | FONTENOT | PHILLIP | JOSEPH | | | 3158837 |
| LA | GADDIS | EDWARD JR | LEO | | | 3412990 |
| LA | GARDNER | GILES, JR. | WALKER | | 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 | |
| LA | GIVENS | DONALD, JR. | RAY | | | 3042504 |
| LA | HENRY | RENE | WILBERT | | | 3108858 |
| LA | HENRY | RICKIE | (NONE) | | | 3238828 |
| LA | HILLS | QUENTIN | TERRANCE | | | 3023209 |
| LA | HOLLOWAY | MICHAEL | (NONE) | | | 3257585 |
| LA | HOLMES | TJAH | MICHAEL | | | 3197205 |

Exhibit A, Identifying Claimants and Businesses by Redacted SSN/FEIN or GCCF Number and Home State

| State | Last Name | First Name | Middle | Business | SSN/ID | GCCF# |
|---|---|---|---|---|---|---|
| LA | HOWARD | CARLOS | DEVONNE | | 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 | |
| LA | JACKSON | RONALD, SR. | (NONE) | | | 3132528 |
| LA | JACKSON | THAD | (NONE) | | | 3271369 |
| LA | JAMES | DELILAH | DENNIS | | 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 | |
| LA | JAMES | LAWRENCE, III | (NONE) | | | 3225841 |
| LA | JESSIE | JASON | ANTHONY | | | 3191443 |
| LA | JENKINS | JORY, SR. | JERMAIN | | | 3040538 |
| LA | JONES | CHARLES | EDWARD | | | 3508837 |
| LA | JONES | MICHAEL | J. | | 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 | |
| LA | KILMER | RYAN | KEITH | | 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 | |
| LA | LANE | WANDA | JACQUELINE | | | 3375149 |
| LA | LANUZA | MAXIMO | ALEJANDRO | | | 3164592 |
| LA | LEBLANC | DONNIE | A. | | 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 | |
| LA | LEWIS | RAYFIELD | (NONE) | | | 3098263 |
| LA | LLOYD | RONALD | DOUGLAS | | | 3164110 |
| LA | LOVE | GENE | A. | | | 3299408 |
| LA | MATTHEWS | CHARLES, JR. | J. | SELF-EMPLOYED | | 1055979 |
| LA | MATTHEWS | LINDA | A. | SELF-EMPLOYED | | 1057136 |
| LA | McCLAINE | MARCUS | ELLIOTT | | | 3151336 |
| LA | McCLINTON | CLARENCE | (NONE) | | | 3354509 |
| LA | MCGHEE | JAMES | EMANUEL | | | 3237530 |
| LA | CASTILLO MEJIA | JAIRO | A. | | Permanent Resident Card #096-951-753 | |
| LA | MILES | TERRELL | JERMAINE | | 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 | |
| LA | MILLER | KENNETH | ALLEN | | | 3139794 |
| FL | MOSES | WILLIAM | EARL | | | 1066700 |
| LA | NOYA | MARK | JOSEPH | | 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 | |
| LA | O'HAVER | SHONERAY | N. | | | 3192670 |
| LA | PARKER | DEREK | TRENDELLE | | 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 | |
| FL | PEREZ | HERIBERTH | M. | | 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 | |
| LA | POSEY | MICHAEL JR | (NONE) | | | 3243295 |
| LA | RAWKIN | WILLIAM | CLIFFORD | | | 1147881 |
| AL | RAYMOND | WILLIE | (NONE) | | | 3415082 |
| LA | RINGO | DON | RAY | | | 3248670 |
| LA | ROBINSON | COREY | (NONE) | | | 3111855 |
| LA | ROBINSON | KENNETH | CARL | | | 3162334 |
| LA | ROJAS | RODNEY | GEORGE | | 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 | |
| LA | RUDOLPH | SHANTELL | LYNN | | 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 | |
| LA | RUELAS | ALBERTO | GUADALUPE | | 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 | |
| LA | RUFFIN | CHARLES | LEE | | | 3117608 |
| LA | SANDERSON | LARRY | E. | | | 3035144 |
| LA | SCOTT | ARTEMUS | D. | | | 3190524 |
| LA | SCOTT | DARNELL | CHARLES | | | 3028383 |
| LA | SCOTT | JULES | (NONE) | | 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 | |
| LA | SIMMONS | CHARLES | (NONE) | | | 1170225 |
| LA | SIMS | ERIC | DEJEAN | | 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 | |
| LA | SMITH | TERRANCE | MICHAEL | | | 3049001 |
| LA | SNEAR | ERNEST | (NONE) | | 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 | |
| LA | SOUBLET | MELVIN | (NONE) | | | 3148359 |
| LA | SPEARS | JAMES | NOLAN | | | 3407335 |
| LA | ST. JOHN | EUGENE III | MILTON | | 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 | |

Exhibit A, Identifying Claimants and Businesses by Redacted SSN/FEIN or GCCF Number and Home State

| State | Last | First | Middle | Business | SSN/FEIN | GCCF |
|---|---|---|---|---|---|---|
| LA | SUTRO | SEAN | CHRISTOPHER | | | 3276325 |
| LA | TATE | STEVEN | (NONE) | | 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 | |
| LA | THORNLEY | GARY | MICHAEL | | | 3510607 |
| LA | THORNTON | DERRICK | P. | | | 3461208 |
| LA | TOUPS | RONNIE | J. | | 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 | |
| LA | VAUGHN | NOIL | M. | | | 3024125 |
| LA | WARD | GORDON, JR. | SINCLAIR | | | 3510680 |
| LA | WARREN | GLENN | (NONE) | | | 3149308 |
| LA | WILLIAMS | CHARLES | R. | | | 3132279 |
| LA | WILLIAMS | CHRISTOPHER | MCKINLEY | | | 3133611 |
| FL | WILLIAMS | DAVID | CLAYTON | | 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 | |
| LA | WILLIAMS | FARRELL, SR. | G. | FARRELL ELECTRICAL & CONSTRUCTION | | 3358896 |
| LA | WILLIAMS | RICHARD | | | 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 | |
| TX | WILLIAMS | RORY | DAVID | | | 3397064 |
| LA | WILLIAMS | SHANNON | CALVIN | | 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 | |
| LA | WILLIAMS | WALLACE, JR. | JOSEPH | | 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 | |
| LA | ZERINGUE | JORDAN | MARRADA | | 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 | |
| TC | ZIMMER | JAY | EDWIN | | 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 | |