UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: No. 2:10-cv-03112-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE AN AMENDED COMPLAINT

**THIS MATTER**, having come before the Court upon the Motion to Substitute Class Representatives;

**IT IS ON THIS** _____ day of _____, 2011,

**ORDERED** that the Plaintiff Captain Karen Luknis and Captain Debra Butler, owners/operators of Venus Charters, Inc. are hereby substituted as designated named Plaintiffs and proposed class representatives in the tag-along civil action No. 2:10-CV-003112-CJB-SS.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within 10 days from the date hereof.

_____
JUDGE CARL J. BARBIER