1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ********************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                                   CIVIL ACTION NO. 10-MDL-2179 "J"
7                                  NEW ORLEANS, LOUISIANA
08:00AM                            TUESDAY, APRIL 19, 2011, 8:00 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
11   ********************************************************************

12                  TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                    HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                      UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS:        WILLIAMSON & RUSNAK
                                BY:  JIMMY WILLIAMSON, ESQUIRE
18                              4310 YOAKUM BOULEVARD
                                HOUSTON, TX  77006
19

20   FOR THE FEDERAL
     GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
21                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
22                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
23                              SAN FRANCISCO, CA  94102

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:           LISKOW & LEWIS
 9                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
10                          701 POYDRAS STREET
                            SUITE 5000
11                          NEW ORLEANS, LA 70139

12
                            KIRKLAND & ELLIS
13                          BY:  ROBERT R. GASAWAY, ESQUIRE
                                 H. BOYD GREENE, ESQUIRE
14                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
15

16  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
17  OFFSHORE DEEPWATER
    DRILLING INC., AND
18  TRANSOCEAN DEEPWATER
    INC.:                   FRILOT
19                          BY:  KERRY J. MILLER, ESQUIRE
                            ENERGY CENTRE, 36TH FLOOR
20                          1100 POYDRAS STREET
                            NEW ORLEANS, LA  70163
21

22  FOR CAMERON INTERNATIONAL
    CORPORATION:            STONE PIGMAN WALTHER WITTMANN
23                          BY:  PHILLIP A. WITTMANN, ESQUIRE
                                 CARMELITE M. BERTAUT, ESQUIRE
24                          546 CARONDELET STREET
                            NEW ORLEANS, LA  70130
25
```

1  APPEARANCES CONTINUED:

2

3                              BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQUIRE
4                                   DAVID JONES, ESQUIRE
                               ONE HOUSTON CENTER
5                              1221 MCKINNEY STREET, SUITE 4500
                               HOUSTON, TX  77010

6

7  FOR HALLIBURTON
   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
8                              BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
9                              HOUSTON, TX  77010

10

   FOR ANADARKO
11 PETROLEUM CORPORATION,
   ANADARKO E&P COMPANY LP,
12 MOEX USA CORPORATION,
   AND MOEX OFFSHORE 2007
13 LLC:                       BINGHAM MCCUTCHEN
                               BY:  KY KIRBY, ESQUIRE
14                             2020 K STREET
                               WASHINGTON, DC  20006

15

16 FOR DET NORSKE VERITAS:  COHEN GORMAN & PUTNAM
                               BY:  MARK COHEN, ESQUIRE
17                             1010 LAMAR STREET, SUITE 1000
                               HOUSTON, TX  77002

18

19 FOR THE U.S. DEPARTMENT
   OF THE INTERIOR:            OFFICE OF THE SOLICITOR
20                             DEPARTMENT OF THE INTERIOR
                               BY:  CHARLES B. WALLACE, ESQUIRE
21                             1849 C STREET NW, ROOM 6453
                               WASHINGTON, DC  20240

22

23 OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                500 POYDRAS STREET, ROOM B406
24                              NEW ORLEANS, LA  70130
                                (504) 589-7779
25 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.

|   |   |   |
|---|---|---|
| | 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 08:00AM | 2 | TUESDAY, APRIL 19, 2011 |
| 08:00AM | 3 | M O R N I N G   S E S S I O N |
| 08:00AM | 4 | (COURT CALLED TO ORDER) |
| 08:00AM | 5 | |
| 08:00AM | 6 | |
| 08:01AM | 7 | THE DEPUTY CLERK:  All rise. |
| 08:01AM | 8 | THE COURT:  Good morning.  Everybody have a seat, |
| 08:01AM | 9 | please.  Good morning, phone participants, how are you doing? |
| 08:01AM | 10 | VOICES:  Good morning. |
| 08:01AM | 11 | THE COURT:  Good morning, good morning. |
| 08:01AM | 12 | MR. MILLER:  Kerry Miller, good morning. |
| 08:01AM | 13 | THE COURT:  Hey, Kerry, where are you? |
| 08:01AM | 14 | MR. MILLER:  I put it on mute because they have some |
| 08:01AM | 15 | background noise. |
| 08:01AM | 16 | THE COURT:  Good.  Thank you.  I appreciate it.  No |
| 08:01AM | 17 | problem. |
| 08:01AM | 18 | MR. UNDERHILL:  Mike Underhill is also on the line, |
| 08:02AM | 19 | Your Honor. |
| 08:02AM | 20 | THE COURT:  Good.  Good morning, Mike.  How are you |
| 08:02AM | 21 | doing? |
| 08:02AM | 22 | MR. UNDERHILL:  Just fine. |
| 08:02AM | 23 | MS. KIRBY:  Good morning, Judge.  Ky Kirby is on the |
| 08:02AM | 24 | line as well. |
| 08:02AM | 25 | THE COURT:  Yes.  We have Jimmy on the line, right? |

08:02AM 1          MR. WILLIAMSON:  Yes, Your Honor, Jimmy Williamson on

08:02AM 2     the line.

08:02AM 3          THE COURT:  How are you doing?

08:02AM 4          MR. BECK:  Your Honor, David Beck.

08:02AM 5          MR. WITTMANN:  Good morning, Judge.  Phil Wittmann here.

08:02AM 6          THE COURT:  All right.

08:02AM 7          MR. JONES:  David Jones as well, Your Honor.

08:02AM 8          THE COURT:  All right.  Good morning, David.  How are

08:02AM 9     you doing?

08:02AM 10         MR. JONES:  I'm doing fine, Judge.  I apologize for not

08:02AM 11    being over there in person, but my mother-in-law is having some

08:02AM 12    surgery this morning, and I needed to be home.

08:02AM 13         THE COURT:  Not a problem.  I find that the phone

08:02AM 14    participation is not a detriment.  It works well.  So don't feel

08:02AM 15    like you're behind the curve in any way.

08:02AM 16              Let's talk about it, guys.  I guess the first thing

08:02AM 17    I would like to talk about is the issue that we're encountering

08:02AM 18    in the protocol relative to either providing information or

08:03AM 19    informational support.  Isn't that pretty much the language that

08:03AM 20    we're playing with?

08:03AM 21         MR. GASAWAY:  Your Honor, Rob Gasaway for BP.  Good

08:03AM 22    morning.  I think so, and I'm not sure that there is a

08:03AM 23    substantive difference.  I think this may be one where the clock

08:03AM 24    just ran out.  Obviously I'll be interested to hear from my

08:03AM 25    friends on the Cameron side.

08:03AM  1          The last conversation that David and I had, I think

08:03AM  2   we were in agreement in the sense that we both believed two

08:03AM  3   things:  Number one, as you can see in the order, BP is at pains

08:03AM  4   to make it clear that is not BP litigation testing, despite all

08:03AM  5   of the points of contact that BP has had with the process because

08:03AM  6   we want to reserve the right, as we've said many times, to

08:03AM  7   criticize what goes on.

08:03AM  8          What Cameron has told us and what we agree with is

08:04AM  9   obviously this is a DNV show, complete and unfettered discretion,

08:04AM 10   independent, all those words you saw in the draft order.  Despite

08:04AM 11   the fact that they do have this specialized knowledge that we

08:04AM 12   need, they want the ability and they deserve the ability to come

08:04AM 13   in after the fact and say, Notwithstanding our provision of

08:04AM 14   knowledge, X, Y and Z were not done as we said; and, therefore,

08:04AM 15   we're not limiting ourselves in our particular role.

08:04AM 16          So it's really very much of a parallel situation.

08:04AM 17   They are providing specialized knowledge, we may be hiring a

08:04AM 18   logistics guy, a communication guy, an IT guy, but both of us

08:04AM 19   want the same thing, and I think and hope both sides are willing

08:04AM 20   to give it.

08:04AM 21          The difference in wording which I, again, I don't

08:04AM 22   think it's substantive, but it just has to do on occasions in

08:05AM 23   earlier drafts and sometimes in statements to the Court, I was

08:05AM 24   picking up what I told David was a one-and-done model, sort of

08:05AM 25   like, You tell us what we want and we'll send it over; or, you

08:05AM 1    know, You call the technician and he'll tell you the answer.

08:05AM 2    Kind of a Dr. Spock mode.

08:05AM 3             I just wanted to say that -- and I think, again,

08:05AM 4    based on my conversation with David, he agrees -- that what I'm

08:05AM 5    talking about in terms of informational inputs into the testing

08:05AM 6    process, it's just one where you can't just say, well, you know,

08:05AM 7    Q & A in sort of a litigation interrogatory sense which is the

08:05AM 8    on-site presence and the on-site ability to ask additional

08:05AM 9    questions as the situation develops.

08:05AM 10            David made the good point that that's sort of

08:05AM 11   implicit in the fact that they are coming out to the site as

08:05AM 12   well.  So what I was trying to do is capture in language that

08:05AM 13   we're obviously not wedded to but those two key concepts, the

08:05AM 14   parallel distance from the process for both Cameron and BP,

08:06AM 15   despite their roles and then the ongoing need to be able to

08:06AM 16   interact with the tech based on developing situations.

08:06AM 17         THE COURT:  David, in view of that, in view of what Rob

08:06AM 18   has just said, do you disagree conceptually in what he just

08:06AM 19   described?

08:06AM 20         MR. JONES:  Judge, what I view our role to be is to come

08:06AM 21   out, what we agreed to do is to have technicians available on

08:06AM 22   site for these five specific tasks to provide information and

08:06AM 23   answer questions.  And that's it.  As I -- Rob is right, the

08:06AM 24   language is not -- we're not talking about a lot of language, but

08:06AM 25   to my client is very important language.  I go back to how we got

08:06AM 1    here and starting with BP's motion and through the first drafts

08:07AM 2    of this protocol through the meeting that we all had at BP

08:07AM 3    counsel's office there in New Orleans on the 13th, we discussed

08:07AM 4    the protocol.  In all of those documents and discussions,

08:07AM 5    obligation on Cameron to was to provide information, was to

08:07AM 6    provide a documentation and specifications that we were perfectly

08:07AM 7    fine with that.  It wasn't until, actually, late in the evening

08:07AM 8    on the 13th that this whole concept of Cameron being obligated to

08:07AM 9    bring people out to a facility arose in a draft.

08:07AM 10           When it first showed up in the draft, it said we

08:07AM 11   were out there -- we were going to be obligated to come out

08:07AM 12   there, quote, for the purpose of advising DNV in some instances

08:07AM 13   and in one instance it was to, quote, supervise, end quote, the

08:07AM 14   inspection in another instance.  When that issue arose, Judge, we

08:07AM 15   told BP that that was completely at odds with what we understood

08:07AM 16   that they were asking us to do, and frankly, it was completely at

08:08AM 17   odds with what our role had ever been out in Michoud in

08:08AM 18   connection the joint investigation.

08:08AM 19           We always viewed our role as, one, to provide

08:08AM 20   information and to provide assistance with securing test

08:08AM 21   materials, if it was asked.  For example, if DNV wanted to know

08:08AM 22   how much something weighed, we would tell them that.  If they

08:08AM 23   wanted to know how to operate a BOP or to open it up, we would

08:08AM 24   tell them.  If they needed a lifting eye or some other piece of

08:08AM 25   specialized equipment to do the testing, we would get it to the

08:08AM 1    extent that we could, but it was never our position or our belief

08:08AM 2    or our understanding that we were out there in an advisory role,

08:08AM 3    a supervisory role to provide input into the testing process,

08:08AM 4    which is what BP's last proposed language was to be in this case

08:08AM 5    yesterday afternoon, and what we see in this draft is, we

08:08AM 6    believe, an attempt by BP to either change our role or to make it

08:09AM 7    appear on paper, at least, that our role is something other than

08:09AM 8    to provide information.

08:09AM 9            THE COURT:  Okay.

08:09AM 10           MR. JONES:  We have three fundamental objections to

08:09AM 11   that.  First, as I explained to Rob yesterday and everyone

08:09AM 12   involved in this process knows, back in December my client was

08:09AM 13   accused incorrectly and unfairly, I might add, at having a larger

08:09AM 14   role in the testing process than we had.  There were letters to

08:09AM 15   Congress.  There were names of our employees appearing in

08:09AM 16   newspaper articles, and that has not gone away.

08:09AM 17           So under these circumstances we believe it would be

08:09AM 18   unfair and improper to have a document that singled out our

08:09AM 19   client.  No one else has language like this in the protocol.  BP

08:09AM 20   asked for certain changes to be made to this blowout preventer.

08:09AM 21   They are not singled out in this document, but to single out our

08:09AM 22   document as our client having some greater obligation to support

08:10AM 23   this testing or to provide input into the testing process, we

08:10AM 24   believe that that's unfair, and that's not a correct description

08:10AM 25   of our role.

08:10AM 1        THE COURT:  Okay.  Let's stop for a second.  We'll come
08:10AM 2   back in a second, but let's look at the language itself, David.
08:10AM 3   I think it's the same modification of language throughout.  Maybe
08:10AM 4   I'm incorrect but I'm looking at the second full paragraph of the
08:10AM 5   proposed protocol.  We've got the red line language, which indeed
08:10AM 6   is in blue, but what has been proposed is for the purpose of
08:10AM 7   providing informational support for certain operations.  Now,
08:10AM 8   what you object to is is it the support, because it is limited to
08:10AM 9   informational.  It's informational.
08:11AM 10       MR. JONES:  That's exactly right.  What we said to Rob
08:11AM 11  and said over and over again, the language that for purposes of
08:11AM 12  providing information for certain activities or to DNV, or
08:11AM 13  however it's phrased in various places, that's not a problem.
08:11AM 14  It's the attempt by BP to add words, and we believe these words
08:11AM 15  are important, but to suggest additional obligations on us -- to
08:11AM 16  advise, to supervisor, etcetera.
08:11AM 17       THE COURT:  Could we agree on something like
08:11AM 18  informational assistance?  In other words, in my view, David, you
08:11AM 19  all have a particular expertise with regard to this equipment
08:11AM 20  that no one else has.  We all acknowledge that.  I don't think
08:11AM 21  you dispute it.  I think everybody acknowledges that you all are
08:12AM 22  particularly expert with regard to this equipment.  So everybody,
08:12AM 23  I think, agrees that your, meaning Cameron's, role will be
08:12AM 24  limited to providing informational assistance at the request of
08:12AM 25  DNV.  Is that --

08:12AM 1          MR. WITTMANN:  How does informational assistant differ

08:12AM 2     from information, Your Honor?

08:12AM 3          THE COURT:  Hold on, guys.  By the way, when you all pop

08:12AM 4     in, would you please state your names for the record.

08:12AM 5          MR. WITTMANN:  Phil Wittmann, Judge.  I apologize.

08:12AM 6          THE COURT:  Phil, let me speak to David about this, if

08:12AM 7     you don't mind.

08:12AM 8          MR.  WITTMANN:  I will.

08:12AM 9          THE COURT:  Thank you.

08:12AM 10          I think the issue being that everybody agrees that

08:12AM 11     you got particular expertise and information, and I assume that

08:13AM 12     the problem here is that if you all agree that DNV may ask

08:13AM 13     questions, may ask for information with regard to any particular

08:13AM 14     operation that will be performed, and you all will provide that

08:13AM 15     information, in my view that's support, but you don't like the

08:13AM 16     word *support*, so --

08:13AM 17          MR. GASAWAY:  Your Honor, I had suggested late last

08:13AM 18     night --

08:13AM 19          MR. JONES:  What Phil said is that we have an obligation

08:13AM 20     to agree to provide information.  There is no reason to put

08:13AM 21     additional gloss on that that somebody, either a party in this

08:13AM 22     litigation, one of our potential adversaries or who we understand

08:13AM 23     will be our adversary within the next couple of days or some

08:14AM 24     third-party to this coming back after the fact and saying,

08:14AM 25     Cameron, you played a support role in this.  You assisted in

08:14AM  1    this.

08:14AM  2         We, given what has happened to date with this

08:14AM  3    testing, we have concerns about where this is ultimately going to

08:14AM  4    end up and the validity of these tests, and we don't want someone

08:14AM  5    to be able to come in later on and say, Well, you were assisting

08:14AM  6    in this process, Cameron.  So we are perfectly fine with the

08:14AM  7    language that says we're to provide information.  It's the

08:14AM  8    additional wording put on top of that that can be misconstrued

08:14AM  9    later on that is problematic to us.

08:14AM 10         If it turns out that through -- that DNV says, I'm

08:14AM 11    not getting the information that I need to do these tests, we can

08:14AM 12    come back here.  That has never been a problem from my

08:14AM 13    understanding with Cameron's work and providing information to

08:14AM 14    the -- in connection with the JIT investigation, and I don't

08:15AM 15    anticipate that it's going to be a problem going forward.

08:15AM 16         THE COURT:  I appreciate that assurance.  I think that's

08:15AM 17    important, David, to understand that you all did indeed work hard

08:15AM 18    on the first phase of testing, and nobody, at least associated

08:15AM 19    with this litigation, was in any way critical of the -- I

08:15AM 20    hesitate to use the word, but the support that you all provided

08:15AM 21    in that phase of the testing.

08:15AM 22         So let's talk about the proposed language that you

08:15AM 23    would suggest as opposed to what Rob has suggested, which

08:15AM 24    currently is, quote, for purposes of providing informational

08:15AM 25    support for certain operation.

08:15AM  1          MR. JONES:  Yes, our change to that is very simple.

08:16AM  2     It's to drop the A-L from information and to drop the support.

08:16AM  3     So in every place it appears, I think there are four other places

08:16AM  4     in the document that say that, it would be for purposes of

08:16AM  5     providing information for certain operations, and subsequent

08:16AM  6     places I believe it would be for purposes of providing

08:16AM  7     information to DNV regarding the removal operation --

08:16AM  8          THE COURT:  Right.  The information to be provided is

08:16AM  9     requested by DNV.

08:16AM 10          MR. JONES:  Correct.

08:16AM 11          THE COURT:  I understand that.  I think that's correct.

08:16AM 12               Rob, what is your perceived problem with limiting

08:16AM 13     it to information?

08:16AM 14          MR. GASAWAY:  Just this, Your Honor:  Mr. Jones made a

08:16AM 15     critical mistake.  It was a subtle one at the very beginning of

08:16AM 16     what he said when he said we're being asked to provide five

08:16AM 17     specific things in this process, and we've made clear many times

08:17AM 18     that it's open-ended.

08:17AM 19               What I want to be absolutely clear --

08:17AM 20          MR. JONES:  I didn't hear Mr. Gasaway.

08:17AM 21          THE COURT:  Rob, please speak into the microphone.

08:17AM 22          MR. GASAWAY:  I was just saying that, Your Honor, David

08:17AM 23     made a subtle but critical error in his opening statements just

08:17AM 24     now when he said, the point about five specific inputs into the

08:17AM 25     testing process.  I know that, you know, when we push him on

08:17AM 1   that, he always says, Well, there could be more.

08:17AM 2           He's accommodated us with the language that says

08:17AM 3   the list is preliminary, but there is this perception, and I

08:17AM 4   think it may be at the client level, that there is sort of a

08:17AM 5   closed, you know, boundary of information.  My last proposal, and

08:17AM 6   again, as Cameron asked for these words to be eliminated, you

08:17AM 7   know, *supervise*, *assist*, *support*, we're happy to do that.

