UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * |
| | * MDL NO.: 2179 |
| | * |
| | * SECTION J |
| This document relates to all cases | * |
| | * |
| | * JUDGE BARBIER |
| | * MAG. JUDGE SHUSHAN |
| | * |
| | * |

**************************************

## OBJECTION TO PRETRIAL ORDER NO. 34

NOW INTO COURT, through undersigned counsel, come Claimants/Plaintiffs Federal Deposit Insurance Corporation as Receiver of Coastal Community Bank and Federal Deposit Insurance Corporation as Receiver of Superior Bank (collectively "FDIC") who respectfully submit this objection to Pretrial Order No. 34 regarding the effect of such short-form joinder on all GCCF claimants' potential net recovery under that claims program. This objection addresses the Court's April 12, 2011 Order restricting application of Rule 41(a)(1)(A)(i) in Pre-Trial Order No. 34. This objection is timely filed as an objection to a non-administrative stipulation or order pursuant to paragraph 2 of the "Miscellaneous" provisions in Pre-Trial Order No. 8.

FDIC objects to Pretrial Order No. 34 to the extent that Pretrial Order No. 34 forecloses FDIC from voluntarily dismissing its short form joinder in the event that the Plaintiffs' Steering Committee seeks common benefit fees and costs in a manner that would adversely affect FDIC's net recovery on GCCF settlements. In filing this objection, FDIC joins in the objection to PTO No. 34 and Rule 59(e) motion to clarify PTO No. 34 through declaration regarding effect of

1

short-form filing on claimants' GCCF recoveries previously filed on behalf of several plaintiffs (Record Doc. No. 2024).

## Certificate of Non-Support

Pursuant to PTO No. 11 (Case Management Order No. 1), section X, the undersigned counsel certify that the PSC does not support the filing of this pleading. *See* PTO No. 11, Doc. No. 569 (Oct. 19, 2010), at p.13. In the few days following this Court's entry of PTO No. 34, the undersigned have become aware that claimants and potential claimants have been given conflicting information by counsel seeking to advise or represent them – that submitting the short-form joinder will diminish the claimants' GCCF recovery, or conversely that it will not diminish claimants' net recovery but only potentially affect counsel's fee portion of recovery. To resolve this confusion and allow GCCF claimants and potential claimants to have full disclosure and transparency with regard to their decisions regarding how to proceed with their claims, the undersigned contacted PSC Liaison Counsel on April 18, 2011, and engaged in a dialogue seeking to clarify whether claimants' net recovery may be affected by filing the short-form joinder due to any anticipated effort by the PSC to seek an assessment of common benefit fees. PSC Liaison Counsel was unable to provide that clarity, and did not indicate that the PSC would support a motion to this Court seeking that clarity.

Accordingly, the undersigned file this pleading, as an objection to a non-administrative order or stipulation under Pre-Trial Order No. 8, as this Court has an opportunity now to resolve early and prospectively any confusion regarding fee issues that may impact claimants' and potential claimants' decision to participate in the MDL as a precautionary measure while pursuing resolution in the GCCF claims process.

Respectfully submitted,

*/s/ James M. Garner*
**JAMES M. GARNER (# 19589)**
**MARTHA Y. CURTIS (#20446)**
**AMANDA R. SCHENCK (#30706)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

*/s/ James M. Garner*
JAMES M. GARNER