UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KNOTTY GIRL FISHING L.L.C.** | * | **CIVIL ACTION NO. 11-cv-00649** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **WORLEY CATASTROPHE SERVICES** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **LLC AND BP EXPLORATION AND** | * | |
| **PRODUCTION INC.** | * | |
| | * | |

**************************************************************************

## MOTION FOR REMAND

NOW COME the Plaintiffs Knotty Girl Fishing, L.L.C. and Tonya Y. Peterson and James Ray Peterson, through the undersigned counsel of record, who move this Honorable Court for an order remanding their action to the Twenty-First Judicial District Court for the State of Louisiana from which it was improperly removed by the Defendants on March 23, 2011, and on suggesting this action should be remanded because federal jurisdiction is lacking, and on further suggesting the Defendants should be cast with all costs associated with the removal and remand of this action. The Plaintiffs further request an award of fees, costs and expenses as provided by 28 U.S.C. § 1447(c), all as more fully set forth and supported in the accompanying memorandum in support of this Motion.

WHEREFORE, the Plaintiffs pray this Honorable Court grant their Motion to Remand, and remand this action to state court, cast the Defendants with all costs, and award the Plaintiffs fees, costs and expenses for the improper removal of this action.

1

Respectfully submitted,

*/s/Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr., T.A. (La Bar No. 5117)
THE DUDENHEFER LAW FIRM, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
Email: fcdlaw@aol.com

AND

*/s/John B. Edwards*
John B. Edwards (La Bar No. 26274)
EDWARDS & ASSOCIATES LAW FIRM, LLC
208 East Oak Street
P.O. Box 974
Amite, LA 70422
Telephone: (985) 747-1088
Facsimile: (985) 747-1086
Email: john@edwardslaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2011, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

*/s/Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr. (La Bar No. 5117)