UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KNOTTY GIRL FISHING L.L.C.** | * | **CIVIL ACTION NO. 11-cv-00649** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **WORLEY CATASTROPHE SERVICES LLC AND BP EXPLORATION AND PRODUCTION INC.** | * * * * | **MAGISTRATE JUDGE SHUSHAN** |

**********************************************************************

## ORDER

Considering the foregoing Motion to Remand by the Plaintiffs,

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Remand is granted.

**IT IS FURTHER ORDERED** that the Defendants Worley Catastrophe Services LLC and BP Exploration and Production Inc. are cast with all costs of these proceedings.

**IT IS FURTHER ORDERED** that the Defendants Worley Catastrophe Services LLC and BP Exploration and Production Inc. are to pay the Plaintiffs Knotty Girl Fishing, L.L.C. and Tonya Y. Peterson and James Ray Peterson the sum of _____ for attorney fees, costs and expenses incurred in seeking remand of this action to state court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
THE HONORABLE CARL J. BARBIER
JUDGE, DISTRICT COURT