UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KNOTTY GIRL FISHING L.L.C.** | * | **CIVIL ACTION NO. 11-cv-00649** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **WORLEY CATASTROPHE SERVICES LLC AND BP EXPLORATION AND PRODUCTION INC.** | * * * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |

*************************************************************************

## REQUEST FOR ORAL ARGUMENT

Pursuant to the Local Rules, the Plaintiffs respectfully request this Honorable Court grant them the opportunity to present oral argument to this Court in further support of their Motion to Remand at the hearing of said motion set for June 8, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr., T.A. (La Bar No. 5117)
THE DUDENHEFER LAW FIRM, LLC
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone: (504) 525-2553
Facsimile: (504) 523-2508
Email: fcdlaw@aol.com

AND

1

*/s/John B. Edwards*
John B. Edwards (La Bar No. 26274)
EDWARDS & ASSOCIATES LAW FIRM, LLC
208 East Oak Street
P.O. Box 974
Amite, LA 70422
Telephone: (985) 747-1088
Facsimile: (985) 747-1086
Email: john@edwardslaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2011, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which then sent notification of such filing to all counsel of record.

*/s/Frank C. Dudenhefer, Jr.*
Frank C. Dudenhefer, Jr. (La Bar No. 5117)