**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the Gulf | ) | |
| OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: "J" |
| | ) | |
| | ) | JUDGE CARL J. BARBIER |
| | ) | |
| | ) | MAGISTRATE NO. 1 |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE SHUSHAN |
| | ) | |
|     2:10-CV-02771 | ) | |

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

      M-I L.L.C. requests that Shannon A. Lang, Texas Bar No. 24070103, associated with the case no. 2:10-CV-02771, be allowed to withdraw as one of the counsel of record for M-I L.L.C. M-I L.L.C. also requests that Ms. Lang be removed from the electronic service list in this case. Hugh E. Tanner will remain as attorney-in-charge for M-I L.L.C.  This withdrawal is not sought for purposes of delay.

      WHEREFORE, M-I L.L.C. respectfully requests that the Court grant this Motion to Withdraw as Counsel of Record and for such other and further relief to which M-I L.L.C. may be justly entitled.

April 21, 2011

       Respectfully submitted,

       MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.415.3000
Facsimile: 305.415.3001

Denise Scofield
Texas Bar No. 00784934
John C. Funderburk
Texas Bar No. 24050629
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

       By:  /s/ Hugh E. Tanner_____
          Hugh E. Tanner
          Texas Bar No. 19637400
          1000 Louisiana, Suite 4000
          Houston, Texas  77002
          Telephone:     (713) 890-5000
          Facsimile:     (713) 890-5001

       **ATTORNEYS FOR DEFENDANT
       M-I L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 21st day of April, 2011.


 /s/ *Hugh E. Tanner*                              
Hugh E. Tanner