UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the Gulf | ) | |
| OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: "J" |
| | ) | |
| | ) | JUDGE CARL J. BARBIER |
| | ) | |
| | ) | MAGISTRATE NO. 1 |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE SHUSHAN |
| | ) | |
| 2:10-CV-02771 | ) | |

**ORDER ON MOTION TO WITHDRAW COUNSEL**

Considering the foregoing Motion to Withdraw counsel:

IT IS ORDERED that Shannon A. Lang, Texas Bar No. 24070103, as associated with the case no. 2:10-CV-02771, be allowed to withdraw as counsel for M-I L.L.C. M-I L.L.C. requests that Ms. Lang be removed from the electronic service list in this case. Hugh E. Tanner remains attorney-in-charge.

THIS _____ day of _____, 2011

_____
UNITED STATES DISTRICT JUDGE