# The Times-Picayune

**3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097     TELEPHONE (504) 826-3201**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF ISLAND VENTURES, II, LLC, AS OWNER OF THE M/V JOE GRIFFIN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NO: 10-4168
SECTION: J
JUDGE
MAGISTRATE JUDGE (I)

NOTICE OF COMPLAINT FOR EXONERATION FROM AND LIMITATION OF LIABILITY
NOTICE IS GIVEN that Island Ventures, II, LLC has filed a Complaint pursuant to 46 USC 30505, et seq., claiming the right to exoneration from or limitation of liability regarding all claims, allegedly resulting from the activities of April 21-22, 2010, when the M/V JOE GRIFFIN assisted the DEEPWATER HORIZON, all as is more fully set forth in the Complaint.
ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioner, Phelps Dunbar, LLP, 365 Canal Street, Canal Place, Suite 2000, New Orleans, Louisiana, a copy thereof on or before the 20th day of April, 2011, at 5:00 p.m., or be defaulted.
PERSONAL ATTENDANCE is not required.
ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.
New Orleans, Louisiana, this 4th day of November, 2010.

/s/Julie Harrison, Deputy Clerk
LORETTA G. WHYTE, CLERK OF COURT

Respectfully submitted,
PHELPS DUNBAR LLP
BY: /s/
Robert P. McCleskey, Jr., (Bar #9151)
Raymond T. Walt, LA Bar No.: 31351
Canal Place, 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: mccleskr@phelps.com
raymond.wald@phelps.com

Attorneys for Petitioner in Limitation, Island Ventures II, LLC

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICE

Re: In the Matter of Island Ventures II, LLC, as owner of the M/V Joe Griffin, Petitioning for Exoneration from or

Advertisement of        Phelps Dunbar

365 Canal St, Ste 2000
New Orleans, LA 70130

Was published in        The Times Picayune

3800 Howard Ave
New Orleans, LA 70125

On the following dates        November 11, 18, 25,
December 2, 2010

*Elizabeth C Darcey*

Sworn to and subscribed before me this 2nd Day of December, 2010

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

**EXHIBIT A**

# PHELPS DUNBAR                              Louisiana

ROBERT P. MCCLESKEY, JR.
Partner
Admitted in Louisiana and Texas

November 2, 2010

9093-399

Lloyd N. Frischhertz, Esq.                                    *Via E-Mail*
Frischhertz & Assoc.
1130 St. Charles Avenue
New Orleans, LA  70130
lfrischhertz@frischhertzlaw.com

F. Gerald Maples, Esq.
365 Canal Street, Suite 2650
New Orleans, LA  70130
federal@geraldmaples.com

      Re:    *In the Matter of Island Ventures II, LLC, as owner*
           *of the M/V JOE GRIFFIN, Petitioning for Exoneration*
           *From or Limitation of Liability*
           USDC, EDLA, C.A. No. 10-4168

           *In the Matter of Nautical Solutions, LLC, as owner*
           *of the M/V MR. SIDNEY, Petitioning for Exoneration*
           *From or Limitation of Liability*
           USDC, EDLA, C.A. No. 10-4169

Gentlemen:

    Attached for your files are copies of the Limitation Pleadings filed on behalf of Island Ventures II, LLC, as owner of the M/V JOE GRIFFIN and Nautical Solutions, LLC, as owner of the M/V MR. SIDNEY.

    With best regards, I remain

               Very truly yours,

               Bob

               Robert P. McCleskey, Jr.

RPM/pal
Attachments


EXHIBIT
B (1)

# PHELPS DUNBAR
LLP

Louisiana | Mississippi | Texas | Florida | Alabama | London

ROBERT P. MCCLESKEY, JR.
Partner
Admitted in Louisiana and Texas

November 5, 2010

9093-399

Lloyd N. Frischhertz, Esq.
Frischhertz & Assoc.
1130 St. Charles Avenue
New Orleans, LA 70130
lfrischhertz@frischhertzlaw.com

*Via E-Mail*

Re:   *In the Matter of Island Ventures II, LLC, as owner*
      *of the M/V JOE GRIFFIN, Petitioning for Exoneration*
      *From or Limitation of Liability*
      USDC, EDLA, C.A. No. 10-4168

      *In the Matter of Nautical Solutions, LLC, as owner*
      *of the M/V MR. SIDNEY, Petitioning for Exoneration*
      *From or Limitation of Liability*
      USDC, EDLA, C.A. No. 10-4169

Dear Lloyd:

For completeness of your files, attached are the Orders issued by the Court approving the tendered security and setting April 20, 2011 as the monition dates in the captioned litigations.

With best personal regards, I remain

Very truly yours,

Robert P. McCleskey, Jr.

RPM/pal
Attachments
cc:   F. Gerald Maples, Esq.
      federal@geraldmaples.com


EXHIBIT
B(2)

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com

PD.4446332.1