UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "DEEPWATER HORIZON" in the Gulf of Mexico on April 20, 2010 | CIVIL ACTION<br><br>MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>11-58 | Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

## MOTION FOR ORDER NOTING AND ENTERING DEFAULTS

NOW INTO COURT, through undersigned counsel, come Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., Petitioners in Limitation in Civil Action No. 11-58, who submit that notices have been issued to all persons asserting claims with respect to any loss, damage, injury or death arising out of or occurring on the voyage of the M/V MONICA ANN which began at Mississippi Canyon Block 211, Gulf of Mexico, at approximately 2210 hours on April 20, 2010, as it transited to render emergency response assistance to the DEEPWATER HORIZON, and which voyage terminated when the M/V MONICA ANN arrived back at the aforementioned location at approximately 1145 hours on April 22, 2010, as more fully described in the Complaint herein, admonishing all such persons to

file their respective claims with the Clerk of this Court, on or before the 20th day of April, 2011; and notices having been duly published on January 20, 2011; January 27, 2011; February 3, 2011; and February 10, 2011, as shown by the attached Affidavit/Proof of Publication issued by and on behalf of *The Times Picayune* (Exhibit "A"), and a copy of the Notice having been mailed to every person known to have made any claim against the vessel or Petitioners in Limitation arising out of the voyage or trip on which the claims sought to be limited arose (Exhibit "B"), all pursuant to and in accordance with an Order of the Court and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Based upon the abovementioned facts, Petitioners in Limitation respectfully request an Order of Default against any and all persons claiming damage for any loss, damage, injury or death arising out of or occurring on the voyage of the M/V MONICA ANN, which began at Mississippi Canyon Block 211, Gulf of Mexico, at approximately 2210 hours on April 20, 2010, as it transited to render emergency response assistance to the DEEPWATER HORIZON, and which voyage terminated when the M/V MONICA ANN arrived back at the aforementioned location at approximately 1145 hours on April 22, 2010, as more fully described in the Complaint herein, who have not heretofore filed both their Claims and Answers, or have been granted by the Court an extension of time in which to file both Claims and Answers, and that the Order of Default be noted and entered; and all persons in default be barred from filing any claims and answers in this proceeding.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ William J. Riviere
William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion Noting and Entering Defaults submitted on behalf of Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C., has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 21st day of April, 2011.

/s/ William J. Riviere
William J. Riviere