# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097    TELEPHONE (504) 826-3201

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS PRO HAC VICE, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION NO.: 11-58
SECTION: J
JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY
NOTICE IS GIVEN that Monica Ann', L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C. have filed a Complaint pursuant to 46 USC §30505, et seq., claiming the right to exoneration from or limitation or liability regarding all claims allegedly resulting from the activities of April 20-22, 2010, when the M/V MONICA ANN provided emergency response assistance to the DEEPWATER HORIZON, all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation/exoneration are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for Petitioners, Phelps Dunbar, LLP, 365 Canal Street, Canal Place, Suite 2000, New Orleans, Louisiana, Attn: William I. Riviere, a copy thereof on or before the 20th day of April 2011, at 5:00 p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

New Orleans, Louisiana, this 13 day of January, 2011.
s/Loretta G. Whyte
LORETTA G. WHYTE, CLERK OF COURT

Respectfully submitted,
PHELPS DUNBAR LLP

BY: s/William J. Riviere
William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place, 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

---

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICE

Re: In the Matter of Monica Ann, L.L.C., as Owner, and JNB Operating, L.L.C. and Gulf Offshore Logistics, LLC

Advertisement of    Phelps Dunbar

365 Canal St, Ste 2000
New Orleans, LA 70130

Was published in    The Times Picayune

3800 Howard Ave
New Orleans, LA 70125

On the following dates    January 20, 27, February 3, 10, 2011

Sworn to and subscribed before me this 10th Day of February, 2011

_Elizabeth C Darcey_

Notary Public
My commission expires at my death.
Charles A. Ferguson, Jr.
Notary identification number 23492



EXHIBIT A

# PHELPS DUNBAR
LLP

Louisiana | Mississippi | Texas | Florida | Alabama | London

WILLIAM J. RIVIERE
Partner
(504) 584-9343
riviereb@phelps.com

January 13, 2011

23458-14

Lloyd N. Frischhertz
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, LA 70130-4332

    Re:    *In the Matter of Monica Ann, L.L.C., etc.*
            USDC-EDLA, C.A. No. 11-58, Sec. "J"(1)

            *Terry G. Robin, et al. v. Seacor Marine, LLC, et al.*
            C.A. No. 10-1986, USDC, EDLA

Dear Lloyd:

    Please be advised that a limitation/exoneration action has been filed on behalf of the M/V MONICA ANN in the United States District Court for the Eastern District of Louisiana. Please see the attached Order signed in that action by Judge Carl Barbier. I am serving this upon you as counsel for plaintiffs in the *Terry Robin, et al.* action captioned above.

    I also enclose a copy of the limitation complaint filed in that action.

    Please call me if you have any questions.

    With kind regards, I remain

                                  Sincerely yours,

                                  William J. Riviere

192/pw

EXHIBIT B

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS *PRO HAC VICE*, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. : <br><br> SECTION: <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

### COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, come Limitation Petitioners, Monica Ann, L.L.C. ("Monica Ann"), as owner, and JNB Operating, L.L.C. ("JNB") and Gulf Offshore Logistics, L.L.C. ("GOL"), as managers/operators and/or owners *pro hac vice*, of the M/V MONICA ANN, and for their Complaint seeking exoneration from and/or limitation of liability, civil and maritime, within the admiralty and maritime jurisdiction of this Honorable Court, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, allege upon information and belief as follows:

1.

At all times pertinent hereto, Monica Ann was a limited liability company organized and existing under and by virtue of the laws of the State of Louisiana, with its principal place of business in Raceland, Louisiana. It was, and is, the owner of the M/V MONICA ANN.

2.

At all times pertinent hereto, JNB was a limited liability company organized and existing under and by virtue of the laws of the State of Louisiana, with its principal place of business in Lafayette, Louisiana. It was the manager/operator and/or purported owner *pro hac vice* of the M/V MONICA ANN.

3.

At all times pertinent hereto, GOL was a limited liability company organized and existing under and by virtue of the laws of the State of Louisiana, with its principal place of business in Raceland, Louisiana, and was the purported manager/operator/owner *pro hac vice* of the M/V MONICA ANN.

4.

