UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
|    "DEEPWATER HORIZON" in the Gulf | ) | |
|    OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: "J" |
| | ) | |
| | ) | JUDGE CARL J. BARBIER |
| | ) | |
| | ) | MAGISTRATE NO. 1 |
| THIS DOCUMENT RELATES TO: | ) | MAGISTRATE SHUSHAN |
| | ) | |
| 2:10-CV-02771 | ) | |

## DEFENDANT'S MOTION TO WITHDRAW DOCUMENT NO. 2046

Defendant M-I L.L.C. hereby requests to withdraw Cross-claim Against Third Party Plaintiffs Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Drilling Inc., and Transocean Deepwater Inc. filed by Third Party Defendant M-I L.L.C. on April 20, 2011 (Docket Entry No. 2046). This document was inadvertently filed in case 2:10-md-02179 and has been subsequently filed in the correct case, 2:10-cv-2771.

WHEREFORE, M-I L.L.C. respectfully requests that the Court grant this Motion to Withdraw Document No. 2046 filed in case 2:10-md-02179 and to instruct the Clerk to remove the document from the docket.


| | |
|---|---|
| April 21, 2011 | Respectfully submitted, |

MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Hugh E. Tanner

Derek E. Leon
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305.415.3000
Facsimile: 305.415.3001

Hugh E. Tanner
Texas Bar No. 19637400
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:       (713) 890-5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

Denise Scofield
Texas Bar No. 00784934
John C. Funderburk
Texas Bar No. 24050629
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:    (713) 890-5000
Facsimile:       (713) 890-5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing *Defendant's Motion to Withdraw Docket No. 2046* has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 21st day of April, 2011.

                                           /s/ *Hugh E. Tanner*
                                           Hugh E. Tanner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG       ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the Gulf  ) | |
| OF MEXICO, ON APRIL 20, 2010         ) | SECTION: "J" |
|                                                           ) | |
|                                                           ) | JUDGE CARL J. BARBIER |
|                                                           ) | |
|                                                           ) | MAGISTRATE NO. 1 |
| THIS DOCUMENT RELATES TO:       ) | MAGISTRATE SHUSHAN |
|                                                           ) | |
| 2:10-CV-02771                                    ) | |

**ORDER ON DEFENDANT'S MOTION TO WITHDRAW DOCUMENT NO. 2046**

Considering the foregoing Motion to Withdraw Document:

    IT IS ORDERED that Document No. 2046 filed in case 2:10-md-02179 is withdrawn and removed from the docket.

    THIS _____ day of _____, 2011

_____
UNITED STATES DISTRICT JUDGE