UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    "DEEPWATER HORIZON" in the Gulf    OF MEXICO, ON APRIL 20, 2010 | )  )  )  )  )  )  )  )  )  ) | MDL NO. 2179    SECTION: "J"    JUDGE CARL J. BARBIER    MAGISTRATE NO. 1  MAGISTRATE SHUSHAN |
| THIS DOCUMENT RELATES TO:    2:10-CV-02771 | | |

**ORDER ON DEFENDANT'S MOTION TO WITHDRAW DOCUMENT NO. 2046**

Considering the foregoing Motion to Withdraw Document:

  IT IS ORDERED that Document No. 2046 filed in case 2:10-md-02179 is withdrawn and removed from the docket.

  THIS _____ day of _____, 2011

                  _____
                  UNITED STATES DISTRICT JUDGE