*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION MDL NUMBER:  2179 SECTION:  "J" - (1) JUDGE: CARL J. BARBIER |
| THIS DOCUMENT RELATES: 10-3895 | MAGISTRATE: SALLY SHUSHAN |

**EX PARTE MOTION FOR ORDER NOTING DEFAULTS
IN CIVIL ACTION NO. 10-3895
SUBMITTED ON BEHALF OF M/V SEACOR LEE,
SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC,
SEACOR MARINE LLC, and SEACOR WORLDWIDE, INC.**

NOW INTO COURT, through undersigned counsel, come M/V SEACOR LEE, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc., petitioners in Civil Action No. 10-3895, who respectfully request the Court issue the attached Order noting defaults of claimants in Civil Action No. 10-3895, all as is more fully set forth in the attached Memorandum.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY:     _(signature)_

        GARY A. HEMPHILL, T.A. (#6768)
        HUGH RAMSAY STRAUB (#12525)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Attorneys for Petitioners-in-Limitation,
        Seacor Holdings, Inc., Seacor Offshore
        LLC, Seacor Marine LLC, and Seacor
        Worldwide, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 21st day of April, 2011.

_(signature)_

GARY A. HEMPHILL
HUGH RAMSAY STRAUB

PD.5057444.1