UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES: 10-3895 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION: "J" - (1)<br><br>JUDGE: CARL J. BARBIER<br><br>MAGISTRATE: SALLY SHUSHAN |

ORDER NOTING DEFAULTS
RELATIVE TO CIVIL ACTION NO. 10-3895

THIS COURT having heretofore duly issued a monition against all persons claiming damages against and/or from limitation petitioners M/V SEACOR LEE, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc. for any loss, damage, injury, or death caused by or resulting from the voyage of M/V SEACOR LEE and its response on or about April 20, 2010, to an emergency distress signal from the DEEPWATER HORIZON, which was then on fire and in distress, all as is more fully set forth in the Complaint filed in Civil Action No. 10-3895, and requiring persons claiming damage to file claims on or before April 20, 2011, at the office of Loretta G. Whyte, 500 Poydras Street, Room C-151, New Orleans, Louisiana, 70130, subject to the right of any interested person to question or controvert the same, and publication of said monition having been duly given as required by the rules and practices of this Court, all of which appears by the return filed herein;

1

PD.5056857.1

And it appears from the record of the Court that Claims and Answers have been presented pursuant to said monition and that due proclamation has been made to all persons having or claiming damage for any loss, damage, injury, or death arising out of the incident occurring on or about April 20, 2010, on the return of said monition to appear and answer the Complaint herein and present their claims, and no other person or persons or corporation or corporations having appeared in Civil Action No. 10-3895, now on motion of counsel for M/V SEACOR LEE, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc.:

IT IS ORDERED THAT THE DEFAULT of all persons or corporations claiming damages against petitioners, M/V SEACOR LEE, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Seacor Worldwide, Inc., for any and all loss, damage, injury, or death caused by or resulting from the aforesaid incident on or about April 20, 2010, and not having filed a claim in the aforesaid be and the same are HEREBY NOTED.

AND IT IS FURTHER ORDERED that all issues raised by the Complaint filed herein in Civil Action No. 10-3895 and Answers thereto stand for trial before this Court according to the rules and practices thereof.

AND IT IS FURTHER ORDERED that all proofs of claim so filed as aforesaid be and the same are hereby suspended until trial and determination of this action.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                             UNITED STATES DISTRICT JUDGE