*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010** | **CIVIL ACTION** |
| | **MDL NUMBER: 2179** |
| | **SECTION: "J" - (1)** |
| **THIS DOCUMENT RELATES: 10-3896** | **JUDGE: CARL J. BARBIER** |
| | **MAGISTRATE: SALLY SHUSHAN** |

**EX PARTE MOTION FOR ORDER NOTING DEFAULTS IN CIVIL ACTION NO. 10-3896 SUBMITTED ON BEHALF OF M/V VANGUARD, SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, AND SEACOR MARINE LLC**

NOW INTO COURT, through undersigned counsel, come M/V SEACOR VANGUARD, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, petitioners in Civil Action No. 10-3896, who respectfully request the Court issue the attached Order noting defaults of claimants in Civil Action No. 10-3896, all as is more fully set forth in the attached Memorandum.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY: [signature]

GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners-in-Limitation, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 21st day of April, 2011.

[signature]

GARY A. HEMPHILL
HUGH RAMSAY STRAUB