# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION: "J" - (1) |
| THIS DOCUMENT RELATES:<br>10-3896 | JUDGE:<br>CARL J. BARBIER<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

### MEMORANDUM IN SUPPORT OF MOTION FOR ORDER NOTING DEFAULTS IN CIVIL ACTION NO. 10-3896 SUBMITTED ON BEHALF OF M/V VANGUARD, SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, AND SEACOR MARINE LLC

NOW INTO COURT, through undersigned counsel, come M/V SEACOR VANGUARD, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC, petitioners in Civil Action No. 10-3896, who move the Court to issue the attached Order noting defaults of claimants in Civil Action No. 10-3896, and in support thereof show the Court the following:

(1) Notice of this Petition in Limitation has been published to all persons asserting claims with respect to any loss, damage, injury, or death arising out of or occurring on the

voyage of the M/V SEACOR VANGUARD, at the direction of charterer SMIT Salvage Americas, Inc. to assist in the damage assessment and efforts to save MODU DEEPWATER HORIZON on April 21 and 22, 2010.

(2) On October 29, 2010, in Civil Action No. 10-3896, the Court issued its Order Directing the Issuance of Notice and Restraining Prosecution of Claims (see Rec.Doc. 4) and set the date of April 20, 2011, for the filing of claims.

(3) Notice of Complaint for Exoneration From or Limitation of Liability directing claimants to file and serve an answer to the Complaint was issued by this Honorable Court's clerk on the 1st day of November 2010 (Rec.Doc. 4-1).

(4) Notice of the Complaint in Civil Action No. 10-3896 was thereafter duly published in the Times-Picayune on November 12, 19, 26, and December 3, 2010 (see Exhibit "A").

WHEREFORE, M/V SEACOR VANGUARD, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC respectfully pray that the Court enter the attached Order Noting Defaults of all claimants who have failed properly to file claims/answers in Civil Action No. 10-3896.

RESPECTFULLY SUBMITTED,

PHELPS DUNBAR LLP

BY: _____
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners-in-Limitation,
Seacor Holdings, Inc., Seacor Offshore
LLC, and Seacor Marine LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 21st day of April, 2011.

_____
GARY A. HEMPHILL
HUGH RAMSAY STRAUB