# The Times-Picayune

3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097      TELEPHONE (504) 826-3201



**Exhibit A Attached**

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICE

Re: Civil Action Number: 10-3896 Section J In the Matter of Seacor Holdings, Inc., Seacor Offshore LLC, and Seaco

Advertisement of   Phelps Dunbar

365 Canal St, Ste 2000
New Orleans, LA 70130

Was published in   The Times Picayune

3800 Howard Ave
New Orleans, LA 70125

On the following dates   November 12, 19, 26, December 3, 2010

Sworn to and subscribed before me this 3rd Day of December, 2010

*Elizabeth C Darcey*

Notary Public
My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492



EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, and SEACOR MARINE, LLC AS BENEFICIAL OWNER, REGISTERED OWNERS, AND MANAGING OWNER OF THE M/V SEACOR VANGUARD PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION
NUMBER: 10-3896
SECTION: J
JUDGE:
MAGISTRATE: 1

NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC and M/V SEACOR VANGUARD have filed a Complaint pursuant to 46 U.S.C. 30505, et seq., claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activity of April 20-22, 2010, when M/V SEACOR VANGUARD assisted the DEEPWATER HORIZON at the direction of SMIT Salvage Americas, Inc., all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioners, Phelps Dunbar LLP, 365 Canal Street, Canal Place - Suite 2000, New Orleans, Louisiana, a copy thereof on or before the 20th day of April 2011, at 5:00 p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

New Orleans, Louisiana, this 1st day of November, 2010.

/s/LORETTA G. WHYTE
CLERK OF COURT

RESPECTFULLY SUBMITTED,
PHELPS DUNBAR LLP

BY: /S/
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (5040 568-9130
Attorneys for Petitioners-in-Limitation, Seacor HOldings, Inc., Seacor Offshore LLC, and Seacor Marine LLC

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007