UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES:<br>10-3897 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION: "J" - (1)<br><br>JUDGE:<br>CARL J. BARBIER<br><br>MAGISTRATE:<br>SALLY SHUSHAN |

EX PARTE MOTION FOR ORDER NOTING DEFAULTS
IN CIVIL ACTION NO. 10-3897
SUBMITTED ON BEHALF OF M/V SEACOR WASHINGTON,
SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC,
SEACOR MARINE LLC, AND SIEMENS FINANCIAL, INC.

NOW INTO COURT, through undersigned counsel, come M/V SEACOR WASHINGTON, Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Siemens Financial, Inc., petitioners in Civil Action No. 10-3897, who respectfully request the Court issue the attached Order noting defaults of claimants in Civil Action No. 10-3897, all as is more fully set forth in the attached Memorandum.

1

RESPECTFULLY SUBMITTED,

PHELPS DUNBAR LLP

BY: _____
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Attorneys for Petitioners-in-Limitation,
Seacor Holdings, Inc., Seacor Offshore
LLC, Seacor Marine LLC and Siemens
Financial, Inc.

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 21st day of April, 2011.

_____
GARY A. HEMPHILL
HUGH RAMSAY STRAUB