# The Times-Picayune

**3800 HOWARD AVENUE, NEW ORLEANS, LOUISIANA 70140-1097    TELEPHONE (504) 826-3201**



Exhibit A Attached

State of Louisiana

Parish of Orleans

City of New Orleans

Personally appeared before me, a Notary in and for the parish of Orleans, Elizabeth C. Darcey who deposes and says that she is an Assistant Controller of The Times-Picayune, L.L.C., a Louisiana Corporation, Publishers of The Times-Picayune, Daily and Sunday, of general circulation; doing business in the City of New Orleans and the State of Louisiana, and that the attached

LEGAL NOTICE

Re: In the Matter Of Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC and Siemens Financial, Inc.

Advertisement of    Phelps Dunbar

365 Canal St, Ste 2000
New Orleans, LA 70130

Was published in    The Times Picayune

3800 Howard Ave
New Orleans, LA 70125

On the following dates    November 12, 19, 26, December 3, 2010

Sworn to and subscribed before me this 3rd Day of December, 2010

*Elizabeth C Darcey*

Notary Public

My commission expires at my death.
Charles A. Ferguson, Jr.

Notary identification number 23492

I attest that the copy attached hereto as "Exhibit A" is a true and correct copy of the advertisement published in The Times-Picayune on these dates.



EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, SEACOR MARINE, LLC and SIEMENS FINANCIAL, INC. AS BENEFICIAL OWNER, REGISTERED OWNER, AND MANAGING OWNER OF THE M/V SEACOR WASHINGTON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY

CIVIL ACTION
NUMBER: 10-3897
SECTION J
JUDGE:
MAGISTRATE: 1

NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE IS GIVEN that Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC, Siemens Financial, Inc. and M/V SEACOR WASHINGTON have filed a Complaint pursuant to 46 U.S.C. 30505, et seq., claiming the right to exoneration from or limitation of liability regarding all claims allegedly resulting from the activity of April 20-22, 2010, when M/V SEACOR WASHINGTON responded to the distress signals of the DEEPWATER HORIZON all as is more fully set forth in the Complaint.

ALL PERSONS ASSERTING CLAIMS with respect to which the complaint seeks limitation are admonished to file their respective claims with the Clerk of Court for the United States District Court, Eastern District of Louisiana, and to serve on the attorneys for petitioners, Phelps Dunbar LLP, 365 Canal Street, Canal Place - Suite 2000, New Orleans, Louisiana, a copy thereof on or before the 20th day of April, 2011, at 5:00 p.m., or be defaulted.

PERSONAL ATTENDANCE is not required.

ANY CLAIMANT DESIRING TO CONTEST either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint unless his claim has included an answer, all as is required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

New Orleans, Louisiana, this 2nd day of November, 2010.

/s/LORETTA G WHYTE
CLERK OF COURT

RESPECTFULLY SUBMITTED,
PHELPS DUNBAR LLP

BY: /S/
GARY A. HEMPHILL, T.A. (#6768)
HUGH RAMSAY STRAUB (#12525)
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (5040 568-9130
Attorneys for Petitioners-in-Limitation, Seacor Holdings, Inc., Seacor Offshore LLC, and Seacor Marine LLC

MICHAEL J. LYLE (DC Bar #475078, IL Bar #6199227)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

THEODORE E. TSEKERIDES (NY Bar #2609642)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007