UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. Civil Action No. 10-2771 | § § § | MAG. JUDGE SHUSHAN |

**MOTION FOR ORDER ON CLAIMANTS', 30 DEGREE BLUE, LLC, ET AL., OBJECTIONS TO JURISDICTION AND VENUE AND TO ENFORCEMENT OF MONITION, AND RESERVATION OF RIGHTS**

CLAIMANTS, 30 DEGREE BLUE, LLC, ET AL., described by name in Exhibit "A" attached to Claimants' Objections to Jurisdiction and Venue and to Enforcement of Monition, Reservation of Rights, and Answers and Defenses of Claimants ("Claimants' Objections"), through undersigned counsel, move the court, pursuant to Rules 7(b) and 12(b)(1), (2) and (3), Fed. R. Civ. P., for an order that any claim or right to remedies and damages asserted by any of the Claimants in State or federal court under the Oil Pollution Act of 1990, 33 U.S.C §§ 2701-2761, or the statutory or common law of any state imposing liability, obligations or requirements upon any person for the discharge of oil, as defined by 33 U.S.C. § 2701(23), or other pollution by oil within such State, shall be subject neither to the Limitation Act nor the concursus provisions of Rule F; nor shall such claims be subject to the monition ordered by the court in case number 4:10-cv-01721 on the Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc., as Owner, Managing Owners, Owners *Pro Hac Vice*, and/or Operators of the MODU Deepwater Horizon, In a Cause for Exoneration from or Limitation of Liability. As grounds for their motion, Claimants, pursuant to Rule 10(b), Fed. R. Civ. P., make reference to

Exhibit "A" attached to Claimants' Objections, and the matters set forth in Paragraphs 1 through 4 of Claimants' Objections.

                                                        Respectfully Submitted:

| | |
|---|---|
| Samuel T. Adams | Professor P. Tim Howard |
| Post Office Box 191 | Howard & Associates, |
| 460 Grace Avenue | Attorneys at Law, P.A. |
| Panama City, Florida 32402-0191 | 8511 Bull Headley Road, Suite 405 |
| (850) 785-3469 - telephone | Tallahassee, Florida 32312 |
| (850) 640-1562 - facsimile | (850) 298-4455 - telephone |
| Florida Bar No. 160184 | (850) 216-2537 - facsimile |
| tom@samueltadams.com | Florida Bar No. 655325 |
| | ptim@aol.com |
| Douglas S. Lyons | Daniel E. Becnel, Jr. |
| Lyons and Farrar, P.A. | Becnel Law Firm, L.L.C. |
| 325 North Calhoun Street | Post Office Drawer H |
| Tallahassee, Florida 32301 | 106 West 7th Street |
| (850) 222-8811 - telephone | Reserve, LA 70084 |
| (850) 222-5583 - facsimile | (985) 536-1186 - telephone |
| Florida Bar No. 128277 | (985) 536-6445 - facsimile |
| doug.lyons@lyonsandfarrar.com | Louisiana Bar No. 2926 |
| | dbecnel@becnellaw.com |
| Joe R. Whatley, Jr. | Carroll H. Ingram |
| Whatley, Drake, & Kallas | 2901 Arlington Loop |
| 2001 Park Place North, Suite 1000 | Post Office Box 15039 |
| Birmingham, AL 35203 | Hattiesburg, Mississippi 39404-5039 |
| (205) 328-9576 - telephone | (601) 261-1385- telephone |
| (208) 328-9669 - facsimile | (601) 261-1393 - facsimile |
| Texas Bar No. 24003554 | Mississippi Bar No. 3023 |
| Alabama Bar No. ASB1222Y69J | carroll@ingramlawyers.com |
| jwhatley@wdklaw.com | |

                                                        ATTORNEYS FOR CLAIMANTS

                                                        by: _____/S/_____
                                                                Samuel T. Adams

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of Rights, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

                                                                          /S/
                                                       Samuel T. Adams