UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 <br> SECTION:  J |
| This Document Relates to: | § § | JUDGE BARBIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. Civil Action No. 10-2771 | § § § | MAG. JUDGE SHUSHAN |

**<u>MOTION OF CLAIMANTS', 30 DEGREE BLUE, LLC, ET AL., TO EXTEND TIME FOR FILING CLAIMS PURSUANT TO THE MONITION</u>**

CLAIMANTS, 30 DEGREE BLUE, LLC, ET AL., described by name in Exhibit "A" attached to Claimants' Objections to Jurisdiction and Venue and to Enforcement of Monition, Reservation of Rights, and Answers and Defenses of Claimants ("Claimants' Objections"), through undersigned counsel, move the court for an order extending the time period for filing claims pursuant to the Monition issued by the clerk in this cause in the event the court does not rule favorably on the Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of Rights, and as grounds therefore state:

1.  Claimants, pursuant to Rule 10(b), Fed. R. Civ. P., make reference to Exhibit "A" attached to Claimants' Objections, and the matters set forth in Paragraphs 1 through 4 of Claimants' Objections.

2.  This court has the discretion, sitting as a court of equity in Admiralty, to extend the period for filing claims pursuant to the Monition.

3.  Such an extension will not prejudice the Petitioners.

                                                          Respectfully Submitted:

| | |
|---|---|
| Samuel T. Adams | Professor P. Tim Howard |
| Post Office Box 191 | Howard & Associates, |
| 460 Grace Avenue | Attorneys at Law, P.A. |
| Panama City, Florida 32402-0191 | 8511 Bull Headley Road, Suite 405 |
| (850) 785-3469 - telephone | Tallahassee, Florida 32312 |
| (850) 640-1562 - facsimile | (850) 298-4455 - telephone |
| Florida Bar No. 160184 | (850) 216-2537 - facsimile |
| tom@samueltadams.com | Florida Bar No. 655325 |
| | ptim@aol.com |
| Douglas S. Lyons | Daniel E. Becnel, Jr. |
| Lyons and Farrar, P.A. | Becnel Law Firm, L.L.C. |
| 325 North Calhoun Street | Post Office Drawer H |
| Tallahassee, Florida 32301 | 106 West 7th Street |
| (850) 222-8811 - telephone | Reserve, LA 70084 |
| (850) 222-5583 - facsimile | (985) 536-1186 - telephone |
| Florida Bar No. 128277 | (985) 536-6445 - facsimile |
| doug.lyons@lyonsandfarrar.com | Louisiana Bar No. 2926 |
| | dbecnel@becnellaw.com |
| Joe R. Whatley, Jr. | Carroll H. Ingram |
| Whatley, Drake, & Kallas | 2901 Arlington Loop |
| 2001 Park Place North, Suite 1000 | Post Office Box 15039 |
| Birmingham, AL 35203 | Hattiesburg, Mississippi 39404-5039 |
| (205) 328-9576 - telephone | (601) 261-1385- telephone |
| (208) 328-9669 - facsimile | (601) 261-1393 - facsimile |
| Texas Bar No. 24003554 | Mississippi Bar No. 3023 |
| Alabama Bar No. ASB1222Y69J | carroll@ingramlawyers.com |
| jwhatley@wdklaw.com | |

                                                          ATTORNEYS FOR CLAIMANTS

                                                        by: _____/S/_____
                                                                Samuel T. Adams

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of Claimants, 30 Degree Blue, LLC, et al., to Extend Time for Filing Claims Pursuant to the Monition, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

                                                /S/
                                         Samuel T. Adams