UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179<br>SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. Civil Action No. 10-2771 | § § § | MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION OF CLAIMANTS, 30 DEGREE BLUE, LLC, ET AL., TO EXTEND TIME FOR FILING CLAIMS PURSUANT TO THE MONITION**

COME NOW Claimants, 30 Degree Blue, LLC, et al., by and through undersigned counsel, and submit their Memorandum in Support of Motion of Claimants, 30 Degree Blue, LLC, et al., to Extend Time for Filing Claims Pursuant to the Monition, as follows:

1. The court in *In Re Unterweser Reederei, GMBH*, 428 F. 2d 888 (5th Cir. 1970) emphasized the equitable nature of a court in limitation proceedings, as follows:

> The Supreme Court regarding limitation proceedings, has stated:
>
> [T]his court has by its rules and decisions given the statute a very broad and equitable construction for the purpose of carrying out its purpose, and for facilitating a settlement of the whole controversy over such losses as are comprehended within it, and that all the ease with which right can be adjusted in equity is intended to be given in the proceeding.

*Id*. at 895-96, citing *Hartford Accident & Indem. Co. v. Southern P. Co.*, 273 U.S. 207, 215, 47 S.Ct. 357, 359, 71 L.Ed. 612 (1927).

2. This court has the discretion, sitting as a court of equity in Admiralty, to extend the time period for Claimants to file claims in the limitation action in the event of an unfavorable ruling by the court on the Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of

Rights, and, if such unfavorable ruling is appealed, to extend the filing period for a reasonable time after a final determination of the appeal. *In Re Wood's Petition*, 230 F.2d 197 (2nd Cir. 1956).

The court should, in the interest of justice and equity, extend the time for Claimants to file their claims in the limitation proceedings pending appeal of any unfavorable ruling on the Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of Rights.

Respectfully Submitted:

Samuel T. Adams
Post Office Box 191
460 Grace Avenue
Panama City, Florida 32402-0191
(850) 785-3469 - telephone
(850) 640-1562 - facsimile
Florida Bar No. 160184
tom@samueltadams.com

Douglas S. Lyons
Lyons and Farrar, P.A.
325 North Calhoun Street
Tallahassee, Florida 32301
(850) 222-8811 - telephone
(850) 222-5583 - facsimile
Florida Bar No. 128277
doug.lyons@lyonsandfarrar.com

Professor P. Tim Howard
Howard & Associates,
Attorneys at Law, P.A.
8511 Bull Headley Road, Suite 405
Tallahassee, Florida 32312
(850) 298-4455 - telephone
(850) 216-2537 - facsimile
Florida Bar No. 655325
ptim@aol.com

Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
Post Office Drawer H
106 West 7th Street
Reserve, LA 70084
(985) 536-1186 - telephone
(985) 536-6445 - facsimile
Louisiana Bar No. 2926
dbecnel@becnellaw.com

| | |
|---|---|
| Joe R. Whatley, Jr. <br> Whatley, Drake, & Kallas <br> 2001 Park Place North, Suite 1000 <br> Birmingham, AL 35203 <br> (205) 328-9576 - telephone <br> (208) 328-9669 - facsimile <br> Texas Bar No. 24003554 <br> Alabama Bar No. ASB1222Y69J <br> jwhatley@wdklaw.com | Carroll H. Ingram <br> 2901 Arlington Loop <br> Post Office Box 15039 <br> Hattiesburg, Mississippi 39404-5039 <br> (601) 261-1385- telephone <br> (601) 261-1393 - facsimile <br> Mississippi Bar No. 3023 <br> carroll@ingramlawyers.com |

ATTORNEYS FOR CLAIMANTS

by: _____/S/_____
Samuel T. Adams

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion of Claimants, 30 Degree Blue, LLC, et al., to Extend Time for Filing Claims Pursuant to the Monition, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

_____/S/_____
Samuel T. Adams