# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 <br> SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| In Re: The Complaint and Petition of Triton Asset Leasing GmbH, et al. Civil Action No. 10-2771 | § § § | MAG. JUDGE SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

Pursuant to the Local Rules, Claimants respectfully request this Honorable Court grant them the opportunity to present oral argument to this Court in further support of their Motion for Order on Claimants', 30 Degree Blue, LLC, et al., Objections to Jurisdiction and Venue and to Enforcement of Monition, and Reservation of Rights; and Motion of Claimants', 30 Degree Blue, LLC, et al., to Extend Time for Filing Claims Pursuant to the Monition at the hearing of said motions set for Wednesday, May 25, 2011, at 9:30 a.m., Central Time, or as soon thereafter as counsel may be heard.

Respectfully Submitted:

Samuel T. Adams  
Post Office Box 191  
460 Grace Avenue  
Panama City, Florida 32402-0191  
(850) 785-3469 - telephone  
(850) 640-1562 - facsimile  
Florida Bar No. 160184  
tom@samueltadams.com

Professor P. Tim Howard  
Howard & Associates,  
Attorneys at Law, P.A.  
8511 Bull Headley Road, Suite 405  
Tallahassee, Florida 32312  
(850) 298-4455 - telephone  
(850) 216-2537 - facsimile  
Florida Bar No. 655325  
ptim@aol.com

| | |
|---|---|
| Douglas S. Lyons<br>Lyons and Farrar, P.A.<br>325 North Calhoun Street<br>Tallahassee, Florida 32301<br>(850) 222-8811 - telephone<br>(850) 222-5583 - facsimile<br>Florida Bar No. 128277<br>doug.lyons@lyonsandfarrar.com | Daniel E. Becnel, Jr.<br>Becnel Law Firm, L.L.C.<br>Post Office Drawer H<br>106 West 7th Street<br>Reserve, LA 70084<br>(985) 536-1186 - telephone<br>(985) 536-6445 - facsimile<br>Louisiana Bar No. 2926<br>dbecnel@becnellaw.com |
| Joe R. Whatley, Jr.<br>Whatley, Drake, & Kallas<br>2001 Park Place North, Suite 1000<br>Birmingham, AL 35203<br>(205) 328-9576 - telephone<br>(208) 328-9669 - facsimile<br>Texas Bar No. 24003554<br>Alabama Bar No. ASB1222Y69J<br>jwhatley@wdklaw.com | Carroll H. Ingram<br>2901 Arlington Loop<br>Post Office Box 15039<br>Hattiesburg, Mississippi 39404-5039<br>(601) 261-1385- telephone<br>(601) 261-1393 - facsimile<br>Mississippi Bar No. 3023<br>carroll@ingramlawyers.com |

ATTORNEYS FOR CLAIMANTS

by: _____/S/_____
Samuel T. Adams

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Request for Oral Argument, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

_____/S/_____
Samuel T. Adams