IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO ALL CASES IN PLEADING BUNDLE B1** | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**THIS PLEADING APPLIES TO:**
No. 10-2771

### DRIL-QUIP, INC.'S MOTION TO DISMISS THE FIRST AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC LOSSES ("B1 BUNDLE") FOR FAILURE TO STATE A CLAIM

Dril-Quip, Inc. respectfully moves to dismiss Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses in Accordance With PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"] (hereinafter "B1 Amended Master Complaint").

For the reasons more fully set forth in the attached Memorandum In Support of Dril-Quip, Inc.'s Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and Fed.R.Civ.P. 12(b)(6) Plaintiffs' First Amended Master Complaint, Cross-Claim, and Third-Party Complaint For Private Economic Losses in Accordance With PTO No. 11 [CMO No. 1] Section III (B1) ["B1 Bundle"], Plaintiffs' B1 Amended Master Complaint fails to state valid claims and/or this Court lacks subject matter jurisdiction and therefore the claims should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 12(b)(1).

Additionally, the underlying complaints of specified individual B1 Plaintiffs should be dismissed in their entirety pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 12(b)91) for the reasons more fully set forth in Dril-Quip's Memorandum in Support of Its Motion to Dismiss

the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ("B1 Bundle") For Failure to State of Claim.

Date:   April 22, 2011

                                        Respectfully submitted,

                                        **WARE, JACKSON, LEE & CHAMBERS, LLP**

                                        BY:  /s/ C. Dennis Barrow, Jr._____
                                              Don Jackson
                                              Texas Bar No. 10476000
                                              Fed ID No. 6915
                                              C. Dennis Barrow, Jr.
                                              Texas Bar No. 00796169
                                              Fed ID No. 20624
                                              2929 Allen Parkway, 42nd Floor
                                              Houston, TX 77019
                                              Phone :  (713) 659-6400
                                              Fax    :  (713) 659-6262
                                              Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

     I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

                                                /s/ C. Dennis Barrow, Jr._____
                                                C. Dennis Barrow, Jr.