IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>"*DEEPWATER HORIZON*" in the<br>GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| **THIS PLEADING APPLIES TO ALL<br>CASES IN PLEADING BUNDLE B1** | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| **THIS PLEADING APPLIES TO:**<br>No. 10-2771 | |

### NOTICE OF SUBMISSION

Please take notice that the undersigned parties shall bring on their Motion to Dismiss before the Honorable Judge Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 25th day of May, 2011, or as soon thereafter as counsel may be heard.

Date: April 22, 2011

    Respectfully submitted,

    **WARE, JACKSON, LEE & CHAMBERS, LLP**

    BY: \_/s/ C. Dennis Barrow, Jr._____
       Don Jackson
       Texas Bar No. 10476000
       Fed ID No. 6915
       C. Dennis Barrow, Jr.
       Texas Bar No. 00796169
       Fed ID No. 20624
       2929 Allen Parkway, 42nd Floor
       Houston, TX 77019
       Phone : (713) 659-6400
       Fax   : (713) 659-6262

    Counsel for Defendant, Dril-Quip, Inc.

## **CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

      /s/ C. Dennis Barrow, Jr.
      C. Dennis Barrow, Jr.