IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          MDL NO.  2179
"*DEEPWATER HORIZON*" in the
GULF OF MEXICO, on April 20, 2010        SECTION:  J

**THIS PLEADING APPLIES TO ALL**          JUDGE BARBIER
**CASES IN PLEADING BUNDLE B1**           MAGISTRATE JUDGE SHUSHAN

**THIS PLEADING APPLIES TO:**
**No. 10-2771**

<u>NOTICE OF SUBMISSION</u>

Please take notice that the undersigned parties shall bring on their Motion to Dismiss

before the Honorable Judge Barbier, United States District Court, Eastern District of Louisiana,

500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 25th day of May, 2011, or

as soon thereafter as counsel may be heard.

Date: April 22, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:  /s/ C. Dennis Barrow, Jr._____
      Don Jackson
      Texas Bar No. 10476000
      Fed ID No. 6915
      C. Dennis Barrow, Jr.
      Texas Bar No. 00796169
      Fed ID No. 20624
      2929 Allen Parkway, 42nd Floor
      Houston, TX 77019
      Phone :  (713) 659-6400
      Fax    :  (713) 659-6262

Counsel for Defendant, Dril-Quip, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

/s/ C. Dennis Barrow, Jr._____
C. Dennis Barrow, Jr.