IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "*DEEPWATER HORIZON*" in the GULF OF MEXICO, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| **THIS PLEADING APPLIES TO ALL** *All Cases in Pleading Bundle B3 and* 10-2771 | * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### MOTION OF DEFENDANT DRIL-QUIP, INC. TO DISMISS MASTER COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CASE MANAGEMENT ORDER NO. 1] SECTION III.B(3) ("B3 BUNDLE") PURSUANT TO FED.R.CIV.P. 12(B)(6)

NOW INTO COURT, comes Defendant Dril-Quip, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), and move this Honorable Court to dismiss all claims asserted against it in Plaintiffs' Master Complaint In Accordance With PTO No. 11 [Case Management Order No. 1] Section III.B(3) ["B3 Bundle"] for failure to state a claim upon which relief can be granted, for reasons more fully explained in the accompanying memorandum in support.

WHEREFORE, Defendant Dril-Quip, Inc. prays that this Court dismiss all claims against it for failure to state a claim upon which relief can be granted.

Date:   April 22, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:  /s/ C. Dennis Barrow, Jr._____
     Don Jackson
     Texas Bar No. 10476000
     Fed ID No. 6915
     C. Dennis Barrow, Jr.
     Texas Bar No. 00796169
     Fed ID No. 20624

2929 Allen Parkway, 42nd Floor
Houston, TX 77019
Phone :  (713) 659-6400
Fax    :  (713) 659-6262
Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

    I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

/s/ C. Dennis Barrow, Jr._____
C. Dennis Barrow, Jr.