IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  * | | MDL NO.  2179 |
| "*DEEPWATER HORIZON*" in the  * | | |
| GULF OF MEXICO, on April 20, 2010  * | | SECTION:  J |
|   * | | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO ALL**  * | | |
| *All Cases in Pleading Bundle B3 and*  * | | MAGISTRATE NO. 1 |
| 10-2771  * | | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SUBMISSION

Please take notice that the undersigned parties shall bring on their Motion to Dismiss before the Honorable Judge Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 at 9:30 a.m. on the 25th day of May, 2011, or as soon thereafter as counsel may be heard.

Date: April 22, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY:  /s/ C. Dennis Barrow, Jr.
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone : (713) 659-6400
    Fax    : (713) 659-6262

Counsel for Defendant, Dril-Quip, Inc.

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Notice of Submission will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

      /s/ C. Dennis Barrow, Jr.
      C. Dennis Barrow, Jr.