UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS PLEADING RELATES TO: 2:11-cv-00258 2:11-cv-00259 | § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

### THE ST. JOE COMPANY'S NOTICE OF OBJECTION

PLEASE TAKE NOTICE THAT, pursuant to Pretrial Order #1 [D.I. #2],[1] The St. Joe Company ("St. Joe") hereby objects to any and all stipulations made by the Plaintiff Liaison Counsel or the Plaintiffs' Steering Committee regarding the substance or issuance of Pre-Trial Order No. 34 [D.I. No. 1918].[2]

This Notice of Objection is made without waiving, and while expressly reserving, all of St. Joe's rights to challenge the subject matter jurisdiction and removal jurisdiction of this Court and the propriety, validity, and enforceability of the Court's Order and Reasons filed April 15, 2011 [D.I. No. 1981], in which this Court "vacated and set aside" St. Joe's Notices of Voluntary Dismissal against Defendants Halliburton and M-I [D.I. Nos. 1772 and 1773] and "reinstated" on the Court's docket St. Joe's separate action against each of those Defendants (*i.e.*, the above-captioned Case Nos. 2:11-cv-00258 and 2:11-cv-00259). Without limiting the generality of the

---

[1] *See* Pretrial Order #1 at 16 ("Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within ten (10) days after he/she knows or should have reasonably become aware of the stipulation.").

[2] *See* Pre-Trial Order No. 34 ("By stipulation of Plaintiff Liaison Counsel and Defense Liaison Counsel. . . .").

foregoing, this Notice of Objection is not intended, nor shall it be construed, to be a waiver of St. Joe's position that its Notices of Voluntary Dismissal dated March 27, 2011, were effective upon filing and resulted in the automatic dismissal without prejudice of the two above-captioned actions.

Dated:  April 22, 2011                                                   Respectfully submitted,

By:     /s/ Robert W. Gifford                                By:     /s/ James M. Garner
William A. Brewer III                                              James M. Garner
(Tex., No. 02967035)                                            (Louisiana, No. 19589)
wab@bickelbrewer.com                                      JGarner@shergarner.com
James S. Renard
(Tex., No. 16768500)                                            **SHER GARNER CAHILL RICHTER**
jsr@bickelbrewer.com                                          **KLEIN & HILBERT, LLC**
Robert W. Gifford                                                   909 Poydras Street
(NY, No. 046231)                                                   28th Floor
rzg@bickelbrewer.com                                         New Orleans, Louisiana  70112
                                                                               Telephone:  (504) 299-2102
**BICKEL & BREWER**                                        Facsimile:  (504) 299-2302
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas  75201
Telephone:  (214) 653-4000                               **ATTORNEYS FOR PLAINTIFF**
Facsimile:  (214) 653-1015                                   **THE ST. JOE COMPANY**

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing The St. Joe Company's Notice of Objection has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of April, 2011.

    /s/ Robert W. Gifford
    Robert W. Gifford