MDL 2179

April 14, 2011

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 APR 21  PM 3: 28

LORETTA G. WHYTE
CLERK

Judge Carl Barbier
500 Poydras St.
Room C256
New Orleans, La 70130

Dear Judge Barbier,

I am writing you today to beg you to please take over or at least supervise Gulf Coast Claims Facility. I will, as briefly as I can, explain my experience with this farce.
I lost everything I owned except my dogs and two changes of clothes due to the 17 St. Canal levee failure in New Orleans. I say this because when the water finally went down and I was able to return to my home in Lakeview, not one shingle was missing from my roof. 100% of the damage was caused by water, not the hurricane itself. Fortunately, I had flood insurance, which enabled me to pay off my mortgage with about $3500 left to restart my life. I did not get handouts from Red Cross, FEMA, etc. I moved to the Alabama/Florida Gulf Coast. My credit was so good at the time, the SBA offered me a low interest **loan** of almost $200,000 to build or buy another home. I purchased a lot in the Perdido Key area of Florida and built a home with these funds. I had a very successful career in Timeshare sales in Gulf Shores, AL where I sold vacation ownership from two resorts, directly on the beach in Orange Beach, AL. Life was good and I was recovering due to my hard work and good decisions. Fast forward to April 20, 2010...Business went from very good to nonexistent. My co-worker and I both filed with BP for loss of income. We both received about the same amount for losses in May and June, about $12,000. It was announced that GCCF would be taking over and BP stopped paying claims. I was laid off from my job in July, 2010. There was absolutely no business. The beaches were closed and covered in oil. Who would want to invest in a lifetime of vacations here? My co-worker had been with the company for about 9 years, so of course, she kept her job and I was let go. There were no hard feelings. She was there longer than I and we had no reason to believe that BP/GCCF would not make good on their promise to make it right. We both filed with GCCF on August 23rd, 2010. We both asked for $30,000, a conservative, verifiable estimate of lost wages for a six month period. We filed the same claim, on the same day, for the same amount of money, however, she was still working, but not making commission and I was laid off. Her claim was paid in full on September 7, 2010. My claim was "under review" by GCCF until November 29, 2010, when it was denied. The reason given was that I was a realtor and should file with the state real estate commission. I am not, was not and have never been a real estate agent. I sold vacation ownership. It was no different than a rental agent except the consumer paid one time rather than every year. To this day there is no one to talk to at GCCF to explain this. No one can explain why my co-worker, who was still employed, had her claim paid in full and mine was denied. I sold everything I owned to try to keep my head above water. I maxed out credit cards which I used to pay insurance, house payments and property taxes. I am under the care of a psychiatrist at a free clinic for major depression. I am going to have to file for bankruptcy as

soon as I have the money to do so. I can get no answers. If I am not eligible for lost wages, who is? Teenagers that work at Taco Bell, dog groomers, strippers have been compensated but I, and thousands of other with legitimate claims, have not and cannot get any answers. I am now represented by the Motley Rice law firm. I have confidence that they are working on my behalf but they are getting nowhere either. They have provided GCCF with everything including my co-workers name, claim number and social security number to prove that she was paid and I was not. Ken Feinberg has done nothing but lie to the victims, the press, the authorities and everyone else. Please make him accountable for the lives and livelihoods he is destroying. My story is one of thousands. I did not want to send you volumes of documentation but if you need or want proof that everything I am telling you is true, please contact me or my attorney, Kevin Dean, kdean@motleyrice.com or 843-216-9152. I trust you will do the right thing and oversee GCCF as soon as possible. I know I am speaking for scores of victims when I tell you that you are our last hope. Please don't let us down.

Respectfully,

*[signature]*

Terri Kleinsmith
5515 Cruzat Way
Pensacola, FL 32507
thk630@hotmail.com

5515 Cruzat Why
Pensacola FL 32507

PENSACOLA FL 325
18 APR 2011 PM 3 L

Judge Carl Barbier
500 Poydras St
Room C256
New Orleans LA
70130

7013 3033 0001