MINUTE ENTRY
SHUSHAN, M.J.
APRIL 19, 2011

**MJSTAR: 01:17**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

TUESDAY, APRIL 19, 2011 AT 8:00 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

A status conference was held this date before Magistrate Judge Sally Shushan relative to BOP testing/protocol.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.

## CONFERENCE ATTENDANCE RECORD

DATE: 4-19-11         TIME: 8:00

CASE NAME: In re: Deepwater Horizon

DOCKET NUMBER & SECTION: MDL 2179-CJB-SS

(STATUS)   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ **PRINT LEGIBLY**

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| MARK COHEN | DNV |
| Carmelite Bertaut | Cameron |
| Alan York | Halliburton |
| Don Haycraft | BP |
| Boyd Greene | BP |
| Rob Gasaway | BP |
| Charles Wallace | US DOI |
| | |
| | |

Ky Kirby
Jimmy Williamson
Mike Underhill
Kerry Miller
David Beck
Phil Wittmann
David Jones