UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All cases in Pleading Bundles B1 and B3*; 10-2771; 10-3815; 10-1540; 10-1502, | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion of Anadarko/MOEX to Compel Discovery from BP (Rec. doc. 1965)]**

IT IS ORDERED that:

1. The joint motion of the defendants, Anadarko Petroleum Corporation, Anadarko E&P Company LP, and MOEX Offshore 2007 LLC (collectively "Anadarko/MOEX"), to compel response to discovery requests served upon BP Exploration & Production, Inc, BP America, Inc., BP America Production Company, and BP PLC (collectively "BP") (Rec. doc. 1965) is set for hearing (**no oral argument**) on **Wednesday, May 4, 2011**, on briefs.

2. BP shall submit its opposition by **Wednesday, April 27, 2011.**

3. Anadarko/MOEX shall submit its reply by **Wednesday, May 4, 2011.**

New Orleans, Louisiana, this 22nd day of April, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**