UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  .

**UNOPPOSED MOTION FOR LEAVE TO DISPOSE OF CERTAIN SAMPLES AND
FOR AMENDMENT TO PRETRIAL ORDER 30**

The United States seeks leave to dispose of samples in the custody of one federal agency and, to minimize the requirement for further motions to this Court, seeks an amendment of Pretrial Order 30 to reduce the length of time the United States must preserve samples once the parties have determined they do not object to disposal. No party opposes this motion and, therefore, the United States respectfully requests entry of the attached proposed order.

Pursuant to Paragraph 6 of Pre-Trial Order 30, the United States may propose the disposal of any samples and the parties have twenty days to object to the disposal of the samples. If no party objects, the United States may dispose of the samples forty days later (*i.e.* sixty days after proposing the disposal). Thus, under the current terms of the order, the United States must preserve the samples for forty days after all parties have indicated their willingness to allow the sample disposal. These additional forty days were included at the request of a party in the initial negotiations of the agreed upon Pretrial Order 30. The United States has proposed and the parties have agreed to the disposal of thousands of samples and no further requests or discussions between the parties have occurred in the forty day period. By contrast, it has been the United States' experience that these forty days often cause the incurrence of additional storage expenses, which are generally billed on a monthly basis. For this reason, the United States proposed an

amendment to modify Pretrial Order paragraph 6 to permit disposal immediately after the expiration of the twenty day period.

Further, pursuant to the terms of Pre-Trial Order 30, the United States proposed the disposal of samples in the custody of EPA's Region 6. The twenty days allotted for objection to the disposal has elapsed and no party has objected to the disposal. Pursuant to the terms of the Pre-Trial Order 30, the United States is permitted to dispose of these samples on May 22, 2011. If, however, the United States is permitted to dispose of these samples before May 30, 2011, the United States can avoid one month's storage costs for these samples. Accordingly, the United States requests leave to dispose of the samples listed in the proposed order.

The United States proposed both the amendment of Pretrial Order 30 and the "early" disposal of the Region 4 samples to all Liaison Counsel by electronic mail on April 12, 2011 and requested notice of any opposition by April 22, 2011. *See* Exhibits 1, 2. The United States received only received responses, from counsel for Anadarko/MOEX and counsel for Halliburton, both of whom indicated that they did not object to the amendment. *See* Exhibits 2, 3. Accordingly, this motion is unopposed and the United States respectfully requests entry of the proposed order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources<br>  Division | TONY WEST<br>Assistant Attorney General<br>Civil Division |
| JAMES NICOLL<br>  Senior Counsel<br>NANCY FLICKINGER<br>  Senior Attorney<br>SARAH HIMMELHOCH<br>  Senior Attorney | PETER F. FROST<br>Director, Torts Branch, Civil Division<br>Admiralty and Aviation<br>STEPHEN G. FLYNN<br>Assistant Director<br>MICHELLE DELEMARRE |

DEANNA CHANG
  Trial Attorney

SCOTT CERNICH
  Trial Attorney
A. NATHANIEL CHAKERES
  Trial Attorney
JUDY HARVEY
  Trial Attorney
MATT LEOPOLD
  Trial Attorney

Trial Attorney

SHARON SHUTLER
Trial Attorney
JESSICA SULLIVAN
Trial Attorney
JESSICA MCCLELLAN
Trial Attorney
DAVID PFEFFER
Trial Attorney
MALINDA LAWRENCE
Trial Attorney
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Telephone: 202-616-4000
Facsimile: 202-616-4002

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
SARAH D. HIMMELHOCH
Senior Attorneys
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of April 2011.

                                                                       /s/ Sarah D. Himmelhoch