# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Tuesday, March 22, 2011 5:05 PM |
| **To:** | 'Barr, Brian'; 'DeSanctis, Joseph'; 'Eisert, Joseph'; 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas '; 'Herman, Stephen J.'; 'Roy, James Parkerson' |
| **Subject:** | Deepwater Horizon:  Request for Disposition of Samples |
| **Attachments:** | DOJ tetra sample list.xlsx; map for Tetra samples.pdf; 05-002-0014_Deepwater Horizon Oil Response-NIC 60-Day Sampling Initiative_QAPP (091010)-Final_Signed.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'Barr, Brian' | | |
| | 'DeSanctis, Joseph' | | |
| | 'Eisert, Joseph' | | |
| | 'Beck, David J.' | | |
| | 'Centralized Mailbox' | | |
| | 'Godwin, Donald E.' | | |
| | 'Haycraft, Don K.' | | |
| | 'Kirby, Ky E.' | | |
| | 'Kuchler, Deborah D.' | | |
| | 'Lanagan, Andrew' | | |
| | 'Lyle, Michael J.' | | |
| | 'Miller, Kerry J.' | | |
| | 'Wittman, Phillip A.' | | |
| | Chakeres, Aristide (ENRD) | Delivered: 3/22/2011 5:06 PM | Read: 3/22/2011 5:06 PM |
| | Chang, Deanna (ENRD) | Delivered: 3/22/2011 5:05 PM | Read: 3/22/2011 5:08 PM |
| | Delemarre, Michelle (CIV) | Delivered: 3/22/2011 5:07 PM | Read: 3/22/2011 5:11 PM |
| | Gross, Robert (CIV) | Delivered: 3/22/2011 5:07 PM | |
| | Lawrence, Malinda R. (CIV) | Delivered: 3/22/2011 5:07 PM | |
| | McClellan, Jessica L. (CIV) | Delivered: 3/22/2011 5:07 PM | Read: 3/22/2011 5:08 PM |
| | Nasberg, Lisa (ENRD) | Delivered: 3/22/2011 5:06 PM | |
| | Shutler, Sharon (CIV) | Delivered: 3/22/2011 5:07 PM | |
| | Stanton, Allison (CIV) | Delivered: 3/22/2011 5:06 PM | Read: 3/22/2011 5:08 PM |
| | Sullivan, Jessica (CIV) | Delivered: 3/22/2011 5:07 PM | Read: 3/22/2011 8:19 PM |
| | Walmsley, Tammy (CIV) | Delivered: 3/22/2011 5:06 PM | |
| | 'Alabama -- Tambling, R.' | | |
| | 'Florida -- Kent, Russell' | | |
| | 'Louisiana -- Peterson, Lillie' | | |
| | 'Louisiana -- Terrell, Megan' | | |
| | 'Mississippi -- Wood, M.' | | |
| | 'Texas -- Canaday, Nicholas ' | | |
| | 'Herman, Stephen J.' | | |
| | 'Roy, James Parkerson' | | |

Counsel –

Pursuant to PTO 30 Paragraph 6, attached is a list of samples in the custody of EPA Region 4 which we propose to dispose of on May 22, 2011.  Please notify me on or before 6 pm on April 11, 2011 if you object to this disposal or if you wish to take custody of the samples.

Thank you for your assistance in this important matter.

