## Himmelhoch, Sarah (ENRD)

**From:** Hedgpeth, Tiffany [tiffany.hedgpeth@bingham.com]
**Sent:** Thursday, April 21, 2011 2:23 PM
**To:** Himmelhoch, Sarah (ENRD)
**Cc:** Kirby, Ky E.; Deborah D. Kuchler (dkuchler@kuchlerpolk.com)
**Subject:** RE: Deepwater Horizon: Disposition of Samples in the Possession of the United States

Sarah, the amendment is fine with Anadarko and MOEX.  Thanks

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Tuesday, April 12, 2011 2:28 PM
**To:** Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Cc:** O'Rourke, Steve (ENRD); Mariani, Tom (ENRD); Frost, Peter (CIV); Underhill, Mike (CIV)
**Subject:** Deepwater Horizon: Disposition of Samples in the Possession of the United States

Counsel:

Paragraph 6.a. of PTO 30 currently provides that "[i]f, within 20 days of the service of the written notice, no Liaison Counsel has objected, requested additional information, or requested custody of the Samples identified for disposal or moved this Court for preservation of the Sample, the United States may dispose of the Sample on the proposed disposal date."  Thus, the United States must keep the samples for an additional 40 days even if no party has objected to the retention of the samples.  This language was included as a result of the prior negotiations, but the United States would like to revisit the question, particularly in light of the fact that no parties are objecting to the disposal of the samples we have recently proposed.  Specifically, the additional 40 days of storage often costs the United States additional money for no particular reason and we would like to propose the language be amended to read:  "[i]f, within 20 days of the service of the written notice, no Liaison Counsel has objected, requested additional information, or requested custody of the Samples identified for disposal or moved this Court for preservation of the Sample, the United States may dispose of the Samples at any time thereafter."

Could you please advise me by April 22, 2011 if you are willing to agree to this amendment.  If you are not willing to agree to this amendment for all samples, please advise whether you would agree that EPA Region 4 may dispose of the samples proposed for disposal on April 29, 2011 so as to avoid requiring an additional month's storage costs (under PTO 30, we proposed these samples for disposal and no party has objected and, therefore we may dispose of them on May 22, 2011).

Your attention to this important matter is greatly appreciated.
Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

202-514-0180 (phone)

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | Hedgpeth, Tiffany [tiffany.hedgpeth@bingham.com] |
| **Sent:** | Friday, April 08, 2011 4:49 PM |
| **To:** | Himmelhoch, Sarah (ENRD) |
| **Cc:** | Kirby, Ky E.; 'dkuchler@kuchlerpolk.com' |
| **Subject:** | RE: Deepwater Horizon: Disposition of Samples in the Custody of EPA Region 4 |

Anadarko and MOEX are okay with the US disposing of the identified samples.  Thanks

---

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Friday, April 08, 2011 1:12 PM
**To:** Himmelhoch, Sarah (ENRD); Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Beck, David J.; Centralized Mailbox; Godwin, Donald E.; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** RE: Deepwater Horizon: Disposition of Samples in the Custody of EPA Region 4

Counsel –

It appears that the vast majority of you cannot receive a winzip file (due to the delivery failure notifications).  I'm not sure if our list got through, so I am resending.  If you require the sampling plans in order to decide, please advise and I will arrange the best means of getting you those files.

---

**From:** Himmelhoch, Sarah (ENRD)
**Sent:** Friday, April 08, 2011 4:00 PM
**To:** 'Barr, Brian'; 'DeSanctis, Joseph'; 'Eisert, Joseph'; 'Hedgpeth, Tiffany'; 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas '; 'Herman, Stephen J.'; 'Roy, James Parkerson'
**Subject:** Deepwater Horizon: Disposition of Samples in the Custody of EPA Region 4

Counsel

Pursuant to PTO 30, the United States requests the Parties' agreement to dispose of additional samples in the custody of EPA region 4.  In particular we request your agreement to dispose of the samples identified on the attached spreadsheet.  Also attached to this email is a winzip file containing the sampling plans and other related materials.  Please notify me on or before 6 pm Eastern time on April 28, 2011 if you object to the disposal of these samples.

I appreciate your assistance in this important matter.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611

Washington, DC 20044-7611
202-514-0180 (phone)

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.