# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | York, R. Alan [AYork@GodwinRonquillo.com] |
| **Sent:** | Friday, April 22, 2011 11:14 AM |
| **To:** | Himmelhoch, Sarah (ENRD); Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Beck, David J.; Centralized Mailbox; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson |
| **Subject:** | RE: Deepwater Horizon:  Disposition of Samples in the Custody of EPA Region 4 |

Sarah:

Halliburton has no objection to this request.

Alan York


**R. Alan York**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization



1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax
AYork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

**From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
**Sent:** Friday, April 08, 2011 3:12 PM
**To:** Himmelhoch, Sarah (ENRD); Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Beck, David J.; Centralized Mailbox; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Lanagan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson
**Subject:** RE: Deepwater Horizon: Disposition of Samples in the Custody of EPA Region 4

Counsel –

It appears that the vast majority of you cannot receive a winzip file (due to the delivery failure notifications). I'm not sure if our list got through, so I am resending. If you require the sampling plans in order to decide, please advise and I will arrange the best means of getting you those files.

**From:** Himmelhoch, Sarah (ENRD)
**Sent:** Friday, April 08, 2011 4:00 PM
**To:** 'Barr, Brian'; 'DeSanctis, Joseph'; 'Eisert, Joseph'; 'Hedgpeth, Tiffany'; 'Beck, David J.'; 'Centralized Mailbox'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Lanagan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Nasberg, Lisa (ENRD); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas '; 'Herman, Stephen J.'; 'Roy, James Parkerson'
**Subject:** Deepwater Horizon: Disposition of Samples in the Custody of EPA Region 4

Counsel

Pursuant to PTO 30, the United States requests the Parties' agreement to dispose of additional samples in the custody of EPA region 4. In particular we request your agreement to dispose of the samples identified on the attached spreadsheet. Also attached to this email is a winzip file containing the sampling plans and other related materials. Please notify me on or before 6 pm Eastern time on April 28, 2011 if you object to the disposal of these samples.

I appreciate your assistance in this important matter.

Sarah D. Himmelhoch
Senior Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)