UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

### ORDER

**CONSIDERING** Plaintiffs' Motion for Leave to Supplement Omnibus Memoranda in Opposition to the Cameron Motions to Dismiss:

**IT IS ORDERED** that the motion be and is hereby **GRANTED**, and that the following Exhibits be submitted by the Plaintiffs and accepted by the Clerk of Court, **UNDER SEAL**:

| | | |
|---|---|---|
| | Exhibit 1 | Purchase Order<br>[Bates No. CAM_CIV_0002876 – CAM_CIV_0002910] |
| | Exhibit 2 | Terms and Conditions<br>[Bates No. CAM_CIV_0002921 – CAM_CIV_0002926] |
| | Exhibit 3 | Master Service Agreement<br>[Bates No. CAM_CIV_0017212 – CAM_CIV_0017234] |

**SIGNED** this _____ day of _____, 2011, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**