### Trial Issue Outline

<u>Segment 1</u> (February 27, 2012-May 15, 2012):

The Segment 1 "Macondo Blowout, Source Control and Flow Rate" trial will include evidence and testimony regarding the casualty, source well control, and oil flow rate.

The source well control and oil flow rate testimony will be limited to fact testimony.

Issues at the Segment 1 trial may, *inter alia*, include:

<u>BP</u>:

- Whether BP was negligent and/or grossly negligent in designing and/or constructing the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in its drilling operations at the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in its preparations for responding to an oil spill at the Macondo well and whether such negligence/gross negligence was a legal cause of the oil spill, the duration of the spill, and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in equipping the Macondo well BOP and whether such negligence/gross negligence was a



EXHIBIT A

legal cause of personal injury and/or wrongful death claims, and/or the oil spill, the duration of the spill, and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in its cementing design and/or operations at the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in proceeding with displacing the well to seawater without a successful negative test of the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in failing to plug and abandon the Macondo well prior to April 20 and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether BP was negligent and/or grossly negligent in failing to timely cap the well after April 22, 2010, and whether such negligence / gross negligence was a legal cause of the duration of the spill and resulting economic loss claims;

- Whether a threshold determination exists for a finding of punitive damages.

<u>Transocean</u>:

- Whether negligence and/or gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;
- Whether the unseaworthiness of the DWH was a legal cause of the personal injury, wrongful death and economic loss claims;
- Whether Transocean had privity or knowledge;
- Whether a threshold determination exists for a finding of punitive damages.

<u>Cameron</u>:

- Whether the BOP was defective in design or manufacture (or failure to warn) and whether such defects were a legal cause of personal injury and/or wrongful death claims, and/or the oil spill, the duration of the spill, and resulting economic loss claims;
- Whether a threshold determination exists for a finding of punitive damages.

<u>Halliburton/Sperry-Sun</u>:

- Whether Halliburton was negligent and/or grossly negligent in its cementing design and/or operations at the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss claims;

- Whether a threshold determination exists for a finding of punitive damages.

MI:

- Whether MI was negligent and/or grossly negligent in providing mud, spacer, services and/or operations at the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss;
- Whether a threshold determination exists for a finding of punitive damages.

Anadarko/MOEX/MOECO:

- Whether Anadarko/MOEX/MOECO were negligent and/or grossly negligent in their actions as partners and/or co-lessees in the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss;
- Whether a threshold determination exists for a finding of punitive damages.

Weatherford:

- Whether Weatherford was negligent and/or grossly negligent in providing equipment and services regarding the production casing, float collar, shoe, centralizers and other equipment for the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss;

- Whether a threshold determination exists for a finding of punitive damages.

DrillQuip:

- Whether DrillQuip was negligent and/or grossly negligent in providing equipment and services regarding the well-head and other equipment for the Macondo well and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss;

- Whether a threshold determination exists for a finding of punitive damages.

United States/MMS and other non-parties:

- Whether the United States, MMS, and/or other non-parties were negligent and/or grossly negligent in their regulatory or other functions regarding the Macondo well and source control efforts, and whether such negligence/gross negligence was a legal cause of personal injury and/or wrongful death claims, as well as the oil spill and resulting economic loss;

- Whether a threshold determination exists for a finding of punitive damages.

Segment 2 (June 15, 2012-July 15, 2012):

The Segment 2 "Expert" trial will include expert testimony regarding source well control and oil flow rate issues, as those issues relate to the Segment 1 issues set forth above.