**Proposed Trial and Discovery Timeline**

**TRIAL TRACK**

**Segment 1**
Blowout Trial, including Fact Evidence re: blowout, source well control and oil flow rate

**Segment 2**
Trial of Expert Testimony re: source well control and oil flow rate

Submission of Proposed Findings of Fact and Conclusions of Law

Issuance of Findings of Fact and Conclusions of Law

Damage/Quantification Test Cases

**Future proceedings to be determined at a later date, may include:**
- medical monitoring claims
- governmental NRD claims
- responder/dispersant claims

**FACT DISCOVERY TRACK**

**Segment 1**
Fact Discovery re: Blowout and relaed issues

**Segment 2**
Fact Discovery re: source well control and oil flow rate

**PSC** identifies test cases for damage trials and discovery thereon

**EXPERT DISCOVERY TRACK**

**Segment 1**
Expert Discovery re: Blowout and related issues

**Segment 2**
Expert Discovery re: source well control and oil flow rate

**Expert Discovery** on damages

Feb 2011 | Mar 2011 | Apr 2011 | May 2011 | Jun 2011 | Jul 2011 | Aug 2011 | Sep 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 | **Feb 27, 2012** | Mar 2012 | Apr 2012 | May 2012 | Jun 2012 | Jul 2012 | Aug 2012 | Sep 2012 | Oct 2012 | Nov 2012 | Dec 2012 | Jan 2013 | Feb 2013 | Mar 2013 | Apr 2013 | May 2013 | Jun 2013 | Jul 2013

**TIME**
**(February 2011 through July 2013)**



EXHIBIT
**B**