**MINUTE ENTRY**
**SHUSHAN, M.J.**
**APRIL 26, 20111**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**[Regarding deposition of CSI and Fred Sabins]**

APPEARANCES   Andy Langam, Barbara Harding, Carmelite Bertaut, Deb Kuchler, Alan York, Corey Maze, and Dan Goforth.

A telephone conference was held this date concerning the depositions of CSI Technologies and Fred Sabins set for Thursday, April 28, and Friday, April 29. For reasons beyond the control of the parties, the CSI/Sabins depositions will not proceed on April 28 and 29. CSI is a consultant for BP and it worked on BP's internal investigation. After the incident, it tested cement. Since the completion of the internal investigation, BP has consulted with CSI on matters relating to the litigation. The CSI/Sabins depositions are of particular interest to Anadarko/MOEX and Halliburton. The parties shall proceed as follows:

1. BP shall review the notice sent to it on April 22, 2011 and report to Anadarko/MOEX and Halliburton whether it has any objections to the notice.

2. After the parties resolve any objections to the notice, BP shall present the notice to CSI's counsel.

3. BP shall suggest May 24 and 25 (alternate May 16-18) to CSI's counsel as new dates for the deposition.

4. BP shall request that CSI produce documents in advance of the deposition and notify the parties of the date by which the CSI documents will be produced.

5. After BP communicates with CSI's counsel, it shall contact the Court to schedule a telephone conference with counsel for CSI, BP, Anadarko/MOEX and Halliburton.

New Orleans, Louisiana, this 26th day of April, 2011.

                                      **SALLY SHUSHAN**
                                  **United States Magistrate Judge**