UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179<br>SECTION "J"<br><br>JUDGE BARBIER |
| This Document Relates to:<br>*STATE OF VERACRUZ, REPUB. OF MEXICO v. BP PLC,* No. 10-4239<br>*STATE OF TAMAULIPAS, REPUB. OF MEXICO v. BP PLC,* No. 10-4240<br>*STATE OF QUINTANA ROO, REPUB. OF MEXICO v. BP PLC*, No. 10-4241 | § § § § § § § § | MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT PURSUANT TO FRCP 15 BY PLAINTIFFS
THE STATES OF TAMAULIPAS, VERACRUZ, AND QUINTANA ROO**

TO THE HONORABLE JUDGE:

Come now the State of Tamaulipas, the State of Veracruz and the State of Quintana Roo ("Mexican States"), by and through their attorney Enrique G. Serna and hereby request this Honorable Court to grant the Motion For Leave To File Second Amended Complaint Pursuant To FRCP 15 By Plaintiffs, The States Of Tamaulipas, Veracruz, And Quintana Roo, and in support thereof, show as follows:

1) The Mexican States filed their original complaints in the United States District Court for the Western District of Texas, San Antonio Division, on September 16, 2010.

2) On the afternoon of September 16, 2010, the attorneys for the Mexican States cured a few typographical mistakes in their original complaints and on that same day before service of process on the named Defendants was initiated,

the Mexican States filed their First Amended Petition. During the period when a party can amend as a matter of course, the party has an absolute right to amend. *Williams v. Board of Regents,* 477 F.3d 1282, 1292 & n.6 (11th Cir.2007).

3) By consent and stipulation with some of the Defendants in this MDL (BP Entities) this case was stayed in the U.S. Western District and transferred into MDL-2179 before this Honorable Court on or about December 2010. The Mexican State Cases have been assigned docket numbers 10-04239 (Veracruz), 10-04240 (Tamaulipas) and 10-04241 (Quintana Roo).

4) Since December of 2010 the Mexican States have learned of new facts through discovery requests served by the PSC, responses of Defendants to such discovery, have identified new Defendants that were not included in the Mexican States' First Amended Petition, and have identified new causes of action that were not previously pled. In their proposed Second Amended Complaints, the Mexican States have modeled the facts, allegations, and some of their claims after those the PSC has filed in the latest Master Bundle "C" Amended Complaint. Accordingly, no additional delay will be incurred through the allowance of the requested amendment since the issues, parties, and claims are already before this Court through the pleadings of other parties.

5) The Mexican States are filing their Motion for Leave to file their proposed Second Amended Complaint in the interests of justice and not to cause undue delay. The amendments are *not* sought in bad faith or as dilatory tactics. Moreover, there will be no undue or substantial prejudice to the Defendants. Each of the Mexican States has a newly sworn Governor who wishes to continue the

prosecution of the State's case against Defendants with additional claims, requests for damages, and factual allegations. It is respectfully submitted that the Court should freely grant leave to amend when justice requires it. *FRCP 15(a)(2); Foman v. Davis,* 371 U.S. 178, 182 (1962); *Lyn-Lea Travel Corp. v. American Airlines, Inc.*, 283 F3d 282, 286 (5th Cir.2002). The Mexican States hereby respectfully submit that leave to amend should be granted because a) the proposed Second Amended Complaint is not being offered to cause undue delay, *Smith v. EMC Corp.*, 393 F.3rd 590, 595 (5th Cir.2004); b) Plaintiffs are not motivated by bad faith or dilatory motive, *See, Foman* at 595; c) there will not be any undue or substantial prejudice to Defendants, *See Foman* at 182; d) the proposed amendments are not futile, *Id.*; and e) the proposed Amended Claims are not frivolous. *Gamma-10 Plastics, Inc. v. American President Lines, Ltd.,* 32 F.3rd 1244, 1255-56 (8th Cir.1994). In conclusion, the Mexican States pray that the Court grant their Motion for Leave to File their Second Amended Complaint.

WHEREFORE PREMISES CONSIDERED, Plaintiffs, the Mexican States, move this Honorable Court to grant Leave to file their Second Amended Complaint.

Dated: April 26, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222

3

Facsimile: 210.228.0839

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, **MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FRCP 15 BY PLAINTIFFS, THE STATES OF TAMAULIPAS, VERACRUZ, AND QUINTANA ROO** has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 26th day of April, 2011.

/s/ Enrique G. Serna

Enrique G. Serna