# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: *STATE OF VERACRUZ, REPUB. OF MEXICO v. BP PLC*, No. 10-4239 *STATE OF TAMAULIPAS, REPUB. OF MEXICO v. BP PLC*, No. 10-4240 *STATE OF QUINTANA ROO, REPUB. OF MEXICO v. BP PLC*, No. 10-4241 | § § § § § § § | MAGISTRATE SHUSHAN |

## LOCAL RULE 7.6 (E) CERTIFICATE

Plaintiffs the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo, Republic of Mexico, by and through their counsel Enrique G. Serna, and in compliance with local rule 7.6 E, on April 20, 2011, sent an email to all attorneys of record for Defendants inquiring whether the filing of the Motion for Leave to file the Mexican State's Second Amended Complaints would be opposed and attached the proposed Second Amended Complaints to that communication. That same afternoon attorneys for the Halliburton Defendants diligently informed counsel that the Motion for leave **would be opposed**.  Moreover, on April 22, 2011, Counsel for the BP Defendants informed counsel that BP **would also oppose** the Motion for leave.  Counsel has also heard from Counsel to Anadarko Petroleum, however has not heard from the rest of the Defendants in this case yet. **Defendants BP and Halliburton are both opposed to the Motion for Leave**.

WHEREFORE PREMISES CONSIDERED, the Mexican States of Veracruz, Tamaulipas, and Quintana Roo, move this Honorable Court to Grant Leave to file their Second Amended Complaints.

Dated: April 26, 2011

Respectfully submitted,

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

## CERTIFICATE OF SERVICE

I hereby Certify that the above and foregoing **RULE 7.6(E) CERTIFICATE**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 26th day of April, 2011.

/s/ Enrique G. Serna

Enrique G. Serna