# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | | JUDGE BARBIER |
| This Document Relates to: *STATE OF VERACRUZ, REPUB. OF MEXICO v. BP PLC,* No. 10-4239 *STATE OF TAMAULIPAS, REPUB. OF MEXICO v. BP PLC,* No. 10-4240 *STATE OF QUINTANA ROO, REPUB. OF MEXICO v. BP PLC*, No. 10-4241 | § § § § § § § | MAGISTRATE SHUSHAN |

## NOTICE OF SUBMISSION

Notice is hereby given that a MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS OF THE STATES OF VERACRUZ, TAMAULIPAS AND QUINTANA ROO, REPUBLIC OF MEXICO, has been filed by Plaintiffs Lead Counsel Serna & Associates PLLC, and, subject to the provisions of PRE-TRIAL ORDER NO.15, is tentatively scheduled for hearing at 9:30 am on May 16, 2011.

Dated: April 26, 2011

Respectfully submitted,

SERNA & ASSOCIATES PLLC

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222

1

Facsimile: 210.228.0839

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, **NOTICE OF SUBMISSION**, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 26th day of April, 2011.

/s/ Enrique G. Serna

Enrique G. Serna