UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010. | § § § § § | MDL No. 2179 SECTION "J" |
| | § | JUDGE BARBIER |
| This Document Relates to: | § | |
| *STATE OF VERACRUZ, REPUB. OF MEXICO v. BP PLC,* No. 10-4239 | § § | MAGISTRATE SHUSHAN |
| *STATE OF TAMAULIPAS, REPUB. OF MEXICO v. BP PLC,* No. 10-4240 | § § | |
| *STATE OF QUINTANA ROO, REPUB. OF MEXICO v. BP PLC,* No. 10-4241 | § § | |

## ORDER

On this day came to be heard the Motion For Leave To File Second Amended Complaint of The States of Veracruz, Tamaulipas, And Quintana Roo, Republic of Mexico and this Court having been advised of the premises therefor, is of the opinion that said Motion should be GRANTED. Therefore,

**IT IS ORDERED** that the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, are hereby granted leave to file their Second Amended Complaint as attached to their Motion.

**IT IS FURTHER ORDERED** that the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico, Second Amended Complaint shall be deemed filed herein and that it shall supersede the original complaints filed by the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico in Case **No. 10-4239, No. 10-4240, and No. 10-4241.**

**IT IS FURTHER ORDERED** that, pursuant to this Court's February 15, 2011 order, the Defendants named in the Second Amended Complaint shall have thirty (30) days from

2

the date of service of the Second Amended Complaint to file their respective responsive

pleadings.

New Orleans, Louisiana this the _____the day of _____, 2011


_____
Hon. Carl J. Barbier
United States District Judge