UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179  SECTION: "J"  JUDGE CARL J. BARBIER  MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| THIS DOCUMENT RELATES TO:  2:10-CV-02771 | | |

## ORDER ON MOTION TO WITHDRAW COUNSEL

Considering the foregoing Motion to Withdraw counsel:

IT IS ORDERED that Shannon A. Lang, Texas Bar No. 24070103, as associated with the case no. 2:10-CV-02771, be allowed to withdraw as counsel for M-I L.L.C.  M-I L.L.C. requests that Ms. Lang be removed from the electronic service list in this case.  Hugh E. Tanner remains attorney-in-charge.

New Orleans, Louisiana this 25th day of April, 2011.

_____
United States District Judge