UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br><br>2:10-CV-02771 | | |

**ORDER ON DEFENDANT'S MOTION TO WITHDRAW DOCUMENT NO. 2046**

Considering the foregoing Motion to Withdraw Document:

IT IS ORDERED that Document No. 2046 filed in case 2:10-md-02179 is withdrawn and removed from the docket.

New Orleans, Louisiana this 25th day of April, 2011.

_____
United States District Judge