```
1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3   ***********************************************************

4   IN RE:  OIL SPILL BY THE
    OIL RIG DEEPWATER HORIZON
5   IN THE GULF OF MEXICO ON
    APRIL 20, 2010
6                               CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
7                               FRIDAY, MARCH 25, 2011, 9:30 A.M.

8   THIS DOCUMENT RELATES TO
    ALL ACTIONS
9

    ***********************************************************
10

11             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE CARL J. BARBIER
12                    UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15


16   PLAINTIFFS'
     LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
17                           BY:  JAMES P. ROY, ESQUIRE
                             P. O. BOX 3668
18                           556 JEFFERSON STREET
                             LAFAYETTE, LA  70502
19

20                           HERMAN HERMAN KATZ & COTLAR
                             BY:  STEPHEN J. HERMAN, ESQUIRE
21                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA  70113
22

23
     FOR THE PLAINTIFFS:     CUNNINGHAM BOUNDS
24                           BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                             1601 DAUPHIN STREET
25                           MOBILE, AL 36604
```

09:23AM

1  APPEARANCES CONTINUED:

2

3                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                               BY:  PAUL M. STERBCOW, ESQUIRE
4                              PAN AMERICAN LIFE BUILDING
                               601 POYDRAS STREET, SUITE 2615
5                              NEW ORLEANS, LA  70130

6

7                              WATTS, GUERRA, CRAFT
                               BY:  MIKAL C. WATTS, ESQUIRE
                               4 DOMINION DRIVE
8                              BUILDING 3, SUITE 100
                               SAN ANTONIO, TX 78257

9

10                             BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
11                             1000 DOMINION TOWER
                               999 WATERSIDE DRIVE
12                             NORFOLK, VA  23510

13

                               COLSON, HICKS, EIDSON, COLSON, MATTHEWS,
14                             MARTÍNEZ, GONZALES, KALBAC & KANE
                               BY:  ERVIN A. GONZALEZ, ESQUIRE
15                             255 ALHAMBRA CIRCLE, PENTHOUSE
                               CORAL GABLES, FL  33134

16

17                             COSSICH, SUMICH, PARSIOLA & TAYLOR
                               BY:  PHILIP F. COSSICH, JR., ESQUIRE
18                             8397 HIGHWAY 23, SUITE 100
                               BELLE CHASSE, LA 70037

19

20                             WEITZ & LUXENBERG
                               BY:  ROBIN L. GREENWALD, ESQUIRE
21                             700 BROADWAY
                               NEW YORK CITY, NY  10003

22

23                             BARON & BUDD
                               BY:  SCOTT SUMMY, ESQUIRE
24                             3102 OAK LAWN AVENUE, SUITE 1100
                               DALLAS, TX  75219

25

1  APPEARANCES CONTINUED:

2

3                          MORGAN & MORGAN
                           BY:  ALPHONSO M. ESPY, ESQUIRE
4                          188 EAST CAPITOL STREET, SUITE 777
                           JACKSON, MS   39201
5

6                          LEVIN PAPANTONIO THOMAS MITCHELL
                           RAFFERTY & PROCTOR
7                          BY:  BRIAN H. BARR, ESQUIRE
                           316 SOUTH BAYLEN STREET, SUITE 600
8                          PENSACOLA, FL   32502

9

10                         LUNDY, LUNDY, SOILEAU & SOUTH
                           BY:  MATTHEW E. LUNDY, ESQUIRE
                           501 BROAD STREET
11                         LAKE CHARLES, LA   70601

12

13                         BEASLEY, ALLEN, CROW, METHVIN,
                           PORTIS & MILES
                           BY:  RHON E. JONES, ESQUIRE
14                         POST OFFICE BOX 4160
                           MONTGOMERY, AL   36013

15

16                         FAYARD & HONEYCUTT
                           BY:  CALVIN C. FAYARD, JR., ESQUIRE
17                              D. BLAYNE HONEYCUTT, ESQUIRE
                           519 FLORIDA AVENUE SOUTHWEST
18                         DENHAM SPRINGS, LA   70726

19

20                         DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
                           BY:  MICHAEL C. PALMINTIER, ESQUIRE
                           618 MAIN STREET
21                         BATON ROUGE, LA 70801

22

23                         LUNDY, LUNDY, SOILEAU & SOUTH
                           BY:  MATTHEW E. LUNDY, ESQUIRE
                           501 BROAD STREET
24                         LAKE CHARLES, LA   70601

25

```
 1  APPEARANCES CONTINUED:

 2

 3                              LIEFF CABRASER HEIMANN & BERNSTEIN
                               BY:  ELIZABETH J. CABRASER, ESQUIRE
 4                              275 BATTERY STREET, 29TH FLOOR
                               SAN FRANCISCO, CA  94111
 5

 6                              WILLIAMSON & RUSNAK
                               BY:  JIMMY WILLIAMSON, ESQUIRE
 7                              4310 YOAKUM BOULEVARD
                               HOUSTON TX  77006
 8

 9  FOR THE FEDERAL
     GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
10                              TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
11                              450 GOLDEN GATE AVENUE
                               7TH FLOOR, ROOM 5395
12                              SAN FRANCISCO, CA  94102

13

14  FOR THE UNITED STATES
     OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
15                              U.S. DEPARTMENT OF JUSTICE
                               BY:  STEVEN O'ROURKE, ESQUIRE
16                              P.O. BOX 7611
                               WASHINGTON, D.C. 20044
17

18  FOR STATE INTERESTS:      OFFICE OF THE ATTORNEY GENERAL
                               STATE OF ALABAMA
19                              BY:  LUTHER STRANGE, ESQUIRE
                                    COREY L. MAZE, ESQUIRE
20                              501 WASHINGTON AVENUE
                               MONTGOMERY, AL  36130
21

22  FOR THE STATE OF
     LOUISIANA:               KANNER & WHITELEY
23                              BY:  ALLAN KANNER, ESQUIRE
                               701 CAMP STREET
24                              NEW ORLEANS, LA  70130

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                                  HENRY DART
                                    ATTORNEYS AT LAW
 4                                  510 NORTH JEFFERSON STREET
                                    COVINGTON, LA  70433
 5

 6  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 7  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 8  BP CORPORATION NORTH
    AMERICA INC.,
 9  BP EXPLORATION &
    PRODUCTION INC.,
10  BP HOLDINGS NORTH
    AMERICA LIMITED,
11  BP PRODUCTS NORTH
    AMERICA INC.:           LISKOW & LEWIS
12                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
13                          701 POYDRAS STREET
                            SUITE 5000
14                          NEW ORLEANS, LA 70139

15

                            KIRKLAND & ELLIS
16                          BY:  J. ANDREW LANGAN, ESQUIRE
                                 RICHARD C. GODFREY, ESQUIRE
17                          300 N. LASALLE
                            CHICAGO, IL 60654
18

19
    FOR TRANSOCEAN HOLDINGS
20  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
21  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
22  INC.:                   FRILOT
                            BY:  KERRY J. MILLER, ESQUIRE
23                          ENERGY CENTRE, 36TH FLOOR
                            1100 POYDRAS STREET
24                          NEW ORLEANS, LA  70163

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
 4                               BY:  PHILLIP A. WITTMANN, ESQUIRE
                                 546 CARONDELET STREET
 5                               NEW ORLEANS, LA 70130

 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:      GODWIN RONQUILLO
 8                               BY:  DONALD E. GODWIN, ESQUIRE
                                 JENNY L. MARTINEZ, ESQUIRE
 9                               1201 ELM STREET, SUITE 1700
                                 DALLAS, TEXAS 75270
10

11                               GODWIN RONQUILLO
                                 BY:  R. ALAN YORK, ESQUIRE
12                               1331 LAMAR, SUITE 1665
                                 HOUSTON, TEXAS 77010
13

14   FOR ANADARKO
     PETROLEUM CORPORATION,
15   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
16   AND MOEX OFFSHORE 2007
     LLC:                        KUCHLER POLK SCHELL WEINER & RICHESON
17                               BY:  DEBORAH D. KUCHLER, ESQUIRE
                                 1615 POYDRAS STREET, SUITE 1300
18                               NEW ORLEANS, LOUISIANA 70112

19
                                 BINGHAM MCCUTCHEN
20                               BY:  KY E. KIRBY, ESQUIRE
                                 2020 K STREET
21                               WASHINGTON, DC  20006

22

23   FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                                 BY:  HUGH E. TANNER, ESQUIRE
24                                    DENISE SCOFIELD, ESQUIRE
                                 1000 LOUISIANA STREET, SUITE 4000
25                               HOUSTON, TX  77002
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
 9                                 MICHAEL J. LYLE, ESQUIRE
                              767 FIFTH AVENUE
10                            NEW YORK, NY  10153

11

12   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
13                            BY:  GARY RUSSO, ESQUIRE
                                   DIRK WEGMANN, ESQUIRE
14                            PLACE ST. CHARLES
                              201 ST. CHARLES AVENUE
15                            NEW ORLEANS, LA 70170

16

17   FOR MARINE SPILL
     RESPONSE CORPORATION:     BLANK ROME
18                            BY:  ALAN M. WEIGEL, ESQUIRE
                              THE CHRYSLER BUILDING
19                            405 LEXINGTON AVENUE
                              NEW YORK, NY  10174

20

21   SPECIAL MASTER:          PROFESSOR FRANCIS MCGOVERN

22

23   ALSO PRESENT:            METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
24                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
25                            HOUSTON, TX  77002
```

1   APPEARANCES CONTINUED:

2

3                           JOHN ALDEN MEADE, ESQUIRE
                            WILLIAM LARGE, ESQUIRE
4                           ANTHONY FITCH, ESQUIRE
                            MELINDA NICHOLSON, ESQUIRE
5

6   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
7                                 500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA  70130
8                                 (504) 589-7779

9   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

# I N D E X

2

3 SPEAKERS                                                    PAGE

4

5 PRETRIAL ORDERS.......................................   14

6 BP'S PENDING MOTION FOR RELIEF FROM PRESERVATION ORDER    15

7 REGARDING SAMPLE DISPOSAL.............................

8 STIPULATED ORDER GOVERNING DEADLINES IN CONNECTION       16

9 WITH PETITIONER'S 14(C) THIRD-PARTY COMPLAINT AND

10 CERTAIN BUNDLE C PLEADINGS............................

11 CONDITIONAL TRANSFER ORDER REPORT AND TRANSFER STATUS..   17

12 STATE COURT CASES.....................................   18

13 MDL 2185..............................................   20

14 INSURANCE COVERAGE CASES..............................   27

15 TRANSOCEAN'S MOTION TO INTERVENE......................   29

16 REPORT ON WRITTEN AND DEPOSITION DISCOVERY............   29

17 BOP TESTING STATUS....................................   31

18 CEMENT TESTING STATUS.................................   36

19 TRIAL PLAN............................................   37

20 RESPONSIVE PLEADINGS DEADLINES........................   39

21 OPA TEST CASES........................................   40

22 TRANSOCEAN'S MOTION TO ENFORCE JUDGMENT ON LIMITATION    41

23 OF LIABILITY AGAINST ST. JOE..........................

24 LEXISNEXIS............................................   42

25 NOTIFICATION TO PRO SE LITIGANTS OF RECEIPT OF SHORT ..   42

1  FORM JOINDERS.........................................

2  APRIL 20TH IS THE DEADLINE, MONITION DATE FOR CLAIMS      43

3  IN LIMITATION.........................................

4  TRIAL DATE, FEBRUARY 27TH, 2012.......................  43

5  THE NEXT STATUS CONFERENCE IS FRIDAY, APRIL 29TH, AT      44

6  9:30 CENTRAL STANDARD TIME............................

1                        **P-R-O-C-E-E-D-I-N-G-S**

2                     FRIDAY, MARCH 25, 2011

3                 M O R N I N G   S E S S I O N

4                   (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.  Court is in session.

8          THE COURT:  Good morning, everyone.  Please be seated.

9   Welcome.  I hope everyone is doing well this morning.  It's

10  beautiful weather outside.  Too bad we're inside.

11          We, of course, as usual, have a number of folks

12  listening in on the phone, so we'll ask everyone when you speak

13  to try to make sure you come up to the podium and speak into the

14  microphone so that everyone, including the folks on the phone,

15  can hear you.

16          I guess we'll start off and have liaison counsel

17  and steering committee folks identify themselves again for the

18  record, make appearances here this morning.

19          MR. ROY:  Jim Roy for the PSC, liaison, co-liaison.

20          MR. HERMAN:  Good morning, Your Honor, Steve Herman for

21  the plaintiffs.

22          MR. BARR:  Good morning, Your Honor.  Brian Barr for the

23  plaintiffs.

24          THE COURT:  Good morning.

25          MR. SUMMY:  Good morning, Scott Summy for the

09:33AM 1   plaintiffs.

09:33AM 2          MS. CABRASER:  Good morning, Your Honor.

09:33AM 3   Elizabeth Cabraser for the plaintiffs.

09:33AM 4          MR. CUNNINGHAM:  Robert Cunningham for the plaintiffs.

09:33AM 5          MR. UNDERHILL:  Good morning, Your Honor.

09:33AM 6   Mike Underhill, United States.

09:33AM 7          MR. BREIT:  Jeffrey Breit, PSC.

09:33AM 8          MR. STRANGE:  Luther Strange, Your Honor, coordinating

09:33AM 9   counsel for the states, from Alabama.

09:33AM 10          MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:33AM 11   for the Plaintiffs' Management Committee.

09:33AM 12          MR. GONZALEZ:  Good morning, Judge.  Ervin Gonzalez,

09:33AM 13   PSC.

09:33AM 14          MS. GREENWALD:  Good morning.  Robin Greenwald, PSC.

09:33AM 15          MR. ESPY:  Good morning, Your Honor.  Mike Espy, PSC.

09:33AM 16          MR. PALMINTIER:  Judge, good morning.  Mike Palmintier,

09:33AM 17   PSC.

09:33AM 18          MR. STERBCOW:  Paul Sterbcow, PSC.

09:33AM 19          MR. JONES:  Rhon Jones, PSC.

09:33AM 20          MR. COSSICH:  Phil Cossich, PSC.

09:33AM 21          MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

09:33AM 22          MR. WATTS:  Good morning, Judge.  Mikal Watts for the

09:33AM 23   PSC.

09:33AM 24          THE COURT:  Good morning.  Okay, this side of the table.

09:33AM 25          MR. O'ROURKE:  Steven O'Rourke for the Justice

09:33AM 1  Department.

09:34AM 2        MR. RUSSO:  Good morning, Your Honor.  Gary Russo and

09:34AM 3  Dirk Wegmann for Weatherford.

09:34AM 4        MR. TANNER:  Good morning, Your Honor.  Hugh Tanner and

09:34AM 5  Denise Scofield for M-I.

09:34AM 6        THE COURT:  They are just sitting on the wrong side of

09:34AM 7  the courtroom.  That's all.  I don't know if they are spies over

09:34AM 8  there or what.  Mr. Underhill, you should be in the middle,

09:34AM 9  probably.

09:34AM 10       MR. UNDERHILL:  I like it where I am.

09:34AM 11       THE COURT:  All right.  Did you get the other gentleman

09:34AM 12 from the Justice Department who introduced himself?

09:34AM 13       MR. O'ROURKE:  Steven O'Rourke.

09:34AM 14       THE COURT:  Also for the Justice Department.

09:34AM 15          Let's start over here.

09:34AM 16       MR. LANGAN:  Andy Langan for BP, Your Honor.

09:34AM 17       MR. HAYCRAFT:  Don Haycraft, BP.

09:34AM 18       MR. WITTMANN:  Phil Wittmann for Cameron.

09:34AM 19       MS. KUCHLER:  Deb Kuchler, Anadarko and MOEX.

09:34AM 20       MR. MILLER:  Kerry Miller, Transocean Deepwater.

09:34AM 21       MS. KIRBY:  Ky Kirby, Anadarko and MOEX.

09:35AM 22       MR. GODWIN:  Don Godwin, Halliburton.

09:35AM 23       MS. MARTINEZ:  Jenny Martinez, Halliburton.

09:35AM 24       MR. LYLE:  Mike Lyle, Seacor, O'Brien's and NRC.

09:35AM 25       MR. TSEKERIDES:  Ted Tsekerides, liaison for responder

09:35AM 1    defendants.

09:35AM 2              MR. WEIGEL:  Alan Weigel for Marine Spill Response

09:35AM 3    Corporation.

09:35AM 4              MR. YORK:  Alan York for Halliburton.

09:35AM 5              MR. GOODWIN:  David Goodwin for BP.

09:35AM 6              MR. BROCK:  Mike Brock for BP.

09:35AM 7              MR. GODFREY:  Good morning, Your Honor, again.

09:35AM 8    Rick Godfrey, BP.

09:35AM 9              MR. GOFORTH:  Dan Goforth, Transocean.

09:35AM 10             THE COURT:  All right.  Very well.  Thank you.

09:35AM 11             Looking at our agenda for this morning -- oh, I

09:35AM 12   forgot one thing.  We have an important visitor here this morning

09:35AM 13   that I would like to have introduced.  I think Mr. Langan wants

09:35AM 14   to introduce him.

09:35AM 15             MR. LANGAN:  Your Honor, my 15-year-old son, Drew, is

09:35AM 16   here in court today.  I know he's on the wrong side of the room.

09:36AM 17             MR. HERMAN:  We'll take him.

09:36AM 18             THE COURT:  He said he likes where he is?

09:36AM 19             MR. WATTS:  I've got a new clerk.

09:36AM 20             THE COURT:  I think the PSC just hired him, Mr. Langan.

09:36AM 21             All right.  Since we were here in February, the

09:36AM 22   Court, of course, has issued a number of pretrial orders:

09:36AM 23   Number 29, which dealt with the documents produced by BP in the

09:36AM 24   Texas City litigation and how those would be handled; Number 30

09:36AM 25   dealt with the disposal protocol for United States samples;

09:36AM 1   31 clarified certain deadlines, I hope clarified certain

09:36AM 2   deadlines for responsive pleadings; 32 was a revised timeline and

09:37AM 3   case management schedule; 33 provided for the voluntary master

09:37AM 4   complaint and short form joinder for local government entities.

09:37AM 5           There is a pending motion that was carried over

09:37AM 6   from last month, this is Item Number 2 on the agenda, BP's

09:37AM 7   pending motion for relief from preservation order regarding

09:37AM 8   sample disposal.

09:37AM 9           MR. LANGAN:  Yes, Your Honor, Andy Langan for BP.

09:37AM 10          This motion was pending from the last status

09:37AM 11  conference.  As I indicated to Your Honor in chambers, we are

09:37AM 12  still working the issue.  BP needs to produce a list of about

09:37AM 13  1100 samples, share it with the Plaintiffs' Steering Committee,

09:37AM 14  let them have a look at it.