08:17AM 8           My last suggestion to David last night when the

08:18AM 9   clock ran out was informational inputs into the testing process.

08:18AM 10  Now, I'm not, you know, I'm not wedded to assistance,

08:18AM 11  informational inputs.  I could even live with information, but

08:18AM 12  the thing that we have to do is stop spinning our wheels with

08:18AM 13  this idea that keeps coming up perhaps subconsciously in the idea

08:18AM 14  that there is what I call this *one-and-done approach*.

08:18AM 15          So as long as everybody is clear that we don't know

08:18AM 16  exactly what we're going to need, and we, on our side -- and I

08:18AM 17  think some of the other side are the people who tried to get this

08:18AM 18  going -- feel like no good deed goes unpunished in the sense we

08:18AM 19  worked hard to cull out what we're going to need in a way to

08:18AM 20  provide notice to parties that they never had before and

08:18AM 21  providing resources that they never had before.

08:18AM 22          Again, I don't think that David, in answer to your

08:18AM 23  original question, Your Honor, do they have a conceptual problems

08:19AM 24  with this?  I think the answer is no.  They don't.  I think we're

08:19AM 25  saying the exact same thing, but there are a lot of statements

08:19AM  1    that they've made that would lend you to think that this is more

08:19AM  2    bounded than it is, and I just want to make sure that we're clear

08:19AM  3    on that point.

08:19AM  4         THE COURT:  David, what about something like this for

08:19AM  5    purposes of providing information during the testing process?

08:19AM  6         MR. JONES:  As long as it's done for purposes of

08:19AM  7    providing information, I guess I would like to -- the activities

08:19AM  8    that we are being asked to come out to sit for.

08:19AM  9         THE COURT:  If we put in purposes of providing

08:19AM 10    information during the testing process, and then it goes on to

08:19AM 11    say, it is understood that such requests are appropriate only if

08:19AM 12    they have been determined to be necessary by DNV, could you live

08:20AM 13    with something like that so that it would say OEM technical

08:20AM 14    personnel for purposes of providing information during the

08:20AM 15    testing process?

08:20AM 16         MR. JONES:  Where I would want it, Judge, and I think

08:20AM 17    Mr. Gasaway made a not so subtle mistake but a critical mistake

08:20AM 18    in his comment that we are being asked to bring people out to the

08:20AM 19    site for instances other than the five that were specifically

08:20AM 20    listed in this document, so I am fine with that language provided

08:20AM 21    that it says it in five places where we are asked to bring people

08:20AM 22    to the site.

08:20AM 23         So for example, on page 4, under Section, I

08:20AM 24    believe, it's Roman numeral II(e)(3), "Experienced and qualified

08:20AM 25    OEM technical personnel should be in attendance at the removal

08:21AM 1   site for purposes of providing information in connection with the

08:21AM 2   providing information to DNV in connection with the testing

08:21AM 3   process for the removal operation."  I don't have a problem

08:21AM 4   putting it there.

08:21AM 5           I do have a problem with the suggestion that now to

08:21AM 6   state a very specific request that we be told when they want

08:21AM 7   Cameron technical personnel out there, we now seem to be saying,

08:21AM 8   Well, we want Cameron technical personnel available at all times,

08:21AM 9   and that is not appropriate.

08:21AM 10          I will say, Judge, we are being asked to do

08:21AM 11  something here that cannot be required under the Federal Rules.

08:21AM 12  We cannot be required to bring a person out to the site.  We're

08:21AM 13  being asked to answer, in effect, discovery requests without a

08:21AM 14  discovery request on a very abbreviated time period.

08:21AM 15          So for BP's request for us to do things that aren't

08:21AM 16  required under the rules, all we are asking in exchange that our

08:22AM 17  role be very clearly defined, and that's not happening very much

08:22AM 18  in what we have been doing beyond what we're required to do.

08:22AM 19          THE COURT:  For instance, if we go back to the beginning

08:22AM 20  of the draft protocol, and I'm looking, let's see, specifically

08:22AM 21  at the second full paragraph, would you agree that if we insert

08:22AM 22  the proposed language I've just suggested, both in that paragraph

08:22AM 23  and in all the other five paragraphs where we've got similar

08:22AM 24  language that that would work for you?

08:22AM 25          MR. JONES:  I would like it to be, Judge, in the five

08:22AM 1    specific paragraphs rather than up above because I don't want the

08:23AM 2    suggestion that this paragraph imposes obligations beyond what's

08:23AM 3    in those five specific paragraphs.

08:23AM 4           MR. GASAWAY:  David, that's not our agreement and we

08:23AM 5    can't agree to that.

08:23AM 6           MR. JONES:  Then we have no agreement, Rob.

08:23AM 7           MR. GASAWAY:  Well, that's the agreement that you agreed

08:23AM 8    to, and now this is a backtrack.  We did have an agreement.  You

08:23AM 9    just changed it.

08:23AM 10          MR. JONES:  I never agreed to that.

08:23AM 11          THE COURT:  It seems to me, David, that that

08:23AM 12   introductory paragraph is important for you as well because it

08:23AM 13   specifies that any information provided will be subject to the

08:24AM 14   request of DNV, that DNV will make the request 7 days in advance.

08:24AM 15   I don't read that as broadening the scope of your obligation but,

08:24AM 16   rather, better defining the scope of your assistance.  I don't

08:24AM 17   know what words to use because I know you don't like *assistance,*

08:24AM 18   but it seems to me that that introductory paragraph is beneficial

08:24AM 19   to Cameron's position because it further defines what we're

08:24AM 20   talking about.

08:24AM 21          MR. JONES:  I agree that parts of it are beneficial,

08:24AM 22   but, again, my concern is construing it later on as broadening

08:24AM 23   our obligation.

08:24AM 24          THE COURT:  Why don't you do this and let's see if Rob

08:24AM 25   can live with this, information during the testing process as

08:24AM 1    specified in sections and then refer to the section below.  Can

08:25AM 2    you live with that?

08:25AM 3            MR. JONES:  I can live with that.

08:25AM 4            MR. GASAWAY:  I would say as specified herein because

08:25AM 5    the key point, and again, there was no disagreement on this,

08:25AM 6    David agreed to this, and I'm not sure, but I think we need to

08:25AM 7    hold him to it is the top paragraph on page 2.  DNV has

08:25AM 8    preliminarily identified, and *preliminary* was a word that we

08:25AM 9    inserted for this purpose and that David agreed to, the

08:25AM 10   information and materials as requesting from the OEM to perform

08:25AM 11   the tasks identified in these protocols.

08:25AM 12           On the record and off the record is replete with

08:25AM 13   our statements that we cannot identify all of the different

08:25AM 14   things what we need at this time.  We gave David language down

08:25AM 15   there later on that says Cameron is not waiving any objections it

08:26AM 16   may have to the production of any information or materials, so

08:26AM 17   you know, we can identify additional things, but then Cameron may

08:26AM 18   object.

08:26AM 19           Now, that is the understanding that we had on the

08:26AM 20   record and off the record, and I just want the make clear that

08:26AM 21   this idea that we're culling out each of the five things that we

08:26AM 22   need and you wanted done is just inconsistent with, you know,

08:26AM 23   this agreement as they agreed to it already, so as long as we

08:26AM 24   don't undercut that, I'm fine.  What I would say to pick up this

08:26AM 25   language is just during -- providing information during the

08:26AM 1    testing process as specified herein.

08:26AM 2              THE COURT:  Okay.

08:26AM 3              MR. JONES:  Mr. Gasaway is confusing concepts there

08:26AM 4    weather through slight of hand or unintentionally.  This

08:26AM 5    paragraph specifically deals with the instances where BP has

08:27AM 6    requested our presence at the site to help with their testing.

08:27AM 7    That is the only thing that this paragraph deals with, and that

08:27AM 8    is what I want to be very clear why I think it's very appropriate

08:27AM 9    to identify in the introductory paragraph if we're going to be

08:27AM 10   changing it, the specific paragraphs where we are requested to be

08:27AM 11   on site.

08:27AM 12             The concept of providing additional information and

08:27AM 13   materials is an entirely separate provision.  It's the first

08:27AM 14   paragraph on page 2, and that is an obligation.  Our obligations

08:27AM 15   are set forth in that paragraph that has nothing to do with

08:27AM 16   our -- with the request to have us out here at the site.

08:27AM 17             So to the extent that Rob has been saying that is a

08:27AM 18   preliminary list and this is preliminary information, that's

08:27AM 19   correct with respect to the request for information of materials,

08:27AM 20   and we didn't have a problem with the changes that Rob wanted to

08:27AM 21   make with that paragraph.

08:27AM 22             All we're talking about here is to make sure that

08:28AM 23   when they want a Cameron person out there to facilitate their

08:28AM 24   testing, that our role, being out there onsite is clearly

08:28AM 25   defined, and that's what's being addressed in the second

08:28AM 1    paragraph.

08:28AM 2         MR. GASAWAY:  Okay.  I understand the distinction that

08:28AM 3    he's making here.

08:28AM 4         THE COURT:  Yes, I do, too.  I'm looking specifically at

08:28AM 5    paragraph 2 on page 1, to the extent these protocols call for the

08:28AM 6    attendance at the testing site of experienced and qualified OEM

08:28AM 7    technical personnel.

08:28AM 8         MR. GASAWAY:  Right.  All I would say is, and I

08:28AM 9    understand that they have an issue about the burden and so forth,

08:28AM 10   and I agree with distinction he's making.  Obviously my point, as

08:28AM 11   I opened it up here, as we were talking about this, is just as we

08:28AM 12   can't specify all of the information that we want sort of in

08:28AM 13   written form on page 2, we don't know necessarily if there might

08:29AM 14   be other instances of information that we might need.

08:29AM 15         Do we expect it?  No.  Again, it's an important

08:29AM 16   distinction.  He said that BP is requesting, just to be clear

08:29AM 17   here, you know, that list of information, and these things are

08:29AM 18   not -- that list was put together by DNV, originally put into the

08:29AM 19   DNV contract, and just to cull it out, we gave it, you know, to

08:29AM 20   Cameron before the last hearing.  So this is not -- these sorts

08:29AM 21   of requests really are coming from DNV and I'm just the conduit.

08:29AM 22         David, would you be -- and I see now what you're

08:29AM 23   saying about you would want an additional wording that's maybe

08:29AM 24   parallel to the non-onsite information and materials because

08:29AM 25   we're talking about information here, what would you think if I

08:29AM 1    gave you that language that you inserted in that paragraph at the

08:29AM 2    top of two at the bottom of the second paragraph in one, to the

08:30AM 3    extent they go beyond the five, you obviously reserve your right

08:30AM 4    to object?

08:30AM 5            MR. JONES:  Judge, this is a fundamental change to what

08:30AM 6    we were asked to do.  I was very specific when I appeared before

08:30AM 7    you last week to say that we wanted to know the specific

08:30AM 8    instances where we were being asked to come on site.  Now what

08:30AM 9    I'm hearing for the very first time is that BP wants an

08:30AM 10   open-ended opportunity to say we need Cameron people out here for

08:30AM 11   other activities.

08:30AM 12           Where this is going is the ultimate request by BP

08:30AM 13   to have a Cameron person on site full time to be able to answer

08:30AM 14   the questions that they want answered in connection with their

08:30AM 15   testing.  That is inappropriate and that is something to which we

08:30AM 16   are not going to agree.  We can't agree to that.

08:30AM 17           THE COURT:  I hear you, David, and I don't think that's

08:30AM 18   the request.  I think the request is if DNV comes up with an

08:31AM 19   issue where they request that Cameron have an OEM attend, they

08:31AM 20   may make the request, but you all reserve the right to object.

08:31AM 21   In other words, I don't think it's broadening the scope.  I think

08:31AM 22   it's just recognizing that the testing protocol during the

08:31AM 23   process may reveal something that is unanticipated.

08:31AM 24           MR. JONES:  Again, Judge, I just -- I'm not in a

08:31AM 25   position to agree to that.  I was very clear that I wanted to

08:31AM  1   know when we were going to be requested to be on site, and we

08:31AM  2   know the way this is going to go down.  If there is an open-ended

08:31AM  3   obligation in there, the recognition that they can pick up the

08:31AM  4   phone and call Cameron, we're going to be back, and we're going

08:31AM  5   to end up having someone out there full time.  That is not

08:32AM  6   something that we agreed to.

08:32AM  7          THE COURT:  If something unanticipated comes up, you

08:32AM  8   have no problem with providing information by telephone or

08:32AM  9   otherwise?  Do I understand that correctly?

08:32AM 10          MR. JONES:  It depends, Judge.  This is the problem.

08:32AM 11   This is, you know, discovery of Cameron on the fly is not

08:32AM 12   appropriate.  We were willing to provide information on an

08:32AM 13   expedited basis, as long as that information was specifically

08:32AM 14   identified for us.  We were willing to provide a person off site

08:32AM 15   with very specific testing, but now to add an obligation to us to

08:32AM 16   answer questions on the fly, in effect, engaging discovery on the

08:32AM 17   fly, we believe is inappropriate under these circumstances to

08:32AM 18   help our adversary get the testing done that they want to get

08:32AM 19   done to potentially use against us in the litigation.  We are not

08:32AM 20   in a position to agree to that.

08:33AM 21          THE COURT:  Let's see if we can figure out where that

08:33AM 22   leaves us, guys.  If we look at page 1 and the following

08:33AM 23   paragraph, can we agree that we can state that Cameron will

08:33AM 24   provide information during the testing process as specified

08:33AM 25   herein?  That would be the introductory paragraph, and I think we

08:33AM 1   have agreement on that.

08:33AM 2           MR. JONES:  Again, as long as we're identifying the

08:33AM 3   specific sections that we're going to -- that we're going to be

08:33AM 4   asked to come out on site, then I don't have a problem changing

08:33AM 5   that paragraph.

08:34AM 6           MR. GASAWAY:  Look, there are no other -- trust me, you

08:34AM 7   know, and first of all, again, there was another unintentional

08:34AM 8   misstatement there of BP asking them to come out.  Remember the

08:34AM 9   history of this paragraph is just what Your Honor said, this is

08:34AM 10  for Cameron's protection.  It includes two very important

08:34AM 11  protections:  One, the notice requirement that was extensively

08:34AM 12  negotiated before Your Honor; and then, two, this critical

08:34AM 13  language that's Number 1 that are appropriate only if they've

08:34AM 14  been determined to be necessary by DNV in its sole and unfettered

08:34AM 15  discretion.  That is absolutely critical here.

08:34AM 16          We -- BP has no more ability to ask that a Cameron

08:34AM 17  tech be there than Cameron has an ability to get a Cameron tech

08:34AM 18  there; namely, if Cameron thinks something is going wrong and

08:34AM 19  they want a tech there, they have a technical working group

08:34AM 20  member who can ask DNV and we do as well.  So this is not BP's

08:35AM 21  show.  We put that unfettered discretion in this document, in the

08:35AM 22  contract document and again in the order just to make sure there

08:35AM 23  is no misunderstanding here.

08:35AM 24          So the only five places that are specified herein,

08:35AM 25  I would be happy with that, and certainly David is right that,

08:35AM 1    you know, as I sit here today with my arm raised, I have no

08:35AM 2    knowledge whatever that there will be anything else other than

08:35AM 3    the five places that's culled out.  Again, we did the good deed

08:35AM 4    of culling them out so we could get all this out there.

08:35AM 5              If Cameron doesn't want the additional protective

08:35AM 6    language there, that's fine.  All I'm saying is when Cameron said

08:35AM 7    before that they are -- you know, they wanted to limit it to the

08:35AM 8    five, I said I know that there may be others.  Perhaps we have to

08:35AM 9    come back and argue before Your Honor on that, but I just didn't

08:35AM 10   want to let that statement go unchallenged, but I'm happy with

08:36AM 11   that.

08:36AM 12             THE COURT:  What we'll go ahead and do then, guys, is

08:36AM 13   relative to the second paragraph on page 1, we will talk in terms

08:36AM 14   of providing information during the testing process as specified

08:36AM 15   below, and if you want to itemize those paragraphs, you may do

08:36AM 16   so, David.  I'm not sure it's necessary because the paragraphs

08:36AM 17   are specific, but I don't care.

08:36AM 18             Then in each of the paragraphs, each of the five

08:36AM 19   paragraphs, it seems to me what you want to do is go ahead and

08:36AM 20   use the same language again, which is to provide information

08:36AM 21   during the testing process for that particular paragraph.

08:36AM 22             MR. GASAWAY:  David, just so we cut through it coming

08:36AM 23   out, let's look at paragraph 8, and let's agree on conforming

08:37AM 24   change right now.

08:37AM 25             THE COURT:  Paragraph 8.

08:37AM 1          MR. GASAWAY:  I'm sorry, page 8, paragraph G(3), just

08:37AM 2   above Roman numeral Number III.  I think this is the first place

08:37AM 3   it appears, and we can conform it.

08:37AM 4          Again, just to cut through this, David, what I

08:37AM 5   would suggest is saying, "Experienced and qualified OEM technical

08:37AM 6   personnel should be in attendance at the inspection site for

08:37AM 7   purposes of providing information," and then I would just say,

08:37AM 8   "to DNV," and then after DNV, I would pick up and insert, "during

08:37AM 9   the testing process regarding these operations."  So if you can

08:37AM 10  follow that change, that's the conforming change I would suggest

08:37AM 11  in that place.

08:37AM 12         THE COURT:  David, did you follow that?

08:37AM 13         MR. JONES:  Rob was breaking up so let me read it back.

08:38AM 14  His paragraph on page 8 would read, "Experienced and qualified

08:38AM 15  OEM technical personnel should be in attendance at the inspection

08:38AM 16  site for purposes of providing information to DNV during the

08:38AM 17  testing process regarding these operations."

08:38AM 18         THE COURT:  Correct.

08:38AM 19         MR. JONES:  Okay.

08:38AM 20         THE COURT:  So each of the five paragraphs will contain

08:38AM 21  that conforming language.

08:38AM 22         MR. GASAWAY:  Correct.  It will be as David said before,

08:38AM 23  it's kind of slightly different, but that's the thing that we'll

08:38AM 24  feather through each of the five.

08:38AM 25         THE COURT:  I have no problem with feathering through it

08:38AM 1   right now.

08:38AM 2           MR. GASAWAY:  David, I think the next one is on 3(c),

08:38AM 3   right?

08:38AM 4           MR. JONES:  Which page?

08:38AM 5           MR. GASAWAY:  I believe it's on page 12, top of the

08:38AM 6   page.  Item 3.

08:39AM 7           THE COURT:  Yes, item 3.  Let's go ahead and get our

08:39AM 8   language there.

08:39AM 9           MR. GASAWAY:  David, maybe I can hear you better than

08:39AM 10  you hear me.  Why don't I turn it over to you and you suggest it

08:39AM 11  and I can hear you fine.

08:39AM 12          MR. JONES:  Well, I think all we're doing is inserting

08:39AM 13  "during the testing process" after DNV.