The MONICA ANN is a vessel flagged under the laws of the United States, with her home port in New Orleans, Louisiana.

5.

Monica Ann, JNB and GOL used due diligence to make the M/V MONICA ANN seaworthy, and said vessel was, prior to the casualty at issue herein and at all times relevant hereto, tight, staunch, strong, and fully and properly manned, equipped, and supplied, and in all respects seaworthy and fit for the service in which she was engaged.

6.

On the evening of April 20, 2010, the M/V MONICA ANN was approximately twenty miles away from the Rig DEEPWATER HORIZON and assisting with cargo operations alongside the Rig OCEAN ENDEAVOR in Mississippi Canyon, Block 211, Gulf of Mexico.

7.

At approximately 2130 hours on April 20, 2010, crewmembers aboard the M/V MONICA ANN observed a large explosion(s) in the distance aboard the DEEPWATER HORIZON, which immediately became engulfed in flames, was listing and was in extreme distress. Upon observing said explosion(s), the M/V MONICA ANN made immediate efforts to suspend cargo operations with the Rig OCEAN ENDEAVOR in order to prepare to render emergency assistance to the DEEPWATER HORIZON, and her crew and the personnel aboard.

8.

Upon arriving in the vicinity of the DEEPWATER HORIZON late in the evening on April 20, 2010, the M/V MONICA ANN followed the directives of the third party on-scene commander to initially search for any individuals who may have remained in the water in the immediate vicinity of the DEEPWATER HORIZON, and thereafter in the early morning hours of April 21, 2010, to attempt to cool the DEEPWATER HORIZON until being directed to move away from the rig that morning. Following the sinking of the DEEPWATER HORIZON the next day, April 22, 2010, the M/V MONICA ANN was released by the United States Coast Guard at approximately 1100 hours on April 22, 2010. Monica Ann, JNB and GOL reserve the right to supplement and amend this paragraph as further facts are developed.

9.

The subject voyage of the M/V MONICA ANN began at Mississippi Canyon Block 211, Gulf of Mexico, at approximately 2210 hours on April 20, 2010, and it ended when the M/V MONICA ANN arrived back at that location to resume cargo operations there at approximately 1145 hours on April 22, 2010. Had hire been charged at the then-existing charter hire rate of the vessel, same would have accrued on the voluntary emergency response voyage in issue in the sum of $22,550. Monica Ann, JNB and GOL reserve the right to supplement and amend this paragraph as further facts are developed.

10.

The aforementioned incident, including the loss of the DEEPWATER HORIZON, was not due to any fault, neglect, want of due care, or unseaworthiness on the part of Monica Ann, JNB, GOL, the M/V MONICA ANN, or anyone for whom Monica Ann, JNB, GOL and/or the M/V MONICA ANN may be in any way responsible.

11.

The aforementioned incident, including the loss of the DEEPWATER HORIZON, was caused and occurred without the privity or knowledge of Monica Ann, JNB and/or GOL.

12.

While denying all liability, Monica Ann, JNB and GOL show that in the event they should be held liable to any degree to anyone, Monica Ann, JNB and GOL claim the benefit of limitation of liability provided in 46 USC §30505, *et seq.* (and all laws supplementary and amendatory thereto) and in Rule F of the Supplemental Rules for Certain Admiralty and

Maritime Claims, upon showing that the incident occurred without the privity or knowledge of Monica Ann, JNB and/or GOL.

13.

Monica Ann's, JNB's and GOL's interests in the M/V MONICA ANN totaled TWENTY-FOUR MILLION FOUR HUNDRED FIFTY THOUSAND AND NO/100 ($24,450,000.00) DOLLARS, based on the attached Declaration, Exhibit "A," and inclusive of pending freight of the voyage, did not exceed the maximum sum of TWENTY-FOUR MILLION FOUR HUNDRED SEVENTY-TWO THOUSAND FIVE HUNDRED FIFTY AND NO/100 ($24,472,550.00) DOLLARS.

14.

Monica Ann, JNB and GOL show that if they should be held liable to any degree to anyone, which is denied, said liability should be limited to, and not exceed, the value of Monica Ann's, JNB's, and GOL's interest in the aforementioned vessel and her pending freight, in the maximum sum of TWENTY-FOUR MILLION FOUR HUNDRED SEVENTY-TWO THOUSAND FIVE HUNDRED FIFTY AND NO/100 ($24,472,550.00) DOLLARS.