Sarah Himmelhoch

```
NOTE:  The attachments to this email other than the list of samples have been redacted to reduce
file size
```

**DEEPWATER HORIZON SEDIMENT SAMPLE INVENTORY**
**2/2/2011**

| Laboratory | Lab ID | Sample ID | Approx. Volume (1.25 gallon) | Collection Date | Location ID | Location Coordinate | Map # | Location | Matrix | Appendix A | Results | Retention Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tetra | | NCA10-1412-C-SD-09162010 | 1/3 | 9/16/2010 | NCA10-1412 | 30.38922991 , -88.0008127 | 2 | Alabama | sediment | Figure 3 | G103, Column 4 | Up to 8 Weeks |
| Tetra | | R4-83-D-SD-091410 | 1/3 | 9/14/2010 | R4-83 | 30.213943 , -88.259612 | 3 | Alabama | sediment | Figure 3 | G175, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-1457-A-SD-09142010 | 1/3 | 9/14/2010 | NCA10-1457 | 30.29565 , -89.0898 | 4 | Mississippi | sediment | Figure 2 | G119, Column 3 | Up to 8 Weeks |
| Tetra | | R4-8-B-SD-09142010 | 1/2 | 9/14/2010 | R4-8 | 30.26962082 , -88.90153161 | 5 | Mississippi | sediment | Figure 2 | G179, Column 1 | Up to 8 Weeks |
| Tetra | | R4-10-B-SD-09152010 | 1/3 | 9/15/2010 | R4-10 | 30.26974972 , -88.72789381 | 6 | Mississippi | sediment | Figure 2 | G135, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1420-C-SD-09162010 | 1/2 | 9/16/2010 | NCA10-1420 | 30.24273758 , -87.988533 | 7 | Alabama | sediment | Figure 3 | G111, Column 1 | Up to 8 Weeks |
| Tetra | | R4-6-B-SD-09142010 | 1/3 | 9/14/2010 | R4-6 | 30.13943423 , -88.9882834 | 8 | Mississippi | sediment | Figure 2 | G163, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1431-D-SD-09162010 | 1/3 | 9/16/2010 | NCA10-1431 | 30.37877172 , -87.20009263 | 9 | Florida | sediment | Figure 4 | G113, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-1413-C-SD-09152010 | 1/3 | 9/15/2010 | NCA10-1413 | 30.32935155 , -87.97282818 | 10 | Alabama | sediment | Figure 3 | G107, Column 1 | Up to 8 Weeks |
| Tetra | | R4-16-D-SD-09152010 | less than 1/4 | 9/15/2010 | R4-16 | 30.26909337 , -88.20662144 | 11 | Alabama | sediment | Figure 3 | G139, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-2484-D-SD-09152010 | 1/4 | 9/15/2010 | NCA10-2484 | 30.29045568 , -88.34537089 | 12 | Alabama | sediment | Figure 3 | G135, Column 1 | Up to 8 Weeks |
| Tetra | | R4-23-C-SD-09152010 | 1/3 | 9/15/2010 | R4-23 | 30.26965607 , -87.85904575 | 13 | Alabama | sediment | Figure 3 | G143, Column 3 | Up to 8 Weeks |
| Tetra | | R4-82-B-SD-09152010 | 1/2 | 9/15/2010 | R4-82 | 30.22390252 , -88.72093503 | 14 | Mississippi | sediment | Figure 2 | G171, Column 4 | Up to 8 Weeks |
| Tetra | | R4-11-A-SD-091610 | 3/4 | 9/16/2010 | R4-11 | 30.34906667 , -88.61523333 | 15 | Mississippi | sediment | Figure 2 | G135, Column 3 | Up to 8 Weeks |
| Tetra | | *R4-11-A-SD-091610-DUP* | *1/2* | *9/16/2010* | *R4-11* | *30.34906667 , -88.61523333* | *16* | *Mississippi* | *sediment* | *Figure 2* | *G135, Column 4* | Up to 8 Weeks |