09:37AM 15          So we would like the Court's indulgence in,

09:37AM 16  perhaps, taking around another week or so, depending on the PSC's

09:37AM 17  schedules, and hopefully come back to Your Honor with an agreed

09:37AM 18  order on that.

09:38AM 19          THE COURT:  What's the general nature of these samples?

09:38AM 20          MR. LANGAN:  Well, Your Honor, as a result of the

09:38AM 21  post-incident spill response, BP generated and kept literally

09:38AM 22  thousands and thousands of oil and water and other samples.  A

09:38AM 23  lot of them are just junk and don't need to be kept; but,

09:38AM 24  understanding preservation obligations and preservation orders,

09:38AM 25  we don't want to do so without letting the stakeholders have a

09:38AM 1    look.  The DOJ has asked for this kind of relief, and BP is, as

09:38AM 2    well.

09:38AM 3            THE COURT:  Very well.  The PSC, how much time do you

09:38AM 4    anticipate you need to do whatever you need to do to review this?

09:38AM 5            MR. HERMAN:  Your Honor, I may have been a little --

09:38AM 6            THE COURT:  Mr. Herman.

09:38AM 7            MR. HERMAN:  Sorry, Your Honor, Steve Herman for the

09:38AM 8    plaintiffs.

09:38AM 9            I may have been overly optimistic in predicting

09:38AM 10   that it would take us a week.  We're certainly going to try to do

09:38AM 11   it as expeditiously as possible.  It could take us a couple of

09:38AM 12   weeks.  It depends on the nature of the information, but we're

09:38AM 13   certainly going to work with BP to do it as quickly as possible.

09:38AM 14           THE COURT:  So hopefully within, say, not more than

09:39AM 15   maybe two weeks we'll have this order finalized?

09:39AM 16           MR. HERMAN:  Yes, Your Honor.

09:39AM 17           MR. LANGAN:  Your Honor, that's perfectly fine with us.

09:39AM 18   Thank you.

09:39AM 19           THE COURT:  Thank you.

09:39AM 20           Item Number 3 is the stipulated order governing

09:39AM 21   deadlines in connection with petitioner's 14(c) third-party

09:39AM 22   complaint and certain Bundle C pleadings.

09:39AM 23           I think this is another attempt to clarify some

09:39AM 24   confusion about some previous deadlines.  I think I actually

09:39AM 25   signed this order yesterday, right?  So this order has been

09:39AM  1    signed.

09:39AM  2            The main intent of the Court, and I think everyone

09:39AM  3    understands it now, is that we wanted to, by now, have all what I

09:39AM  4    call true third-party complaints filed that brought in truly new

09:39AM  5    parties.

09:39AM  6            I know there are some issues with, perhaps, people

09:39AM  7    want to file cross-claims or counterclaims and things like that.

09:39AM  8    That's a separate deadline.  But, in terms of bringing in new

09:40AM  9    parties, we wanted to get those into the litigation as early as

09:40AM 10    possible for obvious reasons, not the least of which is the

09:40AM 11    ongoing discovery that those parties would have an interest and

09:40AM 12    need to participate in.

09:40AM 13            So that's been done.

09:40AM 14            Number 4, conditional transfer order report and

09:40AM 15    transfer status.

09:40AM 16        MR. LANGAN:  Your Honor, Andy Langan for BP.

09:40AM 17            Since our last status conference, the judicial

09:40AM 18    panel has issued one new conditional transfer order transferring

09:40AM 19    two additional cases, and we now think that there is a net of

09:40AM 20    about 358 active cases in this MDL before this Court.

09:40AM 21            There is one case that is still subject and being

09:40AM 22    briefed as a result of Conditional Transfer Order Number 9, and

09:40AM 23    we believe the panel will act on that at its next session on

09:40AM 24    March 30th.

09:40AM 25            Finally, there are 18 other cases that are subject

09:40AM 1    to transfer orders, including 16 relating to BP's Vessels of

09:41AM 2    Opportunity program.  I mentioned this the last time.  Again, we

09:41AM 3    believe the panel will take those cases up without oral argument

09:41AM 4    at its March 30th session.  So I expect, by the second week in

09:41AM 5    April, we'll know whether those cases are coming here or not.

09:41AM 6         THE COURT:  Let me ask you this:  Does anybody have a

09:41AM 7    handle on the number of claims that have been filed in -- what's

09:41AM 8    the docket number we set up for that -- 10-8888?

09:41AM 9         MR. HERMAN:  Jim Roy, Your Honor.

09:41AM 10        There were two.  10-8888 is the individual short

09:41AM 11   form holding docket number, and 10-9999, I believe, is the

09:41AM 12   voluntary local government short form.

09:41AM 13        Steve and I were just conferring.  We had intended

09:41AM 14   to have the actual information here, but our BlackBerrys and

09:41AM 15   PDA's are off, and that's where the information is.  We believe

09:42AM 16   that in excess of 27,000 individual short forms have been filed

09:42AM 17   to date.

09:42AM 18        THE COURT:  All right.  Thank you.

09:42AM 19        Anybody else want to say anything on that matter?

09:42AM 20        State court cases.  Mr. Langan.

09:42AM 21        MR. LANGAN:  Your Honor, not much changed since last

09:42AM 22   month.  In terms of directly related DEEPWATER HORIZON cases, we

09:42AM 23   believe there are about 14 such cases currently pending in

09:42AM 24   various state courts, including Alabama, Texas, Louisiana,

09:42AM 25   Florida, and Georgia.  Eight of those are personal injury cases.

09:42AM 1    One is a breach of contract case.  Three allege economic losses
09:42AM 2    and commercial losses of diminished real estate property value
09:42AM 3    and some other miscellaneous claims, as well.
09:42AM 4         I think Your Honor is familiar with the fact that
09:42AM 5    we have been working with Special Master McGovern to try to
09:43AM 6    encourage coordination.  We do not have action yet on our motion
09:43AM 7    in Texas to seek a Texas state court MDL procedure.  No issue --
09:43AM 8    no order has been issued on that.
09:43AM 9         THE COURT:  But the Texas cases are all stayed pending
09:43AM 10   that motion, as I appreciate it, right?
09:43AM 11        MR. LANGAN:  That is correct, Your Honor.  I think there
09:43AM 12   are eight of them that are currently stayed pending action on
09:43AM 13   that motion.
09:43AM 14        Your Honor, the only other thing I wanted to
09:43AM 15   mention is you're very familiar with the -- I guess it's the
09:43AM 16   Plash Island Resort, L.L.C. versus BP case that came before
09:43AM 17   Your Honor earlier this week on a motion for a TRO, and
09:43AM 18   Your Honor took certain actions in relation to that.
09:43AM 19        THE COURT:  Yes.  I'll just briefly state, that came
09:43AM 20   before me -- what was the date, Kat; last week?
09:43AM 21        THE CLERK:  Last week.
09:43AM 22        THE COURT:  I think it was last Thursday or Friday.  We
09:43AM 23   dealt with it on an expedited basis because the mover in that
09:44AM 24   case was attempting to -- well, really, wanted me to enjoin the
09:44AM 25   Birmingham, Alabama, state court judge from proceeding on some

09:44AM 1    hearing he was scheduled to have on this past Monday.

09:44AM 2             I issued a written order denying that TRO and

09:44AM 3    severing, to whatever extent -- the problem was there was some

09:44AM 4    confusion in the removal process in the pleadings that were sent

09:44AM 5    from state court to federal court.  Cameron obviously intended to

09:44AM 6    remove only the third-party claim which relates to the BP case,

09:44AM 7    not the underlying loan collection case.  So if it needed to be

09:44AM 8    done, I severed those issues, again, and sent the original case

09:44AM 9    back to Alabama state court.

09:44AM 10            All right.  Thank you.  We'll talk about the

09:45AM 11   Delaware situation later.

09:45AM 12            Does anybody need to talk about the state court

09:45AM 13   cases?  How is that working out?  I know we're going to talk

09:45AM 14   about discovery, but you're cross-noticing the discovery in those

09:45AM 15   cases?

09:45AM 16            MR. LANGAN:  We have been, Your Honor, primarily in the

09:45AM 17   Texas cases; but, however, since the stay was entered, we felt

09:45AM 18   like we weren't really in a position to cross-notice cases that

09:45AM 19   are stayed.  But, in general, our practice has been to

09:45AM 20   cross-notice depositions to encourage one deposition of

09:45AM 21   percipient and other witnesses, yes.

09:45AM 22            THE COURT:  Great.  Thank you.

09:45AM 23            All right.  The status of Judge Ellison's MDL 2185.

09:45AM 24            MR. LANGAN:  Your Honor, on this, as I mentioned the

09:45AM 25   last time, the pleadings are still being settled in the

09:45AM 1   securities litigation, the derivative litigation and the ERISA

09:46AM 2   litigation.  One motion to dismiss was filed earlier this week,

09:46AM 3   on March 21st, in the derivative case.  Responsive pleadings are

09:46AM 4   due in the securities litigation on May 6th and the ERISA

09:46AM 5   litigation on June 22nd.

09:46AM 6          In addition to that, Your Honor, we're doing our

09:46AM 7   best to coordinate discovery between 2179 and 2185.  Your

09:46AM 8   pretrial orders provide for participation in deposition.  The

09:46AM 9   2185 plaintiffs have been working with Magistrate Judge Shushan

09:46AM 10  on these issues.

09:46AM 11         At the same time, I know that Judge Ellison has set

09:46AM 12  a status conference for April 13th, I believe at the request of

09:46AM 13  the parties in 2185, perhaps to talk about what's going on in

09:46AM 14  discovery.  So that is our report.

09:46AM 15      THE COURT:  Do you all want to speak to this?

09:46AM 16      MS. NICHOLSON:  Good morning, Your Honor.  Melinda

09:46AM 17  Nicholson, from Kahn Swick & Foti, for the derivative plaintiffs

09:46AM 18  in 2185.

09:47AM 19         Mr. Langan is correct, the plaintiffs in 2185

09:47AM 20  requested the status conference next month with Judge Ellison to

09:47AM 21  discuss the discovery issues, just because we aren't getting our

09:47AM 22  own discovery before these depositions, which provide some

09:47AM 23  problems with us adequately deposing the deponents here.

09:47AM 24         Also, we're not getting additional time, or there

09:47AM 25  has been some issues with getting the documents too soon before

09:47AM 1   the depositions for us to adequately depose the MDL 2179

09:47AM 2   deponents.

09:47AM 3          So, yes, there is a status conference with

09:47AM 4   Judge Ellison.  We are still trying to participate within the

09:47AM 5   confines of the pretrial orders that have been issued here; but,

09:47AM 6   we're going to Judge Ellison to discuss our specific issues with

09:47AM 7   the discovery and the economics and efficiencies that we can

09:47AM 8   recover by participating here.

09:47AM 9          THE COURT:  All right.  I know those have been some

09:47AM 10  ongoing issues that Judge Shushan has primarily been working with

09:47AM 11  the parties on.

09:48AM 12         From the beginning, we have tried to accommodate

09:48AM 13  everyone.  There are a lot of people that want to participate in

09:48AM 14  these depositions; and, to the extent we are able to accommodate

09:48AM 15  everyone who has a legitimate interest and need, and at the same

09:48AM 16  time hopefully reduce the number of witnesses who might have to

09:48AM 17  be redeposed, that's our goal.

09:48AM 18         Our order does allow you all to come back to this

09:48AM 19  Court, myself or Judge Shushan, and try to work out those issues,

09:48AM 20  too.  Obviously, Judge Ellison will do whatever he feels he needs

09:48AM 21  to do, but we haven't precluded you all from seeking relief in

09:48AM 22  this Court, also.

09:48AM 23         As I understand it, we're just way ahead of that

09:48AM 24  MDL in terms of timelines, in terms of discovery.  You're not

09:48AM 25  entitled yet to any discovery in that case; am I right --

09:49AM 1    MS. NICHOLSON:  That's correct.  That's correct,

09:49AM 2  Your Honor.

09:49AM 3    THE COURT:  -- in 2185?  So, again, we're trying to

09:49AM 4  accommodate you all with access to documents, access to some time

09:49AM 5  in the depositions and so forth.

09:49AM 6    MS. NICHOLSON:  Yes.  We do appreciate the

09:49AM 7  accommodations that this Court and Judge Shushan have been

09:49AM 8  working out with us.  It's just a matter of sometimes not getting

09:49AM 9  the documents ahead of time or not getting enough documents to

09:49AM 10  where we feel we can adequately depose the people at this time;

09:49AM 11  but, we do appreciate the accommodations.

09:49AM 12    We do think that within the confines of the

09:49AM 13  pretrial orders that have been issued, we are saving a lot of

09:49AM 14  redeposing that will have to be done in 2185.  There are

09:49AM 15  efficiencies that have been gained here.

09:49AM 16    THE COURT:  Good, thank you.

09:49AM 17    You say you're not getting the documents on time.

09:49AM 18  Are you getting the documents after -- how is that working out?

09:49AM 19  Can somebody tell me the mechanics of that?

09:49AM 20    MS. NICHOLSON:  From what we've seen just in the last

09:49AM 21  few weeks, we're getting documents -- for example, we got about

09:50AM 22  14,000 custodial documents for the depositions that went on this

09:50AM 23  week for John Sprague and Eric Cunningham, that went this past

09:50AM 24  week.  We didn't receive them until last Wednesday.  We didn't

09:50AM 25  have them loaded until last Thursday.  At that point, it's just

09:50AM 1    sort of too late for us to properly --

09:50AM 2         THE COURT:  What I am trying to understand is are you

09:50AM 3    getting them later than other people who are involved in

09:50AM 4    depositions, or are you getting them at the same time?

09:50AM 5         MS. NICHOLSON:  I believe so.

09:50AM 6         THE COURT:  Mr. Langan.

09:50AM 7         MR. LANGAN:  Your Honor, I'm quite familiar with this

09:50AM 8    issue.  In terms of the custodial file production, under

09:50AM 9    Judge Shushan's order, it's very clear, after discussions in her

09:50AM 10   courtroom many times, we have an obligation to produce the

09:50AM 11   custodial files 10 days in advance of the deposition, to the PSC

09:50AM 12   and to the states' coordinating counsel, and we have been trying

09:50AM 13   to do that.

09:50AM 14        I will tell Your Honor that BP has been working

09:50AM 15   very, very hard in making our document productions.  It's a lot

09:50AM 16   of work with a lot of moving parts.

09:51AM 17        It may be true that the 2185 plaintiffs get their

09:51AM 18   documents a day or two later.  We have been trying to comply with

09:51AM 19   Judge Shushan's order 10 days in advance to the PSC, the

09:51AM 20   United States, and state coordinating counsel.

09:51AM 21        It's hard work to burn all of these hard drives.

09:51AM 22   We've recently adapted a system whereby we put them all on a web

09:51AM 23   site, share point site, at the same time to try to move things

09:51AM 24   along.  We are working very, very hard.

09:51AM 25        I don't dispute Counsel's point that they might get

09:51AM 1   them a day or two later; but, frankly, at some point, there is

09:51AM 2   only so much we can do.

09:51AM 3          THE COURT:  Maybe I should ask the PSC, you all are

09:51AM 4   taking the responsibility of getting the documents to the 2185

09:51AM 5   group?

09:51AM 6          MR. ROY:  No, sir.  We were cut out of the loop.

09:51AM 7          THE COURT:  This is Jim Roy.

09:51AM 8          MR. ROY:  I apologize.  Jim Roy.

09:51AM 9          We are not in that loop under Judge Shushan's

09:51AM 10  orders and --

09:51AM 11         THE COURT:  How does it work?

09:51AM 12         MR. ROY:  Well, as I appreciate it --

09:51AM 13         THE COURT:  Maybe I misunderstood what Mr. Langan just

09:52AM 14  said.  I thought he said he gave them to you --

09:52AM 15         MR. LANGAN:  No, no.  I'm sorry, Your Honor.  We make

09:52AM 16  them available to, like, 18 different people, including the

09:52AM 17  2185 plaintiffs.  We send them directly to them.

09:52AM 18         THE COURT:  I guess what I'm trying to understand is why

09:52AM 19  would she be getting them a day or two after everybody else?

09:52AM 20         MR. LANGAN:  Because, Your Honor, you can't burn hard

09:52AM 21  drives simultaneously.  In other words, if you're producing

09:52AM 22  15,000 pages of documents, it takes time to burn hard drives.  So

09:52AM 23  we work very, very hard devoting a lot --

09:52AM 24         THE COURT:  You're sending them out as they are

09:52AM 25  produced?

09:52AM 1          MR. LANGAN:  Exactly right.

09:52AM 2          THE COURT:  Kind of a rolling production?

09:52AM 3          MR. LANGAN:  Correct.  Prioritizing --

09:52AM 4          THE COURT:  I see.

09:52AM 5          MR. LANGAN:  -- the PSC, the United States and

09:52AM 6     coordinating counsel, per her order.

09:52AM 7          THE COURT:  I understand that.

09:52AM 8          MR. LANGAN:  But we send them directly to them.

09:52AM 9              In addition, and Judge Shushan suggested this as

09:52AM 10    well, we have recently implemented a -- and I'm not a technical

09:52AM 11    person, but I think I understand -- we actually post them to a

09:52AM 12    secure web site, so they are available to everybody all at the

09:52AM 13    same time.  I think it's called an FTP site.

09:53AM 14         THE COURT:  Do the 2185 plaintiffs have access to that?

09:53AM 15         MR. LANGAN:  Yes, Your Honor.

09:53AM 16         MS. NICHOLSON:  I would have to speak with my

09:53AM 17    co-counsel, Judge Barbier, because I'm not aware of the FTP site.

09:53AM 18    Maybe some of my co-counsel is, but we directly are not.

09:53AM 19         THE COURT:  That might be helpful to you.

09:53AM 20         MR. LANGAN:  I believe it's the case.  I'm happy to

09:53AM 21    confirm.  But there would be no reason that we wouldn't do that.

09:53AM 22    We don't want to hear these kinds of issues come up.

09:53AM 23         THE COURT:  Why don't you two follow up on that, and if

09:53AM 24    you don't have access, it sounds like it's not a problem for you

09:53AM 25    to get it.  That might be helpful to you.

09:53AM 1        MS. NICHOLSON:  Okay, Your Honor.

09:53AM 2        THE COURT:  We're doing whatever we can to help you.

09:53AM 3        MS. NICHOLSON:  We appreciate it.

09:53AM 4        THE COURT:  Yes, sir.

09:53AM 5        MR. STRADLEY:  Judge, I'm Bill Stradley from Houston,

09:53AM 6   the Mithoff law firm.  We represent a group of the claimants in

09:53AM 7   the MDL 2185, the individual investors, securities group.