08:39AM 14          MR. GASAWAY:  Right.  So providing information to DNV

08:39AM 15  during the testing process regarding these operations at that

08:39AM 16  point.

08:39AM 17          THE COURT:  That's right, David?

08:39AM 18          MR. JONES:  Yes.

08:39AM 19          MR. GASAWAY:  Let's go to the next one.

08:39AM 20          THE COURT:  What's your next one?

08:39AM 21          MR. JONES:  I believe it's on page 17.  I think.

08:40AM 22          THE COURT:  I see it on page 18 of the last draft, but

08:40AM 23  under part C, technical personnel performance.

08:40AM 24          MR. JONES:  Yes.  So I think after DNV we would put

08:40AM 25  "during the testing process," and then "regarding these

08:40AM 1   operations" to make it consistent.

08:40AM 2          THE COURT:  Again, for purposes of providing information

08:40AM 3   during.

08:40AM 4          MR. JONES:  Right.

08:40AM 5          MR. GASAWAY:  Right.

08:40AM 6          MR. JONES:  DNV during the testing process regarding

08:40AM 7   these operations.

08:40AM 8          MR. GASAWAY:  Okay.

08:40AM 9          THE COURT:  Okay.  And then --

08:40AM 10         MR. JONES:  On page 22, it may rollover to 23 on your

08:40AM 11  draft, section Roman numeral XIV(b), the same language,

08:40AM 12  "providing information," "DNV," "during the testing process

08:41AM 13  regarding these operations."

08:41AM 14         THE COURT:  Correct.  Rob, do you agree with that?

08:41AM 15         MR. GASAWAY:  I do.

08:41AM 16         THE COURT:  All right.

08:41AM 17         MR. JONES:  There is -- I see page 5, I think, Section

08:41AM 18  Roman numeral II(d)(3), it should be "providing information to

08:41AM 19  DNV during the testing process regarding the installation

08:41AM 20  operation."  I'm sorry, "to DNV during the testing process

08:41AM 21  regarding the installation -- the reinstallation operation. "

08:41AM 22         THE COURT:  Right.  The reinstallation operation.  You

08:41AM 23  agree with that, Rob?

08:41AM 24         MR. GASAWAY:  Yes, I agree with all those.  Problem

08:42AM 25  solved.

08:42AM 1          THE COURT:  David, you were speaking.  We interrupted.

08:42AM 2          MR. JONES:  Just to be clear, we would like to identify

08:42AM 3    the paragraphs, the specific paragraphs in that second

08:42AM 4    introductory paragraph.

08:42AM 5          THE COURT:  That's fine.

08:42AM 6          MR. GASAWAY:  That's fine.  Just so it's clear we've

08:42AM 7    made our record that although we don't expect it, we may come

08:42AM 8    back, and I'm sure Cameron will have something to say, David

08:42AM 9    will, in the next draft, go through and make a cross reference to

08:42AM 10   those five things we just went through now.

08:42AM 11         So it will say -- just to be clear so, again, we

08:42AM 12   don't have unnecessary heartburn here, what that is going to say

08:42AM 13   is providing information during the testing process as specified

08:42AM 14   below in, you know, paragraphs and then a list of five, comma, it

08:42AM 15   is understood.

08:42AM 16         THE COURT:  That sounds right, David.  Do you agree?

08:43AM 17         MR. JONES:  Yes.

08:43AM 18         THE COURT:  Good.

08:43AM 19         MR. GASAWAY:  Excellent.

08:43AM 20         THE COURT:  Excellent.  Look at that.  We have ourselves

08:43AM 21   a protocol.  Congratulations, everybody.

08:43AM 22         Okay.  So that part of our morning is taken care

08:43AM 23   of.  David, what else is on your mind this morning?

08:43AM 24         MR. JONES:  The only other issue, Your Honor, relates to

08:43AM 25   the order itself and our desire to get information in the order

08:43AM 1   regarding subcontractors.  To know who the subcontractors are,

08:43AM 2   what their relationship is with the parties for the

08:43AM 3   DEEPWATER HORIZON, and just to make sure that we have the

08:43AM 4   transparency that was demanded in the original order regarding

08:44AM 5   the testing.

08:44AM 6        We understand that there are certain subcontractors

08:44AM 7   who have always been retained, and we wanted to make sure that we

08:44AM 8   know who they are and what's their relationship and also have

08:44AM 9   them be subject to the jurisdiction of the court just like DNV or

08:44AM 10  any of the other parties to the extent issues arise, both the

08:44AM 11  ones that have already been retained and some provision that

08:44AM 12  makes it clear that before additional subcontractors are retained

08:44AM 13  that the parties get all of this information as well.

08:44AM 14       THE COURT:  Rob, what comments do you have in response?

08:44AM 15       MR. GASAWAY:  Well, just this, Your Honor, the original

08:44AM 16  order asked for the disclosure and approval of the DNV contract.

08:44AM 17  It was very clear on that.  Since that time, we have taken the

08:44AM 18  position -- again, no good deed goes unpunished -- of every

08:44AM 19  person we reach out to, every request for the parties that we

08:45AM 20  accommodate, we try to get information out to the parties as

08:45AM 21  quickly as we can, be it the facilities contract with NASA which

08:45AM 22  we circulated, be it the résumé of Mr. O'Connor, who was brought

08:45AM 23  on board in response to a party request, KPMG.  We have tried to

08:45AM 24  get all of that out as quickly as we can.

08:45AM 25       I am sure that KPMG has a conflict here.  KPMG is

08:45AM  1   one of three or four international accounting firms, and I am

08:45AM  2   sure they do the accounting for one of the parties.

08:45AM  3           I'm also sure from the experience of the MDL that

08:45AM  4   it is not practical, I don't think, from a DNV standpoint to

08:45AM  5   predisclose and get approval of and so on and so forth.  I think

08:45AM  6   that this process is more than what was called for in the

08:45AM  7   original order, which just culled out the DNV contract and the

08:45AM  8   DNV has been disclosed.  Certainly, we have it in our interest to

08:46AM  9   push out as much information realtime as we have been doing,

08:46AM 10   reacting to party requests.

08:46AM 11           So I just -- I worry, and I may let Mr. Cohen speak

08:46AM 12   to this because this is really a DNV issue, but, again, what I

08:46AM 13   worry about is the problem of bogging down the process.  We got a

08:46AM 14   request on Friday from some of the parties that we needed better

08:46AM 15   coordination, better management of access, knowing who would be

08:46AM 16   out there when, knowing what tools would be out there, and we got

08:46AM 17   some résumés, sent them on to DNV, had an interview, and retained

08:46AM 18   Mr. O'Connor in the space of about 48 hours.

08:46AM 19           I'm very glad that we were able to do that to

08:46AM 20   accommodate the parties but -- and we also, you know, disclosed

08:46AM 21   the nature of the relationship of his consulting firm, the Boxley

08:46AM 22   Group to all of the parties, so they would know that, but I just

08:46AM 23   don't think an approval process for this compressed testing where

08:47AM 24   Judge Barbier was very clear to everybody about the time limits

08:47AM 25   is going to work.

08:47AM 1          I think that the informal process that we have been

08:47AM 2    using has worked well so far, and I would urge that we keep it or

08:47AM 3    something that's similarly flexible and workable.

08:47AM 4          THE COURT:  Mr. Cohen, do you want to address this or

08:47AM 5    no?

08:47AM 6          MR. COHEN:  Good morning, Judge, Mark Cohen for DNV.  I

08:47AM 7    think my colleague has already spoken in detail to the point.

08:47AM 8    It's clear to me that they've started work, things are moving

08:47AM 9    along dynamically and smoothly and fluidly, and that is the goal

08:47AM 10   of DNV, to execute the job as smoothly as possible.  If we've

08:47AM 11   have to start burrowing down and boring down into personnel

08:47AM 12   records of each of the employees of each of the subs with whom

08:47AM 13   these parties have already worked under the JIT procedure, I

08:48AM 14   think we're going to lose a lot of time, and that's in no one's

08:48AM 15   interest.

08:48AM 16         THE COURT:  I guess, David, my question to you is it was

08:48AM 17   my impression that most of the people who are working indeed did

08:48AM 18   participate during the JIT, and that the new subcontractors that

08:48AM 19   that we're talking about are IT people, people who can provide

08:48AM 20   information more quickly to everybody and disseminate the test

08:48AM 21   results more quickly to everybody.  I'm not aware -- and, Mark,

08:48AM 22   maybe you can help me -- of any new players beyond the IT and

08:48AM 23   informational dissemination issues that we've talked about.

08:48AM 24         MR. COHEN:  Yes, Judge, I think the Court has correctly

08:48AM 25   characterized the situation.  I will confess that it is somewhat

08:48AM 1   early in the game, and there could be someone new out there

08:49AM 2   because they couldn't find the prior contractor, but I will

08:49AM 3   represent to the Court that Mr. Kenney and I have a communication

08:49AM 4   schedule.  He's the on-site supervisor, not the contract manager

08:49AM 5   for DNV but he's the man on site, and I will check with him to

08:49AM 6   see if there are any new players, and to the extent there are, we

08:49AM 7   will do as BP has done, we will circulate information about that

08:49AM 8   company or that company to the group.

08:49AM 9       THE COURT:  David, does that help you?  Does that

08:49AM 10  assuage your issue?

08:49AM 11       MR. JONES:  It helps get there, Judge.  All we're really

08:49AM 12  asking for here is just simply to know who these people are, the

08:49AM 13  ones who are already involved in the process, and to the extent

08:49AM 14  contractors or additional subcontractors are going to be hired in

08:49AM 15  the future, some mechanism to make sure that the parities -- all

08:50AM 16  parties are informed before those subcontractors are retained so

08:50AM 17  if there are issues with those subcontractors, we can raise them

08:50AM 18  so we don't have a problem down the road with a subcontractor out

08:50AM 19  there starting work, being involved in this process and somebody

08:50AM 20  popping up and saying, wait a minute, that party has a conflict,

08:50AM 21  and now we have an issue with the integrity of this testing.

08:50AM 22       THE COURT:  I hear you, but it is my impression that all

08:50AM 23  of the hands-on subcontractors have been identified.  If I am

08:50AM 24  correct, what I believe that Rob and Mark can do is identify

08:50AM 25  those people or entities now, and the only new subcontractors

08:50AM 1    that we are anticipating are IT people or information providers,

08:51AM 2    and I believe they've been preliminarily identify, haven't they?

08:51AM 3    Rob?

08:51AM 4            MR. GASAWAY:  Yes, Your Honor.  I would just also remind

08:51AM 5    the Court that we did disclose on the record Mr. Jake Reidenbach,

08:51AM 6    who is a BP employee, not exactly a subcontractor, but DNV

08:51AM 7    expressly asked for his aide in lift design.  To the extent we

08:51AM 8    know about them, we've disclosed them immediately.

08:51AM 9            THE COURT:  It is not anticipated that there will be

08:51AM 10   more, but in the event that there are more, let's talk about how

08:51AM 11   we're going to handle that.

08:51AM 12           MR. GASAWAY:  Well, that's correct, Your Honor, and I

08:51AM 13   don't know of any more that are going to be needed, and as far as

08:51AM 14   I know, again, to the extent the parties for DNV has come to BP

08:52AM 15   and said we need these specialties, we've provided them.  The

08:52AM 16   only additional contracting that I think is going to occur and

08:52AM 17   it's on our radar screen right now -- my colleague Mr. Greene is

08:52AM 18   here to help us with it -- we sent a preliminary contract that we

08:52AM 19   executed with NASA for facilities services, and we expect a build

08:52AM 20   out of that from the United States Government.

08:52AM 21           So I don't think there will be a conflict of any

08:52AM 22   sort -- well, there is a conflict with the United States

08:52AM 23   Government, but I don't think for these purposes that would

08:52AM 24   qualify.  So that's all that's on our radar screen right now, but

08:52AM 25   I would just say that there is an open, a very open-ended ability

08:52AM 1   of DNV under Section 18.3 to contract and pass those costs along

08:52AM 2   under this contract and recover for them.

08:52AM 3           I see that there is, I think, seven entities that

08:53AM 4   were already contacted for video, environmental services,

08:53AM 5   etcetera.  Obviously they have been in the drafts of these

08:53AM 6   contracts.  So as far as I know, I don't know anything other than

08:53AM 7   the ones that BP has disclosed where BP will be in privity or

08:53AM 8   these ones at 18.3, and certainly when we execute our facilities

08:53AM 9   contract round two with the government, we'll provide that to the

08:53AM 10  parties.  If other people, DNV other otherwise, come to us and

08:53AM 11  say it really makes sense for BP to do something rather than not,

08:53AM 12  we'll do it as we have.

08:53AM 13          The only problem I have is I want a 48-hour

08:53AM 14  turnaround.  I want to be able to stand here on Friday, as I did,

08:53AM 15  hear that there is a need, as I did, call for résumés, as I did,

08:53AM 16  get an interview with Gary Kenney over the weekend for

08:53AM 17  Bryan O'Connor, and then Bryan was already working essentially on

08:54AM 18  Sunday taking part in a critical organizational meeting with

08:54AM 19  Coast Guard personal and Mr. Kenney and others.

08:54AM 20          I just -- I don't want there to be any interruption

08:54AM 21  in that process.  I'm perfectly happy, as I've told David, is if

08:54AM 22  they want to send us a list of hot-button contractors, you know,

08:54AM 23  competitors or others that they think are inappropriate in the

08:54AM 24  BOP world or people that they are worried about, I would be happy

08:54AM 25  to, you know, try to accommodate that from the BP side and,

08:54AM  1    obviously, on the DNV side for Mr. Cohen.

08:54AM  2              I just want to make it clear that I think it may be

08:54AM  3    the case, just as it was in the past, that we have to move

08:54AM  4    quickly either via a DNV contract or a BP contract.

08:54AM  5         THE COURT:  David, with those kinds of assurances that

08:55AM  6    we have identified what everybody, meaning DNV, believes are the

08:55AM  7    hands-on contractors and subcontractors and the assurance that as

08:55AM  8    soon as anyone else is identified the information will go out to

08:55AM  9    all, can you live with that?

08:55AM 10         MR. JONES:  Yes.  If the record reflects, Judge, that we

08:55AM 11    will get notice before people are brought onboard and some

08:55AM 12    reasonable times to raise an objection if we want -- Rob said

08:55AM 13    48 hours; I don't think that's unreasonable -- then I think we're

08:55AM 14    where we need to be.

08:55AM 15         THE COURT:  Yes, I don't know about the 48 hours, David.

08:55AM 16    The 48 hours is the turnaround from getting the résumé to

08:55AM 17    actually retain them.  I would have to shorten any time period on

08:55AM 18    objections.

08:55AM 19              I don't anticipate that that's going to happen, so

08:56AM 20    I think we're talking in a vacuum.  It seems to me that, one, if

08:56AM 21    you do have contractors or subs that you all think are people you

08:56AM 22    do not want on the site, go ahead and share that with DNV, and we

08:56AM 23    can head that off at the pass so DNV knows that these are

08:56AM 24    hands-off people as far as you're concerned.

08:56AM 25              Secondly, it seems to me that your ability to

08:56AM  1   object would be as soon as you hear that DNV wants to hire
08:56AM  2   someone new, and bring it to us on an expedited basis.  I don't
08:56AM  3   think anybody has had any problem bringing things to me and
08:56AM  4   having a quick turnaround.  I'm available 24/7 and I pretty much
08:56AM  5   respond 24/7.  So I don't want to mislead you and let you believe
08:57AM  6   that I think 48 hours is appropriate under the protocol that we
08:57AM  7   are in the process of implementing.
08:57AM  8           MR. JONES:  If you believe it should be less than
08:57AM  9   48 hours, that's perfectly fine.  We'll react in whatever time
08:57AM 10   period you believe is appropriate.  We just want it to be clear
08:57AM 11   that before people are retained, the parties get notice and some
08:57AM 12   opportunity to raise an objection at a time period of your
08:57AM 13   choosing.
08:57AM 14           THE COURT:  All right.  Mark Cohen wants to speak.
08:57AM 15           MR. COHEN:  Simply, David, if I could have the list of
08:57AM 16   companies that are of serious concern to Cameron, if you could
08:57AM 17   just e-mail it to me, and I will make sure it's circulated in
08:57AM 18   case we need to hire other people.
08:57AM 19           MR. JONES:  Okay.
08:57AM 20           THE COURT:  Okay.  So you're okay at that point; is that
08:57AM 21   right, David?  That you be given --
08:57AM 22           MR. JONES:  Unless one of my co-counsel has another
08:58AM 23   concern.
08:58AM 24           MS. BERTAUT:  Your Honor, David and Phil and David, it's
08:58AM 25   Carmelite on the call at the podium.  I just wanted to request,

08:58AM  1    because I'm not clear as to who the subcontractors that are

08:58AM  2    previously identified, previously worked and were working with

08:58AM  3    JIT, it's seems it would be appropriate, I think, to have a list,

08:58AM  4    Your Honor, of those folks already identified either because they

08:58AM  5    previously -- is it part of the contract?

08:58AM  6         THE COURT:  It's part of the contract.

08:58AM  7         MS. BERTAUT:  So what's listed in the contract would be

08:58AM  8    the list to date other than KPMG or Mr. Boxley or the Boxley

08:58AM  9    Consulting Group.

08:58AM 10         THE COURT:  That's is my understanding, Rob; is that

08:58AM 11    correct?

08:58AM 12         MR. GASAWAY:  There is also, again, the facilities

08:58AM 13    agreement, Mr. Reidenbach.  That's the world we know of right

08:58AM 14    now.

08:58AM 15         THE COURT:  The attached list to the DNV contract is the

08:58AM 16    complete list of everybody that DNV currently has identified as

08:59AM 17    working with it on the protocol.

08:59AM 18         MR. COHEN:  Your Honor, the list at 18.3 in the contract

08:59AM 19    is the list of subcontractors DNV hired directly.  I will, as I

08:59AM 20    said, I will check to see if there is anybody else that's been

08:59AM 21    joined, and if there is, I will circulate that information.

08:59AM 22    There are other vendors with whom BP has made contractual

08:59AM 23    arrangements at our request; in other words, we turned, to save

08:59AM 24    time, we turned to BP, the customer, and say, We need X; please

08:59AM 25    provide X, and they go forward and that's what I think

08:59AM 1   Mr. Gasaway was referring to.

08:59AM 2          THE COURT:  Yes.  Rob, what we would like from you is if

08:59AM 3   you wouldn't mind circulating a list of whoever is included in

08:59AM 4   that category to all.

08:59AM 5          MR. GASAWAY:  Okay.  That will be sort of a summary

08:59AM 6   list.  We don't know of anybody new.  This has come out over the

09:00AM 7   last few days.  We'll just send a summary e-mail out reminding

09:00AM 8   everybody that these are the contracts.

09:00AM 9          THE COURT:  I've seen those come out.  I know you can

09:00AM 10  put it into one e-mail and then you're done.

09:00AM 11         MR. GASAWAY:  If that's all it takes to resolve this

09:00AM 12  issue, I'll give you that e-mail, Your Honor.