15.

Attached hereto as Exhibit "B" is a list of all suits pending of which Monica Ann, JNB and GOL have knowledge pertaining to the aforementioned incident, and Monica Ann, JNB and GOL aver upon information and belief that there are no other casualties, claims, demands, liens or suits pending.

16.

Monica Ann, JNB and GOL file herewith a Letter of Undertaking in appropriate form in the sum of TWENTY-FOUR MILLION FOUR HUNDRED SEVENTY-TWO THOUSAND FIVE HUNDRED FIFTY AND NO/100 ($24,472,550.00) DOLLARS in accordance with Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and Monica Ann, JNB and GOL also are prepared, in respect to security for appraisal, to act in accordance with the provisions of Supplemental Rules F(1) and (7), when and if this Honorable Court should so warrant.

WHEREFORE, Monica Ann, JNB and GOL respectfully pray:

(1)   That this Honorable Court issue an injunction to restrain the commencement or prosecution of any action or actions against Monica Ann, JNB, GOL, any of their property, the M/V MONICA ANN, her master and crew, and underwriters of Monica Ann, JNB, GOL and/or the M/V MONICA ANN, with respect to any claim for which Monica Ann, JNB and GOL seek exoneration from and/or limitation of liability.

(2)   That the Court adjudge Monica Ann, JNB, GOL and the M/V MONICA ANN not liable to any extent whatsoever for damages of any kind arising out of the matters aforesaid or, in the alternative, should the Court adjudge Monica Ann, JNB, GOL and/or the M/V MONICA ANN liable in any amount whatsoever, that said liability be limited to and not exceed the amount of value of Monica Ann's, JNB's and/or GOL's interest in the M/V MONICA ANN and her pending freight.

(3)     That a judgment be entered discharging Monica Ann, JNB, GOL and the M/V MONICA ANN from any and all further liability, and forever enjoining the filing or prosecution of any claims against them as a consequence of the matters aforesaid.

(4)     That Monica Ann, JNB and GOL have such other and further relief as justice may require.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ William J. Riviere

William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
           herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS *PRO HAC VICE*, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. : <br><br> SECTION: <br><br> JUDGE <br><br> MAGISTRATE JUDGE |

### VERIFICATION

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

WILLIAM J. RIVIERE

who, being duly sworn, did depose and say:

1.   That he is a partner with the law firm of Phelps Dunbar LLP, and is one of the attorneys for petitioners in limitation in the above captioned and numbered proceeding;

2.   That he has read the above and foregoing Complaint for Exoneration from or Limitation of Liability; that all of the allegations of fact contained therein are true and correct

PD.4599175.1

to the best of his information, knowledge and belief, and that the source of his knowledge and the grounds for his belief being information obtained from his clients and investigation by him and his representatives; and

    3.    That he is specifically authorized by petitioners in limitation to make this Verification on their behalf.

                                    WILLIAM J. RIVIERE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11TH DAY
OF JANUARY, 2011.

_____
NOTARY PUBLIC

Jeremy A. Herschaft
Notary Public, Notary ID # 02935
State of Louisiana
Parish of Orleans
My Commission is Issued For Life

PD.4599175.1
2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS *PRO HAC VICE*, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. : 11-58<br><br>SECTION: J<br><br>JUDGE Barbier<br><br>MAGISTRATE JUDGE Shushan |

### ORDER APPROVING PETITIONERS' DECLARATION OF VALUE AND DIRECTING THE ISSUANCE OF NOTICE TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS

WHEREAS, a Complaint has been filed herein on the 11th day of January, 2011, by Monica Ann, L.L.C., as owner, and JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C., as managers/operators and/or owners *pro hac vice*, of the M/V MONICA ANN, for exoneration from and/or limitation of liability, pursuant to 46 USC §30505, *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, injury, or destruction caused by or resulting from her rendering emergency assistance to the DEEPWATER HORIZON on or about April 20-22, 2010, as more fully described by the facts and circumstances set forth in the Complaint, and petitioners having filed security for costs, and a valuation Declaration and other evidence for the value of the vessel

and her pending freight, and approved security thereon, all as required by the rules of this Court and the law.