| Tetra | | NCA10-1487-B-SD-09172010 | 1/2 | 9/17/2010 | NCA10-1487 | 30.36634198 , -88.22039226 | 17 | Alabama | sediment | Figure 3 | G123, Column 4 | Up to 8 Weeks |
| Tetra | | R4-13-B-SD-09172010 | 1/4 | 9/17/2010 | R4-13 | 30.38017773 , -88.40673866 | 18 | Mississippi | sediment | Figure 2 | G139, Column 2 | Up to 8 Weeks |
| Tetra | | R4-15-B-SD-09172010 | 1/3 | 9/17/2010 | R4-15 | 30.38211047 , -88.29195319 | 19 | Alabama | sediment | Figure 3 | G139, Column 3 | Up to 8 Weeks |
| Tetra | | R4-17-A-SD-09172010 | 1/3 | 9/17/2010 | R4-17 | 30.39014827 , -88.09173803 | 20 | Alabama | sediment | Figure 3 | G143, Column 1 | Up to 8 Weeks |
| Tetra | | R4-19-A-SD-09172010 | 1/3 | 9/17/2010 | R4-19 | 30.52923021 , -88.03267575 | 21 | Alabama | sediment | Figure 3 | G143, Column 2 | Up to 8 Weeks |
| Tetra | | R4-29-D-SD-09172010 | 1/3 | 9/17/2010 | R4-29 | 30.269861 , -87.33786 | 22 | Florida | sediment | Figure 4 | G143, Column 4 | Up to 8 Weeks |
| Tetra | | R4-84-C-SD-09172010 | 1/2 | 9/17/2010 | R4-84 | 30.2147 , -87.82624 | 23 | Alabama | sediment | Figure 3 | G175, Column 2 | Up to 8 Weeks |
| Tetra | | R4-85-C-SD-09172010 | 1/2 | 9/17/2010 | R485 | 30.25200416 , -87.54729268 | 24 | Alabama | sediment | Figure 3 | G175, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-1415-B-SD-09182010 | 1/3 | 9/18/2010 | NCA10-1415 | 30.64918428 , -87.94876896 | 25 | Alabama | sediment | Figure 3 | G107, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1416-B-SD-09182010 | 1/2 | 9/18/2010 | NCA10-1416 | 30.39338684 , -87.90217244 | 26 | Alabama | sediment | Figure 3 | G107, Column 3 | Up to 8 Weeks |
| Tetra | | *NCA10-1416-B-SD-09182010-DUP* | *1/2* | *9/18/2010* | *NCA10-1416* | *30.39338684 , -87.90217244* | *27* | *Alabama* | *sediment* | *Figure 3* | *G107, Column 4* | Up to 8 Weeks |
| Tetra | | R4-31-D-SD-09182010 | 1/3 | 9/18/2010 | R4-31 | 30.26966172 , -87.16435466 | 28 | Florida | sediment | Figure 4 | G147, Column 1 | Up to 8 Weeks |
| Tetra | | R4-35-C-SD-09182010 | 1/2 | 9/18/2010 | R4-35 | 30.269581 , -86.99032129 | 29 | Florida | sediment | Figure 4 | G147, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1481-C-SD-09192010 | 1/2 | 9/19/2010 | NCA10-1481 | 30.42907257 , -86.20751295 | 30 | Florida | sediment | Figure 4 | G123, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-1485-D-SD-09192010 | 1/4 | 9/19/2010 | NCA10-1485 | 30.37444485 , -86.51124179 | 31 | Florida | sediment | Figure 4 | G123, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1488-B-SD-09192010 | 1/3 | 9/19/2010 | NCA10-1488 | 30.41202997 , -87.40240972 | 32 | Florida | sediment | Figure 4 | G127, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-2482-B-SD-09192010 | 1/2 | 9/19/2010 | NCA10-1482 | 30.41579206 , -87.39222659 | 33 | Florida | sediment | Figure 4 | G131, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-1427-C-SD-09202010 | 1/2 | 9/20/2010 | NCA10-1427 | 30.56794905 , -87.16493294 | 34 | Florida | sediment | Figure 4 | G111, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1429-B-SD-09202010 | 1/2 | 9/20/2010 | NCA10-1429 | 30.47602727 , -87.04559243 | 35 | Florida | sediment | Figure 4 | G111, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1432-B-SD-09202010 | 1/2 | 9/20/2010 | NCA10-1432 | 30.49515154 , -87.01861218 | 36 | Florida | sediment | Figure 4 | G113, Column 2 | Up to 8 Weeks |
| Tetra | | R4-38-C-SD-09202010 | 1/2 | 9/20/2010 | R4-38 | 30.26976703 , -86.81658465 | 37 | Florida | sediment | Figure 4 | G147, Column 3 | Up to 8 Weeks |
| Tetra | | R4-40-C-SD-09202010 | 1/2 | 9/20/2010 | R4-40 | 30.26960627 , -86.6428516 | 38 | Florida | sediment | Figure 4 | G147, Column 4 | Up to 8 Weeks |
| Tetra | | R4-42-C-SD-09202010 | 1/2 | 9/20/2010 | R4-42 | 30.26950585 , -86.46929996 | 39 | Florida | sediment | Figure 4 | G151, Column 1 | Up to 8 Weeks |
| Tetra | | R4-45-D-SD-09202010 | 1/3 | 9/20/2010 | R4-45 | 30.26962 , -86.29544904 | 40 | Florida | sediment | Figure 4 | G151, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1430-B-SD-09212010 | 1/2 | 9/21/2010 | NCA10-1430 | 30.3791618 , -86.90331454 | 41 | Florida | sediment | Figure 4 | G111, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-1433-B-SD-09212010 | 2/3 | 9/21/2010 | NCA10-1433 | 30.36605262 , -87.08284426 | 42 | Florida | sediment | Figure 4 | G113, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1434-B-SD-09212010 | 1/2 | 9/21/2010 | NCA10-1434 | 30.34587589 , -87.23990954 | 43 | Florida | sediment | Figure 4 | G113, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-2432-D-SD-09212010 | 1/4 | 9/21/2010 | NCA10-2432 | 30.40721968 , -86.72790237 | 44 | Florida | sediment | Figure 4 | G131, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-2478-C-SD-09212010 | 1/3 | 9/21/2010 | NCA10-2478 | 30.42731106 , -86.48538531 | 45 | Florida | sediment | Figure 4 | G131, Column 2 | Up to 8 Weeks |
| Tetra | | R4-47-C-SD-09212010 | 3/4 | 9/21/2010 | R4-47 | 30.26960221 , -86.12173812 | 46 | Florida | sediment | Figure 4 | G151, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1305-D-SD-09222010 | 1/2 | 9/22/2010 | NCA10-1305 | 29.678132 , -84.835666 | 47 | Florida | sediment | Figure 4 | G103, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1474-C-SD-09222010 | 2/3 | 9/22/2010 | NCA10-1474 | 30.1593459 , -85.70620792 | 48 | Florida | sediment | Figure 4 | G119, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1478-C-SD-09222010 | 1/2 | 9/22/2010 | NCA10-1478 | 30.27791304 , -85.7645474 | 49 | Florida | sediment | Figure 4 | G119, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-1300-D-SD-09232010 | 1/3 | 9/23/2010 | NCA10-1300 | 29.66095995 , -85.038517 | 50 | Florida | sediment | Figure 4 | G95, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-1482-C-SD-09232010 | 1/3 | 9/23/2010 | NCA10-1482 | 29.77494547 , -85.34104284 | 51 | Florida | sediment | Figure 4 | G123, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-2305-D-SD-09232010 | 1/2 | 9/23/2010 | NCA10-2305 | 29.689192 , -85.232287 | 52 | Florida | sediment | Figure 4 | G127, Column 4 | Up to 8 Weeks |