09:53AM 8        THE COURT:  Those are the securities group.

09:53AM 9        MR. STRADLEY:  Yes, sir.  We are co-lead counsel for the

09:54AM 10  securities group.  I am going to echo what counsel said with

09:54AM 11  respect to the cooperation this Court has shown us has been

09:54AM 12  extraordinary, and we appreciate it very much.

09:54AM 13       We do have some discovery issues that we thought,

09:54AM 14  as a courtesy, we would bring to Judge Ellison so that he would

09:54AM 15  be aware of what our progress has been, where we were going and

09:54AM 16  what our timetables were.  So that's going to occur on April 13th

09:54AM 17  at 1:30, and we'll have more definition at that time.

09:54AM 18       THE COURT:  Thank you very much, sir.

09:54AM 19       Anybody else want to speak to this issue?

09:54AM 20       Report on the insurance coverage cases.

09:54AM 21       MR. LANGAN:  Your Honor, Andy Langan for BP.  We

09:54AM 22  submitted a status report on Tuesday that covers this and gives

09:55AM 23  Your Honor an update.

09:55AM 24       One thing I would like to say is that since the

09:55AM 25  time we filed for a scheduling order for the coverage cases, BP

28

09:55AM  1   has been in conversations with Transocean -- and I know you're

09:55AM  2   going to get to the intervention motion -- and the Transocean

09:55AM  3   carriers.

09:55AM  4              We would like to continue those conversations and

09:55AM  5   do not today ask for any action on our proposal for a scheduling

09:55AM  6   order.  We would like to sort of put that on the table and let

09:55AM  7   discussions continue, with Your Honor's permission.

09:55AM  8              THE COURT:  Just for the record, what we're talking

09:55AM  9   about is a separate Case Management Order, so to speak, for these

09:55AM 10   insurance coverage cases, which I think there are only two cases.

09:55AM 11   It's two declaratory judgment actions filed by Transocean's

09:55AM 12   primary and excess insurers, and BP has -- well, you were made a

09:56AM 13   defendant in that, right?

09:56AM 14              MR. LANGAN:  Correct, we counterclaimed.

09:56AM 15              THE COURT:  You counterclaimed.  Then there are

09:56AM 16   interventions so for by Anadarko and MOEX, I believe?

09:56AM 17              MR. LANGAN:  That's correct.

09:56AM 18              THE COURT:  Transocean has a pending motion to

09:56AM 19   intervene, which, initially, there was some indication that some

09:56AM 20   parties objected to, but -- I believe I'm right, now -- you no

09:56AM 21   longer object --

09:56AM 22              MR. LANGAN:  That is correct.  BP does not object.

09:56AM 23              THE COURT:  -- to Transocean's intervention.

09:56AM 24              MR. LANGAN:  Right.

09:56AM 25              THE COURT:  I just want to clarify.  Does anyone

09:56AM 1    presently object?

09:56AM 2         MS. KIRBY:  Your Honor, Ky Kirby for Anadarko and MOEX.

09:56AM 3    No objection.

09:56AM 4         THE COURT:  So no one presently objects to Transocean's

09:56AM 5    motion to intervene, right?  Okay.  Very well.  Thank you.

09:56AM 6         So that's Number 8 on the agenda, Transocean's

09:56AM 7    motion to intervene in the two insurance declaratory judgment

09:56AM 8    actions.  So I will grant Transocean's motion.

09:57AM 9         Mr. Miller, have you all been parties to the

09:57AM 10   discussions?  I know you will be.

09:57AM 11        MR. MILLER:  Yes, Your Honor, and we're party to the

09:57AM 12   discussions about the scheduling order.

09:57AM 13        THE COURT:  Great.

09:57AM 14        All right.  Number 9, report on written and

09:57AM 15   deposition discovery.

09:57AM 16        MR. HAYCRAFT:  Good morning, Your Honor.

09:57AM 17   Donald Haycraft for BP.

09:57AM 18        As I reported last month, the parties have begun

09:57AM 19   double tracking depositions.  We meet with Magistrate

09:57AM 20   Judge Shushan each Friday, and she is making sure that the

09:57AM 21   schedule gets filled, and it is.

09:57AM 22        To date, 20 depositions have been completed.  We

09:57AM 23   have currently on the schedule an additional 82 depositions to go

09:57AM 24   that have -- I should say, that have already been scheduled for

09:58AM 25   continuing in March through April and on into July.

09:58AM 1        Depositions have already been scheduled, for

09:58AM 2   example, next month, 31 depositions are scheduled; in May, so far

09:58AM 3   26; in June, 26 depositions have been scheduled.  We already have

09:58AM 4   five depositions scheduled in July.  Each week, with

09:58AM 5   Judge Shushan's assistance, we keep adding depositions to that

09:58AM 6   schedule.

09:58AM 7        As I said, at the current moment, 82 depositions

09:58AM 8   are scheduled and ready to be taken in the next three months, and

09:58AM 9   more to come, obviously.

09:58AM 10       THE COURT:  Have you all completed the scheduling of the

09:58AM 11  depositions that are going to be taken in the UK?

09:58AM 12       MR. HAYCRAFT:  Yes.  The month of June has at least

09:58AM 13  15 or possibly 20 deponents back to back, double tracked, in

09:58AM 14  London, while a third track will be taking place here in

09:59AM 15  New Orleans.  So June will be an extremely busy month.

09:59AM 16       In addition, of course, as I pointed out last

09:59AM 17  month, much written discovery has taken place and much written

09:59AM 18  discovery remains.  Production of documents is going at an

09:59AM 19  incredible pace, Your Honor.

09:59AM 20       THE COURT:  Things are still going well, I get the

09:59AM 21  sense, in the depositions in terms of no real problems occurring

09:59AM 22  during these depositions?  I know I haven't gotten any phone

09:59AM 23  calls during the middle of a deposition.

09:59AM 24       Where is Judge Shushan?  Is she here?  She's not

09:59AM 25  even here.  She skipped out.

09:59AM 1         MR. HAYCRAFT:  But we all know she's right across the

09:59AM 2  street.

09:59AM 3         THE COURT:  She's probably listening right now.  You

09:59AM 4  know, we can listen to each other's courtroom.  She doesn't like

09:59AM 5  when I listen in to her courtroom, though.

09:59AM 6         But it's going smoothly?

10:00AM 7         MR. HAYCRAFT:  Yes.  The fact that we meet weekly with

10:00AM 8  Magistrate Judge Shushan is a tremendous benefit to all the

10:00AM 9  parties, and we're really appreciative of that.  I think knowing

10:00AM 10  the courthouse is across the street is a good thing.

10:00AM 11         THE COURT:  Of course, you know, we will try to make

10:00AM 12  ourselves available as needed between these regular meetings that

10:00AM 13  we have.  So thank you for that report.

10:00AM 14         MR. HAYCRAFT:  Thank you, Your Honor.

10:00AM 15         THE COURT:  Does anybody else want to speak to the

10:00AM 16  status or issues regarding written and deposition discovery

10:00AM 17  issues?

10:00AM 18         Number 10, BOP testing status.  I know we have

10:00AM 19  something to report here.  Mr. Underhill.  Good news, right?  We

10:00AM 20  have a report.

10:00AM 21         MR. UNDERHILL:  Mike Underhill, US, Your Honor.

10:00AM 22         We have a report, Your Honor.  It's produced.  It's

10:00AM 23  been provided to all the parties in interest before the JIT, and

10:00AM 24  it's been publicly available on a web site anybody can access.

10:00AM 25         THE COURT:  What is that web site?

10:00AM 1      MR. UNDERHILL:  I can get it to you if you would like,

10:01AM 2  Your Honor.  It's easy enough.  That's how I accessed it myself.

10:01AM 3      THE COURT:  Maybe we should post it on our web site, a

10:01AM 4  link to it.

10:01AM 5      MR. UNDERHILL:  Easy to do.

10:01AM 6      THE COURT:  As I told you all earlier this morning, I

10:01AM 7  haven't seen it.  I've seen news reports about the report, but I

10:01AM 8  haven't seen the report myself.  I understand it's several

10:01AM 9  hundred pages long.

10:01AM 10     MR. UNDERHILL:  I think the report is about 200 pages,

10:01AM 11  and appendices are, I think, even more than that.  So it's

10:01AM 12  probably not going to make the *New York Times* top ten list of

10:01AM 13  things to read, but for the parties in interest I think it does.

10:01AM 14     THE COURT:  You think you're going to need that hard hat

10:01AM 15  in here this morning?

10:01AM 16     MR. UNDERHILL:  Well, there are times when I might,

10:01AM 17  Your Honor.  But, actually, my clients, the JIT, said that for

10:01AM 18  holding their feet to the fire, that if you would like an

10:01AM 19  honorary hard hat, you're welcome to have one.  I would rather

10:01AM 20  you wear it than me.

10:01AM 21          Or, alternatively, since Mr. Haycraft is going to

10:01AM 22  be speaking about the next phase of testing, perhaps he needs it

10:02AM 23  more than you.

10:02AM 24          So you let me know if you want a hard hat,

10:02AM 25  Your Honor.  It's quite nice.

10:02AM 1          THE COURT:  I don't know if it fits within our gift

10:02AM 2     limit rule.  It probably costs more than I can accept.

10:02AM 3          MR. HAYCRAFT:  I think this is de minimus, Your Honor.

10:02AM 4     No editorial comment there, either.

10:02AM 5          THE COURT:  Is that a real hard hat?  It kind of looks

10:02AM 6     like a kid's toy from here.

10:02AM 7          MR. HAYCRAFT:  I think it's used.

10:02AM 8          THE COURT:  I'll give it to Mr. Haycraft.  You give it

10:02AM 9     to Mr. Haycraft.

10:02AM 10          MR. UNDERHILL:  Well, I can't give him a gift either.

10:02AM 11          MR. HAYCRAFT:  I have a BP hard hat.

10:02AM 12          THE COURT:  Leave it on the bench somewhere, and we'll

10:02AM 13     all look at it.  We'll figure out who it belongs to later.

10:02AM 14          MR. HAYCRAFT:  Anything else?

10:02AM 15          MR. UNDERHILL:  That's all I have.

10:02AM 16          THE COURT:  I thought you had a bag of goodies for

10:02AM 17     everybody or something.

10:02AM 18          MR. UNDERHILL:  It looks like yesterday's lunch, but

10:02AM 19     it's not very good anymore.

10:02AM 20          MR. HAYCRAFT:  Your Honor, as the Court knows, BP has

10:02AM 21     filed a motion for further BOP testing.  The parties have been

10:03AM 22     working on since last week an agreed-upon order to submit to the

10:03AM 23     Court for entry, and we should have that to Your Honor this

10:03AM 24     afternoon at the latest.

10:03AM 25               As the DNV report points out, they themselves

10:03AM 1    acknowledge the need for some additional testing.  BP and the

10:03AM 2    parties will work together by April 9th to have an agreed-upon

10:03AM 3    protocol for Your Honor's consideration.  Then testing should

10:03AM 4    begin very shortly thereafter, all testing to end on or before

10:03AM 5    June 15th.  Whatever additional testing that we can get

10:03AM 6    accomplished in that period of time, we're looking forward to

10:03AM 7    accomplishing.

10:03AM 8           THE COURT:  The understanding is, I think, from our

10:03AM 9    prior discussions, not only would the additional testing have to

10:03AM 10   be completed by June 15th, but the results of those tests would

10:04AM 11   have to be made available to everyone on or before June 15th.

10:04AM 12          MR. HAYCRAFT:  Right.  The order that we will present to

10:04AM 13   Your Honor calls for, as the legal term seems to be, a rolling

10:04AM 14   production of analysis and test results so that all the parties

10:04AM 15   to the litigation will have them available as they are produced.

10:04AM 16          THE COURT:  Just so everyone is clear on this, everyone

10:04AM 17   who hasn't been privy to our discussions, without getting into

10:04AM 18   the details of any protocol, which I haven't seen, obviously, but

10:04AM 19   the plan is that DNV, the party that's done all the testing at

10:04AM 20   the request of the government heretofore, would do this

10:04AM 21   additional testing.  The BOP is going to stay right where it is.

10:04AM 22   It's not going anywhere.  The parties will enter into some sort

10:04AM 23   of contract, one or more parties, with DNV to perform this

10:04AM 24   additional testing.

10:05AM 25          There is not going to be another report, a

10:05AM 1    supplemental report issued by DNV.  They're just going to perform

10:05AM 2    some additional tests that BP or perhaps other parties request in

10:05AM 3    this limited time frame and make the results available.

10:05AM 4                Of course, the protocol will allow everyone to

10:05AM 5    observe the testing and so forth, right?

10:05AM 6                MR. HAYCRAFT:  Yes, you've got that exactly right,

10:05AM 7    Your Honor.

10:05AM 8                Once the DNV issued their report, through

10:05AM 9    Mr. Underhill's support, we're beginning those contacts so that a

10:05AM 10   contract can be let, and we hope, of course, that DNV can

10:05AM 11   continue their work.

10:05AM 12               THE COURT:  Okay.  Very well.

10:05AM 13               MR. HAYCRAFT:  Thank you, Your Honor.

10:05AM 14               THE COURT:  Anything else, Mr. Underhill?

10:05AM 15               MR. UNDERHILL:  Just the cement, if you want me to go

10:05AM 16   into that, Your Honor.

10:05AM 17               THE COURT:  Well, let me ask, does anybody else want to

10:05AM 18   speak to the issue of the BOP testing, either the testing, the

10:05AM 19   report or the planned additional testing?

10:05AM 20               Did Anadarko and MOEX, Ms. Kuchler, did you say

10:06AM 21   last time that your client might have -- am I remembering that

10:06AM 22   right -- a couple of additional tests that you might request

10:06AM 23   during this same time frame?

10:06AM 24               MS. KUCHLER:  I think Ms. Kirby can address that.

10:06AM 25               MS. KIRBY:  Your Honor, I did say that --

10:06AM 1      THE COURT:  Somebody spoke to that.

10:06AM 2      MS. KIRBY:  -- in regards to the BOP testing, and we do

10:06AM 3  have a protocol for submitting those in the proposed order.

10:06AM 4      THE COURT:  But this will all be done simultaneously?

10:06AM 5      MS. KIRBY:  Yes.

10:06AM 6      THE COURT:  I don't want to have another situation where

10:06AM 7  June 15th somebody else comes in and says, oh, now, we want to do

10:06AM 8  some additional testing.  It's all got to be done by June 15th.

10:06AM 9  Thank you.

10:06AM 10      Mr. Underhill, cement testing status.

10:06AM 11      MR. UNDERHILL:  The cement contractor, I understand the

10:06AM 12  contract has been worked out.  It would have been signed today,

10:06AM 13  but the contracting officer is not in, so it's expected to be

10:06AM 14  signed Monday.

10:06AM 15      I'm advised that the materials are ready for

10:06AM 16  transport to the testing facility as soon as the parties mutually

10:07AM 17  agree on a date when, presumably, they can get there to observe

10:07AM 18  the testing.  That's my understanding.  So it can proceed

10:07AM 19  forthwith once the parties are ready, presuming the contract is

10:07AM 20  signed on Monday, which I'm told it will be.

10:07AM 21      THE COURT:  Where is that going to be done?

10:07AM 22      MR. UNDERHILL:  It's in Houston.  I don't know the name

10:07AM 23  of the facility, Your Honor.  I'm also told even if I did, for

10:07AM 24  government contracting requirements, they are not supposed to

10:07AM 25  identify the party until the contract is inked, but I also don't

10:07AM  1   know it.  But I do know it's in the Houston area.

10:07AM  2                    Deniable plausibility, Your Honor.

10:07AM  3               THE COURT:  I think I understand.

10:07AM  4               Mr. Godwin, did you need to say anything?

10:07AM  5               MR. GODWIN:  Don Godwin for Halliburton, Your Honor.

10:07AM  6               That's our understanding, as well.  We have been

10:07AM  7   working with Mike and his team on this.

10:07AM  8               Thank you, sir.

10:07AM  9               THE COURT:  Thank you.

10:07AM 10               Does anybody else want to say anything on the

10:07AM 11   cement testing?

10:07AM 12               13 is Trial Plan.  And this is just to remind us to

10:08AM 13   continue to have this on the radar screen.  I think, a month ago

10:08AM 14   or so, I had asked liaison counsel to begin discussions about how

10:08AM 15   the trial in February of 2012 might be structured in terms of who

10:08AM 16   the parties for this trial will be, what issues or claims will be

10:08AM 17   tried, how they will be tried, what issues need to be decided,

10:08AM 18   legal or factual issues would need to be decided, and so forth.

10:08AM 19               Mr. Langan, you might want to give us a brief

10:08AM 20   report on that.

10:08AM 21               MR. LANGAN:  Your Honor, yes.  Following the last

10:08AM 22   status, at your request, we, for BP, had a meeting among all

10:08AM 23   counsel, all interested counsel, on March 22nd.  It was a good

10:09AM 24   meeting.  We had a good discussion.  A proposal is now under

10:09AM 25   consideration.

10:09AM 1          We hope to continue a process of meeting and

10:09AM 2    conferring over the next couple of weeks, with the idea of having

10:09AM 3    it all wrapped up by May -- April 29th, the next status

10:09AM 4    conference.

10:09AM 5          In particular, and we can put this into an order,

10:09AM 6    Your Honor, we're going to have another meeting in the first week

10:09AM 7    of April, I believe, on the 5th of April.  Then, if there are any

10:09AM 8    areas of disagreement, the parties have a schedule for filing a

10:09AM 9    brief simultaneously on the 13th of April and the 20th of April

10:09AM 10   to address any unresolved issues and give Your Honor any

10:09AM 11   positions and legal authorities related to that.  If Your Honor

10:09AM 12   wants to hear oral argument, if Your Honor please, it could be

10:09AM 13   done on the 29th of April.

10:09AM 14        THE COURT:  All right.  That sounds to me like a

10:09AM 15   reasonable schedule.

10:09AM 16         My main concern, as I expressed to you all earlier,

10:10AM 17   was to have the parties begin meeting and thinking about this and

10:10AM 18   conferring, together with Professor McGovern, who I know met with

10:10AM 19   you all last week.  Again, I'm trying to focus on how, myself,

10:10AM 20   thinking about how this case will be tried and to make sure it's

10:10AM 21   manageable and triable, so to speak.

10:10AM 22         Judge Shushan, in her work with the Court on

10:10AM 23   discovery, has more an immediate need for some resolution of some

10:10AM 24   of these issues because what issues and claims will be tried,

10:10AM 25   obviously, implicates the need for the discovery and the timeline

10:10AM 1  for certain discovery.  Counsel are aware of that.