09:00AM 13         MS. BERTAUT:  Your Honor, one last thing.  In terms of

09:00AM 14  wordsmithing the order, I think the order as proposed probably

09:00AM 15  needs a little tweaking with respect to the notice issue that we

09:00AM 16  discussed because I don't think the order as proposed obligates

09:00AM 17  BP, so we just would propose that be looked at, Your Honor.

09:00AM 18         MR. GASAWAY:  Well, Your Honor, I just want to leave

09:00AM 19  here without having to go for another round.

09:00AM 20         THE COURT:  I agree.  I want to get it all nailed down

09:00AM 21  today.

09:00AM 22         MR. GASAWAY:  So the earlier order said it approved the

09:00AM 23  DNV contract of our own volition.  Again, we had disclosed all of

09:01AM 24  this.  I'm making the representation to you on the record here

09:01AM 25  that I will -- Mr. Underhill and I have had any number of these

09:01AM 1    that we've each abided by, and just in the interest of judicial

09:01AM 2    economy I would ask my friends from Beck Redden if I could just

09:01AM 3    tell you that I will continue giving you this virtually

09:01AM 4    instantaneous window into who we're considering, and I will send

09:01AM 5    the summary e-mails as to who we have considered so you can

09:01AM 6    object and get the Court on the line as soon as possible.  I

09:01AM 7    think that would be appropriate and workable.

09:01AM 8            THE COURT:  David, you've got my assurance that if there

09:01AM 9    is a problem, you can e-mail me and bring something up as quickly

09:01AM 10   as you need to bring it up.  We'll give you some quick turnaround

09:01AM 11   on it because my Number 1 goal is to get the protocol completed

09:01AM 12   as scheduled.  So if that's enough assurance from you, I think

09:02AM 13   we're in good shape.  If it's not, let's talk about it, but I'll

09:02AM 14   get it.  Go ahead.

09:02AM 15           MR. JONES:  I think I would like that statement to be in

09:02AM 16   an order, the obligation to disclose.

09:02AM 17           THE COURT:  I'll tell you what, I'm going to wordsmith

09:02AM 18   the order.  Rob, why don't you -- do I have it in draft?

09:02AM 19           MR. HAYCRAFT:  You have it in Word.

09:02AM 20           THE COURT:  I have it in Word.  I'm going to wordsmith

09:02AM 21   the order.  It will include a provision relative to advanced

09:02AM 22   notice of any new subs, and it's going to impose an obligation on

09:02AM 23   any party to object promptly.  I'll probably put a very short

09:02AM 24   time limit on it for the party to raise the objection, bring it

09:02AM 25   to my attention for resolution.  Those are the two issues we need

09:03AM  1    to include, right?

09:03AM  2           MS. KIRBY:  Judge, it's Ky Kirby.  I have one item I

09:03AM  3    would like to raise with you which came to my attention last

09:03AM  4    night.  In the DNV's previous testing for the Marine Boards they

09:03AM  5    had what was called a *technical working group* that had

09:03AM  6    representatives of certain interested parties.  These parties

09:03AM  7    were given what are called *Level 3 access* so that they could

09:03AM  8    actually be on the floor and see what was going on during the

09:03AM  9    testing and provide realtime input during the testing if there

09:03AM 10    was an issue.

09:03AM 11           Our client, Anadarko and MOEX, was not able to get

09:03AM 12    Level 3 access because space was limited, and given that the

09:03AM 13    Chemical Safety Board that did have Level 3 access is not

09:04AM 14    permitted to participate this go-round, we have asked BP to let

09:04AM 15    us be participants if that is the framework they are going to

09:04AM 16    proceed in.  Rob has referred the question to someone else, but I

09:04AM 17    just wanted to alert you to this issue that we have raised.

09:04AM 18           THE COURT:  Okay.  Mark Cohen wants to is address that,

09:04AM 19    Ky.

09:04AM 20           MR. COHEN:  Your Honor, this issue about the technical

09:04AM 21    working group did come up, and DNV's position is that provided

09:04AM 22    that companies sign the technical working group agreement, which

09:04AM 23    is an attachment to the contract package and which includes

09:04AM 24    nondisclosure required by the evidence custodian, provided that

09:04AM 25    that's all done, DNV is content to have these companies

09:04AM 1    participate as they did before.

09:04AM 2           It is correct that Anadarko and MOEX were not

09:04AM 3    members of the technical working group under the JIT.  The

09:05AM 4    supervisor on site related this request to me, and I said, in

09:05AM 5    essence, Can they help you technically in the working group?  He

09:05AM 6    said, Well, perhaps not, but if they feel very strongly that they

09:05AM 7    wish to be there, there is physically room to accommodate them if

09:05AM 8    they'll sign the agreements.  That's fine.

09:05AM 9           The reason that counsel has brought this to your

09:05AM 10   attention is so that there is no question about DNV playing

09:05AM 11   favorites or trying to force people out one way or the other.

09:05AM 12   It's not that we don't care, we do, because there is a physical

09:05AM 13   constraint how many people can attend, and the Coast Guard is

09:05AM 14   very serious and strict, and the safety people are very strict,

09:05AM 15   but if they'll sign the technical working group agreement,

09:05AM 16   welcome aboard.

09:05AM 17          THE COURT:  You heard that, Ky?

09:05AM 18          MS. KIRBY:  Yes, and we will certainly do that.

09:05AM 19          THE COURT:  Good.  What else do we have to do this

09:06AM 20   morning?

09:06AM 21          MR. GASAWAY:  A couple things, Your Honor.  Ky, thank

09:06AM 22   you for raising that.  Can I just ask you to follow up with Mark

09:06AM 23   now that you and he have directly connected.

09:06AM 24          MS. KIRBY:  Sure.  Will do, Rob.

09:06AM 25          MR. GASAWAY:  Okay.  Thanks.

09:06AM 1      MR. JONES:  Your Honor, thank you for taking your time

09:06AM 2 to hear us this morning.

09:06AM 3      MR. GASAWAY:  Before we sign off, Mark, do you want to

09:06AM 4 describe that additional paragraph?

09:06AM 5      MR. COHEN:  Your Honor, we had a technical working group

09:06AM 6 agreement submitted to the Court yesterday.  It was fine.

09:06AM 7 Everybody had seen it.  Late last night, after Passover and after

09:06AM 8 I got over to New Orleans, I heard from Mr. Kenney that

09:06AM 9 Captain Englebert -- Captain Englebert had requested again a

09:07AM 10 little more aggressively that we be sure that everyone who is

09:07AM 11 going to be in the technical working group in fact sign a

09:07AM 12 nondisclosure agreement which they had to do for the JIT in order

09:07AM 13 to participate.  This has to do with the captain's very deep and

09:07AM 14 abiding concern that she execute fully and well her duties as

09:07AM 15 evidence custodian representative on the scene.  I would not

09:07AM 16 begin to argue with the captain about most anything, let alone

09:07AM 17 that duty.

09:07AM 18      Therefore, we included a new paragraph.  It is the

09:07AM 19 penultimate paragraph in the document -- technical working group

09:07AM 20 document.  Copies have been distributed.  I'm not sure if the

09:07AM 21 Court has seen it.  It's a cobbled together version of what the

09:07AM 22 JIT used and what the government used in the contract with

09:07AM 23 Det Norske Veritas.  I will assure the world at large that all of

09:08AM 24 the DNV people working on the scene, our contractors and so

09:08AM 25 forth, have already had to sign a nondisclosure.  It may not be

09:08AM 1    word for word the same, but it's the spirit that the captain is

09:08AM 2    more concerned with, I believe.  So that is the only new

09:08AM 3    submission that I'm aware of today.

09:08AM 4          I'll read it into the record of this court.

09:08AM 5          THE COURT:  Yes, let's go ahead and get the record

09:08AM 6    clear.

09:08AM 7          MR. COHEN:  It is the penultimate paragraph in the

09:08AM 8    Phase II technical working group participation agreement, and it

09:08AM 9    reads as follows, quote, "The TWG representative signing below

09:08AM 10   understands and agrees that details of the testing performed on

09:08AM 11   the BOP by DNV, observations of the conditions of the BOP, data

09:08AM 12   resulting from the test procedures or obtained in any way from

09:09AM 13   examination of the BOP, videotapes and photographs generated

09:09AM 14   during the BOP tests are all, quote, 'confidential', end quote,

09:09AM 15   materials pursuant to the pretrial order number 13, order

09:09AM 16   protecting confidentiality in the MDL Number 2179, and shall not

09:09AM 17   be disclosed to any person or organization except in strict

09:09AM 18   accordance with said pretrial order number 13," end quote.

09:09AM 19         THE COURT:  Okay.  I think that's reasonable.  Does

09:09AM 20   anybody have a problem with that provision being added?

09:09AM 21         Good.

09:09AM 22         MR. COHEN:  As I understand it, the form will be printed

09:09AM 23   out very promptly.  If they are not asked to sign it today,

09:09AM 24   they'll be asked to sign it very quickly.  The rest of the form

09:10AM 25   should look pretty much like what they saw before with the

09:10AM  1    references to the JIT omitted for obvious reasons.

09:10AM  2              THE COURT:  Good.  Thank you very much.

09:10AM  3              MR. COHEN:  Thank you, Your Honor.

09:10AM  4              MR. GASAWAY:  Last lap, Your Honor.  Last issue.  This

09:10AM  5    was a clerical issue that we had in assembling the materials that

09:10AM  6    we sent out.  I just want to alert the parties to it.  We were

09:10AM  7    just talking about what's attachment 4 to the DNV contract.

09:10AM  8    That's the technical working group agreement.  Attachment 3 is

09:10AM  9    this all important request for materials and information that is

09:10AM 10    now incorporated by reference or cross referenced by the

09:10AM 11    protocols.

09:10AM 12              I believe, just as in the flurry of e-mails, we

09:10AM 13    neglected to update that attachment to reflect the additions that

09:10AM 14    we had agreed to when we were here before.  There were three of

09:10AM 15    them, if Your Honor will remember.  There were two from the PETU

09:10AM 16    testing issue that Cameron requested be brought over.  Then there

09:11AM 17    was a general request that had been at the top of the protocol,

09:11AM 18    and it was actually Your Honor's suggestion that that be taken

09:11AM 19    out and be put in.

09:11AM 20              I wanted to give David a chance to speak to that,

09:11AM 21    because, you know, and, again, it was our office, it was

09:11AM 22    inadvertent, but I believe that the version of that important

09:11AM 23    attachment that was sent out last night did not include those

09:11AM 24    three additional items.

09:11AM 25              THE COURT:  Okay.  David, you heard that?  I think David

09:11AM 1    is gone.  Oh.

09:11AM 2         MR. JONES:  I'm sorry, Rob was breaking up so he came in

09:11AM 3    and out.  He was talking about one of the attachments.

09:11AM 4         THE COURT:  He was talking about an inadvertent omission

09:11AM 5    in the document that he sent last night, and I'm going to ask him

09:11AM 6    to cover it again real quickly for you.  Speak directly into the

09:12AM 7    mic.

09:12AM 8         MR. GASAWAY:  David, this is the attachment 3 to the

09:12AM 9    contract that's cross referenced in the protocols, and these are

09:12AM 10   the three additions that we put on there coming out of one of the

09:12AM 11   last hearings, the two PETU additions and then that generalized

09:12AM 12   language that had been at the top of the protocol, and it was now

09:12AM 13   in that attachment.

09:12AM 14         I believe that we don't have any changes to that

09:12AM 15   from the last version I sent you, but I believe that what we

09:12AM 16   transmitted to the Court and the parties last night did not

09:12AM 17   include those additions that we had added based on our prior

09:12AM 18   conference before the Court.

09:12AM 19         MR. JONES:  Okay.

09:12AM 20         THE COURT:  So just an inadvertent -- go ahead.

09:12AM 21         MR. JONES:  We had put language into the protocol

09:12AM 22   preserving Cameron's right to object to any information or

09:12AM 23   document request that we get whether it's this attachment or

09:12AM 24   otherwise, so I don't have a problem that -- this is included.

09:13AM 25   The revised version is included with the contract.

09:13AM 1        THE COURT:  Good.  That takes care of that.  All right.

09:13AM 2        MR. HAYCRAFT:  How do you want to proceed to get this

09:13AM 3   done?

09:13AM 4        THE COURT:  How do we want to proceed?  A very good

09:13AM 5   question.  The protocol as revised should just be transmitted to

09:13AM 6   me.  I will take care of the order issue.  The DNV contract and

09:13AM 7   its attachments, if you'll transmit that to me as well.

09:13AM 8        MR. HAYCRAFT:  With the correction.

09:13AM 9        THE COURT:  With the correction, exactly.  Is there

09:13AM 10  anything else to order?  The DNV contract with attachments and

09:13AM 11  the protocol?

09:13AM 12       MR. GASAWAY:  Not that I know of, Your Honor, other than

09:13AM 13  just Cameron's transmittal to us of any hot-button contractors,

09:14AM 14  and I will send out an omnibus e-mail to the group letting them

09:14AM 15  know the contracts that we're envisioning.

09:14AM 16       THE COURT:  Good.  David, you'll send the *hot-button*

09:14AM 17  *list*, as we referred to it, over to Mark?

09:14AM 18       MR. JONES:  Yes.  As we have been sitting here I sent

09:14AM 19  out the request to get that list.

09:14AM 20       THE COURT:  Perfect.  So I think we're in good shape.

09:14AM 21  Don, have I forgotten anything?

09:14AM 22       MR. HAYCRAFT:  We'll get that to you by 10:00.

09:14AM 23       THE COURT:  Are you sure you can't do it faster?

09:14AM 24       MR. HAYCRAFT:  9:30.

09:14AM 25       THE COURT:  Okay.  I think that's going to do it.  Thank

09:14AM 1    you -- wait, don't sign off yet.  We've had a late bloomer.

09:14AM 2            MR. YORK:  Judge, Alan York for Halliburton.  This has

09:14AM 3    nothing to do with BOP things only because we do not have a

09:14AM 4    scheduling conference.  I wanted to ask the Court's indulgence on

09:14AM 5    just one thing.

09:14AM 6            One of our witnesses, Nathaniel Chaisson, has his

09:14AM 7    deposition certification due on Easter Sunday.  He has been

09:14AM 8    offshore.  We sent an e-mail out to counsel requesting an

09:15AM 9    extension until May 3rd for his certification.  I have gotten

09:15AM 10   agreement from everyone, but there seems to be some belief that

09:15AM 11   we need to bring all of this to the Court, so I wanted to get on

09:15AM 12   the record if the Court had any problem with extending that

09:15AM 13   certification to May 3rd.

09:15AM 14           THE COURT:  None whatsoever.  Let me make it clear that

09:15AM 15   if we have agreement of counsel, I endorse it.

09:15AM 16           MR. YORK:  Thank you, Judge.

09:15AM 17           MR. HAYCRAFT:  In this case people read the

09:15AM 18   Federal Rules of Civil Procedure with a magnifying glass.

09:15AM 19           MR. COHEN:  Your Honor, simply a housekeeping request.

09:15AM 20   Does the Court have a sense, assuming that the paperwork arrives

09:15AM 21   about 10 o'clock or, say, between 10:00 and 11:00, does the Court

09:15AM 22   have a sense whether the order might issue today?

09:15AM 23           THE COURT:  Yes, it has a real firm sense that it might

09:15AM 24   issue today.

09:15AM 25           MR. COHEN:  Might that sense be earlier than in the

09:15AM 1   afternoon?  I'm trying to make a plane schedule.

09:15AM 2          THE COURT:  Yes, the order will issue today.  I don't

09:16AM 3   know that you need to wait around.  You'll get your e-mail

09:16AM 4   delivery.

09:16AM 5          MR. COHEN:  Thank you.

09:16AM 6          THE COURT:  So hit the road.  I will have to coordinate

09:16AM 7   it with Judge Barbier, and I don't know what his schedule is

09:16AM 8   today, but I believe the order will issue today.  I just can't

09:16AM 9   tell you that it will be early afternoon as opposed to perhaps

09:16AM 10  mid afternoon.

09:16AM 11         MR. COHEN:  We have people with pens waiting to sign

09:16AM 12  contract all over.

09:16AM 13         THE COURT:  Remember, we're operating under a verbal

09:16AM 14  contract as it stands.  So it should issue today for sure.  I

09:16AM 15  just can't tell you if it's going to be early afternoon or mid

09:16AM 16  afternoon.

09:16AM 17         MR. COHEN:  Thank you, Judge.

09:16AM 18         MR. GASAWAY:  Thank you, Your Honor.

09:16AM 19         THE COURT:  Going, going, gone.  Thanks to everybody on

09:16AM 20  the phone.  We're signing off.

09:16AM 21         VOICES:  Thank you, Your Honor.

22         (WHEREUPON, at 9:16 a.m. the proceedings were

23  concluded.)