NOW THEREFORE, upon motion of Phelps Dunbar, LLP, attorneys for petitioners,

(1) IT IS ORDERED that the sum of $250.00 deposited in the Court's registry be accepted as security for petitioners' costs in this matter.

(2) IT IS FURTHER ORDERED that the Declaration of Value of petitioners' interest in the M/V MONICA ANN, and her pending freight in the total amount of $24,472,550.00 by petitioners, and the undertakings filed herein by Underwriters subscribing to Policy Nos. TUV221049-00; TUV441004-00; ML101161/10; 7322910; ML101162/10; and 7322911, be accepted as stipulation for value for the purpose of the limitation proceedings and that they be approved as to form, quantum and surety.

(3) IT IS FURTHER ORDERED that any claimant who may properly become a party hereto may contest the amount or value of petitioners' interest in the M/V MONICA ANN and her pending freight, as fixed in said Declaration, and may move the Court for new appraisal of said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court for the amount of value of said interest.

(4) IT IS FURTHER ORDERED that notice shall be issued under the seal of this Court to all parties asserting claims with respect to which the Complaint seeks exoneration and/or limitation, admonishing them to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, in writing, and to serve on the attorneys for petitioners a copy thereof on or before the  20th day of   April    , 2011, or be defaulted, and if any claimant desires to contest either the right to exoneration from or the right

2

to limitation of liability, he shall file and serve on attorneys for petitioners an answer to the Complaint on or before the said date, unless his claim has included an Answer to the Complaint, so designated, or be defaulted.

(5) IT IS FURTHER ORDERED that the aforesaid notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure once a week for four successive weeks prior to the date fixed for the filing of claims in a newspaper of general circulation published in the City of New Orleans, State of Louisiana: The New Orleans Times Picayune; and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

(6) IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against petitioners, any of their property, the M/V MONICA ANN, her master and crew, and/or the underwriters for petitioners and the M/V MONICA ANN with respect to any claim for which petitioners seek exoneration from or limitation of liability, including any claim arising out of or connected in any way with any loss, damage, injury or destruction resulting from the matters described in the Complaint be and the same is hereby enjoined, stayed and restrained until the hearing of determination of this proceeding.

(7) IT IS FURTHER ORDERED that petitioners may make service of this order as a restraining order through the United States Post Office by mailing or telefaxing a conformed copy thereof to the person or persons to be enjoined or restrained, or their respective attorneys, or alternatively, by hand delivery.

New Orleans, Louisiana, this 12th day of _____January_____, 2011.

_____
United States District Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF MONICA ANN, L.L.C., AS OWNER, AND JNB OPERATING, L.L.C. AND GULF OFFSHORE LOGISTICS, L.L.C., AS OPERATORS AND/OR OWNERS *PRO HAC VICE*, OF THE M/V MONICA ANN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: 11-58<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C. have filed a Complaint pursuant to 46 USC §30505, *et seq.*, claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activities of April 20-22, 2010, when the M/V MONICA ANN provided emergency response assistance to the DEEPWATER HORIZON, all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation/exoneration are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for Petitioners, Phelps Dunbar, LLP, 365 Canal Street, Canal Place, Suite 2000, New Orleans,

PD.4599177.1

Louisiana, Attn: William J. Riviere, a copy thereof on or before the 20th day of _April_, 2011, at 5:00 p.m., or be defaulted.

**PERSONAL ATTENDANCE** is not required.

**ANY CLAIMANT DESIRING TO CONTEST** either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims

New Orleans, Louisiana, this 13 day of January, 2011.

_Loretta G. Whyte_
LORETTA G. WHYTE, CLERK OF COURT

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _William J. Riviere_

William J. Riviere, T.A. (Bar No. 20593)
Jeremy Alan Herschaft, (Bar No. 29246)
Phelps Dunbar, LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
herschaj@phelps.com

Attorneys for Petitioners in Limitation, Monica Ann, L.L.C., JNB Operating, L.L.C. and Gulf Offshore Logistics, L.L.C.