| Tetra | | NCA10-2479-C-SD-09232010 | 1/2 | 9/23/2010 | NCA10-2479 | 29.83785937 , -85.38650174 | 53 | Florida | sediment | Figure 4 | G131, Column 3 | Up to 8 Weeks |
| Tetra | | R4-50-B-SD-09232010 | 1/3 | 9/23/2010 | R4-50 | 30.00950496 , -85.7743503 | 54 | Florida | sediment | Figure 4 | G155, Column 2 | Up to 8 Weeks |
| Tetra | | NCA10-1301-C-SD-09242010 | 1/3 | 9/24/2010 | NCA10-1301 | 29.61055042 , -85.03092352 | 55 | Florida | sediment | Figure 4 | G99, Column 1 | Up to 8 Weeks |
| Tetra | | *NCA10-1301-C-SD-0924-DUP* | *1/3* | *9/24/2010* | *NCA10-1301* | *29.61055042 , -85.03092352* | *56* | *Florida* | *sediment* | *Figure 4* | *G99, Column 2* | Up to 8 Weeks |
| Tetra | | NCA10-1303-D-SD-09242010 | 2/3 | 9/23/2010 | NCA10-1303 | 29.75340596 , -84.8347007 | 57 | Florida | sediment | Figure 4 | G99, Column 4 | Up to 8 Weeks |
| Tetra | | *NCA10-1303-D-SD-0924-DUP* | *1/3* | *9/23/2010* | *NCA10-1303* | *29.75340596 , -84.8347007* | *58* | *Florida* | *sediment* | *Figure 4* | *G103, Column 1* | Up to 8 Weeks |
| Tetra | | R4-49-B-SD-09242010 | 1/2 | 9/24/2010 | R4-49 | 30.13971112 , -85.86120852 | 59 | Florida | sediment | Figure 4 | G151, Column 4 | Up to 8 Weeks |
| Tetra | | *R4-49-B-SD-09242010-DUP* | *1/2* | *9/24/2010* | *R4-49* | *30.13971112 , -85.86120852* | *60* | *Florida* | *sediment* | *Figure 4* | *G155, Column 1* | Up to 8 Weeks |
| Tetra | | R4-62-C-SD-09242010 | 1/3 | 9/24/2010 | R4-62 | 29.61769764 , -85.16626826 | 61 | Florida | sediment | Figure 4 | G159, Column 3 | Up to 8 Weeks |
| Tetra | | NCA10-1295-D-SD-09252010 | 1/2 | 9/25/2010 | NCA10-1295 | 29.97571795 , -84.11768884 | 62 | Florida | sediment | Figure 4 | G95, Column 2 | Up to 8 Weeks |
| Tetra | | R4-53-B-SD-09252010 | 3/4 | 9/25/2010 | R4-53 | 30.00943508 , -85.60059973 | 63 | Florida | sediment | Figure 4 | G155, Column 3 | Up to 8 Weeks |
| Tetra | | R4-55-B-SD-09252010 | 1/2 | 9/25/2010 | R4-55 | 29.87900282 , -85.51368969 | 64 | Florida | sediment | Figure 4 | G155, Column 4 | Up to 8 Weeks |
| Tetra | | R4-57-C-SD-09252010 | 1/2 | 9/25/2010 | R4-57 | 29.74853456 , -85.42677207 | 65 | Florida | sediment | Figure 4 | G159, Column 1 | Up to 8 Weeks |
| Tetra | | R4-59-C-SD-09252010 | 1/2 | 9/25/2010 | R4-59 | 29.61762583 , -85.33988957 | 66 | Florida | sediment | Figure 4 | G159, Column 2 | Up to 8 Weeks |
| Tetra | | R4-78-D-SD-09252010 | 1/3 | 9/25/2010 | R4-78 | 30.00946492 , -84.03681142 | 67 | Florida | sediment | Figure 4 | G171, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-1294-D-SD-09262010 | 1/3 | 9/26/2010 | NCA10-1294 | 29.96728115 , -83.94428785 | *68* | Florida | sediment | Figure 4 | G95, Column 1 | Up to 8 Weeks |