10:10AM 2           MR. LANGAN:  Very true.  Yes, Your Honor, we are.

10:10AM 3           THE COURT:  Thank you.

10:10AM 4             Does anybody else want to speak to Trial Plan issue

10:10AM 5  or anything relating to depositions, anything relating to that?

10:11AM 6             14, responsive pleadings deadlines.  I'm not sure

10:11AM 7  why that is on here.

10:11AM 8           MR. LANGAN:  That may have been addressed by Item

10:11AM 9  Number 3 in the order you entered yesterday, I think.

10:11AM 10          THE COURT:  I think so.  There is no outstanding motion

10:11AM 11  or order or anything relating to this, right?

10:11AM 12          MR. LANGAN:  I'm not aware of one.  I don't know if

10:11AM 13  Steve or Jim might be.

10:11AM 14          THE COURT:  Again, I mentioned this earlier at the

10:11AM 15  beginning, but there was some confusion.  I'll take the blame for

10:11AM 16  that.

10:11AM 17             I don't remember the date now, but on the same day,

10:11AM 18  I signed two separate orders, one with the revised timeline, and

10:11AM 19  then a separate order trying to clarify some deadlines.  There

10:11AM 20  were what appeared to be conflicting or confusing deadlines for

10:11AM 21  the filing of third-party and/or crossclaims.

10:12AM 22            Again, the whole idea is to have -- I'm not as

10:12AM 23  concerned about the immediate need to have all the crossclaims

10:12AM 24  filed between all the existing parties.  I just wanted to make

10:12AM 25  sure we get all of the new parties into the case.  Hopefully,

10:12AM   1   we've clarified that.

10:12AM   2          MR. LANGAN:  I think so, Your Honor.  Thank you.

10:12AM   3          THE COURT:  There is one pending motion by one party for

10:12AM   4   a two-week extension that I'm going to grant because I think

10:12AM   5   nobody has objected to that.

10:12AM   6          Does anybody else want to speak to any issues

10:12AM   7   relating to responsive pleading deadlines?  Hearing none, good.

10:12AM   8          Number 15, this is OPA test cases.  We've had this

10:12AM   9   on our agenda since the beginning because some of the parties had

10:12AM  10   proposed that the Court should consider holding one or more test

10:12AM  11   trials or bellwether, some type of bellwether or test trial prior

10:13AM  12   to the February 2012 trial.

10:13AM  13          In my discussions more recently with liaison

10:13AM  14   counsel, and I had said earlier, that I wanted to make a decision

10:13AM  15   on this, whether we would go forward with that or not by today's

10:13AM  16   status conference.

10:13AM  17          Again, I don't know if anybody wants to speak to

10:13AM  18   this today; but, in speaking with liaison counsel for the

10:13AM  19   parties, my sense is that at this point that would be

10:13AM  20   counterproductive; that, to the extent it might serve some

10:13AM  21   legitimate purpose, anything to be gained by it would be offset

10:13AM  22   at this point by distracting counsel who have been working

10:14AM  23   diligently to complete discovery in preparation for the February

10:14AM  24   trial.

10:14AM  25          If anybody wants to speak to that, I'll listen to

10:14AM 1    it now; but, my inclination would be to say at this point that

10:14AM 2    we're not going to plan to have any test trials before the

10:14AM 3    February 2012 trial.

10:14AM 4            The PSC?  Anybody?  Defense?  Nobody wants to

10:14AM 5    speak.  Okay.

10:14AM 6            All right.  So moving on to Number 16.  This is an

10:14AM 7    item that I put on the agenda, but we will not take it up this

10:14AM 8    morning.  I'll just mention it's Transocean's motion to enforce

10:14AM 9    judgment on limitation of liability against St. Joe.  This

10:14AM 10   relates to litigation that's going on in Delaware.  The Court has

10:14AM 11   received a response from the attorneys for St. Joe, who are not

10:15AM 12   present here this morning.  So, again, we're not going to talk

10:15AM 13   about the substance of the motion.

10:15AM 14           I'll just state that I told them that I would give

10:15AM 15   them an opportunity to be heard, and we'll try to set up a

10:15AM 16   telephone hearing or a conference on this, hopefully this

10:15AM 17   afternoon after lunch.  Mr. Miller?  Okay.  I'm thinking maybe

10:15AM 18   1:00 or 1:30.  Would that work for you all?

10:15AM 19           MR. MILLER:  Yes, Judge, whatever time.  We're just

10:15AM 20   going to be over at Magistrate Shushan's, so we can circle back

10:15AM 21   here.  We're prepared to present the issue to the Court.

10:15AM 22           THE COURT:  Kat, I think you've confirmed the lawyer

10:15AM 23   that wants to be involved for St. Joe would be available after

10:15AM 24   1 o'clock?

10:15AM 25           THE CLERK:  At 1:00.

10:15AM  1      THE COURT:  Let's just say 1 o'clock.  All right.

10:15AM  2          I believe we have a representative from LexisNexis.

10:15AM  3  I don't know if they want to say anything.  Again, it's on the

10:15AM  4  agenda.  Mr. Stafford.

10:16AM  5      MR. STAFFORD:  Yes, sir.  Milton Stafford, LexisNexis

10:16AM  6  File-and-Serve.

10:16AM  7          Your Honor, as the parties all know, I'm sure, that

10:16AM  8  there is a requirement to register for and use

10:16AM  9  LexisNexis File-and-Serve to upload and serve the other parties

10:16AM 10  in the litigation electronically.

10:16AM 11          If any of the parties have questions about how to

10:16AM 12  do that, how to get started, how to get registered or need

10:16AM 13  training on our system, they only need contact me.

10:16AM 14      THE COURT:  How do they contact you?

10:16AM 15      MR. STAFFORD:  I will make myself available today and

10:16AM 16  provide my contact information.

10:16AM 17      THE COURT:  All right.  Very well.  Thank you.

10:16AM 18      MR. STAFFORD:  Thank you.

10:16AM 19      THE COURT:  Anybody have any other matters that they

10:16AM 20  want to bring up before we -- well, there is one other item on

10:16AM 21  here that I want to just mention briefly, Number 19, notification

10:17AM 22  to pro se litigants of receipt of short form joinders.

10:17AM 23          I put this on here because, and I mentioned this to

10:17AM 24  liaison counsel, we are getting forms that are being filed by a

10:17AM 25  number of pro se litigants, these short form joinders.  Some are

10:17AM 1   being mailed in and then scanned into the Court's system.  I

10:17AM 2   don't know, maybe some people are filing them directly by other

10:17AM 3   means.  Again, I'm only concerned about pro se litigants, not the

10:17AM 4   short form joinders that are filed by lawyers on behalf of their

10:17AM 5   clients.

10:17AM 6             But I asked the attorneys, liaison counsel, to try

10:17AM 7   to devise some sort of system of notifying, some simple notice, a

10:17AM 8   postcard or whatever, just acknowledging that their claim has

10:17AM 9   been filed with the Court, because, otherwise, we could get

10:18AM 10  inundated with phone calls.  It's going to get worse between now

10:18AM 11  and April 20.

10:18AM 12            So, Mr. Herman.

10:18AM 13        MR. HERMAN:  Steve Herman for the plaintiffs.

10:18AM 14            Yes, Your Honor, we're in the process of

10:18AM 15  establishing a mechanism.  If it's okay, I'll report back to the

10:18AM 16  Court Monday, if not later this afternoon.

10:18AM 17        THE COURT:  All right.  Very well.  Thank you.

10:18AM 18            Any other matters that anyone wants to bring up

10:18AM 19  relating to any issue pertaining to this litigation?  Nothing.

10:18AM 20            I want to remind everyone, Judge Shushan is meeting

10:18AM 21  with you all right after we adjourn here, I believe, those who

10:18AM 22  have been attending her meetings.

10:18AM 23            April 20th, of course, is the deadline, monition

10:18AM 24  date for claims in limitation.

10:18AM 25            Trial date, February 27th, 2012.

10:18AM 1                Our next status conference is Friday, April 29th,

10:19AM 2  at 9:30 central standard time.

10:19AM 3                I want to personally, and I know Judge Shushan

10:19AM 4  feels the same way and she'll express that to you separately, but

10:19AM 5  on behalf of myself and the Court, thank and commend all counsel

10:19AM 6  for their continued good work and cooperation and civility.  It

10:19AM 7  has really been enjoyable to have such good lawyers and work in

10:19AM 8  such a cooperative fashion.  It makes my life a little more

10:19AM 9  pleasurable each day in handling this massive litigation, so

10:19AM 10  thank you for your efforts and continued good work.

10:19AM 11               I'll adjourn now and send you all off to

10:19AM 12  Judge Shushan.  Have a good day.

13          (WHEREUPON, at 10:19 a.m., the proceedings were

14  concluded.)

15                *   *   *

16

17               REPORTER'S CERTIFICATE

18     I, Cathy Pepper, Certified Realtime Reporter, Registered
Merit Reporter, Registered Professional Reporter, Certified Court
19  Reporter of the State of Louisiana, Official Court Reporter for
the United States District Court, Eastern District of Louisiana,
20  do hereby certify that the foregoing is a true and correct
transcript, to the best of my ability and understanding, from the
21  record of the proceedings in the above-entitled and numbered
matter.

22

23                     *s/Cathy Pepper*
                       Cathy Pepper, CRR, RMR, CCR
24                     Certified Realtime Reporter
                       Official Court Reporter
25                     United States District Court

**1**

**1** [2] - 41:24, 42:1
**10** [3] - 24:11, 24:19, 31:18
**10-8888** [2] - 18:8, 18:10
**10-9999** [1] - 18:11
**10-MD-2179** [1] - 1:6
**100** [2] - 2:8, 2:18
**1000** [2] - 2:11, 6:24
**10003** [1] - 2:21
**10153** [1] - 7:10
**10174** [1] - 7:19
**10:19** [1] - 44:13
**1100** [3] - 2:24, 5:23, 15:13
**1201** [1] - 6:9
**13** [1] - 37:12
**1300** [1] - 6:17
**1331** [1] - 6:12
**13th** [3] - 21:12, 27:16, 38:9
**14** [3] - 9:5, 18:23, 39:6
**14(c** [1] - 16:21
**14(C** [1] - 9:9
**14,000** [1] - 23:22
**15** [3] - 9:6, 30:13, 40:8
**15,000** [1] - 25:22
**15-year-old** [1] - 14:15
**15th** [5] - 34:5, 34:10, 34:11, 36:7, 36:8
**16** [3] - 9:8, 18:1, 41:6
**1601** [1] - 1:24
**1615** [1] - 6:17
**1665** [1] - 6:12
**17** [1] - 9:11
**1700** [1] - 6:9
**18** [3] - 9:12, 17:25, 25:16
**188** [1] - 3:4
**19** [1] - 42:21
**1:00** [2] - 41:18, 41:25
**1:30** [2] - 27:17, 41:18

**2**

**2** [1] - 15:6
**20** [5] - 1:5, 9:13, 29:22, 30:13, 43:11
**200** [1] - 32:10
**20006** [1] - 6:21
**20044** [1] - 4:16
**2007** [1] - 6:16
**201** [1] - 7:14
**2010** [1] - 1:5

**2011** [2] - 1:7, 11:2
**2012** [4] - 37:15, 40:12, 41:3, 43:25
**2012.......................** [1] - 10:4
**2020** [1] - 6:20
**20th** [2] - 38:9, 43:23
**20TH** [1] - 10:2
**2179** [2] - 21:7, 22:1
**2185** [15] - 20:23, 21:7, 21:9, 21:13, 21:18, 21:19, 23:3, 23:14, 24:17, 25:4, 25:17, 26:14, 27:7
**2185...........................
......................** [1] - 9:13
**21st** [1] - 21:3
**22nd** [2] - 21:5, 37:23
**23** [1] - 2:18
**23510** [1] - 2:12
**25** [2] - 1:7, 11:2
**255** [1] - 2:15
**26** [2] - 30:3
**2615** [1] - 2:4
**27** [1] - 9:14
**27,000** [1] - 18:16
**275** [1] - 4:4
**27th** [1] - 43:25
**27TH** [1] - 10:4
**29** [3] - 9:15, 9:16, 14:23
**29TH** [2] - 4:4, 10:5
**29th** [3] - 38:3, 38:13, 44:1

**3**

**3** [3] - 2:8, 16:20, 39:9
**30** [1] - 14:24
**300** [1] - 5:17
**30th** [2] - 17:24, 18:4
**31** [3] - 9:17, 15:1, 30:2
**3102** [1] - 2:24
**316** [1] - 3:7
**32** [1] - 15:2
**32502** [1] - 3:8
**33** [1] - 15:3
**33134** [1] - 2:15
**3450** [1] - 7:24
**358** [1] - 17:20
**36** [1] - 9:18
**36013** [1] - 3:14
**36130** [1] - 4:20
**36604** [1] - 1:25
**3668** [1] - 1:17
**36TH** [1] - 5:23
**37** [1] - 9:19

**4**

**39** [1] - 9:20
**39201** [1] - 3:4

**4**

**4** [2] - 2:7, 17:14
**40** [1] - 9:21
**4000** [1] - 6:24
**405** [1] - 7:19
**41** [1] - 9:22
**4160** [1] - 3:14
**42** [2] - 9:24, 9:25
**43** [2] - 10:2, 10:4
**4310** [1] - 4:7
**44** [1] - 10:5
**450** [1] - 4:11

**5**

**500** [2] - 7:24, 8:7
**5000** [1] - 5:13
**501** [3] - 3:10, 3:23, 4:20
**504** [1] - 8:8
**510** [1] - 5:4
**519** [1] - 3:17
**5395** [1] - 4:11
**546** [1] - 6:4
**556** [1] - 1:18
**589-7779** [1] - 8:8
**5th** [1] - 38:7

**6**

**600** [1] - 3:7
**601** [1] - 2:4
**60654** [1] - 5:17
**618** [1] - 3:20
**6th** [1] - 21:4

**7**

**700** [1] - 2:21
**70037** [1] - 2:18
**701** [2] - 4:23, 5:13
**70112** [1] - 6:18
**70113** [1] - 1:21
**70130** [4] - 2:5, 4:24, 6:5, 8:7
**70139** [1] - 5:14
**70163** [1] - 5:24
**70170** [1] - 7:15
**70433** [1] - 5:4
**70502** [1] - 1:18
**70601** [2] - 3:11, 3:24
**70726** [1] - 3:18
**70801** [1] - 3:21

**75219** [1] - 2:24
**75270** [1] - 6:9
**7611** [1] - 4:16
**767** [1] - 7:9
**77002** [2] - 6:25, 7:25
**77006** [1] - 4:7
**77010** [1] - 6:12
**777** [1] - 3:4
**78257** [1] - 2:8
**7TH** [1] - 4:11

**8**

**8** [1] - 29:6
**82** [2] - 29:23, 30:7
**820** [1] - 1:21
**8397** [1] - 2:18

**9**

**9** [2] - 17:22, 29:14
**94102** [1] - 4:12
**94111** [1] - 4:4
**999** [1] - 2:11
**9:30** [2] - 10:6, 44:2
**9:3O** [1] - 1:7
**9th** [1] - 34:2

**A**

**a.m** [1] - 44:13
**A.M** [1] - 1:7
**ability** [1] - 44:20
**able** [1] - 22:14
**above-entitled** [1] - 44:21
**ABRAMSON** [1] - 2:3
**accept** [1] - 33:2
**access** [5] - 23:4, 26:14, 26:24, 31:24
**accessed** [1] - 32:2
**accommodate** [3] - 22:12, 22:14, 23:4
**accommodations** [2] - 23:7, 23:11
**accomplished** [1] - 34:6
**accomplishing** [1] - 34:7
**acknowledge** [1] - 34:1
**acknowledging** [1] - 43:8
**act** [1] - 17:23
**action** [3] - 19:6, 19:12, 28:5
**ACTION** [1] - 1:6

**actions** [3] - 19:18, 28:11, 29:8
**ACTIONS** [1] - 1:8
**active** [1] - 17:20
**actual** [1] - 18:14
**adapted** [1] - 24:22
**adding** [1] - 30:5
**addition** [3] - 21:6, 26:9, 30:16
**additional** [12] - 17:19, 21:24, 29:23, 34:1, 34:5, 34:9, 34:21, 34:24, 35:2, 35:19, 35:22, 36:8
**address** [2] - 35:24, 38:10
**addressed** [1] - 39:8
**adequately** [3] - 21:23, 22:1, 23:10
**adjourn** [2] - 43:21, 44:11
**advance** [2] - 24:11, 24:19
**advised** [1] - 36:15
**afternoon** [3] - 33:24, 41:17, 43:16
**AGAINST** [1] - 9:23
**agenda** [6] - 14:11, 15:6, 29:6, 40:9, 41:7, 42:4
**ago** [1] - 37:13
**agree** [1] - 36:17
**agreed** [3] - 15:17, 33:22, 34:2
**agreed-upon** [2] - 33:22, 34:2
**ahead** [2] - 22:23, 23:9
**AL** [3] - 1:25, 3:14, 4:20
**Alabama** [4] - 12:9, 18:24, 19:25, 20:9
**ALABAMA** [1] - 4:18
**Alan** [2] - 14:22, 14:4
**ALAN** [2] - 6:11, 7:18
**ALDEN** [1] - 8:3
**ALHAMBRA** [1] - 2:15
**ALL** [1] - 1:8
**ALLAN** [1] - 4:23
**allege** [1] - 19:1
**ALLEN** [2] - 3:12, 7:24
**allow** [2] - 22:18, 35:4
**ALPHONSO** [1] - 3:3
**ALSO** [1] - 7:23
**alternatively** [1] - 32:21
**AMERICA** [7] - 4:14, 5:6, 5:6, 5:7, 5:8, 5:10, 5:11
**AMERICAN** [1] - 2:4
**Anadarko** [5] - 13:19,

13:21, 28:16, 29:2, 35:20

**ANADARKO** [2] - 6:14, 6:15
**analysis** [1] - 34:14
**AND** [6] - 5:21, 6:16, 7:7, 9:9, 9:11, 9:16
**ANDREW** [1] - 5:16
**Andy** [4] - 13:16, 15:9, 17:16, 27:21
**ANTHONY** [1] - 8:4
**anticipate** [1] - 16:4
**ANTONIO** [1] - 2:8
**apologize** [1] - 25:8
**appearances** [1] - 11:18
**APPEARANCES** [8] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**appeared** [1] - 39:20
**appendices** [1] - 32:11
**appreciate** [6] - 19:10, 23:6, 23:11, 25:12, 27:3, 27:12
**appreciative** [1] - 31:9
**APRIL** [3] - 1:5, 10:2, 10:5
**April** [14] - 18:5, 21:12, 27:16, 29:25, 34:2, 38:3, 38:7, 38:9, 38:13, 43:11, 43:23, 44:1
**area** [1] - 37:1
**areas** [1] - 38:8
**argument** [2] - 18:3, 38:12
**assistance** [1] - 30:5
**AT** [2] - 5:3, 10:5
**attempt** [1] - 16:23
**attempting** [1] - 19:24
**attending** [1] - 43:22
**ATTORNEY** [1] - 4:18
**attorneys** [2] - 41:11, 43:6
**ATTORNEYS** [1] - 5:3
**authorities** [1] - 38:11
**available** [7] - 25:16, 26:12, 31:12, 31:24, 34:11, 34:15, 35:3, 41:23, 42:15
**AVENUE** [8] - 1:21, 2:24, 3:17, 4:11, 4:20, 7:9, 7:14, 7:19
**aware** [4] - 26:17, 27:15, 39:1, 39:12