24                            *    *    *

25

1                         REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12

13                              *s/Cathy Pepper*_____

14                              Cathy Pepper, CRR, RMR, CCR

15                              Certified Realtime Reporter

16                              Official Court Reporter

17                              United States District Court

18

19

20

21

22

23

24

25

**'**

**'confidential'** [1] - 43:14

**1**

**1** [5] - 20:5, 22:22, 23:13, 24:13, 39:11
**10** [1] - 47:21
**10-MDL-2179** [1] - 1:6
**1000** [1] - 3:17
**1010** [1] - 3:17
**10:00** [2] - 46:22, 47:21
**1100** [1] - 2:20
**11:00** [1] - 47:21
**12** [1] - 26:5
**1221** [1] - 3:5
**13** [2] - 43:15, 43:18
**1331** [1] - 3:8
**13th** [2] - 8:3, 8:8
**1665** [1] - 3:8
**17** [1] - 26:21
**18** [1] - 26:22
**18.3** [3] - 34:1, 34:8, 37:18
**1849** [1] - 3:21
**19** [2] - 1:7, 4:2

**2**

**2** [4] - 18:7, 19:14, 20:5, 20:13
**20** [1] - 1:5
**20005** [1] - 2:14
**20006** [1] - 3:14
**2007** [1] - 3:12
**2010** [1] - 1:5
**2011** [2] - 1:7, 4:2
**2020** [1] - 3:14
**20240** [1] - 3:21
**2179** [1] - 43:16
**22** [1] - 27:10
**23** [1] - 27:10
**24/7** [2] - 36:4, 36:5

**3**

**3** [7] - 26:6, 26:7, 40:7, 40:12, 40:13, 44:8, 45:8
**3(c** [1] - 26:2
**36TH** [1] - 2:19
**3rd** [2] - 47:9, 47:13

**4**

**4** [2] - 15:23, 44:7
**4310** [1] - 1:18
**450** [1] - 1:22
**4500** [1] - 3:5
**48** [6] - 30:18, 35:13, 35:15, 35:16, 36:6, 36:9
**48-hour** [1] - 34:13

**5**

**5** [1] - 27:17
**500** [1] - 3:23
**5000** [1] - 2:10
**504** [1] - 3:24
**5395** [1] - 1:22
**546** [1] - 2:24
**589-7779** [1] - 3:24

**6**

**6453** [1] - 3:21
**655** [1] - 2:14

**7**

**7** [1] - 17:14
**701** [1] - 2:10
**70130** [2] - 2:24, 3:24
**70139** [1] - 2:11
**70163** [1] - 2:20
**77002** [1] - 3:17
**77006** [1] - 1:18
**77010** [2] - 3:5, 3:9
**7TH** [1] - 1:22

**8**

**8** [4] - 24:23, 24:25, 25:1, 25:14
**8:00** [1] - 1:7

**9**

**94102** [1] - 1:23
**9:16** [1] - 48:22
**9:30** [1] - 46:24

**A**

**a.m** [1] - 48:22
**A.M** [1] - 1:7
**abbreviated** [1] -
16:14
**abided** [1] - 39:1
**abiding** [1] - 42:14
**ability** [8] - 6:12, 7:8, 23:16, 23:17, 33:25, 35:25, 49:8
**able** [6] - 7:15, 12:5, 21:13, 30:19, 34:14, 40:11
**aboard** [1] - 41:16
**above-entitled** [1] - 49:9
**absolutely** [2] - 13:19, 23:15
**access** [4] - 30:15, 40:7, 40:12, 40:13
**accommodate** [4] - 29:20, 30:20, 34:25, 41:7
**accommodated** [1] - 14:2
**accordance** [1] - 43:18
**accounting** [2] - 30:1, 30:2
**accused** [1] - 9:13
**acknowledge** [1] - 10:20
**acknowledges** [1] - 10:21
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activities** [3] - 10:12, 15:7, 21:11
**add** [3] - 9:13, 10:14, 22:15
**added** [2] - 43:20, 45:17
**additional** [13] - 7:8, 10:15, 11:21, 12:8, 18:17, 19:12, 20:23, 24:5, 29:12, 32:14, 33:16, 42:4, 44:24
**additions** [4] - 44:13, 45:10, 45:11, 45:17
**address** [2] - 31:4, 40:18
**addressed** [1] - 19:25
**advance** [1] - 17:14
**advanced** [1] - 39:21
**adversaries** [1] - 11:22
**adversary** [2] - 11:23, 22:18
**advise** [1] - 10:16
**advising** [1] - 8:12
**advisory** [1] - 9:2
**afternoon** [6] - 9:5, 48:1, 48:9, 48:10, 48:15, 48:16

**aggressively** [1] - 42:10
**agree** [6] - 6:8, 10:17, 11:12, 11:20, 16:21, 17:5, 17:21, 20:10, 21:16, 21:25, 22:20, 22:23, 24:23, 27:14, 27:23, 27:24, 28:16, 38:20
**agreed** [8] - 7:21, 17:7, 17:10, 18:6, 18:9, 18:23, 22:6, 44:14
**agreement** [16] - 6:2, 17:4, 17:6, 17:7, 17:8, 18:23, 23:1, 37:13, 40:22, 41:15, 42:6, 42:12, 43:8, 44:8, 47:10, 47:15
**agreements** [1] - 41:8
**agrees** [4] - 7:4, 10:23, 11:10, 43:10
**ahead** [7] - 24:12, 24:19, 26:7, 35:22, 39:14, 43:5, 45:20
**aide** [1] - 33:7
**AL** [1] - 13:2
**Alan** [1] - 47:2
**ALAN** [1] - 3:8
**alert** [2] - 40:17, 44:6
**ALL** [1] - 1:9
**alone** [1] - 42:16
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**Anadarko** [2] - 40:11, 41:2
**ANADARKO** [2] - 3:10, 3:11
**AND** [2] - 2:17, 3:12
**answer** [7] - 7:1, 7:23, 14:22, 14:24, 16:13, 21:13, 22:16
**answered** [1] - 21:14
**anticipate** [2] - 12:15, 35:19
**anticipated** [1] - 33:9
**anticipating** [1] - 33:1
**apologize** [2] - 5:10, 11:5
**appear** [1] - 9:7
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appeared** [1] - 21:6
**appearing** [1] - 9:15
**appreciate** [2] - 4:16, 12:16
**approach** [1] - 14:14
**appropriate** [9] - 15:11, 16:9, 19:8, 22:12, 23:13, 36:6,

36:10, 37:3, 39:7
**approval** [3] - 29:16, 30:5, 30:23
**approved** [1] - 38:22
**APRIL** [3] - 1:5, 1:7, 4:2
**argue** [2] - 24:9, 42:16
**arise** [1] - 29:10
**arm** [1] - 24:1
**arose** [2] - 8:9, 8:14
**arrangements** [1] - 37:23
**arrives** [1] - 47:20
**articles** [1] - 9:16
**assembling** [1] - 44:5
**assist** [1] - 14:7
**assistance** [6] - 8:20, 10:18, 10:24, 14:10, 17:16, 17:17
**assistant** [1] - 11:1
**assisted** [1] - 11:25
**assisting** [1] - 12:5
**associated** [1] - 12:18
**assuage** [1] - 32:10
**assume** [1] - 11:11
**assuming** [1] - 42:20
**assurance** [4] - 12:16, 35:7, 39:8, 39:12
**assurances** [1] - 35:5
**assure** [1] - 42:23
**attached** [1] - 37:15
**attachment** [8] - 40:23, 44:7, 44:8, 44:13, 44:23, 45:8, 45:13, 45:23
**attachments** [3] - 45:3, 46:7, 46:10
**attempt** [2] - 9:6, 10:14
**attend** [2] - 21:19, 41:13
**attendance** [4] - 15:25, 20:6, 25:6, 25:15
**attention** [3] - 39:25, 40:3, 41:10
**available** [3] - 7:21, 16:8, 36:4
**AVENUE** [1] - 1:22
**aware** [2] - 31:21, 43:3

**B**

**B406** [1] - 3:23
**background** [1] - 4:15
**backtrack** [1] - 17:8
**Barbier** [2] - 30:24, 48:7
**BARBIER** [1] - 1:12

**based** [3] - 7:4, 7:16, 45:17
**basis** [2] - 22:13, 36:2
**BECK** [3] - 3:3, 3:3, 5:4
**Beck** [2] - 5:4, 39:2
**BEFORE** [1] - 1:12
**begin** [1] - 42:16
**beginning** [2] - 13:15, 16:19
**behind** [1] - 5:15
**belief** [2] - 9:1, 47:10
**believes** - 35:6
**below** [4] - 18:1, 24:15, 28:14, 43:9
**beneficial** [2] - 17:18, 17:21
**BERTAUT** [4] - 2:23, 36:24, 37:7, 38:13
**best** [1] - 49:8
**better** [4] - 17:16, 26:9, 30:14, 30:15
**between** [1] - 47:21
**beyond** [4] - 16:18, 17:2, 21:3, 31:22
**BINGHAM** [1] - 3:13
**bloomer** [1] - 47:1
**blowout** [1] - 9:20
**blue** [1] - 10:6
**board** [1] - 29:23
**Board** [1] - 40:13
**Boards** [1] - 40:4
**bogging** [1] - 30:13
**BOP** [7] - 8:23, 34:24, 43:11, 43:13, 43:14, 47:3
**boring** [1] - 31:11
**bottom** [1] - 21:2
**BOULEVARD** [1] - 1:18
**boundary** [1] - 14:5
**bounded** [1] - 15:2
**Boxley** [3] - 30:21, 37:8
**BOYD** [1] - 2:13
**BP** [35] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 5:21, 6:3, 6:4, 6:5, 7:14, 8:2, 8:15, 9:6, 9:19, 10:14, 19:5, 20:16, 21:9, 21:12, 23:8, 23:16, 32:7, 33:6, 33:14, 34:7, 34:11, 34:25, 35:4, 37:22, 37:24, 38:17, 47:14
**BP's** [4] - 8:1, 9:4, 16:15, 23:20
**BRANCH** [1] - 1:21
**breaking** [2] - 25:13,
45:2
**bring** [9] - 8:9, 15:18, 15:21, 16:12, 36:2, 39:9, 39:10, 39:24, 47:11
**bringing** [1] - 36:3
**broadening** [3] - 17:15, 17:22, 21:21
**brought** [4] - 29:22, 35:11, 41:9, 44:16
**Bryan** [2] - 34:17
**build** [1] - 33:19
**burden** [1] - 20:9
**burrowing** [1] - 31:11
**button** [3] - 34:22, 46:13, 46:16
**BY** [14] - 1:4, 1:17, 1:21, 2:9, 2:13, 2:19, 2:23, 3:3, 3:8, 3:13, 3:16, 3:20, 3:25, 3:25

**C**

**CA** [1] - 1:23
**CALLED** [1] - 4:4
**CAMERON** [1] - 2:22
**Cameron** [29] - 5:25, 6:8, 7:14, 8:5, 8:8, 11:25, 12:6, 14:6, 16:7, 16:8, 18:15, 18:17, 19:23, 20:20, 21:10, 21:13, 21:19, 22:4, 22:11, 22:23, 23:16, 23:17, 23:18, 24:5, 24:6, 28:8, 36:16, 44:16
**Cameron's** [6] - 10:23, 12:13, 17:19, 23:10, 45:22, 46:13
**cannot** [3] - 16:11, 16:12, 18:13
**Captain** [1] - 42:9
**captain** [2] - 42:16, 43:1
**captain's** [1] - 42:13
**capture** [1] - 7:12
**care** [5] - 24:17, 28:22, 41:12, 46:1, 46:6
**CARL** [1] - 1:12
**CARMELITE** [1] - 2:23
**Carmelite** [1] - 36:25
**CARONDELET** [1] - 2:24
**case** [4] - 9:4, 35:3, 36:18, 47:17
**category** [1] - 38:4
**CATHY** [1] - 3:23
**Cathy** [2] - 49:3, 49:14
**CCR** [2] - 3:23, 49:14
**CENTER** [1] - 3:4
**CENTRE** [1] - 2:19
**certain** [9] - 9:20, 10:7, 10:12, 12:25, 13:5, 29:6, 40:6
**certainly** [4] - 23:25, 30:8, 34:8, 41:18
**CERTIFICATE** [1] - 49:1
**certification** [3] - 47:7, 47:9, 47:13
**Certified** [3] - 49:3, 49:4, 49:15
**certify** [1] - 49:7
**Chaisson** [1] - 47:6
**chance** [1] - 44:20
**change** [6] - 9:6, 13:1, 21:5, 24:24, 25:10
**changed** [1] - 17:9
**changes** [3] - 9:20, 19:20, 45:14
**changing** [2] - 19:10, 23:4
**characterized** [1] - 31:25
**CHARLES** [1] - 3:20
**check** [2] - 32:5, 37:20
**Chemical** [1] - 40:13
**choosing** [1] - 36:13
**circulate** [2] - 32:7, 37:21
**circulated** [2] - 29:22, 36:17
**circulating** [1] - 38:3
**circumstances** [2] - 9:17, 22:17
**CIVIL** [2] - 1:6, 1:21
**Civil** [1] - 47:18
**clear** [21] - 6:4, 13:17, 13:19, 14:15, 15:2, 18:20, 19:8, 20:16, 21:25, 28:2, 28:6, 28:11, 29:12, 29:17, 30:24, 31:8, 35:2, 36:10, 37:1, 43:6, 47:14
**clearly** [2] - 16:17, 19:24
**clerical** [1] - 44:5
**CLERK** [1] - 4:7
**client** [6] - 7:25, 9:12, 9:19, 9:22, 14:4, 40:11
**clock** [2] - 5:23, 14:9
**closed** [1] - 14:5
**co** [1] - 36:22
**co-counsel** [1] - 36:22
**Coast** [2] - 34:19, 41:13
**cobbled** [1] - 42:21
**COHEN** [16] - 3:16, 3:16, 31:6, 31:24, 36:15, 37:18, 40:20, 42:5, 43:7, 43:22, 44:3, 47:19, 47:25, 48:5, 48:11, 48:17
**Cohen** [6] - 30:11, 31:4, 31:6, 35:1, 36:14, 40:18
**colleague** [2] - 31:7, 33:17
**coming** [6] - 7:11, 11:24, 14:13, 20:21, 24:22, 45:10
**comma** [1] - 28:14
**comment** [1] - 15:18
**comments** [1] - 29:14
**communication** [2] - 6:18, 32:3
**companies** [3] - 36:16, 40:22, 40:25
**company** [2] - 32:8
**COMPANY** [3] - 2:4, 3:11
**competitors** [1] - 34:23
**complete** [2] - 6:9, 37:16
**completed** [1] - 39:11
**completely** [2] - 8:15, 8:16
**compressed** [1] - 30:23
**COMPUTER** [1] - 3:25
**concept** [2] - 8:8, 19:12
**concepts** [2] - 7:13, 19:3
**conceptual** [1] - 14:23
**conceptually** [1] - 7:18
**concern** [4] - 17:22, 36:16, 36:23, 42:14
**concerned** [2] - 35:24, 43:2
**concerns** [1] - 12:3
**concluded** [1] - 48:23
**conditions** [1] - 43:11
**conduit** [1] - 20:21
**conference** [2] - 45:18, 47:4
**CONFERENCE** [1] - 1:12
**confess** [1] - 31:25
**confidentiality** [1] - 43:16
**conflict** [4] - 29:25, 32:20, 33:21, 33:22
**conform** [1] - 25:3
**conforming** [3] - 24:23, 25:10, 25:21
**confusing** [1] - 19:3
**congratulations** [1] - 28:21
**Congress** [1] - 9:15
**connected** [1] - 41:23
**connection** [5] - 8:18, 12:14, 16:1, 16:2, 21:14
**considered** [1] - 39:5
**considering** [1] - 39:4
**consistent** [1] - 27:1
**constraint** [1] - 41:13
**construing** [1] - 17:22
**consulting** [1] - 30:21
**Consulting** [1] - 37:9
**contact** [1] - 6:5
**contacted** [1] - 34:4
**contain** [1] - 25:20
**content** [1] - 40:25
**continue** [1] - 39:3
**CONTINUED** [2] - 2:1, 3:1
**contract** [27] - 20:19, 23:22, 29:16, 29:21, 30:7, 32:4, 33:18, 34:1, 34:2, 34:9, 35:4, 37:5, 37:6, 37:7, 37:15, 37:18, 38:23, 40:23, 42:22, 44:7, 45:9, 45:25, 46:6, 46:10, 48:12, 48:14
**contracting** [1] - 33:16
**contractor** [1] - 32:2
**contractors** [6] - 32:14, 34:22, 35:7, 35:21, 42:24, 46:13
**contracts** [3] - 34:6, 38:8, 46:15
**contractual** [1] - 37:22
**conversation** [2] - 6:1, 7:4
**coordinate** [1] - 48:6
**coordination** [1] - 30:15
**copies** [1] - 42:20
**CORPORATION** [4] - 2:5, 2:22, 3:11, 3:12
**correct** [12] - 9:24, 13:10, 13:11, 19:19, 25:18, 25:22, 27:14, 32:24, 33:12, 37:11, 41:2, 49:7
**correction** [2] - 46:8, 46:9
**correctly** [2] - 22:9, 31:24

costs [1] - 34:1
counsel [4] - 36:22, 41:9, 47:8, 47:15
counsel's [1] - 8:3
couple [2] - 11:23, 41:21
Court [18] - 6:23, 31:24, 32:3, 33:5, 39:6, 42:6, 42:21, 45:16, 45:18, 47:11, 47:12, 47:20, 47:21, 49:4, 49:5, 49:6, 49:16, 49:17
COURT [95] - 1:1, 3:23, 4:4, 4:8, 4:11, 4:13, 4:16, 4:20, 4:25, 5:3, 5:6, 5:8, 5:13, 7:17, 9:9, 10:1, 10:17, 11:3, 11:6, 11:9, 12:16, 13:8, 13:11, 13:21, 15:4, 15:9, 16:19, 17:11, 17:24, 19:2, 20:4, 21:17, 22:7, 22:21, 24:12, 24:25, 25:12, 25:18, 25:20, 25:25, 26:7, 26:17, 26:20, 26:22, 27:2, 27:9, 27:14, 27:16, 27:22, 28:1, 28:5, 28:16, 28:18, 28:20, 29:14, 31:4, 31:16, 32:9, 32:22, 33:9, 35:5, 35:15, 36:14, 36:20, 37:6, 37:10, 37:15, 38:2, 38:9, 38:20, 39:8, 39:17, 39:20, 40:18, 41:17, 41:19, 43:5, 43:19, 44:2, 44:25, 45:4, 45:20, 46:1, 46:4, 46:9, 46:16, 46:20, 46:23, 46:25, 47:14, 47:23, 48:2, 48:6, 48:13, 48:19
court [2] - 29:9, 43:4
Court's [1] - 47:4
cover [1] - 45:6
critical [7] - 12:19, 13:15, 13:23, 15:17, 23:12, 23:15, 34:18
criticize [1] - 6:7
cross [3] - 28:9, 44:10, 45:9
CRR [2] - 3:23, 49:14
cull [2] - 14:19, 20:19
culled [2] - 24:3, 30:7
culling [2] - 18:21, 24:4
curve [1] - 5:15

custodian [2] - 40:24, 42:15
customer [1] - 37:24
cut [2] - 24:22, 25:4

D

data [1] - 43:11
date [2] - 12:2, 37:8
DAVID [2] - 3:3, 3:4