| Tetra | | NCA10-1304-C-SD-09262010 | 1/2 | 9/26/2010 | NCA10-1304 | 29.78032 , -84.71815 | 69 | Florida | sediment | Figure 4 | G103, Column 2 | Up to 8 Weeks |
| Tetra | | R4-63-B-SD-09262010 | 1/2 | 9/26/2010 | R4-63 | 29.48704288 , -85.07935765 | *70* | Florida | sediment | Figure 4 | G159, Column 4 | Up to 8 Weeks |

**DEEPWATER HORIZON SEDIMENT SAMPLE INVENTORY**
**2/2/2011**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tetra | NCA10-1453-B-SD-09282010 | 3/4 | 9/28/2010 | NCA10-1453 | 30.29299377 , -88.63291664 | 71 | Mississippi | sediment | Figure 2 | G119, Column 1 | Up to 8 Weeks |
| Tetra | R4-12-B-SD-09282010 | 3/4 | 9/28/2010 | R4-12 | 30.19489711 , -88.55054196 | 72 | Mississippi | sediment | Figure 2 | G139, Column 1 | Up to 8 Weeks |
| Tetra | R4-81-B-SD-09292010 | 1/2 | 9/29/2010 | R4-81 | 30.19893 , -88.93753 | 73 | Mississippi | sediment | Figure 2 | G171, Column 3 | Up to 8 Weeks |
| Tetra | NCA10-1297-D-SD-09282010 | 1/2 | 9/28/2010 | NCA10-1297 | 30.00958278 , -84.30973402 | 74 | Florida | sediment | Figure 4 | G95, Column 3 | Up to 8 Weeks |
| Tetra | NCA10-1302-C-SD-09272010 | 1/3 | 9/27/2010 | NCA10-1302 | 29.85562478 , -84.63241291 | 75 | Florida | sediment | Figure 4 | G99, Column 3 | Up to 8 Weeks |
| Tetra | R4-67-C-SD-09282010 | 1/3 | 9/28/2010 | R4-67 | 29.617867 , -84.818683 | 76 | Florida | sediment | Figure 4 | G163, Column 1 | Up to 8 Weeks |
| Tetra | R4-69-C-SD-09282010 | 2/3 | 9/28/2010 | R4-69 | 29.61765 , -84.64491 | 77 | Florida | sediment | Figure 4 | G163, Column 2 | Up to 8 Weeks |
| Tetra | R4-71-C-SD-09282010 | 1/2 | 9/28/2010 | R4-71 | 29.74859 , -84.55801 | 78 | Florida | sediment | Figure 4 | G163, Column 4 | Up to 8 Weeks |
| Tetra | R4-72-D-SD-09282010 | 1/2 | 9/28/2010 | R4-72 | 29.87894985 , -84.47132947 | 79 | Florida | sediment | Figure 4 | G167, Column 1 | Up to 8 Weeks |
| Tetra | R4-74-D-SD-09282010 | 1/2 | 9/28/2010 | R4-74 | 29.87900972 , -84.29755889 | 80 | Florida | sediment | Figure 4 | G167, Column 3 | Up to 8 Weeks |
| Tetra | R4-76-D-SD-09282010 | 1/2 | 9/28/2010 | R4-76 | 30.00938968 , -84.21064939 | 81 | Florida | sediment | Figure 4 | G167, Column 4 | Up to 8 Weeks |
| Tetra | NCA10-2299-C-SD-092910 | 1/2 | 9/29/2010 | NCA10-2299 | 29.96841 , -83.89584 | 82 | Florida | sediment | Figure 4 | G127, Column 2 | Up to 8 Weeks |
| Tetra | NCA10-2302-D-SD-09292010 | 1/2 | 9/29/2010 | NCA10-2302 | 30.0283261 , -84.12929738 | 83 | Florida | sediment | Figure 4 | G127, Column 3 | Up to 8 Weeks |
| Tetra | R4-73-D-SD-09292010 | 1/2 | 9/29/2010 | R4-73 | 30.00925612 , -84.36278449 | 84 | Florida | sediment | Figure 4 | G167, Column 2 | Up to 8 Weeks |
| Tetra | R4-80-C-SD-09292010 | 1/3 | 9/29/2010 | R4-80 | 30.00916 , -83.86475 | 85 | Florida | sediment | Figure 4 | G171, Column 2 | Up to 8 Weeks |