**B**

**B406** [1] - 8:7
**bad** [1] - 11:10
**bag** [1] - 33:16
**BARBIER** [1] - 1:11
**Barbier** [1] - 26:17
**BARON** [1] - 2:23
**BARR** [2] - 3:7, 11:22
**Barr** [1] - 11:22
**basis** [1] - 19:23
**BATON** [1] - 3:21
**BATTERY** [1] - 4:4
**BAYLEN** [1] - 3:7
**BEASLEY** [1] - 3:12
**beautiful** [1] - 11:10
**BEFORE** [1] - 1:11
**begin** [3] - 34:4, 37:14, 38:17
**beginning** [4] - 22:12, 35:9, 39:15, 40:9
**begun** [1] - 29:18
**behalf** [2] - 43:4, 44:5
**BELLE** [1] - 2:18
**bellwether** [2] - 40:11
**belongs** [1] - 33:13
**bench** [1] - 33:12
**benefit** [1] - 31:8
**BERNSTEIN** [1] - 4:3
**best** [2] - 21:7, 44:20
**between** [4] - 21:7, 31:12, 39:24, 43:10
**Bill** [1] - 27:5
**BINGHAM** [1] - 6:19
**Birmingham** [1] - 19:25
**BlackBerrys** [1] - 18:14
**blame** [1] - 39:15
**BLANK** [1] - 7:17
**BLAYNE** [1] - 3:17
**BOCKIUS** [1] - 6:23
**BOP** [6] - 9:17, 31:18, 33:21, 34:21, 35:18, 36:2
**BOULEVARD** [1] - 4:7
**BOUNDS** [1] - 1:23
**BOX** [3] - 1:17, 3:14, 4:16
**BP** [32] - 5:6, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 13:16, 13:17, 14:5, 14:6, 14:8, 14:23, 15:9, 15:12, 15:21, 16:1, 16:13, 17:16, 19:16, 20:6, 24:14, 27:21, 27:25, 28:12, 28:22, 29:17, 33:11, 33:20, 34:1, 35:2,

37:22
**BP'S** [1] - 9:6
**BP's** [2] - 15:6, 18:1
**BRANCH** [1] - 4:10
**breach** [1] - 19:1
**Breit** [1] - 12:7
**BREIT** [3] - 2:10, 2:10, 12:7
**BRIAN** [1] - 3:7
**Brian** [1] - 11:22
**brief** [2] - 37:19, 38:9
**briefed** [1] - 17:22
**briefly** [2] - 19:19, 42:21
**bring** [3] - 27:14, 42:20, 43:18
**bringing** [1] - 17:8
**BROAD** [2] - 3:10, 3:23
**BROADWAY** [1] - 2:21
**BROCK** [1] - 14:6
**Brock** [1] - 14:6
**brought** [1] - 17:4
**BUDD** [1] - 2:23
**BUILDING** [3] - 2:4, 2:8, 7:18
**BUNDLE** [1] - 9:10
**Bundle** [1] - 16:22
**burn** [3] - 24:21, 25:20, 25:22
**busy** [1] - 30:15
**BY** [39] - 1:4, 1:11, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:17, 2:20, 2:23, 3:3, 3:7, 3:10, 3:13, 3:16, 3:20, 3:23, 4:3, 4:6, 4:10, 4:15, 4:19, 4:23, 5:12, 5:16, 5:22, 6:4, 6:8, 6:11, 6:17, 6:20, 6:23, 7:8, 7:13, 7:18, 7:23, 8:9, 8:9

**C**

**CA** [2] - 4:4, 4:12
**Cabraser** [1] - 12:3
**CABRASER** [3] - 4:3, 4:3, 12:2
**CALLED** [1] - 11:4
**CALVIN** [1] - 3:16
**Calvin** [1] - 12:10
**CAMERON** [1] - 6:3
**Cameron** [2] - 13:18, 20:5
**CAMP** [1] - 4:23
**CAPITOL** [1] - 3:4
**CARL** [1] - 1:11

**CARONDELET** [1] - 6:4
**carried** [1] - 15:5
**carriers** [1] - 28:3
**case** [13] - 15:3, 17:21, 19:1, 19:16, 19:24, 20:6, 20:7, 20:8, 21:3, 22:25, 26:20, 38:20, 39:25
**Case** [1] - 28:9
**cases** [19] - 17:19, 17:20, 17:25, 18:3, 18:5, 18:20, 18:22, 18:23, 18:25, 19:9, 20:13, 20:15, 20:17, 20:18, 27:20, 27:25, 28:10, 40:8
**CASES.....................
........** [1] - 9:14
**CASES.....................
............** [1] - 9:12
**CASES.....................
...............** [1] - 9:21
**CATHY** [1] - 8:6
**Cathy** [2] - 44:18, 44:23
**CCR** [2] - 8:6, 44:23
**cement** [4] - 35:15, 36:10, 36:11, 37:11
**CEMENT** [1] - 9:18
**CENTER** [1] - 7:24
**central** [1] - 44:2
**CENTRAL** [1] - 10:6
**CENTRE** [1] - 5:23
**certain** [5] - 15:1, 16:22, 19:18, 39:1
**CERTAIN** [1] - 9:10
**certainly** [2] - 16:10, 16:13
**CERTIFICATE** [1] - 44:16
**CERTIFIED** [1] - 8:6
**Certified** [3] - 44:18, 44:18, 44:24
**certify** [1] - 44:20
**chambers** [1] - 15:11
**changed** [1] - 18:21
**CHARLES** [4] - 3:11, 3:24, 7:14, 7:14
**CHASSE** [1] - 2:18
**CHICAGO** [1] - 5:17
**CHRYSLER** [1] - 7:18
**CIRCLE** [1] - 2:15
**circle** [1] - 41:20
**City** [1] - 14:24
**CITY** [1] - 2:21
**CIVIL** [2] - 1:6, 4:10
**civility** [1] - 44:6
**claim** [2] - 20:6, 43:8

**claimants** [1] - 27:6
**CLAIMS** [1] - 10:2
**claims** [6] - 17:7, 18:7, 19:3, 37:16, 38:24, 43:24
**clarified** [1] - 15:1, 40:1
**clarify** [3] - 16:23, 28:25, 39:19
**clear** [2] - 24:9, 34:16
**CLERK** [3] - 11:7, 19:21, 41:25
**clerk** [1] - 14:19
**client** [1] - 35:21
**clients** [2] - 32:17, 43:5
**co** [4] - 11:19, 26:17, 26:18, 27:9
**co-counsel** [2] - 26:17, 26:18
**co-lead** [1] - 27:9
**co-liaison** [1] - 11:19
**collection** [1] - 20:7
**COLSON** [2] - 2:13
**coming** [1] - 18:5
**commend** [1] - 44:5
**comment** [1] - 33:4
**commercial** [1] - 19:2
**committee** [1] - 11:17
**Committee** [2] - 12:11, 15:13
**COMPANY** [3] - 5:7, 6:15
**COMPLAINT** [1] - 9:9
**complaint** [2] - 15:4, 16:22
**complaints** [1] - 17:4
**complete** [1] - 40:23
**completed** [3] - 29:22, 30:10, 34:10
**comply** [1] - 24:18
**COMPUTER** [1] - 8:9
**concern** [1] - 38:16
**concerned** [2] - 39:23, 43:3
**concluded** [1] - 44:14
**CONDITIONAL** [1] - 9:11
**conditional** [2] - 17:14, 17:18
**Conditional** [1] - 17:22
**CONFERENCE** [2] - 1:11, 10:5
**conference** [9] - 15:11, 17:17, 21:12, 21:20, 22:3, 38:4, 40:16, 41:16, 44:1
**conferring** [3] - 18:13, 38:2, 38:18

confines [2] - 22:5, 23:12
confirm [1] - 26:21
confirmed [1] - 41:22
conflicting [1] - 39:20
confusing [1] - 39:20
confusion [3] - 16:24, 20:4, 39:15
CONNECTION [1] - 9:8
connection [1] - 16:21
consider [1] - 40:10
consideration [2] - 34:3, 37:25
contact [3] - 42:13, 42:14, 42:16
contacts [1] - 35:9
continue [5] - 28:4, 28:7, 35:11, 37:13, 38:1
continued [2] - 44:6, 44:10
CONTINUED [7] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
continuing [1] - 29:25
contract [6] - 19:1, 34:23, 35:10, 36:12, 36:19, 36:25
contracting [2] - 36:13, 36:24
contractor [1] - 36:11
conversations [2] - 28:1, 28:4
cooperation [2] - 27:11, 44:6
cooperative [1] - 44:8
coordinate [1] - 21:7
coordinating [4] - 12:8, 24:12, 24:20, 26:6
coordination [1] - 19:6
CORAL [1] - 2:15
COREY [1] - 4:19
Corporation [1] - 14:3
CORPORATION [5] - 5:8, 6:3, 6:14, 6:15, 7:17
correct [9] - 19:11, 21:19, 23:1, 26:3, 28:14, 28:17, 28:22, 44:20
Cossich [1] - 12:20
COSSICH [3] - 2:17, 2:17, 12:20
costs [1] - 33:2
COTLAR [1] - 1:20
COUNSEL [1] - 1:16
counsel [19] - 11:16,

12:9, 24:12, 24:20, 26:6, 26:17, 26:18, 27:9, 27:10, 37:14, 37:23, 39:1, 40:14, 40:18, 40:22, 42:24, 43:6, 44:5
Counsel's [1] - 24:25
counterclaimed [2] - 28:14, 28:15
counterclaims [1] - 17:7
counterproductive [1] - 40:20
couple [3] - 16:11, 35:22, 38:2
course [7] - 11:11, 14:22, 30:16, 31:11, 35:4, 35:10, 43:23
Court [21] - 14:22, 17:2, 17:20, 22:19, 22:22, 23:7, 27:11, 33:20, 33:23, 38:22, 40:10, 41:10, 41:21, 43:9, 43:16, 44:5, 44:18, 44:19, 44:19, 44:24, 44:25
court [9] - 11:7, 14:16, 18:20, 19:7, 19:25, 20:5, 20:9, 20:12
COURT [89] - 1:1, 8:6, 9:12, 11:4, 11:8, 11:24, 12:24, 13:6, 13:11, 13:14, 14:10, 14:18, 14:20, 15:19, 16:3, 16:6, 16:14, 16:19, 18:6, 18:18, 19:9, 19:19, 19:22, 20:22, 21:15, 22:9, 23:3, 23:16, 24:2, 24:6, 25:3, 25:7, 25:11, 25:13, 25:18, 25:24, 26:2, 26:4, 26:7, 26:14, 26:19, 26:23, 27:2, 27:4, 27:8, 27:18, 28:8, 28:15, 28:18, 28:23, 28:25, 29:4, 29:13, 30:10, 30:20, 31:3, 31:11, 31:15, 31:25, 32:3, 32:6, 32:14, 33:1, 33:5, 33:8, 33:12, 33:16, 34:8, 34:16, 35:12, 35:14, 35:17, 36:1, 36:4, 36:6, 36:21, 37:3, 37:9, 38:14, 39:3, 39:10, 39:14, 40:3, 41:22, 42:1, 42:14, 42:17, 42:19, 43:17
Court's [2] - 15:15,

43:1
courtesy [1] - 27:14
courthouse [1] - 31:10
courtroom [4] - 13:7, 24:10, 31:4, 31:5
courts [1] - 18:24
COVERAGE [1] - 9:14
coverage [3] - 27:20, 27:25, 28:10
covers [1] - 27:22
COVINGTON [1] - 5:4
CRAFT [1] - 2:6
cross [4] - 17:7, 20:14, 20:18, 20:20
cross-claims [1] - 17:7
cross-notice [2] - 20:18, 20:20
cross-noticing [1] - 20:14
crossclaims [2] - 39:21, 39:23
CROW [1] - 3:12
CRR [2] - 8:6, 44:23
CUNNINGHAM [3] - 1:23, 1:24, 12:4
Cunningham [2] - 12:4, 23:23
current [1] - 30:7
custodial [3] - 23:22, 24:8, 24:11
cut [1] - 25:6

**D**

D.C [1] - 4:16
DALLAS [3] - 2:24, 6:9, 7:24
Dan [1] - 14:9
DART [1] - 5:3
date [7] - 18:17, 19:20, 29:22, 36:17, 39:17, 43:24, 43:25
DATE [2] - 10:2, 10:4
DAUPHIN [1] - 1:24
David [1] - 14:5
days [2] - 24:11, 24:19
DC [1] - 6:21
de [1] - 33:3
deadline [2] - 17:8, 43:23
DEADLINE [1] - 10:2
DEADLINES [1] - 9:8
deadlines [9] - 15:1, 15:2, 16:21, 16:24, 39:6, 39:19, 39:20, 40:7
DEADLINES.............

.......... [1] - 9:20
dealt [3] - 14:23, 14:25, 19:23
Deb [1] - 13:19
DEBORAH [1] - 6:17
decided [2] - 37:17, 37:18
decision [1] - 40:14
declaratory [2] - 28:11, 29:7
DEEPWATER [4] - 1:4, 5:20, 5:21, 18:22
Deepwater [1] - 13:20
defendant [1] - 28:13
defendants [1] - 14:1
defense [1] - 41:4
definition [1] - 27:17
DEGRAVELLES [1] - 3:19
Delaware [2] - 20:11, 41:10
DENHAM [1] - 3:18
deniable [1] - 37:2
Denise [1] - 13:5
DENISE [1] - 6:24
denying [1] - 20:2
DEPARTMENT [2] - 4:9, 4:15
Department [3] - 13:1, 13:12, 13:14
deponents [1] - 21:23, 22:2, 30:13
depose [2] - 22:1, 23:10
deposing [1] - 21:23
deposition [6] - 20:20, 21:8, 24:11, 29:15, 30:23, 31:16
DEPOSITION [1] - 9:16
depositions [20] - 20:20, 21:22, 22:1, 22:14, 23:5, 23:22, 24:4, 29:19, 29:22, 29:23, 30:1, 30:2, 30:3, 30:4, 30:5, 30:7, 30:11, 30:21, 30:22, 39:5
DEPUTY [1] - 11:7
derivative [2] - 21:1, 21:3, 21:17
details [1] - 34:18
devise [1] - 43:7
devoting [1] - 25:23
different [1] - 25:16
diligently [1] - 40:23
diminished [1] - 19:2
directly [5] - 18:22, 25:17, 26:8, 26:18,

43:2
Dirk [1] - 13:3
DIRK [1] - 7:13
disagreement [1] - 38:8
discovery [19] - 17:11, 20:14, 21:7, 21:14, 21:21, 21:22, 22:7, 22:24, 22:25, 27:13, 29:15, 30:17, 30:18, 31:16, 38:23, 38:25, 39:1, 40:23
DISCOVERY............
[1] - 9:16
discuss [2] - 21:21, 22:6
discussion [1] - 37:24
discussions [8] - 24:9, 28:7, 29:10, 29:12, 34:9, 34:17, 37:14, 40:13
dismiss [1] - 21:2
disposal [2] - 14:25, 15:8
DISPOSAL.................
.............. [1] - 9:7
dispute [1] - 24:25
distracting [1] - 40:22
DISTRICT [3] - 1:1, 1:1, 1:12
District [3] - 44:19, 44:25
DIVISION [1] - 4:10
DNV [6] - 33:25, 34:19, 34:23, 35:1, 35:8, 35:10
docket [2] - 18:8, 18:11
DOCUMENT [1] - 1:8
document [1] - 24:15
documents [13] - 14:23, 21:25, 23:4, 23:9, 23:17, 23:18, 23:21, 23:22, 24:18, 25:4, 25:22, 30:18
DOJ [1] - 16:1
DOMENGEAUX [1] - 1:16
DOMINION [2] - 2:7, 2:11
DON [1] - 5:12
Don [3] - 13:17, 13:22, 37:5
Donald [1] - 29:17
DONALD [1] - 6:8
done [8] - 17:13, 20:8, 23:14, 34:19, 36:4, 36:8, 36:21, 38:13
double [2] - 29:19, 30:13

**DRESCHER** [1] - 2:10
**Drew** [1] - 14:15
**DRILLING** [1] - 5:21
**DRIVE** [2] - 2:7, 2:11
**drives** [3] - 24:21,
25:21, 25:22
**due** [1] - 21:4
**during** [3] - 30:22,
30:23, 35:23

## E

**E&P** [1] - 6:15
**early** [1] - 17:9
**EAST** [1] - 3:4
**EASTERN** [1] - 1:1
**Eastern** [1] - 44:19
**easy** [2] - 32:2, 32:5
**echo** [1] - 27:10
**economic** [1] - 19:1
**economics** [1] - 22:7
**editorial** [1] - 33:4
**EDWARDS** [1] - 1:16
**efficiencies** [2] - 22:7,
23:15
**efforts** [1] - 44:10
**EIDSON** [1] - 2:13
**eight** [2] - 18:25,
19:12
**either** [3] - 33:4,
33:10, 35:18
**electronically** [1] -
42:10
**Elizabeth** [1] - 12:3
**ELIZABETH** [1] - 2:13
**ELLIS** [1] - 5:15
**Ellison** [6] - 21:11,
21:20, 22:4, 22:6,
22:20, 27:14
**Ellison's** [1] - 20:23
**ELM** [1] - 6:9
**encourage** [2] - 19:6,
20:20
**end** [1] - 34:4
**ENERGY** [2] - 5:23,
6:7
**ENFORCE** [1] - 9:22
**enforce** [1] - 41:8
**ENFORCEMENT** [1] -
4:14
**enjoin** [1] - 19:24
**enjoyable** [1] - 44:7
**enter** [1] - 34:22
**entered** [2] - 20:17,
39:9
**entities** [1] - 15:4
**entitled** [2] - 22:25,
44:21
**entry** [1] - 33:23