David [51] - 5:4, 5:7, 5:8, 6:1, 6:24, 7:4, 7:10, 7:17, 10:2, 10:18, 11:6, 12:17, 13:22, 14:8, 14:22, 15:4, 17:4, 17:11, 18:6, 18:9, 18:14, 20:22, 21:17, 23:25, 24:16, 24:22, 25:4, 25:12, 25:22, 26:2, 26:9, 26:17, 28:1, 28:8, 28:16, 28:23, 31:16, 32:9, 34:21, 35:5, 35:15, 36:15, 36:21, 36:24, 39:8, 44:20, 44:25, 45:8, 46:16
days [3] - 11:23, 17:14, 38:7
DC [3] - 2:14, 3:14, 3:21
deals [2] - 19:5, 19:7
December [1] - 9:12
deed [3] - 14:18, 24:3, 29:18
deep [1] - 42:13
DEEPWATER [4] - 1:4, 2:17, 2:18, 29:3
defined [2] - 16:17, 19:25
defines [1] - 17:19
defining [1] - 17:16
delivery [1] - 48:4
demanded [1] - 29:4
DEPARTMENT [3] - 1:20, 3:19, 3:20
deposition [1] - 47:7
DEPUTY [1] - 4:7
describe [1] - 42:4
described [1] - 7:19
description [1] - 9:24
deserve [1] - 6:12
design [1] - 33:7
desire [1] - 28:25
despite [3] - 6:4, 6:10, 7:15
Det [1] - 42:23
DET [1] - 3:16
detail [1] - 31:7

details [1] - 43:10
determined [2] - 15:12, 23:14
detriment [1] - 5:14
developing [1] - 7:16
develops [1] - 7:9
differ [1] - 11:1
difference [2] - 5:23, 6:21
different [2] - 18:13, 25:23
directly [3] - 37:19, 41:23, 45:6
disagree [1] - 7:18
disagreement [1] - 18:5
disclose [2] - 33:5, 39:16
disclosed [6] - 30:8, 30:20, 33:8, 34:7, 38:23, 43:17
disclosure [1] - 29:16
discovery [4] - 16:13, 16:14, 22:11, 22:16
discretion [3] - 6:9, 23:15, 23:21
discussed [2] - 8:3, 38:16
discussions [1] - 8:4
dispute [1] - 10:21
disseminate [1] - 31:20
dissemination [1] - 31:23
distance [1] - 7:14
distinction [3] - 20:2, 20:10, 20:16
distributed [1] - 42:20
DISTRICT [3] - 1:1, 1:1, 1:13
District [3] - 49:6, 49:17
DIVISION [1] - 1:21
DNV [61] - 6:9, 8:12, 8:21, 10:12, 10:25, 11:12, 12:10, 13:7, 13:9, 15:12, 16:2, 17:14, 18:7, 20:18, 20:19, 20:21, 21:18, 23:14, 23:20, 25:8, 25:16, 26:13, 26:14, 26:24, 27:6, 27:12, 27:19, 27:20, 29:9, 29:16, 30:4, 30:7, 30:8, 30:12, 30:17, 31:6, 31:10, 32:5, 33:6, 33:14, 34:1, 34:10, 35:1, 35:4, 35:6, 35:22, 35:23, 36:1, 37:15, 37:16,

37:19, 38:23, 40:25, 41:10, 42:24, 43:11, 44:7, 46:6, 46:10
DNV's [2] - 40:4, 40:21
document [11] - 9:18, 9:21, 9:22, 13:4, 15:20, 23:21, 23:22, 42:19, 42:20, 45:5, 45:23
DOCUMENT [1] - 1:9
documentation [1] - 8:6
documents [1] - 8:4
DON [1] - 2:9
Don [1] - 46:21
done [11] - 6:14, 6:24, 14:14, 15:6, 18:22, 22:18, 22:19, 32:7, 38:10, 40:25, 46:3
down [7] - 18:14, 22:2, 30:13, 31:11, 32:18, 38:20
Dr [1] - 7:2
draft [9] - 6:10, 8:9, 8:10, 9:5, 16:20, 26:22, 27:11, 28:9, 39:18
drafts [3] - 6:23, 8:1, 34:5
DRILLING [1] - 2:17
drop [2] - 13:2
due [1] - 47:7
during [25] - 15:5, 15:10, 15:14, 17:25, 18:25, 21:22, 22:24, 24:14, 24:21, 25:8, 25:16, 26:13, 26:15, 26:25, 27:3, 27:6, 27:12, 27:19, 27:20, 28:13, 31:18, 40:8, 40:9, 43:14
duties [1] - 42:14
duty [1] - 42:17
dynamically [1] - 31:9

E

E&P [1] - 3:11
e-mail [8] - 36:17, 38:7, 38:10, 38:12, 39:9, 46:14, 47:8, 48:3
e-mails [2] - 39:5, 44:12
early [3] - 32:1, 48:9, 48:15
Easter [1] - 47:7
Eastern [1] - 49:6
EASTERN [1] - 1:1

economy [1] - 39:2
effect [2] - 16:13, 22:16
either [5] - 5:18, 9:6, 11:21, 35:4, 37:4
eliminated [1] - 14:6
ELLIS [1] - 2:12
employee [1] - 33:6
employees [2] - 9:15, 31:12
encountering [1] - 5:17
end [5] - 8:13, 12:4, 22:5, 43:14, 43:18
ended [4] - 13:18, 21:10, 22:2, 33:25
endorse [1] - 47:15
ENERGY [2] - 2:19, 3:7
engaging [1] - 22:16
Englebert [2] - 42:9
entirely [1] - 19:13
entities [2] - 32:25, 34:3
entitled [1] - 49:9
environmental [1] - 34:4
envisioning [1] - 46:15
equipment [3] - 8:25, 10:19, 10:22
error [1] - 13:23
ESQUIRE [14] - 1:17, 1:21, 2:9, 2:13, 2:13, 2:19, 2:23, 2:23, 3:3, 3:4, 3:8, 3:13, 3:16, 3:20
essence [1] - 41:5
essentially [1] - 34:17
etcetera [2] - 10:16, 34:5
evening [1] - 8:7
event [1] - 33:10
evidence [2] - 40:24, 42:15
exact [1] - 14:25
exactly [4] - 10:10, 14:16, 33:6, 46:9
examination [1] - 43:13
example [2] - 8:21, 15:23
excellent [2] - 28:19, 28:20
except [1] - 43:17
exchange [1] - 16:16
execute [3] - 31:10, 34:8, 42:14
executed [1] - 33:19
expect [3] - 20:15,

28:7, 33:19
**expedited** [2] - 22:13, 36:2
**experience** [1] - 30:3
**Experienced** [3] - 15:24, 25:5, 25:14
**experienced** [1] - 20:6
**expert** [1] - 10:22
**expertise** [2] - 10:19, 11:11
**explained** [1] - 9:11
**EXPLORATION** [1] - 2:6
**expressly** [1] - 33:7
**extending** [1] - 47:12
**extension** [1] - 47:9
**extensively** [1] - 23:11
**extent** [9] - 9:1, 19:17, 20:5, 21:3, 29:10, 32:6, 32:13, 33:7, 33:14
**eye** [1] - 8:24

**F**

**facilitate** [1] - 19:23
**facilities** [4] - 29:21, 33:19, 34:8, 37:12
**facility** [1] - 8:9
**fact** [5] - 6:11, 6:13, 7:11, 11:24, 42:11
**far** [4] - 31:2, 33:13, 34:6, 35:24
**faster** [1] - 46:23
**favorites** [1] - 41:11
**feather** [1] - 25:24
**feathering** [1] - 25:24
**Federal** [2] - 16:11, 47:18
**FEDERAL** [1] - 1:20
**few** [1] - 38:7
**FIFTEENTH** [1] - 2:14
**figure** [1] - 22:21
**fine** [13] - 4:22, 5:10, 8:7, 12:6, 15:20, 18:24, 24:6, 26:11, 28:5, 28:6, 36:9, 41:8, 42:6
**firm** [2] - 30:21, 47:23
**firms** [1] - 30:1
**first** [9] - 5:16, 8:1, 8:10, 9:11, 12:18, 19:13, 21:9, 23:7, 25:2
**five** [18] - 7:22, 13:16, 13:24, 15:19, 15:21, 16:23, 16:25, 17:3, 18:21, 21:3, 23:24, 24:3, 24:8, 24:18,

25:20, 25:24, 28:10, 28:14
**flexible** [1] - 31:3
**floor** [1] - 40:8
**FLOOR** [2] - 1:22, 2:19
**fluidly** [1] - 31:9
**flurry** [1] - 44:12
**fly** [3] - 22:11, 22:16, 22:17
**folks** [1] - 37:4
**follow** [3] - 25:10, 25:12, 41:22
**following** [1] - 22:22
**follows** [1] - 43:9
**FOR** [9] - 1:17, 1:20, 2:3, 2:16, 2:22, 3:7, 3:10, 3:16, 3:19
**force** [1] - 41:11
**foregoing** [1] - 49:7
**forgotten** [1] - 46:21
**form** [3] - 20:13, 43:22, 43:24
**forth** [4] - 19:15, 20:9, 30:5, 42:25
**forward** [2] - 12:15, 37:25
**four** [2] - 13:3, 30:1
**framework** [1] - 40:15
**FRANCISCO** [1] - 1:23
**frankly** [1] - 8:16
**Friday** [2] - 30:14, 34:14
**friends** [2] - 5:25, 39:2
**FRILOT** [1] - 2:18
**full** [4] - 10:4, 16:21, 21:13, 22:5
**fully** [1] - 42:14
**fundamental** [2] - 9:10, 21:5
**future** [1] - 32:15

**G**

**G(3** [1] - 25:1
**game** [1] - 32:1
**Gary** [1] - 34:16
**Gasaway** [5] - 5:21, 13:20, 15:17, 19:3, 38:1
**GASAWAY** [40] - 2:13, 5:21, 11:17, 13:14, 13:22, 17:4, 17:7, 18:4, 20:2, 20:8, 23:6, 24:22, 25:1, 25:22, 26:2, 26:5, 26:9, 26:14, 26:19, 27:5, 27:8, 27:15, 27:24, 28:6, 28:19,

29:15, 33:4, 33:12, 37:12, 38:5, 38:11, 38:18, 38:22, 41:21, 41:25, 42:3, 44:4, 45:8, 46:12, 48:18
**GATE** [1] - 1:22
**general** [1] - 44:17
**generalized** [1] - 45:11
**generated** [1] - 43:13
**given** [4] - 12:2, 36:21, 40:7, 40:12
**glad** [1] - 30:19
**glass** [1] - 47:18
**gloss** [1] - 11:21
**go-round** [1] - 40:14
**goal** [2] - 31:9, 39:11
**GODWIN** [1] - 3:7
**GOLDEN** [1] - 1:22
**GORMAN** [1] - 3:16
**Government** [2] - 33:20, 33:23
**GOVERNMENT** [1] - 1:20
**government** [2] - 34:9, 42:22
**greater** [1] - 9:22
**GREENE** [1] - 2:13
**Greene** [1] - 33:17
**Group** [2] - 30:22, 37:9
**group** [14] - 23:19, 32:8, 40:5, 40:21, 40:22, 41:3, 41:5, 41:15, 42:5, 42:11, 42:19, 43:8, 44:8, 46:14
**Guard** [2] - 34:19, 41:13
**guess** [3] - 5:16, 15:7, 31:16
**GULF** [1] - 1:5
**guy** [3] - 6:18
**guys** [4] - 5:16, 11:3, 22:22, 24:12

**H**

**HALLIBURTON** [1] - 3:7
**Halliburton** [1] - 47:2
**hand** [1] - 19:4
**handle** [1] - 33:11
**hands** [3] - 32:23, 35:7, 35:24
**hands-off** [1] - 35:24
**hands-on** [2] - 32:23, 35:7
**happy** [5] - 14:7,

23:25, 24:10, 34:21, 34:24
**hard** [2] - 12:17, 14:19
**HAYCRAFT** [7] - 2:9, 39:19, 46:2, 46:8, 46:22, 46:24, 47:17
**head** [1] - 35:23
**hear** [10] - 5:24, 13:20, 21:17, 26:9, 26:10, 26:11, 32:22, 34:15, 36:1, 42:2
**heard** [3] - 41:17, 42:8, 44:25
**HEARD** [1] - 1:12
**hearing** [2] - 20:20, 21:9
**hearings** [1] - 45:11
**heartburn** [1] - 28:12
**help** [6] - 19:6, 22:18, 31:22, 32:9, 33:18, 41:5
**helps** [1] - 32:11
**hereby** [1] - 49:7
**herein** [4] - 18:4, 19:1, 22:25, 23:24
**hesitate** [1] - 12:20
**hire** [2] - 36:1, 36:18
**hired** [2] - 32:14, 37:19
**hiring** [1] - 6:17
**history** [1] - 23:9
**hit** [1] - 48:6
**hold** [2] - 11:3, 18:7
**HOLDINGS** [2] - 2:7, 2:16
**home** [1] - 5:12
**Honor** [35] - 4:19, 5:1, 5:4, 5:7, 5:21, 11:2, 11:17, 13:14, 13:22, 14:23, 23:9, 23:12, 24:9, 28:24, 29:15, 33:4, 33:12, 36:24, 37:4, 37:18, 38:12, 38:13, 38:17, 38:18, 40:20, 41:21, 42:1, 42:5, 44:3, 44:4, 44:15, 46:12, 47:19, 48:18
**Honor's** [1] - 44:18
**HONORABLE** [1] - 1:12
**hope** [1] - 6:19
**HORIZON** [2] - 1:4, 29:3
**hot** [3] - 34:22, 46:13, 46:16
**hot-button** [3] - 34:22, 46:13, 46:16
**hours** [3] - 30:18, 35:13, 35:15, 35:16,

36:6, 36:9
**housekeeping** [1] - 47:19
**HOUSTON** [5] - 1:18, 3:4, 3:5, 3:9, 3:17

**I**

**idea** [3] - 14:13, 18:21
**identified** [9] - 18:8, 18:11, 22:14, 32:23, 35:6, 35:8, 37:2, 37:4, 37:16
**identify** [6] - 18:13, 18:17, 19:9, 28:2, 32:24, 33:2
**identifying** [1] - 23:2
**II** [1] - 43:8
**II(d)(3** [1] - 27:18
**II(e)(3** [1] - 15:24
**III** [1] - 25:2
**immediately** [1] - 33:8
**implementing** [1] - 36:7
**implicit** [1] - 7:11
**important** [8] - 7:25, 10:15, 12:17, 17:12, 20:15, 23:10, 44:9, 44:22
**impose** [1] - 39:22
**imposes** [1] - 17:2
**impression** [2] - 31:17, 32:22
**improper** [1] - 9:18
**IN** [2] - 1:4, 1:5
**inadvertent** [3] - 44:22, 45:4, 45:20
**inappropriate** [3] - 21:15, 22:17, 34:23
**INC** [8] - 2:3, 2:4, 2:5, 2:6, 2:8, 2:17, 2:18, 3:7
**include** [4] - 39:21, 40:1, 44:23, 45:17
**included** [4] - 38:3, 42:18, 45:24, 45:25
**includes** [2] - 23:10, 40:23
**inconsistent** [1] - 18:22
**incorporated** [1] - 44:10
**incorrect** [1] - 10:4
**incorrectly** [1] - 9:13
**indeed** [3] - 10:5, 12:17, 31:17
**independent** [2] - 6:10
**indulgence** [1] - 47:4
**informal** [1] - 31:1

5

**information** [64] - 5:18, 7:22, 8:5, 8:20, 9:8, 10:12, 11:2, 11:11, 11:13, 11:15, 11:20, 12:7, 12:11, 12:13, 13:2, 13:5, 13:7, 13:8, 13:13, 14:5, 14:11, 15:5, 15:7, 15:10, 15:14, 16:1, 16:2, 17:13, 17:25, 18:10, 18:16, 18:25, 19:12, 19:18, 19:19, 20:12, 20:14, 20:17, 20:24, 20:25, 22:8, 22:12, 22:13, 22:24, 24:14, 24:20, 25:7, 25:16, 26:14, 27:2, 27:12, 27:18, 28:13, 28:25, 29:13, 29:20, 30:9, 31:20, 32:7, 33:1, 35:8, 37:21, 44:9, 45:22
**informational** [12] - 5:19, 7:5, 10:7, 10:9, 10:18, 10:24, 11:1, 12:24, 14:9, 14:11, 31:23
**informed** [1] - 32:16
**input** [3] - 9:3, 9:23, 40:9
**inputs** [4] - 7:5, 13:24, 14:9, 14:11
**insert** [2] - 16:21, 25:8
**inserted** [2] - 18:9, 21:1
**inserting** [1] - 26:12
**inspection** [3] - 8:14, 25:6, 25:15
**installation** [2] - 27:19, 27:21
**instance** [3] - 8:13, 8:14, 16:19
**instances** [5] - 8:12, 15:19, 19:5, 20:14, 21:8
**instantaneous** [1] - 39:4
**integrity** [1] - 32:21
**interact** [1] - 7:16
**interest** [3] - 30:8, 31:15, 39:1
**interested** [2] - 5:24, 40:6
**INTERESTS** [1] - 1:20
**INTERIOR** [2] - 3:19, 3:20
**international** [1] - 30:1
**INTERNATIONAL** [1] - 2:22

**interrogatory** [1] - 7:7
**interrupted** [1] - 28:1
**interruption** [1] - 34:20
**interview** [2] - 30:17, 34:16
**introductory** [5] - 17:12, 17:18, 19:9, 22:25, 28:4
**investigation** [2] - 8:18, 12:14
**involved** [3] - 9:12, 32:13, 32:19
**issue** [23] - 5:17, 8:14, 11:10, 20:9, 21:19, 28:24, 30:12, 32:10, 32:21, 38:12, 38:15, 40:10, 40:17, 40:20, 44:4, 44:5, 44:16, 46:6, 47:22, 47:24, 48:2, 48:8, 48:14
**issues** [4] - 29:10, 31:23, 32:17, 39:25
**IT** [4] - 6:18, 31:19, 31:22, 33:1
**item** [3] - 26:6, 26:7, 40:2
**itemize** [1] - 24:15
**items** [1] - 44:24
**itself** [2] - 10:2, 28:25

**J**

**Jake** [1] - 33:5
**JIMMY** [1] - 1:17
**Jimmy** [2] - 4:25, 5:1
**JIT** [8] - 12:14, 31:13, 31:18, 37:3, 41:3, 42:12, 42:22, 44:1
**job** [1] - 31:10
**joined** [1] - 37:21
**joint** [1] - 8:18
**JONES** [47] - 3:4, 5:7, 5:10, 7:20, 9:10, 10:10, 11:19, 13:1, 13:10, 13:20, 15:6, 15:16, 16:25, 17:6, 17:10, 17:21, 18:3, 19:3, 21:5, 21:24, 22:10, 23:2, 25:13, 25:19, 26:4, 26:12, 26:18, 26:21, 26:24, 27:4, 27:6, 27:10, 27:17, 28:2, 28:17, 28:24, 32:11, 35:10, 36:8, 36:19, 36:22, 39:15, 42:1, 45:2, 45:19, 45:21, 46:18
**Jones** [2] - 5:7, 13:14

**judge** [4] - 7:20, 21:5, 40:2, 47:2
**JUDGE** [1] - 1:13
**Judge** [18] - 4:23, 5:5, 5:10, 8:14, 11:5, 15:16, 16:10, 16:25, 21:24, 22:10, 30:24, 31:6, 31:24, 32:11, 35:10, 47:16, 48:7, 48:17
**judicial** [1] - 39:1
**jurisdiction** [1] - 29:9
**JUSTICE** [1] - 1:20

**K**

**keep** [1] - 31:2
**keeps** [1] - 14:13
**Kenney** [4] - 32:3, 34:16, 34:19, 42:8
**Kerry** [2] - 4:12, 4:13
**KERRY** [1] - 2:19
**key** [2] - 7:13, 18:5
**kind** [2] - 7:2, 25:23
**kinds** [1] - 35:5
**Kirby** [2] - 4:23, 40:2
**KIRBY** [5] - 3:13, 4:23, 40:2, 41:18, 41:24
**KIRKLAND** [1] - 2:12
**knowing** [2] - 30:15, 30:16
**knowledge** [4] - 6:11, 6:14, 6:17, 24:2
**knows** [2] - 9:12, 35:23
**KPMG** [4] - 29:23, 29:25, 37:8
**KY** [1] - 3:13
**Ky** [5] - 4:23, 40:2, 40:19, 41:17, 41:21

**L**

**LA** [4] - 2:11, 2:20, 2:24, 3:24
**LAMAR** [2] - 3:8, 3:17
**language** [28] - 5:19, 7:12, 7:24, 7:25, 9:4, 9:19, 