**ENVIRONMENTAL** [1]
- 4:14
**Eric** [1] - 23:23
**ERISA** [2] - 21:1, 21:4
**Ervin** [1] - 12:12
**ERVIN** [1] - 2:14
**Espy** [1] - 12:15
**ESPY** [2] - 3:3, 12:15
**ESQUIRE** [47] - 1:17,
1:20, 1:24, 2:3, 2:7,
2:10, 2:14, 2:17,
2:20, 2:23, 3:3, 3:7,
3:10, 3:13, 3:16,
3:17, 3:20, 3:23, 4:3,
4:6, 4:10, 4:15, 4:19,
4:19, 4:23, 5:12,
5:16, 5:16, 5:22, 6:4,
6:8, 6:8, 6:11, 6:17,
6:20, 6:23, 6:24, 7:8,
7:9, 7:13, 7:13, 7:18,
7:23, 8:3, 8:3, 8:4,
8:4
**establishing** [1] -
43:15
**estate** [1] - 19:2
**exactly** [2] - 26:1, 35:6
**example** [2] - 23:21,
30:2
**excess** [2] - 18:16,
28:12
**existing** [1] - 39:24
**expect** [1] - 18:4
**expected** [1] - 36:13
**expedited** [1] - 19:23
**expeditiously** [1] -
16:11
**EXPLORATION** [1] -
5:9
**express** [1] - 44:4
**expressed** [1] - 38:16
**extension** [1] - 40:4
**extent** [3] - 20:3,
22:14, 40:20
**extraordinary** [1] -
27:12
**extremely** [1] - 30:15

## F

**facility** [2] - 36:16,
36:23
**fact** [2] - 19:4, 31:7
**factual** [1] - 37:18
**familiar** [3] - 19:4,
19:15, 24:7
**far** [1] - 30:2
**fashion** [1] - 44:8
**FAYARD** [3] - 3:16,
3:16, 12:10

**Fayard** [1] - 12:10
**February** [6] - 14:21,
37:15, 40:12, 40:23,
41:3, 43:25
**FEBRUARY** [1] - 10:4
**FEDERAL** [1] - 4:9
**federal** [1] - 20:5
**feet** [1] - 32:18
**felt** [1] - 20:17
**few** [1] - 23:21
**FIFTH** [1] - 7:9
**figure** [1] - 33:13
**file** [2] - 17:7, 24:8
**File** [2] - 42:6, 42:9
**File-and-Serve** [2] -
42:6, 42:9
**filed** [11] - 17:4, 18:7,
18:16, 21:2, 27:25,
28:11, 33:21, 39:24,
42:24, 43:4, 43:9
**files** [1] - 24:11
**filing** [3] - 38:8, 39:21,
43:2
**filled** [1] - 29:21
**finalized** [1] - 16:15
**finally** [1] - 17:25
**FINANCIAL** [1] - 7:7
**fine** [1] - 16:17
**fire** [1] - 32:18
**FIRM** [1] - 7:23
**firm** [1] - 27:6
**first** [1] - 38:6
**FITCH** [1] - 8:4
**fits** [1] - 33:1
**five** [1] - 30:4
**FL** [2] - 2:15, 3:8
**FLOOR** [3] - 4:4, 4:11,
5:23
**Florida** [1] - 18:25
**FLORIDA** [1] - 3:17
**focus** [1] - 38:19
**folks** [3] - 11:11,
11:14, 11:17
**follow** [1] - 26:23
**following** [1] - 37:21
**FOR** [16] - 1:23, 4:9,
4:14, 4:18, 4:22, 5:6,
5:19, 6:3, 6:7, 6:14,
6:23, 7:3, 7:12, 7:17,
9:6, 10:2
**foregoing** [1] - 44:20
**forgot** [1] - 14:12
**FORM** [1] - 10:1
**form** [6] - 15:4, 18:11,
18:12, 42:22, 42:25,
43:4
**forms** [2] - 18:16,
42:24
**forth** [3] - 23:5, 35:5,

37:18
**forthwith** [1] - 36:19
**forward** [2] - 34:6,
40:15
**Foti** [1] - 21:17
**frame** [2] - 35:3, 35:23
**FRANCIS** [1] - 7:21
**FRANCISCO** [2] - 4:4,
4:12
**frankly** [1] - 25:1
**Friday** [3] - 19:22,
29:20, 44:1
**FRIDAY** [3] - 1:7, 10:5,
11:2
**FRILOT** [1] - 5:22
**FROM** [1] - 9:6
**FRUGE** [1] - 3:19
**FTP** [2] - 26:13, 26:17

## G

**GABLES** [1] - 2:15
**gained** [2] - 23:15,
40:21
**Gary** [1] - 13:2
**GARY** [1] - 7:13
**GATE** [1] - 4:11
**general** [2] - 15:19,
20:19
**GENERAL** [1] - 4:18
**generated** [1] - 15:21
**gentleman** [1] - 13:11
**Georgia** [1] - 18:25
**gift** [2] - 33:1, 33:10
**goal** [1] - 22:17
**GODFREY** [2] - 5:16,
14:7
**Godfrey** [1] - 14:8
**GODWIN** [5] - 6:7, 6:8,
6:11, 13:22, 37:5
**Godwin** [3] - 13:22,
37:4, 37:5
**GOFORTH** [1] - 14:9
**Goforth** [1] - 14:9
**GOLDEN** [1] - 4:11
**GONZALES** [1] - 2:14
**Gonzales** [1] - 12:12
**GONZALEZ** [2] - 2:14,
12:12
**goodies** [1] - 33:16
**GOODWIN** [1] - 14:5
**Goodwin** [1] - 14:5
**GOTSHAL** [1] - 7:8
**GOVERNING** [1] - 9:8
**governing** [1] - 16:20
**GOVERNMENT** [1] -
4:9
**government** [4] - 15:4,
18:12, 34:20, 36:24

**grant** [2] - 29:8, 40:4
**great** [2] - 20:22,
29:13
**GREENWALD** [2] -
2:20, 12:14
**Greenwald** [1] - 12:14
**group** [5] - 25:5, 27:6,
27:7, 27:8, 27:10
**GUERRA** [1] - 2:6
**guess** [3] - 11:16,
19:15, 25:18
**GULF** [1] - 1:5

## H

**HALLIBURTON** [1] -
6:7
**Halliburton** [4] -
13:22, 13:23, 14:4,
37:5
**handle** [1] - 18:7
**handled** [1] - 14:24
**handling** [1] - 44:9
**happy** [1] - 26:20
**hard** [12] - 24:15,
24:21, 24:24, 25:20,
25:22, 25:23, 32:14,
32:19, 32:24, 33:5,
33:11
**hat** [5] - 32:14, 32:19,
32:24, 33:5, 33:11
**HAYCRAFT** [5] -
5:12, 13:17, 29:16,
30:12, 31:1, 31:7,
31:14, 33:3, 33:7,
33:11, 33:14, 33:20,
34:12, 35:6, 35:13
**Haycraft** [5] - 13:17,
29:17, 32:21, 33:8,
33:9
**hear** [3] - 11:15,
26:22, 38:12
**heard** [1] - 41:15
**HEARD** [1] - 1:11
**hearing** [3] - 20:1,
40:7, 41:16
**HEIMANN** [1] - 4:3
**help** [1] - 27:2
**helpful** [2] - 26:19,
26:25
**HENRY** [1] - 5:3
**hereby** [1] - 44:20
**heretofore** [1] - 34:20
**Herman** [5] - 11:20,
16:6, 16:7, 43:12,
43:13
**HERMAN** [10] - 1:20,
1:20, 11:20, 14:17,
16:5, 16:7, 16:16,

18:9, 43:13
**HICKS** [1] - 2:13
**HIGHWAY** [1] - 2:18
**himself** [1] - 13:12
**hired** [1] - 14:20
**holding** [3] - 18:11, 32:18, 40:10
**HOLDINGS** [3] - 5:10, 5:19, 7:4
**HOLTHAUS** [1] - 3:19
**HONEYCUTT** [2] - 3:16, 3:17
**Honor** [72] - 11:20, 11:22, 12:2, 12:5, 12:8, 12:10, 12:15, 12:21, 13:2, 13:4, 13:16, 14:7, 14:15, 15:9, 15:11, 15:17, 15:20, 16:5, 16:7, 16:16, 16:17, 17:16, 18:9, 18:21, 19:4, 19:11, 19:14, 19:17, 19:18, 20:16, 20:24, 21:6, 21:16, 23:2, 24:7, 24:14, 25:15, 25:20, 26:15, 27:1, 27:21, 27:23, 29:2, 29:11, 29:16, 30:19, 31:14, 31:21, 31:22, 32:2, 32:17, 32:25, 33:3, 33:20, 33:23, 34:13, 35:7, 35:13, 35:16, 35:25, 36:23, 37:2, 37:5, 37:21, 38:6, 38:10, 38:11, 38:12, 39:2, 40:2, 42:7, 43:14
**Honor's** [2] - 28:7, 34:3
**HONORABLE** [1] - 1:11
**honorary** [1] - 32:19
**hope** [4] - 11:9, 15:1, 35:10, 38:1
**hopefully** [5] - 15:17, 16:14, 22:16, 39:25, 41:16
**HORIZON** [2] - 1:4, 18:22
**HOUSTON** [4] - 4:7, 6:12, 6:25, 7:25
**Houston** [3] - 27:5, 36:22, 37:1
**HUGH** [1] - 6:23
**Hugh** [1] - 13:4
**hundred** [1] - 32:9

**I**

**idea** [2] - 38:2, 39:22
**identify** [2] - 11:17, 36:25
**IL** [1] - 5:17
**immediate** [2] - 38:23, 39:23
**implemented** [1] - 26:10
**implicates** [1] - 38:25
**important** [1] - 14:12
**IMPREVENTO** [1] - 2:10
**IN** [4] - 1:4, 1:5, 9:8, 10:3
**INC** [14] - 5:6, 5:7, 5:8, 5:9, 5:11, 5:21, 5:22, 6:7, 7:3, 7:4, 7:5, 7:6, 7:7, 7:8
**incident** [1] - 15:21
**inclination** [1] - 41:1
**including** [4] - 11:14, 18:1, 18:24, 25:16
**incredible** [1] - 30:19
**indicated** [1] - 15:11
**indication** [1] - 28:19
**individual** [3] - 18:10, 18:16, 27:7
**indulgence** [1] - 15:15
**information** [4] - 16:12, 18:14, 18:15, 42:16
**injury** [1] - 18:25
**inked** [1] - 36:25
**inside** [1] - 11:10
**INSURANCE** [1] - 9:14
**insurance** [3] - 27:20, 28:10, 29:7
**insurers** [1] - 28:12
**intended** [2] - 18:13, 20:5
**intent** [1] - 17:2
**interest** [4] - 17:11, 22:15, 31:23, 32:13
**interested** [1] - 37:23
**INTERESTS** [2] - 4:9, 4:18
**INTERNATIONAL** [2] - 6:3, 7:7
**intervene** [3] - 28:19, 29:5, 29:7
**INTERVENE.............
.........** [1] - 9:15
**intervention** [2] - 28:2, 28:23
**interventions** [1] - 28:16
**introduce** [1] - 14:14

**introduced** [2] - 13:12, 14:13
**inundated** [1] - 43:10
**investors** [1] - 27:7
**involved** [2] - 24:3, 41:23
**IS** [2] - 10:2, 10:5
**Island** [1] - 19:16
**issue** [8] - 15:12, 19:7, 24:8, 27:19, 35:18, 39:4, 41:21, 43:19
**issued** [8] - 14:22, 17:18, 19:8, 20:2, 22:5, 23:13, 35:1, 35:8
**issues** [19] - 17:6, 20:8, 21:10, 21:21, 21:25, 22:6, 22:10, 22:19, 26:22, 27:13, 31:16, 31:17, 37:16, 37:17, 37:18, 38:10, 38:24, 40:6
**Item** [3] - 15:6, 16:20, 39:8
**item** [2] - 41:7, 42:20

**J**

**JACKSON** [1] - 3:4
**JAMES** [1] - 1:17
**JEFFERSON** [2] - 1:18, 5:4
**JEFFREY** [1] - 2:10
**Jeffrey** [1] - 12:7
**Jenny** [1] - 13:23
**JENNY** [1] - 6:8
**Jim** [5] - 11:19, 18:9, 25:7, 25:8, 39:13
**JIMMY** [1] - 4:6
**JIT** [2] - 31:23, 32:17
**Joe** [3] - 41:9, 41:11, 41:23
**JOE.........................
** [1] - 9:23
**JOHN** [1] - 8:3
**John** [1] - 23:23
**joinder** [1] - 15:4
**joinders** [3] - 42:22, 42:25, 43:4
**JOINDERS................
........................** [1] - 10:1
**Jones** [1] - 12:19
**JONES** [3] - 3:13, 7:12, 12:19
**JR** [2] - 2:17, 3:16
**JUDGE** [1] - 1:12
**Judge** [28] - 12:12, 12:16, 12:22, 20:23,

21:9, 21:11, 21:20, 22:4, 22:6, 22:10, 22:19, 22:20, 23:7, 24:9, 24:19, 25:9, 26:9, 26:17, 27:14, 29:20, 30:5, 30:24, 31:8, 38:22, 41:19, 43:20, 44:3, 44:12
**judge** [2] - 19:25, 27:5
**judgment** [3] - 28:11, 29:7, 41:9
**JUDGMENT** [1] - 9:22
**judicial** [1] - 17:17
**July** [2] - 29:25, 30:4
**June** [9] - 21:5, 30:3, 30:12, 30:15, 34:5, 34:10, 34:11, 36:7, 36:8
**junk** [1] - 15:23
**JUSTICE** [2] - 4:9, 4:15
**Justice** [3] - 12:25, 13:12, 13:14

**K**

**Kahn** [1] - 21:17
**KALBAC** [1] - 2:14
**KANE** [1] - 2:14
**KANNER** [2] - 4:22, 4:23
**Kat** [2] - 19:20, 41:22
**KATZ** [1] - 1:20
**keep** [1] - 30:5
**kept** [2] - 15:21, 15:23
**KERRY** [1] - 5:22
**Kerry** [1] - 13:20
**kid's** [1] - 33:6
**kind** [3] - 16:1, 26:2, 33:5
**kinds** [1] - 26:22
**Kirby** [3] - 13:21, 29:2, 35:24
**KIRBY** [6] - 6:20, 13:21, 29:2, 35:25, 36:2, 36:5
**KIRKLAND** [1] - 5:15
**knowing** [1] - 31:9
**knows** [1] - 33:20
**Kuchler** [3] - 13:19, 35:20
**KUCHLER** [4] - 6:16, 6:17, 13:19, 35:24
**KULLMAN** [1] - 2:3
**KY** [1] - 6:20
**Ky** [2] - 13:21, 29:2

**L**

**L.L.C** [2] - 6:23, 19:16
**L.P** [1] - 7:12
**LA** [15] - 1:18, 1:21, 2:5, 2:18, 3:11, 3:18, 3:21, 3:24, 4:24, 5:4, 5:14, 5:24, 6:5, 7:15, 8:7
**LAFAYETTE** [1] - 1:18
**LAKE** [2] - 3:11, 3:24
**LAMAR** [1] - 6:12
**Langan** [11] - 13:16, 14:13, 14:20, 15:9, 17:16, 18:20, 21:19, 24:6, 25:13, 27:21, 37:19
**LANGAN** [30] - 5:16, 13:16, 14:15, 15:9, 15:20, 16:17, 17:16, 18:21, 19:11, 20:16, 20:24, 24:7, 25:15, 25:20, 26:1, 26:3, 26:5, 26:8, 26:15, 26:20, 27:21, 28:14, 28:17, 28:22, 28:24, 37:21, 39:2, 39:8, 39:12, 40:2
**LARGE** [1] - 8:3
**LASALLE** [1] - 5:17
**last** [18] - 15:6, 15:10, 17:17, 18:2, 18:21, 19:20, 19:21, 19:22, 20:25, 23:20, 23:24, 23:25, 29:18, 30:16, 33:22, 35:21, 37:21, 38:19
**late** [1] - 24:1
**latest** [1] - 33:24
**LAW** [2] - 5:3, 7:23
**law** [1] - 27:6
**LAWN** [1] - 2:24
**lawyer** [1] - 41:22
**lawyers** [2] - 43:4, 44:7
**lead** [1] - 27:9
**least** [2] - 17:10, 30:12
**leave** [1] - 33:12
**legal** [3] - 34:13, 37:18, 38:11
**legitimate** [2] - 22:15, 40:21
**letting** [1] - 15:25
**LEVIN** [1] - 3:6
**LEWIS** [3] - 2:3, 5:11, 6:23
**LEXINGTON** [1] - 7:19
**LexisNexis** [3] - 42:2, 42:5, 42:9

**LEXISNEXIS..............**
**..............................**
[1] - 9:24
**liability** [1] - 41:9
**LIABILITY** [1] - 9:23
**LIAISON** [1] - 1:16
**liaison** [9] - 11:16,
11:19, 13:25, 37:14,
40:13, 40:18, 42:24,
43:6
**LIEFF** [1] - 4:3
**life** [1] - 44:8
**LIFE** [1] - 2:4
**limit** [1] - 33:2
**LIMITATION** [1] - 9:22
**limitation** [2] - 41:9,
43:24
**LIMITATION..............**
**..........................** [1]
- 10:3
**LIMITED** [1] - 5:10
**limited** [1] - 35:3
**link** [1] - 32:4
**LISKOW** [1] - 5:11
**list** [2] - 15:12, 32:12
**listen** [3] - 31:4, 31:5,
40:25
**listening** [2] - 11:12,
31:3
**literally** [1] - 15:21
**litigants** [3] - 42:22,
42:25, 43:3
**LITIGANTS** [1] - 9:25
**litigation** [12] - 14:24,
17:9, 21:1, 21:2,
21:4, 21:5, 34:15,
41:10, 42:10, 43:19,
44:9
**LLC** [4] - 5:20, 6:16,
7:4, 7:5
**loaded** [1] - 23:25
**loan** [1] - 20:7
**local** [2] - 15:4, 18:12
**London** [1] - 30:14
**look** [3] - 15:14, 16:1,
33:13
**looking** [2] - 14:11,
34:6
**looks** [2] - 33:5, 33:18
**loop** [2] - 25:6, 25:9
**losses** [2] - 19:1, 19:2
**LOUISIANA** [5] - 1:1,
1:6, 4:22, 6:18, 6:24
**Louisiana** [3] - 18:24,
44:19, 44:19
**LP** [1] - 6:15
**lunch** [2] - 33:18,
41:17
**LUNDY** [7] - 3:9, 3:10,
3:22, 3:23, 12:21