10:2, 10:3, 10:5, 10:11, 12:7, 12:22, 14:2, 15:20, 16:22, 16:24, 18:14, 18:25, 21:1, 23:13, 24:6, 24:20, 25:21, 26:8, 27:11, 45:12, 45:21
**lap** [1] - 44:4
**large** [1] - 42:23

**larger** [1] - 9:13
**last** [20] - 6:1, 9:4, 11:17, 14:5, 14:8, 20:20, 21:7, 26:22, 38:7, 38:13, 40:3, 42:7, 44:4, 44:23, 45:5, 45:11, 45:15, 45:16
**late** [4] - 8:7, 11:17, 42:7, 47:1
**law** [1] - 5:11
**least** [2] - 9:7, 12:18
**leave** [1] - 38:18
**leaves** [1] - 22:22
**lend** [1] - 15:1
**less** [1] - 36:8
**letters** [1] - 9:14
**letting** [1] - 46:14
**level** [1] - 14:4
**Level** [3] - 40:7, 40:12, 40:13
**LEWIS** [1] - 2:8
**lift** [1] - 33:7
**lifting** [1] - 8:24
**limit** [2] - 24:7, 39:24
**limited** [3] - 10:8, 10:24, 40:12
**LIMITED** [1] - 2:7
**limiting** [2] - 6:15, 13:12
**limits** [1] - 30:24
**line** [6] - 4:18, 4:24, 4:25, 5:2, 10:5, 39:6
**LISKOW** [1] - 2:8
**list** [17] - 14:3, 19:18, 20:17, 20:18, 28:14, 34:22, 36:15, 37:3, 37:8, 37:15, 37:16, 37:18, 37:19, 38:3, 38:6, 46:17, 46:19
**listed** [2] - 15:20, 37:7
**litigation** [5] - 6:4, 7:7, 11:22, 12:19, 22:19
**live** [6] - 14:11, 15:12, 17:25, 18:2, 18:3, 35:9
**LLC** [2] - 2:16, 3:13
**logistics** [1] - 6:18
**look** [6] - 10:2, 22:22, 23:6, 24:23, 28:20, 43:25
**looked** [1] - 38:17
**looking** [3] - 10:4, 16:20, 20:4
**lose** [1] - 31:14
**LOUISIANA** [2] - 1:1, 1:7
**Louisiana** [2] - 49:5, 49:6
**LP** [1] - 3:11

**M**

**magnifying** [1] - 47:18
**mail** [8] - 36:17, 38:7, 38:10, 38:12, 39:9, 46:14, 47:8, 48:3
**mails** [2] - 39:5, 44:12
**man** [1] - 32:5
**management** [1] - 30:15
**manager** [1] - 32:4
**Marine** [1] - 40:4
**MARK** [1] - 3:16
**Mark** [8] - 31:6, 31:21, 32:24, 36:14, 40:18, 41:22, 42:3, 46:17
**materials** [8] - 8:21, 18:10, 18:16, 19:13, 19:19, 20:24, 43:15, 44:5, 44:9
**matter** [1] - 49:10
**MCCUTCHEN** [1] - 3:13
**MCKINNEY** [1] - 3:5
**MDL** [2] - 30:3, 43:16
**meaning** [2] - 10:23, 35:6
**MECHANICAL** [1] - 3:25
**mechanism** [1] - 32:15
**meeting** [2] - 8:2, 34:18
**member** [1] - 23:20
**members** [1] - 41:3
**Merit** [1] - 49:4
**MEXICO** [1] - 1:5
**mic** [1] - 45:7
**MICHAEL** [1] - 1:21
**Michoud** [1] - 8:17
**microphone** [1] - 13:21
**mid** [2] - 48:10, 48:15
**might** [6] - 9:13, 20:13, 20:14, 47:22, 47:23, 47:25
**Mike** [2] - 4:18, 4:20
**MILLER** [3] - 2:19, 4:12, 4:14
**Miller** [1] - 4:12
**mind** [3] - 11:7, 28:23, 38:3
**minute** [1] - 32:20
**misconstrued** [1] - 12:8
**mislead** [1] - 36:5
**misstatement** [1] - 23:8
**mistake** [3] - 13:15,

15:17
**misunderstanding** [1] - 23:23
**mode** [1] - 7:2
**model** [1] - 6:24
**modification** [1] - 10:3
**MOEX** [4] - 3:12, 3:12, 40:11, 41:2
**morning** [17] - 4:8, 4:9, 4:10, 4:11, 4:12, 4:20, 4:23, 5:5, 5:8, 5:12, 5:22, 28:22, 28:23, 31:6, 41:20, 42:2
**most** [2] - 31:17, 42:16
**mother** [1] - 5:11
**mother-in-law** [1] - 5:11
**motion** [1] - 8:1
**move** [1] - 35:3
**moving** [1] - 31:8
**MR** [117] - 4:12, 4:14, 4:18, 4:22, 5:1, 5:4, 5:5, 5:7, 5:10, 5:21, 7:20, 9:10, 10:10, 11:1, 11:5, 11:8, 11:17, 11:19, 13:1, 13:10, 13:14, 13:20, 13:22, 15:6, 15:16, 16:25, 17:4, 17:6, 17:7, 17:10, 17:21, 18:3, 18:4, 19:3, 20:2, 20:8, 21:5, 21:24, 22:10, 23:2, 23:6, 24:22, 25:1, 25:13, 25:19, 25:22, 26:2, 26:4, 26:5, 26:9, 26:12, 26:14, 26:18, 26:19, 26:21, 26:24, 27:4, 27:5, 27:6, 27:8, 27:10, 27:15, 27:17, 27:24, 28:2, 28:6, 28:17, 28:19, 28:24, 29:15, 31:6, 31:24, 32:11, 33:4, 33:12, 35:10, 36:8, 36:15, 36:19, 36:22, 37:12, 37:18, 38:5, 38:11, 38:18, 38:22, 39:15, 39:19, 40:20, 41:21, 41:25, 42:1, 42:3, 42:5, 43:7, 43:22, 44:3, 44:4, 45:2, 45:8, 45:19, 45:21, 46:2, 46:8, 46:12, 46:18, 46:22, 46:24, 47:2, 47:16, 47:17, 47:19, 47:25, 48:5, 48:11,

48:17, 48:18
**MS** [7] - 4:23, 36:24, 37:7, 38:13, 40:2, 41:18, 41:24
**mute** [1] - 4:14

**N**

**N.W** [1] - 2:14
**nailed** [1] - 38:20
**namely** [1] - 23:18
**names** [2] - 9:15, 11:4
**NASA** [2] - 29:21, 33:19
**Nathaniel** [1] - 47:6
**nature** [1] - 30:21
**necessarily** [1] - 20:13
**necessary** [3] - 15:12, 23:14, 24:16
**need** [19] - 6:12, 7:15, 12:11, 14:16, 14:19, 18:6, 18:14, 18:22, 20:14, 21:10, 33:15, 34:15, 35:14, 36:18, 37:24, 39:10, 39:25, 47:11, 48:3
**needed** [4] - 5:12, 8:24, 30:14, 33:13
**needs** [1] - 38:15
**neglected** [1] - 44:13
**negotiated** [1] - 23:12
**never** [5] - 9:1, 12:12, 14:20, 14:21, 17:10
**NEW** [5] - 1:7, 2:11, 2:20, 2:24, 3:24
**New** [2] - 8:3, 42:8
**new** [10] - 31:18, 31:22, 32:1, 32:6, 32:25, 36:2, 38:6, 39:22, 42:18, 43:2
**newspaper** [1] - 9:16
**next** [5] - 11:23, 26:2, 26:19, 26:20, 28:9
**night** [7] - 11:18, 14:8, 40:4, 42:7, 44:23, 45:5, 45:16
**NO** [1] - 1:6
**nobody** [1] - 12:18
**noise** [1] - 4:15
**non** [1] - 20:24
**non-onsite** [1] - 20:24
**nondisclosure** [3] - 40:24, 42:12, 42:25
**none** [1] - 47:14
**NORSKE** [1] - 3:16
**Norske** [1] - 42:23
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**nothing** [2] - 19:15,

47:3
**notice** [6] - 14:20, 23:11, 35:11, 36:11, 38:15, 39:22
**Notwithstanding** [1] - 6:13
**number** [4] - 6:3, 38:25, 43:15, 43:18
**Number** [4] - 23:13, 25:2, 39:11, 43:16
**numbered** [1] - 49:9
**numeral** [4] - 15:24, 25:2, 27:11, 27:18
**NW** [1] - 3:21

**O**

**o'clock** [1] - 47:21
**O'Connor** [3] - 29:22, 30:18, 34:17
**object** [8] - 10:8, 18:18, 21:4, 21:20, 36:1, 39:6, 39:23, 45:22
**objection** [3] - 35:12, 36:12, 39:24
**objections** [3] - 9:10, 18:15, 35:18
**obligated** [2] - 8:8, 8:11
**obligates** [1] - 38:16
**obligation** [10] - 8:5, 9:22, 11:19, 17:15, 17:23, 19:14, 22:3, 22:15, 39:16, 39:22
**obligations** [3] - 10:15, 17:2, 19:14
**observations** [1] - 43:11
**obtained** [1] - 43:12
**obvious** [1] - 44:1
**obviously** [9] - 5:24, 6:9, 7:13, 20:10, 21:3, 34:5, 35:1
**occasions** [1] - 6:22
**occur** [1] - 33:16
**odds** [2] - 8:15, 8:17
**OEM** [7] - 15:13, 15:25, 18:10, 20:6, 21:19, 25:5, 25:15
**OF** [7] - 1:1, 1:5, 1:12, 1:20, 3:19, 3:20
**OFFICE** [1] - 3:19
**office** [2] - 8:3, 44:21
**Official** [2] - 49:5, 49:16
**OFFICIAL** [1] - 3:23
**offshore** [1] - 47:8
**OFFSHORE** [2] - 2:17,

3:12
**OIL** [2] - 1:4, 1:4
**omission** [1] - 45:4
**omitted** [1] - 44:1
**omnibus** [1] - 46:14
**ON** [1] - 1:5
**on-site** [3] - 7:8, 32:4
**onboard** [1] - 35:11
**one** [28] - 5:23, 6:3, 6:24, 7:6, 8:13, 8:19, 9:19, 10:20, 11:22, 13:15, 14:14, 21:2, 23:11, 26:2, 26:19, 26:20, 30:1, 30:2, 35:20, 36:22, 38:10, 38:13, 40:2, 41:11, 45:3, 45:10, 47:5, 47:6
**ONE** [2] - 2:9, 3:4
**one's** [1] - 31:14
**one-and-done** [2] - 6:24, 14:14
**ones** [4] - 29:11, 32:13, 34:7, 34:8
**ongoing** [1] - 7:15
**onsite** [2] - 19:24, 20:24
**open** [6] - 8:23, 13:18, 21:10, 22:2, 33:25
**open-ended** [4] - 13:18, 21:10, 22:2, 33:25
**opened** [1] - 20:11
**opening** [1] - 13:23
**operate** [1] - 8:23
**operating** [1] - 48:13
**operation** [7] - 11:14, 12:25, 13:7, 16:3, 27:20, 27:21, 27:22
**operations** [8] - 10:7, 13:5, 25:9, 25:17, 26:15, 27:1, 27:7, 27:13
**opportunity** [2] - 21:10, 36:12
**opposed** [2] - 12:23, 48:9
**ORDER** [1] - 4:4
**order** [24] - 6:3, 6:10, 23:22, 28:25, 29:4, 29:16, 30:7, 38:14, 38:16, 38:22, 39:16, 39:18, 39:21, 42:12, 43:15, 43:18, 46:6, 46:10, 47:22, 48:2, 48:8
**organization** [1] - 43:17
**organizational** [1] - 34:18

**original** [4] - 14:23, 29:4, 29:15, 30:7
**originally** [1] - 20:18
**ORLEANS** [5] - 1:7, 2:11, 2:20, 2:24, 3:24
**Orleans** [2] - 8:3, 42:8
**otherwise** [3] - 22:9, 34:10, 45:24
**ourselves** [2] - 6:15, 28:20
**own** [1] - 38:23

**P**

**package** [1] - 40:23
**page** [16] - 15:23, 18:7, 19:14, 20:5, 20:13, 22:22, 24:13, 25:1, 25:14, 26:4, 26:5, 26:6, 26:21, 26:22, 27:10, 27:17
**pains** [1] - 6:3
**paper** [1] - 9:7
**paperwork** [1] - 47:20
**paragraph** [32] - 10:4, 16:21, 16:22, 17:2, 17:12, 17:18, 18:7, 19:5, 19:7, 19:9, 19:14, 19:15, 19:21, 20:1, 20:5, 21:1, 21:2, 22:23, 22:25, 23:5, 23:9, 24:13, 24:21, 24:23, 24:25, 25:1, 25:14, 28:4, 42:4, 42:18, 42:19, 43:7
**paragraphs** [12] - 16:23, 17:1, 17:3, 19:10, 24:15, 24:16, 24:18, 24:19, 25:20, 28:3, 28:14
**parallel** [3] - 6:16, 7:14, 20:24
**parities** [1] - 32:15
**part** [5] - 26:23, 28:22, 34:18, 37:5, 37:6
**participants** [2] - 4:9, 40:15
**participate** [4] - 31:18, 40:14, 41:1, 42:13
**participation** [2] - 5:14, 43:8
**particular** [5] - 6:15, 10:19, 11:11, 11:13, 24:21
**particularly** [1] - 10:22
**parties** [19] - 14:20, 29:2, 29:10, 29:13,

29:19, 29:20, 30:2, 30:14, 30:20, 30:22, 31:13, 32:16, 33:14, 34:10, 36:11, 40:6, 44:6, 45:16
**parts** [1] - 17:21
**party** [7] - 11:21, 11:24, 29:23, 30:10, 32:20, 39:23, 39:24
**pass** [2] - 34:1, 35:23
**Passover** [1] - 42:7
**past** [1] - 35:3
**pens** [1] - 48:11
**penultimate** [2] - 42:19, 43:7
**people** [24] - 8:9, 14:17, 15:18, 15:21, 21:10, 31:17, 31:19, 32:12, 32:25, 33:1, 34:10, 34:24, 35:11, 35:21, 35:24, 36:11, 36:18, 41:11, 41:13, 41:14, 42:24, 47:17, 48:11
**Pepper** [3] - 49:3, 49:13, 49:14
**PEPPER** [1] - 3:23
**perceived** [1] - 13:12
**perception** [1] - 14:3
**perfect** [1] - 46:20
**perfectly** [4] - 8:6, 12:6, 34:21, 36:9
**perform** [1] - 18:10
**performance** [1] - 26:23
**performed** [2] - 11:14, 43:10
**perhaps** [4] - 14:13, 24:8, 41:6, 48:9
**period** [4] - 16:14, 35:17, 36:10, 36:12
**permitted** [1] - 40:14
**person** [7] - 5:11, 16:12, 19:23, 21:13, 22:14, 29:19, 43:17
**personal** [1] - 34:19
**personnel** [9] - 15:14, 15:25, 16:7, 16:8, 20:7, 25:6, 25:15, 26:23, 31:11
**PETROLEUM** [1] - 3:11
**PETU** [2] - 44:15, 45:11
**phase** [2] - 12:18, 12:21
**Phase** [1] - 43:8
**Phil** [5] - 5:5, 11:5, 11:6, 11:19, 36:24
**PHILLIP** [1] - 2:23

**phone** [4] - 4:9, 5:13, 22:4, 48:20
**photographs** [1] - 43:13
**phrased** [1] - 10:13
**physical** [1] - 41:12
**physically** [1] - 41:7
**pick** [3] - 18:24, 22:3, 25:8
**picking** [1] - 6:24
**piece** [1] - 8:24
**PIGMAN** [1] - 2:22
**place** [3] - 13:3, 25:2, 25:11
**places** [6] - 10:13, 13:3, 13:6, 15:21, 23:24, 24:3
**PLAINTIFFS** [1] - 1:17
**plane** [1] - 48:1
**played** [1] - 11:25
**players** [2] - 31:22, 32:6
**playing** [2] - 5:20, 41:10
**podium** [1] - 36:25
**point** [8] - 7:10, 13:24, 15:3, 18:5, 20:10, 26:16, 31:7, 36:20
**points** [1] - 6:5
**pop** [1] - 11:3
**popping** [1] - 32:20
**position** [6] - 9:1, 17:19, 21:25, 22:20, 29:18, 40:21
**possible** [2] - 31:10, 39:6
**potential** [1] - 11:22
**potentially** [1] - 22:19
**POYDRAS** [3] - 2:10, 2:20, 3:23
**practical** [1] - 30:4
**predisclose** [1] - 30:5
**preliminarily** [2] - 18:8, 33:2
**preliminary** [5] - 14:3, 18:8, 19:18, 33:18
**presence** [2] - 7:8, 19:6
**preserving** [1] - 45:22
**pretrial** [2] - 43:15, 43:18
**pretty** [3] - 5:19, 36:4, 43:25
**preventer** [1] - 9:20
**previous** [1] - 40:4
**previously** [3] - 37:2, 37:5
**printed** [1] - 43:22
**privity** [1] - 34:7
**problem** [23] - 4:17,

5:13, 10:13, 11:12, 12:12, 12:15, 13:12, 16:3, 16:5, 19:20, 22:8, 22:10, 23:4, 25:25, 27:24, 30:13, 32:18, 34:13, 36:3, 39:9, 43:20, 45:24, 47:12
**problematic** [1] - 12:9
**problems** [1] - 14:23
**procedure** [1] - 31:13
**Procedure** [1] - 47:18
**procedures** [1] - 43:12
**proceed** [3] - 40:16, 46:2, 46:4
**proceedings** [2] - 48:22, 49:9
**PROCEEDINGS** [3] - 1:12, 3:25, 4:1
**process** [39] - 6:5, 7:6, 7:14, 9:3, 9:12, 9:14, 9:23, 12:6, 13:17, 13:25, 14:9, 15:5, 15:10, 15:15, 16:3, 17:25, 19:1, 21:23, 22:24, 24:14, 24:21, 25:9, 25:17, 26:13, 26:15, 26:25, 27:6, 27:12, 27:19, 27:20, 28:13, 30:6, 30:13, 30:23, 31:1, 32:13, 32:19, 34:21, 36:7
**PRODUCED** [1] - 3:25
**production** [1] - 18:16
**PRODUCTION** [2] - 2:3, 2:6
**PRODUCTS** [1] - 2:8
**Professional** [1] - 49:4
**promptly** [2] - 39:23, 43:23
**proposal** [1] - 14:5
**propose** [1] - 38:17
**proposed** [7] - 9:4, 10:5, 10:6, 12:22, 16:22, 38:14, 38:16
**protecting** [1] - 43:16
**protection** [1] - 23:10
**protections** [1] - 23:11
**protective** [1] - 24:5
**protocol** [16] - 5:18, 8:2, 8:4, 9:19, 10:5, 16:20, 21:22, 28:21, 36:6, 37:17, 39:11, 44:17, 45:12, 45:21, 46:5, 46:11
**protocols** [4] - 18:11, 20:5, 44:11, 45:9
**provide** [21] - 7:22,

8:5, 8:6, 8:19, 8:20, 9:3, 9:8, 9:23, 11:14, 11:20, 12:7, 13:16, 14:20, 22:12, 22:14, 22:24, 24:20, 31:19, 34:9, 37:25, 40:9