**Lundy** [1] - 12:21
**LUTHER** [1] - 4:19
**Luther** [1] - 12:8
**LUXENBERG** [1] -
2:20
**LYLE** [2] - 7:9, 13:24
**Lyle** [1] - 13:24

# M

**M-l** [1] - 13:5
**Magistrate** [4] - 21:9,
29:19, 31:8, 41:20
**mailed** [1] - 43:1
**main** [2] - 17:2, 38:16
**MAIN** [1] - 3:20
**manageable** [1] -
38:21
**MANAGEMENT** [1] -
7:3
**management** [1] -
15:3
**Management** [2] -
12:11, 28:9
**MANGES** [1] - 7:8
**March** [5] - 17:24,
18:4, 21:3, 29:25,
37:23
**MARCH** [2] - 1:7, 11:2
**MARINE** [4] - 7:5, 7:6,
7:6, 7:17
**Marine** [1] - 14:2
**MARTINEZ** [2] - 6:8,
13:23
**Martinez** [1] - 13:23
**MARTÍNEZ** [1] - 2:14
**massive** [1] - 44:9
**Master** [1] - 19:5
**MASTER** [1] - 7:21
**master** [1] - 15:3
**materials** [1] - 36:15
**Matt** [1] - 12:21
**matter** [3] - 18:19,
23:8, 44:21
**matters** [2] - 42:19,
43:18
**MATTHEW** [2] - 3:10,
3:23
**MATTHEWS** [1] - 2:13
**MAZE** [1] - 4:19
**MCCUTCHEN** [1] -
6:19
**MCGOVERN** [1] - 7:21
**McGovern** [2] - 19:5,
38:18
**MDL** [7] - 9:13, 17:20,
19:7, 20:23, 22:1,
22:24, 27:7
**MEADE** [1] - 8:3

**means** [1] - 43:3
**MECHANICAL** [1] -
8:9
**mechanics** [1] - 23:19
**mechanism** [1] -
43:15
**meet** [2] - 29:19, 31:7
**meeting** [6] - 37:22,
37:24, 38:1, 38:6,
38:17, 43:20
**meetings** [2] - 31:12,
43:22
**Melinda** [1] - 21:16
**MELINDA** [1] - 8:4
**mention** [3] - 19:15,
41:8, 42:21
**mentioned** [4] - 18:2,
20:24, 39:14, 42:23
**Merit** [1] - 44:18
**met** [1] - 38:18
**METHOFF** [1] - 7:23
**METHVIN** [1] - 3:12
**MEXICO** [1] - 1:5
**MI** [1] - 6:23
**MICHAEL** [3] - 3:20,
4:10, 7:9
**microphone** [1] -
11:14
**middle** [2] - 13:8,
30:23
**might** [11] - 22:16,
24:25, 26:19, 26:25,
32:16, 35:21, 35:22,
37:15, 37:19, 39:13,
40:20
**MIKAL** [1] - 2:7
**Mikal** [1] - 12:22
**Mike** [7] - 12:12, 12:15,
12:16, 13:24, 14:6,
31:21, 37:7
**MILES** [1] - 3:13
**Miller** [3] - 13:20, 29:9,
41:17
**MILLER** [4] - 5:22,
13:20, 29:11, 41:19
**Milton** [1] - 42:5
**minimus** [1] - 33:3
**miscellaneous** [1] -
19:3
**misunderstood** [1] -
25:13
**MITCHELL** [1] - 3:6
**Mithoff** [1] - 27:6
**MOBILE** [1] - 1:25
**MOEX** [7] - 6:15, 6:16,
13:19, 13:21, 28:16,
29:2, 35:20
**moment** [1] - 30:7
**Monday** [4] - 20:1,
36:14, 36:20, 43:16

**monition** [1] - 43:23
**MONITION** [1] - 10:2
**MONTGOMERY** [2] -
3:14, 4:20
**month** [9] - 15:6,
18:22, 21:20, 29:18,
30:2, 30:12, 30:15,
30:17, 37:13
**months** [1] - 30:8
**MORGAN** [3] - 3:3,
6:23
**morning** [28] - 11:8,
11:9, 11:18, 11:20,
11:22, 11:24, 11:25,
12:2, 12:5, 12:10,
12:12, 12:14, 12:15,
12:16, 12:21, 12:22,
12:24, 13:2, 13:4,
14:7, 14:11, 14:12,
21:16, 29:16, 32:6,
32:15, 41:8, 41:12
**MOTION** [3] - 9:6,
9:15, 9:22
**motion** [18] - 15:5,
15:7, 15:10, 19:6,
19:10, 19:13, 19:17,
21:2, 28:2, 28:18,
29:5, 29:7, 29:8,
33:21, 39:10, 40:3,
41:8, 41:13
**move** [1] - 24:23
**mover** [1] - 19:23
**moving** [2] - 24:16,
41:6
**MR** [95] - 11:19, 11:20,
12:4, 12:5, 12:7,
12:8, 12:15, 12:16,
12:18, 12:20, 12:22,
12:25, 13:2, 13:4,
13:10, 13:13, 13:16,
13:17, 13:18, 13:25,
14:2, 14:4, 14:5,
14:6, 14:7, 14:9,
14:15, 14:17, 15:9,
15:20, 16:5, 16:7,
16:16, 16:17, 17:16,
18:9, 18:21, 19:11,
20:16, 20:24, 24:7,
25:6, 25:8, 25:12,
25:15, 25:20, 26:1,
26:3, 26:5, 26:8,
26:15, 26:20, 27:5,
27:9, 27:21, 28:14,
28:17, 28:22, 28:24,
29:11, 29:16, 30:12,
31:1, 31:7, 31:14,
31:21, 32:1, 32:5,
32:10, 32:16, 33:3,
33:7, 33:10, 33:11,
33:14, 33:15, 33:18,

33:20, 34:12, 35:6,
35:13, 35:15, 36:11,
36:22, 37:5, 37:21,
39:2, 39:8, 39:12,
40:2, 41:19, 42:5,
42:15, 42:18, 43:13
**MS** [19] - 3:4, 12:2,
12:14, 13:19, 13:21,
13:23, 21:16, 23:1,
23:6, 23:20, 24:5,
26:16, 27:1, 27:3,
29:2, 35:24, 35:25,
36:2, 36:5
**mutually** [1] - 36:16

# N

**name** [1] - 36:22
**nature** [2] - 15:19,
16:12
**need** [16] - 15:23,
16:4, 17:12, 20:12,
22:15, 32:14, 34:1,
37:4, 37:17, 37:18,
38:23, 38:25, 39:23,
42:12, 42:13
**needed** [2] - 20:7,
31:12
**needs** [3] - 15:12,
22:20, 32:22
**net** [1] - 17:19
**New** [2] - 30:15, 32:12
**NEW** [13] - 1:6, 1:21,
2:5, 2:21, 4:24, 5:14,
5:24, 6:5, 6:18, 7:10,
7:15, 7:19, 8:7
**new** [5] - 14:19, 17:4,
17:8, 17:18, 39:25
**news** [2] - 31:19, 32:7
**next** [8] - 17:23, 21:20,
30:2, 30:8, 32:22,
38:2, 38:3, 44:1
**NEXT** [1] - 10:5
**nice** [1] - 32:25
**NICHOLSON** [9] - 8:4,
21:16, 23:1, 23:6,
23:20, 24:5, 26:16,
27:1, 27:3
**Nicholson** [1] - 21:17
**NO** [1] - 1:6
**nobody** [2] - 40:5,
41:4
**none** [1] - 40:7
**NORFOLK** [1] - 2:12
**NORTH** [5] - 5:4, 5:7,
5:8, 5:10, 5:11
**nothing** [1] - 43:19
**notice** [3] - 20:18,
20:20, 43:7

noticing [1] - 20:14
NOTIFICATION [1] - 9:25
notification [1] - 42:21
notifying [1] - 43:7
NRC [1] - 13:24
Number [12] - 14:24, 15:6, 16:20, 17:14, 17:22, 29:6, 29:14, 31:18, 39:9, 40:8, 41:6, 42:21
number [8] - 11:11, 14:22, 14:23, 18:7, 18:8, 18:11, 22:16, 42:25
numbered [1] - 44:21
NY [3] - 2:21, 7:10, 7:19

**O**

O'Brien's [1] - 13:24
O'BRIEN'S [1] - 7:3
o'clock [2] - 41:24, 42:1
O'KEEFE [1] - 1:21
O'Rourke [2] - 12:25, 13:13
O'ROURKE [3] - 4:15, 12:25, 13:13
OAK [1] - 2:24
object [3] - 28:21, 28:22, 29:1
objected [2] - 28:20, 40:5
objection [1] - 29:3
objects [1] - 29:4
obligation [1] - 24:10
obligations [1] - 15:24
observe [2] - 35:5, 36:17
obvious [1] - 17:10
obviously [5] - 20:5, 22:20, 30:9, 34:18, 38:25
occur [1] - 27:16
occurring [1] - 30:21
OF [12] - 1:1, 1:5, 1:11, 4:9, 4:14, 4:15, 4:18, 4:18, 4:22, 9:23, 9:25
OFFICE [2] - 3:14, 4:18
officer [1] - 36:13
Official [2] - 44:19, 44:24
OFFICIAL [1] - 8:6
offset [1] - 40:21
OFFSHORE [3] - 5:20,

6:16, 7:4
oil [1] - 15:22
OIL [2] - 1:4, 1:4
ON [3] - 1:5, 9:16, 9:22
once [2] - 35:8, 36:19
one [16] - 14:12, 17:18, 17:21, 19:1, 20:20, 21:2, 27:24, 29:4, 32:19, 34:23, 39:12, 39:18, 40:3, 40:10, 42:20
ONE [2] - 5:12, 7:24
ongoing [2] - 17:11, 22:10
OPA [2] - 9:21, 40:8
opportunity [1] - 41:15
Opportunity [1] - 18:2
optimistic [1] - 16:9
oral [2] - 18:3, 38:12
order [24] - 15:7, 15:18, 16:15, 16:20, 16:25, 17:14, 17:18, 19:8, 20:2, 22:18, 24:9, 24:19, 26:6, 27:25, 28:6, 29:12, 33:22, 34:12, 36:3, 38:5, 39:9, 39:11, 39:19
Order [2] - 17:22, 28:9
ORDER [4] - 9:6, 9:8, 9:11, 11:4
orders [8] - 14:22, 15:24, 18:1, 21:8, 22:5, 23:13, 25:10, 39:18
ORDERS.................
.................... [1] - 9:5
original [1] - 20:8
ORLEANS [10] - 1:6, 1:21, 2:5, 4:24, 5:14, 5:24, 6:5, 6:18, 7:15, 8:7
Orleans [1] - 30:15
otherwise [1] - 43:9
ourselves [1] - 31:12
outside [1] - 11:10
outstanding [1] - 39:10
overly [1] - 16:9
own [1] - 21:22

**P**

P.O [1] - 4:16
pace [1] - 30:19
PAGE [1] - 9:3
pages [2] - 25:22, 32:9, 32:10

PALMINTIER [3] - 3:19, 3:20, 12:16
Palmintier [1] - 12:16
PAN [1] - 2:4
panel [3] - 17:18, 17:23, 18:3
PAPANTONIO [1] - 3:6
PARSIOLA [1] - 2:17
participate [3] - 17:12, 22:4, 22:13
participating [1] - 22:8
participation [1] - 21:8
particular [1] - 38:5
parties [29] - 17:5, 17:9, 17:11, 21:13, 22:11, 28:20, 29:9, 29:18, 31:9, 31:23, 32:13, 33:21, 34:2, 34:14, 34:22, 34:23, 35:2, 36:16, 36:19, 37:16, 38:8, 38:17, 39:24, 39:25, 40:9, 40:19, 42:7, 42:9, 42:11
parts [1] - 24:16
PARTY [1] - 9:9
party [6] - 16:21, 17:4, 20:6, 29:11, 34:19, 36:25, 39:21, 40:3
past [2] - 20:1, 23:23
Paul [1] - 12:18
PAUL [1] - 2:3
PDA's [1] - 18:15
pending [8] - 15:5, 15:7, 15:10, 18:23, 19:9, 19:12, 28:18, 40:3
PENDING [1] - 9:6
PENSACOLA [1] - 3:8
PENTHOUSE [1] - 2:15
people [6] - 17:6, 22:13, 23:10, 24:3, 25:16, 43:2
Pepper [3] - 44:18, 44:23, 44:23
PEPPER [1] - 8:6
per [1] - 26:6
percipient [1] - 20:21
perfectly [1] - 16:17
perform [2] - 34:23, 35:1
perhaps [5] - 15:16, 17:6, 21:13, 32:22, 35:2
period [1] - 34:6
permission [1] - 28:7

person [1] - 26:11
personal [1] - 18:25
personally [1] - 44:3
pertaining [1] - 43:19
PETITIONER'S [1] - 9:9
petitioner's [1] - 16:21
PETROLEUM [1] - 6:14
phase [1] - 32:22
Phil [2] - 12:20, 13:18
PHILIP [1] - 2:17
PHILLIP [1] - 6:4
phone [4] - 11:12, 11:14, 30:22, 43:10
PIGMAN [1] - 6:3
PLACE [1] - 7:14
place [2] - 30:14, 30:17
PLAINTIFFS [1] - 1:23
plaintiffs [13] - 11:21, 11:23, 12:1, 12:3, 12:4, 16:8, 21:9, 21:17, 21:19, 24:17, 25:17, 26:14, 43:13
Plaintiffs' [2] - 12:11, 15:13
PLAINTIFFS' [1] - 1:16
Plan [2] - 37:12, 39:4
plan [2] - 34:19, 41:2
PLAN........................
.................... [1] - 9:9
planned [1] - 35:19
Plash [1] - 19:16
plausibility [1] - 37:2
pleading [1] - 40:7
pleadings [6] - 15:2, 16:22, 20:4, 20:25, 21:3, 39:6
PLEADINGS [1] - 9:20
PLEADINGS...............
.............. [1] - 9:10
pleasurable [1] - 44:9
podium [1] - 11:13
point [7] - 23:25, 24:23, 24:25, 25:1, 40:19, 40:22, 41:1
pointed [1] - 30:16
points [1] - 33:25
POLK [1] - 6:16
PORTIS [1] - 3:13
position [1] - 20:18
positions [1] - 38:11
possible [3] - 16:11, 16:13, 17:10
possibly [1] - 30:13
post [3] - 15:21,

26:11, 32:3
POST [1] - 3:14
post-incident [1] - 15:21
postcard [1] - 43:8
POYDRAS [5] - 2:4, 5:13, 5:23, 6:17, 8:7
practice [1] - 20:19
precluded [1] - 22:21
predicting [1] - 16:9
preparation [1] - 40:23
prepared [1] - 41:21
PRESENT [1] - 7:23
present [3] - 34:12, 41:12, 41:21
presently [2] - 29:1, 29:4
preservation [3] - 15:7, 15:24
PRESERVATION [1] - 9:6
presumably [1] - 36:17
presuming [1] - 36:19
pretrial [4] - 14:22, 21:8, 22:5, 23:13
PRETRIAL [1] - 9:5
previous [1] - 16:24
primarily [2] - 20:16, 22:10
primary [1] - 28:12
prioritizing [1] - 26:3
privy [1] - 34:17
PRO [1] - 9:25
pro [3] - 42:22, 42:25, 43:3
problem [2] - 20:3, 26:24
problems [2] - 21:23, 24:11
procedure [1] - 19:7
proceed [1] - 36:18
proceeding [1] - 19:25
PROCEEDINGS [3] - 1:11, 8:9, 11:1
proceedings [2] - 44:13, 44:21
process [3] - 20:4, 38:1, 43:14
PROCTOR [1] - 3:6
produce [2] - 15:12, 24:10
PRODUCED [1] - 8:9
produced [4] - 14:23, 25:25, 31:22, 34:15
producing [1] - 25:21
PRODUCTION [2] - 5:6, 5:9
production [4] - 24:8,

26:2, 30:18, 34:14
**productions** [1] - 24:15
**PRODUCTS** [1] - 5:11
**Professional** [1] - 44:18
**Professor** [1] - 38:18
**PROFESSOR** [1] - 7:21
**program** [1] - 18:2
**progress** [1] - 27:15
**properly** [1] - 24:1
**property** [1] - 19:2
**proposal** [2] - 28:5, 37:24
**proposed** [2] - 36:3, 40:10
**protocol** [5] - 14:25, 34:3, 34:18, 35:4, 36:3
**provide** [3] - 21:8, 21:22, 42:16
**provided** [2] - 15:3, 31:23
**PSC** [18] - 11:19, 12:7, 12:13, 12:14, 12:15, 12:17, 12:18, 12:19, 12:20, 12:21, 12:23, 14:20, 16:3, 24:11, 24:19, 25:3, 26:5, 41:4
**PSC's** [1] - 15:16
**publicly** [1] - 31:24
**purpose** [1] - 40:21
**put** [5] - 24:22, 28:6, 38:5, 41:7, 42:23

**Q**

**questions** [1] - 42:11
**quickly** [1] - 16:13
**quite** [2] - 24:7, 32:25

**R**

**radar** [1] - 37:13
**RAFFERTY** [1] - 3:6
**rather** [1] - 32:19
**RE** [1] - 1:4
**read** [1] - 32:13
**ready** [3] - 30:8, 36:15, 36:19
**real** [3] - 19:2, 30:21, 33:5
**really** [4] - 19:24, 20:18, 31:9, 44:7
**Realtime** [2] - 44:18, 44:24

**REALTIME** [1] - 8:6
**reason** [1] - 26:21
**reasonable** [1] - 38:15
**reasons** [1] - 17:10
**receipt** [1] - 42:22
**RECEIPT** [1] - 9:25
**receive** [1] - 23:24
**received** [1] - 41:11
**recently** [1] - 24:22, 26:10, 40:13
**record** [3] - 11:18, 28:8, 44:21
**RECORDED** [1] - 8:9
**recover** [1] - 22:8
**redeposed** [1] - 22:17
**redeposing** [1] - 23:14
**reduce** [1] - 22:16
**regarding** [2] - 15:7, 31:16
**REGARDING** [1] - 9:7
**regards** [1] - 36:2
**register** [1] - 42:8
**Registered** [2] - 44:18, 44:18
**registered** [1] - 42:12
**regular** [1] - 31:12
**related** [2] - 18:22, 38:11
**RELATES** [1] - 1:8
**relates** [2] - 20:6, 41:10
**relating** [6] - 18:1, 39:5, 39:11, 40:7, 43:19
**relation** [1] - 19:18
**relief** [3] - 15:7, 16:1, 22:21
**RELIEF** [1] - 9:6
**remains** [1] - 30:18
**remember** [1] - 39:17
**remembering** [1] - 35:21
**remind** [2] - 37:12, 43:20
**removal** [1] - 20:4
**remove** [1] - 20:6
**report** [19] - 17:14, 21:14, 27:20, 27:22, 29:14, 31:13, 31:19, 31:20, 31:22, 32:7, 32:8, 32:10, 33:25, 34:25, 35:1, 35:8, 35:19, 37:20, 43:15
**REPORT** [2] - 9:11, 9:16
**reported** [1] - 29:18
**Reporter** [7] - 44:18, 44:18, 44:19, 44:24, 44:24
**REPORTER** [2] - 8:6,