**provided** [7] - 12:20, 13:8, 15:20, 17:13, 33:15, 40:21, 40:24
**providers** [1] - 33:1
**providing** [27] - 5:18, 6:17, 10:7, 10:12, 10:24, 12:13, 12:24, 13:5, 13:6, 14:21, 15:5, 15:7, 15:9, 15:14, 16:1, 16:2, 18:25, 19:12, 22:8, 24:14, 25:7, 25:16, 26:14, 27:2, 27:12, 27:18, 28:13
**provision** [5] - 6:13, 19:13, 29:11, 39:21, 43:20
**purpose** [3] - 8:12, 10:6, 18:9
**purposes** [13] - 10:11, 12:24, 13:4, 13:6, 15:5, 15:6, 15:9, 15:14, 16:1, 25:7, 25:16, 27:2, 33:23
**pursuant** [1] - 43:15
**push** [2] - 13:25, 30:9
**put** [13] - 4:14, 11:20, 12:8, 15:9, 20:18, 23:21, 26:24, 38:10, 39:23, 44:19, 45:10, 45:21
**PUTNAM** [1] - 3:16
**putting** [1] - 16:4

## Q

**qualified** [4] - 15:24, 20:6, 25:5, 25:14
**qualify** [1] - 33:24
**questions** [5] - 7:9, 7:23, 11:13, 21:14, 22:16
**quick** [2] - 36:4, 39:10
**quickly** [8] - 29:21, 29:24, 31:20, 31:21, 35:4, 39:9, 43:24, 45:6
**quote** [8] - 8:12, 8:13, 12:24, 43:9, 43:14, 43:18

## R

**radar** [2] - 33:17, 33:24
**raise** [5] - 32:17, 35:12, 36:12, 39:24, 40:3
**raised** [2] - 24:1, 40:17
**raising** [1] - 41:22
**ran** [2] - 5:24, 14:9
**rather** [3] - 17:1, 17:16, 34:11
**RE** [1] - 1:4
**reach** [1] - 29:19
**react** [1] - 36:9
**reacting** [1] - 30:10
**read** [5] - 17:15, 25:13, 25:14, 43:4, 47:17
**reads** [1] - 43:9
**real** [2] - 45:6, 47:23
**really** [5] - 6:16, 20:21, 30:12, 32:11, 34:11
**Realtime** [2] - 49:3, 49:15
**realtime** [2] - 30:9, 40:9
**reason** [2] - 11:20, 41:9
**reasonable** [2] - 35:12, 43:19
**reasons** [1] - 44:1
**recognition** [1] - 22:3
**recognizing** [1] - 21:22
**record** [13] - 11:4, 18:12, 18:20, 28:7, 33:5, 35:10, 38:24, 43:4, 43:5, 47:12, 49:9
**RECORDED** [1] - 3:25
**records** [1] - 31:12
**recover** [1] - 34:2
**red** [1] - 10:5
**REDDEN** [1] - 3:3
**Redden** [1] - 39:2
**refer** [1] - 18:1
**reference** [2] - 28:9, 44:10
**referenced** [2] - 44:10, 45:9
**references** [1] - 44:1
**referred** [2] - 40:16, 46:17
**referring** [1] - 38:1
**reflect** [1] - 44:13
**reflects** [1] - 35:10
**regard** [3] - 10:19,

10:22, 11:13
**regarding** [11] - 13:7,
25:9, 25:17, 26:15,
26:25, 27:6, 27:13,
27:19, 27:21, 29:1,
29:4
**Registered** [2] - 49:3,
49:4
**Reidenbach** [2] - 33:5,
37:13
**reinstallation** [2] -
27:21, 27:22
**related** [1] - 41:4
**relates** [1] - 28:24
**RELATES** [1] - 1:9
**relationship** [3] - 29:2,
29:8, 30:21
**relative** [3] - 5:18,
24:13, 39:21
**remember** [3] - 23:8,
44:15, 48:13
**remind** [1] - 33:4
**reminding** [1] - 38:7
**removal** [3] - 13:7,
15:25, 16:3
**replete** [1] - 18:12
**Reporter** [7] - 49:3,
49:4, 49:5, 49:15,
49:16
**REPORTER** [1] - 3:23
**REPORTER'S** [1] -
49:1
**represent** [1] - 32:3
**representation** [1] -
38:24
**representative** [2] -
42:15, 43:9
**representatives** [1] -
40:6
**request** [24] - 10:24,
16:6, 16:14, 16:15,
17:14, 19:16, 19:19,
21:12, 21:18, 21:19,
21:20, 29:19, 29:23,
30:14, 36:25, 37:23,
41:4, 44:9, 44:17,
45:23, 46:19, 47:19
**requested** [6] - 13:9,
19:6, 19:10, 22:1,
42:9, 44:16
**requesting** [3] - 18:10,
20:16, 47:8
**requests** [4] - 15:11,
16:13, 20:21, 30:10
**required** [5] - 16:11,
16:12, 16:16, 16:18,
40:24
**requirement** [1] -
23:11
**reserve** [3] - 6:6, 21:3,

21:20
**resolution** [1] - 39:25
**resolve** [1] - 38:11
**resources** [1] - 14:21
**respect** [2] - 19:19,
38:15
**respond** [1] - 36:5
**response** [2] - 29:14,
29:23
**rest** [1] - 43:24
**resulting** [1] - 43:12
**results** [1] - 31:21
**retain** [1] - 35:17
**retained** [6] - 29:7,
29:11, 29:12, 30:17,
32:16, 36:11
**reveal** [1] - 21:23
**revised** [2] - 45:25,
46:5
**RIG** [1] - 1:4
**rise** [1] - 4:7
**RMR** [2] - 3:23, 49:14
**road** [2] - 32:18, 48:6
**Rob** [25] - 5:21, 7:17,
7:23, 9:11, 10:10,
12:23, 13:12, 13:21,
17:6, 17:24, 19:17,
19:20, 25:13, 27:14,
27:23, 29:14, 32:24,
33:3, 35:12, 37:10,
38:2, 39:18, 40:16,
41:24, 45:2
**ROBERT** [1] - 2:13
**role** [14] - 6:15, 7:20,
8:17, 8:19, 9:2, 9:3,
9:6, 9:7, 9:14, 9:25,
10:23, 11:25, 16:17,
19:24
**roles** [1] - 7:15
**rollover** [1] - 27:10
**Roman** [4] - 15:24,
25:2, 27:11, 27:18
**RONQUILLO** [1] - 3:7
**ROOM** [3] - 1:22, 3:21,
3:23
**room** [1] - 41:7
**round** [3] - 34:9,
38:19, 40:14
**Rules** [2] - 16:11,
47:18
**rules** [1] - 16:16
**RUSNAK** [1] - 1:17
**résumé** [2] - 29:22,
35:16
**résumés** [2] - 30:17,
34:15

**S**

**s/Cathy** [1] - 49:13
**Safety** [1] - 40:13
**safety** [1] - 41:14
**SAN** [1] - 1:23
**save** [1] - 37:23
**saw** [2] - 6:10, 43:25
**scene** [2] - 42:15,
42:24
**schedule** [3] - 32:4,
48:1, 48:7
**scheduled** [1] - 39:12
**scheduling** [1] - 47:4
**scope** [3] - 17:15,
17:16, 21:21
**screen** [2] - 33:17,
33:24
**seat** [1] - 4:8
**second** [8] - 10:1,
10:2, 10:4, 16:21,
19:25, 21:2, 24:13,
28:3
**secondly** [1] - 35:25
**SECREST** [1] - 3:3
**section** [2] - 18:1,
27:11
**Section** [3] - 15:23,
27:17, 34:1
**sections** [2] - 18:1,
23:3
**securing** [1] - 8:20
**see** [12] - 6:3, 9:5,
16:20, 17:24, 20:22,
22:21, 26:22, 27:17,
32:6, 34:3, 37:20,
40:8
**seem** [1] - 16:7
**send** [6] - 6:25, 34:22,
38:7, 39:4, 46:14,
46:16
**sense** [8] - 6:2, 7:7,
14:18, 34:11, 47:20,
47:22, 47:23, 47:25
**sent** [8] - 30:17, 33:18,
44:6, 44:23, 45:5,
45:15, 46:18, 47:8
**separate** [1] - 19:13
**serious** [2] - 36:16,
41:14
**services** [2] - 33:19,
34:4
**SERVICES** [1] - 3:7
**set** [1] - 19:15
**seven** [1] - 34:3
**shall** [1] - 43:16
**shape** [2] - 39:13,
46:20
**share** [1] - 35:22

**SHELL** [1] - 2:9
**short** [1] - 39:23
**shorten** [1] - 35:17
**show** [2] - 6:9, 23:21
**showed** [1] - 8:10
**side** [5] - 5:25, 14:16,
14:17, 34:25, 35:1
**sides** [1] - 6:19
**sign** [10] - 40:22, 41:8,
41:15, 42:3, 42:11,
42:25, 43:23, 43:24,
47:1, 48:11
**signing** [2] - 43:9,
48:20
**similar** [1] - 16:23
**similarly** [1] - 31:3
**simple** [1] - 13:1
**simply** [3] - 32:12,
36:15, 47:19
**single** [1] - 9:21
**singled** [2] - 9:18,
9:21
**sit** [2] - 15:8, 24:1
**site** [23] - 7:8, 7:11,
7:22, 15:19, 15:22,
16:1, 16:12, 19:6,
19:11, 19:16, 20:6,
21:8, 21:13, 22:1,
22:14, 23:4, 25:6,
25:16, 32:4, 32:5,
35:22, 41:4
**sitting** [1] - 46:18
**situation** [4] - 6:16,
7:9, 31:25
**situations** [1] - 7:16
**slight** [1] - 19:4
**slightly** [1] - 25:23
**smoothly** [2] - 31:9,
31:10
**sole** [1] - 23:14
**SOLICITOR** [1] - 3:19
**solved** [1] - 27:25
**someone** [5] - 12:4,
22:5, 32:1, 36:2,
40:16
**sometimes** [1] - 6:23
**somewhat** [1] - 31:25
**soon** [2] - 35:8, 36:1,
39:6
**sorry** [3] - 25:1, 27:20,
45:2
**sort** [7] - 6:24, 7:7,
7:10, 14:4, 20:12,
33:22, 38:5
**sorts** [1] - 20:20
**sounds** [1] - 28:16
**space** [2] - 30:18,
40:12
**speaking** [1] - 28:1
**specialized** [3] - 6:11,

6:17, 8:25
**specialties** [1] - 33:15
**specific** [13] - 7:22,
13:17, 13:24, 16:6,
17:1, 17:3, 19:10,
21:6, 21:7, 22:15,
23:3, 24:17, 28:3
**specifically** [5] -
15:19, 16:20, 19:5,
20:4, 22:13
**specifications** [1] -
8:6
**specified** [7] - 18:1,
18:4, 19:1, 22:24,
23:24, 24:14, 28:13
**specifies** [1] - 17:13
**specify** [1] - 20:12
**SPILL** [1] - 1:4
**spinning** [1] - 14:12
**spirit** [1] - 43:1
**Spock** [1] - 4:7
**spoken** [1] - 31:7
**SQUARE** [1] - 2:9
**stand** [1] - 34:14
**standpoint** [1] - 30:4
**stands** [1] - 48:14
**start** [1] - 31:11
**started** [1] - 31:8
**starting** [2] - 8:1,
32:19
**State** [1] - 49:5
**state** [3] - 11:4, 16:6,
22:23
**statement** [2] - 24:10,
39:15
**statements** [4] - 6:23,
13:23, 14:25, 18:13
**STATES** [2] - 1:1, 1:13
**States** [4] - 33:20,
33:22, 49:6, 49:17
**STATUS** [1] - 1:12
**STENOGRAPHY** [1] -
3:25
**STONE** [1] - 2:22
**stop** [2] - 10:1, 14:12
**STREET** [9] - 2:10,
2:14, 2:20, 2:24, 3:5,
3:14, 3:17, 3:21,
3:23
**strict** [3] - 41:14,
43:17
**strongly** [1] - 41:6
**subconsciously** [1] -
14:13
**subcontractor** [2] -
32:18, 33:6
**subcontractors** [13] -
29:1, 29:6, 29:12,
31:18, 32:14, 32:16,
32:17, 32:23, 32:25,

9

35:7, 37:1, 37:19
**subject** [2] - 17:13, 29:9
**submission** [1] - 43:3
**submitted** [1] - 42:6
**subs** [3] - 31:12, 35:21, 39:22
**subsequent** [1] - 13:5
**substantive** [2] - 5:23, 6:22
**subtle** [3] - 13:15, 13:23, 15:17
**suggest** [5] - 10:15, 12:23, 25:5, 25:10, 26:10
**suggested** [3] - 11:17, 12:23, 16:22
**suggestion** [4] - 14:8, 16:5, 17:2, 44:18
**SUITE** [4] - 2:10, 3:5, 3:8, 3:17
**summary** [3] - 38:5, 38:7, 39:5
**Sunday** [2] - 34:18, 47:7
**supervise** [2] - 8:13, 14:7
**supervisor** [2] - 10:16, 32:4, 41:4
**supervisory** [1] - 9:3
**support** [11] - 5:19, 9:22, 10:7, 10:8, 11:15, 11:16, 11:25, 12:20, 12:25, 13:2, 14:7
**surgery** [1] - 5:12

## T

**tasks** [2] - 7:22, 18:11
**tech** [4] - 7:16, 23:17, 23:19
**technical** [19] - 15:13, 15:25, 16:7, 16:8, 20:7, 23:19, 25:5, 25:15, 26:23, 40:5, 40:20, 40:22, 41:3, 41:15, 42:5, 42:11, 42:19, 43:8, 44:8
**technically** [1] - 41:5
**technician** [1] - 7:1
**technicians** [1] - 7:21
**telephone** [1] - 22:8
**terms** [3] - 7:5, 24:13, 38:13
**test** [3] - 8:20, 31:20, 43:12
**testing** [46] - 6:4, 7:5, 8:25, 9:3, 9:14, 9:23,

12:3, 12:18, 12:21, 13:25, 14:9, 15:5, 15:10, 15:15, 16:2, 17:25, 19:1, 19:6, 19:24, 20:6, 21:15, 21:22, 22:15, 22:18, 22:24, 24:14, 24:21, 25:9, 25:17, 26:13, 26:15, 26:25, 27:6, 27:12, 27:19, 27:20, 28:13, 29:5, 30:23, 32:21, 40:4, 40:9, 43:10, 44:16
**tests** [3] - 12:4, 12:11, 43:14
**THE** [102] - 1:4, 1:5, 1:12, 1:17, 1:20, 3:19, 3:19, 3:20, 4:7, 4:8, 4:11, 4:13, 4:16, 4:20, 4:25, 5:3, 5:6, 5:8, 5:13, 7:17, 9:9, 10:1, 10:17, 11:3, 11:6, 11:9, 12:16, 13:8, 13:11, 13:21, 15:4, 15:9, 16:19, 17:11, 17:24, 19:2, 20:4, 21:17, 22:7, 22:21, 24:12, 24:25, 25:12, 25:18, 25:20, 25:25, 26:7, 26:17, 26:20, 26:22, 27:2, 27:9, 27:14, 27:16, 27:22, 28:1, 28:5, 28:16, 28:18, 28:20, 29:14, 31:4, 31:16, 32:9, 32:22, 33:9, 35:5, 35:15, 36:14, 36:20, 37:6, 37:10, 37:15, 38:2, 38:9, 38:20, 39:8, 39:17, 39:20, 40:18, 41:17, 41:19, 43:5, 43:19, 44:2, 44:25, 45:4, 45:20, 46:1, 46:4, 46:9, 46:16, 46:20, 46:23, 46:25, 47:14, 47:23, 48:2, 48:6, 48:13, 48:19
**therefore** [2] - 6:14, 42:18
**they've** [4] - 15:1, 23:13, 31:8, 33:2
**thinks** [1] - 23:18
**third** [1] - 11:24
**third-party** [1] - 11:24
**THIS** [1] - 1:9
**three** [3] - 9:10, 30:1, 44:14, 44:24, 45:10
**throughout** [1] - 10:3
**TO** [2] - 1:9, 4:4

**today** [10] - 24:1, 38:21, 43:3, 43:23, 47:22, 47:24, 48:2, 48:8, 48:14
**together** [2] - 20:18, 42:21
**tools** [1] - 30:16
**top** [6] - 12:8, 18:7, 21:2, 26:5, 44:17, 45:12
**TORTS** [1] - 1:21
**transcript** [1] - 49:8
**TRANSCRIPT** [2] - 1:12, 3:25
**transmit** [1] - 46:7
**transmittal** [1] - 46:13
**transmitted** [2] - 45:16, 46:5
**TRANSOCEAN** [3] - 2:16, 2:16, 2:18
**transparency** [1] - 29:4
**tried** [2] - 14:17, 29:23
**true** [1] - 49:7
**trust** [1] - 23:6
**try** [2] - 29:20, 34:25
**trying** [3] - 7:12, 41:11, 48:1
**TUESDAY** [2] - 1:7, 4:2
**turn** [1] - 26:10
**turnaround** [4] - 34:14, 35:16, 36:4, 39:10
**turned** [2] - 37:23, 37:24
**turns** [1] - 12:10
**tweaking** [1] - 38:15
**TWG** [1] - 43:9
**two** [9] - 6:2, 7:13, 21:2, 23:10, 23:12, 34:9, 39:25, 44:15, 45:11
**TX** [4] - 1:18, 3:5, 3:9, 3:17

## U

**U.S** [2] - 1:20, 3:19
**ultimate** [1] - 21:12
**ultimately** [1] - 12:3
**unanticipated** [2] - 21:23, 22:7
**unchallenged** [1] - 24:10
**under** [12] - 9:17, 15:23, 16:11, 16:16, 22:17, 26:23, 31:13, 34:1, 34:2, 36:6,

41:3, 48:13
**undercut** [1] - 18:24
**Underhill** [2] - 4:18, 38:25
**UNDERHILL** [1] - 1:21, 4:18, 4:22
**understood** [3] - 8:15, 15:11, 28:15
**unfair** [2] - 9:18, 9:24
**unfairly** [1] - 9:13
**unfettered** [2] - 6:9, 23:14, 23:21
**unintentional** [1] - 23:7
**unintentionally** [1] - 19:4
**United** [4] - 33:20, 33:22, 49:6, 49:17
**UNITED** [2] - 1:1, 1:13
**unless** [1] - 36:22
**unnecessary** [1] - 28:12
**unpunished** [2] - 14:18, 29:18
**unreasonable** [1] - 35:13
**up** [20] - 6:24, 8:10, 8:23, 12:4, 14:13, 17:1, 18:24, 20:11, 21:18, 22:3, 22:5, 22:7, 25:8, 25:13, 32:20, 39:9, 39:10, 40:21, 41:22, 45:2
**update** [1] - 44:13
**urge** [1] - 31:2
**USA** [1] - 3:12

## V

**vacuum** [1] - 35:20
**validity** [1] - 12:4
**various** [1] - 10:13
**vendors** [1] - 37:22
**verbal** [1] - 48:13
**VERITAS** [1] - 3:16
**Veritas** [1] - 42:23
**version** [4] - 42:21, 44:22, 45:15, 45:25
**via** [1] - 35:4
**video** [1] - 34:4
**videotapes** [1] - 43:13
**view** [5] - 7:17, 7:20, 10:18, 11:15
**viewed** [1] - 8:19
**virtually** [1] - 39:3
**VOICES** [2] - 4:10, 48:21
**volition** [1] - 38:23

## W

**wait** [3] - 32:20, 47:1, 48:3
**waiting** [1] - 48:11
**waiving** [1] - 18:15
**WALLACE** [1] - 3:20
**WALTHER** [1] - 2:22
**wants** [4] - 21:9, 36:1, 36:14, 40:18
**WASHINGTON** [3] - 2:14, 3:14, 3:21
**weather** [1] - 19:4
**wedded** [2] - 7:13, 14:10
**week** [1] - 21:7
**weekend** [1] - 34:16
**weighed** [1] - 8:22
**welcome** [1] - 41:16
**whatsoever** [1] - 47:14
**wheels** [1] - 14:12
**WHEREUPON** [1] - 48:22
**whole** [1] - 8:8
**Williamson** [1] - 5:1
**WILLIAMSON** [3] - 1:17, 1:17, 5:1
**willing** [3] - 6:19, 22:12, 22:14
**window** [1] - 39:4
**wish** [1] - 41:7
**witnesses** [1] - 47:6
**WITTMANN** [6] - 2:22, 2:23, 5:5, 11:1, 11:5, 11:8
**Wittmann** [2] - 5:5, 11:5
**word** [5] - 11:16, 12:20, 18:8, 43:1
**Word** [2] - 39:19, 39:20
**wording** [3] - 6:21, 12:8, 20:23
**words** [8] - 6:10, 10:14, 10:18, 14:6, 17:17, 21:21, 37:23
**wordsmith** [2] - 39:17, 39:20
**wordsmithing** [1] - 38:14
**workable** [2] - 31:3, 39:7
**works** [1] - 5:14
**world** [3] - 34:24, 37:13, 42:23
**worried** [1] - 34:24
**worry** [2] - 30:11, 30:13

| |
|---|
| **written** [1] - 20:13 |
| **X** |
| **XIV(b** [1] - 27:11 |
| **Y** |
| **yesterday** [3] - 9:5, 9:11, 42:6<br>**YOAKUM** [1] - 1:18<br>**YORK** [3] - 3:8, 47:2, 47:16<br>**York** [1] - 47:2 |