8:6
**REPORTER'S** [1] - 44:16
**reports** [1] - 32:7
**represent** [1] - 27:6
**representative** [1] - 42:2
**request** [5] - 21:12, 34:20, 35:2, 35:22, 37:22
**requested** [1] - 21:20
**requirement** [1] - 42:8
**requirements** [1] - 36:24
**resolution** [1] - 38:23
**Resort** [1] - 19:16
**respect** [1] - 27:11
**responder** [1] - 13:25
**RESPONSE** [2] - 7:3, 7:17
**response** [2] - 15:21, 41:11
**Response** [1] - 14:2
**responsibility** [1] - 25:4
**RESPONSIVE** [1] - 9:20
**responsive** [4] - 15:2, 21:3, 39:6, 40:7
**result** [2] - 15:20, 17:22
**results** [3] - 34:10, 34:14, 35:3
**review** [1] - 16:4
**revised** [2] - 15:2, 39:18
**Rhon** [1] - 12:19
**RHON** [1] - 3:13
**RICHARD** [1] - 5:16
**RICHESON** [1] - 6:16
**Rick** [1] - 14:8
**RIG** [1] - 1:4
**rise** [1] - 11:7
**RMR** [2] - 8:6, 44:23
**ROBERT** [1] - 1:24
**Robert** [1] - 12:4
**Robin** [1] - 12:14
**ROBIN** [1] - 2:20
**rolling** [2] - 26:2, 34:13
**ROME** [1] - 7:17
**RONQUILLO** [2] - 6:7, 6:11
**room** [1] - 14:16
**ROOM** [2] - 4:11, 8:7
**ROUGE** [1] - 3:21
**ROY** [6] - 1:16, 1:17, 11:19, 25:6, 25:8, 25:12

**Roy** [4] - 11:19, 18:9, 25:7, 25:8
**rule** [1] - 33:2
**RUSNAK** [1] - 4:6
**RUSSO** [2] - 7:13, 13:2
**Russo** [1] - 13:2

**S**

**s/Cathy** [1] - 44:23
**SAMPLE** [1] - 9:7
**sample** [1] - 15:8
**samples** [4] - 14:25, 15:13, 15:19, 15:22
**SAN** [3] - 2:8, 4:4, 4:12
**saving** [1] - 23:13
**scanned** [1] - 43:1
**schedule** [5] - 15:3, 29:21, 29:23, 30:6, 38:8, 38:15
**scheduled** [7] - 20:1, 29:24, 30:1, 30:2, 30:3, 30:4, 30:8
**schedules** [1] - 15:17
**scheduling** [4] - 27:25, 28:5, 29:12, 30:10
**SCHELL** [1] - 6:16
**Scofield** [1] - 13:5
**SCOFIELD** [1] - 6:24
**Scott** [1] - 11:25
**SCOTT** [1] - 2:23
**screen** [1] - 37:13
**se** [3] - 42:22, 42:25, 43:3
**SE** [1] - 9:25
**SEACOR** [6] - 7:4, 7:4, 7:5, 7:5, 7:6, 7:6
**Seacor** [1] - 13:24
**seated** [1] - 11:8
**second** [1] - 18:4
**SECTION** [1] - 4:14
**secure** [1] - 26:12
**securities** [5] - 21:1, 21:4, 27:7, 27:8, 27:10
**see** [1] - 26:4
**seek** [1] - 19:7
**seeking** [1] - 22:21
**send** [3] - 25:17, 26:8, 44:11
**sending** [1] - 25:24
**sense** [2] - 30:21, 40:19
**sent** [2] - 20:4, 20:8
**separate** [4] - 17:8, 28:9, 39:18, 39:19
**separately** [1] - 44:4

**serve** [2] - 40:20, 42:9
**Serve** [2] - 42:6, 42:9
**SERVICES** [1] - 6:7
**session** [3] - 11:7, 17:23, 18:4
**set** [3] - 18:8, 21:11, 41:15
**settled** [1] - 20:25
**several** [1] - 32:8
**severed** [1] - 20:8
**severing** [1] - 20:3
**share** [3] - 15:13, 24:23
**SHELL** [1] - 5:12
**SHORT** [1] - 9:25
**short** [7] - 15:4, 18:10, 18:12, 18:16, 42:22, 42:25, 43:4
**shortly** [1] - 34:4
**shown** [1] - 27:11
**Shushan** [12] - 21:9, 22:10, 22:19, 23:7, 26:9, 29:20, 30:24, 31:8, 38:22, 43:20, 44:3, 44:12
**Shushan's** [5] - 24:9, 24:19, 25:9, 30:5, 41:20
**side** [3] - 12:24, 13:6, 14:16
**SIEMENS** [1] - 7:7
**signed** [6] - 16:25, 17:1, 36:12, 36:14, 36:20, 39:18
**simple** [1] - 43:7
**simultaneously** [3] - 25:21, 36:4, 38:9
**site** [8] - 24:23, 26:12, 26:13, 26:17, 31:24, 31:25, 32:3
**sitting** [1] - 13:6
**situation** [2] - 20:11, 36:6
**skipped** [1] - 30:25
**smoothly** [1] - 31:6
**SOILEAU** [2] - 3:9, 3:22
**sometimes** [1] - 23:8
**somewhere** [1] - 33:12
**son** [1] - 14:15
**soon** [2] - 21:25, 36:16
**sorry** [2] - 16:7, 25:15
**sort** [4] - 24:1, 28:6, 34:22, 43:7
**sounds** [2] - 26:24, 38:14
**SOUTH** [3] - 3:7, 3:9, 3:22

**SOUTHWEST** [1] - 3:17
**SPEAKERS** [1] - 9:3
**speaking** [2] - 32:22, 40:18
**SPECIAL** [1] - 7:21
**Special** [1] - 19:5
**specific** [1] - 22:6
**spies** [1] - 13:7
**spill** [1] - 15:21
**Spill** [1] - 14:2
**SPILL** [2] - 1:4, 7:17
**Sprague** [1] - 23:23
**SPRINGS** [1] - 3:18
**SQUARE** [1] - 5:12
**St** [3] - 41:9, 41:11, 41:23
**ST** [2] - 7:14, 7:14, 9:23
**Stafford** [2] - 42:4, 42:5
**STAFFORD** [3] - 42:5, 42:15, 42:18
**stakeholders** [1] - 15:25
**standard** [1] - 44:2
**STANDARD** [1] - 10:6
**start** [2] - 11:16, 13:15
**started** [1] - 42:12
**State** [1] - 44:19
**state** [10] - 18:20, 18:24, 19:7, 19:19, 19:25, 20:5, 20:9, 20:12, 24:20, 41:14
**STATE** [4] - 4:18, 4:18, 4:22, 9:12
**States** [6] - 12:6, 14:25, 24:20, 26:5, 44:19, 44:25
**STATES** [3] - 1:1, 1:12, 4:14
**states** [1] - 12:9
**states'** [1] - 24:12
**status** [15] - 15:10, 17:15, 17:17, 20:23, 21:12, 21:20, 22:3, 27:22, 31:16, 31:18, 36:10, 37:22, 38:3, 40:16, 44:1
**STATUS** [2] - 1:11, 10:5
**STATUS.** [1] - 9:11
**STATUS...................
............** [1] - 9:18
**STATUS...................
............** [1] - 9:17
**stay** [2] - 20:17, 34:21
**stayed** [3] - 19:9, 19:12, 20:19
**steering** [1] - 11:17

**Steering** [1] - 15:13
**STENOGRAPHY** [1] - 8:9
**STEPHEN** [1] - 1:20
**Sterbcow** [1] - 12:18
**STERBCOW** [3] - 2:3, 2:3, 12:18
**Steve** [5] - 11:20, 16:7, 18:13, 39:13, 43:13
**STEVEN** [1] - 4:15
**Steven** [2] - 12:25, 13:13
**still** [5] - 15:12, 17:21, 20:25, 22:4, 30:20
**stipulated** [1] - 16:20
**STIPULATED** [1] - 9:8
**STONE** [1] - 6:3
**STRADLEY** [3] - 7:23, 27:5, 27:9
**Stradley** [1] - 27:5
**STRANGE** [2] - 4:19, 12:8
**Strange** [1] - 12:8
**street** [2] - 31:2, 31:10
**STREET** [20] - 1:18, 1:24, 2:4, 3:4, 3:7, 3:10, 3:20, 3:23, 4:4, 4:23, 5:4, 5:13, 5:23, 6:4, 6:9, 6:17, 6:20, 6:24, 7:24, 8:7
**structured** [1] - 37:15
**subject** [2] - 17:21, 17:25
**submit** [1] - 33:22
**submitted** [1] - 27:22
**submitting** [1] - 36:3
**substance** [1] - 41:13
**suggested** [1] - 41:14
**SUITE** [11] - 2:4, 2:8, 2:18, 2:24, 3:4, 3:7, 5:13, 6:9, 6:12, 6:17, 6:24
**SUMICH** [1] - 2:17
**Summy** [1] - 11:25
**SUMMY** [2] - 2:23, 11:25
**supplemental** [1] - 35:1
**support** [1] - 35:9
**supposed** [1] - 36:24
**Swick** [1] - 21:17
**system** [4] - 24:22, 42:13, 43:1, 43:7

**T**

**table** [2] - 12:24, 28:6
**TANNER** [2] - 6:23, 13:4

**Tanner** [1] - 13:4
**TAYLOR** [1] - 2:17
**team** [1] - 37:7
**technical** [1] - 26:10
**Ted** [1] - 13:25
**telephone** [1] - 41:16
**ten** [1] - 32:12
**term** [1] - 34:13
**terms** [7] - 17:8, 18:22, 22:24, 24:8, 30:21, 37:15
**TEST** [1] - 9:21
**test** [5] - 34:14, 40:8, 40:10, 40:11, 41:2
**TESTING** [2] - 9:17, 9:18
**testing** [21] - 31:18, 32:22, 33:21, 34:1, 34:3, 34:4, 34:5, 34:9, 34:19, 34:21, 34:24, 35:5, 35:18, 35:19, 36:2, 36:8, 36:10, 36:16, 36:18, 37:11
**tests** [3] - 34:10, 35:2, 35:22
**TEXAS** [2] - 6:9, 6:12
**Texas** [8] - 14:24, 18:24, 19:7, 19:9, 20:17
**THE** [99] - 1:4, 1:5, 1:11, 1:23, 4:9, 4:14, 4:18, 4:22, 7:18, 10:2, 10:5, 11:7, 11:8, 11:24, 12:24, 13:6, 13:11, 13:14, 14:10, 14:18, 14:20, 15:19, 16:3, 16:6, 16:14, 16:19, 18:6, 18:18, 19:9, 19:19, 19:21, 19:22, 20:22, 21:15, 22:9, 23:3, 23:16, 24:2, 24:6, 25:3, 25:7, 25:11, 25:13, 25:18, 25:24, 26:2, 26:4, 26:7, 26:14, 26:19, 26:23, 27:2, 27:4, 27:8, 27:18, 28:8, 28:15, 28:18, 28:23, 28:25, 29:4, 29:13, 30:10, 30:20, 31:3, 31:11, 31:15, 31:25, 32:3, 32:6, 32:14, 33:1, 33:5, 33:8, 33:12, 33:16, 34:8, 34:16, 35:12, 35:14, 35:17, 36:1, 36:4, 36:6, 36:21, 37:3, 37:9, 38:14, 39:3, 39:10,

39:14, 40:3, 41:22, 41:25, 42:1, 42:14, 42:17, 42:19, 43:17
**themselves** [2] - 11:17, 33:25
**THEODORE** [1] - 7:8
**thereafter** [1] - 34:4
**thinking** [3] - 38:17, 38:20, 41:17
**third** [5] - 16:21, 17:4, 20:6, 30:14, 39:21
**THIRD** [1] - 9:9
**third-party** [4] - 16:21, 17:4, 20:6, 39:21
**THIRD-PARTY** [1] - 9:9
**THIS** [1] - 1:8
**THOMAS** [1] - 3:6
**thousands** [1] - 15:22
**three** [2] - 19:1, 30:8
**Thursday** [2] - 19:22, 23:25
**TIME........................
.. .** [1] - 10:6
**timeline** [3] - 15:2, 38:25, 39:18
**timelines** [1] - 22:24
**timetables** [1] - 27:16
**TO** [5] - 1:8, 9:15, 9:22, 9:25, 11:4
**today** [5] - 14:16, 28:5, 36:12, 40:18, 42:15
**today's** [1] - 40:15
**together** [2] - 34:2, 38:18
**took** [1] - 19:18
**top** [1] - 32:12
**TORTS** [1] - 4:10
**TOWER** [1] - 2:11
**toy** [1] - 33:6
**track** [1] - 30:14
**tracked** [1] - 30:13
**tracking** [1] - 29:19
**training** [1] - 42:13
**TRANSCRIPT** [2] - 1:11, 8:9
**transcript** [1] - 44:20
**transfer** [4] - 17:14, 17:15, 17:18, 18:1
**TRANSFER** [2] - 9:11
**Transfer** [1] - 17:22
**transferring** [1] - 17:18
**TRANSOCEAN** [3] - 5:19, 5:20, 5:21
**Transocean** [5] - 13:20, 14:9, 28:1, 28:2, 28:18
**Transocean's** [6] - 28:11, 28:23, 29:4,

29:6, 29:8, 41:8
**TRANSOCEAN'S** [2] - 9:15, 9:22
**transport** [1] - 36:16
**tremendous** [1] - 31:8
**triable** [1] - 38:21
**TRIAL** [2] - 9:19, 10:4
**Trial** [2] - 37:12, 39:4
**trial** [7] - 37:15, 37:16, 40:11, 40:12, 40:24, 41:3, 43:25
**trials** [2] - 40:11, 41:2
**tried** [5] - 22:12, 37:17, 38:20, 38:24
**TRO** [2] - 19:17, 20:2
**true** [4] - 17:4, 24:17, 39:2, 44:20
**truly** [1] - 17:4
**try** [8] - 11:13, 16:10, 19:5, 22:19, 24:23, 31:11, 41:15, 43:6
**trying** [8] - 22:4, 23:3, 24:2, 24:12, 24:18, 25:18, 38:19, 39:19
**TSEKERIDES** [2] - 7:8, 13:25
**Tsekerides** [1] - 13:25
**Tuesday** [1] - 27:22
**two** [12] - 16:15, 17:19, 18:10, 24:18, 25:1, 25:19, 26:23, 28:10, 28:11, 29:7, 39:18, 40:4
**two-week** [1] - 40:4
**TX** [5] - 2:8, 2:24, 4:7, 6:25, 7:25
**type** [1] - 40:11

**U**

**U.S** [3] - 4:9, 4:15, 7:12
**UK** [1] - 30:11
**under** [3] - 24:8, 25:9, 37:24
**Underhill** [6] - 12:6, 13:8, 31:19, 31:21, 35:14, 36:10
**UNDERHILL** [14] - 4:10, 12:5, 13:10, 31:21, 32:1, 32:5, 32:10, 32:16, 33:10, 33:15, 33:18, 35:15, 36:11, 36:22
**Underhill's** [1] - 35:9
**underlying** [1] - 20:7
**UNITED** [3] - 1:1, 1:12, 4:14
**United** [6] - 12:6,

14:25, 24:20, 26:5, 44:19, 44:25
**unresolved** [1] - 38:10
**up** [10] - 11:13, 18:3, 18:8, 26:22, 26:23, 38:3, 41:7, 41:15, 42:20, 43:18
**update** [1] - 27:23
**upload** [1] - 42:9
**US** [1] - 31:21
**USA** [1] - 6:15
**usual** [1] - 11:11

## V

**VA** [1] - 2:12
**value** [1] - 19:2
**various** [1] - 18:24
**versus** [1] - 19:16
**Vessels** [1] - 18:1
**visitor** [1] - 14:12
**voluntary** [2] - 15:3, 18:12

## W

**WALKER** [2] - 2:10, 7:12
**WALTHER** [1] - 6:3
**wants** [7] - 14:13, 38:12, 40:17, 40:25, 41:4, 41:23, 43:18
**WASHINGTON** [3] - 4:16, 4:20, 6:21
**water** [1] - 15:22
**WATERSIDE** [1] - 2:11
**Watts** [1] - 12:22
**WATTS** [4] - 2:6, 2:7, 12:22, 14:19
**wear** [1] - 32:20
**weather** [1] - 11:10
**WEATHERFORD** [1] - 7:12
**Weatherford** [1] - 13:3
**web** [5] - 24:22, 26:12, 31:24, 31:25, 32:3
**Wednesday** [1] - 23:24
**week** [14] - 15:16, 16:10, 18:4, 19:17, 19:20, 19:21, 21:2, 23:23, 23:24, 30:4, 33:22, 38:6, 38:19, 40:4
**weekly** [1] - 31:7
**weeks** [4] - 16:12, 16:15, 23:21, 38:2
**Wegmann** [1] - 13:3

**WEGMANN** [1] - 7:13
**Weigel** [1] - 14:2
**WEIGEL** [2] - 7:18, 14:2
**WEIL** [1] - 7:8
**WEINER** [1] - 6:16
**WEITZ** [1] - 2:20
**welcome** [2] - 11:9, 32:19
**whereby** [1] - 24:22
**WHEREUPON** [1] - 44:13
**WHITELEY** [1] - 4:22
**whole** [1] - 39:22
**WILLIAM** [2] - 7:23, 8:3
**WILLIAMSON** [2] - 4:6, 4:6
**WITH** [1] - 9:9
**witnesses** [2] - 20:21, 22:16
**Wittmann** [1] - 13:18
**WITTMANN** [3] - 6:3, 6:4, 13:18
**words** [1] - 25:21
**WORLDWIDE** [1] - 7:5
**worse** [1] - 43:10
**wrapped** [1] - 38:3
**WRIGHT** [1] - 1:16
**written** [5] - 20:2, 29:14, 30:17, 31:16
**WRITTEN** [1] - 9:16

## Y

**yesterday** [2] - 16:25, 39:9
**yesterday's** [1] - 33:18
**YOAKUM** [1] - 4:7
**York** [2] - 14:4, 32:12
**YORK** [5] - 2:21, 6:11, 7:10, 7:19, 14:4